IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | : : : : : : : : : : : | **MDL No. 2323** **12-md-2323** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | | |

**CASE MANAGEMENT ORDER NO. 1**
**PRACTICE AND PROCEDURE ORDER UPON TRANSFER**
**PURSUANT TO 28 U.S.C. § 1407(a)**

1.      This order shall govern the initial practice and procedure in those actions transferred to this Court by the Judicial Panel on Multidistrict Litigation pursuant to their Order of January 31, 2012 (ECF No. 1), as well as all related actions originally filed in this Court or transferred or removed to this Court.  The current list of such cases is attached as "Schedule A." This order shall also govern the practice and procedure in any tag-along actions transferred to this Court by the Judicial Panel on Multidistrict Litigation pursuant to Rule 7.1 of the Rules of Procedure of the Panel subsequent to the filing of the final transfer order by the Clerk of this Court or otherwise transferred or removed to this Court.  These actions are consolidated for pretrial purposes.

2.      An Initial Organization Conference will be held on **April 25, 2012 at 10:30 a.m.** in Courtroom 7-B of the U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania, 19106.

1

3.      To ensure an accurate record of all outstanding motions, by **March 30, 2012,** any party who filed a motion in any action to date must refile that motion on this Court's ECF  in the master docket case file, No. 2:12-md-2323.  If an outstanding motion is applicable to less than all cases, it must be refiled in those individual case dockets as well.

4.      The  following  apply to  the Initial Organization Conference:

•      One counsel for each party must appear at the Initial Organization Conference.  However, to minimize costs and facilitate a manageable conference, parties with similar interests may agree to have an attending attorney represent them at the conference.

•      By **March 30, 2012,**  counsel must meet and confer.[1]  By **April 4, 2012,** counsel must file on ECF a Proposed Case Management Order and a Proposed Conference Agenda.  In the event counsel cannot agree on particular items, they must include a brief statement of their respective positions.  The Proposed Case Management Order and the Proposed Conference Agenda must include the following[2]:

°      dates for amendment of pleadings;

°      cut-off dates to file dispositive motions and other pretrial motions;

---

[1]To ensure that the meet-and-confer process is conducted in an orderly fashion at this stage of the litigation, counsel in the first-filed case, *Easterling, et al. v. National Football League*, No. 11-cv-05209, shall initiate the meeting of all counsel in these actions.

[2]The parties should be guided generally by reference to the items listed in the *Manual of Complex Litigation, Fourth*, Sections 22.6, 22.61, 22.62, and 22.63, insofar as they are applicable.

     °     dates to file responsive pleadings and responses to the pending motions;

     °     a detailed discovery plan;

     °     a list of any previously entered order;

     °     issues relating to requests for class certification;

     °     any motions that should be considered on an expedited basis;

     °     the scheduling of regular telephone conferences (i.e., appropriate dates and times);

     °     a list of all related cases, if any, pending in state or federal court and their current status, to the extent known;

     °     a target date for the conclusion of the MDL; and

     °     the feasibility of filing a consolidated complaint.

5.     At the Initial Organization Conference, I will address the important task of selecting Lead and Liaison Counsel.  I will also discuss the need for a Steering Committee and if needed who will serve as a member.  By **April 4, 2012,** any counsel who wishes to serve as Lead Counsel, Liaison Counsel, or Steering Committee Member must file an application.  The application must include:

     •     a resume including a description of prior experience in complex litigation;

     •     references;

- any arrangements for coordination among counsel including any arrangements for distribution of work and compensation;

- projected fee proposals, rates, and percentages of a common fund that an applicant is seeking if the litigation succeeds; and

- any side agreements on compensation with any other attorney(s).

6.      All counsel must  immediately review the Attorney Service List, attached as "Schedule B," to check that the information is accurate and complete as to office address, email address, fax and telephone number.  If any of the information is inaccurate or incomplete in any way the attorney must notify the Clerk of this Court on or before **March 16, 2012**.  Or if any attorney wishes to have his or her name added to or deleted from the Attorney Service List, he or she  may do so upon request to the Clerk of this Court with notice to all other persons on the service list, so long as at least one counsel represents each party.

7.      Counsel must immediately take steps to register to file on ECF in the Eastern District of Pennsylvania and to familiarize themselves with this Court's administrative procedures for filing.

8.      On or prior to **March 16, 2012**, service of any filing must be made directly upon all attorneys on the Attorney Service List, unless registered on ECF in this Court.  Thereafter, all pleadings and other papers must be filed on this Court's ECF system.  No other service of filings is necessary.  Furthermore,  **all orders and notices from the Court will be transmitted to counsel only by ECF.  That means that no orders or notices from the Court will be transmitted by mail or by fax.**

9.      Two hard copies of all filings must be sent to chambers.

4

10.     The Clerk of this Court will maintain a master docket case file styled "In re: National Football League Players' Concussion Injury Litigation," No. 12-md-2323, with the identification "MDL No. 2323."  When a filing is intended to be applicable to all actions, this must be indicated by the words: "The Document Relates to All Actions."  Such a filing must only be filed in the master docket case file, No. 12-md-2323.  When a filing is intended to apply to less than all cases, this Court's docket number for each individual case to which the document relates must appear immediately after the words, "This Document Relates To."  Such a filing must be filed in the master docket case file, No. 12-md-2323, and in the individual applicable docket case file(s) as well.

11.     Henceforth all documents filed in any of these actions must be filed with the Clerk of this Court and not with the Transferor Court.

12.     Unless or until otherwise modified, an order previously entered in any consolidated case shall remain in full force and effect.

13.     The dates for filing all responsive pleadings and responses to any pending motions are stayed until further order from this Court.  All discovery proceedings are stayed.

14.     Counsel who appeared in the Transferor Court prior to the MDL transfer order need not enter a separate appearance in this Court.  Attorneys admitted to practice and in good standing in any United States District Court are admitted *pro hac vice* in this litigation.  Parties are not required to retain local counsel. All counsel, however, must familiarize and comport themselves in accordance with the Pennsylvania Rules of Professional Conduct and the Rules of this Court.

15.     The Court will be guided in part by the 2004 edition of the Manual for Complex Litigation.  Counsel are directed to familiarize themselves with that publication.

5

16.     Parties and their counsel are reminded of their duty to take legally-required measures to preserve documents, electronically stored information, and all other items that are potentially relevant.

17.     Any questions concerning the procedure for filing should be addressed to Tom Dempsey in the office of the Clerk of this Court.  His telephone number is 267-299-7018;  his email address is Tom_Dempsey@paed.uscourts.gov.

| SUMMARY OF RELEVANT DATES | |
|---|---|
| **On or before March 16, 2012** | Counsel must review the Attorney Service List (attached as "Schedule B") and, if any information is inaccurate or incomplete in any way, notify the Clerk of this Court. |
| **On or prior to March 16, 2012** | Service of filing must be made directly upon all attorneys on the Attorney Service List, unless registered on ECF in this Court. |
| **After March 16, 2012** | All pleadings and other papers must be filed on this Court's ECF system; no other service is necessary.  All orders and notices from the Court will be transmitted to counsel only by ECF.  No orders or notices from the Court will be transmitted by mail or by fax. |
| **By March 30, 2012** | All parties who filed motions in any action to date must refile that motion(s) on this Court's ECF in the master docket case file, No. 2:12-md-2323, and in the relevant individual case docket(s) as well. |
| **By March 30, 2012** | Counsel must meet and confer. |
| **By April 4, 2012** | Counsel must file on ECF a Proposed Case Management Order and a Proposed Conference Agenda. |
| **By April 4, 2012** | Any counsel who wishes to serve as Lead Counsel, Liaison Counsel, or Steering Committee Member must file an application. |
| **April 25, 2012 at 10:30 a.m.** | The Initial Organization Conference will be held in Courtroom 7-B of the U.S. Courthouse, 601 Market Street, Philadelphia, PA. |

March 6, 2012                                    Anita B. Brody

_____          _____
         Date                                      United States District Judge

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

O

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | : : : : : : | **MDL No. 2323** **12-md-2323** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | : : : | **SCHEDULE A CURRENT CASE LIST** |

********

*Easterling, et al. v. National Football League*
Eastern District of Pennsylvania Case No. 11-cv-05209

*Boyd, et al. v. National Football League, et al.*
Eastern District of Pennsylvania Case No. 12-cv-00092

*Solt, et al. v. National Football League, et al.*
Eastern District of Pennsylvania Case No. 12-cv-00262

*Glover, et al. v. National Football League, et al.*
Eastern District of Pennsylvania Case No. 12-cv-00287

*Johnson, et al. v. National Football League, et al.*
Eastern District of Pennsylvania Case No. 12-cv-00324

*Wallace, et al. v. National Football League, et al.*
Eastern District of Pennsylvania Case No. 12-cv-00336

*Barnett, et al. v. National Football League*
Eastern District of Pennsylvania Case No. 12-cv-00546

*Hilgenberg v. National Football League*
Eastern District of Pennsylvania Case No. 12-cv-00598

*Lelie, et al. v. National Football League, et al.*
Eastern District of Pennsylvania Case No. 12-cv-00600

*Hager, et al. v. National Football League, et al.*
Eastern District of Pennsylvania Case No. 12-cv-00601

*Adams, et al. v. National Football League, et al.*
Eastern District of Pennsylvania Case No. 12-cv-00683

*Duranko v. National Football League*
Eastern District of Pennsylvania Case No. 12-cv-00702

*Henesey, et al. v. National Football League*
Eastern District of Pennsylvania Case No. 12-cv-00729

*Everitt, et al. v. National Football League, et al.*
Eastern District of Pennsylvania Case No. 12-cv-00731

*Brodie, et al. v. National Football League, et al.*
Eastern District of Pennsylvania Case No. 12-cv-00861

*Parker, et al. v. National Football League, et al.*
Eastern District of Pennsylvania Case No. 12-cv-00868

*Hairston, et al. v. National Football League, et al.*
Eastern District of Pennsylvania Case No. 12-cv-00989

*Maxwell, et al. v. National Football League, et al.*
(Central District of California Case No. 11-cv-08394)
Eastern District of Pennsylvania Case No. 12-cv-01023

*Barnes, et al. v. National Football League, et al.*
(Central District of California Case No. 11-cv-08396)
Eastern District of Pennsylvania Case No. 12-cv-01024

*Pear, et al. v. National Football League, et al.*
(Central District of California Case No. 11-cv-08395)
Eastern District of Pennsylvania Case No. 12-cv-01025

*Steed v. National Football League, et al.*
(Central District of California Case No. 12-cv-00524)
Eastern District of Pennsylvania Case No. 12-cv-01026

*Jones, et al. v. National Football League*
(Southern District of Florida Case No. 11-cv-24594)
Eastern District of Pennsylvania Case No. 12-cv-01027

*Levens v. National Football League, et al.*
(Northern District of Georgia Case No. 11-cv-04448)
Eastern District of Pennsylvania Case No. 12-cv-01028

*Stewart, et al. v. National Football League, et al.*
(Northern District of Georgia Case No. 11-cv-04449)
Eastern District of Pennsylvania Case No. 12-cv-01029

*Kuyendall, et al. v. National Football League, et al.*
(Northern District of Georgia Case No. 11-cv-04450)
Eastern District of Pennsylvania Case No. 12-cv-01030

*Lewis v. National Football League, et al.*
(Northern District of Georgia Case No. 11-cv-04451)
Eastern District of Pennsylvania Case No. 12-cv-01031

*Austin, et al. v. National Football League, et al.*
(Northern District of Georgia Case No. 12-cv-00075)
Eastern District of Pennsylvania Case No. 12-cv-01032

*Dronett v. National Football League, et al.*
(Northern District of Georgia Case No. 12-cv-00076)
Eastern District of Pennsylvania Case No. 12-cv-01033

*Finn, et al. v. National Football League*
(District of New Jersey Case No. 11-cv-07067)
Eastern District of Pennsylvania Case No. 12-cv-01034

*Jacobs, et al. v. National Football League, et al.*
(Southern District of New York Case No. 11-cv-09345)
Eastern District of Pennsylvania Case No. 12-cv-01035

*Rucker, et al. v. National Football League, et al.*
(Southern District of New York Case No. 11-cv-09538)
Eastern District of Pennsylvania Case No. 12-cv-01036

*Wooden, et al. v. National Football League*
(Southern District of Florida Case No. 12-cv-20269)
Eastern District of Pennsylvania Case No. 12-cv-01037

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | : : : : | **MDL No. 2323** **12-md-2323** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | : : : : | **SCHEDULE B** **ATTORNEY SERVICE LIST** |

\*\*\*\*\*\*\*\*

**ARTHUR N. BAILEY**
111 W. SECOND ST.
STE. 4500
JAMESTOWN, NY 14701
TEL 716-664-2967
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **PLAINTIFF(S)**
*(Notice Only Party)*

**LYNN B. BAYARD**
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON, LLP
1285 AVNEUE OF THE AMERICAS
NEW YORK, NY 10019-6064
212-373-3054
lbayard@paulweiss.com
*Assigned: 01/31/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **NATIONAL FOOTBALL LEAGUE, INC.**
*(Notice Only Party)*

**NFL PROPERTIES LLC**
*(Notice Only Party)*

**BRUCE BIRENBOIM**
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON, LLP
1285 AVENUE OF THE AMERICAS

representing **NATIONAL FOOTBALL LEAGUE, INC.**
*(Notice Only Party)*

NEW YORK, NY 10019-6064
212-373-3165
bbirenboim@paulweiss.com
*Assigned: 01/31/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NFL PROPERTIES LLC**
*(Notice Only Party)*

**M. GINO BROGDON, SR.**
POPE MCGLAMRY KILPATRICK MORRISON &
NORWOOD, LLP
3455 PEACHTREE ROAD, NE
THE PINNACLE, STE. 925
P.O. BOX 191625
ATLANTA, GA 31119
404-523-7706
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **PLAINTIFF(S)**
*(Notice Only Party)*

**WILLIAM G. CALDES**
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 MARKET STREET
SUITE 2500
PHILADELPHIA, PA 19103
215-496-0300
bcaldes@srkw-law.com
*Assigned: 02/17/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **PLAINTIFF(S)**
*(Notice Only Party)*

**JAMES E. CECCHI**
CARELLA BYRNE BAIN GILFILLAN CECCHI
STEWART & OLSTEIN, PC
5 BECKER FARM ROAD
ROSELAND, NJ 07068
973-994-1700
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **PLAINTIFF(S)**
*(Notice Only Party)*

**PAUL G. CEREGHINI**
BOWMAN & BROOKE LLP
2901 NORTH CENTRAL AVENUE
SUITE 1600

representing **ALL AMERICAN SPORTS
CORPORATION**
*(Notice Only Party)*

12

PHOENIX, AZ 85012
602-643-2400
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**EASTON-BELL SPORTS, INC.**
*(Notice Only Party)*

**EASTON-BELL SPORTS, LLC**
*(Notice Only Party)*

**EB SPORTS CORP.**
*(Notice Only Party)*

**RBG HOLDINGS CORP.**
*(Notice Only Party)*

**RIDDELL SPORTS GROUP, INC.**
*(Notice Only Party)*

**RIDDELL, INC.**
*(Notice Only Party)*

**CELENE SHI-LING CHAN**
GIRARDI & KEESE
1126 WILSHIRE BLVD
LOS ANGELES, CA 90017
213-977-0211
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **PLAINTIFF(S)**
*(Notice Only Party)*

**LARRY E. COBEN**
ANAPOL SCHWARTZ WEISS COHAN
FELDMAN & SMALLEY PC
1710 SPRUCE ST
PHILADELPHIA, PA 19103
215-735-1130
lcoben@anapolschwartz.com
*Assigned: 01/31/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **PLAINTIFF(S)**
*(Notice Only Party)*

**VINCENT GALVIN, JR.**
BOWMAN & BROOKE LLP

representing **ALL AMERICAN SPORTS CORPORATION**

1741 TECHNOLOGY DRIVE
SUITE 200
SAN JOSE, CA 95110
408-279-5393
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*(Notice Only Party)*

**EASTON-BELL SPORTS, INC.**
*(Notice Only Party)*

**EASTON-BELL SPORTS, LLC**
*(Notice Only Party)*

**EB SPORTS CORP.**
*(Notice Only Party)*

**RBG HOLDINGS CORP.**
*(Notice Only Party)*

**RIDDELL SPORTS GROUP, INC.**
*(Notice Only Party)*

**RIDDELL, INC.**
*(Notice Only Party)*

**THOMAS V GIRARDI**
GIRARDI & KEESE
1126 WILSHIRE BOULEVARD
LOS ANGELES, CA 90017-1904
213-977-0211
tgirardi@girardikeese.com
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **PLAINTIFF(S)**
*(Notice Only Party)*

**BRIAN C. GUDMUNDSON**
ZIMMERMAN REED PLLP
6551 NICOLETT MALL STE 501
MINNEAPOLIS, MN 55402
612-341-0400
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **PLAINTIFF(S)**
*(Notice Only Party)*

**EARL W. GUNN**

representing **NATIONAL FOOTBALL**

WEINBERG WHEELER HUDGINS GUNN &
DIAL, LLC
3344 PEACHTREE ROAD, NE
STE. 2400
ATLANTA, GA 30326
404-876-2700
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LEAGUE, INC.**
*(Notice Only Party)*


**NFL PROPERTIES LLC**
*(Notice Only Party)*


**HARVEY W. GURLAND, JR.**
MERSHON, SAWYER, JOHNSTON, DUNWODY
& COLE
200 S. BISCAYNE BLVD.
4500 FIRST UNION FINANCIAL CENTER
MIAMI, FL 33131
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **NATIONAL FOOTBALL
LEAGUE, INC.**
*(Notice Only Party)*

**BRUCE A. HAGEN**
BRUCE A. HAGEN, P.C.
119 NORTH MCDONOUGH ST
DECATUR, GA 30030
404-522-7553
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **PLAINTIFF(S)**
*(Notice Only Party)*

**MICHAEL D. HAUSFELD**
HAUSFELD LLP.
1700 K STREET NW STE 650
WASHINGTON, DC 20006
202-540-7200
mhausfeld@hausfeldllp.com
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **PLAINTIFF(S)**
*(Notice Only Party)*

**JAY FORBES HIRSCH**
POPE MCGLAMRY KILPATRICK MORRISON &
NORWOOD, LLP
3455 PEACHTREE ROAD, NE
THE PINNACLE, STE. 925

representing **PLAINTIFF(S)**
*(Notice Only Party)*

15

P.O. BOX 191625
ATLANTA, GA 31119
404-523-7706
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**BRAD S. KARP**
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
212-373-3316
bkarp@paulweiss.com
*Assigned: 01/31/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **NATIONAL FOOTBALL LEAGUE, INC.**
*(Notice Only Party)*

**NFL PROPERTIES LLC**
*(Notice Only Party)*

**JEANNINE M. KENNEY**
HAUSFELD LLP
1604 LOCUST ST 2ND FL
PHILADELPHIA, PA 19103
215-985-3272
jkenney@hausfeldllp.com
*Assigned: 01/09/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **PLAINTIFF(S)**
*(Notice Only Party)*

**DANA B. KLINGES**
DUANE MORRIS LLP
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103
215-979-1143
dklinges@duanemorris.com
*Assigned: 01/09/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **NFL PROPERTIES LLC**
*(Notice Only Party)*

**NATIONAL FOOTBALL LEAGUE, INC.**
*(Notice Only Party)*

**BRENT W. LANDAU**
HAUSFELD LLP

representing **PLAINTIFF(S)**
*(Notice Only Party)*

16

1604 LOCUST ST 2ND FL
PHILADELPHIA, PA 19103
215-985-3270
blandau@hausfeldllp.com
*Assigned: 01/09/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DAVID D. LANGFITT**
LOCKS LAW FIRM
601 WALNUT ST STE 720 EAST
PHILADELPHIA, PA 19106
215-893-3423
dlangfitt@lockslaw.com
*Assigned: 01/18/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **PLAINTIFF(S)**
*(Notice Only Party)*

**MICHAEL B. LEH**
LOCKS LAW FIRM
601 WALNUT ST STE 720 EAST
PHILADELPHIA, PA 19106
215-893-3410
215-893-3444 (fax)
mleh@lockslawpa.com
*Assigned: 01/18/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **PLAINTIFF(S)**
*(Notice Only Party)*

**MICHAEL P. LEHMANN**
HAUSFELD LLP
44 MONTGOMERY
SUITE 3400
SAN FRANCISCO, CA 94104
415-633-1908
415-358-4980 (fax)
mlehmann@hausfeldllp.com
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **PLAINTIFF(S)**
*(Notice Only Party)*

**KELLIE LERNER**
LABATON SUCHAROW LLP
140 BROADWAY
NEW YORK, NY 10005
212-907-0885

representing **PLAINTIFF(S)**
*(Notice Only Party)*

klerner@labaton.com
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ARNOLD LEVIN**
LEVIN FISHBEIN SEDRAN & BERMAN
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106                    representing    **PLAINTIFF(S)**
215-592-1500                                              *(Notice Only Party)*
alevin@lfsblaw.com
*Assigned: 02/02/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RICHARD S. LEWIS**
COHEN, MILSTEIN, HAUSFELD AND TOLL
1100 NEW YORK AVE., N.W.
SUITE 500, WEST TOWER                     representing    **PLAINTIFF(S)**
WASHINGTON, DC 20005                                      *(Notice Only Party)*
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GRAHAM B. LIPPSMITH**
GIRARDI & KEESE
1126 WILSHIRE BLVD
LOS ANGELES, CA 90017                     representing    **PLAINTIFF(S)**
213-977-0211                                              *(Notice Only Party)*
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GENE LOCKS**
LOCKS LAW FIRM
THE CURTIS CENTER
SUITE 720 EAST
601 WALNUT STREET                         representing    **PLAINTIFF(S)**
PHILADELPHIA, PA 19106                                    *(Notice Only Party)*
215-893-3434
glocks@lockslaw.com
*Assigned: 01/18/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**FRED S. LONGER**
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 WALNUT ST
SUITE 500
PHILADELPHIA, PA 19106
215-592-1500
215-592-4663 (fax)
flonger@lfsblaw.com
*Assigned: 02/02/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **PLAINTIFF(S)**
*(Notice Only Party)*

**JASON E. LUCKASEVIC**
GOLDBERG PERSKY & WHITE
1030 FIFTH AVE
PITTSBURGH, PA 15219
412-471-3980
jluckasevic@gpwlaw.com
*Assigned: 01/23/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **PLAINTIFF(S)**
*(Notice Only Party)*

**STEVEN CRAIG MARKS**
PODHURST ORSECK JOSEFSBERG
CITY NATIONAL BANK BLDG
25 W FLAGLER ST STE 800
MIAMI, FL 33130-1780
305-358-2800
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **PLAINTIFF(S)**
*(Notice Only Party)*

**RICARDO M. MARTINEZ-CID**
PODHURST ORSECK JOSEFSBERG
CITY NATIONAL BANK BLDG
25 W FLAGLER ST STE 800
MIAMI, FL 33130-1780
305-358-2800
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **PLAINTIFF(S)**
*(Notice Only Party)*

**MARION V. MAUCH**
BOWMAN & BROOKE LLP
879 WEST 190TH STREET
SUITE 700

representing **ALL AMERICAN SPORTS
CORPORATION**
*(Notice Only Party)*

19

GARDENA, CA 90248
310-768-3068
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**EASTON-BELL SPORTS, INC.**
*(Notice Only Party)*

**EASTON-BELL SPORTS, LLC**
*(Notice Only Party)*

**EB SPORTS CORP.**
*(Notice Only Party)*

**RBG HOLDINGS CORP.**
*(Notice Only Party)*

**RIDDELL SPORTS GROUP, INC.**
*(Notice Only Party)*

**RIDDELL, INC.**
*(Notice Only Party)*

**RYAN A. MCCARTHY**
BOWMAN & BROOKE LLP
1741 TECHNOLOGY DRIVE
SUITE 200
SAN JOSE, CA 95110
408-279-5393
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **ALL AMERICAN SPORTS CORPORATION**
*(Notice Only Party)*

**EASTON-BELL SPORTS, INC.**
*(Notice Only Party)*

**EASTON-BELL SPORTS, LLC**
*(Notice Only Party)*

**EB SPORTS CORP.**
*(Notice Only Party)*

**RBG HOLDINGS CORP.**
*(Notice Only Party)*

20

**RIDDELL SPORTS
GROUP, INC.**
*(Notice Only Party)*

**RIDDELL, INC.**
*(Notice Only Party)*

**MICHAEL LEE MCGLAMRY**
POPE MCGLAMRY KILPATRICK MORRISON &
NORWOOD, LLP
3455 PEACHTREE ROAD, NE
THE PINNACLE, STE. 925          representing   **PLAINTIFF(S)**
P.O. BOX 191625                                *(Notice Only Party)*
ATLANTA, GA 31119
404-523-7706
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DIANNE M. NAST**
RODA & NAST, PC
801 ESTELLE DRIVE
LANCASTER, PA 17601
717-892-3000                    representing   **PLAINTIFF(S)**
717-892-1200 (fax)                             *(Notice Only Party)*
dnast@rodanast.com
*Assigned: 01/19/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RONALD L. OLSON**
MUNGER TOLLES & OLSON, LLP
355 SOUTH GRAND AVENUE
35TH FLOOR                                     **NATIONAL FOOTBALL**
LOS ANGELES, CA 90071           representing   **LEAGUE, INC.**
213-683-9100                                   *(Notice Only Party)*
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NFL PROPERTIES LLC**
*(Notice Only Party)*

**CLIFFORD H. PEARSON**
PEARSON SIMON WARSHAW PENNY LLP representing   **PLAINTIFF(S)**
15165 VENTURA BLVD STE 400                     *(Notice Only Party)*
SHERMAN OAKS, CA 91403

818-788-8300
cpearson@pswplaw.com
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**N. KIRKLAND POPE**
POPE MCGLAMRY KILPATRICK MORRISON &
NORWOOD LLP
3455 PEACHTREE RD NE
THE PINNACLE SUITE 925
POBOX 191625
ATLANTA, GA 31119-3243
404-523-7706
efile@pmkm.com
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **PLAINTIFF(S)**
*(Notice Only Party)*

**JOHN MICHAEL RAPPAPORT**
MUNGER TOLLES & OLSON LLP
355 SOUTH GRAND AVENUE
35TH FLOOR
LOS ANGELES, CA 90071
213-683-9586
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **NATIONAL FOOTBALL LEAGUE, INC.**
*(Notice Only Party)*

**NFL PROPERTIES LLC**
*(Notice Only Party)*

**RAMON ALVARO RASCO**
PODHURST ORSECK JOSEFSBERG
CITY NATIONAL BANK BLDG
25 W FLAGLER ST STE 800
MIAMI, FL 33130-1780
305-358-2800
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **PLAINTIFF(S)**
*(Notice Only Party)*

**DAVID A. ROSEN**
ROSE, KLEIN & MARIAS
801 SOUTH GRAND AVENUE
11TH FLOOR
LOS ANGELES, CA 90017-4645

representing **PLAINTIFF(S)**
*(Notice Only Party)*

213-626-0571
d.rosen@rkmlaw.net
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**STEPHEN FREDERICK ROSENTHAL**
PODHURST ORSECK JOSEFSBERG
CITY NATIONAL BANK BLDG
25 W FLAGLER ST STE 800                    representing **PLAINTIFF(S)**
MIAMI, FL 33130-1780                                  *(Notice Only Party)*
305-358-2800
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**HOLLIS L. SALZMAN**
LABATON SUCHAROW LLP
140 BROADWAY
NEW YORK, NY 10005
212-907-0717                               representing **PLAINTIFF(S)**
hsalzman@labaton.com                                  *(Notice Only Party)*
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER A. SEEGER**
SEEGER WEISS LLP
550 BROAD ST STE 920
NEWARK, NJ 07102                           representing **PLAINTIFF(S)**
973-639-9100                                          *(Notice Only Party)*
cseeger@seegerweiss.com
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KEVIN P. SMITH**
ROSE KLEIN & MARIAS LLP
801 S. GRAND AVE 11TH FL
LOS ANGELES, CA 90017                      representing **PLAINTIFF(S)**
213-626-0571                                          *(Notice Only Party)*
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**SYLVIA SOKOL**                           representing **PLAINTIFF(S)**

MOSCONE EMBLIDGE & QUADRA LLP
220 MONTGOMERY ST
SUITE 2100
SAN FRANCISCO, CA 94101                          *(Notice Only Party)*
45-362-3599
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOHN W. SPIEGEL**
MUNGER TOLLES & OLSON, LLP
355 SOUTH GRAND AVENUE                                   **NATIONAL FOOTBALL**
35TH FLOOR                                  representing **LEAGUE, INC.**
LOS ANGELES, CA 90071                            *(Notice Only Party)*
213-683-9100
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                 **NFL PROPERTIES LLC**
                                                 *(Notice Only Party)*

**LINDSEY H. TAYLOR**
CARELLA BYRNE BAIN GILFILLAN CECCHI
STEWART & OLSTEIN
5 BECKER FARM ROAD                                       **PLAINTIFF(S)**
ROSELAND, NJ 07068                          representing *(Notice Only Party)*
973-994-1700
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GEORGE W. WALKER, III**
POPE MCGLAMRY KILPATRICK MORRISON &
NORWOOD, LLP
3455 PEACHTREE ROAD, NE                                  **PLAINTIFF(S)**
THE PINNACLE, STE. 925                      representing *(Notice Only Party)*
ATLANTA, GA 31119
404-523-7706
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**SOL H. WEISS**
ANAPOL SCHWARTZ WEISS COHAN                              **PLAINTIFF(S)**
FELDMAN & SMALLEY PC                        representing *(Notice Only Party)*
1710 SPRUCE ST

PHILADELPHIA, PA 19103
215-735-2098
215-735-2024 (fax)
sweiss@anapolschwartz.com
*Assigned: 01/31/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**THEODORE V. WELLS**
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
212-373-3089
twells@paulweiss.com
*Assigned: 01/31/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **NATIONAL FOOTBALL LEAGUE, INC.**
*(Notice Only Party)*

**NFL PROPERTIES LLC**
*(Notice Only Party)*

**BETH A. WILKINSON**
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
212-737-3000
bwilkinson@paulweiss.com
*Assigned: 01/31/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **NATIONAL FOOTBALL LEAGUE, INC.**
*(Notice Only Party)*

**NFL PROPERTIES LLC**
*(Notice Only Party)*

**CHARLES S. ZIMMERMAN**
ZIMMERMAN REED PLLP
1100 IDS CENTER
80 SOUTH EIGHTH ST
MINNEAPOLIS, MN 55402
612-341-0400
charles.zimmerman@zimmreed.com
*Assigned: 02/28/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing **PLAINTIFF(S)**
*(Notice Only Party)*