UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : MDL No. 2323<br>: 12-md-2323<br>:<br>: Notice of Appearance |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | :<br>: |

The undersigned attorney hereby notifies the Court and counsel that Daniel E. Gustafson shall appear as counsel of record for Plaintiff, Andrew Glover, in the above-captioned matter.

Dated: March 9, 2012

s/ Daniel E. Gustafson
Daniel E. Gustafson (#20224)
**Gustafson Gluek PLLC**
650 Northstar East
608 Second Avenue South
Minneapolis, Minnesota 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com

*Attorneys for Plaintiffs*

24648

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 <br> 12-md-2323 <br><br> Certificate of Service |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

    I hereby certify that on March 9, 2012, I caused the following document:

**1. Notice of Appearance**

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to counsel of record.

Dated: March 9, 2012

s/ Daniel E. Gustafson
Daniel E. Gustafson (#20224)
**Gustafson Gluek PLLC**
650 Northstar East
608 Second Avenue South
Minneapolis, Minnesota 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com

*Attorneys for Plaintiffs*

24657