UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | MDL No. 2323<br>12-md-2323 |
| | : | Notice of Appearance |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : | |

The undersigned attorney hereby notifies the Court and counsel that Jason S. Kilene shall appear as counsel of record for Plaintiff, Andrew Glover, in the above-captioned matter.

Dated: March 9, 2012

s/ Jason S. Kilene
Jason S. Kilene (#24773X)
**Gustafson Gluek PLLC**
650 Northstar East
608 Second Avenue South
Minneapolis, Minnesota  55402
Tel: (612) 333-8844
Fax: (612) 339-6622
E-mail:  jkilene@gustafsongluek.com

*Attorneys for Plaintiffs*

24649

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | MDL No. 2323<br>12-md-2323<br><br>Certificate of Service |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | : : | |

    I hereby certify that on March 9, 2012, I caused the following document:

**1. Notice of Appearance**

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to counsel of record.

Dated: March 9, 2012

s/ Jason S. Kilene
Jason S. Kilene (24773X)
**Gustafson Gluek PLLC**
650 Northstar East
608 Second Avenue South
Minneapolis, Minnesota  55402
Tel: (612) 333-8844
Fax: (612) 339-6622
E-mail: jkilene@gustafsongluek.com

*Attorneys for Plaintiffs*

24658