IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>12-md-2323 |
| THIS DOCUMENT RELATES TO:<br>Case No. 12-cv-01023; and<br>Case No. 12-cv-01025 | Notice of Appearance |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Graham B. LippSmith hereby enters his appearance as an attorney of record for Plaintiffs in the above-referenced cases.

DATED: March 12, 2012            Respectfully submitted,

By:   */s/ Graham B. LippSmith*
       Graham B. LippSmith (CA #204670)
       GIRARDI | KEESE
       1126 Wilshire Boulevard
       Los Angeles, CA 90017
       T: (213) 977-0211
       F: (213) 481-1554
       glippsmith@girardikeese.com

       Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
:
IN RE: NATIONAL FOOTBALL          :
LEAGUE PLAYERS' CONCUSSION        :
INJURY LITIGATION                 :   MDL No. 2323
_____ :   12-md-2323
:
THIS DOCUMENT RELATES TO:         :   Certificate of Service
Case No. 12-cv-01023; and         :
Case No. 12-cv-01025              :
_____ :

On March 12, 2012, I electronically filed the NOTICE OF APPEARANCE through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

DATED: March 12, 2012          GIRARDI | KEESE


                        By:    */s/ Graham B. LippSmith*
                               Graham B. LippSmith (CA #204670)
                               GIRARDI | KEESE
                               1126 Wilshire Boulevard
                               Los Angeles, CA 90017
                               T: (213) 977-0211
                               F: (213) 481-1554
                               glippsmith@girardikeese.com

                               Attorneys for Plaintiffs