IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>12-md-2323 |
| THIS DOCUMENT RELATES TO:<br>Case No. 12-cv-01023; and<br>Case No. 12-cv-01025 | Notice of Appearance |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Celene S. Chan hereby enters her appearance as an attorney of record for Plaintiffs in the above-referenced cases.

DATED: March 12, 2012        Respectfully submitted,

By:   */s/ Celene S. Chan*
      Celene S. Chan (CA # 260267)
      GIRARDI | KEESE
      1126 Wilshire Boulevard
      Los Angeles, CA 90017
      T: (213) 977-0211
      F: (213) 481-1554
      cchan@girardikeese.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____  :
                                     :
**IN RE: NATIONAL FOOTBALL**         :
**LEAGUE PLAYERS' CONCUSSION**       :
**INJURY LITIGATION**                :    **MDL No. 2323**
_____  :    **12-md-2323**
                                     :
**THIS DOCUMENT RELATES TO:**        :    **Certificate of Service**
Case No. 12-cv-01023; and            :
Case No. 12-cv-01025                 :
_____  :

    On March 12, 2012, I electronically filed the NOTICE OF APPEARANCE through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

DATED: March 12, 2012        GIRARDI | KEESE

        By:    <u>*/s/ Celene S. Chan*</u>
              Celene S. Chan (CA # 260267)
              GIRARDI | KEESE
              1126 Wilshire Boulevard
              Los Angeles, CA 90017
              T: (213) 977-0211
              F: (213) 481-1554
              cchan@girardikeese.com

              Attorneys for Plaintiffs