IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : MDL No. 2323 : 12-md-2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : |

### NOTICE OF ATTORNEY SERVICE LIST CORRECTIONS

Pursuant to this Court's Case Management Order No. 1 of March 6, 2012, the undersigned Counsel hereby submits Notice of Attorney List Corrections attached hereto as Schedule A.

DATED: March 13, 2012

                                                Respectfully Submitted,

                                                */s/ Michael L. McGlamry*
                                                Michael L. McGlamry (GA Bar No. 492515)
                                                **POPE, McGLAMRY, KILPATRICK MORRISON & NORWOOD, P.C.**
                                                3455 Peachtree Road, NE
                                                The Pinnacle, Suite 925
                                                P.O. Box 191625 (31119-1625)
                                                Atlanta, GA 30326-3243
                                                Ph: (404) 523-7706
                                                Fax: (404) 524-1648
                                                E-mail: efile@pmkm.com

**SCHEDULE A**
**Attorney Service List Corrections**

| Current | Correction |
|---|---|
| M. Gino Brogdon, Sr.<br>Pope, McGlamry, Kilpatrick,<br>Morrison, & Norwood, LLP<br>3455 Peachtree Road, NE<br>The Pinnacle, Ste. 925<br>P.O. Box 191625<br>Atlanta, GA 31119<br>404-523-7706<br>*Assigned: 02/28/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | M. Gino Brogdon, Sr.<br>Law Office of M. Gino Brogdon, Sr.<br>174 Walthall Street<br>Atlanta, GA 30316<br>Ph: (404) 643-2927<br>mginob@gmail.com<br>*Assigned: 02/28/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Michael Lee McGlamry<br>Pope, McGlamry, Kilpatrick,<br>Morrison & Norwood, LLP<br>3455 Peachtree Road, NE<br>The Pinnacle, Ste. 925<br>P.O. Box 191625<br>Atlanta, GA 31119<br>404-523-7706<br>*Assigned: 02/28/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | Michael L. McGlamry<br>Pope, McGlamry, Kilpatrick,<br>Morrison & Norwood, P.C.<br>3455 Peachtree Road, NE<br>The Pinnacle, Suite 925<br>P.O. Box 191625 (31119-1625)<br>Atlanta, GA 30326-3243<br>Ph: (404) 523-7706<br>Fax: (404) 524-1648<br>mmcglamry@pmkm.com<br>efile@pmkm.com<br>*Assigned: 02/28/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| George W. Walker, III<br>Pope, McGlamry, Kilpatrick,<br>Morrison, & Norwood, LLP<br>3455 Peachtree Road, NE<br>The Pinnacle, Ste. 925<br>Atlanta, GA 31119<br>404-523-7706<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | George W. Walker, III<br>Pope, McGlamry, Kilpatrick,<br>Morrison, & Norwood, P.C.<br>1111 Bay Avenue, Suite 450<br>P.O. Box 2128 (31902-2128)<br>Columbus, Georgia 31901<br>Ph: (706) 324-0050<br>Fax: (706) 327-1536<br>wallywalker@pmkm.com<br>*Assigned: 02/28/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**SCHEDULE A**
**Attorney Service List Corrections**

| Current | Correction |
|---|---|
| N. Kirkland Pope<br>Pope, McGlamry, Kilpatrick, Morrison & Norwood, LLP<br>3455 Peachtree Road, NE<br>The Pinnacle, Suite 925<br>P.O. Box 191625<br>Atlanta, GA 31119-3243<br>404-523-7706<br>efile@pmkm.com<br>*Assigned: 02/28/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | Jill L. Cassert<br>Pope, McGlamry, Kilpatrick, Morrison & Norwood, P.C.<br>3455 Peachtree Road, NE<br>The Pinnacle, Suite 925<br>P.O. Box 191625 (31119-1625)<br>Atlanta, GA 30326-3243<br>Ph: (404) 523-7706<br>Fax: (404) 524-1648<br>jillcassert@pmkm.com<br>*Assigned: 02/28/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| Jay Forbes Hirsch<br>Pope, McGlamry, Kilpatrick, Morrison & Norwood, LLP<br>3455 Peachtree Road, NE<br>The Pinnacle, Suite 925<br>P.O. Box 191625<br>Atlanta, GA 31119<br>404-523-7706<br>*Assigned: 02/28/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | Wade H. Tomlinson<br>Pope, McGlamry, Kilpatrick, Morrison, & Norwood, P.C.<br>1111 Bay Avenue, Suite 450<br>P.O. Box 2128 (31902-2128)<br>Columbus, Georgia 31901<br>Ph: (706) 324-0050<br>Fax: (706) 327-1536<br>triptomlinson@pmkm.com<br>*Assigned: 02/28/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was electronically filed through the CM/ECF system, which will send a notice of electronic filing to all counsel of record on this 13th day of March, 2012.

*/s/ Michael L. McGlamry*
Michael L. McGlamry (GA Bar No. 492515)
**POPE, McGLAMRY, KILPATRICK MORRISON & NORWOOD, P.C.**
3455 Peachtree Road, NE
The Pinnacle, Suite 925.
P.O. Box 191625 (31119-1625)
Atlanta, GA 30326-3243
Ph: (404) 523-7706
Fax: (404) 524-1648
E-mail: efile@pmkm.com
