IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323 (AB) |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**NOTICE OF ATTORNEY SERVICE LIST CORRECTION**

To the Clerk of Court:

Pursuant to paragraph 6 of Case Management Order No. 1 (ECF. No. 4) in the above-captioned matter directing that counsel notify the Clerk of Court of any inaccurate information in the Attorney Service List (attached to the Order as Schedule B) please take notice of the following corrections to the address and firm affiliation of Richard S. Lewis:

**Current Address**
Richard S. Lewis
COHEN, MILSTEIN, HAUSFELD & TOLL
1100 New York Ave., N.W.
Suite 500, West Tower
Washington, D.C. 20005

**Correct Address**
Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W.
Suite 650
Washington, D.C. 20006
(202) 540-7200
rlewis@hausfeldllp.com

Dated:  March 14, 2012

Submitted by:

*/s/ Jeannine M. Kenney*
Jeannine M. Kenney (PA # 307635)
HAUSFELD LLP
1604 Locust St., Second Floor
Philadelphia, PA 19103
(215) 985-3270 (ph)
(215) 985-3271 (fx)
jkenney@hausfeldllp.com