UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : MDL No. 2323 <br> : <br> : No. 12-md-2323 (AB) <br> : |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : <br> : <br> : <br> : |

## NOTICE OF ATTORNEY SERVICE LIST CORRECTION

To the Clerk of Court, all parties, and attorneys of record:

Pursuant to this Court's Case Management Order No. 1, please take notice of the following additions, deletions, and corrected information to the Attorney Service List for counsel of record for RIDDELL, INC., ALL AMERICAN SPORTS CORPORATION, RIDDELL SPORTS GROUP, INC., EASTON-BELL SPORTS, INC., EASTON-BELL SPORTS, LLC, EB SPORTS CORP., and RBG HOLDINGS CORP.

**The following attorneys shall be <u>added</u> to the Attorney Service List as counsel of record:**

ROBERT L. WISE
Bowman and Brooke LLP
1111 E. Main Street, Suite 2100
Richmond, VA 23219
Telephone: (804) 649-8200
Fax: (804) 649-1762
Email: robert.wise@bowmanandbrooke.com

THOMAS C. HOWARD
2901 N. Central Avenue, Suite 1600
Phoenix, AZ 85012
Telephone: (602) 643-2300
Fax: (602) 248-0947
Email: tom.howard@bowmanandbrooke.com

EDEN M. DARRELL
Bowman and Brooke LLP
1111 E. Main Street, Suite 2100
Richmond, VA 23219
Telephone: (804) 649-8200
Fax: (804) 649-1762
Email: eden.darrell@bowmanandbrooke.com

THOMAS P. WAGNER
Marshall, Dennehey, Warner, Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19107
Telephone: (215) 575-4562
Fax: (215) 575-0856
Email: tpwagner@mdwcg.com

MARY C. DOHERTY
Marshall, Dennehey, Warner, Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19107
Telephone: (215) 575-2884
Fax: (215) 575-0856
Email: mcdoherty@mdwcg.com

**The following attorneys shall be <u>deleted</u> from the Attorney Service List as counsel of record:**

MARION V. MAUCH
Bowman and Brooke LLP
879 West 190th Street, Suite 700
Gardena, CA 90248-4227
Email: marion.mauch@bowmanandbrooke.com

VINCENT GALVIN, JR.
1741 Technology Drive, Suite 200
San Jose, CA 95110-1355
Vincent.galvin@bowmanandbrooke.com

RYAN A. MCCARTHY
1741 Technology Drive, Suite 200
San Jose, CA 95110-1355
ryan.mccarthy@bowmanandbrooke.com

**The following <u>corrections</u> shall be made to the information for Paul G. Cereghini:**

<u>Current</u>

**PAUL G. CEREGHINI**
BOWMAN & BROOKE LLP
2901 North Central Avenue
Suite 1600
Phoenix, AZ 85012
Telephone: (602) 643-2400

<u>Corrected</u>

**PAUL G. CEREGHINI**
BOWMAN AND BROOKE LLP
2901 North Central Avenue
Suite 1600
Phoenix, AZ 85012
Telephone: (602) 643-2400
Fax: (602) 248-0947
Email: paul.cereghini@bowmanandbrooke.com

Respectfully submitted,

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

BY: _/s/ Mary C. Doherty_
Thomas P. Wagner, Esquire
Mary C. Doherty, Esquire
1845 Walnut Street
Philadelphia, PA 19107
215-575-2884

Attorneys for Defendants,
Riddell, Inc., All American Sports Corporation, Riddell Sports Group, Inc., Easton-Bell Sports, Inc., Easton-Bell Sports, LLC, EB Sports Corp., and RBG Holdings Corp.

Dated: <u>March 15, 2012</u>

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Notice of Attorney Service List Correction was served via ECF and United Stated First Class mail, postage prepaid, to all counsel of record identified in Case Management Order No. 1, Schedule B Attorney Service List.

                                                MARSHALL, DENNEHEY, WARNER,
                                                COLEMAN & GOGGIN

BY: *Mary C. Doherty* (signed)
      Thomas P. Wagner, Esquire
      Mary C. Doherty, Esquire
      1845 Walnut Street
      Philadelphia, PA 19107
      215-575-2884

Attorneys for Defendants,
Riddell, Inc., All American Sports Corporation, Riddell Sports Group, Inc., Easton-Bell Sports, Inc., Easton-Bell Sports, LLC, EB Sports Corp., and RBG Holdings Corp.

Dated: March 15, 2012