IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## CORRECTED NOTICE OF ATTORNEY SERVICE LIST CORRECTIONS

To the Clerk of Court:

Pursuant to paragraph 6 of Case Management Order No. 1, Defendants National Football League and NFL Properties LLC, by and through their undersigned counsel, hereby submit this Corrected Notice of Attorney Service List Corrections. Pursuant to paragraph 6 of Case Management Order No. 1, the attached Schedule A identifies attorneys whose names should be withdrawn and added to the Attorney Service List and, where necessary, identifies corrections that should be made to the Attorney Service List.

Defendants' original Notice of Attorney Service List Correction requested that the following attorneys at the law firm Munger Tolles & Olson, LLP be withdrawn and removed from the Attorney List attached as Schedule B to Case Management Order No. 1: Ronald L. Olson, John Michael Rappaport, and John W. Spiegel. These attorneys *should remain* on the Attorney List attached as Schedule B to Case Management Order No. 1 as counsel for Defendants on certain of the actions, and the attached Schedule A has been corrected accordingly.

DM1\3219571.1

DUANE MORRIS LLP

By: */s/ Dana B. Klinges*
Dana B. Klinges
(Pa. Atty. ID 57943)
John J. Soroko
(Pa. Atty. ID 25987)
Jeffrey S. Pollack
(Pa. Atty. ID 91888)

30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1143

    Brad S. Karp
    Theodore V. Wells, Jr.
    Bruce Birenboim
    Beth A. Wilkinson
    Lynn B. Bayard
    Douglas M. Burns
    Brian L. Stekloff
    Neil R. Lieberman
PAUL, WEISS, RIFKIND, WHARTON AND GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

*Attorneys for Defendants National Football League and NFL Properties LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was served via first-class mail postage pre-paid on all counsel listed on Schedule B to Case Management Order No. 1 and via ECF on all counsel registered to receive service via the Court's ECF system.

_____
Dana B. Klinges

## SCHEDULE A

## ATTORNEY SERVICE LIST CORRECTIONS, ADDITIONS AND WITHDRAWALS OF COUNSEL

| CORRECTION TO PARTY NAME | PARTY NAME SHOULD BE CORRECTED IN THE FOLLOWING ACTIONS |
|---|---|
| "National Football League, Inc." should be changed to "National Football League" | MDL 2323<br>2:11-cv-5209-AB |

| ATTORNEY WITHDRAWALS[1] | ATTORNEY FOR | ATTORNEY SHOULD BE WITHDRAWN AS COUNSEL FROM THE FOLLOWING ACTIONS |
|---|---|---|
| Earl W. Gunn<br>WEINBERG, WHEELER<br>HUDGINS GUNN & DIAL, LLC<br>3344 Peachtree Road, NE, Suite 2400<br>Atlanta, GA 30326 | Defendants National Football League and NFL Properties LLC | MDL 2323<br>2:12-cv-01028-AB<br>2:12-cv-01029-AB<br>2:12-cv-01030-AB<br>2:12-cv-01031-AB<br>2:12-cv-01032-AB<br>2:12-cv-01033-AB |
| Harvey W. Gurland, Jr.[2]<br>MERSHON, SAWYER,<br>JOHNSTON, DUNWODY & COLE<br>200 S. Biscayne Blvd.<br>4500 First Union Financial Center<br>Miami, FL 33131 | Defendant National Football League | MDL 2323<br>2:12-cv-01027-AB<br>2:12-cv-01037-AB |

---

[1] Defendants' original Notice of Attorney Service List Correction requested that the following attorneys at the law firm Munger Tolles & Olson, LLP be withdrawn and removed from the Attorney List attached as Schedule B to Case Management Order No. 1: Ronald L. Olson, John Michael Rappaport, and John W. Spiegel. These attorneys *should remain* on the Attorney List attached as Schedule B to Case Management Order No. 1 as counsel for Defendants National Football League and NFL Properties LLC and are listed below under the heading Accurate Appearances of Counsel for Defendants.

[2] Mr. Gurland is incorrectly identified on the Attorney List attached as Schedule B to Case Management Order No. 1 as being associated with the law firm Mershon, Sawyer, Johnston, Dunwoody & Cole when, in fact, he is a partner at the law firm Duane Morris LLP. Because Mr. Gurland's appearance as counsel for Defendant National Football League is being withdrawn, this error need not be corrected.

DM1\3219571.1

| ACCURATE APPEARANCES OF COUNSEL FOR DEFENDANTS | ATTORNEY SHOULD APPEAR AS COUNSEL IN THE FOLLOWING ACTIONS |
|---|---|
| Brad S. Karp[3]<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>212-373-3316<br>bkarp@paulweiss.com<br><br>Theodore V. Wells, Jr.<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>212-373-3089<br>twells@paulweiss.com<br><br>Bruce Birenboim<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>212-373-3165<br>bbirenboim@paulweiss.com<br><br>Beth A. Wilkinson[4]<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>202-223-7340<br>bwilkinson@paulweiss.com<br><br>*Continued on next page.* | I. **As Counsel For Defendant National Football League**<br><br>2:11-cv-5209-AB<br>2:12-cv-00546-AB<br>2:12-cv-00598-AB<br>2:12-cv-00702-AB<br>2:12-cv-00729-AB<br>2:12-cv-00989-AB<br>2:12-cv-01027-AB<br>2:12-cv-01037-AB<br><br>II. **As Counsel for Defendants National Football League and NFL Properties LLC**<br><br>MDL 2323<br>2:12-cv-00092-AB<br>2:12-cv-00262-AB<br>2:12-cv-00287-AB<br>2:12-cv-00324-AB<br>2:12-cv-00600-AB<br>2:12-cv-00601-AB<br>2:12-cv-00683-AB<br>2:12-cv-00731-AB<br>2:12-cv-00868-AB<br>2:12-cv-01023-AB<br>2:12-cv-01024-AB<br>2:12-cv-01025-AB<br>2:12-cv-01028-AB<br>2:12-cv-01029-AB<br>2:12-cv-01030-AB |

---

[3] Mr. Karp, Mr. Wells, Mr. Birenboim, Ms. Wilkinson, Ms. Bayard, and Ms. Klinges already appear as counsel for Defendants National Football League and NFL Properties LLC on the Attorney List attached as Schedule B to Case Management Order No. 1. Their appearances as counsel of record for Defendants National Football League and NFL Properties LLC (where applicable) should also be entered in the cases listed above.

[4] Ms. Wilkinson is incorrectly listed on Schedule B as having a New York office and phone number. Her correct office and phone number in Washington, DC are listed above.

| | |
|---|---|
| Lynn B. Bayard<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>212-373-3054<br>lbayard@paulweiss.com<br><br>Douglas M. Burns[5]<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>212-373-3403<br>dburns@paulweiss.com<br><br>Brian L. Stekloff<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>202-223-7318<br>bstekloff@paulweiss.com<br><br>Neil R. Lieberman<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>212-373-3766<br>nlieberman@paulweiss.com<br><br>John J. Soroko<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA 19103<br>215-979-1124<br>soroko@duanemorris.com<br><br><br>*Continued on next page.* | 2:12-cv-01031-AB<br>2:12-cv-01032-AB<br>2:12-cv-01033-AB<br>2:12-cv-01035-AB<br>2:12-cv-01036-AB |

---

[5] Mr. Burns, Mr. Stekloff, Mr. Lieberman, Mr. Soroko and Mr. Pollack do not appear, and should be added, as counsel for Defendants National Football League and NFL Properties LLC on the Attorney List attached as Schedule B to Case Management Order No. 1. Their appearances as counsel of record for Defendants National Football League and NFL Properties LLC (where applicable) should also be entered in the cases listed above.

| | |
|---|---|
| Dana B. Klinges<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA 19103<br>215-979-1143<br>dklinges@duanemorris.com<br><br>Jeffrey S. Pollack<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA 19103<br>215-979-1299<br>jspollack@duanemorris.com | |

| **ACCURATE APPEARANCES OF COUNSEL FOR DEFENDANTS** | **ATTORNEY SHOULD APPEAR AS COUNSEL IN THE FOLLOWING ACTIONS** |
|---|---|
| Ronald L. Olson<br>MUNGER TOLLES & OLSON, LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>ron.olson@mto.com<br><br>John Michael Rappaport<br>MUNGER TOLLES & OLSON, LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>john.rappaport@mto.com<br><br>John W. Spiegel<br>MUNGER TOLLES & OLSON, LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>john.spiegel@mto.com | I.  **As Counsel for Defendants National Football League and NFL Properties LLC**<br><br>MDL 2323<br>2:12-cv-01023-AB<br>2:12-cv-01024-AB<br>2:12-cv-01025-AB |

DM1\3219571.1