UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| THIS DOCUMENT RELATES TO: *Barnett, et al. v. National Football League* Case No. 2:12-cv-00546-AB | |

NOTICE OF VOLUNTARY DISMISSAL
AS TO PLAINTIFF ANDREW GLOVER

NO ANSWER OR MOTION FOR SUMMARY JUDGMENT HAVING BEEN FILED, Plaintiff Andrew Glover ONLY hereby voluntarily dismisses his claims in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. This complaint was filed on February 2, 2012, and has been served on Defendant.

Dated:  March 19, 2012

SEEGER WEISS LLP

By: /s/ Christopher A. Seeger

Christopher A. Seeger
Moshe Horn
Christopher M. Van de Kieft
**SEEGER WEISS LLP**
550 Broad Street, Suite 920
Newark, New Jersey 07102
(973) 639-9100
cseeger@seegerweiss.com

Arnold Levin
Fred S. Longer
Daniel C. Levin
**LEVIN, FISHBEIN, SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500

James E. Cecchi
Lindsey H. Taylor
**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C**
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Marc S. Albert
**LAW OFFICES OF MARC S. ALBERT**
32-72 Steinway St.
Astoria, NY 11103
(855) 252-3788

Russ M. Herman
Leonard A. Davis
**HERMAN, HERMAN KATZ & COTLAR**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
(504) 581-4892

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I, Christopher A. Seeger, hereby certify that on the 19th day of March 2012, I caused the electronic transmission of a true and correct copy of the foregoing document, NOTICE OF VOLUNTARY DISMISSAL AS TO PLAINTIFF ANDREW GLOVER, to the Clerk of the Court using the Electronic Court Filing (ECF) System for filing and transmittal of a Notice of Electronic Filing (NEF) to all attorneys of record who are ECF registrants.

                                                                /s/ *Christopher A. Seeger*
                                                                CHRISTOPHER A. SEEGER