# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>CHARLES RAY EASTERLING and his wife, MARY ANN EASTERLING, et al.,<br><br>                    Plaintiffs,<br><br>         v.<br><br>NATIONAL FOOTBALL LEAGUE, INC.,<br><br>                    Defendant. | CIVIL ACTION<br>Case No. 11-CV-05209-AB |

**THE NATIONAL FOOTBALL LEAGUE'S
MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT
<u>PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)</u>**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RAY EASTERLING and his wife, MARY ANN EASTERLING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE, INC., <br><br> Defendant. | CIVIL ACTION <br> Case No. 11-CV-05209-AB |

## THE NATIONAL FOOTBALL LEAGUE'S
## MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT
## PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)

Defendant National Football League (incorrectly identified in the amended complaint as "National Football League, Inc."; hereinafter, the "NFL"), by its attorneys Paul, Weiss, Rifkind, Wharton & Garrison LLP and Duane Morris LLP, moves pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss plaintiffs' amended complaint in its entirety. In support of this motion, the NFL relies on the points and authorities in the accompanying memorandum of law, and the accompanying Declaration of Dennis L. Curran and exhibits thereto, which the NFL submits herewith and incorporates herein in their entirety.

The NFL respectfully requests oral argument on this motion.

/

/

/

/

Dated: November 9, 2011

Respectfully submitted,

By:    Brad S. Karp          

PAUL, WEISS, RIFKIND, WHARTON &
     GARRISON LLP
Brad S. Karp
Theodore V. Wells, Jr.
Bruce Birenboim
Beth A. Wilkinson
Lynn B. Bayard
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

DUANE MORRIS LLP
John J. Soroko (Pa. Atty. ID 25987)
Dana B. Klinges (Pa. Atty. ID 57943)
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I, Brad S. Karp, hereby certify that on November 9, 2011, the foregoing Motion to Dismiss Plaintiffs' Amended Complaint, the Memorandum of Law in support thereof, and the Declaration of Dennis L. Curran have been filed electronically and are available for downloading and viewing from the Court's ECF system by all counsel of record. I further certify that I caused the exhibits to the Declaration of Dennis L. Curran to be filed manually with the clerk and served upon the following counsel via hand delivery:

Larry Coben, Esquire
Sol Weiss, Esquire
Anapol Schwartz Weiss Cohan Feldman & Smalley, P.C.
1710 Spruce Street
Philadelphia, PA 19103
*Attorneys for Plaintiffs*

Dated: November 9, 2011                                By:   Brad S. Karp