# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>CHARLES RAY EASTERLING and his wife, MARY ANN EASTERLING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, INC.,<br><br>Defendant. | CIVIL ACTION<br>Case No. 11-CV-05209-AB |

## RE-FILED PROPOSED ORDER

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| CHARLES RAY EASTERLING and his wife, MARY ANN EASTERLING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE, INC., <br><br> Defendant. | CIVIL ACTION <br> Case No. 11-CV-05209-AB |

## ORDER

AND NOW, on this _____ day of _____, 2011, having considered

the Motion to Dismiss of Defendant National Football League, the Memorandum of Law

and Declaration of Dennis L. Curran in support thereof, and Plaintiffs' opposition thereto,

IT IS HEREBY ORDERED and DECREED that Defendant's Motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' Amended Complaint IS HEREBY

DISMISSED in its entirety WITH PREJUDICE.

IT IS SO ORDERED.

BY THE COURT:


_____
The Honorable Anita B. Brody
United States District Judge