IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>CHARLES RAY EASTERLING and his wife, MARY ANN EASTERLING, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, INC.,<br><br>Defendant. | CIVIL ACTION<br>Case No. 11-CV-05209-AB |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Defendant's Motion to Dismiss Plaintiffs' Amended Complaint, the Memorandum of Law in support thereof, and the Declaration of Dennis L. Curran have been filed electronically pursuant to paragraph 3 of Case Management Order No. 1 and are available for downloading and viewing from the Court's ECF system by all counsel of record.

/s/ Dana B. Klinges
Dana B. Klinges