# Exhibit 6
# Part 5 of 5

deemed an advance payment of workers' compensation benefits due Player, and Club will be entitled to be reimbursed the amount of such payment out of any award of workers' compensation.

11.   SKILL, PERFORMANCE AND CONDUCT.  Player understands that he is competing with other players for a position on Club's roster within the applicable player limits. If at any time, in the sole judgement of Club, Player's skill or performance has been unsatisfactory as compared with that of other players competing for positions on Club's roster, or if Player has engaged in personal conduct reasonably judged by Club to adversely affect or reflect on Club, then Club may terminate this contract. In addition, during the period any salary cap is legally in effect, this contract may be terminated if, in Club's opinion, Player is anticipated to make less of a contribution to Club's ability to compete on the playing field than another player or players whom Club intends to sign or attempts to sign, or another player or players who is or are already on Club's roster, and for whom Club needs room.

12.   TERMINATION.  The rights of termination set forth in this contract will be in addition to any other rights of termination allowed either party by law. Termination will be effective upon the giving of written notice, except that Player's death, other than as a result of injury incurred in the performance of his services under this contract, will automatically terminate this contract. If this contract is terminated by Club and either Player or Club so requests, Player will promptly undergo a complete physical examination by the Club physician.

169

13.   INJURY GRIEVANCE.  Unless a collective bargaining agreement in existence at the time of termination of this contract by Club provides otherwise, the following injury grievance procedure will apply: If Player believes that at the time of termination of this contract by Club he was physically unable to perform the services required of him by this contract because of an injury incurred in the performance of his services under this contract, Player may, within 60 days after examination by the Club physician, submit at his own expense to examination by a physician of his choice. If the opinion of Player's physician with respect to his physical ability to perform the services required of him by this contract is contrary to that of the Club's physician, the dispute will be submitted within a reasonable time to final and binding arbitration by an arbitrator selected by Club and Player or, if they are unable to agree, one selected in accordance with the procedures of the American Arbitration Association on application by either party.

14.   RULES.  Player will comply with and be bound by all reasonable Club rules and regulations in effect during the term of this contract which

are not inconsistent with the provisions of this contract or of any collective bargaining agreement in existence during the term of this contract. Player's attention is also called to the fact that the League functions with certain rules and procedures expressive of its operation as a joint venture among its member clubs and that these rules and practices may affect Player's relationship to the League and its member clubs independently of the provisions of this contract.

15. INTEGRITY OF GAME. Player recognizes the detriment to the League and professional football that would result from impairment of public confidence in the honest and orderly conduct of NFL games or the integrity and good character of NFL players. Player therefore acknowledges his awareness that if he accepts a bribe or agrees to throw or fix an NFL game; fails to promptly report a bribe offer or an attempt to throw or fix an NFL game; bets on an NFL game; knowingly associates with gamblers or gambling activity; uses or provides other players with stimulants or other drugs for the purpose of attempting to enhance on-field performance; or is guilty of any other form of conduct reasonably judged by the League Commissioner to be detrimental to the League or professional football, the Commissioner will have the right, but only after giving Player the opportunity for a hearing at which he may be represented by counsel of his choice, to fine Player in a reasonable amount; to suspend Player for a period certain or indefinitely; and/or to terminate this contract.

170

16. EXTENSION. Unless this contract specifically provides otherwise, if Player becomes a member of the Armed Forces of the United States or any other country, or retires from professional football as an active player, or otherwise fails or refuses to perform his services under this contract, then this contract will be tolled between the date of Player's induction into the Armed Forces, or his retirement, or his failure or refusal to perform, and the later date of his return to professional football. During the period this contract is tolled, Player will not be entitled to any compensation or benefits. On Player's return to professional football, the term of this contract will be extended for a period of time equal to the number of seasons (to the nearest multiple of one) remaining at the time the contract was tolled. The right of renewal, if any, contained in this contract will remain in effect until the end of any such extended term.

17. ASSIGNMENT. Unless this contract specifically provides otherwise, Club may assign this contract and Player's services under this contract to any successor to Club's franchise or to any other Club in the League. Player will report to the assignee Club promptly upon being informed of the assignment of his contract and will faithfully perform his services under this contract. The assignee club will pay Player's necessary traveling expenses in reporting to it and will faithfully perform this contract with Player.

18.   FILING.   This contract will be valid and binding upon Player and Club immediately upon execution. A copy of this contract, including any attachment to it, will be filed by Club with the League Commissioner within 10 days after execution. The Commissioner will have the right to disapprove this contract on reasonable grounds, including but not limited to an attempt by the parties to abridge or impair the rights of any other club, uncertainty or incompleteness in expression of the parties' respective rights and obligations, or conflict between the terms of this contract and any collective bargaining agreement then in existence. Approval will be automatic unless, within 10 days after receipt of this contract in his office, the Commissioner notifies the parties either of disapproval or of extension of this 10-day period for purposes of investigation or clarification pending his decision. On the receipt of notice of disapproval and termination, both parties will be relieved of their respective rights and obligations under this contract.

19.   DISPUTES.   During the term of any collective bargaining agreement, any dispute between Player and Club involving the interpretation or application of any provision of this contract will be submitted to final and binding arbitration in accordance with the procedure called for in any collective bargaining agreement in existence at the time the event giving rise to any such dispute occurs.

**171**

20.   NOTICE.   Any notice, request, approval or consent under this contract will be sufficiently given if in writing and delivered in person or mailed (certified or first class) by one party to the other at the address set forth in this contract or to such other address as the recipient may subsequently have furnished in writing to the sender.

21.   OTHER AGREEMENTS.   This contract, including any attachment to it, sets forth the entire agreement between Player and Club and cannot be modified or supplemented orally. Player and Club represent that no other agreement, oral or written, except as attached to or specifically incorporated in this contract, exists between them. The provisions of this contract will govern the relationship between Player and Club unless there are conflicting provisions in any collective bargaining agreement in existence during the term of this contract, in which case the provisions of the collective bargaining agreement will take precedence over conflicting provisions of this contract relating to the rights or obligations of either party.

22.   LAW.   This contract is made under and shall be governed by the laws of the State of _____.

23.   WAIVER AND RELEASE.   Player waives and releases any claims that he may have arising out of, related to, or asserted in the lawsuit entitled

White v. National Football League, including, but not limited to, any such claim regarding past NFL Rules, the College Draft, Plan B, the first refusal/compensation system, the NFL Player Contract, pre-season compensation, or any other term or condition of employment, except any claims asserted in Brown v. Pro Football, Inc. This waiver and release also extends to any conduct engaged in pursuant to the Stipulation and Settlement Agreement in White ("Settlement Agreement") during the express term of that Settlement Agreement or any portion thereof. This waiver and release shall not limit any rights Player may have to performance by the Club under this Contract or Player's rights as a member of the White class to object to the Settlement Agreement during its review by the court in Minnesota. This waiver and release is subject to Article XIV (NFL Player Contract), Section 3(c) of the CBA.

24.   OTHER PROVISIONS.   (a) Each of the undersigned hereby confirms that (i) this contract, renegotiation, extension or amendment sets forth all components of the player's remuneration for playing professional football (whether such compensation is being furnished directly by the Club or by a related or affiliated entity); and (ii) there are not undisclosed agreements of any kind, whether express or implied, oral or written, and there are no promises, undertakings, representations, commitments, inducements, assurances of intent, or understandings of any kind that have not been disclosed to the NFL involving consideration of any kind to be paid, furnished or made available to Player or any entity or person owned or controlled by, affiliated with, or related to Player, either during the term of this contract or thereafter.

(b) Each of the undersigned further confirms that, except insofar as any of the undersigned may describe in an addendum to this contract, to the best of their knowledge, no conduct in violation of the Anti-Collusion rules of the Settlement Agreement took place with respect to this contract. Each of the undersigned further confirms that nothing in this contract is designed or intended to defeat or circumvent any provisions of the Settlement Agreement, including but not limited to the Rookie Pool and Salary Cap provisions; however, any conduct permitted by the CBA and/or the Settlement Agreement shall not be considered a violation of this confirmation.

(c) The Club further confirms that any information regarding the negotiation of this contract that it provided to the Neutral Verifier was, at the time the information was provided, true and correct in all material respects.

172

25.   SPECIAL PROVISIONS.


THIS CONTRACT is executed in six (6) copies. Player acknowledges that before signing this contract he was given the opportunity to seek advice from or be represented by persons of his own selection.


| | |
|---|---|
| _____ | _____ |
| PLAYER | CLUB |
| _____ | _____ |
| Home Address | By |
| _____ | _____ |
| | Club Address |
| _____ | _____ |
| Telephone Number | |
| _____ | _____ |
| Date | Date |

**173**


_____
PLAYER'S CERTIFIED AGENT

_____
Address

_____

_____
Telephone number

_____
Date


Copy Distribution:    White—League Office    Yellow—Player
                      Green—Member Club     Blue—Management Council
                      Gold—NFLPA            Pink—Player Agent

# APPENDIX D

# FIRST REFUSAL OFFER SHEET

Name of Player:                          Date:

Address of Player:                       Name of New Team:

Name and Address of                      Name of Prior Team:
Player's Representative
Authorized to Act for Player:            Address of Prior Team:


Principal Terms of NFL Player Contract With New Team:

    [Supply Information on this Sheet or on Attachment]

    1.    Salary to be paid, guaranteed or loaned (i.e., Paragraph 5 Salary; signing, reporting and roster bonuses; deferred compensation (including the specified installments and the specified dates); amount and terms of loans, if any; and description of variation and method of calculation, if any, for Salary in Principal Terms that may be variable and/or calculable (i.e., only likely to be earned team incentives for New Team [not to exceed 15% of Salary] and generally recognized league-wide honors): [Please identify every component of such payment (e.g., signing bonus, salary, etc.) and indicate if any component or portion thereof is guaranteed or based upon specific incentives].

    2.    Modifications and additions to NFL Player Contract(s): [or attach marked-up copy of NFL Player Contract(s)]

    3.    Other terms (that need not be matched):

Player:                                  New Club:

By _____             By _____
                                         Chief Operating Officer

**174**

# APPENDIX E

## FIRST REFUSAL EXERCISE NOTICE

Name of Player:                                   Date:

Address of Player:                                Name of New Team:

Name and Address of                              Name of Prior Team:
Player's Representative
Authorized to Act for Player:                     Address of Prior Team:

    The undersigned member of the NFL hereby exercises its Right of First Refusal so as to create a binding Agreement with the player named above containing the Principal Terms set forth in the First Refusal Offer Sheet (a copy of which is attached hereto), and those terms of the NFL Player Contract not modified by such Principal Terms.

Prior Team

By _____            **175**
    Chief Operating Officer

# APPENDIX F

## WAIVER OF FREE AGENT RIGHTS

I, the undersigned, hereby state that I have agreed to a Right of First Refusal at the end of my NFL Player Contract, as set forth in the documents attached to this waiver. I understand that, in so doing, I am giving up rights I have to be completely free to sign with other teams at the end of my contract. I also understand that no NFL team is permitted to force me to renounce these rights, which are rights that I have under the NFLPA/NFL collective bargaining agreement and the settlement of the Reggie White class action suit against the NFL. In exchange for renouncing these rights, I understand that I will receive the following additional compensation, if any, from my team:

By _____

WITNESSED BY:

**176**  _____

# APPENDIX G

# NOTICE OF TERMINATION

TO:

You are hereby notified that effective immediately your NFL Player Contract(s) with the Club covering the _____ football season(s) has (have) been terminated for the reason(s) checked below:

- You have failed to establish or maintain your excellent physical condition to the satisfaction of the Club physician.

- You have failed to make full and complete disclosure of your physical or mental condition during a physical examination.

- In the judgment of the Club, your skill or performance has been unsatisfactory as compared with that of other players competing for positions on the Club's roster.

- You have engaged in personal conduct which, in the reasonable judgment of the Club, adversely affects or reflects on the Club.   **177**

The following reason can be checked only in a year in which a Salary Cap is in effect:

- In the Club's opinion, you are anticipated to make less of a contribution to the Club's ability to compete on the playing field than another player or players whom the Club intends to sign or attempt to sign, or already on the roster of the Club, and for whom the Club needs Room.

# APPENDIX H

# ACCOUNTANTS' REVIEW PROCEDURES

The information included in the Schedule of Team Salaries, Benefits, Player Costs, Defined Gross Revenues ("DGR") and Excluded DGR of the member clubs of the NFL (the "Schedule"), which is not intended to be a presentation in accordance with generally accepted accounting principles, is to be prepared in accordance with the provisions and definitions contained in the Settlement Agreement. The information on the Schedule is to be the responsibility of the NFL Member Clubs' and the NFL's managements. The Accountants' responsibility will be to express an opinion on the Schedule based on their audit.

The NFL and Class Counsel or any Players Union are to retain a national accounting firm (the "Accountants"). The Accountants are to conduct an audit of the Schedule (the "Audit") in accordance with generally accepted auditing standards. Those standards require that the Accountants plan and perform the Audit to obtain reasonable assurance about whether the Schedule is free of material misstatement. The Audit shall include examining, on a test basis, evidence supporting the amounts and disclosures in the Schedule. The Audit shall also include an assessment of the significant estimates made by management, as well as an evaluation of the overall Schedule presentation.

178

A committee is to be established, the Settlement Agreement Salary Cap Review Committee (the "Committee"), consisting of 6 members with 3 representatives designated by each of the NFL and Class Counsel or any Players Union. The Committee is to meet with the Accountants at least twice during the year, once prior to December 31st to review the scope of the Audit described in the preceding paragraph and again before February 15th to review the results of the Audit before issuance of the final report for that playing season.

The procedures detailed below are designed for the Accountants to determine whether, in their opinion, the Schedule represents, in all material respects, the Team Salaries, Benefits, Player Costs, Defined Gross Revenues and Excluded DGR of the member clubs of the NFL for such season in accordance with the terms of the Settlement Agreement. The Accountants will audit the Schedule for each playing season.

The Accountants may rely on the auditing procedures performed by each member club's local accounting firm ("Local Accountants") or may test the procedures on a scope basis so as to permit the Accountants to ob-

tain a reasonable basis to express an overall opinion on the Schedule as referred above.

The Accountants will have access to the Local Accountants' audit workpapers of the Schedule (the "Workpapers"). If the Accountants need to review the financial audit workpapers or the corresponding financial statement of any club or the League Office, this information will be held in confidence and not be part of the file subject to review by the Committee.

## Procedures provided by the NFL and Class Counsel to be performed by the Accountants

### General

- The Settlement Agreement should be reviewed and understood.

- See Exhibit I for the form of the Accoutants' Audit Report.

- Examine the National Television and Cable contracts at the League Office and agree to amounts reported.

- Schedules of international broadcast should be obtained from the League Office. Schedules should be verified by agreeing to general ledgers and testing supporting documentation where applicable.

- All loans, advances, bonuses, etc. received by the League Office should be noted in the report and included in DGR where appropriate.

- The Player Compensation and Defined Gross Revenues Reporting Package and instructions for the playing season should be reviewed and understood.

- All audit workpapers of the Accountants relative to its report on the Schedule should be made available for review by representatives of the NFL and Class Counsel or any Players Union prior to issuance of the report.

- A summary of all Audit findings (including any unusual or non-recurring transactions) and proposed adjustments must be jointly reviewed with representatives of the NFL and the NFLPA prior to issuance of the report.

- Any problems or questions raised during the Audit should be resolved by the Committee.

179

- Estimates should be reviewed in accordance with the Settlement Agreement. Estimates are to be reviewed based upon the previous year's actual results and current year activity. Estimates should be re-confirmed with third parties when possible.

- Revenue and expense amounts that have been estimated should be reconfirmed with the Controller or other team representatives prior to the issuance of the report.

- Where possible, team and League Office revenues and expenses should be reconciled to audited financial statements. This information is to be held in confidence.

- The Accountants should be aware of revenues excluded from DGR. All revenues excluded by the teams or League Office should be reviewed to determine proper exclusion. The Accountants should perform a review for revenues improperly excluded from, or included in, DGR.

**Procedures provided by the NFL and Class Counsel to be performed by the Local Accountants**

180

**General**
- Each NFL member club shall be audited in accordance with the Settlement Agreement. The Settlement Agreement should be reviewed and understood by all Local Accountants.

- See Exhibit II for the form of the Local Accoutants' Audit Report.

- Special rules for Cap Counting such as annuities, loans, guarantees, deferrals, signing bonuses and the like should be reviewed and understood.

**Team Salaries - Schedule 1**
- Trace amounts to the team's general ledger or other supporting documentation for agreement.

- Foot all schedules and perform other clerical tests.

- Examine the applicable player contracts for all players listed, noting agreement of all salary amounts for each player, in accordance with the definition of salary in the Settlement Agreement.

- Compare player names with all player lists for the season in question.

- Determine method used to value non-cash compensation is in compliance with methods outlined in the Settlement Agreement.

- Examine trade arrangements to verify that each team has properly recorded its pro rata portion of the players' entire salary based upon roster days.

- Inquire of Controller or other representative of each team if any additional compensation was paid to players and not included on the schedule.

- Review "Miscellaneous Bonuses" to determine whether such bonuses were actually earned for such season.

- Review signing bonuses to determine if they have been allocated over the years of the Contract in accordance with the Settlement Agreement.

- Review contracts to insure that any guaranteed amounts for future years are allocated, if applicable, over previous years in accordance with the provisions of this Agreement.

**181**

- Compare the balances of player loans from the end of the prior period to the end of the current period and reconcile to the respective payment schedule in effect at the end of the prior period.

**Benefits - Schedule 2**
- Trace amounts to the team's general ledger or other supporting documentation for agreement.

- Foot all schedules and perform other clerical tests.

- Investigate variations in amounts from prior year through discussion with the Controller or other representative of the team.

- Review each team's insurance expenses for premium credits (refunds) received from carriers.

- Review supporting documentation as to the following expenses:

| | |
|---|---|
| Players Pension | Workers Compensation |
| Severance Costs | FICA - Social Security/Medicare |
| Disability Insurance | Unemployment Insurance |
| Medical/Dental/Life Ins. | Other Allowable Benefits |

**Player Costs - Schedule 3**
- Perform procedures provided in Schedules 1 and 2 above and deduct amounts not includable in the definition of "Player Costs" in the Agreement.

**Defined Gross Revenues - Schedule 4**
- Trace amounts to team's general ledger or other supporting documentation for agreement.

- Foot all schedules and perform other clerical tests.

- Trace gate receipts to general ledger and test supporting documentation where appropriate.

- Gate receipts should be reviewed and reconciled to League Office gate receipts summary.

- Luxury box revenues should be included/excluded in DGR in a manner consistent with the DGR Settlement Agreement. Amounts included in DGR should be verified to supporting documentation.

182
- Examine local television, local cable and local radio contracts. Verify to amounts reported by teams.

- When local broadcast revenues are not verifiable by reviewing a contract, detailed supporting documentation should be obtained and tested.

- All loans, advances, bonuses, etc. received by the team should be noted in the report and included in DGR where appropriate.

- All amounts of other revenues should be reviewed for proper inclusion/exclusion in DGR. Test appropriateness of balances where appropriate.

**Excluded DGR - Schedule 5**
- Perform procedures provided in Schedule 4 above for amounts of DGR defined in the Agreement as "Excluded DGR" and make any adjustments to DGR as appropriate.

**Questions - Schedule 6**
- Review with Controller or other representatives of the team the answers to all questions on this schedule.

- Review that appropriate details are provided where requested.

- Prepare a summary of all changes.

**DGR Reporting Procedures - Schedule 7 and List of Related Entities - Schedule 8**

- Review with Controller or other representatives of the team all information included on both schedules.

- Prepare a summary of any changes, corrections or additions to either schedule.

- Review supporting details of any changes.

183

# EXHIBIT I

## ACCOUNTANTS' AUDIT REPORT

We have audited the Schedule of Team Salaries, Benefits, Player Costs, Defined Gross Revenues and excluded Defined Gross Revenues of the Member Clubs of the National Football League ("NFL") for the _____ playing season (the "Schedule"). This information, which is not intended to be a presentation in accordance with generally accepted accounting principles, was prepared in accordance with the provisions and definitions contained in the Stipulation and Settlement Agreement dated February 26, 1993, <u>White</u> v. <u>NFL</u>, No. 4-92-906 (D. Minn.) (the "Settlement Agreement"). The information on this schedule is the responsibility of the Member Clubs and the NFL's management. Our responsibility is to express an opinion on this Schedule based on our audit.

We conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurances about whether the Schedule is free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the Schedule. An audit also includes assessing the significant estimates made by management, as well as evaluating the overall Schedule presentation. We believe that our audit provides a reasonable basis for our opinion.

184

In our opinion the Schedule referred to above presents fairly, in all material respects, the Team Salaries, .Benefits, Player Costs, Defined Gross Revenues and Excluded Defined Gross Revenues of the Member Clubs of the National Football League ("NFL") for the _____ playing season in accordance with the applicable terms of the Settlement Agreement.

This report is for your use in connection with the Settlement Agreement and should not be referred to or distributed to anyone outside of your organization for any other purpose, nor should it be related to the financial statements of the NFL or any Member Club taken as a whole.

# EXHIBIT II

## LOCAL ACCOUNTANTS' AUDIT REPORT

We have audited the Schedule of Team Salaries, Benefits, Player Costs, Defined Gross Revenues and Excluded Defined Gross Revenues of the _____ a Member Club of the National Football League ("NFL") for the _____ playing season (the "Schedule"). This information, which is not intended to be a presentation in accordance with generally accepted accounting principles, was prepared in accordance with the provisions and definitions contained in the Stipulation and Settlement Agreement dated February 26, 1993, White v. NFL, No. 4-92-906 (D. Minn.) (the "Settlement Agreement"). The information on this schedule is the responsibility of _____ management. Our responsibility is to express an opinion on this Schedule based on our audit.

We conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurances about whether the Schedule is free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the Schedule. An audit also includes assessing the significant estimates made by management, as well as evaluating the overall Schedule presentation. We believe that our audit provides a reasonable basis for our opinion.

185

In our opinion the Schedule referred to above presents fairly, in all material respects, the Team Salaries, Benefits, Player Costs, Defined Gross Revenues and Excluded Defined Gross Revenues of the _____ for the _____ playing season in accordance with the applicable terms of the Settlement Agreement.

This report is for your use in connection with the Settlement Agreement and should not be referred to or distributed to anyone outside of your organization for any other purpose, nor should it be related to the financial statements of the _____ taken as a whole.

# APPENDIX I

## STANDARD MINIMUM PRE-SEASON PHYSICAL EXAMINATION

Should there be the need for additional examination or testing in any specific area, such will be permitted.

**General Medical Examination**

1.   History
     - player
     - family
     - thorough review of all team physicians and trainer reports for preceding seasons

2.   Examination
     - head
     - face
     - scalp
     - ears
       - external & drums
     - sinus
     - throat
     - eyes
       - pupils
       - reaction to movement & light
     - lungs
       - palpation
     - chest
     - heart
     - visceral
     - hernia
     - rectal
       - hemorrhoid
       - fistula
       - prostate
     - gastric
     - any unusual body marks, i.e. scars, birthmarks
     - height
     - weight
     - temperature
     - blood pressure
     - pulse
     - heart rate

186

**Orthopedic Examination**

Examination visually, including stress testing and range of motion for all of the following:

- neck and spine
- shoulder
- elbow
- wrist
- fingers
- hips
- knees—also knee jerk
- ankle—check Achilles tendon for abnormalities and by jerk test
- toes

**Flexibility**

Testing of hamstrings and neck

**EKG**

Heart Abnormalities

187

**Stress Testing** (at physician's discretion) (Treadmill or bicycle) for cardio-vascular

**Blood Testing**

Standard grid. Testing for (including but not limited to):

- Chemistry
- Calcium
- Phosphorus
- Glucose
- Uric Acid
- Cholesterol
- Iron
- Triglyceride
- Lipids
- Sodium
- Chlorides
- White Blood Count
- Red Blood Count
- Mono-Screen
- Tay Sachs
- Sickle Cell
- VD

} Where applicable. If found, individual counseling necessary.

**Urinalysis**

Check for (including but not limited to):
- Protein
- Glucose
- PH Factor
- Diabetes
- Renal Failure
- Gout

**Vision Testing**
- peripheral vision
- standard eye test

**Hearing Test**

**Dental Examination**

**Chest X-Ray** (at appropriate intervals)
(Only as recommended by AMA standard)
Check for: Tumor
T.B.
Lesions

**X-Ray all previously injured areas** (at physician's discretion)

188

# APPENDIX J

## ACTUARIAL ASSUMPTIONS AND ACTUARIAL COST METHOD

Mortality rates: Group Annuity Mortality Table for 1983 without margins

Disability mortality
before age 65: 1965 Railroad Retirement Board select and ultimate table

Non-football related disability rates before retirement:

| Age | Rate |
|-----|------|
| 22 | .04 |
| 27 | .04 |
| 32 | .04 |
| 37 | .05 |
| 42 | .09 |
| 47 | .18 |
| 52 | .41 |

Football related disability rates: .08% per year for active players and .06% per year for inactive players until age 45, after which it becomes zero. Active players are assumed to become inactive after one year or age 30, whichever comes later.

**189**

Withdrawal rates:

| For Players With Service of | Rate |
|-----------------------------|------|
| 1 year | 29.1% |
| 2 years | 19.7% |
| 3 years | 17.0% |

Election of early payment benefit: 35% of all players out of football less than two years will elect the benefit two years after leaving football. Active players are assumed to leave football after one season or age 30, whichever is later. No assumption for players with no credited seasons before 1993.

Retirement age: 47, except 55 for players with no credited seasons before 1993

Percent married: Social Security awards in 1972

Age of Player's wife:   Three years younger than player

Remarriage rates:   1971 Railroad Retirement Board rates

Net investment return: 7.25%

Administration
expenses:   Actual for prior year

Valuation date:   First day of plan year

Actuarial value
of assets:   One-time write-up to market value as of March 31, 1993 followed by restart of the present procedure thereafter.

Funding method:   Unit credit cost method, except retrospective term cost based on actual experience during the prior year for Line-of-Duty disability benefits.

**190**

Amortization period:   20 years beginning April 1, 1993; 19 years as of April 1, 1994, etc.  In years when there is a zero or negative unfunded actuarial accrued liability, the amount which is expected to produce a zero unfunded actuarial accrued liability at the end of the plan year.

# LETTER AGREEMENT

May 6, 1993

Harold Henderson
National Football League
Management Council
410 Park Avenue
New York, New York 10022

Dear Harold:

This letter confirms certain agreements between the National Football League Players Association ("NFLPA") and the National Football League Management Council ("NFLMC") regarding several matters not set forth in the Collective Bargaining Agreement ("CBA"). First, the NFLMC will exercise its best efforts to provide to the NFLPA as soon as possible, but no later than December 31, 1993, a complete copy of all existing salary summaries and Player Contracts and Offer Sheets in the NFLMC's possession that were signed by players with respect to the 1989 through 1992 League Years. The copy may be in microfiche or similar readable form.

Second, it is the intention of the NFLPA that it will appoint Eugene Upshaw and Michael Kenn, or two persons of similar stature, to attend meetings of the NFL Competition Committee pursuant to Article XIII (Player Relations Committee), Section 2, of the CBA.

Third, if a Club competes in the Super Bowl, each of its practice squad players will be given a ring similar in appearance to the one provided to Active/Inactive List players, but the ring may be of lesser value.

**191**

Sincerely,

**/S/**

Richard Berthelsen

SEEN & AGREED

# LETTER AGREEMENT

May 6, 1993

Harold Henderson
National Football League
Management Council
410 Park Avenue
New York, NY 10022

Re: <u>White</u> v. <u>NFL</u>
Dear Harold:

This letter will confirm our agreement that under Article XIV (NFL Player Contract), paragraph 3 of Article XXX (Consultation and Information Sharing), paragraph 4 of Article XXV (Enforcement of the Salary Cap and Entering Player Pool), and Article XXVIII (Anti Collusion Provisions) of the Collective Bargaining Agreement, any approval or disapproval of a player's contract by the Commissioner, or any communication thereof, timely notice of which is provided to the NFLPA and Class Counsel, cannot be the basis of any claim of collusion. Class Counsel, the NFLPA, or the affected Player shall have the right to appeal the Commissioner's disapproval of such player contract to the Special Master, pursuant to Article XXVI (Special Master) and Article XXV (Enforcement of the Salary Cap and Entering Player Pool) of the Collective Bargaining Agreement.

**192**

Sincerely,

*/S/*

Richard Berthelsen

Harold Henderson

Seen & Agreed

# LETTER AGREEMENT

June 23, 1993

Mr. Harold R. Henderson
Executive Vice President for
  Labor Relations/Chairman NFLMC
National Football League
410 Park Avenue
New York, New York 10022

Dear Harold:

This letter confirms our agreed-upon interpretations of the following provisions of the Collective Bargaining Agreement ("CBA").

1. If a Rookie contracts with a Club for the minimum workout payments set forth in Article XXXV, for his second or subsequent season, such payments shall not be included for the purposes of the 25% calculation under Article XVII, Section 4(e). If a Rookie contracts with a Club for a workout payment in excess of the minimum, such excess amount shall be included for the purposes of the 25% calculation under Article XVII, Section 4(e). In all cases, a workout payment shall count toward Team Salary and a Team's Rookie Allocation.

2. For the purposes of valuing the Salary of a player under the Salary Cap, any portion of such Salary for which a Team guarantees payment shall immediately be included in Team Salary during the year earned, subject only to the exceptions contained in Article XXIV, Section 7(d) (i)-(iv).

3. For purposes of the Salary Cap and Entering Player Pool, any guaranteed bonus tied to workouts shall be treated as a Signing Bonus.

4. For purposes of the Salary Cap and Entering Player Pool, any salary advance which a player is not obligated to re-pay shall be treated as a Signing Bonus.

5. For purposes of calculating the minimum tenders to Franchise and Transition players under Article XX, if the present value of any deferred Paragraph 5 amount (as defined in Article XXIV, Section 7, Paragraph (a) (ii)) is at least $100,000 less than the initial Paragraph 5 amount (before being present valued), then the present value amount shall be used.

6. For purposes of the Salary Cap and Entering Player Pool, any roster or reporting bonus which is earned or paid before the start of the Club's pre-season training camp shall be treated as a Signing Bonus.

7. For purposes of the Entering Player Pool and a Team's Rookie Allocation, amounts contracted to be paid to Drafted Rookies, and amounts in excess of the applicable Minimum Active/Inactive List Salary contracted to be paid to Undrafted Rookies pursuant to Article XVII, Section 4, shall be counted against the Entering Player Pool and a Team's Rookie Alloca-

**193**

tion, whether the amounts are actually paid, in the manner otherwise specified in the CBA.

8. The final sentence of Article XIX, Section 3 (b) applies to Article XIX, Section 3 (c).

9. Pursuant to Article XXXIV, Section 4, the practice squad shall consist of players who do not have an Accrued Season.

In addition, it is agreed that in League Years for which no Salary Cap is in effect, 85% of any amount contracted by a Team to be paid from the Team's Rookie Allocation to a Rookie, but not actually paid by the Team to that player, either as a rookie, or as a re-signed first-year player or practice squad player, which amount was not paid because that player was released, will be distributed to all rookies on such Team promptly after the end of the season on a pro rata basis based upon the number of downs played.

Finally, it is agreed that any non-injury dispute between a player and a Club arising before the effective date of the CBA that was or is arbitrable under a 1992 or 1993 NFL Player Contract, involving a player who is under contract or who has received a tender for the 1993 NFL season, which dispute to date has not been filed as a civil action, must be processed through Article IX of the CBA and must be initiated prior to the date of the first regular season game of the 1993 League Year.

**194**

Sincerely,

Gene Upshaw

Agreed to and accepted:

Harold R. Henderson

# LETTER AGREEMENT

August 4, 1993

Gene Upshaw
Executive Director
NFL Players Association
2021 L. Street, N.W.
Washington, D.C. 20036

Re: Collective Bargaining Agreement
Dear Gene:

This letter confirms our agreement regarding reimbursements and payments to players for Rookie Orientation Camps, as follows:

1. The parties agree that if a club has a Rookie Orientation Program apart from its allowable mini camp(s) and prior to its training camp, the following categories of per player reimbursements or payments will not be counted against the Entering Player Pool:

(1) One Round Trip Airline Ticket or its cash equivalent from the player's place of residence to the club city and back, not to exceed $750.

(2) Room and Board of up to $100 per day or its equivalent, up to a maximum of 45 days.

(3) Ground transportation to and from the player's place of residence in the club's city to the club's facility.

Any amounts in excess of the above reimbursements or payments will count against the Entering Player Pool.

2. The parties further agree that the above reimbursements or payments for Rookie Orientation Programs will not be considered Player Costs during the term of this Agreement. The parties reserve their respective rights and arguments with respect to whether any amounts in excess of the above reimbursements or payments do or do not qualify as Player Costs under the Agreement.

3. Costs associated with the Rookie Orientation Programs will be evaluated by the NFLPA, Class Counsel, and the NFLMC each year to de-

**195**

termine if adjustment, with respect to the Entering Player Pool, is appropriate.

Sincerely,

Harold Henderson

SEEN & AGREED

196

# LETTER AGREEMENT

August 4, 1993

Gene Upshaw
Executive Director
NFL Players Association
2021 L. Street, N.W.
Washington, D.C. 20036

Re: Collective Bargaining Agreement
Dear Gene:

This letter confirms our agreed-upon interpretation of the Collective Bargaining Agreement ("CBA") regarding whether Clubs subject to the Final Eight Plan are permitted to negotiate with and sign Transition Players, and Franchise Players who otherwise are permitted to negotiate and sign with other Clubs.

We have agreed that Final Eight Plan Clubs are permitted under the CBA to negotiate with and sign such players, since these players are not Unrestricted Free Agents. We further confirm that this agreement does not affect in any way any contracts such players may have already entered into this year.

**197**

Sincerely,

*[signature]*

Harold Henderson

SEEN & AGREED

*[signature]*

# LETTER AGREEMENT

August 4, 1993

Harold R. Henderson
Executive Vice President for Labor Relations/
Chairman NFLMC
National Football League
410 Park Avenue
New York, New York 10022

Re: Collective Bargaining Agreement
Dear Harold:

This letter confirms our understanding that our agreement to use one contract form for a multi-year deal between a player and a club (as opposed to using a series of one-year contract forms as in the past) does not expand the period of time for which a club is obligated to provide an injured player with medical and hospital care. Put another way, we agree that Paragraph 9 of the new NFL Player Contract gives the same coverage in this respect as Paragraph 9 of the old form.

198

Of course, nothing in this letter shall be construed as modifying any workers compensation rights that a player or club may have.

Sincerely,

Gene Upshaw

SEEN & AGREED

# INDEX

## A

**ACCESS TO PERSONNEL AND MEDICAL RECORDS, ARTICLE XLV** ........................................................**128**
    Section 1. Personnel Records .....................................................128
    Section 2. Medical Records .......................................................128

**ADDRESSES, ARTICLE LV, SECTION 7** .........................................**152**

**ANTI-COLLUSION, ARTICLE XXVIII** ...............................................**97**
    Section 1. Prohibited Conduct .................................................97
    Section 2. Other Club Conduct................................................97
    Section 3. Club Discretion .......................................................97
    Section 4. League Disclosures ..................................................98
    Section 5. Enforcement of Anti-Collusion Provisions ...................98
    Section 6. Burden of Proof ......................................................98
    Section 7. Summary Judgment .................................................99
    Section 8. Remedies ................................................................99
    Section 9. Computation of Damages .........................................99
    Section 10. Player Election .......................................................100
    Section 11. Payment of Damages ..............................................101
    Section 12. Effect on Cap Computations ...................................101
    Section 13. Effect on Salary Cap...............................................101
    Section 14. No Reimbursement.................................................101
    Section 15. Costs .....................................................................101
    Section 16. Termination ...........................................................101
    Section 17. Time Limits ...........................................................102
    Section 18. Prior Conference ....................................................102

**APPEARANCES, ARTICLE LV, SECTION 3** ....................................**152**

**ATTIRE, ON-FIELD, ARTICLE LV, SECTION 2** .............................**152**

**AUTHORIZATION, ARTICLE LV, SECTION 15**...............................**153**

## B

**BENEFIT ARBITRATOR, ARTICLE LII**...........................................**147**
    Section 1. Selection.................................................................147
    Section 2. Compensation ........................................................147
    Section 3. Role........................................................................147

**BINDING EFFECT, ARTICLE LV, SECTION 14**...............................**153**

199

# C

**CAREER PLANNING PROGRAM, ARTICLE LV, SECTION 12 ....... 153**

**CERTIFICATIONS, ARTICLE XXIX** .................................................. **103**
    Section 1. Contract Certification ................................................. 103
    Section 2. End of League Year Certification .............................. 103
    Section 3. False Certification ...................................................... 104

**CLUB DISCIPLINE, ARTICLE VIII** .............................................. **16**
    Section 1. Maximum Discipline ................................................. 16
    Section 2. Published Lists .......................................................... 17
    Section 3. Uniformity ................................................................. 17
    Section 4. Disputes ..................................................................... 17
    Section 5. Deduction ................................................................. 17

**COLLEGE DRAFT, ARTICLE XVI** .................................................. **39**
    Section 1. Time of Draft ............................................................ 39
    Section 2. Number of Choices .................................................. 39
    Section 3. Required Tender ....................................................... 39
    Section 4. Signing of Drafted Rookies ..................................... 39
    Section 5. Other Professional Teams ........................................ 40
    Section 6. Return to College ..................................................... 41
    Section 7. Assignment of Draft Rights ..................................... 42
    Section 8. Subsequent Draft ...................................................... 42
    Section 9. No Subsequent Draft ................................................ 42
    Section 10. Compensatory Draft Selections .............................. 42
    Section 11. Undrafted Rookies .................................................. 43
    Section 12. Notice of Signing ................................................... 43

**COMMISSIONER DISCIPLINE, ARTICLE XI** ............................. **29**
    Section 1. League Discipline ..................................................... 29
    Section 2. Time Limits .............................................................. 29
    Section 3. Representation ........................................................... 29
    Section 4. Costs ......................................................................... 30
    Section 5. One Penalty .............................................................. 30
    Section 6. Fine Money .............................................................. 30

**COMMITTEES, ARTICLE XIII** ....................................................... **33**
    Section 1. Joint Committee ........................................................ 33
    Section 2. Competition Committee ........................................... 34
    Section 3. Player/Club Operations Committee .......................... 34

200

**CONSULTATION AND INFORMATION SHARING,**
  **ARTICLE XXX** .................................................................**105**
    Section 1. Consultation and Communications ...........................105
    Section 2. Salary Summaries ...............................................105
    Section 3. Notice of Invalid Contract ....................................105
    Section 4. Neutral Verifier.................................................105
    Section 5. Copies ...........................................................106
    Section 6. Meetings.........................................................106

# D

**DAYS OFF, ARTICLE XL** ...............................................**120**
    Section 1. Rate ..............................................................120
    Section 2. Requirements ...................................................120

**DEDUCTIONS (CLUB HOUSE DUES),**
  **ARTICLE LV, SECTION 5** ...........................................**152**

**DEFINITIONS, ARTICLE I** ...............................................**2**
    Section 1. General Definitions ...........................................2
    Section 2. Free Agency Definitions .....................................3
    Section 3. Salary Cap Definitions........................................5

**DELIVERY OF DOCUMENTS, ARTICLE LV, SECTION 13** ...........**153**

**DURATION OF AGREEMENT, ARTICLE LVIII** ...............**157**
    Section 1. Effective Date...................................................157
    Section 2. Termination .....................................................157
    Section 3. Termination Date ..............................................157
    Section 4. Termination Prior to Expiration Date .........................157
    Section 5. Ratification ......................................................159

**201**

# E

**ENDORSEMENTS, ARTICLE LV, SECTION 1** ..............**152**

**ENFORCEMENT OF THE SALARY CAP AND ENTERING PLAYER**
  **POOL, ARTICLE XXV** ................................................**90**
    Section 1. Undisclosed Terms.............................................90
    Section 2. Circumvention..................................................90
    Section 3. Special Master Action .........................................90
    Section 4. Commissioner Disapproval ...................................90
    Section 5. Special Master Review ........................................91
    Section 6. Sanctions.........................................................91
    Section 7. Prior Conference ...............................................91

EXHIBITS, ARTICLE LV, SECTION 18 ......................................154

EXPANSION, ARTICLE XXXI .................................................107
 Section 1. Veteran Allocation .........................................107
 Section 2. Additional Compensatory Picks ..........................107
 Section 3. Entering Player Pool Adjustment ........................107
 Section 4. Relocation Bonus ...........................................107

## F

FINAL EIGHT PLAN, ARTICLE XXI............................................69
 Section 1. Application ....................................................69
 Section 2. Top Four Teams ..............................................69
 Section 3. Next Four Teams .............................................69
 Section 4. Replacement of Free Agents Signed
     By Other Club ................................................69
 Section 5. Increases.......................................................70
 Section 6. Salary Definition .............................................70
 Section 7. Trade Limitation .............................................70

FRANCHISE AND TRANSITION PLAYERS, ARTICLE XX ..............60
 Section 1. Franchise Player Designations ............................60
 Section 2. Required Tender for Franchise Players...................60
 Section 3. Transition Player Designations ...........................62
 Section 4. Required Tender for Transition Players ..................62
 Section 5. Right of First Refusal for Transition Players............63
 Section 6. Lists ...........................................................63
 Section 7. Salary Information ..........................................63
 Section 8. No Assignment ..............................................64
 Section 9. Duration of Designation ...................................64
 Section 10. Franchise Player Designation Period ..................65
 Section 11. Transition Player Designation Period..................65
 Section 12. Prospective Designation ..................................66
 Section 13. Right to Decline ...........................................66
 Section 14. Other Terms.................................................67
 Section 15. Compensatory Draft Selection ..........................67
 Section 16. Signing Period for Transition Players ..................67
 Section 17. Signing Period for Franchise Players...................68

## G

GOVERNING AGREEMENT, ARTICLE II .......................................7
 Section 1. Conflicts.........................................................7
 Section 2. Implementation ................................................7
 Section 3. Management Rights ...........................................7

202

Section 4. Rounding................................................................7

**GOVERNING LAW, ARTICLE LIX**...............................................**160**

**GROUP INSURANCE, ARTICLE XLIX**...........................................**141**
   Section 1. Group Insurance Benefits............................................141
   Section 2. Administration......................................................141

**GUARANTEED LEAGUE-WIDE SALARY, SALARY CAP**
   **AND MINIMUM TEAM SALARY, ARTICLE XXIV**......................**74**
   Section 1. Definitions...........................................................74
   Section 2. Trigger for Guaranteed League-wide Salary,
              Salary Cap, and Minimum Team Salary...................77
   Section 3. Guaranteed League-wide Salary.....................................77
   Section 4. Salary Cap Amounts .................................................78
   Section 5. Minimum Team Salary ...............................................79
   Section 6. Computation of Team Salary ........................................79
   Section 7. Valuation of Player Contracts.......................................81
   Section 8. 30% Rules ...........................................................85
   Section 9. Renegotiations and Extensions .....................................85
   Section 10. Accounting Procedures ............................................85

**203**

## H

**HEADINGS, ARTICLE LV, SECTION 16** .......................................**154**

## I

**IMPARTIAL ARBITRATOR, ARTICLE XXVII** .................................**95**
   Section 1. Selection............................................................95
   Section 2. Scope of Authority .................................................95
   Section 3. Effect of Rulings....................................................95
   Section 4. Discovery ...........................................................95
   Section 5. Compensation of Impartial Arbitrator ............................95
   Section 6. Procedures..........................................................95
   Section 7. Selection of Impartial Arbitrator...................................96

**INJURY GRIEVANCE, ARTICLE X** ..............................................**23**
   Section 1. Definition ..........................................................23
   Section 2. Filing...............................................................23
   Section 3. Answer .............................................................23
   Section 4. Neutral Physician...................................................24
   Section 5. Neutral Physician List ..............................................24
   Section 6. Appeal..............................................................25
   Section 7. Arbitration Panel ...................................................25

Section 8. Hearing .................................................................25
Section 9. Miscellaneous ......................................................26
Section 10. Expenses .............................................................27
Section 11. Pension Credit ....................................................27
Section 12. Payment .............................................................27
Section 13. Presumption of Fitness .....................................27
Section 14. Playoff Money .....................................................28
Section 15. Information Exchange .........................................28
Section 16. Discovery ...........................................................28

**INJURY PROTECTION, ARTICLE XII**.................................**31**
Section 1. Qualification ........................................................31
Section 2. Benefit .................................................................31
Section 3. Disputes ..............................................................32

## L

**1999 LEAGUE YEAR, ARTICLE LVI**.................................**155**
Section 1. No Salary Cap......................................................155
Section 2. Free Agency If Salary Cap in 1998...................155
Section 3. Free Agency If No Salary Cap in 1998..............155
Section 4. Franchise and Transition Players.......................155

**LEAGUE SECURITY, ARTICLE LV, SECTION 11**............**153**

204

## M

**MEAL ALLOWANCE, ARTICLE XXXIX** ............................**119**
Section 1. Reimbursement ...................................................119
Section 2. Travel Day............................................................119

**MINICAMPS, ARTICLE XXXVI** .......................................**113**
Section 1. Number................................................................113
Section 2. Length..................................................................113
Section 3. Expenses ..............................................................113
Section 4. Contact................................................................113
Section 5. Injuries ................................................................113

**MOVING AND TRAVEL EXPENSES, ARTICLE XLI**.......**121**
Section 1. Qualification ........................................................121
Section 2. Moving Expenses .................................................121
Section 3. Travel Expenses....................................................121
Section 4. Transportation .....................................................122

**MUTUAL RESERVATION OF RIGHTS: LABOR EXEMPTION,
ARTICLE LVII** ...................................................................**156**
Section 1. Rights Under Law ...........................................156
Section 2. Labor Exemption ...........................................156
Section 3. CBA Expiration................................................156

## N

**NFLPA AGENT CERTIFICATION, ARTICLE VI** .................**14**
Section 1. Exclusive Representation..................................14
Section 2. Enforcement....................................................14
Section 3. Penalty............................................................14

**NFLPA TICKETS, ARTICLE LV, SECTION 8**....................**152**

**NFL PLAYER CONTRACT, ARTICLE XIV**.........................**35**
Section 1. Form ..............................................................35
Section 2. Term ..............................................................35
Section 3. Changes .........................................................35
Section 4. Conformity .....................................................35
Section 5. General...........................................................35
Section 6. Commissioner Disapproval ............................36
Section 7. NFLPA Group Licensing Program..................36
Section 8. Good Faith Negotiation .................................37

**NON-INJURY GRIEVANCE, ARTICLE IX** .........................**18**
Section 1. Definition .......................................................18
Section 2. Initiation.........................................................18
Section 3. Filing..............................................................18
Section 4. Appeal............................................................18
Section 5. Discovery .......................................................19
Section 6. Arbitration Panel ...........................................19
Section 7. Hearing ..........................................................20
Section 8. Arbitrator's Decision and Award....................21
Section 9. Time Limits ....................................................21
Section 10. Representation...............................................21
Section 11. Costs.............................................................21
Section 12. Payment ........................................................22
Section 13. Grievance Settlement Committee ..................22

**NO STRIKE/LOCKOUT/SUIT, ARTICLE IV** .......................**9**
Section 1. No Strike/Lockout ...........................................9
Section 2. No Suit.............................................................9
Section 3. Releases.........................................................10

205

**NOTICES, ARTICLE LX**...............................................................**161**

# O

**OFF-SEASON WORKOUTS, ARTICLE XXXV** ...................**112**
Section 1. Voluntary Workouts.....................................112
Section 2. Time Periods................................................112
Section 3. Payment......................................................112
Section 4. Injuries........................................................112
Section 5. Miscellaneous.............................................112

**OPTION CLAUSE, ARTICLE XV**......................................**38**
Section 1. Prohibition...................................................38
Section 2. Existing Option Clauses..............................38

**OTHER PROVISIONS, ARTICLE XXXII** .........................**108**
Section 1. CFL Rule.....................................................108
Section 2. Physically Unable to Perform.....................108
Section 3. Non-Football Injury ....................................108
Section 4. Roster Exemption .......................................108

206

# P

**PAROL EVIDENCE, ARTICLE LV, SECTION 19** .............**154**

**PLAYER BENEFIT COSTS, ARTICLE XLVI**......................**129**
Section 1. Right of Reduction .....................................129
Section 2. Right of Restoration ...................................129
Section 3. Definition....................................................129
Section 4. Resolution of Disputes ...............................130

**PLAYER POOL (ENTERING), ARTICLE XVII**...................**44**
Section 1. Definition.....................................................44
Section 2. Covered League Years..................................44
Section 3. Calculation...................................................44
Section 4. Operation.....................................................45

**PLAYER SECURITY, ARTICLE VII**...................................**15**
Section 1. No Discrimination .......................................15
Section 2. Personal Appearance ...................................15

**PLAYER TICKETS, ARTICLE LV, SECTION 9** ..................**153**

**PLAYERS' RIGHTS TO MEDICAL CARE AND TREATMENT,**
  **ARTICLE XLIV** ............................................................**126**
    Section 1. Club Physician.................................................126
    Section 2. Club Trainers ................................................126
    Section 3. Players' Right to a Second Medical Opinion................126
    Section 4. Players' Right to a Surgeon of His Choice .................126
    Section 5. Standard Minimum Pre-Season Physical .....................126
    Section 6. Substance Abuse............................................127

**POST-SEASON PAY, ARTICLE XLII** ....................................**123**
    Section 1. System.......................................................123
    Section 2. Compensation ..............................................123
    Section 3. Wild Card Game; Division Play-off Game...................123
    Section 4. Conference Championship; Super Bowl Game ..........123
    Section 5. Payment ....................................................124

**PRACTICE SQUADS, ARTICLE XXXIV**..............................**111**
    Section 1. Practice Squads............................................111
    Section 2. Signing With Other Clubs................................111
    Section 3. Salary .......................................................111
    Section 4. Eligibility ..................................................111

**PRE-SEASON TRAINING CAMPS, ARTICLE XXXVII** ....................**114**
    Section 1. Definition ..................................................114
    Section 2. Room and Board..........................................114
    Section 3. Rookie Per Diem ..........................................114
    Section 4. Veteran Per Diem .........................................114
    Section 5. Reporting...................................................114
    Section 6. Number of Pre-Season Games ..........................114
    Section 7. Telephones.................................................115
    Section 8. Expenses ...................................................115

**PRO BOWL GAME, ARTICLE XLIII**..................................**125**
    Section 1. Compensation .............................................125
    Section 2. Selection....................................................125
    Section 3. Wives .......................................................125
    Section 4. Injury .......................................................125
    Section 5. Payment ...................................................125

**PROMOTIONS, ARTICLE LV, SECTION 4**...................................**152**

**PUBLIC STATEMENTS, ARTICLE LV, SECTION 6** .........................**152**

**207**

# R

**RETENTION OF BENEFITS, ARTICLE LIII** ....................................149

**RETIREMENT PLAN, ARTICLE XLVII** ................................132
    Section 1. Maintenance and Definitions.....................................132
    Section 2. Amendment by Bargaining Parties ............................132
    Section 3. Contributions .......................................................132
    Section 4. Amendment of Bert Bell and Pete Rozelle Plans ..........133
    Section 5. Plan Merger and Further Amendments ......................136
    Section 6. Benefits for Pre-1959 Seasons...................................137

# S

**SALARIES, ARTICLE XXXVIII** .........................................116
    Section 1. 1993 Minimum Salaries ...........................................116
    Section 2. Minimum Salaries For 1994-98 League Years .............116
    Section 3. Credited Season.....................................................116
    Section 4. Other Compensation ..............................................116
    Section 5. Arbitration ..........................................................117
    Section 6. Payment .............................................................117
    Section 7. Deferred Paragraph 5..............................................117
    Section 8. Number of Regular Season Games............................117
    Section 9. Copies of Contracts ...............................................117
    Section 10. Split Contracts ....................................................118
    Section 11. Funding of Deferred and Guaranteed Contracts........118

**SCOPE OF AGREEMENT, ARTICLE III** ............................8
    Section 1. Scope .................................................................8
    Section 2. Arbitration ..........................................................8

**SECOND CAREER SAVINGS PLAN, ARTICLE XLVIII**....................139
    Section 1. Establishment.......................................................139
    Section 2. Contributions .......................................................139
    Section 3. Allocation ...........................................................139
    Section 4. Salary Reduction Contributions................................139
    Section 5. Benefit Options .....................................................139
    Section 6. Death Benefits ......................................................140
    Section 7. Investment ..........................................................140

**SEVERANCE PAY, ARTICLE L**.........................................143
    Section 1. Eligibility ............................................................143
    Section 2. Amount..............................................................143
    Section 3. Application ..........................................................143
    Section 4. Payment .............................................................143

208

Section 5. Failure to Apply ....................................................144
Section 6. Only One Payment ...............................................144
Section 7. Payable to Survivor..............................................144
Section 8. Prior Severance Pay .............................................144
Section 9. Nonassignability ...................................................144

**SPECIAL MASTER, ARTICLE XXVI** ...................................**92**
Section 1. Appointment ........................................................92
Section 2. Scope of Authority ...............................................92
Section 3. Discovery .............................................................93
Section 4. Compensation ......................................................93
Section 5. Procedures...........................................................93
Section 6. Selection of Special Master ..................................94
Section 7. Penalties ..............................................................94

**SQUAD SIZE, ARTICLE XXXIII** ......................................**110**
Section 1. Active List............................................................110
Section 2. Pre-Season ..........................................................110
Section 3. Inactive List ........................................................110
Section 4. Active and Inactive List Limit ..............................110

**SUPPLEMENTAL DISABILITY BENEFITS, ARTICLE LI**................**145**   **209**
Section 1. Establishment ......................................................145
Section 2. Contributions ......................................................145
Section 3. Disability Benefits ...............................................145
Section 4. Retirement Ignored ............................................146

**T**

**TERMINATION PAY, ARTICLE XXIII** ...............................**73**
Section 1. Eligibility ............................................................73
Section 2. Regular Season Signings .....................................73

**TESTS, PSYCHOLOGICAL OR PERSONALITY,
ARTICLE LV, SECTION 10** ...................................................**153**

**TIME PERIODS, ARTICLE LV, SECTION 17** ...................**154**

**U**

**UNION SECURITY, ARTICLE V** .........................................**11**
Section 1. Union Security......................................................11
Section 2. Check-Off.............................................................11
Section 3. NFLPA Meetings..................................................11
Section 4. NFLPA Player Group Licensing Program.....................11

Section 5. Disputes ...................................................12
Section 6. Procedure for Enforcement...........................12
Section 7. NFLPA Responsibility ................................13
Section 8. Orientations ............................................13

## V

**VETERAN FREE AGENCY, ARTICLE XIX**.........................**49**
Section 1. Unrestricted Free Agents.............................49
Section 2. Restricted Free Agents ...............................50
Section 3. Offer Sheet and First Refusal Procedures....................54
Section 4. Expedited Arbitration.................................57
Section 5. Individually Negotiated Limitations
      on Player Movement ...............................57
Section 6. Notices, Etc. ...........................................58

**VETERANS WITH LESS THAN THREE ACCRUED SEASONS,**
**ARTICLE XVIII** ..............................................**47**
Section 1. Accrued Seasons Calculation ........................47
Section 2. Negotiating Rights of Players With Less
      Than Three Accrued Seasons.................47
Section 3. Minimum Salaries ......................................47
Section 4. Notice of Signing ......................................48

210

## W

**WAIVER SYSTEM, ARTICLE XXII** ................................**71**
Section 1. Release .................................................71
Section 2. Contact ................................................71
Section 3. Ineligibility ............................................71
Section 4. Notice of Termination ................................71
Section 5. NFLPA's Right to Personnel Information ...................72
Section 6. Rosters ................................................72

**WORKERS' COMPENSATION, ARTICLE LIV** .............................**150**
Section 1. Benefits ................................................150
Section 2. Rejection of Coverage.................................150
Section 3. Arbitration .............................................150
Section 4. Joint Study.............................................150
Section 5. Moratorium ............................................150
Section 6. Preservation of Rights.................................151
Section 7. Reopener ..............................................151