Exhibit 19

<u>1979</u>

<u>SUPPLEMENT TO NFL CONSTITUTION AND BYLAWS</u>

In the absence of a new printed NFL Constitution and Bylaws, the following supplement (which contains all amendments adopted during 1977, 1978, and 1979) and the 1976 book (the last printed version) constitute the operative 1979 edition.

## ARTICLE III

Page 9

3.1 (a)  Membership in the League shall be limited to the twenty eight (28) member clubs specified in Section 4.4 hereof and such new members as may be thereafter duly elected.

3.1 (b)  The admission of a new member club, either within or outside the home territory of an existing member club, shall require the affirmative vote of three-fourths of the existing member clubs of the league.

## ARTICLE IV

Page 17

4.2 (c)  Subject to the provisions of Sections 4.2(a) and (b) above, no club in the League shall be permitted to play games within the home territory of any other club unless a home club is a participant.

4.3  The League shall have exclusive control of the exhibition of football games by member clubs within the home territory of each member. No member club shall have the right to transfer its franchise or playing site to a different city, either within or outside its home territory, without prior approval by the affirmative vote of three-fourths of the existing member clubs of the League.

## ARTICLE V

Pages 21-22

5.8  Upon call of the Commissioner or by majority vote of the members of the League, the League may go into Executive Session.  Each member shall designate its duly authorized representative to act for it in such Executive Session.  In any Executive Session, unless otherwise designated by the Commissioner, two representatives of each member and the Commissioner shall be present together with such other persons as either the Commissioner or the members by majority vote shall invite; provided that when two representatives of a member club are present in Executive Session, one of them must own an equity interest in such club.  The Commissioner shall be Chairman of the Executive Session and may appoint the Secretary of the Session. Action at any Executive Session shall constitute action of the League.

<u>ARTICLE VIII</u>

Page 29

8.13 (A)  Whenever the Commissioner, after notice and hearing, decides that an owner, shareholder, partner or holder of an interest in a member club, or any player, coach, officer, director or employee thereof, or an officer, employee or official of the League has either violated the Constitution and Bylaws of the League, or has been or is guilty of conduct detrimental to the welfare of the League or professional football, then the Commissioner shall have complete authority to:

    (1)  Suspend and/or fine such person in an amount not in excess of Ten Thousand Dollars ($10,000), and/or

    (2)  Cancel any contract or agreement of such person with the League or with any member thereof.

    (3)  In cases involving a violation of the prohibitions against tampering and set forth in Sections 9.1(C)(10) and (11), 9.2 and 12.1(B) hereof, award or transfer selection choices and/or deprive the offending club of a selection choice or choices.

    (4)  In cases involving a violation affecting the competitive aspects of the game, award or transfer players and/or selection choices, and/or deprive the offending club of a selection choice or choices, and/or cancel any contract or agreement of such person with the League or with any member thereof, and/or fine the offending club in an amount not in excess of Fifty Thousand Dollars ($50,000) despite the provisions of sub-section (1) herein.

<u>ARTICLE IX</u>

Page 35

9.1(C)(10)  Except for at the sites of postseason college all-star games, on the campus of the player, or at his residence, member clubs shall not time or test college players.  Any compensation and/or transportation provided to the player or college coach of the player in connection with such timing or testing shall be considered conduct detrimental to the League. Other than the club holding rights to such player, clubs shall not, without permission of the club holding rights to such player, time or test a player who is subject to re-draft in a second Selection Meeting under any collective bargaining agreement, despite the fact that such player ultimately is re-drafted.

College players eligible for the annual Selection Meeting may be given a one-day physical examination by a member club, provided the examination does not include physical activity of any type (a Cybex test is considered

- 3 -

ARTICLE IX
Page 35 (Cont.)

part of an orthopedic examination and is permissible); provided the player
is not compensated in any way beyond travel and lodging expenses; and
provided such examination takes place after the completion of all football
games, including postseason bowl games in which the team of the school or
college of such player is to participate as a member of his college team.
The Commissioner must be notified by the club of all such examinations prior
to the physical.  A physical examination shall be the only reason for a
member club to bring in a player who is eligible for the Selection Meeting
to its city and/or training facilities prior to the Selection Meeting.  During
the period from one week prior to the Selection Meeting up to and including
the final day of the Selection Meeting, no club shall transport or sponsor
the transport of a draft-eligible player to its offices, workout facilities,
home city or other site without prior permission of the Commissioner, and
no club shall, during the same period, house a draft-eligible player at any
site, including sites within his home city.  Further, at no time shall a
member club give or offer to give anything of significant value, directly or
indirectly, including but not limited to arrangements for transportation, to
a draft-eligible player until the final round of that year's Selection Meeting
is completed.

Page 39

     9.3 (I)  There shall be no contact work prior to a club's official
preseason camp.  In any off-season camp, clubs may use helmets and protective
pads for elbows and knees, but all other pads are prohibited.  Blocking
dummies, sleds and similar apparatus may be used in off-season camps at
club's option.


                              ARTICLE X


Page 41

     10.4 (b)  Every effort will be made to avoid direct conflicts between
the televising of road games of either the New York Giants or New York
Jets and any home games of either club.

Page 42

     10.9  In all NFL stadiums with the capability of displaying television
replays on the scoreboard of action occurring on the field, such displays
may be shown at any time during the game, provided, however, that the
selection of material for replays shall be at the home club's discretion.


                              - 4 -

## ARTICLE XII

Page 44

12.1 (D)  No person who has never been selected in a Selection Meeting and who has college athletic eligibility remaining and who registers at a college for the fall term or semester may be signed to a contract by a club in the League until the close of the next succeeding Selection Meeting of the League at which meeting he would be eligible for selection regardless of how many seasons in excess of five have elapsed since he first registered at a college and regardless of how many selection meetings for which he was eligible have transpired.

Page 45

12.3 (A)  No person employed by a club as a coach, trainer or in any capacity other than as a player, may play for that club or any other club in that same year unless said employee is:

   (1)  Signed to a current year NFL Player Contract, and

   (2)  Counted within the first applicable player limit of the pre-season and all subsequent player cutdowns.  If such person is released through waivers or placed on the Reserve List after the first applicable player limit is in effect, he cannot return to any club in the League in the same season as an active player.

Page 46

12.3 (F)  If a player reports to the club at its training camp and/or, in the case of rookie players, at a club training session prior to official training camp and is, in the opinion of the club physician, physically unable to perform his services as a player, then the club may do the following:

   (b)  Count the player within the applicable player limit.  Players in this status may participate in practice as soon as physically able and may remain in such status only until the player limit cutdown on the third week prior to the first regular season game, at which cutdown the club must:

         (i)  Place the player on the Reserve List as Physically Unable to Perform in accordance with the procedures of sub-section (c) below, or

         (ii)  Place the player on the Reserve List as Physically Unable to Perform and simultaneously declare that such player will remain on the

- 5 -

Reserve List for the remainder of the regular season
and postseason.  A club which follows the procedures
of this sub-section (b) (ii) may use the involved player
or players in practice sessions but cannot activate the
player or players during that same regular season or
post-season.  Or

(iii)  Place the player on waivers, which waivers shall
carry the designation "Failed Physical" if the player has
not yet passed the physical standards of the club, or

(iv)  Trade the player in accordance with all applicable
rules, or

(v)  Continue to count the player on the Active List subject
to all rules applicable to players who have passed the
club's physical.  Any player in the status of Physically
Unable to Perform/Active who appears in a pre-season game
shall be subject to all rules applicable to players who have
passed the club's physical.

(c)  Place the player on Reserve as Physically Unable to Perform and
hold the player out of all practice until October 8, on which
date and all dates thereafter through October 25 the player may
resume practice with the club without counting within the
applicable player limit.  Clubs must report the resumption of
practice by such players to the League Office on or before the
date of practice.  After a maximum of two weeks of practice, the
club must:

(i)  Keep the player on Reserve as Physically Unable to
Perform for the remainder of the season.  A club which
chooses the option of this sub-section (c) (i) may use
the involved player or players in practice sessions for
the remainder of the regular season.  Or,

Page 47

12.4 (A)  After the first mandatory roster reduction in the
preseason and for the remainder of the season a member club desiring to
try out a player seeking employment with that club may do so on one day
only and only if the date of his presence with that club is reported by
TWX to the League office prior to the completion of such tryout.  The
League, in turn, shall promulgate all such tryouts to member clubs.  Helmets
and protective pads for elbows and knees are permitted; all other pads are
prohibited.  The involved player or players shall not be on the club's
practice field at the same time as regular practice is being conducted.  The
club shall be allowed a maximum of two players from its Active List to
participate with the tryout player during his tryout.  Multiple tryouts of
the same player in the same season by a club are prohibited unless, following

the most recent tryout, the player is placed under contract and released by another club in the League. Nothing in this sub-section is to be interpreted in any way as a modification of Section 17.5(B) of this Constitution and Bylaws and therefore such player may not participate in practice with the playing squad. No remuneration of any kind, except normal travel and lodging expenses may be paid to such player while not under contract. Players tried out under this rule are not subject to the provisions of Section 17.5(C) which restrict the return to a former club.

## ARTICLE XIII

Page 48

13.2 (b)  Without the consent of the affected clubs, neither the New York Giants, the New York Jets, nor the San Francisco 49ers shall be required to play more regular season home games on the road than at home.

Page 48-49

13.2 (d)  Commencing in 1978, the 28 teams will play a 16-game common opponent schedule with the following designations applied to the schedule formula:

A -- AFC East                    D -- NFC East
B -- AFC Central                 E -- NFC West
C -- AFC West                    F -- NFC Central

(1)  Each team will play home-and-home with the other teams in its division.

(2)  Each team in a four-team division will play a game with each of the fifth place teams in the other two divisions in its conference, i.e., each team in AFC Central will play the fifth place team in both the AFC East and AFC West and each team in the NFC West will play the fifth place team in both the NFC East and the NFC Central.

(3)  On a rotating three-year basis, teams 1 through 4 in each division play teams 1 through 4 in a division of the other conference. The rotation will be as follows:

First Year -- A vs. D, B vs. E, C vs. F
Second Year -- B vs. D, C vs. E, A vs. F
Third Year -- C vs. D, A vs. E, B vs. F

(4)  The first place team in each division of a conference will play games with each of the other two first place teams in its conference and games with each of two fourth place teams in its conference that are not in its division. The second place team in each division of a conference will play games with each of the other two second place teams in its conference and with each of the two third place teams

- 7 -

ARTICLE XIII
Page 48-49 (Cont.)

in its conference that are not in its division.

(5) The two fifth place teams in each conference will play home-and-
home and will also play one game each with the two fifth place
teams in the other conference, i.e., the fifth place teams in the
AFC East and AFC West play home-and-home and also play the fifth
place teams in the NFC East and NFC Central, and the fifth place
teams in the NFC East and NFC Central play home-and-home and also
play the fifth place teams in the AFC East and AFC West.

(6) The initial pairing for game sites will be made on a left to right
and top to bottom basis, i.e., the first time that A1 plays D1
the game will be at D1.  Game sites will thereafter be alternated on
the basis of alphabetical numerical designation.

(7) The tie-breaking procedures adopted for Divisional Playoff games
(Article 20.1) will be used to break ties in the standings for the
purposes of scheduling.


ARTICLE XIV


Page 50

14.3 (B)  Reference in this article to "standing" shall mean the
standing of the clubs in the League in regular season games at the time
of the Selection Meeting.  In calculating the percentage, tie games shall
be calculated as one-half game won and one-half game lost.  To determine
the percentage, the total number of winning games, including any fractions
thereof to account for ties, shall be divided by the total number of
games played in the regular season.

(1) The winner of the Super Bowl game shall select last and
the loser of such game shall select next-to-last in all
rounds, regardless of the record of such participating
clubs in the regular season.

(2) In the event of a tie in the selection order involving a
non-Super Bowl playoff club or clubs, such playoff club
or clubs shall move down in that tied segment as follows:

(a) Participation by a club in the playoffs without a
victory adds one-half victory to the club's regular
season won-lost-tied record.

(b) For each victory in the playoffs, one full victory
shall be added to the club's regular season won-lost-
tied record.

(c) Clubs with the best won-lost-tied record after the
procedures of (a) and (b) above have been applied shall

- 8 -

ARTICLE XIV
Page 50 (Cont.)

drop to their appropriate spots in the tied segment. In no case will the above process move a club lower than the segment in which it was initially tied.

(d)   If, after all the foregoing procedures of this Section 14.3(B)(2) have been applied, ties still exist, such ties shall be broken by figuring the aggregate won-lost-tied percentage of each involved club's regular season opponents and awarding preferential selection order to the club which faced the schedule of teams with the lowest aggregate won-lost-tied percentage.

(e)   If, after the procedures of (d) above have been applied, ties still exist, the divisional or conference championship tie-breaking methods, whichever is applicable, shall be applied.

(f)   If, after the procedures of (e) above have been applied, ties still exist, they shall be broken by a coin flip conducted by the Commissioner.

(3)   In the event of a tie in the selection order that does not involve playoff clubs, such ties shall be broken by following, in order, the procedures of (2)(c), (d) and (e) above.

Page 51

14.3 (D)   There shall be twelve (12) selection rounds at each meeting.

- 9 -

## ARTICLE XV

Page 53

15.5  The Commissioner shall notify all clubs of the execution of free agent player contracts on a weekly basis as part of the League personnel notice.

15.7  Any direct or indirect compensation or anything of value paid to a player who is not on the club's Active, Inactive or Reserve Lists, regardless of whether the player participates in the club's practice sessions, shall constitute a competitive violation and the club and/or involved club employee shall be subject to disciplinary action under Section 8.13(A) (4) of this Constitution and By-Laws.  Similarly, tryout provisions of Section 12.4 (A) shall be strictly enforced, and any violations of this rule shall fall within the provisions of Section 8.13 (A) (4).

(Re-number former 15.7 and 15.8 to 15.8 and 15.9)

## ARTICLE XVI

Page 55

16.7 (C)  All conditions affecting trades must be specified in the original notification to the Commissioner of the trade and in the trade agreement papers.  If the written conditions do not cover subsequent events which result in the assignee club having use of the player on its Active List at some later time or in obtaining value for him through a subsequent trade, the original assignor club shall have no recourse.

Page 56

(Delete Section 16.9 in its entirety; this eliminates restrictions on inter-conference trading and places all trading dates under provisions of Section 16.6)

16.10  When a player on the Active or Inactive Lists of a club is traded or acquired on waivers on or after 4:00 p.m., New York time, on the Thursday prior to the opening of the regular season, or at any time thereafter, such player must immediately be listed within the applicable player limit of the club to which he is traded or acquired, which includes both the team's Active and Inactive Lists.

ARTICLE XVII

Page 56

The following material replaces the resolutions shown at the beginning of Article XVII in the 1976 book:

Waiver System

1.  All waivers requested during the period that a 24-hour claiming period is in effect (July through December) shall be no-recall. In addition, no withdrawal of claims will be permitted during that period.

2.  All claims filed by clubs shall be in priority order within groupings of one-or-more and the claiming club shall indicate the number of players within each grouping it wishes to be assigned. No player may be listed more than once.

Cutdowns and Player Limit

1.  60 -- the third Tuesday prior to the first regular season game
        (August 14, 1979).

    50 -- the second Tuesday prior to the first regular season game
        (August 21, 1979).

    45 -- the Monday prior to the first regular season game (August 27, 1979);
        this is a straight cut with no "down and up" procedure.

2.  The cutdowns to 60 and 50 shall be conventional no-recall waivers and are required by 4:00 p.m., New York time, on the day listed.

3.  The cutdown to 45 shall be procedural recall waivers and is required by 12:00 noon, New York time, on the Monday prior to the first regular season game.

4.  The League personnel notice on the day of the final cutdown shall be promulgated to member clubs at or about 4:00 p.m., New York time. Clubs thereafter shall have until 12:00 noon, New York time, on the following day to file claims. The League shall thereafter compile and transmit the finished personnel notice as soon as possible.

Injured Reserve

1.  Players placed on Injured Reserve may attend team meetings and may participate in regular practice with Active List players as soon as physically able to do so.

2.  If a club wishes to place a player on Injured Reserve and its medical staff reasonably projects him to be physically unable to play football for a minimum of four weeks from the date of going onto Reserve, the

- 11 -

club may take such action, subject to the Commissioner's right to
investigate all Injured Reserve cases for possible evasion of the
player limit.

3. If a club wishes to place a player on Injured Reserve and its medical
staff reasonably projects him to be physically unable to play football
for a period less than four weeks from the date of going onto Reserve,
the club may take such action only by declaring in advance by TWX
to the League Office that the player shall be placed on waivers as
soon as physically able to play football.

4. Any Injured Reserve player who meets the four-week minimum requirement
under Point No. 2 above may be re-activated by the club in the same
season, regardless of whether placed on Reserve in the preseason or
regular season, provided the club first asks procedural recall waivers.

5. Players on Injured Reserve who do not meet the four-week minimum
requirement shall not return to the Active List of the same club in
the same season under any circumstances.  Such player may be reactivated
by the same club in the succeeding season only by the procedures of
procedural recall under Section 17.5(C)(4).

6. In addition to the right to re-activate Injured Reserve players
through procedural recall waivers, each club shall have during a season
(including postseason) a maximum of three (3) free re-activations from
Injured Reserve which may be used only on players who were placed on
Reserve after the final cutdown of that year.  In order for a player to
be involved in a free re-activation he (1) must have suffered a minimum
four-week injury, dated from the day of injury, even if it occurs in the
preseason, and (2) must have remained on the Injured Reserve List a
minimum of four games, all of which time must elapse after the final
cutdown, regardless of when the injury occurred.

7. Players who are placed on Injured Reserve with less than four weeks
remaining in the regular season and who do not meet the four-week
inimum requirement are exempt from being placed on waivers when
physically able to play football.  However, no such player may play
for the remainder of that season and postseason for the club that placed
him on Reserve.

8. Players who are placed on Injured Reserve with less than four weeks
remaining in the regular season and who do meet the four-week
requirements may play for the club in postseason games, provided they
are not activated by the club until four weeks have elapsed from the
date of going onto Reserve.

9. Postseason clubs may use one or more of their free reactivations during
the postseason period if still available.  Players involved in such
action must have met the four-week minimum requirement and must have
been placed on Reserve after the final cutdown.

10. Players on Injured Reserve who do not meet the four-week requirement
shall not be traded in the same season in which they were placed on

Reserve.  Players who meet the four-week requirement may be traded from Injured Reserve in the same season, provided, however, that the old club shall use one of its free reactivations in order to make such trade.  The traded player shall immediately be added to the Injured Reserve list of the acquiring club, which club must use a free reactivation or ask procedural recall waivers in order to activate such players in that same season.

11.  By the opening of the trading period each year, each club shall designate to the League Office by TWX a maximum of three (3) players from among those on Injured Reserve in the previous season, which players shall be the only ones from such list eligible for trade in that year for whom waivers can be requested with right of recall.  All other Injured Reserve players may not be traded and will be no-recall if waived.  None of the tradeable players under this provision shall be from among those who failed to meet the four-week minimum requirement.

12.  Any financial settlement agreed to between a club and player concerning an injury shall cover a fixed period of time and shall be reported in detail to the League Office.  Such player then shall be carried on the club's Injured Reserve List for the specified period covered by the settlement.  Such listing shall be for procedural purposes only, and the player shall not practice with or be affiliated with the club in any way other than normal rehabilitation treatment.  At the end of such specified period, the player shall be placed on waivers.

## Players Waived Injured

1.  Players waived injured will continue to be no recall and count against the applicable player limit if they clear waivers.

2.  If a player is placed on injured waivers and the club remains below the applicable player limit at all times until such player clears waivers, the club may at that time return the player to its roster and use him in a game as soon as he is physically able.

3.  If a player is placed on injured waivers and the club reaches the applicable player limit before such player clears waivers, the club cannot return the player to its roster but must immediately place him on Injured Reserve.

## Future Contracts

All players placed on waivers will be waived for all years of their contracts.  Therefore, there will be no future list in effect.

## Deletions

Sections 17.7(C), 17.7(D), the last sentence of 18.4, and 18.9 are deleted and no longer operative.

- 13 -

Section 16.7(A) and
The following material replaces all of the former/Section 17.5(C):

### Reacquisition of Players

A player who has been traded, assigned via waivers, or terminated via waivers shall not return to the club that took such action until two seasons, including the season of the year in which he left the club, have elapsed, unless one of the following exceptions applies:

#### REACQUIRING TRADED PLAYER

1. Traded player must have been on the Active List of the assignee club, any club beyond the assignee club, or combination thereof, for a minumum of four (4) regular season games, after which the original assignor club may reacquire the player by waiver assignment or free agent signing.  The four-game requirement specified herein may span two regular seasons if applicable.

or

2. Traded player, before participating in any practice or game for the assignee club, must have reverted to the assignor club through conditions of a trade requiring his reporting to or passing the physical examination of the assignee club.

#### REACQUIRING PLAYER ASSIGNED VIA WAIVERS

1. Player assigned via waivers must have been on the Active List of the assignee club, any club beyond the assignee club, or combination thereof, for a minimum of four (4) games while a player limit is in effect (preseason or regular season games, or a combination thereof), after which the original assignor club may reacquire the player by trade, waiver assignment, or free agent signing.  The four-game requirement specified herein may span two season if applicable.

or

2. Player assigned via waivers must have been on the Active List of the assignee club, any club beyond the assignee club, or combination thereof, for less than four (4) games while a player limit is in effect (preseason or regular season games, or a combination thereof) and must have been placed on waivers and terminated by such assignee club or any subsequent club, in which case the original assignor club may reacquire the player only by free agent signing and immediate procedural recall waivers. The original assignor club under these circumstances shall not

- 14 -

reacquire such player by trade or assignment via waivers.

## REACQUIRING TERMINATED PLAYER

1.  Terminated player must not have been under contract to any other club in the League in the meantime and re-signs in the same year before the trading deadline with the club from which he was terminated.

<u>or</u>

2.  Terminated player must not have been under contract to any other club in the League in the meantime and re-signs in the same year after the trading deadline with the club from which he was terminated, provided the re-signing is no later than 4:00 p.m., New York time, on Tuesday in any week, and provided procedural recall waivers are immediately requested, and provided the involved player's new contract contains no guarantees or partial guarantees and is of no greater value, including performance bonuses, than that of the original terminated contract.

<u>or</u>

3.  Player's termination must have fallen within ten (10) days prior to the trading deadline or at any time in the season after the trading deadline, and the player, not having been under contract to any other club in the League in the meantime, re-signs with the club from which he was terminated, such signing to be no later than ten (10) days after his termination.

<u>or</u>

4.  Player's termination must have fallen at any time in the season after the trading deadline, and the player, not having been under contract to any other club in the League in the meantime, re-signs more than ten (10) days after his termination with the club from which he was terminated provided the signing is no later than 4:00 p.m., New York time, on Tuesday in any week, and provided procedural recall waivers are immediately requested, and provided the involved player's contract contains no guarantees or partial guarantees and is of no greater value, including performance bonuses, than that of the original terminated contract.

<u>or</u>

5.  Terminated player, in the same year, signs as a free agent with another club and is on the Active List, while a player limit is in effect, of such other club, or any subsequent club or combination thereof for four (4) preseason or regular season games, after which the original club may reacquire the player by trade, waiver

assignment, or free agent signing.  The four-game requirement
specified herein may span two seasons if applicable.

<u>or</u>

6.  Terminated player, in the same year, signs as a free agent with
    another club and is on the Active List, while a player limit
    is in effect, of such other club, or any subsequent club or
    combination thereof for less than four (4) preseason or regular
    season games, after which the original club may reacquire the
    player only by free agent signing and by immediately requesting
    procedural recall waivers.  Such player may not return to the
    original club by trade or waiver assignment.

<u>or</u>

7.  Terminated player must have been signed by another club in the
    League in the next succeeding year, terminated by that second
    club and re-signed prior to the time a player limit is in effect
    by the club which originally terminated him and is immediately
    placed on procedural recall waivers upon re-signing.  A player
    placed on waivers by a second club under the circumstances described
    herein shall not be claimed by the club which originally terminated
    him; he may return to the original club only via free agent
    signing and procedural recall.

<u>or</u>

8.  Terminated player must have been signed by another club in the
    League in the next succeeding year, must have remained on the
    Active List of such second club for a minimum of one preseason
    game, must have been placed on waivers by that second club prior
    to or concurrent with the second roster reduction of the preseason,
    terminated via waivers, and re-signed subsequent to the second
    roster reduction by the club which originally terminated him.
    A player placed on waivers by a second club under the circumstances
    described herein shall not be claimed by the club which originally
    terminated him; he may return to the original club only via free
    agent signing.

<u>or</u>

9.  Terminated player must have been signed by another club in the
    League in the next succeeding year, must have remained on the
    Active List of that second club for a minimum of one preseason or
    regular season game, must have been placed on waivers by that
    second club after the second roster reduction of the preseason, in
    which case the original club may either be assigned the player via
    waivers or sign him as a free agent after his contract is terminated
    via waivers by the second club.

- 16 -

<u>or</u>

10. Terminated player must not have been under contract to any other club in the League in the meantime and re-signs for the next succeeding year, prior to the time a roster limit is in effect, with the club from which he was terminated, and that club immediately requests procedural recall waivers; provided, however, that if a club that requests procedural recall waivers under the requirements of this section loses the player through such waivers to another club, the original club may not reacquire the player from the second club via waivers or trade, such reacquisition to be only via free agent signing; and further provided that the financial arrangements of re-signed players under the circumstances of this section shall be limited to base salary and any agreed upon signing bonus, which bonus shall remain the responsibility of the signing club; any guarantees or other bonuses shall be prohibited in contracts of players re-signed under this section.

### EVASION OF REACQUISITION RULES

Any evasion of the rules herein covering reacquisition of players, including but not limited to procedures by a club to place a player on another club's roster in order to evade the former club's player limit shall result in appropriate discipline by the Commissioner against all involved clubs that are proven to have taken part in such maneuvers with prior knowledge of the evasion.

Page 63

17.5 (D)  No player who opts for free agency under the waiver system section of the Collective Bargaining Agreement can re-sign with the same club in the same season or in the following season.

(Re-number former 17.5 (D) to 17.5 (E).)

## ARTICLE XVIII

Page 70 (Replace first full paragraph)

Waiving of players will not be permitted during the period from 4:01 p.m., New York time, on the Wednesday prior to the final regular season game up to and including the day of the World Championship Game. If any club is awarded a player on the day clubs involved in the playoffs must establish their post-season rosters, and the acquisition of such player requires the club to make room on its roster, the club will have until 5:00 p.m., New York time, on that day to request waivers on another player, which waivers will be promulgated to all clubs, but the claiming period will not begin until 4:00 p.m., New York time, on the day following the World Championship Game.

Page 74

(Delete 18.11 in its entirety.)

Page 74

18.12  Where any player contract awarded on waivers to another club contains a provision purporting to impose, or having the effect of imposing, financial obligations on the claiming club that were not imposed on the waiving club, the waiving club shall bear the ultimate financial responsibility for meeting such obligations.

Page 74

18.13  Clubs are prohibited from re-negotiating, revising, altering or superseding any contract in a manner that would constitute a deterrent to claims of that contract by another club; e.g., "guaranteed" and "no trade" provisions.  If such a contract is executed, the club may not subsequently waive the player in that season.

## ARTICLE XIX

Page 75

19.1 (B)  Final settlement of visiting club shares shall be made on day of game or no later than two business days subsequent to each regular season game and each preseason game in which a third party does not participate.  The home club shall make settlement by wiring Federal Funds to the visiting club's bank.

Page 80

19.14 (D)  The total of tickets issued under sub-sections (B) and (C) cannot exceed 1,000 without the prior permission of the visiting club.

The foregoing limitations on complimentary tickets apply only to tickets that could be sold and not to other types of admission tickets.

<u>ARTICLE XX</u>

Page 81

(Amend Article XX to reflect the following in the playoff system.)

<u>Selection of Clubs</u>

1.  Three division champions from each conference.

2.  Two "Wild Card" clubs (fourth and fifth best records) from
    each conference.  Both Wild Cards may come from the same
    division.  Clubs eliminated in Divisional Championship tie-
    breakers are eligible if their records qualify them.

<u>Pairings and Priority</u>

1.  <u>First Round</u>--Wild Cards play each other.  Home clubs will be
    the clubs with the best won-lost-tied percentage in
    the regular season.  If ties in record, apply all
    applicable divisional tie-breakers.

2.  <u>Second Round</u>--Same as in previous years.

<u>Division Ties</u>

If, at the end of the regular season, two or more clubs in the same division
finish with the best won-lost-tied percentage, the following steps will be
taken until a champion is determined:

| Two Clubs | Three or More Clubs |
|---|---|
| 1.  Head-to-Head (best won-lost-tied percentage in games between the clubs.) | (Note:  If two clubs remain tied after a third club is eliminated during any step, tie-breaker reverts to Step One of two-club format.) |
| 2.  Best won-lost-tied percentage in games played within the division. | 1.  Head-to-Head (best won-lost-tied percentage in games among the clubs). |
| 3.  Best won-lost-tied percentage in games played within the conference. | 2.  Best won-lost-tied percentage in games played within the division. |
| | 3.  Best won-lost-tied percentage in games played within the conference. |
| 4.  Best won-lost-tied percentage in common games, if applicable. | 4.  Best won-lost-tied percentage in common games. |
| 5.  Best net points in division games. | 5.  Best net points in division games. |
| 6.  Best net points in all games. | 6.  Best net points in all games. |
| 7.  Best net touchdowns in all games. | 7.  Best net touchdowns in all games. |

- 19 -

ARTICLE XX
Page 81 (cont.)

| Two Clubs | Three or More Clubs |
|---|---|
| 8. Strength of Schedule | 8. Strength of Schedule. |
| 9. Coin toss | 9. Coin toss. |

Wild Card Ties

If necessary to break ties to determine the two Wild Card clubs from
each conference, the following steps will be taken:

1. If all the tied clubs are from the same division, apply division
   tie-breaker.

2. If the tied clubs are from different divisions, apply the following
   steps:

| Two Clubs | Three or More Clubs |
|---|---|
| 1. Head-to-Head, if applicable. | (Note: If two clubs remain tied after third or other clubs are eliminated, tie-breaker reverts to Step One of applicable two-club format.) |
| 2. Best won-lost-tied percentage in games played within the conference. | |
| 3. Best net points in all games. | 1. Head-to-Head Sweep (Applicable only if one club has defeated each of the others or one club has lost to each of the others.) |
| 4. Best net touchdowns in all games. | |
| 5. Strength of schedule | 2. Best won-lost-tied percentage in games played within the conference. |
| 6. Coin toss. | |
| | 3. Best net points in all games. |
| | 4. Best net touchdowns in all games. |
| | 5. Strength of schedule. |
| | 6. Coin toss. |

NOTE: Insertion of divisional and conference records in three or more
      club Divisional tie-breaker adds additional steps in determining
      division standing for scheduling purposes.

Page 84

   20.5  After 4:00 p.m., New York time, on the Tuesday following the
final regular season game and for the duration of the postseason period

Case 2:12-md-02323-AB   Document 17-53   Filed 03/27/12   Page 22 of 22

no club involved in postseason play may add players to its Active List. Any player added to a postseason participant's Active List after its final regular season game must be a free agent signing, and any player removed from the clubs's Active List to make room for such acquisition must be placed on Injured Reserve with appropriate documentation of the injury sent to the Commissioner.

## ARTICLE XXIII

Page 87

23.1 (a)  Starting with the 1978 preseason, and subject to the provisions of Section 23.1 (b) hereof, no club may schedule a preseason game with any club included within its own conference unless it shall have first scheduled two preseason games with different clubs not included within its conference.  [This provision inoperative for 1980 preseason.]

Page 88

23.1 (d)  Each preseason game contract shall provide for the payment to the League Office of the aggregate sum of Five Thousand Dollars ($5,000) to cover the fees and expenses of officials assigned to that game.

23.1 (f)  Starting with the 1978 preseason, all clubs shall schedule a minimum of four (4) preseason games each season, excluding the Professional Football Hall of Fame Game.