# Exhibit 20

<u>1980</u>

<u>SUPPLEMENT TO NFL CONSTITUTION AND BYLAWS</u>

In the absence of a new printed NFL Constitution and Bylaws, the following supplement (which contains all amendments adopted during 1977, 1978, 1979, and 1980) and the 1976 book (the last printed version) constitute the operative 1980 edition.

## ARTICLE III

Page 9

3.1 (a)  Membership in the League shall be limited to the twenty eight (28) member clubs specified in Section 4.4 hereof and such new members as may be thereafter duly elected.

3.1 (b)  The admission of a new member club, either within or outside the home territory of an existing member club, shall require the affirmative vote of three-fourths of the existing member clubs of the league.

## ARTICLE IV

Page 17

4.2 (c)  Subject to the provisions of Sections 4.2 (a) and (b) above, no club in the League shall be permitted to play games within the home territory of any other club unless a home club is a participant.

4.3  The League shall have exclusive control of the exhibition of football games by member clubs within the home territory of each member. No member club shall have the right to transfer its franchise or playing site to a different city, either within or outside its home territory, without prior approval by the affirmative vote of three-fourths of the existing member clubs of the League.

## ARTICLE V

Pages 21-22

5.8  Upon call of the Commissioner or by majority vote of the members of the League, the League may go into Executive Session.  Each member shall designate its duly authorized representative to act for it in such Executive Session.  In any Executive Session, unless otherwise designated by the Commissioner, two representatives of each member and the Commissioner shall be present together with such other persons as either the Commissioner or the members by majority vote shall invite; provided that when two representatives of a member club are present in Executive Session, one of them must own an equity interest in such club.  The Commissioner shall be Chairman of the Executive Session and may appoint the Secretary of the Session. Action at any Executive Session shall constitute action of the League.

ARTICLE VIII

Page 29

8.13 (A)  Whenever the Commissioner, after notice and hearing, decides that an owner, shareholder, partner or holder of an interest in a member club, or any player, coach, officer, director or employee thereof, or an officer, employee or official of the League has either violated the Constitution and Bylaws of the League, or has been or is guilty of conduct detrimental to the welfare of the League or professional football, then the Commissioner shall have complete authority to:

(1)  Suspend and/or fine such person in an amount not in excess of Ten Thousand Dollars ($10,000), and/or

(2)  Cancel any contract or agreement of such person with the League or with any member thereof.

(3)  In cases involving a violation of the prohibitions against tampering and set forth in Sections 9.1 (C) (10) and (11), 9.2 and 12.1 (B) hereof, award or transfer selection choices and/or deprive the offending club of a selection choice or choices.

(4)  In cases involving a violation affecting the competitive aspects of the game, award or transfer players and/or selection choices, and/or deprive the offending club of a selection choice or choices, and/or cancel any contract or agreement of such person with the League or with any member thereof, and/or fine the offending club in an amount not in excess of Fifty Thousand Dollars ($50,000) despite the provisions of sub-section (1) herein.

ARTICLE IX

Page 35

9.1 (C) (10)  Except for at the sites of postseason college all-star games, on the campus of the player, or at his residence, member clubs shall not time or test college players.  Any compensation and/or transportation provided to the player or college coach of the player in connection with such timing or testing shall be considered conduct detrimental to the League. Other than the club holding rights to such player, clubs shall not, without permission of the club holding rights to such player, time or test a player who is subject to re-draft in a second Selection Meeting under any collective bargaining agreement, despite the fact that such player ultimately is re-drafted.

College players eligible for the annual Selection Meeting may be given a one-day physical examination by a member club, provided the examination does not include physical activity of any type (a Cybex test is considered

part of an orthopedic examination and is permissible); provided the player
is not compensated in any way beyond travel and lodging expenses; and
provided such examination takes place after the completion of all football
games, including postseason bowl games in which the team of the school or
college of such player is to participate as a member of his college team.
The Commissioner must be notified by the club of all such examinations prior
to the physical.  A physical examination shall be the only reason for a
member club to bring in a player who is eligible for the Selection Meeting to
its city and/or training facilities prior to the Selection Meeting.  During
the period from one week prior to the Selection Meeting up to and including
the final day of the Selection Meeting, no club shall transport or sponsor
the transport of a draft—eligible player to its offices, workout facilities,
home city or other site without prior permission of the Commissioner, and
no club shall, during the same period, house a draft—eligible player at any
site, including sites within his home city.  Further, at no time shall a
member club give or offer to give anything of significant value, directly or
indirectly, including but not limited to arrangements for transportation, to
a draft—eligible player until the final round of that year's Selection Meeting
is completed.

Page 37

    9.2  If a member club or any officer, shareholder, director,
partner, employee, agent or representative thereof, or any person holding
an interest in said club shall tamper, negotiate with, or make an offer,
directly or indirectly, to a player, or his representative, on the
Active, Reserve or Selection List of another member club, then unless the
offending club shall clearly prove to the Commissioner that such
action was unintentional, the offending club, in addition to being subject
to all other penalties provided in the Constitution and Bylaws, shall
lose its selection choice in the next succeeding Selection Meeting in the
same round in which the affected player was originally selected in the
Selection Meeting in which he was originally chosen.  If such affected
player was never selected in any Selection Meeting, the Commissioner shall
determine the round in which the offending club shall lose its selection
choice.  Additionally, if the Commissioner decided such offense was
intentional, the Commissioner shall have the power to fine the offending
club and may award the offended club 50% of the amount of the fine imposed
by the Commissioner.  In all such cases the offended club must first
certify to the Commissioner that such an offense has been committed.

Page 39

    9.3 (I)  There shall be no contact work prior to a club's official
preseason camp.  In any off—season camp, clubs may use helmets and protective
pads for elbows and knees, but all other pads are prohibited.  Blocking
dummies, sleds and similar apparatus may be used in off—season camps at
club's option.

## ARTICLE X

Page 41

10.4 (b)  Every effort will be made to avoid direct conflicts between the televising of road games of either the New York Giants or New York Jets and any home games of either club.

Page 42

10.9  In all NFL stadiums with the capability of displaying television replays on the scoreboard of action occurring on the field, such displays may be shown at any time during the game, provided, however, that the selection of material for the replays shall be at the home club's discretion.

## ARTICLE XII

Page 44

12.1 (D)  No person who has never been selected in a Selection Meeting and who has college athletic eligibility remaining and who registers at a college for the fall term or semester may be signed to a contract by a club in the League until the close of the next succeeding Selection Meeting of the League at which meeting he would be eligible for selection regardless of how many seasons in excess of five have elapsed since he first registered at a college and regardless of how many selection meetings for which he was eligible have transpired.

Page 45

12.3 (A)  No person employed by a club as a coach, trainer or in any capacity other than as a player, may play for that club or any other club in that same year unless said employee is:

(1)  Signed to a current year NFL Player Contract, and

(2)  Counted within the first applicable player limit of the pre-season and all subsequent player cutdowns.  If such person is released through waivers or placed on the Reserve List after the first applicable player limit is in effect, he cannot return to any club in the League in the same season as an active player.

Page 46

12.3 (F)  If a player reports to the club at its training camp and/or, in the case of rookie players, at a club training session prior to official training camp and is, in the opinion of the club physician, physically unable to perform his services as a player, then the club may do the following:

- 5 -

Article XII
Page 46 (Cont.)

(b)  Count the player within the applicable player limit.  Players
in this status may participate in practice as soon as physically
able and may remain in such status only until the player limit
cutdown on the third week prior to the first regular season
game, at which cutdown the club must:

  (i)  Place the player on the Reserve List as
  Physically Unable to Perform in accordance
  with the procedures of sub-section (c) below,
  or

  (ii)  Place the player on the Reserve List as
  Physically Unable to Perform and simultaneously
  declare that such a player will remain on the
  Reserve List for the remainder of the regular season
  and postseason.  A club which follows the procedures
  of this sub-section (b) (ii) may use the involved player
  or players in practice sessions but cannot activate the
  player or players during that same regular season or
  postseason.  Or

  (iii)  Place the player on waivers, which waivers shall
  carry the designation "Failed Physical" if the player has
  not yet passed the physical standards of the club, or

  (iv)  Trade the player in accordance with all applicable
  rules, or

  (v)  Continue to count the player on the Active List subject
  to all rules applicable to players who have passed the
  club's physical.  Any player in the status of Physically
  Unable to Perform/Active who appears in a preseason game
  shall be subject to all rules applicable to players who
  have passed the club's physical.

(c)  Place the player on Reserve as Physically Unable to Perform
and hold the player out of all practice until October 8, on which
date and all dates thereafter through October 25 the player may
resume practice with the club without counting within the
applicable player limit.  Clubs must report the resumption of
practice by such players to the League Office on or before the
date of practice.  After a maximum of two weeks of practice, the
club must:

  (i)  Keep the player on Reserve as Physically Unable to
  Perform for the remainder of the season.  A club which
  chooses the option of this sub-section (c) (i) may use
  the involved player or players in practice sessions for
  the remainder of the regular season.  Or,

Page 47

    12.4 (A)  After the first mandatory roster reduction in the
preseason and for the remainder of the season a member club desiring to
try out a player seeking employment with that club may do so on one day
only and only if the date of his presence with that club is reported by
TWX to the League office prior to the completion of such tryout.  The
League, in turn, shall promulgate all such tryouts to member clubs.  Helmets
and protective pads for elbows and knees are permitted; all other pads are
prohibited.  The involved player or players shall not be on the club's
practice field at the same time as regular practice is being conducted.  The
club shall be allowed a maximum of two players from its Active List to
participate with the tryout player during his tryout.  Multiple tryouts of
the same player in the same season by a club are prohibited unless, following
the most recent tryout, the player is placed under contract and released
by another club in the League   Nothing in this sub-section is to be
interpreted in any way as a modification of Section 17.5 (B) of this
Constitution and Bylaws and therefore such player may not participate in
practice with the playing squad.  No remuneration of any kind, except
normal travel and lodging expenses may be paid to such player while not
under contract.  Players tried out under this rule are not subject to the
provisions of Section 17.5 (C) which restrict the return to a former club.


ARTICLE XIII


Page 48

    13.2 (b)  Without the consent of the affected clubs, neither the
New York Giants, the New York Jets, nor the San Francisco 49ers shall be
required to play more regular season home games on the road than at home.

Pages 48-49

    13.2 (d)  Commencing in  1978, the 28 teams will play a 16-game common
opponent schedule with the following designations applied to the schedule
formula:

|   |   |   |   |
|---|---|---|---|
| A -- AFC East | | D -- NFC East | |
| B -- AFC Central | | E -- NFC West | |
| C -- AFC West | | F -- NFC Central | |

(1)  Each team will play home-and-home with the other teams in its division.

(2)  Each team in a four-team division will play a game with each of the
     fifth place teams in the other two divisions in its conference, i.e.,
     each team in the AFC Central will play the fifth place team in both the
     AFC East and AFC West and each team in the NFC West will play the
     fifth place team in both the NFC East and the NFC Central.

(3)  On a rotating three-year basis, teams 1 through 4 in each division
     play teams 1 through 4 in a division of the other conference.  The
     rotation will be as follows:

     First Year -- A vs. D, B vs. E, C vs. F
     Second Year -- B vs. D, C vs. E, A vs. F
     Third Year -- C vs. D, A vs. E, B vs. F

                            - 7 -

Article XIII
Page 48 (Cont.)

(4)  The first place team in each division of a conference will play games
with each of the other two first place teams in its conference and
games with each of two fourth place teams in its conference that are
not in its division.  The second place team in each division of a
conference will play games with each of the other two second place
teams in its conference and with each of the two third place teams
in its conference that are not in its division.

(5)  The two fifth place teams in each conference will play home-and-
home and will also play one game each with the two fifth place
teams in the other conference, i.e., the fifth place teams in the
AFC East and AFC West play home-and-home and also play the fifth
place teams in the NFC East and NFC Central, and the fifth place
teams in the NFC East and NFC Central play home-and-home and also
play the fifth place teams in the AFC East and AFC West.

(6)  The initial pairing for game sites will be made on a left to right
and top to bottom basis, i.e., the first time that Al plays Dl
the game will be at Dl.  Game sites will thereafter be alternated on
the basis of alphabetical numerical designation.

(7)  The tie-breaking procedures adopted for Divisional Playoff games
(Article 20.1) will be used to break ties in the standings for the
purposes of scheduling.

Page 50

    13.5  For the 1981, 1982, and 1983 seasons, sites of the
interconference games of clubs that finish 1 through 4 in a division
will be assigned so that no such club plays a second consecutive home or
road game with an interconference opponent that it played in 1978, 1979,
or 1980.


ARTICLE XIV


Page 50

    14.3 (B)  Reference in this article to "standing" shall mean the
standing of the clubs in the League in regular season games at the time
of the Selection Meeting.  In calculating the percentage, tie games shall
be calculated as one-half game won and one-half game lost.  To determine
the percentage, the total number of winning games, including any fractions
thereof to account for ties, shall be divided by the total number of
games played in the regular season.

        (1)  The winner of the Super Bowl game shall select last and
             the loser of such game shall select next-to-last in all
             rounds, regardless of the record of such participating
             clubs in the regular season.

- 8 -

(2)   In the event of a tie in the selection order involving a non-Super Bowl playoff club or clubs, such playoff club shall be assigned selection priority within its tied segment below that of non-playoff clubs and in inverse proportion to the number of cumulative plus-factors it achieves during the playoffs, as set forth in sub-sections (a) through (c), but in no case shall such a club move out of its tied segment.

    (a)   For a loss in the Wild Card Playoffs, a plus-factor of one-half.

    (b)   For participation, win or lose, in the Divisional Playoffs, a plus-factor of one.

    (c)   For a loss in the Conference Championship Game, a plus-factor of one.

(3)   Clubs with the best won-lost-tied records after the procedures of (1) and (2) above have been applied shall drop to their appropriate spots in the tied segment.

(4)   If, after all the foregoing procedures of this Section 14.3 (B) have been applied, ties still exist, such ties shall be broken by figuring the aggregate won-lost-tied percentage of each involved club's regular season opponents and awarding preferential selection order to the club which faced the schedule of teams with the lowest aggregate won-lost-tied percentage.

(5)   If, after the procedures of (4) above have been applied, ties still exist, the divisional or conference tie-breaking method, whichever is applicable, shall be applied.

(6)   If, after the procedures of (5) have been applied, ties still exist, they shall be broken by a coin flip conducted by the Commissioner.

Page 51

    14.3 (D)   There shall be twelve (12) selection rounds at each meeting.


ARTICLE XV


Page 53

    15.5   The Commissioner shall notify all clubs of the execution of free agent player contracts on a weekly basis as part of the League personnel notice.


- 9 -

Article XV
Page 53 (Cont.)


15.7  Any direct or indirect compensation or anything of value paid to a player who is not on the club's Active, Inactive or Reserve Lists, regardless of whether the player participates in the club's practice sessions, shall constitute a competitive violation and the club and/or involved club employee shall be subject to disciplinary action under Section 8.13 (A) (4) of this Constitution and Bylaws.  Similarly, tryout provisions of Section 12.4 (A) shall be strictly enforced, and any violations of this rule shall fall within the provisions of Section 8.13 (A) (4).


(Re-number former 15.7 and 15.8 to 15.8 and 15.9)



## ARTICLE XVI


Page 55

16.7 (C)  All conditions affecting trades must be specified in the original notification to the Commissioner of the trade and in the trade agreement papers.  If the written conditions do not cover subsequent events which result in the assignee club having use of the player on its Active List at some later time or in obtaining value for him through a subsequent trade, the original assignor club shall have no recourse.

Page 56

(Delete Section 16.9 in its entirety; this eliminates restrictions on inter-conference trading and places all trading dates under provisions of Section 16.6)


16.10  When a player on the Active or Inactive Lists of a club is traded or acquired on waivers on or after 4:00 p.m., New York time, on the Thursday prior to the opening of the regular season, or at any time thereafter, such player must immediately be listed within the applicable player limit of the club to which he is traded or acquired, which included both the team's Active and Inactive Lists.



## ARTICLE XVII


Page 56

The following material replaces the resolutions shown at the beginning of Article XVII in the 1976 book:


- 10 -

Article XVII
Page 56 (Cont.)

## Waiver System

1. All waivers requested during the period that a 24-hour claiming period is in effect (July through December) shall be no-recall.  In addition, no withdrawal of claims will be permitted during that period.

2. All claims filed by clubs shall be in priority order within groupings of one-or-more and the claiming club shall indicate the number of players within each grouping it wishes to be assigned.  No player may be listed more than once.

## Cutdowns and Player Limit

1. 60 -- the third Tuesday prior to the first regular season game (August 19, 1980).

   50 -- the second Tuesday prior to the first regular season game (August 26, 1980).

   45 -- the Monday prior to the first regular season game (September 1, 1980); this is a straight cut with no "down and up" procedure.

2. The cutdowns to 60 and 50 shall be conventional no-recall waivers and are required by 4:00 p.m., New York time, on the day listed.

3. The cutdown to 45 shall be procedural recall waivers and is required by 12:00 noon, New York time, on the Monday prior to the first regular season game.

4. The League personnel notice on the day of the final cutdown shall be promulgated to member clubs at or about 4:00 p.m., New York time.  Clubs thereafter shall have until 12:00 noon, New York time, on the following day to file claims.  The League shall thereafter compile and transmit the finished personnel notice as soon as possible.

## Reserve/Injured

The following rules govern Reserve/Injured:

PURPOSE.  Reserve/Injured is a category of the Reserve List.  A club may use this category for a player who is injured in a practice session or game of his club in any year, after having passed the club's physical examination in that year.  If a player fails the club's initial physical examination in any year, he is not eligible for Reserve/Injured; the club may instead use the procedures of Physically Unable to Perform or Non-Football Injury/Illness, whichever is applicable.  A Non-Football Injury or Illness case may, in some circumstances, fall under the procedures of Reserve/Injured, but only if such injury or illness occurs after the player has passed the club's physical for that year (see below).

- 11 -

Article XVII
Page 56 (Cont.)

PARTICIPATION WHILE ON RESERVE/INJURED.  Players on Reserve/Injured
may attend team meetings and participate in practice sessions with
Active List players as soon as physically able to do so.  Players on
Reserve/Injured are prohibited from appearing in games, participating
in game-day warm-ups with their teams, dressing in game uniforms on
game-days, or representing their teams in pre-game ceremonies.
Reserve/Injured players may, however, serve their clubs on the sidelines,
provided they perform a necessary function connected with
the game, dress in clothing issued by the club to its game staff,
and display appropriate credentials under the prevailing rules
covering the bench area.

COMPENSATION WHILE ON RESERVE/INJURED.  Players on Reserve/Injured
are compensated at the full rate of their NFL Player Contracts (see
Paragraph 9 of NFL Player Contract).

INJURY DEFINITION.  For purposes only of administering the procedures
of Reserve/Injured, a minor injury is one which renders a player
physically unable to play football for any period less than four
weeks (28 calendar days) from the date he is officially added to
Reserve/Injured.  Conversely, a major injury is one which renders
a player physically unable to play football for a minimum of four
weeks (28 calendar days) from the date he is officially added to
Reserve/Injured.  Despite the fact that a player's injury may occur
many days or weeks before his club officially adds him to Reserve/
Injured, the definitions of major and minor injuries are based solely
on the latter date (see single exception to this under the section
on free reactivations).

DOCUMENTATION.  All determinations of recovery time for major and
minor injuries must be by the club's medical staff and in accordance
with the club's medical standards.  Such prognoses must be documented
on the form "Verification of Injury/Illness Report," which must be
completed in full by the club physician and countersigned by a working
club executive or the head coach.  This form must be filed in the
League Office within 15 days after the date the player is officially
added to Reserve/Injured; if not, the club forfeits a spot on its
Active List until it complies.  The prognosis of the player's
recovery time should be as precise as possible.  When the verification
form is received by the League Office, the case receives a major or
minor injury classification which remains fixed unless the Commissioner
grants special permission to reclassify after considering a revised
prognosis by the club.

EVASION.  The Commissioner is authorized to take whatever steps he
deems necessary to investigate any Reserve/Injured case that he has
reason to believe may not have been handled properly by the involved
club.  If he determines that a club has abused the procedures of
Reserve/Injured in order to evade the player limit or for any other
reason, he may take appropriate disciplinary action.

Article XVII
Page 56 (Cont.)

MINOR INJURIES.  If a club places a player with a minor injury onto
Reserve/Injured, it may not reactivate him in the same season under
any circumstances.  Such player must be placed on no-recall waivers as
soon as, in the judgment of the club, he is physically able to
play football.  If, despite the original classification of minor
injury, the player's recovery time continues into the following
year, the waiver request must be before April 15.

MAJOR INJURIES.  If a club places a player with a major injury onto
Reserve/Injured, the following rules apply:

1.  Any player with a major injury may be reactivated by his club
    through procedural recall waivers after he has been on Reserve
    for a minimum of four weeks.  If the club wishes to reactivate
    such player, the waiver request must be procedural recall, and
    the club must accept the player onto its Active List if he
    goes unclaimed.  If the club does not wish to retain the player,
    the waiver request must be no-recall, and any re-signing by
    the club of a terminated player in these circumstances falls
    under the applicable reacquisition rules.

2.  In any season, including the postseason, a club is allowed a
    total of three free reactivations from Reserve/Injured to
    the Active List.  To be eligible for a free reactivation, a
    player must have suffered a major injury, been placed on
    Reserve/Injured after the date of the final roster reduction
    of that season, and must have remained there a minimum of
    four games played by his club.  (Note that this time period
    is measured in games rather than weeks.  If the postseason
    is involved, a bye week counts as one game.)  Despite the
    definition of a major injury above that requires an estimated
    recovery time of four weeks from the date of going onto
    Reserve/Injured, players involved in free reactivations whose
    injuries occurred early in the preseason conceivably could
    already have completed all or most of their recovery time when
    they are placed onto Reserve.  This is permissible only for
    players injured in the preseason, provided the club can
    supply contemporaneous documentation verifying a recovery time
    of four weeks or more from the date of injury and further
    provided that the four-game period on Reserve is fulfilled.
    Free reactivations may be used on the same player more than once
    in the same season if all other procedures are followed.

3.  Any player who meets the requirements for free reactivation
    under No. 2 above, may instead be reactivated through the
    procedural recall steps of No. 1 if the club chooses.

4.  If a club involved in postseason competition uses a free
    reactivation after the end of the regular season, it may
    either ask waivers on or place onto Reserve/Injured the
    player removed from its Active List to allow for the
    reactivation.  If waivers are requested, such waivers are

- 13 -

deferred until the waiver system reopens after the post-
season.  If the player is placed on Reserve/Injured, he,
in turn, is eligible for free reactivation in that same
postseason only if all requirements of the rule are met,
including a documented four-week injury and a minimum time
on Reserve of four games (including bye week).

INJURIES NEAR END OF SEASON.  If a player suffers an injury with
less than four weeks (28 calendar days) remaining in his club's regular
season schedule and his estimated recovery time is documented as
equivalent to or longer than the time remaining in the regular
season, he may be placed on Reserve/Injured under the rules governing
major injuries, provided he is not reactivated in that same regular
season.  However, if the player's club is involved in postseason
competition, he still must have a fully documented major injury and
must remain on Reserve a minimum of four games (including bye week)
before he is eligible for a free reactivation.

CONTRACT RESTRICTIONS.  Whenever a player becomes subject to waivers
under the rules governing Reserve/Injured, there must be no subsequent
renegotiation or modification of his contract that constitutes a
deterrent to claims by other clubs.

N-F/I AFTER PASSING PHYSICAL.  Players who go onto the Reserve List
under Non-Football Injury or Illness after passing the club's
physical examination may be reactivated through the procedural recall
or free reactivation procedures of Reserve/Injured, provided the
non-football injury or illness meets the same requirements as those
specified for major injuries.

TRADING FROM RESERVE/INJURED.  Players on Reserve/Injured who do not
meet the four-week requirement cannot be traded in the same season in
which they were placed on Reserve.  Players who meet the four-week
requirement may be traded from Reserve/Injured in the same season,
provided, however, that the old club shall use one of its free
reactivations in order to make such trade.  The traded player shall
immediately be added to Reserve/Injured of the acquiring club, which
club must use a free reactivation or ask procedural recall waivers
in order to activate such players in that same season.

THREE DECLARATIONS.  By the opening of the trading period each year,
each club must designate to the League office by TWX a maximum
of three (3) players from among those on Reserve/Injured in the
previous season, which players shall be the only ones from such list
eligible for trade in that year and for whom waivers can be requested
with right of recall.  All other Reserve/Injured players may not be
traded and will be no-recall if waived.  None of the tradeable players
under this provision can be from among those who failed to meet the
four-week minimum requirement.

SETTLEMENTS.  Any financial settlement agreed to between a club and player concerning an injury shall cover a fixed period of time and shall be reported in detail to the League office.  Such player then shall be carried on the club's Reserve/Injured list for the specified period covered by the settlement.  Such listing must be for procedural purposes only, and the player must not practice with or be affiliated with the club in any way other than normal rehabilitation treatment.  At the end of such specified period, the player must be placed on waivers.

## Players Waived Injured

1.  Players waived injured will continue to be no recall and count against the applicable player limit if they clear waivers.

2.  If a player is placed on injured waivers and the club remains below the applicable player limit at all times until such player clears waivers, the club may at that time return the player to its roster and use him in a game as soon as he is physically able.

3.  If a player is placed on injured waivers and the club reaches the applicable player limit before such player clears waivers, the club cannot return the player to its roster but must immediately place him on Reserve/Injured.

## Future Contracts

All players placed on waivers will be waived for all years of their contracts.  Therefore, there will be no future list in effect.

## Deletions

Sections 17.7 (C), 17.7 (D), the last sentence of 18.4, and 18.9 are deleted and no longer operative.

Page 62

The following material replaces all of the former Sections 16.7 (A) and 17.5 (C):

## Reacquisition of Players

A player who has been traded, assigned via waivers, or terminated via waivers cannot return to the club that took such action until two seasons, including the season of the year in which he left the club, have elapsed, unless one of the following exceptions applies:

### REACQUIRING TRADED PLAYER

1.  Traded player must have been on the Active List of the assignee club, any club beyond the assignee club, or combination

- 15 -

thereof, for a minimum of four (4) regular season games, after which the original assignor club may reacquire the player by waiver assignment or free agent signing. The four-game requirement specified herein may span two regular seasons if applicable.

or

2.  Traded player, before participating in any practice or game for the assignee club, must have reverted to the assignor club through conditions of a trade requiring his reporting to or passing the physical examination of the assignee club.

## REACQUIRING PLAYER ASSIGNED VIA WAIVERS

1.  Player assigned via waivers must have been on the Active List of the assignee club, any club beyond the assignee club, or combination thereof, for a minimum of four (4) games while a player limit is in effect (preseason or regular season games, or a combination thereof), after which the original assignor club may reacquire the player by trade, waiver assignment, or free agent signing. The four-game requirement specified herein may span two seasons if applicable.

or

2.  Player assigned via waivers must have been on the Active List of the assignee club, any club beyond the assignee club, or combination thereof, for less than four (4) games while a player limit is in effect (preseason or regular season games, or a combination thereof) and must have been placed on waivers and terminated by such assignee club or any subsequent club, in which case the original assignor club may reacquire the player only by free agent signing and immediate procedural recall waivers. The original assignor club under these circumstances must not reacquire such player by trade or assignment via waivers. The financial arrangements of re-signed players under the circumstances of this section must be limited to base salary, which salary must be no larger than that of the contract which was earlier assigned, and any agreed upon signing bonus, which bonus must remain the responsibility of the signing club. Guarantees and other bonuses are prohibited in contracts of players re-signed under this section.

## REACQUIRING TERMINATED PLAYER

1.  Terminated player must not have been under contract to any other club in the League in the meantime and re-signs in the same year before the trading deadline with the club from which he was terminated.

or

- 16 -

2. Terminated player must not have been under contract to any other
club in the League in the meantime and re-signs in the same year
after the trading deadline with the club from which he was terminated,
provided procedural recall waivers are immediately requested.
In addition, the financial arrangements of re-signed players under
the circumstances of this section must be limited to base salary,
which salary must be no larger than that of the contract from which
the player was earlier terminated, and any agreed upon signing
bonus, which bonus must remain the responsibility of the
signing club.   Guarantees and other bonuses are prohibited in
contracts of players re-signed under this section.

or

3. Player's termination must have fallen within ten (10) days before
the trading deadline or at any time in the season after the trading
deadline, and the player, not having been under contract to any
other club in the League in the meantime, re-signs with the club
from which he was terminated, such signing to be no later than
ten (10) days after his termination.

or

4. Player's termination must have fallen at any time in the season
after the trading deadline, and the player, not having been under
contract to any other club in the League in the meantime,
re-signs more than ten (10) days after his termination with the
club from which he was terminated, provided procedural recall
waivers are immediately requested.   In addition, the financial
arrangements of re-signed players under the circumstances of this
section must be limited to base salary, which salary must be
no larger than that of the contract from which the player was
earlier terminated, and any agreed upon signing bonus, which
bonus must remain the responsibility of the signing club.
Guarantees and other bonuses are prohibited in contracts of
players re-signed under this section.

or

5. Terminated player, in the same year, signs as a free agent with
another club in the League and is on the Active List, while
a player limit is in effect, of such other club, or any
subsequent club or a combination thereof for four (4) preseason
or regular season games, after which the original club may
re-acquire the player by trade, waiver assignment, or free
agent signing.   The four-game requirement specified here may
span two seasons if applicable.

or

6. Terminated player, in the same year, signs as a free agent with
another club and is on the Active List, while a player limit is in
effect, of such other club, or any subsequent club or combination
thereof for less than four (4) preseason or regular season games,

- 17 -

Article XVII
Page 62 (Cont.)

after which the original club may reacquire the player only by free agent signing and by immediately requesting procedural recall waivers.  Such player may not return to the original club by trade or waiver assignment.  In addition, the financial arrangements of re-signed players under the circumstances of this section must be limited to base salary, which salary must be no larger than that of the contract from which the player was earlier terminated, and any agreed upon signing bonus, which bonus must remain the responsibility of the signing club.  Guarantees and other bonuses are prohibited in contracts of players re-signed under this section.  If the re-signing by the original club occurs in the year following the player's termination, all procedures of this section apply, except that the base salary of the new contract may be higher than that of the contract from which the player was earlier terminated.

or

7.  Terminated player must have been signed by another club in the League in the next succeeding year, must have been terminated by that second club before a player limit is in effect, been re-signed any time thereafter by the club which originally terminated him, and is immediately placed on procedural recall waivers upon re-signing.  A player placed on waivers by a second club under the circumstances described here must not be claimed by the club which originally terminated him; he may return to the original club only through free agent signing and procedural recall.  The financial arrangements of re-signed players under the circumstances of this section must be limited to base salary and any agreed upon signing bonus, which bonus must remain the responsibility of the signing club.  Guarantees and other bonuses are prohibited in contracts of players re-signed under this section.

or

8.  Terminated player must have been signed by another club in the League in the next succeeding year, must have remained on the Active List of such second club for a minimum of one preseason game, must have been placed on waivers by that second club before or concurrent with the second roster reduction of the preseason, terminated via waivers, and re-signed subsequent to the second roster reduction by the club which originally terminated him. A player placed on waivers by a second club under the circumstances described here must not be claimed by the club which originally terminated him; he may return to the original club only through free agent signing.

or

9.  Terminated player must have been signed by another club in the League in the next succeeding year, must have remained on the Active List of that second club for a minimum of one preseason or regular season game, must have been placed on waivers by that

- 18 -

second club after the second roster reduction of the preseason, in which case the original club may either be assigned the player via waivers or sign him as a free agent after his contract is terminated via waivers by the second club.

<u>or</u>

10.   Terminated player must not have been under contract to any other club in the League in the meantime and re-signs for the next succeeding year with the club from which he was terminated, and that club immediately requests procedural recall waivers, provided, however, that if a club that requests procedural recall waivers under the requirements of this section loses the player through such waivers to another club, the original club may not reacquire the player from the second club via waivers or trade, such reacquisition to be only through free agent signing; and further provided that the financial arrangements of re-signed players under the circumstances of this section must be limited to base salary and any agreed upon signing bonus, which bonus must remain the responsibility of the signing club.  Guarantees and other bonuses are prohibited in contracts of players re-signed under this section.

### EVASION OF REACQUISITION RULES

Any evasion of the rules covering reacquisition of players, including but not limited to procedures by a club to place a player on another club's roster in order to evade the former club's player limit, will result in appropriate discipline by the Commissioner against all involved clubs that are proven to have taken part in such maneuvers with prior knowledge of the evasion.

Page 63

17.5 (D)   No player who opts for free agency under the waiver system section of the Collective Bargaining Agreement can re-sign with the same club in the same season or in the following season.

(Re-number former 17.5 (D) to 17.5 (E).)


ARTICLE XVIII


Page 70 (Replace first full paragraph)

Waiving of players will not be permitted during the period from 4:01 p.m., New York time, on the Wednesday prior to the final regular season game up to and including the day of the World Championship Game.

Article XVIII
Page 70 (Cont.)


If any club is awarded a player on the day clubs involved in the playoffs
must establish their postseason rosters, and the acquisition of such player
requires the club to make room on its roster, the club will have until
5:00 p.m., New York time, on that day to request waivers on another player,
which waivers will be promulgated to all clubs, but the claiming period
will not begin until 4:00 p.m., New York time, on the day following the
World Championship Game.

Page 71

        18.1 (D)  Whenever a claiming club is to be awarded a player on
the day of a preseason or regular season game for which it is scheduled,
the award shall not be made until 4:00 p.m., New York time, on the
next day of business following the game.

Page 74

        [Amend Section 18.8 to reflect the following.]
        Despite anything in this Constitution and Bylaws to the contrary,
whenever a player's contract or contracts are assigned through the
waiver system, the assignee club's financial responsibility under such
contract or contracts and any attachment thereto shall be limited to:
(1) any unearned salary, as set forth in Paragraph 3 of the Standard
Player Contract or Paragraph 5 of the NFL Player Contract as the case
may be, and (2) any uncarned football-related performance bonuses.
The original signing club shall retain responsibility for all other
financial obligations to the player of any character arising as a
result of the signing of such contract or contracts, including but
not limited to any signing bonus.

Page 74

        (Delete 18.11 in its entirety.)

Page 74

        18.12  Where any player contract awarded on waivers to another club
contains a provision purporting to impose, or having the effect of imposing,
financial obligations on the claiming club that were not imposed on the
waiving club, the waiving club shall bear the ultimate financial responsibility
for meeting such obligations.

Page 74

        18.13  Clubs are prohibited from re-negotiating, revising, altering
or superseding any contract in a manner that would constitute a deterrent
to claims of that contract by another club; e.g., "guaranteed" and
"no trade" provisions.  If such a contract is executed, the club may not
subsequently waive the player in that season.

Article XVIII
Page 74 (Cont.)

18.14  If a player claimed from procedural recall waivers fails the physical examination of the assignee club, he will be offered, in priority order, to any other clubs that claimed him.  This procedure will continue until he is either accepted or he fails the physicals of all such clubs.  If the latter, he will immediately be placed on the Active List of the original waiving club.

## ARTICLE XIX

Page 75

19.1 (B)  Final settlement of visiting club shares shall be made on day of game or no later than two business days subsequent to each regular season game and each preseason game in which a third party does not participate.  The home club shall make settlement by wiring Federal Funds to the visiting club's bank.

Page 80

19.14 (D)  The total of tickets issued under sub-sections (B) and (C) cannot exceed 1,000 without the prior permission of the visiting club.

The foregoing limitations on complimentary tickets apply only to tickets that could be sold and not to other types of admission tickets.

## ARTICLE XX

Page 81

(Amend Article XX to reflect the following in the playoff system.)

Selection of Clubs

1.  Three division champions from each conference.

2.  Two "Wild Card" clubs (fourth and fifth best records) from each conference.  Both Wild Cards may come from the same division.  Clubs eliminated in Divisional Championship tie-breakers are eligible if their records qualify them.

Pairings and Priority

1.  First Round--Wild Cards play each other.  Home clubs will be the clubs with the best won-lost-tied percentage in

- 21 -

Article XX
Page 81 (Cont.)

the regular season.  If ties in record, apply all
applicable divisional tie-breakers.

2.  <u>Second Round</u>--Same as in previous years.

<u>Division Ties</u>

If, at the end of the regular season, two or more clubs in the same
division finish with the best won-lost-tied percentage, the following steps
will be taken until a champion is determined:

| <u>Two Clubs</u> | <u>Three or More Clubs</u> |
|---|---|
| 1. Head-to-Head (best won-lost-tied percentage in games between the clubs.) | (Note:  If two clubs remain tied after a third club is eliminated during any step, tie-breaker reverts to Step One of two-club format.) |
| 2. Best won-lost-tied percentage in games played within the division. | 1. Head-to-Head (best won-lost-tied percentage in games among the clubs.) |
| 3. Best won-lost-tied percentage in games played within the conference. | 2. Best won-lost-tied percentage in games played within the division. |
| 4. Best won-lost-tied percentage in common games, if applicable. | 3. Best won-lost-tied percentage in games played within the conference. |
| 5. Best net points in division games. | 4. Best won-lost-tied percentage in common games. |
| 6. Best net points in all games. | 5. Best net points in division games. |
| 7. Strength of schedule. | 6. Best net points in all games. |
| 8. Best net touchdowns in all games. | 7. Strength of schedule. |
| 9. Coin toss. | 8. Best net touchdowns in all games. |
|  | 9. Coin toss. |

<u>Wild Card Ties</u>

If necessary to break ties to determine the two Wild Card clubs from
each conference, the following steps will be taken:

1.  If all the tied clubs are from the same division, apply division
tie-breaker.

2.  If the tied clubs are from different divisions, apply the following steps:

- 22 -

Article XX
Page 81 (Cont.)

| Two Clubs | Three or More Clubs |
|---|---|

Two Clubs

1. Head-to-Head, if applicable.

2. Best won-lost-tied percentage
   in games played within the
   conference.

3. Best won-lost-tied percentage
   in common games, minimum of four.

4. Best net points in conference games.

5. Best net points in all games.

6. Strength of schedule.

7. Best net touchdowns in all games.

8. Coin toss.

Three or More Clubs

(Note:  If two clubs remain tied
after third or other clubs are
eliminated, tie-breaker reverts to
Step One of applicable two-club
format.)

1. Head-to-Head Sweep (Applicable
   only if one club has defeated
   each of the others or one club
   has lost to each of the others.)

2. Best won-lost-tied percentage
   in games played within the
   conference.

3. Best won-lost-tied percentage
   in common games, minimum of four.

4. Best net points in conference games.

5. Best net points in all games.

6. Strength of schedule.

7. Best net touchdowns in all games.

8. Coin toss.

Page 84

   20.5  After 4:00 p.m., New York time, on the Wednesday following the
final regular season game and for the duration of the postseason period no club
involved in postseason play may add players to its Active List, with the
exception of players eligible for free reactivation from Reserve/Injured or
Reserve/Non-Football Injury or Illness who meet all qualifying criteria of
the Reserve/Injured rule.  Such players may be added on any League business day
in the postseason after passing the minimum of four games on Reserve (including
bye week).  The only other players who may be added must be free agent signings
added to a postseason participant's Active List between its final regular season
game and 4:00 p.m. on the following Wednesday.  Any player removed from the club's
Active List to make room for such free agent acquisition must be placed on
Reserve/Injured with appropriate documentation of the injury to the Commissioner.


ARTICLE XXIII


Page 87

   23.1 (a)  Starting with the 1978 preseason, and subject to the

- 23 -

Article XXIII
Page 87 (Cont.)

provisions of Section 23.1 (b) hereof, no club may schedule a preseason game with any club included within its own conference unless it shall have first scheduled two preseason games with different clubs not included within its conference.   [This provision inoperative for 1981 season.]

Page 88

    23.1 (d)  Each preseason game contract shall provide for the payment to the League Office of the aggregate sum of Five Thousand Dollars ($5,000) to cover the fees and expenses of officials assigned to that game.

    23.1 (f)  Starting with the 1978 preseason, all clubs shall schedule a minimum of four (4) preseason games each season, excluding the Professional Football Hall of Fame Game.