Exhibit 23
Part 2 of 2

loser of such game shall select next-to-last in all rounds, regardless of the record of such participating clubs in the regular season.

(2) In the event of a tie in the selection order involving a non-Super Bowl playoff club or clubs, such playoff club shall be assigned selection priority within its tied segment below that of non-playoff clubs and in inverse proportion to the number of cumulative plus-factors it achieves during the playoffs, as set forth in sub-sections (a) through (c), but in no case shall such a club move out of its tied segment.

    (a)    For a loss in the Wild Card Playoffs, a plus-factor of one-half.

    (b)    For participation, win or lose, in the Divisional Playoffs, a plus-factor of one.

    (c)    For a loss in the Conference Championship Game, a plus-factor of one.

(3) Clubs with the best won-lost-tied records after the procedures of (1) and (2) above have been applied shall drop to their appropriate spots in the tied segment.

(4) If, after all the foregoing procedures of this Section 14.3 (B) have been applied, ties still exist, such ties shall be broken by figuring the aggregate won-lost-tied percentage of each involved club's regular season opponents and awarding preferential selection order to the club which faced the schedule of teams with the lowest aggregate won-lost-tied percentage.

(5) If, after the procedures of (4) above have been applied, ties still exist, the divisional or conference tie-breaking method, whichever is applicable, shall be applied.

(6) If, after the procedures of (5) have been applied, ties still exist, they shall be broken by a coin flip conducted by the Commissioner.

(C) One player shall be selected on each round by each club participating in that round.

14.3 (D) There shall be twelve (12) selection rounds at each meeting.

Selecting Ineligible Player

14.4 If any club select an ineligible player, such club shall lose the right to that player and to the selection choice for that year.

Reserve List--Selectees

14.5   The selecting club shall have the exclusive right to negotiate for the services of each player selected by it in the Selection Meeting. Selected players shall be placed on the Reserve List of that club.

Selectee Return To College

14.6   Any player eligible for selection at the Selection Meeting who is not selected, shall be eligible to sign with any club in the League; provided, however, that if any eligible selectee not chosen possesses additional college eligibility and thereafter attends college in the fall semester following the Selection Meeting, such player may not be signed by any club until after the close of the next succeeding Selection Meeting at which time he is eligible for selection.

League Policy On Playing With Another Club

14.7   The League reaffirms the resolution passed unanimously in May 1935, and which has been in effect in the operations of the League since that time by adding the following action:

If for any valid reason it would be impossible for a player to play in the city by which he has been selected, or the player can show reasonable cause why he should be permitted to play in a city other than that designated for him, then through such arrangements as can be made by sale or trade with another club, he shall be permitted to play in the city he prefers if the Commissioner of the League approves his reasons as valid.

ARTICLE XV

PLAYER CONTRACTS

Standard Player Contract

15.1   All contracts between clubs and players shall be executed in triplicate and be in the form adopted by the member clubs of the League; such contract shall be known as the "Standard Players Contract".  Subject to the provisions of Section 9.1(C)(8) hereof, a club may delete portions of or otherwise amend the Standard Players Contract subject to the right of the Commissioner to disapprove the same, as provided by Section 15.4 hereof.

Amendment Of Standard Player Contract

15.2   (A) The form of Standard Players Contract adopted by the League may be amended at any time by the affirmative vote or written consent of not less than three-fourths or 20, whichever is greater, of the member clubs of the League; provided, however, that in the event of an amendment to the

- 43 -

Standard Player Contract, or should a new Standard Player Contract be adopted by the League, such action shall in no manner affect, change, modify or terminate any of the terms or provisions of any unexpired Standard Player Contract then in effect between a player and a club in the League.

(B)  All valid unexpired player contracts, including options for extensions thereof, signed in the NFL or AFL prior to Feb. 1, 1970, and in effect on that date, shall remain in full force and effect in accordance with the terms thereof, until the terms of such contracts shall expire, despite the fact that the provisions thereof may differ from the Uniform Players Contract adopted by this League for use in their 1970 or in succeeding seasons.


Filing

15.3   An executed copy of each player contract must be filed with the Commissioner within ten (10) days after the execution thereof.  The Commissioner's office shall stamp the time of receipt upon all contracts immediately upon the filing with the Commissioner.  All other documents required to be filed with the Commissioner shall likewise be stamped immediately upon receipt thereof.  Contracts in effect at the date of the adoption of the Constitution and ByLaws shall not be affected by the foregoing provision if such contracts had been previously executed and filed in accordance with the Constitution and ByLaws of the League at the time of execution and filing.
Disapproval

15.4   The Commissioner shall have the power to disapprove any contract between a player and a club executed in violation of or contrary to the Constitution and ByLaws of the League, or if either contracting party is or has been guilty of conduct detrimental to the League or to professional football.  Any such disapproval of a player contract must be exercised by the Commissioner with ten (10) days after such contract is filed with Commissioner.


Promulgation

15.5   The Commissioner shall notify all clubs of the execution of free agent player contracts on a weekly basis as part of the League personnel notice.


Prerequisite To Play and Practice

15.6   No club shall permit a player in any practice session or game, subject to the tryout provision of Sections 12.4 (A) & (B), with its team unless:

(a)  A Standard Player Contract has been executed between the player and a club or the Player Contract has been properly assigned to the club, and

(b)  Such contract or assignment is on file in the League Office or the League Office been notified by telegram of TWX of the

execution of a contract or assignment.

15.7   Any direct or indirect compensation or anything of value paid to a player who is not on the club's Active, Inactive or Reserve Lists, regardless of whether the player participates in the club's practice sessions, shall constitute a competitive violation and the club and/or involved club employee shall be subject to disciplinary action under Section 8.13 (A) (4) of this Constitution and ByLaws.   Similarly, tryout provisions of Section 12.4 (A) shall be strictly enforced, and any violations of this rule shall fall within the provisions of Section 8.13 (A) (4).

15.8   The minimum first-year income for a selected player shall be $12,000.

15.9   In addition to the salary stipulated in ¶3 of his contract, each player shall, during the training season, be paid an allowance for expenses to be determined by the club.

## ARTICLE XVI

### ASSIGNMENT OF PLAYER CONTRACTS

**Assignment Notice**

16.1   All assignments of player contracts (through trade, waiver or otherwise) shall be documented by the assignor club with execution of a notice to the player in a form prescribed by the Commissioner.   Such form will be in quadruplicate, with appropriate copies delivered to the player, the Commissioner and the assignee club, and a copy retained by the assignor club.

**Player Responsibility**

16.2   Immediately following any assignment the player shall report to the assignee club as promptly as possible and shall perform services with the assignee club as prescribed in said contract.

**Salary Liability**

16.3   The assignor club shall be liable for such proportion of the player's salary for the season as the number of the applicable League games of the assignor club's regular season elapsed up to and including the date of assignment bears to the total number of games in the assignor club's regular season; provided, however that whenever such assignment involves a player claimed as a result of a waiver, then the allocation of salary shall be subject to the provisions pf §18.8 hereof.   The assignee club shall be liable for the balance of the player's salary subject also to the provisions of §18.8 in respect to players acquired through waiver.   For the purposes of this section, the date of assignment shall be deemed to be the date on which notice of assignment is delivered to the Commissioner as prescribed in §16.2 hereof, or the date when the player was notified orally of such assignment by an authorized member of the assignor club, whichever occurs first.   In the event

- 45 -

of a dispute as to whether or not oral notice of the assignment has been given by the assignor club, the burden of proving shall rest with the assignor club.

Waivers

16.4   (A)   If waivers are required for assignment of a player's contract, no assignment shall be effected and no notice of assignment shall be delivered to the player unless and until the club has been advised by the Commissioner that waivers have been granted by all clubs entitled to claim the player under the waiver rules.

(B)   Whenever a club has been awarded a player through waivers, such club acquires all rights to the player owned or possessed by the waiving club, including any rights to the player's services for a succeeding season or seasons and, subject to the provisions of §18.8 hereof, the claiming club likewise assumes all obligations under such contract or contracts.

Promulgation

16.5   All assignments shall be promulgated by the Commissioner through bulletins sent to each club.

Trading Deadline

16.6   By definition, a trade in the League is a transaction involving two or more clubs resulting in an outright or conditional assignment or exchange of player contracts, rights to players, selection choices, cash, and/or past consideration, which transaction is not effected through the waiver system, the first-refusal/compensation system of an operative collective bargaining agreement, or other special assignment procedures of this Constitution and ByLaws.   Trades are permissible within the following periods:

(A)   Trades involving selection choices, cash, and/or past consideration may be made on any day in the calendar year in which the League office is open to accept player-personnel transactions, until 4:00 p.m., New York time (or other applicable deadline for a given business day).

(B)   Trades involving player contracts and/or rights to players from club Reserve lists may be made only on days during which the League office is open to accept player-personnel transactions from the period beginning on the first such day after the AFC-NFC Pro Bowl game and continuing until 4:00 P.M., New York time, on the day after the date that the final game of the sixth regular-season weekend begins (i.e., Tuesday if the final game of such weekend's schedule of games begins on Monday).

Trade Conditions

16.7   (A)   No trade may be made between member clubs in any season wherein the player traded may revert to or be traded back to the original club, unless through the normal procedure of trading, waiving, etc., as otherwise specified in this section and this Constitution and ByLaws.

(B) All conditions affecting trades must be specified in the original notification to the Commissioner of the trade and in the trade agreement papers.  If the written conditions do not cover subsequent events which result in the assignee club having use of the player on its Active List at some late time or in obtaining value for him through a subsequent trade, the original assignor club shall have no recourse.

Approval by the Commissioner

16.8   (A)  No sale or trade by a club shall be binding unless approved by the Commissioner.  Immediately following such approval, the Commissioner shall notify all clubs of such trade or sale.

(B)  All sale or trade agreements between clubs must be in writing and filed with the Commissioner within fifteen (15) days following completion of such sale or trade.  The League Office shall stamp the time of receipt on any sale or trade agreement immediately upon the filing thereof.

16.9   When a player on the Active or Inactive Lists of a club is traded or acquired on waivers on or after 4:00 P.M., New York time, on the Thursday prior to the opening of the regular season, or at any time thereafter, such player must immediately be listed within the applicable player limit of the club to which he is traded or acquired, which includes both the team's Active and Inactive Lists.

## ARTICLE XVII

### PLAYER LIMITS AND ELIGIBILITY

Waiver System

1.   All waivers requested during the period that a 24-hour claiming period is in effect (July through December) shall be no-recall.  In addition, no withdrawal of claims will be permitted during that period.

2.   All claims filed by clubs shall be in priority order within groupings of one-or-more and the claiming club shall indicate the number of players within each grouping it wishes to be assigned.  No player may be listed more than once.

Cutdowns and Player Limit (1984 Only)

1.   70 — the third Tuesday prior to the first regular season game (August 14, 1984).

60 — the second Tuesday prior to the first regular season game (August 21, 1984).

49 — the Monday prior to the first regular season game (August 27, 1984); this is a straight cut with no "down and up" procedure.

- 47 -

2.   The cutdowns to 70 and 60 shall be conventional no-recall waivers and
     are required by 4:00 p.m., New York time, on the day listed.

3.   The cutdown to 49 shall be procedural recall waivers and is required by
     12:00 noon, New York time, on the Monday prior to the first regular
     season game.

4.   The League personnel notice on the day of the final cutdown shall be
     promulgated to member clubs at or about 4:00 p.m., New York time.
     Clubs thereafter shall have until 12:00 noon, New York time, on the
     following day to file claims.  The League shall thereafter compile and
     transmit the finished personnel notice as soon as possible.

## Reserve/Injured

The following rules govern Reserve/Injured:

PURPOSE.  Reserve/Injured is a category of the Reserve List.  A club
may use this category for a player who is injured in a practice session
or game of his club in any year, after having passed the club's
physical examination in that year.  If a player fails the club's
initial physical examination in any year, he is not eligible for
Reserve/Injured; the club may instead use the procedures of Physically
Unable to Perform or Non-Football Injury/Illness, whichever is
applicable.  A Non-Football Injury or Illness case may, in some
circumstances, fall under the procedures of Reserve/Injured, but only
if such injury or illness occurs after the player has passed the club's
physical for that year (see below).

PARTICIPATION WHILE ON RESERVE/INJURED.  Players on Reserve/Injured may
attend team meetings and participate in practice sessions with Active
List players as soon as physically able to do so.  Players on
Reserve/Injured are prohibited from appearing in games, participating
in game-day warm-ups with their teams, dressing in game uniforms on
game-days, or representing their teams in pre-game ceremonies.
Reserve/Injured players may, however, serve their clubs on the
sidelines, provided they perform a necessary function connected with
the game, dress in clothing issued by the club to its game staff, and
display appropriate credentials under the prevailing rules covering the
bench areas.

COMPENSATION WHILE ON RESERVE/INJURED.  Players on Reserve/Injured are
compensated at the full rate of their NFL Player Contracts (see
Paragraph 9 of NFL Player Contract).

INJURY DEFINITION.  For purposes only of administering the procedures
of Reserve/Injured, a minor injury is one which renders a player
physically unable to play football for any period less than four weeks
(28 calendar days) from the date his is officially added to
Reserve/Injured.  Conversely, a major injury is one which renders a
player physically unable to player football for a minimum of four weeks

(28 calendar days) from the date he is officially added to Reserve/Injured. Despite the fact that a player's injury may occur many days or weeks before his club officially adds him to Reserve/Injured, the definitions of major and minor injuries are based solely on the latter date (see single exception to this under the section on free reactivations).

DOCUMENTATION. All determinations of recovery time for major and minor injuries must be by the club's medical staff and in accordance with the club's medical standards. Such prognosis must be documented on the form "Verification of Injury/Illness Report," which must be completed in full by the club physician and countersigned by a working club executive or the head coach. This form must be filed in the League Office within 15 days after the date the player is officially added to Reserve/Injured; if not, the club forfeits a spot on its Active List until it complies. The prognosis of the player's recovery time should be as precise as possible. When the verification form is received by the League Office, the case receives a major or minor injury classification which remains fixed unless the Commissioner grants special permission to reclassify after considering a revised prognosis by the club.

EVASION. The Commissioner is authorized to take whatever steps he deems necessary to investigate any Reserve/Injured case that he has reason to believe may not have been handled properly by the involved club. If he determines that a club has abused the procedures of Reserve/Injured in order to evade the player limit or for any other reason, he may take appropriate disciplinary action.

MINOR INJURIES. If a club places a player with a minor injury onto Reserve/Injured, it may not reactivate him in the same season under any circumstances. Such player must be placed on no-recall waivers as soon as, in the judgment of the club, he is physicially able to play football. If, despite the original classification of minor injury, the player's recovery time continues into the following year, the waiver request must be before April 15.

MAJOR INJURIES. If a club places a player with a major injury onto Reserve/Injured, the following rules apply:

1.   Any player with a major injury may be reactivated by his club through procedural recall waivers after he has been on Reserve for a minimum of four weeks. If the club wishes to reactivate such player, the waiver request must be procedural recall, and the club must accept the player onto its Active List if he goes unclaimed. If the club does not wish to retain the player, the waiver request must be no-recall, and any re-signing by the club of a terminated player in these circumstances falls under the applicable reacquisition rules.

2.   For 1984 only, a club is allowed a total of five free reactivations from Reserve/Injured to the Active List. To

be eligible for a free reactivation, a player must have suffered a major injury, been placed on Reserve/Injured after the date of the final roster reduction of that season, and must have remained there a minimum of four games played by his club. (Note that this time period is measured in games rather than weeks. If the postseason is involved, a bye week counts as one game.) Despite the definition of a major injury above that requires an estimated recovery time of four weeks from the date of going onto Reserve/Injured, players involved in free reactivations whose injuries occurred early in the preseason conceivably could already have completed all or most of their recovery time when they are placed onto Reserve. This is permissible only for players injured in the preseason, provided the club can supply contemporaneous documentation verifying a recovery time of four weeks or more from the date of injury and further provided that the four-game period on Reserve is fulfilled. Free reactivations may be used on the same player more than once in the same season if all other procedures are followed. (See No. 4 below for additional rules covering the postseason.)

3.  Any player who meets the requirements for free reactivation under No. 2 above, may instead be reactivated through the procedural recall steps of No. 1 if the club chooses.

4.  After 4:00 p.m., New York time, on the Wednesday following the final regular season game, each club involved in postseason competition will be granted an additional free reactiviation under the rules governing the category of Reserve/Injured. Any player reactivated through the use of such extra reactivation must meet all standards of eligibility under current rules. (Example: If a playoff club has used all five of its regular reactivations through 16 games, it will have one more for use through the postseason period. If a club has used, say, only one through 16 games, it will have five for use in the postseason.) If a club involved in postseason competition uses a free reactiviation after the end of the regular season, it may either ask waivers on or place onto Reserve/Injured the player removed from its Active List to allow for the reactivation. If the player is placed on Reserve/Injured, he, in turn, is eligible for free reactivation in that same postseason only if all requirements of the rule are met, including a documented four-week injury and a minimum time on Reserve of four games (including bye week).

INJURIES NEAR END OF SEASON. If a player suffers an injury with less than four weeks (28 calendar days) remaining in his club's regular season schedule and his estimated recovery time is documented as

equivalent to or longer than the time remaining in the regular season, he may be placed on Reserve/Injured under the rules governing major injuries, provided he is not reactivated in that same regular season. However, if the player's club is involved in postseason competition, he still must have a fully documented major injury and must remain on Reserve a minimum of four games (including bye week) before he is eligible for a free reactiviation.

CONTRACT RESTRICTIONS.  Whenever a player becomes subject to waivers under the rules governing Reserve/Injured, there must be no subsequent renegotiation or modification of his contract that constitutes a deterrent to claims by other clubs.

N-F/I AFTER PASSING PHYSICAL.  Players who go onto the Reserve List under Non-Football Injury or Illness after passing the club's physical examination may be reactivated through the procedural recall or free reactivation procedures of Reserve/Injured, provided the non-football injury or illness meets the same requirements as those specified for major injuries.

TRADING FROM RESERVE/INJURED.  Players on Reserve/Injured who do not meet the four-week requirement cannot be traded in the same season in which they were placed on Reserve.  Players who meet the four-week requirement and are placed on Reserve/Injured before the final reduction of the Active List for that season may be traded to another club's Reserve/Injured list, which acquiring club may reactivate such player in that same season only by placing the player on procedural-recall waivers.  Players who meet the four-week requirement and are placed on Reserve/Injured after the final reduction of the Active List for that season may be traded to another club's Reserve/Injured list, which acquiring club may reactivate such player in that same season either by placing the player on procedural-recall waivers or by using one of its free reactivations, if available; and further provided that the trading club also must use one of its free reactivations in order to effect the trade.

SETTLEMENTS.  Any financial settlement agreed to between a club and player concerning an injury shall cover a fixed period of time and shall be reported in detail to the League office.  Such player then shall be carried on the club's Reserve/Injured list for the specified period covered by the settlement.  Such listing must be for procedural purposes only, and the player must not practice with or be affiliated with the club in any way other than normal rehabilitation treatment. At the end of such specified period, the player must be placed on waivers.

The following eight additional provisions also govern the category of Reserve/Injured.

1. Expand League's medical examination procedures to include a network of qualified neutral physicians in each club's territory (including training camp area).  Such physicians would be available to examine players within a short time (usually less than a week) after a player

is injured.

2.   Modify definition of major injury that occurs in the preseason period.
     Current rules specify that a major injury is one which renders a player
     physically unable to play football for a minimum of four weeks (28
     calendar days) from the date he is officially added to Reserve/Injured.
     New procedures also would allow a club to anticipate that it might
     later wish to place a player onto Reserve/Injured with a major injury.
     In that event, such players would be examined by a League physician
     within a short time after the injury and before Reserve action is
     taken.  The four-week "clock" would begin running at the time of
     injury, provided the League physician documents it as major.  If the
     Commissioner determines, on the basis of information at his disposal,
     that an injury in the circumstances of this section can be classified
     as major without an examination by a League physician, such examination
     will be waived and the club will be permitted to employ all procedures
     that it otherwise would have available to it.

3.   If a preseason injury under No. 2 above has been documented as major,
     the club may place the player onto Reserve/Injured any time within the
     four-week period, or it may allow the entire four-week period to expire
     before the date of the final preseason roster reduction.  In any event,
     the club must, by the time of or concurrent with the final roster
     reduction, take one of the following options:  1)  continue to count
     the player on the Active List, 2)  place him on Reserve/Injured, or 3)
     request waivers.  If option 2) is chosen, the player even if fully
     recovered from his injury, will be on the Reserve List under the rules
     applicable to a major injury and could be re-activated at some
     subsequent time in that same season through procedural-recall waivers.

4.   Throughout the entire four-week period specified in Nos. 2 and 3 above,
     the involved player must not engage in regular practice.  He will be
     limited to rehabilitation workouts apart from Active List players.  The
     club would be required to notify the League office by TWX as soon as
     the player resumes regular practice, in which case the four-week
     "clock" would stop, and the club would have no right to place the
     player onto Reserve/Injured with a major injury.  Of course, if a
     subsequent injury occurred, the procedures could be repeated.

5.   Despite the prohibition of practice during the four-week period under
     No. 4 above, if, in the preseason or regular season, a player goes onto
     Reserve/Injured under normal circumstances and his injury is documented
     as four weeks or more from the date of going onto Reserve, then such
     player may resume practice sessions with Active List players as soon as
     physically able to do so; provided, however, that the Commissioner may,
     if he deems the content and date of the resumed practice to be
     inconsistent with the purported nature and severity of the player's
     injury, take such factors into account in his investigation of the case.

6.   None of the above procedures affects the current rules covering free
     reactivations of Reserve/Injured players.  Such players must go onto
     Reserve after the final roster reduction.

7. Clubs will have a <u>minimum</u> of one player in the major injury category examined by a League physician each season. To expedite this process, clubs will be required to give a brief clinical description and date of a player's injury on the original TWX notification to the League office that such player is being placed onto Reserve/Injured.

8. If a club places a player onto Reserve/Injured with a major injury and later terminates such player through no-recall waivers, the club may subsequently re-sign the player only by immediately placing him on procedural-recall waivers at the time of re-signing.

<u>Players Waived Injured</u>

1. Players waived injured will continue to be no-recall and count against the applicable player limit if they clear waivers.

2. If a player is placed on injured waivers and the club remains below the applicable player limit at all times until such player clears waivers, the club may at that time return the player to its roster and use him in a game as soon as he is physically able.

3. If a player is placed on injured waivers and the club reaches the applicable player limit before such player clears waivers, the club cannot return the player to its roster but must immediately place him on Reserve/Injured.

<u>Future Contracts</u>

All players placed on waivers will be waived for all years of their contracts. Therefore, there will be no future list in effect.

17.1 (A) Subject to the provision of §17.3 of this article, beginning on the sixth Tuesday prior to the first regular season game of each year and continuing until the completion of the football season, no club shall have under contract more than sixty (60) active players and no player may play with any team unless an executed contract with that team is on file in the office of the Commissioner, pursuant to the provisions of §15.6 hereof. This number shall include all veteran players upon whom options have been exercised for the applicable year, except a veteran player discharged from the military service subsequent to June 1st in the applicable year.

17.1 (B) On or before 2 P.M. New York time, on the Tuesday prior to the first regular season game, the number of active players shall be reduced to thirty-six (36) or less.

Despite the foregoing, the following additional restrictions shall apply:

1. Whenever a player or players is or are waived and such

action reduced the waiving club's roster to less than 44, the players waived in such manner must be designated as non-recallable until after 4:00 p.m., New York time, on the Thursday prior to the opening of the regular season.

  2. Notwithstanding other provisions of this Constitution and ByLaws allowing recall of waiver requests under certain circumstances, the following rules are in effect with respect to waivers involving players who do not meet the physical standards of the club:  Any waiver request on an injured player and any waiver request on a player who fails the club physical may not be recalled and no claim on any such player may be withdrawn.

  3. No claim on a player may be withdrawn by the claiming club whenever it involves a waiver that occurs after the reduction in the player limit to 49 active players.

  4. Any player who was an All-Star participant in the Chicago Tribune All-Star Game of that year, may be carried as an active player by the club without being counted until the player limit of 44 becomes applicable, despite the fact that such player competes in a pre-season game for the club.

Active List

  17.2 The Active List, for the purposes of this article, shall consist of all players eligible to play in any pre-season, regular season, play-off, championship or post-season game then under contract to the club within the

directly onto its Inactive List under future contract without that player having first been waived from a current contract since the close of the previous regular season. Each member club must once weekly declare its Inactive List of players who will not dress for its upcoming game. For all Saturday and Sunday games, such time will be by 2:00 p.m., New York time, on the day prior to the game. Then, by 4:00 p.m. New York time, on the day prior to the game, the Commissioner's office will advise each member club of its opponent's Inactive List for the upcoming game. For games played on Mondays, notification time will be by 2:00 p.m., New York time, on the day of the game, and subsequent notification to the involved clubs by the Commissioner's Office will be 4:00 p.m., New York time, on the same day. For games played on Thursdays, notification to the Commissioner's Office will be by 4:00 p.m., New York time, on Wednesday, and subsequent notification to the involved clubs will be as soon as possible after 4:00 p.m. on Wednesday. One additional change may be made up to one hour prior to game time by notifying the game referee, provided, however, that the player designated as a game participant can only come from among those who had been designated as Inactive at the time of the requirements listed in this Section 17.4.

Any club which makes a roster change on game-day, subject to the provisions outlined above, also has the responsibility of confirming such change by TWX, to the League Office the following day.

Notwithstanding the schedule outlined above for weekly declaration of the Inactive List during the regular season, the original establishment each season of the Inactive List shall be after 4:00 p.m., New York time, on the Thursday prior to the first regular season game.

Pre-Season Inactive List

17.4   (B)   During the period from the first day of a club's training camp in any year and continuing through 4:00 p.m., New York time, on the Thursday prior to the first regular season game, a club may carry a maximum of three (3) players on its Inactive List, which players must only be placed on such list for reason of injury and which players shall not count within the applicable Active List limit. Players placed on a club's Pre-Season Inactive List shall not be reactivated for a period of two (2) pre-season games or sixteen (16) days, whichever occurs first. There shall be no limit on the time a player may remain on the Pre-Season Inactive List. All other provisions of Section 17.4 (A) regarding day-of-game activations and contract status whenever a player moves onto the Active List shall apply to the Pre-Season Inactive List. Clubs which place players on the Pre-Season Inactive List shall within 48 hours after such action, file with the League Office a TWX report stating the details of each injury which necessitated such de-activation.

Future List

17.5   (A)   The Future List, for the purpose of this article, shall consist of all players under contract to a club for a succeeding year or years but not for the current year, with the exception of those on the Reserve List. The Future List is a category within the Inactive List during the regular season, and all players on the Future List at that time must be counted within

- 55 -

the applicable player limit.  No player may be placed on the Future List of a club without first having been waived from a current contract.  Any player listed on the Future List of a club may play for a minor league club.

(B)  No player may practice with a club unless such player is signed to a contract with that club for the current or succeeding season or seasons.  All contracts including contracts of players on the Future List must be filed with the Commissioner in accordance with the provisions of Section 15.3 hereof.

## Reacquisition of Players

17.5(C)  A player who has been traded or assigned via waivers cannot return to the club that took such action until two seasons, including the season of the year in which he left the club, have elapsed, unless one of the following exceptions applies:

### REACQUIRING TRADED PLAYER

1.    Traded player must have been on the Active List of the assignee club, any club beyond the assignee club, or combination thereof, for a mininum of four (4) regular season games, after which the original assignor club may reacquire the player by waiver assignment or free agent signing.  The four-game requirement specified herein may span two regular seasons if applicable.

or

2.    Traded player must have been on the Active List of the assignee club, any club beyond the assignee club, or combination thereof for less than four (4) regular season games and must have been placed on waivers and terminated by the assignee club or any subsequent club, in which case the original assignor club may reacquire the player only by free agent signing.  The original assignor club under these circumstances must not reacquire such player by trade or assignment via waivers.

or

3.    Traded player, before participating in any practice or game for the asignee club, must have reverted to the assignor club through conditions of a trade requiring his reporting to or passing the physical examination of the assignee club.

### REACQUIRING PLAYER ASSIGNED VIA WAIVERS

1.    Player assigned via waivers must have been on the Active List of the assignee club, any club beyond the assignee club, or combination thereof, for a minimum of four (4) games while a player limit is in effect (preseason or regular season games, or a combination thereof), after which the original assignor club may reacquire the player by trade, waiver assignment, or free agent signing.  The four-game

- 56 -

requirement specified herein may span two seasons if applicable.

or

2.  Player assigned via waivers must have been on the Active List of the assignee club, any club beyond the assignee club, or combination thereof, for less than four (4) games while a player limit is in effect (preseason or regular season games, or a combination thereof) and must have been placed on waivers and terminated by such assignee club or any subsequent club, in which case the original assignor club may reacquire the player only by free agent signing.  The original assignor club under these circumstances must not reacquire such player by trade or assignment via waivers.

## REACQUIRING TERMINATED PLAYER

1.  There are no restrictions on re-signing, in the same or a subsequent season, players who have been terminated via the waiver system, subject to restrictions that may appear in other parts of this Constitution and Bylaws.

## EVASION OF REACQUISITION RULES

Any evasion of the rules covering reacquisition of players, including but not limited to procedures by a club to place a player on another club's roster in order to evade the former club's player limit, will result in appropriate discipline by the Commissioner against all involved clubs that are proven to have taken part in such maneuvers with prior knowledge of the evasion.

17.5   (D)  No player who opts for free agency under the waiver system section of the Collective Bargaining Agreement can re-sign with the same club in the same season or in the following season.

Reserve List

17.6   The Reserve List of each club may consist of players in the following categories:

(A)  Retired
(B)  Did not report
(C)  Left squad (quit team)
(D)  Injured
(E)  Physically unable to perform (At the time of the training camp physical)
(F)  N-F/I (Non-football injury or illness)
(G)  In military
(H)  Selection in Selection Meeting by the club, but never under

contract
(I)  Suspended or declared ineligible, or expelled from the
     League for violation of the contract between the player and
     the club, or for other reasons permitted by this
     Constitution and ByLaws.

Players placed on Reserve in the manner prescribed in (A), (B), (G) and
(I) may apply to the Commissioner for reinstatement.  Players placed on
Reserve under (C) shall be governed by the provisions of Article 17.16 (C).
Players placed on Reserve under (D), or (F), can only be activated in the same
season by being placed on no-recall waivers.  Players placed on Reserve under
(E) are subject to the provisions of Article 12.3 (F).  Players on Reserve
under (H) may be activated upon signing.

A player on a club's Reserve List shall not be eligible to contract
with any other club unless and until the player is released or his contract
assigned as provided in this Constitution and ByLaws.
Reserve List Limitations

17.7    (A)  Any player on the Active List of the club who reports to
the club and is thereafter placed on the Reserve List by reasons other than
military service, may not play with his club for the balance of that
pre-season or regular season unless waivers have been asked on such player,
which waivers may not be recalled; provided, however, that if such player
becomes an Active Player with another club and such other club thereafter asks
waivers on him, and he is either claimed, released on waivers or plays with
another club in its league in that season, then the original club is entitled
to restore such player to its Active List if it acquires him in a manner
permitted by this Constitution and ByLaws or in those of the League.  If
another club acquires such player from the Reserve List of another club by
means of a trade following the establishment of 60 active players, such player
cannot play for the acquiring club for the balance of that season unless the
acquiring club waives such player without recall.

(B)  Additional Reserve List limitations:  Whenever a player on
the Active List or the Inactive List is placed on the Reserve List as an
injured player, the following provisions shall apply:

(1)  The player may attend the team meetings.

(2)  Subject to sub-paragraph (4) below, such player may
not participate in practice with any other active player or players on the
club.

(3)  He may undertake such physical reconditioning or
rehabilitation work as prescribed by the club doctor or trainer with the
understanding that such right to engage in such reconditioning and
rehabilitation activities does not permit the player to practice or
participate with any other Active Player or Players.

(4)  Despite the foregoing, such player may practice
without restriction during the last two weeks of the regular season.

- 58 -

(C)  Whenever a player is placed on the Reserve List of a club for any reason the club must promptly submit a written report to the Commissioner stating the reason for such action.  Upon receipt of such information, the Commissioner shall investigate the circumstances thereof in such manner as he deems appropriate; the Commissioner shall have the right to request further explanation or substantiation of the matter, and the club shall supply the same.  In the event the Commissioner deterines that placing such player on the Reserve List violated the provisions of Section 17.8 of the Constitution and ByLaws of the League, the Commissioner shall have the power to remove such player from the Reserve List and to take such other action against the club that he believes appropriate; additionally, when such determination is made by the Commissioner all expenses incurred by the Commissioner in any investigation thereof shall be charged against the involved club and such club shall be obligated to pay such expenses upon demand by the Commissioner.

Evasion

17.8   Evasion.  No club shall place any player on its Reserve List in order to evade the player limit.

College All-Star Players

17.9   Any player injured while a member of a pre-season All Star squad in connection with a game approved by the League may thereafter be carried without being counted as an Active Player for the determination of the applicable player limit, and without requiring the club to place such player on its Reserve List; such privilege shall continue until such player is able to play football.  If such player, after being listed and counted as one of the Active Players within the applicable player limit, has a reoccurrence of the same injury, then such player may again br carried as a player of the club without being counted as an Active Player or being placed on the Reserve List until he again recovers from such re-injury.  A medical report of the All-Star participant's injury must be filed with the League Office as soon as possible after the All-Star Game.

Retired Players

17.10  A Retired Player is defined as a player who discontinues professional football play in the League while under contract or option to a club.  A Retired Player shall not be eligible to play football in the League until he shall have been reinstated by the Commissioner as provided in §17.14 hereof.  Upon his reinstatement such player shall be eligible to play football only for the club entitled to his services at the time of his retirement, or its assignee.

Military Service List

17.11  Any player on the Active List for the first regular season game who is thereafter inducted into the armed forces of the United States shall automatically be placed on the Reserve List of his club and shall not count in the Active Player limit of said club nor be permitted to play or practice with the club until his reinstatement to the Active List, subject to the provisions

of §17.14 hereof and §9.3 (D) (4).

The following additional rules shall apply in respect to the military service of a player:

(A)   No player who reports to his club after the commencement of training camp due to any reserve military obligations affecting such player, need be counted on the Active Player roster of the club until he received one (1) day's practice for every day missed due to his military obligation, but not to exceed four (4) weeks; provided, however,

(1)   If such player plays in one or more pre-season games, he must be counted on the Active List.

(B)   No player reporting to his club after October 15th in any year need be counted on Active or Inactive List unless the club wishes to activiate such player for a regular season game.

(C)   Whenever a player reports to his team and thereafter is placed on military reserve to permit such player to fulfill the required two weeks of active military duty, such player shall be allowed one week following his return to the club before such player must be counted as an active player; however, if the club elects to play such player in any pre-season or regular season game, such player must be included on the Active List of such club.

(D)   None of the privileges accorded under the provisions of this Section 17.11 shall apply to players having military service obligations of less than a period embracing fourteen (14) days.

(E)   All clubs are obligated to notify the League Office within forty-eight (48) hours of the time when any of its players are released from active military service and shall specify the date such player reported to the club.  Failure of a club to comply with this provision will require the League Office to treat the date such player was released from the service as the date when such player reported to the club.

(F)   Any player released from military service after October 15 and under contract to the club for such season may be placed on the Inactive List of that club and may be named to the Active List of the club and participate in any Divisional Playoff Game, Conference Championship Game or World Championship Game in accordance with the provisions of Sections 20.5 and 20.6. Suspended Players

17.12  A club or the Commissioner may suspend a player for violation of this Consitution and ByLaws or those of the League or for violation of his Standard Players Contract or the rules and regulations of the League or the club.  During the period of suspension, a player shall not be entitled to a salary, and shall be ineligible to play with any club.  Any player suspended by a club shall have the right to appeal to the Commissioner, who shall have authority to order his reinstatement upon such terms as he deems proper.  A suspended player shall be counted on the Active List of the club unless such club either places the player on its Inactive List or Reserve List or places such player on waivers.

- 60 -

Ineligible Players

17.13   Ineligible Players.  The Commissioner may, on application of a club, or on his own motion, declare ineligible a player who violates his contract, is guilty of conduct detrimental to the best interests of professional football, or who violates this Constitution and ByLaws or the rules and regulations of his club.  Any ineligible player shall not be entitled to play for any club in the League until he shall have been reinstated by the Commissioner.

17.14   All players in the categories of Reserve/Retired, Reserve/Did Not Report, and Reserve/Veteran Free Agent Asked to Re-Sign will continue to be prohibited from being reinstated in the last 30 days of the regular season. Additionally, no player in such category will be reinstated between the trading deadline of the applicable season and the normal 30-day deadline unless the club initiates the reinstatement request and the Commissioner approves it.

Listing of Players

17.15   All players must be listed by the club on one of the following lists:

1.   Active List
2.   Reserve List
3.   Exemption List

Exemption List

17.15   (A)  The Exemption List is a special player status available to clubs only in unusual circumstances.  The List includes those players who have been declared by the Commissioner to be temporarily exempt from counting within the Active List limit.  Any request for an Exemption must be sent to the Commissioner by TWX and must include complete facts and reasons to support such request.  Only the Commissioner has the authority to place a player on the Exemption List; clubs have no such authority, and no exemption, regardless of circumstances, is automatic. The Commissioner also has the authority to determine in advance whether a player's time on the Exemption List will be finite or will continue until the Commissioner deems the exemption should be lifted and the player returned to the Active List.  The following additional provisions govern the Exemption List:

(1)   In no event will the Commissioner grant an exemption of more than two games in cases where a player fails to report to his club at the prescribed time.  Whenever an exemption is granted in a case of late reporting, it will be rescinded and the player added to the Active List as of 4:00 p.m., New York time, on the last League business day before he appears in playing uniform at a game of his club.

(2)   If a player, after reporting, leaves his club without permission, and the club is granted an exemption, such exemption will expire immediately upon the player's return to the club, unless the Commissioner deems it reasonable that the player is

- 61 -

not in sufficient physical condition to return to regular
participation.

(3)   It is permissible for a club to trade or request waivers on a
player who is on the Exemption List.  If such player is assigned
to another club and the involved exemption is for a finite
period of time, the assignee club will have available to it only
the portion of the exemption which has not expired.  If such
player is assigned to another club and the involved exemption is
not for a finite period of time, the player will immediately
count on the assignee club's Active List unless the Commissioner
deems it reasonable that the player is not in sufficient
physical condition to begin or return to regular participation.

**Player Leaving Camp**

17.16  If a player leaves the camp of his club during either the
training season or the regular season without permission, the following
provisions shall apply in respect to such player:

(A)  If such player returns to his club within five (5) days
from date of his departure then the club shall be limited to the
exercise of one of the following alternatives.

(1)  The club may restore such player to its Active List,
provided it either has maintained or immediately provides a place on
its Active List within the applicable player limit; or

(2)  The club may waive or trade such player.

(B)  If such player does not return to his club until five (5)
or more days shall have elapsed from the date of his departure, and the
club did not retain a place on its active roster for such player, then
the club shall have the right to exercise any one of the following
options:

(1)  The club may place such player on its Reserve List as
a Retired Player;

(2)  The club may reduce its active roster to provide a
place thereon for such player; or

(3)  The club may waive such player or another player from
its Active List; or

(4)  The club may trade such player only if such player is
first restored to its Active List.

(C)  Any player placed on the Reserve List as a Retired Player
under the circumstances described in Section 17.6 (B) (1) above, shall
remain on the Reserve List of the club for the balance of that season;
in such event the obligation of the player to perform services as a

- 62 -

professional football player for the club in that season shall be tolled; the term of such player's contract to his club for the balance of that season shall be extended and shall not commence until the player returns to professional football for such club; additionally, any renewal option for such player's services shall be tolled and shall remain in effect until the end of such extended term of the contract. During any such retirement period, such player shall not be allowed to play football for any other club engaged in professional football; neither shall such player be entitled to any compensation, expenses or other payments from his club under his contract.

(D)   Any player placed on the Reserve List as a Retired Player under the provisions described in Section 17.16 (B) (1) hereof shall not be entitled to reinstatment as an Active Player for the balance of the season in which such retirement occurs.

(E)   He cannot practice for the season.

(F)   Any violation or attempt to evade player limit is conduct detrimental to football.

Signing for Succeeding Season

17.17   Clubs may begin signing free-agent players for the succeeding season on the first calendar day after the date that the final game of the sixth regular-season weekend begins.   Contracts for such players will begin on February 1 of the subsequent year.   During the remaining weeks of the regular season following the signing date of such players, NFL clubs may sign such players.

ARTICLE XVIII

WAIVERS

When Required

18.1   (A)   Clubs desiring to release players must first give written notice to the Commissioner of such intention.   At 4:00 p.m., New York Time, during each day, exclusive of Sundays, the Commissioner shall notify each club of such waiver request and any club desiring the services of said player may claim him.   Regardless of the time when the League receives a request for waiver, the Commissioner shall not give the notice thereof to the clubs until 4:00 p.m., New York Time, on the same or succeeding day.

Claiming Period

18.1   (B)   Clubs may claim a player placed on waivers by notifying the Commissioner within the claiming period.   The claiming period shall commence at 4:01 p.m., New York Time, and expire at 4:00 p.m., and be of the following durations:

~ 63 ~

(1)  Ten days during the period from the day following the
playing of the World Championship Game through July 4th, 4:00 p.m., New
York time;

(2)  Twenty-four (24) hours during the period from the first
working day following July 4th through 4:00 p.m., New York time, on the
Friday prior to the final regular season game.

The only waiver requests permissible after the Friday preceding the
final regular-season weekend are those resulting from claims on players
who were placed on waivers on that same Friday, with a claiming
deadline of Saturday, or resulting from playoff clubs using free
reactivations under the Reserve/Injured rules during the post-season
period and simultaneously requesting waivers in order to make room on
their Active Lists.  In the event of such special waiver requests, the
same rules and 10-day claiming deadlines will apply that apply during
the off-season, with the exceptions that all waivers will be no-recall
and no-withdrawal and the assignment or termination of the player will
be deferred until the first business day after the Super Bowl.  If the
waiver request is within 10 days of the first business day after the
Super Bowl, such claiming period will expire on the first business day
after the Super Bowl.  After the AFC-NFC Pro Bowl game, the normal
off-season waiver system for all clubs will resume.

Subject to rules prohibiting assignment via waivers, trades, free-agent
signings, and other such personnel transactions by clubs involved in
games at any time on a Sunday or on non-Sunday afternoons, clubs are
permitted to transact player-personnel business on Thanksgiving Day and
to notify the League office by TWX of such action on that day.  The
League office will promulgate such action to all clubs as early as
possible on the following morning (Friday), and the deadline for claims
on players placed on waivers on Thursay will end on Friday at 4:00PM,
New York time.

All waiver notices released by the Commissioner during the training or
regular season shall be sent by telegraph or teletype.

The Commissioner shall notify each club in both conferences
simultaneously of any waiver request in the manner prescribed above.
Any club within the League may, upon request, secure from the
Commissioner all available salary information on any player for whom
waivers have been requested, which information shall be supplied prior
to the time for the filing of any claim on such player.

Awarding of Players

18.1   (C)  Whenever a club claims and is thereafter awarded a player,
the following rules shall govern:

(1)  Prior to Monday, 4:00 P.M., New York time, on the Monday
prior to the first regular season game, the club to which the player is
awarded must activate the player for at least one pre-season game or
for seven days, whichever occurs first.  If a player limit is

applicable at the time of the award, and the club has a full complement of Active Players within such limit, then following the award of such player the club must either,

    (a) Waive another player from its Active List with no right of recall, or

    (b) Place another player from its Active List on its Reserve List, subject to all of the restrictions applicable to the Reserve List, or

    (c) Trade another player on its Active List.

    (2) If a club is awarded a player, is assigned a player in trade or signs a free agent player to a current year contract, at any time after Monday, 4:00 P.M., New York time, prior to the first regular season game and for the balance of the regular season, if the club at the time of such acquisition has a full complement of players under the applicable player limit, the club must either:

    (a) Waive another player from its Active List with no right of recall (or designate recallable player currently on waivers as non-recallable), or

    (b) Place another player from its Active List on its Reserve List subject to all restrictions applicable to the Reserve List, or

    (c) Trade another player from its Active List, or

    (d) If the acquisition occurs after 4:00 P.M., New York time, on the Thursday preceding the first regular season game, place another player from its Active List on its Inactive List.

    The exercise by the club of any of the foregoing alternatives must be taken by 4:00 p.m., New York time, on the day of the acquisition with the exception that if the acquisition is an award via waivers the club is allowed up to one hour after notification of the award to take appropriate action.

    (3) "Full complement" referred to in sub-sections (1) and (2) above shall be considered to include all players on which a club has right of recall who are on waivers at the time of acquisition.

    (4) "Time" referred to in sub-sections (2) and (3) above shall always be 4:00 p.m., New York time, unless superseded by other provisions of this Constitution and ByLaws.

18.1  (D) Whenever a claiming club is to be awarded a player on the day of a preseason or regular season game for which it is scheduled, the award shall not be made until 4:00 p.m., New York time, on the next day of business following the game.

Recall of Waiver

18.2   (A)  Subject to other provisions of this Constitution and
ByLaws restricting the right of recall under various circumstances including
the provisions of the succeeding sub-paragraphs in this Section 18.2, a club
which has requested waivers may recall the request by notifying the
Commissioner of such recall by telegraph or TWX within twenty-four (24) hours
after the expiration of the claiming period.

(B)  When a member club asks waivers on an active player or
players and said waivers are asked prior to a regular season game and do not
expire until after or the day of said regular season game and the member club
which asks the waivers has the limit of Active Players under contract for said
regular season game, waivers may not be recalled.

(C)  After the first reduction in the player limit during the
pre-season (but excluding any reduction in the player limit from 44 to 40
players) and thereafter during the regular season, whenever a club has a full
complement of players on its combined Active and Inactive Lists after waiving
a player from either list, the club requesting such waiver may not recall the
waiver except by taking one of the following actions (provided that in all
cases the Active List limit is not exceeded):

(1)  Trade the player simultaneous with the recall, or

(2)  Trade another player from either the Active or
Inactive List, or

(3)  Place another player from either the Active or
Inactive List on the Reserve List, or

(4)  Waive another player from either the Active or
Inactive List, such waivers not to be recalled.

When players are recalled to the Active List, it is permissible to
de-activate the same player simultaneously or de-activate another player from
the Active List, provided the combined player limit of the Active and Inactive
Lists is not exceeded.  If such action is taken in the pre-season, all rules
applicable to the Pre-Season Inactive List are in effect.

(D)  A club shall be allowed one recall per player during the period
from the World Championship Game through 4:00 p.m., New York time, on July 4,
and one recall per player during the period from the first working day
following July 4 through the end of the regular season; provided,however, that
if such player becomes a free agent or is active with another club and
subsequently re-signs or contract is reacquired by the original club, then the
original club shall reacquire the right to recall on said player.

(E)  Whenever the Commissioner notifies a club that a player placed
on waiver has been claimed, the Commissioner shall do so by telegram or
teletype.

(F)  If such occurs during the non-playing season, whenever a club

- 66 -

places a player on waiver, the waiving club within twenty-four (24) hours after the time for claiming has expired, upon notice to the Commissioner, may recall the waiver request and place the player on its Active List or on its Reserve List.

## Free Agents

18.3   Whenever a player has been placed on waiver and not designated injured and is not claimed by another club, such player shall then become a free agent upon expiration of the waiver recall period, if any, on such player. Players Waived While Injured

18.4   Whenever a player has been placed on waivers and the waiving club designates such player to be injured and there is no award of the player made to another club, such injured player remains under contract to the waiving club until the expiration of such contract or until its termination by the club in accordance with the provisions thereof.

## Multiple Claims

18.5   If three or more regular season games have been played by all clubs in the League, and two or more clubs in the same conference claim a player's contract after a waiver, the contract shall be awarded to the club whose standing in the League race at that time is the lowest.  If three regular season games have not been played and two or more clubs in the same conference claim a player's contract after a waiver, the contract shall be awarded to the club which finished lowest in the conference standings in the preceding season.  In case of a tie in the standing, if three or more regular season games have not been played by all clubs, the contract will be awarded to the club which had priority in the most recent Selection Meeting as provided for in Section 14.3(B); if three or more regular season games have been played, the Commissioner will award the contract by lot.  In all cases involving multiple claims between or among teams of different conferences, the team or teams in the same conference as that of the waiving team shall have priority.

## Waiver Price

18.6   The price of a player claimed on waiver shall be $100.00.  The claiming club shall, within 24 hours of notification by the Commissioner that the player's contract has been awarded to it, forward to the waiving club its check for the waiver price, and an assignment of the player's contract shall be executed promptly by the two clubs.

## Waiver Requests

18.7   If the request for waivers occurs either during the training season or the regular season, the waiver request must be by telegraph or teletype.  During the non-playing season, a waiver request may be by mail and the time stamped upon receipt of any such mailing by the Commissioner shall determine the date of the request.  Despite the fact that a telegram is delayed, misdirected or lost by the telegraph company, the time of delivery to the Commissioner thereof shall fix the date of request.  Clubs shall have the

right to telephone the Commissioner's office and give oral notice that a written or telegraphic request for waiver had been given; in such event the time of the telephone call shall fix the date for the giving of notice of a waiver.

## Salary of Claimed Player

18.8   Despite anything in this Constitution and Bylaws to the contrary, whenever a player's contract or contracts are assigned through the waiver system, the assignee club's financial responsibility under such contract or contracts and any attachment thereto shall be limited to:  (1) any unearned salary, as set forth in Paragraph 3 of the Standard Player Contract or Paragraph 5 of the NFL Player Contract as the case may be, and (2) any unearned football-related performance bonuses.  The original signing club shall retain responsibility for all other financial obligations to the player of any character arising as a result of the signing of such contract or contracts, including but not limited to any signing bonus.

## Notification

18.9   If a player has an active contract and reports and then leaves the Club, such fact must be reported to the League Office within 48 hours after such player has left the club.  If not reported, the Commissioner, after verifying such fact, shall request waivers on said player; such request for waivers may not be recalled.  This provision shall not be applicable to any player inducted into the military service.

## Notice of Expiration of Option

18.10  Where any player contract awarded on waivers to another club contains a provision purporting to impose, or having the effect of imposing, financial obligations on the claiming club that were not imposed on the waivng club, the waiving club shall bear the ultimate financial responsibility for meeting such obligations.

18.11  Clubs are prohibited from re-negotiating, revising, altering or superseding any contract in a manner that would constitute a deterrent to claims of that contract by another club; e.g., "guaranteed" and "no trade" provisions.  If such a contract is executed, the club may not subsequently waive the player in that season.

18.12  If a player claimed from procedural recall waivers fails the physical examination of the assignee club, he will be offered, in priority order, to any other clubs that claimed him.  This procedure will continue until he is either accepted or he fails the physicals of all such clubs.  If the latter, he will immediately be placed on the Active List of the original waiving club.

## ARTICLE XIX

## CONDUCT OF REGULAR SEASON GAMES

Game Receipts and Guarantee

19.1    (A)  The home club shall guarantee the visiting club a minimum of $30,000 for each regular season game with an option to the visiting club to receive 40% of the gross receipts after the following deductions.

(1)  All Federal, State and Municipal taxes assessed on the sale of tickets plus any other special charges approved in writing on an individual club basis by the Executive Committee.

(2)  A stadium rental allowance equal to fifteen (15%) percent of the gross receipts after deducting the taxes and any other approved special charges setout in (1) above.

(3)  "Gross Receipts", as used in this section, shall mean all receipts derived from the sale of tickets, including taxes and special charges but excluding ticket handling charges.  Receipts of the home club from the sale of season tickets shall be included in the gross receipts from each game equally in proportion to the number of regular season games scheduled by the club after the adjustment of any pre-season game moneys included in the cost of the season ticket.

(4)  Each club shall provide the League Office by July 15 of each year with ticket manifests for all games to be played in the club's home stadium.  Ticket manifests shall list the number and price of all tickets printed to include standing room tickets, and shall include a breakout of the amount of each tax and any special charge included in the price of each category of ticket.  In the event ticket manifests are subsequently changed (e.g., bleachers are added subsequent to baseball season at a date different from originally planned and submitted) it shall be the responsibility of each club to up-date the ticket manifests on file in the League Office.

(5)  All Clubs on or before May 1 shall forward to the League Office a certified report by an independent CPA of attendance and income for all home games (pre-season, regular season and post-season) of the previous season to include a certified count of unsold tickets of all categories.

19.1    (B)  Final settlement of visiting club shares shall be made on day of game or no later than two business days subsequent to each regular season game and each preseason game in which a third party does not participate.  The home club shall make settlement by wiring Federal funds to the visiting club's bank.

(C)  There shall be no charge imposed or percentage claimed against gate receipts of regular season games for or by the League Office.

Conduct of Game

19.2    Each club shall play all of its regular season games at the time and places provided for in the official schedule of the League.  There shall be no postponement of regular season games unless said game cannot be played because of an Act of God or because of a State, Federal or local prohibition. Neither the starting time of a regular season game nor the locale of the game

- 69 -

shall be changed in any manner after the adoption of the schedule and the
publication thereof, except with the written consent of both clubs and the
prior approval of the Commissioner.

## Bench Personnel

19.3   No person shall be permitted in the area of players' benches
except eligible players and persons who are performing a function connected
with the game.  A maximum of fifteen (15) credentials per game will be issued
to each participating club for persons described herein, said credentials to
be clearly marked "Bench.."

## Field Credentials

19.4   Persons permitted on the field level during a game, other than
those described in §19.3, shall be limited to photographers, stadium
employees, utility maintenance personnel and police.  Such persons must remain
behind the playing field's standard six-foot border and are not permitted
within bench areas.  Clubs which seat pre-game and halftime personnel on the
field level must keep them well behind six-foot border.  All such persons not
in uniform covered in this sub-section must be issued and display appropriate
credentials issued by the home club only.

## Medical Facilities

19.5   The home team shall provide a physician and an ambulance at each
game available to both teams; said ambulance facilities shall be located at or
adjacent to the stadium with the driver in attendance in the ambulance for the
use of both competing teams.

## Player Attire

19.6   All players of a team shall be uniformly and neatly attired for
all games; all players on the same team must wear the same color jersey, head
guards and stockings, except that a club, at its option, may permit all
eligible pass receivers to wear a different color head gear than the rest of
the team.  If a different color is worn by any eligible pass receiver of
a club, all of the eligible receivers must wear the same color.  Players must
wear stockings in all games.  The Commissioner must approve in advance any
changes in the colors of the club.  Every player appearing on the field during
the game or in any pre-game workout preceding the game must wear his complete
game outfit exclusive of pads and helmet.

## Player Identification

19.7   Players must wear on the back and front of their jerseys,
identification numbers that shall be at least eight (8) inches long and four
(4) inches wide.  Names of players shall be placed on uniforms directly above
the numbers on the back in a size lettering no less than two and one-half (2
1/2) inches.  The name and number of each player of the visiting team must be
furnished to the home team by the visiting club at least six (6) days priors
to the scheduled game with the visiting team.  Any change in the numbering of
a player shall be forthwith communicated to the opposing club.

- 70 -

Choice of Game Uniforms

19.8   (A)  Subject to the provisions of sub-section (b) hereof and at the option of the home club, the visiting team in all pre-season and regular season games shall wear the colors awarded to such team under Section 19.9 of this article, and the home team shall wear white.  In the event that the colors of the visiting team conflict with the white worn by the home team, the visiting team shall wear other colors approved by the Commissioner.  The Provisions of this Section shall also apply to the Divisional Playoff Games, Conference Championship Games, and to the World Championship Game.

(B)  Provided written approval is obtained from the applicable television network of the home club prior to September 1st in any year, then neither club in any pre-season or regular season game shall be required to wear white jerseys, but shall be permitted to wear the colors awarded to their respective clubs.  The same provisions shall likewise apply to the Divisional Playoff Games, Conference Championship Games, and to the World Championship Game, provided such permission is received from the applicable television network before 5:00 P.M., New York time on the Tuesday preceding the playing of such game.

Club Colors

19.9   (A)  The colors of the respective clubs are as follows:

| Club | Colors |
| --- | --- |
| Atlanta Falcons | Red, black, silver and white |
| Buffalo Bills | Royal blue, scarlet and white |
| Chicago Bears | Navy blue, orange and white |
| Cincinnati Bengals | Black, orange and white |
| Cleveland Browns | Seal brown, orange and white |
| Dallas Cowboys | Royal blue, metallic silver blue and white |
| Denver Broncos | Orange, royal blue and white |
| Detroit Lions | Honolulu blue and silver |
| Green Bay Packers | Dark green, gold and white |
| Houston Oilers | Columbia blue, scarlet and white |
| Indianapolis Colts | Royal blue, white and silver |
| Kansas City Chiefs | Red, gold and white |
| Los Angeles Raiders | Silver and black |
| Los Angeles Rams | Royal blue, gold and white |
| Miami Dolphins | Aqua, coral and white |
| Minnesota Vikings | Purple, gold and white |
| New England Patriots | Red, white and blue |
| New Orleans Saints | Old gold, black and white |
| New York Giants | Red, white and blue |
| New York Jets | Kelly green and white |
| Phildelphia Eagles | Kelly green, silver and white |
| Pittsburgh Steelers | Gold and black |
| St. Louis Cardinals | Cardinal red, black and white |
| San Diego Chargers | Royal blue, gold and white |
| San Francisco 49ers | Cardinal red, and Forty-Niner gold |
| Seattle Seahawks | Blue, green and silver |
| Tampa Bay Buccaneers | Florida orange, white and red |
| Washington Redskins | Burgundy and gold |

- 71 -

The Commissioner must approve, in advance, any changes in the foregoing colors of the clubs.

Conflicting Club Colors

(B)   The home club shall have the option of deciding whether the visiting club shall wear white jerseys or shall wear the colors awarded to the visiting team in any League game, regular or pre-season.  The home club is obligated to give written notice to the visiting club and to the Commissioner, of its decision on the colors of the jerseys to be worn by the visiting club, which notification must be given by July 1st of the year in which the game is scheduled to be played.  If either participating club fails to conform to the jersey colors designated for such game, then there shall be an automatic fine against the offending club of $5,000, which sum shall be payable to the League Office.  Despite the foregoing, in the event that the colors of the participating teams as so designated are in conflict for a League game, regular or pre-season, the Commissioner shall have the right to designate the colors to be used by the competing teams in such game.

(C)   Anything in sub-paragraph (B) of this Section 19.9 to the contrary notwithstanding, if any game, including the World Championship Game, is played in a city other than in city of the competing clubs, then the colors awarded to such teams by the League may be worn by the competing teams unless such colors are, in the opinion of the Commissioner, conflicting; in such event, if competing teams are unable to agree upon the colors to be worn by each team in such game, the Commissioner shall have the right to designate the colors to be used by the competing teams in such game.

(D)   No club shall have the right to make changes in its club colors and/or in the designs of its team helmets or uniforms except in accordance with the following provisions:

(i)   If a club desires to make changes in any of the following: club colors, designs of team helmets, designs of team uniforms, trademarks, trade names, it must give written notice and details thereof to the League on or before September 1 of the year prior to the year in which it wishes to change and further must obtain approval from the League, pursuant to the Section 19.9 (D) (ii) herein, by October 1 of the year prior to the year in which it wishes to change; otherwise it shall have no right to make any change for the succeeding season.

(ii)  Despite the provisions of the foregoing sub-paragraph (i) of this Section 19.9 (D), and despite the fact that notice was given of the proposed change in the colors and/or designs of team helmet and uniforms as above set out, should such change, in the opinion of the Commissioner, result in any conflict with the club colors and/or helmet and uniform designs of any other club, and the clubs involved are unable to agree upon a method of solving such conflict, the Commissioner shall have the right to designate the club colors and/or the designs of the team helmet or uniforms to be used by the affected clubs in such season.

Seats for Visiting Club

- 72 -

19.10  The home club must reserve a total of twenty-five (25) seats for the visiting club located within the 40 yard lines.

Game Postponed or Rescheduled

19.11 (A)  After the first two weekends of the regular season, all games shall be played on Sunday unless both competing clubs agree to a change in the day of the game or unless such date is affected by World Series play; in such event the day of the game may be changed from Sunday.

(B)  If scheduled game cannot be played on the designated day, it will be rescheduled by the Commissioner.

(C)  Whenever a postponement is attributable to negligence by a club, the negligent club shall be responsible for all home club costs and expenses, including gate receipts and television contract income subject to approval by the Commissioner.

(D)  All teams traveling by air to play a regular season game must be scheduled to arrive in the game city or vicinity before eighteen (18) hours prior to the scheduled kickoff, unless adequate protection is provided for the squad to make the trip by other means of transportation.

Starting Times

19.12  The starting time for all regular season games shall be 1:00 P.M., at the site at which they are played, unless prohibited by local or state statute, or authorized otherwise by the Commissioner.

Introduction of Players

19.13  Eleven players and the head coach of each of the competing clubs must be publicly introduced prior to the start of the game in a manner prescribed by the home team, except where inclement weather prevents or interferes with such introduction, and a representative sampling of the photos of the visiting players and the photo of the visiting head coach must appear in all game programs.

Complimentary Tickets

19.14  The following rules govern complimentary ticket policy for preseason, regular season, wildcard and division playoff games:

(A)  DEFINITION.  A complimentary ticket is any ticket which is issued free as a courtesy by the home club for a seat or location reflected on the club's ticket manifest and which otherwise would be salable.

(B)  AMOUNT.  The home club may deduct up to 1,000 tickets of any price category listed on its ticket manifest provided, however, that the club itemizes the number of complimentary tickets issued by category of recipient.  Categories of recipients may include, but are not limited to, players, coaches, other club personnel, officials, other League employees, media, media guests, local dignitaries, lease requirements, bus drivers, etc.

If a home club issues more than 1,000 complimentary tickets of the type contemplated above without the prior permission of the visiting club, the home club must pay the full price for all such tickets exceeding 1,000, and such income must be reflected in the game's gross receipts.  Separate and apart from the above complimentary tickets and the limits placed thereon, the home club may issue without limitation such additional complimentary tickets as may be required to seat pregame and halftime entertainment personnel.  The number and price of complimentary tickets issued to such pregame and halftime entertainment personnel shall be listed separately in the space provided on the League game statement.

Tickets for Players

    19.15  Each player of the home club is entitled to receive one complimentary ticket for each home game; the home club shall not issue any tickets to the visiting club, directly or indirectly, except when full payment is made for such tickets.

Playing Surface

    19.16  All clubs must provide and have available a tarpaulin adequate to cover the entire playing area of the field, and must exercise reasonable care and diligence in arranging for the use thereof whenever the weather is apt to render unfit or endanger the playing condition of the home field.

    19.17  Teams playing in parks with baseball facilities should sod or seed the infield after the baseball season.

Restrictions

    19.18  Bull horns, klaxons and other mechanical noisemaking devices are banned from parks in the NFL.

    19.19  No person except authorized club and League personnel and accredited members of the media shall be permitted to enter a dressing room of any participating club on the day of a game.

Game Films

    19.20  The home club shall provide the visiting club facilities and vantage points equal to its own for the filming of the game for coaching purposes.

    19.21  A club that films its home games from more than one sideline vantage point shall inform future opponents, with whom films are to be exchanged, of that fact and must provide each opponent true copies of films taken from the vantage point preferred by the opponent.

ARTICLE XX

DIVISIONAL PLAYOFF GAMES

- 74 -

Selection of Clubs

20.1   (A)  Three division champions from each conference.  Tie games are calculated as one-half game won and one-half game lost.

(B)  Two "Wild Card" clubs (the two clubs with the best records other than the division champions) from each conference.  Both Wild Cards may come from the same division.  Clubs eliminated in Divisional Championship tie-breakers are eligible if their records qualify them.

Pairings and Priority

20.2   (A)  First Round -- Wild Cards play each other.  Home clubs will be the clubs with the best won-lost-tied percentage in the regular season.  If ties in record, apply all applicable divisional tie-breakers.

(B)  Second Round -- Same as in previous years.

Division Ties

20.3   If, at the end of the regular season, two or more clubs in the same division finish with the best won-lost-tied percentage, the following steps will be taken until a champion is determined:

## TWO CLUBS

1.   Head-to-Head (best won-lost-tied percentage in games between the clubs.)

2.   Best won-lost-tied percentage in games played within the division.

3.   Best won-lost-tied percentage in games played within the conference.

4.   Best won-lost-tied percentage in common games, if applicable.

5.   Best net points in division games.

6.   Best net points in all games.

7.   Strength in schedule.

8.   Best net touchdowns in all games.

## THREE OR MORE CLUBS

(Note:  If two clubs remain tied after a third club is eliminated during any step, tie-breaker reverts to Step One of two-club format.)

1.   Head-to-Head (best won-lost-tied percentage in games among the clubs.)

2.   Best won-lost-tied percentage in games played within the division.

3.   Best won-lost-tied percentage in games played within the conference.

4.   Best won-lost-tied percentage in common games.

5.   Best net points in division games.

6.   Best net points in all games.

7.   Strength of schedule.

8.   Best net touchdowns in all games.

9.   Coin toss.                    9.   Coin toss.

Wild Card Ties

20.4   If necessary to break ties to determine the two Wild Card clubs
from each conference, the following steps will be taken:

(1)   If all the tied clubs are from the same division, apply
division tie-breaker.

(2)   If the tied clubs are from different divisions, apply the
following steps:

| TWO CLUBS | THREE OR MORE CLUBS |
|---|---|
| 1.   Head-to-Head, if applicable | (Note:  If two clubs remain tied after third or other clubs are eliminated, tie-breaker reverts to Step One of applicable two-club format.) |
| 2.   Best won-lost-tied percentage in games played within the conference. | |
| 3.   Best won-lost-tied percentage in common games, minimum of four. | 1.   Head-to-Head Sweep (Applicable only if one club has defeated each of the others or one club has lost to each of the others.) |
| 4.   Best average net points in conference games. | |
| 5.   Best net points in all games. | 2.   Best won-lost-tied percentage in games played within the conference. |
| 6.   Strength of schedule. | 3.   Best won-lost-tied percentage in common games, minimum of four. |
| 7.   Best net touchdowns in all games. | 4.   Best average net points in conference games. |
| 8.   Coin toss. | 5.   Best net points in all games. |
| | 6.   Strength of schedule. |
| | 7.   Best net touchdowns in all games. |
| | 8.   Coin toss. |

Sudden Death

20.5   The sudden death system to determine the winner shall prevail
when the score is tied at the end of the regulation playing time of a divison
playoff game.

Under this system the team scoring first during over-time play herein provided for, shall be the winner of the game, and the game is automatically ended on any score (including a safety) or when a score is awarded by the referee for a palpably unfair act. Other provisions in respect to the sudden death system shall be as provided in the Rule Book of the League.

20.6   After 4:00 p.m., New York time, on the Wednesday following the final regular season game and for the duration of the postseason period no club involved in postseason play may add players to its Active List, with the exception of players eligible for free reactivation from Reserve/Injured or Reserve/Non-Football Injury or Illness who meet all qualifying criteria of the Reserve/Injured rule. Such players may be added on any League business day in the postseason after passing the minimum of four games on Reserve (including by week). The only other players who may be added must be free agent signings added to a postseason participant's Active List between its final regular season game and 4:00 p.m. on the following Wednesday. Any player removed from the club's Active List to make room for such free agent acquisition must be placed on Reserve/Injured with appropriate documentation of the injury to the Commissioner.

## ARTICLE XXI

## CONFERENCE CHAMPIONSHIP GAMES

Supervision

21.1   The American Football Conference and National Football Conference Championship games shall be under the supervision, control, and direction of the Commissioner, and the Commissioner shall establish the date, starting time and the ticket price of the games.

Nevertheless, all provisions relating to the site of the games; and to the division or distribution of the proceeds of said games shall require approval of the affirmative vote of not less than three-fourths or 20, whichever is greater, of the member clubs of the League.

All questions arising in connection with said games not specifically provided for herein, or covered in the playing rules of the League, shall be decided by the Commissioner.

Tickets

21.2   Tickets shall be printed under the Commissioner's direction, and the cost thereof shall be charged as an expense of the game. Tickets shall be made available as promptly as possible following the determination of the teams to participate therein. There shall be no complimentary tickets for the game.

21.3   The Commissioner shall have the authority to order the home club to honor ticket requests in the following priority:

(a)  One Hundred (100) tickets for the Conference office.

(b)  Up to One Hundred (100) tickets for the televising network and twenty (20) for the national radio network.

(c)  Tickets for the visiting club in such quanity as the Commissioner deems necessary, providing that such quantity does not exceed 20% of the available tickets after provision for season ticket holders or other obligations under the Section 21.3.

The home club is entitled to permit the season ticket holders to purchase for the Conference Championship games the same number of seats at the same locations as such season ticket holders held throughout the regular season.

All unsold tickets in possession of the visiting club, together with funds covering any tickets sold by the visiting club, must be returned postage prepaid, by the fastest means possible, to the home club not later than 72 hours prior to the scheduled starting time of said game.

Schedule and Site

21.4   Each season the pairings and sites of the Conference Championship Games will be determined as follows:  winners of the Divisional Playoff Games under the formula provided for in Section 20.2 will be the four participants; home teams will be those with the highest won-lost percentage during the regular season, provided, however, that a wild card team may in no case be the home team.

Officials

21.5   The Commissioner shall select all persons to officiate at the Conference Championship games, and in making such selection shall not invite nor be required to observe any recommendations or objections from member clubs, coaches or employees in respect to the officials therein.

Game Receipts and Expenses

21.6   The game receipts shall include all receipts from the sale of tickets, whether presented for admission or not, and any additional amounts received for radio, television, and motion pictures; such receipts shall be deposited in the League Treasury.

The program receipts, including sums for advertising or sale thereof, shall belong to the home club, and any profit or loss thereon shall be for the account of the home club; neither the League nor the visiting club shall share in the program or be responsible therefor.

21.7   After all income from the game from whatever sources has been computed, the Treasurer of the League, after approval by the Commissioner thereof, shall first pay the following amounts therefrom:

(a)  All Federal admission and other taxes, State, Federal or

- 78 -

local;

(b)  Stadium rental and all other expenses involved in the staging of the game, including the authorized halftime entertainment, visiting team travel expenses and game officials expenses.

Balance of the income, if any, shall be distributed by the formula as fixed by resolution of the member clubs of the League. Halftime Entertainment

21.8   Halftime entertainment shall be provided by the home club under the supervision of the Commissioner, and the cost of the same shall be charged to and paid as an expense of the game.

Visiting Club Travel

21.9   The visiting club shall be allowed transportation and hotel expenses for fifty-five (55) persons.

Sudden Death

21.10  If a Conference Championship game results in a tie score at tne end of regulation play, the sudden death system of determining the winner shall prevail as described in Section 20.5 hereof, and the game will thereafter proceed by quarters with no halftime intermission; rules for time-outs will be the same as in a regulation game, including rules governing the last two minutes of the second and fourth quarters in any sudden death period.

## ARTICLE XXII

## WORLD CHAMPIONSHIP GAME

Supervision

22.1   The World Championship game shall be played under the supervision, control, and direction of the Commissioner except that the site of the game and all provisions relating to the division or distribution of the proceeds of said game shall require approval of the affirmative vote of not less than three-fourths or 20, whichever is greater, of the member clubs of the League.

Tickets

22.2   The Commisisoner shall establish the date, starting time and the ticket price of the game.  Tickets shall be printed under the Commissioner's direction, and the cost thereof shall be charged as an expense of the game. There shall be no complimentary tickets for the game.

Sudden Death

22.3   If the game results in a tie score at the end of regulation play, the sudden death system of determining the winner shall prevail as described in Section 20.5 hereof, and the game will thereafter proceed by quarters with no half-time intermission; rules for time-outs will be the same as in a regulation game, including rules governing the last two minutes of the second and fourth quarters in any sudden death period.

Decisions of Commissioner

22.4   All questions arising in connection with said game not expressly provided for by the provisions hereof or by agreemnt of the League shall be decided by the Commissioner.

## ARTICLE XXIII

### PRE-SEASON AND POST-SEASON GAMES

Pre-Season Games

23.1   No member club shall schedule a pre-season game without the approval of the Commissioner.  The pre-season schedule shall be completed and the dates and participants named at the Annual Meeting of the League.

(a)   Any pre-season game which is required to be played between the Oakland Raiders and San Francisco 49ers or between the Los Angeles Rams and Oakland Raiders shall be counted as a pre-season game between teams of opposite conferences for the purpose of conforming to any provision hereof requiring any of such participating teams to play a prescribed number of pre-season games with teams in the opposite conference before it can play a pre-season game within its own conference; such provision shall apply despite the fact that such clubs may be members of the same conference.

(b)   All other restrictions upon the right of clubs to participate in pre-season games may be imposed by the affirmative vote of not less than three-fourths or 20, whichever is greater, of the member clubs of the League; provided, however, that no restrictions can be imposed which will have the effect of prohibiting the games referred to in Section 23.1 (a) hereof.

(c)   Each pre-season game contract shall provide for the payment to the League Office of the aggregate sum of Five Thousand Dollars ($5,000) to cover the fees and expenses of officials assigned to that game.

(d)   Each pre-season game contract shall be approved by the Commissioner and shall provide for the payment to the League Office of a fixed amount to cover the fees and expenses of officials assigned to that game. After the deduction of all Federal, State, and Municipal taxes assessed on all sale of tickets plus any other special charges approved in writing on an individual club basis by the Executive Committee and after deduction of agreed expenses (including agreed rent) the net gate receipts shall be divided equally between the two participating teams.  If a charity or sponsor is

- 80 -

involved in the promotion of the game, the net receipts shall be divided equally between the two participating teams after payment of an agreed amount to the charity or sponsor involved.

(e)  All clubs shall schedule four (4) preseason games each season, to be scheduled on the four consecutive weekend prior to the first regular season weekend, excluding the Professional Football Hall of Fame Game participants, who will each play five games.

Post-season Games

23.2    No club shall participate in any non-League game after the World Championship Game shall have been played, except that the club winning the World Championship Game must play any non-League game contracted for by the League.

Prohibited Games

23.3    No club may play a non-League game of any kind after such club has played its first regular season game.

Player Participation

23.4    Except for games sanctioned and approved by the League, no player may participate in any game between the time of the completion of the last regular season game of his club and July 1st of the following year.

## ARTICLE XXIV

### NOTICES

Type of Notice

Unless the Constitution and ByLaws specify a different form or method of notice, all notices required to be given under any provision of the Constitution and ByLaws shall be in writing or by teletype, addressed to the last known address of the addressee; all notices by mail shall be deposited in the U.S. Mail, postage thereon prepaid.

## ARTICLE XXV

### AMENDMENT OF CONSTITUTION AND BYLAWS

Amendment After Notice

25.1    (A)  Subject to the provisions of Section 25.3 herein, the Constitution and ByLaws of the League may be altered or amended by the affirmative vote of not less than three-fourths or 21, whichever is greater,

of the member clubs of the League at any Annual Meeting of the League,
provided fifteen (15) days written notice of the proposed amendment is given
to the member clubs in advance of such meeting or any recessed session
thereof; further provided that if any club introduces an amendment proposal
which involves the competitive aspects of the game, such proposal must be
submitted in writing to the League office a minimum of thirty (30) days in
advance of any Annual Meeting of the League.  If notice of at least 12 hours
prior to the vote is given and such alteration or amendment carries the
unanimous approval of a duly appointed standing committee of the League vested
with the authority to make a recommendation on the subject matter of such
amendment, such alteration or amendment may be approved by three-fourths or
21, whichever is greater, of the member clubs of the League convened at any
Annual Meeting or recessed session thereof.  In all other cases involving an
alteration or amendment to the Constitution and ByLaws, the provisions of
Section 25.2 shall apply.

          (B)  If any amendment or alteration of the Constitution and
ByLaws is adopted or fails of adoption at an Annual Meeting of the League
under circumstances wherein such proposal required a vote of three-fourths or
20, whichever is greater, of the member clubs of the League, the action on the
proposed alteration or amendment cannot be changed at any recessed session of
such Annual Meeting except by the unanimous vote of all of the member clubs of
the League.

Amendment Without Notice

     25.2   This Constitution and ByLaws may also be altered or amended by a
unanimous vote of all the member clubs at any meeting, special, annual or
otherwise.

Special Provisions for Amendment of Constitution and ByLaws

     25.3   (A)  No change or amendment to any section of the Constitution
and ByLaws involving or relating to the arrangement under which the Baltimore
and Washington franchises are to be operated and handled shall be effective
unless approved by the unanimous vote of all member clubs of the League; such
arrangement is contained in the provision of the following sections of the
Constitution and ByLaws: Sections 4.3 (B) and 13.2 (2).

          (B)  No change or amendment to any section of the Constitution
and ByLaws involving or relating to the arrangements and conditions under
which the New York Giants and the New York Jets franchises are to be operated
and handled shall be effective unless approved by the unanimous vote of all
member clubs of the League; such arrangements and conditions are contained in
the following sections of the Constitution and ByLaws: 4.2 (a), 4.4 (b), 4.4
(d), 10.4 and 13.2

          (C)  No change or amendment to any section of the Constitution
and ByLaws involving or relating to the arrangements and conditions under
which the Oakland Raiders and the San Francisco 49ers franchises are to be
operated and handled shall be effective unless approved by the unanimous vote
of all member clubs of the League; such arrangements and conditions are
contained in the following sections of the Constitution and ByLaws: 4.2 (b),

- 82 -

4.2 (c), 4.4 (c), 4.4 (f), 4.4 (g), 4.4 (h), 10.4, 13.2 and 23.1.

(D)  Anything in this Constitution and ByLaws to the contrary notwithstanding, the provisions of Section 3.1 (b), 4.2 (c), 4.3 (A), 6.1, 6.2, 10.3, and of this Section 25.3 may not be altered or amended without the unanimous consent of all members of the League.

Name of Proposer

25.4   Whenever an amendment or alteration to the Constitution and ByLaws is submitted for approval, such must indicate the author of the proposal.