IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>LARRY BARNES, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>        Defendants. | CIVIL ACTION<br>Case No. 12-cv-01024-AB |

**RE-FILED [PROPOSED] ORDER GRANTING THE NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC'S MOTION TO DISMISS <u>PLAINTIFFS' SECOND AMENDED COMPLAINT</u>**

| | |
|---|---|
| 1 | MUNGER, TOLLES & OLSON LLP |
| | RONALD L. OLSON (State Bar No. 44597) |
| 2 | *ron.olson@mto.com* |
| | JOHN S. SPIEGEL (State Bar No. 78935) |
| 3 | *John.Spiegel@mto.com* |
| | JOHN M. RAPPAPORT (State Bar No. 254459) |
| 4 | *john.rappaport@mto.com* |
| | 355 South Grand Avenue, 35th Floor |
| 5 | Los Angeles, CA 90071-1560 |
| | Telephone: (213) 683-9100 |
| 6 | Facsimile: (213) 687-3702 |
| 7 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| | BRAD S. KARP  (*Pro Hac Vice*) |
| 8 | *bkarp@paulweiss.com* |
| | THEODORE V. WELLS, JR.  (*Pro Hac Vice*) |
| 9 | *twells@paulweiss.com* |
| | BRUCE BIRENBOIM  (*Pro Hac Vice*) |
| 10 | *bbirenboim@paulweiss.com* |
| | BETH A. WILKINSON  (*Pro Hac Vice*) |
| 11 | *bwilkinson@paulweiss.com* |
| | LYNN B. BAYARD  (*Pro Hac Vice*) |
| 12 | *lbayard@paulweiss.com* |
| | 1285 Avenue of the Americas |
| 13 | New York, NY 10019-3215 |
| | Telephone: (212) 373-3000 |
| 14 | Facsimile: (212) 757-3990 |
| 15 | Attorneys for Defendants |
| | NATIONAL FOOTBALL LEAGUE |
| 16 | and NFL PROPERTIES LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BARNES, et al., | CASE NO. CV 11-08396 R (MANx) |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING THE NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** |
| v. | |
| NATIONAL FOOTBALL LEAGUE, et al., | |
| Defendants. | Date: January 17, 2012 |
| | Time: 10:00 AM |
| | Courtroom: 8 |
| | Judge: Hon. Manuel L. Real |
| | Notice of related cases: |
| | No. CV 11-08394 R (MANx) |
| | No. CV 11-08395 R (MANx) |

16005755.1

[PROPOSED] ORDER GRANTING
MOTION TO DISMISS

| | |
|---|---|
| 1 | The motion to dismiss plaintiffs' Second Amended Complaint filed by |
| 2 | Defendants the National Football League and NFL Properties LLC (collectively, |
| 3 | the "NFL Defendants") came on regularly for hearing on January 17, 2012, in |
| 4 | Courtroom 8 of the above-titled United States District Court, at 10:00 a.m., the |
| 5 | Honorable Manuel L. Real presiding.  After full consideration of the papers filed in |
| 6 | connection with the motion, the arguments of counsel, and all other papers on file |
| 7 | in this action, the NFL Defendants' motion to dismiss plaintiffs' Second Amended |
| 8 | Complaint is GRANTED. |
| 9 | IT IS HEREBY ORDERED THAT all claims brought against the NFL |
| 10 | Defendants are DISMISSED without leave to amend. |
| 11 | |
| 12 | |
| 13 | DATED: _____, 2012    By: _____ |
|  | HONORABLE MANUEL L. REAL |