# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>LARRY BARNES, et al.,<br><br>             Plaintiffs,<br><br>             v.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>             Defendants. | CIVIL ACTION<br>Case No. 12-cv-01024-AB |

## DECLARATION OF DENNIS L. CURRAN IN SUPPORT OF THE MOTION TO DISMISS THE SECOND AMENDED COMPLAINT BY THE NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC

|   |   |
|---|---|
| 1 | MUNGER, TOLLES & OLSON LLP |
|   | RONALD L. OLSON (State Bar No. 44597) |
| 2 | ron.olson@mto.com |
|   | JOHN W. SPIEGEL (State Bar No. 78935) |
| 3 | john.spiegel@mto.com |
|   | JOHN M. RAPPAPORT (State Bar No. 254459) |
| 4 | john.rappaport@mto.com |
|   | 355 South Grand Avenue, 35th Floor |
| 5 | Los Angeles, CA 90071-1560 |
|   | Telephone: (213) 683-9100 |
| 6 | Facsimile: (213) 687-3702 |
| 7 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
|   | *(Admitted Pro Hac Vice)* |
| 8 | BRAD S. KARP |
|   | bkarp@paulweiss.com |
| 9 | THEODORE V. WELLS, JR. |
|   | twells@paulweiss.com |
| 10 | BRUCE BIRENBOIM |
|   | bbirenboim@paulweiss.com |
| 11 | BETH A. WILKINSON |
|   | bwilkinson@paulweiss.com |
| 12 | LYNN B. BAYARD |
|   | lbayard@paulweiss.com |
| 13 | 1285 Avenue of the Americas |
|   | New York, NY 10019-3215 |
| 14 | Telephone: (212) 373-3000 |
|   | Facsimile: (212) 757-3990 |
| 15 |   |
|   | Attorneys for Defendants |
| 16 | NATIONAL FOOTBALL LEAGUE |
|   | and NFL PROPERTIES LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LARRY BARNES, et al., | CASE NO. CV 11-08396 R(MANx) |
|---|---|
| Plaintiffs, | **DECLARATION OF DENNIS L. CURRAN IN SUPPORT OF THE MOTION TO DISMISS THE SECOND AMENDED COMPLAINT BY THE NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC** |
| v. |   |
| NATIONAL FOOTBALL LEAGUE, et al., |   |
| Defendants. | Date: January 17, 2012 |
|   | Time: 10:00 a.m. |
|   | Courtroom: 8 |
|   | Judge: Hon. Manuel L. Real |

I, **DENNIS L. CURRAN**, hereby declare as follows:

1. I am a Senior Vice President of the National Football League ("NFL") and General Counsel of the National Football League Management

DECLARATION OF DENNIS L. CURRAN

1  Council ("NFLMC"). The NFLMC is the sole and exclusive bargaining
2  representative of the 32 member Clubs of the NFL. I have been the General
3  Counsel of the NFLMC since 1990. I make this declaration, on personal
4  knowledge, in support of the Memorandum of Points and Authorities in Support of
5  the Motion to Dismiss the Second Amended Complaint by the NFL and NFL
6  Properties LLC, and if called as a witness, I could and would testify competently to
7  the facts stated herein.

8      2. Attached as Exhibit 1 is a true and correct copy of the published
9  version of the 1968 Collective Bargaining Agreement ("CBA") between the
10 American Football League Player Relations Committee and the American Football
11 League Players Association effective July 10, 1968.

12     3. Attached as Exhibit 2 is a true and correct copy of the published
13 version of the 1968 CBA between the NFL and the National Football League
14 Players' Association ("NFLPA") effective July 15, 1968.

15     4. Attached as Exhibit 3 is a true and correct copy of the published
16 version of the 1970 CBA between the NFLMC and the NFLPA effective February
17 1, 1970.

18     5. Attached as Exhibit 4 is a true and correct copy of the published
19 version of the 1977 CBA between the NFLMC and the NFLPA effective February
20 1, 1974.

21     6. Attached as Exhibit 5 is a true and correct copy of the published
22 version of the 1982 CBA between the NFLMC and the NFLPA effective July 16,
23 1982.

24     7. Attached as Exhibit 6 is a true and correct copy of the published
25 version of the 1993 CBA between the NFLMC and the NFLPA dated March 29,
26 1993.

27     8. Attached as Exhibit 7 is a true and correct copy of the published
28 version of the 1993 CBA between the NFLMC and the NFLPA as amended June 6,

Case 2:12-cv-03393-R-MAN Document 69-1 Filed 12/20/11 Page 3 of 4 Page ID #:7387
Case 2:11-cv-08395-AB Document 18-2 Filed 03/29/12 Page 4 of 5 Page ID

1996.

9. Attached as Exhibit 8 is a true and correct copy of the published version of the 1993 CBA between the NFLMC and the NFLPA as amended February 25, 1998.

10. Attached as Exhibit 9 is a true and correct copy of the published version of the 1993 CBA between the NFLMC and the NFLPA as amended January 8, 2002.

11. Attached as Exhibit 10 is a true and correct copy of the published version of the 2006 CBA between the NFLMC and the NFLPA dated March 8, 2006.

12. Attached as Exhibit 11 is a true and correct copy of the published version of the 1969 Constitution and Bylaws of the NFL and the American Football League.

13. Attached as Exhibit 12 is a true and correct copy of the published version of the 1971 Constitution and Bylaws of the NFL.

14. Attached as Exhibit 13 is a true and correct copy of the published version of the 1972 Constitution and Bylaws of the NFL.

15. Attached as Exhibit 14 is a true and correct copy of the published version of the 1973 Constitution and Bylaws of the NFL.

16. Attached as Exhibit 15 is a true and correct copy of the published version of the 1974 Constitution and Bylaws of the NFL.

17. Attached as Exhibit 16 is a true and correct copy of the published version of the 1975 Constitution and Bylaws of the NFL.

18. Attached as Exhibit 17 is a true and correct copy of the published version of the 1976 Constitution and Bylaws of the NFL.

19. Attached as Exhibit 18 is a true and correct copy of the published version of the 1977 and 1978 amendments to the Constitution and Bylaws of the NFL.

DECLARATION OF DENNIS L. CURRAN

1 | 20. Attached as Exhibit 19 is a true and correct copy of the published version of the 1979 Supplement to the Constitution and Bylaws of the NFL.

21. Attached as Exhibit 20 is a true and correct copy of the published version of the 1980 Supplement to the Constitution and Bylaws of the NFL.

22. Attached as Exhibit 21 is a true and correct copy of the published version of the 1981 Supplement to the Constitution and Bylaws of the NFL.

23. Attached as Exhibit 22 is a true and correct copy of the published version of the 1982 Supplement to the Constitution and Bylaws of the NFL.

24. Attached as Exhibit 23 is a true and correct copy of the published version of the 1984 Constitution and Bylaws of the NFL.

25. Attached as Exhibit 24 is a true and correct copy of the published version of the 1985 Constitution and Bylaws of the NFL.

26. Attached as Exhibit 25 is a true and correct copy of the published version of the 1988 Constitution and Bylaws of the NFL.

27. Attached as Exhibit 26 is a true and correct copy of the published version of the 1999 Constitution and Bylaws of the NFL.

28. Attached as Exhibit 27 is a true and correct copy of the published version of the 2004 Constitution and Bylaws of the NFL.

29. Attached as Exhibit 28 is a true and correct copy of the published version of the 2006 Constitution and Bylaws of the NFL.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2011 at New York, New York.

Dennis L. Curran