IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>DAVE PEAR, et al.,<br><br>              Plaintiffs,<br><br>      v.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>              Defendants. | CIVIL ACTION<br>Case No. 12-cv-01025-AB |

**RE-FILED [PROPOSED] ORDER GRANTING THE NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC'S MOTION TO DISMISS <u>PLAINTIFFS' FIRST AMENDED COMPLAINT</u>**

MUNGER, TOLLES & OLSON LLP
RONALD L. OLSON (State Bar No. 44597)
*ron.olson@mto.com*
JOHN S. SPIEGEL (State Bar No. 78935)
*John.Spiegel@mto.com*
JOHN M. RAPPAPORT (State Bar No. 254459)
*john.rappaport@mto.com*
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
BRAD S. KARP *(Pro Hac Vice)*
*bkarp@paulweiss.com*
THEODORE V. WELLS, JR. *(Pro Hac Vice)*
*twells@paulweiss.com*
BRUCE BIRENBOIM *(Pro Hac Vice)*
*bbirenboim@paulweiss.com*
BETH A. WILKINSON *(Pro Hac Vice)*
*bwilkinson@paulweiss.com*
LYNN B. BAYARD *(Pro Hac Vice)*
*lbayard@paulweiss.com*
1285 Avenue of the Americas
New York, NY 10019-3215
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Attorneys for Defendants
NATIONAL FOOTBALL LEAGUE
and NFL PROPERTIES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE PEAR, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>  Defendants. | CASE NO. CV 11-08395 R (MANx)<br><br>**[PROPOSED] ORDER GRANTING THE NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date: January 17, 2012<br>Time: 10:00 AM<br>Courtroom: 8<br>Judge: Hon. Manuel L. Real<br><br>Notice of related cases:<br>No. CV 11-08394 R (MANx)<br>No. CV 11-08396 R (MANx) |

16006023.1

[PROPOSED] ORDER GRANTING
MOTION TO DISMISS

| | |
|---|---|
| 1 | The motion to dismiss plaintiffs' First Amended Complaint filed by Defendants the National Football League and NFL Properties LLC (collectively, the "NFL Defendants") came on regularly for hearing on January 17, 2012, in Courtroom 8 of the above-titled United States District Court, at 10:00 a.m., the Honorable Manuel L. Real presiding. After full consideration of the papers filed in connection with the motion, the arguments of counsel, and all other papers on file in this action, the NFL Defendants' motion to dismiss plaintiffs' First Amended Complaint is GRANTED. |

IT IS HEREBY ORDERED THAT all claims brought against the NFL Defendants are DISMISSED without leave to amend.


DATED: _____, 2012       By: _____
                                             HONORABLE MANUEL L. REAL