**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>DAVE PEAR, et al.,<br><br>        Plaintiffs,<br><br>     v.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>       Defendants. | CIVIL ACTION<br>Case No. 12-cv-01025-AB |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing documents have been filed electronically pursuant to paragraph 3 of Case Management Order No. 1 and are available for downloading and viewing from the Court's ECF system by all counsel of record.

/s/ Dana B. Klinges
Dana B. Klinges