# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>VERNON MAXWELL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>Defendants. | CIVIL ACTION<br>Case No. 12-cv-01023-AB |

**DECLARATION OF DENNIS L. CURRAN IN SUPPORT OF THE MOTION TO DISMISS THE FIRST AMENDED COMPLAINT BY THE NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC**

1   MUNGER, TOLLES & OLSON LLP
    RONALD L. OLSON (State Bar No. 44597)
2   *ron.olson@mto.com*
    JOHN W. SPIEGEL (State Bar No. 78935)
3   *john.spiegel@mto.com*
    JOHN M. RAPPAPORT (State Bar No. 254459)
4   *john.rappaport@mto.com*
    355 South Grand Avenue, 35th Floor
5   Los Angeles, CA 90071-1560
    Telephone:  (213) 683-9100
6   Facsimile:  (213) 687-3702

7   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
    *(Admitted Pro Hac Vice)*
8   BRAD S. KARP
    *bkarp@paulweiss.com*
9   THEODORE V. WELLS, JR.
    *twells@paulweiss.com*
10  BRUCE BIRENBOIM
    *bbirenboim@paulweiss.com*
11  BETH A. WILKINSON
    *bwilkinson@paulweiss.com*
12  LYNN B. BAYARD
    *lbayard@paulweiss.com*
13  1285 Avenue of the Americas
    New York, NY 10019-3215
14  Telephone:  (212) 373-3000
    Facsimile:  (212) 757-3990
15
    Attorneys for Defendants
16  NATIONAL FOOTBALL LEAGUE
    and NFL PROPERTIES LLC
17
                    UNITED STATES DISTRICT COURT
18                  CENTRAL DISTRICT OF CALIFORNIA

19  VERNON MAXWELL, et al.,              CASE NO. CV 11-08394 R(MANx)

20              Plaintiffs,              **DECLARATION OF DENNIS L.
                                         CURRAN IN SUPPORT OF THE
21  v.                                   MOTION TO DISMISS THE FIRST
                                         AMENDED COMPLAINT BY THE
22  NATIONAL FOOTBALL LEAGUE,            NATIONAL FOOTBALL LEAGUE
    et al.,                              AND NFL PROPERTIES LLC**
23
                Defendants.              Date:       January 17, 2012
24                                       Time:       10:00 a.m.
                                         Courtroom:  8
25                                       Judge:      Hon. Manuel L. Real

26          I, **DENNIS L. CURRAN**, hereby declare as follows:

27          1.      I am a Senior Vice President of the National Football League

28  ("NFL") and General Counsel of the National Football League Management

                                                   DECLARATION OF DENNIS L. CURRAN

Case 2:11-cv-08394-R-MAN Document 22-2 Filed 12/20/11 Page 2 of 4 Page ID
Case 2:11-cv-08394-R-MAN Document 22-2 Filed 03/29/12 Page 3 of 5 Page ID
#:7354

1    Council ("NFLMC").    The NFLMC is the sole and exclusive bargaining

2    representative of the 32 member Clubs of the NFL.   I have been the General

3    Counsel of the NFLMC since 1990.    I make this declaration, on personal

4    knowledge, in support of the Memorandum of Points and Authorities in Support of

5    the Motion to Dismiss the First Amended Complaint by the NFL and NFL

6    Properties LLC, and if called as a witness, I could and would testify competently to

7    the facts stated herein.

8             2.      Attached as Exhibit 1 is a true and correct copy of the published

9    version of the 1968 Collective Bargaining Agreement ("CBA") between the

10   American Football League Player Relations Committee and the American Football

11   League Players Association effective July 10, 1968.

12            3.      Attached as Exhibit 2 is a true and correct copy of the published

13   version of the 1968 CBA between the NFL and the National Football League

14   Players' Association ("NFLPA") effective July 15, 1968.

15            4.      Attached as Exhibit 3 is a true and correct copy of the published

16   version of the 1970 CBA between the NFLMC and the NFLPA effective February

17   1, 1970.

18            5.      Attached as Exhibit 4 is a true and correct copy of the published

19   version of the 1977 CBA between the NFLMC and the NFLPA effective February

20   1, 1974.

21            6.      Attached as Exhibit 5 is a true and correct copy of the published

22   version of the 1982 CBA between the NFLMC and the NFLPA effective July 16,

23   1982.

24            7.      Attached as Exhibit 6 is a true and correct copy of the published

25   version of the 1993 CBA between the NFLMC and the NFLPA dated March 29,

26   1993.

27            8.      Attached as Exhibit 7 is a true and correct copy of the published

28   version of the 1993 CBA between the NFLMC and the NFLPA as amended June 6,

- 2 -

DECLARATION OF DENNIS L. CURRAN

1   1996.

2       9.   Attached as Exhibit 8 is a true and correct copy of the published

3   version of the 1993 CBA between the NFLMC and the NFLPA as amended

4   February 25, 1998.

5       10.   Attached as Exhibit 9 is a true and correct copy of the published

6   version of the 1993 CBA between the NFLMC and the NFLPA as amended

7   January 8, 2002.

8       11.   Attached as Exhibit 10 is a true and correct copy of the

9   published version of the 2006 CBA between the NFLMC and the NFLPA dated

10  March 8, 2006.

11      12.   Attached as Exhibit 11 is a true and correct copy of the

12  published version of the 1969 Constitution and Bylaws of the NFL and the

13  American Football League.

14      13.   Attached as Exhibit 12 is a true and correct copy of the

15  published version of the 1971 Constitution and Bylaws of the NFL.

16      14.   Attached as Exhibit 13 is a true and correct copy of the

17  published version of the 1972 Constitution and Bylaws of the NFL.

18      15.   Attached as Exhibit 14 is a true and correct copy of the

19  published version of the 1973 Constitution and Bylaws of the NFL.

20      16.   Attached as Exhibit 15 is a true and correct copy of the

21  published version of the 1974 Constitution and Bylaws of the NFL.

22      17.   Attached as Exhibit 16 is a true and correct copy of the

23  published version of the 1975 Constitution and Bylaws of the NFL.

24      18.   Attached as Exhibit 17 is a true and correct copy of the

25  published version of the 1976 Constitution and Bylaws of the NFL.

26      19.   Attached as Exhibit 18 is a true and correct copy of the

27  published version of the 1977 and 1978 amendments to the Constitution and

28  Bylaws of the NFL.

DECLARATION OF DENNIS L. CURRAN

20.   Attached as Exhibit 19 is a true and correct copy of the published version of the 1979 Supplement to the Constitution and Bylaws of the NFL.

21.   Attached as Exhibit 20 is a true and correct copy of the published version of the 1980 Supplement to the Constitution and Bylaws of the NFL.

22.   Attached as Exhibit 21 is a true and correct copy of the published version of the 1981 Supplement to the Constitution and Bylaws of the NFL.

23.   Attached as Exhibit 22 is a true and correct copy of the published version of the 1982 Supplement to the Constitution and Bylaws of the NFL.

24.   Attached as Exhibit 23 is a true and correct copy of the published version of the 1984 Constitution and Bylaws of the NFL.

25.   Attached as Exhibit 24 is a true and correct copy of the published version of the 1985 Constitution and Bylaws of the NFL.

26.   Attached as Exhibit 25 is a true and correct copy of the published version of the 1988 Constitution and Bylaws of the NFL.

27.   Attached as Exhibit 26 is a true and correct copy of the published version of the 1999 Constitution and Bylaws of the NFL.

28.   Attached as Exhibit 27 is a true and correct copy of the published version of the 2004 Constitution and Bylaws of the NFL.

29.   Attached as Exhibit 28 is a true and correct copy of the published version of the 2006 Constitution and Bylaws of the NFL.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _December 15, 2011_ at New York, New York.

Dennis L. Curran

- 4 -

DECLARATION OF DENNIS L. CURRAN