# EXHIBIT 18

The 1978 NFL Constitution and Bylaws will be sent at a later date for inclusion in this <u>Guide for Member Clubs</u>.

On the following pages are the amendments to the Bylaws adopted during 1977 and 1978, arranged in order of the articles in which they fall.

The material supplements the 1976 book, which was the last printed version, and together the two items constitute the operative edition until the 1978 book is completed.

## ARTICLE V

Page 21-22

5.8 Upon call of the Commissioner or by majority vote of the members of the League, the League may go into Executive Session. Each member shall designate its duly authorized representative to act for it in such Executive Session. In any Executive Session, unless otherwise designated by the Commissioner, two representative of each member and the Commissioner shall be present together with such other persons as either the Commissioner or the members by majority vote shall invite; provided that when two representatives of a member club are present in Executive Session, one of them must own an equity interest in such club. The Commissioner shall be Chairman of the Executive Session and may appoint the Secretary of the Session. Action at any Executive Session shall constitute action of the League.

## ARTICLE IX

Page 35

9.1(C)(10) Except for at the sites of postseason college all-star games, on the campus of the player, or at his residence, member clubs shall not time or test college players. Any compensation and/or transportation provided to the player or college coach of the player in connection with such timing or testing shall be considered conduct detrimental to the League. Other than the club holding rights to such player, clubs shall not, without permission of the club holding rights to such player, time or test a player who is subject to re-draft in a second Selection Meeting under any collective bargaining agreement, despite the fact that such player ultimately is re-drafted.

College players eligible for the annual Selection Meeting may be given a one-day physical examination by a member club, provided the examination does not include physical activity of any type (a Cybex test is considered part of an orthopedic examination and is permissible); provided the player is not compensated in any way beyond travel and lodging expenses; and provided such examination takes place after the completion of all football games, including postseason bowl games in which

ARTICLE XIII
Page 48-49 (cont'd)

(6) The initial pairing for game sites will be made on ~~a left to right and top to bottom basis, i.e., the~~ first time that A1 plays D1 the game will be at D1. ~~Game sites will thereafter be alternated on the basis of alphabetical numerical designation.~~

(7) The tie-breaking procedures adopted for Divisional Playoff games (Article 20.1) will be used to break ties in the standings for the purposes of scheduling.

ARTICLE XIV

Page 50

14.3 (B) References in this article to "standing" shall ~~mean the standing of the clubs in the League in regular season~~ games at the time of the Selection Meeting. In calculating ~~the percentage, tie games shall be calculated as one-half~~ game won and one-half game lost. To determine the percentage, ~~the total number of winning games, including any fractions~~ thereof to account for ties, shall be divided by the total ~~number of games played in the regular season;~~ provided, however, that the winner of the World Championship Game shall select last, and the loser of such game shall select next to last in all rounds regardless of the record of such participating clubs in the regular season. If, after the above method has been applied, clubs are tied for selection order, such ties will be broken by figuring the aggregate won-lost percentage of each involved club's regular season opponents and awarding preferential selection order to the club which faced the schedule of teams with the lowest aggregate won-lost percentage. ~~If,~~ after this method has been applied, ties still remain, the divisional or conference championship tie-breaking methods, whichever is applicable, will be applied. If after this method has been applied, ~~ties still remain, they shall be~~ broken by coin flip conducted by the Commissioner.

Page 51

14.3 (D) There shall be twelve (12) selection rounds ~~at each meeting.~~

## ARTICLE XV

Page 53

15.7 Any direct or indirect compensation or anything of value paid to a player who is not on the club's Active, Inactive or Reserve Lists, regardless of whether the player participates in the club's practice sessions, shall constitute a competitive violation and the club and/or involved club employee shall be subject to disciplinary action under Section 8.13(A)(4) of this Constitution and By-Laws. Similarly, tryout provisions of Section 12.4 (A) shall be strictly enforced, and any violations of this rule shall fall within the provisions of Section 8.13 (A)(4).

(Re-number former 15.7 and 15.8 to 15.8 and 15.9)

## ARTICLE XVI

Page 55

16.7 (C) All conditions affecting trades must be specified in the original notification to the Commissioner of the trade and in the trade agreement papers. If the written conditions do not cover subsequent events which result in the assignee club having use of the player on its Active List at some later time or in obtaining value for him through a subsequent trade, the original assignor club shall have no recourse.

Page 56

(Delete Section 16.9 in its entirety; this eliminates restrictions on inter-conference trading and places all trading dates under provisions of Section 16.6)

16.10 When a player on the Active or Inactive Lists of a club is traded or acquired on waivers on or after 4:00 p.m., New York time, on the Thursday prior to the opening of the regular season, or at any time thereafter, such player must immediately be listed within the applicable player limit of the club to which he is traded or acquired, which includes both the team's Active and Inactive Lists.

## ARTICLE XVII

Page 56

The following material replaces the resolutions shown at the beginning of Article XVII in the 1976 book:

### ROSTER CUTDOWNS

August 15, 1978 -- 60 players on Active List
August 22, 1978 -- 50 players on Active List
August 28, 1978 -- 43 players on Active List
(all cutdowns by 4:00 p.m., New York time)

On August 29 and thereafter, clubs may carry maximum of 45 on Active List, all of whom may be in uniform for and participate in games. There will be no Inactive List operative in 1978.

### PLAYERS WAIVED INJURED

Players waived injured during the pre-season and regular season will continue to be no recall and count against the applicable player limit if they clear waivers.

### NO WITHDRAWAL OF CLAIMS

Claims on players waived after Tuesday, August 22, may not be withdrawn.

### NO RECALL OF WAIVERS

Waivers which reduce a club's roster to less than 50 through Tuesday, August 29 may not be recalled; further, all waivers of Monday, August 28, will be procedural recall.

### FUTURE CONTRACTS

All players waived during the pre-season and regular season will be waived for all years of their contracts. Therefore, there will be no future list in effect.

### INJURED RESERVE

Operation of the Injured Reserve List to continue as it has for the past three years:

-- No player placed on Injured Reserve may return to the same club in the same season (he may be claimed

ARTICLE XVII
Page 56 (cont'd)

and awarded to another club or released).

-- Players may practice with the club placing them on Injured Reserve.

-- There will be no limitation on the number of players a club may place on Injured Reserve but from this list clubs will be required to designate by the following February 1 three players whom they may trade.

### ADDITIONAL INJURED WAIVERS PROCEDURES

A.  If a player is placed on injured waivers and the club remains below the applicable player limit at all times until such player clears waivers, the club may at that time return the player to its roster and use him in a game as soon as he is physically able.

B.  If a player is placed on injured waivers and the club reaches the applicable player limit before such player clears waivers, the club cannot return the player to its roster but must immediately place him on Injured Reserve.

### DELETIONS

Sections 17.7 (C), 17.7 (D), the last sentence of 18.4, and 18.9 are deleted and no longer operative.

Page 63

17.5 (C) Subject to the provisions of Article XVIII, no player who shall have been under contract to any member club of this League may play football for the same club in this League until two (2) seasons, including the season in which he participates, shall have elapsed from the date said player participated for a League club; unless

(2) In the same year the player is on the Active List of another club for at least one pre-season or regular season game during the period when a player limit is in effect and is traded to the former club or is released through waivers and re-signed by the former club. If the player's affiliation with a club ends in one year and his next affiliation is with a new club in the following year, such player may return to the former club by trade, waivers or free agent signing if he has been with the new club at least one pre-season or regular season game during a period when a player limit is in effect.

ARTICLE XVII (cont'd)
Page 63

17.5 (D)  No player who opts for free agency under the waiver system section of the Collective Bargaining Agreement can re-sign with the same club in the same season or in the following season.

(Re-number former 17.5 (D) to 17.5 (E).)


ARTICLE XVIII

Page 70 (Replace first full paragraph)

Waiving of players will not be permitted during the period from 4:01 p.m., New York time, on the Wednesday prior to the final regular season game up to and including the day of the World Championship Game.  If any club is awarded a player on the day clubs involved in the playoffs must establish their post-season rosters, and the acquisition of such player requires the club to make room on its roster, the club will have until 5:00 p.m., New York time, on that day to request waivers on another player, which waivers will be promulgated to all clubs, but the claiming period will not begin until 4:00 p.m., New York time, on the day following the World Championship Game.

Page 74

(Delete 18.11 in its entirety.)

Page 74

18.12  Where any player contract awarded on waivers to another club contains a provision purporting to impose, or having the effect of imposing, financial obligations on the claiming club that were not imposed on the waiving club, the waiving club shall bear the ultimate financial responsibility for meeting such obligations.

Page 74

18.13  Clubs are prohibited from re-negotiating, revising, altering or superseding any contract in a manner that would constitute a deterrent to claims of that contract by another club; e.g., "guaranteed" and "no trade" provisions.  If such a contract is executed, the club may not subsequently waive the player in that season.

ARTICLE XX
Page 81 (cont'd)

Wild Card Ties

If necessary to break ties to determine the two Wild Card clubs, the following steps will be taken until two clubs remain:

1. If all the tied clubs are from the same division, apply division tie-breakers.

2. If the tied clubs are from different divisions, the following steps will be taken:

| Two Clubs | Three or More Clubs |
|---|---|
| 1. Head-to-head, if applicable. | 1. Head-to-head sweep. |
| 2. Best won-lost-tied percentage vs. common opponents. | 2. Best won-lost-tied percentage vs. common opponents (minimum of two). |
| 3. Strength-of-schedule. | 3. Strength-of-schedule. |
| 4. Best net points vs. all opponents. | 4. Best net points vs. all opponents. |
| 5. Best net touchdowns vs. all opponents. | 5. Best net touchdowns vs. all opponents. |
| 6. Coin flip. | 6. Coin flip. |

Page 84

20.5 After 4:00 p.m., New York time, on the Tuesday following the final regular season game and for the duration of the postseason period, no club involved in postseason play may add players to its Active List. Any player added to a postseason participant's Active List after its final regular season game must be a free agent signing, and any player removed from the club's Active List to make room for such acquisition must be placed on Injured Reserve with appropriate documentation of the injury sent to the Commissioner.

ARTICLE XXIII

Page 87

23.1 (a) Starting with the 1978 preseason, and subject to the provisions of Section 23.1 (b) hereof, no club may schedule a preseason game with any club included within its own conference unless it shall have first scheduled two preseason games with two different clubs not included within its conference.

Page 88

23.1 (d) Each preseason game contract shall provide for the payment to the League Office of the aggregate sum of Five Thousand Dollars ($5,000) to cover the fees and expenses of officials assigned to that game.

23.1 (f) Starting with the 1978 preseason, all clubs shall schedule a minimum of four (4) preseason games each season, excluding the Professional Football Hall of Fame Game.

## ARTICLE XIX

Page 75

19.1 (B) Final settlement of visiting club shares shall be made on day of game or no later than two business days subsequent to each regular season game and each preseason game in which a third party does not participate. The home club shall make settlement by wiring Federal Funds to the visiting club's bank.

Page 80

19.14 (D) The total of tickets issued under sub-sections (B) and (C) cannot exceed 1,000 without the prior permission of the visiting club.

The foregoing limitations on complimentary tickets apply only to tickets that could be sold and not to other types of admission tickets.

## ARTICLE XX

Page 81

(Amend Article XX to reflect the following in the playoff system.)

Selection of Clubs

1. Three division champions from each conference.

2. Two "Wild Card" clubs (fourth and fifth best records) from each conference. Both Wild Cards may come from the same division. Clubs eliminated in Divisional Championship tie-breakers are eligible if their records qualify them.

Pairings and Priority

1. First Round--Wild Cards play each other. Home clubs will be the clubs with the best won-lost-tied percentage in the regular season. If tied in record, apply all applicable divisional tie-breakers.

2. Second Round--Same as in previous years.

ARTICLE XX
~~Page 81 (Cont'd)~~

Division Ties

If, at the end of the regular season, two or more clubs in the ~~same division finish with the best won-lost-tied percentage,~~ the following steps will be taken until a champion is determined:

| Two Clubs | Three or More Clubs |
|---|---|
| 1. Head-to-head (best won-lost-tied percentage in games between the clubs). | 1. Head-to-head sweep (club must win all of its games with all others in the set. Club which loses all of its games with all others in the set is eliminated. If two clubs remain tied after a third club is eliminated, tie-breaker reverts to Step One of two-club format). |
| 2. Best won-lost-tied percentage in games played within the division. | |
| 3. Best won-lost-tied percentage vs. common opponents, if applicable. | |
| | 2. Best won-lost-tied percentage vs. common opponents. |
| 4. Best rating determined by losses vs. common opponents (low total wins; ties count half-win, half-loss). | 3. Best rating determined by losses vs. common opponents (low total wins; ties count half-win, half-loss). |
| 5. Strength-of-schedule (aggregate won-lost-tied percentage of a club's regular season opponents; club which faced schedule with highest percentage wins). | 4. Strength-of-schedule (aggregate won-lost-tied percentage of a club's regular season opponents; club which faced schedule with highest percentage wins). |
| 6. Best net points vs. common opponents. | 5. Best net points vs. common opponents. |
| 7. Best net touchdowns vs. common opponents. | 6. Best net touchdowns vs. common opponents. |
| 8. Best net points vs. all opponents. | 7. Best net points vs. all opponents. |
| 9. Coin toss. | 8. Coin toss. |