# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>VERNON MAXWELL, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>        Defendants. | CIVIL ACTION<br>Case No. 12-cv-01023-AB |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing documents have been filed electronically pursuant to paragraph 3 of Case Management Order No. 1 and are available for downloading and viewing from the Court's ECF system by all counsel of record.

                                                  /s/ Dana B. Klinges
                                                  Dana B. Klinges