# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>VERNON MAXWELL, et al.<br><br>       Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>       Defendants. | CIVIL ACTION<br>Case No. 2:12-cv-1023 |

**RE-FILED [PROPOSED] ORDER GRANTING RIDDELL DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO RULES 8 AND 12(b)(6)**

| | |
|---|---|
| 1 | BOWMAN AND BROOKE LLP |
| 2 | Paul G. Cereghini (SBN: 148016) |
|   | *Paul.Cereghini@bowmanandbrooke.com* |
| 3 | Vincent Galvin, Jr. (SBN: 104448) |
| 4 | *Vincent.Galvin@bowmanandbrooke.com* |
|   | Marion V. Mauch (SBN: 253672) |
| 5 | *Marion.Mauch@bowmanandbrooke.com* |
| 6 | 879 West 190th Street, Suite 700 |
| 7 | Gardena, CA 90248-4227 |
|   | Tel:  (310) 768-3068 |
| 8 | Fax:  (310) 719-1019 |
| 9 | |
|   | Attorneys for Defendants RIDDELL, INC.; ALL AMERICAN |
| 10 | SPORTS CORPORATION; RIDDELL SPORTS GROUP, INC.; |
| 11 | EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC; |
|    | EB SPORTS CORP.; and RBG HOLDINGS CORP. |
| 12 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| VERNON MAXWELL, et al., | ) | CASE NO.  CV 11-8394 R (MANx) |
| Plaintiffs, | ) | **[PROPOSED] ORDER GRANTING RIDDELL DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO RULES 8 AND 12(b)(6)** |
| vs. | ) | |
| NATIONAL FOOTBALL LEAGUE, et al., | ) | |
| Defendants. | ) | Date:      January 17, 2012 |
| | | Time:      10:00 a.m. |
| | | Dept:      Courtroom 8 |
| | | Judge: Hon. Manuel L. Real |
| | | Notice of related cases: |
| | | No. CV 11-08395 R (MANx) |
| | | No. CV 11-08396 R (MANx) |

1

CV 11-8394 R (MANx)

1        Defendants Riddell, Inc. (erroneously styled as "d/b/a Riddell Sports Group, Inc."); All American Sports Corporation; Riddell Sports Group, Inc.; Easton-Bell Sports, Inc.; Easton-Bell Sports, LLC; EB Sports Corp.; and RBG Holdings Corp.'s (collectively, the "Riddell Defendants") motion to dismiss Plaintiffs' First Amended Complaint came on regularly for hearing on January 17, 2012, in Courtroom 8 of the above-entitled United States District Court, at 10:00 a.m., the Honorable Manuel L. Real presiding. After full consideration of the papers filed in connection with the motion, the arguments of counsel, and all other papers on file in this action, the Riddell Defendants' motion to dismiss Plaintiffs' First Amended Complaint is GRANTED.

       IT IS HEREBY ORDERED THAT all claims brought against the Riddell Defendants are DISMISSED without leave to amend.

DATED: _____           By:_____
                                                      HONORABLE MANUEL L. REAL