IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>VERNON MAXWELL, et al.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>　　　　Defendants. | CIVIL ACTION<br>Case No. 2:12-cv-1023 |

**RE-FILED [PROPOSED] ORDER GRANTING RIDDELL DEFENDANTS'
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
<u>MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT</u>**

```
 1  BOWMAN AND BROOKE LLP
 2  Paul G. Cereghini (SBN: 148016)
    Paul.Cereghini@bowmanandbrooke.com
 3  Vincent Galvin, Jr. (SBN: 104448)
 4  Vincent.Galvin@bowmanandbrooke.com
    Marion V. Mauch (SBN: 253672)
 5  Marion.Mauch@bowmanandbrooke.com
 6  879 West 190th Street, Suite 700
 7  Gardena, CA 90248-4227
    Tel:  (310) 768-3068
 8  Fax:  (310) 719-1019
 9
    Attorneys for Defendants RIDDELL, INC.; ALL AMERICAN
10  SPORTS CORPORATION; RIDDELL SPORTS GROUP, INC.;
11  EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC;
    EB SPORTS CORP.; and, RBG HOLDINGS CORP.
12
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON MAXWELL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>Defendants. | CASE NO.: CV 11-8394 R (MANx)<br><br>**[PROPOSED] ORDER GRANTING RIDDELL DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:        January 17, 2012<br>Time:       10:00 a.m.<br>Dept:       Courtroom 8<br><br>Judge: Hon. Manuel L. Real<br><br>Notice of related cases:<br>No. CV 11-08395 R (MANx)<br>No. CV 11-08396 R (MANx) |

1

1    Defendants RIDDELL, INC. (erroneously styled as "d/b/a Riddell sports
2 Group, Inc."); ALL AMERICAN SPORTS CORPORATION; RIDDELL SPORTS
3 GROUP, INC.; EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS,
4 LLC; EB SPORTS CORP.; and RBG HOLDINGS CORP.'s (collectively, the
5 "Riddell Defendants") Request for Judicial Notice in Support of their Motion to
6 Dismiss Plaintiffs' First Amended Complaint came on regularly for hearing on
7 January 17, 2012, at 10:00 a.m. in Courtroom 8 of the above-entitled United States
8 District Court, at 10:00 a.m., the Honorable Manuel L. Real presiding. After full
9 consideration of the papers filed in connection with the request, the arguments of
10 counsel, and all other papers on file in this action, the Riddell Defendants' Request
11 for Judicial Notice is GRANTED.

12    IT IS HEREBY ORDERED THAT that this Court takes judicial notice of
13 the complaint in *Hardman v. National Football League, et al.*, Los Angeles County
14 Superior Court Case No. BC471229.

16 DATED: _____    By:_____
17                                     HONORABLE MANUEL L. REAL