IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>VERNON MAXWELL, et al.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>　　　　Defendants. | CIVIL ACTION<br>Case No. 2:12-cv-1023 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Riddell Defendants' Reply Memorandum of Points and Authorities in Support of Request for Judicial Notice Re Motion to Dismiss Plaintiffs' First Amended Complaint has been filed electronically pursuant to paragraph 3 of Case Management Order No. 1 and is available for downloading and viewing from the Court's ECF system by all counsel of record.

　　　　　　　　　　　　　　　　　　　　/s/ Eden M. Darrell
　　　　　　　　　　　　　　　　　　　　Eden M. Darrell