Case 2:11-cv-08394-R-MAN Document 28-2 Filed 03/30/12 Page 34 of 70

1    **DECLARATION OF PAUL G. CEREGHINI**

2    I, Paul G. Cereghini, do hereby state and declare as follows:

3    1.    I am an attorney at the law firm of Bowman and Brooke LLP, counsel

4    for the Defendants Riddell, Inc. (erroneously styled as "d/b/a Riddell Sports

5    Group, Inc."); All American Sports Corporation; Riddell Sports Group, Inc.;

6    Easton-Bell Sports, Inc.; Easton-Bell Sports, LLC; EB Sports Corp.; and RBG

7    Holdings Corp. (collectively, the "Riddell Defendants") in this case.  I make this

8    Declaration in support of the Riddell Defendants' Motion to Sever Pursuant to

9    FRCP 20 and 21.  I have first-hand personal knowledge of the facts set forth in this

10   Declaration, and if called and sworn as a witness, I could and would testify

11   competently thereto.

12   2.    Attached hereto as Exhibit "A" is a true and correct copy of the

13   unpublished opinion on the defendants' motion to severe in *Adams v. I-Flow*

14   *Corp.*, United States Dist. Ct., Central Dist., Western Division, Case No. 2:09-cv-

15   09550-R-SS, Dkt. 81 (Order dated 03/30/2010).

16   3.    Attached hereto as Exhibit "B" is a true and correct copy of the

17   transcript of the oral argument on the defendants' motion to severe in *Adams v. I-*

18   *Flow, Corp.*, United States Dist. Ct., Central Dist., Western Division, Case No.

19   2:09-cv-09550-R-SS.

20   I declare under penalty of perjury that the foregoing is true and correct.

21   Executed this 20th day of December 2011, at Phoenix, Arizona.

22

23

24                      /s/ Paul G. Cereghini

25                      Paul G. Cereghini

26

27

28

CV 11-8394 R (MANx)