IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>VERNON MAXWELL, et al.<br><br>            Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>            Defendants. | CIVIL ACTION<br>Case No. 2:12-cv-1023 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Riddell Defendants' Notice of Motion and Motion to Sever Pursuant to FRCP 20 and 21, Memorandum of Points and Authorities, and Declaration of Paul G. Cereghini have been filed electronically pursuant to paragraph 3 of Case Management Order No. 1 and are available for downloading and viewing from the Court's ECF system by all counsel of record.

                              /s/ Eden M. Darrell
                              Eden M. Darrell