

Exhibit "C" Page 18





Case 2:12-cv-02322-AB Document 29-4 Filed 03/30/12 Page 5 of 15
Case 2:11-cv-08394-R-MAN Document 75 Filed 12/20/11 Page 21 of 96 Page ID #:10776



Exhibit "C"
Page 21



Case 2:12-md-02323-AB Document 29-4 Filed 03/30/12 Page 7 of 15
Case 2:11-cv-08394-R-MAN Document 75 Filed 12/20/11 Page 23 of 96 Page ID #:10778



FOOTBALL GEAR EVOLUTION

Heisman Trophy winner Doc Blanchard (35) shows off the latest innovation with his plastic helmet, while Tom Harmon (98) still wears a leather helmet.

AP PHOTO

Exhibit "C" Page 23



ESPN: ZOOM Gallery    Page 1 of 1

Case 2:12-cv-02322-AB Document 29-4 Filed 03/30/12 Page 9 of 15
Case 2:11-cv-08394-R-MAN Document 75 Filed 12/20/11 Page 25 of 96 Page ID #:10780



Case 2:12-cv-02323-AB Document 29-4 Filed 03/30/12 Page 10 of 15
Case 2:11-cv-08394-R-MAN Document 75 Filed 12/20/11 Page 26 of 56 Page ID #:10781
Exhibit "C" Page 26











ESPN: ZOOM Gallery — Case 2:12-cv-02323-AB Document 29-4 Filed 03/30/12 Page 15 of 15
Case 2:11-cv-08394-R-MAN Document 75 Filed 12/20/11 Page 31 of 56 Page ID #:10786
Page 1 of 1

