# NOCSAE

## National Operating Committee on Standards for Athletic Equ[ipment]

Home ▸ About NOCSAE ▸ History and Purpose ▸

## About NOCSAE

- Board Meetings
- About NOCSAE
- Board of Directors
- Standards
- Research
- FAQs
- Newsletters
- Related Websites
- Contact Us
- Search
- Adminstration
- Licensee Login

### HISTORY AND PURPOSE

During the 1960's, organized athletics enjoyed a popularity that was unmatched durin[g] times. Large crowds gathered to watch athletic contests, greater exposure was provid[ed] media and more young athletes became involved. Many of these young athletes were to perform more aggressively to obtain an athletic scholarship or lucrative profession after college.

Unfortunately, with the increased attention and involvement, serious injuries also bec[ame] prevalent. This was particularly evident in the sport of football where there were 32 f[atalities in] 1968 directly due to participation in the sport in organized competition, plus four in s[...]

To counter this trend, the National Operating Committee on Standards in Athletic Eq[uipment] (NOCSAE) was formed in 1969 to commission research directed toward injury reduc[tion]. Priorities had to be established because of limited funds, and research was directed w[here] was the most urgent need for a standard. Therefore, football helmets were targeted fo[r] research effort.

**Deterrents to Injury Reduction in Football**
Several problems confronted NOCSAE in its attempt to reduce football injuries. One problems in reducing injuries in football was the increased use of the head as the initi[al] contact in blocking and tackling. It was the concern of NOCSAE that any improveme[nt in] equipment might lead to more and harder hits in that area.

The problem was how to protect a large, fast football player who might posses kineti[c energy] approaching 3,000 foot pounds and to provide such an athlete with equipment that w[as] protective and comfortable.

Researchers were also aware that despite the occasional peaks, such as in 1968, the in[cidence of] head injury fatalities had been averaging less that two per 100,000 athletes. It was po[ssible that] the degree of protection had adjusted to the game and any radical changes would incr[ease] injury.

In addition to the above reasons, there were many unknown and uncontrollable factor[s in] head injuries, i.e., the incidence of cerebrovascular disease death rate in the 15 to 23 [age group] for males was between 0.8 and 2.0 per 100,000. There was every likelihood that man[y] athletes with low tolerance for impact had participated in football undetected and wer[e]

**The NOCSAE Football Helmet Standard**
The work of establishing a football helmet standard began in 1970. A test system was featuring a humanoid head instrumented to determine the degree of hazard experienc[ed by the] model relative to a concussion criterion in a severe football impact simulation. The N[...]

standard was published in 1973. Voluntary changes which have occurred in football l result of research efforts include shell size changes, substitution of stiffer for softer m more space for softer materials, the elimination of models from 85 in 1972 to 25 in 1! quality control.

The equipment which was designed for the initial certification tests was installed in manufacturing plants and subsequently, the manufacturers assumed responsibility for certification. In a pioneering effort by one of the largest helmet reconditioners, install drop test equipment in 1975 and subsequent testing found That 84 percent of the used failed the NOCSAE test. The National Athletic Equipment Reconditioner's Associati (NAERA) became a member of NOCSAE in 1976 and recognizing its value to the pr revision of the NOCSAE Football Helmet Standard in 1977 provided for recertificati helmets by reconditioners. This program, along with the NAERA test results, constitu collection system on helmet performance.

National Collegiate Athletic Association (NCAA) rules mandated the use of certified beginning with the 1978 season, and the National Federation of State High School A; required them from the beginning of the 1980 season.

### Head Injury Reduction

By 1985 a significant downward trend in head injury fatalities was observed leading deaths during the 1990 season for the first time since the beginning of annual fatality 1931. Comparing the incidences of head injury fatalities for pre- and post-NOCSAE ranging from 1959 through 1990 seasons, from the National Federation of State High records, a 74 percent reduction has occurred. Of even more fundamental importance, incidence of serious head injuries, the leading cause of disability and death in footbal to average 4.25/100,000 players in the 1964-68 era, immediately prior to the formatic NOCSAE, has averaged only 0.51/100,000 players during the 2002-2006 seasons, an drop. These results were very gratifying to a group which had confidence that helmet maintained to a severe head injury standard would also have a mitigating effect on ot injuries, such as concussion. This is not to say that helmets were the sole injury reduc since warning and enforcement against spearing as well as other rules changes have a role.

During part of this period of progress and head injury reduction, permanent quadriple neck injuries were averaging 20 annually during the 1971-1975 seasons. Rules maker recognized that the helmet-face mask combination had played a dual role by reducing injuries and lost lives on the one hand and yet inviting use of the head as an offensive the other. In 1976, rules-making committees were responsible for initiating changes v prohibited initial contact of the head in blocking and tackling. These changes have he significantly reduce quadriplegic injuries.

Playing the game requires a team effort among players. Continuing to reduce the low of head and neck injuries requires a concerted effort among rules makers, coaches, ol equipment manufacturers, reconditioners and NOCSAE.

Exhibit "D"
Page 34