Case 2:12-cv-02324-R-MAN Document 29-6 Filed 03/30/12 Page 2 of 3 Page ID #:10791
Case 2:14-cv-08394-R-MAN Document 75 Filed 12/20/13 Page 36 of 56

Division of Corporations - Online Services

Page 1 of 2

Delaware.gov | Text Only

Governor | General Assembly | Courts | Elected Offic

## Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request  How to Form a New Business Entity
Certifications, Apostilles & Authentication of

Frequently Asked Questions   View Search Results

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 2273483 | Incorporation Date / Formation Date: | **09/13/1991** (mm/dd/yyyy) |
| Entity Name: | **ALL AMERICAN SPORTS CORPORATION** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

#### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | **THE PRENTICE-HALL CORPORATION SYSTEM,** | | |
| Address: | **2711 CENTERVILLE ROAD SUITE 400** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | **(302)636-5400** | | |

Additional Information is available for a fee. You can retrieve Status for a more detailed information including current franchise tax assessment, cui and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information [ Submit ]

[ Back to Entity Search ]

Exhibit "E"
Page 36

Division of Corporations - Online Services       Page 2 of 2

Documents       To contact a Delaware Online Agent click here.

---

site map | about this site | contact us | translate | delaware.gov