Case 2:12-md-02323-AB Document 29-9 Filed 02/30/12 Page 1 of 3 Page ID
Case 2:11-cv-08394-R-MAN Document 76 Filed 12/20/13 Page 44 of 56
#:10799

Division of Corporations - Online Services                                          Page 1 of 2

Delaware.gov | Text Only                    Governor | General Assembly | Courts | Elected Offic

## Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent
Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws
Online
Name Reservation
Entity Search
Status
Validate
Certificate
Customer Service
Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and
Fees
Taxes
Expedited
Services
Service of Process
Registered Agents
Get Corporate
Status
Submitting a
Request  How to
Form a New
Business Entity
Certifications,
Apostilles &
Authentication of

Frequently Asked Questions    View Search Results    Logout

Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | |
|---|---|---|
| File Number: | **3670051** | Incorporation Date / Formation Date: **06/13/2003** (mm/dd/yyyy) |
| Entity Name: | **EASTON-BELL SPORTS, LLC** | |
| Entity Kind: | **LIMITED LIABILITY COMPANY (LLC)** | Entity Type: **GENERAL** |
| Residency: | **DOMESTIC** | State: **DE** |

### REGISTERED AGENT INFORMATION

| | | |
|---|---|---|
| Name: | **CORPORATION SERVICE COMPANY** | |
| Address: | **2711 CENTERVILLE ROAD SUITE 400** | |
| City: | **WILMINGTON** | County: **NEW CASTLE** |
| State: | **DE** | Postal Code: **19808** |
| Phone: | **(302)636-5401** | |

Additional Information is available for a fee. You can retrieve Status for a
more detailed information including current franchise tax assessment, cui
and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information [ Submit ]

**Exhibit "H"**
**Page 45**

Division of Corporations - Online Services                                      Page 2 of 2

Documents                    [ Back to Entity Search ]

To contact a Delaware Online Agent click here.

site map  |  about this site  |  contact us  |  translate  |  delaware.gov

Exhibit "H"
Page 46

11/15/2011