Case 2:Case 2:12-cv-02328-AB Document 29-10 Filed 03/30/12 Page 2 of 3 Page ID
Case 2:11-cv-08394-R-MAN Document 76-29 Filed 12/20/11 Page 48 of 50 Page ID
#:10803
Division of Corporations - Online Services                                    Page 1 of 2

Delaware.gov | Text Only                     Governor | General Assembly | Courts | Elected Offic

## Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request How to Form a New Business Entity
Certifications, Apostilles & Authentication of

Frequently Asked Questions   View Search Results   Logout

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3856270 | Incorporation Date / Formation Date: | **09/17/2004** (mm/dd/yyyy) |
| Entity Name: | **RBG HOLDINGS CORP.** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **CORPORATION SERVICE COMPANY** | | |
| Address: | **2711 CENTERVILLE ROAD SUITE 400** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | **(302)636-5401** | | |

Additional Information is available for a fee. You can retrieve Status for a more detailed information including current franchise tax assessment, cur and more for a fee of $20.00.

Would you like ⊙ Status ⊙ Status,Tax & History Information [Submit]

[Back to Entity Search]

**Exhibit "I"**
**Page 48**

Division of Corporations - Online Services

Page 2 of 2

Documents  To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

https://delecorp.delaware.gov/tin/controller

11/15/2011

**Exhibit "I"**
**Page 49**