Case 2:11-cv-08394-R-MAN Document 75 Filed 12/20/13 Page 52 of 56 Page ID
Case 2:12-md-02328-AB Document 29-12 Filed 03/30/12 Page 1 of 5 Page ID
#:10807

Case 2:11-cv-08394-R-MAN Document 75-9 Filed 12/20/11 Page 53 of 56 Page ID #:10808
Case 2:12-md-02323-AB Document 29-12 Filed 03/30/12 Page 2 of 5
Division of Corporations - Online Services
Page 1 of 2

Delaware.gov | Text Only                    Governor | General Assembly | Courts | Elected Offic

## Department of State: Division of Corporations

| | HOME |
|---|---|
| | About Agency |
| | Secretary's Letter |
| | Newsroom |
| | Frequent Questions |
| | Related Links |
| | Contact Us |
| | Office Location |

Frequently Asked Questions   View Search Results   Logout

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 3374940 | Incorporation Date / Formation Date: | **03/29/2001** (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | **RIDDELL SPORTS GROUP, INC.** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

### REGISTERED AGENT INFORMATION

| Name: | **CORPORATION SERVICE COMPANY** | | |
|---|---|---|---|
| Address: | **2711 CENTERVILLE ROAD SUITE 400** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | **(302)636-5401** | | |

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request  How to Form a New Business Entity
Certifications, Apostilles & Authentication of

Additional Information is available for a fee. You can retrieve Status for a more detailed information including current franchise tax assessment, cur and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information [ Submit ]

[ Back to Entity Search ]

**Exhibit "K"**
**Page 53**

Division of Corporations - Online Services

Page 2 of 2

Documents

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | **F.R.C.P. Rule 5(b)(2)** |
| 3 | **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES** |
| 4 | I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 879 West 190th Street, Suite 700, Gardena, CA 90248-4227. |
| 5 | |
| 6 | I hereby certify that on **December 20, 2011**, I served the document: **RIDDELL DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO SEVER; EXHIBITS "A" - "K"** on all interested parties in this action by placing **a true copy** thereof enclosed in sealed envelopes addressed as follows: |
| 7 | |
| 8 | |
| 9 | |
| 10 | **SEE ATTACHED SERVICE LIST** |
| 11 | ( )   **BY MAIL (F.R.C.P. Rule 5(b)(2))** |
| 12 | ( )   **BY OVERNIGHT DELIVERY (F.R.C.P. Rule 5(b)(2))** |
| 13 | ( )   As follows: I am "readily familiar" with the firm's practice of collection and processing documents for mailing. Under the practice, the envelope would be put in a sealed envelope and deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than 1 day after date of deposit for mailing in affidavit. |
| 14 | |
| 15 | |
| 16 | |
| 17 | (X)   **BY CM/ECF:** I hereby certify that I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the parties as shown on the attached Service List. |
| 18 | |
| 19 | |
| 20 | ( )   **BY PERSONAL SERVICE (F.R.C.P. 5(2)):** I delivered such envelope by hand to the addressee. |
| 21 | |
| 22 | Executed on **December 20, 2011,** at Gardena, California. |
| 23 | (X)   **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |
| 24 | |
| 25 | |
| 26 | _____ |
| 27 | Regina Foley |
| 28 | |

Page 55

CV 11-8394 R (MANx)

# SERVICE/MAILING LIST

## Vernon Maxwell et al. v. National Football League, et al.

United States District Court–Central District of California - Western Division Case No: CV 11-8394 R (MANx)

| | |
|---|---|
| Thomas V. Girardi, Esq.<br>GIRARDI │ KEESE<br>1126 Wilshire Boulevard<br>Los Angeles, CA  90017 | **Attorneys for Plaintiffs**<br><br>Tel:  (213) 977.0211<br>Fax:  (213) 481.1554 |
| Herman Russomanno, Esq.<br>Robert Borrello, Esq.<br>RUSSOMANNO & BORRELLO, P.A.<br>150 West Flagler Street – PH 2800<br>Miami, FL  33130 | **Attorneys for Plaintiffs**<br><br>Tel:  (305) 373.2101<br>Fax:  (305) 373.2103 |
| Jason E. Luckasevic, Esq.<br>John T. Tierney, III, Esq.<br>GOLDBERG, PERSKY & WHITE, P.C.<br>1030 Fifth Avenue<br>Pittsburgh, PA  15219 | **Attorneys for Plaintiffs**<br><br>Tel:  (412) 471.3980<br>Fax:  (412) 471.8308 |
| Ronald L. Olson, Esq.<br>Glenn d. Pomerantz, Esq.<br>John M. Rappaport, Esq.<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th<br>Los Angeles, CA 90071-1560 | **Attorneys for Defendants**<br>**NATIONAL FOOTBALL LEAGUE and**<br>**NFL PROPERTIES LLC**<br><br>Tel:  (213) 683.9100<br>Fax:  (213) 683.5100 |
| Brad S. Karp, Esq.<br>Theodore V. Wells, Jr., Esq.<br>Lynn B. Bayard, Esq.<br>Beth A. Wilkinson, Esq.<br>Bruce Birenboim, Esq.<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | **Attorneys for Defendants**<br>**NATIONAL FOOTBALL LEAGUE and**<br>**NFL PROPERTIES LLC**<br><br>Tel:  (212) 373.3000<br>Fax:  (212) 757.3990 |

1496338-WE 1