IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>LARRY BARNES, et al.<br><br>       Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>       Defendants. | CIVIL ACTION<br>Case No. 2:12-cv-1024 |

**RIDDELL DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS
PLAINTIFFS' SECOND AMENDED COMPLAINT; EXHIBIT "A"**

BOWMAN AND BROOKE LLP
Paul G. Cereghini (SBN: 148016)
*Paul.Cereghini@bowmanandbrooke.com*
Vincent Galvin, Jr. (SBN: 104448)
*Vincent.Galvin@bowmanandbrooke.com*
Marion V. Mauch (SBN: 253672)
*Marion.Mauch@bowmanandbrooke.com*
879 West 190th Street, Suite 700
Gardena, CA 90248-4227
Tel: (310) 768-3068
Fax: (310) 719-1019

Attorneys for Defendants RIDDELL, INC.; ALL AMERICAN SPORTS CORPORATION; RIDDELL SPORTS GROUP, INC.; EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC; EB SPORTS CORP.; and RBG HOLDINGS CORP.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BARNES, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>Defendants. | CASE NO. CV 11-8396 R (MANx)<br><br>**RIDDELL DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT; EXHIBIT "A"**<br><br>Date: January 17, 2012<br>Time: 10:00 a.m.<br>Dept: Courtroom 8<br><br>Judge: Hon. Manuel L. Real<br><br>Notice of related cases:<br>No. CV 11-08395 R (MANx)<br>No. CV 11-08394 R (MANx) |

1

| | |
|---|---|
| 1 | **TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR** |
| 2 | **THE CENTRAL DISTRICT OF CALIFORNIA AND ALL PARTIES AND** |
| 3 | **THEIR COUNSEL OF RECORD HEREIN:** |
| 4 | **PLEASE TAKE NOTICE THAT** on January 17, 2012, at 10:00 a.m., or as |
| 5 | soon thereafter as the matter may be heard in Courtroom 8 of the United States |
| 6 | District Court, Central District of California, Western Division, located at 312 N. |
| 7 | Spring Street, Los Angeles, California 90012, Defendants Riddell, Inc. |
| 8 | (erroneously styled as "d/b/a Riddell Sports Group, Inc."); All American Sports |
| 9 | Corporation; Riddell Sports Group, Inc.; Easton-Bell Sports, Inc.; Easton-Bell |
| 10 | Sports, LLC; EB Sports Corp.; and RBG Holdings Corp. (collectively, the "Riddell |
| 11 | Defendants")[1] will move the Court for an order pursuant to Rules 8 and 12(b)(6) of |
| 12 | the Federal Rules of Civil Procedure ("FRCP") to dismiss all Plaintiffs' claims in |
| 13 | the three related actions styled as *Maxwell v. National Football League, et al.*, |
| 14 | Case No. CV 11-8394 R (MANx), *Pear v. National Football League, et al.*, Case |
| 15 | No. CV 11-8395 R (MANx), and *Barnes v. National Football League, et al.*, Case |
| 16 | No. CV 11-8396 R (MANx), in their entirety. |
| 17 | The Riddell Defendants refer this Court to their Memorandum of Points and |
| 18 | Authorities in support of its Motion to Dismiss Plaintiffs' Amended Complaints |
| 19 | filed in the related case, *Vernon Maxwell, et al. v. National Football League, et al.* |
| 20 | (Case No. 11-8394 R (MANx)). The Riddell Defendants incorporate that |
| 21 | memorandum and those arguments from *Maxwell* as if made fully herein.[2] |

---

[1] Referring to these Defendants collectively does not imply or concede that they are properly joined or named as Defendants, and the "Riddell Defendants" reserve the right to move to dismiss some or all of them. The collective reference is merely for convenience.

[2] A true and correct copy of the Riddell Defendants' Memorandum of Points and Authorities in support of its Motion to Dismiss Plaintiffs' Amended Complaints filed in the related case of *Vernon Maxwell, et al. v. National Football League, et al.* (Case No. 11-8394 R (MANx)) is attached hereto as Exhibit "A."

The Riddell Defendants further base this Motion on the pleadings, records, and files in this action, and such other and further evidence and argument as may be presented at the time of the hearing.

DATED: December 20, 2011        BOWMAN AND BROOKE LLP

By /s/ Paul G. Cereghini
Paul G. Cereghini
Vincent Galvin
Marion V. Mauch
Attorneys for Defendants RIDDELL, INC.; ALL AMERICAN SPORTS CORPORATION; RIDDELL SPORTS GROUP, INC.; EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC; EB SPORTS CORP.; and RBG HOLDINGS CORP.