**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>LARRY BARNES, et al.<br><br>       Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>       Defendants. | CIVIL ACTION<br>Case No. 2:12-cv-1024 |

**RE-FILED [PROPOSED] ORDER GRANTING RIDDELL DEFENDANTS' REQUEST
FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS
<u>PLAINTIFFS' SECOND AMENDED COMPLAINT</u>**

| | |
|---|---|
| 1 | BOWMAN AND BROOKE LLP |
| 2 | Paul G. Cereghini (SBN: 148016) |
|   | *Paul.Cereghini@bowmanandbrooke.com* |
| 3 | Vincent Galvin, Jr. (SBN: 104448) |
| 4 | *Vincent.Galvin@bowmanandbrooke.com* |
|   | Marion V. Mauch (SBN: 253672) |
| 5 | *Marion.Mauch@bowmanandbrooke.com* |
| 6 | 879 West 190th Street, Suite 700 |
|   | Gardena, CA 90248-4227 |
| 7 | Tel: (310) 768-3068 |
| 8 | Fax: (310) 719-1019 |
| 9 | |
|   | Attorneys for Defendants RIDDELL, INC.; ALL AMERICAN |
| 10 | SPORTS CORPORATION; RIDDELL SPORTS GROUP, INC.; |
| 11 | EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC; |
|   | EB SPORTS CORP.; and RBG HOLDINGS CORP. |
| 12 | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY BARNES, et al., | | CASE NO.: CV 11-8396 R (MANx) |
| | Plaintiffs, | **[PROPOSED] ORDER GRANTING RIDDELL DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** |
| vs. | | |
| NATIONAL FOOTBALL LEAGUE, et al., | | |
| | Defendants. | Date: January 17, 2012<br>Time: 10:00 a.m.<br>Dept: Courtroom 8 |
| | | Judge: Hon. Manuel L. Real |
| | | Notice of related cases:<br>No. CV 11-08394 R (MANx)<br>No. CV 11-08395 R (MANx) |

1

CV 11-8396 R (MANx)

| | |
|---|---|
| 1 | Defendants RIDDELL, INC. (erroneously styled as "d/b/a Riddell sports |
| 2 | Group, Inc."); ALL AMERICAN SPORTS CORPORATION; RIDDELL SPORTS |
| 3 | GROUP, INC.; EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, |
| 4 | LLC; EB SPORTS CORP.; and RBG HOLDINGS CORP.'s (collectively, the |
| 5 | "Riddell Defendants") Request for Judicial Notice in Support of their Motion to |
| 6 | Dismiss Plaintiffs' Second Amended Complaint came on regularly for hearing on |
| 7 | January 17, 2012, at 10:00 a.m. in Courtroom 8 of the above-entitled United States |
| 8 | District Court, at 10:00 a.m., the Honorable Manuel L. Real presiding. After full |
| 9 | consideration of the papers filed in connection with the request, the arguments of |
| 10 | counsel, and all other papers on file in this action, the Riddell Defendants' Request |
| 11 | for Judicial Notice is GRANTED. |
| 12 | IT IS HEREBY ORDERED THAT that this Court takes judicial notice of |
| 13 | the complaint in *Hardman v. National Football League*, et al., Los Angeles County |
| 14 | Superior Court Case No. BC471229. |

DATED: _____ By:_____
HONORABLE MANUEL L. REAL