IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>LARRY BARNES, et al.<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>Defendants. | CIVIL ACTION<br>Case No. 2:12-cv-1024 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Riddell Defendants' Request for Judicial Notice in Support of Motion to Dismiss Plaintiffs' Second Amended Complaint has been filed electronically pursuant to paragraph 3 of Case Management Order No. 1 and is available for downloading and viewing from the Court's ECF system by all counsel of record.

/s/ Eden M. Darrell
Eden M. Darrell