# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>LARRY BARNES, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>        Defendants. | CIVIL ACTION<br>Case No. 2:12-cv-1024 |

**RIDDELL DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS
PLAINTIFFS' SECOND AMENDED COMPLAINT; EXHIBIT "A"**

| | |
|---|---|
| 1 | BOWMAN AND BROOKE LLP |
| 2 | Paul G. Cereghini (SBN: 148016) |
| | *Paul.Cereghini@bowmanandbrooke.com* |
| 3 | Vincent Galvin, Jr. (SBN: 104448) |
| 4 | *Vincent.Galvin@bowmanandbrooke.com* |
| | Marion V. Mauch (SBN: 253672) |
| 5 | *Marion.Mauch@bowmanandbrooke.com* |
| 6 | 879 West 190th Street, Suite 700 |
| | Gardena, CA 90248-4227 |
| 7 | Tel: (310) 768-3068 |
| 8 | Fax: (310) 719-1019 |
| 9 | |
| | Attorneys for Defendants RIDDELL, INC.; ALL AMERICAN |
| 10 | SPORTS CORPORATION; RIDDELL SPORTS GROUP, INC.; |
| 11 | EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC; |
| | EB SPORTS CORP.; and RBG HOLDINGS CORP. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BARNES, et al., | CASE NO.: CV 11-8396 R (MANx) |
| Plaintiffs, | **RIDDELL DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT; EXHIBIT "A"** |
| vs. | |
| NATIONAL FOOTBALL LEAGUE, et al., | Date: February 6, 2012 |
| | Time: 10:00 a.m. |
| Defendants. | Dept: Courtroom 8 |
| | Judge: Hon. Manuel L. Real |
| | Notice of related cases: |
| | No. CV 11-08394 R (MANx) |
| | No. CV 11-08395 R (MANx) |

1

Defendants Riddell, Inc. (erroneously styled as "d/b/a Riddell Sports Group, Inc."); All American Sports Corporation; Riddell Sports Group, Inc.; Easton-Bell Sports, Inc.; Easton-Bell Sports, LLC; EB Sports Corp.; and RBG Holdings Corp. (collectively, the "Riddell Defendants")[1], pursuant to L.R. 7-10, submit this reply in response to Plaintiffs' opposition and in support of the Riddell Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint. Riddell Defendants refer this Court to their Reply Memorandum of Points and Authorities in Support of Motion to Dismiss Plaintiffs' Amended Complaints Pursuant to Rules 8 and 12(b)(6) filed in the related case, *Vernon Maxwell, et al. v. National Football League, et al.* (Case No. 11-8394 R (MANx)), on January 23, 2012, since the *Barnes* action is largely identical to the *Maxwell* action. The Riddell Defendants incorporate that memorandum and those arguments from *Maxwell* as if made fully herein, except as specifically noted therein.[2]

For the reasons stated in the attached memorandum and in their opening memorandum, the Riddell Defendants respectfully request that the Court dismiss Plaintiffs' claims in their entirety against the Riddell Defendants with prejudice.

///
///
///
///
///

---

[1] Referring to these Defendants collectively does not imply or concede that they are properly joined or named as Defendants, and the "Riddell Defendants" reserve the right to move to dismiss some or all of them. The collective reference is merely for convenience.

[2] A true and correct copy of the Riddell Defendants' Reply Memorandum of Points and Authorities in Support of Motion to Dismiss Plaintiffs' Amended Complaints Pursuant to Rules 8 and 12(b)(6) filed in the related case of *Vernon Maxwell, et al. v. National Football League, et al.* (Case No. 11-8394 R (MANx)), on January 23, 2012, is attached hereto as Exhibit "A."

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: January 23, 2012 | BOWMAN AND BROOKE LLP |
| 3 | | |
| 4 | | By: /s/ Paul G. Cereghini |
| 5 | | Paul G. Cereghini<br>Vincent Galvin |
| 6 | | Marion V. Mauch<br>Attorneys for Defendants RIDDELL, |
| 7 | | INC.; ALL AMERICAN SPORTS<br>CORPORATION; RIDDELL |
| 8 | | SPORTS GROUP, INC.; EASTON-<br>BELL SPORTS, INC.; EASTON- |
| 9 | | BELL SPORTS, LLC; EB SPORTS |
| 10 | | CORP.; and RBG HOLDINGS<br>CORP. |

3