IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>LARRY BARNES, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>        Defendants. | MDL No. 2323<br>No. 12-md-2323-AB<br><br>CIVIL ACTION<br>Case No. 2:12-cv-1024 |

**RE-FILED [PROPOSED] ORDER GRANTING RIDDELL DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO SEVER**

BOWMAN AND BROOKE LLP
Paul G. Cereghini (SBN: 148016)
*Paul.Cereghini@bowmanandbrooke.com*
Vincent Galvin, Jr. (SBN: 104448)
*Vincent.Galvin@bowmanandbrooke.com*
Marion V. Mauch (SBN: 253672)
*Marion.Mauch@bowmanandbrooke.com*
879 West 190th Street, Suite 700
Gardena, CA 90248-4227
Tel: (310) 768-3068
Fax: (310) 719-1019

Attorneys for Defendants RIDDELL, INC.; ALL AMERICAN SPORTS CORPORATION; RIDDELL SPORTS GROUP, INC.; EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC; EB SPORTS CORP.; and RBG HOLDINGS CORP.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BARNES, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL FOOTBALL LEAGUE, et al., <br><br> Defendants. | CASE NO.: CV 11-8396 R (MANx) <br><br> **[PROPOSED] ORDER GRANTING RIDDELL DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO SEVER** <br><br> Date: January 17, 2012 <br> Time: 10:00 a.m. <br> Dept: Courtroom 8 <br><br> Judge: Hon. Manuel L. Real <br><br> Notice of related cases: <br> No. CV 11-08394 R (MANx) <br> No. CV 11-08395 R (MANx) |

1

Defendants RIDDELL, INC. (erroneously styled as "d/b/a Riddell sports Group, Inc."); ALL AMERICAN, SPORTS CORPORATION; RIDDELL SPORTS GROUP, INC.; EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC; EB SPORTS CORP.; and RBG HOLDINGS CORP'S (collectively, the "Riddell Defendants") Request for Judicial Notice in Support of their Motion to Sever came on regularly for hearing on January 17, 2012, at 10:00 a.m. in Courtroom 8 of the United States District Court, the Honorable Manuel L. Real presiding. After full consideration of the papers filed in connection with the request, the arguments of counsel, and all other papers on file in this action, the Riddell Defendants' Request for Judicial Notice is GRANTED.

IT IS HEREBY ORDERED THAT this Court takes judicial notice of the following:

1. The fact that football helmets have changed considerably between 1956 and 2009; and,
2. The dates of incorporation and formation of the Riddell Defendants as listed on the Delaware and Illinois Secretaries of States' online databases.

DATED: _____   By: _____
                               HONORABLE MANUEL L. REAL