Case 2:11-cv-08396-R-MAN Document 76 Filed 12/20/11 Page 5 of 50 Page ID
Case 2:12-mc-02323-AB Document 38-2 Filed 03/30/12 Page 1 of 6
#:10773




Subscribe / Give a Gift / Customer Service / Promotions / Blogs / Video / iPad App Edition /

# Popular Mechanics

**TRY:** Lawr

Homepage / Outdoors / Sports / Football / 10 Steps in the High-Tech Evolution of Pro Football Helmets

## 10 Steps in the High-Tech Evolution of Pro Football Helmets

With tackles regularly drilling NFL players at more than 150 g's, their heads need the best protection possible. In this exclusive kickoff weekend excerpt from the new PM book *How a Curveball Curves: The Incredible Science of Sports*, track the history of brain safety on the gridiron, from "head harnesses" to face masks.

By Andrew Gaffney

Tweet 0      Comments 0    Email   Print



**Cincinnati Bengals and Indianapolis Colts players at the line of scrimmage prior to the snap during the game at the RCA Dome in Indianapolis, Indiana, in December 2006.**

Scott Boehm/Getty Images

December 18, 2009 3:18 AM    TEXT SIZE: A . A . A

**When you strap on a football helmet,** part of you feels as if you're going to war, like some medieval knight of old about to wage hand-to-hand combat. The reality is that football is just a game, but one that comes with the risk of physical injury. That's why the players wear helmets.

It's no secret that quarterbacks Troy Aikman of the Dallas Cowboys and Steve Young of the San Francisco 49ers retired because of repeated head injuries. Their departure focused more attention on helmets and the need to further protect players against debilitating and life-threatening concussions.

Exhibit "A"
Page 6



In 2002, Riddell developed a new Revolution helmet designed to reduce the incidence of concussion. Schutt Sports Group, the other major helmet manufacturer, followed suit with an improved helmet of its own called DNA. A three-year, Riddell-financed study of high-school players by the University of Pittsburgh Medical Center found that the annual rate of concussion was 5.3 percent for players wearing the Revolution helmet and 7.6 percent for players wearing standard helmets.

While no helmet can prevent a concussion, these helmets offer a protection level that is unprecedented. It's been only 60 years since helmets were made mandatory in the NFL and in colleges. In fact, former President Gerald Ford was one of those players who braved the game without a helmet, in the early 1930s, as a center for the Michigan Wolverines. And while that opened the door for a lot of one-liners about the need for helmets, that little tidbit does illustrate how far head protection has come in the interim.

## Helmet History

Although helmets did not become standard gear until after World War II, some pioneering players wore primitive head covering as far back as the early 1900s. The earliest versions, called "head harnesses," were made of soft leather and were predominantly designed to cover the ears. Because the flaps on the original head harnesses covered the ear completely, however, they were criticized for hindering communication on the playing field. The first helmets offering full protection of the skull and featuring holes in the earflaps were introduced between 1915 and 1917. Although the flat-top caps were still made of soft leather, they offered some suspension, rather than resting directly on the skull.

During the 1920s and 1930s, makers began to utilize harder leathers and some fabric cushioning for greater protection. Helmets also began evolving from the flat-top shape, adopting more of the teardrop shape of the skull and allowing the impact of a blow to slide to one side rather than being absorbed head-on.

10 Steps in the High-Tech Evolution of Pro Football Helmets — Popular... Page 3 of 5

Case 2:11-cv-08395-R-MAN Document 76-58 Filed 12/20/11 Page 4 of 6 Page ID of 5
Case 2:11-cv-08395-R-MAN Document 76 Filed 12/20/11 Page 8 of 50 Page ID #:10776

   

**Early 1900s**
Soft leather harness style. YMCA team from Latrobe, Pennsylvania.

**1915**
Soft leather flat-top style. Typical of early pro team Canton Bulldogs. YMCA team from Latrobe, Pennsylvania.

**1920s**
Soft leather helmet. Typical of the NFL's Duluth Eskimos.

**1930s, early 1940s**
Hard leather style. Typical of the NFL's Chicago Bears.

   

**1940s**
Hard leather, first graphics. Los Angeles Rams.

**1950s, 1960s**
Plastic helmet. Detroit Lions.

**1970s, early 1980s**
Plastic helmet. St. Louis Cardinals.

**1980s to present**
Plastic helmet. Minnesota Vikings.

 

**Riddell Revolution helmet**

**ProCap**, a polyurethane pad that attaches to the outside of the helmet, is an added safeguard against concussions.

- The Evolution of the Helmet

# Birth of the Modern Helmet

The granddaddy of helmet innovation, however, came in 1939, when the John T. Riddell Company of Chicago introduced the first plastic football helmet. In addition to being stronger than leather models, the plastic helmet proved to be more durable. Riddell is credited with adding the first face mask, also plastic, in 1940 and moving the helmet strap from the Adam's apple to the chin.

Despite its performance improvements, the plastic helmet did have to overcome some hurdles before it would drastically change the game. Because plastics and other materials were scarce during World War II, some of Riddell's early models were not particularly well made. In fact, after Fred Naumetz of the Los Angeles Rams split nine in one season, plastic helmets were banned from the NFL. (Meanwhile, that same year, Fred Gehrke, another Rams player, and a former art student, became the first to paint a team logo on his helmet.)

Riddell quickly made some refinements in the types of synthetics used for construction, and with some lobbying from coach George Halas of the Chicago Bears, plastic helmets were reinstated in 1949 and soon after became the official helmets of the NFL. Riddell's earliest molded shells still serve as models for modern energy-absorbing helmets, which feature specially molded polycarbon plastic construction

and high-tech cushioning systems.

Face masks evolved along the same lines—with early versions often shattering—until the development of the tubular bar in 1955. Popularized by legendary Cleveland Browns quarterback Otto Graham, the single bar soon blossomed into the vertical birdcage worn by today's players. Dark visors were added in the mid-1980s for use by players with eye injuries.

TAGS: in, 10, high-tech, football, the, pro, Steps, evolution, helmets, of

## Related Stories
10 Steps in the High-Tech Evolution of Pro Football Helmets
Head Games: How Helmet Tech Works in 7 Different Sports
The Evolution Of The Football
Top 5 Technologies in NFL Stadiums
Which Football Helmets Can Take the Most Punishment?
The Future of In-Car Infotainment Systems

ADVERTISEMENT

**Helmet Design** www.machine-language.com
Creative, Innovative Helmet Designer Free Consultation and Quotes

**Riddell Helmet Concerns** www.ZimmReed.com
If you bought based on safety features, please call us.

**Face Masks** AbsoluteSci.com
Earloop Face Mask On Sale Now! Ship Toda Only $44.25/cs

**NFL Authentic Helmets** www.NFLShop.com
Buy Licensed NFL Authentic Helmets! Officia NFL Authentic Helmets.

## Post a comment

Add a comment...

Comment

Facebook social plugin

**TRY:** Lawn Care / Tool Reviews / DIY Car Repair

**ABOUT POPULAR MECHANICS**

iPad App Edition
Digital Edition
About Us
Press Room
Privacy & Terms of Use
Site Map
Contact Us
Community Guidelines
Advertise Online
About Our Ads

**POPULARMECHANICS.COM**

Automotive
Technology
Science
Home How-To
Outdoors
DIY Central

**STUFF MEN LIKE**

How to Build a Car
Home Inspection Checklist
Diesel Truck Reviews
DIY Solar Panels
Science Fiction Movies
Fuel Injector Cleaner
Hard Drive Data Recovery
Synthetic Oil Review
Most Fuel Efficient Cars
Best Men's Watches
How to Make Pancakes from Scratch

**REVIEWS**

Mens Shoes
Best Restaurants NYC
Tuxedo Styles and Reviews
Upcoming Movies
Zero Turn Mowers
Raised Garden Be
Vizio TV Reviews
Foods with Iron
Mens Hairstyles
Microsoft Surface
Organic Foods

Connect with Us   More Option

©2011 Hearst Communication, Inc. All Rights Reserved. Being Green / Wh

HEARST men's network
A part of Hearst Digital Media