

Exhibit "C"
Page 18



Exhibit "C"
Page 19

Case 2:12-md-02323-AB Document 38-4 Filed 09/30/12 Page 4 of 15
Case 2:11-cv-08396-R-MAN Document 76 Filed 12/20/11 Page 20 of 96 Page ID
#:10788

Exhibit "C"
Page 20





Exhibit "C"
Page 22



Case 2:11-cv-08396-R-MAN Document 76 Filed 12/20/11 Page 26 of 96 Page ID #:10791

Case 2:12-md-02328-AB Document 38-4 Filed 09/30/12 Page 7 of 15



Exhibit "C"
Page 23



Exhibit "C"
Page 24

Case 2:12-cv-02328-AB   Document 38-4   Filed 09/30/12   Page 9 of 15
Case 2:11-cv-08396-R-MAN   Document 76   Filed 12/20/11   Page 25 of 90   Page ID
#:10793



Exhibit "C"
Page 25



Exhibit "C"
Page 26





Exhibit "C"
Page 28



Exhibit "C"
Page 30



Case 2:12-md-02323-AB Document 88-4 Filed 02/30/12 Page 15 of 15
Case 2:11-cv-08396-R-MAN Document 76-8 Filed 12/20/11 Page 31 of 56 Page ID #:10799



Exhibit "C"
Page 31