Case 2:12-md-02323-AB Document 38-6 Filed 02/30/12 Page 1 of 3

Division of Corporations - Online Services                                Page 1 of 2

Delaware.gov | Text Only                    Governor | General Assembly | Courts | Elected Offic

## Department of State: Division of Corporations

HOME
About Agency
Secretary's Letter
Newsroom
Frequent
Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws
Online
Name Reservation
Entity Search
Status
Validate
Certificate
Customer Service
Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and
Fees
Taxes
Expedited
Services
Service of Process
Registered Agents
Get Corporate
Status
Submitting a
Request  How to
Form a New
Business Entity
Certifications,
Apostilles &
Authentication of

Frequently Asked Questions   View Search Results

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDIN(**

| | | | |
|---|---|---|---|
| File Number: | 2273483 | Incorporation Date / Formation Date: | **09/13/1991** (mm/dd/yyyy) |
| Entity Name: | **ALL AMERICAN SPORTS CORPORATION** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

#### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | **THE PRENTICE-HALL CORPORATION SYSTEM,** | | |
| Address: | **2711 CENTERVILLE ROAD SUITE 400** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | **(302)636-5400**🖨 | | |

Additional Information is available for a fee. You can retrieve Status for a
more detailed information including current franchise tax assessment, cur
and more for a fee of $20.00.

Would you like ◉ Status ◉ Status,Tax & History Information [ Submit ]

[ Back to Entity Search ]

**Exhibit "E"
Page 36**

Division of Corporations - Online Services

Documents        To contact a Delaware Online Agent click here.

site map  |  about this site  |  contact us  |  translate  |  delaware.gov

**Exhibit "E"
Page 37**