Delaware.gov | Text Only     Governor | General Assembly | Courts | Elected Offic

## Department of State: Division of Corporations

Frequently Asked Questions    View Search Results    Logout

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| **File Number:** | **4251534** | **Incorporation Date / Formation Date:** | **11/15/2006** (mm/dd/yyyy) |
| **Entity Name:** | **EB SPORTS CORP.** | | |
| **Entity Kind:** | **CORPORATION** | **Entity Type:** | **GENERAL** |
| **Residency:** | **DOMESTIC** | **State:** | **DE** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| **Name:** | **CORPORATION SERVICE COMPANY** |
| **Address:** | **2711 CENTERVILLE ROAD SUITE 400** |
| **City:** | **WILMINGTON**    **County:** **NEW CASTLE** |
| **State:** | **DE**    **Postal Code:** **19808** |
| **Phone:** | **(302)636-5401** |

Additional Information is available for a fee. You can retrieve Status for a more detailed information including current franchise tax assessment, cur and more for a fee of $20.00.

Would you like  ○ Status  ○ Status,Tax & History Information  [ Submit ]

[ Back to Entity Search ]

**Exhibit "F"**
**Page 39**

Documents   To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

**Exhibit "F"**
**Page 40**