Case 2:14-cv-08596-R-MAN Document 76 Filed 12/20/13 Page 42 of 56 Page ID #:10810
Case 2:12-md-02323-AB Document 38-8 Filed 03/30/12 Page 2 of 3
Division of Corporations - Online Services
Page 1 of 2

Delaware.gov | Text Only

Governor | General Assembly | Courts | Elected Offic

## Department of State: Division of Corporations

Frequently Asked Questions    View Search Results    Logout

### HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

### SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

### INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request How to Form a New Business Entity
Certifications, Apostilles & Authentication of

**Entity Details**

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3649359 | Incorporation Date / Formation Date: | **04/21/2003** (mm/dd/yyyy) |
| Entity Name: | **EASTON-BELL SPORTS, INC.** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **CORPORATION SERVICE COMPANY** | | |
| Address: | **2711 CENTERVILLE ROAD SUITE 400** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | **(302)636-5401** | | |

Additional Information is available for a fee. You can retrieve Status for a more detailed information including current franchise tax assessment, cur and more for a fee of $20.00.

Would you like ○ Status ○ Status, Tax & History Information [ Submit ]

[ Back to Entity Search ]

**Exhibit "G"**
**Page 42**

https://delecorp.delaware.gov/tin/controller      11/15/2011

Division of Corporations - Online Services

Page 2 of 2

| Documents | To contact a Delaware Online Agent click here. |

site map | about this site | contact us | translate | delaware.gov

**Exhibit "G"**
**Page 43**