Case 2:14-cv-08590-R-MAN Document 76 Filed 12/20/13 Page 45 of 56 Page ID #:10813
Case 2:12-md-02323-AB Document 38-9 Filed 03/30/12 Page 2 of 3
Division of Corporations - Online Services  Page 1 of 2

Delaware.gov | Text Only        Governor | General Assembly | Courts | Elected Offic

## Department of State: Division of Corporations

| | |
|---|---|
| HOME | Frequently Asked Questions   View Search Results   Logout |
| About Agency | |
| Secretary's Letter | |
| Newsroom | Entity Details |

| | | | |
|---|---|---|---|
| Frequent Questions | | **THIS IS NOT A STATEMENT OF GOOD STANDING** | |
| Related Links | | | |
| Contact Us | | Incorporation Date / | **06/13/2003** (mm/dd/yyyy) |
| Office Location | File Number: | **3670051** | |
| | | Formation Date: | |
| **SERVICES** | | | |
| Pay Taxes | | | |
| File UCC's | Entity Name: | **EASTON-BELL SPORTS, LLC** | |
| Delaware Laws Online | | | |
| Name Reservation | | **LIMITED** | |
| Entity Search | Entity Kind: | **LIABILITY COMPANY (LLC)** | Entity Type: **GENERAL** |
| Status | | | |
| Validate Certificate | | | |
| Customer Service Survey | Residency: | **DOMESTIC** | State: **DE** |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| **INFORMATION** | |
| Corporate Forms | |
| Corporate Fees | Name: **CORPORATION SERVICE COMPANY** |
| UCC Forms and Fees | Address: **2711 CENTERVILLE ROAD SUITE 400** |
| Taxes | |
| Expedited Services | City: **WILMINGTON**    County: **NEW CASTLE** |
| Service of Process | State: **DE**    Postal Code: **19808** |
| Registered Agents | |
| Get Corporate Status | Phone: **(302)636-5401** |

Submitting a Request  How to Form a New Business Entity Certifications, Apostilles & Authentication of

Additional Information is available for a fee. You can retrieve Status for a more detailed information including current franchise tax assessment, cur and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information [ Submit ]

**Exhibit "H"**
**Page 45**

https://delecorp.delaware.gov/tin/controller                11/15/2011

Case 2:14-cv-08596-R-MAN Document 76 Filed 12/20/13 Page 46 of 56 Page ID #:10814
Case 2:12-cv-02323-AB Document 38-9 Filed 03/30/12 Page 3 of 3

Division of Corporations - Online Services

Page 2 of 2

Documents

Back to Entity Search

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov