Case 2:11-cv-08396-R-MAN Document 76 Filed 12/20/11 Page 51 of 56 Page ID #:10819
Case 2:12-cv-02328-AB Document 38-1 Filed 03/30/12 Page 2 of 2 Page ID
CORP/LLC - File Detail Report    Page 1 of 1



### CORPORATION FILE DETAIL REPORT

| Entity Name | RIDDELL, INC. | File Number | 55031584 |
|---|---|---|---|
| Status | ACTIVE | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 04/04/1988 | State | ILLINOIS |
| Agent Name | ILLINOIS CORPORATION SERVICE C | Agent Change Date | 04/18/2008 |
| Agent Street Address | 801 ADLAI STEVENSON DRIVE | President Name & Address | PAUL E HARRIGTON 7855 HASKELL AVENUE VAN NUYS CA 91406 |
| Agent City | SPRINGFIELD | Secretary Name & Address | RICHARD D TIPTON 7855 HASKELL AVENUE VAN NUYS CA 91406 |
| Agent Zip | 62703 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 02/17/2011 | For Year | 2011 |
| Old Corp Name | 04/22/1988 - EN&T ASSOCIATES INC. | | |

**Return to the Search Screen**      Purchase Certificate of Good Standing
(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

**Exhibit "J"**
**Page 51**