Delaware.gov | Text Only

Governor | General Assembly | Courts | Elected Offic

## Department of State: Division of Corporations

| HOME | Frequently Asked Questions  View Search Results  Logout |
|---|---|

About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request  How to Form a New Business Entity
Certifications, Apostilles & Authentication of

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 3374940 | Incorporation Date / Formation Date: | **03/29/2001** (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | **RIDDELL SPORTS GROUP, INC.** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

**REGISTERED AGENT INFORMATION**

| Name: | **CORPORATION SERVICE COMPANY** | | |
|---|---|---|---|
| Address: | **2711 CENTERVILLE ROAD SUITE 400** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | **(302)636-5401** | | |

Additional Information is available for a fee. You can retrieve Status for a more detailed information including current franchise tax assessment, cur and more for a fee of $20.00.

Would you like ○ Status ○ Status, Tax & History Information [Submit]

[Back to Entity Search]

**Exhibit "K"**
**Page 53**

Division of Corporations - Online Services | Page 2 of 2

Documents    To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

**Exhibit "K"**
**Page 54**

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | **F.R.C.P. Rule 5(b)(2)** |

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 879 West 190th Street, Suite 700, Gardena, CA 90248-4227.

I hereby certify that on **December 20, 2011,** I served the document: **RIDDELL DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO SEVER; EXHIBITS "A" – "K"** on all interested parties in this action by placing **a true copy** thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

( )   **BY MAIL (F.R.C.P. Rule 5(b)(2))**

( )   **BY OVERNIGHT DELIVERY (F.R.C.P. Rule 5(b)(2))**

( )   As follows: I am "readily familiar" with the firm's practice of collection and processing documents for mailing. Under the practice, the envelope would be put in a sealed envelope and deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than **1** day after date of deposit for mailing in affidavit.

(X)   **BY CM/ECF:** I hereby certify that I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the parties as shown on the attached Service List.

( )   **BY PERSONAL SERVICE (F.R.C.P. 5(2)):** I delivered such envelope by hand to the addressee.

Executed on **December 20, 2011,** at Gardena, California.

(X)   **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Regina Foley

# SERVICE/MAILING LIST

## Larry Barnes et al. v. National Football League, et al.

United States District Court–Central District of California - Western Division Case No: CV 11-8396 ODW (JCGx)

| | |
|---|---|
| David A. Rosen<br>ROSE, KLEIN & MARIAS LLP<br>801 S. Grand Avenue, 11th Floor<br>Los Angeles, CA 90017-4645 | **Attorneys for Plaintiffs**<br><br>Tel: (213) 626.0571<br>Fax: (213) 623.7755 |
| Ronald L. Olson, Esq.<br>Glenn d. Pomerantz, Esq.<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th<br>Los Angeles, CA 90071-1560 | **Attorneys for Defendants<br>NATIONAL FOOTBALL<br>LEAGUE and NFL PROPERTIES<br>LLC**<br><br>Tel: (213) 683.9100<br>Fax: (213) 683.5100 |
| Brad S. Karp, Esq.<br>Theodore V. Wells, Jr., Esq.<br>Lynn B. Bayard, Esq.<br>PAUL, WEISS, RIFKIND, WHARTON<br>& GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | **Attorneys for Defendants<br>NATIONAL FOOTBALL<br>LEAGUE and NFL PROPERTIES<br>LLC**<br><br>Tel: (212) 373.3000<br>Fax: (212) 757.3990 |