**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

DANA B. KLINGES
DIRECT DIAL: 215.979.1143
PERSONAL FAX: 215.405.2632
E-MAIL: dklinges@duanemorris.com

www.duanemorris.com

March 30, 2012

**VIA FACSIMILE AND ECF**

The Honorable Anita B. Brody
United States District Court for the
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Room 7613
Philadelphia PA  19106

   Re: *In Re: National Football League Players' Concussion Injury Litigation*, **MDL No. 2323**

Dear Judge Brody:

  We represent defendants National Football League and NFL Properties LLC in the above-referenced matter. After conferring in response to the Court's Case Management Order No. 1, all parties jointly request a brief extension of time to submit to the Court a proposed second Case Management Order and Conference Agenda. We respectfully request that the Court enter the enclosed [Proposed] Order, which extends the deadline to file those documents for one week, from April 4, 2012 to April 11, 2012.

  The parties are in the process of exchanging drafts of a proposed second Case Management Order and, on March 29, 2012, met and conferred with respect thereto. Based on that meeting, the parties believe that additional time is needed to negotiate the terms of the proposed second Case Management Order, as well as a proposed Conference Agenda. Accordingly, the parties respectfully request this one-week extension, which should not impact the hearing scheduled for April 25, 2012.

DUANE MORRIS LLP

30 SOUTH 17TH STREET PHILADELPHIA, PA 19103-4196  PHONE: +1 215 979 1000 FAX: +1 215 979 1020
DM1\3237383.2

DuaneMorris

The Honorable Anita B. Brody
March 30, 2012
Page 2

Thank you for your consideration.

                                         Respectfully,

                                         DUANE MORRIS LLP

                                         Dana B. Klinges /dmg

Enclosures

cc:    All Counsel of record registered to receive service via ECF

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 2323<br>No. 12-md-2323-AB |

### [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2012, it is hereby Ordered that the following corresponding sentence of paragraph 4 of Case Management Order No. 1 is modified as follows:

> By April 11, 2012, counsel must file on ECF a Proposed Case Management Order and a Proposed Conference Agenda.

All other terms of Case Management Order No. 1 remain unchanged.

BY THE COURT

_____
ANITA B. BRODY
United States District Judge

DM1\3237381.1