# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>DAVE PEAR, et al.<br><br>         Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>         Defendants. | CIVIL ACTION<br>Case No. 2:12-cv-1025 |

**RIDDELL DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT; EXHIBIT "A"**

| | |
|---|---|
| 1 | BOWMAN AND BROOKE LLP |
| 2 | Paul G. Cereghini (SBN: 148016) |
| | *Paul.Cereghini@bowmanandbrooke.com* |
| 3 | Vincent Galvin, Jr. (SBN: 104448) |
| 4 | *Vincent.Galvin@bowmanandbrooke.com* |
| | Marion V. Mauch (SBN: 253672) |
| 5 | *Marion.Mauch@bowmanandbrooke.com* |
| 6 | 879 West 190th Street, Suite 700 |
| | Gardena, CA 90248-4227 |
| 7 | Tel:   (310) 768-3068 |
| 8 | Fax:  (310) 719-1019 |
| 9 | |
| 10 | Attorneys for Defendants RIDDELL, INC.; ALL AMERICAN SPORTS CORPORATION; RIDDELL SPORTS GROUP, INC.; |
| 11 | EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC; EB SPORTS CORP.; and RBG HOLDINGS CORP. |
| 12 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| DAVE PEAR, et al., | CASE NO.: CV 11-8395 R (MANx) |
|---|---|
| Plaintiffs, | **RIDDELL DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT; EXHIBIT "A"** |
| vs. | |
| NATIONAL FOOTBALL LEAGUE, et al., | |
| Defendants. | Date:        January 17, 2012 |
| | Time:       10:00 a.m. |
| | Dept:        Courtroom 8 |
| | |
| | Judge: Hon. Manuel L. Real |
| | |
| | Notice of related cases: |
| | No. CV 11-08394 R (MANx) |
| | No. CV 11-08396 R (MANx) |

1

CV 11-8395 R (MANx)

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

**PLEASE TAKE NOTICE THAT** on January 17, 2012, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 8 of the United States District Court, Central District of California, Western Division, located at 312 N. Spring Street, Los Angeles, California 90012, Defendants Riddell, Inc. (erroneously styled as "d/b/a Riddell Sports Group, Inc."); All American Sports Corporation; Riddell Sports Group, Inc.; Easton-Bell Sports, Inc.; Easton-Bell Sports, LLC; EB Sports Corp.; and RBG Holdings Corp. (collectively, the "Riddell Defendants")[1] will move the Court for an order pursuant to Rules 8 and 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP") to dismiss all Plaintiffs' claims in the three related actions styled as *Maxwell v. National Football League, et al.*, Case No. CV 11-8394 R (MANx), *Pear v. National Football League, et al.*, Case No. CV 11-8395 R (MANx), and *Barnes v. National Football League, et al.*, Case No. CV 11-8396 R (MANx), in their entirety.

The Riddell Defendants refer this Court to their Memorandum of Points and Authorities in support of its Motion to Dismiss Plaintiffs' Amended Complaints filed in the related case, *Vernon Maxwell, et al. v. National Football League, et al.* (Case No. 11-8394 R (MANx)). The Riddell Defendants incorporate that memorandum and those arguments from *Maxwell* as if made fully herein.[2] The

---

[1] Referring to these Defendants collectively does not imply or concede that they are properly joined or named as Defendants, and the "Riddell Defendants" reserve the right to move to dismiss some or all of them. The collective reference is merely for convenience.

[2] A true and correct copy of the Riddell Defendants' Memorandum of Points and Authorities in support of its Motion to Dismiss Plaintiffs' Amended Complaints filed in the related case of *Vernon Maxwell, et al. v. National Football League, et al.* (Case No. 11-8394 R (MANx)) is attached hereto as Exhibit "A."

1 | Riddell Defendants further base this Motion on the pleadings, records, and files in
2 | this action, and such other and further evidence and argument as may be presented
3 | at the time of the hearing.

5 | DATED: December 20, 2011               BOWMAN AND BROOKE LLP

7 |                                   By:   /s/ Paul G. Cereghini
8 |                                         Paul G. Cereghini
                                            Vincent Galvin
9 |                                         Marion V. Mauch
                                            Attorneys for Defendants RIDDELL,
10|                                         INC.; ALL AMERICAN SPORTS
                                            CORPORATION; RIDDELL
11|                                         SPORTS GROUP, INC.; EASTON-
                                            BELL SPORTS, INC.; EASTON-
12|                                         BELL SPORTS, LLC; EB SPORTS
13|                                         CORP.; and RBG HOLDINGS
                                            CORP.