IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> DAVE PEAR, et al. <br><br>        Plaintiffs, <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE, et al., <br><br>        Defendants. | MDL No. 2323 <br> No. 12-md-2323-AB <br><br> CIVIL ACTION <br> Case No. 2:12-cv-1025 |

**RE-FILED [PROPOSED] ORDER GRANTING RIDDELL DEFENDANTS'
MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT
<u>PURSUANT TO RULES 8 AND 12(b)(6)</u>**

BOWMAN AND BROOKE LLP
Paul G. Cereghini (SBN: 148016)
*Paul.Cereghini@bowmanandbrooke.com*
Vincent Galvin, Jr. (SBN: 104448)
*Vincent.Galvin@bowmanandbrooke.com*
Marion V. Mauch (SBN: 253672)
*Marion.Mauch@bowmanandbrooke.com*
879 West 190th Street, Suite 700
Gardena, CA 90248-4227
Tel: (310) 768-3068
Fax: (310) 719-1019

Attorneys for Defendants RIDDELL, INC.; ALL AMERICAN SPORTS CORPORATION; RIDDELL SPORTS GROUP, INC.; EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC; EB SPORTS CORP.; and RBG HOLDINGS CORP.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE PEAR, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>Defendants. | CASE NO. CV 11-8395 R (MANx)<br><br>**[PROPOSED] ORDER GRANTING RIDDELL DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO RULES 8 AND 12(b)(6)**<br><br>Date: January 17, 2012<br>Time: 10:00 a.m.<br>Dept: Courtroom 8<br><br>Judge: Hon. Manuel L. Real<br><br>Notice of related cases:<br>No. CV 11-08394 R (MANx)<br>No. CV 11-08396 R (MANx) |

| | |
|---|---|
| 1 | |
| 2 | Defendants Riddell, Inc. (erroneously styled as "d/b/a Riddell Sports Group, Inc."); All American Sports Corporation; Riddell Sports Group, Inc.; Easton-Bell Sports, Inc.; Easton-Bell Sports, LLC; EB Sports Corp.; and RBG Holdings Corp.'s (collectively, the "Riddell Defendants") motion to dismiss Plaintiffs' First Amended Complaint came on regularly for hearing on January 17, 2012, in Courtroom 8 of the above-entitled United States District Court, at 10:00 a.m., the Honorable Manuel L. Real presiding. After full consideration of the papers filed in connection with the motion, the arguments of counsel, and all other papers on file in this action, the Riddell Defendants' motion to dismiss Plaintiffs' First Amended Complaint is GRANTED. |

     IT IS HEREBY ORDERED THAT all claims brought against the Riddell Defendants are DISMISSED without leave to amend.

DATED: _____       By:_____

                                              HONORABLE MANUEL L. REAL