# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>DAVE PEAR, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>        Defendants. | CIVIL ACTION<br>Case No. 2:12-cv-1025 |

**RIDDELL DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT; EXHIBIT "A"**

1  BOWMAN AND BROOKE LLP
2  Paul G. Cereghini (SBN: 148016)
   *Paul.Cereghini@bowmanandbrooke.com*
3  Vincent Galvin, Jr. (SBN: 104448)
4  *Vincent.Galvin@bowmanandbrooke.com*
   Marion V. Mauch (SBN: 253672)
5  *Marion.Mauch@bowmanandbrooke.com*
6  879 West 190th Street, Suite 700
   Gardena, CA 90248-4227
7  Tel:  (310) 768-3068
8  Fax:  (310) 719-1019

9
   Attorneys for Defendants RIDDELL, INC.; ALL AMERICAN
10 SPORTS CORPORATION; RIDDELL SPORTS GROUP, INC.;
11 EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC;
   EB SPORTS CORP.; and RBG HOLDINGS CORP.
12

13              UNITED STATES DISTRICT COURT
14              CENTRAL DISTRICT OF CALIFORNIA
15

| 16 | DAVE PEAR, et al., | CASE NO.: CV 11-8395 R (MANx) |
|---|---|---|
| 17 | Plaintiffs, | **RIDDELL DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT; EXHIBIT "A"** |
| 18 | | |
| 19 | vs. | |
| 20 | NATIONAL FOOTBALL LEAGUE, et al., | |
| 21 | | |
| 22 | Defendants. | Date:    January 17, 2012<br>Time:    10:00 a.m.<br>Dept:    Courtroom 8 |
| 23 | | |
| 24 | | |
| 25 | | Judge: Hon. Manuel L. Real |
| 26 | | Notice of related cases:<br>No. CV 11-08394 R (MANx)<br>No. CV 11-08396 R (MANx) |
| 27 | | |
| 28 | | |

1

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

Defendants RIDDELL, INC. (erroneously styled as "d/b/a Riddell sports Group, Inc."); ALL AMERICAN, SPORTS CORPORATION; RIDDELL SPORTS GROUP, INC.; EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC; EB SPORTS CORP.; and RBG HOLDINGS CORP (collectively, the "Riddell Defendants")[1] respectfully request that this Court take judicial notice pursuant to Federal Rules of Evidence, Rule 201 of the following item in support of the Riddell Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint:

*Hardman v. National Football League, et al.*, Los Angeles County Superior Court Case No. BC471229 (Complaint).

Pursuant to Rule 201 of the Federal Rules of Evidence, this Court should take judicial notice of this state court complaint filed by the same plaintiffs' counsel involving similar allegations against the National Football League and the Riddell Defendants.[2] Specifically, the Riddell Defendants refer this Court to allegations in the Complaint which state as follows, "[t]he NFL has estimated that 75% of the helmets used in the League are manufactured by Riddell; Riddell estimated that the figure was 77%."

///
///
///

---

[1] Referring to these Defendants collectively is for convenience only and does not imply or concede that they are properly joined or named as Defendants, and the "Riddell Defendants" reserve the right to move to dismiss some or all of them.

[2] The *Hardman* Complaint was voluntarily dismissed by the plaintiffs on December 7, 2011, just two days after this Court's ruling denying Plaintiffs' Motion to Remand.

1  *Id.* at ¶ 100.  A true and correct copy of the complaint in *Hardman v. National*
2  *Football League, et al.*, Los Angeles County Superior Court Case No. BC471229,
3  is attached hereto as Exhibit A.
4
5  DATED: December 20, 2011              BOWMAN AND BROOKE LLP
6
7
8                                        By /s/ Paul G. Cereghini
                                             Paul G. Cereghini
9                                            Vincent Galvin
10                                           Marion V. Mauch
                                             Attorneys for Defendants RIDDELL,
11                                           INC., ALL AMERICAN SPORTS
                                             CORPORATION, RIDDELL
12                                           SPORTS GROUP, INC., EASTON-
13                                           BELL SPORTS, INC., EASTON-
                                             BELL SPORTS, LLC, EB SPORTS
14                                           CORP., and RBG HOLDINGS
15                                           CORP.
16
17
18
19
20
21
22
23
24
25
26
27
28