IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>DAVE PEAR, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>        Defendants. | CIVIL ACTION<br>Case No. 2:12-cv-1025 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Riddell Defendants' Reply in Support of Request for Judicial Notice Re Motion to Dismiss Plaintiffs' First Amended Complaint has been filed electronically pursuant to paragraph 3 of Case Management Order No. 1 and is available for downloading and viewing from the Court's ECF system by all counsel of record.


                                              /s/ Eden M. Darrell
                                              Eden M. Darrell