# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>DAVE PEAR, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>        Defendants. | CIVIL ACTION<br>Case No. 2:12-cv-1025 |

**RIDDELL DEFENDANTS' NOTICE OF MOTION AND
MOTION TO SEVER PURSUANT TO FRCP 20 AND 21; EXHIBIT "A"**

| | |
|---|---|
| 1 | BOWMAN AND BROOKE LLP |
| 2 | Paul G. Cereghini (SBN: 148016) |
|   | *Paul.Cereghini@bowmanandbrooke.com* |
| 3 | Vincent Galvin, Jr. (SBN: 104448) |
| 4 | *Vincent.Galvin@bowmanandbrooke.com* |
|   | Marion V. Mauch (SBN: 253672) |
| 5 | *Marion.Mauch@bowmanandbrooke.com* |
| 6 | 879 West 190th Street, Suite 700 |
|   | Gardena, CA 90248-4227 |
| 7 | Tel:  (310) 768-3068 |
| 8 | Fax:  (310) 719-1019 |

Attorneys for Defendants RIDDELL, INC.; ALL AMERICAN SPORTS CORPORATION; RIDDELL SPORTS GROUP, INC.; EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC; EB SPORTS CORP.; and RBG HOLDINGS CORP.

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE PEAR, et al., | CASE NO.:  CV 11-8395 R (MANx) |
| Plaintiffs, | **RIDDELL DEFENDANTS' NOTICE OF MOTION AND MOTION TO SEVER PURSUANT TO FRCP 20 AND 21; EXHIBIT "A"** |
| vs. | |
| NATIONAL FOOTBALL LEAGUE, et al., | Date:         January 17, 2012 |
| | Time:         10:00 a.m. |
| Defendants. | Dept:         Courtroom 8 |
| | Judge:  Hon. Manuel L. Real |
| | Notice of related cases: |
| | No. CV 11-08394 R (MANx) |
| | No. CV 11-08396 R (MANx) |

1

CV 11-8395 R (MANx)

| | |
|---|---|
| 1 | **TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:** |

**PLEASE TAKE NOTICE THAT** on January 17, 2012, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 8 of the United States District Court, Central District of California, Western Division, located at 312 N. Spring Street, Los Angeles, California 90012, Defendants Riddell, Inc. (erroneously styled as "d/b/a Riddell Sports Group, Inc."); All American Sports Corporation; Riddell Sports Group, Inc.; Easton-Bell Sports, Inc.; Easton-Bell Sports, LLC; EB Sports Corp.; and RBG Holdings Corp. (collectively, the "Riddell Defendants")[1] will move the Court for an order pursuant to Rules 20 and 21 of the Federal Rules of Civil Procedure ("FRCP") to sever from each other the claims of them who have been misjoined in this action and to require each of the named Plaintiffs to file separate complaints in separate actions, or for such other relief as the Court deems appropriate to address the misjoinder of these claims. The Riddell Defendants base this motion on the grounds that: (1) the named Plaintiffs' rights to relief do not each arise out of the same transaction, occurrence, or series of transactions or occurrences; (2) their claims lack common questions of law and fact; and (3) even if the claims were properly joined - which they are not - this Court should nonetheless sever them to prevent prejudice, delay, jury confusion, and judicial inefficiency.

The Riddell Defendants refer this Court to their Memorandum of Points and Authorities in support of its Motion to Sever Pursuant to FRCP 20 and 21 filed in the related case, *Vernon Maxwell, et al. v. National Football League, et al.* (Case

---

[1] Referring to these Defendants collectively does not imply or concede that they are properly joined or named as Defendants, and the "Riddell Defendants" reserve the right to move to dismiss some or all of them. The collective reference is merely for convenience.

No. 11-8394 R (MANx)), on December 20, 2011, since the *Pear* action is largely identical to the *Maxwell* action. The Riddell Defendants incorporate that memorandum and those arguments from *Maxwell* as if made fully herein, except as specifically noted herein.[1] The Riddell Defendants further base this Motion on the pleadings, records, and files in this action, and such other and further evidence and argument as may be presented at the time of the hearing.

In the *Pear* action, the forty-seven (47) player-Plaintiffs allege that they currently reside in sixteen (16) different states and played for twenty-nine (29)[2] different NFL teams in different cities and states during their careers which encompass almost five decades, from 1961 (Plaintiff Harry Crump) to 2007 (Plaintiff Fred McCrary). (*See generally Pear* First Am. Compl.) The player-Plaintiffs' alleged injuries range from memory loss and headaches (*id.* ¶ 169 (Plaintiff Martin)), to "severe short[-]term memory loss and dementia" (*id.* ¶ 214 (Plaintiff Vanwagner)), to "dementia and post[-]traumatic stress disorder" (*id.* ¶ 323 (Plaintiff Harrison)).

///
///
///
///
///
///

---

[1] A true and correct copy of the Riddell Defendants' Memorandum of Points and Authorities in support of its Motion to Sever Pursuant to FRCP 20 and 21 filed in the related case of *Vernon Maxwell, et al. v. National Football League, et al.* (Case No. 11-8394 R (MANx)), on December 20, 2011, is attached hereto as Exhibit "A."

[2] Several of these franchises moved cities during the course of the 50-plus-year period covered by the Complaint. Thus, for instance, counting the Baltimore Colts as a different team from the Indianapolis Colts brings the total number of different teams to thirty-four (34).

| | |
|---|---|
| 1 | This Motion is made following the conference of counsel pursuant to L.R. 7-3 |
| 2 | which took place on November 7, 2011. |
| 3 | |
| 4 | DATED: December 20, 2011          BOWMAN AND BROOKE LLP |
| 5 | |
| 6 | |
| 7 | By: /s/ Paul G. Cereghini |
|   | Paul G. Cereghini |
|   | Vincent Galvin |
| 8 | Marion V. Mauch |
|   | Attorneys for Defendants RIDDELL, |
| 9 | INC.; ALL AMERICAN SPORTS |
| 10 | CORPORATION; RIDDELL |
|   | SPORTS GROUP, INC.; EASTON- |
| 11 | BELL SPORTS, INC.; EASTON- |
| 12 | BELL SPORTS, LLC; EB SPORTS |
|   | CORP.; and RBG HOLDINGS |
| 13 | CORP. |

4

CV 11-8395 R (MANx)