IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>DAVE PEAR, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>        Defendants. | CIVIL ACTION<br>Case No. 2:12-cv-1025 |

**RE-FILED [PROPOSED] ORDER GRANTING RIDDELL DEFENDANTS'
MOTION TO SEVER PURSUANT TO FRCP 20 AND 21**

| | |
|---|---|
| 1 | BOWMAN AND BROOKE LLP |
| 2 | Paul G. Cereghini (SBN: 148016) |
| | *Paul.Cereghini@bowmanandbrooke.com* |
| 3 | Vincent Galvin, Jr. (SBN: 104448) |
| 4 | *Vincent.Galvin@bowmanandbrooke.com* |
| | Marion V. Mauch (SBN: 253672) |
| 5 | *Marion.Mauch@bowmanandbrooke.com* |
| 6 | 879 West 190th Street, Suite 700 |
| | Gardena, CA 90248-4227 |
| 7 | Tel: (310) 768-3068 |
| 8 | Fax: (310) 719-1019 |

Attorneys for Defendants RIDDELL, INC.; ALL AMERICAN SPORTS CORPORATION; RIDDELL SPORTS GROUP, INC.; EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC; EB SPORTS CORP.; and RBG HOLDINGS CORP.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE PEAR, et al., | CASE NO.: CV 11-8395 R (MANx) |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING RIDDELL DEFENDANTS' MOTION TO SEVER PURSUANT TO FRCP 20 AND 21** |
| vs. | |
| NATIONAL FOOTBALL LEAGUE, et al., | Date: January 17, 2012 |
| | Time: 10:00 a.m. |
| Defendants. | Dept: Courtroom 8 |
| | Judge: Hon. Manuel L. Real |
| | Notice of related cases: |
| | No. CV 11-08394 R (MANx) |
| | No. CV 11-08396 R (MANx) |

1  Defendants Riddell, Inc. (erroneously styled as "d/b/a Riddell Sports Group, Inc."); All American Sports Corporation; Riddell Sports Group, Inc.; Easton-Bell Sports, Inc.; Easton-Bell Sports, LLC; EB Sports Corp.; and RBG Holdings Corp.'s (collectively, the "Riddell Defendants") Motion to Sever Pursuant to Rules 20 and 21 of the Federal Rules of Civil Procedure came on regularly for hearing on January 17, 2012, in Courtroom 8 of the above-entitled United States District Court, at 10:00 a.m., the Honorable Manuel L. Real Presiding. After full consideration of the papers filed in connection with the motion, the arguments of counsel, and all other papers on file in this action, the Riddell Defendants' Motion to Sever is GRANTED.

IT IS HEREBY ORDERED THAT all Plaintiffs are severed from each other with respect to the Riddell Defendants and each of the named Plaintiffs are to file separate complaints in separate actions.

DATED: _____   By:_____
                                     HONORABLE MANUEL L. REAL