IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>DAVE PEAR, et al.<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>　　　　　Defendants. | CIVIL ACTION<br>Case No. 2:12-cv-1025 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Riddell Defendants' Notice of Motion and Motion to Sever Pursuant to FRCP 20 and 21 has been filed electronically pursuant to paragraph 3 of Case Management Order No. 1 and is available for downloading and viewing from the Court's ECF system by all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Eden M. Darrell
　　　　　　　　　　　　　　　　　　　　　　　　Eden M. Darrell