



Exhibit "C"
Page 19

ESPN: ZOOM Gallery                                                                                                                    Page 1 of 1
Case 2:11-cv-08395-R-MAN Document 77 Filed 12/20/11 Page 20 of 96 Page ID #:10752
Case 2:12-md-02323-AB Document 74-1 Filed 03/30/12 Page 4 of 15





Exhibit "C" Page 21



Exhibit "C"
Page 22

Case 2:11-cv-08395-R-MAN Document 77 Filed 12/20/11 Page 23 of 96 Page ID #:10755



Exhibit "C" Page 23





Case 2:12-cv-02322-AB Document 47-4 Filed 03/30/12 Page 10 of 15

Case 2:11-cv-08395-R-MAN Document 77 Filed 12/20/11 Page 26 of 56 Page ID #:10758

Exhibit "C"
Page 26





Exhibit "C" Page 27

ESPN: ZOOM Gallery

Page 1 of 1

Case 2:12-md-02323-AB Document 47-4 Filed 03/30/12 Page 12 of 15
Case 2:11-cv-08395-R-MAN Document 77 Filed 12/20/11 Page 28 of 56 Page ID #:10760



Exhibit "C"
Page 28



Exhibit "C" Page 29

Case 2:12-md-02323-AB Document 47-4 Filed 03/30/12 Page 14 of 15
Case 2:11-cv-08395-R-MAN Document 77 Filed 12/20/11 Page 30 of 56 Page ID #:10762



Exhibit "C" Page 30

Case 2:12-cv-02323-AB Document 47-4 Filed 03/30/12 Page 15 of 15
Case 2:11-cv-08395-R-MAN Document 77 Filed 12/20/11 Page 31 of 50 Page ID #:10763

