Case 2:12-md-02323-AB   Document 47-7   Filed 02/30/12   Page 1 of 3   Page ID
Case 2:11-cv-08395-R-MAN   Document 77   Filed 12/20/11   Page 38 of 56   Page ID
#:10770

Exhibit "F"
Page 38

Division of Corporations - Online Services                                                                Page 1 of 2

---

Delaware.gov | Text Only                                    Governor | General Assembly | Courts | Elected Offic

---

## Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent
Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws
Online
Name Reservation
Entity Search
Status
Validate
Certificate
Customer Service
Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and
Fees
Taxes
Expedited
Services
Service of Process
Registered Agents
Get Corporate
Status
Submitting a
Request  How to
Form a New
Business Entity
Certifications,
Apostilles &
Authentication of

Frequently Asked Questions    View Search Results    Logout

Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| File Number: | **4251534** | Incorporation Date / Formation Date: | **11/15/2006** (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | **EB SPORTS CORP.** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

### REGISTERED AGENT INFORMATION

| Name: | **CORPORATION SERVICE COMPANY** | | |
|---|---|---|---|
| Address: | **2711 CENTERVILLE ROAD SUITE 400** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | **(302)636-5401** | | |

Additional Information is available for a fee. You can retrieve Status for a more detailed information including current franchise tax assessment, cur and more for a fee of $20.00.

Would you like ○ Status ◉ Status,Tax & History Information [ Submit ]

[ Back to Entity Search ]

**Exhibit "F"**
**Page 39**

Division of Corporations - Online Services

Documents

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

**Exhibit "F"**
**Page 40**