Delaware.gov | Text Only

Governor | General Assembly | Courts | Elected Offici

## Department of State: Division of Corporations

| HOME | Frequently Asked Questions   View Search Results   Logout |
|---|---|
| About Agency | |
| Secretary's Letter | |
| Newsroom | **Entity Details** |

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 3649359 | Incorporation Date / Formation Date: | **04/21/2003** (mm/dd/yyyy) |
| Entity Name: | **EASTON-BELL SPORTS, INC.** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | **CORPORATION SERVICE COMPANY** | | |
| Address: | **2711 CENTERVILLE ROAD SUITE 400** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | **(302)636-5401** | | |

Additional Information is available for a fee. You can retrieve Status for a more detailed information including current franchise tax assessment, cur and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information [Submit]

[Back to Entity Search]

**Sidebar:**
- HOME
  - About Agency
  - Secretary's Letter
  - Newsroom
  - Frequent Questions
  - Related Links
  - Contact Us
  - Office Location
- SERVICES
  - Pay Taxes
  - File UCC's
  - Delaware Laws Online
  - Name Reservation
  - Entity Search
  - Status
  - Validate Certificate
  - Customer Service Survey
- INFORMATION
  - Corporate Forms
  - Corporate Fees
  - UCC Forms and Fees
  - Taxes
  - Expedited Services
  - Service of Process
  - Registered Agents
  - Get Corporate Status
  - Submitting a Request  How to Form a New Business Entity
  - Certifications, Apostilles & Authentication of

Exhibit "G"
Page 42

Documents     To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov