Case 2:11-cv-08395-R-MAN Document 47-9 Filed 12/20/13 Page 45 of 56 Page ID #:10777
Case 2:12-md-02323-AB Document 47-9 Filed 03/30/12 Page 2 of 3
Division of Corporations - Online Services                                Page 1 of 2

Delaware.gov | Text Only                          Governor | General Assembly | Courts | Elected Offic

## Department of State: Division of Corporations

| | | |
|---|---|---|
| HOME | Frequently Asked Questions   View Search Results   Logout | |
| About Agency | | |
| Secretary's Letter | | |
| Newsroom | **Entity Details** | |
| Frequent Questions | | |
| Related Links | THIS IS NOT A STATEMENT OF GOOD STANDING | |
| Contact Us | | |
| Office Location | File Number: **3670051** | Incorporation Date / Formation Date: **06/13/2003** (mm/dd/yyyy) |
| **SERVICES** | | |
| Pay Taxes | | |
| File UCC's | Entity Name: **EASTON-BELL SPORTS, LLC** | |
| Delaware Laws Online | | |
| Name Reservation | Entity Kind: **LIMITED LIABILITY COMPANY (LLC)** | Entity Type: **GENERAL** |
| Entity Search | | |
| Status | | |
| Validate Certificate | Residency: **DOMESTIC** | State: **DE** |
| Customer Service Survey | | |
| **INFORMATION** | **REGISTERED AGENT INFORMATION** | |
| Corporate Forms | | |
| Corporate Fees | Name: **CORPORATION SERVICE COMPANY** | |
| UCC Forms and Fees | Address: **2711 CENTERVILLE ROAD SUITE 400** | |
| Taxes | | |
| Expedited Services | City: **WILMINGTON** | County: **NEW CASTLE** |
| Service of Process | State: **DE** | Postal Code: **19808** |
| Registered Agents | | |
| Get Corporate Status | Phone: **(302)636-5401** | |

Submitting a Request  How to Form a New Business Entity  Certifications, Apostilles & Authentication of

Additional Information is available for a fee. You can retrieve Status for a more detailed information including current franchise tax assessment, cur and more for a fee of $20.00.

Would you like ◎ Status ◎ Status,Tax & History Information [ Submit ]

**Exhibit "H"**
**Page 45**

Documents

Back to Entity Search

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov