# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>DAVE PEAR, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, et al.,<br><br>        Defendants. | CIVIL ACTION<br>Case No. 2:12-cv-1025 |

**RIDDELL DEFENDANTS' REPLY IN SUPPORT OF
MOTION TO SEVER PURSUANT TO FRCP 20 AND 21; EXHIBIT "A"**

| | |
|---|---|
| 1 | BOWMAN AND BROOKE LLP |
| 2 | Paul G. Cereghini (SBN: 148016) |
|   | *Paul.Cereghini@bowmanandbrooke.com* |
| 3 | Vincent Galvin, Jr. (SBN: 104448) |
| 4 | *Vincent.Galvin@bowmanandbrooke.com* |
|   | Marion V. Mauch (SBN: 253672) |
| 5 | *Marion.Mauch@bowmanandbrooke.com* |
| 6 | 879 West 190th Street, Suite 700 |
|   | Gardena, CA 90248-4227 |
| 7 | Tel:   (310) 768-3068 |
| 8 | Fax:  (310) 719-1019 |
| 9 | |
| 10 | Attorneys for Defendants RIDDELL, INC.; ALL AMERICAN SPORTS CORPORATION; RIDDELL SPORTS GROUP, INC.; |
| 11 | EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC; EB SPORTS CORP.; and RBG HOLDINGS CORP. |
| 12 | |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| DAVE PEAR, et al., | CASE NO.: CV 11-8395 R (MANx) |
|---|---|
| Plaintiffs, | **RIDDELL DEFENDANTS' REPLY IN SUPPORT OF MOTION TO SEVER PURSUANT TO FRCP 20 AND 21; EXHIBIT "A"** |
| vs. | |
| NATIONAL FOOTBALL LEAGUE, et al., | Date:         February 6, 2012 |
| Defendants. | Time:        10:00 a.m. |
| | Dept:        Courtroom 8 |
| | |
| | Judge:  Hon. Manuel L. Real |
| | |
| | Notice of related cases: |
| | No. CV 11-08394 R (MANx) |
| | No. CV 11-08396 R (MANx) |

1

Defendants Riddell, Inc. (erroneously styled as "d/b/a Riddell Sports Group, Inc."); All American Sports Corporation; Riddell Sports Group, Inc.; Easton-Bell Sports, Inc.; Easton-Bell Sports, LLC; EB Sports Corp.; and RBG Holdings Corp. (collectively, the "Riddell Defendants")[1], pursuant to L.R. 7-10, submit this reply in response to Plaintiffs' opposition and in support of the Riddell Defendants' motion to sever. Riddell Defendants refer this Court to their Reply Memorandum of Points and Authorities in Support of Motion to Sever Pursuant to FRCP 20 and 21 filed in the related case, *Vernon Maxwell, et al. v. National Football League, et al.* (Case No. 11-8394 R (MANx)), on January 23, 2012, since the *Pear* action is largely identical to the *Maxwell* action. The Riddell Defendants incorporate that memorandum and those arguments from *Maxwell* as if made fully herein, except as specifically noted therein.[2]

For the reasons stated in the attached memorandum and in their opening memorandum, the Riddell Defendants respectfully request that, pursuant to Rules 20 and 21 of the Federal Rules of Civil Procedure, the Court sever from each other the claims of the named Plaintiffs who have been misjoined in this action, leaving only the first-named Plaintiff in this action, and order that each of the remaining Plaintiffs' claims, if re-filed, be re-filed separately, in an appropriate venue, and captioned with new and separate case numbers, and for such other relief as the Court deems appropriate in its broad discretion to remedy the misjoinder of these disparate claims.

---

[1] Referring to these Defendants collectively does not imply or concede that they are properly joined or named as Defendants, and the "Riddell Defendants" reserve the right to move to dismiss some or all of them. The collective reference is merely for convenience.

[2] A true and correct copy of the Riddell Defendants' Reply Memorandum of Points and Authorities in Support of Motion to Sever Pursuant to FRCP 20 and 21 filed in the related case of *Vernon Maxwell, et al. v. National Football League, et al.* (Case No. 11-8394 R (MANx)), on January 23, 2012, is attached hereto as Exhibit "A."

| | | |
|---|---|---|
| 1 | DATED: January 23, 2012 | BOWMAN AND BROOKE LLP |
| 2 | | |
| 3 | | By: /s/ Paul G. Cereghini |
| 4 | | Paul G. Cereghini |
| 5 | | Vincent Galvin |
| | | Marion V. Mauch |
| 6 | | Attorneys for Defendants RIDDELL, INC.; ALL AMERICAN SPORTS CORPORATION; RIDDELL SPORTS GROUP, INC.; EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC; EB SPORTS CORP.; and RBG HOLDINGS CORP. |

3