**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION Case No. 2:12-cv-1025 |
| DAVE PEAR, et al. Plaintiffs, v. NATIONAL FOOTBALL LEAGUE, et al., Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Riddell Defendants' Reply in Support of Request

for Judicial Notice Re Motion to Sever has been filed electronically pursuant to paragraph 3 of

Case Management Order No. 1 and is available for downloading and viewing from the Court's

ECF system by all counsel of record.

/s/ Eden M. Darrell
Eden M. Darrell