IN THE UNITED STATE DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>12-md-2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

### NOTICE OF ENTRY OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Garrett D. Blanchfield shall appear as counsel of record for Plaintiff, Andrew Glover, in the above-captioned matter.

Dated: March 30, 2012     REINHARDT WENDORF & BLANCHFIELD

　　　s/Garrett D. Blanchfield
Garrett D. Blanchfield, Jr. (#209855)
E1250 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN 55101
Telephone: 651-287-2100
Facsimile: 651-287-2103
Email: g.blanchfield@rwblawfirm.com
*Counsel for Plaintiffs*

IN THE UNITED STATE DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>12-md-2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **Certificate Of Service** |

I hereby certify that on March 30, 2012, I caused the following document:

**Notice of Appearance**

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to counsel of record.

Dated: March 30, 2012       REINHARDT WENDORF & BLANCHFIELD

        s/Garrett D. Blanchfield
Garrett D. Blanchfield, Jr. (#209855)
E1250 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN 55101
Telephone: 651-287-2100
Facsimile: 651-287-2103
Email: g.blanchfield@rwblawfirm.com
*Counsel for Plaintiffs*