## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>CHARLES RAY EASTERLING and his wife, MARY ANN EASTERLING, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>NATIONAL FOOTBALL LEAGUE, INC.,<br><br>         Defendant. | CIVIL ACTION<br>Case No. 11-CV-05209-AB |

### NOTICE OF WITHDRAWAL OF MOTION FOR A STAY OF PROCEEDINGS

Defendant National Football League respectfully withdraws, as moot, its Motion for Stay

of Proceedings (Docket No. 21).


DUANE MORRIS LLP


By:   /s/ Dana B. Klinges
      Dana B. Klinges
      (Pa. Atty. ID 57943)
      John J. Soroko
      (Pa. Atty. ID 25987)
      Jeffrey S. Pollack
      (Pa. Atty. ID 91888)

30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1143

DM1\3239011.1

2

Brad S. Karp
Theodore V. Wells, Jr.
Bruce Birenboim
Beth A. Wilkinson
Lynn  B. Bayard
Douglas M. Burns
Brian L. Stekloff
Neil R. Lieberman
PAUL, WEISS, RIFKIND, WHARTON AND
GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

*Attorneys for Defendant National Football League*

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing document has been filed

electronically pursuant to paragraph 3 of Case Management Order No. 1 and is available for

downloading and viewing from the Court's ECF system by all counsel of record.

<u>/s/ Dana B. Klinges</u>
Dana B. Klinges

DM1\3239011.1