# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 2323<br>No. 12-md-2323-AB |

## [PROPOSED] ORDER

AND NOW, this 2nd day of April, 2012, it is hereby Ordered that the following corresponding sentence of paragraph 4 of Case Management Order No. 1 is modified as follows:

> By April 11, 2012, counsel must file on ECF a Proposed Case Management Order and a Proposed Conference Agenda.

All other terms of Case Management Order No. 1 remain unchanged.

BY THE COURT

*Joel Slomsky*
~~ANITA B. BRODY~~ JOEL SLOMSKY, J.
United States District Judge
EMERGENCY JUDGE

DM1\3237381.1

# Duane Morris

DANA B. KLINGES
DIRECT DIAL: 215.979.1143
PERSONAL FAX: 215.405.2632
E-MAIL: dklinges@duanemorris.com

www.duanemorris.com

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

March 30, 2012

**VIA FACSIMILE AND ECF**

The Honorable Anita B. Brody
United States District Court for the
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Room 7613
Philadelphia PA  19106

Re:  *In Re: National Football League Players' Concussion Injury Litigation,*
MDL No. 2323

Dear Judge Brody:

We represent defendants National Football League and NFL Properties LLC in the above-referenced matter. After conferring in response to the Court's Case Management Order No. 1, all parties jointly request a brief extension of time to submit to the Court a proposed second Case Management Order and Conference Agenda. We respectfully request that the Court enter the enclosed [Proposed] Order, which extends the deadline to file those documents for one week, from April 4, 2012 to April 11, 2012.

The parties are in the process of exchanging drafts of a proposed second Case Management Order and, on March 29, 2012, met and conferred with respect thereto. Based on that meeting, the parties believe that additional time is needed to negotiate the terms of the proposed second Case Management Order, as well as a proposed Conference Agenda. Accordingly, the parties respectfully request this one-week extension, which should not impact the hearing scheduled for April 25, 2012.

DUANE MORRIS LLP
30 SOUTH 17TH STREET   PHILADELPHIA, PA 19103-4196
DM1\3237383.2
PHONE: +1 215 979 1000   FAX: +1 215 979 1020

DuaneMorris

The Honorable Anita B. Brody
March 30, 2012
Page 2

    Thank you for your consideration.

                              Respectfully,

                              DUANE MORRIS LLP

                              Dana B. Klinges /dang

                              Dana B. Klinges

Enclosures

cc:    All Counsel of record registered to receive service via ECF