## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>CHARLES RAY EASTERLING and his wife, MARY ANN EASTERLING, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>NATIONAL FOOTBALL LEAGUE, INC.,<br><br>  Defendant. | CIVIL ACTION<br>Case No. 11-CV-05209-AB |

**RE-FILED PROPOSED ORDER**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RAY EASTERLING and his wife, MARY ANN EASTERLING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE, INC., <br><br> Defendant. | CIVIL ACTION <br> Case No. 11-CV-05209-AB |

## **ORDER**

AND NOW, on this _____ day of _____, 2012, having considered Plaintiffs' Motion to Conduct Pretrial Discovery (Doc. No. 30) and Defendant National Football League's Memorandum of Law in opposition thereto, IT IS HEREBY ORDERED and DECREED that Plaintiffs' Motion is DENIED.

IT IS FURTHER ORDERED that Plaintiffs are barred from taking the requested discovery until the National Football League's pending Motion to Dismiss is decided.

IT IS SO ORDERED.

BY THE COURT:

_____
The Honorable Anita B. Brody
United States District Judge