# Exhibit A

# Plaintiffs' Executive Committee Resumes & References





**Sol H. Weiss**

Shareholder
1710 Spruce Street
Philadelphia, PA 19103
(215) 735-2098
sweiss@anapolschwartz.com

## Practice Areas
- Pharmaceutical Litigation
- Class Actions
- Securities Litigation and Stockbroker Claims
- Complex Civil Litigation
- Medical and other Professional Malpractice
- Products Liability

## Professional Activities
- President, Eastern Chapter of the American Board of Trial Advocates
- Treasurer, J. Willard O'Brien Inns of Court at Villanova University Law School
- Mediator, United States District Court, Eastern District of Pennsylvania
- American, Pennsylvania and Philadelphia Bar Associations
- American, Pennsylvania and Philadelphia Trial Lawyers Associations
- Public Investors Arbitration Bar Association

## Other Affiliations
- Board of Consultors, Villanova University School of Law
- Former Director, Linda Creed Breast Cancer Foundation

Sol H. Weiss, a Shareholder of Anapol Schwartz, is an experienced trial attorney known for his exacting preparation and attention to detail. A "lawyer's lawyer", he is able to handle the most complex case and still present the facts and law in a way the judge and jury will understand.

Mr. Weiss concentrates his practice in complex civil litigation, including class actions and pharmaceutical cases, medical and other professional malpractice, securities litigation and products liability matters. He earned his Bachelor's Degree from the Pennsylvania State University in 1968 and his law degree from Villanova University School of Law in 1972. He is licensed to practice in Pennsylvania, as well as being specially admitted to practice in other states.

Mr. Weiss has served in various positions for the Pennsylvania Association for Justice and was a member of the Board of the Philadelphia Trial Lawyers Association. He is past President of the Eastern Pennsylvania Chapter of the American Board of Trial Advocates. He also served as Treasurer of the J. Willard O'Brien Inn of Court of Villanova University Law School. He is a frequent lecturer on class actions, pharmaceutical liability, civil litigation issues, trial skills and technology in the courtroom. He has lectured for many professional groups, including the Pennsylvania Bar Institute, Mealey's, Philadelphia Trial Lawyers Association, American Association for Justice and for private industry. He is a member of the American, Pennsylvania and Philadelphia Bar Associations, as well as the American Association for Justice, Pennsylvania Association for Justice and Philadelphia Trial Lawyers Association. Mr. Weiss is on the Board of Directors and is currently on the Executive Committee of the American Association for Justice. In 2009, he received the Harry M. Philo Award as the Association's outstanding trial lawyer for his work on limiting Federal Preemption. In July, 2011 he received the David S. Shrager President's Award.

Mr. Weiss is an active member of the Board of Consultors of the Villanova University School of Law. He also served as a Director of the Linda Creed Breast Cancer Foundation.

Mr. Weiss has been involved in many significant verdicts and settlements, including:

❖ **$3.75 Billion Dollar Settlement in National Diet Drug Settlement Case.** Mr. Weiss started a nine-week long trial in Middlesex County, New Jersey seeking medical monitoring screening benefits for New Jersey residents. The case was eventually stayed when Sol and other attorneys negotiated a $3.75 billion dollar settlement in the United States District Court for the Eastern District of Pennsylvania. David Jacoby assisted in the New Jersey State Court Trial.

❖ **$68.5 Million Dollar Settlement for Baycol Pharmaceutical Case.** Mr. Weiss earned a $68.5 million dollar settlement for 168 people seriously injured by the statin drug, Baycol. Sol negotiated the settlement with Bayer, who withdrew the medication from the market in 2001.

❖ **$4.85 Billion Dollar Vioxx Settlement.** Mr. Weiss served as Co-Liaison Counsel for 16,000 cases in the New Jersey State Court coordinated litigation.

❖ **AM/PM Franchisee Association v. Atlantic Richfield Company.** Mr. Weiss earned a confidential multi-million dollar class action settlement for AM/PM Mini Market operators against Atlantic Richfield Company to recover lost profits when ARCO supplied defective gasoline to dealers in New York and Pennsylvania.

❖ **900 Individual Diet Drug Victims Settle Lawsuits.** Mr. Weiss, along with David Jacoby, negotiated a confidential settlement for 900 individual diet drug lawsuits on behalf of clients from seven law firms in Pennsylvania and New Jersey.

❖ **Duncan v. Lord, 409 F.Supp. 687 (E.D. Pa. 1976). Contingency Fee Agreement in Legal Malpractice.** Mr. Weiss successfully argued that a victim of legal malpractice should not be injured twice by having damages reduced by the percentage of the Contingency Fee Agreement a victim signed with a negligent attorney. This was an issue of first impression that had not been previously decided upon under Pennsylvania Law.

❖ **Alfiero v. Berks Mutual Leasing Co., 500 A.2d 169 (Pa. Super. 1985). Insurance Companies Forced to Pay Amount Insured Agreed to Pay to Protect Personal Assets.** Mr. Weiss and Paul Anapol achieved a landmark decision in which CNA Insurance Company was forced to pay an amount its insured agreed to pay to protect its personal assets. CNA argued unsuccessfully that it had no legal duty to indemnify the insured until it personally paid the judgment. This precedent has helped both victims and small corporations settle serious personal injury cases when the insurance company would rather delay or unjustly deny payment.

❖ **Surace v. Caterpillar, Inc., 111 F.2d 1039 (3d Cir. 1997). Court Must Focus on Manufacturer's Conduct Rather than Victim's Actions in Product Liability Cases.** Mr. Weiss successfully argued that the fact finder must focus on the manufacturer's conduct rather than the victim's actions in a products liability case. Rarely

## REFERENCES AND FEE SHARING ARRANGEMENTS

Honorable Harvey Bartle, III
United States District Court
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

Honorable Juan Sanchez
United States District Court
Eastern District of Pennsylvania
8613 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

Honorable A. Richard Caputo
United States District Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA  18701

Honorable Sandra Mazer Moss
Court of Common Pleas
Philadelphia County
622 City Hall
Philadelphia, PA  19107

Honorable Arnold L. New
Court of Common Pleas
Philadelphia County
602 City Hall
Philadelphia, PA  19107

Honorable Carol E. Higbee
Atlantic County Civil Courts Building
1201 Bacharach Boulevard
3rd Floor
Atlantic City, NJ  08401

Honorable Marina Corodemus, Retired
Corodemus & Corodemus, LLC
The Woodbridge Hilton Building
120 Wood Avenue South, Suite 500
Iselin, NJ  08830

**Agreements with Other Counsel:**  Anapol Schwartz is local counsel for Kreindler & Kreindler and has referral fee arrangements with Bartimus, Frickleton, Robertson & Obetz and Lorentz & Associates.





## Larry E. Coben

Shareholder
1710 Spruce Street
Philadelphia, PA 19103
(215) 790-4587
lcoben@anapolschwartz.com

**Practice Areas**
- Product Liability Litigation
- Class Actions
- Medical and other Professional Malpractice

**Professional Activities**
- Arizona State Bar Association
- Maricopa County Bar Association
- America Bar Association
- Policy Committee of the Institute of Injury Reduction
- Pennsylvania Trial Lawyers Association
- Arizona Trial Lawyers Association
- Western Trial Lawyers Association
- The Association of Trial Lawyers of America
- Attorneys Information Exchange Group (AIEG) on Crashworthiness
- American National Standards Institute Z90 Committee
- Society of Automotive Engineers
- Institute for Injury Reduction
- Tort and Insurance Law Journal for Medicine and Law Committee
- Medico-Legal Committee of Pennsylvania Bar Association
- Observer to the Drafting Committee on a Uniform Interstate Depositions and Discovery of Documents Act

Larry E. Coben, a Shareholder of Anapol Schwartz, is a trial attorney with over 30 years experience representing and protecting the rights of consumer-victims across the United States who have been catastrophically injured.

Mr. Coben concentrates his practice in complex civil litigation, including product liability and class actions cases against motor vehicle and helmet manufactures, as well as other product manufactures. He earned his law degree Cum Laude from The Cumberland School of Law of Samford University in 1972. He is licensed to practice in Pennsylvania and Arizona, as well as being specially admitted to practice in more than half of the remaining states in the U.S.

Mr. Coben was awarded the 2010 American Association for Justice, Steven J. Sharp Public Service Award – for the representation of thousands of consumers before the U.S. Congress and in the Bankruptcy Court in a political and legal battle to prevent General Motors Corporation and Chrysler Corporation from legal responsibility for the sale of defective products.

In 2009, Mr. Coben was awarded the Attorneys' Information Exchange Group's Presidential Award for Outstanding Service in the Pursuit of Justice. He has served as the Chief Legal Officer of AIEG for more than a decade.

Mr. Coben has published four legal textbooks including the current and Second Edition of *Crashworthiness Litigation,* published by AAJ. He is a frequent invited lecturer and educator having taught course subjects at the University of Pennsylvania School Engineering, the ASU School of Law, and the Arizona and Pennsylvania Trial Lawyers Association education programs, as well as before other litigation organizations across the United States. Mr. Coben has had published more than 300 articles regarding enumerable topics including "preemption", pre-trial discovery, products liability, corporate negligence, trial techniques, etc.

Mr. Coben has written appellate briefs and/or argued numerous legal issues in courts of appeal across the United States (Second, Third, Fourth, Fifth, Ninth, Tenth and Eleventh Circuits, appellate courts in Pennsylvania, New Jersey, New York, Georgia, California, Indiana, Illinois, Ohio, Minnesota, and before the United States Supreme Court regarding federal preemption in the motor vehicle

**Textbooks Authored**
- Crashworthiness Litigation 2d, 2008.
- Crashworthiness Litigation, 1998.
- Products Liability Litigation: Product Studies – Chapters on Crashworthiness, Frontal; Restraint Systems, Seat Belts; Litigation and Preemption, 1996.
- Pennsylvania Products Liability Guide, 1993.
- Crashworthiness ATLA, 1989.
- Automobile Crashworthiness – Side Impact Accident, 1989

**References:**

- Judge Correale F. Stevens, Pennsylvania Superior Court

- Judge Roslyn O. Silver, U.S. District Court of Arizona

- Judge Charles Burr, Philadelphia Court of Common Pleas, Delaware County, PA

- Judge Robert J. Mellon, Philadelphia Court of Common Pleas, Bucks County, PA

safety arena—in *Williamson v. Mazda Co.*, 2011 and *Geier v. American Honda, 1999.*

Mr. Coben has successfully litigated hundreds of cases.

❖ *Pursell v. Volkswagen,* Court of Common Pleas, Bucks County Pennsylvania. February 2008.  Multi-million dollar verdict against Volkswagen resulting from the unsafe design of the rear center seat/seat belt occupant.  Affirmed on appeal.

❖ *Harris v. Ford Motor Company,* Superior Court of New Jersey, Gloucester County, September 2002.  Mult-million dollar verdict against an auto manufacturer for the driver of a van that rolled over and the roof caved-in causing paralysis.

❖ *Walker v. Schutt Sports Sales Group*, Gayson Court, April 2000.  Largest known verdict against a football helmet company - without any setoff - regarding spinal cord injury.

❖ *Buongiovanni v. General Motors Corporation*, Pennsylvania Court of Common Pleas, 1998.  Mult-million dollar verdict.  At the time, it was the largest verdict for an injured person in a products liability case in the State of Pennsylvania.

❖ *Yarusso v. Bell Helmets*, Delaware Superior Court, 1998.  First known verdict against motorcycle helmet manufacturer regarding helmet shock attenuation design and spinal cord injury.

❖ *Munro v. Galati and General Motors Corporation*, Arizona Supreme Court - No Federal Preemption of "No Air Bag Claim" (938P.2d 1114 (1997)).

❖ *Peisino v. Riddell Corporation*, Delaware Superior Court, 1992.  First known verdict in the nation for a football player who suffered a spinal cord injury due to helmet design/shock attenuation.

Mr. Coben has represented litigants in appellate courts across the United States, and helped shape state law.  Some of the representative cases include:

❖ *Gordon v. Nissan Motor Co., Ltd.,* 170 Cal. App. 4th 1103 (2009).

❖ *Gaudio v. Ford Motor Co.,* 976 A.2d 524 (Pa. Super. 2009).

❖ *Munroe v. Galati,* 938 P.2d 1114 (AZ 1997).

❖ *Ricci v. Volvo,* 106 Fed. Appx. 573 (9th Cir. 2004).

❖ *Yarusso v. Bell Sports, Inc.,* 759 A.2d 582 (Del. 2000).

## GIRARDI | KEESE FIRM RESUME

1.      Girardi | Keese ("GK") is amply experienced and qualified in class and mass actions.  GK is a thirty-four attorney law firm specializing in plaintiff-side litigation, and has successfully recovered billions of dollars in complex cases against the largest companies in the world.  With forty five years of experience representing plaintiffs, GK represents all types of individuals and businesses, emphasizing the areas of hazardous products, business litigation, antitrust and securities fraud litigation, automobile accidents, environmental damage and toxic torts, insurance bad faith, entertainment law, employment law, professional malpractice, and other personal injury.  GK has represented clients in state and federal trial and appellate courts in California and across the United States, in mediations, and in arbitrations both within the United States and internationally.

2.      GK has served and currently serves as lead, liaison, and executive committee counsel on numerous local and national multi-plaintiff business, antitrust, product defect, and pharmaceutical cases in California and across the county and is one of the foremost law firms for handling such complex cases.  Below is a very partial listing of the past class and mass action litigation in which GK served in a leadership role and was instrumental in winning for its clients:

- Vioxx pharmaceutical personal injury cases against Merck that settled for $4.85 billion;

- *Natural Gas Anti-Trust Cases I, II,  III & IV*, San Diego Superior Court Case Nos. JCCP 4221, 4224 and 4226 in which GK recovered more than $2 billion on behalf of consumers overcharged for natural gas;

- *Fogel v. Farmers Group, Inc.*, Los Angeles County Superior Court Case No. BC300142 in which GK obtained final approval of a more than $545 million settlement for a class of 12.5 million Farmers exchange insurance subscribers;

- *Adams v. Pacific Gas and Electric*, Los Angeles County Superior Court Case No. BC113000 (immortalized in the hit 2000 film, *Erin Brockovich*) in which GK recovered $330 million for 650 plaintiffs injured by exposure to Chromium VI;

- *Aguayo, et al. v. Betz Laboratories, Inc., et al.,* Los Angeles County Superior Court Case No. BC123746; *Addington v. Pacific Gas and Electric, et al.,* Los Angeles County Superior Court Case No. BC158588; *Acosta v. Betz Laboratories, Inc., et al.,* Los Angeles County Superior Court Case No. BC161669 in which GK represented more than 2,000 plaintiffs injured by exposure to Chromium VI;

- *Akee, et al. v. The Dow Chemical Company, et al.,* United States District Court, District of Hawaii Case No. CV0000382 BMK in which GK represented 350 plaintiffs injured by groundwater contamination;

- *West, et al. v. LeBoeuf, Lamb, Greene & MacRae, a Partnership, et al.,* Los Angeles Superior Court Case No. BC133060 in which GK represented 230 investors in Lloyd's of London who lost money due to participation in Lloyd's Syndicates;

- *Carrillo v. Rent-A-Center, Inc.,* San Diego Superior Court Case No. JCCP 4244 in which GK obtained a settlement of $46.5 million for consumers who participated in "rent-to-own" programs;

- *Hart et al. v. Central Sprinkler Corporation et al.,* Los Angeles County Superior Court Case No. BC 176727 in which GK obtained a settlement of $37.3 million for consumers who purchased approximately nine million fire sprinkler heads; and

- *Gonzales v. Lloyds TSB Bank, plc,* United States District Court, Central District of California Case No. 06-1433 VBF (JTLx) in which GK recovered more than $17 million from institutions that aided and abetted a Ponzi scheme.

3.    Thomas V. Girardi, GK's founder and principal member, is one of the nations' top trial lawyers.  Mr. Girardi graduated from Loyola University of Los Angeles Law School in 1964, and received an L.L.M. and S.J.D. from New York University in 1965.  In his nearly fifty years of practice, Mr. Girardi has tried dozens and dozens of cases to verdict in both the state and federal courts and recovered numerous multi-million and several billion dollar verdicts and settlements.  Mr. Girardi was co-lead counsel in the Vioxx litigation and was the architect of the $4.8 billion settlement.  He was lead counsel in the Lockheed litigation against 28 defendants and was responsible for the resolution and trial of those cases.  He is currently co-lead counsel involving the drugs Actos, Yaz, Yasmin and Avandia.

4.     Mr. Girardi is a member of the California State Bar and a number of legal organizations, including the American Board of Trial Advocates (Los Angeles Chapter President, 1999 National President); the Inner Circle of Advocates (limited to 100 trial lawyers in the country); the International Academy of Trial Lawyers (limited to 500 lawyers in the country, elected fellow, 1978; Board of Directors for six years); the California Judicial Council (2005-2008).  Mr. Girardi has served as an Associate Professor of Law at Loyola Law School. Mr. Girardi received the most prestigious honor of being inducted into the Trial Lawyer Hall of Fame by the California State Bar, has been listed in First Lawyers of America and was approved by the United States Senate to serve as a Trustee of the Library of Congress.

5.     Graham B. LippSmith, a member at GK and head of its class action practice, started at GK as a law clerk during law school and continued as a lawyer after passing the California State Bar in 2002.  Mr. LippSmith has managed more than one hundred high value class action, business, insurance, intellectual property and personal injury cases, favorably settling most, trying several to verdict and prevailing on appeals of others.  He has achieved nine-figure, eight-figure and numerous seven-figure verdicts and settlements on his cases.  In addition to participating as a member in several bar organizations, Mr. LippSmith has published articles in a law review and several trade publications and presented at more than a dozen CLE conferences.  In 2008, the *Daily Journal* listed Mr. LippSmith in its "Top Twenty Under 40", in 2008 the *California Lawyer* magazine named Mr. LippSmith "Attorney of the Year, Litigation" and in both 2007 and 2008 Mr. LippSmith was a finalist for the Consumer Attorneys of California's "Consumer Lawyer of the Year" award.  Mr. LippSmith most recently managed a nationwide class action in which GK obtained final approval of a more than $545 million settlement for a class of 12.5 million Farmers exchange insurance subscribers.

6.      With respect to these NFL Concussion Injury cases, lawyers from across the country have referred GK potential individual cases in which GK entered associate counsel fee agreements under which the referring lawyers will be required to do certain work with the client in exchange for any fee they may receive.

### GIRARDI | KEESE FIRM REFERENCES

1.      Honorable Eldon E. Fallon, United States District Court, Eastern District of Louisiana, 500 Poydras Street, Room C-456, New Orleans, LA 70130, (504) 589-7600;

2.      Honorable Justice Victoria G. Chaney, California Court of Appeal, Second District Court of Appeal, Division One, Ronald Reagan State Building 300 S. Spring Street 2nd Floor, North Tower Los Angeles, CA 90013, (213) 830-7000;

3.      Senator Harry Reid, Office of U.S. Senator Harry Reid, 522 Hart Senate Office Bldg, Washington, DC 20510, (202) 224-3542;

4.      Senator Barbara Boxer, Office of U.S. Senator Barbara Boxer**,** 112 Hart Senate Office Building, Washington, D.C. 20510, (202) 224-3553;

5.      Honorable Justice John K. Trotter (Ret.), JAMS, 500 N. State College Blvd., 14th Floor, Orange, CA 92868, (714) 937-8251; and

6.      Honorable Daniel Weinstein (Ret.), JAMS, Two Embarcadero Center, Ste. 1500, San Francisco, CA  94111, (415) 774-2612.



202.540.7200 ph                     215.985.3270 ph
202.540.7201 fax                    215.985.3271 fax

1700 K Street, NW                   1604 Locust St.
Suite 650                           Second Floor
Washington, DC 20006                Philadelphia, PA 19103

## Michael D. Hausfeld

Michael D. Hausfeld is chairman and founder of Hausfeld LLP.  A litigator for the past four decades, he has built a global reputation for his skillful prosecution of complex and class litigation. With offices in Washington, D.C., Philadelphia, San Francisco, and London, his firm represents individuals, businesses, and organizations in the areas of antitrust law, human and civil rights, mass torts, environmental threats and consumer protection.  Mr. Hausfeld received his *Juris Doctor* from the George Washington University Law School (1969), and is admitted to practice in New York and D.C.

Mr. Hausfeld and his firm are committed to protecting the rights of current and former athletes. In addition to his representation of retired NFL players here,[1] he serves as lead or co-lead counsel in: *In re NCAA Student-Athlete Name & Likeness Licensing Litigation*[2] and *Dryer v. NFL*[3] for the unlawful use by the NCAA and NFL of their former players' likenesses; *Eller v. NFL*, for the NFL's unlawful lockout of players; and *Eller v. NFL Players' Association (Eller II)*,[4] for the NFLPA's invalid representation of retired players in a settlement related to players' retirement benefits.  Hausfeld LLP also publishes a newsletter distributed to more than 1,000 retired players regarding case developments.

**Leadership in Representative Cases:** Mr. Hausfeld and his firm have been lead or co-lead class counsel, or served as managerial counsel in dozens of class actions and mass tort MDLs, including:

*Antitrust & Financial Services*
- *In re LIBOR-based Fin. Instruments Antitrust Litig.*, No. 11-md-2262 (S.D.N.Y.) (Co-lead)
- *In re Comm. Exch., Inc. Silver Futures & Options Litig.*, No. 11-md-2213 (S.D.N.Y.) (Stg. Comm.)
- *In re Polyurethane Foam Antitrust Litig.*, No. 10-md-2196 (N.D. Ohio) (Co-lead)
- *In re Fresh and Process Potatoes Antitrust Litig.,* No. 10-md-2186 (D. Id.) (Executive Committee)
- *In re Optical Disk Drive Antitrust Litig.*, No. 0-md-2143 (N.D. Cal.) (Executive Committee)
- *In re Processed Egg Prods. Antitrust Litig.*, No. 08-md-2002 (E.D. Pa.) (Co-lead)

---

[1] *Boyd, et al. v. National Football League, et al.* (No. 12-cv-92); *Adams, et al.  v. National Football League, et al.* (No. 12-cv-683*)*; and *Jacobs, et al. v. National Football League, et al.*, (No. 12-cv-1035) (S.D.N.Y. No. 11-cv-09345).
[2] No. 09-cv-01967 (N.D. Cal.).
[3] No. 09-cv-2182 (D. Minn.).
[4] *Eller I,* No.11-cv-748 (D. Minn.); *Eller II*, No.11-cv-2623 (D. Minn.).

- *In re Flat Glass Antitrust Litig.*, MDL No. 1942, No. 08-mc-180 (W.D. Pa.) (Co-lead)
- *In re Chocolate Confectionary Antitrust Litig.*, No. 08-mdl-1935 (M.D. Pa.) (Co-lead)
- *In re Hydrogen Peroxide Antitrust Litig.*, MDL No. 1682, No. 05-cv-666 (E.D. Pa.)
- *In re Methyl Methacrylate Antitrust Litig.*, No. 06-md-1768 (E.D. Pa.) (Co-lead)
- *In re Air Cargo Shipping Servs. Antitrust Litig.*, No. 06-md-1775 (E.D.N.Y.) (Co-lead)
- *In re Vitamins Antitrust Litig.*, MDL No. 1285 (D.D.C.) (Co-lead and Steering Committee)
- *In re OSB Antitrust Litig.*, No. 06-cv-826 (E.D. Pa.) (Co-lead)

**Consumer Protection**
- *In re Sony PS3 "Other OS" Litig.*, No. 10-cv-1811 (N.D. Cal.)
- *Radosti, et al. v. Envision EMI, LLC*, No. 09-cv-00887 (D.D.C.)
- *Ross v. Trex Co., Inc.*, No. 09-cv-670 (N.D. Cal.)

**Groundbreaking Cases:** Mr. Hausfeld is well known for his innovative legal thinking.[5] He successfully represented foreign purchasers in the antitrust case *Empagran v. F. Hoffman LaRoche, Inc.*, 542 U.S. 155 (2004), which resulted in the Supreme Court's groundbreaking judgment that foreign purchasers may proceed in U.S. court against members of a foreign cartel if they can show their injuries were caused, in part, by the impact of the conspiracy on U.S. commerce. The case was designated as the "Matter of the Year" by the *Global Competition Review*. And Mr. Hausfeld's representation of the victims of human rights abuses by the former apartheid regime, who brought claims against multinational corporations that assisted that regime, resulted in a landmark Second Circuit ruling recognizing aiding and abetting under the Alien Tort Statute. *See Khulumani v. Barclay Nat'l Bank Ltd.*, 504 F.3d 254 (2d Cir. 2007).

**Recognition and Awards:** Mr. Hausfeld's litigation and negotiation skills are regularly recognized by the legal community, including:

- *2012 Benchmark Plaintiff Litigation: Guide to America's Leading Plaintiff Firms and Attorneys*, which noted that Mr. Hausfeld "is also considered one of the country's best negotiators;"
- *Washingtonian* magazine, which named him as among the top antitrust lawyers (2011-12) in the country, and one of thirty "Stars of the Bar" (2009);[6]

---

[5] Kim Eisler, *Need a Good Lawyer? Washington Is Full of Legal Hazards and Lawyers for Every Problem. Here are the 75 Best*, WASHINGTONIAN, Apr. 1, 2002 (recognizing Mr. Hausfeld as "a lawyer determined to change the world—and succeeding").

[6] *2011-2012 Top Lawyers: Antitrust Lawyers*, WASHINGTONIAN, Dec. 30, 2011; *Top Lawyers: 30 Stars of the Bar*, WASHINGTONIAN, Dec. 1, 2009.

- *The Legal Times*, which named him among 30 legal "Visionaries" in Washington D.C. (2008);
- *The National Law Journal*, which named him one of the 100 most influential lawyers;[7] and
- Michael Benoliel, *Done Deal: Insights from Interviews with the World's Best Negotiators* (Platinum Press 2005), which featured Mr. Hausfeld's superb negotiations skills.

Mr. Hausfeld is also widely recognized for his commitment to human rights.  In addition to apartheid-related class action, he served *pro bono* as settlement class counsel representing Holocaust survivors against Swiss Banks, resulting in a $1.25 billion settlement, and as lead counsel in litigation brought by World War II forced-and slave-labor survivors.[8]  Awards for this work include: the B'Nai Brith Humanitarian of the Year Award; the Simon Wiesenthal Award for Distinguished Service; and the *Legal Times* "Fierce Sister Award" for his representation of World War II Korean "comfort women."[9]

**Representative Publications & Scholarship**:  Mr. Hausfeld has taught as an adjunct professor at the Georgetown University Law Center and the George Washington University School of Law, and frequently authors scholarly and popular articles on issues in complex litigation, including:

- *The United States Heightens Plaintiff's Burden of Proof on Class Certification: A Response,* in GLOBAL COMPETITION LITIG. REV. (Vol. 2, No. 4, 2009).
- *Global Enforcement of Anticompetitive Conduct*, 10 SEDONA CONF. J. 9 (2009).
- *Twombly, Iqbal and the Prisoner's Pleading Dilemma*, LAW 360, Oct. 22, 2009.
- *Managing Multi-district Litigation*, in THE ANTITRUST REV. OF THE AMERICAS (2009).

**References**

- **The Honorable Paul R. Friedman**, U.S. District Court for the District of Columbia (*In re Rail Freight Fuel Surcharge Antitrust Litigation*, No. MDL1869 (D.D.C.))
- **The Honorable Thomas S. Hogan**, U.S. District Court for the District of Columbia (*In re Vitamins Antitrust Litig.*, MDL No. 1285 (D.D.C.))
- **The Honorable Jacob P. Hart**, Magistrate Judge, U.S. District Court for the Eastern District of Pennsylvania (*In re Hydrogen Peroxide Antitrust Litigation*, MDL No.  (E.D. Pa.))
- **Kenneth R. Feinberg** - Administrator of the BP Deepwater Horizon Disaster Victim Compensation Fund; (202) 371-1110; kfeinberg@feinbergrozen.com

**Fee Sharing Arrangements**:  Hausfeld LLP has fee sharing arrangements with Girardi Keese and Goldberg Persky & White PC, which, along with Hausfeld LLP, represent plaintiffs in this MDL.

---

[7] *The 100 most influential lawyers in America*, NAT'L LAW J., June 19, 2006.
[8] *In re Holocaust Victim Assets Litig.*, No. 96-cv-4849 (E.D.N.Y.); *In re Nazi Era Cases*, MDL No. 1337 (D.N.J.).
[9] *See Hwang Geum Joo v. Japan*, No. 01-7169 (D.D.C.).



202.540.7200 ph          215.985.3270 ph
202.540.7201 fax         215.985.3271 fax

1700 K Street, NW        1604 Locust St.
Suite 650                Second Floor
Washington, DC 20006     Philadelphia, PA 19103

## <u>Richard S. Lewis</u>

Richard S. Lewis is a founding partner of Hausfeld LLP.  His litigation practice for the past 25 years has focused principally on mass torts and consumer and antitrust class actions.  Mr. Lewis received his bachelor's degree *cum laude* from Tufts University (1976), his Master's Degree in Public Health from the University of Michigan (1981), and his law degree *cum laude* from the University of Pennsylvania Law School (1985), where he served as Comments Editor of the University of Pennsylvania Law Review.  Following law school, Mr. Lewis served as a law clerk for the Honorable Stanley S. Brotman, United States District Court for the District of New Jersey.  He is admitted to practice in the District of Columbia.

## <u>Leadership in Representative Cases:</u>

Mr. Lewis has served in a range of leadership positions in mass torts and products liability and antitrust class actions, including, but not limited to, the following:

### *Prescription Drug and Other Products Liability*

- *In re Prempro Prods. Liab. Litig.*, No. 03-cv-1507 (E.D. Ark.) (Pls.' Steering Committee)
- *In re Chinese-Manufactured Drywall Prods. Liab. Litig.*, 09-md-02047 (E.D. La.) (Of Counsel to Pls.' Steering Committee)
- *In re Diet Drugs Prods. Liab. Litig.*, MDL No. 1202 (E.D. Pa.) (Pls.' Steering Committee and sub-class counsel)
- *In re StarLink Corn Prods. Liab. Litig.*, MDL No. 1403 (N.D. Ill.) (Co-lead Counsel)
- *In re Phenylpropanolamine Prods. Liab. Litig.*, No. 01-md-1407 (W.D. Wash.) (Co-lead Counsel)

### *Toxic Torts*

- *Yslava, et al. v. Hughes, et al.*, No. 91-civ-525 (D. Ariz.) — involving TCE contaminated drinking water  (Lead Counsel)
- *Bocook, et al. v. Ashland Oil*, No. 91-cv-839 (S.D.W.Va.) — involving air pollution from oil refinery (Lead Counsel)
- *Hunter v. Pneumo Abex*, Civ. No. L98-1062 (Cir. Ct. City of Portsmouth, VA, 1999) — involving lead poisoning of children from nearby foundry operation (Co-lead Counsel)
- *Wagner v. Anzon* (Pa. Ct. of Comm. Pleas, 1994) — involving lead poisoning of children from nearby foundry (Co-lead Counsel)

***Antitrust***
- *Sample, et al. v. Monsanto, et al.*, No. 01CV65 (E.D. Mo.) (Co-lead)
- *In re Travel Agent Commissions Litig.,* MDL No. 1058 (D. Minn.) (Pls.' Steering Committee)

## Successes

Mr. Lewis's litigation successes are many.  He was sub-class counsel in *In re Diet Drugs Prods. Liab. Litig.*, where counsel negotiated one of the largest settlements ever obtained in a mass tort case—$3.75 billion—on behalf of millions of U.S. consumers who used diet drugs that are associated with heart valve damage.

Mr. Lewis also successfully litigated medical monitoring claims in *Harman v. Rohm & Haas Co., Inc.*, Civ. No. L-1375-95 (N.J. Super. Ct., Gloucester Cty.), on behalf of a class of those who lived or played near a toxic waste Superfund site.  He obtained certification of two medical monitoring sub-classes and a multi-million dollar medical monitoring fund.  Mr. Lewis was trial counsel in *Germano, et al. v. Taishan Gypsum Co. Ltd. et al.*, Nos. 09-cv-6687, 09-md-2047 (E.D. La.), a property damages and remediation mass tort on behalf of homeowners seeking relief for damage caused by defective drywall manufactured in China, in which the court ordered plenary relief of $2.6 million dollars and set the standard for remediation for damaged homes.  Mr. Lewis was instrumental in the *Daubert* briefing and argument in that case.

Further, in *StarLink Corn Products Liability Litig.* (MDL No. 1403), as co-lead counsel, Mr. Lewis successfully secured a $110 million settlement on behalf of U.S. corn farmers in a national class action against the manufacturer and distributor of a genetically modified corn variety.  The variety, never approved for human consumption, was found in retail food products across the country and was traced to widespread contamination of the U.S. corn supply. The settlement was the first successful resolution of tort claims brought by farmers against makers of genetically modified seeds.

## Serving the Underserved in Cutting Edge Cases

Like his partner Michael Hausfeld, Mr. Lewis is committed to establishing new frontiers in plaintiffs' recovery, particularly in the areas of health and safety. Mr. Lewis has undertaken representation of underserved constituencies in the developing world seeking compensation for harm to property and health caused by environmental contamination and workplace conditions. For example, in *Farnum v. Shell*, an oil spill-pollution case brought in Barbados against international oil companies, Mr. Lewis secured a settlement providing property damage relief for 26 local farmers and landowners. In addition, Mr. Lewis and Hausfeld LLP have been invited to participate in precedent-setting litigation in South African courts on behalf of gold miners who suffer from silicosis—a disabling lung disease afflicting an estimated one in four South African gold miners—caused by their uncontrolled exposures to silica dust. The litigation is designed to establish the workers' rights to compensation under the South African Constitution and various statutory compensation schemes.

And in a case now pending for nearly eight years, Mr. Lewis represents, as co-lead counsel, a putative class of residents of Bhopal, India exposed to toxic waste that contaminated the soil and drinking water surrounding the infamous Union Carbide Plant—the site of the 1984 gas leak that killed and injured thousands of residents. *Sahu v. Union Carbide Corp.,* No. 04-cv- 8825 (S.D.N.Y.). After gas leak disaster, Union Carbide abandoned the plant, causing the remaining chemicals to enter groundwater and resulting in high rates of cancer and neurological disorders among nearby residents. After a 2008 reversal of an adverse district court decision, the action remains pending. The putative class seeks remediation, medical monitoring and damages for personal injury and harm to property.

## References

- **The Honorable John T. Copenhaver, Jr.**, U.S. District Court for the District of West Virginia (*Royce v. Wyeth, et al.*, No. 2004-cv-690 (W.D. Va.))
- **The Honorable Eldon E. Fallon**, U.S. District Court for the Eastern District of Louisiana (*Germano, et al. v. Taishan Gypsum Co. Ltd.*, *et al.* (Nos. 09-cv-6687, 09-md-2047) (E.D. La.))

3

**GENE LOCKS**
**LOCKS LAW FIRM**
**601 Walnut Street, Suite 720 East**
**Philadelphia, PA 19106**
**215-893-3434**
glocks@lockslawpa.com
**www.lockslaw.com**

Cherry Hill, NJ                                                                                      New York, NY

*Education and Admissions to Practice:*

> Princeton University, B.A. 1959.
> Columbia University, J.D. 1962.
> Admitted to practice in Pennsylvania, New Jersey, New York, and federal courts throughout in the
> United States.

*References:*

> Honorable Harvey Bartle, III (E.D. Pa.)
> Honorable Jack B. Weinstein (E.D.N.Y)
> Honorable Anthony J. Scirica (Court of Appeals for the Third Circuit)

*Business Activities:*

> <u>Chairman</u>, UNR Industries, Inc. (NASDAQ), 1991 - 1999
> <u>Director</u>, UNR Industries, Inc., 1989 - 2002
> <u>Director</u>, Celotex Corporation, 1997 - 2001
> <u>Chairman</u>, APEX Teletech Resources, Inc., 1996 - 1997
> <u>Director</u>, Raytech Industries, Inc. (NASDAQ), 2001 – 2009
> <u>President</u>, Locks, Ltd., 1990 - Present

*Professional*

- Founding and managing partner of Locks Law Firm with offices in Philadelphia, New York and
  New Jersey 1966-present.

- Lead counsel in numerous major national litigation matters and either chairman or member of
  numerous Chapter 11 reorganization committees involving large manufacturing companies and
  lead or class counsel in major national class action proceedings.

- Lead negotiator on behalf of the plaintiffs/claimants and initiator of triparte discussions
  concerning the Wellington Agreement among insurance companies and corporate manufacturers
  of asbestos.

- **Trustee Advisor** for the following Asbestos Victims Trusts: **Raytech, Eagle-Picher, Pacor,
  Amatex, and UNR.**

- **Co-Lead Class Counsel**, Diet Drug Class Action, *Brown, et al. v. American
  Home Products Corporation*, Civil Action No. 99-20593, 1999 – present.

- **Co-Lead Class Counsel,** New Jersey, Pennsylvania and New York Consolidated Diet Drug
  Litigation.

- **Co-Lead Class Counsel**, Asbestos Victims Class Action, *Georgine, et al. v. Amchem Products, et al*, Civil Action No.93-CV-0215, 1992 – 1997.

- **Co-Liaison Counsel**, Multi-District Litigation No. 875, *In re: Asbestos Products Liability Litigation* (No. VI), 1991 – 2007.

- **Member, Agent Orange Plaintiffs' Management Committee; Co-Chairman, Negotiating and Causation Sub-Committees**, 1983-1987.

- **Chairman and/or Lead Negotiator,** Official Creditors Committee of Asbestos-Related Plaintiffs for the following reorganized companies:

  **MANVILLE** Chapter 11 Proceeding, a successfully reorganized public company, in New York, New York Bankruptcy Court, 1982 - 1988;

  **UNR INDUSTRIES, INC.**, Chapter 11 Proceedings, a successfully reorganized public company, in Chicago, Illinois Bankruptcy Court,1982 - 1989;

  **THE CELOTEX CORPORATION**, Chapter 11 Proceeding, a successfully reorganized company, in Tampa, Florida Bankruptcy Court, 1990 - 1997;

  **EAGLE-PICHER INDUSTRIES, INC.**, a successfully reorganized public company, in Cincinnati, Ohio Bankruptcy Court, 1991 - 1996;

  **RAYTECH INDUSTRIES, INC.**, a successfully reorganized public company, in Connecticut Bankruptcy Court, 2001;

  **PACOR**, a successfully reorganized public company in Pennsylvania Bankruptcy Court;

  **AMATEX**, a successfully reorganized public company, in Pennsylvania Bankruptcy Court, 1996.

  Numerous Lead Counsel roles in various state court matters involving complex litigation and coordinated case management.

### *Fee Sharing Arrangements in NFL Cases*

For some, but not all, of the NFL cases, the Locks Law Firm has fee sharing arrangements.

### *Personal*

Chairman - The Philadelphia Foundation, 2007 - 2008
Board of Managers - The Philadelphia Foundation, 1999 - 2009
Board of Managers - The Philadelphia Liberty Medal, 2005
Advisory Board Chairman - Fund for Children - 2006 - 2008
Trustee and Chairman, Asbestos Victims Special Fund Trust, 1988 - 1996
Board Member - Fisher Island, FL, 2006 - 2010

**David D. Langfitt**
**Locks Law Firm**
Office: 215-893-3423
Cell: 610-787-1706
Fax: 215-893-3444
dlangfitt@lockslaw.com

*Education:*

B.A. University of Pennsylvania in 1979
M.Sc. The London School of Economics in 1980
J.D. from New York University School of Law in 1992

*Professional:*

- <u>Lead and liaison counsel</u> for Plaintiffs in Artelon Spacer (medical device) Litigation, consolidated as a Mass Tort in Philadelphia Court of Common Pleas, 2010 - present.

- <u>Counsel to SEC Receiver</u> David H. Marion, appointed to recover, oversee, and distribute assets of Ponzi to more than one thousand defrauded investors. Ponzi Scheme operated through Bentley Financial Services, Inc. (2001 – present). Eleven years of experience includes:

  o Recovered of approximately $369,000,000 for the benefit of defrauded investors.
  o Recovered of ninety-three percent of invested principal for benefit of defrauded investors.
  o Filed multiple complaints against banks and others for aiding and abetting and conspiring with Ponzi Scheme.
  o $32.7 million jury verdict against bank and brokerage firm for conspiracy, aiding and abetting breach of fiduciary duty, and aiding and abetting fraud.
  o Recovered majority of receivership assets from banks, brokerage firms, and other investment institutions by settlement.
  o Investigated off-shore assets in Caribbean and South Pacific nations.
  o Operated Receivership as business entity that successfully marshaled assets, conducted litigation, distributed recovered assets, and regularly informed more than one thousand defrauded investors regarding claims, distribution, and litigation process.

(<u>References</u>: Hon. John P. Fullam (Ret.); Receiver David H. Marion, Esquire, Archer & Greiner PC, and John H. Lewis, Jr., Esquire, co-counsel to Receiver and partner at Montgomery, McCracken, Walker & Rhoads LLP).

- <u>Lead counsel</u> in multiple patent infringement cases filed in two states and consolidated in Eastern District of Pennsylvania as *Quad/Tech vs. QI Press Controls BV, et al.,* 2009 to present.  (<u>Reference</u>: Hon. Eduardo N. Robreno).

- <u>Lead Litigation Counsel</u> to Asbestos Creditors Committee, *In Re: Bondex* Bankruptcy (U.S. District Court, District of Delaware), 2009-2010.

- <u>Litigation Counsel</u> to Asbestos Creditors Committee in *In Re: Combustion Engineering* bankruptcy (U.S. District Court, District of Delaware), 2003-2005.

- <u>Lead Litigation Counsel</u> to Creditors Committee in *In Re: Nutraquest* (U.S. District Court, District of New Jersey), 2002-2005.  (<u>Reference</u>: John H. Lewis, Jr., Esquire, co-counsel to Creditors Committee and partner at Montgomery, McCracken, Walker & Rhoads LLP).

- <u>Lead litigation counsel</u> to Celotex Corporation in, among other cases, 551 wrongful death and personal injury cases brought in connection with 2003 fire at The Station nightclub in West Warwick, Rhode Island.  (<u>Reference</u>: George N. Wood, President and General Counsel, Celotex Corporation, St. Petersburg, FL).

- <u>Habeas Corpus</u>, counsel for former death row inmate. Succeeded in overturning petitioner's conviction for first degree murder in *Smith v. Horn,* 120 F.3d 400 (3d Cir. 1997), and later defended client in re-trial in Bucks County Court of Common Pleas. (<u>Reference</u>: Hon. Alan M. Rubenstein, Court of Common Pleas, Bucks County).

<u>Partner</u>, Locks Law Firm, 2010-Present.

<u>Partner</u>, Montgomery, McCracken, Walker & Rhoads LLP, 2001-2010.

<u>Associate</u>: Montgomery, McCracken, Walker & Rhoads LLP, 1992-2000.

***Admitted to Practice:*** Pennsylvania and New Jersey
United States District Court for the District of New Jersey
United States District Courts for the Eastern, Middle, and Western Districts of Pennsylvania
United States District Court Eastern District of Michigan
United States District Court of Rhode Island
Court of Appeals for the Third Circuit
Court of Appeals for the Federal Circuit
United States Supreme Court

***Personal:*** Corp. Exec. Board, Philadelphia Museum of Art
Founding Board Member and former Chair, Philadelphia Mural Arts Program (<u>Reference</u>: Jane Golden, Founder and Executive Director)
Board of Directors, Lankenau Institute for Medical Research
Boards of Directors, Episcopal Community Services

## CURRICULUM VITAE OF RICARDO M. MARTÍNEZ-CID

Ricardo M. Martínez-Cid is a partner at the firm of Podhurst Orseck, P.A., in Miami, Florida.  He earned his undergraduate degree at the University of Miami (B.A., *cum laude*, 1997) and his Juris Doctorate at Yale Law School (J.D., 2000) where he was the William S. Beinecke Scholar.  At Yale, Mr. Martínez-Cid was a director at Yale's renowned clinical program, an editor of the Yale Journal of International Law, and served on the Board of Directors of the Latino Law Students Association.  Before joining Podhurst, Mr. Martínez-Cid worked at an international law firm and served as a law clerk to the Honorable James Lawrence King on the United States District Court for the Southern District of Florida.  Mr. Martínez-Cid joined the firm in 2002, and was named partner in 2006.

On many occasions, Mr. Martínez-Cid has obtained multi-million dollar verdicts on behalf of his clients.  According to the National Law Journal, his verdict of over 195 million dollars in the Fondo Vision matter was one of the ten largest jury verdicts of 2010.

Mr. Martínez-Cid and his firm have extensive trial experience.  Mr. Martínez-Cid has been appointed to multiple Plaintiffs' Executive Committees, including being named as lead counsel in *In re American Airlines Flight 331*, Case No. 10-20131-CV-LENARD/TURNOFF, currently pending before the United States District Court for the Southern District of Florida.  He has also served on the Plaintiffs' Executive Committee in *In re Air Crash at Madrid, Spain, on August 20, 2008*, MDL Case No. 2:10-ml-2135-GAF (RZx), United States District Court for the Central District of California, and *In re Air Crash near Peixoto de Azeveda, Brazil, on September 29, 2006*, Case No. 07 Md. 1844 (BMC) (JO), United States District Court for the Eastern District of New York.

Mr. Martínez-Cid has also taken a leadership role in the following mass disaster cases, to name a few: *Tazoe, et al., v. Tam Linhas Aereas*, Case No. 07-21941-CIV-COOKE/McALILEY,

United States District Court for the Southern District of Florida; *Ellis, et al., v. Chalk's International Airlines*, Case No. 06-20066-CIV-SEITZ/MCALILEY, United States District Court for the Southern District of Florida; *In re: Air Crash Near Athens, Greece, on August 14, 2005*, Master File No. 06 C 3439, MDL-1773, United States District Court for the Northern District of Illinois, Eastern Division; and *King, et al., v. Cessna Aircraft Co.*, Case No. 03-20482-CIV-MORENO, United States District Court for the Southern District of Florida.

Mr. Martínez-Cid currently serves in the leadership of the Mass Tort Litigation Section of the American Bar Association. He also serves as the Chair of the Aviation Law Section of the American Association for Justice; Co-Chair of the Aviation and Space Law Committee of the American Bar Association; and the Vice President of the Cuban American Bar Association. Mr. Martínez-Cid has received numerous awards and recognition including being named in South Florida Legal Guide, "Top Lawyers and Up & Comers," 2012—2011; Florida Trend Magazine, "Florida's Legal Elite," 2011; Daily Business Review, "Most Effective Lawyers" Finalist, 2011; and Florida's Super Lawyers and Rising Stars, 2010—2012.

Mr. Martínez-Cid has authored and published works for the American Bar Association and the American Association for Justice. He is a frequent lecturer on general trial tactics and aviation law. Among Mr. Martínez-Cid's many speaking engagements have been the following:

• American Bar Association, Young Lawyer Division, Philadelphia, Pennsylvania, Legal Trends as a New Partner, 3/2/12—3/3/12;

• American Bar Association, Mass Tort Litigation Section, Hollywood, Florida, You're Only Young Once: The Dos and Don'ts of Developing Business as a "Young Lawyer," 1/19/12—1/21/12;

• American Association for Justice, Annual Convention, Vancouver, Lecture: Recent Developments in International Aviation Cases, 7/12/2010;

• American Association for Justice, Annual Convention, San Francisco, Lecture: Recent Developments in Cases Involving the Doctrine of *Forum Non Conveniens*, 7/25/2009;

• American Bar Association Litigation Section on Aviation Program, Trial Lecture: Tips for Effective Opening Statements, 6/4/2009;

• Avicon, New York, Panel Discussion Member: Aviation Disasters–Investigating the Causes, Resolving the Claims, 5/12/2009;

• Avicon, London, Lecture: Handling Foreign Aviation Cases in the United States and Abroad, 10/9/2008;

• American Association for Justice, Annual Convention, Lecture: International Air Carrier Disasters, 7/27/2008;

• American Bar Association Aviation and Space Law Committee, Washington, D.C., Moderator: Plaintiff's Ethical Marketing Strategies in the New Millennium, 10/26/2006.

## <u>REFERENCES</u>

Mr. Martínez-Cid designates the following individuals as references:

• The Honorable Adalberto Jordan, United States Circuit Judge, United States Court of Appeals, Eleventh Circuit, Wilkie D. Ferguson, Jr. United States Courthouse, 400 N. Miami Ave., Miami, FL 33128, Tel. 305-523-5560.

• The Honorable Federico A. Moreno, Chief United States District Court Judge, Southern District of Florida, Wilkie D. Ferguson, Jr. United States Courthouse, 400 N. Miami Ave., Miami, FL 33128, Tel. 305-523-5110.

• The Honorable James Lawrence King, Senior United States District Court Judge, Southern District of Florida, James Lawrence King Federal Justice Building, 99 Northeast Fourth Street, Miami, FL 33132, Tel. 305-523-5000.

## <u>THE NFL PLAYERS' CONCUSSION INJURY LITIGATION</u>

Mr. Martínez-Cid represents over 200 former NFL players.  He is counsel of record in *Marvin Jones, et al., v. The National Football League*, originally filed in the United States District Court for the Southern District of Florida as Case No. 11-cv-24594.  He is also counsel of record in *Shawn Wooden and Ryan Fowler v. The National Football League*, originally filed in the United States District Court for the Southern District of Florida as Case No. 12-cv-20269.

In some cases, Podhurst Orseck has an agreement in place to share fees with co-counsel that some of our clients have retained. In such cases, those agreements are detailed in the contract signed by the client who has retained this associated counsel.

### CURRICULUM VITAE OF STEVEN C. MARKS

Steven Marks obtained his undergraduate degree from the University of Florida (B.A., *cum laude*, 1982) and his Juris Doctorate from the University of Miami (*cum laude*, 1985).  At Miami, he served as the editor-in-chief of the Law Review.  He is currently an alumni editorial-board member of the University of Miami Law Review.  He is a member of the Bar and Gavel Law Society and the Order of the Coif, and was on the Board of Directors of the University of Miami Law School Alumni Association (2003 to 2006).  Steve is also an inaugural member of the University of Miami Law School Dean's Council.

Steve is admitted to the Florida Bar.  He is also a member of the Dade County Bar Association, American Bar Association (Aviation & Space Law Committee, Program Planning Committee for National Institute on Aviation Litigation, editorial board member, Torts and Insurance Practice Section and Tort and Insurance Law Journal Committee, and The Brief), Academy of Florida Trial Lawyers, The Association of Trial Lawyers of America, Dade County Trial Lawyers, American Board of Trial Advocates (Miami Chapter), Litigation Counsel of America, Trial Lawyers Honorary Society, and the Inns of Court.

He is listed in "The Best Lawyers in America," 2007–12; Florida Trend's "Florida Legal Elite," 2009; Florida Super Lawyers, 2006–10; Lawdragon 500 Leading Litigators "New Star," 2006–07; South Florida Legal Guide, "Top Lawyers," 2007–12; The Guide to the World's Leading Aviation Lawyers, 2008–10; Chamber's USA's Guide to Leading Lawyers for Business, 2008–10; and was named the Daily Business Review's Most Effective Lawyer in 2010.

Steve focuses on personal injury and wrongful death litigation, product liability, aviation litigation, commercial litigation, class actions, medical malpractice, premise liability, and admiralty. He has acted as lead counsel, appointed court counsel, and/or counsel representing victims in a

number of mass disaster cases, including: acting as lead plaintiff's counsel in the American Airlines Flight 331 crash in Jamaica, 2010; acting as co–lead trial counsel for the California State Court plaintiffs after a Silk Air crash between Jakarta and Singapore in 1997; acting as lead liaison counsel for the State Court and Federal MDL plaintiffs' steering committees in the ValuJet Flight 592 crash in the Everglades, 1996; and acting as a member of the MDL plaintiffs' steering committee for the Arrow Air military charter crash in Newfoundland, 1985.  Apart from aviation, and general personal injury and wrongful death practice, he also counsels foreign governments, including the Russian Federation, the Republic of Venezuela, Ecuador, Belize, Honduras and numerous Brazilian states.

Among his many speaking engagements have been:

- McGill Conference on International Aviation Liability and Insurance, Panel: Forum non-conveniens and Mediation, Montreal, Canada, May 2011;
- Conference of the International Bar Association, Vancouver, Canada, Speaker, October 2010;
- American Association for Justice, Annual Convention, Philadelphia, Lecture: "The Fundamentals of Obtaining a Just or Full Compensation Aviation Jury Verdict," July 2008;
- National Association of Legal Investigators, Inc., Mid-Winter Conference, Ft. Lauderdale, Florida, January 2008;
- ABA Conference, Washington, D.C., session on Aviation and Space Law Litigation, Lecture: "Foreign Accidents--U.S. Defendants Frequently Argue Forum Non-Conveniens Motions; How are they Doing?," October 2007;
- ABA Aviation & Space Law Convention, "A Discussion on the Basics of Litigating the Foreign Crash," 2006;
- Miami-Dade County Bar Association Young Lawyer Section's First Annual "SuperLawyer Mock Trial Demonstration Seminar," 2006;
- Embry–Riddell, "An Introduction to the Foreign Sovereign Immunities Act," 2001;
- ABA Conference, Washington, D.C., "Discovery in Aviation Cases," 2004;
- ABA Panel on Forum Non-Conveniens, "An Update of Recent Decisions and An Analysis of the Legal Criteria," 2003;
- Masters of the Courtroom Seminar, Dade County Trial Lawyers, 2002, and the Dade County Trial Masters Program, 2002-2003;
- "Recent Developments in Aviation Law," ABA Litigation in Aviation

Seminar 1991 (co-author);

•      ATLA Aviation Section Program, Chicago, Past Program Chair.

Steve is the co-author of "Recent Developments in Aviation Law," ABA Litigation in

Aviation Seminar, 1991; "The Admissibility and Use of Demonstrative Aids," ABA, The Brief Tort

Trial & Insurance Practice Section, Vol. 32, No. 4, Summer 2003; "Handling Foreign Aviation Cases

in the United States"; and ABA Publication, "Litigating the Aviation Case from Pre–trial to Closing

Argument", Third Edition, 2008.

## REFERENCES

Steve designates the following individuals as references:

• The Honorable Federico A. Moreno, Chief United States District Judge, Wilkie D. Ferguson, Jr. United States Courthouse, 400 N. Miami Ave., Miami, FL 33128, Tel. 305-523-5110.

• The Honorable James Lawrence King, Senior United States District Judge, James Lawrence King Federal Justice Building, 99 Northeast Fourth Street, Miami, FL 33132, Tel. 305-523-5000.

• The Honorable Michael A. Genden, Judge for the Eleventh Judicial Circuit of Florida, 73 West Flagler Street, Miami, Florida, 33130, Tel. 305- 349-7044.

• The Honorable Joseph P. Farina, Judge for the Eleventh Judicial Circuit of Florida, 73 West Flagler Street, Miami, Florida, 33130, Tel. 305- 349-7054.

## THE NFL PLAYERS' CONCUSSION INJURY LITIGATION

Steve is counsel of record in *Marvin Jones, et al. v. The National Football League*, originally

filed in the United States District Court for the Southern District of Florida as Case No. 11-cv-

24594-JEM.  He is also counsel of record in *Shawn Wooden and Ryan Fowler v. The National*

*Football League*, originally filed in the United States District Court for the Southern District of

Florida as Case No. 12-20269-CIV-MARTINEZ-McALILEY.

In some cases, Podhurst Orseck has an agreement in place to share fees with co-counsel that

some of our clients have retained. In such cases, those agreements are detailed in the contract signed

by the client who has retained this associated counsel.

# SⱲ SEEGERWEISS LLP

77 Water Street, New York, NY 10005      P 212.584.0700      F 212.584.0799      www.seegerweiss.com

## APPLICATION OF CHRISTOPHER A. SEEGER FOR
## APPOINTMENT TO PLAINTIFFS' EXECUTIVE COMMITTEE

Pursuant to the Court's March 6, 2012 Order, I submit this application in support of my request for appointment to the Plaintiffs' Executive Committee for this MDL proceeding.

I am the founding partner of Seeger Weiss LLP, an approximately thirty-lawyer firm with offices in several states.  In recent years, I have led and helped lead several comparable and similarly challenging MDLs and their coordinated state litigations—*e.g., Vioxx, Chinese Drywall, Zyprexa, and DePuy ASR*.  Beyond general leadership, discovery, and generic expert work-up, I have served as lead trial counsel in bellwether MDL cases, actively facilitated federal-state coordination, and served as a lead negotiator for the global resolutions of these and other MDLs.  Every MDL presents unique challenges, and this one is no exception.  However, I believe my experience in other MDLs and their parallel state litigations will be of substantial value in ensuring the success of this MDL for all affected NFL players.

Pursuant to CMO # 1 in effect in this MDL, I provide as references Judge Carol E. Higbee (N.J. state court, Atlantic County), Judge Marina Corodemus (ret.) (N.J. state court), Judge David R. Herndon (S.D. Ill.), and Judge Eldon E. Fallon (E.D. La.).

To date, Seeger Weiss is co-counsel in four pending NFL concussion injury cases.[1] Seeger Weiss has fee sharing arrangements with the following firms: Carella, Byrne, Cecchi,

---

[1]      Specifically, the Firm is co-counsel in the following cases: *Finn, et al. v. National Football League*; Civ. No. 11-7067; *Barnett, et al. v. National Football League,* Case No. 2:12-cv-00546-AB; *Henesey, et al. v. National Football League*, Case No. 2:12-cv-00729-AB; and *Hughes, et al. v. National Football League*, Case No. 2:12-cv-00459.

**New York          Newark          Philadelphia          Los Angeles**

Olstein, Brody & Agnello, P.C.; Levin, Fishbein, Sedran & Berman; and The Dugan Law Firm, APLC.

Since filing those actions, the Firm has been contacted by several other former players.  I anticipate that Seeger Weiss will ultimately represent (and have cases on file for) a substantial number of retired players.  Thus, I expect that the NFL concussion injury litigation will be one of my Firm's, and relatedly my, primary litigation responsibilities over the next several years.

As this Court is well aware, cases such as the instant MDL pose enormous substantive, logistical, and resource challenges on appointed counsel.  Over the years, I have consistently risen to and met those challenges, assuming lead, liaison, and other significant, substantive leadership roles (and supplying the necessary resources) in many challenging and successful MDLs over the last decade.[2]  Beyond the general leadership and effort involved with such appointments, I have also served as lead trial counsel in bellwether trials (*e.g., Vioxx, Chinese Drywall,* and *Rezulin*) and negotiating counsel in successful global settlement discussions for such MDLs (*e.g., Zyprexa, PPA, Vioxx,* and *Chinese Drywall*).  Through these experiences, Seeger Weiss has developed extensive experience working collaboratively and cooperatively with both fellow plaintiffs' counsel and counsel for the defense.  Relatedly, my frequent

---

[2]      I have been appointed as lead counsel, liaison counsel, and a member of plaintiffs' executive and executive committees in a variety Federal multidistrict litigations throughout the United States, *e.g., In re Vioxx Products Liability Litig.* (E.D. La., MDL No. 1657) (Co-Lead); *In re Gadolinium-Based Contrast Agents Products Liability Litig.* (N.D. Ohio, MDL No. 1909) (Plaintiffs' Executive Committee); *In re Chinese-Manufactured Drywall Products Liability Litig.* (E.D. La., MDL No. 2047) (PSC); *In re DePuy Orthopaedics ASR Products Liability Litig.* (N.D. Ohio, MDL No. 2197) (Plaintiffs' Executive Committee); *In re Zyprexa Products Liability Litig.* (E.D.N.Y., MDL No. 1596) (Liaison Counsel); *In re Ortho Evra Products Liability Litig.* (N.D. Ohio, MDL No. 1742) (PSC); *In re Vytorin/Zetia Marketing, Sales Practices & Products Liability Litig.* (D.N.J., MDL No. 1938) (Co-Liaison Counsel); *In re Fosamax Products Liability Litig.* (S.D.N.Y., MDL No. 1789) (Liaison Counsel and PSC); *In re MCI Non-Subscriber Tel. Rates Litig.* (S.D. Ill., MDL No. 1275) (PSC); *In re Yasmin and Yaz (Drospirenone) Marketing, Sales Practices, and Relevant Products Liability Litig.* (S.D. Ill., MDL No. 2100) (PSC); *In re Bextra and Celebrex Marketing Sales and Products Liability Litig.* (N.D. Cal., MDL No. 1699) (PSC); *In re PPA Products Liability Litig.* (W.D. Wash., MDL No. 1407) (PSC); *In re Propulsid Products Liability Litig.* (E.D. La., MDL No. 1355) (PSC); and *In re Rezulin Products Liability Litig.* (S.D.N.Y., MDL No.1348) (PSC).

involvement in state court proceedings that track those of the various MDLs in which I have been involved has enabled me to assume parallel leadership roles in both federal and state proceedings to facilitate federal-state cooperation.

Finally, with this application, I represent that I am fully and personally committed to serving on the Plaintiffs' Executive Committee for this MDL proceeding and prosecuting the actions within this MDL to their conclusion.  I back that commitment with the full labor and other resources of my firm that are necessary to make that happen.

Dated:  March 30, 2012

_____
Christopher A. Seeger



**SEEGERWEISS**LLP

77 Water Street, New York, NY 10005    P 212.584.0700    F 212.584.0799    www.seegerweiss.com

## APPLICATION OF DAVID R. BUCHANAN FOR
## APPOINTMENT TO PLAINTIFFS' EXECUTIVE COMMITTEE

Pursuant to the Court's March 6, 2012 Order, I submit this application in support of my request for appointment to the Plaintiffs' Executive Committee for this MDL proceeding. I am a partner of Seeger Weiss LLP, an approximately thirty-lawyer firm with several offices in this region, including Philadelphia, New York, and Newark. My partner, Christopher Seeger, has submitted by separate application his request to serve on Plaintiffs' Executive Committee, and if appointed he will serve as our firm's primary representative on the PEC. I anticipate further serving on several subcommittees necessary to ensure the successful prosecution of the cases in this MDL. Together with Mr. Seeger and others from Seeger Weiss, we commit to devoting the resources necessary to do so.

My practice is focused on large, complex litigation involving substantial numbers of aggrieved individuals, generally taking the form of mass actions and class actions. Pertinent to the instant MDL proceeding, I have assumed leadership positions in many of the most significant mass tort proceedings in the last 10 years. In particular, I currently serve as Liaison Counsel in coordinated state-court litigation proceedings involving Accutane, DePuy orthopedic hips, Fosamax, Gadolinium contrast agents, Yaz/Yasmin, and Zometa. Similarly, I often serve in leadership positions (as a chair or co-chair of various committees) in parallel MDL proceedings, leading discovery, expert development, and trial efforts. In the recent past, I served as Liaison Counsel for the closely watched New Jersey Vioxx Litigation, which involved approximately

New York            Newark            Philadelphia            Los Angeles

16,000 individual cases; in the Vioxx MDL, I served as discovery co-chair.  Through both roles, I helped lead the discovery and expert efforts, and coordinated the efforts of dozens of plaintiffs' counsel, all in support of the successful resolution of that litigation.

Pursuant to Case Management Order 1 in effect for this litigation, I provide the following references:  Judge Carol E. Higbee (N.J. state court, Atlantic County), Judge Marina Corodemus (ret.) (N.J. state court); Judge David R. Herndon (S.D. Ill.), and Judge Eldon E. Fallon (E.D. La.).

Similar to the philosophy of Seeger Weiss more broadly, I am a strong advocate of our civil justice system, and pride myself in taking cases from inception through discovery, and as necessary, through trial and appeal.  In that regard and by way of example, for the Accutane mass tort proceedings in which I serve as Liaison Counsel, I have been co-trial counsel in the five trials that have reached verdict in New Jersey—notably, six of the eight plaintiffs in those cases prevailed and received substantial trial verdicts.  I have further handled the appeals in those matters, in one instance, to the New Jersey Supreme Court.

To date, Seeger Weiss is co-counsel in four pending NFL concussion injury cases for 29 former players.[1]  Seeger Weiss has fee sharing arrangements with the following firms: Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.; Levin, Fishbein, Sedran & Berman; and The Dugan Law Firm, APLC.

Since filing those actions, the Firm has been contacted by several other former players.  I anticipate that Seeger Weiss will ultimately represent (and have cases on file for) a substantial number of retired players.  Thus, I expect that the NFL concussion injury litigation will be one of

---

[1]  Specifically, the Firm is counsel in the following cases: *Finn, et al. v. National Football League*; Civ. No. 11-7067; *Barnett, et al. v. National Football League,* Case No. 2:12-cv-00546-AB; *Henesey, et al. v. National Football League,* Case No. 2:12-cv-00729-AB; and *Hughes, et al. v. National Football League*, Case No. 2:12-cv-00459.

my Firm's, and relatedly my, primary litigation responsibilities over the next several years.

Prior to and since filing the foregoing cases against the NFL, Seeger Weiss has actively developed the case against the NFL for concussion-related injuries, both from a scientific and liability perspective.  In that regard, the Firm has retained and worked with the leading scientific and medical experts in the field in support of our clients' claims.  Further, for more than 18 months, and well before the filing of the first case giving rise to this MDL, Seeger Weiss had extensive interactions with counsel for NFL, significant non-parties, and retired players on various litigation and non-litigation issues pertinent to the instant claims.  Since the formation of this MDL, Seeger Weiss has been active in the organization and activities of the Plaintiffs' leadership group—actively participating in meetings, calls, and interactions with co-counsel and defense counsel in connection with these cases.

As this Court is well aware, cases such as the instant MDL pose enormous substantive, logistical, and resource challenges on appointed counsel.  Over the years, I have consistently risen to and met those challenges, assuming lead, liaison, and other significant, substantive leadership roles (and supplying the necessary resources) in many challenging and successful MDLs over the last decade.

With this application, I represent that I am fully and personally committed to serving on the Plaintiffs' Executive Committee for this MDL proceeding and prosecuting the actions within this MDL to their conclusion.  I back that commitment with the full labor and other resources of my Firm that are necessary to make that happen.

Dated:  March 30, 2012

David R. Buchanan

3