# Exhibit B

# Plaintiffs' Steering Committee Resumes & References

# The Dugan Law Firm
## A Professional Law Corporation

James R. Dugan, II.
Attorney at Law

jdugan@dugan-lawfirm.com

### Resume

Mr. Dugan currently serves as lead counsel in the related class action captioned *Tyrone Hughes, Eric Hill, Dewana Hill, Curtis Baham, Leslie Baham, John Fourcade, Raion Hill, Maurice Hurst, Alleasia Hurst, Treverance Faulk, Keaton Cromartie, Vince Buck, Erika Buck, Charles Commiskey and Tyrone Legette v. National Football League, Riddell, Inc., All American Sports Corporation, and Riddell Sports Group, Inc.*, No. 2:12-cv-00459 (E.D. La.) and is lead counsel representing additional football players who reside in the southern United States.

Mr. Dugan received his J.D. from Loyola University Law School and is a member of the Louisiana State Bar Association.  He is admitted to practice before the United States Courts of Appeals for the Second and Fifth Circuits, and the United States District Courts for the Eastern and Middle Districts of Louisiana, the Southern District of Alabama, and the Eastern District of New York.  Mr. Dugan has been named to the American Association for Justice Top 100 Trial Lawyers for the years of 2007 through 2010.

Mr. Dugan gained valuable experience working with the late Wendell H. Gauthier and the Law Firm of Gauthier, Downing, LaBarre, Beiser & Dean in the areas of class action, mass tort, and complex litigation beginning with the seminal class action lawsuit filed against the tobacco industry on the basis of nicotine addiction, *Castano v. American Tobacco, et al.* Following Mr. Gauthier's death, Mr. Dugan formed the Dugan & Browne Law Firm, now known as the Dugan Law Firm, which specializes in class action and mass tort litigation.  Consequently, Mr. Dugan is able to commit to a time consuming project, and has experience working

Dugan Law Firm
Resume and Application for Appointment to
Plaintiffs' Steering Committee
Page 2

cooperatively with many different courts and attorneys on Plaintiff's Steering Committees.  Mr.

Dugan has been appointed to serve on mass tort leadership committees in a number of cases,

including:

1. **In Re: Synthroid Markt. Lit.,** MDL 1182 (1997-2004) N.D. Ill., Judge Elaine E. Bucklo. Co-Lead Counsel for third party payors. Settlement $45,000,000.00.
2. **In Re: Diet Drugs Lit.,** MDL 1203, (1997-2002) E.D. Pa, Judge Lewis C. Bechtle. Co-Lead Counsel for a large group of individually represented third-party payors. Settlement $35,000,000.00.
3. **In Re: Propulsid Lit.,** MDL 1355 (2000-Present) E.D. La., Judge Eldon E. Fallon. Member: Plaintiffs' Steering Committee. Settlement $90,000,000.00.
4. **In Re: Rezulin Prods. Liab. Lit.,** MDL 1348 (2000-2008) S.D.N.Y., Judge Lewis A. Kaplan. Liaison Counsel to a class of Health Benefit Providers. Settlement $22,500,000.00.
5. **In Re: Industrial Life Ins. Lit.,** MDL 1371 (2000-2007) E.D. La., Judge Martin L.C. Feldman. Member: Plaintiffs' Executive Committee.  Settlement $50,000,000.00.
6. **In Re: Inter-Op Hip Prosthesis Prods. Liab. Lit.,** MDL 1401 (2001-2008) N.D. Ohio, Judge Kathleen O'Malley. Member: Plaintiffs' Steering Committee. Settlement $1,200,000,000.00.
7. **In Re: Baycol Prods. Liab. Lit.,** MDL 1431 (2001-2007) D. Minn., Judge Michael J. Davis. Member: Plaintiffs' Steering Committee. Settlement $1,000,000,000.00.
8. **In Re: Meridia Prods. Liab. Lit.,** MDL 1481 (2002-2006) N.D. Ohio, Judge James S. Gwin. Member: Plaintiffs' Steering Committee.
9. **In Re: Serzone Prods. Liab. Lit.,** MDL 1477 (2002-2007) S.D. W.Va., Judge Joseph R. Goodwin. Member: Plaintiffs' Steering Committee. Settlement $90,000,000.00.
10. **In Re: Neurontin Markt. & Sales Prac. Lit.,** MDL 1629 (2004-Present) D. Mass., Judge Patti B. Saris. Member: Plaintiffs' Steering Committee.
11. **In Re: Vioxx Prods. Liab. Lit.,** MDL 1657 (2005-present) E.D. La., Judge Eldon E. Fallon. Member: Co-Chair Purchase Claims Committee. Settlement $80,000,000.00.
12. **In Re: Zyprexa Markt. & Sales Prac. Lit.,** MDL 1596 (2005-present) S.D.N.Y., Judge Jack B. Weinstein. Co-Lead Counsel for the Purchase Claims. Settlement $4,500,000.00.
13. **In Re: Bextra and Celebrex Markt. & Sales Prac. and Prods. Liab. Lit.,** MDL 1699 (2006-2010) N.D. Cal., Judge Charles R. Breyer. Member: Purchase Claims Committee. Settlement $89,000,000.00.
14. **In Re: Fosamax Prods. Liab. Lit.,** MDL 1789 (2006-present) S.D.N.Y., Judge John F. Keenan. Member: Plaintiffs' Steering Committee.
15. **In Re: Oxycontin Markt & Sales Prac. Lit.,** (2007-2009) S.D.N.Y., Judge John G. Koeltl. Co-Lead Counsel for third party payors.  Settlement $20,000,000.00.
16. **In Re:  Ketek Markt. & Sales Prac. Lit.,** (2008-Present) E.D.N.Y., Judge Sandra L. Townes. Co-Lead Counsel for third party payors.

Dugan Law Firm
Resume and Application for Appointment to
Plaintiffs' Steering Committee
Page 3

17. **In Re: Vytorin Markt, Sales Prac., and Prods. Liab. Lit.**, MDL 1938 (2008-2010) D. N.J., Judge Dennis M. Cavanaugh. Member: Plaintiffs' Steering Committee. Settlement $45,000,000.00.
18. **In Re: Actimmune Prods. Liab. Lit.**, (2009-Present) N.D. Cal., Judge Marilyn H. Patel. Member: Plaintiffs' Steering Committee.
19. **In re: Light Cigarettes Markt. & Sales Prac. Lit.**, MDL 2068 (2009-Present) D. Me., Judge John A. Woodcock Jr. Member: Plaintiffs' Steering Committee.
20. **In Re: Celexa/Lexapro Prods. Liab. Lit.**, MDL 2067 (2009) E.D.N.Y., Judge Rodney W. Sippel. Lead Counsel for the third party payors.
21. **In Re: Fosamax Femur Lit.**, MDL 2243 (2011 – Present) D. N.J., Judge Joel A. Pisano. Member: Plaintiffs' Steering Committee.
22. **In Re: Effexor Antitrust Lit.**, D. N.J., Judge Joel A. Pisano, Executive Committee Member for Indirect Purchasers.
23. **In re Prograf Antitrust Lit.**, MDL 2242 (2011- Present) D. Mass., Judge Rya W. Zobel, Proposed Co-Lead Counsel for Indirect Purchasers (motion pending and unopposed).

## References

Arthur Sadin
Sadin Law Firm
121 Magnolia, Suite 102
Friendswood, Texas  77546
Telephone: (281) 648-7711

Eric L. Young
Egan Young – Attorneys at Law
526 Township Line Road, Suite 100
Blue Bell, PA  19422
Telephone: (215) 367-5151

David L. Browne
David L. Browne, LLC
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: (504) 648-0170

## Additional Agreements with Counsel

The Dugan Law Firm has no additional agreements with any other counsel.

**APPLICATION OF KREINDLER & KREINDLER LLP TO SERVE ON THE PLAINTIFFS' STEERING COMMITTEE**

### The Kreindler Firm

Kreindler & Kreindler LLP is a national law firm with 25 lawyers and three offices in Los Angeles, Boston, and New York.  The firm and its members have litigated tort cases in all fifty states and several foreign countries.  The firm has a long and proud history of representing plaintiffs in complex mass tort litigation with a special emphasis on multi-jurisdictional issues involving choice-of-law on liability and damages.  The firm has handled numerous head injury cases and other complex medical cases around the country that focused on causation and etiology of injury. Members of the firm authored the treatises New York Law of Torts (West) and Aviation Accident Law (Matthew Bender). Kreindler lawyers led the trial work that resulted in the most important plaintiffs' verdicts in aviation law history, including the Pan Am Lockerbie Flight 103 disaster and the Korean Airlines Flight 007 case. Members of the firm have been appointed by Courts around the country to committee leadership positions representing plaintiffs in numerous disaster cases. Website: http://www.Kreindler.com

Representative mass tort and other complex cases in which the firm and its lawyers have played a significant role in leadership of the litigation include: *In re: Toyota Motor Company Unintended Acceleration Cases*, MDL-2151 (E.D.CA) (Plaintiffs' Liaison Counsel to State and Other Types of Federal Cases); *In re: Oil Spill by the Oil Rig "Deepwater Horizon"*, MDL-2179 (E.D.LA) (PSC Workgroup Coordinator); *Consolidated Turkish Airlines Flight 1951, Feb. 25, 2010 Amsterdam Crash (Cook County Ill); In re: Ameritrade Account Holder Litigation*, Master File No. C-07-2852 VRW (N.D. CA) (after denial of approval of class action settlement, Kreindler appointed to represent class); *In re: Crown Princess Listing Cases*, Master Case No. BC356095 (Los Angeles Sup.Ct.) (one of  4 Lead Counsel for 250 lawsuits from listing of 3,500 passenger cruise ship); *In re: September 11 Litigation,* 21 MC 97 (AKH) (S.D.N.Y.);  *In re*: *Air Disaster at Lockerbie, Scotland, on December 21, 1988;* MDL-799 (E.D.N.Y.) *In re: Air Crash Near Clarence Center, New York, on February 12, 2009*, MDL-2085 (S.D. N.Y.); *In re: Countrywide Financial Corp. Securities Litig.*, U.S. District Court Case No. CV-07-5295-MRP;  *In re*: Air *Crash at Lexington, Kentucky, on August 27, 2006*, MDL-1830 (E.D. Ky.); *In re: Sabin Oral Polio Vaccine Products Liability Litigation* (D. Md. 1991);  *In re*: *Air Crash Near Athens, Greece, on August 14, 2005* MDL-1773 (N.D. Ill.);  *In re*: Air *Crash at Belle Harbor, New York, on November 12, 2001*, MDL-1448 (S.D.N.Y.); *In re: Air Crash at Taipei, Taiwan, on October 31, 2000*, MDL-1394 (W.D. Wa.); *In re*: *Air Disaster Near Cove Neck, New York, on January 25, 1990*, MDL-843 (E.D. N.Y.); *In re: Air Crash Near Nantucket Island, Massachusetts, on October 31,1999*, MDL-1344 (E.D.N.Y.);   *In re*: *Air Crash at Little Rock, Arkansas, on June 1, 1999*, MDL-1308 (D. Ark.); *In re: Air Crash Near Peggy's Cove,*

*Nova Scotia, on September 2, 1998*, MDL-1269 (E.D. Pa.); *In re*: *Air Crash at Dubrovnik, Croatia, on April 3, 1996,* MDL-1180 (D.D.C.);  *In re: Air Crash off Long Island, New York, on July 17, 1996* MDL-1161 (S.D.N.Y.); *In re*: *Air Crash Near Cali, Colombia, on December 20, 1995*, MDL-1125 (S.D. Fla.); *In re*: Air *Crash at Charlotte, North Carolina, on July 2, 1994,* MDL-I041 (D.S.C); *In re: Air Crash Disaster Near Tucuti, Panama, on June 6, 1992,* MDL-1035 (S.D. Tex.); *In re*: *Air Crash Disaster at New York LaGuardia Airport, on March 22, 1992*, MDL-936 (N.D. Ohio); *In re*: *Air Disaster Near Honolulu, Hawaii, on February 24, 1989*, MDL-807 (N.D. Cal.); *In re*: *Air Crash Disaster Near Warsaw, Poland, on M2ay 9, 1987,* MDL-787 (E.D.N.Y.); *In re*: *Korean Air Lines Disaster of September 1, 1983*, MDL-565 (D.D.C.).

### Kreindler Partners Devoted to the NFL Litigation

The Kreindler partners involved in the NFL litigation have a long and successful history litigating complex consolidated or MDL mass tort cases.  Anthony Tarricone is a recent president of the American Association for Justice (formerly ATLA), an experienced trial lawyer, and tireless advocate for individuals and families that have suffered the physical, emotional and financial devastation of catastrophic injury or accidental death.  Early in his career he worked for nearly 10 years on multiple cases arising from the corporate freeze-out of the public stockholders of the New England Patriots football team, successfully representing the plaintiffs in state and federal class actions. He has a history of working harmoniously and effectively in settings involving diverse parties and interests and has worked with many of the lawyers and firms involved in the NFL litigation. He is a recognized leader of the trial bar, author and internationally known speaker in the area of complex litigation and the civil justice system. Bio highlights include:

- Editor of *Best of Trial, (*ATLA Press, 1990); and *Best of Trial: Product Liability* (ATLA Press, 1991).
- Huffington Post:   http://www.huffingtonpost.com/anthony-tarricone
- CNBC Appearance on Medical Negligence:
http://video.cnbc.com/gallery/?video=1258490097
- Presentation: *Global Fundamental Rights in Personal Injury Law*, Pan European Association of Personal Injury Lawyers (PEOPIL), Geneva, Switzerland, June 4, 2010.
- Presentation:  *"Claims Culture", American Injury and Death Law*, Dutch Bar Association Annual Congress, Rotterdam, Netherlands, September 16, 2010.
- Trial Magazine President's Pages :
    http://www.kreindler.com/Publications/AAJ-Trial-Magazine-Presidents-Page.shtml
    - "Fundamental Justice" (Trial, July 2010)
    - "The Right Woman for the Job" (Trial  June 2010)
    - "A Broken System" (Trial, May 2010)
    - "Promoting the Tort System" (Trial, April 2010)
    - "Membership Matters – and Health Care Redux (Trial, March 2010)
    - "Lessons From the Health Care Debate (Trial, February 2010)
    - "Justice For One, Justice For Many (Trial, January 2010)
    - "In Pursuit of Parity" (Trial, December 2009)

- o "In Defense of Truth-Seeking (Trial, November 2009)
- o "Kennedy's Cause Lives On",  10/09
- o "A Collective Voice for Justice" (Trial, September 2009)
- o "No Time for Retreat" (Trial, August 2009)

Jim Kreindler is a recognized expert in complex aviation accident and terrorist litigation.  He led the Plaintiffs' Committee in the Pan Am 103 families' suit against Libya, which produced $2.7 billion in additional compensation for the families of the Lockerbie victims, after serving as a member of the trial team in the case against the air carrier.  He is co-chair of the Plaintiffs' Committee in the 9/11 Litigation against financiers and sponsors of al-Qaeda. He currently serves as Chairman of the Plaintiffs' Committee in the February 12, 2009 Colgan Air crash in Buffalo, New York.  Mr. Kreindler is a frequent lecturer on Aviation Accident Litigation and Terrorism Litigation throughout North and South America and Europe.

Noah Kushlefsky has litigated a wide variety of wrongful death and significant personal injury cases, including complex environmental claims and mass torts.  He was recently appointed Special Counsel by SDNY Judge Alvin K. Hellerstein to resolve a conflict of interest in the World Trade Center Disaster Site Litigation. He was as a member of the Plaintiffs Committee for liability litigation arising out of the September 11 Terrorist Attacks, and has been recognized as one of the nation's leading experts on the  September 11th Victim Compensation Fund, representing more than 120 families in the VCF. He was credited with creating the methodology used by the VCF in rescue worker death cases and lectured extensively on the VCF. He was invited to present at Lloyd's in London regarding The Fund as an alternative to litigation. He was also appointed by the Virginia Attorney General's Office to specially represent its interests in federal court litigation related to the Victim Compensation Fund. He has extensive experience in medical causation issues.

### References
- District Judge Alvin K. Hellerstein (SDNY)
- District Judge Robert W. Sweet (SDNY)
- District Judge William G. Young (MA)

### Fees
Some of the firm's individual cases involve co-counsel  with a fee-sharing arrangement.

## CURRICULUM VITAE OF ARNOLD LEVIN

Arnold Levin is a member of the firm of Levin, Fishbein, Sedran & Berman.  He graduated from Temple University (B.S., in 1961) with Honors and Temple Law School, LLB (1964).  He was Articles Editor of the Temple Law Quarterly.  He is a member of the Philadelphia, Pennsylvania, American and International Bar Associations; Philadelphia Trial Lawyers Association; and the Pennsylvania and American Association of Justice.  He is admitted to the Supreme Court of Pennsylvania, United States District Court for the Eastern District of Pennsylvania, United States District Court for the Middle District of Pennsylvania, the Third, Fourth, Sixth, Seventh, Tenth and Eleventh Circuit Courts of Appeals and the United States Supreme Court.  He has lectured on class actions, environmental, antitrust and tort litigation for various bar associations.

Mr. Levin is a past Chairman of the Commercial Litigation Section of the Association of Trial Lawyers of America.  He is a fellow of the Roscoe Pound Foundation and the International Society of Barristers and past Vice-Chairman of the Maritime Insurance Law Committee of the American Bar Association.  He also has an "av" rating in Martindale-Hubbell and is listed in it's Directory of Preeminent Attorneys as well as in "Best Lawyers in America."  He is named Top 100 Trial Lawyers by the National Trial Layers Association.  In 2011, Mr. Levin was named by Law Dragon as one of the 500 leading lawyers in America.  Finally, US News and World Report Best Law Firms ranked Levin, Fishbein, Sedran & Berman National First Tier for mass tort law firms.  It also ranked Levin, Fishbein, Sedran & Berman First Tier in Philadelphia for personal injury and mass tort law firms.

Mr. Levin's law firm, his partners and associates have extensive trial experience.  He has

served in over 50 MDL Steering Committees.  This District Court has appointed Arnold Levin as Lead, Liaison and Class Counsel in *In Re: Diet Drugs Products Liability Litigation*, MDL No. 1203 (E.D.Pa.) (Hon. Louis C. Bechtle/Hon. Harvey Bartle, III) and *In Re: Orthopaedic Bone Screw Products Liability Litigation*, MDL No. 1014 (E.D.Pa.)(Hon. Louis C. Bechtle/Hon. Ronald L. Buckwalter).  Mr. Levin is presently Lead Counsel in *In Re: Chinese-Manufactured Drywall Products Liability Litigation,* MDL 2047 (E.D.La.) (Hon. Eldon E. Fallon).  Mr. Levin was Liaison Counsel in *Barret v. Certainteed Corp.*, Civ. Action No. 06-4117 (E.D.Pa.) (Hon. Louis H. Pollak). Also, Your Honor has observed Mr. Levin and his firm's work ethic in *Grossman v. First Pennsylvania Corp.*, No. 89-9234(E.D.Pa.) and *Markley, et al v. Retirement Committee of Armstrong World Industries, Inc., et al*., No. 01-4413 (E.D.Pa.).

Most recently, Mr. Levin has served as a member of the Plaintiffs' Steering Committee in *In re Vioxx Products Liability Litigation*, MDL No. 1657 (E.D.La.)(Hon. Eldon E. Fallon),where he was also a member of the Negotiating Plaintiffs' Counsel and the Fee Allocation Committee. He has served  in Court appointed positions in the following mass tort cases: he was lead trial counsel in *In re Asbestos School Litigation*, U.S.D.C. (E.D. Pa., Master File No. 83-0268) (Hon. James McGirr Kelly/Hon. James T. Giles), and a member of the Plaintiffs' Steering Committees in *In re Copley Pharmaceutical, Inc., "Albuterol" Products Liability Litigation*, MDL Docket No. 94-140-1013 (D.Wy.)(Hon. Clarence A. Brimmer) and *Silicone Gel Breast Implants Products Liability Litigation*, Master File No. CV-92-P-10000-S. (Hon. Sam C. Pointer, Jr.).  He was also a member of a four person Executive Committee in *In re Rezulin Products Liability Litigation,* MDL No. 1348 (S.D.N.Y.)(Hon. Lewis A. Kaplan).  Mr. Levin served on the Steering Committee in *In re: Propulsid Products Liability Litig.*, MDL No. 1355 (E.D.La.) (Hon. Eldon

E. Fallon).

**REFERENCES**

Mr. Levin, designates the following Jurist as referances:

- the Honorable Harvey Bartle, III;

- the Honorable Louis C. Bechtle;

- the Honorable Louis H. Pollak;

- the Honorable Ronald L. Buckwalter; and

- the Honorable Eldon E. Fallon

Finally, the Honorable James R. Melinson, retired Magistrate Judge from the Eastern District of Pennsylvania is also familiar with Levin, Fishbein, Sedran & Berman and has assisted Mr. Levin's firm in resolving a number of individual and class action cases in Philadelphia.

**NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**

Mr. Levin is counsel of record in *Henesey, et al v. National Football League*, Civil Action No. 12-729 (E.D.Pa.); *Fred Barnett, et al v. National Football League*, 12-00546 (E.D.Pa.).  Mr. Levin's partner, Fred S. Longer is counsel of record in *Jim Finn, et al v. National Football League*, Civil Action No. 11-7067 (D.N.J.).

Mr. Levin has agreed to fees in these cases on a 1/3 contingency fee.  There is no agreement to share the same.

## RESUME OF MICHAEL L. McGLAMRY
## POPE, McGLAMRY, KILPATRICK, MORRISON & NORWOOD, P.C.

Mr. McGlamry represents 33 total Plaintiffs in the following cases that have been consolidated in MDL No. 2323: *Levens v. National Football League, et al.*, Case No. 2:12-cv-01028 (E.D. Pa.); *Stewart v. National Football League, et al.,* Case No. 2:12-cv-01029 (E.D. Pa.); *Kuykendall v. National Football League, et al.*, Case No. 2:12-cv-01030 (E.D. Pa.); *Lewis v. National Football League, et al.*, Case No. 2:12-cv-01031 (E.D. Pa.); *Austin v. National Football League, et al.*, Case No. 2:12-cv-01032 (E.D. Pa.); and *Dronett v. National Football League, et al.*, Case No. 2:12-cv-01033 (E.D. Pa.).  He represents at least 60 additional former players in cases that have not yet been filed.

Mr. McGlamry is a 1978 graduate of Wake Forest University where he captained and quarterbacked his college football team.  He is a team player.  Mr. McGlamry graduated in 1982 from the University of Georgia Lumpkin School of Law and has practiced in Atlanta, Georgia continuously since 1982.  He is licensed in the State and Superior Courts of Georgia, the Northern, Middle, and Southern Districts of Georgia, the Eleventh Circuit Court of Appeals, and the United States Supreme Court.  Mr. McGlamry and Pope, McGlamry, Kilpatrick, Morrison & Norwood, P.C. ("Pope McGlamry") have been involved in mass tort, multi-district, and complex individual and commercial litigation, including automotive, household, pharmaceutical, agriculture, aviation, and medical device product litigation for over 30 years.  Pope McGlamry has served in the leadership in several MDL actions, including the following:  (1) DePuy ASR™ Hip System cases, Judicial Council Coordination Proceeding No. 4649; (2) In re: WellNx Marketing and Sales Practices Litigation, MDL 1861; and (3) In re: Consolidated Non-filing Insurance Fee Litigation, MDL 1130.

Mr. McGlamry and Pope McGlamry have also been involved in and designated as class counsel by federal and state courts in numerous class actions.  He has participated in verdicts and settlements on behalf of individuals and representative plaintiffs that have generated over $500 million in recovery.  A partial list of the complex individual actions (mass tort, products liability, personal injury and wrongful death), commercial litigation and class action litigation that Mr. McGlamry has participated in is available at www.pmkm.com on the Verdicts & Settlements page.  In handling these matters, Pope McGlamry has established expertise in complex cases, and has been recognized as experts in discovery, including privilege issues, legal writing and appellate practices.

In addition to the above, Mr. McGlamry has participated as a member of the U.S. District Court, Northern District of Georgia's Ad Hoc Committee on E-Discovery.  As a member of that Committee, he was involved in the development of the Federal Civil Trial Practice 2010 seminar sponsored by the Institute of Continuing Legal Education (ICLE) in Georgia.  Mr. McGlamry also presently serves on the Judicial Procedure and Administrative/Uniform Rules Committee and Subcommittee on E-Discovery established by the Georgia State Bar.

As previously mentioned, Mr. McGlamry was the quarterback and team captain for Wake Forest University's football team.  This experience gives him a unique perspective to this litigation.  He has played with and against several of the plaintiffs in this case. Also, he was exposed to and is intimately familiar with the atmosphere football players experience, including the pressure to return to the field from coaches, players and trainers.

Because Mr. McGlamry represents a large number of plaintiffs in or to be in this ligation, as well as having an awareness and understanding to appreciate the subject matter issues of this lawsuit from a plaintiffs standpoint, he respectfully requests to be appointed to the Steering

Committee.  He feels an obligation to his clients to be involved in the prosecution of their cases and an obligation to assure that these cases are prosecuted efficiently and effectively.  Mr. McGlamry does not believe a fee allocation of over 3% from a Common Benefit Fund would be warranted.

Mr. McGlamry understands and appreciates that many very qualified and credentialed attorneys are applying for leadership positions as part of a joint application by all or most of the attorneys representing plaintiffs in this litigation.  Pope McGlamry and Mr. McGlamry represent that they will commit their resources, our financial capabilities, and our cooperation to this coordinated effort.  The leadership agreed upon, including Plaintiffs' Lead and Liaison Counsel, and Plaintiffs' Executive Committee and Plaintiffs' Steering Committee will work together to best represent the interests of plaintiffs herein.

Pope McGlamry has filed each of its cases in conjunction with Bruce A. Hagen, Esq. as co-counsel of record.  In addition, and in some cases, Pope McGlamry has fee sharing agreements with individual referring attorneys.  Otherwise, there are no other agreements which will affect our individual cases.

In support of his application, Mr. McGlamry submits the following references:

(1)    The Honorable Timothy C. Batten, United States District Court for the Northern District of Georgia. Please contact directly by email to Timothy_C_Batten@gand.uscourts.gov or (404) 215-1420;

(2)    Professor Arthur R. Miller, New York University, School of Law (letter attached);

(3)    Professor C. Ronald Ellington, University of Georgia, School of Law (letter attached);

(4)    Mr. Turner Branch, Branch Law Firm, Albequerque, NM (letter attached).

## PROFESSIONAL RESUME OF DIANNE M. NAST

Ms. Nast enjoys a national complex litigation practice in product liability, personal injury, antitrust and other complex civil litigation.  She is often is in leadership roles, working with co-counsel.  By way of example, she was Lead Counsel in *Wellbutrin SR Antitrust Litigation*, before Judges Kauffman and Stengel (E.D. Pa.) (settled for $49 million).  Ms. Nast was Co-Lead Counsel in *Paxil Antitrust Litigation* (E.D Pa.) (Judge Padova) (settled for $65 million).

Ms. Nast is court-appointed co-lead counsel in the *Darvocet Litigation*, MDL No. 2226, pending before Judge Reeves (E.D. Ky.).  Ms. Nast was appointed to the Plaintiffs' Steering Committee in the *Avandia Litigation,* MDL No. 1871 (E. D. Pa.). She was appointed as Federal-State Liaison Counsel by Judge Rufe, who recently appointed Ms. Nast to Chair the Avandia Fee and Cost Allocation Committee.

Similarly, Ms. Nast was appointed Federal-State Liaison Counsel by Chief Judge Herndon (S.D. Ill.) in the *Yasmin and Yaz Litigation,* MDL No. 2100.  She is a co-lead/liaison counsel in the state court cases in the Pennsylvania Court of Common Pleas. Recently, Ms. Nast was appointed to the Plaintiffs' Steering Committee in *In re Actos Litigation*, MDL 2299 (W.D. La.) by Judge Doherty.  Ms. Nast currently serves in leadership roles in several other cases including: *Heparin Litigation*, MDL No. 1953, (N.D. Ohio), before Judge Carr, *Chocolate Antitrust Litigation*, MDL No. 1935 (M.D. Pa.), before Judge Conner, *Modafinil Antitrust Litigation* (E.D. Pa.), before Judge Goldberg and *Effexor XR Antitrust Litigation* (D. N.J.), before Judge Pisano.

Ms. Nast has been an active member of the bar for over three decades.  In 1998, Ms. Nast was appointed by then Chief Justice William H. Rehnquist to the Board of Directors of the Federal Judicial Center Foundation.  She served for ten years, five years as Chair.

In January 2001, the late Judge Edward Becker, then Chief Judge of the United States Court of Appeals for the Third Circuit, appointed Ms. Nast to serve as a member of the fifteen-

member Third Circuit Task Force on Selection of Class Counsel.  The Task Force issued a report, *Selection of Class Counsel* (Daniel J. Capra, Reporter).  208 F.R.D. 340 (2002).

In July 2004, Ms. Nast was selected by The American Law Institute to serve as an Adviser for the ALI's Principles of the Law of Aggregate Litigation Project.

Ms. Nast chaired the Lawyers Advisory Committee for the United States Court of Appeals for the Third Circuit and served a three-year term on that Committee.  She served for eight years on the Third Circuit's Committee on Revision of Judicial Conduct Rules of the Judicial Council and on the Judicial Conference Long Range Planning Committee.

She was appointed by the late Chief Judge Alfred L. Luongo to Chair the Eastern District of Pennsylvania's Lawyers Advisory Committee, and served for four years.  She served for three years as President of The Historical Society for the United States District Court for the Eastern District of Pennsylvania and as Editor of the Society's Historical Calendar.

She is a member of the American Bar Association Litigation Section, where she served on the Task Force on State Justice Initiatives and on its Consulting Committee on Counsel Fees.  She served on the Task Force on the State of the Justice System and Task Force on Strategic Planning.  She co-chaired the Section's Committee on Liaison With International Associations, and served a three-year term on the Section's Council.  She was co-chair of a Section Conference with the British Bar, a weeklong conference in London on Civil Justice. She served as a Section Division Director, and co-chaired the Section's Antitrust Committee.

She served a term as Delegate to the American Bar Association House of Delegates, and three terms in the Pennsylvania Bar Association House of Delegates.  She was a member of the Pennsylvania Bar Association's Task Force on the Image of the Lawyer.

Ms. Nast served as a member of the American Arbitration Association Task Force on Alternate Dispute Resolution and Mass Torts.  She also served as a member of the Board of Directors of the American Arbitration Association.

Ms. Nast served a three-year term on the Philadelphia Bar Association Board of Governors, chaired the Association's Federal Courts Committee, and was a member of the Chancellor's Committees on Tort Reform and on the Bicentennial Celebration.

She served six years as a Director on the Board of the Public Defender's Office of Philadelphia.  Ms. Nast was selected as one of a small group of Philadelphia attorneys to be appointed Judge Pro Tempore, serving as presiding Judge in major civil jury cases.

Ms. Nast is a Fellow of the American Bar Foundation.  She is a member of the American Law Institute and serves on the Editorial Board of ALI's *The Practical Litigator.* Ms. Nast is a member of the Board of Directors of the Sedona Conference, a member of the American Antitrust Institute and the Public Justice Foundation.  She is a member of the National Association of Professional Women.

She has participated as a panelist on programs at the Judicial Conferences of the United States Courts of Appeals for the Third and Fourth Circuits.  She frequently serves as a faculty member or panelist on legal educational programs, including programs for the American Bar Association, the American Law Institute, the National College of Advocacy, the American Trial Lawyers Association, the University of Pennsylvania Law School, Rutgers School of Law, Dickinson School of Law, the Pennsylvania Bar Association, Philadelphia Bar Association, and Allegheny County Bar Association, Prentice-Hall and Mealey Law Publishers.

Ms. Nast, who holds an AV Martindale-Hubbell rating, has been selected by fellow lawyers to be listed in *The Best Lawyers in America*, and has been included in each edition since 2003.  The *National Law Journal* has selected Ms. Nast as one of the nation's top fifty women litigators.  Ms. Nast was also selected by *Philadelphia Magazine* as one of Philadelphia's Best Complex Litigation Lawyers.  She has been named as one of Pennsylvania's Top Fifty Women Lawyers.

This firm does not have any fee sharing agreements with any firm.

ROSE, KLEIN & MARIAS LLP

**DAVID A. ROSEN**
Managing Partner
801 South Grand Avenue, 11th Floor
Los Angeles, California 90017
(213) 626-0571
d.rosen@rkmlaw.net    www.rkmlaw.net

David Rosen focuses on the trial preparation, trial and appeal of toxic tort, asbestos exposure, and employment dispute cases.  Appointed to the Executive Committee for the Litigation Section of the Los Angeles County Bar Association through 2013,  Mr. Rosen previously served as a Trustee of the Civil Justice Foundation and on the Loyola Law School Board of Overseers. Mr. Rosen was named a "Best Lawyer in Southern California" in Mass Torts for 2006 through 2012, as well as a Southern California "Super Lawyer" for 2009 through 2012.

**Complex Litigation**

Mr. Rosen has acted as Liaison Counsel for Los Angeles County Asbestos Litigation from 1986 through 1996, and from 2005 through 2009, for In re: Coordinated Latex Glove Cases (CA) from 1998 through 2003, and for the Coordinated San Gabriel Valley Groundwater Litigation from 2003 through 2006.  He has participated as plaintiffs' counsel in employment and toxic tort cases and/or mass actions and acts as a pro bono neutral arbitrator for several asbestos trust funds and the Los Angeles County Superior Court.


Mr. Rosen has acted as Lead Counsel or as a member of Executive Committee of Plaintiffs' Counsel or the Plaintiffs' Steering Committee in the following class actions or MDL's:

Durante, et al. vs. Qualcomm - USDC, SD CA (00-CV-1330-J(LAB))

Ward, et al. vs. Ralphs, etc. et al. - USDC, CD CA (2:07-CV-01085-GPS-JTL)

<u>In Re: RBC  Dain Rauscher Overtime Litigation</u> - USDC, Minn (0:06-CV-0093-JRT-FLN)

<u>Holt, et al. vs. Parsec, etc., et al.</u> - USDC, CD CA (CV 10-9540-DMG (PJWX))

**Bar Admissions**

- California, 1981 (S.B. #101287)
- U. S. District Court-Central District of California, 1981
- U. S. District Court-Southern District of California, 1999
- U.S. Court of Appeals-9[th] Circuit, 2003
- U. S. District Court-District of Minnesota, 2006
- U. S. District Court-Eastern District of Missouri, 2008

**Education**

- **Loyola Law School, Los Angeles, California**
  - J. D. (Cum Laude) - 1981
  - Honors: Scott Moot Court Honors Program-Best Brief-1980
  - Honors: St. Thomas More Law Honor Society-1981

- **University of California, Los Angeles, Los Angeles, California**
  - B.A.-1978
  - Honors: Dean's List
  - Major: Communication Studies

**Representative Published Works**

- <u>Some Common, and Not so Common, Issues of Admissibility at Trial,</u> *Advocate*, 2010
- <u>Use and Abuse of the Sophisticated User Defense,</u> *Advocate*, 2009
- <u>Interrelationship of Third Party and Workers' Compensation,</u> *Forum*, 2003
- <u>Toxic Torts,</u> *Forum*, 2002

**Representative Cases**

- *Traub v. Board of Retirement* (1983) 34 Cal. 3d 793
- *Anderson v. Owens Corning*  (1991) 53 Cal. 3d 987
- *Hartwell Corp. v. Superior Court (2002)* 27 Cal. 4th 256
- *Nelson v. Flintkote (1985)* 172 Cal. App. 3rd 727
- *Evraets v. Intermedics*  (1994) 29 Cal. App. 4th 779
- *Clark v. Baxter Healthcare*  (2000) 83 Cal. App. 4th 1048

**Classes/Seminars**

- Frequent Lecturer and Writer, CAOC, CAALA, AAJ, CAAA
- Lecturer, Pepperdine Law School, Whittier Law School, ABA, Rio Hondo College

**Honors and Awards**

- Edward I. Pollock Award (CAOC), 2011
- Ted Horn Memorial Award (CAALA), 2011
- Wiedemann & Wysocki Award (AAJ), 2010

**Professional Associations and Memberships**

- American Association for Justice, Governor, 2008-Present
- Consumer Attorneys of California, Director, 1993-Present
- Consumer Attorneys Association of Los Angeles, Governor, 1994-1996, 2008-Present

**Pro Bono Activities**

- Temporary Judge - Los Angeles County Superior Court, 2003-2006
- Neutral Mediator for Los Angeles County C.R.A.S.H., Various Asbestos Trusts, 1999-Present
- California Commission on Access to Justice, 2003-2008

**References**

Gene Locks, Esq.-Locks Law Firm, Philadelphia, PA
Sol Weiss, Esq.- Anapol Schwartz, et al., Philadelphia, PA
Maury Herman, Esq.- Herman, Herman, Katz, & Kottlar, New Orleans, LA
Roman M. Silberfeld, Esq.-Robins, Kaplan, Miller & Ciresi, Los Angeles, CA
Kenneth B. Prindle, Esq.- Prindle, Amaro, et al., Long Beach, CA

**Fee Arrangements**

This is submitted as part of a Joint Application to the Court by plaintiffs' attorneys in all current cases within this MDL matter.  My law firm is also handling California workers' compensation cases on behalf of several of the plaintiffs in this MDL.



ZIMMERMAN | REED

— FIRM RESUME

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS'
CONCUSSION INJURY LITIGATION

MINNEAPOLIS

Zimmerman Reed, PLLP

1100 IDS Center, 80 South 8th Street

Minneapolis, MN  55402

t: 612.341.0400

f: 612.341.0844

zimmreed.com

SCOTTSDALE

Zimmerman Reed, PLLP

14646 North Kierland Blvd., Suite 145

Scottsdale, Arizona 85254

t: 480.348.6400

f: 480.348.6415

zimmreed.com

Zimmerman Reed is a national law firm specializing in complex litigation, including multi-district and class action cases with a strong focus on mass torts.  The firm also maintains a practice group which represents State Attorneys General related to antitrust violations and consumer and securities fraud.  In 2010 and 2011, the firm achieved a first-tier "Best Law Firm" ranking by U.S. News & World Report. Since 2009, Zimmerman Reed has represented retired NFL players in *Dryer v. National Football League*, United States District Court, District of Minnesota, where the Court appointed the Firm as Interim Co-Lead Counsel on behalf of a class of retired NFL players with regard to their publicity rights.

**Charles S. Zimmerman** is a founding partner of Zimmerman Reed and has represented plaintiffs in mass tort and class action litigation for more than 30 years. Mr. Zimmerman has served as Lead Counsel, PSC member and Liaison Counsel in numerous mass tort cases against pharmaceutical and medical device manufacturers.  He currently serves as Lead Plaintiffs' Counsel in Guidant MDL 1708, Medtronic MDL 1726, Zicam MDL 2096 and Baycol MDL 1431.  In addition to his case work, Mr. Zimmerman continues to lecture and periodically teach courses on complex litigation. He currently serves as an Adjunct Professor at the University of Minnesota Law School. In 2006, Mr. Zimmerman authored "Pharmaceutical and Medical Device Litigation," a mass tort manual published by Thompson/West.

**Zimmerman Reed has been appointed Lead or Liaison Counsel in the following MDLs:**

- *In Re: Mortgage Escrow Deposit Litigation*, MDL 899
- *In Re: Temporomandibular Joint (TMJ) Implants Products Liability Litigation*, MDL 1001
- *In Re: St. Jude Medical, Inc. Silzone Heart Valves Products Liability Litigation*, MDL 1396
- *In Re: Baycol Products Liability Litigation*, MDL 1431
- *In Re: Medco Health Solutions, Inc., Pharmacy Benefits Management Litigation*, MDL 1508
- *In Re: Guidant Corp. Implantable Defibrillators Products Liability Litigation*, MDL 1708
- *In Re: Viagra Products Liability Litigation*, MDL 1724
- *In Re: Medtronic Implantable Defibrillators Products Liability Litigation*, MDL 1726
- *In Re: Medtronic, Inc. Sprint Fidelis Leads Products Liability Litigation*, MDL 1905
- *In Re: Levaquin Products Liability Litigation*, MDL 1943
- *In Re: Zurn Pex Plumbing Products Liability Litigation*, MDL 1958
- *In Re: Northstar Education Finance, Inc. Contract Litigation*, MDL 1990
- *In Re: Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation*, MDL 2096
- *In Re: National Arbitration Forum Trade Practices Litigation*, MDL 2122

**Zimmerman Reed has been appointed to the Plaintiffs' Steering Committee or sub-committees in the following MDLs:**

- *In Re: Silicone Gel Breast Implant Products Liability Litigation,* MDL 926
- *In Re: Orthopedic Bone Screw Products Liability Litigation,* MDL 1014
- *In Re: Norplant Contraceptive Products Liability Litigation,* MDL 1038
- *In Re: Telectronics Pacing Systems, Inc. Accufix Atrial "J" Lead Products Liability Litigation,* MDL 1057
- *In Re: Diet Drugs Products Liability Litigation ,* MDL 1203
- *In Re: Rezulin Products Liability Litigation,* MDL 1348
- *In Re: Propulsid Products Liability Litigation,* MDL 1355
- *In Re: Sulzer Inter-Op Orthopedic Hip Implant Litigation,* MDL 1401
- *In Re: Serzone Products Liability Litigation,* MDL 1477
- *In Re: Meridia Products Liability Litigation,* MDL 1481
- *In Re: Welding Rods Products Liability Litigation,* MDL 1535
- *In Re: Zyprexa Products Liability Litigation,* MDL 1596
- *In Re Neurontin "Off-Label" Marketing Litigation,* MDL 1629
- *In Re: Vioxx Products Liability Litigation,* MDL 1657
- *In Re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation,* MDL 1699
- *In Re: Fedex Ground Package System, Inc., Employment Practices Litigation,* MDL 1700
- *In Re: Digitek Products Liability Litigation,* MDL 1968
- *In Re: Apple iPhone "MMS" Sales Practices Litigation,* MDL 2116
- *In Re: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation,* MDL 2197
- *In Re: Uponor, Inc., F1807 Plumbing Fittings Products Liability Litigation,* MDL 2247
- *In Re: Zimmer NexGen Knee Implant Products Liability Litigation,* MDL 2272
- *In Re: Building Materials Corp. of America Asphalt Roofing Shingle Products Liability Litigation,* MDL 2283

**Representative cases in which Zimmerman Reed has served as Class or Lead Counsel:**

- *In Re: Castano Tobacco Litigation,* United States District Court, Eastern District of Louisiana
- *In Re: Consolidated Zicam Product Liability Cases,* Superior Court of Arizona, Maricopa County
- *In Re: Soo Line Railroad Company Derailment of January 18, 2002 in Minot, N.D.,* Fourth Judicial District, State of Minnesota
- *DeGrise, et al. v. Ensign Group, Inc., et al.,* Superior Court of Sonoma County, State of California
- *DeLillo, et al. v. NCS Pearson, et al.,* United States District Court, District of Minnesota
- *Dryer v. National Football League,* United States District Court, District of Minnesota
- *In Re: Dockers Roundtrip Airfare Promotion Sales Practices Litigation,* United States District Court, Central District of California
- *In Re: Dry Max Pampers Litigation,* United States District Court, Southern District of Ohio
- *Kurvers, et al. v. National Computer Systems, Inc.,* Fourth Judicial District, State of Minnesota
- *Russo, et al. v. NCS Pearson, Inc., et al.,* United States District Court, District of Minnesota
- *Scott v. American Tobacco Co., Inc., et al., Court File No.: 96-8461,* Civil District Court for the Parish of New Orleans, Louisiana
- *In Re: Avandia Pharmaceutical Litigation,* United States District Court, District of Arizona
- *AI Plus, Inc. and IOC Distribution, Inc. v. Petters Group Worldwide, et al.,* United States District Court, District of Minnesota
- *Atkinson v. Morgan Keegan & Co.,* United States District Court, Western District of Tennessee

- *City of Farmington Hills Employees Retirement System v. Wells Fargo Bank, N.A.,* United States District Court, District of Minnesota
- *City of Tallahassee Pension Plan v. Insight Enterprises, Inc., et al.,* Superior Court of Maricopa County, State of Arizona
- *Gaither v. Computer  Network Technology Corporation, et al.,* Fourth Judicial District, State of Minnesota
- *Haritos, et al. v. American Express Financial Advisors,* United States District Court, District of Arizona
- *State of Mississippi v. AU Optronics Corp.,* United States District Court, Southern District of Mississippi
- *In Re: Region Morgan Keegan Securities, Derivative and ERISA Litigation* [*In re Regions Morgan Keegan Open-End Mutual Fund Litigation*], United States District Court, Western District of Tennessee
- *In Re: Region Morgan Keegan Securities, Derivative and ERISA Litigation* [*Landers v. Morgan Asset Management*]., United States District Court, Western District of Tennessee
- *Daud, et al. v. Gold'n Plump Poultry, Inc.,* United States District Court, District of Minnesota
- *DeKeyser, et al. v. ThyssenKrupp Waupaca, Inc.,* United States District Court, Eastern District of Wisconsin
- *Doe v. Cin-Lan, Inc., et al.,* United States District Court, Eastern District of Michigan
- *Frank, et al. v. Gold'n Plump Poultry, Inc.,* United States District Court, District of Minnesota
- *Garner, et al v. Butterball, LLC,* United States District Court, Eastern District of Arkansas
- *Helmert, et al. v Butterball, LLC,* United States District Court, Eastern District of Arkansas
- *Larkin et al. v. CPI Corp, et al.,* United States District Court, Western District of Wisconsin
- *Milner, et al. v. Farmers Insurance Exchange,* United States District Court, District of Minnesota
- *Trauth v. Spearmint Rhino Companies Worldwide, Inc., et al.,* United States District Court, Central District of California
- *McGruder, et al. v. DPC Enterprises, LP, et al.,* Maricopa County Superior Court, State of Arizona
- *Mehl, et al. v. Canadian Pacific Railway, et al.,* United States District Court,  District of North Dakota
- *Weincke, et al. v. Metropolitan Airports Commission,* Fourth Judicial District, State of Minnesota

**References:**

- United States District Judge Donovan Frank
   *In Re: Guidant Corp. Implantable Defibrillators Products Liability Litigation*, MDL 1708
   United States District Court, District of Minnesota
- United States District Judge James Rosenbaum (Ret.),
   *In Re: Medtronic Implantable Defibrillators Products Liability Litigation*, MDL 1726
   United States District Court, District of Minnesota
- Chief Magistrate Judge Arthur J. Boylan
   *In Re: Guidant Corp. Implantable Defibrillators Products Liability Litigation*, MDL 1708; *In Re: Medtronic Implantable Defibrillators Products Liability Litigation, Dryer v. National Football League,* United States District Court, District of Minnesota

**Fee Sharing Agreements:**

Zimmerman Reed has no referral fee sharing agreements with any other attorneys or law firms. Zimmerman Reed is co-counsel with other law firms listed in complaints on file.