# Exhibit C

# Plaintiffs' Liaison Counsel Resume & References



202.540.7200 ph　　　　　215.985.3270 ph
202.540.7201 fax　　　　　215.985.3271 fax

1700 K Street, NW　　　　1604 Locust St.
Suite 650　　　　　　　　Second Floor
Washington, DC 20006　　Philadelphia, PA 19103

# **Jeannine M. Kenney**

Jeannine M. Kenney is an associate with Hausfeld LLP.  The combination of her legal experience in complex litigation as an associate at HLLP, her clerkship with Judge Cynthia M. Rufe, and her prior professional experience make Ms. Kenney well-qualified to serve as Liaison Counsel.

Ms. Kenney graduated *magna cum laude* from the Georgetown University Law Center in 2009, where she was a member of the Georgetown Law Journal.  She is admitted to practice in the Commonwealth of Pennsylvania, the Eastern District of Pennsylvania, and the District of Columbia.  She is a 2009 Recipient of the International Academy of Trial Lawyers Student Advocacy Award for her work in Georgetown's nationally respected Appellate Litigation Clinic, for which she argued, as *Amicus Curiae*, the appeal in *Lytes v. D.C. Water & Sewer Authority*, 572 F.3d 936 (D.C. Cir. 2009), before the United States Court of Appeals for the District of Columbia Circuit.

In addition to her representation of former NFL players before this Court,[1] Ms. Kenney is counsel in a number of MDLs, including the following:

- *In re South African Apartheid Litigation*, MDL No. 1499 (SAS) (S.D.N.Y.), involving claims under the Alien Tort Statute ("ATS") on behalf of a class of South African victims of torture and other human rights violations by the former apartheid regime against multinational corporations for aiding and abetting those violations.  She has been involved in trial level discovery and legal matters, appellate briefing, related matters pending before a federal bankruptcy court, and served as counsel to *Amicus Curiae* Joseph E. Stiglitz in a related ATS matter pending before the U.S. Supreme Court.  *See* Brief of Joseph E. Stiglitz as *Amicus Curiae* in Supp. of Pet'rs, *Kiobel v. Royal Dutch Petroleum Co.*, No. 10-1491 (Dec. 21, 2011), 2011 WL 6813580.

- *In re Processed Eggs Antitrust Litigation*, MDL No. 2002 (E.D. Pa.), involving class claims by direct purchasers of eggs and egg products alleging egg producers and trade groups conspired to restrict the domestic supply of eggs and egg products.

---

[1] *Boyd, et al. v. National Football League, et al.* (No. 12-cv-92); *Adams et al. v. National Football League et al.* (No. 12-cv-683).

- *In re Municipal Derivatives Antitrust Litigation*, MDL No. 1950 (S.D.N.Y.) involving class claims by municipalities and non-profits against banks and other providers and brokers of municipal derivatives, alleging a conspiracy to rig bids for those derivatives.

Prior to returning to Hausfeld LLP, Ms. Kenney was a law clerk for the Honorable Cynthia M. Rufe for the 2010-2011 term. She is consequently well-versed in the rules and procedures of the Eastern District of Pennsylvania. Additionally, while clerking for Judge Rufe, Ms. Kenney assisted the Judge with *In re Avandia Marketing, Sales Practices & Products Liability Litigation* (MDL No. 1871), pending before Judge Rufe. She was directly involved in many aspects of that litigation, and is thus familiar with MDL procedures, practices and complex considerations, as well as the importance of Plaintiffs' Liaison Counsel in serving both the Court and plaintiffs.

Ms. Kenney has a long-standing commitment to protecting the interests of the otherwise underserved. Before obtaining her J.D., Ms. Kenney worked for many years in Washington D.C. in public policy, including as a senior policy analyst for Consumers Union, publisher of *Consumer Reports*. Specializing in the areas of prescription drugs, pesticide safety, telecommunications, financial services and financial privacy, she advocated for consumers before Congress and regulatory bodies. She testified before Congressional Committees[2] and federal agencies,[3] and was frequently quoted in the national media as a topic expert.[4] Ms. Kenney also served by appointment on two EPA Federal

---

[2] Financial Consumer Hotline Act: Hr'g before the Subcomm. on Financial Institutions & Consumer Credit of the H. Comm. on Financial Services, 110th Congress (Dec. 12, 2007) (statement of Jeannine Kenney, Consumers Union); Communications Opportunity, Promotion, and Enhancement Act: Hr'g on the Committee Print before the H. Subcomm. on Telecommunications & the Internet of the H. Comm. on Energy & Commerce, 110th Congress (Mar. 30, 2007) (statement of Jeannine Kenney, Consumers Union); Wireless Issues & Spectrum Reform: Hr'g before the S. Comm. on Commerce, Science & Transportation, 109th Congress (Mar. 14, 2006) (statement of Jeannine Kenney, Consumers Union).

[3] *See, e.g.,* Presenter, FTC's Broadband Connectivity Competition Policy, Feb. 13-14, 2007; Presenter, FTC's Public Hearings on Protecting Consumers in the Next Techade, Nov. 8, 2006; Public Comments before the FDA Drug Safety And Risk Management Advisory Comm., May 18, 2005.

[4] *See, e.g.*, M. P. Dunleavy, *Why Must ID Security Be So Hard?*, N.Y. TIMES, Nov. 17, 2007; David Lazarus, *Locked in a cell: Wireless users punished for canceling early*, L.A. TIMES, Oct. 22, 2007; Associated

Advisory Committees addressing pesticide safety.  In addition, Ms. Kenney was a legislative assistant to Senators Russell D. Feingold (1993–97) and Herb Kohl (1998–99), both members of the Senate Judiciary Committee, serving as the lead policy advisor on food, agriculture, and related competition issues.  She drafted and negotiated legislation and prepared the Senators' floor and committee statements, among other duties.

Ms. Kenney's prior professional experience also provides her with the management skills and attention to detail required to fulfill the role of Plaintiffs' Liaison Counsel.  She served as Vice President of Domestic Programs for the National Cooperative Business Association, a trade association representing consumer-owned and other types of cooperatives on Capitol Hill and before federal agencies.  There, she managed the staff and budget for the Association's domestic programs, overseeing the operation of the Government Relations, Communications, Member Services and Business Development programs, and serving as the lead advocate for the Association on Capitol Hill.[5]

**References**

- **The Honorable Cynthia M. Rufe**, U.S. District Court for the Eastern District of Pennsylvania

- **The Honorable Herb Kohl,** United States Senate
    330 Hart Senate Office Building
    Washington, D.C. 20510
    Chief of Staff: Phil Karsting (202) 224-5653

---

(… Continued)
Press, *Phone companies leading cable TV changes*, June 11, 2006;  Associated Press, *FCC chief says cities block cable competition*, Dec. 17, 2006; Appearance on C-Span's Washington Journal regarding telecommunications fraud, Sept. 30, 2006, *available at* http://www.c-spanvideo.org/program/194030-5; James S. Granelli, *Verizon Drops DSL Fee Plan*, L.A. TIMES, Aug. 31, 2006; Jon Van*, Cable a la carte endorsed; FCC study finds most would save*, CHI. TRIB., Feb. 10, 2006; Robert P. Laurence, *The pros and cons of being able to pick your own cable channels*, SAN DIEGO UNION TRIB., Dec. 27, 2005; Associated Press, *FDA Nominee Pledges Drug Safety Tests*, Sept. 27, 2005; Joby Warrick, *Produce Items May Exceed EPA Standards*, WASH. POST, Feb. 19, 1999; John H. Cushman Jr., *E.P.A. Dilutes Its Pamphlet On Pesticides*, N.Y. TIMES, Dec 30, 1998.

[5] The Financial Accounting Standards Board and Small Business Growth: Hr'g before the Subcomm. on Securities and Investment of the S. Comm. on Banking, Housing and Urban Affairs, 108th Congress (Nov. 12, 2003) (statement of Jeannine Kenney, Nat'l Cooperative Business Ass'n).