UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2012, I caused the foregoing Plaintiffs' Joint Application for Appointment of Plaintiffs' Executive Committee, Plaintiffs' Steering Committee, and Plaintiffs' Liaison Counsel, to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

*/s/ Jeannine M. Kenney*
Jeannine M. Kenney (PA # 307635)
**HAUSFELD LLP**
1604 Locust St., 2nd Floor
Philadelphia, PA 19103
(215) 985-3270
(215) 985-3271 (fax)
jkenney@hausfeldllp.com