UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>12-md-2323 |
| This document relates to:<br>All Actions | |

NOTICE OF APPEARANCE

To: Clerk of Court and All Parties of Record

Please enter the appearance of Erin C. Burns of the law firm RodaNast, P.C., as counsel on behalf of Plaintiffs Andrew Glover and his wife Mary Glover in the above-captioned matter.

Dated: April 4, 2012

Respectfully Submitted,

 /s/ Erin C. Burns
Erin C. Burns (PA 89742)
RodaNast, P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601
(717) 892-3000 (telephone)
(717) 892-1200 (facsimile)
eburns@rodanast.com

*Counsel for Plaintiffs Andrew Glover and Mary Glover*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance of Erin C. Burns was served upon all counsel of record via ECF on this 4th day of April, 2012.

/s/ Erin C. Burns
Erin C. Burns (PA 89742)
RodaNast, P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601
(717) 892-3000 (telephone)
(717) 892-1200 (facsimile)
eburns@rodanast.com