IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | MDL No. 2323<br>No. 12-md-2323 (AB) |
| THIS DOCUMENT RELATES TO: | : : : | |
| *Boyd, et al. v. National Football League, et al.*, No. 12-cv-92 | : : : | |
| *Adams, et al. v. National Football League, et al.,* No. 12-cv-683 | : : : | |
| *Jacobs, et al. v. National Football League, et al.,* No. 12-cv-1035 | : : | |

## NOTICE OF ENTRY OF APPEARANCE
## OF MICHAEL D. HAUSFELD

To The Clerk and All Attorneys of Record:

Please enter the appearance of Michael D. Hausfeld, Hausfeld LLP as counsel of record for the Plaintiffs in the above-referenced actions. All notice and copies of pleadings, papers and other material relevant to this action that are NOT served via the ECF system should be directed to and served upon:

> Michael D. Hausfeld
> HAUSFELD LLP
> 1700 K Street, NW
> Suite 650
> Washington, DC 20006
> mhausfeld@hausfeldllp.com

DATED: April 11, 2012

s/ Michael D. Hausfeld
Michael D. Hausfeld
HAUSFELD LLP
1700 K Street, NW
Suite 650
Washington, DC 20006
mhausfeld@hausfeldllp.com