# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## NOTICE OF FILING OF PROPOSED
## CASE MANAGEMENT ORDER NO. [3]

Pursuant to paragraph 4 of Case Management Order No. 1 and the Court's Order dated April 2, 2012, Defendants National Football League and NFL Properties LLC, on behalf of all parties, hereby file a Joint Proposed Case Management Order No. [3] for the Court's consideration.

        DUANE MORRIS LLP

        By: /s/ Dana B. Klinges
            Dana B. Klinges
            (Pa. Atty. ID 57943)
            John J. Soroko
            (Pa. Atty. ID 25987)

        30 South 17th Street
        Philadelphia, PA 19103-4196
        (215) 979-1143

            Brad S. Karp
            Theodore V. Wells, Jr.
            Bruce Birenboim
            Beth A. Wilkinson
            Lynn B. Bayard
        PAUL, WEISS, RIFKIND, WHARTON AND GARRISON, LLP
        1285 Avenue of the Americas
        New York, NY 10019
        (212) 373-3000

        *Attorneys for Defendants National Football League and NFL Properties LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was served via ECF on all counsel registered to receive service via the Court's ECF system.

/s/ Dana B. Klinges
Dana B. Klinges