IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | MDL No. 2323<br>No. 12-md-2323-AB |

### NOTICE OF FILING OF PROPOSED CONFERENCE AGENDA

Pursuant to paragraph 4 of Case Management Order No. 1 and the Court's Order dated April 2, 2012, Defendants National Football League and NFL Properties LLC, on behalf of all parties, hereby file a Joint Proposed Conference Agenda for the Court's consideration.

DUANE MORRIS LLP


By: /s/ Dana B. Klinges
    Dana B. Klinges
    (Pa. Atty. ID 57943)
    John J. Soroko
    (Pa. Atty. ID 25987)

30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1143

    Brad S. Karp
    Theodore V. Wells, Jr.
    Bruce Birenboim
    Beth A. Wilkinson
    Lynn B. Bayard
PAUL, WEISS, RIFKIND, WHARTON AND GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

*Attorneys for Defendants National Football League and NFL Properties LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was served via ECF on all counsel registered to receive service via the Court's ECF system.

/s/ Dana B. Klinges
Dana B. Klinges