IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL DOCKET NO. 2323<br>12-md-2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## [PROPOSED] AGENDA FOR INITIAL CONFERENCE

1. CMO #1 ¶ 5 and Plaintiffs' Joint Application for Appointment of Plaintiffs' Executive Committee, Plaintiffs' Steering Committee, and Plaintiffs' Liaison Counsel

2. Status of Transfer of Actions Pursuant to MDL Transfer Order

3. Related Cases Pending in Other Courts and Current Status
(*See* Schedule A)

4. Orders Previously Entered By Other Courts
(*See* Schedule B)

5. Feasibility of Filing Master Administrative Complaints and Short-Form Complaints

6. Motions to Dismiss and LMRA § 301 Preemption Issues, and Plaintiffs' Request for Related Discovery

7. Motions That Should Be Considered On an Expedited Basis

8. Preliminary Schedules Proposed in CMO #2

    a. Commencement of Fact Discovery

    b. Timetable for Fact Discovery

    c. Timetable for Expert Discovery

d. Briefing Schedules for Class Certification, Dispositive Motions, and *Daubert* Motions

9. Possible Discovery Tools

   a. Fact Sheets

   b. Scope of Other Discovery

10. Issues Relating to Requests for Class Certification

11. Issues to Be Addressed On Remand in Transferor Courts

12. Timetable to Conclude MDL

13. Scheduling of Regular Telephone Conferences

14. Other Issues of Importance to the Court

15. Next Status Conference

# SCHEDULE A

| Case Name | Case Number | Court | Current Status |
|---|---|---|---|
| *Adams* v. *NFL* | No. 1203011639 | Philadelphia Court of Common Pleas, Civil Division | Defendant served |
| *Alexander, et al.* v. *NFL*[1] | No. 12-cv-00794 | United States District Court for the Southern District of Texas, Houston Division (transferor court); United States District Court for the Eastern District of Pennsylvania (transferee court) | Defendant not yet served |
| *Allen, et al.* v. *NFL, et al.*[2] | No. 12-cv-01281 | United States District Court for the Eastern District of Pennsylvania | Defendants served |
| *Camarena* v. *NFL* | No. RG12622252 | California Superior Court, County of Alameda | Defendants served; Applications for Appointment of *Guardian ad litem* denied |
| *Duerson* v. *NFL, et al.* | No. 2012-L-002043 | United States District Court for the Northern District of Illinois (removed from Illinois Circuit Court, Cook County) | Defendants served; Notice of Removal filed by NFL |
| *Haddix, et al.* v. *NFL, et al.* | No. L-001363-12 | New Jersey Superior Court, Camden County | Defendants not yet served |
| *Hopkins, et al.* v. *NFL, et al.*[3] | No. 12-cv-01239 | United States District Court for the Eastern District of Pennsylvania | Defendants served |

---

[1] The *Alexander* litigation is listed on Schedule A to avoid confusion.  It was not an associated case of MDL No. 2323 at the time this Court issued Case Management Order No. 1, but since has been transferred to MDL No. 2323 and filed on the Eastern District of Pennsylvania docket (*see* Master Dkt. # 37).

[2] The *Allen* litigation is listed on Schedule A to avoid confusion.  It was not an associated case of MDL No. 2323 at the time this Court issued Case Management Order No. 1, but was deemed an associated case of MDL No. 2323 on April 5, 2012.

| | | | |
|---|---|---|---|
| *Jones* v. *NFL* | No. 120303229 | Philadelphia Court of Common Pleas, Civil Division | Defendant served |
| *Justin* v. *NFL* | No. 120301636 | Philadelphia Court of Common Pleas, Civil Division | Defendant served |
| *Justin* v. *NFL* | No. 120301652 | Philadelphia Court of Common Pleas, Civil Division | Defendant served |
| *Kennedy* v. *NFL* | No. 120301642 | Philadelphia Court of Common Pleas, Civil Division | Defendant served |
| *Koch* v. *NFL* | No. 120301644 | Philadelphia Court of Common Pleas, Civil Division | Defendant served |
| *Krieg* v. *NFL* | No. 120301966 | Philadelphia Court of Common Pleas, Civil Division | Defendant served |
| *Landry, et al.* v. *NFL, et al.* | No. 12-cv-01643 | United States District Court for the Eastern District of Pennsylvania | Defendants served |
| *LeMaster, et al.* v. *NFL, et al.* | No. 120302540 | Philadelphia Court of Common Pleas, Civil Division | Defendants not yet served |
| *LeMaster, et al.* v. *NFL, et al.* | No. 120400108 | Philadelphia Court of Common Pleas, Civil Division | Defendants served |
| *Myers* v. *NFL*[4] | No. 12-cv-00582 | United States District Court for the Southern District of Texas, Houston Division (transferor court); United States District Court for the Eastern District of Pennsylvania (transferee court) | Defendant not yet served |

---

[3] The *Hopkins* litigation is listed on Schedule A to avoid confusion.  It was not an associated case of MDL No. 2323 at the time this Court issued Case Management Order No. 1, but was deemed an associated case of MDL No. 2323 on April 5, 2012.

[4] The *Myers* litigation is listed on Schedule A to avoid confusion.  It was not an associated case of MDL No. 2323 at the time this Court issued Case Management Order No. 1, but since has been transferred to MDL No. 2323 and filed on the Eastern District of Pennsylvania docket (*see* Master Dkt. # 12).

| | | | |
|---|---|---|---|
| *Parrish* v. *NFL, et al.* | No. 2:12-cv-01700 | United States District Court for the Eastern District of Pennsylvania | Defendants not yet served |
| *Player, et al.* v. *NFL* | No. 120301649 | Philadelphia Court of Common Pleas, Civil Division | Defendant served |
| *Pugh, et al.* v. *NFL, et al.*[5] | No. 12-cv-01165 | United States District Court for the Eastern District of Pennsylvania | Defendants served |
| *Richards, et al.* v. *NFL, et al.* | No. 2:12-cv-1623 | United States District Court for the Eastern District of Pennsylvania | Defendants served |
| *Rademacher* v. *NFL, et al.* | No. LC096597 | California Superior Court, County of Los Angeles | Defendants not yet served |
| *Rypien, et al.* v. *NFL, et al.*[6] | No. 2:12-cv-1496 | United States District Court for the Eastern District of Pennsylvania | Defendants served |
| *Taylor* v. *NFL* | No. 120301962 | Philadelphia Court of Common Pleas, Civil Division | Defendant served |

---

[5] The *Pugh* litigation is listed on Schedule A to avoid confusion.  It was not an associated case of MDL No. 2323 at the time this Court issued Case Management Order No. 1, but was deemed an associated case of MDL No. 2323 on April 5, 2012.

[6] The *Rypien* litigation is listed on Schedule A to avoid confusion.  It was not an associated case of MDL No. 2323 at the time this Court issued Case Management Order No. 1, but was deemed an associated case of MDL No. 2323 on April 5, 2012.

# SCHEDULE B

| Case Name | Case Number (Transferor, if any; Transferee) | Order[7] | Date Entered |
|---|---|---|---|
| *Alexander, et al.* v. *NFL, et al.* | 4:12-cv-00794; E.D. Pa. # TBD | Order for Scheduling Conference and Order to Disclose Interested Persons [Dkt. No. 2] | 03/15/12 |
| *Austin, et al.* v. *NFL, et al.* | 12-cv-00075; 12-cv-01032 | Minute Order Granting Motion for Extension of Time to Answer [N/A] | 02/02/12 |
| *Barnes, et al.* v. *NFL, et al.* | 11-cv-08396; 12-cv-01024 | Order re: Transfer Pursuant to General Order 08-05 [Dkt. No. 17] | 10/19/11 |
| | | Order re: Notice to Counsel [Dkt. No. 25] | 11/08/11 |
| | | Order Denying NFL's Ex Parte Application for Order Shortening Time on Motion for a Stay of Proceedings [Dkt. No. 43] | 11/18/11 |
| | | Order on Application of Non-Resident Attorney to Appear in a Specific Case – Beth A. Wilkinson [Dkt. No. 50] | 11/28/11 |
| | | Order on Application of Non-Resident Attorney to Appear in a Specific Case – Bruce Birenboim [Dkt. No. 51] | 11/28/11 |
| | | Order on Application of Non-Resident Attorney to Appear in a Specific Case – Lynn B. Bayard [Dkt. No. 52] | 11/28/11 |
| | | Order on Application of Non-Resident Attorney to Appear in a Specific Case – Theodore V. Wells, Jr. [Dkt. No. 53] | 11/28/11 |
| | | Order on Application of Non-Resident Attorney to Appear in a Specific Case – Brad S. Karp [Dkt. No. 54] | 11/28/11 |

---

[7] All docket numbers provided refer to transferor court docket unless otherwise indicated.

| | | | |
|---|---|---|---|
| | | Order Denying Plaintiffs' Motion to Remand [Dkt. No. 58] | 12/08/11 |
| | | Order Granting Plaintiffs' Ex Parte Application for Leave to File a Second Amended Complaint [Dkt. No. 66] | 12/15/11 |
| | | Order Granting Plaintiffs' Ex Parte Application for an Order Continuing the January 17, 2012 Hearing Date [Dkt. No. 85] | 12/28/11 |
| | | Order Continuing January 3, 2012 Hearing on Riddell Defendants' Motion to Sever and Request for Judicial Notice to February 6, 2012 [Dkt. No. 86] | 01/03/12 |
| | | Minute Order Continuing February 6, 2012 Hearing on Riddell Defendants' Motion to Sever and NFL and Riddell Defendants' Motions to Dismiss to March 19, 2012 [Dkt. No. 93] | 01/30/2012 |
| *Dronett* v. *NFL, et al.* | 12-cv-00076; 12-cv-01033 | Order Granting Defendants' Motion on Consent to Hold in Abeyance Defendants' Deadline to Respond to Plaintiffs' Complaint [Dkt. No. 7] | 02/02/12 |
| *Easterling, et al.* v. *NFL* | 11-cv-05209 | Stipulation and Order Extending Time to Answer, Move or Otherwise Respond to the Complaint [Dkt. No. 3] | 09/13/11 |
| | | Stipulation and Order Extending Time to Answer, Move or Otherwise Respond to the Amended Complaint [Dkt. No. 5] | 10/17/11 |
| | | Order Granting Application for Pro Hac Vice for Brad S. Karp [Dkt. No. 13] | 10/21/11 |
| | | Order Granting Application for Pro Hac Vice for Theodore V. Wells, Jr. [Dkt. No. 14] | 10/21/11 |
| | | Order Granting Application for Pro Hac Vice for Bruce Birenboim [Dkt. No. 15] | 10/21/11 |

| | | | |
|---|---|---|---|
| | | Order Granting Application for Pro Hac Vice for Lynn B. Bayard [Dkt. No. 16] | 10/21/11 |
| | | Order Granting Application for Pro Hac Vice for Beth A. Wilkinson [Dkt. No.17] | 10/21/11 |
| | | Order Rescheduling Scheduling Conference [Dkt. No. 18] | 11/02/11 |
| | | Scheduling Order [Dkt. No. 26] | 11/22/11 |
| | | Order re: Telephone Conference [Dkt. No. 33] | 01/23/12 |
| | | Stipulation and Order Extending Plaintiffs' Time to Answer Motion to Dismiss [Dkt. No. 35] | 01/27/01 |
| *Jacobs, et al.* v. *NFL, et al.* | 11-cv-09345; 12-cv-01035 | Order Extending Time for Defendants to Answer, Move, or Otherwise Respond to Complaint [Dkt. No. 4] | 01/26/12 |
| | | Order re: Briefing Schedule and Proposed Scheduling Order [Dkt. No. 6] | 02/10/12 |
| *Jones, et al.* v. *NFL* | 11-cv-24594; 12-cv-01027 | Order Requiring Parties to Meet and File Joint Scheduling Report and Proposed Order and Directing Parties to File Certificates of Interested Parties [Dkt. No. 3] | 01/03/12 |
| | | Order Granting Defendant National Football League's Agreed Motion for Enlargement of Time To Respond to Plaintiffs' Complaint [Dkt. No. 10] | 01/18/12 |
| | | Order Setting Status Conference [Dkt. No. 16] | 01/24/12 |
| | | Paperless Order Denying as Moot Motion for Extension of Time to Answer [Dkt. No. 18] | 01/25/12 |
| | | Paperless Order Granting Motion for Extension of Time to Answer [Dkt. No. 19] | 01/25/12 |

| | | Paperless Order Granting Plaintiffs' Motion to Amend/Correct Complaint [Dkt. No. 22] | 02/08/12 |
|---|---|---|---|
| | | Paperless Order Granting Motion to Defer Notification to Court [Dkt. No. 25] | 02/10/12 |
| *Kuykendall, et al.* v. *NFL, et al.* | 11-cv-04450; 12-cv-01030 | Order Granting Defendants' Motion on Consent to Hold in Abeyance Defendants' Deadline to Respond to Plaintiffs' Complaint [Dkt. No. 10] | 01/27/12 |
| *Levens* v. *NFL, et al.* | 11-cv-04448; 12-cv-01028 | Order Granting Defendants' Motion on Consent to Hold in Abeyance Defendants' Deadline to Respond to Plaintiffs' Complaint [Dkt. No. 10] | 01/27/12 |
| *Lewis* v. *NFL, et al.* | 11-cv-04451; 12-cv-01031 | Minute Order Granting Motion for Extension of Time to Answer [N/A] | 01/27/12 |
| *Maxwell, et al.* v. *NFL, et al.* | 11-cv-08394; 12-cv-01023 | Order re: Notice to Counsel [Dkt. No. 6] | 10/13/11 |
| | | Order Denying NFL's Ex Parte Application for Order Shortening Time on Motion for a Stay of Proceedings [Dkt. No. 45] | 11/18/11 |
| | | Order on Application of Non-Resident Attorney to Appear in a Specific Case – Beth A. Wilkinson [Dkt. No. 49] | 11/28/11 |
| | | Order on Application of Non-Resident Attorney to Appear in a Specific Case – Bruce Birenboim [Dkt. No. 50] | 11/28/11 |
| | | Order on Application of Non-Resident Attorney to Appear in a Specific Case – Lynn B. Bayard [Dkt. No. 51] | 11/28/11 |
| | | Order on Application of Non-Resident Attorney to Appear in a Specific Case – Theodore V. Wells, Jr. [Dkt. No. 52] | 11/28/11 |
| | | Order on Application of Non-Resident Attorney to Appear in a Specific Case – Brad S. Karp [Dkt. No. 53] | 11/28/11 |

| | | Order Denying Plaintiffs' Motion to Remand [Dkt. No. 58] | 12/08/11 |
|---|---|---|---|
| | | Order on Application of Non-Resident Attorney to Appear in a Specific Case – Jason E. Luckasevic [Dkt. No. 86] | 12/28/11 |
| | | Order Granting Plaintiffs' Ex Parte Application for an Order Continuing the January 17, 2012 Hearing Date [Dkt. No. 85] | 12/28/11 |
| | | Order Continuing January 3, 2012 Hearing on Riddell Defendants' Motion to Sever and Request for Judicial Notice to February 6, 2012 [Dkt. No. 87] | 01/03/12 |
| | | Minute Order Continuing February 6, 2012 Hearing on Riddell Defendants' Motion to Sever and NFL and Riddell Defendants' Motions to Dismiss to March 19, 2012 [Dkt. No. 97] | 01/30/12 |
| *Myers* v. *NFL* | 4:12-cv-00582; 12-cv-00582 | Order for Conference [Dkt. No. 2] | 02/28/12 |
| *Pear, et al.* v. *NFL, et al.* | 11-cv-08395; 12-cv-01025 | Order re: Transfer Pursuant to General Order 08-05 [Dkt. No. 20] | 10/19/11 |
| | | Order Re: Notice to Counsel [Dkt. No. 27] | 11/08/11 |
| | | Order Denying NFL Defendants' Ex Parte Application for Continuance of Hearing on Plaintiffs' Motion to Remand [Dkt. No. 47] | 11/18/12 |
| | | Order Denying NFL Defendants' Ex Parte Application for Order Shortening Time on Motion for Stay [Dkt. No. 48] | 11/18/12 |
| | | Order on Application of Non-Resident Attorney to Appear in a Specific Case – Beth A. Wilkinson [Dkt. No. 53] | 11/28/11 |
| | | Order on Application of Non-Resident Attorney to Appear in a Specific Case – Bruce Birenboim [Dkt. No. 54] | 11/28/11 |

| | | | |
|---|---|---|---|
| | | Order on Application of Non-Resident Attorney to Appear in a Specific Case – Lynn B. Bayard [Dkt. No. 55] | 11/28/11 |
| | | Order on Application of Non-Resident Attorney to Appear in a Specific Case – Theodore V. Wells, Jr. [Dkt. No. 56] | 11/28/11 |
| | | Order on Application of Non-Resident Attorney to Appear in a Specific Case – Brad S. Karp [Dkt. No. 57] | 11/28/11 |
| | | Order Denying Plaintiffs' Motion to Remand [Dkt. No. 61] | 12/08/11 |
| | | Order on Application of Non-Resident Attorney to Appear in a Specific Case – Jason E. Luckasevic [Dkt. No. 64] | 12/12/11 |
| | | Order Granting Plaintiffs' Ex Parte Application for an Order Continuing the January 17, 2012 Hearing Date [Dkt. No. 86] | 12/28/11 |
| | | Order Continuing January 3, 2012 Hearing on Riddell Defendants' Motion to Sever and Request for Judicial Notice to February 6, 2012 [Dkt. No. 87] | 01/03/12 |
| | | Minute Order Continuing February 6, 2012 Hearing on Riddell Defendants' Motion to Sever and NFL and Riddell Defendants' Motions to Dismiss to March 19, 2012 [Dkt. No. 97] | 01/30/12 |
| *Rucker, et al.* v. *NFL, et al.* | 11-cv-09538; 12-cv-01036 | Order Granting Defendants' Request for 30-Day Extension to Answer, Move, or Otherwise Respond to Complaint [Dkt. No. 5] | 01/26/12 |
| | | Order re Briefing Schedule and Proposed Scheduling Order [Dkt. No. 7] | 02/10/12 |
| *Steed* v. *NFL, et al.* | 12-cv-00524; 12-cv-01036 | Standing Order Regarding Newly Assigned Cases [Dkt. No. 4] | 01/27/12 |

| | | Order re Transfer Pursuant to General Order 08-05 [Dkt. No. 5] | 01/30/12 |
|---|---|---|---|
| | | Order re: Notice to Counsel [Dkt. No. 6] | 02/02/12 |
| *Stewart* v. *NFL, et al.* | 11-cv-04449; 12-cv-01029 | Order Granting Defendants' Motion on Consent to Hold in Abeyance Defendants' Deadline to Respond to Plaintiffs' Complaint [Dkt. No. 13] | 01/26/12 |
| *Wooden, et al.* v. *NFL* | 12-cv-20269; 12-cv-01037 | Order Requiring Parties to Meet and File Joint Scheduling Report and Proposed Order and Directing Parties to File Certificates of Interested Parties [Dkt. No. 4] | 01/26/12 |