UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>Case No. 12-md-2323 (AB) |

This Document Relates to:

*Adams, et al. v. National Football League, Et al.,* 12-cv-683

## NOTICE OF ENTRY OF APPEARANCE
## OF J. GORDON RUDD, JR.

To the Clerk and All Attorneys of Record:

Please enter the appearance of J. Gordon Rudd, Jr. as counsel of record for the Plaintiffs in the above-referenced matter. All notice and copies of pleadings, papers and other material relevant to this action that are NOT served via the ECF system should be directed to and served upon:

J. Gordon Rudd, Jr.
ZIMMERMAN REED, P.L.L.P.
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Gordon.Rudd@zimmreed.com

/ / / / /

/ / / / /

Dated: April 12, 2012							ZIMMERMAN REEED, P.L.L.P.

 s/ J. Gordon Rudd, Jr.
J. Gordon Rudd, Jr.
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Email: Gordon.Rudd@zimmreed.com