

David S. Casey, Jr., SBN 060768
Frederick Schenk, SBN 086392
Robert J. Francavilla, SBN 110429
Gayle M. Blatt, SBN 122048
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA  92101
Telephone:  (619) 238-1811
Facsimile:    (619) 544-9232
dcasey@cglaw.com
fschenk@cglaw.com
rjf@cglaw.com
gmb@cglaw.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**12    1700**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>12-md-2323 |
| | **MOTION FOR APPOINTMENT TO STEERING COMMITTEE** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## I. INTRODUCTION

Plaintiff BERNARD PAUL PARRISH submits this brief in support of his motion to have the Court appoint David S. Casey, Jr., senior partner in law firm Casey Gerry Schenk Francavilla Blatt & Penfield, LLP ("Casey Gerry"), as a member of Plaintiffs' Steering Committee in this consolidated action.

A strong Plaintiffs' Steering Committee requires accomplished attorneys, with proven talents and experience not only in complex litigation, but in the subject matter of the litigation.  Moreover, an ideal candidate will be able to coordinate and delegate

1    within the numerous Plaintiffs' counsel.

2        For these reasons, and as detailed more fully below, Plaintiff respectfully

3    requests that the Court appoint David S. Casey, Jr. as a member of Plaintiffs' Steering

4    Committee.  While Plaintiff believes David S. Casey, Jr. is best suited to represent the

5    putative class as a member of Plaintiffs' Steering Committee, Plaintiff recognizes that

6    there are likely to be several qualified and experienced attorneys who are

7    simultaneously moving to be appointed members of Plaintiffs' Steering Committee.

8    Plaintiff's support for David S. Casey, Jr. is further bolstered by his professional

9    experience, as well as that of his law firm Casey Gerry, in working closely with many of

10   the accomplished attorneys likely moving for appointment on Plaintiffs' Steering

11   Committee.

12       Casey Gerry brings a wealth of experience and expertise in these exact cases

13   which makes the firm well suited for leadership in this action.

14   **II. PROPOSED COUNSEL HAS THE LEADERSHIP EXPERIENCE, EXPERIENCE**

15   **IN COMPLEX LITIGATION, EXPERIENCE IN THE SUBJECT MATTER, AND**

16   **PROFESSIONAL RELATIONSHIPS TO CONTRIBUTE SIGNIFICANTLY TO**

17   **PLAINTIFF'S STEERING COMMITTEE**

18       Pursuant to the Manual for Complex Litigation,

19   "Committees of counsel.  Often called steering committees...The court or lead counsel

20   may task committees with preparing briefs or conducting portions of the discovery

21   program if one lawyer cannot do so adequately.  Committees of counsel can sometimes

22   lead to substantially increased costs, and they should try to avoid unnecessary

23   duplication of efforts and control fees and expenses...It is important [for the Court] to

24   assess the following factors [in designating counsel]: qualifications, functions,

25   organization, and compensation of designated counsel; whether there has been full

26   disclosure of all agreements and understandings among counsel; would-be designated

27   attorneys' competence for assignments; ...the attorneys' resources, commitment, and

28   qualifications to accomplish the assigned tasks; and the attorneys' ability to command the

asey, Gerry,
henk, Francavilla,
latt & Penfield, LLP

50

MOTION FOR APPLICATION TO PLAINTIFFS' STEERING COMMITTEE

1  respect of their colleagues and work cooperatively with opposing counsel and the
2  court...".

3  MANUAL FOR COMPLEX LITIGATION (Fourth) § 10.224 (2010).  Plaintiff submits
4  that David S. Casey, Jr. is exceptionally suited for this role.

5      **i. David S. Casey, Jr. Has Held Substantial Leadership Positions and**
6  **Received Numerous Awards on Nationwide, Statewide, and Local Levels.**

7          David S. Casey, Jr. has unsurpassed credentials evidencing his talent,
8  professionalism, and leadership abilities, which make him an exceptional candidate for
9  Plaintiffs' Steering Committee.  He has practiced for over 30 years in the area of
10  serious personal injury and wrongful death litigation.  Throughout his career, he has
11  been the recipient of over 50 awards from trial bar associations.  He has served as
12  President for numerous influential organizations during his career.  Mr. Casey is
13  currently a member of the Consumer Attorneys of San Diego (president, 1983-1984),
14  Consumer Attorneys of California (president, 1996-1997), the Western Trial Lawyers
15  Association (president, 1997-1998), the American Association of Justice, formerly
16  Association of Trial Lawyers of America (president, 2004-2005), and the American
17  Board of Trial Advocates (ABOTA).  He is a Fellow for the International Society of
18  Barristers (invite only, limited to 500 lawyers in the United States) and the International
19  Academy of Trial Lawyers (invite only, limited to 500 lawyers, including both plaintiff
20  and defense, in the United States).

21          Mr. Casey has been recognized as Lawyer of the Year by the San Diego
22  County Bar Association, listed in "Best Lawyers in America", and named by the Los
23  Angeles Daily Journal as one of the Top 100 Lawyers in California.  He was also
24  named one of Law Dragon's "500 Leading Lawyers in America."  He has been the
25  recipient of the Outstanding Trial Lawyer Award from the San Diego Trial Lawyer
26  Association; the Peacemaker Award from the San Diego Mediation Center; the Pursuit
27  of Justice Award from the American Bar Association Tort Trial & Insurance Practice
28  Section; the Harry M. Philo Award from the Association of Trial Lawyers of America;

1   and the Daniel T. Broderick Memorial Award from the American Board of Trial

2   Advocates for "epitomizing the highest principles of civility, integrity, and

3   professionalism."

4        Mr. Casey served as chair of the Judicial Selection Committee for Governor

5   Davis, recommending candidates for the Superior Court and Appellate court.  For the

6   past 10 years he has served on the San Diego County Federal Judicial Selection

7   Committee under Sen. Dianne Feinstein, California, and was recently appointed by

8   the senator to chair the statewide effort for judicial selection of U.S. District Court

9   Judges, U.S. Attorneys and U.S. Marshals.

10        The above accomplishments, awards, and leadership positions show that David

11   S. Casey, Jr. is an attorney with the utmost talent, work ethic, and character, making

12   him exceptionally suited for Plaintiffs' Steering Committee.

13   **ii.  David S. Casey, Jr. Has Extensive Experience with Complex Litigation,**

14   **Class Actions, and Mass Torts.**

15        David S. Casey, Jr. is exceptionally suited for Plaintiffs' Steering Committee

16   due to his extensive experience with complex litigation, class actions, and mass torts.

17   He is an accomplished all-star on the playing field of complex litigation.  Additionally,

18   the Casey Gerry law firm has impressive acumen in complex litigation, class actions,

19   and mass torts.

20        David S. Casey, Jr. obtained the largest personal injury settlement in history

21   against the City of San Diego and the largest personal injury highway design verdict in

22   history against the County of San Diego.  He also represented Gray Davis, former

23   Governor of California, in successful tobacco litigation helping achieve a recovery of

24   $25 billion for the State of California.

25        Mr. Casey is now completing 21 years of involvement in litigation resulting from

26   the disastrous Exxon Valdez oil spill in Alaska.  Mr. Casey has also played a lead role

27   in representing American Prisoners of War in litigation against Japanese companies

28   charged with abusing them as slave laborers during World War II.

asey, Gerry,
:henk, Francavilla,
latt & Penfield, LLP

As 2004-2005 President of the American Association of Justice, a 60,000 member professional organization dedicated to plaintiffs' rights, David S. Casey, Jr. played a pivotal role in creating the 9/11 Victims Compensation Fund mandated by the United States Congress, and setting in place the largest pro bono program in the history of American jurisprudence, helping thousands victims after 9/11.  That program has resulted in the compensation of several billion dollars successfully going to the families who lost loved ones on 9/11.

Casey Gerry has played a prominent role in national pharmaceutical, medical device, and other complex litigation, including litigation regarding L-Tryptophan, Baycol, Sulzer Orthopedics Hip Prosthesis, Propulsid, Rezulin, Metabolife, and Hydroxycut.  Casey Gerry partner, Gayle M. Blatt, has served on court appointed steering committees for *In re Sulzer Orthopedics Inc. Hip Prosthesis and Knee Prosthesis* (MDL 1401), Baycol, and Metabolife litigation as well as serving as Plaintiffs' Liaison Counsel for *In re Hydroxycut* (MDL 2087) and Plaintiffs' Co-Liaison Counsel for *In re Sony Gaming Networks and Customer Data Security Breach Litigation* (3:11-md-02258-AJB-MDD).

Casey Gerry has played a leadership role in a wide range of complex class action litigation involving automobiles in *Barrett v. GM, Toyota Global,* and *Cardiff v. GM*, baby formula in *Neo-Mull* , hypodermic needle stick cases, improper sewage rate charges in *Shames v. City of San Diego*, commercial bribery in *Sierra Motors v. Honda America,* alleged wrongful taxation in *Villa v. City of Chula Vista*, wage and hour law in *Galvez v. Waste Management* and *Tomlinson v. HD Supply,* and American prisoners of war as slave laborers of Japanese Companies for *In re: World War II Era, et. al. V. Mitsui & Co., LTD* (MDL 1347) and *Tenney v. Mitsubishi, et. al.*  Casey Gerry has the resources and experience to litigate complex nationwide, statewide, and local class actions across many disciplines of law.  This experience is readily adaptable to the instant litigation.

//

asey, Gerry,
chenk, Francavilla,
latt & Penfield, LLP

50

1      **iii.  David S. Casey, Jr. Has Extensive Experience with Complex Litigation**

2 **Involving Football and Brain Injuries.**

3      Plaintiffs' Steering Committee members should bring with them a familiarity with

4 the subject matter of this litigation in order to efficiently contribute to the Committee

5 and minimize costs.  David S. Casey, Jr. has extensive experience with complex

6 litigation involving football and brain injuries, and can immediately contribute to the

7 Plaintiffs' Steering Committee discussion, strategy, and analysis of the difficult subject

8 matter.

9      David S. Casey, Jr. has represented injured football players since 1982, when

10 the firm represented a high school student who tragically suffered football related

11 injuries rendering him paraplegic.  After a lengthy trial, Casey Gerry successfully

12 resolved the case under a design defect theory against football helmet manufacturer

13 Riddell.

14      More recently, Mr. Casey completed an extremely difficult personal injury case,

15 involving heavily contested issues of liability and causation, involving Plaintiff Scott

16 Eveland, a high school football player who suffered a serious brain injury in a football

17 game.  Other attorneys reviewed the case and elected not to undertake representation

18 of Mr. Eveland and his family.  In contrast, Casey Gerry had the foresight and

19 determination to seek justice for the seriously injured young man.

20      The issues and scientific evidence in this case were substantially similar to

21 those arising in the instant litigation. In fact, Plaintiff Bernard Parrish approached

22 Casey Gerry specifically because he was impressed with the efforts and successes of

23 the firm in the Eveland case.  Casey Gerry's expertise, exemplified in the large

24 recovery for the severe head injury to football player Scott Eveland, will certainly carry

25 over into the instant litigation.

26      Initially, with a lack of available information and uncooperative potential

27 witnesses, the Eveland case focused on a delay in care and transportation of Mr.

28 Eveland following his injury.  After nearly three years of diligent investigation and

1  discovery, Casey Gerry pursued leads provided in new testimony, resulting in the

2  development of an extremely strong case against the helmet manufacturer and the

3  defendant school district.

4      Casey Gerry's investigation involved locating, contacting, and interviewing

5  approximately 400 potential witnesses.  In excess of 290 hours of football game,

6  practice, and meeting films were reviewed pursuant to a thorough investigation of

7  coaching behavior and procedure with respect to injuries, confirmation of deposition

8  testimony, and identification of potential witnesses.  Over 280 depositions were taken

9  in this case.  Casey Gerry retained, prepared, and deposed numerous experts to

10  address issues including, but not limited to, the responsibility of coaches and trainers

11  in football games, alternative material in football helmets, headaches related to brain

12  injury, the role of pain medication in causing potential brain injuries, and whether or

13  not a player's injury was caused by a football game, as opposed to outside factors.

14      The aforementioned case is a shining example of the capabilities and talents of

15  Casey Gerry.  The firm utilized its wealth of resources to pursue every issue, and

16  leave no stone unturned.  Ultimately, these rigorous efforts produced a multi-million

17  dollar settlement for the plaintiff.

18      Furthermore, the subject matter of the Eveland case is substantially similar to

19  the instant litigation.  Casey Gerry examined many complex scientific issues related to

20  the sport of football, such as identifying head injuries, identifying early signs of head

21  injuries, the safety of returning to play after certain traumas or injuries, repetitive

22  traumas and their affect on long term head injuries, concussions, second-impact

23  syndrome, the complicated interplay between pain medications and head injuries, and

24  football helmet impact as it relates to head injuries.  Additionally, Casey Gerry

25  examined in great detail the procedures for sports trainers, doctors, and coaches to

26  safely address head injuries in football players.  David S. Casey, Jr. would proudly

27  contribute this voluminous, hard earned expertise as a member of Plaintiffs' Steering

28  Committee.

sey, Gerry,
henk, Francavilla,
ilt & Penfield, LLP

1     **iv.  David S. Casey, Jr. Has Prior Professional Experience and**
2 **Relationships with Many Plaintiffs Firms Involved in this Litigation.**
3     David S. Casey, Jr. is particularly well suited for membership on the Plaintiffs'
4 Steering Committee because he, and his Casey Gerry partners, have prior
5 professional experience with many of the plaintiffs' lawyers and law firms in this
6 litigation.  The experience and relationships of Casey Gerry will aid in the efficient
7 communications, delegation of duties, and minimization of costs for the Plaintiffs'
8 Steering Committee.
9     Mr. Casey has worked personally with Arnold Levin of Levin Fishbein Sedran &
10 Berman, Bernard Smalley of Anapol Schwartz Weiss Cohan Feldman & Smalley, PC,
11 and Charles Zimmerman of Zimmerman Reed.  Casey Gerry senior partner Frederick
12 Schenk has professional experience with the Locks Law Firm, David A. Rosen of
13 Rose Klein & Marias, Christopher A. Seeger of Seeger Weiss, LLP, and Bernard
14 Smalley of Anapol Schwartz Weiss Cohan Feldman & Smalley, PC.  Casey Gerry
15 partner Thomas D. Penfield has professional experience with Fred S. Longer of Levin
16 Fishbein Sedran & Berman.
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

isey, Gerry,
:henk, Francavilla,
att & Penfield, LLP

## III.  CONCLUSION

For the reasons set forth in this Motion, Plaintiff BERNARD PAUL PARRISH respectfully requests that this Court appoint David S. Casey, Jr. to Plaintiffs' Steering Committee. Mr. Casey is exceptionally suited for membership on Plaintiffs' Steering Committee due to his impressive awards and leadership positions, his extensive experience with complex litigation, class actions, and mass torts, his extensive experience with complex litigation involving football and brain injuries, and his many professional relationships with other Plaintiffs' counsel in this litigation.  He has the talents, resources, expertise, and experience for a leadership position within this litigation, and would prove invaluable to the Plaintiffs' Steering Committee.

DATED: April ___, 2012

CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD, LLP


By: _____
Frederick Schenk, SBN 086392
David S. Casey, Jr., SBN 060768
Robert J. Francavilla, SBN 110429
Gayle M. Blatt, SBN 122048
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA  92101
Telephone:  (619) 238-1811
Facsimile:   (619) 544-9232
dcasey@cglaw.com
fschenk@cglaw.com
rjf@cglaw.com
gmb@cglaw.com

Attorneys for Plaintiff