IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | MDL No. 2323 12-md-2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : |  |

CASE MANAGEMENT ORDER NO. 2

**AND NOW**, this 26th day of April 2012, following the April 25, 2012 Initial Organization Conference, it is ORDERED:

**I. The Court makes the following appointments:[1]**

*1. Co-Lead Counsel*

- Christopher A. Seeger, Esq. is designated Plaintiffs' Co-Lead Counsel.

- By **May 9, 2012**, the Plaintiffs' Executive Committee shall report back to the Court its choice for local Co-Lead Counsel from Philadelphia-based lawyers.

*2. Executive Committee*

Plaintiffs' Executive Committee shall consist of the following members:

- Anapol Schwartz
    - Sol H. Weiss, Esq.
    - Larry E. Coben, Esq.
- Girardi Keese
    - Thomas V. Girardi, Esq.

---

[1] The Court reserves the right to modify its appointments throughout the duration of the litigation.

1

- • Graham B. LippSmith, Esq.
- Hausfeld LLP
  - • Michael D. Hausfeld, Esq.
  - • Richard S. Lewis, Esq.
- Locks Law Firm
  - • Gene Locks, Esq.
  - • David Langfitt, Esq.
- Podhurst Orseck, P.A.
  - • Ricardo M. Martinez-Cid, Esq.
  - • Steven C. Marks, Esq.
- Seeger Weiss LLP
  - • Christopher A. Seeger, Esq.
  - • David R. Buchanan, Esq.

*3. Steering Committee*

Plaintiffs' Steering Committee shall consist of the following members:

- James R. Dugan, II, Esq.
- Anthony Tarricone, Esq.
- Arnold Levin, Esq.
- Michael L. McGlamry, Esq.
- Dianne M. Nast, Esq.
- David A. Rosen, Esq.
- Charles S. Zimmerman, Esq.

The Steering Committee shall take under advisement the applications of David S. Casey, Jr., Esq. and Derriel C. McCorvey, Esq. By **May 9, 2012**, the Steering Committee shall propose a complete list of its members and file the proposal with the Court.

*4. Liaison Counsel*

- Jeannine M. Kenney, Esq. is designated Plaintiffs' Liaison Counsel.

- Dana B. Klinges, Esq. is designated NFL Defendants' Liaison Counsel.

- Thomas P. Wagner, Esq. is designated Riddell Defendants' Liaison Counsel.

**II. The Court will consider the following motions on an expedited basis:**

- NFL Defendants' Motion to Dismiss on preemption grounds

- Riddell Defendants' Motion to Sever

**III. Key Dates**

| | |
|---|---|
| **By May 9, 2012** | Plaintiffs' Executive Committee must submit its choice for local Co-Lead Counsel from Philadelphia-based lawyers. Plaintiffs' Steering Committee must submit a complete list of its members. |
| **By June 8, 2012** | Plaintiffs must submit a master administrative complaint and an agreed upon short form complaint. |
| **By June 19, 2012** | Plaintiffs may file a request for discovery. |
| **By June 19, 2012** | NFL Defendants and Riddell Defendants may file briefs with the Court raising any issues they have with the master administrative complaint. |
| **By June 29, 2012** | NFL Defendants and Riddell Defendants may file responses to the discovery request. |
| **By June 29, 2012** | Plaintiffs may file a reply to the Defendants' briefs raising issues with the master administrative complaint. |
| **By July 16, 2012** | Plaintiffs, in the MDL at the time of entry of this Order, must file short form complaints.<br>*Plaintiffs who join this MDL after the entry of this Order must file short form complaints within 30 days of joining the MDL. |
| **By August 9, 2012** | NFL Defendants may file a motion to dismiss and Riddell Defendants may file a motion to sever (30 Page Limit/each). |
| **By October 10, 2012** | Plaintiffs may file responses (30 Page Limit/each). |
| **By November 26, 2012** | NFL Defendants and Riddell Defendants may file replies (15 Page Limit/each). |

**IV. Additional**

- The Court will issue additional Orders as needed.

- Until further Order of the Court, the Court will schedule a conference call with all relevant parties at the request of Liaison Counsel.

- Two hard copies of all filings must be sent to chambers.

- Any questions concerning the procedure for filing should be addressed to Tom Dempsey in the Office of the Clerk of this Court. His telephone number is 267-299-7018; his email address is Tom_Dempsey@paed.uscourts.gov.

|  | Anita B. Brody |
|---|---|
| Date | United States District Judge |

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: