IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323 (AB) |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**NOTICE OF ENTRY OF APPEARANCE
OF RICHARD S. LEWIS**

To The Clerk and ALL Attorneys of Record:

Please enter the appearance of Richard S. Lewis, Hausfeld LLP, appointed to serve on the Plaintiffs' Executive Committee, in the above-captioned action, and counsel of record in the following actions: *Boyd, et al. v. National Football League, et al.*, No. 12-cv-92; *Adams, et al. v. National Football League, et al.*, No. 12-cv-683; *Jacobs, et al. v. National Football League, et al.,* No. 12-cv-1035; and *Little et al. v. National Football League, et al.*, No. 12-cv-2219. All notice and copies of pleadings, papers and other material relevant to this action that are NOT served via the ECF system should be directed to and served upon:

>Richard S. Lewis
>HAUSFELD LLP
>1700 K Street, NW
>Suite 650
>Washington, DC 20006
>rlewis@hausfeldllp.com

DATED: May 4, 2012

*s/ Richard S. Lewis*
Richard S. Lewis
HAUSFELD LLP
1700 K Street, NW

Suite 650
Washington, DC 20006
rlewis@hausfeldllp.com