UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>All Actions | : : : : : |  |

**REPORT OF THE PLAINTIFFS' EXECUTIVE COMMITTEE AND PLAINTIFFS' STEERING COMMITTEE REGARDING LEADERSHIP APPOINTMENTS**

Pursuant to the Paragraph 1 of this Court's April 26, 2012 Case Management Order No. 2 (ECF No. 64), the Plaintiffs' Executive Committee reports that it has selected Sol Weiss, Anapol Schwartz, to serve as Plaintiffs' Co-Lead Counsel in the above-captioned matter, in addition to Christopher Seeger, appointed by this Court as Co-Lead Counsel in CMO No. 2.

Additionally, pursuant to the Paragraph 3 of that Order, the Plaintiffs' Steering Committee ("PSC") proposes for appointment to the PSC the following additional members: David S. Casey, Jr. of Casey Gerry Schenk Francavilla Blatt & Penfield, LLP; and Derriel C. McCorvey[1] of The Law Office of Derriel C. McCorvey LLC. If these additional attorneys are appointed, the PSC would consist of the members of the Plaintiffs' Executive Committee[2] and the following members:

---

[1] David S. Casey, Jr. and Derriel C. McCorvey filed their applications for appointment to the Plaintiffs' Steering Committee on April 4, 2012 (ECF No. 61) and April 16, 2012 (ECF No. 60), respectively.

[2] In their Joint Leadership Application (ECF No. 54), the joint applicants proposed that the 12 members of the Plaintiffs' Executive Committee also serve as members of the PSC.

- David S. Casey, Jr.;
- James R. Dugan, II;
- Anthony Tarricone;
- Arnold Levin;
- Derriel C. McCorvey;
- Michael L. McGlamry;
- Dianne M. Nast;
- David A. Rosen; and
- Charles S. Zimmerman.

The Plaintiffs' Steering Committee is aware of, and has considered, other applications for PSC membership pending before the Court, but believes that the PSC, with the additional two members proposed above, represents the optimal Committee size, consistent with efficient management of this litigation, and thus does not recommend further appointments to the PSC.

Dated:  May 8, 2012

Respectfully Submitted:

*s/ Jeannine M. Kenney*
Jeannine M. Kenney
HAUSFELD LLP
1604 Locust St., Second Floor
Philadelphia, PA 19103
Phone: (215) 985-3270
Fax: (215) 985-3271
jkenney@hausfeldllp.com

*Plaintiffs' Liaison Counsel*