UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>All Actions | : : : : | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2012, I caused the foregoing Report of the Plaintiffs' Executive Committee and Plaintiffs' Steering Committee Regarding Leadership Appointments, and *Proposed* Case Management Order No. 3, to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

                                                */s/ Jeannine M. Kenney*
                                                Jeannine M. Kenney (PA # 307635)
                                                **HAUSFELD LLP**
                                                1604 Locust St., 2nd Floor
                                                Philadelphia, PA 19103
                                                (215) 985-3270
                                                (215) 985-3271 (fax)
                                                jkenney@hausfeldllp.com

                                                *Plaintiffs' Liaison Counsel*