## CERTIFICATE OF SERVICE

On May 15, 2012, I electronically filed the NOTICE OF APPEARANCE through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

|  |  |
|---|---|
| Dated: May 15, 2012 | Respectfully submitted, |
|  | /s/ *Jonathan Shub*_____ <br> Jonathan Shub <br> SEEGER WEISS LLP <br> 1515 Market Street <br> Suite 1380 <br> Philadelphia, PA   19102 <br> Telephone:  215-564-2300 <br> Facsimilie:  215-851-8029 <br> Email:  jshub@seegerweiss.com |
|  | *Attorney for Plaintiffs* |