UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>All Actions | : : : : | |

### NOTICE OF TOLLING AGREEMENT BETWEEN PLAINTIFFS AND NATIONAL FOOTBALL LEAGUE DEFENDANTS

On behalf of Plaintiffs and Defendants National Football League and NFL Properties ("NFL Defendants") in the above-captioned matter, the parties hereby submit notice of the Tolling Agreement between Plaintiffs and NFL Defendants, attached hereto as Exhibit A.

Dated: May 15, 2012

Respectfully Submitted:

*s/ Jeannine M. Kenney*
Jeannine M. Kenney
HAUSFELD LLP
1604 Locust St., Second Floor
Philadelphia, PA 19103
Phone: (215) 985-3270
Fax: (215) 985-3271
jkenney@hausfeldllp.com

*Plaintiffs' Liaison Counsel*