# Exhibit A

## TOLLING AGREEMENT

THIS AGREEMENT (the "Tolling Agreement") is made as of February 24, 2012 (the "Effective Date") by and between the National Football League and NFL Properties ("the "NFL Defendants") and Plaintiffs in the lawsuits identified in Schedule A (the "Lawsuits").

WHEREAS, Plaintiffs have identified potential concerns with respect to federal jurisdiction that may cause Plaintiffs to re-file their lawsuits in various state courts throughout the United States of America absent an agreement tolling any statute of limitations or other time-based defenses (the "Limitations" as set forth below) applicable to the claims set forth in the Lawsuits and any other claims based on the same substantive allegations in the Lawsuits that would qualify under applicable laws to relate back to the filing of the Lawsuit (hereinafter, the "Claims"); and

WHEREAS, the NFL Defendants believe that federal jurisdiction exists over the Lawsuits because the Claims are either preempted by section 301 of the Labor Management Relations Act or are subject to supplemental jurisdiction pursuant to 28 U.S.C. § 1367; and

WHEREAS, to avoid the possible need for the re-filing in state courts of the cases set forth on Schedule A and to minimize the additional judicial administration of state court filings and removal proceedings, the parties have agreed to enter into this Tolling Agreement on the terms and conditions below;

NOW, THEREFORE, in consideration of the mutual agreements contained herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged the parties, each intending to be legally bound, agree as follows:

1.      Subject to the terms and conditions stated below, the statutes of limitations, statutes of repose, time limitations in equity, statutory time conditions on filing suit,

laches and any other time bars (collectively the "Limitations") applicable to the Claims are hereby tolled and suspended from the Effective Date until the earlier of: (1) a final disposition, including the exhaustion of appellate review, regarding the existence of federal subject-matter jurisdiction; or (2) ninety (90) days from the date Plaintiffs receive from the NFL Defendants written revocation of the Tolling Agreement; or (3) solely as to any Plaintiff so filing, the filing of an additional lawsuit in state court against either of the NFL Defendants.

2. Nothing in the Tolling Agreement shall have the effect of reviving Claim(s), if any, that have expired under any Limitations prior to the Effective Date of this Tolling Agreement. As an example, if the statute of limitations expired for a Plaintiff's Claim(s) prior to the Effective Date of this Tolling Agreement, then Plaintiff's Claim(s) remains subject to the defense of the statute of limitations and this Tolling Agreement in no way waives, prejudices or diminishes that defense in any respect or to any degree.

3. To the extent that any Limitations with respect to a Claim have not already expired, the NFL Defendants agree that the Limitations period with respect to that Claim shall be suspended until the expiration of the Tolling Agreement, at which time it shall begin to run again. As an example, if a statute of limitation would otherwise expire three months into the Tolling Agreement for Plaintiff's Claim(s), upon the expiration of the Tolling Agreement, that Plaintiff will have three months to file his Claim(s).

4. Should additional retired player-plaintiffs ("New Plaintiffs") file new lawsuits in federal court containing claims similar to those in the Lawsuits before the Court (Brody, J.) has ruled on the question of jurisdiction, the NFL Defendants agree that this Tolling Agreement is automatically amended to include and cover any such lawsuits filed by the New Plaintiffs, and the effective date of the automatic amendment(s) covering such new lawsuits shall

2

be the Effective Date, provided that such lawsuits are filed within 150 days of the Effective Date.

For any lawsuits filed by New Plaintiffs after 150 days of the Effective Date, the NFL

Defendants agree to amend this Tolling Agreement to include and cover any such lawsuits, and

the Effective Dates of the amendments covering these lawsuits shall be the dates of the filing of

any such lawsuits.

      5.     This Agreement is for tolling purposes only.  The parties agree that the

Tolling Agreement shall not be deemed an admission by the NFL Defendants of any fact, or for

any purpose, or of the existence of any actual or potential claims or liability whatsoever of any

party against or to any person (whether or not a party to the Tolling Agreement), or that any

claim of any plaintiff is not time-barred.

      6.     The parties agree that the Tolling Agreement will not be admissible, and

will not be offered as evidence or submitted in any legal proceeding, for any purpose other than

to rebut a defense based on the passage of time or delay during the Tolling Period or to enforce

the confidentiality undertaking in the next sentence.  Except as set forth in the preceding

sentence, the parties agree that the Tolling Agreement is, and shall remain, confidential, and

neither the Tolling Agreement nor any of its terms shall be produced or disclosed to any third

party (which does not include New Plaintiffs), except with the prior written consent of each of

the parties; provided, however, that such disclosure may be made in response to the order of any

court of competent jurisdiction, or otherwise as required by law.

      7.     This Tolling Agreement may be executed in any number of counterparts,

each of which, when so executed and delivered, shall be deemed an original.  The parties may

execute and deliver this Tolling Agreement via facsimile and email and such delivery shall be

deemed effective upon the receipt of any such executed facsimile or email transmission.

8.      The NFL Defendants and Plaintiffs agree that this Tolling Agreement is signed on behalf of the NFL Defendants and Plaintiffs by their respective counsel, and each of the attorneys signing this Tolling Agreement on behalf of his or her clients represents that the clients have been fully informed of the terms of this Tolling Agreement. If any Plaintiff does not agree to be bound by all of its terms, Plaintiff's counsel shall, within thirty (30) days of the NFL Defendants' execution of this Tolling Agreement, so notify the NFL Defendants in writing.

9.      For the avoidance of any doubt, if a given Plaintiffs' counsel does not sign this Tolling Agreement, the Plaintiffs represented by that counsel shall not be parties to the Tolling Agreement. The lack of execution by a given Plaintiffs' counsel shall have no effect on the Tolling Agreement between the NFL Defendants and Plaintiffs represented by counsel that execute the Agreement.

10.     The Tolling Agreement cannot be changed, modified or otherwise altered except by a writing executed and delivered by each of the undersigned.

11.     The provisions of this Tolling Agreement shall be binding and effective with respect to the parties hereto, and their respective parents, subsidiaries, affiliates, successors, assigns, heirs, executors, administrators and representatives.

12.     This Tolling Agreement shall be governed by the laws of the State of New York without regard to conflicts of law provisions thereof. The parties warrant, promise and represent that in executing this Tolling Agreement, each party is not relying upon any oral representation, promise or statement made by any other party and that each party is not relying upon any promise, statement or representation contained in any other written instrument.

4

IN WITNESS WHEREOF, the parties have executed this Tolling Agreement as follows:

By: _Lynn B. Bayard_ _DB_

Date: _4/9/12_

BRAD S. KARP
THEODORE V. WELLS, JR.
BRUCE BIRENBOIM
BETH A. WILKINSON
LYNN B. BAYARD
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
T:  212-373-3000

By: _Sael/ (Vies_

Date: _4-19-12_

SOL H. WEISS
LARRY E. COBEN
**ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC**
1710 SPRUCE ST
PHILADELPHIA, PA 19103
T:  215-735-2098
F:  215-735-2024
sweiss@anapolschwartz.com


By:_____

Date:_____

ARTHUR N. BAILEY
**ARTHUR N. BAILEY AND ASSOCIATES**
111 W. SECOND ST. STE. 4500
JAMESTOWN, NY 14701
T:  716-664-2967

By:_____

Date:_____

JAMES E. CECCHI
LINDSEY H. TAYLOR
**CARELLA BYRNE BAIN GILFILLAN CECCHI STEWART & OLSTEIN, PC**
5 BECKER FARM ROAD
ROSELAND, NJ 07068
T:  973-994-1700


By:_____

Date:_____

BRUCE A. HAGEN
**BRUCE A. HAGEN, P.C.**
119 NORTH MCDONOUGH ST
DECATUR, GA 30030
T:  404-522-7553

By:_____

Date:_____

JASON E. LUCKASEVIC
**GOLDBERG PERSKY & WHITE**
1030 FIFTH AVE
PITTSBURG PA 15219
T:  412-471-3980
jluckasevic@gpwlaw.com

5

IN WITNESS WHEREOF, the parties have executed this Tolling Agreement as follows:

By:_____     By:_____

Date:_____     Date:_____

BRAD S. KARP                   SOL H. WEISS
THEODORE V. WELLS, JR.         LARRY E. COBEN
BRUCE BIRENBOIM                **ANAPOL SCHWARTZ WEISS**
BETH A. WILKINSON              **COHAN FELDMAN & SMALLEY PC**
LYNN B. BAYARD                 1710 SPRUCE ST
**PAUL, WEISS, RIFKIND, WHARTON**  PHILADELPHIA, PA 19103
**& GARRISON LLP**             T: 215-735-2098
1285 AVENUE OF THE AMERICAS    F: 215-735-2024
NEW YORK, NY 10019-6064        sweiss@anapolschwartz.com
T: 212-373-3000


By:_____     By:_____

Date:_____     Date:_____

ARTHUR N. BAILEY               JAMES E. CECCHI
**ARTHUR N. BAILEY AND**       LINDSEY H. TAYLOR
**ASSOCIATES**                 **CARELLA BYRNE BAIN GILFILLAN**
111 W. SECOND ST. STE. 4500    **CECCHI STEWART & OLSTEIN, PC**
JAMESTOWN, NY 14701            5 BECKER FARM ROAD
T: 716-664-2967                ROSELAND, NJ 07068
                               T: 973-994-1700


By:_____     By:_____

Date: 4-11-12                  Date:_____

BRUCE A. HAGEN                 JASON E. LUCKASEVIC
**BRUCE A. HAGEN, P.C.**       **GOLDBERG PERSKY & WHITE**
119 NORTH MCDONOUGH ST         1030 FIFTH AVE
DECATUR, GA 30030              PITTSBURG PA 15219
T: 404-522-7553                T: 412-471-3980
                               jluckasevic@gpwlaw.com

5

IN WITNESS WHEREOF, the parties have executed this Tolling Agreement as follows:

By:_____

Date:_____

BRAD S. KARP
THEODORE V. WELLS, JR.
BRUCE BIRENBOIM
BETH A. WILKINSON
LYNN B. BAYARD
**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
T: 212-373-3000

By:_____

Date:_____

SOL H. WEISS
LARRY E. COBEN
**ANAPOL SCHWARTZ WEISS
COHAN FELDMAN & SMALLEY PC**
1710 SPRUCE ST
PHILADELPHIA, PA 19103
T: 215-735-2098
F: 215-735-2024
sweiss@anapolschwartz.com

By:_____

Date:_____

ARTHUR N. BAILEY
**ARTHUR N. BAILEY AND
ASSOCIATES**
111 W. SECOND ST. STE. 4500
JAMESTOWN, NY 14701
T: 716-664-2967

By:_____

Date:_____

JAMES E. CECCHI
LINDSEY H. TAYLOR
**CARELLA BYRNE BAIN GILFILLAN
CECCHI STEWART & OLSTEIN, PC**
5 BECKER FARM ROAD
ROSELAND, NJ 07068
T: 973-994-1700

By:_____

Date:_____

BRUCE A. HAGEN
**BRUCE A. HAGEN, P.C.**
119 NORTH MCDONOUGH ST
DECATUR, GA 30030
T: 404-522-7553

By:_____

Date: 4-30-12

JASON E. LUCKASEVIC
**GOLDBERG PERSKY & WHITE**
1030 FIFTH AVE
PITTSBURG PA 15219
T: 412-471-3980
jluckasevic@gpwlaw.com

5

IN WITNESS WHEREOF, the parties have executed this Tolling Agreement as follows:

By:_____

Date:_____

BRAD S. KARP
THEODORE V. WELLS, JR.
BRUCE BIRENBOIM
BETH A. WILKINSON
LYNN B. BAYARD
**PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP**
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
T: 212-373-3000

By: _Arthur Bailey/ by Richard Lewis_

Date: _4/19/12_

ARTHUR N. BAILEY
**ARTHUR N. BAILEY AND
ASSOCIATES**
111 W. SECOND ST. STE. 4500
JAMESTOWN, NY 14701
T: 716-664-2967

By:_____

Date:_____

BRUCE A. HAGEN
**BRUCE A. HAGEN, P.C.**
119 NORTH MCDONOUGH ST
DECATUR, GA 30030
T: 404-522-7553

By:_____

Date:_____

SOL H. WEISS
LARRY E. COBEN
**ANAPOL SCHWARTZ WEISS
COHAN FELDMAN & SMALLEY PC**
1710 SPRUCE ST
PHILADELPHIA, PA 19103
T: 215-735-2098
F: 215-735-2024
sweiss@anapolschwartz.com

By:_____

Date:_____

JAMES E. CECCHI
LINDSEY H. TAYLOR
**CARELLA BYRNE BAIN GILFILLAN
CECCHI STEWART & OLSTEIN, PC**
5 BECKER FARM ROAD
ROSELAND, NJ 07068
T: 973-994-1700

By:_____

Date:_____

JASON E. LUCKASEVIC
**GOLDBERG PERSKY & WHITE**
1030 FIFTH AVE
PITTSBURG PA 15219
T: 412-471-3980
jluckasevic@gpwlaw.com

By: _____

Date: 5-2-12

THOMAS V GIRARDI
CELENE SHI-LING CHAN
GRAHAM B. LIPPSMITH
**GIRARDI & KEESE**
**1126 WILSHIRE BLVD**
LOS ANGELES, CA 90017
T: 213-977-0211
tgirardi@girardikeese.com

By: _____

Date: _____

SYLVIA SOKOL
**MOSCONE EMBLIDGE & QUADRA**
**LLP**
220 MONTGOMERY ST
SUITE 2100
SAN FRANCISCO, CA 94101
T: 415-362-3599

By: _____

Date: _____

DANIEL E. GUSTAFSON
JASON S. KILENE
**GUSTAFSON GLUEK PLLC**
650 NORTHSTAR EAST
608 SECOND AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55402
T: (612) 333-8844
F: (612) 339-6622
dgustafson@gustafsongluek.com

By: _____

Date: _____

M. GINO BROGDON, SR.
**LAW OFFICE OF M. GINO**
**BROGDON, SR.**
174 WALTHALL STREET
ATLANTA, GA 30316
T: (404) 643-2927
mginob@gmail.com

By: _____

Date: _____

KELLIE LERNER
HOLLIS L. SALZMAN
**LABATON SUCHAROW LLP 140**
**BROADWAY**
140 BROADWAY
NEW YORK, NY 10005
T: 212-907-0885
klenier@labaton.com

By: _____

Date: _____

GENE LOCKS
DAVID D. LANGFITT
MICHAEL B. LEH
**LOCKS LAW FIRM**
THE CURTIS CENTER
601 WALNUT ST STE 720 EAST
PHILADELPHIA, PA 19106
T: 215-893-3434
glocks@lockslaw.com

By: _____

Date: _____

THOMAS V GIRARDI
CELENE SHI-LING CHAN
GRAHAM B. LIPPSMITH
**GIRARDI & KEESE**
**1126 WILSHIRE BLVD**
LOS ANGELES, CA 90017
T: 213-977-0211
tgirardi@girardikeese.com

By: _Sylvia Sokol_
_by Richard Lewis_

Date: _4/9/12_

SYLVIA SOKOL
**MOSCONE EMBLIDGE & QUADRA**
**LLP**
220 MONTGOMERY ST
SUITE 2100
SAN FRANCISCO, CA 94101
T: 415-362-3599

By: _____

Date: _____

DANIEL E. GUSTAFSON
JASON S. KILENE
**GUSTAFSON GLUEK PLLC**
650 NORTHSTAR EAST
608 SECOND AVENUE SOUTH
MINNEAPOLIS, MINNESOTA  55402
T: (612) 333-8844
F: (612) 339-6622
dgustafson@gustafsongluek.com

By: _____

Date: _____

M. GINO BROGDON, SR.
**LAW OFFICE OF M. GINO**
**BROGDON, SR.**
174 WALTHALL STREET
ATLANTA, GA 30316
T: (404) 643-2927
mginob@gmail.com

By: _Richard Lewis for_
_Kellie Lerner_

Date: _4/9/12_

KELLIE LERNER
HOLLIS L. SALZMAN
**LABATON SUCHAROW LLP 140**
**BROADWAY**
140 BROADWAY
NEW YORK, NY 10005
T: 212-907-0885
klenier@labaton.com

By: _____

Date: _____

GENE LOCKS
DAVID D. LANGFITT
MICHAEL B. LEH
**LOCKS LAW FIRM**
THE CURTIS CENTER
601 WALNUT ST STE 720 EAST
PHILADELPHIA, PA 19106
T: 215-893-3434
glocks@lockslaw.com

By:_____

Date:_____

THOMAS V GIRARDI
CELENE SHI-LING CHAN
GRAHAM B. LIPPSMITH
**GIRARDI & KEESE**
**1126 WILSHIRE BLVD**
LOS ANGELES, CA 90017
T: 213-977-0211
tgirardi@girardikeese.com


By:_____

Date:_____

SYLVIA SOKOL
**MOSCONE EMBLIDGE & QUADRA**
**LLP**
220 MONTGOMERY ST
SUITE 2100
SAN FRANCISCO, CA 94101
T: 415-362-3599


By:_____

Date:_____

DANIEL E. GUSTAFSON
JASON S. KILENE
**GUSTAFSON GLUEK PLLC**
650 NORTHSTAR EAST
608 SECOND AVENUE SOUTH
MINNEAPOLIS, MINNESOTA  55402
T: (612) 333-8844
F: (612) 339-6622
dgustafson@gustafsongluek.com


By:_____

Date:_____

M. GINO BROGDON, SR.
**LAW OFFICE OF M. GINO**
**BROGDON, SR.**
174 WALTHALL STREET
ATLANTA, GA 30316
T: (404) 643-2927
mginob@gmail.com


By:_____

Date:_____

KELLIE LERNER
HOLLIS L. SALZMAN
**LABATON SUCHAROW LLP 140**
BROADWAY
140 BROADWAY
NEW YORK, NY 10005
T: 212-907-0885
klenier@labaton.com


By:_____

Date: 4/19/12

GENE LOCKS
DAVID D. LANGFITT
MICHAEL B. LEH
**LOCKS LAW FIRM**
THE CURTIS CENTER
601 WALNUT ST STE 720 EAST
PHILADELPHIA, PA 19106
T: 215-893-3434
glocks@lockslaw.com

By:_____

Date:_____

THOMAS V GIRARDI
CELENE SHI-LING CHAN
GRAHAM B. LIPPSMITH
**GIRARDI & KEESE**
**1126 WILSHIRE BLVD**
LOS ANGELES, CA 90017
T:  213-977-0211
tgirardi@girardikeese.com

By:_____

Date:_____

SYLVIA SOKOL
**MOSCONE EMBLIDGE & QUADRA**
**LLP**
220 MONTGOMERY ST
SUITE 2100
SAN FRANCISCO, CA 94101
T:  415-362-3599

By:_____

Date:_____

By:_____

Date:_____

DANIEL E. GUSTAFSON
JASON S. KILENE
**GUSTAFSON GLUEK PLLC**
650 NORTHSTAR EAST
608 SECOND AVENUE SOUTH
MINNEAPOLIS, MINNESOTA  55402
T:  (612) 333-8844
F:  (612) 339-6622
dgustafson@gustafsongluek.com

M. GINO BROGDON, SR.
**LAW OFFICE OF M. GINO**
**BROGDON, SR.**
174 WALTHALL STREET
ATLANTA, GA 30316
T:  (404) 643-2927
mginob@gmail.com

By:_____

Date:_____

By:_____

Date:_____

KELLIE LERNER
HOLLIS L. SALZMAN
**LABATON SUCHAROW LLP 140**
**BROADWAY**
140 BROADWAY
NEW YORK, NY 10005
T:  212-907-0885
klenier@labaton.com

GENE LOCKS
DAVID D. LANGFITT
MICHAEL B. LEH
**LOCKS LAW FIRM**
THE CURTIS CENTER
601 WALNUT ST STE 720 EAST
PHILADELPHIA, PA 19106
T:  215-893-3434
glocks@lockslaw.com

6

By: _____

Date: _____

THOMAS V GIRARDI
CELENE SHI-LING CHAN
GRAHAM B. LIPPSMITH
**GIRARDI & KEESE**
**1126 WILSHIRE BLVD**
LOS ANGELES, CA 90017
T:  213-977-0211
tgirardi@girardikeese.com


By: _____

Date: ____4/10/12____

DANIEL E. GUSTAFSON
JASON S. KILENE
**GUSTAFSON GLUEK PLLC**
650 NORTHSTAR EAST
608 SECOND AVENUE SOUTH
MINNEAPOLIS, MINNESOTA  55402
T:  (612) 333-8844
F:  (612) 339-6622
dgustafson@gustafsongluek.com


By: _____

Date: _____

KELLIE LERNER
HOLLIS L. SALZMAN
**LABATON SUCHAROW LLP 140**
**BROADWAY**
140 BROADWAY
NEW YORK, NY 10005
T:  212-907-0885
klenier@labaton.com


By: _____

Date: _____

SYLVIA SOKOL
**MOSCONE EMBLIDGE & QUADRA**
**LLP**
220 MONTGOMERY ST
SUITE 2100
SAN FRANCISCO, CA 94101
T:  415-362-3599


By: _____

Date: _____

M. GINO BROGDON, SR.
**LAW OFFICE OF M. GINO**
**BROGDON, SR.**
174 WALTHALL STREET
ATLANTA, GA 30316
T:  (404) 643-2927
mginob@gmail.com


By: _____

Date: _____

GENE LOCKS
DAVID D. LANGFITT
MICHAEL B. LEH
**LOCKS LAW FIRM**
THE CURTIS CENTER
601 WALNUT ST STE 720 EAST
PHILADELPHIA, PA 19106
T:  215-893-3434
glocks@lockslaw.com

6

By:_____

Date:_____

ARNOLD LEVIN
FRED S. LONGER
**LEVIN FISHBEIN SEDRAN &**
**BERMAN**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
T: 215-592-1500
alevin@lfsblaw.com

By:_____

Date:_____

MICHAEL D. HAUSFELD
RICHARD S. LEWIS
**HAUSFELD LLP.**
1700 K STREET NW STE 650
WASHINGTON, DC 20006
T: 202-540-7200
mhausfeld@hausfeldllp.com

BRENT W. LANDAU
JEANNINE M. KENNEY
1604 LOCUST ST 2ND FL
PHILADELPHIA, PA 19103

MICHAEL P. LEHMANN
44 MONTGOMERY
SUITE 3400
SAN FRANCISCO, CA 94104

By:_____

Date:_____

CLIFFORD H. PEARSON
**PEARSON SIMON WARSHAW**
**PENNY LLP**
15165 VENTURA BLVD STE 400
SHERMAN OAKS, CA 91403
T: 818-788-8300
cpearson@pswplaw.com

By:_____

Date:_____ 4-10-12 _____

MICHAEL LEE MCGLAMRY
JILL L. CASSERT
**POPE, MCGLAMRY, KILPATRICK,**
**MORRISON, & NORWOOD, P.C.**
3455 PEACHTREE ROAD, NE
THE PINNACLE, SUITE 925
P.O. BOX 191625 (31119-1625)
ATLANTA, GA 30326-3243
T: (404) 523-7706
F: (404) 524-1648
mmcglamry@pmkm.com

GEORGE W. WALKER, III
WADE H. TOMLINSON
1111 BAY AVENUE, SUITE 450
P.O. BOX 2128 (31902-2128)
COLUMBUS, GEORGIA 31901

7

By:_____

Date:_____

ARNOLD LEVIN
FRED S. LONGER
**LEVIN FISHBEIN SEDRAN &**
**BERMAN**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106□
T: 215-592-1500
alevin@lfsblaw.com


By: _*Richard Lewis*_

Date: _4/9/12_

MICHAEL D. HAUSFELD
RICHARD S. LEWIS
**HAUSFELD LLP.**
1700 K STREET NW STE 650
WASHINGTON, DC 20006
T: 202-540-7200
mhausfeld@hausfeldllp.com

BRENT W. LANDAU
JEANNINE M. KENNEY
1604 LOCUST ST 2ND FL
PHILADELPHIA, PA 19103

MICHAEL P. LEHMANN
44 MONTGOMERY
SUITE 3400
SAN FRANCISCO, CA 94104


By:_____

Date:_____

CLIFFORD H. PEARSON
**PEARSON SIMON WARSHAW**
**PENNY LLP**
15165 VENTURA BLVD STE 400
SHERMAN OAKS, CA 91403
T: 818-788-8300
cpearson@pswplaw.com


By:_____

Date:_____

MICHAEL LEE MCGLAMRY
JILL L. CASSERT
**POPE, MCGLAMRY, KILPATRICK,**
**MORRISON, & NORWOOD, P.C.**
3455 PEACHTREE ROAD, NE
THE PINNACLE, SUITE 925
P.O. BOX 191625 (31119-1625)
ATLANTA, GA 30326-3243
T: (404) 523-7706
F: (404) 524-1648
mmcglamry@pmkm.com

GEORGE W. WALKER, III
WADE H. TOMLINSON
1111 BAY AVENUE, SUITE 450
P.O. BOX 2128 (31902-2128)
COLUMBUS, GEORGIA 31901

By: _____

Date: _____

RICARDO M. MARTINEZ-CID
RAMON ALVARO RASCO
STEPHEN FREDERICK ROSENTHAL
STEVEN CRAIG MARKS
**PODHURST ORSECK JOSEFSBERG**
CITY NATIONAL BANK BLDG
25 W FLAGLER ST STE 800
MIAMI, FL 33130-1780
T: 305-358-2800

By: _____

Date: _____

DIANNE M. NAST
ERIN C. BURNS
**RODA&NAST,PC**
801 ESTELLE DRIVE
LANCASTER, PA 17601
T: 717-892-3000
F: 717-892-1200 (fax)
dnast@rodanast.com

By: _____

Date: _____

GARRETT D. BLANCHFIELD, JR.
**REINHARDT WENDORT &**
**BLANCHFIELD**
E 1250 FIRST NATIONAL BANK
BLDG.
332 MINNESTOA STREET
St. PAUL, MN 55101
T: 651-287-2100
F: 651-287-2103
g.blanchfield@rwblawfirm.com

By: _____

Date: _____

CHRISTOPHER A. SEEGER
**SEEGER WEISS LLP**
550 BROAD ST STE 920
NEWARK, NJ 07102
T: 973-639-9100
cseeger@seegerweiss.com

8

By:_____

Date:_____

RICARDO M. MARTINEZ-CID
RAMON ALVARO RASCO
STEPHEN FREDERICK ROSENTHAL
STEVEN CRAIG MARKS
**PODHURST ORSECK JOSEFSBERG**
CITY NATIONAL BANK BLDG
25 W FLAGLER ST STE 800
MIAMI, FL 33130-1780
T:  305-358-2800

By:_____

Date:_____

DIANNE M. NAST
ERIN C. BURNS
**RODA&NAST,PC**
801 ESTELLE DRIVE
LANCASTER, PA 17601
T:  717-892-3000
F:  717-892-1200 (fax)
dnast@rodanast.com

By:_____

Date: _April  20  2012_

GARRETT D. BLANCHFIELD, JR.
**REINHARDT WENDORT &
BLANCHFIELD**
E 1250 FIRST NATIONAL BANK
BLDG.
332 MINNESTOA STREET
St. PAUL, MN 55101
T: 651-287-2100
F: 651-287-2103
g.blanchfield@rwblawfirm.com

By:_____

Date:_____

CHRISTOPHER A. SEEGER
**SEEGER WEISS LLP**
550 BROAD ST STE 920
NEWARK, NJ 07102
T: 973-639-9100
cseeger@seegerweiss.com

8

By:_____

Date:_____

RICARDO M. MARTINEZ-CID
RAMON ALVARO RASCO
STEPHEN FREDERICK ROSENTHAL
STEVEN CRAIG MARKS
**PODHURST ORSECK JOSEFSBERG**
CITY NATIONAL BANK BLDG
25 W FLAGLER ST STE 800
MIAMI, FL 33130-1780
T: 305-358-2800

By:_____

Date:___4/20/12_____

DIANNE M. NAST
ERIN C. BURNS
**RODA&NAST,PC**
801 ESTELLE DRIVE
LANCASTER, PA 17601
T: 717-892-3000
F: 717-892-1200 (fax)
dnast@rodanast.com

By:_____

Date:_____

GARRETT D. BLANCHFIELD, JR.
**REINHARDT WENDORT &
BLANCHFIELD**
E 1250 FIRST NATIONAL BANK
BLDG.
332 MINNESTOA STREET
St. PAUL, MN 55101
T: 651-287-2100
F: 651-287-2103
g.blanchfield@rwblawfirm.com

By:_____

Date:_____

CHRISTOPHER A. SEEGER
**SEEGER WEISS LLP**
550 BROAD ST STE 920
NEWARK, NJ 07102
T: 973-639-9100
cseeger@seegerweiss.com

8

By:_____

Date:_____

RICARDO M. MARTINEZ-CID
RAMON ALVARO RASCO
STEPHEN FREDERICK ROSENTHAL
STEVEN CRAIG MARKS
**PODHURST ORSECK JOSEFSBERG**
CITY NATIONAL BANK BLDG
25 W FLAGLER ST STE 800
MIAMI, FL 33130-1780
T: 305-358-2800

By:_____

Date:_____

DIANNE M. NAST
ERIN C. BURNS
**RODA&NAST,PC**
801 ESTELLE DRIVE
LANCASTER, PA 17601
T: 717-892-3000
F: 717-892-1200 (fax)
dnast@rodanast.com

By:_____

Date:_____

GARRETT D. BLANCHFIELD, JR.
**REINHARDT WENDORT &
BLANCHFIELD**
E 1250 FIRST NATIONAL BANK
BLDG.
332 MINNESTOA STREET
St. PAUL, MN 55101
T: 651-287-2100
F: 651-287-2103
g.blanchfield@rwblawfirm.com

By:_____

Date:____4/10/12_____

CHRISTOPHER A. SEEGER
**SEEGER WEISS LLP**
550 BROAD ST STE 920
NEWARK, NJ 07102
T: 973-639-9100
cseeger@seegerweiss.com

8

By:_____

Date:_____

DAVID A. ROSEN
KEVIN P. SMITH
**ROSE, KLEIN & MARIAS**
801 SOUTH GRAND AVENUE
11TH FLOOR
LOS ANGELES, CA 90017-4645
T:  213-626-0571
d.rosen@rkmlaw.net


By: _Willm S. Caldes_____

Date: _4/14/12_____

WILLIAM G. CALDES
**SPECTOR ROSEMAN KODROFF &
WILLIS, P.C.**
1818 MARKET STREET
SUITE 2500
PHILADELPHIA, PA 19103
T:  215-496-0300
bcaldes@srkw-law.com


By:_____

Date:_____

CHARLES S. ZIMMERMAN
**ZIMMERMAN REED PLLP**
1100 IDS CENTER
80 SOUTH EIGHTH ST
MINNEAPOLIS, MN 55402
T:  612-341-0400
charles.zimmennan@zimmreed.com

BRIAN C. GUDMUNDSON
6551 NICOLETT MALL STE 501
MINNEAPOLIS, MN 55402


By:_____

Date:_____

FREDERICK SCHENK
DAVID S. CASEY, JR.
ROBERT J. FRANCAVILLA
GAYLE M. BLATT
**CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD
LLP**
110 LAUREN STREET
SAN DIEGO, CA 92101
T:  619-238-1811
dcasey@cglaw.com
fschenk@cglaw.com
rjf@cglaw.com
gmb@cglaw.com

By: _____

Date: __4 / 10 / 12__

DAVID A. ROSEN
KEVIN P. SMITH
**ROSE, KLEIN & MARIAS**
801 SOUTH GRAND AVENUE
11TH FLOOR
LOS ANGELES, CA 90017-4645
T:  213-626-0571
d.rosen@rkmlaw.net


By: _____

Date: _____

CHARLES S. ZIMMERMAN
**ZIMMERMAN REED PLLP**
1100 IDS CENTER
80 SOUTH EIGHTH ST
MINNEAPOLIS, MN 55402
T:  612-341-0400
charles.zimmerman@zimmreed.com

BRIAN C. GUDMUNDSON
6551 NICOLETT MALL STE 501
MINNEAPOLIS, MN 55402


By: _____

Date: _____

WILLIAM G. CALDES
**SPECTOR ROSEMAN KODROFF &
WILLIS, P.C.**
1818 MARKET STREET
SUITE 2500
PHILADELPHIA, PA 19103
T:  215-496-0300
bcaldes@srkw-law.com


By: _____

Date: _____

FREDERICK SCHENK
DAVID S. CASEY, JR.
ROBERT J. FRANCAVILLA
GAYLE M. BLATT
**CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD
LLP**
110 LAUREN STREET
SAN DIEGO, CA 92101
T:  619-238-1811
dcasey@cglaw.com
fschenk@cglaw.com
rjf@cglaw.com
gmb@cglaw.com

9

By:_____

Date:_____

DAVID A. ROSEN
KEVIN P. SMITH
**ROSE, KLEIN & MARIAS**
801 SOUTH GRAND AVENUE
11TH FLOOR
LOS ANGELES, CA 90017-4645
T: 213-626-0571
d.rosen@rkmlaw.net

By:_____

Date:_____

CHARLES S. ZIMMERMAN
**ZIMMERMAN REED PLLP**
1100 IDS CENTER
80 SOUTH EIGHTH ST
MINNEAPOLIS, MN 55402
T: 612-341-0400
charles.zimmennan@zimmreed.com

BRIAN C. GUDMUNDSON
6551 NICOLETT MALL STE 501
MINNEAPOLIS, MN 55402

By:_____

Date:_____

WILLIAM G. CALDES
**SPECTOR ROSEMAN KODROFF &
WILLIS, P.C.**
1818 MARKET STREET
SUITE 2500 .
PHILADELPHIA, PA 19103
T: 215-496-0300
bcaldes@srkw-law.com

By:_____

Date:_____

FREDERICK SCHENK
DAVID S. CASEY, JR.
ROBERT J. FRANCAVILLA
GAYLE M. BLATT
**CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD
LLP**
110 LAUREN STREET
SAN DIEGO, CA 92101
T: 619-238-1811
dcasey@cglaw.com
fschenk@cglaw.com
rjf@cglaw.com
gmb@cglaw.com

9

By:_____

Date:_____

DAVID A. ROSEN
KEVIN P. SMITH
**ROSE, KLEIN & MARIAS**
801 SOUTH GRAND AVENUE
11TH FLOOR
LOS ANGELES, CA 90017-4645
T: 213-626-0571
d.rosen@rkmlaw.net

By:_____

Date:_____

CHARLES S. ZIMMERMAN
**ZIMMERMAN REED PLLP**
1100 IDS CENTER
80 SOUTH EIGHTH ST
MINNEAPOLIS, MN 55402
T: 612-341-0400
charles.zimmerman@zimmreed.com

BRIAN C. GUDMUNDSON
6551 NICOLETT MALL STE 501
MINNEAPOLIS, MN 55402

By:_____

Date:_____

WILLIAM G. CALDES
**SPECTOR ROSEMAN KODROFF &**
**WILLIS, P.C.**
1818 MARKET STREET
SUITE 2500
PHILADELPHIA, PA 19103
T: 215-496-0300
bcaldes@srkw-law.com

By: _Frederick Schenk_

Date: _5/14/12_

FREDERICK SCHENK
DAVID S. CASEY, JR.
ROBERT J. FRANCAVILLA
GAYLE M. BLATT
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT & PENFIELD**
**LLP**
110 LAUREN STREET
SAN DIEGO, CA 92101
T: 619-238-1811
dcasey@cglaw.com
fschenk@cglaw.com
rjf@cglaw.com
gmb@cglaw.com

9

By: _____

Date: _April 23, 2012_____

ANTHONY TARARICONE
**KREINDLER & KREINDLER, LLP**
277 DARTMOUTH STREET
BOSTON, MA  02116
T:  617-424-9100
atarricone@kreindler.com

By: _____

Date: _____

JAMES DUGAN
**THE DUGAN LAW FIRM**
ONE CANAL PLACE, SUITE 1000
365 CANAL STREET
NEW ORLEANS, LA  70130
T:  504-648-0180
jdugan@dugan-lawfirm.com

10

## SCHEDULE "A"

**MDL No. 2323**

Adams, et al. v. NFL, et al. (12-cv-00683) (E.D. Pa.)
Alexander, et al v. NFL (12-cv-00794) (S.D. Tex.); TBD (E.D. Pa.)
Allen, et al v. NFL, et al (12-cv-01281) (E.D. Pa.)
Austin, et al. v. NFL, et al. (12-cv-00075) (N.D. Ga.); (12-cv-01032) (E.D. Pa.)
Barnett, et al. v. NFL (12-cv-00546) (E.D. Pa.)
Boyd, et al. v. NFL, et al. (12-cv-00092) (E.D. Pa.)
Brodie, et al. v. NFL et al. (12-cv-00861) (E.D. Pa.)
Dronett v. NFL, et al. (12-cv-00076) (N.D. Ga.); (12-cv-01033) (E.D. Pa.)
Duranko v. NFL (12-cv-00702) (E.D. Pa.)
Easterling, et al. v. NFL (11-cv-05209) (E.D. Pa.)
Everitt, et al. v. NFL, et al. (12-cv-00731) (E.D. Pa.)
Finn, et al. v. NFL (11-cv-07067) (D.N.J.); (12-cv-01034) (E.D. Pa.)
Glover, et al. v. NFL, et al. (12-cv-00287) (E.D. Pa.)
Hager, et al. v. NFL, et al. (12-cv-00601) (E.D. Pa.)
Hairston, et al. v. NFL, et al. (12-cv-00989) (E.D. Pa.)
Henesey, et al. v. NFL (12-cv-00729) (E.D. Pa.)
Hilgenberg, et al. v. NFL (12-cv-00598) (E.D. Pa.)
Hopkins, et al v. NFL, et al (12-cv-01239) (E.D. Pa.)
Hughes, et al. v. NFL, et al. (12-cv-459) (E.D. La.); (12-cv-00459) (E.D. Pa.)
Jacobs, et al. v. NFL, et al. (11-cv-09345) (S.D.N.Y.); (12-cv-01035) (E.D. Pa.)
Johnson, et al. v. NFL, et al. (12-cv-00324) (E.D. Pa.)
Jones, et al. v. NFL (11-cv-24594) (S.D. Fla.); (12-cv-01027) (E.D. Pa.)
Kuykendall, et al. v. NFL, et al. (11-cv-04450) (N.D. Ga.); (12-cv-01030) (E.D. Pa.)
Lelie, et al. v. NFL, et al. (12-cv-00600) (E.D. Pa.)
Levens v. NFL, et al. (11-cv-04448) (N.D. Ga.); (12-cv-01028) (E.D. Pa.)
Lewis v. NFL, et al. (11-cv-04451) (N.D. Ga.); (12-cv-01031) (E.D. Pa.)
Myers v. NFL (12-cv-582) (S.D. Tex.); (12-cv-01424) (E.D. Pa.)
Parker, et al. v. NFL, et al. (12-cv-00868) (E.D. Pa.)
Pugh, et al v. NFL, et al (12-cv-01165) (E.D. Pa.)
Rucker, et al. v. NFL, et al. (11-cv-09538) (S.D.N.Y.); (12-cv-01036) (E.D. Pa.)
Rypien, et al. v. NFL, et al. (12-cv-01496) (E.D. Pa.)
Solt, et al. v. NFL, et al. (12-cv-00262) (E.D. Pa.)
Steed v. NFL, et al. (12-cv-00524) (C.D. Cal.); (12-cv-01026) (E.D. Pa.)
Stewart, et al. v. NFL, et al. (11-cv-04449) (N.D. Ga.); (12-cv-01029) (E.D. Pa.)
Wallace, et al. v. NFL et al. (12-cv-00336) (E.D. Pa.)
Wooden, et al. v. NFL (11-cv-20269) (S.D. Fla.); (12-cv-01037) (E.D. Pa.)

**Other Eastern District of Pennsylvania**
Landry, et al v. NFL, et al (12-cv-01643) (E.D. Pa.)
Parrish v. NFL, et al (12-cv-01700) (E.D. Pa.)
Richards, et al v. NFL, et al (12-cv-01623) (E.D. Pa.)