UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE NATIONAL FOOTBALL PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>All Actions | : : : : | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2012, I caused the foregoing Notice of Tolling Agreement Between Plaintiffs and National Football League Defendants, with Exhibit, to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

/s/ Jeannine M. Kenney
Jeannine M. Kenney (PA # 307635)
**HAUSFELD LLP**
1604 Locust St., 2nd Floor
Philadelphia, PA 19103
(215) 985-3270
(215) 985-3271 (fax)
jkenney@hausfeldllp.com