UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | MDL Docket No. 2323 |
| NATIONAL FOOTBALL LEAGUE PLAYERS' ) | |
| CONCUSSION INJURY LITIGATION ) | |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | |
| Tobiath Myles, et al.   Cause No.:   3:12cv281   ) | |

## NOTICE OF APPEARANCE

Please take notice that Philip W. Thomas of Philip W. Thomas Law Firm appears as counsel of record for the Plaintiffs in the above referenced action. All notices and copies of pleadings, papers, and other material relevant to this action that are not served via the ECF system should be directed to and served upon:

> Philip W. Thomas
> PHILIP W. THOMAS LAW FIRM
> 747 N. Congress Street (39202)
> Post Office Box 24464
> Jackson, Mississippi 39225

This the 4th day of June, 2012.

> Respectfully Submitted,
>
> TOBIATH MYLES, LYNN DENISE MYLES,
> MICHAEL L. JONES, FREDRICK SMOOT,
> SUMMER SMOOT, TJ SLAUGHTER,
> ROSCOE WORD, JR., JOYCE WORD,
> MARCUS DUPREE, ROBERT BRAZILE,
> DEXTER McCLEON, VERNON PERRY,
> BEN McGEE, JR., CLAUDINE NICHOLS
> McGEE KHALID ABDULLAH,
> JOHN JENNINGS, TANESHA JENNINGS,
> DEMETRIUS HILL, JAMES GRIER

By their attorneys:

/s/ Philip W. Thomas
PHILIP W. THOMAS
MS Bar No. 9667

PHILIP W. THOMAS LAW FIRM
Post Office Box 24464
Jackson, Mississippi 39225-4464
747 North Congress St. (39202)
pthomas@thomasattorney.com
Tel: (601) 714-5660

John D. Giddens
GIDDENS LAW FIRM
226 North President Street (39236)
Post Office Box 22546
Jackson, Mississippi 39225-2546
Tel: (601) 355-2022
Fax: (601) 355-0012

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 4th day of June, 2012.

/s/ Philip W. Thomas
PHILIP W. THOMAS