

```
215.985.3270 ph
215.985.3271 fax

1604 Locust St
2nd floor
Philadelphia, PA 19103
```

Jeannine M. Kenney
jkenney@hausfeldllp.com

June 6, 2012

**VIA ECF AND FACSIMILE**
The Honorable Anita B. Brody
United States District Court for the
 Eastern District of Pennsylvania
601 Market Street
James A. Byrne Federal Courthouse
Philadelphia, PA 19106

    Re:    *In re National Football League Players' Concussion Injury Litig.*, No. 12-md-2323, MDL No. 2323.

Dear Judge Brody,

    As Plaintiffs' Liaison Counsel in the above-referenced matter, I write regarding the status of the Parties' negotiations as to the content of the Short-form Complaint.

    Under the Court's Case Management Order No. 2 (ECF No. 64), Plaintiffs must submit an agreed-upon Short-form Complaint to the Court on Friday, June 8, 2012. Plaintiffs have submitted to all Defendants a draft proposed Short-form Complaint, and all Parties have met and conferred on that draft. All Parties have agreed that a short extension of time to Friday, June 15, 2012 will accommodate further discussions and negotiations necessary to reach agreement on the content of that document. We do not anticipate that this extension will impact either the briefing schedule relating to the Master Administrative Complaint or the deadlines related to Plaintiffs' discovery requests and filing of individual plaintiffs' short-form complaints. The Parties therefore respectfully request a one-week extension to work towards an agreed-upon generic Short-form Complaint.

    Respectfully Submitted,

    */s/ Jeannine M. Kenney*
    Jeannine M. Kenney
    HAUSFELD LLP
    *Plaintiffs' Liaison Counsel*

Enclosure
cc:    All counsel of record via ECF