UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUEPLAYERS' CONCUSSION INJURY LITIGATION** : : : : | : : : : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:**<br>All Actions | : : : | |

**[PROPOSED] ORDER**

**AND NOW**, this __ day of June 2012, upon consideration of a letter request expressing the agreement of all Parties in the above-captioned matter to an extension of time for the submission of a short-form complaint, it is hereby **ORDERED** that Plaintiffs shall file an agreed-upon short-form complaint on or before **Friday, June 15, 2012**. All other deadlines set by Case Management Order No. 2 are unchanged.

It is so **ORDERED**.

BY THE COURT:

_____
Anita B. Brody
United States District Judge