# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION : : : : : : THIS DOCUMENT RELATES TO ALL ACTIONS : : : | MDL No. 2323<br>No. 12-md-2323-AB |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Please enter the appearances of Robert C. Heim, Judy L. Leone, A. Elizabeth Balakhani, and Nathan M. McClellan as counsel of record for Defendants National Football League and NFL Properties LLC in the above-captioned action.

Robert C. Heim
Attorney ID: 15758
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: 215-994-4000
Fax: 215-994-2222
robert.heim@dechert.com

Judy L. Leone
Attorney ID: 41165
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: 215-994-4000
Fax: 215-994-2222
judy.leone@dechert.com

A. Elizabeth Balakhani
Attorney ID: 87937
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: 215-994-4000
Fax: 215-994-2222
elizabeth.balakhani@dechert.com

Nathan M. McClellan
Attorney ID: 307848
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: 215-994-4000
Fax: 215-994-2222
nathan.mcclellan@dechert.com

1

2

                                                                          Respectfully submitted,

Dated:  June 7, 2012                          s/ Robert C. Heim
                                                                          Robert C. Heim
                                                                          Attorney ID:  15758
                                                                          DECHERT LLP
                                                                          Cira Centre
                                                                          2929 Arch Street
                                                                          Philadelphia, PA  19104
                                                                          Tel:     215-994-4000
                                                                          Fax:    215-994-2222
                                                                          robert.heim@dechert.com

## **CERTIFICATE OF SERVICE**

      I, A. Elizabeth Balakhani, hereby certify that on June 7, 2012, I electronically filed the foregoing Notice of Entry of Appearance and electronically served it via the Court's CM/ECF system on all counsel of record.

Dated:  June 7, 2012
                                          s/ A. Elizabeth Balakhani
                                          A. Elizabeth Balakhani
                                          Attorney ID:  87937
                                          DECHERT LLP
                                          Cira Centre
                                          2929 Arch Street
                                          Philadelphia, PA  19104
                                          Tel:     215-994-4000
                                          Fax:    215-994-2222