UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE NATIONAL FOOTBALL PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br> All Actions | |

## CERTIFICATE OF SERVICE

I hereby certify that, on June 7, 2012, the foregoing Master Administrative Long-Form Personal Injury Complaint was hand filed with the Clerk of the Court, to be uploaded to the ECF system by the Court. It will be available for viewing and downloading via the CM/ECF system and the CM/ECF system will send notification of such filing to all attorneys of record, constituting service on all parties registered for CM/ECF in the above captioned matter.

> */s/ Jeannine M. Kenney*
> Jeannine M. Kenney (PA # 307635)
> **HAUSFELD LLP**
> 1604 Locust St., 2nd Floor
> Philadelphia, PA 19103
> (215) 985-3270
> (215) 985-3271 (fax)
> jkenney@hausfeldllp.com
>
> *Plaintiffs' Liaison Counsel*