# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUEPLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB  <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br> All Actions | |

## [PROPOSED] ORDER

AND NOW, this ___ day of June 2012, upon consideration of a letter request expressing the agreement of all Parties in the above-captioned matter to an extension of time for the submission of a short-form complaint, it is hereby **ORDERED** that Plaintiffs shall file an agreed-upon short-form complaint on or before **Friday, June 15, 2012**. All other deadlines set by Case Management Order No. 2 are unchanged.

It is so **ORDERED**.

BY THE COURT:

_____
Anita B. Brody
United States District Judge

Copies via ECF on _____ Copies via US Mail on _____