IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : <br> : <br> : <br> :   MDL No. 2323 <br> :   12-md-2323 <br> : |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : <br> : |

**<u>ORDER</u>**

**AND NOW**, this __13th_ day of June 2012, in consideration of letters from NFL Defendants and Plaintiffs (ECF Nos. 86, 87), it is **ORDERED** as follows:

- The time for NFL Defendants and Riddell Defendants to respond to any motion to remand filed in any action—presently consolidated before this Court in this Multidistrict Litigation, or subsequently transferred to this Court by the Judicial Panel on Multidistrict Litigation pursuant to Rule 7.1 of the Rules of Procedure of the Panel, or otherwise transferred or removed to this Court—is stayed until further order from this Court.

- In accordance with this Court's policies and procedures, correspondence by email, letter, or fax from counsel concerning urgent administrative matters such as scheduling hearings and conferences, or their continuances, are permitted. However, all other matters should be addressed by motion.

                s/Anita B. Brody

                _____
                ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:   Copies **MAILED** on _____ to: