**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br><br>NO. 2:12-md-02323 (AB) |
| THIS DOCUMENT RELATES TO:<br><br>*Jackson et al. v. National Football League et al.,*<br>*Case No. 2:12-cv-02799-AB* | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Philip F. Cossich, Jr., and Christina M. Cossich as additional counsel of record for the Plaintiffs in the above-referenced action. All notices and copies of pleadings, papers, and other materials relevant to this action that are not served via the ECF system should be directed to and served upon:

> Philip F. Cossich, Jr.
> Christina M. Cossich
> 8397 Highway 23, Suite 100
> Belle Chasse, Louisiana 70037
> Telephone: (504) 394-9000
> Facsimile: (504) 394-9110
> Email: pcossich@cossichlaw.com
>        ccossich@cossichlaw.com

Dated:  June 15, 2012

                              Respectfully submitted,

                    By:    /s/ David B. Franco_____
                           David B. Franco
                           James R. Dugan, II
                           Douglas R. Plymale
                           THE DUGAN LAW FIRM, APLC
                           One Canal Place
                           365 Canal Street, Suite 1000
                           New Orleans, LA 70130

Telephone: (504) 648-0180
Facsimile: (504) 648-0181

And

Philip F. Cossich, Jr. (La Bar No. 1788)
Christina M. Cossich (La Bar No. 32407)
Cossich, Sumich, Parsiola, & Taylor, LLC
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
Telephone: (504) 394-9000
Facsimile: (504) 394-9110

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2323, on this 15th day of June, 2012.

/s/ David B. Franco_____
David B. Franco, Esq.