### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL** : | **No. 2:12-md-02323-AB** |
| **LEAGUE PLAYERS' CONCUSSION** : | |
| **INJURY LITIGATION** : | **MDL No. 2323** |
| : | |
| : | |
| **THIS DOCUMENT RELATES TO:** : | |
| **All Actions** : | |
| : | |

### NOTICE OF FILING OF SHORT-FORM COMPLAINT

Pursuant to the Part III of Case Management Order No. 2 (ECF No. 64) and this Court's June 7, 2012 Order (ECF No. 85) in the above-captioned matter, Plaintiffs hereby submit an agreed-upon Short-Form Complaint ("SFC"), attached hereto as Exhibit A.  Plaintiffs and all Defendants have met and conferred on multiple occasions regarding the form and content of the Short-Form Complaint and have agreed as follows:

1.      The NFL Defendants[1] agree that Plaintiffs may use the attached proposed SFC to attempt to state claims for individual named plaintiffs under the Master Administrative Long-Form Complaint (ECF No. 83), with the stipulation of all parties that such agreement does not in any way waive the NFL Defendants' right to move to dismiss some or all of Plaintiffs' claims against the NFL Defendants on any grounds, including but not limited to preemption grounds and for failure to state a claim.

---

[1]  "NFL Defendants" include the National Football League and NFL Properties, LLC.

2.      As for the Riddell Defendants,[2] they have identified and discussed with Plaintiffs

a number of their concerns with the SFC, and they and Plaintiffs have agreed to disagree whether

the SFC is proper and appropriate.  However, the parties also agree that the Riddell Defendants'

concerns can be addressed in the context of forthcoming motions practice, including, but not

limited to, motions to sever and, if necessary, to dismiss (including, but not limited to,

preemption grounds and for failure to state a claim), and that subject to the Riddell Defendants'

ability to pursue those motions and without waiver of any of their issues or those anticipated

motions, Plaintiffs may proceed with using the attached SFC to attempt to state claims for

individual named plaintiffs under the Master Administrative Long-Form Complaint.


Dated:  June 15, 2012                                        Respectfully Submitted:

                                                            *s/ Jeannine M. Kenney*
                                                            Jeannine M. Kenney (PA # 307635)
                                                            HAUSFELD LLP
                                                            1604 Locust St., Second Floor
                                                            Philadelphia, PA 19103
                                                            Phone: (215) 985-3270
                                                            Fax: (215) 985-3271
                                                            jkenney@hausfeldllp.com

                                                            *Plaintiffs' Liaison Counsel*
                                                            *on behalf of the undersigned counsel*

---

[2] "Riddell Defendants" include Riddell, Inc., All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.), Riddell Sports Group, Inc., Easton-Bell Sports, Inc.,   Easton-Bell Sports, LLC, EB Sports Corp. and RBG Holdings Corp.

Christopher Seeger (Co-Lead Counsel)
David Buchanan
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Phone:  (212) 584-0700
Fax: (212) 584-0799
dbuchanan@seegerweiss.com

Thomas V. Girardi
Graham B. LippSmith
**GIRARDI KEESE**
1126 Wilshire Blvd
Los Angeles, CA 90017
Phone: (213) 977-0211
Fax: (213) 481-1554
tgirardi@girardikeese.com
glippsmith@girardikeese.com

Gene Locks
David Langfitt
**LOCKS LAW FIRM**
The Curtis Center
Suite 720 East
601 Walnut Street
Philadelphia, PA 19106
Phone: (215) 893-3434
Fax: (215) 893-3444
glocks@lockslaw.com
dlangfitt@lockslaw.com

Sol Weiss (Co-Lead Counsel)
Larry E. Coben
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, PA 19103
Phone: (215) 735-1130
Fax: (215) 735-2024
lcoben@anapolschwartz.com

Michael D. Hausfeld
Richard S. Lewis
**HAUSFELD LLP**
1700 K Street, N.W., Suite 650
Washington, D.C. 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeldllp.com
rlewis@hausfeldllp.com

Steven C. Marks
Ricardo Martinez-Cid
**PODHURST ORSECK P.A.**
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
Phone: (305) 358-2800
Fax: (305) 358-2382
smarks@podhurst.com
rmartinez-cid@podhurst.com

*Plaintiffs' Executive Committee*

James R. Dugan, II
**THE DUGAN LAW FIRM**
One Canal Place, Suite 1000
365 Canal Street
New Orleans, LA 70130
Phone: (504) 648-0180
Fax: (504) 648-0181
jdugan@dugan-lawfirm.com

Anthony Tarricone
**KREINDLER & KREINDLER LLP**
277 Dartmouth Street
Boston, MA 02116
Phone: (617) 424-9100
Fax: (617) 424-9120
atarricone@kreindler.com

Arnold Levin
**LEVIN FISHBEIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

Dianne M. Nast
**RODANAST, PC**
801 Estelle Drive
Lancaster, PA 17601
Phone: (717) 892-3000
Fax: (717) 892-1200
dnast@rodanast.com

Charles S. Zimmerman
**ZIMMERMAN REED PLLP**
1100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 341-0400
Fax: (612) 341-0844
charles.zimmerman@zimmreed.com

David S. Casey, Jr.
Fred Schenk
**CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD
LLP**
110 Laurel Street
San Diego, CA  92101-1486
Phone: (619) 238-1811
Fax: (619) 544-9232
dcasey@cglaw.com
fschenk@cglaw.com

Michael L. McGlamry
**POPE, MCGLAMRY,
KILPATRICK
MORRISON & NORWOOD, P.C.**
3455 Peachtree Road, NE
The Pinnacle, Suite 925
Atlanta, GA 30326-3243
Phone: (404) 523-7706
Fax: (404) 524-1648
efile@pmkm.com

David A. Rosen
**ROSE, KLEIN & MARIAS LLP**
801 South Grand Avenue, 11th Floor
Los Angeles, CA 90017-4645
Phone: (213) 626-0571
Fax: (213) 623-7755
d.rosen@rkmlaw.net

Derriel McCorvey
**THE LAW FIRM OF DERRIEL C.
MCCORVEY**
1115 W. Main Street, Suite 14
P.O. Box 2473
Lafayette, LA 70501
Phone: (337) 291-2431
derriel@mccorveylaw.com

*Plaintiffs' Steering Committee*