UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE NATIONAL FOOTBALL PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>All Actions | : : : : | |

## CERTIFICATE OF SERVICE

I hereby certify that, on June 15, 2012, pursuant to paragraph 8 of Case Management Order No. 1 (ECF No. 4), the foregoing Notice of Filing of Short-Form Complaint was served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

*/s/ Jeannine M. Kenney*
Jeannine M. Kenney (PA # 307635)
**HAUSFELD LLP**
1604 Locust St., 2nd Floor
Philadelphia, PA 19103
(215) 985-3270
(215) 985-3271 (fax)
jkenney@hausfeldllp.com