UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**NOTICE OF FILING OF PROPOSED
<u>CASE MANAGEMENT ORDER NO. 4</u>**

Pursuant to paragraph III of Case Management Order No. 2, permitting Defendants to file briefs raising any issues with the Master Administrative Long-Form Complaint and Master Administrative Class Action Complaint by June 19, 2012, Defendants National Football League and NFL Properties LLC, on behalf of all parties, hereby file a Joint Proposed Case Management Order No. 4 for the Court's consideration. In addition, without agreement of the Plaintiffs, the Riddell Defendants will separately file their own submission.

DUANE MORRIS LLP

By: /s/Dana B. Klinges_____
      Dana B. Klinges
      (Pa. Atty. ID 57943)
      John J. Soroko
      (Pa. Atty. ID 25987)

30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1143

2

      Brad S. Karp
      Theodore V. Wells, Jr.
      Bruce Birenboim
      Beth A. Wilkinson
      Lynn B. Bayard
PAUL, WEISS, RIFKIND, WHARTON AND
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

*Attorneys for Defendants National Football League and NFL Properties LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was served via ECF on all counsel registered to receive service via the Court's ECF system.

/s/ Dana B. Klinges
Dana B. Klinges