UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br><br>NO. 2:12-md-02323 (AB) |
| THIS DOCUMENT RELATES TO:<br><br>*Jackson et al. v. National Football League et al.,*<br>*Case No. 2:12-cv-02799-AB* | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Philip F. Cossich, Jr., and Christina M. Cossich as additional counsel of record for the Plaintiffs in the above-referenced action. All notices and copies of pleadings, papers, and other materials relevant to this action that are not served via the ECF system should be directed to and served upon:

Philip F. Cossich, Jr.
Christina M. Cossich
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
Telephone: (504) 394-9000
Facsimile: (504) 394-9110
Email: pcossich@cossichlaw.com
ccossich@cossichlaw.com

Dated: June 20, 2012

                                                Respectfully submitted,

                             By:   /s/ Christina M. Cossich_____
                                        Christina M. Cossich (La Bar No. 32407)
                                        Philip F. Cossich, Jr. (La Bar No. 1788)
                                        Cossich, Sumich, Parsiola, & Taylor, LLC
                                        8397 Highway 23, Suite 100
                                        Belle Chasse, Louisiana 70037
                                        Telephone: (504) 394-9000
                                        Facsimile: (504) 394-9110

And

James R. Dugan, II
David B. Franco
Douglas R. Plymale
THE DUGAN LAW FIRM, APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2323, on this 20th day of June, 2012.

/s/ Christina M. Cossich
Christina M. Cossich, Esq.