IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION : : : : : | MDL No. 2323<br>12-md-2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS : : : |  |

### ORDER

**AND NOW**, this __25th day of June 2012, it is **ORDERED** that Plaintiffs submit a response to Riddell Defendants' Brief Regarding Plaintiffs' Master Administrative Long-Form Complaint (ECF No. 95) **by July 9, 2012.**

s/Anita B. Brody

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:     Copies **MAILED** on _____ to:

1