**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No.  2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION<br>No. 1:12-CV-03140-RMB-JS |
| MICHAEL HADDIX, GREGORY BROWN, and LAWRENCE WATKINS, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, | |
| Defendants. | |

**PLAINTIFFS' MOTION TO REMAND**
**AND MOTION FOR DISCOVERY IN AID OF REMAND**

Plaintiffs, Michael Haddix, Gregory Brown and Lawrence Watkins, on behalf of themselves and all others similarly situated, move to remand their case to the Superior Court of New Jersey, Law Division, Camden County, and move for discovery in aid of their Motion to Remand.  In support of the Motion, Plaintiffs rely on and incorporate the Memorandum in Support, which is incorporated herein by reference.

Respectfully submitted,

LOCKS LAW FIRM

/s/ Gene Locks

LOCKS LAW FIRM, LLC

-1-

Gene Locks, Esquire
Michael A. Galpern, Esquire
Karl Friedrichs, Esquire
Jonathan W. Miller, Esquire
457 Haddonfield Road, Suite 500
Cherry Hill, NJ 08002
856-663-8200 (tel.)
856-661-8400 (fax)
glocks@lockslaw.com
mgalpern@lockslaw.com
kfriedrichs@lockslaw.com
jmiller@lockslaw.com

and

Craig R. Mitnick, Esquire
Mitnick Law Offices
35 Kings Highway East
Haddonfield, NJ 08033
856-427-9000 (tel.)
856-427-0360 (fax)

*Attorneys for Plaintiffs*

Dated: June 25, 2012