IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>MICHAEL HADDIX, GREGORY BROWN, and LAWRENCE WATKINS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC,<br><br>    Defendants. | CIVIL ACTION<br>No. 1:12-CV-03140-RMB-JS |

## ORDER

**AND NOW,** this _____ day of _____, 2012, upon consideration of Plaintiffs' Motion to Remand and Motion for Discovery in Aid of Remand ("Plaintiffs' Motions"), and any response thereto, it is hereby **ORDERED** and **DECREED** that Plaintiffs' Motion for Discovery in Aid of Remand as set forth in Plaintiffs' Motions is **GRANTED.**

It is further **ORDERED** that Plaintiffs' Motion to Remand is **HELD UNDER ADVISEMENT** pending the completion of the discovery authorized by this Order.

**BY THE COURT:**

_____
Hon. Anita B. Brody
United States District Judge