IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>MICHAEL HADDIX, GREGORY BROWN, and LAWRENCE WATKINS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC,<br><br>Defendants. | CIVIL ACTION<br>No. 1:12-CV-03140-RMB-JS |

## ORDER

**AND NOW,** this ____ day of _____, 2012, upon consideration of Plaintiffs' Motion to Remand and for Discovery in Aid of Remand, and all opposition thereto, it is hereby **ORDERED** and **DECREED** as follows:

1. Plaintiffs' Motion to Remand is **GRANTED.**

2. The instant case is **REMANDED** to the Philadelphia Court of Common Pleas.

3. Plaintiffs' Motion for Discovery in Aid of Remand is **MOOT.**

BY THE COURT:

_____
Hon. Anita B. Brody
United District Judge