IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No.  2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>MICHAEL HADDIX, GREGORY BROWN, and LAWRENCE WATKINS, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>                    v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC,<br><br>          Defendants. | CIVIL ACTION<br>No. 1:12-CV-03140-RMB-JS |

## CERTIFICATE OF SERVICE

I, Gene Locks, hereby certify that a true and correct copy of the foregoing Plaintiffs' Motion to Remand, Motion for Discovery in Aid of Remand, and Memorandum of Plaintiffs in Support of Motion to Remand and for Discovery in Aid of Remand was served by the Judicial Panel on Multidistrict's Electronic Filing System to all counsel of record.

DATE: June 25, 2012

/s/ *Gene Locks*
**Gene Locks**
*Counsel for Plaintiffs Michael Haddix, et al.*