AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для
Eastern District of Louisiana

Rickey Jackson, et. al., individually and on behalf of all others similarly situated

*Plaintiff*

v.

National Football League, et. al.

*Defendant*

)
)
)
)
)
)
)
)

Civil Action No. 2:12-cv-01034

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* All American Sports Corp. d/b/a Riddell/All American
669 Sugan Lane
Elyria, OH 44035

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James R. Dugan, II
Dugan Law Firm, APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Apr 25 2012

Deputy clerk's signature

Case 2:12-cv-01034-MVL-ALC Document 6-2 Filed 04/25/12 Page 2 of 2
Case 2:12-md-02323-AB Document 106-2 Filed 07/04/12 Page 2 of 3

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:12-cv-01034

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* All America Sports Corp. d/b/a Riddell/All American
was received by me on *(date)* 4/25/12 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* All American Sports Corp. d/b/a , who is designated by law to accept service of process on behalf of *(name of organization)* Riddell/All American (via certified mail: 9414 7112 0108 0438 5095 08) on *(date)* 4/30/12 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 7/4/12

*Server's signature*

David Franco, Esq.
*Printed name and title*

365 Canal Street, Suite 1000
New Orleans, LA 70130
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service Certified Mail Receipt**

ARTICLE NUMBER
9414 7112 0108 0438 5095 08

ARTICLE ADDRESS TO:
All American Sports Corp.
d/b/a Riddell/All American
669 Sugar Lane
Elyria OH 44035-6309

FEES
Postage per piece       $0.45
Certified Fee            2.95
Return Receipt Fee       2.35
Total Postage & Fees:   $5.75

Postmark Here

---

The Dugan Law Firm
365 Canal Street, Suite 1000
New Orleans, LA. 70130

PS Form 3800 6/02

**CERTIFIED MAIL**

9414 7112 0108 0438 5095 08

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☐ Agent)
X *heriVan Wormer*

B. Received By: (Please Print Clearly)
VanWormer

C. Date of Delivery
4-30-12

D. Addressee's Address (If Different From Address Used by Sender.)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City   State   ZIP + 4 Code

RETURN RECEIPT REQUESTED

Article Addressed To:

All American Sports Corp.
d/b/a Riddell/All American
669 Sugar Lane
Elyria OH 44035-6309