AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Rickey Jackson, et. al., individually and on behalf of all others similarly situated

*Plaintiff*

v.

National Football League, et. al.

*Defendant*

Civil Action No. 2:12-cv-01034

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ~~Riddell, Inc. d/b/a Riddell Sports Group, Inc.~~
~~3670 North Milwaukee Avenue~~
~~Chicago, IL 60641~~

Riddell, Inc.
Through its Registered Agent
Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield, IL 62703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James R. Dugan, II
Dugan Law Firm, APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

*Deputy clerk's signature*

Date: Apr 25 2012

Case 2:12-cv-01034-MVL-ALC Document 3 Filed 04/25/12 Page 2 of 2
Case 2:12-md-02323-AB Document 109 Filed 07/04/12 Page 2 of 3

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:12-cv-01034

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Riddell, Inc.
was received by me on *(date)* 4/25/12 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Illinois Corporation Service C , who is designated by law to accept service of process on behalf of *(name of organization)* Riddell, Inc. (via certified mail: 9414 7112 0108 0992 2402 20) on *(date)* 6/18/12 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 7/4/12

*Server's signature*

David Franco, Esq.
*Printed name and title*

365 Canal Street, Suite 1000
New Orleans, LA 70130
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service Certified Mail Receipt**

ARTICLE NUMBER
9414 7112 0108 0992 2402 20

ARTICLE ADDRESS TO:
Riddell, Inc.
Through its Registered Agent
Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield IL 62703-4261

FHughes - NFL

FEES
Postage per piece      $0.45
Certified Fee           2.95
Return Receipt Fee      2.35
Total Postage & Fees:  $5.75

Postmark Here

The Dugan Law Firm
One Canal Place
365 Canal St., Suite 1000
New Orleans, LA 70130

PS Form 3800 6/02

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ( ☐ Addressee or ☐ Agent)
X
B. Received By: (Please Print Clearly)
Tom Jarvis
C. Date of Delivery
D. Addressee's Address (If Different From Address Used by Sender.)

Secondary Address / Suite / Apt. / Floor  (Please Print Clearly)

Delivery Address

City          State       ZIP + 4 Code

**CERTIFIED MAIL**



9414 7112 0108 0992 2402 20

RETURN RECEIPT REQUESTED

Article Addressed To:

Riddell, Inc.
Through its Registered Agent
Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield IL 62703-4261