UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

## STIPULATION AND [PROPOSED] ORDER

This Stipulation and Agreement is made this day, July 2, 2012, by and between the National Football League and NFL Properties LLC (the "NFL Defendants"), Riddell Defendants,[1] and, by and through the Plaintiffs' Executive Committee, all plaintiffs.

WHEREAS the Parties recognize the need for clarification regarding the process and deadlines for filing individual Short-form Complaints ("SFCs"); and

WHEREAS Defendants and Plaintiffs recognize the need for efficient and orderly management of individual plaintiff's SFCs following this Court's decision on motions filed pursuant to Case Management Order ("CMO") No. 2 (ECF No. 64) and paragraph 3 of Case Management Order No. 4 (ECF No. 98);

NOW, THEREFORE, it is hereby stipulated and agreed by and between the parties and/or their respective counsel as follows:

1.  Pursuant to Case Management Order No. 2, plaintiffs who joined this multidistrict litigation thirty (30) days or more prior to July 16, 2012 shall file their individual

---

[1] Riddell Defendants include: Riddell, Inc.; All American Sports Corporation; Riddell Sports Group, Inc.; Easton-Bell Sports, Inc.; Easton-Bell Sports, LLC; EB Sports Corp.; and RBG Holdings Corp.

SFCs on or before July 16, 2012; all other plaintiffs shall file their SFCs within thirty (30) days after joining the MDL;

    2.      Plaintiffs shall file their individual SFCs via this Court's Electronic Case Filing System ("ECF") under both the MDL docket assigned to the above-captioned multidistrict litigation (No. 12-md-2323), and the civil docket assigned to their case by the Clerk of Court upon its original filing in, or removal to, this District or upon its transfer to this Court pursuant to 28 U.S.C. § 1407 for coordinated and/or consolidated pre-trial proceedings;

    3.      Pursuant to this Court's Local Rules, filing of such SFCs shall be deemed service of the SFC, and plaintiffs shall not pay any fee for filing their SFC via ECF; and

    4.      The Parties shall, following this Court's resolution of motions filed pursuant to CMO No. 2 and paragraph 3 of CMO No. 4, meet and confer regarding the most appropriate means of obtaining docket numbers for individual SFCs filed in the above-captioned multidistrict litigation.

It is so **STIPULATED AND AGREED**,

By: _C. Seeger w/permission jk_       By: _S. Weiss w/permission jk_
Date: 7/2/2012      Date: 7/2/2012

Christopher Seeger      Sol Weiss
**SEEGER WEISS LLP**      **ANAPOL SCHWARTZ**
77 Water Street      1710 Spruce Street
New York, NY 10005      Philadelphia, PA 19103
Phone: (212) 584-0700      Phone: (215) 735-1130
Fax: (212) 584-0799      Fax: (215) 735-2024
cseeger@seegerweiss.com      sweiss@anapolschwartz.com

*Plaintiffs' Co-Lead Counsel*      *Plaintiffs' Co-Lead Counsel*

By: /s/ Beth Wilkinson
Date: July 29, 2Q2
Beth Wilkinson
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP**
2001 K Street, NW
Washington, DC 20006-1047
Phone: (202) 223-7340
Fax: (202) 204-7395
bwilkinson@paulweiss.com

*Counsel for National Football League and NFL Properties LLC*

By: _____
Date: _____
Paul Cereghini
**BOWMAN AND BROOKE LLP**
2901 N. Central Avenue, Ste. 1600
Phoenix, AZ 85012
Phone: (602) 643-2400
Fax: (602) 248-0947
paul.cereghini@bowmanandbrooke.com

*Counsel for Riddell Defendants*

It is **SO ORDERED**:

Anita B. Brody

_____
Date

_____
United States District Judge

Copies **VIA ECF** on _____ to:

Copies **MAILED** on _____ to:

By: _____

Date: _____
Beth Wilkinson
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP**
2001 K Street, NW
Washington, DC 20006-1047
Phone: (202) 223-7340
Fax: (202) 204-7395
bwilkinson@paulweiss.com

*Counsel for National Football League and NFL Properties LLC*

By: _(signature)_

Date: 7/2/12
Paul Cereghini
**BOWMAN AND BROOKE LLP**
2901 N. Central Avenue, Ste. 1600
Phoenix, AZ 85012
Phone: (602) 643-2400
Fax: (602) 248-0947
paul.cereghini@bowmanandbrooke.com

*Counsel for Riddell Defendants*

It is **SO ORDERED**:

7/3/12
_____
Date

Anita B. Brody
_(signature)_
_____
United States District Judge

Copies **VIA ECF** on _____ to:

Copies **MAILED** on _____ to: