UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____<br>**This applies to:**<br>**Plaintiffs' Master Administrative Long-Form Complaint and Charlie Granger, et al v. National Football League [et al.], No. 12-cv-3337** | **SHORT FORM COMPLAINT**<br><br>**IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br><br>JURY TRIAL DEMANDED |

## SHORT FORM COMPLAINT

1. Plaintiff, Clinton James and Jane James bring this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2. Plaintiff and Plaintiff's Spouse are filing this short form complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3. Plaintiff and Plaintiff's Spouse, incorporate by reference the allegations (as designated below) of the Master Administrative Long-Form Complaint, as may be amended, as if fully set forth at length in this Short Form Complaint.

4. Plaintiff, Clinton James, is a resident and citizen of Louisiana and claims damages as set forth below.

-1-

- 2 -

5.  Plaintiff's spouse, Jane James, is a resident and citizen of Louisiana, and claims damages as a result of loss of consortium proximately caused by the harm suffered by her Plaintiff husband.

6.  On information and belief, the Plaintiff sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices. On information and belief, Plaintiff suffers from symptoms caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff sustained during NFL games and/or practices. On information and belief, the Plaintiff's symptoms arise from injuries that are latent and have developed and continue to develop over time.

7.  The original complaint by Plaintiff in this matter was filed in New Orleans, Louisiana. If the case is remanded, it should be remanded to the Eastern District of Louisiana, New Orleans, Louisiana.

8.  Plaintiff claims damages as a result of [check all that apply]:

   _X_  Injury to Herself/Himself

   __   Injury to the Person Represented

   __   Wrongful Death

   __   Survivorship Action

   _X_  Economic Loss

   __   Loss of Services

   __   Loss of Consortium

9. As a result of the injuries to her husband, Clinton James, Plaintiff's Spouse, Jane James, suffers from a loss of consortium, including the following injuries:

_X_ loss of marital services;

_X_ loss of companionship, affection or society;

_X_ loss of support; and

_X_ monetary losses in the form of unreimbursed costs she has had to expend for the health care and personal care of her husband.

10. [check if applicable] ___. Plaintiff (and Plaintiff's Spouse, if applicable) reserve(s) the right to object to federal jurisdiction.

## DEFENDANTS

11. Plaintiff and Plaintiff's Spouse, bring this case against the following Defendants in this action [check all that apply]:

    _X_ National Football League

    __ NFL Properties, LLC

    _X_ Riddell, Inc.

    _X_ All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

    _X_ Riddell Sports Group, Inc.

    __ Easton-Bell Sports, Inc.

__	Easton-Bell Sports, LLC

__	EB Sports Corporation

__	RBG Holdings Corporation

12.	[Check where applicable]. As to each of the Riddell Defendants referenced above, the claims asserted are: _X_ design defect; _X_ informational defect; _X_ manufacturing defect.

13.	[Check if applicable] _X_ The Plaintiff wore one or more helmets designed and/or manufactured by the Riddell Defendants during one or more years Plaintiff played in the NFL and/or AFL.

14.	Plaintiff played in [check if applicable] _X_ the National Football League ("NFL") and/or in [check if applicable] ___ the American Football League ("AFL") during 1990-1992 for the following teams: New York Giants, Indianapolis Colts

## CAUSES OF ACTION

15.	Plaintiff herein adopts by reference the following Counts of the Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]:

_X_	Count I (Action for Declaratory Relief – Liability (Against the NFL))

_X_	Count II (Medical Monitoring (Against the NFL))

__	Count III (Wrongful Death and Survival Actions (Against the NFL))

\_X\_ Count IV (Fraudulent Concealment (Against the NFL))

\_X\_ Count V (Fraud (Against the NFL))

\_X\_ Count VI (Negligent Misrepresentation (Against the NFL))

\_\_ Count VII (Negligence Pre-1968 (Against the NFL))

\_\_ Count VIII (Negligence Post-1968 (Against the NFL))

\_X\_ Count IX (Negligence 1987-1993 (Against the NFL))

\_\_ Count X (Negligence Post-1994 (Against the NFL))

\_X\_ Count XI (Loss of Consortium (Against the NFL and Riddell Defendants))

\_X\_ Count XII (Negligent Hiring (Against the NFL))

\_X\_ Count XIII (Negligent Retention (Against the NFL))

\_X\_ Count XIV (Strict Liability for Design Defect (Against the Riddell Defendants))

\_X\_ Count XV (Strict Liability for Manufacturing Defect (Against the Riddell Defendants))

\_X\_ Count XVI (Failure to Warn (Against the Riddell Defendants))

\_X\_ Count XVII (Negligence (Against the Riddell Defendants))

\_X\_ Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against All Defendants))

16.     Plaintiff asserts the following additional causes of action [write in or attach]:

___NONE_____

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff and Plaintiff's Spouse, pray for judgment as follows:

A. An award of compensatory damages, the amount of which will be determined at trial;

B. For punitive and exemplary damages as applicable;

C. For all applicable statutory damages of the state whose laws will govern this action;

D. For medical monitoring, whether denominated as damages or in the form of equitable relief;

E. For an award of attorneys' fees and costs;

F. An award of prejudgment interest and costs of suit; and

G. An award of such other and further relief as the Court deems just and proper.

## JURY DEMANDED

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff hereby demands a trial by jury.

    RESPECTFULLY SUBMITTED BY:

                        **THE LAW OFFICE OF**
                        **DERRIEL C. McCORVEY, L.L.C.**

                        /s/ Derriel C. McCorvey
                        Derriel C. McCorvey
                        LABR# 26083 / TXBR# 24073351

- 7 -

        115 W. Main Street Suite 14
        P.O. Box 2473
        Lafayette, LA 70501
        Tel. 337-291-2431
        Fax 337-291-2433

        /s/ W. James Singleton
        LABR# 17801
        The Singleton Law Firm, APLC
        4050 Linwood Avenue
        Shreveport, LA 71108
        Ph. 318-631-5200
        Fax 318-636-7759

        /s/ Vance R. Andrus
        Vance R Andrus
        LABR# 2484
        ANDRUS HOOD & WAGSTAFF
        1999 Broadway
        Suite 4150
        Denver, CO 80202
        Ph. (303) 376-6360
        Fax (303) 376-6371

        /s/ Mike Espy
        MSBR# 5240
        Mike Espy PLLC
        317 E. Capitol Street, Ste. 101
        Jackson, MS 39201
        Ph. 601-355-9101
        Fax 601-355-6021

        Attorneys for Plaintiffs