UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>**This applies to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Errict Rhett, et al v. National Football League, et al, No. 12-cv-3537** | **SHORT FORM COMPLAINT**<br><br>**IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br><br>JURY TRIAL DEMANDED |

## SHORT FORM COMPLAINT

1.   Plaintiff, Errict Rhett, brings this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2.   Plaintiff Errict Rhett is filing this short form complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3.   Plaintiff Errict Rhett incorporates by reference the allegations (as designated below) of the Master Administrative Long-Form Complaint, as may be amended, as if fully set forth at length in this Short Form Complaint.

4.   Plaintiff, Errict Rhett is a resident and citizen of Florida and claims damages as set forth below.

-1-

5. On information and belief, the Plaintiff sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices. On information and belief, Plaintiff suffers from symptoms caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff sustained during NFL games and/or practices. On information and belief, the Plaintiff's symptoms arise from injuries that are latent and have developed and continue to develop over time.

6. The original complaint by Plaintiff(s) in this matter was filed in Louisiana. If the case is remanded, it should be remanded to the Eastern District of Louisiana, New Orleans, Louisiana.

7. Plaintiff claims damages as a result of:

   _X_   Injury to Himself

   __   Injury to the Person Represented

   __   Wrongful Death

   __   Survivorship Action

   _X_   Economic Loss

   __   Loss of Services

   __   Loss of Consortium

8. [check if applicable] ___. Plaintiff reserve(s) the right to object to federal jurisdiction.

- 3 -

## DEFENDANTS

9. Plaintiff brings this case against the following Defendants in this action [check all that apply]:

    _X_    National Football League

    __    NFL Properties, LLC

    _X_    Riddell, Inc.

    _X_    All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

    _X_    Riddell Sports Group, Inc.

    __    Easton-Bell Sports, Inc.

    __    Easton-Bell Sports, LLC

    __    EB Sports Corporation

    __    RBG Holdings Corporation

10. [Check where applicable]. As to each of the Riddell Defendants referenced above, the claims asserted are: _X_ design defect; _X_ informational defect; _X_ manufacturing defect.

11. [Check if applicable] _X_ The Plaintiff wore one or more helmets designed and/or manufactured by the Riddell Defendants during one or more years Plaintiff played in the NFL and/or AFL.

12. Plaintiff played in [check if applicable]  X  the National Football League ("NFL") and/or in [check if applicable] ___ the American Football League ("AFL") during 1994-2000 for the following teams: Tampa Bay Bucaneers, Baltimore Ravens, Cleveland Browns.

**CAUSES OF ACTION**

13. Plaintiff herein adopts by reference the following Counts of the Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]:

      X   Count I (Action for Declaratory Relief – Liability (Against the NFL))

      X   Count II (Medical Monitoring (Against the NFL))

     ___  Count III (Wrongful Death and Survival Actions (Against the NFL))

      X   Count IV (Fraudulent Concealment (Against the NFL))

      X   Count V (Fraud (Against the NFL))

      X   Count VI (Negligent Misrepresentation (Against the NFL))

     ___  Count VII (Negligence Pre-1968 (Against the NFL))

     ___  Count VIII (Negligence Post-1968 (Against the NFL))

     ___  Count IX (Negligence 1987-1993 (Against the NFL))

      X   Count X (Negligence Post-1994 (Against the NFL))

     ___  Count XI (Loss of Consortium (Against the NFL and Riddell Defendants))

  _X_    Count XII (Negligent Hiring (Against the NFL))

  _X_    Count XIII (Negligent Retention (Against the NFL))

  _X_    Count XIV (Strict Liability for Design Defect (Against the Riddell Defendants))

  _X_    Count XV (Strict Liability for Manufacturing Defect (Against the Riddell Defendants))

  _X_    Count XVI (Failure to Warn (Against the Riddell Defendants))

  _X_    Count XVII (Negligence (Against the Riddell Defendants))

  _X_    Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against All Defendants))

14.    Plaintiff asserts the following additional causes of action [write in or attach]:

_____NONE_____

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

A. An award of compensatory damages, the amount of which will be determined at trial;

B. For punitive and exemplary damages as applicable;

C. For all applicable statutory damages of the state whose laws will govern this action;

D.  For medical monitoring, whether denominated as damages or in the form of equitable relief;

E.  For an award of attorneys' fees and costs;

F.  An award of prejudgment interest and costs of suit; and

G.  An award of such other and further relief as the Court deems just and proper.

## **JURY DEMANDED**

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff hereby demands a trial by jury.

RESPECTFULLY SUBMITTED BY:

**THE LAW OFFICE OF
DERRIEL C. McCORVEY, L.L.C.**

/s/ Derriel C. McCorvey
Derriel C. McCorvey
LABR# 26083 / TXBR# 24073351
115 W. Main Street Suite 14
P.O. Box 2473
Lafayette, LA 70501
Tel. 337-291-2431
Fax 337-291-2433

/s/ W. James Singleton
LABR# 17801
The Singleton Law Firm, APLC
4050 Linwood Avenue
Shreveport, LA 71108
Ph. 318-631-5200
Fax 318-636-7759

/s/ Vance R. Andrus
Vance R Andrus
LABR# 2484
ANDRUS HOOD & WAGSTAFF
1999 Broadway

Suite 4150
Denver, CO 80202
Ph. (303) 376-6360
Fax (303) 376-6371

/s/ Mike Espy
MSBR# 5240
Mike Espy PLLC
317 E. Capitol Street, Ste. 101
Jackson, MS 39201
Ph. 601-355-9101
Fax 601-355-6021

Attorneys for Plaintiffs