UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION <br><br> _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ <br><br> **This applies to:** <br><br> **Plaintiffs' Master Administrative Long-Form Complaint and Charlie Granger, et al v. National Football League [et al.], No. 12-cv-3337** | MDL No. 2323 <br><br><br> **SHORT FORM COMPLAINT** <br><br> **IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** <br><br><br> JURY TRIAL DEMANDED |

## SHORT FORM COMPLAINT

1.  Plaintiff, Joseph Breen and Nancy Breen bring this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2.  Plaintiff and Plaintiff's Spouse are filing this short form complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3.  Plaintiff and Plaintiff's Spouse, incorporate by reference the allegations (as designated below) of the Master Administrative Long-Form Complaint, as may be amended, as if fully set forth at length in this Short Form Complaint.

4.  Plaintiff, Joseph Breen, is a resident and citizen of Florida and claims damages as set forth below.

-1-

5.     Plaintiff's spouse, Nancy Breen, is a resident and citizen of Florida, and claims damages as a result of loss of consortium proximately caused by the harm suffered by her Plaintiff husband.

6.     On information and belief, the Plaintiff sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices.  On information and belief, Plaintiff suffers from symptoms caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff sustained during NFL games and/or practices.  On information and belief, the Plaintiff's symptoms arise from injuries that are latent and have developed and continue to develop over time.

7.     The original complaint by Plaintiff in this matter was filed in New Orleans, Louisiana.  If the case is remanded, it should be remanded to the Eastern District of Louisiana, New Orleans, Louisiana.

8.     Plaintiff claims damages as a result of [check all that apply]:

   _X_   Injury to Herself/Himself

   __   Injury to the Person Represented

   __   Wrongful Death

   __   Survivorship Action

   _X_   Economic Loss

   __   Loss of Services

   __   Loss of Consortium

9. As a result of the injuries to her husband, Joseph Breen, Plaintiff's Spouse, Nancy Breen, suffers from a loss of consortium, including the following injuries:

_X_ loss of marital services;

_X_ loss of companionship, affection or society;

_X_ loss of support; and

_X_ monetary losses in the form of unreimbursed costs she has had to expend for the health care and personal care of her husband.

10. [check if applicable] ___. Plaintiff (and Plaintiff's Spouse, if applicable) reserve(s) the right to object to federal jurisdiction.

## DEFENDANTS

11. Plaintiff and Plaintiff's Spouse, bring this case against the following Defendants in this action [check all that apply]:

_X_ National Football League

__ NFL Properties, LLC

_X_ Riddell, Inc.

_X_ All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

_X_ Riddell Sports Group, Inc.

__ Easton-Bell Sports, Inc.

   __  Easton-Bell Sports, LLC

   __  EB Sports Corporation

   __  RBG Holdings Corporation

12. [Check where applicable].  As to each of the Riddell Defendants referenced above, the claims asserted are: _X_ design defect; _X_ informational defect; _X_ manufacturing defect.

13. [Check if applicable] _X_  The Plaintiff wore one or more helmets designed and/or manufactured by the Riddell Defendants during one or more years Plaintiff played in the NFL and/or AFL.

14. Plaintiff played in [check if applicable] _X_ the National Football League ("NFL") and/or in [check if applicable] ___ the American Football League ("AFL") during <u>1964-1968</u> for the following teams: <u>Green Bay Packers, Pittsburgh Steelers, Los Angeles Rams</u>

## CAUSES OF ACTION

15. Plaintiff herein adopts by reference the following Counts of the Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]:

   _X_ Count I (Action for Declaratory Relief – Liability (Against the NFL))

   _X_ Count II (Medical Monitoring (Against the NFL))

   __ Count III (Wrongful Death and Survival Actions (Against the NFL))

- 4 -

\_X\_    Count IV (Fraudulent Concealment (Against the NFL))

\_X\_    Count V (Fraud (Against the NFL))

\_X\_    Count VI (Negligent Misrepresentation (Against the NFL))

\_X\_    Count VII (Negligence Pre-1968 (Against the NFL))

\_\_      Count VIII (Negligence Post-1968 (Against the NFL))

\_\_      Count IX (Negligence 1987-1993 (Against the NFL))

\_\_      Count X (Negligence Post-1994 (Against the NFL))

\_X\_    Count XI (Loss of Consortium (Against the NFL and Riddell Defendants))

\_X\_    Count XII (Negligent Hiring (Against the NFL))

\_X\_    Count XIII (Negligent Retention (Against the NFL))

\_X\_    Count XIV (Strict Liability for Design Defect (Against the Riddell Defendants))

\_X\_    Count XV (Strict Liability for Manufacturing Defect (Against the Riddell Defendants))

\_X\_    Count XVI (Failure to Warn (Against the Riddell Defendants))

\_X\_    Count XVII (Negligence (Against the Riddell Defendants))

\_X\_    Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against All Defendants))

16. Plaintiff asserts the following additional causes of action [write in or attach]:

___NONE_____

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff and Plaintiff's Spouse, pray for judgment as follows:

A.  An award of compensatory damages, the amount of which will be determined at trial;

B.  For punitive and exemplary damages as applicable;

C.  For all applicable statutory damages of the state whose laws will govern this action;

D.  For medical monitoring, whether denominated as damages or in the form of equitable relief;

E.  For an award of attorneys' fees and costs;

F.  An award of prejudgment interest and costs of suit; and

G.  An award of such other and further relief as the Court deems just and proper.

### JURY DEMANDED

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff hereby demands a trial by jury.

RESPECTFULLY SUBMITTED BY:

**THE LAW OFFICE OF
DERRIEL C. McCORVEY, L.L.C.**

/s/ Derriel C. McCorvey
Derriel C. McCorvey
LABR# 26083 / TXBR# 24073351

- 7 -

115 W. Main Street Suite 14
P.O. Box 2473
Lafayette, LA 70501
Tel. 337-291-2431
Fax 337-291-2433

/s/ W. James Singleton
LABR# 17801
The Singleton Law Firm, APLC
4050 Linwood Avenue
Shreveport, LA 71108
Ph. 318-631-5200
Fax 318-636-7759

/s/ Vance R. Andrus
Vance R Andrus
LABR# 2484
ANDRUS HOOD & WAGSTAFF
1999 Broadway
Suite 4150
Denver, CO 80202
Ph. (303) 376-6360
Fax (303) 376-6371

/s/ Mike Espy
MSBR# 5240
Mike Espy PLLC
317 E. Capitol Street, Ste. 101
Jackson, MS 39201
Ph. 601-355-9101
Fax 601-355-6021

Attorneys for Plaintiffs