UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| **This applies to:** | **SHORT FORM COMPLAINT** |
| **Plaintiffs' Master Administrative Long-Form Complaint and Charlie Granger, et al v. National Football League [et al.], No. 12-cv-3337** | **IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** |
| | JURY TRIAL DEMANDED |

## SHORT FORM COMPLAINT

1.      Plaintiff, Raymond Jones and Venna Jones bring this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2.      Plaintiff  and Plaintiff's Spouse are filing this short form complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3.      Plaintiff and Plaintiff's Spouse, incorporate by reference  the  allegations (as designated  below) of the Master Administrative Long-Form Complaint, as may be amended, as if fully set forth at length in this Short Form Complaint.

4.      Plaintiff, Raymond Jones, is a resident and citizen of Louisiana and claims damages as set forth below.

5.      Plaintiff's spouse, Venna Jones, is a resident and citizen of Louisiana, and claims damages as a result of loss of consortium proximately caused by the harm suffered by her Plaintiff husband.

6.      On information and belief, the Plaintiff sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices.  On information and belief, Plaintiff suffers from symptoms caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff sustained during NFL games and/or practices.  On information and belief, the Plaintiff's symptoms arise from injuries that are latent and have developed and continue to develop over time.

7.      The original complaint by Plaintiff in this matter was filed in  New Orleans, Louisiana.  If the case is remanded, it should be remanded to the Eastern District of Louisiana, New Orleans, Louisiana.

8.      Plaintiff claims damages as a result of [check all that apply]:

  _X_    Injury to Herself/Himself

  __     Injury to the Person Represented

  __     Wrongful Death

  __     Survivorship Action

  _X_    Economic Loss

  __     Loss of Services

  __     Loss of Consortium

9.      As a result of the injuries to her husband, Raymond Jones, Plaintiff's Spouse, Venna Jones, suffers from a loss of consortium, including the following injuries:

_X_  loss of marital services;

_X_  loss of companionship, affection or society;

_X_  loss of support; and

_X_  monetary losses in the form of unreimbursed costs she has had to expend for the health care and personal care of her husband.

10.     [check if applicable] ___.   Plaintiff (and Plaintiff's Spouse, if applicable) reserve(s) the right to object to federal jurisdiction.


**<u>DEFENDANTS</u>**

11.     Plaintiff and Plaintiff's Spouse, bring this case against the following Defendants in this action [check all that apply]:

_X_      National Football League

__      NFL Properties, LLC

_X_      Riddell, Inc.

_X_      All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

_X_      Riddell Sports Group, Inc.

__      Easton-Bell Sports, Inc.

    __     Easton-Bell Sports, LLC

    __     EB Sports Corporation

    __     RBG Holdings Corporation

12.     [Check where applicable].  As to each of the Riddell Defendants referenced above, the claims asserted are:  _X_  design defect;  _X_  informational defect;  _X_  manufacturing defect.

13.     [Check if applicable]  _X_  The Plaintiff  wore one or more helmets designed and/or manufactured by the Riddell Defendants during one or more years Plaintiff  played in the NFL and/or AFL.

14.     Plaintiff played in [check if applicable]  _X_  the National Football League ("NFL") and/or in [check if applicable] ___ the American Football League ("AFL") during 1970-1974 for the following teams: Philadelphia Eagles, Miami Dolphins, San Deigo Chargers, New Orleans Saints.

## CAUSES OF ACTION

15.     Plaintiff herein adopts by reference the following Counts of the Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]:

    _X_    Count I (Action for Declaratory Relief – Liability (Against the NFL))

    _X_    Count II (Medical Monitoring (Against the NFL))

    __    Count III (Wrongful Death and Survival Actions (Against the NFL))

_X_     Count IV (Fraudulent Concealment (Against the NFL))

_X_     Count V (Fraud (Against the NFL))

_X_     Count VI (Negligent Misrepresentation (Against the NFL))

___     Count VII (Negligence Pre-1968 (Against the NFL))

_X_     Count VIII (Negligence Post-1968 (Against the NFL))

___     Count IX (Negligence 1987-1993 (Against the NFL))

___     Count X (Negligence Post-1994 (Against the NFL))

_X_     Count XI (Loss of Consortium (Against the NFL and Riddell Defendants))

_X_     Count XII (Negligent Hiring (Against the NFL))

_X_     Count XIII (Negligent Retention (Against the NFL))

_X_     Count XIV (Strict Liability for Design Defect (Against the Riddell
         Defendants))

_X_     Count XV (Strict Liability for Manufacturing Defect (Against the Riddell
         Defendants))

_X_     Count XVI (Failure to Warn (Against the Riddell Defendants))

_X_     Count XVII (Negligence (Against the Riddell Defendants))

_X_     Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against All
         Defendants))

16.     Plaintiff asserts the following additional causes of action [write in or attach]:

___NONE_____

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff and Plaintiff's Spouse, pray for judgment as follows:

A.  An award of compensatory damages, the amount of which will be determined at trial;

B.  For punitive and exemplary damages as applicable;

C.  For all applicable statutory damages of the state whose laws will govern this action;

D.  For medical monitoring, whether denominated as damages or in the form of equitable relief;

E.  For an award of attorneys' fees and costs;

F.  An award of prejudgment interest and costs of suit; and

G.  An award of such other and further relief as the Court deems just and proper.

## **JURY DEMANDED**

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff hereby demands a trial by jury.

RESPECTFULLY SUBMITTED BY:

**THE LAW OFFICE OF
DERRIEL C. McCORVEY, L.L.C.**

/s/ Derriel C. McCorvey
Derriel C. McCorvey
LABR# 26083 / TXBR# 24073351

115 W. Main Street Suite 14
P.O. Box 2473
Lafayette, LA 70501
Tel. 337-291-2431
Fax 337-291-2433

/s/ W. James Singleton
LABR# 17801
The Singleton Law Firm, APLC
4050 Linwood Avenue
Shreveport, LA 71108
Ph. 318-631-5200
Fax 318-636-7759

/s/ Vance R. Andrus
Vance R Andrus
LABR# 2484
ANDRUS HOOD & WAGSTAFF
1999 Broadway
Suite 4150
Denver, CO 80202
Ph. (303) 376-6360
Fax (303) 376-6371

/s/ Mike Espy
MSBR# 5240
Mike Espy PLLC
317 E. Capitol Street, Ste. 101
Jackson, MS 39201
Ph. 601-355-9101
Fax 601-355-6021

Attorneys for Plaintiffs