# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> Plaintiffs' Master Administrative Long-Form Complaint and <br><br> LEE ROY JORDAN, ET AL <br><br> V. <br><br> THE NATIONAL FOOTBALL LEAGUE NO. 4:12-cv-01296 | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION <br><br><br> JURY TRIAL DEMANDED |

## SUGGESTION OF DEATH AND MOTION FOR SUBSTITUTION OF PARTIES

Plaintiff, Marlene H. Tubbs, suggests upon the record, pursuant to Rule 25 of the Federal Rules of Civil Procedure, the death of GERALD J. TUBBS died on June 13, 2012 at the age of 77 and during the pendency of this action. The Plaintiff prays this Court allow Marlene H. Tubbs to substitute as a proper party as successor in interest and representative for the Estate of Gerald J. Tubbs, deceased.

Respectfully submitted,

PROVOST*UMPHREY LAW FIRM, LLP
P. O. BOX 4905
490 PARK STREET
BEAUMONT, TX 77704-4905
TELEPHONE: (409) 835-6000
FACSIMILE: (409) 813-8652


By: /s/Matthew Matheny
      Walter Umphrey
      State Bar No. 20380000
      Matthew Matheny
      State Bar No. 24032490
      Jacqueline Ryall
      State Bar No. 17469445

**ATTORNEYS FOR PLAINTIFF(S)**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing instrument was provided to all known counsel of record in accordance with the Texas Rules of Civil Procedure on this the __9th__ day of July, 2012.


/s/Matthew Matheny
Matthew Matheny