UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____<br><br>**This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) Jethro Pugh, et al., v. NFL, ESDC, EdPA, No. 12-cv-01165**<br><br>**TIM MANOA** | **SHORT FORM COMPLAINT**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br>JURY TRIAL DEMANDED |

## SHORT FORM COMPLAINT

1.      Plaintiffs, **TIM MANOA**, and Plaintiff's Spouse **DEVIRCE MANOA**, bring this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2.      Plaintiff and Plaintiff's Spouse are filing this short form complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3.      Plaintiff and Plaintiff's Spouse, incorporate by reference the allegations (as designated below) of the Master Administrative Long-Form Complaint, as may be amended, as if fully set forth at length in this Short Form Complaint.

4.      NOT APPLICABLE

- 2 -

5.      Plaintiff, **TIM MANOA,** is a resident and citizen of East Palo Alto, California and claims damages as set forth below.

6.      Plaintiff's spouse, **DEVIRCE MANOA,** is a resident and citizen of East Palo Alto, California, and claims damages as a result of loss of consortium proximately caused by the harm suffered by her Plaintiff husband.

7.      On information and belief, the Plaintiff sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices.  On information and belief, Plaintiff suffers from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff sustained during NFL games and/or practices.   On information and belief, the Plaintiff's symptoms arise from injuries that are latent and have developed and continue to develop over time.

8.      The original complaint by Plaintiff(s) in this matter was filed in United States District Court, Eastern District of Pennsylvania.

9.      Plaintiff claims damages as a result of [check all that apply]:

    _X_    Injury to Herself/Himself

    _X_    Injury to the Person Represented

    ___    Wrongful Death

    ___    Survivorship Action

    _X_    Economic Loss

    ___    Loss of Services

__      Loss of Consortium

10.      As a result of the injuries to her husband, _____, Plaintiff's

Spouse, _____, suffers from a loss of consortium, including the

following injuries:

  _X_    loss of marital services;

  _X_     loss of companionship, affection or society;

  _X_  loss of support; and

  _X_   monetary losses in the form of unreimbursed costs she has had to expend for the

health care and personal care of her husband.

11.      _X_  Plaintiff and Plaintiff's Spouse, reserve the right to object to federal

jurisdiction.


## DEFENDANTS

12.      Plaintiff and Plaintiff's Spouse, bring this case against the following Defendants

in this action [check all that apply]:

        _X_    National Football League

        _X_    NFL Properties, LLC

        __     Riddell, Inc.

        __     All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

    \_\_    Riddell Sports Group, Inc.

    \_\_    Easton-Bell Sports, Inc.

    \_\_    Easton-Bell Sports, LLC

    \_\_    EB Sports Corporation

    \_\_    RBG Holdings Corporation

13.    NOT APPLICABLE

14.    NOT APPLICABLE

15.    Plaintiff played in  X the National Football League ("NFL") and/or in \_\_\_\_\_ the American Football League ("AFL") during 1987-91 for the following teams:

Cleveland Browns
New Orleans Saints
Indianapolis Colts

## CAUSES OF ACTION

16.    Plaintiff herein adopts by reference the following Counts of the Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]:

    _X_    Count I (Action for Declaratory Relief – Liability (Against the NFL))

    _X_    Count II (Medical Monitoring (Against the NFL))

    \_\_    Count III (Wrongful Death and Survival Actions (Against the NFL))

    _X_    Count IV (Fraudulent Concealment (Against the NFL))

   X     Count V (Fraud (Against the NFL))

   X     Count VI (Negligent Misrepresentation (Against the NFL))

   X     Count VII (Negligence Pre-1968 (Against the NFL))

   X     Count VIII (Negligence Post-1968 (Against the NFL))

   X     Count IX (Negligence 1987-1993 (Against the NFL))

   X     Count X (Negligence Post-1994 (Against the NFL))

   X     Count XI (Loss of Consortium (Against the NFL))

   X     Count XII (Negligent Hiring (Against the NFL))

   X     Count XIII (Negligent Retention (Against the NFL))

   __     Count XIV (Strict Liability for Design Defect (Against the Riddell

Defendants))

   __     Count XV (Strict Liability for Manufacturing Defect (Against the Riddell

Defendants))

   __     Count XVI (Failure to Warn (Against the Riddell Defendants))

   __     Count XVII (Negligence (Against the Riddell Defendants))

   X     Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against All

Defendants))

17.    Plaintiff asserts the following additional causes of action [write in or attach]:

_____

_____

_____

_____

_____

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff and Plaintiff's Spouse, pray for judgment as follows:

A.  An award of compensatory damages, the amount of which will be determined at trial;

B.  For punitive and exemplary damages as applicable;

C.  For all applicable statutory damages of the state whose laws will govern this action;

D.  For medical monitoring, whether denominated as damages or in the form of equitable relief;

E.  For an award of attorneys' fees and costs;

F.  An award of prejudgment interest and costs of suit; and

G.  An award of such other and further relief as the Court deems just and proper.

## JURY DEMANDED

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff(s) hereby demand(s) a trial by jury.

RESPECTFULLY SUBMITTED:

- 7 -

                                        /s/ *Gene Locks*
                                        Gene Locks, Esquire (PA ID No. 12969)
                                        Michael B. Leh, Esquire (PA ID No. 42962)
                                        David D. Langfitt, Esquire (PA ID No. 66588)
                                        601 Walnut Street, Suite 720 East
                                        Philadelphia, PA 19106
                                        215-893-0100 (tel.)
                                        215-893-3444 (fax)
                                        glocks@lockslaw.com
                                        mleh@lockslaw.com
                                        dlangfitt@lockslaw.com

                                        and

                                        Craig R. Mitnick, Esquire
                                        Managing Partner
                                        Mitnick Law Offices
                                        Thirty-Five Kings Highway East,
                                        Haddonfield, New Jersey 08033
                                        856.427.9000 (tel.)
                                        F. 856.427.0360 (fax)
                                        craig@crmtrust.com

                                        *Attorneys for Plaintiffs*