UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| – – – – – – – – – – – – – – – – – – – – – – | |
| **This relates to:** | **SHORT FORM COMPLAINT** |
| **Plaintiffs' Master Administrative Long-Form Complaint and John "Golden" Richards, et al. v. NFL, USDC, EDPA, No. 12-cv-1623** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** |
| **JOHN "GOLDEN" RICHARDS** | JURY TRIAL DEMANDED |

## SHORT FORM COMPLAINT

1.      Plaintiff, **JOHN "GOLDEN" RICHARDS**, brings this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2.      Plaintiff is filing this short form complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3.      Plaintiff, incorporates by reference the  allegations (as designated  below) of the Master Administrative Long-Form Complaint, as may be amended, as if fully set forth at length in this Short Form Complaint.

4.      NOT APPLICABLE

-1-

5.     Plaintiff, **JOHN "GOLDEN" RICHARDS,** is a resident and citizen of Salt Lake City, Utah and claims damages as set forth below.

6.     NOT APPLICABLE

7.     On information and belief, the Plaintiff sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices.  On information and belief, Plaintiff suffers from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff sustained during NFL games and/or practices.   On information and belief, the Plaintiff's symptoms arise from injuries that are latent and have developed and continue to develop over time.

8.     The original complaint by Plaintiff(s) in this matter was filed in United States District Court, Eastern District of Pennsylvania.

9.     Plaintiff claims damages as a result of [check all that apply]:

_X_     Injury to Herself/Himself

_X_     Injury to the Person Represented

___     Wrongful Death

___     Survivorship Action

_X_     Economic Loss

___     Loss of Services

___     Loss of Consortium

10.     NOT APPLICABLE

11.     _X_  Plaintiff, reserves the right to object to federal jurisdiction.


### DEFENDANTS

12.     Plaintiff brings this case against the following Defendants in this action [check all

        that apply]:

        _X_   National Football League

        _X_   NFL Properties, LLC

        ___   Riddell, Inc.

        ___   All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

        ___   Riddell Sports Group, Inc.

        ___   Easton-Bell Sports, Inc.

        ___   Easton-Bell Sports, LLC

        ___   EB Sports Corporation

        ___   RBG Holdings Corporation

13.     NOT APPLICABLE

14.     NOT APPLICABLE

15.     Plaintiff played in  X the National Football League ("NFL") and/or in _____ the

        American Football League ("AFL") during 1973-79 for the following

        teams:

        Dallas Cowboys
        Chicago Bears


## CAUSES OF ACTION

16.     Plaintiff herein adopts by reference the following Counts of the Master

        Administrative Long-Form Complaint, along with the factual allegations

        incorporated by reference in those Counts [check all that apply]:

        _X_     Count I (Action for Declaratory Relief – Liability (Against the NFL))

        _X_     Count II (Medical Monitoring (Against the NFL))

        __      Count III (Wrongful Death and Survival Actions (Against the NFL))

        _X_     Count IV (Fraudulent Concealment (Against the NFL))

        _X_     Count V (Fraud (Against the NFL))

        _X_     Count VI (Negligent Misrepresentation (Against the NFL))

        _X_     Count VII (Negligence Pre-1968 (Against the NFL))

        _X_     Count VIII (Negligence Post-1968 (Against the NFL))

        _X_     Count IX (Negligence 1987-1993 (Against the NFL))

  _X_  Count X (Negligence Post-1994 (Against the NFL))

  _X_  Count XI (Loss of Consortium (Against the NFL))

  _X_  Count XII (Negligent Hiring (Against the NFL))

  _X_  Count XIII (Negligent Retention (Against the NFL))

  ___  Count XIV (Strict Liability for Design Defect (Against the Riddell Defendants))

  ___  Count XV (Strict Liability for Manufacturing Defect (Against the Riddell Defendants))

  ___  Count XVI (Failure to Warn (Against the Riddell Defendants))

  ___  Count XVII (Negligence (Against the Riddell Defendants))

  _X_  Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against All Defendants))

17.    Plaintiff asserts the following additional causes of action [write in or attach]:

_____

_____

_____

_____

_____

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, prays for judgment as follows:

A.  An award of compensatory damages, the amount of which will be determined at trial;

B.  For punitive and exemplary damages as applicable;

C.  For all applicable statutory damages of the state whose laws will govern this action;

D.  For medical monitoring, whether denominated as damages or in the form of equitable relief;

E.  For an award of attorneys' fees and costs;

F.  An award of prejudgment interest and costs of suit; and

G.  An award of such other and further relief as the Court deems just and proper.

## JURY DEMANDED

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff(s) hereby demand(s) a trial by jury.

RESPECTFULLY SUBMITTED:

_____/s/ *Gene Locks*_____
Gene Locks, Esquire (PA ID No. 12969)
Michael B. Leh, Esquire (PA ID No. 42962)
David D. Langfitt, Esquire (PA ID No. 66588)
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com
mleh@lockslaw.com
dlangfitt@lockslaw.com

and

Craig R. Mitnick, Esquire
Managing Partner
Mitnick Law Offices
Thirty-Five Kings Highway East,
Haddonfield, New Jersey 08033
856.427.9000 (tel.)
F. 856.427.0360 (fax)
craig@crmtrust.com

*Attorneys for Plaintiffs*