UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY LITIGATION

This Document Relates to:

*Parker, Pippens and Wedderburn
v. National Football League [et al.]*,
No. 2:12-cv-00868-AB

No. 12-md-2323 (AB)

MDL No. 2323

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AS TO PLAINTIFF SIRR PARKER**

PLEASE TAKE NOTICE that plaintiff Sirr Parker, by and through the undersigned counsel, hereby voluntarily dismisses his individual claims without prejudice against defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Sirr Parker's action has been consolidated into *In re: National Football League Players' Concussion Injury Litigation*, No. 12-md-2323 (AB), MDL No. 2323. Defendants have not served an answer or motion for summary judgment to Sirr Parker's complaint. Sirr Parker reserves his rights as an absent class member to share in any recovery in this case to which he would otherwise be entitled. All counsel listed below have assented to the filing of this Notice. Sirr Parker has filed this Notice under the individual docket number listed in the caption above and in the MDL docket. This notice of voluntary dismissal only applies to plaintiff Sirr Parker and does not apply to the other two plaintiffs on Sirr Parker's complaint, Jerrell Pippens and Floyd Wedderburn. Therefore, individual docket No. 2:12-cv-00868-AB should remain open.

1

2

| | |
|---|---|
| Dated: July 11, 2012 | /s/ William G. Caldes  (WGC 4984) |
| | Eugene A. Spector |
| | Jeffrey L. Kodroff |
| | William G. Caldes |
| | SPECTOR ROSEMAN KODROFF |
| |   & WILLIS, P.C. |
| | 1818 Market Street, Suite 2500 |
| | Philadelphia, PA  19103 |
| | Tel:  (215) 496-0300 |
| | Fax:  (215) 496-6611 |
| | espector@srkw-law.com |
| | jkodroff@srkw-law.com |
| | bcaldes@srkw-law.com |

Stanley O. King, Esquire
KING & KING, LLC
231 South Broad Street
Woodbury, New Jersey 08096
Tel:  (856) 845-3001
Fax:  (856) 845-3079