STATE OF GEORGIA
COUNTY OF __GWINNETT__                                    ESTATE NO. __09-E-000181__

## LETTERS TESTAMENTARY
(Relieved of Filing Returns)

By __WALTER J CLARKE__, Judge of the Probate Court of said County.

KNOW ALL WHOM IT MAY CONCERN:

That on the __1st__ day of __April__, __2009__, at a regular term of the Probate Court, the Last Will and Testament dated __FEBRUARY 3, 2005__, of __CARLTON SHANE DRONETT__ deceased, at the time of his or her death a resident of said County, was legally proven in __SOLEMN__ form and was admitted to record by order, and it was further ordered that __CHRISTINE VIRGINIA DRONETT__ named as Executor(s) in said Will, be allowed to qualify, and that upon so doing, Letters Testamentary be issued to such Executor(s).

NOW, THEREFORE, the said __CHRISTINE VIRGINIA DRONETT__, having taken the oath of office and complied with all the necessary prerequisites of the law, is/are legally authorized to discharge all the duties and exercise all the powers of Executor(s) under the Will of said deceased, according to the Will and the law.

Given under my hand and official seal, the __1st__ day of __April__, 2009.

_____
Probate Judge

NOTE: The following must be signed if the judge does not sign the original of this document:

Chief Clerk, acting pursuant to the authority of Official Code of Georgia Annotated 15-9-36(c)

Issued by:                                                                   (Seal)

_____
PROBATE CLERK/DEPUTY CLERK

STATE OF GEORGIA
GWINNETT COUNTY
I, THE UNDERSIGNED, Clerk of the Probate Court of Gwinnett County, Georgia, DO HEREBY CERTIFY the within and foregoing is a true and correct copy of the original as it appears on the record and files in the office of the Probate Court of Gwinnett County, Georgia, and that the same is in full force and effect. Witness my hand and Seal of the Probate Court of Gwinnett County, Georgia this _____ day of __April__, 20__09__

_____
Clerk, Probate Court of Gwinnett County