UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____ **This relates to:** **Plaintiffs' Master Administrative Long-Form Complaint and Jeff Nixon, et al. v. NFL, USDC, EDPA, No. 12-cv-3352** **DERECK FAULKNER** | **SHORT FORM COMPLAINT** **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** JURY TRIAL DEMANDED |

## SHORT FORM COMPLAINT

1.      Plaintiff, **DERECK FAULKNER**, brings this civil action as a related action in

the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION

INJURY LITIGATION, MDL No. 2323.

2.      Plaintiff is filing this short form complaint as required by this Court's Case

Management Order No. 2, filed April 26, 2012.

3.      Plaintiff, incorporates by reference the allegations (as designated below) of the

Master Administrative Long-Form Complaint, as may be amended, as if fully set forth at length

in this Short Form Complaint.

4.      NOT APPLICABLE

-1-

5.      Plaintiff, **DERECK FAULKNER,** is a resident and citizen of Moorestown, New Jersey and claims damages as set forth below.

6.      NOT APPLICABLE

7.      On information and belief, the Plaintiff sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices.  On information and belief, Plaintiff suffers from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff sustained during NFL games and/or practices.   On information and belief, the Plaintiff's symptoms arise from injuries that are latent and have developed and continue to develop over time.

8.      The original complaint by Plaintiff(s) in this matter was filed in United States District Court, Eastern District of Pennsylvania.

9.      Plaintiff claims damages as a result of [check all that apply]:

    _X_    Injury to Herself/Himself

    _X_    Injury to the Person Represented

    __     Wrongful Death

    __     Survivorship Action

    _X_    Economic Loss

    __     Loss of Services

    __     Loss of Consortium

10.   NOT APPLICABLE

11.   _X_   Plaintiff, reserves the right to object to federal jurisdiction.

## DEFENDANTS

12.   Plaintiff brings this case against the following Defendants in this action [check all

that apply]:

_X_   National Football League

_X_   NFL Properties, LLC

___   Riddell, Inc.

___   All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

___   Riddell Sports Group, Inc.

___   Easton-Bell Sports, Inc.

___   Easton-Bell Sports, LLC

___   EB Sports Corporation

___   RBG Holdings Corporation

13.   NOT APPLICABLE

14.   NOT APPLICABLE

15.     Plaintiff played in  X the National Football League ("NFL") and/or in \_\_\_\_\_ the American Football League ("AFL") during 2007 for the following teams:

Philadelphia Eagles

## CAUSES OF ACTION

16.     Plaintiff herein adopts by reference the following Counts of the Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]:

    \_X\_    Count I (Action for Declaratory Relief – Liability (Against the NFL))

    \_X\_    Count II (Medical Monitoring (Against the NFL))

    \_\_    Count III (Wrongful Death and Survival Actions (Against the NFL))

    \_X\_    Count IV (Fraudulent Concealment (Against the NFL))

    \_X\_    Count V (Fraud (Against the NFL))

    \_X\_    Count VI (Negligent Misrepresentation (Against the NFL))

    \_X\_    Count VII (Negligence Pre-1968 (Against the NFL))

    \_X\_    Count VIII (Negligence Post-1968 (Against the NFL))

    \_X\_    Count IX (Negligence 1987-1993 (Against the NFL))

    \_X\_    Count X (Negligence Post-1994 (Against the NFL))

   _X_      Count XI (Loss of Consortium (Against the NFL))

   _X_      Count XII (Negligent Hiring (Against the NFL))

   _X_      Count XIII (Negligent Retention (Against the NFL))

   ___      Count XIV (Strict Liability for Design Defect (Against the Riddell Defendants))

   ___      Count XV (Strict Liability for Manufacturing Defect (Against the Riddell Defendants))

   ___      Count XVI (Failure to Warn (Against the Riddell Defendants))

   ___      Count XVII (Negligence (Against the Riddell Defendants))

   _X_      Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against All Defendants))

17.     Plaintiff asserts the following additional causes of action [write in or attach]:

_____

_____

_____

_____

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, prays for judgment as follows:

A.  An award of compensatory damages, the amount of which will be determined at trial;

B.  For punitive and exemplary damages as applicable;

C.  For all applicable statutory damages of the state whose laws will govern this action;

D.  For medical monitoring, whether denominated as damages or in the form of equitable relief;

E.  For an award of attorneys' fees and costs;

F.  An award of prejudgment interest and costs of suit; and

G.  An award of such other and further relief as the Court deems just and proper.

## JURY DEMANDED

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff(s) hereby demand(s) a trial by jury.

RESPECTFULLY SUBMITTED:


____/s/ *Gene Locks*_____
Gene Locks, Esquire (PA ID No. 12969)
Michael B. Leh, Esquire (PA ID No. 42962)
David D. Langfitt, Esquire (PA ID No. 66588)
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com
mleh@lockslaw.com
dlangfitt@lockslaw.com

and

- 7 -

> Craig R. Mitnick, Esquire
> Managing Partner
> Mitnick Law Offices
> Thirty-Five Kings Highway East,
> Haddonfield, New Jersey 08033
> 856.427.9000 (tel.)
> F. 856.427.0360 (fax)
> craig@crmtrust.com
>
> *Attorneys for Plaintiffs*