UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and John Hannah, et al. v. NFL, USDC, EDPA, No. 12-cv-3379<br><br>STEVEN DEBERG | SHORT FORM COMPLAINT<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>JURY TRIAL DEMANDED |

**SHORT FORM COMPLAINT**

1. Plaintiffs, **STEVEN DEBERG**, and Plaintiff's Spouse **JENNIFER ZMURK-DEBERG**, bring this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2. Plaintiff and Plaintiff's Spouse are filing this short form complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3. Plaintiff and Plaintiff's Spouse, incorporate by reference the allegations (as designated below) of the Master Administrative Long-Form Complaint, as may be amended, as if fully set forth at length in this Short Form Complaint.

4. NOT APPLICABLE

5. Plaintiff, **STEVEN DEBERG**, is a resident and citizen of Odessa, Florida and claims damages as set forth below.

6. Plaintiff's spouse, **JENNIFER ZMURK-DEBERG,** is a resident and citizen of Odessa, Florida, and claims damages as a result of loss of consortium proximately caused by the harm suffered by her Plaintiff husband.

7. On information and belief, the Plaintiff sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices. On information and belief, Plaintiff suffers from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff sustained during NFL games and/or practices. On information and belief, the Plaintiff's symptoms arise from injuries that are latent and have developed and continue to develop over time.

8. The original complaint by Plaintiff(s) in this matter was filed in United States District Court, Eastern District of Pennsylvania.

9. Plaintiff claims damages as a result of [check all that apply]:

   _X_  Injury to Herself/Himself

   _X_  Injury to the Person Represented

   __   Wrongful Death

   __   Survivorship Action

   _X_  Economic Loss

   __   Loss of Services

\_\_     Loss of Consortium

10.    As a result of the injuries to her husband, _____, Plaintiff's Spouse, _____, suffers from a loss of consortium, including the following injuries:

_X_    loss of marital services;

_X_    loss of companionship, affection or society;

_X_    loss of support; and

_X_    monetary losses in the form of unreimbursed costs she has had to expend for the health care and personal care of her husband.

11.    _X_   Plaintiff and Plaintiff's Spouse, reserve the right to object to federal jurisdiction.

## **DEFENDANTS**

12.    Plaintiff and Plaintiff's Spouse, bring this case against the following Defendants in this action [check all that apply]:

    _X_    National Football League

    _X_    NFL Properties, LLC

    \_\_    Riddell, Inc.

    \_\_    All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

    __    Riddell Sports Group, Inc.

    __    Easton-Bell Sports, Inc.

    __    Easton-Bell Sports, LLC

    __    EB Sports Corporation

    __    RBG Holdings Corporation

13. NOT APPLICABLE

14. NOT APPLICABLE

15. Plaintiff played in  X the National Football League ("NFL") and/or in   the American Football League ("AFL") during 1977-93; 1998 for the following teams:

San Francisco 49ers
Denver Broncos
Tampa Bay Buccaneers
Kansas City Chiefs
Miami Dolphins
Atlanta Falcons

## CAUSES OF ACTION

16. Plaintiff herein adopts by reference the following Counts of the Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]:

    _X_    Count I (Action for Declaratory Relief – Liability (Against the NFL))

__X__    Count II (Medical Monitoring (Against the NFL))

___    Count III (Wrongful Death and Survival Actions (Against the NFL))

__X__    Count IV (Fraudulent Concealment (Against the NFL))

__X__    Count V (Fraud (Against the NFL))

__X__    Count VI (Negligent Misrepresentation (Against the NFL))

__X__    Count VII (Negligence Pre-1968 (Against the NFL))

__X__    Count VIII (Negligence Post-1968 (Against the NFL))

__X__    Count IX (Negligence 1987-1993 (Against the NFL))

__X__    Count X (Negligence Post-1994 (Against the NFL))

__X__    Count XI (Loss of Consortium (Against the NFL))

__X__    Count XII (Negligent Hiring (Against the NFL))

__X__    Count XIII (Negligent Retention (Against the NFL))

___    Count XIV (Strict Liability for Design Defect (Against the Riddell Defendants))

___    Count XV (Strict Liability for Manufacturing Defect (Against the Riddell Defendants))

___    Count XVI (Failure to Warn (Against the Riddell Defendants))

___    Count XVII (Negligence (Against the Riddell Defendants))

- 6 -

  __X__  Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against All Defendants))

17. Plaintiff asserts the following additional causes of action [write in or attach]:

_____

_____

_____

_____

_____

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff and Plaintiff's Spouse, pray for judgment as follows:

A. An award of compensatory damages, the amount of which will be determined at trial;

B. For punitive and exemplary damages as applicable;

C. For all applicable statutory damages of the state whose laws will govern this action;

D. For medical monitoring, whether denominated as damages or in the form of equitable relief;

E. For an award of attorneys' fees and costs;

F. An award of prejudgment interest and costs of suit; and

G. An award of such other and further relief as the Court deems just and proper.

## **JURY DEMANDED**

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff(s) hereby demand(s) a trial by jury.

RESPECTFULLY SUBMITTED:

___/s/ *Gene Locks*___
Gene Locks, Esquire (PA ID No. 12969)
Michael B. Leh, Esquire (PA ID No. 42962)
David D. Langfitt, Esquire (PA ID No. 66588)
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com
mleh@lockslaw.com
dlangfitt@lockslaw.com

*Attorneys for Plaintiffs*