UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**STIPULATION AND [PROPOSED] ORDER**

This Stipulation and Agreement is made this 12th day of July 2012, by and among the National Football League and NFL Properties LLC (the "NFL Defendants"), the Riddell Defendants,[1] and, by and through the Plaintiffs' Executive Committee, all Plaintiffs.

WHEREAS, Plaintiffs intend to file, within two business days after entry of this Stipulation and Order, an Amended Master Administrative Long-Form Complaint, which shall supersede the Master Administrative Long-Form Complaint filed on June 7, 2012 (ECF No. 83);

WHEREAS, Plaintiffs, the NFL Defendants, and the Riddell Defendants stipulate and agree that such an amendment is timely as an amendment "as a matter of course" pursuant to Fed. R. Civ. P. Rule 15(a)(1)(B), and will constitute Plaintiffs' sole such permissible amendment as a matter of course pursuant to Fed. R. Civ. P. Rule 15(a)(1);

---

[1] Riddell Defendants include: Riddell, Inc.; All American Sports Corporation; Riddell Sports Group, Inc.; Easton-Bell Sports, Inc.; Easton-Bell Sports, LLC; EB Sports Corp.; and RBG Holdings Corp.

WHEREAS, Plaintiffs, the NFL Defendants, and the Riddell Defendants further stipulate and agree that the NFL Defendants and the Riddell Defendants do not concede that Plaintiffs' claims have merit, nor do the NFL Defendants or the Riddell Defendants waive any claim or defense against Plaintiffs' claims;

WHEREAS, the Amended Master Administrative Long-Form Complaint adds or revises substantive factual allegations against the NFL Defendants and the Riddell Defendants; and

WHEREAS, Plaintiffs, the NFL Defendants, and the Riddell Defendants recognize that a short extension of time for the NFL Defendants to file their upcoming motion to dismiss on preemption grounds, and for the Riddell Defendants to file their upcoming motion to sever and motion to dismiss on preemption grounds, is warranted to permit the NFL Defendants and the Riddell Defendants to assess the impact, if any, of the substantive amendments contained in the Amended Master Administrative Long-Form Complaint;

NOW, THEREFORE, it is hereby stipulated and agreed by and among the parties and/or their respective counsel as follows:

1. Plaintiffs shall file their Amended Master Administrative Long-Form Complaint within two business days after entry of this Stipulation and Order;

2. All dates with respect to the NFL Defendants' upcoming motion to dismiss on preemption grounds, and the Riddell Defendants upcoming motion to sever and motion to dismiss on preemption grounds, as set forth in Case Management Order No. 2 (as further explained in Case Management Order No. 4 and other subsequent orders) are extended by three (3) weeks, as follows:

| Event | Previous Deadline | Amended Deadline |
|---|---|---|
| NFL Defendants may file a motion to dismiss on preemption grounds and the Riddell Defendants may file a motion to sever and a motion to dismiss on preemption grounds | By August 9, 2012 | By August 30, 2012 |
| Plaintiffs may file responses | By October 10, 2012 | By October 31, 2012 |
| NFL Defendants and Riddell Defendants may file replies | By November 26, 2012 | By December 17, 2012 |

It is so STIPULATED AND AGREED,

By: *Chris Seeger w/permission JK*          By: *Sol Weiss w/permission JK*

Date: July 12, 2012                          Date: July 12, 2012

Christopher Seeger                           Sol Weiss
**SEEGER WEISS LLP**                         **ANAPOL SCHWARTZ**
77 Water Street                              1710 Spruce Street
New York, NY 10005                           Philadelphia, PA 19103
Phone: (212) 584-0700                        Phone: (215) 725-1130
Fax: (212) 584-0799                          Fax: (215) 735-2024
cseeger@seegerweiss.com                      sweiss@anapolschwartz.com

*Plaintiffs' Co-Lead Counsel*                *Plaintiffs' Co-Lead Counsel*


By: _____                  By: _____

Date: _____                  Date: _____

Beth A. Wilkinson                            Paul Cereghini
**PAUL, WEISS, RIFKIND, WHARTON**            **BOWMAN AND BROOKE LLP**
**& GARRISON LLP**                           2901 N. Central Avenue, Ste. 1600
2001 K Street, NW                            Phoenix, AZ 85012
Washington, D.C. 20006-1047                  Phone: (602) 643-2400
Phone: (202) 223-7340                        Fax: (602) 248-0947
Fax: (202) 204-7395                          Paul.cereghini@bowmanandbrooke.com
bwilkinson@paulweiss.com

*Counsel for the NFL Defendants*             *Counsel for the Riddell Defendants*

| Event | Previous Deadline | Amended Deadline |
|---|---|---|
| NFL Defendants may file a motion to dismiss on preemption grounds and the Riddell Defendants may file a motion to sever and a motion to dismiss on preemption grounds | By August 9, 2012 | By August 30, 2012 |
| Plaintiffs may file responses | By October 10, 2012 | By October 31, 2012 |
| NFL Defendants and Riddell Defendants may file replies | By November 26, 2012 | By December 17, 2012 |

It is so **STIPULATED AND AGREED,**

By: _____    By: _____

Date: _____    Date: _____

Christopher Seeger                Sol Weiss
**SEEGER WEISS LLP**              **ANAPOL SCHWARTZ**
77 Water Street                   1710 Spruce Street
New York, NY 10005                Philadelphia, PA 19103
Phone: (212) 584-0700             Phone: (215) 725-1130
Fax: (212) 584-0799               Fax: (215) 735-2024
cseeger@seegerweiss.com           sweiss@anapolschwartz.com

*Plaintiffs' Co-Lead Counsel*     *Plaintiffs' Co-Lead Counsel*


By: /s/ Beth A. Wilkinson         By: _____

Date: July 12, 2012               Date: _____

Beth A. Wilkinson                 Paul Cereghini
**PAUL, WEISS, RIFKIND, WHARTON** **BOWMAN AND BROOKE LLP**
**& GARRISON LLP**                2901 N. Central Avenue, Ste. 1600
2001 K Street, NW                 Phoenix, AZ 85012
Washington, D.C. 20006-1047       Phone: (602) 643-2400
Phone: (202) 223-7340             Fax: (602) 248-0947
Fax: (202) 204-7395               Paul.cereghini@bowmanandbrooke.com
bwilkinson@paulweiss.com

*Counsel for the NFL Defendants*  *Counsel for the Riddell Defendants*

| Event | Previous Deadline | Amended Deadline |
|---|---|---|
| NFL Defendants may file a motion to dismiss on preemption grounds and the Riddell Defendants may file a motion to sever and a motion to dismiss on preemption grounds | By August 9, 2012 | By August 30, 2012 |
| Plaintiffs may file responses | By October 10, 2012 | By October 31, 2012 |
| NFL Defendants and Riddell Defendants may file replies | By November 26, 2012 | By December 17, 2012 |

**It is so STIPULATED AND AGREED,**

By: _____

Date: _____

Christopher Seeger
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

*Plaintiffs' Co-Lead Counsel*

By: _____

Date: _____

Sol Weiss
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, PA 19103
Phone: (215) 725-1130
Fax: (215) 735-2024
sweiss@anapolschwartz.com

*Plaintiffs' Co-Lead Counsel*

By: _____

Date: _____

Beth A. Wilkinson
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, D.C. 20006-1047
Phone: (202) 223-7340
Fax: (202) 204-7395
bwilkinson@paulweiss.com

*Counsel for the NFL Defendants*

By: /s/ [signature]

Date: 7/12/12

Paul Cereghini
**BOWMAN AND BROOKE LLP**
2901 N. Central Avenue, Ste. 1600
Phoenix, AZ 85012
Phone: (602) 643-2400
Fax: (602) 248-0947
Paul.cereghini@bowmanandbrooke.com

*Counsel for the Riddell Defendants*

3

It is so **ORDERED**.

\_\_7/16/12\_\_
Date

Anita B. Brody
/s/ Legrome D. Davis
United States District Judge

J. Davis
Emergency Judge

4