UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)**<br>_____Finn, et al._____<br>**v. National Football League [et al.],**<br>**No. 2:12-cv-01034-AB (E.D.P.A.)** | **SHORT FORM COMPLAINT**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br><br>**JURY TRIAL DEMANDED** |

### SHORT FORM COMPLAINT

1. Plaintiff(s), __Brad Scioli___, (and, if applicable, Plaintiff's Spouse) _____Dana Scioli___, bring(s) this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2. Plaintiff (and, if applicable, Plaintiff's Spouse) is/are filing this short form complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3. Plaintiff (and, if applicable Plaintiff's Spouse), incorporate(s) by reference the allegations (as designated below) of the Master Administrative Long-Form Complaint, as may be amended, as if fully set forth at length in this Short Form Complaint.

4. [Fill in if applicable] ~~Plaintiff is filing this case in a representative capacity as the _____ of _____, having been duly appointed as the _____ by the _____ Court of _____. (Cross out sentence below if not applicable.) Copies of the Letters of Administration/Letters Testamentary for a wrongful death claim are annexed hereto if such Letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.~~

5. Plaintiff, Brad Scioli, is a resident and citizen of ___Pennsylvania___ and claims damages as set forth below.

6. [Fill in if applicable] Plaintiff's spouse, __Dana Scioli__, is a resident and citizen of __Pennsylvania__, and claims damages as a result of loss of consortium proximately caused by the harm suffered by her Plaintiff husband/decedent.

7. On information and belief, the Plaintiff (or decedent) sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices. On information and belief, Plaintiff suffers (or decedent suffered) from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff (or decedent) sustained during NFL games and/or practices. On information and belief, the Plaintiff's (or decedent's) symptoms arise from injuries that are latent and have developed and continue to develop over time.

8. [Fill in if applicable] The original complaint by Plaintiff(s) in this matter was filed in United States District Court, District of New Jersey. If the case is remanded, it should be remanded to United States District Court, District of New Jersey.

9. Plaintiff claims damages as a result of [check all that apply]:

    _X_    Injury to Herself/Himself

    __    Injury to the Person Represented

    __    Wrongful Death

    __    Survivorship Action

    _X_    Economic Loss

    _X_    Loss of Services

    _X_    Loss of Consortium

10. [Fill in if applicable] As a result of the injuries to her husband, ___Brad Scioli_____, Plaintiff's Spouse, _____Dana Scioli_, suffers from a loss of consortium, including the following injuries:

    _X_ loss of marital services;

    _X_ loss of companionship, affection or society;

    _X_ loss of support; and

    __ monetary losses in the form of unreimbursed costs she has had to expend for the health care and personal care of her husband.

11. [Check if applicable] ___ Plaintiff (and Plaintiff's Spouse, if applicable) reserve(s) the right to object to federal jurisdiction.

**DEFENDANTS**

12. Plaintiff (and Plaintiff's Spouse, if applicable) bring(s) this case against the following Defendants in this action [check all that apply]:

    _X_ National Football League

    _X_ NFL Properties, LLC

    __ Riddell, Inc.

    __ All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

    __ Riddell Sports Group, Inc.

    __ Easton-Bell Sports, Inc.

    __ Easton-Bell Sports, LLC

    __ EB Sports Corporation

    __ RBG Holdings Corporation

13. [Check where applicable] As to each of the Riddell Defendants referenced above, the claims asserted are: ___ design defect; ___ informational defect; ___ manufacturing defect.

14. [Check if applicable] ___ The Plaintiff (or decedent) wore one or more helmets designed and/or manufactured by the Riddell Defendants during one or more years Plaintiff (or decedent) played in the NFL and/or AFL.

15. Plaintiff played in [check if applicable] __X__ the National Football League ("NFL") and/or in [check if applicable] ___ the American Football League ("AFL") during

\_\_\_\_1999-2004 _____ for the following teams:_____

_____Indianapolis Colts_____

_____

## CAUSES OF ACTION

16.  Plaintiff herein adopts by reference the following Counts of the Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]:

\_X\_   Count I (Action for Declaratory Relief – Liability (Against the NFL))

\_X\_   Count II (Medical Monitoring (Against the NFL))

\_\_    Count III (Wrongful Death and Survival Actions (Against the NFL))

\_X\_   Count IV (Fraudulent Concealment (Against the NFL))

\_X\_   Count V (Fraud (Against the NFL))

\_X\_   Count VI (Negligent Misrepresentation (Against the NFL))

\_\_    Count VII (Negligence Pre-1968 (Against the NFL))

\_X\_   Count VIII (Negligence Post-1968 (Against the NFL))

\_\_    Count IX (Negligence 1987-1993 (Against the NFL))

\_X\_   Count X (Negligence Post-1994 (Against the NFL))

\_X\_   Count XI (Loss of Consortium (Against the NFL ~~and Riddell~~ Defendants))

    _X_    Count XII (Negligent Hiring (Against the NFL))

    _X_    Count XIII (Negligent Retention (Against the NFL))

    __    Count XIV (Strict Liability for Design Defect (Against the Riddell Defendants))

    __    Count XV (Strict Liability for Manufacturing Defect (Against the Riddell Defendants))

    __    Count XVI (Failure to Warn (Against the Riddell Defendants))

    __    Count XVII (Negligence (Against the Riddell Defendants))

    _X_    Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against the NFL Defendants))

17. Plaintiff asserts the following additional causes of action [write in or attach]:

_____N/A_____

_____

_____

_____

_____

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff (and Plaintiff's Spouse, if applicable) pray(s) for judgment as follows:

A. An award of compensatory damages, the amount of which will be determined at trial;

B. For punitive and exemplary damages as applicable;

C. For all applicable statutory damages of the state whose laws will govern this action;

D. For medical monitoring, whether denominated as damages or in the form of equitable relief;

E. For an award of attorneys' fees and costs;

F. An award of prejudgment interest and costs of suit; and

G. An award of such other and further relief as the Court deems just and proper.

## JURY DEMANDED

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff(s) hereby demand(s) a trial by jury.

RESPECTFULLY SUBMITTED:

_____/s/ Christopher A. Seeger_____
Christopher A. Seeger
David R. Buchanan
Moshe Horn
Christopher M. Van de Kieft
SEEGER WEISS LLP
550 Broad Street, Suite 920
Newark, NJ 07102

(973) 639-9100

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700


Marc S. Albert
LAW OFFICES OF MARC S. ALBERT
32-72 Steinway Street
Astoria, NY 11103
(855) 252-3788


*Attorneys for Plaintiffs*