UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) |
| | MDL No. 2323 |
| _____ | SHORT FORM COMPLAINT |
| THIS DOCUMENT RELATES TO: | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION |
| Plaintiff's Master Administrative Long Form Complaint v. National Football League [et al.], | JURY TRIAL DEMANDED |
| Davis et al v. National Football League 3: 12-cv-01864 | |

## SHORT FORM COMPLAINT

1. Plaintiff Corey Miller brings this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2. Plaintiff is filing this short form complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3. Plaintiff incorporates by reference the allegations (as designated below) of the Master Administrative Long – Form Complaint, as may be amended, as if fully set forth at length in this Short Form Complaint.

4. Plaintiffs Corey Miller is a resident and citizen of the state of South Carolina, and claims the damages set forth below.

5. On information and belief, Plaintiff Corey Miller sustained repetitive, traumatic sub-concussive and concussive head impacts during NFL games and practices. On information and belief, Plaintiff suffers from symptoms of brain injury

caused by the repetitive, traumatic sub-concussive and concussive impacts the Plaintiff sustained during NFL games and practices. On information and belief, the Plaintiff's symptoms arise from injuries that are latent and have developed and continue to develop over time.

6. Plaintiffs claim damages as a result of:

_____x_____ Injury to Himself

_____x_____ Economic Loss

_____x_____ Loss of services

## DEFENDANTS

7. Plaintiff brings this case against the following Defendant in this action:

_____x_____ National Football League

_____x_____ NFL Properties, LLC

8. Plaintiff played in the National Football League for the following teams: New York Giants and Minnesota Vikings.

## CAUSES OF ACTION

9. Plaintiff herein adopts by reference the following Counts of the Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts:

_____x_____ Count I (Action for declaratory relief – liability against the NFL)

_____x_____ Count II (Medical Monitoring against the NFL)

_____x_____ Count IV (Fraudulent Concealment against the NFL)

_____x_____ Count V (Fraud against the NFL)

_____x_____Count VI (Negligent misrepresentation against the NFL)

_____x_____Count X (Negligence post 1994 against the NFL)

_____x_____Count XI (Loss of Consortium against the NFL)

_____x_____Count XII (Negligent Hiring against the NFL)

_____x_____Count XIII (Negligent Retention against the NFL)

_____x_____Count XVIII (Civil Conspiracy/Fraudulent Concealment against the NFL)

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

A.  An award of compensatory damages, the amount of which will be determined at trial;

B.  For punitive and exemplary damages as applicable;

C.  For all applicable statutory damages of the state whose law will govern this action;

D.  For medical monitoring, whether denominated as damages or in the form of equitable relief;

E.  For an award of attorney's fees and costs;

F.  An award of prejudgment interest and costs of suit; and

G.  An award of such other and further relief as the Court deems just and proper.

**JURY DEMANDED**

Pursuant to Rule 38, Federal Rules of Civil Procedure, Plaintiffs hereby demand a trial by jury.

RESPECTFULLY SUBMITTED:

_s/ Sol H. Weiss_

Sol H. Weiss
**ANAPOL SCHWARTZ**
1710 Spruce Street Philadelphia PA, 19103
Phone (215) 735-1130
Fax (215) 735-2024
Sweiss@anapolschwartz.com

_s/ Pete Strom_

STROM LAW FIRM, LLC
J. Preston Strom, Jr. (#4354)
Bakari T. Sellers (#11099)
2110 N. Beltline Boulevard
Columbia SC, 29625
Phone (803) 252-4800
Fax (803) 252-4801
petestrom@stromlaw.com

**Attorneys for the Plaintiffs**