UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION ) ) ) ) | No. 12-md-2323 (AB) |
| ────────────────── ) ) | MDL No. 2323 |
| | SHORT FORM COMPLAINT |
| THIS DOCUMENT RELATES TO: ) ) | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION |
| Plaintiff's Master Administrative Long ) Form Complaint v. National Football ) League [et al.], ) ) | |
| | JURY TRIAL DEMANDED |
| Davis et al v. National Football League ) 3: 12-cv-01864 ) | |

**SHORT FORM COMPLAINT**

1.      Plaintiffs, Stephen Davis and his wife Deedee Davis bring this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2.      Plaintiffs are filing this short form complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3.      Plaintiffs incorporate by reference the allegations (as designated below) of the Master Administrative Long – Form Complaint, as may be amended, as if fully set forth at length in this Short Form Complaint.

4.      Plaintiffs, Stephen and Deedee Davis, are residents and citizens of the state of South Carolina, and they claim the damages set forth below.

5.      Plaintiff's spouse, Deedee Davis, is a resident and citizen of South Carolina, and claims damages as a result of loss of consortium proximately caused by the harm suffered by her Plaintiff husband.

6.     On information and belief, Plaintiff Stephen Davis sustained repetitive, traumatic sub-concussive and concussive head impacts during NFL games and practices. On information and belief, Plaintiff suffers from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and concussive impacts the Plaintiff sustained during NFL games and practices. On information and belief, the Plaintiff's symptoms arise from injuries that are latent and have developed and continue to develop over time.

7.     Plaintiffs claim damages as a result of:

_____x_____ Injury to Himself

_____x_____Economic Loss

_____x_____Loss of services

8.     As a result of injuries to her husband, Stephen Davis, Plaintiff's spouse, Deedee Davis, suffers from a loss of consortium, including that following injuries:

_____x_____ loss of marital services;

_____x_____loss of companionship;

_____x_____ loss of support

_____x_____monetary losses in the form of unreimbursed costs she has had to expend for the health care and personal care of her husband.

**DEFENDANTS**

9.     Plaintiff brings this case against the following Defendant in this action:

_____x_____National Football League

_____x_____NFL Properties, LLC

10.     Plaintiff played in the National Football League for the following: teams: Washington Redskins, Carolina Panthers and St. Louis Rams.

**CAUSES OF ACTION**

11.     Plaintiff herein adopts by reference the following Counts of the Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts:

_____x_____Count I (Action for declaratory relief – liability against the NFL)

_____x_____Count II (Medical Monitoring against the NFL)

_____x_____Count IV (Fraudulent Concealment against the NFL)

_____x_____Count V (Fraud against the NFL)

_____x_____Count VI (Negligent misrepresentation against the NFL)

_____x_____Count X (Negligence post 1994 against the NFL)

_____x_____Count XI (Loss of Consortium against the NFL)

_____x_____Count XII (Negligent Hiring against the NFL)

_____x_____Count XIII (Negligent Retention against the NFL)

_____x_____Count XVIII (Civil Conspiracy/Fraudulent Concealment against the NFL)

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

A.      An award of compensatory damages, the amount of which will be determined at trial;

B.      For punitive and exemplary damages as applicable;

C.      For all applicable statutory damages of the state whose law will govern this action;

D.      For medical monitoring, whether denominated as damages or in the form of equitable relief;

E.      For an award of attorney's fees and costs;

F.      An award of prejudgment interest and costs of suit; and

G.      An award of such other and further relief as the Court deems just and proper.

**JURY DEMANDED**

Pursuant to Rule 38, Federal Rules of Civil Procedure, Plaintiffs hereby demand a

trial by jury.


RESPECTFULLY SUBMITTED:


 s/ Sol H. Weiss


Sol H. Weiss
**ANAPOL SCHWARTZ**
1710 Spruce Street Philadelphia PA, 19103
Phone (215) 735-1130
Fax (215) 735-2024
Sweiss@anapolschwartz.com



 s/ Pete Strom

STROM LAW FIRM, LLC
J. Preston Strom, Jr. (#4354)
Bakari T. Sellers (#11099)
2110 N. Beltline Boulevard
Columbia SC, 29625
Phone (803) 252-4800
Fax (803) 252-4801
petestrom@stromlaw.com

**Attorneys for the Plaintiffs**