UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─<br>**This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Alex Karras, et al. v. NFL, USDC, EDPA, No. 12-cv-1916**<br><br>**HUBERT LEE GINN** | NOTICE OF WITHDRAWAL<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT
## OF PLAINTIFF HUBERT LEE GINN

Plaintiff, Hubert Lee Ginn hereby withdraws his Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of Hubert Lee Ginn was filed on April 12, 2012 as *Alex Karras, et al. v. NFL*, USDC, EDPA, No. 12-cv-1916-AB.  Consistent with the Court's Orders, Hubert Lee Ginn's Short Form Complaint was filed on July 14, 2012: (a) as document number 1112 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) as document number 25 in *Alex Karras, et al. v. NFL*, USDC, EDPA, No. 12-cv-1916-AB.  Both filings were served on the Defendants.

This Notice hereby withdraws Hubert Lee Ginn's Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

July 17, 2012  **BY:** ___/s/ *Gene Locks*___
Gene Locks, Esquire
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____<br><br>**This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Alex Karras, et al. v. NFL, USDC, EDPA, No. 12-cv-1916**<br><br>**HUBERT LEE GINN** | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiff Hubert Lee Ginn to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

                                             **LOCKS LAW FIRM**

                                             **BY:** ___/s/ *Gene Locks*___
                                                   Gene Locks, Esquire
                                                   601 Walnut Street, Suite 720 East
                                                   Philadelphia, PA 19106
                                                   215-893-0100 (tel.)
                                                   215-893-3444 (fax)
                                                   glocks@lockslaw.com