UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ <br> **This relates to:** <br><br> **Plaintiffs' Master Administrative Long-Form Complaint and Britt Hager, et al. v. NFL, USDC, EDPA, No. 12-cv-00601** <br><br> **BRUCE HERRON AND LAGUINA HERRON** | NOTICE OF WITHDRAWAL <br><br> IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION <br><br><br> JURY TRIAL DEMANDED |

**NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT
OF PLAINTIFFS BRUCE HERRON AND LAGUINA HERRON**

Plaintiffs, Bruce Herron and LaGuina Herron hereby withdraw their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of Bruce Herron and LaGuina Herron was filed on February 3, 2012 as *Britt Hager, et al. v. NFL*, USDC, EDPA, No. 12-cv-00601-AB. Consistent with the Court's Orders, Bruce Herron and LaGuina Herron's Short Form Complaint was filed on July 9, 2012: (a) as document number 257 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) as document number 37 in *Britt Hager, et al. v. NFL*, USDC, EDPA, No. 12-cv-00601-AB. Both filings were served on the Defendants.

This Notice hereby withdraws Bruce Herron and LaGuina Herron's Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

July 19, 2012										**BY:**   /s/ *Gene Locks*
Gene Locks, Esquire
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ **This relates to:** **Plaintiffs' Master Administrative Long-Form Complaint and Britt Hager, et al. v. NFL, USDC, EDPA, No. 12-cv-00601** **BRUCE HERRON AND LAGUINA HERRON** | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiffs Bruce Herron and LaGuina Herron to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

                                                        **LOCKS LAW FIRM**

                                           **BY:**   /s/ *Gene Locks*
                                                     Gene Locks, Esquire
                                                     601 Walnut Street, Suite 720 East
                                                     Philadelphia, PA 19106
                                                     215-893-0100 (tel.)
                                                     215-893-3444 (fax)
                                                     glocks@lockslaw.com