IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | : <br> : <br> :    **MDL No. 2323** <br> :    12-md-2323 <br> : |
| **THIS DOCUMENT RELATES TO:** <br> 12-cv-1700 | : <br> : |

### ORDER

**AND NOW**, this __20TH__ day of ___JULY___ 2012, it is **ORDERED** that the Motion for Appointment of David Casey to Steering Committee (No. 12-cv-1700, ECF No. 2; No. 12-md-2323, ECF No. 61) is **DENIED** as moot.[1]

        s/Anita B. Brody

        _____
        ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to:

---

[1] David Casey was appointed to Plaintiffs' Steering Committee by Case Management Order No. 3 (No. 12-md-2323, ECF No. 72).