UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to:<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) Chuck Foreman, et al. v. NFL, USDC, EDPA, No. 12-cv-04160**<br><br>**HOWARD W. KINDIG, JR.** | SHORT FORM COMPLAINT<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br><br>JURY TRIAL DEMANDED |

## SHORT FORM COMPLAINT

1. Plaintiffs, **HOWARD W. KINDIG, JR.**, and Plaintiff's Spouse **SELENA D. KINDIG**, bring this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2. Plaintiff and Plaintiff's Spouse are filing this short form complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3. Plaintiff and Plaintiff's Spouse, incorporate by reference the allegations (as designated below) of the Master Administrative Long-Form Complaint, as may be amended, as if fully set forth at length in this Short Form Complaint.

4. NOT APPLICABLE

- 2 -

5.      Plaintiff, **HOWARD W. KINDIG, JR.,** is a resident and citizen of Baton Rouge, Louisiana and claims damages as set forth below.

6.      Plaintiff's spouse, **SELENA D. KINDIG,** is a resident and citizen of Baton Rouge, Louisiana, and claims damages as a result of loss of consortium proximately caused by the harm suffered by her Plaintiff husband.

7.      On information and belief, the Plaintiff sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices. On information and belief, Plaintiff suffers from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff sustained during NFL games and/or practices. On information and belief, the Plaintiff's symptoms arise from injuries that are latent and have developed and continue to develop over time.

8.      The original complaint by Plaintiff(s) in this matter was filed in United States District Court, Eastern District of Pennsylvania.

9.      Plaintiff claims damages as a result of [check all that apply]:

  _X_ Injury to Herself/Himself

  _X_ Injury to the Person Represented

  ___ Wrongful Death

  ___ Survivorship Action

  _X_ Economic Loss

  ___ Loss of Services

___  Loss of Consortium

10. As a result of the injuries to her husband, **HOWARD W. KINDIG, JR.**, Plaintiff's Spouse, **SELENA D. KINDIG**, suffers from a loss of consortium, including the following injuries:

_X_  loss of marital services;

_X_  loss of companionship, affection or society;

_X_  loss of support; and

_X_  monetary losses in the form of unreimbursed costs she has had to expend for the health care and personal care of her husband.

11.  _X_  Plaintiff and Plaintiff's Spouse, reserve the right to object to federal jurisdiction.

## DEFENDANTS

12. Plaintiff and Plaintiff's Spouse, bring this case against the following Defendants in this action [check all that apply]:

_X_  National Football League

_X_  NFL Properties, LLC

___  Riddell, Inc.

___  All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

    ___    Riddell Sports Group, Inc.

    ___    Easton-Bell Sports, Inc.

    ___    Easton-Bell Sports, LLC

    ___    EB Sports Corporation

    ___    RBG Holdings Corporation

13. NOT APPLICABLE

14. NOT APPLICABLE

15. Plaintiff played in  X  the National Football League ("NFL") and/or in  X  the American Football League ("AFL") during 1964-74 for the following teams:

San Diego Chargers
Buffalo Bills
Miami Dolphins
New York Jets

## CAUSES OF ACTION

16. Plaintiff herein adopts by reference the following Counts of the Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]:

    _X_    Count I (Action for Declaratory Relief – Liability (Against the NFL))

    _X_    Count II (Medical Monitoring (Against the NFL))

\_\_  Count III (Wrongful Death and Survival Actions (Against the NFL))

_X_  Count IV (Fraudulent Concealment (Against the NFL))

_X_  Count V (Fraud (Against the NFL))

_X_  Count VI (Negligent Misrepresentation (Against the NFL))

_X_  Count VII (Negligence Pre-1968 (Against the NFL))

_X_  Count VIII (Negligence Post-1968 (Against the NFL))

_X_  Count IX (Negligence 1987-1993 (Against the NFL))

_X_  Count X (Negligence Post-1994 (Against the NFL))

_X_  Count XI (Loss of Consortium (Against the NFL))

_X_  Count XII (Negligent Hiring (Against the NFL))

_X_  Count XIII (Negligent Retention (Against the NFL))

\_\_  Count XIV (Strict Liability for Design Defect (Against the Riddell Defendants))

\_\_  Count XV (Strict Liability for Manufacturing Defect (Against the Riddell Defendants))

\_\_  Count XVI (Failure to Warn (Against the Riddell Defendants))

\_\_  Count XVII (Negligence (Against the Riddell Defendants))

    __X__    Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against All Defendants))

17. Plaintiff asserts the following additional causes of action [write in or attach]:

_____

_____

_____

_____

_____

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff and Plaintiff's Spouse, pray for judgment as follows:

A. An award of compensatory damages, the amount of which will be determined at trial;

B. For punitive and exemplary damages as applicable;

C. For all applicable statutory damages of the state whose laws will govern this action;

D. For medical monitoring, whether denominated as damages or in the form of equitable relief;

E. For an award of attorneys' fees and costs;

F. An award of prejudgment interest and costs of suit; and

G. An award of such other and further relief as the Court deems just and proper.

## **JURY DEMANDED**

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff(s) hereby demand(s) a trial by jury.

RESPECTFULLY SUBMITTED:

*/s/ Gene Locks*
Gene Locks, Esquire (PA ID No. 12969)
Michael B. Leh, Esquire (PA ID No. 42962)
David D. Langfitt, Esquire (PA ID No. 66588)
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com
mleh@lockslaw.com
dlangfitt@lockslaw.com

and

Craig R. Mitnick, Esquire
Managing Partner
Mitnick Law Offices
Thirty-Five Kings Highway East,
Haddonfield, New Jersey 08033
856.427.9000 (tel.)
F. 856.427.0360 (fax)
craig@crmtrust.com

*Attorneys for Plaintiffs*
