UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>**This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Carl Hairston, et al. v. NFL, USDC, EDPA, No. 2:12-cv-00989-AB**<br><br>**STEVE PIERCE AND JEANNE PIERCE** | **NOTICE OF WITHDRAWAL**<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br><br>JURY TRIAL DEMANDED |

**NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT**
**OF PLAINTIFF STEVE PIERCE AND JEANNE PIERCE**

Plaintiffs, Steve Pierce and Jeanne Pierce hereby withdraw their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of Steve Pierce and Jeanne Pierce was filed on February 24, 2012 as *Carl Hairston, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-00989-AB. Consistent with the Court's Orders, Steve Pierce and Jeanne Pierce's Short Form Complaint was filed on July 10, 2012: (a) as document number 416 the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) as document number 47 in *Carl Hairston, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-00989-AB. Both filings were served on the Defendants.

This Notice hereby withdraws Steve Pierce and Jeanne Pierce's Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

August 1, 2012           **BY:** ___/s/ *Gene Locks*___
                   Gene Locks, Esquire
                   601 Walnut Street, Suite 720 East
                   Philadelphia, PA 19106
                   215-893-0100 (tel.)
                   215-893-3444 (fax)
                   glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| ————————————— <br> **This relates to:** <br><br> **Plaintiffs' Master Administrative Long-Form Complaint and Carl Hairston, et al. v. NFL, USDC, EDPA, No. 2:12-cv-00989-AB** <br><br> **STEVE PIERCE AND JEANNE PIERCE** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** <br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiffs Steve Pierce and Jeanne Pierce to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

                                                        **LOCKS LAW FIRM**

                                                        **BY:** ___/s/ *Gene Locks*___

                                                           Gene Locks, Esquire
                                                           601 Walnut Street, Suite 720 East
                                                           Philadelphia, PA 19106
                                                           215-893-0100 (tel.)
                                                           215-893-3444 (fax)
                                                           glocks@lockslaw.com