UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____<br><br>**This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Eric Allen, et al. v. NFL, USDC, EDPA, No. 2:12-cv-01281-AB**<br><br>**JEFF SMITH AND CHRISTIE SMITH** | **NOTICE OF WITHDRAWAL**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br><br>JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF JEFF SMITH AND CHRISTIE SMITH

Plaintiffs, Jeff Smith and Christie Smith hereby withdraw their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of Jeff Smith and Christie Smith was filed on March 12, 2012 as *Eric Allen, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-01281-AB. Consistent with the Court's Orders, Jeff Smith and Christie Smith's Short Form Complaint was filed on July 14, 2012: (a) as document number 540 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) as document number 32 in *Eric Allen, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-01281-AB. Both filings were served on the Defendants.

This Notice hereby withdraws Jeff Smith and Christie Smith's Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

August 1, 2012                                    **BY:** ___/s/ *Gene Locks*___
                                                  Gene Locks, Esquire
                                                  601 Walnut Street, Suite 720 East
                                                  Philadelphia, PA 19106
                                                  215-893-0100 (tel.)
                                                  215-893-3444 (fax)
                                                  glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>**This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Eric Allen, et al. v. NFL, USDC, EDPA, No. 2:12-cv-01281-AB**<br><br>**JEFF SMITH AND CHRISTIE SMITH** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiff Jeff Smith and Christie Smith to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

                                                     **LOCKS LAW FIRM**

                                                     **BY:**    /s/ *Gene Locks*
                                                             Gene Locks, Esquire
                                                              601 Walnut Street, Suite 720 East
                                                              Philadelphia, PA 19106
                                                              215-893-0100 (tel.)
                                                              215-893-3444 (fax)
                                                              glocks@lockslaw.com