UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____<br><br>**This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Carl Hairston, et al. v. NFL, USDC, EDPA, No. 2:12-cv-00989-AB**<br><br>**JOHN HICKS AND CINDY HICKS** | **NOTICE OF WITHDRAWAL**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br><br>JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF JOHN HICKS AND CINDY HICKS

Plaintiffs, John Hicks and Cindy Hicks hereby withdraw their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of John Hicks and Cindy Hicks was filed on February 24, 2012 as *Carl Hairston, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-00989-AB. Consistent with the Court's Orders, John Hicks and Cindy Hicks' Short Form Complaint was filed on July 10, 2012: (a) as document number 400 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) as document number 32 in *Carl Hairston, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-00989-AB. Both filings were served on the Defendants.

This Notice hereby withdraws John Hicks and Cindy Hicks' Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

August 1, 2012                                   **BY:**   /s/ *Gene Locks*
                                                 Gene Locks, Esquire
                                                 601 Walnut Street, Suite 720 East
                                                 Philadelphia, PA 19106
                                                 215-893-0100 (tel.)
                                                 215-893-3444 (fax)
                                                 glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| | |
| **This relates to:** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** |
| **Plaintiffs' Master Administrative Long-Form Complaint and Carl Hairston, et al. v. NFL, USDC, EDPA, No. 2:12-cv-00989-AB** | |
| **JOHN HICKS AND CINDY HICKS** | JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiffs John Hicks and Cindy Hicks to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

**LOCKS LAW FIRM**

**BY:** ___/s/ *Gene Locks*___
Gene Locks, Esquire
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com