UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____<br><br>This relates to:<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Jethro Pugh, et al. v. NFL, USDC, EDPA, No. 2:12-cv-01165-AB**<br><br>**CHUCK THOMAS** | **NOTICE OF WITHDRAWAL**<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br><br>JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF CHUCK THOMAS

Plaintiff, Chuck Thomas hereby withdraws his Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of Chuck Thomas was filed on March 5, 2012 as *Jethro Pugh, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-01165-AB. Consistent with the Court's Orders, Chuck Thomas' Short Form Complaint was filed on July 10, 2012: (a) as document number 454 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) as document number 21 in *Jethro Pugh, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-01165-AB. Both filings were served on the Defendants.

This Notice hereby withdraws Chuck Thomas' Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

August 1, 2012					**BY:**___/s/ *Gene Locks*_____
						Gene Locks, Esquire
						601 Walnut Street, Suite 720 East
						Philadelphia, PA 19106
						215-893-0100 (tel.)
						215-893-3444 (fax)
						glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒<br>**This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Jethro Pugh, et al. v. NFL, USDC, EDPA, No. 2:12-cv-01165-AB**<br><br>**CHUCK THOMAS** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiffs Chuck Thomas to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

        **LOCKS LAW FIRM**

        **BY:** _/s/ Gene Locks_
        Gene Locks, Esquire
        601 Walnut Street, Suite 720 East
        Philadelphia, PA 19106
        215-893-0100 (tel.)
        215-893-3444 (fax)
        glocks@lockslaw.com