IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | : : : : : : | **MDL No. 2323** 12-md-2323 |
| **THIS DOCUMENT RELATES TO:** Nos. 12-cv-1023, 12-cv-1024, 12-cv-1025 | : : | |

## ORDER

**AND NOW**, this __31st___ day of ___July___ 2012, it is **ORDERED** that the NFL Defendants' Motion to Dismiss (No. 12-1023, ECF No. 2; No. 12-1024, ECF No. 2; No. 12-1025, ECF No. 2), the Riddell Defendants' Motion to Dismiss (No. 12-1023, ECF No. 4; No. 12-1024, ECF No. 4; No. 12-1025, ECF No. 4), the Riddell Defendants' Request for Judicial Notice in Support of Motion to Dismiss (No. 12-1023, ECF No. 5; No. 12-1024, ECF No. 5; No. 12-1025, ECF No. 5), the Riddell Defendants' Motion to Sever (No. 12-1023, ECF No. 8; No. 12-1024, ECF No. 8; No. 12-1025, ECF No. 8), and the Riddell Defendants' Request for Judicial Notice in Support of Motion to Sever (No. 12-1023, ECF No. 9; No. 12-1024, ECF No. 9; No. 12-1025, ECF No. 9) are all **DENIED** without prejudice to my reconsideration of these motions in accordance with Case Management Order No. 2 (No. 12-md-2323, ECF No. 64), Case Management Order No. 4 (No. 12-md-2323, ECF No. 98), and the Stipulation and Order dated July 12, 2012 (No. 12-md-2323, ECF No. 2583).

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                Copies **MAILED** on _____ to: