GLASER WEIL FINK JACOBS HOWARD
AVCHEN & SHAPIRO LLP
FRED D. HEATHER (State Bar No. 110650)
*fheather@glaserweil.com*
ADAM LEBERTHON (State Bar No. 145226)
*aleberthon@glaserweil.com*
MARY ANN T. NGUYEN (State Bar No. 269099)
*mnguyen@glaserweil.com*
10250 Constellation Boulevard, Suite 1900
Los Angeles, CA  90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Plaintiffs

MUNGER, TOLLES & OLSON LLP
RONALD L. OLSON (State Bar No. 44597)
*Ron.Olson@mto.com*
JOHN W. SPIEGEL (State Bar No. 78935)
*John.Spiegel@mto.com*
JOHN M. RAPPAPORT (State Bar No. 254459)
*John.Rappaport@mto.com*
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendants
NATIONAL FOOTBALL LEAGUE,
NFL PROPERTIES LLC

**(Additional counsel listed on next page)**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>Master Case No. 12-md-2323<br>Individual Case No. 2:12-cv-05435<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br><br>JOHNNIE MORTON, ET AL. V. NATIONAL FOOTBALL LEAGUE, ET AL. | **STIPULATION TO AMEND COMPLAINT** |

[TITLE OF PLEADING]

774833

| | | |
|---|---|---|
| 1 | GIRARDI | KEESE | Attorneys for Plaintiffs |
| 2 | THOMAS V. GIRARDI (SBN: 36603)<br>*tgirardi@girardikeese.com* | |
| 3 | GRAHAM LIPPSMITH (SBN: 221984)<br>*glippsmith@girardikeese.com* | |
| 4 | CELENE S. CHAN (SBN: 260267)<br>*cchan@girardikeese.com* | |
| 5 | 1126 Wilshire Boulevard<br>Los Angeles, CA   90017 | |
| 6 | Telephone:   (213) 977-0211<br>Facsimile:    (213) 481-1154 | |
| 7 | | |
| 8 | PAUL, WEISS, RIFKIND, WHARTON<br>& GARRISON LLP | Attorneys for Defendants<br>NATIONAL FOOTBALL LEAGUE, |
| 9 | (*Pro hac vice applications to be filed*)<br>BRAD S. KARP | NFL PROPERTIES LLC |
| 10 | *bkarp@paulweiss.com*<br>THEODORE V. WELLS, JR. | |
| 11 | *twells@paulweiss.com*<br>BETH A. WILKINSON | |
| 12 | *bwilkinson@paulweiss.com*<br>LYNN B. BAYARD | |
| 13 | *lbayard@paulweiss.com*<br>1285 Avenue of the Americas | |
| 14 | New York, NY 10019-6064<br>Telephone:   (212) 373-3000 | |
| 15 | Facsimile:    (212) 757-3990 | |
| 16 | BOWMAN AND BROOKE LLP | Attorneys for Defendants |
| 17 | PAUL G. CEREGHINI (SBN: 148016)<br>*Paul.Cereghini@bowmanandbrooke.com* | RIDDELL, INC.; ALL AMERICAN<br>SPORTS CORPORATION; |
| 18 | MARION V. MAUCH (SBN: 253672)<br>*Marion.Mauch@bowmanandbrooke.com* | RIDDELL SPORTS GROUP, INC.;<br>EASTON-BELL SPORTS, INC.; |
| 19 | 879 West 190th Street, Suite 700<br>Gardena, CA  90248-4227 | EASTON-BELL SPORTS, LLC; EB<br>SPORTS CORP.; RBG HOLDINGS |
| 20 | Telephone:   (310) 768-3068<br>Facsimile:    (310)719-1019 | CORP. |

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

774833

1
STIPULATION TO AMEND COMPLAINT

1   This Stipulation is made by and between Plaintiffs and Defendants, by and
2   through their counsel of record, with reference to the following facts:
3   WHEREAS, Plaintiffs filed their Complaint in the Superior Court of the State
4   of California, Los Angeles County, on May 21, 2012;
5   WHEREAS, the United States District Court for the Eastern District of
6   Pennsylvania issued a Conditional Transfer Order on July 2, 2012 to transfer the case
7   to the Eastern District of Pennsylvania pursuant to Rule 7.1 of the <u>Rules of Procedure
8   of the United States Judicial Panel on Multidistrict Litigation</u>;
9   WHEREAS, the Conditional Transfer Order was finalized on July 10, 2012;
10  WHEREAS, Plaintiffs will file an amendment to the Complaint to add parties
11  whom Plaintiffs contend are additional similarly-situated plaintiffs;
12  WHEREAS, Defendants do not contest Plaintiffs' amendment of the
13  Complaint;
14  WHEREAS, Defendants' consent to Plaintiffs' amendment of the Complaint to
15  add additional plaintiffs is provided in light of the liberal standards for amending
16  pleadings under Rule 15 of the Federal Rules of Civil Procedure and is without
17  waiver of—and is with total reservation of—any of their defenses, arguments, and
18  positions with regard to the Complaint, either as it currently exists or as amended,
19  including but not limited to arguments concerning timeliness and limitations of
20  actions, failure to state a claim, joinder and severance, or any other arguments.
21  Plaintiffs will not argue, and this Stipulation is not to be and cannot be taken to
22  support any argument of purported waiver of any defense positions or arguments.
23  NOW THEREFORE, Plaintiffs and Defendants, through their counsel of
24  record, stipulate to the following:
25  IT IS HEREBY STIPULATED that Defendants consent to Plaintiff's
26  amendment of the Complaint.
27  ///
28  ///

DATED: July 31, 2012

GLASER WEIL FINK JACOBS
HOWARD AVCHEN & SHAPIRO LLP

By: _____
    FRED D. HEATHER

-and-

GIRARDI | KEESE
Attorneys for Plaintiffs

DATED: July 31, 2012

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

By: Beth Wilkinson w/ permission BCS
    BETH WILKINSON

-and-

MUNGER, TOLLES & OLSON LLP
Attorneys for Defendants
NATIONAL FOOTBALL LEAGUE
and NFL PROPERTIES LLC

DATED: July 31, 2012

BOWMAN AND BROOKE LLP

By: Robert L. Wise w/ permission
    ROBERT L. WISE

Attorneys for Defendants

RIDDELL, INC.; ALL AMERICAN
SPORTS CORPORATION; RIDDELL
SPORTS GROUP, INC.; EASTON-BELL
SPORTS, INC.; EASTON-BELL SPORTS,
LLC; EB SPORTS CORP.; RBG
HOLDINGS CORP.