## **CERTIFICATE OF SERIVCE**

The undersigned hereby certifies that all counsel who have consented to electronic service are being served with a copy of the foregoing document via the Eastern District of Pennsylvania CM/ECF system on August 6, 2012.

/s/  Fred D. Heather
Fred D. Heather

CERTIFICATE OF SERVICE