UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ **This relates to:** **Plaintiffs' Master Administrative Long-Form Complaint and Mark Rypien, et al. v. NFL, USDC, EDPA, No. 2:12-cv-01496-AB** **LAVONYA QUINTELLE CARTER** | **NOTICE OF WITHDRAWAL** **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF LAVONYA QUINTELLE CARTER

Plaintiff, Lavonya Quintelle Carter hereby withdraws his Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of Lavonya Quintelle Carter was filed on March 23, 2012 as *Mark Rypien, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-01496-AB. Consistent with the Court's Orders, Lavonya Quintelle Carter's Short Form Complaint was filed on July 11, 2012: (a) as document number 636 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) as document number 7 in *Mark Rypien, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-01496-AB. Both filings were served on the Defendants.

This Notice hereby withdraws Lavonya Quintelle Carter's Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

August 18, 2012                    **BY:** ___/s/ *Gene Locks*_____
                                   Gene Locks, Esquire
                                   601 Walnut Street, Suite 720 East
                                   Philadelphia, PA 19106
                                   215-893-0100 (tel.)
                                   215-893-3444 (fax)
                                   glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ ‐ **This relates to:** **Plaintiffs' Master Administrative Long-Form Complaint and Mark Rypien, et al. v. NFL, USDC, EDPA, No. 2:12-cv-01496-AB** **LAVONYA QUINTELLE CARTER** | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiff LAVONYA QUINTELLE CARTER to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

        LOCKS LAW FIRM

        BY: ___/s/ *Gene Locks*___
        Gene Locks, Esquire
        601 Walnut Street, Suite 720 East
        Philadelphia, PA 19106
        215-893-0100 (tel.)
        215-893-3444 (fax)
        glocks@lockslaw.com