UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____ <br><br> **This relates to:** <br><br> **Plaintiffs' Master Administrative Long-Form Complaint and Carl Hairston, et al. v. NFL, USDC, EDPA, No. 2:12-cv-00989-AB** <br><br> **C. MARTIN AMSLER AND JEAN AMSLER** | NOTICE OF WITHDRAWAL <br><br> IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION <br><br> JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF C. MARTIN AMSLER AND JEAN AMSLER

Plaintiffs, C. Martin Amsler and Jean Amsler hereby withdraw their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of C. Martin Amsler and Jean Amsler was filed on February 24, 2012 as *Carl Hairston, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-00989-AB. Consistent with the Court's Orders, C. Martin Amsler and Jean Amsler's Short Form Complaint was filed: (a) on July 10, 2012 as document number 385 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) on July 12, 2012 as document number 17 in *Carl Hairston, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-00989-AB. Both filings were served on the Defendants.

This Notice hereby withdraws C. Martin Amsler and Jean Amsler's Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

August 18, 2012　　　　　　　　　　　　**BY:**　　/s/ *Gene Locks*　　
　　　　　　　　　　　　　　　　　　　　　　Gene Locks, Esquire
　　　　　　　　　　　　　　　　　　　　　　601 Walnut Street, Suite 720 East
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　215-893-0100 (tel.)
　　　　　　　　　　　　　　　　　　　　　　215-893-3444 (fax)
　　　　　　　　　　　　　　　　　　　　　　glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| **This relates to:** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** |
| **Plaintiffs' Master Administrative Long-Form Complaint and Carl Hairston, et al. v. NFL, USDC, EDPA, No. 2:12-cv-00989-AB** | |
| **C. MARTIN AMSLER AND JEAN AMSLER** | JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiffs C. MARTIN AMSLER AND JEAN AMSLER to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

LOCKS LAW FIRM

BY:   /s/ *Gene Locks*
Gene Locks, Esquire
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com