IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : : : | MDL No. 2323 <br> 12-md-2323 |
| THIS DOCUMENT RELATES TO: 12-cv-2802 | | |

# ORDER

**AND NOW**, this _20TH_____ day of ____AUGUST_____ 2012, in consideration of Plaintiff Marlene H. Tubbs' Suggestion of Death and Motion for Substitution of Parties (No. 12-md-2323, ECF No. 265), it is **ORDERED** that Plaintiff's Motion for Substitution of Parties is **GRANTED**.

S/ANITA B. BRODY
_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:       Copies **MAILED** on _____ to:

O:\ABB 2012\A - K\Jordan v. NFL Order re Motion for Substitution of Parties.wpd