IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL    :
LEAGUE PLAYERS' CONCUSSION    :
INJURY LITIGATION    :    **MDL No. 2323**
   :    **12-md-2323**
   :
**THIS DOCUMENT RELATES TO:**    :
**All Actions**    :

## ORDER

**AND NOW**, this ___ day of _____ 2012, for the reasons set forth on

the record in the Initial Organizational Conference on April 25, 2012, it is **ORDERED** that

Plaintiffs' Motion for Discovery (No. 12-md-2323, ECF No. 40) is **DENIED**, without prejudice.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:      Copies **MAILED** on _____ to:

O:\ABB 2012\L - Z\NFL MDL Order re Motion for Discovery (Old).wpd

1