IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION : : : : : : : : : : : | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

**UNCONTESTED MOTION FOR EXTENSION OF PAGE LIMITS**

Defendants National Football League and NFL Properties LLC (collectively, the "NFL Defendants") move to extend the page limits established by this Court for the forthcoming motions to dismiss on preemption grounds, to be filed by the NFL Defendants and the Riddell Defendants, and for Plaintiffs' responses thereto.

This Court has established a limit of 30 pages for Defendants' motions to dismiss on preemption grounds and for Plaintiffs' responses. The NFL Defendants, with the agreement of Plaintiffs and the Riddell Defendants, respectfully request that this limit be increased to 35 pages for all parties. The forthcoming papers will address complex legal questions that are critically important to the proper resolution of this litigation. It is in the best interests of all parties to ensure that the briefing adequately addresses all relevant issues, and a small increase will serve those interests.

1

Accordingly, the NFL Defendants request that this Court increase the page limits for the forthcoming motions to dismiss on preemption grounds to be filed by the NFL Defendants and by the Riddell Defendants, and for Plaintiffs' responses thereto, to 35 pages.

Respectfully submitted,

Dated:  August 24, 2012

s/ Judy L. Leone_____
DECHERT LLP
Judy L. Leone (Pa. Atty. ID 41165)
Robert C. Heim (Pa. Atty. ID 15758)
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
Tel:     (215) 994-4000
Fax:     (215) 994-2222
judy.leone@dechert.com

PAULL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Brad S. Karp
Theodore V. Wells, Jr.
Beth A. Wilkinson
Lynn B. Bayard
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

DUANE MORRIS LLP
John J. Soroko (Pa. Atty. ID 25987)
Dana B. Klinges (Pa. Atty. ID 57943)
30 South 17th Street
Philadelphia, PA  19103-4196
(215) 979-1000

*Attorneys for NFL Defendants*

**CERTIFICATION OF UNCONTESTED STATUS**

I hereby certify that both Plaintiffs and the Riddell Defendants have stated that they do not contest this Motion.

Dated:  August 24, 2012

s/ Judy L. Leone_____
DECHERT LLP
Judy L. Leone (Pa. Atty. ID 41165)
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
Tel:     (215) 994-4000
Fax:    (215) 994-2222
judy.leone@dechert.com

1

**CERTIFICATE OF SERVICE**

I, Nathan M. McClellan, hereby certify that on August 24, 2012, I electronically filed the foregoing Uncontested Motion for Extension of Page Limits and electronically served it via the Court's CM/ECF system on all counsel of record.

Dated:  August 24, 2012

s/ Nathan M. McClellan_____
DECHERT LLP
Nathan M. McClellan (Pa. Atty. ID 307848)
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
Tel:     (215) 994-4000
Fax:     (215) 994-2222
nathan.mcclellan@dechert.com