IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : : : : : : |
| | MDL No. 2323 |
| | No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## PROPOSED ORDER

**AND NOW**, this ___ day of _____, 2012, upon consideration of the Uncontested Motion for Appointment of Co-Liaison Counsel filed by the National Football League and NFL Properties LLC (collectively, the "NFL Defendants"), it is hereby ORDERED that Robert C. Heim is appointed co-liaison counsel for the NFL Defendants.

/s Anita B. Brody

_____
ANITA B. BRODY, J.

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION : : : : : : : : : : : | MDL No. 2323 No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## UNCONTESTED MOTION FOR APPOINTMENT OF CO-LIAISON COUNSEL

Defendants National Football League and NFL Properties LLC (collectively, the "NFL Defendants") move this Court to appoint Robert C. Heim of the firm Dechert LLP as co-liaison counsel for the NFL Defendants.  Plaintiffs and the Riddell Defendants do not oppose this motion.

Respectfully submitted,

Dated:  August 28, 2012

s/ Judy L. Leone
DECHERT LLP
Judy L. Leone (Pa. Atty. ID 41165)
Robert C. Heim (Pa. Atty. ID 15758)
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
Tel:    (215) 994-4000
Fax:    (215) 994-2222
judy.leone@dechert.com

1

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Brad S. Karp
Theodore V. Wells, Jr.
Beth A. Wilkinson
Lynn B. Bayard
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

DUANE MORRIS LLP
John J. Soroko (Pa. Atty. ID 25987)
Dana B. Klinges (Pa. Atty. ID 57943)
30 South 17th Street
Philadelphia, PA  19103-4196
(215) 979-1000

*Attorneys for NFL Defendants*

**CERTIFICATION OF UNCONTESTED STATUS**

I hereby certify that both Plaintiffs and the Riddell Defendants have stated that they do not contest this Motion.

Dated:  August 28, 2012

s/ Judy L. Leone_____
DECHERT LLP
Judy L. Leone (Pa. Atty. ID 41165)
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
Tel:    (215) 994-4000
Fax:    (215) 994-2222
judy.leone@dechert.com

**CERTIFICATE OF SERVICE**

I, Nathan M. McClellan, hereby certify that on August 28, 2012, I electronically filed the foregoing Uncontested Motion for Appointment of Co-Liaison Counsel and electronically served it via the Court's CM/ECF system on all counsel of record.

| | |
|---|---|
| Dated:  August 28, 2012 | s/ Nathan M. McClellan_____<br>DECHERT LLP<br>Nathan M. McClellan (Pa. Atty. ID 307848)<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19104-2808<br>Tel:     (215) 994-4000<br>Fax:    (215) 994-2222<br>nathan.mcclellan@dechert.com |