GLASER WEIL FINK JACOBS HOWARD
AVCHEN & SHAPIRO LLP
FRED D. HEATHER (SBN: 110650)
*fheather@glaserweil.com*
ADAM LEBERTHON (SBN: 145226)
*aleberthon@glaserweil.com*
MARY ANN T. NGUYEN (SBN: 269099)
*mnguyen@glaserweil.com*
10250 Constellation Boulevard, Suite 1900
Los Angeles, CA  90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Plaintiffs

MUNGER, TOLLES & OLSON LLP
RONALD L. OLSON (SBN: 44597)
*Ron.Olson@mto.com*
JOHN W. SPIEGEL (SBN: 78935)
*John.Spiegel@mto.com*
JOHN M. RAPPAPORT (SBN: 254459)
*John.Rappaport@mto.com*
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendants
NATIONAL FOOTBALL LEAGUE,
NFL PROPERTIES LLC

(Additional counsel listed on next page)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>Master Case No. 12-md-2323<br>Individual Case No. 2:12-cv-05435 |
| | Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br>JOHNNIE MORTON, ET AL. V. NATIONAL FOOTBALL LEAGUE, ET AL. | **STIPULATION FOR SECOND AMENDED COMPLAINT** |

| | |
|---|---|
| GIRARDI \| KEESE<br>THOMAS V. GIRARDI (SBN: 36603)<br>tgirardi@girardikeese.com<br>GRAHAM LIPPSMITH (SBN: 221984)<br>glippsmith@girardikeese.com<br>CELENE S. CHAN (SBN: 260267)<br>cchan@girardikeese.com<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017<br>Telephone: (213) 977-0211<br>Facsimile: (213) 481-1154 | Attorneys for Plaintiffs |
| PAUL, WEISS, RIFKIND, WHARTON<br>& GARRISON LLP<br>BRAD S. KARP<br>bkarp@paulweiss.com<br>THEODORE V. WELLS, JR.<br>twells@paulweiss.com<br>BETH A. WILKINSON<br>bwilkinson@paulweiss.com<br>LYNN B. BAYARD<br>lbayard@paulweiss.com<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990 | Attorneys for Defendants<br>NATIONAL FOOTBALL LEAGUE,<br>NFL PROPERTIES LLC |
| BOWMAN AND BROOKE LLP<br>PAUL G. CEREGHINI (SBN: 148016)<br>Paul.Cereghini@bowmanandbrooke.com<br>VINCENT GALVIN, JR. (SBN: 104448)<br>Vincent.Galvin@bowmanandbrooke.com<br>MARION V. MAUCH (SBN: 253672)<br>Marion.Mauch@bowmanandbrooke.com<br>879 West 190th Street, Suite 700<br>Gardena, CA 90248-4227<br>Telephone: (310) 768-3068<br>Facsimile: (310) 719-1019 | Attorneys for Defendants<br>RIDDELL, INC.; ALL AMERICAN<br>SPORTS CORPORATION;<br>RIDDELL SPORTS GROUP, INC.;<br>EASTON-BELL SPORTS, INC.;<br>EASTON-BELL SPORTS, LLC; EB<br>SPORTS CORP.; RBG HOLDINGS<br>CORP. |

Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP

This Stipulation is made by and between Plaintiffs and Defendants, by and through their counsel of record, with reference to the following facts:

WHEREAS, Plaintiffs filed their Complaint in the Superior Court of the State of California, Los Angeles County, on May 21, 2012;

WHEREAS, the United States District Court for the Eastern District of Pennsylvania issued a Conditional Transfer Order on July 2, 2012 to transfer the case to the Eastern District of Pennsylvania pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>;

WHEREAS, the Conditional Transfer Order was finalized on July 10, 2012;

WHEREAS, Plaintiffs filed their First Amended Complaint in the Eastern District of Pennsylvania on August 2, 2012 to add additional parties whom Plaintiffs contend are additional similarly-suited plaintiffs;

WHEREAS, Plaintiffs will file a Second Amended Complaint in the Eastern District of Pennsylvania to add further parties whom Plaintiffs contend are additional similarly-situated plaintiffs;

WHEREAS, Defendants do not contest Plaintiffs' filing of a Second Amended Complaint;

WHEREAS, Defendants' consent to Plaintiffs' filing of a Second Amended Complaint to add additional plaintiffs is provided in light of the liberal standards for amending pleadings under Rule 15 of the Federal Rules of Civil Procedure and is without waiver of—and is with total reservation of—any of Defendants' defenses, arguments, and positions with regard to any iteration of the Complaint, either as it currently exists or as amended, including but not limited to arguments concerning timeliness and limitations of actions, failure to state a claim, joinder and severance, or any other arguments. Plaintiffs will not argue, and this Stipulation is not to be and cannot be taken to support any argument of purported waiver of any defense positions or arguments.

1   NOW THEREFORE, Plaintiffs and Defendants, through their counsel of
2   record, stipulate to the following:
3   IT IS HEREBY STIPULATED that Defendants consent to Plaintiff's filing of a
4   Second Amended Complaint.
5   ///
6   ///

| | | |
|---|---|---|
| 1 | DATED: Aug 27, 2012 | GLASER WEIL FINK JACOBS HOWARD AVCHEN & SHAPIRO LLP |

By: /s/ *signature*
FRED D. HEATHER

-and-
GIRARDI | KEESE
Attorneys for Plaintiffs

DATED: August 24, 2012

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: Beth Wilkinson w/permission BCS
BETH A. WILKINSON

-and-
MUNGER, TOLLES & OLSON LLP
Attorneys for Defendants
NATIONAL FOOTBALL LEAGUE
and NFL PROPERTIES LLC

DATED: Aug 24, 2012

BOWMAN AND BROOKE LLP

By: Robert L. Wise w/permission
ROBERT L. WISE

Attorneys for Defendants

RIDDELL, INC.; ALL AMERICAN SPORTS CORPORATION; RIDDELL SPORTS GROUP, INC.; EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC; EB SPORTS CORP.; RBG HOLDINGS CORP.