IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

~~PROPOSED~~ ORDER

AND NOW, this 27th day of August, 2012, upon consideration of the Uncontested Motion for Extension of Page Limits filed by the National Football League and NFL Properties LLC, it is hereby ORDERED that the page limit for the forthcoming motions to dismiss on preemption grounds to be filed by the NFL Defendants and the Riddell Defendants shall be increased to 35 pages. It is further ORDERED that the page limits for Plaintiffs' responses to those motions shall be increased to 35 pages.

/s/ Anita B. Brody
_____
ANITA B. BRODY, J.

Copies via ECF on 8/28/12