IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

~~PROPOSED~~ ORDER

AND NOW, this 28th day of August, 2012, upon consideration of the Uncontested Motion for Appointment of Co-Liaison Counsel filed by the National Football League and NFL Properties LLC (collectively, the "NFL Defendants"), it is hereby ORDERED that Robert C. Heim is appointed co-liaison counsel for the NFL Defendants.

/s/ Anita B. Brody
_____
ANITA B. BRODY, J.

Copies via ECF on _____