UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>Plaintiffs' Amended Master Administrative Long-Form Complaint and the Applicable Short-Form Complaints | |

**DEFENDANTS NATIONAL FOOTBALL LEAGUE'S AND NFL PROPERTIES LLC'S MOTION TO DISMISS THE AMENDED MASTER ADMINISTRATIVE LONG-FORM COMPLAINT ON PREEMPTION GROUNDS**

Defendants National Football League and NFL Properties LLC (collectively, the "NFL Defendants") move pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss, with prejudice, Plaintiffs' Amended Master Administrative Long-Form Complaint and the applicable Short-Form Complaints on preemption grounds.  In support of this motion, the NFL Defendants rely on the points and authorities in the accompanying memorandum of law, and the accompanying Declaration of Dennis L. Curran and exhibits thereto, which the NFL Defendants submit herewith and incorporate herein in their entirety.

The NFL Defendants respectfully request oral argument on this motion.

                                              Respectfully submitted,

Dated:  August 30, 2012                s/ Brad S. Karp
                                              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Brad S. Karp
Theodore V. Wells, Jr.
Beth A. Wilkinson
Lynn B. Bayard
1285 Avenue of the Americas
New York, NY 10019-6064
Tel:     (212) 373-3000

DECHERT LLP
Judy L. Leone (Pa. Atty. ID 41165)
Robert C. Heim (Pa. Atty. ID 15758)
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
Tel:     (215) 994-4000

DUANE MORRIS LLP
John J. Soroko (Pa. Atty. ID 25987)
Dana B. Klinges (Pa. Atty. ID 57943)
30 South 17th Street
Philadelphia, PA  19103-4196
Tel:     (215) 979-1000

*Attorneys for the National Football League and NFL Properties LLC*

**CERTIFICATE OF SERVICE**

      I, Nathan M. McClellan, hereby certify that on August 30, 2012, I electronically filed the foregoing Motion to Dismiss the Amended Master Administrative Long-Form Complaint on Preemption Grounds, the Memorandum of Law in support thereof, the Declaration of Dennis L. Curran, and the associated exhibits, and electronically served them via the Court's CM/ECF system on all counsel of record.

Dated:  August 30, 2012

        s/ Nathan M. McClellan
        DECHERT LLP
        Nathan M. McClellan (Pa. Atty. ID 307848)
        Cira Centre
        2929 Arch Street
        Philadelphia, PA  19104-2808
        Tel:     (215) 994-4000
        Fax:    (215) 994-2222
        nathan.mcclellan@dechert.com