UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: Plaintiffs' Amended Master Administrative Long-Form Complaint and the Applicable Short-Form Complaints | |

**PROPOSED ORDER**

**AND NOW**, this ____ day of _____, 2012, upon consideration of the Motion to Dismiss the Amended Master Administrative Long-Form Complaint on preemption grounds filed by the National Football League and NFL Properties LLC, it is hereby **ORDERED** that the Motion is **GRANTED,** and the Amended Master Administrative Long-Form Complaint and the applicable Short-Form Complaints are dismissed with prejudice.

_____
ANITA B. BRODY, J.