| | |
|---|---|
| Age of Player's wife: | Three years younger than player |
| Remarriage rates: | 1971 Railroad Retirement Board rates |
| Net investment return: | 7.25% |
| Administration expenses: | Actual for prior year |
| Valuation date: | First day of plan year |
| Actuarial value of assets: | One-time write-up to market value as of March 31, 1993 followed by restart of the present procedure thereafter. |
| Funding method: | Unit credit cost method, except retrospective term cost based on actual experience during the prior year for Line-of-Duty disability benefits. |
| Amortization period: | 20 years beginning April 1, 1993; 19 years as of April 1, 1994, etc. In years when there is a zero or negative unfunded actuarial accrued liability, the amount which is expected to produce a zero unfunded actuarial accrued liability at the end of the plan year. |

# LETTER AGREEMENT

May 6, 1993

Harold Henderson
National Football League
Management Council
410 Park Avenue
New York, New York 10022

Dear Harold:

This letter confirms certain agreements between the National Football League Players Association ("NFLPA") and the National Football League Management Council ("NFLMC") regarding several matters not set forth in the Collective Bargaining Agreement ("CBA"). First, the NFLMC will exercise its best efforts to provide to the NFLPA as soon as possible, but no later than December 31, 1993, a complete copy of all existing salary summaries and Player Contracts and Offer Sheets in the NFLMC's possession that were signed by players with respect to the 1989 through 1992 League Years. The copy may be in microfiche or similar readable form.

Second, it is the intention of the NFLPA that it will appoint Eugene Upshaw and Michael Kenn, or two persons of similar stature, to attend meetings of the NFL Competition Committee pursuant to Article XIII (Player Relations Committee), Section 2, of the CBA.

Third, if a Club competes in the Super Bowl, each of its practice squad players will be given a ring similar in appearance to the one provided to Active/Inactive List players, but the ring may be of lesser value.

Sincerely,

/S/

Richard Berthelsen

SEEN & AGREED

# LETTER AGREEMENT

May 6, 1993

Harold Henderson
National Football League
Management Council
410 Park Avenue
New York, NY 10022

Re: White v. NFL
Dear Harold:

This letter will confirm our agreement that under Article XIV (NFL Player Contract), paragraph 3 of Article XXX (Consultation and Information Sharing), paragraph 4 of Article XXV (Enforcement of the Salary Cap and Entering Player Pool), and Article XXVIII (Anti Collusion Provisions) of the Collective Bargaining Agreement, any approval or disapproval of a player's contract by the Commissioner, or any communication thereof, timely notice of which is provided to the NFLPA and Class Counsel, cannot be the basis of any claim of collusion. Class Counsel, the NFLPA, or the affected Player shall have the right to appeal the Commissioner's disapproval of such player contract to the Special Master, pursuant to Article XXVI (Special Master) and Article XXV (Enforcement of the Salary Cap and Entering Player Pool) of the Collective Bargaining Agreement.



Sincerely,

/S/

Richard Berthelsen

Harold Henderson

Seen & Agreed

# LETTER AGREEMENT

June 23, 1993

Mr. Harold R. Henderson
Executive Vice President for
Labor Relations/Chairman NFLMC
National Football League
410 Park Avenue
New York, New York 10022

Dear Harold:

This letter confirms our agreed-upon interpretations of the following provisions of the Collective Bargaining Agreement ("CBA").

1. If a Rookie contracts with a Club for the minimum workout payments set forth in Article XXXV, for his second or subsequent season, such payments shall not be included for the purposes of the 25% calculation under Article XVII, Section 4(e). If a Rookie contracts with a Club for a workout payment in excess of the minimum, such excess amount shall be included for the purposes of the 25% calculation under Article XVII, Section 4(e). In all cases, a workout payment shall count toward Team Salary and a Team's Rookie Allocation.

2. For the purposes of valuing the Salary of a player under the Salary Cap, any portion of such Salary for which a Team guarantees payment shall immediately be included in Team Salary during the year earned, subject only to the exceptions contained in Article XXIV, Section 7(d) (i)-(iv).

3. For purposes of the Salary Cap and Entering Player Pool, any guaranteed bonus tied to workouts shall be treated as a Signing Bonus.

4. For purposes of the Salary Cap and Entering Player Pool, any salary advance which a player is not obligated to re-pay shall be treated as a Signing Bonus.

5. For purposes of calculating the minimum tenders to Franchise and Transition players under Article XX, if the present value of any deferred Paragraph 5 amount (as defined in Article XXIV, Section 7, Paragraph (a) (ii)) is at least $100,000 less than the initial Paragraph 5 amount (before being present valued), then the present value amount shall be used.

6. For purposes of the Salary Cap and Entering Player Pool, any roster or reporting bonus which is earned or paid before the start of the Club's pre-season training camp shall be treated as a Signing Bonus.

7. For purposes of the Entering Player Pool and a Team's Rookie Allocation, amounts contracted to be paid to Drafted Rookies, and amounts in excess of the applicable Minimum Active/Inactive List Salary contracted to be paid to Undrafted Rookies pursuant to Article XVII, Section 4, shall be counted against the Entering Player Pool and a Team's Rookie Alloca-

tion, whether the amounts are actually paid, in the manner otherwise specified in the CBA.

8. The final sentence of Article XIX, Section 3 (b) applies to Article XIX, Section 3 (c).

9. Pursuant to Article XXXIV, Section 4, the practice squad shall consist of players who do not have an Accrued Season.

In addition, it is agreed that in League Years for which no Salary Cap is in effect, 85% of any amount contracted by a Team to be paid from the Team's Rookie Allocation to a Rookie, but not actually paid by the Team to that player, either as a rookie, or as a re-signed first-year player or practice squad player, which amount was not paid because that player was released, will be distributed to all rookies on such Team promptly after the end of the season on a pro rata basis based upon the number of downs played.

Finally, it is agreed that any non-injury dispute between a player and a Club arising before the effective date of the CBA that was or is arbitrable under a 1992 or 1993 NFL Player Contract, involving a player who is under contract or who has received a tender for the 1993 NFL season, which dispute to date has not been filed as a civil action, must be processed through Article IX of the CBA and must be initiated prior to the date of the first regular season game of the 1993 League Year.



Sincerely,

Gene Upshaw

Agreed to and accepted:

Harold R. Henderson

# LETTER AGREEMENT

August 4, 1993

Gene Upshaw
Executive Director
NFL Players Association
2021 L. Street, N.W.
Washington, D.C. 20036

Re: Collective Bargaining Agreement
Dear Gene:

This letter confirms our agreement regarding reimbursements and payments to players for Rookie Orientation Camps, as follows:

1. The parties agree that if a club has a Rookie Orientation Program apart from its allowable mini camp(s) and prior to its training camp, the following categories of per player reimbursements or payments will not be counted against the Entering Player Pool:

(1) One Round Trip Airline Ticket or its cash equivalent from the player's place of residence to the club city and back, not to exceed $750.

(2) Room and Board of up to $100 per day or its equivalent, up to a maximum of 45 days.

(3) Ground transportation to and from the player's place of residence in the club's city to the club's facility.

Any amounts in excess of the above reimbursements or payments will count against the Entering Player Pool.

2. The parties further agree that the above reimbursements or payments for Rookie Orientation Programs will not be considered Player Costs during the term of this Agreement. The parties reserve their respective rights and arguments with respect to whether any amounts in excess of the above reimbursements or payments do or do not qualify as Player Costs under the Agreement.

3. Costs associated with the Rookie Orientation Programs will be evaluated by the NFLPA, Class Counsel, and the NFLMC each year to de-

termine if adjustment, with respect to the Entering Player Pool, is appropriate.

Sincerely,

Harold Henderson

SEEN & AGREED

# LETTER AGREEMENT

August 4, 1993

Gene Upshaw
Executive Director
NFL Players Association
2021 L. Street, N.W.
Washington, D.C. 20036

Re: Collective Bargaining Agreement
Dear Gene:

This letter confirms our agreed-upon interpretation of the Collective Bargaining Agreement ("CBA") regarding whether Clubs subject to the Final Eight Plan are permitted to negotiate with and sign Transition Players, and Franchise Players who otherwise are permitted to negotiate and sign with other Clubs.

We have agreed that Final Eight Plan Clubs are permitted under the CBA to negotiate with and sign such players, since these players are not Unrestricted Free Agents. We further confirm that this agreement does not affect in any way any contracts such players may have already entered into this year.

Sincerely,

Harold Henderson

SEEN & AGREED

# LETTER AGREEMENT

August 4, 1993

Harold R. Henderson
Executive Vice President for Labor Relations/
Chairman NFLMC
National Football League
410 Park Avenue
New York, New York 10022

Re: Collective Bargaining Agreement
Dear Harold:

This letter confirms our understanding that our agreement to use one contract form for a multi-year deal between a player and a club (as opposed to using a series of one-year contract forms as in the past) does not expand the period of time for which a club is obligated to provide an injured player with medical and hospital care. Put another way, we agree that Paragraph 9 of the new NFL Player Contract gives the same coverage in this respect as Paragraph 9 of the old form.



Of course, nothing in this letter shall be construed as modifying any workers compensation rights that a player or club may have.

Sincerely,

Gene Upshaw

SEEN & AGREED

# INDEX

## A

ACCESS TO PERSONNEL AND MEDICAL RECORDS,
ARTICLE XLV ....................128
Section 1. Personnel Records ....................128
Section 2. Medical Records ....................128

ADDRESSES, ARTICLE LV, SECTION 7 ....................152

ANTI-COLLUSION, ARTICLE XXVIII ....................97
Section 1. Prohibited Conduct ....................97
Section 2. Other Club Conduct ....................97
Section 3. Club Discretion ....................97
Section 4. League Disclosures ....................98
Section 5. Enforcement of Anti-Collusion Provisions ....................98
Section 6. Burden of Proof ....................98
Section 7. Summary Judgment ....................99
Section 8. Remedies ....................99
Section 9. Computation of Damages ....................99
Section 10. Player Election ....................100
Section 11. Payment of Damages ....................101
Section 12. Effect on Cap Computations ....................101
Section 13. Effect on Salary Cap ....................101
Section 14. No Reimbursement ....................101
Section 15. Costs ....................101
Section 16. Termination ....................101
Section 17. Time Limits ....................102
Section 18. Prior Conference ....................102

APPEARANCES, ARTICLE LV, SECTION 3 ....................152

ATTIRE, ON-FIELD, ARTICLE LV, SECTION 2 ....................152

AUTHORIZATION, ARTICLE LV, SECTION 15 ....................153

## B

BENEFIT ARBITRATOR, ARTICLE LII ....................147
Section 1. Selection ....................147
Section 2. Compensation ....................147
Section 3. Role ....................147

BINDING EFFECT, ARTICLE LV, SECTION 14 ....................153

# C

CAREER PLANNING PROGRAM, ARTICLE LV, SECTION 12 .......153

CERTIFICATIONS, ARTICLE XXIX .......103
Section 1. Contract Certification .......103
Section 2. End of League Year Certification .......103
Section 3. False Certification .......104

CLUB DISCIPLINE, ARTICLE VIII .......16
Section 1. Maximum Discipline .......16
Section 2. Published Lists .......17
Section 3. Uniformity .......17
Section 4. Disputes .......17
Section 5. Deduction .......17

COLLEGE DRAFT, ARTICLE XVI .......39
Section 1. Time of Draft .......39
Section 2. Number of Choices .......39
Section 3. Required Tender .......39
Section 4. Signing of Drafted Rookies .......39
Section 5. Other Professional Teams .......40
Section 6. Return to College .......41
Section 7. Assignment of Draft Rights .......42
Section 8. Subsequent Draft .......42
Section 9. No Subsequent Draft .......42
Section 10. Compensatory Draft Selections .......42
Section 11. Undrafted Rookies .......43
Section 12. Notice of Signing .......43

COMMISSIONER DISCIPLINE, ARTICLE XI .......29
Section 1. League Discipline .......29
Section 2. Time Limits .......29
Section 3. Representation .......29
Section 4. Costs .......30
Section 5. One Penalty .......30
Section 6. Fine Money .......30

COMMITTEES, ARTICLE XIII .......33
Section 1. Joint Committee .......33
Section 2. Competition Committee .......34
Section 3. Player/Club Operations Committee .......34

CONSULTATION AND INFORMATION SHARING,
ARTICLE XXX ....105
Section 1. Consultation and Communications ....105
Section 2. Salary Summaries ....105
Section 3. Notice of Invalid Contract ....105
Section 4. Neutral Verifier ....105
Section 5. Copies ....106
Section 6. Meetings ....106

D

DAYS OFF, ARTICLE XL ....120
Section 1. Rate ....120
Section 2. Requirements ....120

DEDUCTIONS (CLUB HOUSE DUES),
ARTICLE LV, SECTION 5 ....152

DEFINITIONS, ARTICLE I ....2
Section 1. General Definitions ....2
Section 2. Free Agency Definitions ....3
Section 3. Salary Cap Definitions ....5

DELIVERY OF DOCUMENTS, ARTICLE LV, SECTION 13 ....153

DURATION OF AGREEMENT, ARTICLE LVIII ....157
Section 1. Effective Date ....157
Section 2. Termination ....157
Section 3. Termination Date ....157
Section 4. Termination Prior to Expiration Date ....157
Section 5. Ratification ....159

E

ENDORSEMENTS, ARTICLE LV, SECTION 1 ....152

ENFORCEMENT OF THE SALARY CAP AND ENTERING PLAYER
POOL, ARTICLE XXV ....90
Section 1. Undisclosed Terms ....90
Section 2. Circumvention ....90
Section 3. Special Master Action ....90
Section 4. Commissioner Disapproval ....90
Section 5. Special Master Review ....91
Section 6. Sanctions ....91
Section 7. Prior Conference ....91

EXHIBITS, ARTICLE LV, SECTION 18 ....154

EXPANSION, ARTICLE XXXI ....107
Section 1. Veteran Allocation ....107
Section 2. Additional Compensatory Picks ....107
Section 3. Entering Player Pool Adjustment ....107
Section 4. Relocation Bonus ....107

F

FINAL EIGHT PLAN, ARTICLE XXI ....69
Section 1. Application ....69
Section 2. Top Four Teams ....69
Section 3. Next Four Teams ....69
Section 4. Replacement of Free Agents Signed By Other Club ....69
Section 5. Increases ....70
Section 6. Salary Definition ....70
Section 7. Trade Limitation ....70

FRANCHISE AND TRANSITION PLAYERS, ARTICLE XX ....60
Section 1. Franchise Player Designations ....60
Section 2. Required Tender for Franchise Players ....60
Section 3. Transition Player Designations ....62
Section 4. Required Tender for Transition Players ....62
Section 5. Right of First Refusal for Transition Players ....63
Section 6. Lists ....63
Section 7. Salary Information ....63
Section 8. No Assignment ....64
Section 9. Duration of Designation ....64
Section 10. Franchise Player Designation Period ....65
Section 11. Transition Player Designation Period ....65
Section 12. Prospective Designation ....66
Section 13. Right to Decline ....66
Section 14. Other Terms ....67
Section 15. Compensatory Draft Selection ....67
Section 16. Signing Period for Transition Players ....67
Section 17. Signing Period for Franchise Players ....68



G

GOVERNING AGREEMENT, ARTICLE II ....7
Section 1. Conflicts ....7
Section 2. Implementation ....7
Section 3. Management Rights ....7

Section 4. Rounding.....7

GOVERNING LAW, ARTICLE LIX.....160

GROUP INSURANCE, ARTICLE XLIX.....141
Section 1. Group Insurance Benefits.....141
Section 2. Administration.....141

GUARANTEED LEAGUE-WIDE SALARY, SALARY CAP AND MINIMUM TEAM SALARY, ARTICLE XXIV.....74
Section 1. Definitions.....74
Section 2. Trigger for Guaranteed League-wide Salary, Salary Cap, and Minimum Team Salary.....77
Section 3. Guaranteed League-wide Salary.....77
Section 4. Salary Cap Amounts.....78
Section 5. Minimum Team Salary.....79
Section 6. Computation of Team Salary.....79
Section 7. Valuation of Player Contracts.....81
Section 8. 30% Rules.....85
Section 9. Renegotiations and Extensions.....85
Section 10. Accounting Procedures.....85



H

HEADINGS, ARTICLE LV, SECTION 16.....154

I

IMPARTIAL ARBITRATOR, ARTICLE XXVII.....95
Section 1. Selection.....95
Section 2. Scope of Authority.....95
Section 3. Effect of Rulings.....95
Section 4. Discovery.....95
Section 5. Compensation of Impartial Arbitrator.....95
Section 6. Procedures.....95
Section 7. Selection of Impartial Arbitrator.....96

INJURY GRIEVANCE, ARTICLE X.....23
Section 1. Definition.....23
Section 2. Filing.....23
Section 3. Answer.....23
Section 4. Neutral Physician.....24
Section 5. Neutral Physician List.....24
Section 6. Appeal.....25
Section 7. Arbitration Panel.....25

Section 8. Hearing ....25
Section 9. Miscellaneous ....26
Section 10. Expenses ....27
Section 11. Pension Credit ....27
Section 12. Payment ....27
Section 13. Presumption of Fitness ....27
Section 14. Playoff Money ....28
Section 15. Information Exchange ....28
Section 16. Discovery ....28

**INJURY PROTECTION, ARTICLE XII ....31**
Section 1. Qualification ....31
Section 2. Benefit ....31
Section 3. Disputes ....32

**L**

**1999 LEAGUE YEAR, ARTICLE LVI ....155**
Section 1. No Salary Cap ....155
Section 2. Free Agency If Salary Cap in 1998 ....155
Section 3. Free Agency If No Salary Cap in 1998 ....155
Section 4. Franchise and Transition Players ....155

**LEAGUE SECURITY, ARTICLE LV, SECTION 11 ....153**

**M**

**MEAL ALLOWANCE, ARTICLE XXXIX ....119**
Section 1. Reimbursement ....119
Section 2. Travel Day ....119

**MINICAMPS, ARTICLE XXXVI ....113**
Section 1. Number ....113
Section 2. Length ....113
Section 3. Expenses ....113
Section 4. Contact ....113
Section 5. Injuries ....113

**MOVING AND TRAVEL EXPENSES, ARTICLE XLI ....121**
Section 1. Qualification ....121
Section 2. Moving Expenses ....121
Section 3. Travel Expenses ....121
Section 4. Transportation ....122

MUTUAL RESERVATION OF RIGHTS: LABOR EXEMPTION, ARTICLE LVII ....................156
Section 1. Rights Under Law ....................156
Section 2. Labor Exemption ....................156
Section 3. CBA Expiration ....................156

## N

NFLPA AGENT CERTIFICATION, ARTICLE VI ....................14
Section 1. Exclusive Representation ....................14
Section 2. Enforcement ....................14
Section 3. Penalty ....................14

NFLPA TICKETS, ARTICLE LV, SECTION 8 ....................152

NFL PLAYER CONTRACT, ARTICLE XIV ....................35
Section 1. Form ....................35
Section 2. Term ....................35
Section 3. Changes ....................35
Section 4. Conformity ....................35
Section 5. General ....................35
Section 6. Commissioner Disapproval ....................36
Section 7. NFLPA Group Licensing Program ....................36
Section 8. Good Faith Negotiation ....................37

NON-INJURY GRIEVANCE, ARTICLE IX ....................18
Section 1. Definition ....................18
Section 2. Initiation ....................18
Section 3. Filing ....................18
Section 4. Appeal ....................18
Section 5. Discovery ....................19
Section 6. Arbitration Panel ....................19
Section 7. Hearing ....................20
Section 8. Arbitrator's Decision and Award ....................21
Section 9. Time Limits ....................21
Section 10. Representation ....................21
Section 11. Costs ....................21
Section 12. Payment ....................22
Section 13. Grievance Settlement Committee ....................22

NO STRIKE/LOCKOUT/SUIT, ARTICLE IV ....................9
Section 1. No Strike/Lockout ....................9
Section 2. No Suit ....................9
Section 3. Releases ....................10

NOTICES, ARTICLE LX ....................161

## O

OFF-SEASON WORKOUTS, ARTICLE XXXV ....................112
Section 1. Voluntary Workouts ....................112
Section 2. Time Periods ....................112
Section 3. Payment ....................112
Section 4. Injuries ....................112
Section 5. Miscellaneous ....................112

OPTION CLAUSE, ARTICLE XV ....................38
Section 1. Prohibition ....................38
Section 2. Existing Option Clauses ....................38

OTHER PROVISIONS, ARTICLE XXXII ....................108
Section 1. CFL Rule ....................108
Section 2. Physically Unable to Perform ....................108
Section 3. Non-Football Injury ....................108
Section 4. Roster Exemption ....................108



## P

PAROL EVIDENCE, ARTICLE LV, SECTION 19 ....................154

PLAYER BENEFIT COSTS, ARTICLE XLVI ....................129
Section 1. Right of Reduction ....................129
Section 2. Right of Restoration ....................129
Section 3. Definition ....................129
Section 4. Resolution of Disputes ....................130

PLAYER POOL (ENTERING), ARTICLE XVII ....................44
Section 1. Definition ....................44
Section 2. Covered League Years ....................44
Section 3. Calculation ....................44
Section 4. Operation ....................45

PLAYER SECURITY, ARTICLE VII ....................15
Section 1. No Discrimination ....................15
Section 2. Personal Appearance ....................15

PLAYER TICKETS, ARTICLE LV, SECTION 9 ....................153

**PLAYERS' RIGHTS TO MEDICAL CARE AND TREATMENT, ARTICLE XLIV .......... 126**
Section 1. Club Physician .......... 126
Section 2. Club Trainers .......... 126
Section 3. Players' Right to a Second Medical Opinion .......... 126
Section 4. Players' Right to a Surgeon of His Choice .......... 126
Section 5. Standard Minimum Pre-Season Physical .......... 126
Section 6. Substance Abuse .......... 127

**POST-SEASON PAY, ARTICLE XLII .......... 123**
Section 1. System .......... 123
Section 2. Compensation .......... 123
Section 3. Wild Card Game; Division Play-off Game .......... 123
Section 4. Conference Championship; Super Bowl Game .......... 123
Section 5. Payment .......... 124

**PRACTICE SQUADS, ARTICLE XXXIV .......... 111**
Section 1. Practice Squads .......... 111
Section 2. Signing With Other Clubs .......... 111
Section 3. Salary .......... 111
Section 4. Eligibility .......... 111



**PRE-SEASON TRAINING CAMPS, ARTICLE XXXVII .......... 114**
Section 1. Definition .......... 114
Section 2. Room and Board .......... 114
Section 3. Rookie Per Diem .......... 114
Section 4. Veteran Per Diem .......... 114
Section 5. Reporting .......... 114
Section 6. Number of Pre-Season Games .......... 114
Section 7. Telephones .......... 115
Section 8. Expenses .......... 115

**PRO BOWL GAME, ARTICLE XLIII .......... 125**
Section 1. Compensation .......... 125
Section 2. Selection .......... 125
Section 3. Wives .......... 125
Section 4. Injury .......... 125
Section 5. Payment .......... 125

**PROMOTIONS, ARTICLE LV, SECTION 4 .......... 152**

**PUBLIC STATEMENTS, ARTICLE LV, SECTION 6 .......... 152**

## R

RETENTION OF BENEFITS, ARTICLE LIII ....................................149

RETIREMENT PLAN, ARTICLE XLVII ..........................................132
Section 1. Maintenance and Definitions ....................................132
Section 2. Amendment by Bargaining Parties ..............................132
Section 3. Contributions ..........................................................132
Section 4. Amendment of Bert Bell and Pete Rozelle Plans ..........133
Section 5. Plan Merger and Further Amendments .......................136
Section 6. Benefits for Pre-1959 Seasons ....................................137

## S

SALARIES, ARTICLE XXXVIII ........................................................116
Section 1. 1993 Minimum Salaries ..........................................116
Section 2. Minimum Salaries For 1994-98 League Years ..............116
Section 3. Credited Season ......................................................116
Section 4. Other Compensation ...............................................116
Section 5. Arbitration ..............................................................117
Section 6. Payment ..................................................................117
Section 7. Deferred Paragraph 5 ..............................................117
Section 8. Number of Regular Season Games .............................117
Section 9. Copies of Contracts .................................................117
Section 10. Split Contracts .......................................................118
Section 11. Funding of Deferred and Guaranteed Contracts ........118

SCOPE OF AGREEMENT, ARTICLE III ............................................8
Section 1. Scope ..........................................................................8
Section 2. Arbitration ..................................................................8

SECOND CAREER SAVINGS PLAN, ARTICLE XLVIII ....................139
Section 1. Establishment ..........................................................139
Section 2. Contributions ...........................................................139
Section 3. Allocation ...............................................................139
Section 4. Salary Reduction Contributions ..................................139
Section 5. Benefit Options .......................................................139
Section 6. Death Benefits .........................................................140
Section 7. Investment ..............................................................140

SEVERANCE PAY, ARTICLE L ......................................................143
Section 1. Eligibility ................................................................143
Section 2. Amount ....................................................................143
Section 3. Application ..............................................................143
Section 4. Payment ..................................................................143

Section 5. Failure to Apply ....144
Section 6. Only One Payment ....144
Section 7. Payable to Survivor....144
Section 8. Prior Severance Pay ....144
Section 9. Nonassignability ....144

**SPECIAL MASTER, ARTICLE XXVI ....92**
Section 1. Appointment ....92
Section 2. Scope of Authority ....92
Section 3. Discovery ....93
Section 4. Compensation ....93
Section 5. Procedures....93
Section 6. Selection of Special Master ....94
Section 7. Penalties ....94

**SQUAD SIZE, ARTICLE XXXIII ....110**
Section 1. Active List....110
Section 2. Pre-Season ....110
Section 3. Inactive List ....110
Section 4. Active and Inactive List Limit ....110

**SUPPLEMENTAL DISABILITY BENEFITS, ARTICLE LI....145**
Section 1. Establishment....145
Section 2. Contributions ....145
Section 3. Disability Benefits ....145
Section 4. Retirement Ignored ....146



**T**

**TERMINATION PAY, ARTICLE XXIII ....73**
Section 1. Eligibility ....73
Section 2. Regular Season Signings ....73

**TESTS, PSYCHOLOGICAL OR PERSONALITY, ARTICLE LV, SECTION 10 ....153**

**TIME PERIODS, ARTICLE LV, SECTION 17 ....154**

**U**

**UNION SECURITY, ARTICLE V ....11**
Section 1. Union Security....11
Section 2. Check-Off....11
Section 3. NFLPA Meetings....11
Section 4. NFLPA Player Group Licensing Program....11

Section 5. Disputes ..... 12
Section 6. Procedure for Enforcement ..... 12
Section 7. NFLPA Responsibility ..... 13
Section 8. Orientations ..... 13

## V

VETERAN FREE AGENCY, ARTICLE XIX ..... 49
Section 1. Unrestricted Free Agents ..... 49
Section 2. Restricted Free Agents ..... 50
Section 3. Offer Sheet and First Refusal Procedures ..... 54
Section 4. Expedited Arbitration ..... 57
Section 5. Individually Negotiated Limitations on Player Movement ..... 57
Section 6. Notices, Etc. ..... 58

VETERANS WITH LESS THAN THREE ACCRUED SEASONS, ARTICLE XVIII ..... 47
Section 1. Accrued Seasons Calculation ..... 47
Section 2. Negotiating Rights of Players With Less Than Three Accrued Seasons ..... 47
Section 3. Minimum Salaries ..... 47
Section 4. Notice of Signing ..... 48



## W

WAIVER SYSTEM, ARTICLE XXII ..... 71
Section 1. Release ..... 71
Section 2. Contact ..... 71
Section 3. Ineligibility ..... 71
Section 4. Notice of Termination ..... 71
Section 5. NFLPA's Right to Personnel Information ..... 72
Section 6. Rosters ..... 72

WORKERS' COMPENSATION, ARTICLE LIV ..... 150
Section 1. Benefits ..... 150
Section 2. Rejection of Coverage ..... 150
Section 3. Arbitration ..... 150
Section 4. Joint Study ..... 150
Section 5. Moratorium ..... 150
Section 6. Preservation of Rights ..... 151
Section 7. Reopener ..... 151