3. *Subsection (x)(2)— Maximum Exclusion Of PSL Revenues Each League Year*

*For purposes of this subsection, Excluded DGR spillover shall be calculated as follows for each Team:*
*-Assume that the new stadium's first full year of operation is 1998.*
*-Assume that the Team's Excluded DGR data is as follows:*

| | 1997 | 1998 |
|---|---|---|
| *Excluded DGR* | *$5 million* | *$15 million* |

*If the League, as a whole, is in a spillover situation in 1998, then the increase in DGR due to spillover would be $10 million ($15 million - $5 million).*

*If the League is not in a spillover situation in 1998, the increase in DGR due to spillover would be zero.*

4. *Subsection (x)(3)— PSL Difference Credited To DGR*

*a. Assume that the new stadium is placed in service in June 1998.*

*1998 increase in DGR directly related to new stadium:*

| | |
|---|---|
| *- Increase in gate receipts* | *$6 million* |
| *- Increase in DGR spill-over* | *$2 million* |
| *Total DGR increase* | *$8 million* |

*Cumulative PSL Difference:*

| *Year* | *PSL Maximum Annual Allocation Amount* | *First Year DGR Increase* | *PSL Difference* |
|---|---|---|---|
| *1996* | *$5.430 million* | *$8 million (assumed)* | *$ 0* |
| *1997* | *$8.780 million* | *$8 million (assumed)* | *$ .780 million* |
| *1998* | *$9.615 million* | *$8 million* | *$1.615 million* |
| *Cumulative PSL Difference* | | | *$2.395 million* |

*For purposes of computing the PSL Difference, we assume that the increase in DGR was the same for 1996 and 1997 (years prior to the first full year the new stadium was placed into service) as it is in the first full year in the new stadium was placed into service ($8 million).*

*$2.395 million would be credited into DGR in the 1999 League Year.*

*b. Assume that the new stadium is placed in service in June 1998.*

*1998 increase in DGR directly related to new stadium:*

| | |
|---|---|
| *- Increase in gate receipts* | *$ 9 million* |
| *- Increase in DGR spill-over* | *$16 million* |
| *Total DGR increase* | *$25 million* |

*Cumulative PSL Difference:*

| Year | PSL Maximum Annual Allocation Amount | First Year DGR Increase | PSL Difference |
|---|---|---|---|
| 1996 | $5.430 million | $25 million (assumed) | 0 |
| 1997 | $8.780 million | $25 million (assumed) | 0 |
| 1998 | $9.615 million | $25 million | 0 |

*Cumulative PSL Difference* 0

***Since the increase in DGR in the first full year is greater than the PSL Maximum Annual Allocation Amount for each prior year in which such Allocation Amount was used, then there is no PSL Difference in any prior year.***

*No amount would be credited into DGR in the 1999 League Year.*

5. *Subsection (x)(5) - Carryover PSL Credit*

*Assume the following:*

*-New Stadium is placed in service in June 1998.*
*-1999 - 2002 Maximum Annual Allocation Amount is $9.615 million.*
*-Increases in DGR directly related to New Stadium are as follows:*

| | |
|---|---|
| 1999 | $ 8 million |
| 2000 | $ 9 million |
| 2001 | $14 million |

*The Carryover PSL credits are calculated as follows:*

| | |
|---|---|
| 1999 | $9.615m - $8m = $1.615m |
| 2000 | $9.615m - $9m = $ .615m |
| 2001 | (No carryover PSL credits) |

*Under this scenario, year 2001 has a PSL Excess of $4.385 million ($14m-$9.615m). The Carryover PSL credits of $2.230 million from 1999 and 2000 ($1.615m + $.615m) can be deducted in full from DGR in League Year 2001. There would be no remaining Carryover PSL credits to deduct from DGR in*

*future League years.*

6. *Subsection (x)(6) - Reduction In Premium Seat And Luxury Box Expenses*

   *Assume that $80 million in PSL revenues are used to fund the New Stadium which has a total construction cost of $200 million. If the annual expenses relating to luxury boxes and premium seats are $5 million, the reduction in such expenses would be $2 million, computed as follows: $5 million x ($80 million/$200 million) = $2 million.*

7. *PSL Revenues Not Benefitting The Team Or Any Team Affiliate Except Through A New Or Improved Stadium*

*In any case where:*

(i) *PSLs are sold by a Team or by a third party (such as a stadium corporation, a non-profit private sector entity, or a governmental entity) pursuant to Team authorization; and*

(ii) *all net proceeds of such PSL sale are used to build a new stadium or construct improvements to an existing stadium in which the Team will play upon completion, or is then playing and will continue to play (net proceeds are all gross proceeds net of (a) taxes and (b) expenses (e.g., legal costs, marketing expenses, or securities registration fees) if such taxes and expenses are directly incurred as the result of the PSL sale, and do not benefit the Team or any of its affiliates, either directly or indirectly, other than through the stadium construction or improvements paid by the PSL revenues); and*

(iii) *such new or improved stadium is owned by a party not affiliated with the Team, such as a governmental entity or a private sector for-profit or non-profit entity; and*

(iv) *the Team (and all Team affiliates) have only a leasehold interest, and no reversionary interest in the stadium (that is, if the Team or any Team affiliate wishes to acquire any title to the stadium, it must do so in a separately negotiated arms'-length transaction); and*

(v) *neither the Team nor any of its affiliates receives any payments, long-term loans, forgiveness of indebtedness, or other consideration from the Stadium landlord or any of its affiliates, other than payments that are due to the Team pursuant to its lease as consideration for its performance of its obligations under the lease, or are reimbursements for expenses incurred by the Team solely in performing its obligations under the lease;*

*then, because the Team and its affiliates do not receive any net benefit arising out of the sale of PSLs other than through the stadium construction or improvements paid by the PSL revenues (all PSL revenues being spent on third-party costs and charges directly incurred as a result of the PSL sale, or on stadium construction or improvements), none of the proceeds received from the sale of the PSLs would be included in DGR or Excluded DGR. Each of Example Nos. 1 through 6 above assumes that, for one or more reasons, the example does not qualify for the foregoing treatment.*

*Nothing in the foregoing shall provide any basis to argue that any amounts other than the PSL proceeds, including but not limited to any expense payments, may be treated as DGR, Excluded DGR, or non-DGR under this Agreement. Moreover, the Special Master or the Court would have the authority to examine any transaction involving the Club or any of its affiliates and the Stadium landlord or any of its affiliates, to determine if such transaction transfers, in whole or in part, some or all of the economic benefit of any PSL revenues to the Club or any of its affiliates, and any such transferred economic benefits shall be treated as DGR or Excluded DGR, as appropriate.*

*NOTE: Premium seat revenues (non-shared amounts) discussed in Subsections (xi)(1) through (xi)(6) call for calculations quite similar to those discussed in Example Nos. 1 through 6 above in calculating "Premium Seat Differences," "Carryover Premium Seat Credits," "Premium Seat Excesses," and "Reductions in Expenses Related to Premium Seats and Luxury Boxes."*

**Extension Agreement 6/6/96*

# INDEX

**ACCOUNTING PROCEDURES**
Accountants' Review Procedures - 220-227 (Appendix H)
Disputed Adjustments - 132
Final Special Purpose Letter - 130-132
Initial Special Purpose Letter - 130, 183
Projected Benefits - 133-134
Projected DGR - 132

**ACCRUED SEASON**
Calculation and Reporting Requirement - 53
Free Agency Requirement in Final League Year - 196
Practice Squad Eligibility - 155
Roster Exemptions (5-day preseason letter) - 152
Unrestricted Free Agents, Restricted Free Agents - 55-56
Veterans With Less Than 3 Accrued Seasons - 53-54

**AGENT CERTIFICATION**
16 (Article VI)

**AMERICAN BOWL**
Reporting Date - 160

**ANTI-COLLUSION**
141-146 (Article XXVIII)

**ARBITRATION**
Accrued Seasons Reporting Hardship - 53
Benefit Arbitrator - 177-178, 188-189
Club or Player Signing Hardship - 43, 55, 59, 75
Expedited Arbitration: 13 (Group Licensing), 62-63 (UFA, RFA), 87-89 Benefits
Franchise, Transition Player Tender Disputes - 70, 73
Good Faith Negotiations Dispute - 163
Impartial Arbitrator - 139-140
Injury Grievance Panel - 27
Likely To Be Earned Dispute - 99
NFL Player Contract Issue Dispute - 213
Non-Cash Provisions or Player Gift Dispute - 125, 126
Non-Injury Grievance Panel - 21-22
Player Safety Rules Dispute - 34
Preseason 10-day pre-camp violation - 158
Union Security Dispute - 14
Workers' Compensation (equivalent benefits) - 191

**BENEFITS**
Description - 87- 88
Group Insurance - 181-184 (Medical, Dental)
Injury Protection - 33
Player Benefit Costs - 176-178
Post-Career Medical - 182
Post-Season Pay - 170-171
Projected Benefits - 133
Retirement Plan - 179 (Article XLVII) (Bert Bell/Pete Rozelle Plan)
Second Career Savings Plan - 180 (Article XLVIII)
Severance Pay - 185-186 (Article L)
Supplemental Disability Benefits - 187 (Article LI)

**BERT BELL/PETE ROZELLE PLAN**
See: Benefits: Retirement Plan

**CAREER PLANNING PROGRAM**
15, 194

**CERTIFICATIONS**
147-148 (Article XXIX)

**CLUB DISCIPLINE**
Conduct Detrimental to Club - 18
Deduction - 19
Fine Schedule - 18
Published Lists - 19
Uniformity - 19

**COLLEGE DRAFT**
Compensatory Draft Selections - 45, 48, 74
Number of Choices - 42
Other Professional Teams - 43
Required Tender - 42
Return to College - 44
Signing of Drafted Rookies - 42-43
Subsequent Draft - 45
Time of Draft - 42
Trading Deadline - 43
Workouts of Draft-Eligible Players - 46

**COMMISSIONER DISCIPLINE**
Fine Money - 32
League Discipline - 31
One Penalty - 32

COMMITTEES
34-35 (Article XIII)

CREDITED SEASON
Benefits - 179, 181, 185
Definition: Minimum Salary - 53-54, 163

DAYS OFF
167 (Article XL)

DEFERRED AMOUNTS
Deferred Paragraph 5 Limitation - 164
Deferred Salary and Present Value Rate - 93-94
Deferred Signing Bonus With Extension - 129-130
Funding of Deferred and Guaranteed Contracts - 165

DEFINITIONS
4-8 (Article I)

DEFINED GROSS REVENUES (DGR)
Broadcast - 82
Disputed Adjustments - 131-132
Excluded DGR - 82-83
Gate Receipts - 82
Inclusion in DGR (1992 Base Year Ratio) - 83
Not DGR - 82
Payments to NFLPA - 84
Personal Seat Licenses - 84, 235-241 (Appendix M)
Projected DGR - 132-133
Reporting DGR - 130-133

DRAFT CHOICE COMPENSATION
Franchise Player - 66
Restricted Free Agents - 56-61

DRUGS OF ABUSE
See: Medical (Substance Abuse)

DURATION OF AGREEMENT
198-200 (Article LVIII)

ENFORCEMENT OF SALARY CAP AND ENTERING PLAYER POOL
134-135 (Article XXV)
Fraudulent Loan - 124-125

**ENTERING PLAYER POOL**
47-52 (Article XVII)
25% rule - 49
Assignment - 49
Buyout of Termination Right - 50
Calculation - 47-48
Incentives - 115-123
LTBE Incentive Levels - 104-114
Renegotiation Limitation - 51
Rookie Allocation - 47-48
Rookie Orientation Camp Costs - 51-52
Waivers - 49
Workout Payments in Future Years - 49

**EXCLUDED DGR**
See: Defined Gross Revenues (DGR)

**EXCLUSIVE RIGHTS PLAYERS**
See: Veterans With Less Than 3 Accrued Seasons

**EXHIBIT A, EXHIBIT B INCENTIVES**
101-103 (Team and Individual Incentives)

**EXPANSION**
151 (Article XXXI)

**EXTENSION OF AGREEMENT (LANGUAGE INSERTS)**
7, 33, 42, 46, 60, 87, 89-91, 94, 123-124,
157-159, 160, 166, 172, 179-184, 185, 187, 233, 234, 241, 263

**FALSE CERTIFICATION**
148

**FINAL CAPPED YEAR**
30% Rule - 127-128
Signing Bonus Acceleration Post-June 1 - 96
Signing Bonus Proration Limitation - 94
Team Incentives Valuation and Playtime Requirements - 120
Treatment of Guaranteed Contracts - 123-124

**FINAL EIGHT PLAN**
77-78 (Article XXI)

FINAL LEAGUE YEAR
Benefits Contributions - 179-180, 183, 187
Free Agency Eligibility - 196
No Salary Cap - 196
Qualifying Offers - 196
Transition Player Designation - 68

FINAL SPECIAL PURPOSE LETTER
See: Accounting Procedures

FINE SCHEDULE
See: Club Discipline

FIRST REFUSAL PROCEDURES
60-62
First Refusal Offer Sheet (Appendix D) - 216
First Refusal Exercise Notice (Appendix E) - 217

FRANCHISE PLAYER
Designations - 66
Draft Choice Compensation - 66
Duration of Designation and Period - 71-73
Required Tender - 66-68
Right To Decline (Named Plaintiffs) - 74
Signing Period - 75-76
Withdrawal of Designation - 71-72

GOVERNING AGREEMENT
9 (Article II)

GOVERNING LAW
201 (Article LIX)

GROUP INSURANCE
See: Benefits

HALL OF FAME GAME
Reporting Date - 160

HONORS, RECOGNIZED MEDIA
Rookie LTBE Honors - 104
Media (Veterans, Rookies) - 116-117

**IMPARTIAL ARBITRATOR**
139-140 (Article XXVII)
Club or Player Signing Hardship - 43, 55, 59, 75
Franchise or Transition Player Tender Amount Disputes - 70-71
LTBE Performance Bonus Disputes - 99
Non-Football Services and Non-Cash Provision Dipsutes - 89, 125-126
Player Reporting Hardship - 53
Player Sole Control Disputes - 94
RFA, First Refusal Disputes - 62-63

**INCENTIVES**
See: Entering Player Pool 115-123 (Incentives), LTBE 104-114 (Incentives Levels)
See: Salary Cap (Incentives)

**INDIVIDUAL RIGHT OF FIRST REFUSAL**
63
Required Form (Waiver of Free Agent Rights (Appendix F)) - 218

**INITIAL SPECIAL PURPOSE LETTER**
See: Accounting Procedures

**INJURED RESERVE**
Credited Season - 163
Minimum Salaries - 54

**INJURY GRIEVANCES**
25-30 (Article X)
Appeal - 26
Discovery - 30
Filing - 25
Hearing - 27
Neutral Physician List - 26
Payment - 29

**INJURY PROTECTION**
33 (Article XII)

**KEY DATES - JUNE 1**
RFA Qualifying Offer Extension Deadline - 59
Severance Pay Applications - 185
Sigining Bonus Acceleration - 96
Treatment of Completion Bonuses - 98
UFA Tender Deadline - 55

KEY DATES - JUNE 15
Reduction of RFA Qualifying Offer - 59

KEY DATES - JULY 15
Prior Club Exclusive Rights (if tender made) - 55
Transition Player Offer Sheet Deadline - 68
UFA Contract Reporting Deadline - 37

LICENSING
NFLPA Group Player Licensing - 13-14, 39, 208-209

MANAGEMENT RIGHTS
9

MAXIMUM DISCIPLINE SCHEDULE
See: Club Discipline

MEAL ALLOWANCE
166 (Article XXXIX)

MEDICAL
Club Physician - 173, 175
Club Trainer - 173
Medical Records - 175 (Article XLV) (Access to Personnel and Medical Records)
Player Medical Costs - 88, 177
Players' Rights to Medical Care and Treatment - 173-174 (Article XLIV)
Second Medical Opinion - 173
Standard Minimum Pre-Season Physical - 173-174, 228-230 (Appendix I)
Substance Abuse - 174

MINICAMPS
159 (Article XXXVI)

MINIMUM ACTIVE/INACTIVE LIST SALARY
53-54, 162-163

MOVING AND TRAVEL EXPENSES
168-169 (Article XLI)

MUTUAL RESERVATION OF RIGHTS
197 (Article LVII), 200

NEUTRAL PHYSICIAN
26, 28-29

NEUTRAL VERIFIER
147, 149-150

NFL PLAYER CONTRACT
36-40 (Article XIV)
Certifications - 147-148
Commissioner Disapproval - 38-39, 134, 141, 213
Filing Requirements - 37-38, 54, 58
Split Contract (Minimum Salary) - 53-54, 164-165
Text of Contract (Appendix C) - 207-215

NO STRIKE/LOCKOUT/SUIT
11-12 (Article IV)

NON-FOOTBALL INJURY OR ILLNESS (NFI)
Accrued Seasons - 53
Compensation, Tolling - 152
Credited Season - 163
Pre-Training Camp Period - 169

NON-INJURY GRIEVANCES
20-24 (Article IX)
Appeal - 20
Discovery - 21
Filing - 20
Hearing - 22
Initiation - 20
Payment - 24

NOTICE OF SIGNING
37-38, 46, 54, 56

NOTICE OF TERMINATION
79-80, 219 (Form - Appendix G)

OFFER SHEET AND FIRST REFUSAL PROCEDURES
60-63 (Principal Terms, Incentives, No Consideration Between Clubs)
First Refusal Exercise Notice - 217 (Appendix E)
First Refusal Offer Sheet - 216 (Appendix D)
Individual Right of First Refusal - 63
Right of First Refusal for Transition Players - 69-70
Waiver of Free Agent Rights (Appendix F) - 218

**OFF-SEASON WORKOUTS**
157-158 (Article XXXV)
Final Capped Year (32 days) - 98
Pre-Training Camp Period - 158
Treatment of Reasonable and Customary Expenses - 125-126
Workout at Minimum Not Treated as Renegotiation - 130

**OPTION**
Buyout - 97
Clause - 41 (Article XV)
Exercise Amount - 50

**PENSION PLAN**
See: Benefits (Retirement Plan)

**PER DIEM**
See: Pre-Season Training Camp (Per Diem)

**PERSONAL SEAT LICENSE (PSL)**
84-87, 235-241

**PHYSICALLY UNABLE TO PERFORM (PUP)**
152, 158

**PLAYER CONTRACT**
See: NFL Player Contract

**PLAYERS' RIGHTS TO MEDICAL CARE AND TREATMENT**
173-174 (Article XLIV)

**PLAYER SAFETY AND WELFARE**
See: Committees (Player Safety and Welfare)

**PLAYER SECURITY**
17 (Article VII)

**PLAYER TICKETS**
194

**POST-CAREER MEDICAL**
See: Benefits, Post-Career Medical

**POST-SEASON PAY**
170-171 (Article XLII)

**PRACTICE SQUAD**
155-156 (Article XXXIV)

**PRE-59ER**
87, 176

**PRE-SEASON PHYSICAL**
173-174, 228-230 (Appendix I)

**PRE-SEASON TRAINING CAMP**
160-161 (Article XXXVII)
Per Diem (Veteran and Rookie) - 160

**PRE-TRAINING CAMP PERIOD**
158

**PREAMBLE**
3

**PRESENT VALUE CALCULATIONS**
Acceleration of Guaranteed Salary - 124
Completion Bonus Calculation - 98
Deferred Salary - 93-94
Franchise and Transition Player Tenders - 68
Funding of Deferred and Guaranteed Contracts - 165
Signing Bonus With Extension - 95-96

**PRINCIPAL TERMS**
See: Offer Sheet and First Refusal Procedures

**PRIOR SIGNING BONUSES**
97

**PRO BOWL GAME**
172 (Article XLIII)

**PROJECTED BENEFITS, DGR**
See: Accounting Procedures

**QUALIFYING OFFERS**
Computation of Team Salary - 92-93
Final League Year - 196
Guarantee for Individual First Refusal Right - 63-64
Restricted Free Agents, 56-60

**RECOGNIZED MEDIA**
116-117

**RELOCATION BONUS**
99, 115, 151

**RENEGOTIATIONS AND EXTENSIONS**
129-130

**REPORTING BONUSES**
Contract Signed After Start of Training Camp - 97
Expansion Team Training Camp Report - 151
Minimum Salary for Veteran With 5 or More Credited Seasons - 162-163
Treatment of Guaranteed Report - 97

**RESTRICTED FREE AGENTS (RFA)**
56-65

**RIGHT TO DECLINE (NAMED PLAINTIFFS)**
74

**ROOKIE ORIENTATION**
15, 51-52, 126

**ROOM AND BOARD**
Pre-Season Training Camp - 160
Rookie Orientation Camp - 52

**ROSTER BONUSES**
Minimum Salary for Veteran With 5 or More Credited Seasons - 162-163
NLTBE Roster Included in Team Salary When Earned - 121
Rookie LTBE Roster Bonuses - 104
Treatment of Off-Season Roster Bonus - 97-98
Treatment of Roster Bonus After Last Pre-Season game - 97

**ROSTER EXEMPTION**
Pre-Season 5-Day Letter - 152-153

**SALARY ADVANCES**
97, 98, 125

**SALARY CAP**

82-133 (Article XXIV)
Computation of Team Salary - 92-93
Guaranteed League-wide Salary - 89
Minimum Team Salary - 91-92
Trigger for Guaranteed League-wide Salary, Salary Cap and Minimum
 Team Salary - 89
Valuation of Player Contracts
 Deferred Salary - 93-94
 Paragraph 5 - 93-94, (Top 51-93)
 Signing Bonuses
  Acceleration in League Year Preceeding Uncapped Year - 96
  Acceleration if NLTBE Termination Right and Roster
  Requirement - 96
  Amounts Treated as - 97-99
  Credit for Refunded - 99
  Proration Allocation From Uncapped Years - 94-95
  Rookie Playtime Requirement (Sole Control Proration) - 94
  With Extension - 95-96

30% Rules - 127-128
Buyout of Termination Right - 50, 127-128
Guaranteed Contracts - 123-124
Incentives
 Additional Incentives for Veterans, Rookies, and Teams - 117-123
 Conjunctive/Disjunctive - 122-123
 Exhibits A and B - 101-103
 Final 8 Salary - 78
 Franchise or Transition Player Tenders - 74
 Offer Sheets - 61-62
 Per Event, Per Play - 120
 Rookie LTBE Incentive Levels - 104-114
Increase of Current Year Salary After 10th Week - 99
Mid-Season Contracts - 127
Other Amounts (Loans, Salary Advances, Non-Cash Provision) - 124-127
Renegotiations and Extensions
 Consideration Treated as Signing Bonus - 97
 Final Capped Year - 98
 Treatment of Option Exercise Amounts - 128

**SCOPE OF AGREEMENT**

10 (Article III)

**SCOUTING COMBINE**

15, 46

**SECOND CAREER SAVINGS PLAN**
See: Benefits (Second Career Savings Plan)

**SEVERANCE PAY**
See: Benefits (Severance Pay)

**SPECIAL MASTER**
136-138 (Article XXVI)
Anti-Collusion - 141-146
Appeal of Commissioner Disapproval of Entering Player Pool Contract - 38-39
DGR and Accounting Disputes - 131-132
Enforcement of Salary Cap and Entering Player Pool - 134-135
False Certifications - 148
Minimum Team Salary Dispute - 91-92
PSL Disputes - 241
Termination of CBA Due to Collusion -198-200

**SQUAD SIZE**
154 (Article XXXIII)

**STIPULATION AND SETTLEMENT AGREEMENT**
4, 9, 40, 78, 84, 94, 96, 120, 124-125, 130, 214, 226-227

**SUPER BOWL GAME**
170, 194

**SUPPLEMENTAL DISABILITY PLAN**
See: Benefits (Supplemental Disability Plan)

**SUPPLEMENTAL DRAFT**
48

**TELEVISON**
Accountant Review Procedures (Appendix H) - 220, 224
Accounting Procedures - 130-133
DGR Calculation - 82-83
Extension of Agreement - 203
Player Appearances - 193

**TENDERS**
Computation of Team Salary - 92
Drafted Rookies - 44
Franchise Player - 66-67
Players with Less Than Three Accrued Seasons - 53
Transition Player - 68-69

**TERMINATION PAY**
81 (Article XXIII)

**TICKETS**
NFLPA, Player Tickets - 193-194

**TIME OF DRAFT**
42

**TRAINING CAMP**
See: Pre-Season Training Camp

**TRANSITION PLAYER**
Designation Period - 73
Prospective Designation - 74
Required Tender - 68-69
Right of First Refusal - 69-70
Right to Decline (Named Plaintiffs) - 74
Signing Period - 75-76

**TRAVEL DAY**
166

**UNDISCLOSED TERMS**
See: Enforcement of Salary Cap and Entering Player Pool

**UNION DUES AND MEMBERSHIP**
13-15 (Article V) (Union Security)
Dues Checkoff - 13
Dues Checkoff Authorization Form (Appendix A) - 204-205
NFLPA Meetings - 13

UNRESTRICTED FREE AGENTS (UFA)
Definition - 55
Free Agency Eligibility in Final League Year - 196
Individual Right of First Refusal - 63
June 1 Tender - 55
Salary Cap Valuation of June 1 Tender on July 15 - 92
Signing Period - 55-56

VETERANS WITH LESS THAN THREE ACCRUED SEASONS
53-54 (Article XVIII)

WAIVER SYSTEM
79-80 (Article XXII)

WORKERS' COMPENSATION
191-192 (Article LIV)