Index

Incentive, 40
 additional incentive rules for veterans, rookies, individuals and teams, 128, 176, 178, 190
 based on another player's performance, 126, 128
 based on club performance, 110, 126
 bonus, 82
 bonus, for rookies, 110, 126
 clause, 126, 130-131, 190
 entering player pool, 126
 honors and recognized media, 122
 individual, 110, 126
 likely to be earned, 106, 110-120
 performance, 129
 per play/game, 126-128
 rookie "likely to be earned", 110-120
 team, 125-126
 team performance-related, 125, 133
 veteran, 129
 *see also Bonus; Signing Bonus.*
Increases in Salary, Final Eight Plan, 82
Index, 268
Individual Incentives, *see Incentive.*
Individually Negotiated Limitations on Player Movement, Veteran Free Agency, 69
Ineligible to Compete, Club Breach of Waiver Procedures, 83; *see also Waiver System.*
Initial Draft, *see College Draft.*
Initial Special Purpose Letter, *see Special Purpose Letter.*
Initiation; *see also Fees.*
Injured Reserve, *see Injury.*
Injured Reserve List; *see also Active/Inactive List; Injury.*
Injury
 career-ending, 75, 77, 78
 during minicamps, 172
 during pro bowl game, 190
 guarantee provision, 177
 non-football (N-F/I), 163, 169, 175
 non-injury circumstances, 75, 77-78
 payment of salary, PUP, 57, 163, 175, 209
 player, 31, 39, 155, 173, 185
 protection, 35-36, 93, 195, 230
 reserve, 74, 207, 209
 settlement, 31, 97

Injury Grievance, 27-32, 71, 235
    answer, 27-28
    appeal, 29
    definition, 27
    discovery, 32
    expenses, 31
    filing, 27
    hearing, 29-30
    information exchange, 32
    neutral physician, 28
    payment, 31
    pension credit, 31
    playoff money, 32
    post-hearing briefs, 30
    presumption of fitness, 31
    special defense, 27-28
Injury Protection, 35, 93, 195, 230
    benefit, 35
    disputes, 35-36
    qualification, 35
Insurance Benefits for Retired/Terminated Players, 208-210, *see Group Insurance.*
Insurance Coverage, 208-210, *see Group Insurance,*
Insurance Programs, 208-210, *see Group Insurance.*

**J**
Joint Committee, 37-38, 217, *see Joint Committee on Player Safety and Welfare*
Joint Committee on Player Safety and Welfare, 37-38
    arbitrator's advisory decision, 37-38
    changing playing rules, 37-38
    inadequate medical care, 38
June 1st Rule, *102, 105, see Acceleration.*
June 1st Tender, 59, 60, 63, 82, 98, *see Tender.*,
June 15th Tender, 63, 98, *see Tender.*

**L**
Labor Exemption, 223-224
League
    discipline, 33
    disclosures, 152
    -wide benefit pool, 179; *see also Minimum Salary Benefit*
League Security, 220

Index

League Years, 4-7, 15, 20-21, 35, 39-41, 44, 46-49, 51-60, 62-65, 68,
    70-84, 86, 89-102, 104-106, 120, 132-141, 144-145, 154-155, 157-
    158, 160-161, 166, 169, 171-173, 175, 178-184, 186-187, 194-196,
    199, 207-208, 210-211, 216, 224-225, 244, 250-251, 262-263
    definition, 4
    final, 7, 222
Life Insurance, 208, see Group Insurance
Likely to be Earned, 54, 56, 66, 82, 103, 106, 110-120, 122-129, 133-
    136, 240; see also Bonus; Incentives.
List
    active, 5, 85, 98, 162, 165-166, 177, 186, 188-189
    active/inactive, 5, 9, 46, 48, 53, 55, 57, 88, 99, 162, 166, 167, 175,
        179
    active/inactive limit, 76, 165
    discipline, published, 21
    exempt Commissioner permission, 84, 175
    franchise and transition player, 74
    free agent, 69
    inactive, 5, 162, 165-166, 177, 188-189
    injured reserve, 32, 84, 162, 169, 175, 188, 209
    non-active/inactive, 5, 162, 165-166, 177, 188-189
    reserved/non-football injury or illness, 162, 163, 169, 175
    size active and inactive limit, 76, 164, 165
    size inactive, 164
Loans, to players, 4, 6-7, 59, 71, 94, 131, 240, 245-248, 264
LTBE, see Likely To Be Earned , 178, 182

M
Maintenance of Retirement Plans, 199; see also Merged Plan.
Management Council, 1, 3-4, 9-11, 14, 19, 22-24, 27-30, 34, 37-42, 54,
    96, 105, 134, 140, 144-145, 152, 157-158, 168, 170, 176-177, 183,
    194, 210, 214, 219-220, 225, 227-228, 239, 244-246, 250, 251,
    258
Matching Contributions to Savings Plan, 202-203, see Second Career Sav-
    ings Plan
Maximum Annual Allocation Amount, 89-90, 259-261, 263, see PSL.,
Maximum Discipline, 20, see Club Discipline.
Meal Allowance, 93, 172, 184, 190, 195
Measuring Date, 40
Medical Care, 191-192, see Player's Right to Medical Care and Treatment.,
Member, 3, 4, 11, 13-14, 23-24, 26, 29-30, 37-39, 44, 84, 166, 186,
    192, 214, 217, 220-221, 223, 225, 228 229, 231-232, 236, 238-
    239, 241, 244, 250-251, see Club; Team.
Merged Plan, 199
Mid-Season Contracts, see Contracts., 134

Minicamps, 168, 172
    contact, 172
    expenses, 172
    injuries, 172
    length, 172
    number, 172
Minimum
    active/inactive list salaries, 9, 88, 175
    contributions to savings plan, 202-203
    paragraph 5 salaries, 178, 180
    pre-season physical, 191
    salary, 5, 54, 94, 166, 175, 178, 180-181
    split qualifying salary, 178-179
    team salary, 4, 7, 8, 11, 32, 41, 51, 68, 82, 86-140
    tender, 72-73
Minimum Salary Benefit, 94, 178-182
    calculation, 179
    guarantees, 180
    league-wide cash treatment, 179
    league-wide salary cap treatment, 179
    payments, salary, 178-179
    player moving to new club, 179
    player returning to old club, 180
    player with expired contract, 180
    qualifying contracts, 178
    qualifying players, 178
    reduced salary cap count, 179
    terminated qualifying players, 179
    transition rules, 178
Moving and Travel Expenses, 93, 186-187, 195
    moving, 186
    qualifications for, 186
    transportation, 187
    travel and housing, 186-187
Mutual Reservation of Rights: Labor Exemption, 223
    CBA expiration, 223
    labor exemption, 223

**N**
N-F/I, *see Injury.*
National Football League Players' Association, *see NFLPA.*
National Football League Management Council, *see Management Council.*
National Football League, *see NFL.*

Index

Negotiation, 3, 10, 11, 17, 44, 63, 67, 93, 177, 218, 238
    definition, 5
    unrestricted free agent, 6, 59
    of agreement,
Neutral Physician, *see Physician.*
Neutral Verifier, for Player Contracts Offers,
New Club, 157, 160-161, 238
    definition, 5
Next Annual Draft, *see Draft.*
NFL
    address, 69, 227
    annual meeting, 37-38
    attractions, 87
    constitution and by-laws, 9-11, 15, 171
    Enterprises, 87
    Films, 87
    Properties, 87
NFL Club, 3, 9, 17, 47, 48, 68, 76, 83, 94, 152, 158, 167, 197-198,
    199, 202-203, 210-212, 227, *see Club.*
NFL Competition Committee, *see Committee.*
NFL Draft, *see Draft.*
NFL Player Contract, 7, 9, 11, 17, 22, 27, 39-44, 45, 47, 65, 77-78,
    134, 151, 166, 177, 218, 231-239, 240, 241, 242, 243
    changes, 39
    Commissioner's disapproval, 43-44
    conformity, 40-41
    definition, 4
    determining salary,
    disputes, 107, 139
    general, 41-43
    good faith negotiation, 44
    included in team salary,
    multi-year, 75, 178, 180
NFLPA group licensing program, 44
    not modified by principal terms, 64-65, 241
NFL Player Supplemental Disability Plan, *see Supplemental Disability Bene-*
    *fits.*
NFL Rules, *see Rules.*
NFL Teams, 7, 86, 88, 93-96, 141; *see also Club.*
NFLMC, *see Management Council.*

NFLPA, 1, 3, 4, 9-11, 13-15, 17-19, 22-44, 47, 49, 51-52, 54-58, 62,
    64, 67, 69-70, 74, 78, 84, 87-88, 90-92, 95-98, 100, 106, 134, 137-
    156, 158, 160-161, 164, 168, 170, 172, 176-177, 183, 190, 192,
    194-196, 209-212, 214, 217-220, 223-225, 227, 232-233, 239, 242,
    244-246, 258
    address, 69, 227
    agent certification, 15, 17-18
    certified agents, 176
    enforcement, 17
    exclusive representation, 17
    penalty, 17
    Player Group Licensing Program, 13
    rookie orientation, 56
    tickets, 219
    union security, 13
No Assignment of Club Right's to Franchise/Transition Players, 67
No Consideration Between Clubs, 66
No Property or Investments, in Offer Sheets, 66
No Reimbursement Among Clubs, Anti -Collusion Violation, 155
No Strike/Lockout/Suit, 11-12
No Subsequent Draft, *see Draft.*
No Trade Clause, 83, 162
Non-Cash Provisions, 131
Non-Compensation Terms, 66
Non-Defined Gross Revenues, *see Non-DGR.*
Non-DGR, 87, 144, 265
Non-Football Injury (N-F/I), *see Injury.*
Non-Football Injury or Illness List, 163, 169
Non-Football Services, 94
Non-Guaranteed Reporting Bonus, *see Reporting Bonus.*
Non-Injury Grievance, 22
    appeal, 22-23
    arbitration panel, 23-24
    arbitrator's decision and award, 25
    costs, 26
    definition, 22
    discovery, 23
    expedited grievance, 23
    filing, 22
    grievance settlement committee, 26
    grounds for grievance, 22-23
    hearing, 24-25
    initiation, 22
    payment, 26

Index

    representation, 25
    time limits,  25
Non-Shared Amount, *see PSL.*
Notice, 14, 15, 20, 29, 40, 46, 64-65, 67, 68-69, 147-149, 150, 163,
    170, 214, 218, 235, 237, 241, 243, 257, 266
    veteran free agency, 68-69
    Arbitrator, 23
    invalid contract, 160
    notice of signing, 49, 57
    signing, by veteran with less than three accrued seasons, 57
    signing, drafted rookie, 49
    signing, undrafted rookie, 49
    termination, in waiver system, 83, 225, 243
    personnel, 84
    to NFL, NFLMC and NFLPA, 28, 33, 37, 42, 47, 49, 51, 57, 83-84,
        93, 103, 140, 143, 149, 151, 160, 164, 176, 194, 224-225, 227-
        228, 232
Number of Regular Season Games, 164, 176

**O**
Off-Season Reporting Bonus, *see Bonus.*
Off Season Roster Bonus, *see Bonus.*
Off-Season Workouts, 96, 258, 131, 132, 137, 168-171
    bonus, 104, 181
    enforcement, 170-171
    injuries, 169
    miscellaneous, 169
    payment, 168-169
    prohibited Club activity, 169
    time period, 168
    voluntary, 168
Offer Sheet, 64-69, 71-72, 74, 142, 151-152, 158, 244
    first refusal procedure, 64-67
    franchise player, 71
    one offer sheet, outstanding, 65
    principal terms, 65, 66
    restricted free agents,
    transition player, 71
Old Club, matching incentives, 66, 180
One Offer Sheet, Outstanding, 65, *see Offer Sheet.*
On Field Attire, 219
Operation Committee, *see Committee.*
Operation in Entering Player Pool, *see Entering Player Pool.*
Option Bonus, 45
Option Clause, 11, 45, 151

existing option clauses, 45
prohibition, 45
Orthopedic Physician, *see Physician.*
Other Provisions, 163
CFL Rule, 163
non-football injury, 163
physically unable to perform (PUP), 163
roster exemption, 163-164

**P**
Paid Performance Bonus, *see Bonus.*
Paragraph 5 Salary, 5, 7, 57, 61-63, 67, 71, 82, 85, 99, 101, 175, 178, 180, 240
definition, 7
June 1st tender, 59, 60, 63, 82, 98
June 15th tender, 63, 98
minimum, 178, 180
minimum qualifying offer, restricted free agent, 9, 62-64, 67
minimum qualifying offer, right of first refusal and/or draft choice compensation, 62, 64-69, 72-74, 151-152
*see also Deferred Paragraph 5 Salary; Minimum Paragraph 5 Salary; Salary.*
Parol Evidence, Modifying Agreement, 221
Payment, 6, 14, 26, 31, 35, 54, 56, 59, 71, 82-83, 86-87, 90, 94, 97-99, 102, 130, 135-136, 155, 198, 172-174, 176-178, 181-183, 186-187, 189-190, 196-197, 199-201, 203-207211-213, 233-235, 240, 247, 255, 264-265
non-injury grievance award, 26
injury protection benefit, 33
rookie orientation program, 56
minimum workout, 54, 171, 181-182
damages, 155
performance based pool, 152, 183
post season, 188-189
salary, non-football injury or illness,
salary, PUP,
salary, waiver system.
salaries, bonuses, 66, 76, 93, 95, 163, 166, 220
severance, 94, 196, 211-212
Penalty, 14, 17, 34, 49, 57, 59, 60, 63, 71, 73, 79, 80, 83, 148, 152, 166,
and NFLPA Agent Certification, 17
assessed by Special Master, 148
in Commissioner discipline, 34
Pension, 31, 93-94, 155, 195-196, 214, 247

Index

Per Diem, *see Pre-Season Training Camp*.
Performance Based Pool, 52, 183
    annual projection, 183
    creation of fund, 183
    mandatory distribution each year, 183
    methodology, 183
    qualifying player, 183
Performance Bonus, *see Bonus*.
Performance Categories, 125, 129
Performance Incentives, *see Incentives*.
Personal, 68, 83, 88, 193, 220, 231, 235, 243, 259
    appearance, 19, 169
    hardship, 47, 57, 59, 63, 79
Personnel Information, NFLPA's Right to, 84
Personal Seat License, *see PSL*.
Pete Rozelle NFL Player Retirement Plan, *see Pete Rozelle Plan*.
Pete Rozelle Plan, 83, 173, 192, 201-204, 208, 209, 211, 213, 214; *see also Bert Bell NFL Player Retirement Plan; Merged Plan; Retirement Plan*
Physical Examination, 27-28, 31, 35, 172-173, 191, 230, 234-235, 243
Physically Unable to Perform (PUP), 27, 32, 163, 169, 234
Physician
    club, 20, 27, 28, 31, 35-36, 191, 193, 234-235, 243
    neutral, 28, 191
    orthopedic, 28, 191
    treating, 28
Plan Benefit Costs, 194-198
Play Rule Change, 37-38
Player
    appearances, 169, 219
    categories of, deals with rosters, 84, 97
    election, 154
    promotions, 223
    public statements, 219
    tickets, 220
    *see also Rookie; Veterans*.
Player Affiliate, 4, 7, 42, 59, 71, 94, 142, 157
Player Annuity Program, 94, 138, 194, 196-197, 204
    allocation, 204-205
    annuity board, 206
    contributions, 204
    definitions,
    distribution, 205

eligibility, 204-205
    individual allocations, 204-206
    points, 204-206
    timing, 205
  establishment, 204
  insurance company,
    structure, 206
Player's Association, *see NFLPA*.
Player Benefit, 155, 179, 183, 197; *see Player Benefit Costs*.
Player Benefit Costs, 93, 141, 194-198
  1998 amendment benefits, 194, 197
  adjustments, 195
  definition, 6, 195-196
  general right of reduction, 194
  limitation on contributions, 197-198
  resolution of disputes, 196-197
  right of restoration, 195
  *see also Benefit*.
Player Benefit Credits, 197, 199, 201
Player Benefit Plan, *see Player Benefit Costs*.
Player/Club Operations Committee, *see Committee*.
Player Contract, *see Contract; see also Bonuses, Incentives; Salary*.
Player Costs, 6-7, 9, 88, 94-96, 137.139, 162, 244, 247
Player Second Career Savings Plan, *see Second Career Savings Plan*.
Player Security, 19
Players' Right to Medical Care and Treatment, 191-192
  club physician, 191
  club trainer, 191
  drugs of abuse and alcohol, 192
  insurance benefits, 198, 208
  records, 193
  second medical opinion, 191
  standard, 38
  standard minimum pre-season physical, 191-192
  substance abuse, 192
  surgeon of his choice, 191
Playoff Clubs, 5, 81
Playtime Requirement, 100-101, 125-126; *see also Incentives; Player Annuity Program*.
Post-Season Pay, 188-189
  compensation, 188
  payment, 189
  playoff system, 189
Practice Squad, 84, 98, 166, 209
  credited season, 201

Index

eligibility, 166-167
player, 56
salary, 93, 166, 175
signing with other clubs,  166
size of, 165
Pre-Season, 164, 219, 228, 230, 231-233, 238
cut down dates and player limits, 165
game, 43, 76, 103, 164
per diem, 173, 195
physical, 36, 230, 252
roster bonus, 128
testing, drugs and alcohol, 253, 192
training camp, 104, 173-174, 231, 233, 258
veteran reporting (relocation) bonus, during expansion allocation,
   105, 162
Premium
seat excess, 92, 265
seat revenue, 90-93, 265
Previous Player, 81
Principal Term, 64-67, 71, 240, 241
offer sheet, 64-67
restricted free agents, 67
Prior Club, 5, 57, 59, 60-67, 69, 72-74, 158
franchise players, 64
restricted free agents, 6, 60, 65, 67, 152
transition players, 71-72, 78
unrestricted free agents, 42
signing bonuses, 72, 105
Prior Year Salary, 5, 6, 59, 72, 77-78
Pro-Bowl Game, 190
compensation, 190
injury, 190
payment, 190
selection, 190
wives, 190
Pro-Rated Signing Bonus, *see Signing Bonus.*
Procedures, 17, 23, 29, 49, 64, 78, 83, 88, 137, 138, 141, 147, 148-
   150, 190, 208, 214-215, 225, 235, 244-247, 248-251
changing playing rules, 37-38
Impartial Arbitrator, 149
Special Master, 147-148
Professional, 6, 33, 59, 66, 82, 148, 150, 157, 231, 236, 238
player, 3, 5
teams, 47
Prohibition of Option Clause, 45

Projected Benefits, 7, 9, 88, 95-97, 141, 195-197, 267
    adjusted, 141
    definition, salary cap and team salary purposes, 96-97
    *see also Benefits*
Projected Defined Gross Revenues, *see Projected DGR.*.
Projected DGR, 7, 9, 88; *see also DGR; EDGR; Non-DGR.*
Property or Investments, as Principal Terms of Offer Sheets, 66
PSL,
    carryover PSL credit, 90, 263
    difference, 89, 262-263
    excess, 90, 263
    first-year increases, 89
    funding the construction and renovation of stadiums, 89-91, 261-265
    maximum annual allocation amount, 89-90, 259-263
    non-share amount, 91-92, 265
    revenues, 89-90, 92, 259-262, 265
Physically Unable To Perform, 27, 32, 163, 164, 234
    injury protection, 35-36, 93, 195, 230
    salary,
PUP, *see Physically Unable to Perform.*

**Q**
Qualifying Contract, 179-181; *see also   Bonuses, Contract, Incentives.*
Qualifying Offer, 9, 61-63, 67, 69, 138, 222
    and restricted free agent, 98
Qualifying Player, 178, 179, 181, 183, 213

**R**
Records, 23, 28, 32, 68, 145, 227
    personnel, 192
    medical, 193
Recruitment of an Unsigned Player, 131
Reimbursement, 56, 186, 207, 208, 233, 264
    meal allowance, 184
    no, 155
    travel, 184
Related Entities, definition, 88, 249
Released, in Waiver System, *see Waiver System.*
Releases and Covenants Not to Sue, 12, 39
Relocation Bonus, *see Bonus.*
Remedies, 153, 199, 203, 204, 213
Renegotiation and Extensions, *see Contract.*
Renegotiation of an Existing Player Contract, 71, 73, *see Contract.*
Renovation of Stadiums, 87, 89-92, 261; *see also Stadium.*
Reopener, Workers' Compensation, 218

Index

Reporting Bonus, *see Bonus.*
Representation During Grievance Procedures, *see Grievance, Injury Griev-*
    *ance; Non-Injury Grievance.*
Required Tender, 6, 9, 57, 88, 138, 151, 163,
    franchise players, 70-71
    good faith negotiation, 44
    rookie, 46, 53
    transition players, 73
    *see Tender.*
Reserve Physical Unable to Perform,
    *see also Physically Unable To Perform.*
Reserve PUP, *see Reserved Physically Unable to Perform.*
Restricted Free Agent, 6, 48, 60, 62-67, 69, 70, 72, 74, 77, 152-153,
    158, 163
    offer sheet, 64
    qualifying offer, 61-64, 98
    required tenders, 62
    right of first refusal, 61
    signing period, 62
    *see also Free Agency; Free Agent.*
Restricted Players, 163
Retention of Benefits, 216
Retirement
    Board, 199, 214, 255, 256
    of players, 83, 93, 94, 133, 189, 194-196, 236
Retirement Plan, 189, 194, 199-201
    benefit credits, 197, 199, 201
    contributions, 198
    decrease in vesting requirement, 199
    definition, 198
    maintenance, 198
    medical standard for line-of-duty disability benefit, 199
    psychological/psychiatric disorders,
    *see also Merged Plan.*
Revenues, for DGR Purposes,
    *see also DGR.*
Right of First Refusal, 47-48, 61-69, 73-74, 151-152, 241-242
    definition, 5, 8
    restricted free agents, 60-64
    transition players, 73-74
Right of Restoration, Individual Player Benefits, 195
Rights
    preservation of, 217
    under law, 223

Rookie, 3, 5-6, 15, 46-49, 51-56, 59, 67, 94, 98-101, 106, 110-120, 122-127, 132, 134-136, 151, 153-154, 162, 169-170, 172-173, 177, 183, 186-187, 208, 238
    25% rule, 53-55, 110-117, 134-135
    allocation, 51-56, 163
    contract, 46-49, 51, 53, 54, 59, 177
    contract renegotiation, 59, 136
    contract requirements, 46-56
    definition, 5-6, 173
    drafted, 5, 47-49, 52-53, 55, 153
    free agent, 5, 46-49
    incentives, 56, 106, 110-125
    insurance coverage, 208
    minimum workouts payments, 54
    orientation program, 56, 132
    per diem, 173
    premiere, 169, 170
    salary, 55, 94, 98-99, 238
    signing bonus, 9, 59, 100-101
    symposium, 15
    undrafted, 5, 6, 53, 55, 99, 151, 154
    *see also Drafted Rookie; Undrafted Rookie*
Rookie Allocation, 51-56, 163, *see Rookie.*
Rookie Orientation, 56, 132
    during timing and testing sessions, 15
    player reimbursement, 56
        evaluation,
Rookie Salary, 46, 51, 55, 94, 98-99, 238, *see Rookie; see also Contract.*
Room, 174, 187
    and board, 56, 173
    definition, 7
    for salary cap purposes, 43, 52-53, 71, 102, 106, 133, 235, 243
    in rookie allocation, 51-53
Roster Bonus, 40, 103-104, 128, *see Bonus.*
Roster Exemption Status, 163
    contracted player, 163
    players not under contract, 163
    restricted free agent, 163
Rounding, 9
Rules
    25% rule, for Rookies, 54-55, 134-135
    30% rule, 53-54, 134-135
    70% rule, 96
    CFL rule, 163

Index

NFL rules, definition, 4
play rule change, 37-38

**S**
Salaries, 53, 70, 71, 73-74, 77-79, 93, 98, 172, 177, 196, 244, 246
    arbitration, other/additional  compensation, 176-178, 180-182, 233
    credited season, calculation, 47-48, 175-176, 178-179, 181, 199,
    copies of contracts, 177
    definition, 7
    funding of deferred and guaranteed contracts, 177
    minimum salaries, 7, 9, 88, 97, 175, 183
        active/inactive list, 5, 9, 46, 48, 53, 55, 88, 99, 166-167, 175, 179
        non-active/inactive list, 5, 9, 46, 48, 53, 55, 57, 88, 99
    other compensation, 83, 176
    payment, 6, 35, 54, 59, 71, 82, 94, 97-99, 102, 129-130, 134, 136,
        155, 168, 172-173, 176-178, 181, 183, 189-190, 233-234
    split contracts, 177, 178
Salary
    active/inactive list, 5, 9, 46, 48, 53, 55, 88, 99, 166-167, 175, 179
    advance, 97, 103-104, 131, 178
    cash, 96, 97
    deferred, 97, 99-100
    deferred paragraph 72, 176
    definition, 82
    determining player salary, 9, 51, 175
    drafted rookie,  46, 51, 98
    first year, 81
    guaranteed, 122, 130, 178, 181
    grievance, 99
    increase requirements, for rookie, 53, 62, 71, 73, 101, 105, 134-135
    information, 41, 74
    minimum, 5, 54, 94, 166, 175, 178-183, 196,
    minimum active/inactive list, 5, 9, 46, 48, 53, 88, 99
    minimum salary requirements, 54, 166, 175, 178-181, 183
    minimum split 179
    minimum team salary, 4, 6-8, 32, 41, 51, 68, 94, 97-98, 138, 140-
        145, 162, 194-195, 224, 259
    paragraph 5, 7, 43, 51, 57, 59, 61, 63, 66-67, 71-73, 85, 97, 99,
        101, 131, 175, -176, 178, 180-181, 240
    practice squad, 56, 93, 98, 166-167, 175, 196-197
    prior year, 5, 6, 59, 61, 67, 70, 73-74, 77-79
    reduction contributions, 94, 196
    summaries, 160
        restricted free agent, 61-64, 67, 98, 163
        team, 7, 9, 55, 88, 97-99, 102-106, 128-135, 138, 160, 179

*see also Bonus; Incentive; Paragraph 5 Salary; Prior Year Salary; Team Salary.*

Salary Cap, 4, 6, 7-8, 11, 32, 43, 51, 55-56, 68, 71-72, 75, 81-82, 93-99, 101-106, 123-124, 126-128, 130-131, 133, 135-137, 138, 140-144, 147, 151, 155, 157-159, 162, 179, 181, 183, 194-195, 202-205, 210, 213, 222, 224, 235, 238, 243-244, 246, 257-259, 267

    adjustment, 95, 138

    amount, 95-96

    credit, 97

    deduction, 267

    definition, 6

    for rookie, 51-53, 98-101

Sanctions, 143-144, 171

Savings Plan, 93-94, 195-197, 202-206, *see Second Savings Career Plan.*

Scope of Authority, 146-147

    Impartial Arbitrator, 4, 11, 22, 47, 57, 59, 63, 67, 74-75, 77-79, 106, 111, 133, 149-150, 176, 177

Special Master, 146-147

Scouting Combine, 15, 49

Season, 1, 5-6, 11, 13, 15, 20-21, 25, 27, 30-33, 35-36, 43-44, 46-49, 51, 54-61, 63, 67-68, 70, 73-80, 83-85, 86, 88, 93, 95, 97-100, 103-106, 110-122, 124-125, 127-128, 132-134, 136-137, 140, 151, 153, 155-156, 160, 162-166, 168-182, 184-196, 199-203, 205, 207-209, 243-247, 252, 255, 258, 266

Second Career Savings Plan, 94, 196-197, 202, 204

    contributions, 197

    establishment, 104

    expansion of eligible employees, 203

    maintenance, 202

Selection, (expand), 214

    Impartial Arbitrator, 150

Special Master, 148

Senior Arbitrator, 23, 29, *see Arbitrator.*

Settlement Agreement, 4, 9, 11, 12, 39-40, 43, 68, 76, 82, 88, 100, 102, 105, 117, 136, 152, 160, 212, 223, 225, 238, 244

Severance Pay, 94, 196-197, 211-212

    amount, 211

    application, 211

    eligibility, 211

    failure to apply for, 212

    nonassignability, 212

    only one payment, 212

    payable to survivor, 212

    payment, 211

Index

    plan, 197
    prior, 212
Signing Bonus, 5, 54, -55, 59, 65, 72, 81, 92, 97, 100-105, 240, 246-
    247
    amounts treated as, 97, 103, 121, 124-125, 134, 136, 178, 180
    at time of buy-out, 54, 134
    "Deion Rule", 101
    individually negotiated right of first refusal, 68, 103
    option buyout, 103
    proration, 100, 102, 104, 180
    rookie, 100
    unrestricted free agents,
    *see also Bonus.*
Signing Period, 42, 48-49, 57, 59-60, 62-63, 69-71, 73-74, 76, 78-80,
    83, 153
    definition, 62
    franchise player, 76, 79, 80
    in waiver system, 81, 83
    restricted free agents, 62-63, 69, 70, 74,  153
    transition players, 72-73
    unrestricted free agents, 42, 59-60, 69, 71, 73, 76, 79-80
Special Defenses, 27, 31; *see also Injury  Grievance.*
Special Master, 4, 11, 22, 41, 43, 87, 139-140, 142-144, 146-148, 151,
    153, 155-156, 158-159, 225, 265
    action, 142
    appointment, 146
    compensation, 147
    definition, 4
    discovery, 147
    jurisdiction, 147
    penalties, 148
    procedures, 147-148
    proceeding, 139
    review, 143
    scope of authority, 146-147
    selection of, 148
    term, 148
Spillover, Excess EDGR, 89, 91, 262
Split Contracts, 177, 178 *see Salaries.*
Split Qualifying Contract, 179, *see Minimum Salary Benefits.*
Squad, 13, 57, 228
    active and inactive list limit, 165
    practice, 56, 84, 93, 98, 166-167, 175, 196, 201, 203, 209
    size inactive list, 165
    size pre-season, 12, 165

Standard Minimum Pre-Season Physical, 191, 192
Stadium
    construction, 89, 91, 261, 264-265
    increase in DGR, 89-91, 262-263
    new, 89-92, 140, 262-263
    old, 89, 91
    renovation, 87, 89-92, 261
Steroids, 192,  see Players' Right to Medical Care and Treatment.
Stipulation and Settlement Agreement, 9, 44, 82, 88, 100, 102, 136, 238
Subsequent Draft, 48-49, see Draft.
Substance Abuse, 192
    alcohol, steroids and related substances, 192
    drugs of abuse and alcohol, 192
    general policy, 192
    see also Players' Right to Medical Care and Treatment.
Summary Judgment, 153
Supplemental Disability Benefits, 213
    automatic payment and waiver, 213
    contributions, 213
    extension, 213
    maintenance, 213
Supplemental Disability Plan, 194, 196, 197, 213, 214
Supplemental Draft, 52-53, see Draft.
Suspension, 14, 20-21, 23, 25, 33

T
Team, see also Club.
    incentives, 107, 125-126, 240
    performance issues,
    performance-related incentive, 9, 43-44, 46-49, 54-55, 63, 74-75, 77,
        88, 98, 129, 133, 135, 153, 237
Team Affiliate, 4, 6, 59, 71, 91, 94, 131, 264
Team Leaders, Defined, 121
Team Salary, 4, 6-9, 11, 32, 41, 51, 55, 68, 82, 88, 94-95, 97-107, 128,
    130-135, 138, 140-144, 147, 160, 162, 179, 194-195, 210, 224,
    259
    cap, 4, 6-8, 11, 32, 43, 51, 55-56, 68, 71-72, 75, 81-82, 93-106,
        123-124, 126-128, 130-133, 135-138, 140-144, 147, 151, 155,
        157-160, 179, 181, 183, 194-195, 202-204
    computation, 98
    definition, 82
    elements,
    right to exercise option, 40-41, 45, 54-55, 64-69, 74-75, 98, 100,
        134-136, 151, 153, 241
    summaries, 160

Index

Tenders, 63, 71-72, 75, 78, 88, 98-99, 138
    June 1st , 63, 82, 98
    June 15th, 59, 63, 98
    one year, 47-48, 57, 60, 63, 73, 77-79
    minimum, 72
    required, 6, 9, 44, 46, 48, 53, 57-58, 60, 62, 70-71, 73, 78, 88, 138,
        151, 163
    upgraded, 61-62
Terminated Via Waivers, Notice, 83-84, 243
Termination of Agreement, 46, 146, 156, 209-210, 223-224
Termination of Drafted Rookie, 53, 153
Termination Pay, 85
    contract signed after the beginning of the season, 85
    eligibility, 85
    ineligibility, 85
Tests, 28, 220, 246-248
    psychological or personality, 220
    steroid, 192
    urinalysis, 191, 254
Tickets, 219-220, *see Player.*
Time Limits
    Commissioner discipline, 33-34
    designating franchise player, 70
    injury grievances, 27-32
    non-injury grievances, 22-26
    reporting salary information to the NFLPA, 41
Time Off
    days off, 15, 181, 185
    requirements, 185
Time Periods, 168, 221
Top Four Teams, 81, *see Final Year Plan.*
Traded Contracts, 123; *see also Contracts.*
Traded Players, 6, 44, 66, 82, 123, 133
Trade Limitations, 82
Training Camp, 20-21, 31, 59, 76, 82, 103, 160, 164, 168-169, 173-
    174, 231, 233, 258,
    definition, 173
    expenses, 174
    number of games, 173-174
    pre-season, 20-21, 31, 164, 169, 172-174
    reporting, 173
    rookie per diem, 173
    room and board, 173
    telephones, 174
    veteran per diem, 173

Transition Player, 41, 64, 66-67, 71-74, 77-80, 142, 157, 163, 222
    designation, 77, 142, 157
    designation period, 72-73
    duration of designation, 75
    list, 74
    right of first refusal, 73-74
    salary information, 74
    signing period, 78-79
    *see also Franchise Player; Restricted Free Agent.*
Trigger for Guaranteed League-Wide Salary, Salary Cap, and Minimum Team Salary, 94-98, *see Guaranteed League-wide Salary, Salary Cap, and Minimum Team Salary.*
Tuition Assistance Program, 207
    establishment, 207
    eligibility, 207
    reimbursement, 207

**U**
Uncapped Year, 7, 51, 64, 101-104, 134, 160, 197
Undisclosed Terms, Player Contracts, 55, 142, 157-158, 238
Undrafted Rookie, 3, 49
    definition, 6
    free agent, 46, 99
    player contract, 55, 151
    salary, 99
    *see also Rookie; Drafted Rookie.*
Union Security, 10-11, 13
    check-off, 13
    disputes, 14
    NFLPA player group licensing program, 13-14
    NFLPA responsibility, 15
    orientation, 15
    procedure for enforcement, 14-15
    *see also NFLPA*
Unrestricted Free Agency, 5; *see also Free Agency; Restricted Free Agent; Unrestricted Free Agents.*
Unrestricted Free Agent, 5-6, 20, 42, 59-60, 62, 69, 71-73, 77, 80-83, 152-153, 158, 220
    definition, 6
    franchise players, 70
    right of first refusal, 67, 71, 73
    transition player, 72, 77, 80, 163, 222
    *see also Free Agency; Free Agent.*
Upgraded Tender, 61-62, *see Tender.*

Index

**V**
Valuation of Player Contracts, 99, *see Contracts; see also Calculations.*
Vested Player, 208
    allocation, 204-205
    contract, 200-201
    definition, 200-201
    insurance benefits, 208-209
    veteran, 200-201
Veteran Free Agency, 5-6, 20, 59, 69, 209
    expedited arbitration, 67
    individually negotiated limitations on player movement, 67-69
    offer sheet and first refusal procedures, 64-67
    one offer sheet, 65
    restricted free agents, 60-64
    signing period for unrestricted free agents, 59-60
    unrestricted free agents, 59-60
    *see Unrestricted Free Agents.*
Veteran Free Agency Notices, 68-69
Veteran Player, 6, 51, 60, 94, 162, 172-173, 186-187, 189, 208
    and expansion draft, 162, 186
    contract, 135-136, 177
    definition, 6, 173
    expenses, 186-187
    insurance coverage, 208
    per diem, 173
    with less than three accrued seasons, 57-58
        accrued seasons calculation, 57
        negotiating rights, 57-58
        notice of signing, 57-58, 60, 64
    with four or more accrued season, 59

**W**
Waiver Procedures, 46-47, 83-84, 98, 102, 133, 167
Waiver System, 83
    awarding club, 83
    claiming club, 83
    contacting players on waivers, 83
    drafted rookie, 46-47
    ineligibility, 83
    NFLPA right to personnel information, 84
    notice of termination, 83-84
    release, 83-84
    rosters, 84
waiving club, 83, 230-231
Weight Bonus, 106; *see also Bonus.*

Wives, Transportation Provided for, 190
Workers' Compensation, 10-11, 93, 195, 217, 234-235, 247
    arbitration, 217
    benefits, 217
    joint study, 217
    preservation of rights, 217-218
    rejection of coverage, 217
    reopener, workers' compensation article, 218

**Y**

Youth Football Program, Deduction, 144