Exhibit 11



COLLECTIVE
BARGAINING
AGREEMENT

August 4, 2011



# NFL PLAYERS
ASSOCIATION

# TABLE OF CONTENTS

PREAMBLE ..................................................................................................................... xiv
ARTICLE 1 DEFINITIONS ............................................................................................. 1
ARTICLE 2 GOVERNING AGREEMENT ..................................................................... 5
   Section 1. Conflicts: ........................................................................................................ 5
   Section 2. Implementation: ............................................................................................ 5
   Section 3. Management Rights: ..................................................................................... 5
   Section 4. Scope of Agreement: ..................................................................................... 5
   Section 5. Rounding: ...................................................................................................... 5
ARTICLE 3 NO STRIKE/LOCKOUT/SUIT .................................................................. 7
   Section 1. No Strike/Lockout: ...................................................................................... 7
   Section 2. No Suit: .......................................................................................................... 7
   Section 3. Releases and Covenants Not to Sue: ......................................................... 7
ARTICLE 4 NFL PLAYER CONTRACT ........................................................................ 9
   Section 1. Form: .............................................................................................................. 9
   Section 2. Term: .............................................................................................................. 9
   Section 3. Changes: ......................................................................................................... 9
   Section 4. Conformity: ................................................................................................... 9
   Section 5. Notices, Prohibitions, etc.: ........................................................................ 10
   Section 6. Commissioner Disapproval: ...................................................................... 11
   Section 7. NFLPA Group Licensing Program: ........................................................ 11
   Section 8. Good Faith Negotiation: ........................................................................... 12
   Section 9. Forfeiture of Salary: .................................................................................... 12
   Section 10. Return of Advanced Paragraph 5 Salary: .............................................. 15
ARTICLE 5 OPTION CLAUSES ................................................................................... 16
   Section 1. Prohibition: .................................................................................................. 16
ARTICLE 6 COLLEGE DRAFT .................................................................................... 17
   Section 1. Time of Draft: ............................................................................................. 17
   Section 2. Number of Choices and Eligibility: ......................................................... 17
   Section 3. Required Tender: ........................................................................................ 17
   Section 4. Signing of Drafted Rookies: ...................................................................... 17
   Section 5. Other Professional Teams: ........................................................................ 18
   Section 6. Return to College: ....................................................................................... 19
   Section 7. Assignment of Draft Rights: ..................................................................... 19
   Section 8. Subsequent Draft: ....................................................................................... 19
   Section 9. No Subsequent Draft: ................................................................................ 20
   Section 10. Compensatory Draft Selections: ............................................................. 20
   Section 11. Undrafted Rookies: ................................................................................... 20
   Section 12. Notice of Signing: ..................................................................................... 20

ARTICLE 7 ROOKIE COMPENSATION AND ROOKIE COMPENSATION POOL ..................................................................................................21
   Section 1. Definitions: ..........................................................................................21
   Section 2. Operation: ...........................................................................................23
   Section 3. Rookie Contracts: ...............................................................................24
   Section 4. Proven Performance Escalator: ..........................................................28
   Section 5. Additional Terms: ...............................................................................29
   Section 6. Performance Incentives: .....................................................................30
   Section 7. Fifth-Year Option for First Round Selections: ...................................31
   Section 8. Salary Cap Treatment: ........................................................................32
   Section 9. Rookie Redistribution Fund: ..............................................................32

ARTICLE 8 VETERANS WITH LESS THAN THREE ACCRUED SEASONS ...................................................................................................................34
   Section 1. Accrued Seasons Calculation: ............................................................34
   Section 2. Negotiating Rights of Players with Less Than Three Accrued Seasons: ......34

ARTICLE 9 VETERAN FREE AGENCY .....................................................................35
   Section 1. Unrestricted Free Agents: ...................................................................35
   Section 2. Restricted Free Agents: ......................................................................36
   Section 3. Offer Sheet and Right of First Refusal Procedures: ...........................39
   Section 4. Expedited Arbitration: ........................................................................41
   Section 5. Individually Negotiated Limitations on Player Movement: ...............42
   Section 6. Notices, Etc.: .......................................................................................42

ARTICLE 10 FRANCHISE AND TRANSITION PLAYERS ......................................44
   Section 1. Franchise Player Designations: ..........................................................44
   Section 2. Required Tender for Franchise Players: ............................................44
   Section 3. Transition Player Designations: .........................................................47
   Section 4. Required Tender for Transition Players: ...........................................47
   Section 5. Right of First Refusal for Transition Players: ....................................48
   Section 6. Lists: ...................................................................................................48
   Section 7. Salary Information: ............................................................................48
   Section 8. No Assignment: ..................................................................................49
   Section 9. Franchise Player Designation Period: ................................................49
   Section 10. Transition Player Designation Period: .............................................49
   Section 11. Other Terms: .....................................................................................50
   Section 12. Compensatory Draft Selection: ........................................................50
   Section 13. Offer Sheets for Non-Exclusive Franchise and Transition Players: ..........50
   Section 14. Signing Period for Transition Players: .............................................51
   Section 15. Signing Period for Franchise Players: .............................................51

ARTICLE 11 TRANSITION RULES FOR THE 2011 LEAGUE YEAR ....................53
   Section 1. Applicability: ......................................................................................53
   Section 2. Calendar: ............................................................................................53
   Section 3. Free Agency: ......................................................................................54
   Section 4. Rookies: ..............................................................................................56

Section 5. Salaries and Salary Cap Accounting: .................................................................. 56
ARTICLE 12 REVENUE ACCOUNTING AND CALCULATION OF
THE SALARY CAP ........................................................................................................... 61
   Section 1. All Revenues: ................................................................................................. 61
   Section 2. Benefits: ......................................................................................................... 70
   Section 3. Accounting Reports & Projections: ............................................................... 72
   Section 4. Stadium Credit: .............................................................................................. 76
   Section 5. Joint Contribution Amount: ........................................................................... 78
   Section 6. Calculation of the Player Cost Amount and Salary Cap: ............................... 79
   Section 7. Guaranteed Player Cost Percentage: .............................................................. 81
   Section 8. Guaranteed League-Wide Cash Spending: .................................................... 84
   Section 9. Minimum Team Cash Spending: ................................................................... 84
   Section 10. Additional AR Accounting Rules: ............................................................... 85
ARTICLE 13 SALARY CAP ACCOUNTING RULES ..................................................... 90
   Section 1. Calculation of the Salary Cap: ....................................................................... 90
   Section 2. Application of the Salary Cap: ...................................................................... 90
   Section 3. Calculation of Salary and Team Salary: ........................................................ 90
   Section 4. Definition of "Salary": ................................................................................... 90
   Section 5. Computation of Team Salary: ....................................................................... 90
   Section 6. Valuation of Player Contracts: ...................................................................... 92
   Section 7. 30% Rules: ................................................................................................... 107
   Section 8. Renegotiations and Extensions: .................................................................. 107
ARTICLE 14 ENFORCEMENT OF THE SALARY CAP AND ROOKIE
COMPENSATION POOL ................................................................................................ 109
   Section 1. Undisclosed Terms: ..................................................................................... 109
   Section 2. Circumvention: ............................................................................................ 109
   Section 3. System Arbitrator Proceeding: .................................................................... 109
   Section 4. Commissioner Disapproval: ........................................................................ 109
   Section 5. System Arbitrator Review: .......................................................................... 109
   Section 6. Sanctions: ..................................................................................................... 110
   Section 7. Revenue Circumvention: ............................................................................. 111
   Section 8. NFL Audit Rights: ....................................................................................... 111
   Section 9. Prior Consultation: ....................................................................................... 111
ARTICLE 15 SYSTEM ARBITRATOR ........................................................................... 113
   Section 1. Appointment: ............................................................................................... 113
   Section 2. Scope of Authority: ..................................................................................... 113
   Section 3. Discovery: .................................................................................................... 113
   Section 4. Compensation: ............................................................................................. 114
   Section 5. Procedures: .................................................................................................. 114
   Section 6. Selection of System Arbitrator: ................................................................... 114
   Section 7. Selection of Appeals Panel: ........................................................................ 115
   Section 8. Procedure for Appeals: ................................................................................ 116
   Section 9. Decision: ...................................................................................................... 116

Section 10. Confidentiality: .......................................................................................... 116
ARTICLE 16 IMPARTIAL ARBITRATOR ............................................................. 117
Section 1. Selection: ..................................................................................................... 117
Section 2. Scope of Authority: .................................................................................... 117
Section 3. Effect of Rulings: ....................................................................................... 117
Section 4. Discovery: ................................................................................................... 117
Section 5. Compensation of Impartial Arbitrator: ................................................... 117
Section 6. Procedures: ................................................................................................. 117
Section 7. Selection of Impartial Arbitrator: ............................................................ 117
ARTICLE 17 ANTI-COLLUSION .............................................................................. 119
Section 1. Prohibited Conduct: .................................................................................. 119
Section 2. Other Club Conduct: ................................................................................. 119
Section 3. Club Discretion: ......................................................................................... 119
Section 4. League Disclosures: ................................................................................... 119
Section 5. Enforcement of Anti-Collusion Provisions: ........................................... 120
Section 6. Burden of Proof: ........................................................................................ 120
Section 7. Summary Judgment: .................................................................................. 120
Section 8. Remedies: .................................................................................................... 121
Section 9. Computation of Damages: ....................................................................... 121
Section 10. Player Election: ........................................................................................ 122
Section 11. Payment of Damages: .............................................................................. 122
Section 12. Effect on Cap Computations: ................................................................ 122
Section 13. Effect of Salary Cap: ............................................................................... 123
Section 14. No Reimbursement: ................................................................................ 123
Section 15. Costs: ......................................................................................................... 123
Section 16. Termination: ............................................................................................. 123
Section 17. Time Limits: ............................................................................................. 123
Section 18. Prior Conference: .................................................................................... 124
ARTICLE 18 CERTIFICATIONS ............................................................................... 125
Section 1. Contract Certification: .............................................................................. 125
Section 2. End of League Year Certification: ........................................................... 125
Section 3. False Certification: ..................................................................................... 126
ARTICLE 19 CONSULTATION AND INFORMATION SHARING ................ 127
Section 1. Salary Summaries: ...................................................................................... 127
Section 2. Consultation and Communications: ....................................................... 127
Section 3. Notice of Invalid Contract: ...................................................................... 127
Section 4. Copies: ......................................................................................................... 127
ARTICLE 20 OTHER PROVISIONS ........................................................................ 128
Section 1. CFL Rule: .................................................................................................... 128
Section 2. Physically Unable to Perform: .................................................................. 128
Section 3. Nonfootball Injury: .................................................................................... 128
Section 4. Roster Exemption: ..................................................................................... 128
Section 5. Arena Football Players: ............................................................................. 129

Section 6. Other Professional Leagues: ............................................................................ 130

ARTICLE 21 OFFSEASON WORKOUTS ............................................................................ 131
   Section 1. Voluntary Workouts: ........................................................................................ 131
   Section 2. Time Periods: .................................................................................................... 131
   Section 3. Payment: ........................................................................................................... 133
   Section 4. Injuries: ............................................................................................................. 133
   Section 5. Miscellaneous: ................................................................................................... 133
   Section 6. Pre-Training Camp Period: ............................................................................... 134
   Section 7. Rookie Premiere: ............................................................................................... 135
   Section 8. Enforcement: ..................................................................................................... 135
   Section 9. Offseason Participation Contract: ..................................................................... 137

ARTICLE 22 MINICAMPS ..................................................................................................... 138
   Section 1. Number: ............................................................................................................ 138
   Section 2. Mandatory Veteran Minicamp: ......................................................................... 138
   Section 3. Voluntary Veteran Minicamp: ........................................................................... 138
   Section 4. Expenses: .......................................................................................................... 138
   Section 5. Contact: ............................................................................................................. 139
   Section 6. Injuries: ............................................................................................................. 139
   Section 7. Rookie Football Development Programs and Minicamps: ............................... 139
   Section 8. Films: ................................................................................................................ 139
   Section 9. Enforcement: ..................................................................................................... 139
   Section 10. Participation Agreement: ................................................................................ 139

ARTICLE 23 PRESEASON TRAINING CAMPS .................................................................. 140
   Section 1. Definition: ......................................................................................................... 140
   Section 2. Room and Board: .............................................................................................. 140
   Section 3. First-year Player Per Diem: .............................................................................. 140
   Section 4. Veteran Per Diem: ............................................................................................. 140
   Section 5. Reporting: ......................................................................................................... 140
   Section 6. Conduct of Practices: ........................................................................................ 140
   Section 7. Number of Preseason Games: .......................................................................... 141
   Section 8. Expenses: .......................................................................................................... 141
   Section 9. Definition of "Preseason Training Camp": ....................................................... 141
   Section 10. Films: .............................................................................................................. 141
   Section 11. Enforcement: ................................................................................................... 142

ARTICLE 24 REGULAR SEASON AND POSTSEASON PRACTICES ............................. 143
   Section 1. Practice Rules: .................................................................................................. 143
   Section 2. Bye Weeks: ....................................................................................................... 143
   Section 3. Enforcement: ..................................................................................................... 143
   Section 4. Films: ................................................................................................................ 143

ARTICLE 25 SQUAD SIZE ..................................................................................................... 145
   Section 1. Active List: ....................................................................................................... 145
   Section 2. Pre-Season: ....................................................................................................... 145
   Section 3. Inactive List: ..................................................................................................... 145

Section 4. Active and Inactive List Limit: .................................................................. 145
ARTICLE 26 SALARIES .................................................................................................. 146
  Section 1. Minimum Salaries: .................................................................................... 146
  Section 2. Credited Season: ....................................................................................... 146
  Section 3. Other Compensation: ............................................................................... 146
  Section 4. Arbitration: ................................................................................................ 147
  Section 5. Payment: .................................................................................................... 147
  Section 6. Deferred Paragraph 5: .............................................................................. 147
  Section 7. Copies of Contracts: ................................................................................. 147
  Section 8. Split Contracts: ......................................................................................... 147
  Section 9. Funding of Deferred and Guaranteed Contracts: ................................. 148
ARTICLE 27 MINIMUM SALARY BENEFIT ............................................................ 149
  Section 1. Qualifying Players: .................................................................................... 149
  Section 2. Qualifying Contracts: ............................................................................... 149
  Section 3. Additional Compensation Rules: ........................................................... 149
  Section 4. Payments: .................................................................................................. 150
  Section 5. Reduced Salary Cap Count: ..................................................................... 150
  Section 6. Minimum Salary Benefit Calculation: .................................................... 150
  Section 7. Extensions of Qualified Contracts: ........................................................ 150
  Section 8. Terminated Qualifying Players: .............................................................. 150
  Section 9. Players Moving to New Club: ................................................................. 151
  Section 10. Player Returning to Old Club: .............................................................. 151
  Section 11. Players with Expired Contract: ............................................................. 152
  Section 12. Guarantees: ............................................................................................. 152
  Section 13. Termination Pay: .................................................................................... 152
  Section 14. No Benefit for Non-Qualifying Contracts: ......................................... 152
ARTICLE 28 PERFORMANCE-BASED POOL ......................................................... 153
  Section 1. Creation Of Fund: .................................................................................... 153
  Section 2. Amount of Fund: ...................................................................................... 153
  Section 3. Mandatory Distribution Each Year: ....................................................... 153
  Section 4. Qualifying Players: .................................................................................... 153
  Section 5. Methodology: ............................................................................................ 153
  Section 6. Corrections: ............................................................................................... 154
ARTICLE 29 WAIVERS .................................................................................................... 155
  Section 1. Release: ...................................................................................................... 155
  Section 2. Contact: ..................................................................................................... 155
  Section 3. Ineligibility: ............................................................................................... 155
  Section 4. Notice of Termination: ............................................................................ 155
  Section 5. NFLPA's Right to Personnel Information: ........................................... 155
  Section 6. Rosters: ...................................................................................................... 156
  Section 7. Procedural Recall Waivers: ...................................................................... 156
ARTICLE 30 TERMINATION PAY ............................................................................... 157
  Section 1. Eligibility: .................................................................................................. 157

Section 2. Regular Season Signings: ...................................................................... 157
Section 3. Ineligibility For Termination Pay: ......................................................... 157
ARTICLE 31 ADDITIONAL REGULAR SEASON GAMES ................................. 158
ARTICLE 32 EXPANSION ............................................................................................ 159
Section 1. Veteran Allocation: .................................................................................. 159
Section 2. Additional Compensatory Picks: ........................................................... 159
Section 3. Rookie Compensation Pool Adjustment: ............................................. 159
Section 4. Relocation Bonus: .................................................................................... 159
ARTICLE 33 PRACTICE SQUADS ............................................................................. 160
Section 1. Practice Squads: ....................................................................................... 160
Section 2. Signing With Other Clubs: ..................................................................... 160
Section 3. Salary: ........................................................................................................ 161
Section 4. Eligibility: ................................................................................................. 161
Section 5. Active List: ............................................................................................... 161
Section 6. Contagious Disease Addendum: ........................................................... 161
ARTICLE 34 MEAL ALLOWANCE ............................................................................ 164
Section 1. Reimbursement: ....................................................................................... 164
Section 2. Travel Day: ............................................................................................... 164
ARTICLE 35 DAYS OFF ............................................................................................... 165
Section 1. Preseason: ................................................................................................. 165
Section 2. Regular Season and Postseason: ............................................................ 165
Section 3. Requirements: .......................................................................................... 165
Section 4. Regular Season Bye Weeks: ................................................................... 165
ARTICLE 36 MOVING AND TRAVEL EXPENSES ................................................ 166
Section 1. Qualification: ........................................................................................... 166
Section 2. Moving Expenses: ................................................................................... 166
Section 3. Travel Expenses: ...................................................................................... 166
Section 4. Transportation: ........................................................................................ 167
ARTICLE 37 POSTSEASON PAY ................................................................................ 168
Section 1. System: ...................................................................................................... 168
Section 2. Compensation: ......................................................................................... 168
Section 3. Wild Card Game; Division Play-off Game: ......................................... 168
Section 4. Conference Championship; Super Bowl Game: ................................. 168
Section 5. Payment: ................................................................................................... 169
ARTICLE 38 PRO BOWL GAME ................................................................................ 170
Section 1. Compensation: ......................................................................................... 170
Section 2. Selection: ................................................................................................... 170
Section 3. Wives: ........................................................................................................ 170
Section 4. Injury: ........................................................................................................ 170
Section 5. Payment: ................................................................................................... 170
Section 6. Applicability: ............................................................................................ 170

ARTICLE 39 PLAYERS' RIGHTS TO MEDICAL CARE AND TREATMENT .......................................................................................................... 171
   Section 1. Club Physician: ........................................................................................ 171
   Section 2. Club Athletic Trainers: ........................................................................... 172
   Section 3. Accountability and Care Committee: .................................................. 172
   Section 4. Player's Right to a Second Medical Opinion: .................................... 173
   Section 5. Player's Right to a Surgeon of His Choice: ........................................ 173
   Section 6. Standard Minimum Preseason Physical: ............................................ 173
   Section 7. Substance Abuse: .................................................................................... 173
ARTICLE 40 ACCESS TO PERSONNEL AND MEDICAL RECORDS ................. 175
   Section 1. Personnel Records: ................................................................................ 175
   Section 2. Medical Records: .................................................................................... 175
   Section 3. Electronic Medical Record System: .................................................... 175
ARTICLE 41 WORKERS' COMPENSATION ................................................................ 176
   Section 1. Benefits: ................................................................................................... 176
   Section 2. Rejection of Coverage: .......................................................................... 176
   Section 3. Arbitration: .............................................................................................. 176
   Section 4. Workers' Compensation Offset Provisions: ...................................... 176
   Section 5. Carve-Out: ............................................................................................... 179
   Section 6. Reservation of Rights: ........................................................................... 179
ARTICLE 42 CLUB DISCIPLINE ....................................................................................... 180
   Section 1. Maximum Discipline: ............................................................................. 180
   Section 2. Published Lists: ....................................................................................... 181
   Section 3. Uniformity: .............................................................................................. 181
   Section 4. Disputes: .................................................................................................. 181
   Section 5. Deduction: ............................................................................................... 181
   Section 6. NFL Drug and Steroid Policies: .......................................................... 182
   Section 7. Cumulative Fines: ................................................................................... 182
   Section 8. Offset of Preseason Fine Amounts: ................................................... 182
   Section 9. Effective Date: ........................................................................................ 183
ARTICLE 43 NON-INJURY GRIEVANCE ...................................................................... 187
   Section 1. Definition: ............................................................................................... 187
   Section 2. Initiation: ................................................................................................. 187
   Section 3. Filing: ........................................................................................................ 187
   Section 4. Ordinary and Expedited Appeal: ........................................................ 187
   Section 5. Discovery and Prehearing Procedures: .............................................. 188
   Section 6. Arbitration Panel: ................................................................................... 189
   Section 7. Hearing: .................................................................................................... 189
   Section 8. Arbitrator's Decision and Award: ...................................................... 190
   Section 9. Time Limits: ............................................................................................ 190
   Section 10. Representation: .................................................................................... 191
   Section 11. Costs: ...................................................................................................... 191
   Section 12. Payment: ................................................................................................ 191

Section 13. Grievance Settlement Committee: ...................................................................191
Section 14. Standard Grievance Correspondence: ............................................................191

ARTICLE 44 INJURY GRIEVANCE ..............................................................................193
Section 1. Definition: .........................................................................................................193
Section 2. Filing: ................................................................................................................193
Section 3. Answer: .............................................................................................................193
Section 4. Neutral Physician: .............................................................................................194
Section 5. Neutral Physician List: ......................................................................................195
Section 6. Appeal: ..............................................................................................................195
Section 7. Arbitration Panel: ..............................................................................................195
Section 8. Hearing: .............................................................................................................196
Section 9. Expenses: ...........................................................................................................197
Section 10. Pension Credit: ................................................................................................198
Section 11. Payment: ..........................................................................................................198
Section 12. Presumption of Fitness: ..................................................................................198
Section 13. Playoff Money: ................................................................................................198
Section 14. Information Exchange: ...................................................................................199
Section 15. Discovery: .......................................................................................................199
Section 16. Grievance Settlement Committee: ..................................................................199
Section 17. Settlement Agreements: ..................................................................................199
Section 18. Standard Grievance Correspondence: ............................................................199

ARTICLE 45 INJURY PROTECTION ............................................................................200
Section 1. Qualification: ....................................................................................................200
Section 2. Benefit: ..............................................................................................................200
Section 3. Disputes: ...........................................................................................................201
Section 4. Extended Injury Protection Qualification: ......................................................201
Section 5. Extended Injury Protection Benefit: ................................................................201
Section 6. Extended Injury Protection Disputes: .............................................................202
Section 7. Workers' Compensation Offset: .......................................................................202
Section 8. Filing: ................................................................................................................203
Section 9. Costs: .................................................................................................................203

ARTICLE 46 COMMISSIONER DISCIPLINE ..............................................................204
Section 1. League Discipline: ............................................................................................204
Section 2. Hearings: ...........................................................................................................204
Section 3. Time Limits: ......................................................................................................205
Section 4. One Penalty: ......................................................................................................206
Section 5. Fine Money: ......................................................................................................206

ARTICLE 47 UNION SECURITY ...................................................................................207
Section 1. Union Security: .................................................................................................207
Section 2. Check-off: .........................................................................................................207
Section 3. NFLPA Meetings: .............................................................................................207
Section 4. NFLPA Player Group Licensing Program: ......................................................207
Section 5. Disputes: ...........................................................................................................208

Section 6. Procedure for Enforcement: ...................................................................... 208
Section 7. NFLPA Responsibility: ............................................................................ 209
Section 8. Orientations: ............................................................................................ 209
Section 9. Rookie Symposium: ................................................................................. 209

ARTICLE 48 NFLPA AGENT CERTIFICATION ......................................................... 210
Section 1. Exclusive Representation: ........................................................................ 210
Section 2. Enforcement: ............................................................................................ 210
Section 3. Penalty: .................................................................................................... 210

ARTICLE 49 PLAYER SECURITY ............................................................................... 212
Section 1. No Discrimination: .................................................................................. 212
Section 2. Personal Appearance: ............................................................................... 212

ARTICLE 50 COMMITTEES ....................................................................................... 213
Section 1. Joint Committee: ..................................................................................... 213
Section 2. Competition Committee: ......................................................................... 214

ARTICLE 51 MISCELLANEOUS ................................................................................. 215
Section 1. Endorsements: ......................................................................................... 215
Section 2. Player Attire: ............................................................................................ 215
Section 3. Appearances: ............................................................................................ 216
Section 4. Promotion: ............................................................................................... 216
Section 5. Deduction: ............................................................................................... 216
Section 6. Public Statements: ................................................................................... 216
Section 7. Address: ................................................................................................... 216
Section 8. NFLPA Tickets: ........................................................................................ 216
Section 9. Player Tickets: ......................................................................................... 216
Section 10. Tests: ...................................................................................................... 217
Section 11. League Security: .................................................................................... 217
Section 12. Career Planning Program: ..................................................................... 217
Section 13. On-Field Microphones and Sensors: ..................................................... 217
Section 14. Practice Squad Super Bowl Rings: ........................................................ 218

ARTICLE 52 PLAYER BENEFIT COSTS ..................................................................... 219
Section 1. General Right of Reduction: .................................................................... 219
Section 2. Right of Restoration: ................................................................................ 219
Section 3. Resolution of Disputes: ............................................................................ 219
Section 4. Limitations on Contributions: ................................................................. 219
Section 5. Timing: .................................................................................................... 220

ARTICLE 53 RETIREMENT PLAN .............................................................................. 221
Section 1. Maintenance and Definitions: ................................................................. 221
Section 2. Contributions: .......................................................................................... 221
Section 3. Benefit Credits: ........................................................................................ 221
Section 4. New Arbitration Procedures: ................................................................... 222
Section 5. Annual Benefit Eligibility Audits: ........................................................... 222
Section 6. Vesting Requirements: ............................................................................. 222

ARTICLE 54 SECOND CAREER SAVINGS PLAN ........................................................223
   Section 1. Maintenance: ........................................................................................223
   Section 2. Contributions: .......................................................................................223

ARTICLE 55 PLAYER ANNUITY PLAN ....................................................................225
   Section 1. Establishment: ......................................................................................225
   Section 2. Contributions: .......................................................................................225
   Section 3. Timing: .................................................................................................225
   Section 4. Structure: ..............................................................................................225
   Section 5. New Tax-Qualified Portion: ................................................................226
   Section 6. NFL Player Annuity & Insurance Company Net Worth: ....................226

ARTICLE 56 TUITION ASSISTANCE PLAN .............................................................227
   Section 1. Maintenance: ........................................................................................227
   Section 2. Eligibility: ............................................................................................227
   Section 3. Reimbursement: ...................................................................................228
   Section 4. Administration: ....................................................................................228

ARTICLE 57 LEGACY BENEFIT ................................................................................229
   Section 1. Establishment: ......................................................................................229
   Section 2. Benefit: .................................................................................................229
   Section 3. Cost: .....................................................................................................229

ARTICLE 58 88 BENEFIT ............................................................................................230
   Section 1. Establishment: ......................................................................................230
   Section 2. Dementia Benefits: ...............................................................................230
   Section 3. Funding: ...............................................................................................231
   Section 4. Term: ....................................................................................................231
   Section 5. Committee: ..........................................................................................231

ARTICLE 59 GROUP INSURANCE ............................................................................232
   Section 1. Maintenance: ........................................................................................232
   Section 2. Extended Post-Career Medical And Dental Benefits: .........................233
   Section 3. Limitations And Rules For Extended Insurance: ................................234
   Section 4. Administration: ....................................................................................234

ARTICLE 60 SEVERANCE PAY ..................................................................................235
   Section 1. Eligibility and Maintenance: ................................................................235
   Section 2. Amount: ...............................................................................................235
   Section 3. Payment: ..............................................................................................235
   Section 4. Second Payment: .................................................................................235
   Section 5. Payable to Survivor: .............................................................................235
   Section 6. Administration: ....................................................................................236
   Section 7. Nonassignability: .................................................................................236

ARTICLE 61 NFL PLAYER DISABILITY PLAN .......................................................237
   Section 1. Maintenance: ........................................................................................237
   Section 2. New Disability Benefits: ......................................................................237
   Section 3. Increase in Benefit Amounts: ..............................................................239

Section 4. Continuation of Benefits Following Term of Agreement: ........................... 239
Section 5. Improvements: ............................................................................................. 240

ARTICLE 62 LONG TERM CARE INSURANCE PLAN ............................................. 241
Section 1. Eligibility and Maintenance: ....................................................................... 241
Section 2. Benefits: ...................................................................................................... 241
Section 3. Limitations: ................................................................................................ 241
Section 4. Plan Benefits Primary: ................................................................................ 241
Section 5. Administration: .......................................................................................... 241

ARTICLE 63 GENE UPSHAW NFL PLAYER HEALTH
REIMBURSEMENT ACCOUNT ..................................................................................... 242
Section 1. Establishment: ............................................................................................ 242
Section 2. Contributions: ............................................................................................ 242
Section 3. Eligibility: ................................................................................................... 242
Section 4. Health Reimbursement Accounts: .............................................................. 242
Section 5. Payments from Health Reimbursement Accounts: ..................................... 243
Section 6. Structure: .................................................................................................... 244
Section 7. Plan Operation in Post-Expiration Years: ................................................... 244

ARTICLE 64 FORMER PLAYER LIFE IMPROVEMENT PLAN ............................... 245
Section 1. Eligibility and Maintenance: ....................................................................... 245
Section 2. Administration: .......................................................................................... 246
Section 3. NFLPA Review: .......................................................................................... 246

ARTICLE 65 NEURO-COGNITIVE DISABILITY BENEFIT ...................................... 247
Section 1. Establishment: ............................................................................................ 247
Section 2. Eligibility: ................................................................................................... 247
Section 3. Benefit: ....................................................................................................... 247
Section 4. Special Committee: ..................................................................................... 248
Section 5. Effect of Eligibility for Subsequent Disability Benefits: .............................. 248

ARTICLE 66 BENEFITS ARBITRATOR ......................................................................... 249
Section 1. Selection: .................................................................................................... 249
Section 2. Compensation: ........................................................................................... 249
Section 3. Role: ........................................................................................................... 249

ARTICLE 67 RETENTION OF BENEFITS .................................................................... 251

ARTICLE 68 MUTUAL RESERVATION OF RIGHTS: LABOR
EXEMPTION ...................................................................................................................... 252
Section 1. Rights Under Law: ...................................................................................... 252

ARTICLE 69 DURATION OF AGREEMENT ................................................................ 253
Section 1. Effective Date/Expiration Date: ................................................................. 253

ARTICLE 70 GOVERNING LAW AND PRINCIPLES .................................................. 254
Section 1. Governing Law: .......................................................................................... 254
Section 2. Parol Evidence: ........................................................................................... 254
Section 3. Mutual Drafting: ......................................................................................... 254

Section 4. Headings:..........................................................................................254
Section 5. Binding Effect:.................................................................................254
Section 6. Authorization:..................................................................................254
Section 7. Appendices and Exhibits:................................................................254
Section 8. Time Periods:...................................................................................254
Section 9. Modification:....................................................................................254
Section 10. Delivery of Documents:.................................................................254

APPENDIX A NFL PLAYER CONTRACT................................................................256

APPENDIX B FIRST REFUSAL OFFER SHEET ....................................................265

APPENDIX C FIRST REFUSAL EXERCISE NOTICE ...........................................266

APPENDIX D WAIVER OF FREE AGENT RIGHTS..............................................267

APPENDIX E EXAMPLES OF CAP PERCENTAGE AVERAGE
FRANCHISE AND TRANSITION TENDER CALCULATIONS ...........................268

APPENDIX F ACCOUNTANTS' REVIEW PROCEDURES....................................269

APPENDIX G OFFSEASON WORKOUT RULES....................................................278

APPENDIX H NOTICE OF TERMINATION...........................................................279

APPENDIX I WRITTEN WARNING GOOD FAITH EFFORT ..............................280

APPENDIX J PRACTICE SQUAD PLAYER CONTRACT ......................................281

APPENDIX K STANDARD MINIMUM PRESEASON PHYSICAL
EXAMINATION ............................................................................................................291

APPENDIX L INJURY SETTLEMENT .....................................................................294

APPENDIX M CHECK-OFF AUTHORIZATION FOR NFLPA
DEDUCTIONS ..............................................................................................................296

APPENDIX N ACTUARIAL ASSUMPTIONS AND ACTUARIAL COST
METHOD .......................................................................................................................297

APPENDIX O HEALTH REIMBURSEMENT PLAN ACTUARIAL
ASSUMPTIONS AND FUNDING...............................................................................300

## PREAMBLE

This Agreement, which is the product of bona fide, arm's length collective bargaining, is made and entered into as of the 4th day of August, 2011 in accordance with the provisions of the National Labor Relations Act, as amended, by and between the National Football League Management Council ("Management Council" or "NFLMC"), which is recognized as the sole and exclusive bargaining representative of present and future employer member Clubs of the National Football League ("NFL" or "League"), and the National Football League Players Association ("NFLPA"), which is recognized as the sole and exclusive bargaining representative of present and future employee players in the NFL in a bargaining unit described as follows:

1. All professional football players employed by a member club of the National Football League;

2. All professional football players who have been previously employed by a member club of the National Football League who are seeking employment with an NFL Club;

3. All rookie players once they are selected in the current year's NFL College Draft; and

4. All undrafted rookie players once they commence negotiation with an NFL Club concerning employment as a player.

# ARTICLE 1
# DEFINITIONS

As used in this Agreement, the following terms shall have the following meanings unless expressly stated otherwise:

"Accrued Season" means any playing season for which a player received credit with respect to his qualifications for Unrestricted Free Agency or Restricted Free Agency.

"Agreement" means this Collective Bargaining Agreement.

"All Revenues" or "AR" means all of the League and Team revenues that are included within the definition of All Revenues, as set forth in Article 12.

"Benefits" or "Player Benefit Costs" means the aggregate for a League Year of all sums paid (or to be paid on a proper accrual basis for a League Year) by the NFL and all NFL Teams for, to, or on behalf of present or former NFL players as specified in Article 12.

"Club" or "Team" or "Member," used interchangeably herein, means any entity that is a member of the NFL or operates a franchise in the NFL at any time during the term of this Agreement.

"Club Affiliate" or "Team Affiliate" means any entity or person owned by (wholly or partly), controlled by, affiliated with, or related to a Club or any owner of a Club.

"Commissioner" means the Commissioner of the NFL.

"Compensatory Draft Selection" means an additional Draft choice awarded to a Club in any Draft as described in Article 9 and Article 10.

"Discount rate" means a discount rate calculated using interest on an annual compounded basis using the one-year Treasury yields at constant maturities rate as published in The Wall Street Journal on February 1 (or the next date published) of the League Year in which the amount to be discounted accrues, is awarded, or occurs, as the case may be. If this rate is not published in The Wall Street Journal for any reason, then the website of the Federal Reserve (http://www.federalreserve.gov) shall be used to obtain the interest rate.

"Draft" or "College Draft" means the NFL's annual draft of Rookie football players as described in Article 6. "Supplemental Draft" means the supplemental draft in a given League Year, if held by the League.

"Draft Choice Compensation" means the right of any Club, as described in Article 9 and Article 10, to receive draft pick(s) from any other Club.

"Drafted Rookie" means a person who is selected in the current League Year's Draft or whose Draft rights are held, or continue to be held, consistent with this Agreement, by an NFL Club that selected the Rookie in a prior Draft.

"Exclusive Rights Player" means a player with less than three Accrued Seasons whose contract has expired but who has received the Required Tender described in Article 8.

"Final League Year" means the League Year which is scheduled prior to its commencement to be the final League Year of this Agreement. As of the date hereof, the Final League Year is the 2020 League Year.

1

"Free Agent" means a player who is not under contract and is free to negotiate and sign a Player Contract with any NFL Club, without Draft Choice Compensation or any Right of First Refusal.

"Guaranteed League-Wide Cash Spending" means the amount of cash spending guaranteed as a percentage of the Salary Cap as set forth in Article 12.

"Interest" means interest calculated at an annual compounded basis using the one-year Treasury yields at constant maturities rate as published in The Wall Street Journal on February 1 (or the next date published) of the League Year in which the amount to receive interest accrues, is awarded, or occurs as the case may be. If this rate is not published in The Wall Street Journal for any reason, then the website of the Federal Reserve (http://www.federalreserve.gov) shall be used to obtain the interest rate.

"League-Wide Cash Spending" means the aggregate amount of cash spent or committed to be spent by NFL Clubs on players in a League Year, calculated as set forth in Article 12.

"League Year" means the period from March [__] of one year through and including March [__] of the following year, or such other one year period to which the NFL and the NFLPA may agree.

"Minimum Salary" means the minimum annual Paragraph 5 Salary that can be contracted to be paid to an NFL player not on any Active list, and not on the Inactive list, pursuant to this Agreement.

"Minimum Active/Inactive List Salary" means the minimum annual Paragraph 5 Salary that can be contracted to be paid to an NFL player on any Active list, or on the Inactive list, pursuant to this Agreement.

"Negotiate" means, with respect to a player or his representatives on the one hand, and an NFL Club or its representatives on the other hand, to engage in any written or oral communication relating to efforts to reach agreement on employment and/or terms of employment between such player and such Club.

"New Club" means any Club except the Prior Club (as defined below).

"NFL" means the National Football League, including the NFL Management Council.

"NFL Player Contract" or "Player Contract" means a written agreement using the form attached as Appendix A with any addendum as permissible under Article 4 between a person and an NFL Club pursuant to which such person is employed by such Club as a professional football player.

"NFL Rules" means the Constitution and Bylaws, rules and regulations of the NFL and/or the Management Council.

"Paragraph 5 Salary" means the compensation set forth in Paragraph 5 of the NFL Player Contract, or in any amendments thereto.

"Player Affiliate" means any entity or person owned by (wholly or partly), controlled by, affiliated with, or related to a player.

"Player Cost Amount" means the amount calculated pursuant to the rules set forth in Article 12.

"Practice Squad" means the Practice Squad as described in Article 33. "Practice Squad player" means a player on the Practice Squad.

"Practice Squad Player Contract" or "Practice Squad Contract" means a written agreement between a person and an NFL Club pursuant to which such person is employed by such Club as a Practice Squad player. For purposes of this Agreement, all references to Paragraph 4, 5, 9 or 10 of the NFL Player Contract shall be deemed, where applicable to a Practice Squad Player Contract, to be references to Paragraph 3, 4, 7 or 8, respectively, of the Practice Squad Player Contract.

"Preexisting Contract" means an NFL Player Contract (including any renegotiation or extension) executed before March 12, 2011.

"Prior Agreement" means the Collective Bargaining Agreement in effect during the 2006–10 League Years, as amended.

"Prior Club" means the Club that contracted with or otherwise held the NFL playing rights for the player for the previous League Year.

"Projected AR" means the amount of AR projected in accordance with the rules set forth in Article 12.

"Projected Benefits" means the amount of Benefits projected in accordance with the rules set forth in Article 12.

"Qualifying Offer" means the Required Tender for a Restricted Free Agent, as set forth in Article 9.

"Renegotiate" or "renegotiation" means any change in Salary or the terms under which such Salary is earned or paid, or any change regarding the Club's right to trade the player, during the term of a Player Contract.

"Required Tender" or "Tender" means a Player Contract tender that a Club is required to make to a player pursuant to this Agreement, either as a matter of right with respect to the player, or to receive Rights of First Refusal, Draft Choice Compensation and/or other rights with respect to the player, as specified in this Agreement.

"Restricted Free Agent" means a Veteran who has three Accrued Seasons and who completes performance of his Player Contract, but who is still subject to a Right of First Refusal and/or Draft Choice Compensation in favor of his Prior Club.

"Right of First Refusal" means the right of an NFL Club, as described in Article 9 and Article 10, to retain the services of certain Veteran players by matching offers made to those players.

"Rookie" means a person who has never before signed a Player Contract with an NFL Club. The first Player Contract signed by such person is a "Rookie Contract."

"Room" means the extent to which a Team's then-current Team Salary is less than the Salary Cap (as described in Article 13), and/or the extent to which a Team's Rookie Salary is less than the Year-One Rookie Allocation (as described in Article 7).

"Salary" means any compensation of money, property, investments, loans, or anything else of value that a Club pays to, or is obligated to pay to, a player or Player Affiliate, or is paid to a third party at the request of and for the benefit of a player or Player Affiliate, during a League Year, as calculated in accordance with the rules set forth in Article 13.

"Salary Cap" means the absolute maximum amount of Salary that each Club may pay or be obligated to pay or provide to players or Player Affiliates, or may pay or be obligated to pay to third parties at the request of and for the benefit of Players or Player

3

Affiliates, at any time during a particular League Year, in accordance with the rules set forth in Article 13.

"Settlement Agreement" means the agreement dated July 25, 2011 resolving, subject to the fulfillment of certain conditions, the lawsuit styled *Brady v. NFL*.

"System Arbitrator" means the arbitrator authorized by this Agreement to hear and resolve specified disputes as provided in this Agreement.

"Team Salary" means the Team's aggregate Salary for Salary Cap purposes, as calculated in accordance with the rules set forth in Article 13.

"Undrafted Rookie" means a Rookie who was eligible for but not selected in a College Draft for which he was eligible (as further defined in Article 6, Section 11).

"Unrestricted Free Agent" means a Veteran with four or more Accrued Seasons, who has completed performance of his Player Contract, and who is no longer subject to any exclusive negotiating rights, Right of First Refusal, or Draft Choice Compensation in favor of his Prior Club.

"Veteran" means a player who has signed at least one Player Contract with an NFL Club.