NFL-AFL

serve or Selection List (including future selection choices) of the acquiring club as the Commissioner in his sole discretion deems fair and equitable; any such decision by the Commissioner shall be final and conclusive.

*Rules and Regulations*

12.2 (A) A Club, at its option, may adopt individual club rules and regulations not inconsistent with or contrary to this Constitution and By-Laws or of its League and/or the Rules and Regulations of its League. The club shall give the player reasonable notice of all rules and regulations adopted by the cub. Any club adopting rules and regulations may suspend and/or fine a player for violation thereof.

(B) Either League may adopt rules and regulations, and any rules and regulations so adopted must be printed on the reverse side of the standard form of player contract used by clubs in the applicable league.

*Restrictions on Play by Other Employees*

12.3 (A) No person employed by a club as a coach, trainer or in any capacity other than as a player, may play for that club in that same year unless such person is listed and counted as an Active Player at the time of the first and in each succeeding player limit reduction.

(B) Whenever a player under contract or option to a club fails to report to that club prior to its first game, then such player, without the prior consent of the Commissioner, may not play with any club in that same league during that same season if said player played in any other league or with any other team other than a team in its respective league during that same calendar year, unless such other league or other club in which or for whom such player played is designated by the Commissioner as a minor league, the decision of the Commissioner shall be final.

(C) Whenever a player has played or coached football in Canada during any season either while as a free agent or as a member of the Reserve List of but not under contract to a club in either NFL or AFL, then such player may not play for any club in either league during that same calendar year, unless such player has first signed a contract and reports to such club prior to the first game of that club, and unless his play or participation in Canada occurred prior to the first game of that club; in any event, any player who shall have played in Canada cannot play or practice with a club unless (1) such player signs a contract with a club in either league and such contract is not disapproved by the Commissioner, and (2) such player proved to the satisfaction

[ 26 ]

CONSTITUTION and BY-LAWS

of the Commissioner that he is eligible to play in either league at a hearing conducted thereon by the Commissioner, whose decision would be final and unappealable.

(D) Any player who had played or participated in football in Canada while under contract, option or as a member of the Reserve List of any club and who did not report or was not listed as an Active Player of such club at the time of the first game of such club, may not play with any club in either league during that same season, regardless of the circumstances thereof.

(E) No player under contract to a club shall be permitted to participate in any football game for or against any team, group or organization outside the NFL or the AFL except in games officially approved and sanctioned by the league with which he is connected.

ARTICLE XIII
SCHEDULE

*Preparation*

13.1 Subject to the restrictions contained in the provisions of the Constitution and By-Laws of the NFL, the Commissioner shall draft a schedule of regular season games in the NFL and shall forward the same to the clubs of the NFL as soon as possible after each Joint Annual Meeting; subject to the restrictions contained in the provisions of the Constitution and By-Laws of the AFL, the President thereof shall draft a schedule of regular season games in the AFL and shall forward the same to the clubs of the AFL as soon as possible after each Joint Annual Meeting; such schedules shall constitute the official schedules for the games of each club in its respective League and shall not require any consent to or approval by any club or clubs in either League.

*Schedule Adjustments*

13.2 Schedule Adjustments.

(A) In the event a club ceases operating and a new franchise is then issued by the league with which it is identified to a new club to replace such former member, the new club shall be obligated to perform under the same schedule in effect at the time the former club ceased operations, whether or not the franchise issued to the new club is to be operated in the same city as the former franchise holder.

(B) In the event a club shall cease operations and the affected league does not replace such franchise by issuing a new franchise, or by the transfer of the former

[ 27 ]

NFL-AFL

franchise, the Commissioner is empowered to make whatever adjustments in the schedule as he in his sole discretion decides are necessary, and all clubs shall be bound thereby.

*Change in Site*

13.3 Change in Site. When a game is scheduled in a stadium used for baseball, the Commissioner shall have the right to change the site of the game, whenever he concludes such action is necessary by reason of the probable participation of the baseball club in the World Series; in such event, the visiting club will be reimbursed by the affected League for any extra travel expense necessarily incurred because of such change, and the home club will be compensated by the affected League for any loss of revenue suffered by it as a result of such change in the site of the game. The Commissioner's decision shall be final and binding upon both of the affected clubs in respect to the need for and the amount of any such compensation or reimbursement.

## ARTICLE XIV
## SELECTION MEETING

*Time and Place*

14.1 A joint selection meeting of the NFL and the AFL shall be held at such time and place as the Commissioner shall designate. The Commissioner is empowered to settle any dispute or controversy involving or occurring in the Selection Meeting not otherwise covered by provisions of this Constitution and By-Laws or the Constitution and By-Laws of either league.

*Eligible Selectees*

14.2 The only players eligible to be selected in any Selection Meeting shall be those players who fulfill the eligibility standards prescribed in Article XII of this Constitution and By-Laws.

*Selection*

14.3 (A) At each Selection Meeting each club participating therein, shall select players of its own choice; selection shall be made by the clubs in each round in the reverse order of their standing.

(B) Reference in this Article to "standing" shall mean the standing of the clubs in each league in regular season games at the time of the Selection Meeting. Standing shall be determined by the percentage rating of games won as against games played in the season, irrespective of the league in which said games were played or the total number of games played during the season, provided, however, that the winners of any championship

[ 28 ]

## CONSTITUTION and BY-LAWS

game played between the two leagues shall select last and the loser of such game shall select next to last in all rounds regardless of the record of such participating clubs in the regular season.

(C) One player shall be selected on each round by each club participating in that round.

(D) There shall be seventeen (17) selection rounds at each meeting.

*Selecting Ineligible Player*

14.4 Selecting Ineligible Player. If any club selects an ineligible player, such club shall lose the right to that player and to the selection choice for that year.

*Reserve List— Selectees*

14.5 Reserve List—Selectees. The selecting club shall have the exclusive right to negotiate for the services of each player selected by it in the Selection Meeting. Selected players shall be placed on the Reserve List of that club.

*Selectee Returning to College*

14.6 Selectee Returning to College. Any player eligible for selection at the Selection Meeting who is not selected, shall be eligible to sign with any club in either league; provided, however, that if any eligible selectee not chosen possesses additional college eligibility and thereafter attends college in the fall semester following the Selection Meeting, such player may not be signed by any club until after the close of the next succeeding Selection Meeting at which time he is eligible for selection.

*League Policy on Playing with Another Club*

14.7 League Policy on Playing with another Club. The NFL and AFL reaffirm a resolution passed unanimously in May 1935 by the NFL and which has been in effect in the operation of the NFL since that time, namely:

If for any valid reason it would be impossible for a player to play in the city by which he has been selected, or the player can show reasonable cause why he should be permitted to play in a city other than that designated for him, then through arrangements as can be made by sale or trade with another club, he shall be permitted to play in the city he prefers if the Commissioner approves his reasons as valid.

## ARTICLE XV
## PLAYER CONTRACTS

*Standard Player Contract*

15.1 Standard Players Contract. All contracts between clubs and players shall be executed in triplicate and be in the form adopted jointly by the member clubs of the NFL and AFL. Such contract shall be known as the

[ 29 ]

CONSTITUTION and BY-LAWS

stitution and By-Laws or of the league with which it is connected, or if either contracting party is or has been guilty of conduct detrimental to professional football. Any such disapproval of a player contract must be exercised by the Commissioner within ten (10) days after such contract is filed with the Commissioner.

15.5 *Promulgation.* The Commissioner shall notify all clubs from time to time of the execution of player contracts. — *Promulgation*

15.6 *Prerequisite to Play and Practice.* No club shall permit a player to play in any game with its team unless: — *Prerequisite to Play and Practice*

  (a) A Standard Players Contract, as described in S15.1, or in effect prior to the adoption hereof in either league, has been executed between the player and a club or the Players Contract has been properly assigned to the club, and,

  (b) Such contract or assignment is on file in the Commissioner's office or the Commissioner's office has been notified by telegraph of the execution of a contract or assignment.

## ARTICLE XVI

## ASSIGNMENT OF PLAYER CONTRACTS

16.1 *Method of Assignment.* A club may assign a player contract to another club in the same league by: — *Method of Assignment*

  (a) Executing in triplicate the form of assignment prescribed by the Commissioner;

  (b) Delivering the assignment to the Commissioner, and

  (c) Notifying the Player of the Assignment of his contract.

16.2 *Notice to Player.* Written notice of assignment of his contract shall be delivered to the player in the form prescribed by the Commissioner, and a copy of such notice shall be filed with the Commissioner. Immediately following any assignment the player shall report to the assignee club as promptly as possible and shall perform services with the assignee club as prescribed in said contract. — *Notice to Player*

16.3 *Salary Liability.* The assignor club shall be liable for such proportion of the player's salary for the season as the number of the applicable League games of the assignor club's regular season elapsed up to and includ- — *Salary Liability*

[31]

---

NFL-AFL

"PROFESSIONAL FOOTBALL STANDARD PLAYERS CONTRACT as Conducted by the NFL and AFL." Subject to the provisions of S10.1 (C) (8) hereof, a club may delete portions of or otherwise amend the Professional Football Standard Players Contract subject to the right of the Commissioner to disapprove the same, as provided in S15.4 hereof.

15.2 *Amendment of Standard Players Contract.* The form of Standard Players Contract adopted by action of the NFL and AFL may be amended at any time by thirteen (13) affirmative votes or written consents of the member clubs of the NFL, plus eight (8) affirmative votes or written consents of the member clubs of the AFL; provided, however, that in the event such Standard Players Contract is amended or should a new Standard Players Contract be adopted, such action shall in no manner affect, change, modify or terminate any of the terms or provisions of any unexpired Standard Players Contract then in effect between a player and a club in either the NFL or AFL. — *Amendment of Standard Player Contract*

All valid unexpired contracts in either league in existence at the time these provisions governing professional football are adopted by the NFL and AFL shall remain in full force and effect according to the terms hereof; whenever the AFL and NFL adopt a Standard Players Contract for use by the NFL and AFL in the conduct of professional football, such contract shall be the official Standard Players Contract of both leagues and shall be the only contract thereafter used by clubs of the NFL and AFL in any contractual arrangements with players executed after the adoption of the Standard Players Contract by the NFL and AFL.

15.3 *Filing.* An executed copy of each player contract must be filed with the Commissioner within ten (10) days after the execution thereof. The Commissioner's office shall stamp the time of receipt upon all contracts immediately upon the filing with the Commissioner. All other documents required to be filed with the Commissioner shall likewise be stamped immediately upon receipt thereof. Contracts in effect at the date of the adoption of the Constitution and By-Laws shall not be affected by the foregoing provision if such contracts had been previously executed and filed in accordance with the Constitution and By-Laws of the applicable league. — *Filing*

15.4 *Disapproval.* The Commissioner shall have the power to disapprove any contract between a player and a club executed in violation of or contrary to this Con- — *Disapproval*

[30]

NFL-AFL

ing the date of assignment bears to the total number of games in the assignor club's regular season; provided, however, that whenever such assignment involves a player claimed as a result of a waiver, then the allocation of salary shall be subject to the provisions of S18.7 hereof. The assignee club shall be liable for the balance of the player's salary subject also to the provisions of S18.7 in respect to players acquired through waiver. For the purposes of this section, the date of assignment shall be deemed to be the date on which notice of assignment is delivered to the Commissioner as prescribed in S16.2 hereof, or the date when the player was notified orally of such assignment by an authorized member of the assignor club, whichever occurs first. In the event of a dispute as to whether or not oral notice of the assignment has been given by the assignor club, the burden of proving proper notice shall rest with the assignor club.

*Waivers*    16.4 (A) Waivers. If waivers are required for assignment of a player's contract, no assignment shall be effected and no notice of assignment shall be delivered to the Commissioner until the club has been advised by the Commissioner that waivers have been granted by all clubs entitled to claim the player under the waiver rules.

(B) Whenever a club has been awarded a player through waivers, such club acquires all rights to the player owned or possessed by the waiving club, including any rights to the player's services for a succeeding season or seasons and, subject to the provisions of S18.7 hereof, the claiming club likewise assumes all obligations under such contract or contracts.

*Promulgation*    16.5 Promulgation. All assignments shall be promulgated by the Commissioner through bulletins sent to each club.

*Trading Deadline*    16.6 Trading Deadline. No club shall assign a player's contract during the period beginning at midnight New York time on the day when each club shall have played its fifth game in the applicable league and the close of that league season, unless waiver shall have first been obtained from all other clubs; this S16.6 shall apply to players on both the Active List, the Inactive List and the Reserve List.

*Conditional Trades*    16.7 Conditional Trades. No trade may be made between clubs wherein the player traded may revert to or be traded back to the original club after the commencement of that regular season.

[ 32 ]

CONSTITUTION and BY-LAWS

*Trading Back*    16.8 Trading Back. Whenever a player is sold or traded to another club in its league, such player may not be sold or traded back to the original selling or trading club unless such player has either:

(a) Been on the Active or Reserve List of the club in which he was traded or sold for not less than two seasons since the trade or sale, or

(b) Been placed on waiver by the club to which he was sold or traded and was thereafter claimed on waiver by the original club, or

(c) Become a free agent after the sale or trade and prior to reacquisition by the club originally selling or trading such player, or

(d) Been on the Active List of another club in addition to the club obtaining such player under the first sale or trade and then was reacquired by waiver, sale or trade.

*Approval by the Commissioner*    16.9 Approved by the Commissioner. No sale or trade by a club in either League shall be binding unless approved by the Commissioner. Immediately following such approval, the Commissioner shall notify all clubs in the applicable League of such trade or sale.

16.10 There shall be no inter-league trading of players. No trade agreement between clubs in opposite leagues shall be valid prior to February 1, 1970, despite the fact the trade is not to be effective until after that date.

ARTICLE XVII

PLAYER LIMITS AND ELIGIBILITY

*Player Limits*    17.1(A) Subject to the provisions of S17.3 of this article, beginning August 1st of each year and continuing until the completion of the football season, no club in either the NFL or the AFL shall have under contract more than sixty (60) players and no player may play for any team unless an executed contract with that team is on file in the office of the Commissioner, pursuant to the provisions of S15.6 hereof. This number shall include all veteran players upon whom options have been exercised for the applicable year, except a veteran player discharged from the military service subsequent to June 1st in the applicable year.

(B) On or before the third Tuesday preceding the first league game of the applicable league in each year, the limit of sixty (60) players shall be reduced to forty-three (43) or less Active Players.

[ 33 ]

NFL-AFL

(C) On or before the second Tuesday preceding the first league game of the applicable league in each year, the limit of forty-three (43) Active Players shall be reduced to forty (40) or less Active Players.

(D) On or before 2 o'clock P.M., New York time, on the Tuesday prior to the first league game in the applicable league, the number of Active Players shall be reduced to thirty-six (36) or less, except that for 1968 only the following rules in respect to player limit shall govern:

On or before 4 o'clock P.M., New York Time, on each of the following dates, the limit of sixty (60) players shall be reduced to:

Forty-nine (49) or less active players on or before the third Monday preceding the first league game.

Forty-three (43) or less active players on or before the second Monday preceding the first league game.

Forty (40) or less active players on or before the first Monday preceding the first league game.

Despite the foregoing, the following additional restrictions shall apply:

1. Whenever a player or players is or are waived and such action reduces the club player limit to less than forty-five (45) Active players, all players below forty-five (45) included in the waiver request cannot be recalled unless such waiver request occurs after the first league game; any such player or players not subject to recall must be so designated in the waiver request; similarly, any claim on such player cannot be withdrawn unless such occurs after the first league game.

2. After the date when each club is required to reduce its Active players to forty-nine (49) players for the balance of that season, whenever any player is thereafter waived as injured, such waiver request cannot be recalled and no claim on any such player waived injured can be withdrawn.

The restrictions in the Constitution and By-Laws of the NFL preventing the recall of a waived player after the NFL club player limit reduces to less than forty-five (45) Active Players shall remain in effect in the NFL only.

*Active List*  17.2 Active List. The Active List, for the purposes of this Article, shall consist of all players eligible to play in any pre-season, regular league, play-off, championship or post-season game then under contract to the club

[ 34 ]

CONSTITUTION and BY-LAWS

within the applicable player limit as set out in the preceding section.

17.3 Players Under Contract. After the final reduction in the player limit to forty (40) or less Active players and for the balance of that season, no club shall have more than fifty-three (53) players under contract unless the player or players in excess of fifty-three (53) is or are placed on the Reserve List of the club subject to all of the restrictions applicable to the reserve list.

17.4(A) Inactive List. The Inactive List, for the purposes of this Article, shall consist of not more than six (6) players all of whom were included as one of the forty (40) players of the club on the final reduction of the player limit during the regular season. Any player may be placed on the Inactive List of the club at any time provided the club gives immediate notice to the Commissioner of such action. Whenever such notice is given, the player so listed on the Active List shall be immediately removed from the Active List of the club and placed on the Inactive List for a period of four (4) weeks. A club is not required to request waivers on any player in order to list such player on the Inactive List; however, in all cases, the Commissioner shall immediately notify all clubs of each listing of any player on the Inactive List of any club. Whenever four weeks shall have elapsed from the date when the player was placed on the Inactive List, such player shall be automatically removed from the Inactive List and then the club must immediately exercise one of the following alternatives:

1. Restore the player to its Active List, or

2. Request waivers on the player, which cannot be recalled nor may any claim on such player be withdrawn, or

3. Place the player on its Reserve List subject to all of the restrictions applicable to the Reserve List, or

4. Again name the player as one of the players on its Inactive List for an additional four (4) weeks waiting period; in such event, such player shall again be counted as an additional player and may only be named to such Inactive List if the club has not previously named six (6) players to such list in such season.

17.4(B) Anything in this Constitution and By-Laws to the contrary notwithstanding, following the completion of the Conference Playoff Games, a club shall be entitled to add one player to its Active List from its

[ 35 ]

NFL-AFL

Future List, but not from its Reserve List, for participation in the League Championship Game or the World Championship Game, or both, provided the player named is then under contract to that club and provided such club remains within the applicable player limit. No club may add such additional Player to its Active List for participation in such League Championship Game or World Championship Game who is either under contract to or on the Future List of any other club in the League.

17.5(A) Future List. The Future List, for the purpose of this Article, shall consist of all players under contract to a club, but who are not on the Active List or Inactive List of that club.

(B) No player may practice with a club unless such player is signed to a contract with that club for the current or succeeding season or seasons. All contracts including contracts of players on the Future List must be filed with the Commissioner in accordance with the provisions of Section 15.3 hereof.

*Reserve List*  17.6 Reserve List. The Reserve List of each club may consist of a list of all players:

(a) Retired while under contract to the club;
(b) On the military service list of the club;
(c) Selected in a Selection Meeting by the club but never under contract to it;
(d) Suspended or declared ineligible, or expelled from the applicable league for violation of the contract between the player and the club, or for other reasons permitted by this Constitution and By-Laws or those of the league with which the player is connected.
(e) A Player on a club's Reserve List shall not be eligible to contract with any other club unless and until the player is released or his contract assigned as provided in this Constitution and By-Laws and of the League with which the player is connected.

*Reserve List Limitations*  17.7 Reserve List Limitations. Any player on the Active List of the club who reports to the club and is thereafter placed on the Reserve List by reasons other than Military Service, may not play with his club for the balance of that pre-season or regular season unless waivers have been asked on such player, which waivers may not be recalled; provided, however, that if such player becomes an Active Player with another club and such other club thereafter asks waivers on him, and he is

[36]

CONSTITUTION and BY-LAWS

either claimed, released on waivers or plays with another club in its league in that season, then the original club is entitled to restore such player to its Active List if it acquires him in a manner permitted by this Constitution and By-Laws or in those of the applicable League. If another club acquires any player from the Reserve List of another club, such player cannot play for the acquiring club for the balance of that season unless the acquiring club waives such player without recall.

*Evasion*  17.8 Evasion. No club shall place any player on its Reserve List in order to evade the player limit.

*College All-Star Players*  17.9 College All-Star Players. Any player injured while a member of a pre-season All-Star squad in connection with a game approved by the NFL and AFL may thereafter be carried without being counted as an Active Player for the determination of the applicable player limit, and without requiring the club to place such player on its Reserve List; such privilege shall continue until such player is able to play football. If such player, after being listed and counted as one of the Active Players within the applicable player limit, has a reoccurrence of the same injury, then such player may again be carried as a player of the club without being counted as an Active Player or being placed on the Reserve List until he again recovers from such re-injury.

*Retired Players*  17.10 Retired Players. A Retired Player is defined as a player who discontinues professional football play in the league with which he is connected while under contract or option to a club. A Retired Player shall not be eligible to play football in either the NFL or the AFL until he shall have been reinstated by the Commissioner as provided in S17.11 hereof. Upon his reinstatement such player shall be eligible to play football only for the club entitled to his services at the time of his retirement, or its assignee.

*Military Service List*  17.11 Military Service List. Any player on the Active List for the first regular season game who is thereafter inducted into the armed forces of the United States shall automatically be placed on the Reserve List of his club and shall not count in the Active Player limit of said club nor be permitted to play or practice with the club until his reinstatement to the Active List, subject to the provisions of S17.14 hereof and S10.3 (D) (4).

*Suspended Players*  17.12 Suspended Players. A club or the Commissioner may suspend a player for violation of this Constitution and By-Laws or those of the applicable league or for violation of his Standard Players contract or the rules

[37]

NFL-AFL

and regulations of the applicable league or the club. During the period of suspension, a player shall not be entitled to a salary, and shall be ineligible to play with any club. Any player suspended by a club shall have the right to appeal to the Commissioner, who shall have authority to order his reinstatement upon such terms as he deems proper.

*Ineligible Players*   17.13   Ineligible Players. The Commissioner may, on application of a club, or on his own motion, declare ineligible a player who violates his contract, is guilty of conduct detrimental to the best interests of professional football, or who violates this Constitution and By-Laws or those of the League or club. Any eligible player shall not be entitled to play for any club in the League until he shall have been reinstated by the Commissioner.

*Reinstatement of Players*   17.14   Any retired, ineligible, suspended or expelled player or (subject to S17.11 hereof) any player on the Military Service List may make application to the Commissioner for reinstatement. The Commissioner shall promptly notify the player's club of such application and shall promulgate the granting or refusing of any such application. No Retired Player shall be reinstated during the last thirty (30) days of the season. Despite the foregoing language of the Section, a Suspended Player shall be counted on the Active List of the club unless such club either places the player on its Reserve List or waives the player.

*Listing of Players*   17.15   All players must be listed by the club on one of the following lists:
  1. Active List
  2. Inactive List
  3. Future List
  4. Reserve List

ARTICLE XVIII

WAIVERS

All of the provisions of this Article XVIII relating to waivers shall operate separately in the NFL and AFL and all rights and obligations under this Article XVIII shall apply solely on an intra-league basis in the applicable league.

*When Required*   18.1   Clubs desiring to release players must first give written notice to the Commissioner of such intention. At 4:00 P.M., New York time during each day, exclusive of

[ 38 ]

---

CONSTITUTION and BY-LAWS

Sundays, the Commissioner shall notify each club of such waiver request and any club desiring the services of said player may claim him. Regardless of the time when the league receives a request for waiver, the Commissioner shall not give the notice thereof to the Clubs until 4:00 P.M., New York time, on the same or succeeding day. Clubs may claim a player placed on waiver by notifying the Commissioner within the waiver period. The waiver period shall commence at 4:00 P.M., New York time, and expire at 4:00 P.M. New York time on the following day after July 31 and continuing throughout the playing season or at 4:00 P.M., New York time, two days thereafter during the training season prior to July 31; at any other time the waiver shall expire at 4:00 P.M., New York time, on the 10th day following the commencement of the waiver period, except that if waivers are requested on either Friday or Saturday at any time during the year, such waivers shall not expire until 4:00 P.M., New York time on the next Monday. All waiver notices released by the Commissioner during the training or regular season shall be sent by telegraph or teletype.

*Recall of Waiver*   18.2 (A)   Recall of Waiver. A club which has requested waivers may recall the request by notifying the Commissioner of such recall by telegraph within twenty-four (24) hours after the expiration of the claiming period except under the circumstances prescribed in the succeeding sub-paragraphs of this Section 18.2.

(B)   When a member club asks waivers on an active player or players and said waivers are asked prior to a League Game and do not expire until after or the day of said League Game and the member club which asks the waivers has the limit of Active Players under contract for said League Game, waivers may not be recalled.

(C)   After the first player limit reductions during the pre-season and thereafter during the regular season, whenever a club has a full complement of Active Players on its Active List, the requesting club may not recall the waiver except by:

  (1) Recalling the player placed on waiver and simultaneously trading said player to another club, or
  (2) Placing another Active Player on the Reserve List prior to the recall of the waiver.
  (3) By trading another Active Player prior to the recall of the waiver.

(D)   Waivers may not be recalled on the same player more than once in any one year by the same club.
(E)   Whenever the Commissioner notifies a club that

[ 39 ]

NFL-AFL

a player placed on waiver has been claimed, the Commissioner shall do so by telegram or teletype.

(F) Whenever a club places a player on waiver, the waiving club within twenty-four (24) hours after the time for claiming has expired, upon notice to the Commissioner, may recall the waiver request and place the player on its Active List or on its Reserve List if such occurs during the non-playing season.

**Players Waived While Injured**

18.3 Players Waived While Injured. Whenever a player has been placed on waiver and is not claimed by another club, such player shall then become a free agent; provided, however, that if at the time a player is placed on waiver, the waiving club reports such player as injured and no other club claims such player, such injured player remains under contract to the waiving club until the expiration of such contract or until its termination by the club in accordance with the provisions thereof. Any player waived out as an injured player and not claimed by another club need not be counted as an active player by the waiving club until he is again placed on the active list of the waiving club; an injured player in the NFL so waived out and not claimed shall still be subject to the four successive weeks waiting period as provided in the Constitution and By-Laws of the NFL; an injured player in the AFL so waived out and not claimed shall still be subject to the two successive weeks waiting period as provided in the Constitution and By-Laws of the AFL.

**Multiple Claims**

18.4 Multiple Claims. If three or more league games have been played by all clubs in the league, and two or more clubs claim a player's contract after a waiver, the contract shall be awarded to the club whose standing in the league race at that time is the lowest. If three league games have not been played and two or more clubs claim a player's contract after a waiver, the contract shall be awarded to the club which finished lowest in the league standings in the preceding season. In case of a tie in the standing, the Commissioner shall award the contract by lot.

**Waiver Price**

18.5 Waiver Price. The price of a player claimed on waivers shall be $100.00. The claiming club shall, within twenty-four (24) hours of notification by the Commissioner that the player's contract has been awarded to it, forward to the waiving club its check for the waiver price, and an assignment of the player's contract shall be executed promptly by the two clubs.

**Waiver Request**

18.6 Waiver Request. If the request for waivers occurs either during the training season or the regular

[ 40 ]

CONSTITUTION and BY-LAWS

season, the waiver request must be by telegraph or teletype. During the non-playing season, a waiver request may be by mail and the time stamped upon receipt of any such mailing by the Commissioner shall determine the date of the request. Despite the fact that a telegram be delayed, misdirected or lost by the telegraph company, the time of delivery to the Commissioner thereof shall fix the date of the request. Clubs shall have the right to telephone the Commissioner's office and give oral notice that a written or telegraphic request for waiver has been given; in such event the time of the telephone call shall fix the date for the giving of notice of a waiver.

**Salary of Claimed Player**

18.7 Salary of Claimed Player. Each player under contract to a club must be paid a full game salary by such club unless a request for waivers on such player is sent by such club and received by the Commissioner's office prior to 4:00 P.M., New York time on the Tuesday prior to the first League game in the applicable league, and/or before 4:00 P.M., New York time on the Tuesday following the playing of a League game in the applicable league; if any other club claims such player and such player is thereafter awarded to and joins such claiming club, such claiming club shall assume the player contract and be responsible for the balance of the salary of such player as prescribed therein; provided, however, that whenever the contract of such player provides that a portion of the salary is deferred, then the claiming club shall assume and be responsible for only that portion of the deferred salary that has not already accrued to such player; in the event the contract on such player provides for the payment of any bonus on a deferred basis, the claiming club shall not be liable for the payment of any portion thereof, but such obligation for payment shall remain with the waiving club.

**Restoration of Waived Player**

18.8 (A) Restoration of Waived Player. If after being waived out, a player becomes an Active Player with another club in the applicable league in the same season and such player remains with such other club as an Active Player for not less than two pre-season or regular season games and is paid a salary by such other club while playing for it, and thereafter such player is placed on or released through waiver, such player may be signed and restored to an active status by any club in the applicable league, (subject to the provisions on waiver) including the club originally requesting the waiver on such player. In no event shall the player have the right to play again for the original waiving club unless a

[ 41 ]

## NFL-AFL CONSTITUTION and BY-LAWS

period of four weeks shall have elapsed since the player was waived by the original club; provided, however, any player other than a player reported as injured who is waived by a club during the reduction of the player limit from 49 to 40 may be reactivated at any time by the waiving club.

*Notification of Requirement*

18.9 Notification of Requirements. If a player has an active contract and reports and then leaves the club, such fact must be reported to the Commissioner's Office within forty-eight (48) hours after such player has left the club. If not reported, the Commissioner, after verifying such fact, shall request waivers on said player; such request for waivers may not be recalled. This provision shall not be applicable to any player inducted into the military service.

*Notice of Expiration of Option*

18.10 Notice of Expiration on Option. No club shall permit any option on the service of a player to expire without exercising such option prior to the expiration date thereof unless such club, at least thirty (30) days prior to the date of the expiration of said option, places such player on waiver in the manner prescribed in this S18.1 and notifies the Commissioner of its intention not to exercise such option.

## ARTICLE XIX
## CONDUCT OF REGULAR SEASON GAMES

*Game Receipts and Guarantee*

19.1 Game Receipts and Guarantee. The home club shall guarantee the visiting club a minimum of $30,000 for each league game with an option to the visiting club to receive forty percent (40%) of the gross receipts after the following deductions:

(a) All Federal, State and Municipal taxes assessed on the sale of tickets.

(b) A sum equal to fifteen percent (15%) (17½% in the AFL) of the gross receipts after deducting the taxes set out in (a) above.

"Gross Receipts", as used in this Section, shall mean all receipts derived from the sale of tickets, including service charges. Receipts of the Home Club from the sale of season tickets shall be included in the gross receipts from each game equally in proportion to the number of regular season games scheduled by the Club after the adjustment of any pre-season game moneys included in the cost of the season ticket.

*Conduct of Game*

19.2 Conduct of Game. Each club shall play all of its regular League games at the time and places provided for in the official schedule of the leagues. There shall be

[ 42 ]

no postponement of any game unless said game cannot be played because of an Act of God or because of a State, Federal or local prohibition. Neither the starting time of a game nor the locale of the game shall be changed in any manner after the adoption of the schedule and the publication thereof, except with the written consent of both clubs and the prior approval of the Commissioner.

*Players Bench*

19.3 Players Bench. No persons shall be permitted to sit on the players bench except owners, coaches, players, club house attendants, trainers and doctors of the participating teams.

*Side Line Admission*

19.4 Side Line Admission. No person shall be permitted on the side lines except photographers, reporters, stadium employees and police, all of whom shall be required to wear proper identification. A maximum of twelve (12) side line passes per game will be issued to each club participating therein.

*Medical Facilities*

19.5 Medical Facilities. The home team shall provide a physician and an ambulance at each game available to both teams; said ambulance facilities shall be located at or adjacent to the stadium with the driver in attendance in the ambulance for the use of both competing teams.

*Player Attire*

19.6 Player Attire. All players of a team shall be uniformly and neatly attired for all games; all players on the same team must wear the same color jersey, head guards and stockings, except that a club, at its option, may permit all eligible pass receivers to wear a different color head gear than the rest of the team. If a different color is worn by any eligible pass receiver of a club, all of the eligible receivers must wear the same color. Players must wear stockings in all games. The Commissioner must approve in advance any changes in the colors of the clubs. Every player appearing on the field during the game or in any pre-game workout preceding the game must wear his complete game outfit exclusive of pads and helmet.

*Seats for Visiting Club*

19.7 Seats for Visiting Club. The home club must reserve ten (10) seats for the visiting club located within the 40 yard lines.

*Sunday Games*

19.8 Sunday Games. After the first two week-ends of the regular season, all regular season games shall be played on Sunday unless both competing clubs agree to a change in the day of the game, or unless such date is affected by World Series play; in such event the day of the game may be changed from Sunday.

[ 43 ]

## NFL-AFL

**Starting Times** 19.9 Starting Times. The starting times for all regular season games shall be fixed by the Home Club.

**Introduction of Players** 19.10 Introduction of Players. Eleven players of each of the competing clubs must be publicly introduced prior to the start of the game, except where inclement weather prevents or interferes with such introduction.

**Complimentary Tickets** 19.11 Complimentary Tickets. No club may issue more than one thousand (1,000) complimentary tickets for any regular season game unless:

(a) The issuing club pays for all complimentary tickets issued in excess of one thousand (1,000).

(b) The complimentary tickets are issued to children under 16 years of age; if such tickets to children under 16 are issued free or as complimentary tickets, the children must be required to sit in the same section of the stadium, or

(c) The complimentary tickets are issued to the working press, hospitalized veterans, bands, employees, or League passes;

The foregoing limitation on complimentary tickets applies only to tickets that could be sold and not to other types of admission tickets.

**Tickets for Players** 19.12 Tickets for Players. Each player of the home club is entitled to receive one complimentary ticket for each home game; the home club shall not issue any tickets to the visiting club, directly or indirectly, except when full payment is made for such tickets.

**Field Tarpaulin** 19.13 Field Tarpaulin. All clubs must provide and have available a tarpaulin adequate to cover the entire playing area of the field, and must exercise reasonable care and diligence in arranging for the use thereof whenever the weather is apt to render unfit or endanger the playing condition of the home field.

## ARTICLE XX
## PRE-SEASON AND POST-SEASON GAMES

**Post-Season Games** 20.1 Post-Season Games. No club shall participate in any game after the World Championship Game shall have been played, except that the club winning the World Championship Game must play any non-league game contracted for by the applicable league.

**Prohibited Games** 20.2 Prohibited Games. No club may play a game of any kind, including All-Star or games with clubs which are not members of the NFL or the AFL, after such club

[ 44 ]

## CONSTITUTION and BY-LAWS

has played its first regular season game in its league in the applicable year.

**Player Participation** 20.3 Player Participation. Except for games sanctioned and approved by the applicable league, no player may participate in any game between the time of the completion of the last regular season or authorized post-season game of his club and July 1st of the following year.

**Officials** 20.4 Officials. The home club shall pay officials the sum of One Hundred Fifty Dollars ($150) each for officiating in each pre-season game, as well as all travel and other expenses of officials incurred in connection therewith.

**World Championship Game** 20.5 (A) A World Championship Game shall be played each year commencing in January 1967 between the champion of the NFL and the champion of the AFL; said game shall be played under the supervision, control and direction of the Commissioner. All questions arising in connection with said game not expressly provided for by the provisions hereof or by agreement between the two leagues shall be decided by the Commissioner.

(B) The site of the World Championship Game shall be fixed by the affirmative vote of not less than thirteen (13) members of the NFL and eight (8) members of the AFL. A formula for the allocation of the income to player shares, the pension funds of the two leagues and the participating clubs shall be determined by the affirmative vote of not less than thirteen (13) members of the NFL and eight (8) members of the AFL. The remaining income resulting from this game will be divided equally between the two leagues.

**Pre-Season Games** 20.6 (A) No club in either league shall schedule a pre-season game without the approval of the Commissioner. The pre-season schedule shall be completed and the dates and participants named at the annual joint meeting of both leagues.

(B) In scheduling pre-season games, the Commissioner and all clubs in both leagues shall be bound by all other restrictions on pre-season scheduling contained in the Constitution and By-Laws of the applicable league; provided, however, that whenever provisions in the Constitution and By-Laws of either the NFL or the AFL conflict with the terms of this Article XX, the provisions hereof shall prevail.

(C) Each club in the AFL shall play at least one pre-season game each year with a team in the NFL.

[ 45 ]

CONSTITUTION and BY-LAWS
SUPPLEMENT

(AMERICAN FOOTBALL LEAGUE EXCEPTIONS)

The following sections are applicable to American Football League operations only and are at variance with the provisions of the attached Joint Constitution and By-Laws. The italicized portions thereof indicate the variances. The provisions hereafter set out shall remain in effect only so long as the foregoing Joint Constitution itself is effective.

*Salary Liability*

16.3 The assignor club shall be liable for such proportion of the player's salary for the season as the number of League games of the assignor club's regular season elapsed up to and including the date of assignment bears to the total number of League games in the assignor club's regular season; provided, however, that whenever such assignment involves a player claimed as a result of a waiver, then the allocation of salary shall be subject to the provisions of Section 18.7 hereof. The assignee club shall be liable for the balance of the player's salary subject also to the provisions of Section 18.7 in respect to players acquired through waiver, *and also subject to an equitable adjustment between the assignor and assignee should the player not receive his full salary because he was active with each team when they had byes*. For the purpose of this section, the date of assignment shall be deemed to be the date on which the notice of assignment is delivered to the Commissioner as prescribed in Section 16.2 hereof, or the date when the player was notified orally of such assignment by an authorized member of the assignor club, whichever occurs first. In the event of a dispute as to whether or not oral notice of the assignment has been given by the assignor club, the burden of proving proper notice shall rest with the assignor club.

16.6 No club shall assign a player contract during the period beginning at midnight, New York Time, on the day when each club shall have played its *sixth* league game and the close of the league season, unless waivers shall have first been obtained from all other clubs; this Section 16.6 shall apply to players on the Active List, the Inactive List and the Reserve List.

*Player Limit*

17.1(D) On or before 2 o'clock P.M., NYT, on the Tuesday prior to the first league game, the number of active players shall be reduced to thirty-six (36) or less, except that for 1968 only, the following rules in respect to the player limit shall govern:

[ 47 ]

---

NFL-AFL

ARTICLE XXI
NOTICES

*Type of Notice*

21.1 Type of Notice. Unless the Constitution and By-Laws specify a different form or method of notice, all notices required to be given under any provision of the Constitution and By-Laws shall be in writing or by teletype, addressed to the last known address of the addressee; all notices by mail shall be deposited in the U.S. Mail, postage thereon prepaid.

ARTICLE XXII
AMENDMENT OF
CONSTITUTION AND BY-LAWS

*Amendment After Notice*

22.1 The provisions of this Constitution and By-Laws may be altered or amended by the affirmative votes of not less than thirteen (13) clubs of the NFL, plus eight (8) clubs of the AFL, provided such amendment or alteration was previously submitted in writing to both leagues, either by a member club no less than thirty (30) days prior to any Joint Annual Meeting, or by the Commissioner not less than twenty (20) days prior to such Joint Annual Meeting.

*Amendment Without Notice*

22.2 This Constitution and By-Laws may be altered or amended by a unanimous vote of all the clubs of the NFL and the AFL at any meeting, special, annual or otherwise.

*Special Provisions*

22.3 Anything in this Constitution and By-Laws to the contrary notwithstanding, the provisions of Article VII and of this S22.3 may not be altered or amended without the unanimous consent of all clubs of the NFL and AFL.

*Name of Proposer*

22.4 Whenever an amendment or alteration to the Constitution and By-Laws is submitted for approval, such must indicate the author of the proposal.

ARTICLE XXIII
TERMINATION OF THIS
CONSTITUTION AND BY-LAWS

*Termination*

This Constitution and By-Laws adopted by the NFL and AFL shall expire automatically and be of no further force or effect whenever the complete unification of the operations of both of said present leagues into the NFL as the surviving league occurs, but in any event no later than February 1, 1970.

[ 46 ]

## AFL Supplement

On or before 4 o'clock P.M., NYT, on each of the following dates, the limit of sixty (60) players shall be reduced to:

Forty-nine (49) or less active players on or before the third Monday preceding the first league game.

Forty-three (43) or less active players on or before the second Monday preceding the first league game.

Forty (40) or less active players on or before the first Monday preceding the first league game.

*In addition to the above roster limitations, each club may carry as "extras" all players who participate in the current year's Tribune All-Star Game (or practice) until the final cut on Tuesday prior to the opening championship game.*

Despite the foregoing, the following additional restrictions shall apply:

1. Whenever a player or players is or are waived and such action reduces the club player limit to less than *forty-three (43)* active players, all players below *forty-three (43)* included in the waiver request cannot be recalled unless such waiver request occurs after the first league game; any such player or players not subject to recall must be so designated in the waiver request; similarly, any claim on such player cannot be withdrawn unless such occurs after the first league game.

2. After the date when each club is required to reduce its active players to forty-nine (49) players *and until the final cutdown to forty (40),* whenever any player is thereafter waived as injured, such waiver request cannot be recalled.

3. *Once a club claims a player on waivers, such claim cannot be withdrawn.*

<em>Inactive List</em> 17.4(A) INACTIVE LIST. The Inactive List, for the purposes of this Article, shall consist of not more than *eight (8) players* all of whom *were on the Active List of the club when placed on the Inactive List.* Any player may be placed on the Inactive List of the club at any time provided the club gives immediate notice to the Commissioner of such action. Whenever such notice is given, the player so listed on the Active List shall be immediately removed from the Active List of the club and placed on the Inactive List for a period of from *sixteen (16) days to five (5) weeks.*

[ 48 ]

## CONSTITUTION and BY-LAWS

A club is not required to request waivers on any player in order to list such player on the Inactive List; however, in all cases, the Commissioner shall immediately notify all clubs of each listing of any player on the Inactive List of any club. Whenever *sixteen (16) days, five (5) week* period shall have elapsed from the date when the player was placed on the Inactive List, such player shall be automatically removed from the Inactive List and then the club must immediately exercise one of the following alternatives:

1. Restore the player to its Active List, or
2. Request waivers on the player which cannot be recalled nor may any claim on such player be withdrawn, or
3. Place the player on its Reserve List subject to all of the restrictions applicable to the Reserve List, or
4. Again name the player as one of the players on its Inactive List for an additional *sixteen (16) day, five (5) week* waiting period; in such event, such players shall again be counted as an additional player and may only be named to such Inactive List if the club has not previously named eight (8) players to such list in such season.

17.4(B) Anything in this Constitution and By-Laws to the contrary notwithstanding, following the completion of the *regular AFL Season,* a club shall be entitled to add *two* players to its Active List from its Future List, but not from its Reserve List, for participation in the League Championship Game or the World Championship Game, or both, provided the player named is then under contract to that club, and *provided such player was not on the roster of any other club prior to the third to the last game of the regular season,* and provided such club remains within the applicable player limit.

17.7 Any player on the Active List of the club who reports to the club and is thereafter placed on the Reserve List, by reasons other than Military Service, may not play with his club for the balance of that pre-season or regular season *unless he returns to the squad and is officially activated prior to the first cutdown date* and unless waivers have been asked on such player, which waivers may not be recalled; provided, however, that if such player becomes an Active player with another club and such other club thereafter asks waivers on him, and he is either claimed, released on waivers or plays with another club in the League in that season, then the original club is entitled to restore such player to its Active

*Reserve List Limitations*

[ 49 ]

## AFL Supplement

**Recall of Waiver**

18.2(A) A club which has requested waivers may recall the request by notifying the Commissioner of such recall by telegraph within twenty-four (24) hours after the expiration of the claiming period except under the circumstances prescribed in the succeeding sub-paragraphs of this Section 18.2. *Once a club claims a player on waivers, such claim cannot be withdrawn.*

**Salary of Claimed Player**

18.7 Each player under contract to a club must be paid a full game salary by such club unless a request for waivers on such player is sent by such club and received by the League office prior to 4:00 P.M., NYT, on the Tuesday prior to the first League Game, and/or before 4:00 P.M., NYT, on the Tuesday following the playing of a League Game; if any other club claims such player and such player is thereafter awarded to and joins such claiming club *at least two (2) days preceding the next game*, such claiming club shall assume the player contract and be responsible for the balance of the salary of such player as prescribed therein; provided, however, that whenever the contract of such player provides that a portion of the salary is deferred, then the claiming club shall assume and be responsible for only that portion of the deferred salary that has not already accrued to such player; in the event the contract on such player provides for the payment of any bonus on a deferred basis, the claiming club shall not be liable for the payment of any portion thereof; but such obligation for payment shall remain with the waiving club.

**Restoration of Waived Player**

18.8 If after being waived out, a player becomes an Active player with another club in the League in the same season and such player remains with such other club as an Active player for not less than two pre-season or League games and is paid a salary by such other club while playing for it, and thereafter such player is placed on or released through waiver, such player may be signed and restored to an active status by any club in the League (subject to the provisions on waiver), including the club originally requesting the waiver on such player. In no event shall the player have the right to play again for the original waiving club unless a period of sixteen (16) days shall have elapsed since the player was waived by the original club; provided, however, any player other than a player reported as injured who is waived by a club during the reduction of the player limit from 49 to 40 may be reactivated at any time by the waiving club.

## CONSTITUTION and BY-LAWS

[ 51 ]

---

**Players Leaving Camp**

List if it acquires him in a manner permitted by the Constitution and By-Laws of the League. If another club acquires any player from the Reserve List of another club, such player cannot play for the acquiring club for the balance of that season unless the acquiring club waives such player without recall.

17.7(X) *If a player leaves camp within five days prior to the first cutdown date or after the first cutdown date but not later than the Saturday preceding the Saturday of the team's opening game of the season, he must return to camp within five days of departure or be subject to being placed on reserve by his current club. The club may, at its discretion, provide for the return of the player to the active roster by the fact that it retains a place on said roster for said player. If it does not retain a place on said roster for said player and the player returns within a five day period, the club shall be required to waive or trade the player in accordance with league rules; however, should he walk out following the last Saturday preceding the Saturday of the team's opening game of the season, the club may at its discretion, provide for the return of the player to the active roster by the fact that it retains a place on said roster or he will not be able to participate with his current club and will not be able to participate in the AFL during that season unless placed on waivers or traded by his current club, at its own discretion. Any other club found guilty of talking to, or in any way tampering with a player before or after he leaves camp, will be subject to major penalties.*

**College All Star Players**

17.9 Any player injured while a member of a pre-season All Star squad in connection with a game approved by the League, may thereafter be carried without being counted as an Active player for the determination of the applicable player limit, and without requiring the club to place such player on its Reserve List; such privilege shall continue until such player is able to play football. If such player, after being listed and counted as one of the Active players within the applicable player limit, has a recurrence of the same injury, then such player may again be carried as a player of the club without being counted as an Active player or being placed on the Reserve List until he again recovers from such reinjury. Further, each AFL Club may carry as "extras" all players who participate in the current year's Chicago Tribune All-Star Game until the final cut prior to the opening championship game.

[ 50 ]

# AMERICAN FOOTBALL LEAGUE

## CONSTITUTION

## AND

## BY-LAWS

# CONSTITUTION AND BY-LAWS

of

# AMERICAN FOOTBALL LEAGUE

## CONSTITUTION

### ARTICLE A-I

### NAME

A-1.1 This League shall be known as the AMERICAN FOOTBALL LEAGUE.

### ARTICLE A-II

### OBJECTS

A-2.1 The object of the League is to promote the interests of the American Football League and of professional football.

### ARTICLE A-III

A-3.1 The American Football League shall have perpetual existence.

### ARTICLE A-IV

### OFFICERS AND COMMITTEES

A-4.1 The officers shall be those of President, Chairman of the Executive Committee, Treasurer, and Secretary, and such other officers as may from time to time be designated at any annual or special meeting. The officers shall be elected at any annual meeting for a term of not less than one year nor more than ten years. They shall be elected by three-quarters of the votes cast and shall serve for such terms as they are elected and qualify, unless removed in the manner hereinafter specified in the By-Laws. One officer may be elected to one or more of these offices.

A-4.2 The Executive Committee shall consist of one representative from each member club. Such representative shall be duly appointed by the member club and notice thereof given to the President in writing. The President shall be Chairman of this Committee. He shall be entitled to vote only in case of a tie vote of the Executive Comittee. In any hearing involving charges made against a club or by one club against another, the Committee members representing any of these clubs shall have no right to vote.

A-4.3 The Duties of officers and committees, the qualifications for membership in the League, the time and place of annual and special meetings, and such other regulations and prohibitions as may be deemed necessary or expedient, are as may be provided for in the By-Laws.