Exhibit 14

1984

NATIONAL FOOTBALL LEAGUE

CONSTITUTION AND BYLAWS

CONSTITUTION AND BYLAWS

of

NATIONAL FOOTBALL LEAGUE

Effective February 1, 1970

(An Unincorporated Association Not For Profit)


ARTICLE I

NAME AND PRINCIPAL OFFICE

1.1  The name of this association shall be NATIONAL FOOTBALL LEAGUE, hereinafter called "League", the word "League" herein shall refer to the National Football League, unless otherwise specified.

1.2  The Commissioner shall select the location of the office of the League, which shall be located in or adjacent to a city in which a League franchise is operated.


ARTICLE II

PURPOSES AND OBJECTS

2.1  The purpose and objects for which the League is organized are:

(a)  To promote and foster the primary business of League members, each member being an owner of a professional football club located in the United States.

(b)  To do and perform such other functions as may be necessary to carry out the purpose and objects of the League.

2.2  The League is not organized nor to be operated for profit.


ARTICLE III

MEMBERSHIP

- 1 -

Members

3.1 (a)  Membership in the League shall be limited to the twenty eight (28) member clubs specified in Section 4.4 hereof and such new members as may be thereafter duly elected.

(b)  The admission of a new member club, either within or outside the home territory of an existing member club, shall require the affirmative vote of three-fourths of the existing member clubs of the League.


Eligibility of New Members

3.2  Any person, association, partnership, corporation, or other entity of good repute organized for the purpose of operating a professional football club shall be eligible for membership except:

(a)  No corporation, association, partnership or other entity not operated for profit nor any charitable organization or entity not presently a member of the League shall be eligible for membership.


Admission for Members

3.3 (A)  Each applicant for membership shall make a written application to the Commissioner.  Such application shall describe the type of organization and shall designate the city in which the franchise of the applicant shall be located; such application shall further describe and contain the following information:

(1)  The names and addresses of all persons who do or shall own any interest or stock in the applicant, together with a statement that such persons will not own or hold such interest or stock for the benefit of any undisclosed person or organization.

(2)  A detailed balance sheet of such company as of the date of organization and a pro forma statement as of the time it shall commence actual operation.  A written financial statement shall be required from the applicant and from anyone owning an interest in any applicant, including stockholders and partners.

(3)  If applicant is a corporation, a certified copy of the Articles of Incorporation, ByLaws and share certificate shall accompany such application provided, however, if the organization of such corporation has not been commenced or completed a detailed statement summarizing the proposed plan of operation and the capital structure thereof shall be furnished.

(4)  If applicant is partnership, unincorporated association or other entity, a certified copy of the Articles of Co-Partnership or organization agreement shall accompany such application.

(5)  The names and addresses of all officers and directors.

(6)  All applications shall contain a representation that upon acceptance, the applicant will subscribe to and agree to be bound by the Constitution, ByLaws, Rules and Regulations of the League and any

- 2 -

amendments or modifications thereof.

(B)  Each application for membership shall be accompanied by a certified check for Twenty-Five Thousand Dollars ($25,000.00).  Upon approval of any application for membership, an additional Twenty-Five Thousand Dollars ($25,000.00) shall be paid to the League.  If any application for admission is rejected, the League shall repay to the applicant the sum of Twenty-Five Thousand Dollars ($25,000.00) paid by the applicant at the time of such application, less all expenses reasonably incurred in connection with the consideration and investigation of such application.

(C)  Upon receipt of any application for membership in the League, the Commissioner shall conduct such investigation thereof as he deems appropriate.  Following the completion of such investigation, the Commissioner shall submit the application to the members for approval together with his recommendation thereon, and such information thereon that the Commissioner deems pertinent.  Each proposed owner or holder of any interest in a membership, including stockholders in any corporation, members of a partnership and all other persons holding any interest in the applicant must be individually approved by the affirmative vote of not less than three-fourths or 20, whichever is greater, of the members of the League.

Franchise Certificate of Membership

3.4  Each member shall receive a Franchise Certificate of Membership signed by the Commissioner, and Secretary of the League, certifying that such member is a member of the League, and holds a franchise from the League to operate a professional football club in a designated city.  Such Franchise Certificate shall not be assignable nor transferable, except as provided in Section 3.5 hereof.

Transfer of Membership

3.5  No membership, or any interest therein, may be sold, assigned, or otherwise transferred in whole or in part except in accordance with and subject to the following provisions:

(a)  Application for the sale, transfer or assignment of a membership, or of any interest therein, must be made in writing to the Commissioner; upon receipt of such application, the Commissioner is empowered to require from applicant and applicant shall furnish such information as the Commissioner deems appropriate, including:

(1)  The names and addresses of each of the buyers, transferees or assignees thereof.

(2)  The price to be paid for such sale, transfer or assignment, and the terms of payment, including a description of the security for any unpaid balance, if any.

(3)  A banking reference for each buyer, transferee, or

- 3 -

assignee.             (4)  If the buyer, transferee or assignee is a
corporation, a copy of the Articles of Incorporation and ByLaws thereof,
together with a copy of the share certificates of each class of stock to be
outstanding, the names and addresses of the directors and officers thereof,
the names and addresses of the stockholders therein and the price paid or
to be paid and the time of payment for said stock, a copy of any proposed
voting trust agreement and of any voting trust certificates.

      (b)  Upon receipt thereof, the Commissioner shall conduct such
investigation as he deems appropriate.  Upon the completion thereof, the
Commissioner shall submit the proposed transfer to the members for
approval, together with his recommendation thereon, and all information in
respect thereto that the Commissioner deems pertinent.  All sales,
transfers or assignments except a transfer referred to in Section 3.5 (c)
hereof, shall only become effective if approved by the affirmative vote of
not less than three-fourths or 20, whichever is greater, of the members of
the League.

      (c)  If any person owning or holding a membership, or an
interest therein, by stock ownership or otherwise dies, such membership or
interest therein may be transferred to a member of the "immediate family"
of the deceased without requiring the consent or approval of the members of
the League or the Commissioner thereof; similarly, if any person owning or
holding a membership or an interest therein, by stock ownership, or
otherwise, seeks to transfer such membership or any interest therein, by
gift, such membership or the interest therein may be transferred to the
donee if the donee is a member of the "immediate family" of the donor; in
such event, no consent or approval of the members of the League or the
Commissioner shall be required to complete such transfer.  The "immediate
family", for the purpose of this paragraph shall mean the wife, child,
mother, father, brothers and sisters, or any other lineal descendant of the
deceased or donor.  In all other cases involving death or transfers by
gift, any person succeeding to a membership or an interest therein, whether
by gift, will, intestacy, or otherwise, must be first investigated by the
Commissioner in such manner as the Commissioner deems appropriate.  Upon
the completion thereof, the Commissioner shall submit such succession or
transfer to the membership for approval and shall accompany the same with
his recommendation thereon; no such succession or transfer shall be
effective unless first approved by the affirmative vote of not less than
three-fourths or 20, whichever is greater, of the members of the League.


Voluntary Withdrawal

      3.6  Any member of the League may withdraw from membership either:

      (a)  By selling, assigning, or transferring its membership upon
the terms and conditions set out in Section 3.5 hereof; or

      (b)  A Club may voluntarily withdraw from the League by
tendering its written resignation to the Commissioner and simultaneously
surrendering its Franchise Certificate of Membership, making full payment

- 4 -

of any and all dues, assessments, or other debts owing to the League, and assigning to the League, or its nominee, all player contracts and the lease of its playing field, if and to the extent the lease is assignable; provided, however, that no voluntary withdrawal may be made in any year between March 1st and the date of the World Championship Game of that year, except with the unanimous consent of all members.

Involuntary Termination

3.7   Membership in the League shall be automatically terminated whenever:

(a)   An individual or corporate member or a partnership member or any general partner therein, makes an assignment for the benefit of his or its creditors or files a voluntary petition in bankruptcy, or whenever a receiver or trustee in bankruptcy is appointed for the property and assets of the member or of any general partner of a partnership member or whenever reorganization proceedings in bankruptcy are instituted by or against the member or by or against any general partner possessing an interest in a partnership membership.   In the event the partnership agreement of a partnership member provides for automatic termination of the interest of any general partner who makes an assignment for the benefit of his creditors or who becomes the subject of any such bankruptcy proceeds and also provides for the continuation of such partnership in any such event, and the remaining partners satisfy the requirements of Sections 3.5(a) and (b) hereof, then this Section 3.7(a) shall be inoperative with respect to such partnership member.

(b)   A member disbands its team during the regular season, or

(c)   A member permanently disbands its business organization or ceases its business.

Effect of Termination

3.8   (A)   Upon the expulsion of a member or upon any other involuntary termination of membership, the following shall occur:

(1)   The lease of its playing field or interest of the member therein if and to the extent the lease or interest is assignable, shall, upon demand of the League, be assigned to the League or its nominee, provided, however, that the assignment of said lease to the League shall first be approved by the affirmative vote or written consent of no less than three-fourths or 20, whichever is greater, of the members of the League; said lease shall therefore be handled or disposed of in such manner as the remaining League members, by the affirmative vote of no less than three-fourths or 20, whichever is greater, of the members, shall decide.

(2)   Title to all players contracts of the terminated member and title to all players on the Reserve or Selection List of such terminated member and any interest or right to such players and contracts

- 5 -

shall, if demanded by the League, be assigned to the League or its nominee, provided that such assignments are first approved by the affirmative vote or written consent of not less than three-fourths or 20, whichever is greater, of the remaining League members, said players and contracts so acquired shall thereafter be handled and disposed of within the League in such manner as the remaining member clubs by the affirmative vote of not less than three-fourths or 20, whichever is greater, members of the League shall decide.

(3)  All interest of the terminated member in and to any funds or property of the League, or any right or interest therein, shall cease.

(B)  Whenever any stockholder, partner or holder of any interest in a member club is requested to sell or dispose of his stock or an interest in a membership in the League by reason of an expulsion or other involuntary termination, such sale or disposition must be completed within one hundred twenty (120) days after such action has been ordered. If such stock or interest is not sold or disposed of within one hundred twenty (120) days then the price and other terms of the sale or disposition shall be fixed by mutual agreement between the person affected and the Commissioner; if such cannot be accomplished by mutual agreement, then the price and other terms shall be fixed by arbitration with one arbitrator to be selected by the Commissioner and the other by the affected holder of the stock or interest.  If within five (5) days the two arbitrators cannot agree on the price and terms, then the two arbitrators shall select a third arbitrator and the decision of the majority of the arbitrators shall be binding on all parties.  If any person required to name an arbitrator fails to do so, or if the two arbitrators cannot agree on a third arbitrator, then such arbitrator in either case shall be named by the Commissioner.

Capital Contribution of Transferee

3.9  A new member acquiring its membership by transfer from another member shall succeed to the interest of the transferor in and to the funds, property, rights and interests of the League and shall not be obligated to make the capital contribution required under Section 3.3 (B) hereof.

Membership Fees and Assessments

3.10  Assessment.  Whenever moneys are required to meet the expenses of the League, and League funds are not available for that purpose, then, upon demand by the Commissioner, each member shall be obligated to contribute equally its share of the required moneys.

Membership Covenants and Obligations

3.11  Each member club, and each and all of the owners, officers,

- 6 -

stockholders, directors or partners therein, as well as any other person, owning any interest in such member club, assumes and agrees to be bound by the following obligations of membership in the League:

(a)  They, and each of them, shall be bound by and will observe all decisions of the Commissioner of the League in all matters within his jurisdiction.

(b)  They, and each of them, shall be bound by and will observe all decisions, rulings and action of the Executive Committee or the member clubs of the League in every matter within the jurisdiction of such Committee or such member clubs, as the case may be.

(c)  They, and each of them, waive any and all claims or demands, whether for damages or otherwise, which they, or any of them, might now or hereafter possess against the Commissioner of the League, individually or in his official capacity, as well as against the League or any employee thereof, and against any member club or any officer, director, owner, stockholder, or partner thereof, or the holder of any interest therein, in connection with or by reason of any decision, ruling action of the Commissioner, the Executive Committee, or the League in reference to any matter within their respective jurisdictions.

(d)  They, and each of them, shall include in every contract between any member club and its employees, including coaches and players, a clause wherein the parties to such contract agree to be bound by the Constitution and ByLaws of the League.

(e)  That after becoming a member of the League, the primary purpose of the corporation, partnership or other entity operating the club shall at all times be and remain the operation of a professional football team as a member club of the League, and such primary purpose shall not be changed.

(f)  They, and each of them, consent to be bound by the provisions of the Final Judgment of the United States District Court for the Eastern District of Pennsylvania entered against the National Football League and certain of its member clubs on December 28, 1953, and as thereafter modified and for the purpose of said Judgment submit to the jurisdiction of said Court.

(g)  They, and each of them, agree to be bound by all of the terms and provisions of the Constitution and ByLaws of the League as now or hereafter in effect.

(h)  They, and each of them, agree to be represented at each and every meeting of the League and of the Executive Committee of the League by a representative duly authorized and empowered to cast the binding vote of the member club on all questions coming before such meeting.

- 7 -

ARTICLE IV

TERRITORIAL RIGHTS

Home Territory Defined

4.1  "Home Territory" with respect to any club means the city in which such club is located and for which it holds a franchise and plays its home games, and includes the surrounding territory to the extent of 75 miles in every direction from the exterior corporate limits of such city, except as follows:

(a)  Whenever any two member clubs, other than the San Francisco 49ers and the Oakland Raiders are located and hold franchises for different cities within 100 miles of each other measured from the exterior corporate limits of such city, then the territorial rights of each of such clubs shall only extend to and include an area of one-half the distance between such cities.

(b)  The "home territory" of the Green Bay Packers shall extend to and include all of Milwaukee County, Wisconsin, despite the fact that portions of such County are outside the 75 mile limits from the exterior corporate limits of the City of Green Bay.

Rights Within Home Territory

4.2  Each member shall have the exclusive right within its home territory to exhibit professional football games played by teams of the League except that:

(a)  Whenever two club franchises in the League are located in the same city, then the owners of each of such franchises shall have equal rights within the home territory of such city.

(b)  In respect to the San Francisco and Oakland franchises the following provisions shall apply:

(i)  The home club in each city shall have the exclusive right to exhibit professional football games played by teams in the League in its city, and neither the San Francisco nor the Oakland club shall have any right to play professional football in the city of the other without the consent of the other club.

(ii)  In respect to the area included in the home territory of both clubs, but located outside the city limits of both cities, both clubs shall have joint rights of exclusivity, and both of said clubs may play games with other clubs in the League within such area without the consent of the other club also operating in the same home territory or any part thereof.

(c)  Subject to the provisions of Sections 4.2(a) and (b) above, no club in the League shall be permitted to play games within the

- 8 -

home territory of any other club unless a home club is a participant.

League Control of Games

4.3   The League shall have exclusive control of the exhibition of
football games by member clubs within the home territory of each member.
No member club shall have the right to transfer its franchise or playing
site to a different city, either within or outside its home territory,
without prior approval by the affirmative vote of three-fourths of the
existing member clubs of the League.

Conference Alignment

4.4   The League shall be divided into two conferences called the
National Football Conference and the American Football Conference
respectively; each conference shall consist of fourteen (14) clubs in the
League as follows:

| NATIONAL FOOTBALL CONFERENCE | AMERICAN FOOTBALL CONFERENCE |
|---|---|
| Atlanta Falcons | Buffalo Bills |
| Chicago Bears | Cincinnati Bengals |
| Dallas Cowboys | Cleveland Browns |
| Detroit Lions | Denver Broncos |
| Green Bay Packers | Houston Oilers |
| Los Angeles Rams | Indianapolis Colts |
| Minnesota Vikings | Kansas City Chiefs |
| New Orleans Saints | Los Angeles Raiders |
| New York Giants | Miami Dolphins |
| Philadelphia Eagles | New England Patriots |
| St. Louis Cardinals | New York Jets |
| San Francisco 49ers | Pittsburgh Steelers |
| Tampa Bay Buccaneers | San Diego Chargers |
| Washington Redskins | Seattle Seahawks |

Such conferences shall be operated under the following terms and
conditions:

a]   Each Conference shall be divided into three (3) divisions,
consisting of two divisions of five (5) clubs each, and one division of
four (4) clubs;

b]   The divisions of the clubs in the American Football
Conference are as follows:

CENTRAL DIVISION:

| Cincinnati Bengals | Houston Oilers |
|---|---|
| Cleveland Browns | Pittsburgh Steelers |

WESTERN DIVISION:

- 9 -

Denver Broncos                     San Diego Chargers
Kansas City Chiefs                 Seattle Seahawks
Los Angeles Raiders

EASTERN DIVISION:

Buffalo Bills                      New York Jets
Indianoplis Colts                  New England Patriots
Miami Dolphins


c]  The divisions of the clubs in the National Football
Conference are as follows:

CENTRAL DIVISION:

Chicago Bears                      Green Bay Packers
Detroit Lions                      Minnesota Vikings
                                   Tampa Bay Buccaneers

WESTERN DIVISION:

Atlanta Falcons                    San Francisco 49ers
Los Angeles Rams                   New Orleans Saints


EASTERN DIVISION:

Dallas Cowboys                     St. Louis Cardinals
New York Giants                    Washington Redskins
Philadelphia Eagles

d]  The scheduling of games within each conference and between
the two conferences shall be governed by the provisions of Article XIII
hereof.

e]  The New York Giants and the New York Jets shall not be
assigned to the same conference without the consent of both clubs.

f]  The San Francisco and Oakland franchises shall not be
assigned to the same conference without the prior consent of both clubs
unless the conferences are divided into smaller numerical groupings, i.e.,
divisions; in such case, the 49ers and the Raiders may be assigned to the
same conference, but may not be placed in the same division or other
smallest numerical grouping of clubs within the same conference.

g]  Following the initial realignment of the League taking
place after 1969, any other realignment of the League must be approved by
the affirmative vote of not less than thirteen (13) of the clubs which were
members of the National Football League in 1967, and by the affirmative
vote of not less than 8 of the 10 clubs which were members of the American
Football League in 1968.

h]  Subject to the other provisions of this Section 4.4,

- 10 -

whenever the League proposes or seeks to realign the clubs into conferences or other groups for scheduling or standing purposes, the following factors shall be considered in order not to unfairly prejudice the rights of any club in the League, namely, geographical location, natural rivalries, stadium capacity, gate attendance, weather conditions, relative team strength, and baseball conflicts involving clubs playing home games in baseball stadiums.

ARTICLE V

MEETINGS OF THE LEAGUE

**Annual Meeting**

5.1   The Annual Meeting of the League shall be held not earlier than the second Monday in February of each year and not later than April 1 in such year; such meeting shall be held on such date and at such places and times as the Commissioner shall designate in the notices of the meeting.

**Special Meetings**

5.2   Special meetings of the League may be held at any place upon call by the Commissioner.

5.3   (A)   Written notice of the time and place of holding any meeting shall be given to each member at least thirty (30) days in advance of the day fixed for the Annual Meeting, or at least seven (7) days in advance of the day fixed for any special meeting.

(B)   Notice of a special meeting shall state the time, place and purpose of the meeting. The notice of the Annual Meeting must state the time and place of the meeting, but not the purpose; if any amendments to the Constitution and ByLaws are to be considered at the Annual Meeting, the submission of such proposals must be in accordance with Article XXIV hereof, except that, any other provisions of this Constitution notwithstanding, the Commissioner may propose in his sole discretion amendments which he considers to be of an emergency nature and such amendments at a special meeting will require an affirmative vote of three-quarters or 20, whichever is greater, of the member clubs for passage.

(C)   Notices of any meeting may be waived by the unanimous consent of all member clubs.

**Quorum**

5.4   At all meetings of the League, whether Annual or Special, three-fourths or 20, whichever is greater, of the members of the League in good standing, present in person or by authorized representatives, shall constitute a quorum for the transaction of business and shall have the power

- 11 -

to adjourn the meeting from time to time without notice other than announcement at the meeting, until the requisite numbers of members shall be present.

## Voting and Representation

5.5   At each meeting of the League each member shall be limited to two (2) representatives; each member shall be limited to only one (1) vote upon any matter presented to the meeting. Each member shall file with the League within the time designated by the Commissioner a written designation of the representative and alternate to vote and act for it. The Commissioner or presiding officer may require proof satisfactory to the Commissioner or presiding officer of the authority of any representative to represent a member. In all meetings, both Executive Session and General, proxy voting is prohibited. If a member is not represented at the time of a vote, the three-fourths requirement for a vote to carry will be based on the number of members present. This special voting procedure when a quorum but not all clubs are represented shall not apply whenever a unanimous vote is required by the Constitution and ByLaws.

## Number of Votes

5.6   Except as herein otherwise specifically provided, the affirmative vote of not less than three-fourths or 20, whichever is greater, of the members of the League at any Annual Meeting of the League shall be required for action.

## Order of Business at Annual Meeting

5.7   The order of business for the Annual Meeting shall be as follows:

> Roll Call
> Reading of Minutes of the previous meeting
> Report of the Commissioner
> Report of Treasurer
> Report of other League Officers
> Report of Public Relations Department
> Report of other Committees
> Unfinished business
> Nomination and election of officers
> Installation of officers
> New Business
> Adjournment

## Executive Session

5.8   Upon call of the Commissioner or by majority vote of the members of the League, the League may go into Executive Session. Each member shall designate its duly authorized representative to act for it in such Executive Session. In any Executive Session, unless otherwise designated by the Commissioner, two representatives of each member and the Commissioner shall be

- 12 -

present together with such other persons as either the Commissioner or the members by majority vote shall invite; provided that when two representatives of a member club are present in Executive Session, one of them must own an equity interest in such club.  The Commissioner shall be Chairman of the Executive Session and may appoint the Secretary of the Session.  Action at any Executive Session shall constitute action of the League.

Conduct of Meeting

     5.9   Except in respect to matters covered specifically in the Constitution and ByLaws of the League, Roberts Rules of Order shall prevail in all meetings of the League; provided, however, than any action taken in any meeting of the League involving a matter not covered specifically in the Constitution and ByLaws of the League shall require the affirmative vote of not less than three-fourths or 20, whichever is greater, of the members of the League for approval.

Action Without a Meeting

     5.10  Any action or resolution which may be taken or adopted at a League meeting may be taken or adopted by an instrument in writing signed by all members of the League.

ARTICLE VI

EXECUTIVE AND OTHER COMMITTEES

Number

     6.1   The League shall have an Executive Committee composed of one (1) representative from each member club.  Each representative shall be appointed by the member club by written notice to the Commissioner.  Each club may name an alternate representative in the same manner; said alternate shall have the same authority as the regular appointee in the absence of such appointee. Each appointee and alternate on the Executive Committee shall serve until his appointment is revoked in writing by the appointing member club.

Voting Qualificatons

     6.2   At all meetings of the Executive Committee each member of the Committee shall have one (1) vote.

     6.3   All Executive Committee members must be either owners or holders of an interest, or officers of member clubs in the League.

Vacancies

     6.4   In case any vacancy occurs in the Executive Committee his successor shall be appointed by the member affected by the vacancy.

- 13 -

Powers and Duties

  6.5 The Executive Committee shall have the following powers and duties:

    (a) It shall have the power, after notice and hearing to impose fines upon any member or any owner, director, partner, officer, stockholder, player or employee of a member of the League.

    (b) It shall have the power, after notice and hearing, to increase or impose other or additional penalties after action of the Commissioner upon any matter submitted to it by the Commissioner for that purpose, pursuant to Section 8.13 (B) hereof; provided, however, that the Executive Committee shall have no power to modify, reduce, remit, or suspend any fine, penalty, or suspension imposed by the Commissioner under Section 8.13 (A) hereof.

    (c) It shall have the power and duty to investigate and report its findings and recommendations to the League on any matter referred to it by the Commissioner or the members.

    (d) It shall have power to cause an audit of the books and records of the League, and the Treasurer thereof, and shall report its findings to the members and the Commissioner promptly.

    (e) If the Commissioner dies, is unwilling, or is by reason of physical or mental disability, unable to discharge his duties as Commissioner, the Executive Committee shall have the power to decide that an emergency exists in the League; it shall thereupon call a special meeting of the members at a time and place selected by the Committee: such meeting shall be held within thirty (30) days after the declaration of such emergency, and notice of such meeting shall be given as in the case of any other special meeting; the purpose of such meeting shall be either to remove such Commissioner or to elect a new Commissioner, or to appoint acting Commissioner to serve until the next succeeding Annual Meeting.

    (f) It is empowered to borrow in the name of the League such sum or sums of money as it may from time to time deem necessary or appropriate and to authorize the Commissioner and Treasurer, individually or jointly, to make and deliver in the name of the League a promissory note or notes evidencing any such loan and to pledge as security therefor any stocks, bonds, or other securities owned by the League.

    (g) In the event that the Commissioner or any other officer of the League shall be convicted of a crime involving moral turpitude, or be physically or mentally incapacitated to perform his duties or shall fail or refuse to abide by the Constitution and ByLaws of the League, and the Executive Committee finds that such action by such officer is detrimental to the best interests of the League, or in the event the Commissioner or any other officer of the League fails or is unwilling to perform his duties, then such Committee shall have the power after notice and hearing, to suspend or remove said officer and to terminate any contract between such Commissioner or officer and the League.

- 14 -

Approval

6.6    All actions and decisions of the Executive Committee must be approved by the affirmative vote of no less than three-fourths or 20, whichever is greater, of the members of the Executive Committee provided, however, (a) that any decisions to proceed under Section 6.5 (c), (d) or (e) hereof may be taken by majority vote of the Executive Committee, and (b) that in any hearing involving charges against any club or whenever one club is making charges against another,  the member club or clubs so involved shall not vote.

Other Committees

6.7    The Commissioner of the League may appoint such other committees as the League deems necessary and appropriate.  All committees shall act under the direction and chairmanship of the Commissioner, who shall be a member "ex-officio" of each committee.  The League shall pay each member of the committee the expenses of his attendance at committee meetings.

Vacancies

6.8    Subject to the provisions of Section 8.1 hereof, the Executive Committee shall have the power to fill by appointment any and all vacancies in any elective offices of the League for the balance of the term of such office or until a successor is duly elected for such office in the prescribed manner.

Meetings

6.9    At each meeting of the Executive Committee, the Commissioner of the League shall preside.


ARTICLE VII

OFFICERS

Officers

7.1    (a)  The officers of the League shall be the Commissioner, a Secretary and a Treasurer.  The Secretary and Treasurer shall be appointed by the Commissioner.  The Commissioner shall have the right to appoint any other officers or assistants thereto as he, in his sole discretion, deems necessary. The duties and compensation thereof shall be fixed by the Commissioner.

(b)  The sole officer in each Conference of the League shall be the President thereof.  The President of each Conference shall be selected by the affirmative vote of not less than three-fourths or 10, whichever is greater, members of the Conference for which such person is to serve as President.


Voting

- 15 -

7.2   The Commissioner shall be elected pursuant to and in accordance with the provisions of Section 8.1 hereof.  Any other officer of the League shall be appointed by the Commissioner in accordance with the provisions of Section 7.1 (a) hereof, provided, however, that if the Commissioner is unable so to do by reason of death or disability, then such officer shall be elected by the affirmative vote of not less than three-quarters or 20, whichever is greater, of the member clubs of the League.

Commissioner

7.3   The powers and duties of the Commissioner shall be such as are described in Article VIII hereof.

Treasurer

7.4   The Treasurer shall have charge and custody of, and be responsible for, all funds and securities of the League, receipt and give receipts for monies due and payable to the League from any source whatsoever, and deposit all such monies in the name of the League in such depositories as the Commissioner may determine, keep full and accurate accounts of the receipts and disbursements of the League and in general perform all of the duties incident to the office of Treasurer and such other duties as from time to time may be assigned to him by the Commissioner or the Executive Committee. In addition, the Treasurer shall:

(a)   Pay all current bills and salaries after approval by the Commissioner.

(b)   Annually submit to the member clubs detailed financial statements.

(c)   He shall give a surety bond in the principal sum of not less than Two Hundred Fifty Thousand Dollars ($250,000) for the faithful discharge of his duties, with the League named as obligee thereon.  The premium shall be paid by the League.

(d)   During the playing season, he shall report weekly to each member on attendance and receipts for all games played by member clubs during the preceding week; such report shall also include any delinquency in any amounts owing to the League and such other information as the Treasurer deems expedient.

Secretary

7.5   The Secretary shall keep records of all proceedings of the League and the minutes of the meetings of the members and of the Executive Committee in one or more books provided for that purpose, cause all notices to be duly given in accordance with the provisions of this Constitution, or as required by law, be custodian of the League records, keep a register of the Post Office addresses of each member, and in general perform all the duties incident to the office of Secretary and such other duties as may from time to

- 16 -

time be assigned to him by the Commissioner.

The Secretary will supply the member clubs with a record of the action taken at any meeting within twenty (20) days following the adjournment thereof and shall also furnish the member clubs formal minutes of each meeting within ninety (90) days following the adjournment of each meeting.

Disability of Commissioner

7.6    If, by reason of physical or mental disability, the Commissioner is unable to discharge or perform the duties of his office, or is unwilling so to do, then, during any such period, the Executive Committee may require any other member of the Commissioner's staff to perform such duties of the Commissioner.

ARTICLE VIII

COMMISSIONER

Employment

8.1    The League shall select and employ a person of unquestioned integrity to serve as Commissioner of the League, and shall determine the period and fix the compensation of his employment except:

(a)    Pete Rozelle is hereby appointed as Commissioner of the League upon terms and conditions heretofore approved by the League in an employment contract with Pete Rozelle.

(b)    Until June 1, 1976 any successor to Pete Rozelle as Commissioner must be approved by no less than twelve (12) of the fifteen (15) clubs which were members of the National Football League in 1966 in addition to the requirements set forth in subparagraph (c) below.

(c)    Any extension or modification of the existing contract or any new contract between the League and Pete Rozelle as Commissioner shall be approved by the affirmative vote of not less than two-thirds or 18, whichever is greater, of the members of the League.

All other voting requirements and procedures for the selection of or successor to the office of Commissioner shall be determined by the affirmative vote of not less than two-thirds or 18, whichever is greater, of the members of the League.

Independence

8.2    The Commissioner shall have no financial interest, direct or indirect in any professional sport.

- 17 -

Jurisdiction to Resolve Disputes

8.3    The Commissioner shall have full, complete, and final
jurisdiction and authority to arbitrate:

(a)  Any dispute involving two or more members of the League, or
involving two or more holders of an ownership interest in a member club of the
League, certified to him by any of the disputants.

(b)  Any dispute between any player, coach and/or other employee
of any member of the League (or any combination thereof) and any member club
or clubs.

(c)  Any dispute between or among players, coaches, and/or other
employees of any member club or clubs of the League, other than disputes
unrelated to and outside the course and scope of the employment of such
disputants within the League.

(d)  Any dispute between a player and any official of the League.

(e)  Any dispute involving a member or members in the League, or
any players or employees of the members or the League, or any combination
thereof, that in the opinion of the Commissioner constitutes conduct
detrimental to the best interests of the League or professional football.

Financial and Other Authority

8.4    (A)  The Commissioner, on behalf of the League, may incur any
expense which, in his sole discretion, is necessary to conduct and transact
the ordinary business of the League, including but not limited to, the leasing
of office space and the hiring of employees, and other assistance or services;
provided, however, that the Commissioner shall not have authority to incur any
expense for any extraordinary obligations, or make any capital investment on
behalf of the League without prior approval by the Executive Committee.

(B)  The Commissioner shall: (a) preside at all meetings of the
League and the Executive committee, (b) be the principal executive officer of
the League, and shall have general supervision of its business and affairs,
(c) approve for payment all proper charges.

Policy and Procedure

8.5    The Commissioner shall interpret and from time to time establish
policy and procedure in respect to the provisions of the Constitution and
ByLaws and any enforcement thereof.

Detrimental Conduct

8.6  The Commissioner is authorized, at the expense of the League, to
hire legal counsel and take or adopt appropriate legal action or such other
steps or procedure as he deems necessary and proper in the best interests of
either the League or professional football, whenever any party or organization

not a member of, employed by, or connected with the League or any member therof, is guilty of any conduct detrimental either to the League, its member clubs or employees, or to professional football.

Game Officials

8.7    The Commissioner shall select and employ a Supervisor of League Game Officials and shall further select and approve all game officials for all pre-season, regular season, and post-season games.  All fees and traveling expenses of game officials shall be paid by the League after approval by the Commissioner.  It shall be the duty of each member to accept as game officials for any game such game officials as the Commissioner shall assign to such game.

Public Relations Department

8.8    The Commissioner shall have authority to establish a Public Relations Department for the League, and such department shall be under his exclusive control and direction.  He may employ persons to staff said department and shall fix and determine the compensation thereof.

Broadcasts and Television

8.9    Subject to the provisions of Article X hereof, the Commissioner shall have the exclusive authority to arrange for and sell all broadcasting and television rights to the Confereuce Championship Games and the World Championship Game.

League Contracts

8.10   The Commissioner shall have authority to arrange for and negotiate contracts on behalf of the League with other persons, firms, leagues, or associations; provided, however, that except in instances where the Commissioner is otherwise specifically authorized herein, any contract involving a substantial commitment by the League or its members shall not be binding unless first approved by the affirmative vote of not less than three-fourths or 20, whichever is greater, of the members of the League.

Reports

8.11   The Commissioner shall render an annual report to the League members at each Annual Meeting.

Bond

8.12   The Commissioner shall file and maintain in effect a surety bond with the League in the sum of Fifty Thousand Dollars ($50,000); said bond shall be conditioned upon faithful performance by the Commissioner of his duties and shall name the League as obligee.  The expenses for such bond shall be paid by the League.

Disciplinary Powers of Commissioner

- 19 -

8.13  (A)  Whenever the Commissioner, after notice and hearing, decides that an owner, shareholder, partner or holder of an interest in a member club, or any player, coach, officer, director or employee thereof, or an officer, employee or official of the League has either violated the Constitution and Bylaws of the League, or has been or is guilty of conduct detrimental to the welfare of the League or professional football, then the Commissioner shall have complete authority to:

 (1) Suspend and/or fine such person in an amount not in excess of Ten Thousand Dollars ($10,000), and/or

 (2) Cancel any contract or agreement of such person with the League or with any member thereof.

 (3) In cases involving a violation of the prohibitions against tampering and set forth in Sections 9.1(C)(10) and (11), 9.2 and 12.1(B) hereof, award or transfer selection choices and/or deprive the offending club of a selection choice or choices.

 (4) In cases involving a violation affecting the competitive aspects of the game, award or transfer players and/or selection choices, and/or deprive the offending club of a selection choice or choices, and/or cancel any contract or agreement of such person with the League or with any member thereof, and/or fine the offending club in an amount not in excess of Fifty Thousand Dollars ($50,000) despite the provisions of sub-section (1) herein.

(B)  Whenever the Commissioner determines that any punishment which the Commissioner has the power to impose pursuant to Section 8.13 (A), is not adequate or sufficient, considering the nature and gravity of the offense involved, he may refer the matter to the Executive Committee, with a recommendation that all or any part of the following additional or increased punishments or discipline be imposed:

 (1) Cancellation or forfeiture of the franchise in the League of any member club involved or implicated; if such occurs, the affected franchise shall be sold and disposed of under the provisions of Section 3.8(B) hereof.

 (2) Cancellation or forfeiture of the interest in a member club, or in the franchise thereof, owned by a person involved or implicated therein; if such occurs, the interest held by any person so implicated, shall be sold and disposed of under the provisions of Section 3.8(B) hereof.

 (3) Declare one or more players of the offending club to be a free agent or that one or more players, and the contracts thereon held by the offending club, be

- 20 -

assigned to another club or clubs.

(4) Assignment to another club or a nominee of the
League, of the lease on any stadium or
playing field held for or owned by the offending
club or any person owning any interest therein.

(5) Assignment to one or more clubs of players on the
Selection or Reserve Lists of the offending club.

(6) Require the sale of any stock or interest in a
member club of such offending person by the method
and under the procedure specified in Section 3.8(B)
hereof.

(7) Make any other recommendation he deems appropriate.

The Executive Committee may impose such other or additional discipline
or punishment as it may decide.

Any such ruling or decision by the Commissioner under the
circumstances referred to in this sub-paragraph 8.13(B) of Article VIII, after
approval or ratification by the affirmative vote of no less than three-fourths
or 20, whichever is greater, of the members of the League, as aforesaid, shall
be final, conclusive, and unappealable; any party involved in or affected by
any such decision agrees to release and waive any and all claims that such
party may now or hereafter have or possess arising out of or connected with
such decision against the Commissioner, individually and in his official
capacity, as well as against the League and any officer or employee thereof,
and every member club therein and against any director, officer, shareholder
or partner thereof, or the holder of any interest therein, whether for damages
or for any other remedy or relief.

The word "person", for the purposes of this subparagraph (B) of Article
VIII, Section 8.13, shall mean and include a member club and any owner,
officer, stockholder, or partner thereof, or anyone holding any interest
therein.

The membership of a member or the interest of any person owning a share
or interest therein shall be suspended or terminated under this Section
8.13(B) only by resort to the following procedure:

(a) Any member of the Executive Committee or the
Commissioner may prefer charges against a member,
or the holder of any interest therein, on the
ground that such a member or holder has violated
the provision of the Constitution and ByLaws, or
is or has been guilty of conduct detrimental to the
League or to professional football; said charges
shall be in writing and filed with the Secretary of
the League. The Commissioner shall first conduct
such investigation as he deems appropriate. Upon
the completion thereof, the Commissioner shall

- 21 -

submit a copy of the charges by mail to each member
club and to the member or person against whom such
charges have been made, and shall make his
recommendation thereon to the member clubs.

(b) The member or person so charged may, within fifteen
(15) days after receipt of the charges, file
with the Commissioner its or his written answer
thereto.  The Commissioner shall thereupon deliver
a copy of such answer to all members of the League.

(c) A special meeting of the League shall be called to
hear charges; the time and place of such meeting
shall be fixed by the Commissioner.

(d) At such hearing the Commissioner shall preside,
unless he is the complainant; in such event the
presiding officer shall be elected by majority vote
of the members attending the meeting.

(e) At the hearing the member or person so charged
shall have the right to appear in person and by
counsel.  Strict rules of evidence shall not apply,
and any testimony and documentary evidence
submitted to the hearing shall be received and
considered.  Either the complainant or the member
or person charged shall be entitled to an
adjournment for a reasonable time to enable it or
him to present rebuttal evidence.

(f) After considering all the evidence, the members
shall vote upon the charges and fix the punishment.
An affirmative vote of not less than three-fourths
or 20, whichever is greater, of the members shall
be required to sustain the charges and fix the
punishment, excluding the vote of any member in
which the person charged has an interest.

(g) If the members vote to terminate the membership or
the interest of any member in a club of the League,
then the member club or person charged shall be
required to dispose of such membership or interest
in the affected club in accordance with the
provisions of Section 3.8 (B) hereof.

(C) Whenever the Commissioner, after notice and hearing
determines that a person employed by or connected with the League or any
member club thereof, has bet money or any other thing of value on the outcome
or score of any game or games played in the League, or has had knowledge of or
has received an offer, directly or indirectly, to control, fix or bet money or
other consideration on the outcome or score of a professional football game,
and has failed to report the same in the manner hereinafter prescribed, then
such Commissioner shall have complete and unrestricted authority to enforce

- 22 -

any or all of the following penalties:

(1) Suspend such person indefinitely or for a prescribed period of time.

(2) Bar such person from the League for life.

(3) Cancel or terminate the contract of such person in the League or any member club thereof.

(4) Require the sale of any stock, or other interest of such offending person in any member club by the method and under the procedure specified in Section 3.8 (B) hereof.

(5) Fine such person in an amount not in excess of Five Thousand Dollars ($5,000).

(6) Cancel or declare to be forfeited any interest in a member club, or in the franchise thereof, owned by any person so involved; in such event, any interest of the offending person so implicated in the club or any stock owned by such person in any member club shall be sold under the procedure provided in Section 3.8 (B) hereof.

(7) Assign to another club or a member of the League the lease on any stadium or playing field held for or owned by the offending club or by any person owning any interest therein.

(8) Assign to one or more other clubs players on the Selection or Reserve Lists of the offending club.

(9) Impose such other or additional punishment or discipline as the Commissioner may decide.

If the person involved is a player in the League, such player is obligated to report immediately such incident to the head coach, owner, or managing officer of the club with which he is affiliated. If the person involved is either an owner, officer, director, stockholder, or a partner of a member club or owns or holds an interest therein, or is a coach or employee, (other than a player) thereof, such report shall be made promptly to the Commissioner. Any decision by the Commissioner under the circumstances referred to in this Section 8.13 (C) shall be final, conclusive, and unappealable; all persons involved in or affected by any such decision agree to release and waive any and all claims arising out of or connected with such decision that such person may now have or hereafter possess against the Commissioner, individually and in his official capacity, as well as against the League or any officer, or employee thereof, and against every member club therein and any director, officer, shareholder, or partner thereof or against the holder of any interest therein, either for damages or for any other remedy or relief. The word "Person" wherever used in this subparagraph (C) of Article

- 23 -

VIII,   Section 8.13 shall mean and include a member club, or any club owner, official, officer, stockholder, partner thereof, or anyone holding any interest therein, as well as a coach, player, or other employee thereof; it shall also include an officer or employee of the League or any official employed by the League.

(D)  Whenever the Commissioner finds, in his sole and exclusive discretion, that any person whether or not connected or affiliated with the League, or a member club therein, is guilty of conduct detrimental to the best interest of the League or professional football, then in addition to his other powers prescribed in the Constitution and ByLaws of the League, the Commissioner shall have the right to bar and prohibit such person from entry to any stadium or park used by the League, or its member clubs or affiliates for the practice or exhibition of professional football.

(E)  The Commissioner shall have authority to change, reduce, modify, remit, or suspend any fine, suspension, or other discipline imposed by the Commissioner and not requiring approval of the member clubs.

Miscellaneous Powers of the Commissioner

8.14  (A)  The Commissioner shall have the power, without a hearing, to disapprove contracts between a player and a club, if such a contract has been executed in violation of or contrary to the Constitution and ByLaws of the League, or, if either or both of the parties to such contract have been or are guilty of an act or conduct which is or may be detrimental to the League or to the sport of professional football. Any such disapproval of a conract between a player and a club shall be exercised by the Commissioner upon the written notice to the contracting parties within ten (10) days after such contracts are filed with the Commissioner. The Commissioner shall also have the power to disapprove any contract between any club and a player or any other person, at any time pursuant to and in accordance with the provisions of Section 8.13 (A) of the Constitution and ByLaws.

(B)  The Commisisoner shall have the power to hear and determine disputes between clubs in respect to any matter certified to by him by either or both of the clubs; he shall also have the power to settle and determine any controversy between two clubs which, in the opinion of the Commissioner, involves or affects League policy.

(C)  The Commissioner shall have the right to propose amendments or modifications in the Constitution and ByLaws of the League by submitting such amendments or modifications in writing to the League no less than fifteen (15) days prior to the holding of any Annual Meeting of the League or recessed session thereof.

ARTICLE IX

PROHIBITED CONDUCT

Conflicting Interests and Prohibited Conduct

- 24 -

9.1   (A)  The violation of any of the provisions of this Article IX shall constitute conduct detrimental to the League and professional football.

(B)  No member, or stockholder, officer, director, partner or employee thereof, and no officer or employee of the League, including a game official shall:

(1)  Own or have any financial interest directly or indirectly, in any other member club of the League.

(2)  Directly or indirectly, loan money to or become surety or guarantor for any other member club, or any player, coach, or employee thereof, or holder of an interest therein.

(3)  Directly or indirectly, loan money or offer any gift or reward or becme surety or guarantor for any game official or other official or employee of the League.

(4)  Act as the contracting agent or representative for any player or share or be financially interested in the compensation of any player in the League.  Nothing herein shall prevent any player from negotiating on his own behalf or for his own account.

(C)  No member, nor any stockholder, director, officer, partner, or employee thereof, or person holding an interest therein, nor any officer or employee of the League shall:

(1)  Publicize or participate in the selection of any mythical All-League or All-Opponent team.

(2)  Issue a free ticket of admission to a game to any visiting club or player thereof except pursuant to the Constitution and ByLaws of the League.

(3)  Offer any gift or reward to a player, coach or person connected with or employed by another member club for services promised, rendered or to be rendered in defeating or attempting to defeat a competing club.

(4)  Publicly criticize any member club or its management, personnel, employees, or coaches and/or any football official employed by the League; all complaints or criticism in respect to the foregoing shall be made to the Commissioner only, and shall not be publicized directly or indirectly.

(5)  Directly or indirectly pay a fine for a person who has been penalized.

(6)  Permit or state in any game program, or by means of its public address system or otherwise, that it, he or they, offer or agree, either directly or indirectly, to pay or give money or any other thing of value to any member of the public: neither shall any club or other person referred to in this Section 9.1 be permitted to participate at any time, directly or indirectly, in any lottery of any kind.

- 25 -

(7)  Own, directly or indirectly, any interest whatsover in a professional football organization, league, club or team not a member of the League.

(8)  Offer or pay a player or coach, and no player or coach may receive, any bonus, money or thing of value for winning any game played in the League.

No club or any representative thereof, shall offer to pay, directly or indirectly, to a player, and no player shall receive, any bonus of any kind unless such bonus provision is attached to and/or incorporated in the contract of such player.

(9)  Fail to present its team at the time and place where it is scheduled to play in a pre-season or regular season game, unless such failure is caused by any unavoidable accident in travel or by conditions beyond the control of the member.

(10)  Tamper with players of college teams who are not eligible for play in the League under the eligibility rules thereof.

Except for at the sites of postseason college all-star games, on the campus of the player, or at his residence, member clubs shall not time or test college players.  Any compensation and/or transportation provided to the player or college coach of the player in connection with such timing or testing shall be considered conduct detrimental to the League.  Other than the club holding rights to such player, clubs shall not, without permission of the club holding rights to such player, time or test a player who is subject to re-draft in a second Selection Meeting under any collective bargaining agreement, despite the fact that such player ultimately is redrafted.

College players eligibile for the annual Selection Meeting may be given a one-day physical examination by a member club, provided the examination does not include physical activity of any type (a Cybex test is considered part of an orthopedic examination and is permissible); provided the player is not compensated in any way beyond travel and lodging expenses; and provided such examination takes place after the completion of all football games, including postseason bowl games in which the team of the school or college of such player is to participate as a member of his college team.  The Commissioner must be notified by the club of all such examinations prior to the physical. A physical examination shall be the only reason for a member club to bring in a player who is eligibile for the Selection Meeting to its city and/or training facities prior to the Selection Meeting.  During the period from one week prior to the Selection Meeting up to and including the final day of the Selection Meeting, no club shall transport or sponsor the transport of a draft-eligible player to its offices, workout facilities, home city or other site without prior permission of the Commissioner, and no club shall, during the same period, house a draft-eligible player at any site, including sites within his home city.  Further, at no time shall a member club give or offer to give anything of significant value, directly or indirectly, including but not limited to arrangements for transportation, to a draft-eligible player until the final round of that year's Selection Meeting is completed.

- 26 -

(11) Tamper with a player or coaches or other employee under contract to or the property of another member club.

(12) Offer, agree, conspire, or attempt to illegally influence the outcome of the member or fail to suspend immediately any officer or player or other employee of the member who shall be proven guilty of offering, agreeing, conspiring, or attempting to influence the outcome of any game or be interested in any pool or wager of any game in which a member club participates.

(13) No beer or other beverage may be dispensed in NFL stadia except by being poured into cups.

(14) Any use by any club at any time, from the start to the finish of any game in which such club is a participant, of any communications or information gathering equipment, other than Polaroid-type cameras or field telephones, shall be prohibited, including without limitation videotape machines, telephone tapping or bugging devices, or any other form of electronic device that might aid a team during the playing of a game.

(15) In respect to minor league clubs and the Canadian Football League, the following prohibitions shall apply to all clubs in the League.

(a)  No club in the League shall own or have any financial interest, directly or indirectly, in any minor league club.

(b)  No club in the League shall, directly or indirectly, loan money to, nor make a gift or contribution to, nor become a surety or guarantor for any minor league club or for any player, coach, employee owner, stockholder, officer, director or partner therein, or to any holder of any interest in any minor league club.

(c)  The restrictions on the clubs in this League as set out in this sub-paragraph and (a), and (b) above, shall likewise apply to all owners, stockholders, officers, directors, partners, agents, representatives, or employee of clubs in the League as well as to any other person owning any interest in any club in this League.

A "minor league club" shall include any professional football club not a member of this League, which has been designated by the Commissioner of this League as a minor league club.

Should any club in the League violate the provisions of this 9.1 (C) (15), then, in addition to all other remedies available to the Commissioner under this Constitution and ByLaws, such club guilty of such violation shall not have the right employ as a football player any player who was under contract to or played for such minor league club at the time of any such violation.

(D)  No player, coach or manager shall, directly or indirectly, own stock or have any financial interest in the ownership or earnings of any member club of the League, other than in the member club with whom he is employed, and then only under any agreement approved by the Executive

- 27 -