Committee stipulating for the immediate sale (and the terms thereof) of such stock or financial interest therein in the event of his transfer to , employment by, or association with another member club. A player, coach, or manager financially interested in another member club shall be ineligible to play for, coach or manage the club of any other member while, in the opinion of the Executive Committee, such interest is retained by or for him, directly or indirectly.

(E)  No player, coach, manager or owner may remove his team, nor order his team removed, from the field during the playing of a game, regular or pre-season, except at the direction of the referee.  Should any club in this League violate the provisions of this subsection 9.1 (E), then in addition to all other remedies available to the Commissioner under this Constitution and ByLaws, such club guilty of such violation shall face possible forfeiture of any victory or tie achieved in such game and in addition incur sole liability for financial losses suffered by the opposing team and any other member clubs so affected.  All such determinations shall be made by the Commissioner.

(F)  No member shall place its TWX machine in an area to which non-club personnel has access.

Tampering

9.2   If a member club or any officer, shareholder, director, partner, employee, agent or representative thereof, or any person holding an interest in said club shall tamper, negotiate with, or make an offer, directly or indirectly, to a player, or his representative, on the Active, Reserve or Selection List of another member club, then unless the offending club shall clearly prove to the Commissioner that such action was unintentional, the offending club, in addition to being subject to all other penalties provided in the Constitution and Bylaws, shall lose its selection choice in the next succeding Selection Meeting in the same round in which the affected player was originally selected in the Selection Meeting in which he was originally chosen.  If such affected player was never selected in any Selection Meeting, the Commissioner shall determine the round in which the offending club shall lose its selection choice.  Additionally, if the Commissioner decided such offense was intentional, the Commissioner shall have the power to fine the offending club and may award the offended club 50% of the amount of the fine imposed by the Commissioner.  In all such cases the offended club must first certify to the Commissioner that such an offense has been committed.

9.3 (A)   (1)  No coach, or administrative or supervisory employee, as hereinafter defined, may be employed by any member club of the League without the prior approval of the Commissioner.  All coaches must have a written contract:  such contract shall be filed in the League Office promptly following execution, and the terms thereof must be approved by the Commissioner:  an administrator or supervisory employee, for the purpose of this section, shall mean a general manager or any assistant to the president or executive officer of the club.

(2)  Every contract with any employee of the League or of a club therein shall contain a clause wherein the employee agrees to abide and

- 28 -

be legally bound by the Constitution, ByLaws and the Rules and Regulations of
the League, as well as by the decisions of the Commissioner thereof, which
decision shall be final, conclusive and unappealable; such contract shall
provide further that the contracting parties, if involved or affected in any
manner by a decision of the Commissioner, agree to release the Commissioner
and to waive every claim he, they or it have against the Commissioner
individually, and in his official capacity, as well as against the League,
each and every member club thereof, and any and all directors, officers,
stockholders, partners, or holders of an interest therein, for damages and for
any other claims or demands arising out of or connected with any decision of
the Commissioner. Every written employment contract with any non-player
employee of a club shall be filed in the League Office promptly following its
execution, and shall provide: that such contract sets forth the entire
agreement between the parties; that no oral agreements, and no other written
agreements except as are attached to the contract or specifically incorporated
by reference therein, exist between them; that such written contract
(including agreements attached thereto or incorporated therein) sets forth the
entire agreement with respect to the employee's services for the club; and
that neither party will rely on any agreement or understanding not reduced to
writing and specifically incorporated into such employment contract prior to
its execution or when subsequently amended.

(B)   (1)  A veteran player must be paid a full game current season
salary and a first-year player a half-game salary for playing in the Chicago
Tribune All-Star Game.

(2)  Any player, eligible to particpate as a member of the League
championship team, who is traded or sold to another club prior to the Chicago
Tribune All-Star Game in the succeeding season must be paid one-half of his
game salary for the Chicago Tribune All-Star Game by the League championship
club; such salary shall be calculated on the basis of the salary in effect at
the time of the trade or sale.  If such player is waived by the championship
club and then claimed by another club, then the claiming club, if awarded the
player, must pay such player the one-half game salary such player would have
received for such All-Star Game, if he had not been waived; such salary shall
be calculated on the basis of the salary in effect at the time said player was
waived.

(C)  No owner or person holding any interest in a member club, nor any
officer, stockholder, director or partner thereof, nor any officer or employee
of the League or a member club thereof, shall enter the dressing room of a
game official.

(D)  Subject to the provisions of Section 17.11 hereof, for purposes
of this sub-section, a player shall be deemed to be an "active member of the
Armed Forces" until he is discharged therefrom or listed as a reserve member
of the Armed Forces.  No active member of the Armed Forces may play or
practice with a club in the League, subject to the following limitations:

(1)  In the event of a declaration of war, the Commissioner has
the right to suspend this requirement for the duration thereof.

(2)  This provision shall not apply to participation in the

- 29 -

Chicago All-Star Game, nor to any pre-season games.

(3)   This provision shall not apply to any player who has been given a conditional release from the Armed Forces or is on terminal leave.

(4)   Active members of the Armed Forces may play or practice with a club provided:

(i)   The club, at the time the player is inducted into the Armed Forces of the United States, continues to carry such player as one of its active players and notifies the Commissioner to that effect at the time of said induction; and

(ii)  Such player receives permission from his commanding officer in the military service to play or practice with such club.

(E)   No club, nor any coach, representative or employee thereof, shall use or employ any mechanical or other equipment or device in connection with the staging or playing of any game, except such as has been normally and commonly used in games in former seasons in the League; no electronic magnifiers or loud speaker systems, may be used or employed either from the stands, bench or sidelines to impart any information or instructions to players engaged in play on the field, but such instruction or information shall only be given orally or through substitution.

(F)   No films of prior games shall be shown or displayed on or by means of television other than complete game films; such film shall not be stopped during any showing; provided, however that in the staging of a regular quarterback show of a club, clips or portions of game films may be shown.  In connection with the showing of films, no employee, officer, owner or representative of a club shall make any comment or express any opinion, publicly or for publication, on the quality of the officiating or that any play shown was or was not illegal.

(G)   No bonus may be paid to a player or players for winning a particular game; neither may remuneration or gifts of any kind other than those listed in the contract of a player, be announced, promised, or paid directly or indirectly by a member club, or by any person connected with or employed by a club.

(H)   No blanket remuneration or bonuses shall be paid or given to players at any time.

(I)   There shall be no contact work prior to a club's official preseason camp.  In any off-season camp, clubs may use helmets and protective pads for elbows and knees, but all other pads are prohibited.  Blocking dummies, sled and similar apparatus may be used in off-season camps at club's option.

(J)   All clubs must pay the travel expense of the players to training camp, and if the player thereafter is included on the Active List of the club for the first regular season game, travel expenses to training camp for that player, if previously paid, may be deducted from the salary of the player.  If a player is waived out, then the waiving club shall pay the travel expenses of the player for the return trip to his house, provided, however, that if the

- 30 -

player is claimed by another club under waivers, or is sold or traded, then the club acquiring the player shall pay the travel expenses of such player incurred in connection with reporting to the new club.

ARTICLE X

BROADCASTING AND TELEVISION

Contract Conditions

10.1   Any contract entered into by any club for telecasting or broadcasting its games, and the sponsor or sponsors of each game telecast or broadcast pursuant to such a contract, must be approved in writing by the Commissioner in advance of such telecast or broadcast.

Television Restrictions

10.2   Subject to the limitations and exceptions set forth in this article, member clubs participating in any game are authorized to telecast and broadcast such game anywhere except as follows:

(a)   No club shall cause or permit a game in which it is engaged to be telecast into any area included within the home territory of any other club on the day that such other club is engaged in playing a game at home.

(b)   No telecast of a home game within the home territory of a club shall be caused or permitted, except by agreement between the participating clubs.

(c)   Each home club grants to the visiting club the exclusive right to permit or license the telecast of the game being played between them back to the home territory of the visiting club.

The Commissioner will not approve any contracts that do not contain a provision stating that the contract is subject to Article X as now or hereafter in effect.

Television Income

10.3   All regular season (and pre-season network) television income will be divided equally among all member clubs of the League regardless of the source of such income, except that the member clubs may, by unanimous agreement, provide otherwise in a specific television contract or contracts.

Network Provisions

10.4   In any network television contract in effect in the League after 1970 the following provisions shall apply:

(a)   Each regular season road game of the New York Giants, New

- 31 -

York Jets, Oakland Raiders and San Francisco 49ers will be televised live back to the home territory of the club participating in the road game.

(b) Every effort will be made to avoid direct conflicts between the televising of road games of either the New York Giants or New York Jets and any home games of either club.

(c) Without the prior consent of the home team no road game of either the Oakland Raiders or the San Francisco 49ers respectively may be televised back to the home territory of the other club on any day when the other club is playing a game at home.


Championship Games

10.5   The sale of radio and television and film rights for the world and Conference Championship Games shall be under the sole jurisdiction of the Commissioner and be subject to the provisions of Article X.

In the World and Conference Championship Games:
(1) The participating clubs may broadcast by radio on a non-exclusive basis from a station located in its home territory; provided, (a) said club contributes to the gross receipts of the game (to be divided in the same manner as game receipts are distributed) a fair and equitable sum fixed by the Commissioner in his role and absolute discretion; and (b) provided the Commissioner approves all sponsors and broadcasters involved in the game.

(2) No television station may carry or broadcast the game if its signal is visible in the home territory (75 miles) of the home club in the city where the game is being played.  The Commissioner's decision in this matter shall be final.


Broadcast Facilities

10.6  Each club when playing at home shall provide adequate space for use of the visiting club in telecasting and/or broadcasting each game.


Player Depiction and Club Promotion

10.7  The player grants to the club controlling his contract and to the League severally and jointly, the privilege and authority to use his name and/or picture for publicity and/or advertising purposes in newspapers, magazines, motion pictures, game programs and annual roster manuals, radio material, television telecast, and all other publicity and/or advertising media providing such publicity and/or advertising does not in itself constitute an endorsement by that individual player of a commercial product.


Judgment

10.8  All provisions of Article X are intended to conform to and are subject to the Final Judgment of the United States District Court for the Eastern District of Pennsylvania entered December 28, 1953, and as thereafter

modified, against the National Football League and certain of its member
clubs; in the event of any conflict between the Constitution and ByLaws and
said judgment, the provisions of said Final Judgment, as modified, shall
prevail.


Replays in Stadiums

     10.9  In all NFL stadiums with the capability of displaying television
replays on the scoreboard of action occurring on the field, such displays may
be shown at any time during the game, provided, however, that the selection of
material for the replays shall be at the home club's discretion.


ARTICLE XI

PLAYING RULES


Official Rules

     11.1  The playing rules of the League shall be those set out in the
National Football League Rules Book.


Amendment of Rules

     11.2  Playing rules may be amended or changed at any Annual Meeting by
the affirmative vote of not less than three-fourths or 21, whichever is
greater, of the members of the League, provided the proposed amendment or
change has been presented to the League in writing fifteen (15) days prior to
the Annual Meeting or a recessed session thereof, or provided the proposed
amendment or change carries the unanimous approval of a duly appointed
standing committee of the League vested with the authority to make a
recommendation on proposed playing rules changes, in which case notice of at
least 12 hours prior to the vote is required; and further provided that all
playing rules proposals from clubs must be submitted in writing to the League
office a minimum of thirty (30) days in advance of any Annual Meeting of the
League; otherwise unanimous consent is required for any amendment to the
Playing Rules.


Rules Committee

     11.3  Each member club of the League shall have one representative
only on the Rules Committee.


ARTICLE XII

ELIGIBILITY OF PLAYERS

- 33 -

General Rules of Eligibility

    12.1  (A)  No person shall be eligible to play or be selected as a player unless (1) all college football eligibility of such player has expired, or (2) at least five (5) years shall have elapsed since the player first entered or attended a recognized junior college, college, or university, or (3) such player receives a diploma from a recognized college or university prior to September 1st of the next football season of the League.  The expression "recognized junior college, college or university" shall be interpreted to mean any college listed in the Blue Book of College Athletics or Blue Book of Junior College Athletics, published by The Rohrich Corporation, 1940 East 6th Street, Cleveland, Ohio and/or the Education Directory, Higher Education, Office of Education, U.S. Dept. of Health, Education and Welfare, Washington D.C.

    The fact that a player has college eligibility remaining in another sport other than football shall not effect his eligibility under this section provided the player meets all other qualifications hereunder.  Any player with college football eligibility remaining in accordance with the foregoing provisions hereof shall not be eligible to be selected unless such player gives written notice to the Commissioner of his intention on or before January 15th in that year stating his intention to graduate before the fall semester.  Any player who fails to give such notice to graduate and then does graduate prior to the fall semester, cannot be signed to any contract; such players shall be selected in a separate selection meeting at a time and place fixed by the Commissioner, the order of selection to be determined either by lot or some other method prescribed by the Commissioner.  The Commissioner shall have the right to change the date of January 15th above referred to, if, in his opinion, such change is necessary to properly conduct the selection meeting.

    Despite the foregoing, if four college football seasons shall have elapsed since the player first entered or attended college and, if such player did not at any time during such period, participate in college football, such a player shall be eligible for selection.

    Special consideration shall be granted to those players whose college and/or conference allow five years of football eligibility, during all of which the player may participate full-time, as distinguished from those who "red-shirt," i.e., do not participate during one particular year.  If a player under the circumstances described above has completed four years of participating football eligibility and elects not to avail himself of his fifth year, such player shall be eligible for selection in this League.

    (B)  No player may be signed to a contract or any other document (including a letter of intent), directly or indirectly, until completion of all football games, including post season bowl games in which the team of the school or college of such player is to participate and in which the player is to participate; such provision shall also apply to college football players competing in football in any season ending after that date when the original class of such player shall have been graduated.  If a club violates this section, it shall be subject to punishment by the Commissioner; such punishment shall provide for the loss of selection choices of the offending

- 34 -

club in the next or in succeeding Selection Meetings up to and including the entire Selection List. All negotiating rights to the player or players so involved shall be awarded to the club lowest in the League standings, excluding the offending club, at the time of the last Selection Meeting.

(C) A diploma of graduation issued by a recognized college or university to a student under an accelerated course or program shall be acceptable for eligibility purposes despite the fact that the student actually attended such institution for a period of less than four (4) years.

(D) No person who has never been selected in a Selection Meeting and who has college athletic eligibility remaining and who registers at a college for the fall term or semester may be signed to a contract by a club in the League until the close of the next succeeding Selection Meeting of the League, at which meeting he would be eligible for selection regardless of how many seasons in excess of five have elapsed since he first registered at a college and regardless of how many selection meetings for which he was eligible have transpired.

(E) No person who plays college football after the opening date of the training season in any year may play football in the League during the balance of the same calendar year.

(F) No person eligible for the Selection Meeting in any calendar year may be signed to a contract with a club in the League until the Selection Meeting in that year.

(G) A player, either under contract to or on the Reserve or Selection List of a League club, shall be a member of the team of the club until the Commissioner receives notice from such club that other League clubs are free to negotiate or contract with said player. Upon receipt of any such notice, the Commissioner shall promptly notify each other League club thereof. Until the notice is given by the Commissioner, no other club may sign a contract nor negotiate with such player unless prior written permission thereof has been given by the club owning rights to such player.

(H) Any player, whose contract with a League club has expired, shall thereupon become a free agent and shall no longer be considered a member of the team of that club following the expiration date of such contract. Whenever a player, becoming a free agent, in such manner, thereafter signed a contract with a different club in the League, then, unless mutually satis- factory arrangements have been concluded between the two League clubs, the Commissioner may name and then award to the former club one or more players, from the Active, Reserve, or Selection List (including future selection choices) of the acquiring club as the Commissioner in his sole discretion deems fair and equitable; any such decision by the Commissioner shall be final and conclusive.


Rules and Regulations

12.2    (A) A club, at its option, may adopt individual club rules and regulations not inconsistent with or contrary to the Constitution and ByLaws

- 35 -

of the League and/or the Rules and Regulations of the League.  The club shall give the player reasonable notice of all rules and regulations adopted by the club.  Any club adopting rules and regulations may suspend and/or fine a player for violation thereof.

(B) The League may adopt League rules and regulations, and any rules and regulations so adopted must be printed on the reverse side of the standard form of player contract used by the League.

12.3   (A)  No person employed by a club as a coach, trainer or in any capacity other than as a player, may play for that club or any other club in that same year unless said employee is:

(1)  Signed to a current year NFL Player Contract, and

(2) Counted within the first applicable player limit of the preseason and all subsequent player cutdowns.  If such person is released through waivers or placed on the Reserve List after the first applicable player limit is in effect, he cannot return to any club in the League in the same season as an active player.

(B) Whenever a player under contract or option to a member club in the League fails to report to that club prior to its first regular season game, then such player, without the prior consent of the Commissioner, may not play with any club in the League during that same season if said player played in any other league, or with any other team other than in or for the League during that same calendar year, unless such other league or other club in which or for whom such player played is designated by the Commissioner of the League as a minor league; the decision of the Commissioner shall be final.

(C) No club may sign any player who, in the same year, has been under contract to a Canadian Football League club at the end of that CFL club's season (regular season or postseason, whichever is applicable).

(D) No player under contract to a club in the League shall be permitted to participate in any football game for or against any team, group or organization outside the League, except in games officially approved and sanctioned by the League.

(E) (1) If a player reports to the club at its preseason training camp or to a training session prior to official training camp and is, in the opinion of the club physician, physically unable to perform his services as a player, then the club may do the following:

(a)  Place the player on waivers with the designation "Failed Physical," or

(b)  Place him in the category of Active/Physically Unable to Perform.  Players in this status count on the Active List and are allowed to attend meetings and undergo noncontact rehabilitative workouts up to the time of the second roster reduction in the preseason, at which time the club must

- 36 -

either request waivers on the player as "Failed Physical," place him on Reserve/Physically Unable to Perform [see (c) below], trade the player, or continue to count him on the Active List.  If the player continues to count on the Active List, he will be considered to have passed the club's physical examination.  Any player in the status of Active/Physically Unable to Perform who appears in contact work during practice or any preseason game will be subject to all rules applicable to players who have passed the club's physical examination.  Or,

(c) Place him in the category of Reserve/Physically Unable to Perform.  The following rules apply:

(i) Players on Reserve/Physically Unable to Perform are ineligible for all games of the club and ineligible for all practice sessions, subject to the two-week conditional practice described in (ii) below, unless the club, at the time the player is placed on the Reserve List declares to the League office that such player will remain in the category for the entire season, in which case the player will be eligible for all practice sessions.  All players on Reserve/Physically Unable to Perform may attend meetings.

(ii) No earlier than October 8 in any year and no later than October 25, a player on Reserve/Physically Unable to Perform may begin conditional practice with the club in an attempt to achieve the physical shape that will allow him to pass the club's physical examination.  Clubs must report to the League office by TWX on the first date of such conditional practice.

(iii) After the beginning of conditional practice but in no case after more than 14 days form the beginning of practice, the club will have the option of retaining the player or Reserve/Physically Unable to Perform, adding the player to its Active List (provided he has passed the club's physical; and further provided that no player be activated under those circumstances during the last 30 days of the season), requesting waivers with no right of recall, or trading the player if the trading period is still in effect.  A club may at any time of the season request waivers on a player who is on Reserve/Physically Unable to Perform, provided, however, that if the player has not yet passed the club's physical examination, the waiver request will be marked "Failed Physical."  Further, such player on waivers cannot return in the same season to the club which requested waivers.  If the club elects to continue to carry the player on Reserve/Physically Unable to Perform, the player may

- 37 -

practice with the club for the balance of the regular
season but cannot be activated at any time during
that period.  No player on Reserve/Physically Unable
to Perform can be traded in any year until October 8,
and, if traded, the player will immediately count on
the Active List of the assignee club.

(2)  No club will be permitted to use any of the procedures of
Physically Unable to Perform unless it reports to the League office at the
time physical examinations are given that the involved player has failed his
physical.

(3)  If a player reports to a club at its preseason training
camp and passes the club's physical, then later suffers an injury unrelated to
football, the club may place him on Reserve as Non-Football Injury or Illness
(N-F/I).  Said player must remain on Reserve through the duration of the
playing season, including any postseason games in which his team plays, unless
said player is placed on procedural recall waivers or a free reactivation is
used under appropriate procedures of the rules covering the category of
Reserve/Injured.  If placed on Reserve (N-F/I), such player is subject to all
rules governing participation in practice by a player on Injured Reserve.  If
Suspended or placed on Reserve (N-F/I), player shall not be entitled to
compensation.

(4)  The club may also use the designation N-F/I for a player
who fails the training camp physical, but said  player will be governed by the
provisions of 12.3 (E) (1).  Player shall not be entitled to compensation.

12.4  (A)  After the first mandatory roster reduction in the preseason
and for the remainder of the season a member club desiring to try out a player
seeking employment with that club may do so on one day only and only if the
date of his presence with that club is reported by TWX to the League office
prior to the completion of such tryout.  The League, in turn, shall promulgate
all such tryouts to member clubs.  Additionally, a club is permitted to bring
in the free-agent player for a physical examination, i.e., a maximum of two
one-day visits: one for the purpose of a tryout and/or physical examination,
the other for a physical examination only.  Helmets and protective pads for
elbows and knees are permitted for tryouts; all other pads are prohibited.
The involved player or players shall not be on the club's practice field at
the same time as regular practice is being conducted.  The club shall be
allowed a maximum of two players from its Active List to participate with the
tryout player during his tryout.  Multiple tryouts of the same player in the
same season by a club are prohibited unless, following the most recent tryout,
the player is placed under contract and released by another club in the League.
Nothing in this sub-section is to be interpreted in any way as a modification
of Section 17.5(B) of this Constitution and ByLaws and therefore such player
may not participate in practice with the playing squad.  No remuneration of
any kind, except normal travel and lodging expenses may be paid to such player
while not under contract.  Players tried out under this rule are not subject
to the provisions of Section 17.5(C) which restrict the return to a former
club.

- 38 -

(B)  A player on the Reserve List of a member club may, with the permission of that member club, try out with another member club on one day only and only if the the club granting permission notifies the Commissioner's Office of such permission by TWX and the Commissioner's Office, in turn, notifies each member club in advance of such tryout through the daily notice that such permission has been granted.  Subsequently the club conducting the tryout must notify the Commissioner's Office by TWX of the date of the player's presence with that club prior to the completion of such tryout.

## ARTICLE XIII

### SCHEDULE

Preparation

13.1   The Commissioner shall draft a schedule and forward the same to the member clubs as soon as possible after the World Championship Game; such schedule shall constitute the official schedule for the regular season games of each member club of the League and shall not require any consent nor approval by the member clubs.

Conditions

13.2   The following conditions shall govern and apply in drafting of the schedule each year, namely,

(a)  Whenever reference is made to a Green Bay home game, it is understood that such home game may be scheduled at either Green Bay or Milwaukee subject to the approval of the Commissioner.

(b)  Without the consent of the affected clubs, neither the New York Giants, the New York Jets, nor the San Francisco 49ers shall be required to play more regular season home games on the road than at home.

(c)  The San Francisco 49ers and Oakland Raiders will not be required to play any regular season game at home on the same day without the consent of both clubs.

(d)  Commencing in 1978, the 28 teams will play a 16-game common opponent schedule with the following designations applied to the schedule formula:

| | |
|---|---|
| A -- AFC East | D -- NFC East |
| B -- AFC Central | E -- NFC West |
| C -- AFC West | F -- NFC Central |

(1)  Each team will play home-and-home with the other teams in its division.

- 39 -

(2)  Each team in a four-team division will play a game with
     each of the fifth place teams in the other two divisions in
     its conference, i.e., each team in the AFC Central will
     play the fifth place team in both the AFC East and AFC West
     and each team in the NFC West will play the fifth place
     team in both the NFC East and the NFC Central.

(3)  On rotating three-year basis, teams 1 through 4 in each
     division play teams 1 through 4 in a division of the other
     conference.  The rotation will be as follows:

     First year -- A vs. D, B vs. E, C vs. F
     Second year -- B vs. D, C vs. E, A vs. F
     Third year -- C vs. D, A vs. E, B vs. F

(4)  The first place team in each division of a conference will
     play games with each of the other two first place teams in
     its conference and games with each of two fourth place
     teams in its conference that are not in its division.  The
     second place team in each division of a conference will
     play games with each of the other two second place teams in
     its conference and with each of the two third place teams
     in its conference that are not in its division.

(5)  The two fifth place teams in each conference will play
     home-and-home and will also play one game each with the two
     fifth place teams in the other conference, i.e., the fifth
     place teams in the AFC East and AFC West play home-and-home
     and also play the fifth place teams in the NFC East and NFC
     Central, and the fifth place teams in the NFC East and NFC
     Central play home-and-home and also play the fifth place
     teams in the AFC East and AFC West.

(6)  The initial pairing for game sites will be made on a left
     to right and top to bottom basis, i.e., the first time that
     A1 plays D1 the game will be at D1.  Game sites will there-
     after be alternated on the basis of alphabetical numerical
     designation.

(7)  The tie-breaking procedures adopted for Divisional Playoff
     games (Article 20.1) will be used to break ties in the
     standings for the purposes of scheduling.

Schedule Adjustments

    13.3    (A)  In the event a member club ceases operating and a new
franchise is then issued by the League to a new member club to replace such
former member, the new member shall be obligated to perform under the same
schedule in effect at the time the former club ceases operations, whether or
not the franchise issued to the new member is to be operated in the same city
as the former franchise holder.

           (B)  In the event a member club shall cease operations and the

- 40 -

League does not replace such franchise by issuing a new franchise or by the transfer of the former franchise, the Commissioner is empowered to make whatever adjustments in the schedule as he in his sole discretion decides are necessary, and all member clubs shall be bound thereby.

Change in Site

13.4    When a game is scheduled in a stadium used for baseball, the Commissioner shall have the right to change the site of the game, whenever he concludes such action is necessary by reason of the probable participation of the baseball club in the post-season playoffs and/or World Series; in such event, the visiting club will be reimbursed by the League for any extra travel expense incurred because of such change, and the home club will be compensated by the League for any loss of revenue suffered by it as a result of such change in the site of the game.  The Commissioner's decision shall be final and binding upon both of the affected clubs in respect to the need for and amount of any such compensation or reimbursement.

13.5    For the 1981, 1982, and 1983 seasons, sites of the inter-conference games of clubs that finish 1 through 4 in a division will be assigned so that no such club plays a second consecutive home or road game with an interconference opponenet that it played in 1978, 1979, or 1980.

ARTICLE XIV

SELECTION MEETING

14.1    A Selection Meeting of the League shall be held on the second Tuesday following the playing of the last post-season game; there shall be only one Selection Meeting each year.  The Commissioner shall preside at the Selection Meeting and is empowered to settle any dispute or controversy involving or occurring in the Selection Meeting not otherwise covered by provisions of the Constitution and ByLaws of the League.

14.2    The only players eligible to be selected in any Selection Meeting shall be those players who fulfill the eligibility standards pre-scribed in Article XII, S12.1 of the Constitution and ByLaws of the League.

14.3    (A)  At each Selection Meeting each club participating therein, shall select players of its own choice; selection shall be made by the clubs in each round in the reverse order of their standing.

(B)  Reference in this article to "standing" shall mean the standing of the clubs in the League in regular season games at the time of the Selection Meeting.  In calculating the percentage, tie games shall be calcu-lated as one-half game won and one-half game lost.  To determine the per-centage, the total number of winning games, including any fractions thereof to account for ties, shall be divided by the total number of games played in the regular season.

(1)  The winner of the Super Bowl game shall select last and the

- 41 -

loser of such game shall select next-to-last in all rounds, regardless of the record of such participating clubs in the regular season.

(2) In the event of a tie in the selection order involving a non-Super Bowl playoff club or clubs, such playoff club shall be assigned selection priority within its tied segment below that of non-playoff clubs and in inverse proportion to the number of cumulative plus-factors it achieves during the playoffs, as set forth in sub-sections (a) through (c), but in no case shall such a club move out of its tied segment.

(a) For a loss in the Wild Card Playoffs, a plus-factor of one-half.

(b) For participation, win or lose, in the Divisional Playoffs, a plus-factor of one.

(c) For a loss in the Conference Championship Game, a plus-factor of one.

(3) Clubs with the best won-lost-tied records after the procedures of (1) and (2) above have been applied shall drop to their appropriate spots in the tied segment.

(4) If, after all the foregoing procedures of this Section 14.3 (B) have been applied, ties still exist, such ties shall be broken by figuring the aggregate won-lost-tied percentage of each involved club's regular season opponents and awarding preferential selection order to the club which faced the schedule of teams with the lowest aggregate won-lost-tied percentage.

(5) If, after the procedures of (4) above have been applied, ties still exist, the divisional or conference tie-breaking method, whichever is applicable, shall be applied.

(6) If, after the procedures of (5) have been applied, ties still exist, they shall be broken by a coin flip conducted by the Commissioner.

(C) One player shall be selected on each round by each club participating in that round.

14.3 (D) There shall be twelve (12) selection rounds at each meeting.


Selecting Ineligible Player

14.4 If any club select an ineligible player, such club shall lose the right to that player and to the selection choice for that year.

- 42 -

Reserve List--Selectees

14.5   The selecting club shall have the exclusive right to negotiate for the services of each player selected by it in the Selection Meeting. Selected players shall be placed on the Reserve List of that club.

Selectee Return To College

14.6   Any player eligible for selection at the Selection Meeting who is not selected, shall be eligible to sign with any club in the League; provided, however, that if any eligible selectee not chosen possesses additional college eligibility and thereafter attends college in the fall semester following the Selection Meeting, such player may not be signed by any club until after the close of the next succeeding Selection Meeting at which time he is eligible for selection.

League Policy On Playing With Another Club

14.7   The League reaffirms the resolution passed unanimously in May 1935, and which has been in effect in the operations of the League since that time by adding the following action:

If for any valid reason it would be impossible for a player to play in the city by which he has been selected, or the player can show reasonable cause why he should be permitted to play in a city other than that designated for him, then through such arrangements as can be made by sale or trade with another club, he shall be permitted to play in the city he prefers if the Commissioner of the League approves his reasons as valid.

ARTICLE XV

PLAYER CONTRACTS

Standard Player Contract

15.1   All contracts between clubs and players shall be executed in triplicate and be in the form adopted by the member clubs of the League; such contract shall be known as the "Standard Players Contract". Subject to the provisions of Section 9.1(C)(8) hereof, a club may delete portions of or otherwise amend the Standard Players Contract subject to the right of the Commissioner to disapprove the same, as provided by Section 15.4 hereof.

Amendment Of Standard Player Contract

15.2   (A) The form of Standard Players Contract adopted by the League may be amended at any time by the affirmative vote or written consent of not less than three-fourths or 20, whichever is greater, of the member clubs of the League; provided, however, that in the event of an amendment to the

- 43 -

Standard Player Contract, or should a new Standard Player Contract be adopted by the League, such action shall in no manner affect, change, modify or terminate any of the terms or provisions of any unexpired Standard Player Contract then in effect between a player and a club in the League.

(B)  All valid unexpired player contracts, including options for extensions thereof, signed in the NFL or AFL prior to Feb. 1, 1970, and in effect on that date, shall remain in full force and effect in accordance with the terms thereof, until the terms of such contracts shall expire, despite the fact that the provisions thereof may differ from the Uniform Players Contract adopted by this League for use in their 1970 or in succeeding seasons.

Filing

15.3   An executed copy of each player contract must be filed with the Commissioner within ten (10) days after the execution thereof.  The Commissioner's office shall stamp the time of receipt upon all contracts immediately upon the filing with the Commissioner.  All other documents required to be filed with the Commissioner shall likewise be stamped immediately upon receipt thereof.  Contracts in effect at the date of the adoption of the Constitution and ByLaws shall not be affected by the foregoing provision if such contracts had been previously executed and filed in accordance with the Constitution and ByLaws of the League at the time of execution and filing.

Disapproval

15.4   The Commissioner shall have the power to disapprove any contract between a player and a club executed in violation of or contrary to the Constitution and ByLaws of the League, or if either contracting party is or has been guilty of conduct detrimental to the League or to professional football.  Any such disapproval of a player contract must be exercised by the Commissioner with ten (10) days after such contract is filed with Commissioner.

Promulgation

15.5   The Commissioner shall notify all clubs of the execution of free agent player contracts on a weekly basis as part of the League personnel notice.

Prerequisite To Play and Practice

15.6   No club shall permit a player in any practice session or game, subject to the tryout provision of Sections 12.4 (A) & (B), with its team unless:

(a)  A Standard Player Contract has been executed between the player and a club or the Player Contract has been properly assigned to the club, and

(b)  Such contract or assignment is on file in the League Office or the League Office has been notified by telegram of TWX of the

- 44 -

execution of a contract or assignment.

15.7   Any direct or indirect compensation or anything of value paid to a player who is not on the club's Active, Inactive or Reserve Lists, regardless of whether the player participates in the club's practice sessions, shall constitute a competitive violation and the club and/or involved club employee shall be subject to disciplinary action under Section 8.13 (A) (4) of this Constitution and ByLaws.  Similarly, tryout provisions of Section 12.4 (A) shall be strictly enforced, and any violations of this rule shall fall within the provisions of Section 8.13 (A) (4).

15.8   The minimum first-year income for a selected player shall be $12,000.

15.9   In addition to the salary stipulated in ¶3 of his contract, each player shall, during the training season, be paid an allowance for expenses to be determined by the club.

ARTICLE XVI

ASSIGNMENT OF PLAYER CONTRACTS

Assignment Notice

16.1   All assignments of player contracts (through trade, waiver or otherwise) shall be documented by the assignor club with execution of a notice to the player in a form prescribed by the Commissioner.  Such form will be in quadruplicate, with appropriate copies delivered to the player, the Commissioner and the assignee club, and a copy retained by the assignor club.

Player Responsibility

16.2   Immediately following any assignment the player shall report to the assignee club as promptly as possible and shall perform services with the assignee club as prescribed in said contract.

Salary Liability

16.3   The assignor club shall be liable for such proportion of the player's salary for the season as the number of the applicable League games of the assignor club's regular season elapsed up to and including the date of assignment bears to the total number of games in the assignor club's regular season; provided, however that whenever such assignment involves a player claimed as a result of a waiver, then the allocation of salary shall be subject to the provisions pf §18.8 hereof.  The assignee club shall be liable for the balance of the player's salary subject also to the provisions of §18.8 in respect to players acquired through waiver.  For the purposes of this section, the date of assignment shall be deemed to be the date on which notice of assignment is delivered to the Commissioner as prescribed in §16.2 hereof, or the date when the player was notified orally of such assignment by an authorized member of the assignor club, whichever occurs first.  In the event

- 45 -

of a dispute as to whether or not oral notice of the assignment has been given
by the assignor club, the burden of proving shall rest with the assignor club.

Waivers

    16.4    (A)  If waivers are required for assignment of a player's
contract, no assignment shall be effected and no notice of assignment shall be
delivered to the player unless and until the club has been advised by the
Commissioner that waivers have been granted by all clubs entitled to claim the
player under the waiver rules.

            (B)  Whenever a club has been awarded a player through waivers,
such club acquires all rights to the player owned or possessed by the waiving
club, including any rights to the player's services for a succeeding season or
seasons and, subject to the provisions of §18.8 hereof, the claiming club like-
wise assumes all obligations under such contract or contracts.

Promulgation

    16.5    All assignments shall be promulgated by the Commissioner through
bulletins sent to each club.

Trading Deadline

    16.6    By definition, a trade in the League is a transaction involving
two or more clubs resulting in an outright or conditional assignment or
exchange of player contracts, rights to players, selection choices, cash,
and/or past consideration, which transaction is not effected through the
waiver system, the first-refusal/compensation system of an operative
collective bargaining agreement, or other special assignment procedures of
this Constitution and ByLaws.  Trades are permissible within the following
periods:

    (A)    Trades involving selection choices, cash, and/or past
           consideration may be made on any day in the calendar year in
           which the League office is open to accept player-personnel
           transactions, until 4:00 p.m., New York time (or other
           applicable deadline for a given business day).

    (B)    Trades involving player contracts and/or rights to players from
           club Reserve lists may be made only on days during which the
           League office is open to accept player-personnel transactions
           from the period beginning on the first such day after the
           AFC-NFC Pro Bowl game and continuing until 4:00 P.M., New York
           time, on the day after the date that the final game of the sixth
           regular-season weekend begins (i.e., Tuesday if the final game
           of such weekend's schedule of games begins on Monday).

Trade Conditions

    16.7    (A)  No trade may be made between member clubs in any season
wherein the player traded may revert to or be traded back to the original
club, unless through the normal procedure of trading, waiving, etc., as
otherwise specified in this section and this Constitution and ByLaws.

- 46 -

(B)  All conditions affecting trades must be specified in the original notification to the Commissioner of the trade and in the trade agreement papers.  If the written conditions do not cover subsequent events which result in the assignee club having use of the player on its Active List at some late time or in obtaining value for him through a subsequent trade, the original assignor club shall have no recourse.

Approval by the Commissioner

16.8  (A)  No sale or trade by a club shall be binding unless approved by the Commissioner.  Immediately following such approval, the Commissioner shall notify all clubs of such trade or sale.

(B)  All sale or trade agreements between clubs must be in writing and filed with the Commissioner within fifteen (15) days following completion of such sale or trade.  The League Office shall stamp the time of receipt on any sale or trade agreement immediately upon the filing thereof.

16.9  When a player on the Active or Inactive Lists of a club is traded or acquired on waivers on or after 4:00 P.M., New York time, on the Thursday prior to the opening of the regular season, or at any time there-after, such player must immediately be listed within the applicable player limit of the club to which he is traded or acquired, which includes both the team's Active and Inactive Lists.

ARTICLE XVII

PLAYER LIMITS AND ELIGIBILITY

Waiver System

1.    All waivers requested during the period that a 24-hour claiming period is in effect (July through December) shall be no-recall.  In addition, no withdrawal of claims will be permitted during that period.

2.    All claims filed by clubs shall be in priority order within groupings of one-or-more and the claiming club shall indicate the number of players within each grouping it wishes to be assigned.  No player may be listed more than once.

Cutdowns and Player Limit (1984 Only)

1.    70 — the third Tuesday prior to the first regular season game (August 14, 1984).

60 — the second Tuesday prior to the first regular season game (August 21, 1984).

49 — the Monday prior to the first regular season game (August 27, 1984); this is a straight cut with no "down and up" procedure.

- 47 -