2.   The cutdowns to 70 and 60 shall be conventional no-recall waivers and
     are required by 4:00 p.m., New York time, on the day listed.

3.   The cutdown to 49 shall be procedural recall waivers and is required by
     12:00 noon, New York time, on the Monday prior to the first regular
     season game.

4.   The League personnel notice on the day of the final cutdown shall be
     promulgated to member clubs at or about 4:00 p.m., New York time.
     Clubs thereafter shall have until 12:00 noon, New York time, on the
     following day to file claims.  The League shall thereafter compile and
     transmit the finished personnel notice as soon as possible.


Reserve/Injured

The following rules govern Reserve/Injured:

     PURPOSE.  Reserve/Injured is a category of the Reserve List.  A club
     may use this category for a player who is injured in a practice session
     or game of his club in any year, after having passed the club's
     physical examination in that year.  If a player fails the club's
     initial physical examination in any year, he is not eligible for
     Reserve/Injured; the club may instead use the procedures of Physically
     Unable to Perform or Non-Football Injury/Illness, whichever is
     applicable.  A Non-Football Injury or Illness case may, in some
     circumstances, fall under the procedures of Reserve/Injured, but only
     if such injury or illness occurs after the player has passed the club's
     physical for that year (see below).


     PARTICIPATION WHILE ON RESERVE/INJURED.  Players on Reserve/Injured may
     attend team meetings and participate in practice sessions with Active
     List players as soon as physically able to do so.  Players on
     Reserve/Injured are prohibited from appearing in games, participating
     in game-day warm-ups with their teams, dressing in game uniforms on
     game-days, or representing their teams in pre-game ceremonies.
     Reserve/Injured players may, however, serve their clubs on the
     sidelines, provided they perform a necessary function connected with
     the game, dress in clothing issued by the club to its game staff, and
     display appropriate credentials under the prevailing rules covering the
     bench areas.

     COMPENSATION WHILE ON RESERVE/INJURED.  Players on Reserve/Injured are
     compensated at the full rate of their NFL Player Contracts (see
     Paragraph 9 of NFL Player Contract).

     INJURY DEFINITION.  For purposes only of administering the procedures
     of Reserve/Injured, a minor injury is one which renders a player
     physically unable to play football for any period less than four weeks
     (28 calendar days) from the date his is officially added to
     Reserve/Injured.  Conversely, a major injury is one which renders a
     player physically unable to player football for a minimum of four weeks

- 48 -

(28 calendar days) from the date he is officially added to Reserve/Injured. Despite the fact that a player's injury may occur many days or weeks before his club officially adds him to Reserve/Injured, the definitions of major and minor injuries are based solely on the latter date (see single exception to this under the section on free reactivations).

DOCUMENTATION. All determinations of recovery time for major and minor injuries must be by the club's medical staff and in accordance with the club's medical standards. Such prognosis must be documented on the form "Verification of Injury/Illness Report," which must be completed in full by the club physician and countersigned by a working club executive or the head coach. This form must be filed in the League Office within 15 days after the date the player is officially added to Reserve/Injured; if not, the club forfeits a spot on its Active List until it complies. The prognosis of the player's recovery time should be as precise as possible. When the verification form is received by the League Office, the case receives a major or minor injury classification which remains fixed unless the Commissioner grants special permission to reclassify after considering a revised prognosis by the club.

EVASION. The Commissioner is authorized to take whatever steps he deems necessary to investigate any Reserve/Injured case that he has reason to believe may not have been handled properly by the involved club. If he determines that a club has abused the procedures of Reserve/Injured in order to evade the player limit or for any other reason, he may take appropriate disciplinary action.

MINOR INJURIES. If a club places a player with a minor injury onto Reserve/Injured, it may not reactivate him in the same season under any circumstances. Such player must be placed on no-recall waivers as soon as, in the judgment of the club, he is physicially able to play football. If, despite the original classification of minor injury, the player's recovery time continues into the following year, the waiver request must be before April 15.

MAJOR INJURIES. If a club places a player with a major injury onto Reserve/Injured, the following rules apply:

1.  Any player with a major injury may be reactivated by his club through procedural recall waivers after he has been on Reserve for a minimum of four weeks. If the club wishes to reactivate such player, the waiver request must be procedural recall, and the club must accept the player onto its Active List if he goes unclaimed. If the club does not wish to retain the player, the waiver request must be no-recall, and any re-signing by the club of a terminated player in these circumstances falls under the applicable reacquisition rules.

2.  For 1984 only, a club is allowed a total of five free reactivations from Reserve/Injured to the Active List. To

- 49 -

be eligible for a free reactivation, a player must have suffered a major injury, been placed on Reserve/Injured after the date of the final roster reduction of that season, and must have remained there a minimum of four games played by his club. (Note that this time period is measured in games rather than weeks. If the postseason is involved, a bye week counts as one game.) Despite the definition of a major injury above that requires an estimated recovery time of four weeks from the date of going onto Reserve/Injured, players involved in free reactivations whose injuries occurred early in the preseason conceivably could already have completed all or most of their recovery time when they are placed onto Reserve. This is permissible only for players injured in the preseason, provided the club can supply contemporaneous documentation verifying a recovery time of four weeks or more from the date of injury and further provided that the four-game period on Reserve is fulfilled. Free reactivations may be used on the same player more than once in the same season if all other procedures are followed. (See No. 4 below for additional rules covering the postseason.)

3. Any player who meets the requirements for free reactivation under No. 2 above, may instead be reactivated through the procedural recall steps of No. 1 if the club chooses.

4. After 4:00 p.m., New York time, on the Wednesday following the final regular season game, each club involved in postseason competition will be granted an additional free reactiviation under the rules governing the category of Reserve/Injured. Any player reactivated through the use of such extra reactivation must meet all standards of eligibility under current rules. (Example: If a playoff club has used all five of its regular reactivations through 16 games, it will have one more for use through the postseason period. If a club has used, say, only one through 16 games, it will have five for use in the postseason.) If a club involved in postseason competition uses a free reactiviation after the end of the regular season, it may either ask waivers on or place onto Reserve/Injured the player removed from its Active List to allow for the reactivation. If the player is placed on Reserve/Injured, he, in turn, is eligible for free reactivation in that same postseason only if all requirements of the rule are met, including a documented four-week injury and a minimum time on Reserve of four games (including bye week).

INJURIES NEAR END OF SEASON. If a player suffers an injury with less than four weeks (28 calendar days) remaining in his club's regular season schedule and his estimated recovery time is documented as

- 50 -

equivalent to or longer than the time remaining in the regular season, he may be placed on Reserve/Injured under the rules governing major injuries, provided he is not reactivated in that same regular season. However, if the player's club is involved in postseason competition, he still must have a fully documented major injury and must remain on Reserve a minimum of four games (including bye week) before he is eligible for a free reactiviation.

CONTRACT RESTRICTIONS.  Whenever a player becomes subject to waivers under the rules governing Reserve/Injured, there must be no subsequent renegotiation or modification of his contract that constitutes a deterrent to claims by other clubs.

N-F/I AFTER PASSING PHYSICAL.  Players who go onto the Reserve List under Non-Football Injury or Illness after passing the club's physical examination may be reactivated through the procedural recall or free reactivation procedures of Reserve/Injured, provided the non-football injury or illness meets the same requirements as those specified for major injuries.

TRADING FROM RESERVE/INJURED.  Players on Reserve/Injured who do not meet the four-week requirement cannot be traded in the same season in which they were placed on Reserve.  Players who meet the four-week requirement and are placed on Reserve/Injured before the final reduction of the Active List for that season may be traded to another club's Reserve/Injured list, which acquiring club may reactivate such player in that same season only by placing the player on procedural-recall waivers.  Players who meet the four-week requirement and are placed on Reserve/Injured after the final reduction of the Active List for that season may be traded to another club's Reserve/Injured list, which acquiring club may reactivate such player in that same season either by placing the player on procedural-recall waivers or by using one of its free reactivations, if available; and further provided that the trading club also must use one of its free reactivations in order to effect the trade.

SETTLEMENTS.  Any financial settlement agreed to between a club and player concerning an injury shall cover a fixed period of time and shall be reported in detail to the League office.  Such player then shall be carried on the club's Reserve/Injured list for the specified period covered by the settlement.  Such listing must be for procedural purposes only, and the player must not practice with or be affiliated with the club in any way other than normal rehabilitation treatment. At the end of such specified period, the player must be placed on waivers.

The following eight additional provisions also govern the category of Reserve/Injured.

1.   Expand League's medical examination procedures to include a network of qualified neutral physicians in each club's territory (including training camp area).  Such physicians would be available to examine players within a short time (usually less than a week) after a player

is injured.

2. Modify definition of major injury that occurs in the preseason period. Current rules specify that a major injury is one which renders a player physically unable to play football for a minimum of four weeks (28 calendar days) from the date he is officially added to Reserve/Injured. New procedures also would allow a club to anticipate that it might later wish to place a player onto Reserve/Injured with a major injury. In that event, such players would be examined by a League physician within a short time after the injury and before Reserve action is taken. The four-week "clock" would begin running at the time of injury, provided the League physician documents it as major. If the Commissioner determines, on the basis of information at his disposal, that an injury in the circumstances of this section can be classified as major without an examination by a League physician, such examination will be waived and the club will be permitted to employ all procedures that it otherwise would have available to it.

3. If a preseason injury under No. 2 above has been documented as major, the club may place the player onto Reserve/Injured any time within the four-week period, or it may allow the entire four-week period to expire before the date of the final preseason roster reduction. In any event, the club must, by the time of or concurrent with the final roster reduction, take one of the following options: 1) continue to count the player on the Active List, 2) place him on Reserve/Injured, or 3) request waivers. If option 2) is chosen, the player even if fully recovered from his injury, will be on the Reserve List under the rules applicable to a major injury and could be re-activated at some subsequent time in that same season through procedural-recall waivers.

4. Throughout the entire four-week period specified in Nos. 2 and 3 above, the involved player must not engage in regular practice. He will be limited to rehabilitation workouts apart from Active List players. The club would be required to notify the League office by TWX as soon as the player resumes regular practice, in which case the four-week "clock" would stop, and the club would have no right to place the player onto Reserve/Injured with a major injury. Of course, if a subsequent injury occurred, the procedures could be repeated.

5. Despite the prohibition of practice during the four-week period under No. 4 above, if, in the preseason or regular season, a player goes onto Reserve/Injured under normal circumstances and his injury is documented as four weeks or more from the date of going onto Reserve, then such player may resume practice sessions with Active List players as soon as physically able to do so; provided, however, that the Commissioner may, if he deems the content and date of the resumed practice to be inconsistent with the purported nature and severity of the player's injury, take such factors into account in his investigation of the case.

6. None of the above procedures affects the current rules covering free reactivations of Reserve/Injured players. Such players must go onto Reserve after the final roster reduction.

- 52 -

7.  Clubs will have a <u>minimum</u> of one player in the major injury category examined by a League physician each season.  To expedite this process, clubs will be required to give a brief clinical description and date of a player's injury on the original TWX notification to the League office that such player is being placed onto Reserve/Injured.

8.  If a club places a player onto Reserve/Injured with a major injury and later terminates such player through no-recall waivers, the club may subsequently re-sign the player only by immediately placing him on procedural-recall waivers at the time of re-signing.

## Players Waived Injured

1.  Players waived injured will continue to be no-recall and count against the applicable player limit if they clear waivers.

2.  If a player is placed on injured waivers and the club remains below the applicable player limit at all times until such player clears waivers, the club may at that time return the player to its roster and use him in a game as soon as he is physically able.

3.  If a player is placed on injured waivers and the club reaches the applicable player limit before such player clears waivers, the club cannot return the player to its roster but must immediately place him on Reserve/Injured.

## Future Contracts

All players placed on waivers will be waived for all years of their contracts.  Therefore, there will be no future list in effect.

17.1  (A)  Subject to the provision of §17.3 of this article, beginning on the sixth Tuesday prior to the first regular season game of each year and continuing until the completion of the football season, no club shall have under contract more than sixty (60) active players and no player may play with any team unless an executed contract with that team is on file in the office of the Commissioner, pursuant to the provisions of §15.6 hereof.  This number shall include all veteran players upon whom options have been exercised for the applicable year, except a veteran player discharged from the military service subsequent to June 1st in the applicable year.

17.1  (B)  On or before 2 P.M. New York time, on the Tuesday prior to the first regular season game, the number of active players shall be reduced to thirty-six (36) or less.

Despite the foregoing, the following additional restrictions shall apply:

1.  Whenever a player or players is or are waived and such

action reduced the waiving club's roster to less than 44, the players waived
in such manner must be designated as non-recallable until after 4:00 p.m., New
York time, on the Thursday prior to the opening of the regular season.

2.   Notwithstanding other provisions of this Constitution and
ByLaws allowing recall of waiver requests under certain circumstances, the
following rules are in effect with respect to waivers involving players who do
not meet the physical standards of the club:  Any waiver request on an injured
player and any waiver request on a player who fails the club physical may not
be recalled and no claim on any such player may be withdrawn.

3.   No claim on a player may be withdrawn by the claiming club
whenever it involves a waiver that occurs after the reduction in the player
limit to 49 active players.

4.   Any player who was an All-Star participant in the Chicago
Tribune All-Star Game of that year, may be carried as an active player by the
club without being counted until the player limit of 44 becomes applicable,
despite the fact that such player competes in a pre-season game for the club.

Active List

17.2   The Active List, for the purposes of this article, shall consist
of all players eligible to play in any pre-season, regular season, play-off,
championship or post-season game then under contract to the club within the

directly onto its Inactive List under future contract without that player
having first been waived from a current contract since the close of the
previous regular season.  Each member club must once weekly declare its
Inactive List of players who will not dress for its upcoming game.  For all
Saturday and Sunday games, such time will be by 2:00 p.m., New York time, on
the day prior to the game.  Then, by 4:00 p.m. New York time, on the day prior
to the game, the Commissioner's office will advise each member club of its
opponent's Inactive List for the upcoming game.  For games played on Mondays,
notification time will be by 2:00 p.m., New York time, on the day of the game,
and subsequent notification to the involved clubs by the Commissioner's Office
will be 4:00 p.m., New York time, on the same day.  For games played on
Thursdays, notification to the Commissioner's Office will be by 4:00 p.m., New
York time, on Wednesday, and subsequent notification to the involved clubs
will be as soon as possible after 4:00 p.m. on Wednesday.  One additional
change may be made up to one hour prior to game time by notifying the game
referee, provided, however, that the player designated as a game participant
can only come from among those who had been designated as Inactive at the time
of the requirements listed in this Section 17.4.

       Any club which makes a roster change on game-day, subject to the
provisions outlined above, also has the responsibility of confirming such
changed by TWX, to the League Office the following day.

       Notwithstanding the schedule outlined above for weekly declaration of
the Inactive List during the regular season, the original establishment each
season of the Inactive List shall be after 4:00 p.m., New York time, on the
Thursday prior to the first regular season game.

Pre-Season Inactive List

       17.4    (B)  During the period from the first day of a club's training
camp in any year and continuing through 4:00 p.m., New York time, on the
Thursday prior to the first regular season game, a club may carry a maximum of
three (3) players on its Inactive List, which players must only be placed on
such list for reason of injury and which players shall not count within the
applicable Active List limit.  Players placed on a club's Pre-Season Inactive
List shall not be reactivated for a period of two (2) pre-season games or
sixteen (16) days, whichever occurs first.  There shall be no limit on the
time a player may remain on the Pre-Season Inactive List.  All other
provisions of Section 17.4 (A) regarding day-of-game activations and contract
status whenever a player moves onto the Active List shall apply to the
Pre-Season Inactive List.  Clubs which place players on the Pre-Season
Inactive List shall within 48 hours after such action, file with the League
Office a TWX report stating the details of each injury which necessitated such
de-activation.

Future List

       17.5    (A)  The Future List, for the purpose of this article, shall
consist of all players under contract to a club for a succeeding year or years
but not for the current year, with the exception of those on the Reserve List.
The Future List is a category within the Inactive List during the regular
season, and all players on the Future List at that time must be counted within

- 55 -

the applicable player limit.  No player may be placed on the Future List of a club without first having been waived from a current contract.  Any player listed on the Future List of a club may play for a minor league club.

(B)  No player may practice with a club unless such player is signed to a contract with that club for the current or succeeding season or seasons.  All contracts including contracts of players on the Future List must be filed with the Commissioner in accordance with the provisions of Section 15.3 hereof.

## Reacquisition of Players

17.5(C)  A player who has been traded or assigned via waivers cannot return to the club that took such action until two seasons, including the season of the year in which he left the club, have elapsed, unless one of the following exceptions applies:

### REACQUIRING TRADED PLAYER

1.   Traded player must have been on the Active List of the assignee club, any club beyond the assignee club, or combination thereof, for a minimum of four (4) regular season games, after which the original assignor club may reacquire the player by waiver assignment or free agent signing.  The four-game requirement specified herein may span two regular seasons if applicable.

or

2.   Traded player must have been on the Active List of the assignee club, any club beyond the assignee club, or combination thereof for less than four (4) regular season games and must have been placed on waivers and terminated by the assignee club or any subsequent club, in which case the original assignor club may reacquire the player only by free agent signing.  The original assignor club under these circumstances must not reacquire such player by trade or assignment via waivers.

or

3.   Traded player, before participating in any practice or game for the asignee club, must have reverted to the assignor club through conditions of a trade requiring his reporting to or passing the physical examination of the assignee club.

### REACQUIRING PLAYER ASSIGNED VIA WAIVERS

1.   Player assigned via waivers must have been on the Active List of the assignee club, any club beyond the assignee club, or combination thereof, for a minimum of four (4) games while a player limit is in effect (preseason or regular season games, or a combination thereof), after which the original assignor club may reacquire the player by trade, waiver assignment, or free agent signing.  The four-game

- 56 -

requirement specified herein may span two seasons if applicable.

or

2.    Player assigned via waivers must have been on the Active List of the assignee club, any club beyond the assignee club, or combination thereof, for less than four (4) games while a player limit is in effect (preseason or regular season games, or a combination thereof) and must have been placed on waivers and terminated by such assignee club or any subsequent club, in which case the original assignor club may reacquire the player only by free agent signing.  The original assignor club under these circumstances must not reacquire such player by trade or assignment via waivers.

REACQUIRING TERMINATED PLAYER

1.    There are no restrictions on re-signing, in the same or a subsequent season, players who have been terminated via the waiver system, subject to restrictions that may appear in other parts of this Constitution and Bylaws.

EVASION OF REACQUISITION RULES

Any evasion of the rules covering reacquisition of players, including but not limited to procedures by a club to place a player on another club's roster in order to evade the former club's player limit, will result in appropriate discipline by the Commissioner against all involved clubs that are proven to have taken part in such maneuvers with prior knowledge of the evasion.

17.5   (D)  No player who opts for free agency under the waiver system section of the Collective Bargaining Agreement can re-sign with the same club in the same season or in the following season.

Reserve List

17.6  The Reserve List of each club may consist of players in the following categories:

    (A)  Retired
    (B)  Did not report
    (C)  Left squad (quit team)
    (D)  Injured
    (E)  Physically unable to perform (At the time of the training camp physical)
    (F)  N-F/I (Non-football injury or illness)
    (G)  In military
    (H)  Selection in Selection Meeting by the club, but never under

- 57 -

      contract
  (I)  Suspended or declared ineligible, or expelled from the
       League for violation of the contract between the player and
       the club, or for other reasons permitted by this
       Constitution and ByLaws.

    Players placed on Reserve in the manner prescribed in (A), (B), (G) and
(I) may apply to the Commissioner for reinstatement.  Players placed on
Reserve under (C) shall be governed by the provisions of Article 17.16 (C).
Players placed on Reserve under (D), or (F), can only be activated in the same
season by being placed on no-recall waivers.  Players placed on Reserve under
(E) are subject to the provisions of Article 12.3 (F).  Players on Reserve
under (H) may be activated upon signing.

    A player on a club's Reserve List shall not be eligible to contract
with any other club unless and until the player is released or his contract
assigned as provided in this Constitution and ByLaws.
Reserve List Limitations

    17.7  (A)  Any player on the Active List of the club who reports to
the club and is thereafter placed on the Reserve List by reasons other than
military service, may not play with his club for the balance of that
pre-season or regular season unless waivers have been asked on such player,
which waivers may not be recalled; provided, however, that if such player
becomes an Active Player with another club and such other club thereafter asks
waivers on him, and he is either claimed, released on waivers or plays with
another club in its league in that season, then the original club is entitled
to restore such player to its Active List if it acquires him in a manner
permitted by this Constitution and ByLaws or in those of the League.  If
another club acquires such player from the Reserve List of another club by
means of a trade following the establishment of 60 active players, such player
cannot play for the acquiring club for the balance of that season unless the
acquiring club waives such player without recall.

       (B)  Additional Reserve List limitations:  Whenever a player on
the Active List or the Inactive List is placed on the Reserve List as an
injured player, the following provisions shall apply:

           (1)  The player may attend the team meetings.

           (2)  Subject to sub-paragraph (4) below, such player may
not participate in practice with any other active player or players on the
club.

           (3)  He may undertake such physical reconditioning or
rehabilitation work as prescribed by the club doctor or trainer with the
understanding that such right to engage in such reconditioning and
rehabilitation activities does not permit the player to practice or
participate with any other Active Player or Players.

           (4)  Despite the foregoing, such player may practice
without restriction during the last two weeks of the regular season.

(C)  Whenever a player is placed on the Reserve List of a club for any reason the club must promptly submit a written report to the Commissioner stating the reason for such action.  Upon receipt of such information, the Commissioner shall investigate the circumstances thereof in such manner as he deems appropriate; the Commissioner shall have the right to request further explanation or substantiation of the matter, and the club shall supply the same.  In the event the Commissioner deterines that placing such player on the Reserve List violated the provisions of Section 17.8 of the Constitution and ByLaws of the League, the Commissioner shall have the power to remove such player from the Reserve List and to take such other action against the club that he believes appropriate; additionally, when such determination is made by the Commissioner all expenses incurred by the Commissioner in any investigation thereof shall be charged against the involved club and such club shall be obligated to pay such expenses upon demand by the Commissioner.

Evasion

17.8   Evasion.  No club shall place any player on its Reserve List in order to evade the player limit.

College All-Star Players

17.9   Any player injured while a member of a pre-season All Star squad in connection with a game approved by the League may thereafter be carried without being counted as an Active Player for the determination of the applicable player limit, and without requiring the club to place such player on its Reserve List; such privilege shall continue until such player is able to play football.  If such player, after being listed and counted as one of the Active Players within the applicable player limit, has a reoccurrence of the same injury, then such player may again br carried as a player of the club without being counted as an Active Player or being placed on the Reserve List until he again recovers from such re-injury.  A medical report of the All-Star participant's injury must be filed with the League Office as soon as possible after the All-Star Game.

Retired Players

17.10  A Retired Player is defined as a player who discontinues professional football play in the League while under contract or option to a club.  A Retired Player shall not be eligible to play football in the League until he shall have been reinstated by the Commissioner as provided in §17.14 hereof.  Upon his reinstatement such player shall be eligible to play football only for the club entitled to his services at the time of his retirement, or its assignee.

Military Service List

17.11  Any player on the Active List for the first regular season game who is thereafter inducted into the armed forces of the United States shall automatically be placed on the Reserve List of his club and shall not count in the Active Player limit of said club nor be permitted to play or practice with the club until his reinstatement to the Active List, subject to the provisions

- 59 -

of §17.14 hereof and §9.3 (D) (4).

The following additional rules shall apply in respect to the military service of a player:

(A)   No player who reports to his club after the commencement of training camp due to any reserve military obligations affecting such player, need be counted on the Active Player roster of the club until he received one (1) day's practice for every day missed due to his military obligation, but not to exceed four (4) weeks; provided, however,

(1)  If such player plays in one or more pre-season games, he must be counted on the Active List.

(B)   No player reporting to his club after October 15th in any year need be counted on Active or Inactive List unless the club wishes to activiate such player for a regular season game.

(C)   Whenever a player reports to his team and thereafter is placed on military reserve to permit such player to fulfill the required two weeks of active military duty, such player shall be allowed one week following his return to the club before such player must be counted as an active player; however, if the club elects to play such player in any pre-season or regular season game, such player must be included on the Active List of such club.

(D)   None of the privileges accorded under the provisions of this Section 17.11 shall apply to players having military service obligations of less than a period embracing fourteen (14) days.

(E)   All clubs are obligated to notify the League Office within forty-eight (48) hours of the time when any of its players are released from active military service and shall specify the date such player reported to the club.  Failure of a club to comply with this provision will require the League Office to treat the date such player was released from the service as the date when such player reported to the club.

(F)   Any player released from military service after October 15 and under contract to the club for such season may be placed on the Inactive List of that club and may be named to the Active List of the club and participate in any Divisional Playoff Game, Conference Championship Game or World Championship Game in accordance with the provisions of Sections 20.5 and 20.6.
Suspended Players

17.12  A club or the Commissioner may suspend a player for violation of this Consitution and ByLaws or those of the League or for violation of his Standard Players Contract or the rules and regulations of the League or the club.  During the period of suspension, a player shall not be entitled to a salary, and shall be ineligible to play with any club.  Any player suspended by a club shall have the right to appeal to the Commissioner, who shall have authority to order his reinstatement upon such terms as he deems proper.  A suspended player shall be counted on the Active List of the club unless such club either places the player on its Inactive List or Reserve List or places such player on waivers.

- 60 -

Ineligible Players

17.13  Ineligible Players.  The Commissioner may, on application of a
club, or on his own motion, declare ineligible a player who violates his
contract, is guilty of conduct detrimental to the best interests of
professional football, or who violates this Constitution and ByLaws or the
rules and regulations of his club.  Any ineligible player shall not be
entitled to play for any club in the League until he shall have been
reinstated by the Commissioner.

17.14  All players in the categories of Reserve/Retired, Reserve/Did
Not Report, and Reserve/Veteran Free Agent Asked to Re-Sign will continue to
be prohibited from being reinstated in the last 30 days of the regular season.
Additionally, no player in such category will be reinstated between the
trading deadline of the applicable season and the normal 30-day deadline
unless the club initiates the reinstatement request and the Commissioner
approves it.

Listing of Players

17.15  All players must be listed by the club on one of the following
lists:

    1.   Active List
    2.   Reserve List
    3.   Exemption List

Exemption List
17.15  (A)  The Exemption List is a special player status available to
clubs only in unusual circumstances.  The List includes those players who have
been declared by the Commissioner to be temporarily exempt from counting
within the Active List limit.  Any request for an Exemption must be sent to
the Commissioner by TWX and must include complete facts and reasons to support
such request.  Only the Commissioner has the authority to place a player on
the Exemption List; clubs have no such authority, and no exemption, regardless
of circumstances, is automatic.  The Commissioner also has the authority to
determine in advance whether a player's time on the Exemption List will be
finite or will continue until the Commissioner deems the exemption should be
lifted and the player returned to the Active List.  The following additional
provisions govern the Exemption List:

    (1)    In no event will the Commissioner grant an exemption of more
           than two games in cases where a player fails to report to his
           club at the prescribed time.  Whenever an exemption is granted
           in a case of late reporting, it will be rescinded and the player
           added to the Active List as of 4:00 p.m., New York time, on the
           last League business day before he appears in playing uniform at
           a game of his club.

    (2)    If a player, after reporting, leaves his club without
           permission, and the club is granted an exemption, such exemption
           will expire immediately upon the player's return to the club,
           unless the Commissioner deems it reasonable that the player is

- 61 -

not in sufficient physical condition to return to regular
participation.

(3)     It is permissible for a club to trade or request waivers on a
player who is on the Exemption List.  If such player is assigned
to another club and the involved exemption is for a finite
period of time, the assignee club will have available to it only
the portion of the exemption which has not expired.  If such
player is assigned to another club and the involved exemption is
not for a finite period of time, the player will immediately
count on the assignee club's Active List unless the Commissioner
deems it reasonable that the player is not in sufficient
physical condition to begin or return to regular participation.

Player Leaving Camp

17.16  If a player leaves the camp of his club during either the
training season or the regular season without permission, the following
provisions shall apply in respect to such player:

(A)  If such player returns to his club within five (5) days
from date of his departure then the club shall be limited to the
exercise of one of the following alternatives.

(1)  The club may restore such player to its Active List,
provided it either has maintained or immediately provides a place on
its Active List within the applicable player limit; or

(2)  The club may waive or trade such player.

(B)  If such player does not return to his club until five (5)
or more days shall have elapsed from the date of his departure, and the
club did not retain a place on its active roster for such player, then
the club shall have the right to exercise any one of the following
options:

(1)  The club may place such player on its Reserve List as
a Retired Player;

(2)  The club may reduce its active roster to provide a
place thereon for such player; or

(3)  The club may waive such player or another player from
its Active List; or

(4)  The club may trade such player only if such player is
first restored to its Active List.

(C)  Any player placed on the Reserve List as a Retired Player
under the circumstances described in Section 17.6 (B) (1) above, shall
remain on the Reserve List of the club for the balance of that season;
in such event the obligation of the player to perform services as a

- 62 -

professional football player for the club in that season shall be
tolled; the term of such player's contract to his club for the balance
of that season shall be extended and shall not commence until the
player returns to professional football for such club; additionally,
any renewal option for such player's services shall be tolled and shall
remain in effect until the end of such extended term of the contract.
During any such retirement period, such player shall not be allowed to
play football for any other club engaged in professional football;
neither shall such player be entitled to any compensation, expenses or
other payments from his club under his contract.

(D)  Any player placed on the Reserve List as a Retired Player
under the provisions described in Section 17.16 (B) (1) hereof shall
not be entitled to reinstatment as an Active Player for the balance of
the season in which such retirement occurs.

(E)  He cannot practice for the season.

(F)  Any violation or attempt to evade player limit is conduct
detrimental to football.

Signing for Succeeding Season

17.17  Clubs may begin signing free-agent players for the succeeding
season on the first calendar day after the date that the final game of
the sixth regular-season weekend begins.  Contracts for such players
will begin on February 1 of the subsequent year.  During the remaining
weeks of the regular season following the signing date of such players,
NFL clubs may sign such players.

ARTICLE XVIII

WAIVERS

When Required

18.1   (A)  Clubs desiring to release players must first give written
notice to the Commissioner of such intention.  At 4:00 p.m., New York
Time, during each day, exclusive of Sundays, the Commissioner shall
notify each club of such waiver request and any club desiring the
services of said player may claim him.  Regardless of the time when the
League receives a request for waiver, the Commissioner shall not give
the notice thereof to the clubs until 4:00 p.m., New York Time, on the
same or succeeding day.

Claiming Period

18.1   (B)  Clubs may claim a player placed on waivers by notifying the
Commissioner within the claiming period.  The claiming period shall
commence at 4:01 p.m., New York Time, and expire at 4:00 p.m., and be
of the following durations:

- 63 -

(1)  Ten days during the period from the day following the playing of the World Championship Game through July 4th, 4:00 p.m., New York time;

(2)  Twenty-four (24) hours during the period from the first working day following July 4th through 4:00 p.m., New York time, on the Friday prior to the final regular season game.

The only waiver requests permissible after the Friday preceding the final regular-season weekend are those resulting from claims on players who were placed on waivers on that same Friday, with a claiming deadline of Saturday, or resulting from playoff clubs using free reactivations under the Reserve/Injured rules during the post-season period and simultaneously requesting waivers in order to make room on their Active Lists.  In the event of such special waiver requests, the same rules and 10-day claiming deadlines will apply that apply during the off-season, with the exceptions that all waivers will be no-recall and no-withdrawal and the assignment or termination of the player will be deferred until the first business day after the Super Bowl.  If the waiver request is within 10 days of the first business day after the Super Bowl, such claiming period will expire on the first business day after the Super Bowl.  After the AFC-NFC Pro Bowl game, the normal off-season waiver system for all clubs will resume.

Subject to rules prohibiting assignment via waivers, trades, free-agent signings, and other such personnel transactions by clubs involved in games at any time on a Sunday or on non-Sunday afternoons, clubs are permitted to transact player-personnel business on Thanksgiving Day and to notify the League office by TWX of such action on that day.  The League office will promulgate such action to all clubs as early as possible on the following morning (Friday), and the deadline for claims on players placed on waivers on Thursay will end on Friday at 4:00PM, New York time.

All waiver notices released by the Commissioner during the training or regular season shall be sent by telegraph or teletype.

The Commissioner shall notify each club in both conferences simultaneously of any waiver request in the manner prescribed above. Any club within the League may, upon request, secure from the Commissioner all available salary information on any player for whom waivers have been requested, which information shall be supplied prior to the time for the filing of any claim on such player.

Awarding of Players

18.1   (C)  Whenever a club claims and is thereafter awarded a player, the following rules shall govern:

(1)  Prior to Monday, 4:00 P.M., New York time, on the Monday prior to the first regular season game, the club to which the player is awarded must activate the player for at least one pre-season game or for seven days, whichever occurs first.  If a player limit is

- 64 -

applicable at the time of the award, and the club has a full complement
of Active Players within such limit, then following the award of such
player the club must either,

     (a) Waive another player from its Active List with no right
of recall, or

     (b) Place another player from its Active List on its
Reserve List, subject to all of    the restrictions applicable to the
Reserve List, or

     (c) Trade another player on its Active List.

    (2)  If a club is awarded a player, is assigned a player in
trade or signs a free agent player to a current year contract, at any
time after Monday, 4:00 P.M., New York time, prior to the first regular
season game and for the balance of the regular season, if the club at
the time of such acquisition has a full complement of players under the
applicable player limit, the club must either:

     (a)  Waive another player from its Active List with no
right of recall (or designate recallable player currently on waivers as
non-recallable), or

     (b)  Place another player from its Active List on its
Reserve List subject to all restrictions applicable to the Reserve
List, or

     (c)  Trade another player from its Active List, or

     (d)  If the acquisition occurs after 4:00 P.M., New York
time, on the Thursday preceding the first regular season game, place
another player from its Active List on its Inactive List.

    The exercise by the club of any of the foregoing alternatives must
be taken by 4:00 p.m., New York time, on the day of the acquisition
with the exception that if the acquisition is an award via waivers the
club is allowed up to one hour after notification of the award to take
appropriate action.

    (3)  "Full complement" referred to in sub-sections (1) and (2)
above shall be considered to include all players on which a club has
right of recall who are on waivers at the time of acquisition.

    (4)  "Time" referred to in sub-sections (2) and (3) above shall
always be 4:00 p.m., New York time, unless superseded by other
provisions of this Constitution and ByLaws.

18.1  (D)  Whenever a claiming club is to be awarded a player on the
day of a preseason or regular season game for which it is scheduled,
the award shall not be made until 4:00 p.m., New York time, on the next
day of business following the game.

Recall of Waiver

18.2   (A)   Subject to other provisions of this Constitution and ByLaws restricting the right of recall under various circumstances including the provisions of the succeeding sub-paragraphs in this Section 18.2, a club which has requested waivers may recall the request by notifying the Commissioner of such recall by telegraph or TWX within twenty-four (24) hours after the expiration of the claiming period.

(B)   When a member club asks waivers on an active player or players and said waivers are asked prior to a regular season game and do not expire until after or the day of said regular season game and the member club which asks the waivers has the limit of Active Players under contract for said regular season game, waivers may not be recalled.

(C)   After the first reduction in the player limit during the pre-season (but excluding any reduction in the player limit from 44 to 40 players) and thereafter during the regular season, whenever a club has a full complement of players on its combined Active and Inactive Lists after waiving a player from either list, the club requesting such waiver may not recall the waiver except by taking one of the following actions (provided that in all cases the Active List limit is not exceeded):

(1)   Trade the player simultaneous with the recall, or

(2)   Trade another player from either the Active or Inactive List, or

(3)   Place another player from either the Active or Inactive List on the Reserve List, or

(4)   Waive another player from either the Active or Inactive List, such waivers not to be recalled.

When players are recalled to the Active List, it is permissible to de-activate the same player simultaneously or de-activate another player from the Active List, provided the combined player limit of the Active and Inactive Lists is not exceeded.   If such action is taken in the pre-season, all rules applicable to the Pre-Season Inactive List are in effect.

(D)   A club shall be allowed one recall per player during the period from the World Championship Game through 4:00 p.m., New York time, on July 4, and one recall per player during the period from the first working day following July 4 through the end of the regular season; provided,however, that if such player becomes a free agent or is active with another club and subsequently re-signs or contract is reacquired by the original club, then the original club shall reacquire the right to recall on said player.

(E)   Whenever the Commissioner notifies a club that a player placed on waiver has been claimed, the Commissioner shall do so by telegram or teletype.

(F)   If such occurs during the non-playing season, whenever a club

places a player on waiver, the waiving club within twenty-four (24) hours after the time for claiming has expired, upon notice to the Commissioner, may recall the waiver request and place the player on its Active List or on its Reserve List.

Free Agents

18.3   Whenever a player has been placed on waiver and not designated injured and is not claimed by another club, such player shall then become a free agent upon expiration of the waiver recall period, if any, on such player.

Players Waived While Injured

18.4   Whenever a player has been placed on waivers and the waiving club designates such player to be injured and there is no award of the player made to another club, such injured player remains under contract to the waiving club until the expiration of such contract or until its termination by the club in accordance with the provisions thereof.

Multiple Claims

18.5   If three or more regular season games have been played by all clubs in the League, and two or more clubs in the same conference claim a player's contract after a waiver, the contract shall be awarded to the club whose standing in the League race at that time is the lowest.  If three regular season games have not been played and two or more clubs in the same conference claim a player's contract after a waiver, the contract shall be awarded to the club which finished lowest in the conference standings in the preceding season.  In case of a tie in the standing, if three or more regular season games have not been played by all clubs, the contract will be awarded to the club which had priority in the most recent Selection Meeting as provided for in Section 14.3(B); if three or more regular season games have been played, the Commissioner will award the contract by lot.  In all cases involving multiple claims between or among teams of different conferences, the team or teams in the same conference as that of the waiving team shall have priority.

Waiver Price

18.6   The price of a player claimed on waiver shall be $100.00.  The claiming club shall, within 24 hours of notification by the Commissioner that the player's contract has been awarded to it, forward to the waiving club its check for the waiver price, and an assignment of the player's contract shall be executed promptly by the two clubs.

Waiver Requests

18.7   If the request for waivers occurs either during the training season or the regular season, the waiver request must be by telegraph or teletype.  During the non-playing season, a waiver request may be by mail and the time stamped upon receipt of any such mailing by the Commissioner shall determine the date of the request.  Despite the fact that a telegram be delayed, misdirected or lost by the telegraph company, the time of delivery to the Commissioner thereof shall fix the date of request.  Clubs shall have the