right to telephone the Commissioner's office and give oral notice that a
written or telegraphic request for waiver had been given; in such event the
time of the telephone call shall fix the date for the giving of notice of a
waiver.

Salary of Claimed Player

    18.8    Despite anything in this Constitution and Bylaws to the
contrary, whenever a player's contract or contracts are assigned through the
waiver system, the assignee club's financial responsibility under such
contract or contracts and any attachment thereto shall be limited to:  (1) any
unearned salary, as set forth in Paragraph 3 of the Standard Player Contract
or Paragraph 5 of the NFL Player Contract as the case may be, and (2) any
unearned football-related performance bonuses.  The original signing club
shall retain responsibility for all other financial obligations to the player
of any character arising as a result of the signing of such contract or
contracts, including but not limited to any signing bonus.

Notification

    18.9    If a player has an active contract and reports and then leaves
the Club, such fact must be reported to the League Office within 48 hours
after such player has left the club.  If not reported, the Commissioner, after
verifying such fact, shall request waivers on said player; such request for
waivers may not be recalled.  This provision shall not be applicable to any
player inducted into the military service.

Notice of Expiration of Option

    18.10  Where any player contract awarded on waivers to another club
contains a provision purporting to impose, or having the effect of imposing,
financial obligations on the claiming club that were not imposed on the waiving
club, the waiving club shall bear the ultimate financial responsibility for
meeting such obligations.

    18.11  Clubs are prohibited from re-negotiating, revising, altering or
superseding any contract in a manner that would constitute a deterrent to
claims of that contract by another club; e.g., "guaranteed" and "no trade"
provisions.  If such a contract is executed, the club may not subsequently
waive the player in that season.

    18.12  If a player claimed from procedural recall waivers fails the
physical examination of the assignee club, he will be offered, in priority
order, to any other clubs that claimed him.  This procedure will continue
until he is either accepted or he fails the physicals of all such clubs.  If
the latter, he will immediately be placed on the Active List of the original
waiving club.

ARTICLE XIX

CONDUCT OF REGULAR SEASON GAMES

- 68 -

Game Receipts and Guarantee

19.1   (A)   The home club shall guarantee the visiting club a minimum of $30,000 for each regular season game with an option to the visiting club to receive 40% of the gross receipts after the following deductions.

(1)   All Federal, State and Municipal taxes assessed on the sale of tickets plus any other special charges approved in writing on an individual club basis by the Executive Committee.

(2)   A stadium rental allowance equal to fifteen (15%) percent of the gross receipts after deducting the taxes and any other approved special charges setout in (1) above.

(3)   "Gross Receipts", as used in this section, shall mean all receipts derived from the sale of tickets, including taxes and special charges but excluding ticket handling charges.   Receipts of the home club from the sale of season tickets shall be included in the gross receipts from each game equally in proportion to the number of regular season games scheduled by the club after the adjustment of any pre-season game moneys included in the cost of the season ticket.

(4)   Each club shall provide the League Office by July 15 of each year with ticket manifests for all games to be played in the club's home stadium.   Ticket manifests shall list the number and price of all tickets printed to include standing room tickets, and shall include a breakout of the amount of each tax and any special charge included in the price of each category of ticket.   In the event ticket manifests are subsequently changed (e.g., bleachers are added subsequent to baseball season at a date different from originally planned and submitted) it shall be the responsibility of each club to up-date the ticket manifests on file in the League Office.

(5)   All Clubs on or before May 1 shall forward to the League Office a certified report by an independent CPA of attendance and income for all home games (pre-season, regular season and post-season) of the previous season to include a certified count of unsold tickets of all categories.

19.1   (B)   Final settlement of visiting club shares shall be made on day of game or no later than two business days subsequent to each regular season game and each preseason game in which a third party does not participate.   The home club shall make settlement by wiring Federal funds to the visiting club's bank.

(C)   There shall be no charge imposed or percentage claimed against gate receipts of regular season games for or by the League Office.

Conduct of Game

19.2   Each club shall play all of its regular season games at the time and places provided for in the official schedule of the League.   There shall be no postponement of regular season games unless said game cannot be played because of an Act of God or because of a State, Federal or local prohibition. Neither the starting time of a regular season game nor the locale of the game

- 69 -

shall be changed in any manner after the adoption of the schedule and the publication thereof, except with the written consent of both clubs and the prior approval of the Commissioner.

Bench Personnel

19.3    No person shall be permitted in the area of players' benches except eligible players and persons who are performing a function connected with the game. A maximum of fifteen (15) credentials per game will be issued to each participating club for persons described herein, said credentials to be clearly marked "Bench.."

Field Credentials

19.4    Persons permitted on the field level during a game, other than those described in §19.3, shall be limited to photographers, stadium employees, utility maintenance personnel and police. Such persons must remain behind the playing field's standard six-foot border and are not permitted within bench areas. Clubs which seat pre-game and halftime personnel on the field level must keep them well behind six-foot border. All such persons not in uniform covered in this sub-section must be issued and display appropriate credentials issued by the home club only.

Medical Facilities

19.5    The home team shall provide a physician and an ambulance at each game available to both teams; said ambulance facilities shall be located at or adjacent to the stadium with the driver in attendance in the ambulance for the use of both competing teams.

Player Attire

19.6    All players of a team shall be uniformly and neatly attired for all games; all players on the same team must wear the same color jersey, head guards and stockings, except that a club, at its option, may permit all eligible pass receivers to wear a different color head gear than the rest of the team. If a different color is worn by any eligible pass receiver of a club, all of the eligible receivers must wear the same color. Players must wear stockings in all games. The Commissioner must approve in advance any changes in the colors of the club. Every player appearing on the field during the game or in any pre-game workout preceding the game must wear his complete game outfit exclusive of pads and helmet.

Player Identification

19.7    Players must wear on the back and front of their jerseys, identification numbers that shall be at least eight (8) inches long and four (4) inches wide. Names of players shall be placed on uniforms directly above the numbers on the back in a size lettering no less than two and one-half (2 1/2) inches. The name and number of each player of the visiting team must be furnished to the home team by the visiting club at least six (6) days priors to the scheduled game with the visiting team. Any change in the numbering of a player shall be forthwith communicated to the opposing club.

- 70 -

Choice of Game Uniforms

19.8   (A)   Subject to the provisions of sub-section (b) hereof and at the option of the home club, the visiting team in all pre-season and regular season games shall wear the colors awarded to such team under Section 19.9 of this article, and the home team shall wear white.  In the event that the colors of the visiting team conflict with the white worn by the home team, the visiting team shall wear other colors approved by the Commissioner.  The Provisions of this Section shall also apply to the Divisional Playoff Games, Conference Championship Games, and to the World Championship Game.

(B)   Provided written approval is obtained from the applicable television network of the home club prior to September 1st in any year, then neither club in any pre-season or regular season game shall be required to wear white jerseys, but shall be permitted to wear the colors awarded to their respective clubs.  The same provisions shall likewise apply to the Divisional Playoff Games, Conference Championship Games, and to the World Championship Game, provided such permission is received from the applicable television network before 5:00 P.M., New York time on the Tuesday preceding the playing of such game.

Club Colors

19.9   (A)   The colors of the respective clubs are as follows:

| | |
|---|---|
| Atlanta Falcons | Red, black, silver and white |
| Buffalo Bills | Royal blue, scarlet and white |
| Chicago Bears | Navy blue, orange and white |
| Cincinnati Bengals | Black, orange and white |
| Cleveland Browns | Seal brown, orange and white |
| Dallas Cowboys | Royal blue, metallic silver blue and white |
| Denver Broncos | Orange, royal blue and white |
| Detroit Lions | Honolulu blue and silver |
| Green Bay Packers | Dark green, gold and white |
| Houston Oilers | Columbia blue, scarlet and white |
| Indianapolis Colts | Royal blue, white and silver |
| Kansas City Chiefs | Red, gold and white |
| Los Angeles Raiders | Silver and black |
| Los Angeles Rams | Royal blue, gold and white |
| Miami Dolphins | Aqua, coral and white |
| Minnesota Vikings | Purple, gold and white |
| New England Patriots | Red, white and blue |
| New Orleans Saints | Old gold, black and white |
| New York Giants | Red, white and blue |
| New York Jets | Kelly green and white |
| Phildelphia Eagles | Kelly green, silver and white |
| Pittsburgh Steelers | Gold and black |
| St. Louis Cardinals | Cardinal red, black and white |
| San Diego Chargers | Royal blue, gold and white |
| San Francisco 49ers | Cardinal red, and Forty-Niner gold |
| Seattle Seahawks | Blue, green and silver |
| Tampa Bay Buccaneers | Florida orange, white and red |
| Washington Redskins | Burgundy and gold |

The Commissioner must approve, in advance, any changes in the foregoing colors of the clubs.

## Conflicting Club Colors

(B)    The home club shall have the option of deciding whether the visiting club shall wear white jerseys or shall wear the colors awarded to the visiting team in any League game, regular or pre-season. The home club is obligated to give written notice to the visiting club and to the Commissioner, of its decision on the colors of the jerseys to be worn by the visiting club, which notification must be given by July 1st of the year in which the game is scheduled to be played. If either participating club fails to conform to the jersey colors designated for such game, then there shall be an automatic fine against the offending club of $5,000, which sum shall be payable to the League Office. Despite the foregoing, in the event that the colors of the participating teams as so designated are in conflict for a League game, regular or pre-season, the Commissioner shall have the right to designate the colors to be used by the competing teams in such game.

(C)    Anything in sub-paragraph (B) of this Section 19.9 to the contrary notwithstanding, if any game, including the World Championship Game, is played in a city other than in city of the competing clubs, then the colors awarded to such teams by the League may be worn by the competing teams unless such colors are, in the opinion of the Commissioner, conflicting; in such event, if competing teams are unable to agree upon the colors to be worn by each team in such game, the Commissioner shall have the right to designate the colors to be used by the competing teams in such game.

(D)    No club shall have the right to make changes in its club colors and/or in the designs of its team helmets or uniforms except in accordance with the following provisions:

(i)  If a club desires to make changes in any of the following: club colors, designs of team helmets, designs of team uniforms, trademarks, trade names, it must give written notice and details thereof to the League on or before September 1 of the year prior to the year in which it wishes to change and further must obtain approval from the League, pursuant to the Section 19.9 (D) (ii) herein, by October 1 of the year prior to the year in which it wishes to change; otherwise it shall have no right to make any change for the succeeding season.

(ii) Despite the provisions of the foregoing sub-paragraph (i) of this Section 19.9 (D), and despite the fact that notice was given of the proposed change in the colors and/or designs of team helmet and uniforms as above set out, should such change, in the opinion of the Commissioner, result in any conflict with the club colors and/or helmet and uniform designs of any other club, and the clubs involved are unable to agree upon a method of solving such conflict, the Commissioner shall have the right to designate the club colors and/or the designs of the team helmet or uniforms to be used by the affected clubs in such season.

## Seats for Visiting Club

- 72 -

19.10   The home club must reserve a total of twenty-five (25) seats for the visiting club located within the 40 yard lines.

Game Postponed or Rescheduled

19.11   (A)   After the first two weekends of the regular season, all games shall be played on Sunday unless both competing clubs agree to a change in the day of the game or unless such date is affected by World Series play; in such event the day of the game may be changed from Sunday.

(B)   If scheduled game cannot be played on the designated day, it will be rescheduled by the Commissioner.

(C)   Whenever a postponement is attributable to negligence by a club, the negligent club shall be responsible for all home club costs and expenses, including gate receipts and television contract income subject to approval by the Commissioner.

(D)   All teams traveling by air to play a regular season game must be scheduled to arrive in the game city or vicinity before eighteen (18) hours prior to the scheduled kickoff, unless adequate protection is provided for the squad to make the trip by other means of transportation.

Starting Times

19.12   The starting time for all regular season games shall be 1:00 P.M., at the site at which they are played, unless prohibited by local or state statute, or authorized otherwise by the Commissioner.

Introduction of Players

19.13   Eleven players and the head coach of each of the competing clubs must be publicly introduced prior to the start of the game in a manner prescribed by the home team, except where inclement weather prevents or interferes with such introduction, and a representative sampling of the photos of the visiting players and the photo of the visiting head coach must appear in all game programs.

Complimentary Tickets

19.14   The following rules govern complimentary ticket policy for preseason, regular season, wildcard and division playoff games:

(A)   DEFINITION.   A complimentary ticket is any ticket which is issued free as a courtesy by the home club for a seat or location reflected on the club's ticket manifest and which otherwise would be salable.

(B)   AMOUNT.   The home club may deduct up to 1,000 tickets of any price category listed on its ticket manifest provided, however, that the club itemizes the number of complimentary tickets issued by category of recipient.   Categories of recipients may include, but are not limited to, players, coaches, other club personnel, officials, other League employees, media, media guests, local dignitaries, lease requirements, bus drivers, etc.

If a home club issues more than 1,000 complimentary tickets of the type contemplated above without the prior permission of the visiting club, the home club must pay the full price for all such tickets exceeding 1,000, and such income must be reflected in the game's gross receipts.  Separate and apart from the above complimentary tickets and the limits placed thereon, the home club may issue without limitation such additional complimentary tickets as may be required to seat pregame and halftime entertainment personnel.  The number and price of complimentary tickets issued to such pregame and halftime entertainment personnel shall be listed separately in the space provided on the League game statement.

## Tickets for Players

19.15  Each player of the home club is entitled to receive one complimentary ticket for each home game; the home club shall not issue any tickets to the visiting club, directly or indirectly, except when full payment is made for such tickets.

## Playing Surface

19.16  All clubs must provide and have available a tarpaulin adequate to cover the entire playing area of the field, and must exercise reasonable care and diligence in arranging for the use thereof whenever the weather is apt to render unfit or endanger the playing condition of the home field.

19.17  Teams playing in parks with baseball facilities should sod or seed the infield after the baseball season.

## Restrictions

19.18  Bull horns, klaxons and other mechanical noisemaking devices are banned from parks in the NFL.

19.19  No person except authorized club and League personnel and accredited members of the media shall be permitted to enter a dressing room of any participating club on the day of a game.

## Game Films

19.20  The home club shall provide the visiting club facilities and vantage points equal to its own for the filming of the game for coaching purposes.

19.21  A club that films its home games from more than one sideline vantage point shall inform future opponents, with whom films are to be exchanged, of that fact and must provide each opponent true copies of films taken from the vantage point preferred by the opponent.

ARTICLE XX

DIVISIONAL PLAYOFF GAMES

- 74 -

Selection of Clubs

20.1    (A)  Three division champions from each conference.  Tie games are calculated as one-half game won and one-half game lost.

(B)  Two "Wild Card" clubs (the two clubs with the best records other than the division champions) from each conference.  Both Wild Cards may come from the same division.  Clubs eliminated in Divisional Championship tie-breakers are eligible if their records qualify them.

Pairings and Priority

20.2    (A)  First Round -- Wild Cards play each other.  Home clubs will be the clubs with the best won-lost-tied percentage in the regular season.  If ties in record, apply all applicable divisional tie-breakers.

(B)  Second Round -- Same as in previous years.

Division Ties

20.3    If, at the end of the regular season, two or more clubs in the same division finish with the best won-lost-tied percentage, the following steps will be taken until a champion is determined:

| TWO CLUBS | THREE OR MORE CLUBS |
|---|---|
| | (Note:  If two clubs remain tied after a third club is eliminated during any step, tie-breaker reverts to Step One of two-club format.) |
| 1.   Head-to-Head (best won-lost-tied percentage in games between the clubs.) | |
| 2.   Best won-lost-tied percentage in games played within the division. | 1.   Head-to-Head (best won-lost-tied percentage in games among the clubs.) |
| 3.   Best won-lost-tied percentage in games played within the conference. | 2.   Best won-lost-tied percentage in games played within the division. |
| 4.   Best won-lost-tied percentage in common games, if applicable. | 3.   Best won-lost-tied percentage in games played within the conference. |
| | 4.   Best won-lost-tied percentage in common games. |
| 5.   Best net points in division games. | 5.   Best net points in division games. |
| 6.   Best net points in all games. | 6.   Best net points in all games. |
| 7.   Strength in schedule. | 7.   Strength of schedule. |
| 8.   Best net touchdowns in all games. | 8.   Best net touchdowns in all games. |

- 75 -

9.   Coin toss.                    9.   Coin toss.

Wild Card Ties

20.4   If necessary to break ties to determine the two Wild Card clubs
from each conference, the following steps will be taken:

(1)   If all the tied clubs are from the same division, apply
division tie-breaker.

(2)   If the tied clubs are from different divisions, apply the
following steps:

| TWO CLUBS | THREE OR MORE CLUBS |
|---|---|
| 1.   Head-to-Head, if applicable | (Note:  If two clubs remain tied after third or other clubs are eliminated, tie-breaker reverts to Step One of applicable two-club format.) |
| 2.   Best won-lost-tied percentage in games played within the conference. | |
| 3.   Best won-lost-tied percentage in common games, minimum of four. | 1.   Head-to-Head Sweep (Applicable only if one club has defeated each of the others or one club has lost to each of the others.) |
| 4.   Best average net points in conference games. | |
| 5.   Best net points in all games. | 2.   Best won-lost-tied percentage in games played within the conference. |
| 6.   Strength of schedule. | |
| 7.   Best net touchdowns in all games. | 3.   Best won-lost-tied percentage in common games, minimum of four. |
| 8.   Coin toss. | 4.   Best average net points in conference games. |
| | 5.   Best net points in all games. |
| | 6.   Strength of schedule. |
| | 7.   Best net touchdowns in all games. |
| | 8.   Coin toss. |

Sudden Death

20.5   The sudden death system to determine the winner shall prevail
when the score is tied at the end of the regulation playing time of a divison
playoff game.

- 76 -

Under this system the team scoring first during over-time play herein provided for, shall be the winner of the game, and the game is automatically ended on any score (including a safety) or when a score is awarded by the referee for a palpably unfair act. Other provisions in respect to the sudden death system shall be as provided in the Rule Book of the League.

20.6   After 4:00 p.m., New York time, on the Wednesday following the final regular season game and for the duration of the postseason period no club involved in postseason play may add players to its Active List, with the exception of players eligible for free reactivation from Reserve/Injured or Reserve/Non-Football Injury or Illness who meet all qualifying criteria of the Reserve/Injured rule. Such players may be added on any League business day in the postseason after passing the minimum of four games on Reserve (including by week). The only other players who may be added must be free agent signings added to a postseason participant's Active List between its final regular season game and 4:00 p.m. on the following Wednesday. Any player removed from the club's Active List to make room for such free agent acquisition must be placed on Reserve/Injured with appropriate documentation of the injury to the Commissioner.


# ARTICLE XXI

## CONFERENCE CHAMPIONSHIP GAMES

Supervision

21.1   The American Football Conference and National Football Conference Championship games shall be under the supervision, control, and direction of the Commissioner, and the Commissioner shall establish the date, starting time and the ticket price of the games.

Nevertheless, all provisions relating to the site of the games; and to the division or distribution of the proceeds of said games shall require approval of the affirmative vote of not less than three-fourths or 20, whichever is greater, of the member clubs of the League.

All questions arising in connection with said games not specifically provided for herein, or covered in the playing rules of the League, shall be decided by the Commissioner.

Tickets

21.2   Tickets shall be printed under the Commissioner's direction, and the cost thereof shall be charged as an expense of the game. Tickets shall be made available as promptly as possible following the determination of the teams to participate therein. There shall be no complimentary tickets for the game.

21.3   The Commissioner shall have the authority to order the home club to honor ticket requests in the following priority:

(a)  One Hundred (100) tickets for the Conference office.

(b)  Up to One Hundred (100) tickets for the televising network and twenty (20) for the national radio network.

(c)  Tickets for the visiting club in such quanity as the Commissioner deems necessary, providing that such quantity does not exceed 20% of the available tickets after provision for season ticket holders or other obligations under the Section 21.3.

The home club is entitled to permit the season ticket holders to purchase for the Conference Championship games the same number of seats at the same locations as such season ticket holders held throughout the regular season.

All unsold tickets in possession of the visiting club, together with funds covering any tickets sold by the visiting club, must be returned postage prepaid, by the fastest means possible, to the home club not later than 72 hours prior to the scheduled starting time of said game.

Schedule and Site

21.4   Each season the pairings and sites of the Conference Championship Games will be determined as follows:  winners of the Divisional Playoff Games under the formula provided for in Section 20.2 will be the four participants; home teams will be those with the highest won-lost percentage during the regular season, provided, however, that a wild card team may in no case be the home team.

Officials

21.5   The Commissioner shall select all persons to officiate at the Conference Championship games, and in making such selection shall not invite nor be required to observe any recommendations or objections from member clubs, coaches or employees in respect to the officials therein.

Game Receipts and Expenses

21.6   The game receipts shall include all receipts from the sale of tickets, whether presented for admission or not, and any additional amounts received for radio, television, and motion pictures; such receipts shall be deposited in the League Treasury.

The program receipts, including sums for advertising or sale thereof, shall belong to the home club, and any profit or loss thereon shall be for the account of the home club; neither the League nor the visiting club shall share in the program or be responsible therefor.

21.7   After all income from the game from whatever sources has been computed, the Treasurer of the League, after approval by the Commissioner thereof, shall first pay the following amounts therefrom:

(a)  All Federal admission and other taxes, State, Federal or

- 78 -

local;

(b)  Stadium rental and all other expenses involved in the
staging of the game, including the authorized halftime entertainment, visiting
team travel expenses and game officials expenses.

Balance of the income, if any, shall be distributed by the
formula as fixed by resolution of the member clubs of the League.
Halftime Entertainment

21.8   Halftime entertainment shall be provided by the home club under
the supervision of the Commissioner, and the cost of the same shall be charged
to and paid as an expense of the game.

Visiting Club Travel

21.9   The visiting club shall be allowed transportation and hotel
expenses for fifty-five (55) persons.

Sudden Death

21.10  If a Conference Championship game results in a tie score at the
end of regulation play, the sudden death system of determining the winner
shall prevail as described in Section 20.5 hereof, and the game will
thereafter proceed by quarters with no halftime intermission; rules for
time-outs will be the same as in a regulation game, including rules governing
the last two minutes of the second and fourth quarters in any sudden death
period.

ARTICLE XXII

WORLD CHAMPIONSHIP GAME

Supervision

22.1   The World Championship game shall be played under the
supervision, control, and direction of the Commissioner except that the site
of the game and all provisions relating to the division or distribution of the
proceeds of said game shall require approval of the affirmative vote of not
less than three-fourths or 20, whichever is greater, of the member clubs of
the League.

Tickets

22.2   The Commisisoner shall establish the date, starting time and the
ticket price of the game.  Tickets shall be printed under the Commissioner's
direction, and the cost thereof shall be charged as an expense of the game.
There shall be no complimentary tickets for the game.

Sudden Death

- 79 -

22.3    If the game results in a tie score at the end of regulation play, the sudden death system of determining the winner shall prevail as described in Section 20.5 hereof, and the game will thereafter proceed by quarters with no half-time intermission; rules for time-outs will be the same as in a regulation game, including rules governing the last two minutes of the second and fourth quarters in any sudden death period.

Decisions of Commissioner

22.4    All questions arising in connection with said game not expressly provided for by the provisions hereof or by agreemnt of the League shall be decided by the Commissioner.

ARTICLE XXIII

PRE-SEASON AND POST-SEASON GAMES

Pre-Season Games

23.1    No member club shall schedule a pre-season game without the approval of the Commissioner.  The pre-season schedule shall be completed and the dates and participants named at the Annual Meeting of the League.

(a)    Any pre-season game which is required to be played between the Oakland Raiders and San Francisco 49ers or between the Los Angeles Rams and Oakland Raiders shall be counted as a pre-season game between teams of opposite conferences for the purpose of conforming to any provision hereof requiring any of such participating teams to play a prescribed number of pre-season games with teams in the opposite conference before it can play a pre-season game within its own conference; such provision shall apply despite the fact that such clubs may be members of the same conference.

(b)    All other restrictions upon the right of clubs to participate in pre-season games may be imposed by the affirmative vote of not less than three-fourths or 20, whichever is greater, of the member clubs of the League; provided, however, that no restrictions can be imposed which will have the effect of prohibiting the games referred to in Section 23.1 (a) hereof.

(c)    Each pre-season game contract shall provide for the payment to the League Office of the aggregate sum of Five Thousand Dollars ($5,000) to cover the fees and expenses of officials assigned to that game.

(d)    Each pre-season game contract shall be approved by the Commissioner and shall provide for the payment to the League Office of a fixed amount to cover the fees and expenses of officials assigned to that game. After the deduction of all Federal, State, and Municipal taxes assessed on all sale of tickets plus any other special charges approved in writing on an individual club basis by the Executive Committee and after deduction of agreed expenses (including agreed rent) the net gate receipts shall be divided equally between the two participating teams.  If a charity or sponsor is

- 80 -

involved in the promotion of the game, the net receipts shall be divided
equally between the two participating teams after payment of an agreed amount
to the charity or sponsor involved.

(e)  All clubs shall schedule four (4) preseason games each
season, to be scheduled on the four consecutive weekend prior to the first
regular season weekend, excluding the Professional Football Hall of Fame Game
participants, who will each play five games.

Post-season Games

23.2   No club shall participate in any non-League game after the World
Championship Game shall have been played, except that the club winning the
World Championship Game must play any non-League game contracted for by the
League.

Prohibited Games

23.3   No club may play a non-League game of any kind after such club
has played its first regular season game.

Player Participation

23.4   Except for games sanctioned and approved by the League, no
player may participate in any game between the time of the completion of the
last regular season game of his club and July 1st of the following year.


ARTICLE XXIV

NOTICES


Type of Notice

Unless the Constitution and ByLaws specify a different form or method
of notice, all notices required to be given under any provision of the
Constitution and ByLaws shall be in writing or by teletype, addressed to the
last known address of the addressee; all notices by mail shall be deposited in
the U.S. Mail, postage thereon prepaid.


ARTICLE XXV

AMENDMENT OF CONSTITUTION AND BYLAWS


Amendment After Notice

25.1   (A) Subject to the provisions of Section 25.3 herein, the
Constitution and ByLaws of the League may be altered or amended by the
affirmative vote of not less than three-fourths or 21, whichever is greater,

- 81 -

of the member clubs of the League at any Annual Meeting of the League,
provided fifteen (15) days written notice of the proposed amendment is given
to the member clubs in advance of such meeting or any recessed session
thereof; further provided that if any club introduces an amendment proposal
which involves the competitive aspects of the game, such proposal must be
submitted in writing to the League office a minimum of thirty (30) days in
advance of any Annual Meeting of the League.  If notice of at least 12 hours
prior to the vote is given and such alteration or amendment carries the
unanimous approval of a duly appointed standing committee of the League vested
with the authority to make a recommendation on the subject matter of such
amendment, such alteration or amendment may be approved by three-fourths or
21, whichever is greater, of the member clubs of the League convened at any
Annual Meeting or recessed session thereof.  In all other cases involving an
alteration or amendment to the Constitution and ByLaws, the provisions of
Section 25.2 shall apply.

       (B)  If any amendment or alteration of the Constitution and
ByLaws is adopted or fails of adoption at an Annual Meeting of the League
under circumstances wherein such proposal required a vote of three-fourths or
20, whichever is greater, of the member clubs of the League, the action on the
proposed alteration or amendment cannot be changed at any recessed session of
such Annual Meeting except by the unanimous vote of all of the member clubs of
the League.

Amendment Without Notice

    25.2   This Constitution and ByLaws may also be altered or amended by a
unanimous vote of all the member clubs at any meeting, special, annual or
otherwise.

Special Provisions for Amendment of Constitution and ByLaws

    25.3   (A)  No change or amendment to any section of the Constitution
and ByLaws involving or relating to the arrangement under which the Baltimore
and Washington franchises are to be operated and handled shall be effective
unless approved by the unanimous vote of all member clubs of the League; such
arrangement is contained in the provision of the following sections of the
Constitution and ByLaws: Sections 4.3 (B) and 13.2 (2).

       (B)  No change or amendment to any section of the Constitution
and ByLaws involving or relating to the arrangements and conditions under
which the New York Giants and the New York Jets franchises are to be operated
and handled shall be effective unless approved by the unanimous vote of all
member clubs of the League; such arrangements and conditions are contained in
the following sections of the Constitution and ByLaws: 4.2 (a), 4.4 (b), 4.4
(d), 10.4 and 13.2.

       (C)  No change or amendment to any section of the Constitution
and ByLaws involving or relating to the arrangements and conditions under
which the Oakland Raiders and the San Francisco 49ers franchises are to be
operated and handled shall be effective unless approved by the unanimous vote
of all member clubs of the League; such arrangements and conditions are
contained in the following sections of the Constitution and ByLaws: 4.2 (b),

4.2 (c), 4.4 (c), 4.4 (f), 4.4 (g), 4.4 (h), 10.4, 13.2 and 23.1.

          (D)  Anything in this Constitution and ByLaws to the contrary
notwithstanding, the provisions of Section 3.1 (b), 4.2 (c), 4.3 (A), 6.1,
6.2, 10.3, and of this Section 25.3 may not be altered or amended without the
unanimous consent of all members of the League.

Name of Proposer

     25.4   Whenever an amendment or alteration to the Constitution and
ByLaws is submitted for approval, such must indicate the author of the
proposal.