UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>Plaintiffs' Master Administrative Class Action Complaint for Medical Monitoring | |

**DEFENDANTS NATIONAL FOOTBALL LEAGUE'S AND NFL PROPERTIES LLC'S MOTION TO DISMISS THE MASTER ADMINISTRATIVE CLASS ACTION COMPLAINT ON PREEMPTION GROUNDS**

Defendants National Football League and NFL Properties LLC (collectively, the "NFL Defendants") move pursuant to Federal Rules of Civil Procedure 12(b)(6) to dismiss, with prejudice, Plaintiffs' Administrative Class Action Complaint for Medical Monitoring, and the Original Class Action Complaint for Plaintiffs Allen, Kowalewski, Little, Wooden & Fellows on preemption grounds. In support of this motion, the NFL Defendants rely on the points and authorities in the accompanying memorandum of law, and the accompanying Declaration of Dennis L. Curran and exhibits thereto, which the NFL Defendants submit herewith and incorporate herein in their entirety.

The NFL Defendants respectfully request oral argument on this motion.

Respectfully submitted,

Dated:  August 30, 2012

s/ Brad S. Karp
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Brad S. Karp
Theodore V. Wells, Jr.
Beth A. Wilkinson
Lynn B. Bayard
1285 Avenue of the Americas
New York, NY 10019-6064
Tel:	(212) 373-3000

DECHERT LLP
Judy L. Leone (Pa. Atty. ID 41165)
Robert C. Heim (Pa. Atty. ID 15758)
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
Tel:	(215) 994-4000

DUANE MORRIS LLP
John J. Soroko (Pa. Atty. ID 25987)
Dana B. Klinges (Pa. Atty. ID 57943)
30 South 17th Street
Philadelphia, PA  19103-4196
Tel:	(215) 979-1000

*Attorneys for the National Football League and NFL Properties LLC*

## CERTIFICATE OF SERVICE

I, Nathan M. McClellan, hereby certify that on August 30, 2012, I electronically filed the foregoing Motion to Dismiss the Master Administrative Class Action Complaint on Preemption Grounds, the Memorandum of Law in support thereof, the Declaration of Dennis L. Curran, and the associated exhibits, and electronically served them via the Court's CM/ECF system on all counsel of record.

Dated:  August 30, 2012                    s/ Nathan M. McClellan
                                                              DECHERT LLP
                                                              Nathan M. McClellan (Pa. Atty. ID 307848)
                                                              Cira Centre
                                                              2929 Arch Street
                                                              Philadelphia, PA  19104-2808
                                                              Tel:     (215) 994-4000
                                                              Fax:    (215) 994-2222
                                                              nathan.mcclellan@dechert.com