Exhibit 6



# NFL

# COLLECTIVE

# BARGAINING

# AGREEMENT

# 1993-2000



# TABLE OF CONTENTS

PAGE

**PREAMBLE** ......................................................................1

**ARTICLE I DEFINITIONS** .................................................2
  Section 1. General Definitions .........................................2
  Section 2. Free Agency Definitions .................................3
  Section 3. Salary Cap Definitions.....................................5

**ARTICLE II GOVERNING AGREEMENT** ...........................7
  Section 1. Conflicts........................................................7
  Section 2. Implementation .............................................7
  Section 3. Management Rights .......................................7
  Section 4. Rounding.......................................................7

**ARTICLE III SCOPE OF AGREEMENT** ................................8
  Section 1. Scope ...........................................................8
  Section 2. Arbitration ...................................................8

**ARTICLE IV NO STRIKE/LOCKOUT/SUIT**.........................9
  Section 1. No Strike/Lockout ........................................9
  Section 2. No Suit..........................................................9
  Section 3. Releases .....................................................10

**ARTICLE V UNION SECURITY** .......................................11
  Section 1. Union Security..............................................11
  Section 2. Check-off......................................................11
  Section 3. NFLPA Meetings ..........................................11
  Section 4. NFLPA Player Group Licensing Program.....................11
  Section 5. Disputes ......................................................12
  Section 6. Procedure for Enforcement...........................12
  Section 7. NFLPA Responsibility ...................................13
  Section 8. Orientations ................................................13

**ARTICLE VI NFLPA AGENT CERTIFICATION** .................14
  Section 1. Exclusive Representation..............................14
  Section 2. Enforcement................................................14
  Section 3. Penalty........................................................14

**ARTICLE VII PLAYER SECURITY** .....................................15
  Section 1. No Discrimination .......................................15
  Section 2. Personal Appearance ..................................15

**ARTICLE VIII CLUB DISCIPLINE** ....................................16
  Section 1. Maximum Discipline.....................................16

i

Section 2. Published Lists .................................................17
Section 3. Uniformity........................................................17
Section 4. Disputes ..........................................................17
Section 5. Deduction ........................................................17

**ARTICLE IX NON-INJURY GRIEVANCE ...............................,.........18**
Section 1. Definition ........................................................18
Section 2. Initiation..........................................................18
Section 3. Filing ...............................................................18
Section 4. Appeal .............................................................18
Section 5. Discovery .........................................................19
Section 6. Arbitration Panel .............................................19
Section 7. Hearing ............................................................20
Section 8. Arbitrator's Decision and Award .....................21
Section 9. Time Limits ......................................................21
Section 10. Representation ...............................................21
Section 11. Costs ..............................................................21
Section 12. Payment .........................................................22
Section 13. Grievance Settlement Committee .................22

**ARTICLE X INJURY GRIEVANCE ....................................................23**
Section 1. Definition ........................................................23
Section 2. Filing ...............................................................23
Section 3. Answer ............................................................23
Section 4. Neutral Physician ............................................24
Section 5. Neutral Physician List .....................................24
Section 6. Appeal .............................................................25
Section 7. Arbitration Panel .............................................25
Section 8. Hearing ............................................................25
Section 9. Miscellaneous ..................................................26
Section 10. Expenses ........................................................27
Section 11. Pension Credit ...............................................27
Section 12. Payment .........................................................27
Section 13. Presumption of Fitness ..................................27
Section 14. Playoff Money ................................................28
Section 15. Information Exchange ....................................28
Section 16. Discovery .......................................................28

**ARTICLE XI COMMISSIONER DISCIPLINE....................................29**
Section 1. League Discipline.............................................29
Section 2. Time Limits ......................................................29
Section 3. Representation .................................................29
Section 4. Costs ...............................................................30
Section 5. One Penalty .....................................................30
Section 6. Fine Money ......................................................30

ii

**ARTICLE XII INJURY PROTECTION**...............................................**31**
    Section 1. Qualification...............................................................31
    Section 2. Benefit.......................................................................31
    Section 3. Disputes ....................................................................32

**ARTICLE XIII COMMITTEES** .......................................................**33**
    Section 1. Joint Committee .......................................................33
    Section 2. Competition Committee ............................................34
    Section 3. Player/Club Operations Committee ............................34

**ARTICLE XIV NFL PLAYER CONTRACT** ......................................**35**
    Section 1. Form ........................................................................35
    Section 2. Term ........................................................................35
    Section 3. Changes ...................................................................35
    Section 4. Conformity ...............................................................35
    Section 5. General.....................................................................35
    Section 6. Commissioner Disapproval ........................................36
    Section 7. NFLPA Group Licensing Program...............................36
    Section 8. Good Faith Negotiation .............................................37

**ARTICLE XV OPTION CLAUSE** ....................................................**38**
    Section 1. Prohibition ...............................................................38
    Section 2. Existing Option Clauses ............................................38

**ARTICLE XVI COLLEGE DRAFT** ..................................................**39**
    Section 1. Time of Draft ............................................................39
    Section 2. Number of Choices ...................................................39
    Section 3. Required Tender........................................................39
    Section 4. Signing of Drafted Rookies ........................................39
    Section 5. Other Professional Teams ..........................................40
    Section 6. Return to College ......................................................41
    Section 7. Assignment of Draft Rights........................................42
    Section 8. Subsequent Draft ......................................................42
    Section 9. No Subsequent Draft .................................................42
    Section 10. Compensatory Draft Selections ................................42
    Section 11. Undrafted Rookies ..................................................43
    Section 12. Notice of Signing ....................................................43

**ARTICLE XVII ENTERING PLAYER POOL**.....................................**44**
    Section 1. Definition .................................................................44
    Section 2. Covered League Years.................................................44
    Section 3. Calculation ...............................................................44
    Section 4. Operation .................................................................45

iii

**ARTICLE XVIII VETERANS WITH LESS THAN
THREE ACCRUED SEASONS** ...................................................47
Section 1. Accrued Seasons Calculation ..........................................47
Section 2. Negotiating Rights of Players With Less
Than Three Accrued Seasons...................................47
Section 3. Minimum Salaries ..........................................................47
Section 4. Notice of Signing ...........................................................48

**ARTICLE XIX VETERAN FREE AGENCY** .........................................49
Section 1. Unrestricted Free Agents................................................49
Section 2. Restricted Free Agents....................................................50
Section 3. Offer Sheet and First Refusal Procedures.......................54
Section 4. Expedited Arbitration.....................................................57
Section 5. Individually Negotiated Limitations on
Player Movement .....................................................57
Section 6. Notices, Etc ....................................................................58

**ARTICLE XX FRANCHISE AND TRANSITION PLAYERS**.................60
Section 1. Franchise Player Designations .......................................60
Section 2. Required Tender for Franchise Players...........................60
Section 3. Transition Player Designations .......................................62
Section 4. Required Tender for Transition Players ..........................62
Section 5. Right of First Refusal for Transition Players...................63
Section 6. Lists ................................................................................63
Section 7. Salary Information ..........................................................63
Section 8. No Assignment...............................................................64
Section 9. Duration of Designation.................................................64
Section 10. Franchise Player Designation Period ............................65
Section 11. Transition Player Designation Period ...........................65
Section 12. Prospective Designation ...............................................66
Section 13. Right to Decline ...........................................................66
Section 14. Other Terms..................................................................67
Section 15. Compensatory Draft Selection .....................................67
Section 16. Signing Period for Transition Players ...........................67
Section 17. Signing Period for Franchise Players ............................68

**ARTICLE XXI FINAL EIGHT PLAN**.................................................69
Section 1. Application......................................................................69
Section 2. Top Four Teams..............................................................69
Section 3. Next Four Teams ............................................................69
Section 4. Replacement of Free Agents Signed by Other Club .......69
Section 5. Increases.........................................................................70
Section 6. Salary Definition ............................................................70
Section 7. Trade Limitation ............................................................70

iv

**ARTICLE XXII WAIVER SYSTEM** ....................................................**71**
    Section 1. Release ........................................................71
    Section 2. Contact ........................................................71
    Section 3. Ineligibility ....................................................71
    Section 4. Notice of Termination ..........................................71
    Section 5. NFLPA's Right to Personnel Information ......................72
    Section 6. Rosters ........................................................72

**ARTICLE XXIII TERMINATION PAY** ..............................................**73**
    Section 1. Eligibility ......................................................73
    Section 2. Regular Season Signings ........................................73

**ARTICLE XXIV GUARANTEED LEAGUE-WIDE SALARY,**
**SALARY CAP & MINIMUM TEAM SALARY** ..............................**74**
    Section 1. Definitions......................................................74
    Section 2. Trigger For Guaranteed League-wide Salary,
            Salary Cap, and Minimum Team Salary...................77
    Section 3. Guaranteed League-wide Salary ................................77
    Section 4. Salary Cap Amounts ..........................................78
    Section 5. Minimum Team Salary ........................................79
    Section 6. Computation of Team Salary ..................................79
    Section 7. Valuation of Player Contracts...................................81
    Section 8. 30% Rules ......................................................85
    Section 9. Renegotiations and Extensions ..................................85
    Section 10. Accounting Procedures ........................................85

**ARTICLE XXV ENFORCEMENT OF THE SALARY**
**CAP AND ENTERING PLAYER POOL** ....................................**90**
    Section 1. Undisclosed Terms...............................................90
    Section 2. Circumvention...................................................90
    Section 3. Special Master Action............................................90
    Section 4. Commissioner Disapproval ......................................90
    Section 5. Special Master Review ..........................................91
    Section 6. Sanctions........................................................91
    Section 7. Prior Conference ................................................91

**ARTICLE XXVI SPECIAL MASTER** ..................................................**92**
    Section 1. Appointment ...................................................92
    Section 2. Scope of Authority ..............................................92
    Section 3. Discovery ......................................................93
    Section 4. Compensation ..................................................93
    Section 5. Procedures......................................................93
    Section 6. Selection of Special Master ......................................94
    Section 7. Penalties ........................................................94

**ARTICLE XXVII IMPARTIAL ARBITRATOR**......................................**95**
    Section 1. Selection....................................................95
    Section 2. Scope of Authority ....................................95
    Section 3. Effect of Rulings........................................95
    Section 4. Discovery ...................................................95
    Section 5. Compensation of Impartial Arbitrator .........95
    Section 6. Procedures.................................................95
    Section 7. Selection of Impartial Arbitrator...............96

**ARTICLE XXVIII ANTI-COLLUSION** ............................................**97**
    Section 1. Prohibited Conduct ..................................97
    Section 2. Other Club Conduct..................................97
    Section 3. Club Discretion .........................................97
    Section 4. League Disclosures ....................................98
    Section 5. Enforcement of Anti-Collusion Provisions ...................98
    Section 6. Burden of Proof ........................................98
    Section 7. Summary Judgment ...................................99
    Section 8. Remedies ...................................................99
    Section 9. Computation of Damages ..........................99
    Section 10. Player Election .........................................100
    Section 11. Payment of Damages................................101
    Section 12. Effect on Cap Computations ....................101
    Section 13. Effect of Salary Cap .................................101
    Section 14. No Reimbursement...................................101
    Section 15. Costs.........................................................101
    Section 16. Termination .............................................101
    Section 17. Time Limits ..............................................102
    Section 18. Prior Conference ......................................102

**ARTICLE XXIX CERTIFICATIONS** ...............................................**103**
    Section 1. Contract Certification...............................103
    Section 2. End of League Year Certification ...............103
    Section 3. False Certification .....................................104

**ARTICLE XXX CONSULTATION AND INFORMATION SHARING**..**105**
    Section 1. Consultation and Communications............105
    Section 2. Salary Summaries.......................................105
    Section 3. Notice of Invalid Contract.........................105
    Section 4. Neutral Verifier..........................................105
    Section 5. Copies........................................................106
    Section 6. Meetings.....................................................106

**ARTICLE XXXI EXPANSION** .........................................................**107**
    Section 1. Veteran Allocation......................................107
    Section 2. Additional Compensatory Picks .................107

vi

Section 3. Entering Player Pool Adjustment ................................107
Section 4. Relocation Bonus ......................................................107

**ARTICLE XXXII OTHER PROVISIONS** ............................................**108**
Section 1. CFL Rule ..................................................................108
Section 2. Physically Unable to Perform ......................................108
Section 3. Non-Football Injury ...................................................108
Section 4. Roster Exemption .....................................................108

**ARTICLE XXXIII SQUAD SIZE** .....................................................**110**
Section 1. Active List ................................................................110
Section 2. Pre-Season ...............................................................110
Section 3. Inactive List .............................................................110
Section 4. Active and Inactive List Limit .....................................110

**ARTICLE XXXIV PRACTICE SQUADS** ...........................................**111**
Section 1. Practice Squads .........................................................111
Section 2. Signing With Other Clubs ...........................................111
Section 3. Salary .....................................................................111
Section 4. Eligibility ................................................................111

**ARTICLE XXXV OFF-SEASON WORKOUTS** ...................................**112**
Section 1. Voluntary Workouts ..................................................112
Section 2. Time Periods ............................................................112
Section 3. Payment ..................................................................112
Section 4. Injuries ...................................................................112
Section 5. Miscellaneous ..........................................................112

**ARTICLE XXXVI MINICAMPS** ....................................................**113**
Section 1. Number ...................................................................113
Section 2. Length ....................................................................113
Section 3. Expenses .................................................................113
Section 4. Contact ...................................................................113
Section 5. Injuries ...................................................................113

**ARTICLE XXXVII PRE-SEASON TRAINING CAMPS** .......................**114**
Section 1. Definition ................................................................114
Section 2. Room and Board ........................................................114
Section 3. Rookie Per Diem ......................................................114
Section 4. Veteran Per Diem ......................................................114
Section 5. Reporting .................................................................114
Section 6. Number of Pre-Season Games .....................................114
Section 7. Telephones ...............................................................115
Section 8. Expenses .................................................................115

**ARTICLE XXXVIII SALARIES** ...................................................**116**
    Section 1. 1993 Minimum Salaries ..............................................116
    Section 2. Minimum Salaries For 1994-1998 League Years ..........116
    Section 3. Credited Season.......................................................116
    Section 4. Other Compensation ................................................116
    Section 5. Arbitration .............................................................117
    Section 6. Payment ...............................................................117
    Section 7. Deferred Paragraph 5................................................117
    Section 8. Number of Regular Season Games...............................117
    Section 9. Copies of Contracts .................................................117
    Section 10. Split Contracts ......................................................118
    Section 11. Funding of Deferred and Guaranteed Contracts........118

**ARTICLE XXXIX MEAL ALLOWANCE** .......................................**119**
    Section 1. Reimbursement ......................................................119
    Section 2. Travel Day.............................................................119

**ARTICLE XL DAYS OFF** ..........................................................**120**
    Section 1. Rate.....................................................................120
    Section 2. Requirements .........................................................120

viii   **ARTICLE XLI MOVING AND TRAVEL EXPENSES** ........................**121**
    Section 1. Qualification..........................................................121
    Section 2. Moving Expenses.....................................................121
    Section 3. Travel Expenses......................................................121
    Section 4. Transportation .......................................................122

**ARTICLE XLII POST-SEASON PAY**...............................................**123**
    Section 1. System..................................................................123
    Section 2. Compensation ........................................................123
    Section 3. Wild Card Game; Division Play-off Game...................123
    Section 4. Conference Championship; Super Bowl Game ..........123
    Section 5. Payment ...............................................................124

**ARTICLE XLIII PRO BOWL GAME**...............................................**125**
    Section 1. Compensation ........................................................125
    Section 2. Selection...............................................................125
    Section 3. Wives ...................................................................125
    Section 4. Injury ...................................................................125
    Section 5. Payment ...............................................................125

**ARTICLE XLIV PLAYERS' RIGHTS TO MEDICAL
CARE AND TREATMENT** ......................................................**126**
    Section 1. Club Physician........................................................126
    Section 2. Club Trainers .........................................................126

Section 3. Players' Right to a Second Medical Opinion................126
Section 4. Players' Right to a Surgeon of His Choice ..................126
Section 5. Standard Minimum Pre-Season Physical ....................126
Section 6. Substance Abuse.........................................................127

**ARTICLE XLV ACCESS TO PERSONNEL AND**
**MEDICAL RECORDS**..............................................................**128**
Section 1. Personnel Records.....................................................128
Section 2. Medical Records .......................................................128

**ARTICLE XLVI PLAYER BENEFIT COSTS** ......................................**129**
Section 1. Right of Reduction ...................................................129
Section 2. Right of Restoration .................................................129
Section 3. Definition .................................................................129
Section 4. Resolution of Disputes .............................................130

**ARTICLE XLVII RETIREMENT PLAN** ...........................................**132**
Section 1. Maintenance and Definitions....................................132
Section 2. Amendment by Bargaining Parties ............................132
Section 3. Contributions ...........................................................132
Section 4. Amendment of Bert Bell and Pete Rozelle Plans ..........133
Section 5. Plan Merger and Further Amendments ......................136
Section 6. Benefits for Pre-1959 Seasons....................................137

**ARTICLE XLVIII SECOND CAREER SAVINGS PLAN**.....................**139**
Section 1. Establishment............................................................139
Section 2. Contributions ...........................................................139
Section 3. Allocation ................................................................139
Section 4. Salary Reduction Contributions.................................139
Section 5. Benefit Options ........................................................139
Section 6. Death Benefits ..........................................................140
Section 7. Investment ...............................................................140

**ARTICLE XLIX GROUP INSURANCE**.............................................**141**
Section 1. Group Insurance Benefits...........................................141
Section 2. Administration...........................................................141

**ARTICLE L SEVERANCE PAY** .......................................................**143**
Section 1. Eligibility .................................................................143
Section 2. Amount.....................................................................143
Section 3. Application ...............................................................143
Section 4. Payment ...................................................................143
Section 5. Failure to Apply ........................................................144
Section 6. Only One Payment ....................................................144
Section 7. Payable to Survivor....................................................144

ix

Section 8. Prior Severance Pay ....................................144
Section 9. Nonassignability ........................................144

**ARTICLE LI SUPPLEMENTAL DISABILITY BENEFITS.................145**
Section 1. Establishment ...........................................145
Section 2. Contributions ...........................................145
Section 3. Disability Benefits .....................................145
Section 4. Retirement Ignored .....................................146

**ARTICLE LII BENEFIT ARBITRATOR.........................................147**
Section 1. Selection...............................................147
Section 2. Compensation ..........................................147
Section 3. Role...................................................147

**ARTICLE LIII RETENTION OF BENEFITS ...................................149**

**ARTICLE LIV WORKERS' COMPENSATION ...............................150**
Section 1. Benefits ...............................................150
Section 2. Rejection of Coverage...................................150
Section 3. Arbitration .............................................150
Section 4. Joint Study.............................................150
Section 5. Moratorium ............................................150
Section 6. Preservation of Rights...................................151
Section 7. Reopener ..............................................151

**ARTICLE LV MISCELLANEOUS ............................................152**
Section 1. Endorsements...........................................152
Section 2. On-Field Attire .........................................152
Section 3. Appearances ...........................................152
Section 4. Promotion .............................................152
Section 5. Deduction .............................................152
Section 6. Public Statements .......................................152
Section 7. Address ...............................................152
Section 8. NFLPA Tickets .........................................152
Section 9. Player Tickets ..........................................153
Section 10. Tests .................................................153
Section 11. League Security ........................................153
Section 12. Career Planning Program................................153
Section 13. Delivery of Documents .................................153
Section 14. Binding Effect .........................................153
Section 15. Authorization ..........................................153
Section 16. Headings ..............................................154
Section 17. Time Periods ..........................................154
Section 18. Exhibits ...............................................154
Section 19. Parol Evidence .........................................154

x

**ARTICLE LVI 1999 LEAGUE YEAR**..................................................**155**
    Section 1. No Salary Cap....................................................155
    Section 2. Free Agency If Salary Cap in 1998...........................155
    Section 3. Free Agency If No Salary Cap in 1998 ......................155
    Section 4. Franchise and Transition Players................................155

**ARTICLE LVII MUTUAL RESERVATION OF RIGHTS:**
    **LABOR EXEMPTION** .................................................**156**
    Section 1. Rights Under Law ..................................................156
    Section 2. Labor Exemption ..................................................156
    Section 3. CBA Expiration ....................................................156

**ARTICLE LVIII DURATION OF AGREEMENT**...............................**157**
    Section 1. Effective Date.......................................................157
    Section 2. Termination ........................................................157
    Section 3. Termination Date ..................................................157
    Section 4. Termination Prior to Expiration Date .........................157
    Section 5. Ratification ..........................................................159

**ARTICLE LIX GOVERNING LAW** .................................................**160**

**ARTICLE LX NOTICES** ................................................................**161**    **xi**

**APPENDIX A  CHECK-OFF AUTHORIZATION** .............................**162**

**APPENDIX B  INJURY PROTECTION/EARLY WAIVER** .................**164**

**APPENDIX C  NFL PLAYER CONTRACT** ......................................**165**

**APPENDIX D  FIRST REFUSAL OFFER SHEET** ............................**174**

**APPENDIX E  FIRST REFUSAL EXERCISE NOTICE**......................**175**

**APPENDIX F  WAIVER OF FREE AGENT RIGHTS** .......................**176**

**APPENDIX G  NOTICE OF TERMINATION**...................................**177**

**APPENDIX H  ACCOUNTANTS REVIEW PROCEDURES** .............**178**

**APPENDIX I  MINIMUM PRE-SEASON PHYSICAL**.......................**186**

**APPENDIX J  ACTUARIAL ASSUMPTIONS** ...................................**189**

**LETTER AGREEMENT DATED MAY 6, 1993**
    **(SALARY SUMMARIES)** ........................................................**191**

LETTER AGREEMENT DATED MAY 6, 1993
  (COMMISSIONER CONTRACT REVIEW) ..................................192

LETTER AGREEMENT DATED JUNE 23, 1993
  (MISCELLANEOUS SUBJECTS)..................................................193

LETTER AGREEMENT DATED AUGUST 4, 1993
  (ROOKIE ORIENTATION).........................................................195

LETTER AGREEMENT DATED AUGUST 4, 1993
  (FINAL EIGHT PLAN) ...............................................................197

LETTER AGREEMENT DATED AUGUST 4, 1993
  (PLAYER MEDICAL) ..................................................................198

INDEX......................................................................................199

xii

## PREAMBLE

This Agreement, which is the product of bona fide, arm's-length collective bargaining, is made and entered into on the 6th day of May, 1993, in accordance with the provisions of the National Labor Relations Act, as amended, by and between the National Football League Management Council ("Management Council" or "NFLMC"), which is recognized as the sole and exclusive bargaining representative of present and future employer member Clubs of the National Football League ("NFL" or "League"), and the National Football League Players Association ("NFLPA"), which is recognized as the sole and exclusive bargaining representative of present and future employee players in the NFL in a bargaining unit described as follows:

1. All professional football players employed by a member club of the National Football League;

2. All professional football players who have been previously employed by a member club of the National Football League who are seeking employment with an NFL Club;

3. All rookie players once they are selected in the current year's NFL College Draft; and

4. All undrafted rookie players once they commence negotiation with an NFL Club concerning employment as a player.

1

# ARTICLE I
# DEFINITIONS

As used in this Agreement, the following terms shall have the following meanings:

**Section 1. General Definitions:**

(a)    "Agreement" means this Collective Bargaining Agreement, dated May 6, 1993.

(b)    "Class Counsel" means the law firm of Weil, Gotshal & Manges, 767 Fifth Avenue, New York, New York 10153, and the law firm of Lindquist & Vennum, 4200 IDS Center, Minneapolis, Minnesota 55402.

(c)    "Club" or "Team" or "Member," used interchangeably herein, means any entity that is a member of the NFL or operates a franchise in the NFL at any time during the term of this Agreement.

(d)    "Club Affiliate" or "Team Affiliate" means any entity or person owned by (wholly or partly), controlled by, affiliated with, or related to a Club or any owner of a Club.

(e)    "Commissioner" means the Commissioner of the NFL.

(f)    "Impartial Arbitrator" means the person authorized by this Agreement and the Settlement Agreement to hear and resolve specified disputes as provided in this Agreement and the Settlement Agreement.

(g)    "League Year" means the period from February 20 of one year through and including February 19 of the following year, or such other one year period to which the NFL and the NFLPA may agree. For 1993, the League Year shall begin on March 1 and end on the date on which all 1993 League Year contracts terminate, as agreed between the NFL and the NFLPA.

(h)    "NFL Player Contract" means the form of Player Contract utilized in the NFL.

(i)    "NFL Rules" means the Constitution and Bylaws, rules, and regulations of the NFL and/or the Management Council.

(j)    "Player Affiliate" means any entity or person owned by (wholly or partly), controlled by, affiliated with, or related to a player.

(k)    "Salary" means any compensation of money, property, invest-

2

ments, loans, or anything else of value that a Club pays to, or is obligated to pay to, a player or Player Affiliate, or is paid to a third party at the request of and for the benefit of a player or Player Affiliate, during a League Year, as calculated in accordance with the rules set forth in Article XXIV (Guaranteed League-wide Salary, Salary Cap & Minimum Team Salary).

(l)     "Settlement Agreement" means the Stipulation and Settlement Agreement, dated February 26, 1993.

(m)     "Special Master" means the special master appointed and authorized by this Agreement and the Settlement Agreement to hear and resolve specified disputes as provided in this Agreement and the Settlement Agreement.

**Section 2. Free Agency Definitions:**
(n)     "Accrued Season" means any playing season for which a player received credit with respect to his qualifications for Unrestricted Free Agency or Restricted Free Agency, as described in Article XIX (Veteran Free Agency).

(o)     "Compensatory Draft Selection" means an additional Draft choice awarded to a Club as described in Article XIX (Veteran Free Agency) and Article XX (Franchise and Transition Players).

3

(p)     "Draft" or "College Draft" means the NFL's annual draft of Rookie football players as described in Article XVI (College Draft).

(q)     "Draft Choice Compensation" means the right of any Club, as described in Article XIX (Veteran Free Agency) and Article XX (Franchise and Transition Players), to receive draft pick(s) from any other Club.

(r)     "Drafted Rookie" means a person who is selected in the current League Year's Draft or whose Draft rights are held, or continue to be held, consistent with this Agreement, by an NFL Club that selected the Rookie in a prior Draft.

(s)     "Final Eight Plan" means the rules whereby signings of Unrestricted Free Agents are limited in Uncapped Years for the final eight playoff Clubs, under the limited circumstances described in Article XXI (Final Eight Plan).

(t)     "Free Agent" means a player who is not under contract and is free to negotiate and sign a Player Contract with any NFL Club, without Draft Choice Compensation or any Right of First Refusal.

(u)     "Minimum Salary" means the minimum annual Paragraph 5 Salary which shall be paid to an NFL player not on any Active list, and not on the Inactive list, pursuant to this Agreement.

(v)     "Minimum Active/Inactive List Salary" means the minimum annual Paragraph 5 Salary which shall be paid to an NFL player on any Active list, or on the Inactive list, pursuant to this Agreement.

(w)     "Negotiate" means, with respect to a player or his representatives on the one hand, and an NFL Club or its representatives on the other hand, to engage in any written or oral communication relating to efforts to reach agreement on employment and/or terms of employment between such player and such Club.

(x)     "New Club" means any Club except the Prior Club (as defined below).

(y)     "Player Contract" means a written agreement or series of such agreements executed at or about the same time between a person and an NFL Club pursuant to which such person is employed by such Club as a professional football player.

**4**

(z)     "Prior Club" means the Club that contracted with or otherwise held the NFL playing rights for the player for the previous NFL League Year.

(aa)    "Prior Year Salary" means the total of the Paragraph 5 Salary, roster and reporting bonuses, prorata portion of signing bonus, and other payments to a player in compensation for the playing of professional football for the last League Year of the player's most recently negotiated Player Contract, except for performance bonuses other than roster and reporting bonuses. Beginning with the 1994 League Year, Prior Year Salary shall also include any un-repaid loans made, guaranteed or collateralized by a Team or its Team Affiliate to a player or Player Affiliate during or after the 1993 League Year.

(ab)    "Renegotiate" means any change in Salary or the terms under which such Salary is earned or paid, or any change regarding the Club's right to trade the player, during the term of a Player Contract.

(ac)    "Required Tender" means a Player Contract tender that a Club is required to make to a player pursuant to this Agreement, either as a matter of right with respect to the player, or to receive Rights of First Refusal, Draft Choice Compensation and/or other rights with respect to the player, as specified in this Agreement.

(ad)     "Restricted Free Agent" means a Veteran who has three or more Accrued Seasons and who completes performance of his Player Contract, but who is still subject to a Right of First Refusal and/or Draft Choice Compensation in favor of his Prior Club.

(ae)     "Right of First Refusal" means the right of an NFL Club, as described in Article XIX (Veteran Free Agency) and Article XX (Franchise and Transition Players) to retain the services of certain Veteran players by matching offers made to those players.

(af)     "Rookie" means a person who has never signed a Player Contract with an NFL Club.

(ag)     "Undrafted Rookie" means a Rookie who was eligible for but not selected in a College Draft.

(ah)     "Unrestricted Free Agent" means a Veteran who completes performance of his Player Contract, and who is no longer subject to any exclusive negotiating rights, Right of First Refusal, or Draft Choice Compensation in favor of his Prior Club.

(ai)     "Veteran" means a player who has signed at least one Player Contract with an NFL Club.

5

**Section 3. Salary Cap Definitions:**
(aj)     "Benefits" or "Player Benefit Costs" means the specific benefits paid to players set forth in Article XXIV (Guaranteed League-wide Salary, Salary Cap & Minimum Team Salary).

(ak)     "Capped Year" means any League Year for which a Salary Cap is in effect.

(al)     "Defined Gross Revenues" or "DGR" means all of the League and Team revenues that are included within the definition of Defined Gross Revenues, as set forth in Article XXIV (Guaranteed League-wide Salary, Salary Cap & Minimum Team Salary).

(am)    "Guaranteed League-wide Salary" means the minimum amount that the Teams in the NFL must pay in Player Costs during a League Year, if applicable, as set forth in Article XXIV (Guaranteed League-wide Salary, Salary Cap & Minimum Team Salary).

(an)     "Minimum Team Salary" means the minimum amount that each Team must pay in Salaries during a League Year, if applicable, as set forth in Article XXIV (Guaranteed League-wide Salary, Salary Cap & Minimum

Team Salary), Section 5.

(ao)   "Paragraph 5 Salary" means the compensation set forth in paragraph 5 of the NFL Player Contract, or in any amendments thereto.

(ap)   "Player Costs" means the total Salaries and Benefits attributable to a League Year for all NFL Teams under all of the rules set forth in Article XXIV (Guaranteed League-wide Salary, Salary Cap & Minimum Team Salary), but not including loans, loan guarantees, unpaid grievances attributions, and unearned incentives.

(aq)   "Projected Benefits" means the amount of Benefits projected in accordance with the rules set forth in Article XXIV (Guaranteed League-wide Salary, Salary Cap & Minimum Team Salary).

(ar)   "Projected Defined Gross Revenues" means the amount of Defined Gross Revenues projected in accordance with the rules set forth in Article XXIV (Guaranteed League-wide Salary, Salary Cap & Minimum Team Salary).

(as)   "Room" means the extent to which a Team's then-current Team Salary is less than either the Salary Cap or Entering Player Pool, as applicable.

(at)   "Salary Cap" means the absolute maximum amount of Salary that each Club may pay or be obligated to pay or provide to players or Player Affiliates, or may pay or be obligated to pay to third parties at the request of and for the benefit of Players or Player Affiliates, at any time during a particular League Year, in accordance with the rules set forth in Article XXIV (Guaranteed League-wide Salary, Salary Cap & Minimum Team Salary), if applicable.

(au)   "Team Salary" means the Team's aggregate Salary for Salary Cap purposes, as calculated in accordance with the rules set forth in Article XXIV (Guaranteed League-wide Salary, Salary Cap & Minimum Team Salary).

(av)   "Uncapped Year" means any League Year for which a Salary Cap is not in effect.

**6**

# ARTICLE II
# GOVERNING AGREEMENT

**Section 1. Conflicts:** The provisions of this Agreement supersede any conflicting provisions in the NFL Player Contract, the NFL Constitution and Bylaws, the Bert Bell/Pete Rozelle NFL Player Retirement Plan and Trust Agreement, the Pete Rozelle Plan or any other document affecting terms and conditions of employment of NFL players, and all players, Clubs, the NFLPA, the NFL, and the Management Council will be bound hereby. The provisions of the Stipulation and Settlement Agreement in <u>White</u> v. <u>NFL</u>, No. 4-92-906 (D. Minn.) ("Settlement Agreement"), shall supersede any conflicting provisions of this Agreement.

**Section 2. Implementation:** The NFLPA and the Management Council will use their best efforts to faithfully carry out the terms and conditions of this Agreement and to see that the terms and conditions of this Agreement are carried out in full by players and Clubs. The NFLPA will use its best efforts to see that the terms and conditions of all NFL Player Contracts are carried out in full by players.

**Section 3. Management Rights:** The NFL Clubs maintain and reserve the right to manage and direct their operations in any manner whatsoever, except as specifically limited by the provisions of this Agreement and the Settlement Agreement.

7

**Section 4. Rounding:** For the purposes of any amounts to be calculated or used pursuant to this Agreement with respect to Required Tenders, Qualifying Offers, Minimum Salaries, Minimum Active/Inactive List Salaries, Team Salary, DGR, Excluded DGR, Benefits, Player Costs, Projected DGR, Projected Benefits, or Salary, such amounts shall be rounded to the nearest $1,000.

# ARTICLE III
## SCOPE OF AGREEMENT

**Section 1. Scope:** This Agreement represents the complete understanding of the parties on all subjects covered herein, and there will be no change in the terms and conditions of this Agreement without mutual consent. Except as otherwise provided in Article V (Union Security), Section 6, on Union Security, and on Article LIV (Workers' Compensation), Section 7, on Workers' Compensation, the NFLPA and the Management Council waive all rights to bargain with one another concerning any subject covered or not covered in this Agreement for the duration of this Agreement, including the provisions of the NFL Constitution and Bylaws; provided, however, that if any proposed change in the NFL Constitution and Bylaws during the term of this Agreement could significantly affect the terms and conditions of employment of NFL players, then the Management Council will give the NFLPA notice of and negotiate the proposed change in good faith.

**Section 2. Arbitration:** The question of whether the parties engaged in good faith negotiations, or whether any proposed change in the NFL Constitution and Bylaws would violate or render meaningless any provision of this Agreement, may be the subject of a non-injury grievance under Article IX (Non-Injury Grievance), which shall be the exclusive method for resolving disputes arising out of this Section 2. If the arbitrator finds that either party did not engage in good faith negotiations, or that the proposed change would violate or render meaningless any provision of this Agreement, he may enter an appropriate order, including to cease and desist from implementing or continuing the practice or proposal in question; provided, however, that the arbitrator may not compel either party to this Agreement to agree to anything or require the making of a concession by either party in negotiations.

8

# ARTICLE IV
## NO STRIKE/LOCKOUT/SUIT

**Section 1. No Strike/Lockout**: Except as otherwise provided in Article V (Union Security), Section 6, or Article LIV (Workers' Compensation), Section 7, neither the NFLPA nor any of its members will engage in any strike, work stoppage, or other concerted action interfering with the operations of the NFL or any Club for the duration of this Agreement, and no Clubs, either individually or in concert with other Clubs, will engage in any lockout for the duration of this Agreement. Any claim by the Management Council that the NFLPA has violated this Section 1 will not be subject to the grievance procedure or the arbitration provisions of this Agreement and the Management Council will have the right to submit such claim directly to the courts.

**Section 2. No Suit**: The NFLPA agrees that neither it nor any of its members, nor agents acting on its behalf, nor any member of its bargaining unit, will sue, or support financially or administratively, or voluntarily provide testimony or affidavit in, any suit against, the NFL or any Club with respect to any claim relating to any conduct permitted by this Agreement, the Settlement Agreement, or any term of this Agreement or the Settlement Agreement, including, without limitation, the Articles concerning the College Draft, the Compensatory Draft, the Option Clause, the Entering Player Pool, Veterans With Less Than Three Accrued Seasons, Veteran Free Agency, Franchise and Transition Players, the Final Eight Plan, Guaranteed League-wide Salary, Salary Cap and Minimum Team Salary, and the Waiver System, and provisions applicable to the trading of players; provided, however, that nothing contained in this Section 2 will prevent the NFLPA or any player from asserting that any Club, acting individually or in concert with other Clubs, or the Management Council, has: (1) breached the terms of this Agreement, the NFL Player Contract, the revised NFL Player Contract, or the NFL Constitution and Bylaws, and from processing such asserted breach as a non-injury grievance under Article IX (Non-Injury Grievance) or asserting any claim before the Special Master or the Impartial Arbitrator as provided in this Agreement; or (2) breached the terms of the Settlement Agreement and from asserting such a claim before the Special Master, Impartial Arbitrator, or the Federal District Court, as provided for in the Settlement Agreement. In addition, neither the NFLPA nor any of its members, agents acting on its behalf, nor any members of its bargaining unit will sue, or support financially or administratively any suit against, the NFL or any Club relating to the presently existing provisions of the Constitution and Bylaws of the NFL as they are currently operative and administered (except any provisions relating to the 1982 CBA, which have been superseded by this Agreement); provided, however, that nothing herein shall prevent the NFLPA, its members, agents or bargaining unit members from asserting any

9

rights they may have under the federal labor laws or under this Agreement or the Settlement Agreement.

**Section 3. Releases**: The releases and covenants not to sue contained in Article XIX (Releases and Covenants Not to Sue) of the Settlement Agreement are hereby incorporated by reference.

10

# ARTICLE V
# UNION SECURITY

**Section 1. Union Security:** Every NFL player has the option of joining or not joining the NFLPA; provided, however, that as a condition of employment commencing with the execution of this Agreement and for the duration of this Agreement and wherever and whenever legal: (a) any active player who is or later becomes a member in good standing of the NFLPA must maintain his membership in good standing in the NFLPA; and (b) any active player (including a player in the future) who is not a member in good standing of the NFLPA must, on the 30th day following the beginning of his employment or the execution of this Agreement, whichever is later, pay, pursuant to Section 2 below or otherwise to the NFLPA, an annual service fee in the same amount as any initiation fee and annual dues required of members of the NFLPA.

**Section 2. Check-off:** Commencing with the execution of this Agreement, each Club will check-off the initiation fee and annual dues or service charge, as the case may be, in equal weekly or biweekly installments from each pre-season and regular season pay check, beginning with the first pay check after the date of the first pre-season squad cutdown, for each player for whom a current check-off authorization (copy attached hereto as Appendix A and made a part of this Agreement) has been provided to the Club. The Club will forward the check-off monies to the NFLPA within seven days of the check-off.

**Section 3. NFLPA Meetings:** The NFLPA will have the right to conduct three meetings on Club property each year, including one at the time of a Club's minicamp, provided that the player representative or NFLPA office has given the Club reasonable notice of its desire to hold such a meeting by the close of business on Friday of the week before the week in which the meeting is to take place, or by the close of business Thursday if the meeting is scheduled for the following Monday. No meeting will be held at a time which would disrupt a coach's team schedule.

**Section 4. NFLPA Player Group Licensing Program:** The NFL recognizes that players have authorized the NFLPA to act as their agent in a Group Player Licensing program (defined below) for their benefit. The NFL hereby agrees that neither it, any Club, nor any affiliate of the NFL and/or any Club shall acquire, seek to acquire, induce others to acquire, or assist others in acquiring Group Player Licensing rights, or interfere in any manner with any player's conveyance of such rights pursuant to the NFLPA Group Player Licensing program, except as otherwise explicitly agreed to between the NFLPA and the NFL. Any disputes that arise regarding the NFL's conduct in this regard shall be submitted for expedited arbitration pursuant to

11

Article IX (Non-Injury Grievance). For the purposes of this Section 4, Group Player Licensing shall be defined as the use of a total of six or more NFL players' names, signatures facsimiles, voices, pictures, photographs, likenesses and/or biographical information on: (a) products in any one product category, as defined by industry standards; or (b) products in different categories if a total of six or more players are used and (i) the products all use similar or derivative design or artwork or (ii) one such player product is used to promote another player product. For the purposes of this Section 4, Group Player Licensing includes, without limitation, products sold at retail and products that are used as promotional or premium items.

**Section 5. Disputes:** Any dispute over compliance with, or the interpretation, application or administration of this Article, except any dispute concerning Section 4 of this Article, will be processed pursuant to Article IX (Non-Injury Grievance). Any decision of an outside arbitrator pursuant thereto will constitute full, final and complete disposition of the dispute, and will be binding on the player(s) and Club(s) involved and the parties to this Agreement.

**Section 6. Procedure for Enforcement:**

12    (a)    Upon written notification to the Management Council by the NFLPA that a player has not paid any initiation fee, dues or the equivalent service fee in violation of Section 1 of this Article V (Union Security), the Management Council will within seven days consider the matter. If there is no resolution of the matter within seven days, then the Club will, upon notification of the NFLPA, suspend the player without pay. Such suspension will continue until the NFLPA has notified the Club in writing that the suspended player has satisfied his obligation as contained in Section 1 of this Article V (Union Security). The parties hereby agree that suspension without pay is adopted as a substitute for and in lieu of discharge as the penalty for a violation of the union security clause of the Agreement and that no player will be discharged for a violation of that clause. The player's contract will be tolled during the period of any such suspension. A copy of all notices required by this "Procedure for the Enforcement of the Union Security Agreement Between the NFL Management Council and the NFLPA" will be simultaneously mailed to the player involved and the Management Council.

(b)    It is further agreed that the term "member in good standing" as used in this Article V (Union Security) applies only to payment of dues or initiation fee and not any other factors involved in union discipline.

(c)    It is further agreed that notwithstanding Article III (Scope of Agreement), Article IV (No Strike/Lockout/ Suit), and Article LVIII (Duration of Agreement), that if at any time in the term of the Agreement, any

court or agency shall wholly or partially invalidate the provisions of Article V (Union Security) relating to Union Security, then the NFLPA may reopen this Agreement upon the giving of 10 days' written notice, with reference solely to the issue of Union Security, and both parties will have an obligation to resume negotiations limited to the issue of Union Security, and both parties will be free to engage in whatever concerted or other action may be permitted by law in support of their positions.

*Section 7.* **NFLPA Responsibility:** It is agreed that neither the NFL nor any Club shall be liable for any salary, bonus, or other monetary claims of any player suspended pursuant to the terms of Section 6 above. Collection of initiation fees, annual dues, service charges or other check-off amounts missed because of inadvertent errors shall be the responsibility of the NFLPA. The NFLPA shall be solely responsible for refunds to players in the case of any sums deducted not in conformity with the provisions of the NFLPA Constitution and Bylaws or applicable law.

*Section 8.* **Orientations:** During the annual Timing and Testing Sessions of the Scouting Combines, the NFL will use best efforts to ensure that the NFLPA will be permitted to present one-hour orientations for all of the college players attending the session. The orientation will include only information on the Career Planning Program, the Chemical Dependency Program, the NFLPA Agent Certification System, and other information contained in this Agreement and will encourage the players to participate fully in all activities of the Scouting Combine. The NFLPA will also have the right to space in the public area of the players' hotel, staffed by NFLPA employees, to provide information requested by players during their free time at the Combine. The NFLPA and the NFL will also sponsor an orientation with an agreed-upon agenda for all rookies on a Club-by-Club basis during the first half of the NFL regular season, which meetings may take place on the players' day off if no other mutually acceptable day is agreed upon.

13

# ARTICLE VI
# NFLPA AGENT CERTIFICATION

**Section 1. Exclusive Representation:** The NFLMC and the Clubs recognize that the NFLPA regulates the conduct of agents who represent players in individual contract negotiations with Clubs. The NFLMC and the Clubs agree that the Clubs are prohibited from engaging in individual contract negotiations with any agent who is not listed by the NFLPA as being duly certified by the NFLPA in accordance with its role as exclusive bargaining agent for NFL players. The NFLPA shall provide and publish a list of agents who are currently certified in accordance with its agent regulation system, and shall notify the NFLMC and the Clubs of any deletions or additions to the list pursuant to its procedures. The NFLPA agrees that it shall not delete any agent from its list until that agent has exhausted the opportunity to appeal the deletion to a neutral arbitrator pursuant to its agent regulation system. The NFLPA shall have sole and exclusive authority to determine the number of agents to be certified, and the grounds for withdrawing or denying certification of an agent. The NFLPA agrees that it will not discipline, dismiss or decertify agents based upon the results they achieve or do not achieve in negotiating terms or conditions of employment with NFL Clubs.

**14**  **Section 2. Enforcement:** Under procedures to be established by agreement between the NFL and the NFLPA, the Commissioner shall disapprove any NFL Player Contract(s) between a player and a Club unless such player: (a) is represented in the negotiations with respect to such NFL Player Contract(s) by an agent or representative duly certified by the NFLPA in accordance with the NFLPA agent regulation system and authorized to represent him; or (b) acts on his own behalf in negotiating such NFL Player Contract(s).

**Section 3. Penalty:** Under procedures to be established by agreement between the NFL and the NFLPA, the NFL shall impose a fine of $10,000 upon any Club that negotiates any NFL Player Contract(s) with an agent or representative not certified by the NFLPA in accordance with the NFLPA agent regulation system if, at the time of such negotiations, such Club either (a) knows that such agent or representative has not been so certified or (b) fails to make reasonable inquiry of the NFLPA as to whether such agent or representative has been so certified. Such fine shall not apply, however, if the negotiation in question is the first violation of this Article by the Club during the term of this Agreement. It shall not be a violation of this Article for a Club to negotiate with any person named on (or not deleted from) the most recently published list of agents certified by the NFLPA to represent players.

# ARTICLE VII
# PLAYER SECURITY

*Section 1.* **No Discrimination**: There will be no discrimination in any form against any player by the Management Council, any Club or by the NFLPA because of race, religion, national origin or activity or lack of activity on behalf of the NFLPA.

*Section 2.* **Personal Appearance**: Clubs may make and enforce reasonable rules governing players' appearance on the field and in public places while representing the Clubs; provided, however, that no player will be disciplined because of hair length or facial hair.

15

# ARTICLE VIII
# CLUB DISCIPLINE

**Section 1. Maximum Discipline:**

(a)     For the 1993 League Year, the following maximum discipline schedule will be applicable:

Overweight — maximum fine of $50 per lb./per day.

Unexcused late reporting for mandatory off-season training camp, team meeting, practice, transportation, curfew, scheduled appointment with Club physician or trainer, or scheduled promotional activity — maximum fine of $200.

Failure to promptly report injury to Club physician or trainer — maximum fine of $200.

Losing, damaging or altering Club-provided equipment — maximum fine of $200 and replacement cost, if any.

Throwing football into stands — maximum fine of $200.

16

Unexcused late reporting for or absence from pre-season training camp by a player under contract except those signed as an Unrestricted Free Agent pursuant to Article XIX (Veteran Free Agency) — maximum fine of $4,000 per day for the 1993-95 League Years and $5,000 per day for the 1996-99 League Years.

Unexcused late reporting for or absence from pre-season training camp by a player under contract signed as an Unrestricted Free Agent pursuant to Article XIX (Veteran Free Agency) — maximum fine of $4,000 per day for the 1993-95 League Years and $5,000 per day for the 1996-99 League Years, plus one week's regular season salary for each pre-season game missed.

Unexcused missed mandatory off-season training camp, team meeting, practice, curfew, bed check, scheduled appointment with Club physician or trainer, material failure to follow Club rehabilitation directions, or scheduled promotional activity — maximum fine of $1,000.

Material failure to follow rehabilitation program prescribed by Club physician or trainer — maximum fine of $1,000.

Unexcused missed team transportation — maximum fine of $1,000 and transportation expense, if any.