to its lease as consideration for its performance of its obligations under the lease, or are reimbursements for expenses incurred by the Team solely in performing its obligations under the lease;

then, because the Team and its affiliates do not receive any net benefit arising out of the sale of PSLs other than through the stadium construction or improvements paid by the PSL revenues (all PSL revenues being spent on third party costs and charges directly incurred as a result of the PSL sale, or on stadium construction or improvements), none of the proceeds received from the sale of the PSLs would be included in DGR or Excluded DGR. Each of Example Nos. 1 through 6 above assumes that, for one or more reasons, the example does not qualify for the foregoing treatment.

Nothing in the foregoing shall provide any basis to argue that any amounts other than the PSL proceeds, including but not limited to any expense payments, may be treated as DGR, Excluded DGR, or non-DGR under this Agreement. Moreover, the Special Master or the Court would have the authority to examine any transaction involving the Club or any of its affiliates and the Stadium landlord or any of its affiliates, to determine if such transaction transfers, in whole or in part, some or all of the economic benefit of any PSL revenues to the Club or any of its affiliates, and any such transferred economic benefits shall be treated as DGR or Excluded DGR, as appropriate.

NOTE: Premium seat revenues (non-shared amounts) discussed in Subsections (xi)(1) through (xi)(6) call for calculations quite similar to those discussed in Example Nos. 1 through 6 above in calculating "Premium Seat Differences," "Carryover Premium Seat Credits," "Premium Seat Excesses," and "Reductions in Expenses Related to Premium Seats and Luxury Boxes."

# APPENDIX N

## WRITTEN WARNING
## GOOD FAITH EFFORT

*[date]*

Dear [player]:

The Club hereby provides you with written notice that you are failing to exhibit the level of good faith effort which can be reasonably expected from players on this Club. If you do not demonstrate the good faith effort which can be reasonably expected from players on this Club, you will not be entitled to Termination Pay under Article XXIII of the Collective Bargaining Agreement if you are terminated before the end of this season.


[Club Official]
[Club name]

*Extension Agreement 2/25/98

# INDEX

**A**

Acceleration, 102

Access
    to medical records, 186
    to personnel records, 186

Accrued Season, 55, 57, 68, 150, 164
    definition, 5
    for franchise player, 79
    for restricted free agent, 58–59

Active
    List, 75, 85, 164, 176
    Player, 193, 205

Active/Inactive List, 164, 171–172

Advisory Committee, 185

Agent regulation system, 16

Agents  regulated by NFLPA, 16. *See also* NFLPA

Agreement
    definition, 4
    effective date, 219
    expiration date, 219
    extension, 7–8, 43, 95, 203, 219, 225
    negotiation of, 10
    ratification, 221–222
    scope and arbitration, 10
    termination, 154–155, 219

Alcohol and substance abuse, 194–195. *See also* Chemical Dependency;
    Drugs; Substance abuse

Annual, *See* Draft, annual
    Selection meeting, 1993, 43

Annuity, *See* Player Annuity

Answer
    injury grievance, 25. *See also* Injury grievance, non-injury grievance

Anti-Collusion, 67, 145–146, 156, 221
    burden of proof, 151–152
    computation of damages, 153
    costs, 154
    disclosures, 151
    discretion, 151
    effect on computations, 154
    enforcement of provisions, 151
    on remedies, 152–153
    on summary judgment, 152
    other Club conduct, 150–151

Anti-Collusion (*continued*)
    payment of damages, 154
    player election, 153–154
    prior conference, 155
    prohibited conduct, 150
    reimbursement, 154
    termination, 154–155
    time limits, 155
Appeal, 20–21,
    Commissioner discipline, 31
Appearances, 213
Application, 78, 205
    for disputes, 175
    for Final Eight Plan, 80
    for signing period, 78–79
    for total disability benefits, 195
Appointment
    of Special Master, 145
Arbitration, 10, 11, 174, 211
    expedited, 65
Arbitration Panel
    and injury grievance, 27
    involved in non-injury grievance, 21–22
Arbitrator, 29
    decision in committees, 36
    injury grievance procedure, 26
    notice, 20–22
    senior, 21, 27
Arbitrators decision
    of non-injury grievance, 22–23
Attire
    on field, 213
Authorization, 214

**B**
Benefit Arbitrator, 190
    compensation, 208
    role, 208–209
    selection, 208
Benefit Credits, 190–192
Benefits, 9, 88, 142, 160, 211
    definition, 6, 93
    injury protection, 33
    maximum lifetime, 201

Benefits (*continued*)
  projected, 96, 141–142
  retention of, 210
Bert Bell Plan, 93, 94, 169, 189, 191. *See also* Bert Bell/Pete Rozelle NFL
  Player Retirement Plan; Pete Rozelle NFL Player Retirement Plan;
  Retirement Plans
Bert Bell/Pete Rozelle NFL Player Plan (Merged Plan), 23, 29, 83, 85, 93,
  94, 187, 189, 191, 192, 193, 194, 199, 201–202, 205, 207
Bonus
  amounts treated as signing, 103
  completion, 104, 122
  credit for signing bonuses refunded, 105
  expansion, 98
  extension, 101, 137
  incentive, 106, 124, 125, 126–128, 127
  non-guaranteed reporting, 105, 121
  off-season reporting, 104
  off-season roster, 104
  off-season workout, 105
  paid performance, 106
  performance, 70, 105
  pre-season roster, 128
  prior signing, 102–103
  pro-rated signing, 172
  relocation, 105, 122, 160
  reporting, 64
  roster, 64, 70, 172
  salary, 70
  signing, 51, 64, 70, 99, 101, 102, 105, 134–135, 137
  weight, 105
Buyouts and signing bonus, 51

**C**
Canton Hall of Fame game, 162
Capped Year, 57
  definition, 6. *See also* League Year
Career Planning Program, 15, 214
Career-ending injury, 76
Carryover Premium Seat Credit, 90, 92. *See also* PSL
Certification
  contract, 156
  end of League Years, 156–157
  exclusive representation and NFLPA agent certification, 16
  false, 157
  NFLPA agent certification penalty, 16

Check-Off
    authorization, 13
    union security, 13
Chemical Dependency Program, 15. *See also* Alcohol and substance
    abuse; Drugs; Substance abuse
Circumvention, 143
Claim filing, 155
Class Counsel, 51, 87, 135, 150, 187
    definition, 4
Club affiliate, 39, 143, 146, 156, 167
    definition, 4. *See also* Team affiliate
Club discipline
    deduction, 19
    disputes, 19
    maximum discipline, 18–19
    published list, 19
    uniformity, 19
Club physician, 18, 184, 186
    injury grievance, 25, 29
    injury protection, 33, 34
College draft, 5, 11, 29, 64–65, 150, 153, 221
    assignment of draft rights, 46
    compensatory draft selections, 46–47
    definition, 5
    no subsequent draft, 46
    notice of signing, 47
    number of choices, 43
    other professional themes, 44–45
    required tender, 43
    return to college, 45–46
    signing of drafted rookies, 43–44
    subsequent draft, 46
    time of draft, 43
    undrafted rookies, 47
    workouts draft eligible players, 47. *See also* Compensatory Draft; Draft
Commissioner, 16, 99, 167, 185
    and committees, 35
    approval of contract, 156
    definition, 4
    determination by, 157
    disapproval, 39, 143–144. *See also* Exempt Commissioner Permission
    List
Commissioner discipline
    costs, 32
    fine money, 32

**268**

Commissioner discipline (*continued*)
    league discipline, 31
    one penalty, 32
    representation, 31–32
    time limits, 31
Committee Player/Club Operations, 166
Committees, 23
    Advisory, 185
    and Commissioner, 35
    Competition Committee, 36
    Grievance Settlement Committee, 24
    Joint Committee, 35–36
    Player/Club Operations Committee, 36
Compensation, 169, 208
    Benefit Arbitration, 208
    draft choice, 164
    of Special Master, 146
    pre-season training camp, 169
    other, 174
    to players, 162. *See also* Bonus; Incentive; Meal allowance; Salary
Compensatory
    damages, 153
    picks, additional, 160
Compensatory Draft, 11
    definition, 5
    selection, 43, 48, 49, 77, 78. *See also* College Draft; Draft
Competition Committee, 36
Completion
    bonus, 104, 122. *See also* Bonus
Conduct
    other club, 150–151
    prohibited, 150
Conformity
    NFL Player Contract, 38
Consideration between clubs, 64
Consultation and Information Sharing, 150, 156
    consultation and communication, 158
    copies, 159
    meetings, 159
    neutral verifier, 158–159
    notice of invalid contract, 158
    salary summaries, 158
Contact
    waiver system, 83
    work, 166

Contract
    certification, 156
    deferred, 176
    guaranteed, 176
    mid-season, 134
    multi-year, 130
    player's contract, during suspension, 14
    renegotiation and extensions, 136–140
    renegotiation, definition, 6
    split, 175–176
    traded, 133–134. *See also* NFL Player's Contract
Contributions to Savings Plan, 196–197. *See also* specific retirement
    plans; savings plans
Copies, 159
    of contracts, 175
    of medical records, 186
    of personnel records, 186
    requirements for processing, 65
Costs, 154
    and non-injury grievance, 23–24
    Commissioner discipline, 32
    for insurance coverage, 203–204
    injury grievance[Expenses], 29
    of arbitration, 23–24
    of arbitrator, 23–24
    player benefit, 142
    player costs in Rookie Orientation Programs, 53
    postponement, 27
    transcription, 23–24. *See also* Expenses
Credited
    season, 172, 174, 199–200, 201, 205
    service, 169

**D**
Deduction 213
Deferred
    contracts, 176
    salary, 99
Deferred Paragraph 5 Salary, 175. *See also* Salaries
Defined Gross Revenues, 86–94, 141
    definition, 6. *See also* DGR; Excluded DGR; Projected DGR
Definition
    accrued season, 5
    agreement, 4
    annuity starting date, 192

Definition (*continued*)
    benefits, 6
    Class Council, 4
    Club Affiliate, 39
    Commissioner, 4
    compensatory draft, 5
    disability, 192–193
    draft, 5
    draft choice compensation, 5
    drafted rookie, 5
    entering player pool, 48
    final eight plan, 5
    free agent, 5
    guaranteed, 104
    guaranteed league-wide salary, salary cap & minimum team salary,
        6–7
    Impartial Arbitrator, 4
    injury grievance, 25
    league football activity, defined, 193
    league year, 4
    minimum salary, 5
    minimum team salary, 7
    negotiation, 5
    new club, 5
    NFL player contract, 4
    NFL Rules, 4
    NFLPA Player, Group Licensing Program, 13–14
    non-injury grievance, 20
    paragraph 5 salary, 7
    player benefit costs, 93
    player contract, 5
    player costs, 7
    prior club, 5
    Retirement Plan, 191
    Rookie player,  definition, 169
    room, 7
    undrafted rookie, 6
"Deion Rule"[Signing Bonus], 100-101
Dental insurance
    group insurance benefit, 201
    insurance benefits, 202
    insurance extended post-career, 202. *See also* specific insurance
        programs
Designated franchise player, 73
Developmental squad, 173. *See also* Practice squad

DGR, 60, 86–94. *See also* Defined Gross Revenue, Excluded DGR;
    Projected DGR
Disability
    classification rules for total and permanent, 193
    definition, 192–193. *See also* Injuries
Disability benefits
    supplemental contributions, 207
    supplemental extension, 207
    supplemental maintenance, 207
Disagreements
    resolved by Benefit Arbitrator, 208–209
Discipline list
    published, 19
Discovery, 21
    of Impartial Arbitrator, 148
    of Special Master, 146
Dispute, 18, 87, 1148
    and injury protection, 34
    attempt to negotiate, 155
    club discipline, 19
    resolution, 189–190, 209
    with career-ending injury, 76–77
Disputed Adjustments, 139–149
Distributions, 199–200
Documents
    delivery of, 214
Draft, 126
    annual, 49
    between clubs, 55
    definition, 5
    eligible players, 47
    first round, 68
    initial, 44
    next annual, 44
    no subsequent, 46
    picks, 5
    requirements, 48
    rights, 154
    selection, 160
    selections, 69
    subsequent, 46
    supplemental, 49. *See also* College Draft; Compensatory Draft; Draft
        Choice Compensation
Draft Choice Compensation, 6, 45, 46, 47, 49, 55, 57, 59–63, 68–69,
    71, 78–79, 83, 164

272

Draft Choice Compensation (*continued*)
  between clubs, 58
  definition, 5
Draft rights
  assignment, 46
  of clubs, 152
Draft Selection
  and player's original draft round, 59
Drafted
  player, 43
  player on waivers, 50
Drafted Rookie, 44, 46, 65, 152–153
  definition, 5
  Player Contract, 49, 52
  signing, 43–44, 48
Drugs
  illegal, 195. *See also* Alcohol and Substance Abuse; Chemical
  Dependency; Substance abuse
Duration of Agreement, 14, 37
  effective date, 219
  expiration date, 219
  ratification, 221–222
  termination, 219
  termination prior to expiration date, 219–221. *See also* Agreement

**E**
Early Retirement Benefit, 192
Effect
  of rulings of Impartial Arbitrator  148, 148
  of Salary Cap, 154
  on computations, 154
Eligibility, 205
  waiver system, 83. *See also* Waiver system
End of League Years
  certification, 156–157. *See also* League Years
Enforcement of Salary Cap and Entering Player Pool, 74, 150
  circumvention, 143
  Commissioner disapproval, 143
  DGR circumvention, 144
  sanctions, 144
  Special Master action, 143
  Special Master review, 144
  undisclosed terms, 143
Entering Player Pool, 11, 38, 44, 45, 103, 124, 131, 136–137, 143, 219
  adjustment, 160

Entering Player Pool (*continued*)
    calculation, 48–50
    covered league years, 48
    definition, 48
    formula allotment, 48–50, 52
    incentives, 121–122
    operation, 50–54
Excluded DGR, 9, 87–88, 91–92. *See also* DGR; Defined Gross Revenue;
    Projected DGR
Exclusive Representation and NFLPA Agent Certification, 16. *See also*
    NFLPA
Exempt Commissioner Permission List, 55, 174. *See also* List
Expansion
    additional compensatory picks, 160
    bonuses, 98
    clubs, 160
    entering player pool adjustment, 160
    relocation bonus, 160
    teams, 160
    veteran allocation, 160
Expedited Arbitration, 65
Expense, 86, 132
    administrative, 198
    awarded by arbitrator, 24
    deducted from revenues, 139
    for players attending minicamps, 168
    injury grievance, 29
    medical, 9, 93, 189
    moving and travel, 93, 189
    non-injury grievance[Costs], 23–24
    of copies, 159
    of neutral physician, 29
    Rookie Orientation Program, 53
    traveling, 170
Extended insurance
    financing for, 203–204
    limitations and rules for, 202–203. *See also* specific insurance pro-
        grams
Extended Post-Career Medical and Dental Insurance benefits, 190. *See al-
    so* specific Benefits; Insurance programs
Extension of Agreement, 7–8, 43, 95, 203. *See also* Agreement

**F**
False certification, 157

Fees
    initiation, 13
    maintenance, 90
    postponement, 27
    postponement on hearing, 22
Filing, 20
    claim, 155
    in injury grievance, 25
    of non-injury grievance, 22
Final Capped Year, 104, 105, 126, 128, 130–131
    definition, 8
Final Eight Plan, 11, 136
    application, 80
    definition, 5
    increases, 81
    next four teams, 80
    replacement of free agents signed by other club, 80–81
    salary definition, 81
    top four teams, 80
    trade limitation, 81–82
Final League Years, 8, 71, 134
    definition, 7–8. *See also* League Years
Final Special Purpose Letter, 96, 139
Fines
    club discipline, 19
    Commissioner discipline, 32
First Game, 169
First Refusal
    Exercise Notice, 65–66
    Exercise Notice For Restricted Free Agents, 62–63
    Exercise Notice, No and Veteran Free Agency, 63
    Procedures For Restricted Free Agents, 62–63
    Rights, 45, 57, 61, 79, 83, 164
Franchise and transition player, 5, 6, 43, 49
    compensatory draft selection, 77–78
    designations, 68
    duration of designation, 73–75
    franchise player designation, 73–74
    franchise player designation period, 74–75
    lists, 72
    other terms, 77
    prospective designation, 77
    required tender for franchise players, 68–72
    right to decline, 77
    rights of first refusal for transition players, 72

Franchise and transition player (*continued*)
  salary information, 72–73
  signing period for franchise players, 78–79
  signing period for transition players, 78
  transition player designation period, 74–75
Free Agent, 45, 153
  definition, 5
Free Agent List, 67. *See also* List
Funding
  of deferred and guaranteed contracts, 176

**G**
Good faith
  negotiation, 40–41
  of required tender, 58
Governing Agreement
  conflicts, 9
  implementation, 9
  management rights, 9
  rounding, 9
Governing law, 223
Grievance
  initiated, 20
  procedure, 11
  received, 20
  resolving, 20–21
Grievance. *See also* Injury grievance; Non-injury grievance
Grievance Settlement Committee, 24
Group Insurance
  administration, 204
  financing for extended insurance, 203–204
  group insurance benefits, 201–202
  programs, 93, 189. *See also* specific insurance programs
Guaranteed
  contracts, 176
  definition, 104
Guaranteed League-Wide Salary & Minimum Team Salary, 4, 95
Guaranteed League-Wide Salary, Salary & Minimum Team Salary, 8, 11
  definition, 6–7
Guaranteed League-Wide Salary, Salary Cap, & Minimum Team Salary, 144
  30% Rules, 134–135
  accounting procedures, 138–142
  compensation of team salary, 97
  definitions, 86–93

**276**

Guaranteed League-Wide Salary, Salary Cap, & Minimum Team Salary
   *(continued)*
   guaranteed league-wide salary, 95
   minimum team salary, 96
   renegotiations and extensions, 136–137
   salary cap amounts, 95
   trigger, 94–95
   valuation of player contracts, 98–133

**H**
Hearings, 140, 209
   injury grievance, 27, 29
   of non-injury grievance, 22–23
   prehearing briefs, 21
   transcribing of, 27
Honors
   and recognized media, 122–123

**I**
Impartial Arbitrator, 3, 44, 55, 57, 61, 65, 73, 74, 76, 78, 94, 99, 105,
     132–133, 175
   compensation of, 148
   definition, 4
   effect of rulings, 148
   procedures, 148
   scope of authority, 148
   selection, 148–149
Inactive List, 85, 163, 176. *See also* List
Incentive
   additional incentive rules for veterans, rookies, individuals and teams,
     123–130
   and Veteran Free Agency, 64
   based on another player's performance, 122
   based on Club performance, 64
   bonus, 106, 124, 125, 126–127, 127  128
   bonus for rookie, 122
   clause, 128–129
   entering player pool incentives, 121–122
   for rookie, 54
   individual incentives, 108–109
   likely to be earned, 54, 64
   performance, 130
   rookie "likely to be earned" incentives, 110–120
   team incentives, 107
   team performance-related, 134. *See also* Bonus

Individually negotiated limitations on player movement and veteran free
    agency, 65–66
Initial Special Purpose Letter, 204
Injured Reserve List, 30. *See also* Active/Inactive List
Injury, 166
    as an Active Player, 194–195
    career-ending, 76
    during minicamps, 168
    non-football, 174
    non-injury circumstances, 76
    protection, 93, 189
Injury grievance, 69
    answer, 25
    appeal, 26–27
    arbitration channel, 27
    definition, 25
    discovery, 30
    expenses, 29
    filing, 25
    hearing, 27–28
    information exchange, 30
    miscellaneous issuers, 28
    neutral physician, 26
    payment, 29
    pension credit, 29
    playoff money, 29–30
    presumption of fitness, 29. *See also* Non–injury grievance
Injury protection
    benefit, 33
    disputes, 34
    qualification, 33
Insurance coverage. *See* COBRA coverage; Dental insurance; Extended in-
    surance coverage; Medical insurance
Insurance programs. *See* specific insurance programs

**J**
Joint Committee, 35–36. *See also* Committee

**L**
Labor
    exemption, 217
Labor Relations, 158–159
League
    discipline, 31
    disclosures, 151

League Security, 214
League Year,
    definition, 4
    Final, 216
Life insurance
    group insurance benefit, 201. *See also* specific insurance programs
"Likely to be Earned." *See* Incentives
Limits
    of active players, 163
List
    Active, 75, 85
    Active/Inactive List, 164
    Active/Inactive List Limit, 163, 165
    Discipline List, Published, 19
    Exempt Commissioner Permission List, 55, 174
    Free Agent List, 67
    Inactive List, 85, 163, 176
    Injured Reserve List, 30
    Minimum Active/Inactive List Salaries, 5, 9
    Non- Football Injury or Illness List, 167
    Size Active and Inactive List Limit, 163
    Size Inactive List, 163
Loans, 131
LTBE, *See* Incentives

**M**
Maintenance of Retirement Plans, 191. *See also* specific retirement plans
Management Council, 1, 9, 14–17, 20–22, 25, 27, 28, 30–32, 35, 36,
    38, 39, 51, 84, 105, 135, 174, 204, 208, 211, 213, 214, 219,
    221
Matching Contributions to Savings Plan, 197–198
Maximum Annual Allocation Amount, 89–90
Meal allowance reimbursement, 177
Medical insurance
    benefits, 202
    extended post-career, 202
    group insurance benefit, 201. *See also* specific insurance programs
Merged Plan. *See* Bert Bell/Pete Rozelle Plan
Mid-season contracts, 134. *See also* Contracts
Minicamps, 166
    contact, 168
    expenses, 168
    injuries, 168
    length, 168
    number, 168

Minimum
    Active/Inactive List Salaries, 5, 9, 43, 45, 55
    Contributions to Savings Plan, 197–198
    Paragraph 5 Salaries, 174
    salaries, 9, 164
    after 1999, 174
    increase, 174
    salaries, definition, 5. *See also* Salaries
Minimum Team Salary, 96–97, 142, 143
    definition, 7
Mutual reservation of rights: labor exemption
    CBA expiration, 217–218
    labor exemption, 217
    rights under law, 217

**N**
National Football League Players Association. *See* NFLPA
National Football League Management Council. *See* Management Council
Negotiation, 150
    Club's rights, 151
    definition, 5
    for Unrestricted Free Agent, 57
    of Agreement, 10
    rights, exclusive, 134. *See also* Good faith negotiation
Neutral Physician
    injury grievance, 25, 28–29
Neutral verifier, 158–159
New Club, 62, 64, 70, 72
    definition, 5. *See also* Old Club; Prior Club
NFL Competition Committee. *See* Competition Committee
NFL Constitution and By-Laws, 11, 20
    definition, 4
NFL Draft. *See* Draft.
NFL Player Contract, 6, 7, 9, 11, 16, 20, 25, 37, 41, 42, 43, 44, 46, 52,
    58, 61, 63, 69, 72, 74, 75, 76, 77, 78, 80, 94, 97–99, 102, 104, 123,
    125, 126, 132, 133, 134, 135, 136, 150, 152, 156, 164–165, 170
    and non-injury grievance, 20
    changes, 37
    Commissioners disapproval, 39–40, 143–144
    conformity, 38
    definition, 4, 5
    determining the salary, 136
    expiration of, 61
    for franchise Players, 68
    form, 37

NFL Player Contract (*continued*)
    general, 37
    good faith negotiation, 40–41
    injury grievance, 23
    included in team salary, 97
    multi-year, 100
    NFLPA Group Licensing Program, 40
    not modified by Principal Terms, 63
    requirements for rookie, 50–51
    term, 37
    variation, 98
    See also Contracts
NFLMC. *See* Management Council
NFLPA, 3, 9, 10, 11, 13, 14, 15, 20, 22, 23, 26, 27, 28, 29, 31, 32, 34,
       35, 38, 46, 55, 58, 72, 84, 90, 91, 96, 97, 140, 143, 144, 146,
       147, 148, 151, 154, 155, 157, 158, 167, 168, 183, 185, 201,
       205, 221, 224
    address, 67
    agent certification enforcement, 16
    agent certification exclusive representation, 16
    certified agents, 174–175
    enforcement, 16
    exclusive representation, 16
    Group Licensing Program, 40
    meetings and union security, 13
    penalty, 16
    responsibility in union security, 15
    sponsoring orientation, 15
    tickets, 213
    union security and NFLPA requirements, 13
    union security and NFLPA responsibility, 15
No-trade clause, 83
Non
    cash provisions, 131–133
    football injury, 55, 161, 174
    football injury or illness list, 167
    guaranteed reporting bonus, 105, 121
Non-injury grievance, 10, 11, 14, 35, 167, 174, 211
    appeal, 20–21
    arbitration panel, 21–22
    arbitrator's decision and award, 23
    costs, 23–24
    definition, 20
    discovery, 21
    filing, 20

Non-injury grievance (*continued*)
    Grievance Settlement Committee, 24
    hearing, 22–23
    initiation, 20
    payment, 24
    representation, 23
    time limits, 23. *See also* Injury grievance
Notice
    and Veteran Free Agency, 66–67
    Arbitrator, 20–22
    hand delivered, 224
    notice of invalid contract, 158
    of invalid contract, 158
    of signing, 58
    of signing by veteran with less than three accrued seasons, 55
    of signing drafted rookie, 47
    of signing undrafted rookie, 47
    of termination  in waiver system, 83
    Personnel, 84
Number
    of regular season games, 175

**O**
Off-Season Workouts
    bonus, 105
    enforcement, 167
    injuries, 166
    miscellaneous, 166
    payment, 166
    pre-training camp, 166–167
    time period, 166
    voluntary workouts, 166
Offer Sheet, 62, 63, 64, 66, 67, 70, 98, 150, 156
    and Principal Terms, 63–64
    for Restricted Free Agents, 62–63
Old Club
    and incentives, 64. *See also* New Club; Prior Club
Option Clause, 11
    existing option clauses, 42
    prohibition, 42
Orientation
    during timing and testing sessions, 15
    Rookie Orientation Program, player reimbursement, 53
    Rookie Orientation Program, evaluation, 53–54

**P**

Paragraph 5 Salary, 57, 59, 61, 64, 65, 70, 81, 85, 99, 100
    definition, 7
Parol Evidence, 214
Payment, 70, 166, 174–175
    and non-injury grievance, 24
    calculation, 51
    minimum workout payments, 51
    Rookie Orientation Program, 53
    of damages, 154
    of injury grievance, 29
    of salaries, 174–175. *See also* Bonus; Benefits; Compensation
Penalty
    and NFLPA Agent Certification, 16
    assessed by Special Master, 147
    Commissioner discipline, 32
    negotiating rights of players, 55
Performance
    bonus, 70, 105
    categories, 125–126, 129
    incentives, 130
    issuers, 129
    physically unable, 161
Personal Seat Licenses. *See* PSL
Personnel information
    NFLPA's right to, 84
Pete Rozelle NFL Player Retirement Plan (Peter Rozelle Plan), 93, 94, 169,
    189. *See also* Bert Bell NFL Player Retirement Plan; Bert Bell/Pete NFL
    Player Retirement Plan; Retirement Plan
Physical examination, 29, 167
    in injury protection, 33
Physically unable to perform. *See* PUP
Physician
    club, 26, 29
    neutral, 26, 28–29, 29
    orthopedic, 26
    treating, 26
Player Affiliate, 1, 39, 57, 70, 94, 143, 146, 156
    definition, 4
Player Annuity Program, 94, 133, 187, 189–190
    contributions, 198–199
    definitions, 198
    eligibility, 199–200
    establishment, 198

Player Benefit Costs, 142
    1998 Amendment benefits, 187–188, 190
    definition, 93, 188–189
    general right of reduction, 187
    resolution of disputes, 189–190
    right of restoration, 188. *See also* Benefit; Incentive; Salary
Player Costs, 9, 88, 139, 160
    definition, 7. *See also* Costs
Player Second Career Savings Plan. *See* Savings Plan
Player security
    no discrimination, 17
    personal appearance, 17
Players Association. *See* NFLPA
Player's Contract
    during suspension, 14. *See also* Contract
Player/Club Operations Committee, 36, 166
Post-season pay, 30, 187
Practice squad, 174
    eligibility, 164–165
    or development squad, 55
    player, 164
    restriction in size, 164
    salary, 164
    signing with other clubs, 164. *See also* Developmental Squad
Pre-season, 163
    game, 40, 169–170
    per diem, 189
    per diem amounts, 93
    physical, 184–185
    roster bonus, 128
Principal Term, 62, 65, 70
    and Veteran Free Agency, 63–64
    of Offer Sheet, 63–64
Prior
    Club, 6, 55, 58, 60, 62, 64, 65, 70, 72, 76, 78, 151, 220, 256
    Club and Restricted Free Agents, 58
    conference, 143, 155
    signing bonuses, 102–103
    team, 61, 78
Prior Year Salaries, 57, 68–69, 71, 73, 75, 76, 77
    definition 5-6
Pro-rated
    signing bonus, 172

Procedures
    of Impartial Arbitrator, 148
    of Special Master, 146–147
Projected benefits, 9, 96, 141–142
    adjusted, 142
    definition, 7. *See also* Benefits
Projected Defined Gross Revenues, 95, 187, 190
Projected DGR, 48, 81, 140–141, 171, 174
    definition, 7. *See also* DGR; Excluded DGR
Proration
    of signing bonuses, 99
PSL
    difference, 89
    excess, 90
    first-year increases, 89
    revenues, 89–90, 92
PUP, 161, 167, 174

**Q**
Qualifying Offer, 9, 60, 61–62, 67, 88, 97, 216
    and Restricted Free Agent, 65
    for Restricted Free Agents, 58

**R**
Recruitment
    of an unsigned player, 132
Refusal Exercise Notice. *See* First Refusal Exercise Notice
Related Entities, 88
Release
    waiver system, 83. *See also* Waiver system
Releases and Covenants Not to Sue, 11, 37, 220
Relocation
    bonus, 105, 122, 160
Remedies, 152–153
Renegotiation
    and extensions, 136–140
    and Rookie, 57
    contract, 123–124
    definition, 6
    during the term of Player Contract, 6
    of a Player Contract, 74
    of an existing Player Contract, 70
Reporting bonus
    off-season, 104
    under the Player Contract, 64. *See also* Bonus; Incentive

Representation, 31–32
    and non-injury grievance, 23
Required tender, 9, 43, 44, 69, 77, 88
    and Rookie Allocation, 50
    definition, 6
    for Franchise Players, 68–70
    for Transition Players, 71–72
    good faith negotiation, 41. *See also* Tender
Reserve PUP List, 55. *See also* PUP
Restricted Free Agency
    definition, 6
    player qualifications, 6
Restricted Free Agent, 65, 71, 72, 151–152, 156, 176
    and Qualifying Offer, 65
    definition, 6
    signing period, 73
Retirement
    Board, 193
    of players, 133
Retirement Plan
    additional credited seasons, 191
    alcohol and substance abuse, 194–195
    classification rules for total and permanent disability, 193
    contributions, 191
    decrease investing requirement, 192
    definition, 191
    increase in past service credit, 192
    limits on retroactive benefits and claims, 194
    line-of-duty disability benefit, 192–193
    maintenance, 191
    psychological/psychiatric disorders, 195. *See also* Bert Bell NFL Player
        Retirement Plan; Bert Bell/Pete Rozelle Retirement Plan; Pete
        Rozelle NFL Player Retirement Plan; specific savings plans
Right of First Refusal, 44, 46, 60, 62, 63, 65, 73, 150–151
    definition, 6
    for Restricted Free Agents, 58–59
    for transition players, 72. *See also* No Right of First Refusal
Rights
    preservation of, 212
    under law, 217
Rookie, 99, 100
    25% rule for rookies, 51
    allocation, 48, 49–50, 160
    and Contract requirements, 50–51
    and minimum workouts payments, 51

Rookie (*continued*)

    and Player Contract requirements, 50–51

    contract, 126

    definition, 6

    Free Agent, 45

    insurance coverage, 201

    likely to be earned incentives, 110–120

    Orientation Camps, 132

    per diem, 169

    player, 3

    player definition, 169

    undrafted, 3

    without renegotiation, 57. *See also* Drafted Rookie; Undrafted Rookie

Rookie Orientation Program

    evaluation of, 53–54

    per player reimbursement, 53

Room

    definition, 7

    in rookie allocation, 50

Roster

    bonus, 70, 172

    bonus under the Player Contract, 64

    bonus, off-season, 104

    categories, 100

    exemption, 161–162

    exemption time limits, 162

    final, 84

    reduction, 161

Rules

    25% Rule for Rookies, 51, 52, 125, 135

    30% Rules, 134–135

    CFL rule, 161

    for classification of total and permanent disability, 193

**S**

Salaries, 171-175

    calculation of ten largest, 72

    of various team positions, 73. *See also* specific salary categories

Salary

    advance, 103–104

    advances, 131

    bonus, 70

    camp, 142

    deferral, 137

Salary (*continued*)
  deferred, 99
  definition, 4, 69–70, 81, 94
  drafted rookie salary, 97
  for Restricted Free Agent, 63–64
  fully guaranteed, 104
  increase requirements for Rookie, 50–51
  Information, 72–73
  information in NFL Player Contract, 38
  minimum, 164
  minimum team salary, 97
  reduction contributions, 189
  requirements minimum salary, 51
  summaries, 158
  team, 99, 100, 101, 102
  team salary, 97. *See also* Bonus; Incentive; Paragraph 5 Salary; Prior
  Year Salary; Team Salary
Salary Cap, 6–7, 39, 69, 103, 130–131, 154, 158, 203
  definition, 7
  for Rookie, 53
Savings Plan
  contributions, 196–197
  establishment, 199
  maintenance, 196. *See also* Second Career Savings Plan
Scope of authority
  of Impartial Arbitrator, 148
  of Special Master, 145–146
Scouting Combine, 15, 47
Season, 127
Second Career Savings Plan, 93, 94, 188, 189, 190. *See also* Savings Plan
Selection, 208
  of Impartial Arbitrator, 148
  of Special Master, 147
Senior Arbitrator, 21
  arbitration panel, 27
Settlement Agreement, 11, 158
  definition, 4
Severance pay, 94
  amount, 205
  application, 205
  eligibility, 205
  failure to apply, 206
  nonassignability, 206
  only one payment, 206
  payable to survivor, 206

Severance pay (*continued*)
    payment, 205
    prior severance pay, 206
Signing bonus, 5–6, 70, 99, 101, 102–103, 105, 134–135, 137
    amounts treated as, 103
    and time of buy-out, 51
    for Unrestricted Free Agents, 57
    prorata portion, 70
    under the Player Contract, 64. *See also* Bonus
Signing period, 67, 69
    definition, 60–61
    for Restricted Free Agents, 60–62
    for transition players, 78
    for Unrestricted Free Agents, 57–58
    in waiver system, 83
    of Restricted Free Agent, 73
Special Master, 40, 87, 150, 152, 153–155, 157
    action, 143
    appointment, 145
    compensation, 146
    definition, 4
    discovery, 146
    penalties, 147
    procedures, 146–147
    proceeding, 139–140
    review, 143
    scope of authority, 145–146
    selection of, 147
Split contracts, 175–176
"Spillover" (Excess EDGR), 88
Squad
    developmental, 174
    practice, 163–164, 174
    size active and inactive list limit, 163
    size Inactive list, 163
    size pre-season, 163. *See also* Developmental squad; Practice squad
Standard Minimum Pre-Season Physical, 184–185
Stipulation and Settlement Agreement, 81, 99–100, 131, 137
    definition, 4
Subsequent draft. *See* Draft, subsequent
Substance Abuse, 194–195
    alcoholic steroids and related substances, 185
    drugs of abuse and alcohol, 185
    general policy, 185
Summary judgment, 152

Supplemental Disability Plan, 93, 187, 189
Supplemental draft. *See* Draft, supplemental
Suspension, 19

**T**
Team, 91, 98, 131, 141
    incentives, 107
    performance issues, 130
    performance-related incentive, 134
    rights, 98
Team Affiliate, 1, 57, 70, 88, 89, 90, 91, 92, 94, 97, 131
Team Salary, 9, 51, 97, 99, 100, 102, 105–106, 131, 136
    definition, 7
    right to exercise option, 52
    summaries, 158. *See also* Salaries
Tenders, 97–98
Termination, 154–155
    of Agreement, 154–155
    of drafted rookie, 152–155
    pay, 98
    pay eligibility, 85
    pay ineligibility for termination pay, 85
    pay liability, 98
    pay regular season signings, 85
    prior to expiration date, 37
    through waivers, 84
Time limits, 31, 155
    injury grievance [financing], 25
    non-injury grievance [initiation], 20
Time off
    days off, 178
    requirements, 178
Time periods, 166, 214
Traded contracts, 133–134
Training camp, 103, 166–167
    pre-season, 162
    definition, 169
    expenses, 170
    number of games, 170
    reporting, 169
    room and board, 169
    telephones, 170
    veteran per diem, 169

Transition player, 5, 65, 70, 71, 73, 151, 216
    designation, 71
    signing period, 78
Treating Physician
    injury grievance, 25. *See also* Physician
Trigger for Guaranteed League-wide Salary, Salary Cap, and Minimum
    Team Salary, 94–95

**U**
Uncapped Year, 48, 62, 95
    definition, 7
Undisclosed terms, 143
Undrafted Rookie, 46, 47, 150
    definition, 6
    Free Agent, 44
    Player Contract, 52
    salary of, 50
Undrafted rookie player. *See also* Drafted Rookie; Drafted Player
Union security, 10, 11, 13–15
    and NFLPA meetings, 13
    and NFLPA requirements, 13
    check-off, 13
    disputes, 14
    NFLPA Player Group Licensing Program, 13–14
    NFLPA responsibility, 15
    orientation, 15
    procedure for enforcement, 14–15. *See also* NFLPA
Unrestricted Free Agency, 5
    player qualifications, 5
Unrestricted Free Agent, 38, 68, 71, 72, 77, 79, 150, 151–152, 156, 216
    definition, 6
Unrestricted Free Agents, 57–58, 71
Upgraded Tender, 60. *See also* Required Tender; Tender

**V**
Veteran
    allocation, 160
    definition, 6
    Player Contract, 135, 136
Veteran Free Agency, 6, 11, 66–67, 69, 77, 152, 161–162, 216, 221
    expedited arbitration, 63
    individually negotiated limitations on player movement, 65–66
    Offer Sheet and First Refusal Procedures, 62–63
    restricted free agents, 58–62

Veteran Free Agency (*continued*)
    signing period for Unrestricted Free Agents, 57–58
    Unrestricted Free Agents, 57–58
Veteran Free Agency Notices, 66–67
Veteran player, 136
    and Player Contract, 129
    contract, 136
    definition, 169
    insurance coverage, 201
Veterans with less than three accrued seasons, 11, 45, 161
    accrued seasons calculation, 53
    negotiating rights, 53
    notice of signing, 53–54
Voluntary workouts, 166

**W**
Waiver
    procedures, 83
Waiver system, 11, 44, 76, 80, 152–153
    contact, 83
    ineligibility, 83
    NFLPA right to personnel information, 84
    notice of termination, 83
    release, 83
    rosters, 84
Weight bonus, 105. *See also* Bonus
Workers' Compensation, 10, 11, 93, 189
    arbitration, 211
    benefits, 211
    joint study, 211
    moratorium, 211–212
    preservation of rights, 212
    rejection of coverage, 211
    reopener, 212