# APPENDIX K

## EXTENSION CHART

Salary Cap as Percentage of DGR

|                   | 02 | 03    | 04    | 05   | 06   | 07 |
|-------------------|----|-------|-------|------|------|----|
| *If notice given (1)* | 64 | 64.25 | 64.75 | 65   | 65   | U  |
| *If no notice given*  | 64 | 64.25 | 64.75 | 65.5 | 64.5 | U  |

U = Uncapped

*\*Extension Agreement 1/8/02*

(1) Notice may be given by either party.

Appendix L

# APPENDIX L

## OFF-SEASON WORKOUT RULES

The Collective Bargaining Agreement with the NFLPA provides that, except for certain specified mini-camps, any off-season workout programs or classroom instruction shall be *strictly* voluntary. No Club official shall indicate to a player that the Club's off-season workout program or classroom instruction is not voluntary (or that a player's failure to participate in a workout program or classroom instruction will result in the player's failure to make the Club). Off-season programs may take place for *fourteen* weeks between the end of the previous season and ten days prior to the start of veteran training camp. The CBA limits such workouts to four days per week; *such workout programs are not permitted on* weekends. Included in the *fourteen* weeks may be no more than fourteen days of organized team practice activity. This does not preclude any player from working out on his own on other days, including weekends. Contact work (e.g., "live" blocking, tackling, pass rushing, bump-and-run), is expressly prohibited in all off-season workouts.

Voluntary off-season workout programs are intended to provide training, teaching and physical conditioning for players. The intensity and tempo of drills should be at a level conducive to learning, with player safety as the highest priority, and not at a level where one player is in a physical contest with another player.

Teams are to provide their players and the Management Council the *schedule* for the program, including designation of any days on which organized team practice activity will take place, *pursuant to the rules set forth in Article XXXV of the CBA*, and any changes *to the schedule for the program*.

The following rules shall also apply to the fourteen days of organized team practice activity:

- No pads except protective knee or elbow pads. Helmets are permitted.
- No live contact; no live contact drills between offensive and defensive linemen.
- 7-on-7, 9-on-7 and 11-on-11 drills will be permitted, providing no live contact takes place.
- The NFL will monitor all Clubs during the off-season to ensure player safety and adherence to live contact guidelines.
- Maximum six hours per day, with a maximum two hours on field, for any player.

*\* Extension Agreement 1/8/02*

# APPENDIX M

## PSL EXAMPLES

Without limitation on any other example, the following are examples of the operation of the rules in Article XXIV (Guaranteed League-wide Salary, Salary Cap & Minimum Team Salary), Section 1(a), concerning Personal Seat Licenses (PSLs):

### 1. Subsection (x)(1) — Maximum Annual Allocation Amount

Year 1 (1996)  PSL revenues received = $ 45 million
Remaining life of PSL = 16 years
WSJ Treasury *Note* rate at 2/1/96 - 8%
Factor-Future Value of 8% annuity 15 years (maximum)
= 27.152 (annual compounding)
Future Value of $3 million/year for 15 years
= $3 million x 27.152 = $81.456 million
Interest Amount      = $81.456 million - $45 million
= $36.456 million

Year 1 Annual Interest Allocation
= $36.456 million/15 years = $2.43 million/year

Year 1 PSL Allocation Amount
= PSL Amount = $45 million/15 years = $3.00 million
+ Allocated Interest                = $2.43 million
Total Year 1 Allocation             = $5.43 million

1996 PSL Maximum Annual Allocation Amount        = $5.43 million

259

Appendix M

**Year 2 (1997)**    PSL revenues received = $ 30 million
Remaining life of PSL = 15 years
WSJ Treasury *Note* rate at 2/1/97 - 7%
Factor-Future Value of 7% annuity 15 years = 25.129
(annual compounding)
Future Value of $2 million/year for 15 years

| | | |
|---|---|---|
| = $2m x 25.129 | = $50.258 million | |
| Interest Amount | = $50.258 million - $30 million | |
| | = $20.258 million | |

Year 2 Annual Interest Allocation
= $20.258 million/15 years = $1.35 million/year

Year 2 PSL Allocation Amount

| | | |
|---|---|---|
| = PSL Amount=$30 million/15 years | = $2.00 million |
| + Allocation Interest | = $1.35 million |
| Total Year 2 Allocation | = $3.35 million |

PSL Maximum Annual Allocation Amount

| | | |
|---|---|---|
| Year 1 PSL Allocation Amount | = $5.43 million |
| Year 2 PSL Allocation Amount | = $3.35 million |
| 1997 PSL Maximum Annual Allocation Amount | = $8.78 million |

**260**

**Year 3 (1998)**   PSL revenues received = $ 7 million
Remaining life of PSL = 14 years
WSJ Treasury *Note* rate at 2/1/98 - 7.5%
Factor-Future Value of 7.5% annuity 14 years = 23.366
Future Value of $.5 million/year for 14 years
= $.5m x 23.366          = $11.683 million
Interest Amount          = $11.683 million - $7 million
                         = $ 4.683 million

Year 3 Annual Interest Allocation
= $4.683 million/14 years = $.335 million/year

Year 3 PSL Allocation Amount
= PSL Amount = $7 million/14 years  = $ .500 million
+ Allocated Interest                = $ .335 million
Total Year 3 Allocation             = $ .835 million

PSL Maximum Annual Allocation Amount
Year 1 PSL Allocation Amount         = $5.430 million
Year 2 PSL Allocation Amount         = $3.350 million
Year 3 PSL Allocation Amount         = $ .835 million
1998 PSL Maximum Annual Allocation Amount = $9.615 million

## 2. Subsection (x)(2) — PSL Revenues Used For Stadium Construction Or Renovation

Assume the Team sells PSLs on the following terms:
- Gross PSL revenues received in 1996 = $45 million
- Income taxes paid on PSL revenues in 1996 = $12 million
- Legal and marketing costs incurred relating to PSL revenues = $6 million
- Stadium renovation costs = $56 million

The PSL revenues included in DGR, subject to the rules in Subsections (x)(3) through (x)(7), would be $45 million.

Assume that only the net PSL revenues of $27 million were used in the renovation project ($45m - ($12m + 6m)) and the total stadium renovation costs were $30 million.

The PSL revenues excluded from DGR in this example would be limited to $27 million, subject to the rules in Subsections (x)(3) through (x)(7). The PSL Maximum Annual Allocation Amount, however, would be calculated based upon the gross revenues of $45 million.

Appendix M

## 3. Subsection (x)(2) — Maximum Exclusion Of PSL Revenues Each League Year

For purposes of this subsection, Excluded DGR spillover shall be calculated as follows for each Team:

- Assume that the new stadium's first full year of operation is 1998.
- Assume that the Team's Excluded DGR data is as follows:

|              | 1997      | 1998       |
|--------------|-----------|------------|
| Excluded DGR | $5 million | $15 million |

If the League, as a whole, is in a spillover situation in 1998, then the increase in DGR due to spillover would be $10 million ($15 million - $5 million).

If the League is not in a spillover situation in 1998, the increase in DGR due to spillover would be zero.

## 4. Subsection (x)(3) — PSL Difference Credited To DGR

a. Assume that the new stadium is placed in service in June 1998.

1998 increase in DGR directly related to new stadium:
- Increase in gate receipts       $6 million
- Increase in DGR spill-over      $2 million
- Total DGR increase              $8 million

Cumulative PSL Difference:

| Year | PSL Maximum Annual Allocation Amount | First Year DGR Increase | PSL Difference |
|------|--------------------------------------|-------------------------|----------------|
| 1996 | $5.430 million | $8 million (assumed) | 0 |
| 1997 | $8.780 million | $8 million (assumed) | $.780 million |
| 1998 | $9.615 million | $8 million | $1.615 million |
| Cumulative PSL Difference | | | $2.395 million |

For purposes of computing the PSL Difference, we assume that the increase in DGR was the same for 1996 and 1997 (years prior to the first full year the new stadium was placed into service) as it is in the first full year in the new stadium was placed into service ($8 million).

$2.395 million would be credited into DGR in the 1999 League Year.

262

b. Assume that the new stadium is placed in service in June 1998.

1998 increase in DGR directly related to new stadium:
- Increase in gate receipts          $ 9 million
- Increase in DGR spill over          $16 million
  Total DGR increase                  $25 million

Cumulative PSL Difference:

| Year | PSL Maximum Annual Allocation Amount | First Year DGR Increase | PSL Difference |
|---|---|---|---|
| 1996 | $5.430 million | $25 million (assumed) | 0 |
| 1997 | $8.780 million | $25 million (assumed) | 0 |
| 1998 | $9.615 million | $25 million | 0 |
| Cumulative PSL Difference | | | 0 |

**Since the increase in DGR in the first full year is greater than the PSL Maximum Annual Allocation Amount for each prior year in which such Allocation Amount was used, then there is no PSL Difference in any prior year.**

No amount would be credited into DGR in the 1999 League Year.

### 5. Subsection (x)(5)  Carryover PSL Credit

Assume the following:
- New Stadium is placed in service in June 1998.
- 1999 - 2002 Maximum Annual Allocation Amount is $9.615 million.
- Increases in DGR directly related to New Stadium are as follows:
  | 1999 | $ 8 million |
  |---|---|
  | 2000 | $ 9 million |
  | 2001 | $14 million |

The Carryover PSL credits are calculated as follows:

| 1999 | $9.615m - $8m = $1.615m |
|---|---|
| 2000 | $9.615m - $9m = $ .615m |
| 2001 | (No carryover PSL credits) |

Under this scenario, year 2001 has a PSL Excess of $4.385 million ($14m-$9.615m). The Carryover PSL credits of $2.230 million from 1999 and 2000 ($1.615m + $.615m) can be deducted in full from DGR in League Year 2001. There would be no remaining Carryover PSL credits to deduct from DGR in future League years.

263

Appendix M

## 6. Subsection (x)(6)  Reduction In Premium Seat And Luxury Box Expenses

Assume that $80 million in PSL revenues are used to fund the New Stadium which has a total construction cost of $200 million. If the annual expenses relating to luxury boxes and premium seats are $5 million, the reduction in such expenses would be $2 million, computed as follows: $5 million x ($80 million/$200 million) = $2 million.

## 7. PSL Revenues Not Benefitting The Team Or Any Team Affiliate Except Through A New Or Improved Stadium

In any case where:

(i)    PSLs are sold by a Team or by a third party (such as a stadium corporation, a nonprofit private sector entity, or a governmental entity) pursuant to Team authorization; and

(ii)   all net proceeds of such PSL sale are used to build a new stadium or construct improvements to an existing stadium in which the Team will play upon completion, or is then playing and will continue to play (net proceeds are all gross proceeds net of (a) taxes and (b) expenses (e.g., legal costs, marketing expenses, or securities registration fees) if such taxes and expenses are directly incurred as the result of the PSL sale, and do not benefit the Team or any of its affiliates, either directly or indirectly, other than through the stadium construction or improvements paid by the PSL revenues); and

(iii)  such new or improved stadium is owned by a party not affiliated with the Team, such as a governmental entity or a private sector for-profit or nonprofit entity; and

(iv)  the Team (and all Team affiliates) have only a leasehold interest, and no reversionary interest in the stadium (that is, if the Team or any Team affiliate wishes to acquire any title to the stadium, it must do so in a separately negotiated arms'-length transaction); and

(v)   neither the Team nor any of its affiliates receives any payments, long-term loans, forgiveness of indebtedness, or other consideration from the Stadium landlord or any of its affiliates, other than payments that are due to the Team pursuant to its lease as consideration for its performance of its obligations under the lease, or are reimbursements for expenses incurred by the Team solely in performing its obligations under the lease;

264

<u>then</u>, because the Team and its affiliates do not receive any net benefit arising out of the sale of PSLs other than through the stadium construction or improvements paid by the PSL revenues (all PSL revenues being spent on third-party costs and charges directly incurred as a result of the PSL sale, or on stadium construction or improvements), none of the proceeds received from the sale of the PSLs would be included in DGR or Excluded DGR. Each of Example Nos. 1 through 6 above assumes that, for one or more reasons, the example does not qualify for the foregoing treatment.

Nothing in the foregoing shall provide any basis to argue that any amounts other than the PSL proceeds, including but not limited to any expense payments, may be treated as DGR, Excluded DGR, or non-DGR under this Agreement. Moreover, the Special Master or the Court would have the authority to examine any transaction involving the Club or any of its affiliates and the Stadium landlord or any of its affiliates, to determine if such transaction transfers, in whole or in part, some or all of the economic benefit of any PSL revenues to the Club or any of its affiliates, and any such transferred economic benefits shall be treated as DGR or Excluded DGR, as appropriate.

NOTE: Premium seat revenues (non-shared amounts) discussed in Subsections (xi)(1) through (xi)(6) call for calculations quite similar to those discussed in Example Nos. 1 through 6 above in calculating "Premium Seat Differences," "Carryover Premium Seat Credits," "Premium Seat Excesses," and "Reductions in Expenses Related to Premium Seats and Luxury Boxes."

*Extension Agreement 1/8/02*

Appendix N

# APPENDIX N

## WRITTEN WARNING
## GOOD FAITH EFFORT

[date]

Dear [player]:

The Club hereby provides you with written notice that you are failing to exhibit the level of good faith effort which can be reasonably expected from players on this Club. If you do not demonstrate the good faith effort which can be reasonably expected from players on this Club, you will not be entitled to Termination Pay under Article XXIII of the Collective Bargaining Agreement if you are terminated before the end of this season.

[Club Official]

[Club name]

Appendix O

# *APPENDIX O*

## *CALCULATION EXAMPLE*

*If 2005 Salary Cap:*       *$81.7 million*

*If 2006 Projected DGR, after DGR adjustments (including the shift of $342 million in television rights fees, plus interest, to 2006), equals $140 million per club:*

> *65% = $91 million*
> *70% = $98 million*

*less assumed Projected Benefits/salary cap deductions of $19 million per club:*

> *65% cap = $72 million*
> *70% max = $79 million*

*then, pursuant to Article XXIV, § 4(b)(i), the Salary Cap for 2006 is $79 million*

*\*Extension Agreement 1/8/02*

267

# INDEX

**0 – 9**
25% Rule, 53, 134-135
30% Rule, 54, 134-135
70% Rule, 96

**A**
Acceleration, 72, 102-103, 180; *see also Signing Bonus.*
Access to Personnel and Medical Records, 193
Accrued Season, 6, 11, 47-48, 57-58, 59, 67, 73-74, 98, 151, 163, 166,
    177, 222
    definition, 5
    franchise player, 70-72
    restricted free agent, 60-62
Active
    List, 5, 46, 48, 53, 55, 57, 76, 85, 88, 98-99, 162, 165-167, 175,
        177, 179, 186, 188-189
    Player, 13, 165, 211, 236, 255
Active/Inactive List, 46, 48, 53, 55, 88, 99, 166-167, 175, 179
Actual DGR, *see DGR.*
Additional Compensation, 176-177, 178, 180-182, 233, 242;
    *see also Bonus; Incentives.*
Advisory Committee, *see Committee.*
Agent Certification, *see NFLPA.*
Agent Regulation, *see NFLPA.*
Agreement
    definition, 4
    effective date, 224
    expiration date, 224
    governing, 9
    ratification, 225
    scope of, 10
    settlement, 4, 9, 11, 12, 39-40, 43, 68, 76, 82, 88, 100, 102, 105,
        136, 137, 152, 160, 212, 223, 225, 238
    termination of, 46, 146, 156, 209-210, 223, 224-225
    termination prior to expiration date, 224
    undisclosed, between player and club,
Alcohol Abuse, *see Players' Right to Medical Care and Treatment.*
Answer
    injury grievance, 27; *see also Injury Grievance.*
    non-injury grievance, 22; *see also Non-Injury Grievance.*

Anti-Collusion, 69, 146-147, 151-156, 157-158, 224-225, 238
    burden of proof, 152-153
    computation of damages, 154
    costs, 155
    disclosures, League, 152
    discretion, 152
    effect on computations, 155
    enforcement of provisions, 152
    other Club conduct, 151-152
    payment of damages, 155
    player election, violation proven, 154-155
    prior conference, before filing claim, 156
    prohibited conduct, 151
    reimbursement, 155
    remedies, 153-154
    summary judgment, 153
    termination of Agreement, 156
    time limits, 156
Appeal, 17, 22-23, 29, 151, 153, 224-225
    value of NFL Films and Properties revenues, for DGR purposes, 87, 92
    Commissioner discipline, 33-34
    injury grievance, 29
    NFL player contract, disapproval of, 43-44
    non-injury grievance, 22-23
Appendix
    A, check off authorization for National Football League Players Association deductions, 228-229
    B, injury protection, early waiver, 35-36, 230
    C, NFL player contract, 40, 45, 231-239
    D, first refusal offer sheet, 64, 240
    E, first refusal exercise notice, 64, 241
    F, waiver of free agent rights, 68, 242
    G, notice of termination, 83-84, 243
    H, accountants' review procedures, 138, 244-249
    I, standard minimum preseason physical examination, 252-253
    J, actuarial assumptions and actuarial cost method, 199, 255-256
    K, extension chart, 257
    L, off-season workout rules, 168-171, 258
    M, PSL examples, 259-264
    N, written warning good faith effort, 85, 266
    O, calculation example, 267
Appointment of Special Master, *see Special Master.*

Index

Arbitration, 10, 11, 13, 23, 26, 29, 31, 67, 149, 170, 176, 196, 217, 235, 237
    expedited hearing, 176, 197, 215
Arbitration Panel
    injury grievance, 29
    non-injury grievance, 23
Arbitrator,
    Benefit, 196-197, 214-215
    Chairman, 29-30
    decision, 14, 23, 25-26, 30-31, 37-38, 67
    decision in committees, 37
    extreme personal hardship, 47, 57, 59, 63, 79
    Impartial, 4, 11, 22, 47, 57, 59, 63, 67, 74-75, 77, 78, 79, 94, 100, 106, 131, 133, 149-150, 176, 177
    Injury, 27-32
    injury grievance procedure, 235
    Non-Injury, 22-26
    non-injury grievance procedure, 26
    notice, 22-24, 214
    Senior, 23, 29
Assigned Via Waivers, *see Waiver System.*
Assignee Club, *see Awarding Club.*
Assignor Club, *see Waiving Club.*
Awarding Club, *see Waiver System.*

**B**
Benefits, 6-7, 9, 88, 93-97, 137-139, 141, 162, 165, 194-197, 199-201, 205, 207-210, 213-217, 224, 233, 235-236, 244, 247, 256, 265
    definition, 6-7, 93
    guaranteed benefits, workers compensation, 217-218, 234-235
    injury protection, 35-36, 93, 195, 230
    minimum salary, 94, 178-182, 196
    player benefit, 6, 93, 141, 155, 179, 194-198, 209
    projected, 7, 141
    retention of, 216
Benefit Arbitrator, 214-215
    authority, 214
    compensation, 214
    role, 214-215
    selection, 214
Benefit Credits, 199
Bert Bell Plan, 186, 201; *see also Bert Bell/Pete Rozelle NFL Player Retirement Plan; Merged Plan; Pete Rozelle NFL Player Retirement Plan; Retirement Plans.*
Bert Bell/Pete Rozelle NFL Player Retirement Plan, *see Merged Plan.*

**270**

Binding Effect, Agreement on Parties, 220
Bonus
    completion, 104-105, 122
    contract modification, 103
    credit, for signing bonuses refunded, 105
    expansion, 99
    extension, 102, 136
    incentive, 82, 106, 122-128, 136, 176
    option years, 103
    performance, 6, 45, 59, 71, 78, 106, 125-126, 233
    relocation, 105, 162
    reporting, 5-6, 59, 71, 82, 101, 103-104, 106, 121, 176
    roster, 40, 65, 101, 103-104, 109, 128, 240
    salary, 15
    signing, 54, 59, 65, 72, 81-82, 97, 100-105, 131, 134-136, 180, 240, 247
    team performance, 106, 123-126, 129, 133
    weight, 106
    workout, 104, 181
Buyout Clauses, *see Signing Bonus.*

**C**
Calculations , 51-53, 86-141, 175, 177, 179, 183, 205, 240, 261-265, 267
    anti-collusion damages, 154-155
    credited season, for minimum salary, 175
    DGR, 86-94
    entering player pool, 51-53
    EDGR, 86-94
    minimum salary benefit, 179
    performance-based pool payment, 183
    team salary, 98
Canadian Football League (CFL), *see CFL Rule.*
Canton Hall of Fame Game, 164, 173
Capped Year, 6-7, 51, 59, 60, 64, 96-97, 100-101, 104, 105, 126, 128, 130, 134, 138
    definition, 6-7; see also Final Capped Year; Salary Cap.
Career-ending Injury, *see Injury.*
Career Planning Program, 15, 220; *see also Tuition Assistance Program.*
Carryover PSL Credit, *see PSL.*
CBA, 1, 11, 15, 42, 43, 44, 53, 55, 68, 76, 77, 82, 103, 104, 105, 132, 223, 245
    expiration, 223
Certification 144, 146, 208
    agent, 15, 17-18

Index

contract, by club, player and agent, 157-159
end of League Year, 157-158
failure to execute and submit, 157
false, 146, 158-159
CFL Rule, 163
Check-Off Authorization, NFLPA Dues, *see Union Security.*
Chemical Dependency Program, *see Union Security; see also Players' Right to Medical Care and Treatment.*
Circumvention, Salary Cap and DGR, 131, 142, 144
Claiming Club, *see Waiver System.*
Class Counsel, 54, 56, 87, 134, 151, 194, 225, 250, 251
definition, 4
Club 5
definition, 4
discretion, 152
expansion, 140, 162
*See Team; Member.*
Club Affiliate, 4
definition, 4
Club Discipline, 20-21, 25
deduction, 21
disputes, 21
maximum discipline, fines, 20
published fines list, 21
uniformity, 21
Club Physician, *see Physician.*
Collective Bargaining Agreement, *see CBA.*
College Draft, 3, 11, 40, 46-50, 51-53, 67, 151, 154, 162, 224
annual, 46
assignment of draft rights, 48
compensatory draft selections, 46, 49, 51, 78
definition, 5
drafted rookie, 5, 46, 47, 48, 52, 53, 55, 153, 154
initial, 47
next annual, 47
no subsequent, 49
notice of player signing, 49
number of choices, 46
other professional teams, 47
required tender, drafted rookie, 46
returning to college, drafted rookie, 48
signing, drafted rookie, 46-47
subsequent, 48-49
supplemental, 53
time of draft, 46

undrafted rookies, 6, 49, 51, 55, 99, 151
workouts, draft eligible players, 49-50
see also Compensatory Draft; Draft Choice Compensation; Draft Rights;
    Rookie.
College Players Returning to College, see College Draft.
Collusion, see Anti-Collusion.
Commissioner, 100, 101, 151, 159, 192, 220, 236
approval of contracts, 142-143, 157
committees' recommendations to, 37
definition, 4
disapproval, 43, 142
fines, 33
see also Commissioner Discipline.
Commissioner Discipline, 21, 33-34
fines, 144, 170-171, 234, 236
hearing costs, 34
league discipline, 33
one penalty, 34
representation, during hearing, 33-34
supercedes team discipline, 21
time limits, 33
see also Commissioner.
Committees, 25, 37-38
advisory, 192
and the Commissioner, 37
competition, 38
grievance settlement, 26
joint , player safety and welfare, 37-38, 217
player/club operations (operations), 38, 168
Compensation, 4, 5, 7, 37, 43, 44, 48, 49, 57, 82, 83, 94, 132, 143,
    144, 147, 149, 163-164, 176, 177, 178, 180-182, 188, 190, 206,
    214, 217-218, 219, 233, 236, 240, 242
additional, 176, 178, 180-182, 233, 242
deduction, 219
deferred, 43, 65, 176, 206, 240
draft choice, 5, 6, 48-49, 57, 59-60, 62-65, 69, 70-71, 73, 74, 79,
    83, 166
guaranteed, 177, 180
non-guaranteed, 180
other, 83, 176
players, 245
post season, 188-189
Pro-Bowl, 190
Special Master, 147
see also Bonus; Incentive; Salary.

Index

Compensatory
    damages, 154-155
    picks, additional, 162
Compensatory Draft, 11
    selection, 5, 46, 49, 51-52, 78
    *see also College Draft.*
Competition Committee, *see Committees.*
Completion Bonus, *see Bonus.*
Computation of Anti-Collusion Damages, *see Anti-Collusion; see also Cal-*
    *culations.*
Computation of a Team's Salary, *see Team Salary; see also Calculations.*
Conduct, 11, 13, 17, 20, 33, 34, 39
    other club, 151
    prohibited, 49, 151
Conformity in NFL Player Contract, 40
Consideration Between Clubs, 66
Consultation and Information Sharing, 151, 157, 160-161
consultation and communication, 161
copies, 161
    meetings, 161
    neutral verifier, player contracts offers, 160-161, 238
    notice of invalid contract, 160
    salary summaries, 160
Contact
    during off season workouts, 169, 258
    during mini camp, 172
Contacting Players on Waivers, 83 *see Waiver System.*
Contingency Clause, 102
Contract
    certification, 157
    deferred, 177
    guaranteed, 130, 177
    mid-season, 134
    multi-year, 75, 178, 180
    player, 4-7, 9, 11, 17, 22, 27, 39-45, 51-55, 57, 59-83, 85-86, 93-94,
        98-105, 123, 125-127, 129-130, 132-137, 142-143, 151-153,
        155, 157-158, 160-163, 166, 169, 176-178, 181-182, 190, 196,
        218, 223, 231-239
    qualifying, 178-181
    renegotiation and extensions, 55, 59, 71, 73, 75, 101, 104, 105, 135-
        137
    rookie, and playtime requirements, 54, 125
    split, 177
    tolled, 14, 163, 236
    traded, 133

Contributions to Retirement Plan, *see Retirement Plan.*
Copies, 22-23, 27, 32, 38, 67, 69, 161, 170, 177, 211
    contracts, 239
    medical records, 193
    personnel records, 193
Costs, 7, 90, 91, 95, 147, 149, 155, 161, 186, 191, 247
    insurance coverage, 93
    Commissioner discipline, 34
    injury grievance, 30
    non-injury grievance 24
    player benefit, 6, 93, 141, 194-198, 209-210
    postponement, 24, 30
    rookie orientation programs, 56
    transcription, 26
    (non-injury grievance); *see also Expenses.*
Covered League Years, Entering Player Pool, 51; *see also Entering Player Pool; League Years.*
Credited, 253
    season, 47-48, 175, 178-179, 181, 199-205, 207-208, 211
    service, 31, 83, 85, 173, 189

**D**
Days Off, 185
Deceased Players, 209
Deferred, 43, 65, 176, 200, 206, 240
    bonuses, 101, 137
    contracts, 177
    salary, 72, 97, 99, 176
Defined Gross Revenues (DGR), *see DGR; see also EDGR; Non- DGR.*
Definitions
    accrued season, 5
    agreement, 4
    benefits, 6
    Class Counsel, 4
    club affiliate (team affiliate), 4
    club/team/member, 4
    Commissioner, 4
    compensatory draft selection, 5
    draft (college draft), 5
    draft choice compensation, 5
    drafted rookie, 5
    final eight plan, 5
    free agent, 5
    Impartial Arbitrator, 4
    league year, 4

Index

    minimum active/inactive list salary, 5
    minimum salary, 5
    minimum team salary, 7
    negotiation, 5
    new club, 5
    NFL player contract, 4
    NFL rules, 4
    paragraph 5 salary, 7
    player affiliate, 4
    player benefit costs/ benefits, 6
    player contract, 5, 7
    player costs, 7
    prior club, 5
    prior year salary, 5-6
    renegotiate, 6
    rookie, 6
    room, 7
    salary, 4
    settlement agreement (stipulation and settlement agreement), 4
    undrafted rookie, 6
Delivery of Documents, by Management Council and NFLPA, 220
Dental Insurance, *see Group Insurance.*
"Deion Rule", *see Signing Bonus.*
Developmental Squad, *see Practice Squad.*
DGR, 9, 51, 62, 68, 82, 86-93, 96-97, 137-141, 144-145, 147, 154,
    160, 244-247, 248-249, 257, 261-263, 265, 267
    definition, 86
    elements, DGR, 86-93
    elements, EDGR, 87-92
    elements, non-DGR, 87
    formulas, 87-88
    report(ing), 137-139, 245
    *see also EDGR; Non-DGR; Projected DGR.*
Disability
    classification rules for total and permanent, 200
    definition, 200; *see also Injury; Supplemental Disability Benefits.*
Disagreements Resolved by Benefit Arbitrator, 196-197, 214 (XLVI-LI)
Discipline,
    club, 20-21, 25
    Commissioner, 21, 33-34, 170-171, 234, 236
    imposed uniformly, 21
    list, 21
    reasons for, 20
Disclosure of Pre-Existing Condition, 27, 29, 234

Discovery,
   Impartial Arbitrator proceedings, 149
   non-injury grievance, 23
   Special Master proceedings, 147, 153
Discrimination, *see Player Security*.
Dispute, 10, 13, 14, 21, 22, 23, 26, 30, 33, 35, 67, 75, 77, 78, 87, 106,
   139, 141, 143, 145, 146, 147, 149, 156, 170, 177, 196, 215, 225,
   235, 237
   career-ending injury, 75-78
   club discipline, 21
   injury protection, 35-36
   resolution, 141, 196, 215
   union security, 13
Disputed Adjustments, 139
Distributions of Performance Based Pool Funds, 183, *see Performance-
   Based Pool*.
Draft, *see College Draft*.
Draft Choice Compensation, 6, 48-49, 57, 59, 60, 62-65, 69-71, 73-74,
   79, 83, 166
definition, 5
   Franchise and Transition Players, 71-74
   Veteran Free Agency, 6, 57, 59-65
Drafted Player, *see College Draft*.
Draft Rights, 5
   assignment, 48
   of clubs, 153
Draft Selection, *see College Draft*.
Drug Use and Abuse, *see Players' Right to Medical Care and Treatment*.
Duration of Agreement, *see Agreement*.

**E**
EDGR, 9, 87-92, 137-138, 144, 244, 248, 262, 265; *see also Defined
   Gross Revenues; Non-DGR; Projected DGR.*.
Effect
   Impartial Arbitrator ruling, 149
   salary cap, 155
End of League Year Certification, 157-158
Endorsements, Player, 219
Enforcement, Anti Collusion Provisions, 152, *see Anti Collusion*.
Enforcement of Salary Cap and Entering Player Pool, 75, 136, 137, 157-
   159
   circumvention, 142
   Commissioner disapproval, 142
   DGR circumvention, 144-145
   management council audit rights, 145

Index

    prior consultation, resolution of dispute, 145
    sanctions, players, agents and club personnel, 143-144
    Special Master, action and review, 142-143
    undisclosed terms, in player contracts, 142
Entering Player Pool, 7, 43, 46-48, 51-56
    adjustment, 162
    calculation, 51-53
    covered league years, 51
    definition, 51
    formula allotment, 51-54
    incentives, 121
    operation, 53-55
    removal of entering player pool, 51
    rookie allocation, 52
Excluded DGR, 9, 87-92, 137-138, 144, 244, 248, 262, 265; *see also De-*
    *fined Gross Revenues; Non-DGR; Projected DGR.*.
Exclusive Representation and NFLPA Agent Certification, *see NFLPA.*
Exempt Commissioner Permission List, 84, 175; *see also Commissioner.*
Expansion
    additional compensatory picks, 162
    bonuses, 99
    entering player pool adjustment, 162
    relocation bonus, 105, 162
    veteran allocation, 162
Expedited Arbitration, *see Arbitration.*
Expenses, 37, 86, 90, 138, 139, 199, 203, 205, 208, 213
    benefit arbitration, 214-215
    club's prepaid contributions to the Annuity Program, 204-205
    copies, 161
    player, during minicamp, 172
    injury grievance, 31
    joint committee, 37
    medical, 31, 208
    moving and travel, 93, 186-187, 195
    neutral physician, 31
    neutral verifier, 161
    non-injury grievance(costs), 26
    rookie orientation program, 56
    security, 96
    witnesses, 31
Extended Post Career Insurance, 197, 209
    financing, 210
    limitations and rules, 209-210, see Group Insurance.
Extended Post-Career Medical and Dental Insurance Benefits, *see Group*
    *Insurance.*

Extension Date in Savings Plan, *see Second Career Savings Plan.*
Extension of Agreement, *see Agreement.*

**F**
Failure to Disclose Pre-Existing Conditions, *see Special Defense.*
False Certification, 146, 158
Fees, 15, 26, 87, 90, 93, 139, 147, 149, 155, 196, 207, 228, 264
    benefit arbitration (arbitrator), 214
    postponement, injury grievance hearing, 30
    postponement, non-injury grievance hearing, 24
Filing, 43, 237
    injury grievance, 27, 29, 31
    non-injury grievance, 22-23
Final Capped Year, 96, 100, 104-105, 126, 128, 130, 134, 138
    definition, 7
Final Eight Plan, 11, 81-82, 136
    definition, 5
    increases, 82
    next four teams, 81
    replacement of free agents signed by other club, 81-82
    salary definition, 82
    top four teams, 81
    trade limitation, 82
Final League Years, 95, 134, 180, 199, 222, 224
    definition, 7; *see also League Years.*
Final Special Purpose Letter, *see Special Purpose Letter.*
Fines, 86, 144, 146, 154-155
    club, 21
    Commissioner, 33
    rookie symposium, 15-16
    Special Masters, 143-144
    uncertified agents, 17
First Refusal Exercise Notice, 65, 67-69, 241
First Refusal Procedure, 64
First Refusal Rights, 48-49, 57, 73, 80, 166
    veteran free agency, 59-60, 63
First Year Premium Seat Increase, 85; *see also PSL.*
Formula Allotment, *see Rookie Allocation; see also Entering Player Pool.*
Franchise Player, 64, 67, 70, 82, 98, 151, 157, 163
    designation, 71
    designation period, 77
    duration of designation, 75-77
    lists, 74
    other terms, 78
    required tender, 71-72

Index

salary information, 74-75
signing period, 79-80
Free Agency, 5-6, 20, 59-69, 153, 163-164, 222, 224
Free Agent, 5, 47,
restricted free agent, 6, 48, 60, 62-70, 72, 74, 77, 152-153, 158, 163
rookie, 46, 48-49
unrestricted free agent, 6, 20, 42, 46, 59, 60, 62, 67-73, 77, 80-83,
98, 152-153, 158, 163, 220, 222; *see also Free Agency.*
Free Agent List, 69; *see also Free Agency; Free Agent.*
Funding Of Deferred And Guaranteed Contracts, 177, *see also Salaries.*

**G**
Good Faith, 58, 60, 62, 71, 85, 86, 170, 205, 234
effort, 23, 32, 266
negotiation, 10, 44, 93, 176
Governing Agreement, 9
conflicts, 9
implementation, 9
management rights, 9
rounding, 9
*see also Agreement.*
Governing Law, 226
Grievance, 7; *see also Injury Grievance; Non-Injury Grievance; Salary.*
Grievance Settlement Committee, 26; *see also Injury Grievance; Non-Injury
Grievance; Salary.*
Group Insurance, 93, 195
administration, 210
dental insurance, 208
annual deductible, 208
coverage, 208
extended post-career medical and dental insurance, 209-210
family medical and dental coverage for deceased player, 209
group insurance benefits, 208
life insurance, 208
limitations and rules for extended insurance, 210
medical, 208
annual deductible, 208
insurance co-payment, 208
prescription drug co-payment, 208
maximum lifetime benefits paid on covered individuals, 208
*see also Players' Right to Medical Care and Treatment; Retention of Benefits;
Supplemental Disability Benefits.*
Guaranteed Contracts, *see Contracts.*

Guaranteed League-Wide Salary, Salary Cap, & Minimum Team Salary, 7,
    51, 82, 224
    30% Rules, 134-135
    accounting procedures, 137-138
    computation of team salary, 98
    definitions, 86-93
        benefits, player benefit costs, 93-94
        defined gross revenues, 86-93
        salary, 94
Guaranteed League-Wide Salary, Salary Cap, & Minimum Team Salary
    guaranteed league-wide salary, 94-95
    renegotiations and extensions, 135-136
    salary cap amounts, 95
        adjustments, 95-96
        calculation, 97-100
    team salary, 97-100
    trigger, 94
    valuation of player contracts, 99-135
    *see also Contracts; DGR; EDGR; Non-DGR; Salary Cap; Team Salary.*

**H**
Hearings, 23, 31, 37-38, 139, 146, 176, 200, 215, 236
    benefits, 196-197
    injury grievance, 29-32
    league discipline, 33-34
    non-injury grievance, 23-26
    prehearing briefs, 23
    transcribing of, 24, 30, 34

**I**
Impartial Arbitrator, 11, 22, 47, 63, 67, 74, 75, 77, 78, 79, 100, 106,
    131, 133, 146
    compensation, 149
    definition, 4
    discovery, 149
    effect of rulings, 149
    personal hardship determination, 47, 57
    procedures, 149
    scope of authority, 149
    selection, 150
    term, 150
Inactive List, 5, 9, 46-48, 53, 55, 57, 88, 99, 162, 165-167, 175, 177,
    179, 188-189; *see also Active List; Active/Inactive List.*