Exhibit 10



# NFL
# COLLECTIVE
# BARGAINING
# AGREEMENT
## 2006-2012

COLLECTIVE BARGAINING AGREEMENT
BETWEEN
THE NFL MANAGEMENT COUNCIL
AND
THE NFL PLAYERS ASSOCIATION
March 8, 2006



**NFL PLAYERS**
ASSOCIATION

## TABLE OF CONTENTS

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1

PREAMBLE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3

ARTICLE I  DEFINITIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4
    Section 1.  General Definitions . . . . . . . . . . . . . . . . . . . . . . . . .4
    Section 2.  Free Agency Definitions . . . . . . . . . . . . . . . . . . . . . . .5
    Section 3.  Salary Cap Definitions . . . . . . . . . . . . . . . . . . . . . . .6
    Section 4.  Further Definitions . . . . . . . . . . . . . . . . . . . . . . . . .7

ARTICLE II  GOVERNING AGREEMENT . . . . . . . . . . . . . . . . . . . .8
    Section 1.  Conflicts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8
    Section 2.  Implementation . . . . . . . . . . . . . . . . . . . . . . . . . . . .8
    Section 3.  Management Rights . . . . . . . . . . . . . . . . . . . . . . . . . .8
    Section 4.  Rounding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8

ARTICLE III  SCOPE OF AGREEMENT . . . . . . . . . . . . . . . . . . . . .9
    Section 1.  Scope . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9
    Section 2.  Arbitration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9

ARTICLE IV  NO STRIKE/LOCKOUT/SUIT . . . . . . . . . . . . . . . . .10
    Section 1.  No Strike/Lockout . . . . . . . . . . . . . . . . . . . . . . . . . .10
    Section 2.  No Suit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10
    Section 3.  Releases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11

ARTICLE V  UNION SECURITY . . . . . . . . . . . . . . . . . . . . . . . . .12
    Section 1.  Union Security . . . . . . . . . . . . . . . . . . . . . . . . . . . .12
    Section 2.  Check-off . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12
    Section 3.  NFLPA Meetings . . . . . . . . . . . . . . . . . . . . . . . . . . .12
    Section 4.  NFLPA Player Group Licensing Program . . . . . . . . .12
    Section 5.  Disputes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13
    Section 6.  Procedure for Enforcement . . . . . . . . . . . . . . . . . . .13
    Section 7.  NFLPA Responsibility . . . . . . . . . . . . . . . . . . . . . . .14
    Section 8.  Orientations . . . . . . . . . . . . . . . . . . . . . . . . . . . . .14
    Section 9.  Rookie Symposium . . . . . . . . . . . . . . . . . . . . . . . . .14

ARTICLE VI  NFLPA AGENT CERTIFICATION . . . . . . . . . . . . . .16
    Section 1.  Exclusive Representation . . . . . . . . . . . . . . . . . . . . .16
    Section 2.  Enforcement . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16
    Section 3.  Penalty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16

i

**ARTICLE VII  PLAYER SECURITY** . . . . . . . . . . . . . . . . . . . . . . . . . . . **18**
   Section 1.  No Discrimination  . . . . . . . . . . . . . . . . . . . . . . .18
   Section 2.  Personal Appearance  . . . . . . . . . . . . . . . . . . . . . . .18

**ARTICLE VIII  CLUB DISCIPLINE** . . . . . . . . . . . . . . . . . . . . . . . . . . **19**
   Section 1.  Maximum Discipline . . . . . . . . . . . . . . . . . . . . . . . .19
   Section 2.  Published Lists . . . . . . . . . . . . . . . . . . . . . . . . . . .20
   Section 3.  Uniformity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20
   Section 4.  Disputes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20
   Section 5.  Deduction  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20
   Section 6.  NFL Drug and Steroid Policies  . . . . . . . . . . . . . .21
   Section 7.  Cumulative Fines  . . . . . . . . . . . . . . . . . . . . . . . . .21
   Section 8.  Offset of Pre-Season Fine Amounts  . . . . . . . . . . . . .21
   Section 9.  Effective Date  . . . . . . . . . . . . . . . . . . . . . . . . . . .22

**ARTICLE IX  NON-INJURY GRIEVANCE** . . . . . . . . . . . . . . . . . . . . **23**
   Section 1.  Definition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23
   Section 2.  Initiation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23
   Section 3.  Filing  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23
   Section 4.  Ordinary and Expedited Appeal  . . . . . . . . . . . . . .23
   Section 5.  Discovery . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .24
   Section 6.  Arbitration Panel . . . . . . . . . . . . . . . . . . . . . . . . .24
   Section 7.  Hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .25
   Section 8.  Arbitrator's Decision and Award  . . . . . . . . . . . . . .26
   Section 9.  Time Limits . . . . . . . . . . . . . . . . . . . . . . . . . . . .26
   Section 10.  Representation  . . . . . . . . . . . . . . . . . . . . . . . . . .26
   Section 11.  Costs  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26
   Section 12.  Payment  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .27
   Section 13.  Grievance Settlement Committee  . . . . . . . . . . . .27

**ARTICLE X  INJURY GRIEVANCE** . . . . . . . . . . . . . . . . . . . . . . . . . **28**
   Section 1.  Definition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28
   Section 2.  Filing  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28
   Section 3.  Answer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28
   Section 4.  Neutral Physician . . . . . . . . . . . . . . . . . . . . . . . . .29
   Section 5.  Neutral Physician List . . . . . . . . . . . . . . . . . . . . . .29
   Section 6.  Appeal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30
   Section 7.  Arbitration Panel . . . . . . . . . . . . . . . . . . . . . . . . .30
   Section 8.  Hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30
   Section 9.  Miscellaneous . . . . . . . . . . . . . . . . . . . . . . . . . . .31
   Section 10.  Expenses  . . . . . . . . . . . . . . . . . . . . . . . . . . . . .32
   Section 11.  Pension Credit  . . . . . . . . . . . . . . . . . . . . . . . . . .32
   Section 12.  Payment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .32
   Section 13.  Presumption of Fitness  . . . . . . . . . . . . . . . . . . . .32
   Section 14.  Playoff Money . . . . . . . . . . . . . . . . . . . . . . . . . .33

ii

Section 15. Information Exchange . . . . . . . . . . . . . . . . . . . . .33
Section 16. Discovery . . . . . . . . . . . . . . . . . . . . . . . . . . .33

**ARTICLE XI  COMMISSIONER DISCIPLINE** . . . . . . . . . . . . . . . .34
Section 1. League Discipline  . . . . . . . . . . . . . . . . . . . . . .34
Section 2. Time Limits  . . . . . . . . . . . . . . . . . . . . . . . . .34
Section 3. Representation  . . . . . . . . . . . . . . . . . . . . . . .34
Section 4. Costs  . . . . . . . . . . . . . . . . . . . . . . . . . . . .35
Section 5. One Penalty  . . . . . . . . . . . . . . . . . . . . . . . . .35
Section 6. Fine Money . . . . . . . . . . . . . . . . . . . . . . . . . .35

**ARTICLE XII  INJURY PROTECTION** . . . . . . . . . . . . . . . . . . .36
Section 1. Qualification  . . . . . . . . . . . . . . . . . . . . . . . .36
Section 2. Benefit  . . . . . . . . . . . . . . . . . . . . . . . . . . .36
Section 3. Disputes . . . . . . . . . . . . . . . . . . . . . . . . . . .37

**ARTICLE XIII  COMMITTEES** . . . . . . . . . . . . . . . . . . . . . .38
Section 1. Joint Committee  . . . . . . . . . . . . . . . . . . . . . . .38
Section 2. Competition Committee  . . . . . . . . . . . . . . . . . . . .39
Section 3. Player/Club Operations Committee . . . . . . . . . . . . . .39

**ARTICLE XIV  NFL PLAYER CONTRACT** . . . . . . . . . . . . . . . . . .40
Section 1. Form . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40
Section 2. Term . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40
Section 3. Changes  . . . . . . . . . . . . . . . . . . . . . . . . . . .40
Section 4. Conformity . . . . . . . . . . . . . . . . . . . . . . . . . .40
Section 5. General, Notices, Prohibitions, etc. . . . . . . . . . . . . .40
Section 6. Commissioner Disapproval . . . . . . . . . . . . . . . . . . .42
Section 7. NFLPA Group Licensing Program  . . . . . . . . . . . . . . . .42
Section 8. Good Faith Negotiation . . . . . . . . . . . . . . . . . . . .43
Section 9. Limitations on Salary Forfeitures  . . . . . . . . . . . . . .43

**ARTICLE XV  OPTION CLAUSE** . . . . . . . . . . . . . . . . . . . . . .45
Section 1. Prohibition  . . . . . . . . . . . . . . . . . . . . . . . . .45

**ARTICLE XVI  COLLEGE DRAFT** . . . . . . . . . . . . . . . . . . . . .46
Section 1. Time of Draft  . . . . . . . . . . . . . . . . . . . . . . . .46
Section 2. Number of Choices and Eligibility  . . . . . . . . . . . . . .46
Section 3. Required Tender  . . . . . . . . . . . . . . . . . . . . . . .46
Section 4. Signing of Drafted Rookies . . . . . . . . . . . . . . . . . .46
Section 5. Other Professional Teams . . . . . . . . . . . . . . . . . . .47
Section 6. Return to College  . . . . . . . . . . . . . . . . . . . . . .48
Section 7. Assignment of Draft Rights . . . . . . . . . . . . . . . . . .49
Section 8. Subsequent Draft . . . . . . . . . . . . . . . . . . . . . . .49
Section 9. No Subsequent Draft  . . . . . . . . . . . . . . . . . . . . .49

Section 10. Compensatory Draft Selections . . . . . . . . . . . . . . . .49
Section 11. Undrafted Rookies . . . . . . . . . . . . . . . . . . . . . . . . . .49
Section 12. Notice of Signing . . . . . . . . . . . . . . . . . . . . . . . . . .50

**ARTICLE XVII  ENTERING PLAYER POOL** . . . . . . . . . . . . . . . . . .**51**
Section 1. Definition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .51
Section 2. Covered League Years . . . . . . . . . . . . . . . . . . . . . .51
Section 3. Calculation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .51
Section 4. Operation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .53
Section 5. Rookie Player Contract Length  . . . . . . . . . . . . . . . .55

**ARTICLE XVIII  VETERANS WITH LESS THAN
THREE ACCRUED SEASONS** . . . . . . . . . . . . . . . . . . . . . . . . .**56**
Section 1. Accrued Seasons Calculation . . . . . . . . . . . . . . . . .56
Section 2. Negotiating Rights of Players With Less
Than Three Accrued Seasons . . . . . . . . . . . . . . . . . . . . . . . . .56

**ARTICLE XIX  VETERAN FREE AGENCY** . . . . . . . . . . . . . . . . . .**57**
Section 1. Unrestricted Free Agents . . . . . . . . . . . . . . . . . . . .57
Section 2. Restricted Free Agents . . . . . . . . . . . . . . . . . . . . . .58
Section 3. Offer Sheet and First Refusal Procedures  . . . . . . . . .63
Section 4. Expedited Arbitration  . . . . . . . . . . . . . . . . . . . . . .65
Section 5. Individually Negotiated Limitations
on Player Movement  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .66
Section 6. Notices, Etc. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .66

**ARTICLE XX  FRANCHISE AND TRANSITION PLAYERS** . . . . . . . .**68**
Section 1. Franchise Player Designations . . . . . . . . . . . . . . . .68
Section 2. Required Tender for Franchise Players . . . . . . . . . . .68
Section 3. Transition Player Designations . . . . . . . . . . . . . . . .71
Section 4. Required Tender for Transition Players . . . . . . . . . . .71
Section 5. Right of First Refusal for Transition Players . . . . . . . .72
Section 6. Lists . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .72
Section 7. Salary Information . . . . . . . . . . . . . . . . . . . . . . . . .72
Section 8. No Assignment . . . . . . . . . . . . . . . . . . . . . . . . . . .73
Section 9. Duration of Designation [*no longer applicable*] . . . . . . . .73
Section 10. Franchise Player Designation Period . . . . . . . . . . . .73
Section 11. Transition Player Designation Period  . . . . . . . . . . .74
Section 12. Prospective Designation [*no longer applicable*] . . . . . . .74
Section 13. Right to Decline [*no longer applicable*] . . . . . . . . . . . .74
Section 14. Other Terms . . . . . . . . . . . . . . . . . . . . . . . . . . . .74
Section 15. Compensatory Draft Selection . . . . . . . . . . . . . . . .75
Section 16. Signing Period for Transition Players  . . . . . . . . . . .75
Section 17. Signing Period for Franchise Players . . . . . . . . . . . .75

iv

**ARTICLE XXI  FINAL EIGHT PLAN** . . . . . . . . . . . . . . . . . . . . . . . .**77**
    Section 1.  Application . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .77
    Section 2.  Top Four Teams . . . . . . . . . . . . . . . . . . . . . . . . . . . . .77
    Section 3.  Next Four Teams . . . . . . . . . . . . . . . . . . . . . . . . . . . .77
    Section 4.  Replacement of Free Agents Signed by Other Club  . . .77
    Section 5.  Increases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .78
    Section 6.  Salary Definition . . . . . . . . . . . . . . . . . . . . . . . . . . . .78
    Section 7.  Trade Limitation . . . . . . . . . . . . . . . . . . . . . . . . . . . .78
    Section 8.  Transition and Franchise Players . . . . . . . . . . . . . . . .78
    Section 9.  Player Tenders . . . . . . . . . . . . . . . . . . . . . . . . . . . . .78

**ARTICLE XXII  WAIVER SYSTEM** . . . . . . . . . . . . . . . . . . . . . . .**79**
    Section 1.  Release . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .79
    Section 2.  Contract . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .79
    Section 3.  Ineligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .79
    Section 4.  Notice of Termination . . . . . . . . . . . . . . . . . . . . . . .79
    Section 5.  NFLPA's Right to Personnel Information  . . . . . . . . . .80
    Section 6.  Rosters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .80
    Section 7.  Procedural Recall Waivers . . . . . . . . . . . . . . . . . . . . .80

**ARTICLE XXIII  TERMINATION PAY** . . . . . . . . . . . . . . . . . . .**81**
    Section 1.  Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .81
    Section 2.  Regular Season Signings . . . . . . . . . . . . . . . . . . . . . .81
    Section 3.  Ineligibility for Termination Pay . . . . . . . . . . . . . . . .81

**ARTICLE XXIV  GUARANTEED LEAGUE-WIDE SALARY,**
    **SALARY CAP, & MINIMUM TEAM SALARY** . . . . . . . . . . . . .**82**
    Section 1.  Definitions  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .82
    Section 2.  Trigger For Guaranteed League-wide Salary,
        Salary Cap, and Minimum Team Salary  . . . . . . . . . . . . . . . .95
    Section 3.  Guaranteed League-wide Salary . . . . . . . . . . . . . . . . .95
    Section 4.  Salary Cap Amounts . . . . . . . . . . . . . . . . . . . . . . . . .96
    Section 5.  Minimum Team Salary . . . . . . . . . . . . . . . . . . . . . . .102
    Section 6.  Computation of Team Salary . . . . . . . . . . . . . . . . . . .102
    Section 7.  Valuation of Player Contracts . . . . . . . . . . . . . . . . . . .104
    Section 8.  30% Rules . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .133
    Section 9.  Renegotiations and Extensions  . . . . . . . . . . . . . . . . .134
    Section 10. Accounting Procedures  . . . . . . . . . . . . . . . . . . . . . .135
    Section 11. Revenue Sharing  . . . . . . . . . . . . . . . . . . . . . . . . . . .143

**ARTICLE XXV  ENFORCEMENT OF THE SALARY**
    **CAP AND ENTERING PLAYER POOL** . . . . . . . . . . . . . . . . .**145**
    Section 1.  Undisclosed Terms . . . . . . . . . . . . . . . . . . . . . . . . . .145
    Section 2.  Circumvention . . . . . . . . . . . . . . . . . . . . . . . . . . . .145
    Section 3.  Special Master Action . . . . . . . . . . . . . . . . . . . . . . . .145

Section 4.  Commissioner Disapproval . . . . . . . . . . . . . . . . . . . . .145
Section 5.  Special Master Review . . . . . . . . . . . . . . . . . . . . . . . .146
Section 6.  Sanctions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .146
Section 7.  Revenue Circumvention . . . . . . . . . . . . . . . . . . . . . . .147
Section 8.  Management Council Audit Rights . . . . . . . . . . . . . .148
Section 9.  Prior Consultation . . . . . . . . . . . . . . . . . . . . . . . . . . .148

**ARTICLE XXVI  SPECIAL MASTER** . . . . . . . . . . . . . . . . . . . .**149**
Section 1.  Appointment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .149
Section 2.  Scope of Authority . . . . . . . . . . . . . . . . . . . . . . . . . . .149
Section 3.  Discovery . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .150
Section 4.  Compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .150
Section 5.  Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .150
Section 6.  Selection of Special Master . . . . . . . . . . . . . . . . . . . .151
Section 7.  Penalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .151

**ARTICLE XXVII  IMPARTIAL ARBITRATOR** . . . . . . . . . . . . .**152**
Section 1.  Selection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .152
Section 2.  Scope of Authority . . . . . . . . . . . . . . . . . . . . . . . . . . .152
Section 3.  Effect of Rulings . . . . . . . . . . . . . . . . . . . . . . . . . . . .152
Section 4.  Discovery . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .152
Section 5.  Compensation of Impartial Arbitrator . . . . . . . . . . . .152
Section 6.  Procedures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .152
Section 7.  Selection of Impartial Arbitrator . . . . . . . . . . . . . . . .153

**ARTICLE XXVIII  ANTI-COLLUSION** . . . . . . . . . . . . . . . . . .**154**
Section 1.  Prohibited Conduct . . . . . . . . . . . . . . . . . . . . . . . . . .154
Section 1a.  Commissioner Approvals . . . . . . . . . . . . . . . . . . . . .154
Section 2.  Other Club Conduct . . . . . . . . . . . . . . . . . . . . . . . . .154
Section 3.  Club Discretion . . . . . . . . . . . . . . . . . . . . . . . . . . . . .154
Section 4.  League Disclosures . . . . . . . . . . . . . . . . . . . . . . . . . .155
Section 5.  Enforcement of Anti-Collusion Provisions . . . . . . . . .155
Section 6.  Burden of Proof . . . . . . . . . . . . . . . . . . . . . . . . . . . . .155
Section 7.  Summary Judgment . . . . . . . . . . . . . . . . . . . . . . . . . .156
Section 8.  Remedies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .156
Section 9.  Computation of Damages . . . . . . . . . . . . . . . . . . . . .157
Section 10.  Player Election . . . . . . . . . . . . . . . . . . . . . . . . . . . . .157
Section 11.  Payment of Damages . . . . . . . . . . . . . . . . . . . . . . . .158
Section 12.  Effect on Cap Computations . . . . . . . . . . . . . . . . . .158
Section 13.  Effect of Salary Cap . . . . . . . . . . . . . . . . . . . . . . . . .158
Section 14.  No Reimbursement . . . . . . . . . . . . . . . . . . . . . . . . .158
Section 15.  Costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .158
Section 16.  Termination . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .158
Section 17.  Time Limits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .159
Section 18.  Prior Conference . . . . . . . . . . . . . . . . . . . . . . . . . . .159

vi

**ARTICLE XXIX  CERTIFICATIONS** . . . . . . . . . . . . . . . . . . . . . . .**160**
    Section 1.  Contract Certification . . . . . . . . . . . . . . . . . . . . . . .160
    Section 2.  End of League Year Certification . . . . . . . . . . . . . .160
    Section 3.  False Certification . . . . . . . . . . . . . . . . . . . . . . . . . .161

**ARTICLE XXX  CONSULTATION AND INFORMATION SHARING** .**163**
    Section 1.  Consultation and Communications . . . . . . . . . . . . .163
    Section 2.  Salary Summaries  . . . . . . . . . . . . . . . . . . . . . . . . . .163
    Section 3.  Notice of Invalid Contract . . . . . . . . . . . . . . . . . . .163
    Section 4.  Neutral Verifier . . . . . . . . . . . . . . . . . . . . . . . . . . . .163
    Section 5.  Copies  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .164
    Section 6.  Meetings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .164

**ARTICLE XXXI  EXPANSION** . . . . . . . . . . . . . . . . . . . . . . . . . . .**165**
    Section 1.  Veteran Allocation . . . . . . . . . . . . . . . . . . . . . . . . . .165
    Section 2.  Additional Compensatory Picks . . . . . . . . . . . . . . .165
    Section 3.  Entering Player Pool Adjustment . . . . . . . . . . . . . .165
    Section 4.  Relocation Bonus  . . . . . . . . . . . . . . . . . . . . . . . . . .165

**ARTICLE XXXII  OTHER PROVISIONS** . . . . . . . . . . . . . . . . . . .**166**
    Section 1.  CFL Rule . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .166
    Section 2.  Physically Unable to Perform . . . . . . . . . . . . . . . . .166
    Section 3.  Non-Football Injury . . . . . . . . . . . . . . . . . . . . . . . .166
    Section 4.  Roster Exemption . . . . . . . . . . . . . . . . . . . . . . . . . .166
    Section 5.  Arena Football Players . . . . . . . . . . . . . . . . . . . . . .167

**ARTICLE XXXIII  SQUAD SIZE** . . . . . . . . . . . . . . . . . . . . . . . . . .**169**
    Section 1.  Active List . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .169
    Section 2.  Pre-Season . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .169
    Section 3.  Inactive List  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .169
    Section 4.  Active and Inactive List Limit  . . . . . . . . . . . . . . . .169

**ARTICLE XXXIV  PRACTICE SQUADS** . . . . . . . . . . . . . . . . . . .**170**
    Section 1.  Practice Squads . . . . . . . . . . . . . . . . . . . . . . . . . . . .170
    Section 2.  Signing With Other Clubs . . . . . . . . . . . . . . . . . . . .170
    Section 3.  Salary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .171
    Section 4.  Eligibility  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .171
    Section 5.  Active List . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .171

**ARTICLE XXXV  OFF-SEASON WORKOUTS** . . . . . . . . . . . . . . .**172**
    Section 1.  Voluntary Workouts . . . . . . . . . . . . . . . . . . . . . . . .172
    Section 2.  Time Periods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .172
    Section 3.  Payment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .172
    Section 4.  Injuries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .173
    Section 5.  Miscellaneous . . . . . . . . . . . . . . . . . . . . . . . . . . . . .173

Section 6.  Pre-Training Camp Period . . . . . . . . . . . . . . . . . . . .173
Section 7.  Rookie Premiere . . . . . . . . . . . . . . . . . . . . . . . . . . . .174
Section 8.  Enforcement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .174

**ARTICLE XXXVI  MINICAMPS** . . . . . . . . . . . . . . . . . . . . . . . . **176**
Section 1.  Number . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .176
Section 2.  Length . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .176
Section 3.  Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .176
Section 4.  Contact . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .176
Section 5.  Injuries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .176

**ARTICLE XXXVII  PRE-SEASON TRAINING CAMPS** . . . . . . . . . . .**177**
Section 1.  Definition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .177
Section 2.  Room and Board . . . . . . . . . . . . . . . . . . . . . . . . . . . .177
Section 3.  Rookie Per Diem . . . . . . . . . . . . . . . . . . . . . . . . . . .177
Section 4.  Veteran Per Diem . . . . . . . . . . . . . . . . . . . . . . . . . . .177
Section 5.  Reporting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .177
Section 6.  Number of Pre-Season Games . . . . . . . . . . . . . . . . . .177
Section 7.  Telephones . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .178
Section 8.  Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .178

**ARTICLE XXXVIII  SALARIES** . . . . . . . . . . . . . . . . . . . . . . . . . .**179**
Sections 1-5.  [no longer applicable] . . . . . . . . . . . . . . . . . . . . . .179
Section 6.  Minimum Salaries . . . . . . . . . . . . . . . . . . . . . . . . . .179
Section 7.  Credited Season . . . . . . . . . . . . . . . . . . . . . . . . . . . .180
Section 8.  Other Compensation . . . . . . . . . . . . . . . . . . . . . . . . .180
Section 9.  Arbitration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .180
Section 10.  Payment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .180
Section 11.  Deferred Paragraph 5 . . . . . . . . . . . . . . . . . . . . . . .180
Section 12.  Number of Regular Season Games . . . . . . . . . . . . . .181
Section 13.  Copies of Contracts . . . . . . . . . . . . . . . . . . . . . . . .181
Section 14.  Split Contracts . . . . . . . . . . . . . . . . . . . . . . . . . . . .181
Section 15.  Funding of Deferred and Guaranteed Contracts . . . .181

**ARTICLE XXXVIII-A  MINIMUM SALARY BENEFIT** . . . . . . . . . . .**183**
Section 1.  Qualifying Players . . . . . . . . . . . . . . . . . . . . . . . . . .183
Section 2.  Qualifying Contracts . . . . . . . . . . . . . . . . . . . . . . . .183
Section 3.  Additional Compensation Rules . . . . . . . . . . . . . . . .183
Section 4.  Payments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .184
Section 5.  Reduced Salary Cap Count . . . . . . . . . . . . . . . . . . . .184
Section 6.  Minimum Salary Benefit Calculation . . . . . . . . . . . .185
Section 7.  Extensions of Qualified Contracts . . . . . . . . . . . . . .185
Section 8.  [no longer applicable] . . . . . . . . . . . . . . . . . . . . . . .185
Section 9.  Terminated Qualifying Players . . . . . . . . . . . . . . . . .185

viii

Section 10.  Players Moving to New Club . . . . . . . . . . . . . . . . . .185
Section 11.  Player Returning to Old Club  . . . . . . . . . . . . . . . .185
Section 12.  Players with Expired Contract . . . . . . . . . . . . . . . .186
Section 13.  Guarantees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .186
Section 14.  Termination Pay  . . . . . . . . . . . . . . . . . . . . . . . . .186
Section 15.  No Benefit for Non-Qualifying Contracts . . . . . . . .187

**ARTICLE XXXVIII-B  PERFORMANCE-BASED POOL** . . . . . . . . .**188**
Section 1.  Creation of Fund . . . . . . . . . . . . . . . . . . . . . . . . . .188
Section 2.  Amount of Fund . . . . . . . . . . . . . . . . . . . . . . . . . .188
Section 3.  Mandatory Distribution Each Year . . . . . . . . . . . . .188
Section 4.  Qualifying Players . . . . . . . . . . . . . . . . . . . . . . . . .188
Section 5.  Methodology . . . . . . . . . . . . . . . . . . . . . . . . . . . . .188
Section 6.  Corrections . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .189

**ARTICLE XXXIX  MEAL ALLOWANCE** . . . . . . . . . . . . . . . . . . . .**190**
Section 1.  Reimbursement . . . . . . . . . . . . . . . . . . . . . . . . . . .190
Section 2.  Travel Day . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .190

**ARTICLE XL  DAYS OFF**  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**191**
Section 1.  Rate  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .191
Section 2.  Requirements . . . . . . . . . . . . . . . . . . . . . . . . . . . . .191

**ARTICLE XLI  MOVING AND TRAVEL EXPENSES** . . . . . . . . . . .**192**
Section 1.  Qualification . . . . . . . . . . . . . . . . . . . . . . . . . . . . .192
Section 2.  Moving Expenses . . . . . . . . . . . . . . . . . . . . . . . . . .192
Section 3.  Travel Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . .192
Section 4.  Transportation . . . . . . . . . . . . . . . . . . . . . . . . . . . .193

**ARTICLE XLII  POST-SEASON PAY** . . . . . . . . . . . . . . . . . . . . . .**194**
Section 1.  System . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .194
Section 2.  Compensation  . . . . . . . . . . . . . . . . . . . . . . . . . . . .194
Section 3.  Wild Card Game; Division Play-off Game  . . . . . . . .194
Section 4.  Conference Championship; Super Bowl Game . . . . .194
Section 5.  Payment  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .195

**ARTICLE XLIII  PRO BOWL GAME** . . . . . . . . . . . . . . . . . . . . . .**196**
Section 1.  Compensation . . . . . . . . . . . . . . . . . . . . . . . . . . . .196
Section 2.  Selection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .196
Section 3.  Wives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .196
Section 4.  Injury . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .196
Section 5.  Payment  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .196

ix

**ARTICLE XLIV  PLAYERS' RIGHTS TO MEDICAL**
**CARE AND TREATMENT** . . . . . . . . . . . . . . . . . . . . . . . . **197**
Section 1.  Club Physician . . . . . . . . . . . . . . . . . . . . . . . . .197
Section 2.  Club Trainers . . . . . . . . . . . . . . . . . . . . . . . . . .197
Section 3.  Players' Right to a Second Medical Opinion . . . . . . . .197
Section 4.  Players' Right to a Surgeon of His Choice . . . . . . . . .197
Section 5.  Standard Minimum Pre-Season Physical . . . . . . . . .197
Section 6.  Substance Abuse . . . . . . . . . . . . . . . . . . . . . . . .198

**ARTICLE XLV  ACCESS TO PERSONNEL AND**
**MEDICAL RECORDS** . . . . . . . . . . . . . . . . . . . . . . . . . . **199**
Section 1.  Personnel Records . . . . . . . . . . . . . . . . . . . . . . .199
Section 2.  Medical Records . . . . . . . . . . . . . . . . . . . . . . . .199

**ARTICLE XLVI  PLAYER BENEFIT COSTS** . . . . . . . . . . . . . . . . . **200**
Section 1.  General Right of Reduction . . . . . . . . . . . . . . . . .200
Section 2.  Right of Restoration . . . . . . . . . . . . . . . . . . . . . .200
Section 3.  Definition . . . . . . . . . . . . . . . . . . . . . . . . . . . .200
Section 4.  Resolution of Disputes . . . . . . . . . . . . . . . . . . . .200
Section 5.  [no longer applicable] . . . . . . . . . . . . . . . . . . . .201
Section 6.  Limitations on Contributions . . . . . . . . . . . . . . . .201
Section 7.  Application of a Salary Cap to Plan Years . . . . . . . . .202
Section 8.  Timing . . . . . . . . . . . . . . . . . . . . . . . . . . . . .202

**ARTICLE XLVII  RETIREMENT PLAN** . . . . . . . . . . . . . . . . . . . . **203**
Section 1.  Maintenance and Definitions . . . . . . . . . . . . . . . .203
Section 2.  [no longer applicable] . . . . . . . . . . . . . . . . . . . .203
Section 3.  Contributions . . . . . . . . . . . . . . . . . . . . . . . . .203
Section 4.  Benefit Credits . . . . . . . . . . . . . . . . . . . . . . . . .203
Section 5.  Disability Benefits . . . . . . . . . . . . . . . . . . . . . . .204
Section 6.  Joint and Survivor Reset . . . . . . . . . . . . . . . . . . .205
Section 7.  Death Benefits . . . . . . . . . . . . . . . . . . . . . . . . .205

**ARTICLE XLVIII  SECOND CAREER SAVINGS PLAN** . . . . . . . . . **206**
Section 1.  Maintenance . . . . . . . . . . . . . . . . . . . . . . . . . .206
Section 2.  Contributions . . . . . . . . . . . . . . . . . . . . . . . . .206

**ARTICLE XLVIII-A  PLAYER ANNUITY PROGRAM** . . . . . . . . . . **208**
Section 1.  Establishment . . . . . . . . . . . . . . . . . . . . . . . . .208
Section 2.  Contributions . . . . . . . . . . . . . . . . . . . . . . . . .208
Section 3.  Timing . . . . . . . . . . . . . . . . . . . . . . . . . . . . .208
Section 4.  Structure . . . . . . . . . . . . . . . . . . . . . . . . . . . .209
Section 5.  New Tax-Qualified Portion . . . . . . . . . . . . . . . . .209
Section 6.  NFL Player Annuity & Insurance
Company Net Worth . . . . . . . . . . . . . . . . . . . . . . . . .209

x

**ARTICLE XLVIII-B  TUITION ASSISTANCE PLAN** . . . . . . . . . . . . **210**
    Section 1.  Establishment . . . . . . . . . . . . . . . . . . . . . . . . .210
    Section 2.  Eligibility  . . . . . . . . . . . . . . . . . . . . . . . . . . .210
    Section 3.  Reimbursement . . . . . . . . . . . . . . . . . . . . . . . . .211

**ARTICLE XLVIII-C  NFL PLAYERS HEALTH**
    **REIMBURSEMENT ACCOUNT** . . . . . . . . . . . . . . . . . . . **212**
    Section 1.  Establishment . . . . . . . . . . . . . . . . . . . . . . . . .212
    Section 2.  Contributions . . . . . . . . . . . . . . . . . . . . . . . . .212
    Section 3.  Eligibility . . . . . . . . . . . . . . . . . . . . . . . . . . .212
    Section 4.  Health Reimbursement Accounts  . . . . . . . . . . . . . .213
    Section 5.  Payments from Health Reimbursement Accounts . . . .213
    Section 6.  Structure . . . . . . . . . . . . . . . . . . . . . . . . . . .214
    Section 7.  Plan Operation in Uncapped Years  . . . . . . . . . . . .214

**ARTICLE XLVIII-D  88 BENEFIT** . . . . . . . . . . . . . . . . . . . . . **215**
    Section 1.  Establishment  . . . . . . . . . . . . . . . . . . . . . . . .215
    Section 2.  Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . .215
    Section 3.  Funding  . . . . . . . . . . . . . . . . . . . . . . . . . . . .216
    Section 4.  Term . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .216

**ARTICLE XLVIII-E  NFL PLAYERS BENEFITS COMMITTEE** . . . .**217**
    Section 1.  Establishment . . . . . . . . . . . . . . . . . . . . . . . . .217
    Section 2.  Function . . . . . . . . . . . . . . . . . . . . . . . . . . . .217
    Section 3.  Expenses  . . . . . . . . . . . . . . . . . . . . . . . . . . .217
    Section 4.  Uncapped Years  . . . . . . . . . . . . . . . . . . . . . . .217

**ARTICLE XLIX  GROUP INSURANCE** . . . . . . . . . . . . . . . . . . **218**
    Section 1.  Group Benefits  . . . . . . . . . . . . . . . . . . . . . . . .218
    Section 2.  Extended Post-Career Medical and Dental Benefits  . .219
    Section 3.  Limitations and Rules For Extended Insurance  . .219
    Section 4.  *[no longer applicable]* . . . . . . . . . . . . . . . . . . .220
    Section 5.  Administration  . . . . . . . . . . . . . . . . . . . . . . . .220

**ARTICLE L  SEVERANCE PAY** . . . . . . . . . . . . . . . . . . . . . . **221**
    Section 1.  Eligibility  . . . . . . . . . . . . . . . . . . . . . . . . . . .221
    Section 2.  Amount  . . . . . . . . . . . . . . . . . . . . . . . . . . . .221
    Section 3.  Application  . . . . . . . . . . . . . . . . . . . . . . . . . .221
    Section 4.  Payment  . . . . . . . . . . . . . . . . . . . . . . . . . . . .221
    Section 5.  Failure to Apply  . . . . . . . . . . . . . . . . . . . . . . .222
    Section 6.  Only One Payment  . . . . . . . . . . . . . . . . . . . . . .222
    Section 7.  Payable to Survivor  . . . . . . . . . . . . . . . . . . . . .222
    Section 8.  Prior Severance Pay  . . . . . . . . . . . . . . . . . . . . .222
    Section 9.  Nonassignability  . . . . . . . . . . . . . . . . . . . . . . .222

**ARTICLE LI  DISABILITY PLAN** . . . . . . . . . . . . . . . . . . . . . . . . .**223**
   Section 1.  Maintenance . . . . . . . . . . . . . . . . . . . . . . .223
   Section 2.  Contributions . . . . . . . . . . . . . . . . . . . . .223
   Section 3.  Extension . . . . . . . . . . . . . . . . . . . . . . . .223

**ARTICLE LII  BENEFIT ARBITRATOR** . . . . . . . . . . . . . . . . . .**224**
   Section 1.  Selection . . . . . . . . . . . . . . . . . . . . . . . . . . . .224
   Section 2.  Compensation . . . . . . . . . . . . . . . . . . . . . . .224
   Section 3.  Role . . . . . . . . . . . . . . . . . . . . . . . . . . . .224

**ARTICLE LIII  RETENTION OF BENEFITS** . . . . . . . . . . . . . . . .**226**

**ARTICLE LIV  WORKERS' COMPENSATION** . . . . . . . . . . . . . .**227**
   Section 1.  Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . .227
   Section 2.  Rejection of Coverage . . . . . . . . . . . . . . . .227
   Section 3.  Arbitration . . . . . . . . . . . . . . . . . . . . . . . .227
   Section 4.  Worker's Compensation Offset Provisions . . . . . . . .227
   Section 5.  Preservation of Rights . . . . . . . . . . . . . . . .231

**ARTICLE LV  MISCELLANEOUS** . . . . . . . . . . . . . . . . . . . . . . . . .**233**
   Section 1.  Endorsements . . . . . . . . . . . . . . . . . . . . . . . .233
   Section 2.  Game Day Attire . . . . . . . . . . . . . . . . . . . .233
   Section 3.  Appearances . . . . . . . . . . . . . . . . . . . . . . . .233
   Section 4.  Promotion . . . . . . . . . . . . . . . . . . . . . . . . .233
   Section 5.  Deduction . . . . . . . . . . . . . . . . . . . . . . . .233
   Section 6.  Public Statements . . . . . . . . . . . . . . . . . . .234
   Section 7.  Address . . . . . . . . . . . . . . . . . . . . . . . . . . . .234
   Section 8.  NFLPA Tickets . . . . . . . . . . . . . . . . . . . . .234
   Section 9.  Player Tickets . . . . . . . . . . . . . . . . . . . . . .234
   Section 10.  Tests . . . . . . . . . . . . . . . . . . . . . . . . . . . . .234
   Section 11.  League Security . . . . . . . . . . . . . . . . . . . .234
   Section 12.  Career Planning Program . . . . . . . . . . . .235
   Section 13.  Delivery of Documents . . . . . . . . . . . . . .235
   Section 14.  Binding Effect . . . . . . . . . . . . . . . . . . . . .235
   Section 15.  Authorization . . . . . . . . . . . . . . . . . . . . .235
   Section 16.  Headings . . . . . . . . . . . . . . . . . . . . . . . .235
   Section 17.  Time Periods . . . . . . . . . . . . . . . . . . . . .235
   Section 18.  Exhibits . . . . . . . . . . . . . . . . . . . . . . . . .235
   Section 19.  Parol Evidence . . . . . . . . . . . . . . . . . . . .235
   Section 20.  Prior Side Letters . . . . . . . . . . . . . . . . . .235

**ARTICLE LVI  FINAL LEAGUE YEAR** . . . . . . . . . . . . . . . . . . . . .237
    Section 1.  No Salary Cap . . . . . . . . . . . . . . . . . . . . . . .237
    Section 2.  Free Agency if Salary Cap in League
        Year Prior to Final League Year . . . . . . . . . . . . . . . . . . . .237
    Section 3.  Free Agency if No Salary Cap in League
        Year Prior to Final League Year . . . . . . . . . . . . . . . . . . . .237
    Section 4.  Franchise and Transition Players  . . . . . . . . . . . . .237

**ARTICLE LVII  MUTUAL RESERVATION OF RIGHTS:**
**LABOR EXEMPTION** . . . . . . . . . . . . . . . . . . . . . . . . . . . .238
    Section 1.  Rights Under Law . . . . . . . . . . . . . . . . . . . . .238
    Section 2.  Labor Exemption  . . . . . . . . . . . . . . . . . . . . .238
    Section 3.  CBA Expiration . . . . . . . . . . . . . . . . . . . . . .238

**ARTICLE LVIII  DURATION OF AGREEMENT**  . . . . . . . . . . . . .240
    Section 1.  *[no longer applicable]*  . . . . . . . . . . . . . . . . . . .240
    Section 2.  Effective Date/Expiration Date  . . . . . . . . . . . . . .240
    Section 3.  Termination Prior to Expiration Date  . . . . . . . . . . .240
    Section 4.  Effect of Early Termination on Player Contracts  . . . . .241
    Section 5.  Ratification . . . . . . . . . . . . . . . . . . . . . . . .241

**ARTICLE LIX  GOVERNING LAW**  . . . . . . . . . . . . . . . . . . . .243

**ARTICLE LX  NOTICES** . . . . . . . . . . . . . . . . . . . . . . . . . .244

**APPENDIX A—CHECK-OFF AUTHORIZATION FOR**
    **NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION**
    **DEDUCTIONS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .245

**APPENDIX B—INJURY PROTECTION/EARLY WAIVER**  . . . . . . .247

**APPENDIX C—NFL PLAYER CONTRACT**  . . . . . . . . . . . . . . . .248

**APPENDIX D—FIRST REFUSAL OFFER SHEET**  . . . . . . . . . . . .257

**APPENDIX E—FIRST REFUSAL EXERCISE NOTICE** . . . . . . . . .258

**APPENDIX F—WAIVER OF FREE AGENT RIGHTS** . . . . . . . . . .259

**APPENDIX G—NOTICE OF TERMINATION** . . . . . . . . . . . . . . .260

**APPENDIX H—ACCOUNTANTS' REVIEW PROCEDURES** . . . . . .261

APPENDIX H.1—ACCOUNTANTS' AGREED-UPON
    PROCEDURES REPORT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .267

APPENDIX H.2—LOCAL ACCOUNTANTS' AGREED-UPON
    PROCEDURES REPORT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .268

APPENDIX H.3—REVENUE ACCOUNTING RULES . . . . . . . . . .269

APPENDIX I—STANDARD MINIMUM PRE-SEASON
    PHYSICAL EXAMINATION  . . . . . . . . . . . . . . . . . . . . . . . . .279

APPENDIX J—ACTUARIAL ASSUMPTIONS AND
    ACTUARIAL COST METHOD  . . . . . . . . . . . . . . . . . . . . . . .282

APPENDIX J.1—HEALTH REIMBURSEMENT PLAN
    ACTUARIAL ASSUMPTIONS AND FUNDING  . . . . . . . . . . .285

APPENDIX K—EXTENSION CHART  . . . . . . . . . . . . . . . . . . . . . .287

APPENDIX L—OFF-SEASON WORKOUT RULES  . . . . . . . . . . . .288

APPENDIX M—PSL EXAMPLES  . . . . . . . . . . . . . . . . . . . . . . . . .289

APPENDIX N—WRITTEN WARNING GOOD FAITH EFFORT . . .296

APPENDIX O—SALARY CAP CALCULATION EXAMPLE  . . . . . .297

APPENDIX P—ADJUSTMENT MECHANISM EXAMPLES  . . . . . .298

INDEX . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .302

xiv

## INTRODUCTION

This booklet contains the text of the Collective Bargaining Agreement between the National Football League Management Council and the National Football League Players Association effective March 8, 2006. To the extent that any differences exist between this booklet and the original signed Agreement maintained by the parties, the original shall control.

1

## PREAMBLE

This Agreement, which is the product of bona fide, arm's length collective bargaining, is made and entered into as of the 8th day of March, 2006, in accordance with the provisions of the National Labor Relations Act, as amended, by and between the National Football League Management Council ("Management Council" or "NFLMC"), which is recognized as the sole and exclusive bargaining representative of present and future employer member Clubs of the National Football League ("NFL" or "League"), and the National Football League Players Association ("NFLPA"), which is recognized as the sole and exclusive bargaining representative of present and future employee players in the NFL in a bargaining unit described as follows:

1.     All professional football players employed by a member club of the National Football League;

2.     All professional football players who have been previously employed by a member club of the National Football League who are seeking employment with an NFL Club;

3.     All rookie players once they are selected in the current year's NFL College Draft; and

4.     All undrafted rookie players once they commence negotiation with an NFL Club concerning employment as a player.

3

# ARTICLE I
# DEFINITIONS

As used in this Agreement, the following terms shall have the following meanings:

*Section 1.* **General Definitions:**

(a)   "Agreement" means this Collective Bargaining Agreement.

(b)   "Class Counsel" means the law firm of Weil, Gotshal & Manges, 767 Fifth Avenue, New York, New York 10153, the law firm of Dewey Ballantine, LLP, 1301 Avenue of the Americas, New York, New York 10019, and the law firm of Lindquist & Vennum, 4200 IDS Center, Minneapolis, Minnesota 55402.

(c)   "Club" or "Team" or "Member," used interchangeably herein, means any entity that is a member of the NFL or operates a franchise in the NFL at any time during the term of this Agreement.

(d)   "Club Affiliate" or "Team Affiliate" means any entity or person owned by (wholly or partly), controlled by, affiliated with, or related to a Club or any owner of a Club.

(e)   "Commissioner" means the Commissioner of the NFL.

(f)   "Impartial Arbitrator" means the person authorized by this Agreement and the Settlement Agreement to hear and resolve specified disputes as provided in this Agreement and the Settlement Agreement.

(g)   "League Year" means the period from March 1 of one year through and including the last day of February of the following year, or such other one year period to which the NFL and the NFLPA may agree.

(h)   "NFL Player Contract" means the form of Player Contract utilized in the NFL.

(i)   "NFL Rules" means the Constitution and Bylaws, rules, and regulations of the NFL and/or the Management Council.

(j)   "Player Affiliate" means any entity or person owned by (wholly or partly), controlled by, affiliated with, or related to a player.

(k)   "Salary" means any compensation of money, property, investments, loans, or anything else of value that a Club pays to, or is obligated to pay to, a player or Player Affiliate, or is paid to a third party at the request of and for the benefit of a player or Player Affiliate, during a League Year, as calculated in accordance with the rules set forth in Article XXIV (Guaranteed League-wide Salary, Salary Cap & Minimum Team Salary).

(l)   "Settlement Agreement" means the Stipulation and Settlement Agreement, dated February 26, 1993, as amended.

(m)   "Special Master" means the special master appointed and authorized by this Agreement and the Settlement Agreement to hear and resolve specified disputes as provided in this Agreement and the Settlement Agreement.

4

Article 1, Definitions

**Section 2. Free Agency Definitions:**

(n)    "Accrued Season" means any playing season for which a player received credit with respect to his qualifications for Unrestricted Free Agency or Restricted Free Agency, as described in Article XIX (Veteran Free Agency).

(o)    "Compensatory Draft Selection" means an additional Draft choice awarded to a Club as described in Article XIX (Veteran Free Agency) and Article XX (Franchise and Transition Players).

(p)    "Draft" or "College Draft" means the NFL's annual draft of Rookie football players as described in Article XVI (College Draft).

(q)    "Draft Choice Compensation" means the right of any Club, as described in Article XIX (Veteran Free Agency) and Article XX (Franchise and Transition Players), to receive draft pick(s) from any other Club.

(r)    "Drafted Rookie" means a person who is selected in the current League Year's Draft or whose Draft rights are held, or continue to be held, consistent with this Agreement, by an NFL Club that selected the Rookie in a prior Draft.

(s)    "Final Eight Plan" means the rules whereby signings of Unrestricted Free Agents are limited in Uncapped Years for the final eight playoff Clubs, under the limited circumstances described in Article XXI (Final Eight Plan).

(t)    "Free Agent" means a player who is not under contract and is free to negotiate and sign a Player Contract with any NFL Club, without Draft Choice Compensation or any Right of First Refusal.

(u)    "Minimum Salary" means the minimum annual Paragraph 5 Salary which shall be paid to an NFL player not on any Active list, and not on the Inactive list, pursuant to this Agreement.

(v)    "Minimum Active/Inactive List Salary" means the minimum annual Paragraph 5 Salary which shall be paid to an NFL player on any Active list, or on the Inactive list, pursuant to this Agreement.

(w)    "Negotiate" means, with respect to a player or his representatives on the one hand, and an NFL Club or its representatives on the other hand, to engage in any written or oral communication relating to efforts to reach agreement on employment and/or terms of employment between such player and such Club.

(x)    "New Club" means any Club except the Prior Club (as defined below).

(y)    "Player Contract" means a written agreement or series of such agreements executed at or about the same time between a person and an NFL Club pursuant to which such person is employed by such Club as a professional football player.

(z)    "Prior Club" means the Club that contracted with or otherwise held the NFL playing rights for the player for the previous NFL League Year.

(aa)    "Prior Year Salary" means the total of the Paragraph 5 Salary, roster and reporting bonuses, pro-rata portion of signing bonus, and other

5

payments to a player in compensation for the playing of professional football for the last League Year of the player's most recently negotiated Player Contract, except for performance bonuses other than roster and reporting bonuses. Prior Year Salary shall also include any unpaid loans made, guaranteed or collateralized by a Team or its Team Affiliate to a player or Player Affiliate.

(ab)    "Renegotiate" means any change in Salary or the terms under which such Salary is earned or paid, or any change regarding the Club's right to trade the player, during the term of a Player Contract.

(ac)    "Required Tender" means a Player Contract tender that a Club is required to make to a player pursuant to this Agreement, either as a matter of right with respect to the player, or to receive Rights of First Refusal, Draft Choice Compensation and/or other rights with respect to the player, as specified in this Agreement.

(ad)    "Restricted Free Agent" means a Veteran who has three or more Accrued Seasons and who completes performance of his Player Contract, but who is still subject to a Right of First Refusal and/or Draft Choice Compensation in favor of his Prior Club.

(ae)    "Right of First Refusal" means the right of an NFL Club, as described in Article XIX (Veteran Free Agency) and Article XX (Franchise and Transition Players) to retain the services of certain Veteran players by matching offers made to those players.

(af)    "Rookie" means a person who has never signed a Player Contract with an NFL Club.

(ag)    "Undrafted Rookie" means a Rookie who was eligible for but not selected in a College Draft.

(ah)    "Unrestricted Free Agent" means a Veteran who completes performance of his Player Contract, and who is no longer subject to any exclusive negotiating rights, Right of First Refusal, or Draft Choice Compensation in favor of his Prior Club.

(ai)    "Veteran" means a player who has signed at least one Player Contract with an NFL Club.

**Section 3. Salary Cap Definitions:**

(aj)    "Benefits" or "Player Benefit Costs" means the specific benefits paid to players set forth in Article XXIV (Guaranteed League-wide Salary, Salary Cap & Minimum Team Salary).

(ak)    "Capped Year" means any League Year for which a Salary Cap is in effect.

(al)    "Total Revenues" or "TR" means all of the League and Team revenues that are included within the definition of Total Revenues, as set forth in Article XXIV (Guaranteed League-wide Salary, Salary Cap & Minimum Team Salary).

(am)    "Guaranteed League-wide Salary" means the minimum amount that the Teams in the NFL must pay in Player Costs during a League Year, if

6

applicable, as set forth in Article XXIV (Guaranteed League-wide Salary, Salary Cap & Minimum Team Salary).

(an)   "Minimum Team Salary" means the minimum amount that each Team must pay in Salaries during a League Year, if applicable, as set forth in Article XXIV (Guaranteed League-wide Salary, Salary Cap & Minimum Team Salary), Section 5.

(ao)   "Paragraph 5 Salary" means the compensation set forth in paragraph 5 of the NFL Player Contract, or in any amendments thereto.

(ap)   "Player Costs" means the total Salaries and Benefits attributable to a League Year for all NFL Teams under all of the rules set forth in Article XXIV (Guaranteed League-wide Salary, Salary Cap & Minimum Team Salary), but not including loans, loan guarantees, unpaid grievances attributions, and unearned incentives.

(aq)   "Projected Benefits" means the amount of Benefits projected in accordance with the rules set forth in Article XXIV (Guaranteed League-wide Salary, Salary Cap & Minimum Team Salary).

(ar)   "Projected Total Revenues" means the amount of Total Revenues projected in accordance with the rules set forth in Article XXIV (Guaranteed League-wide Salary, Salary Cap & Minimum Team Salary).

(as)   "Room" means the extent to which a Team's then current Team Salary is less than either the Salary Cap or Entering Player Pool, as applicable.

(at)   "Salary Cap" means the absolute maximum amount of Salary that each Club may pay or be obligated to pay or provide to players or Player Affiliates, or may pay or be obligated to pay to third parties at the request of and for the benefit of Players or Player Affiliates, at any time during a particular League Year, in accordance with the rules set forth in Article XXIV (Guaranteed League-wide Salary, Salary Cap & Minimum Team Salary), if applicable.

(au)   "Team Salary" means the Team's aggregate Salary for Salary Cap purposes, as calculated in accordance with the rules set forth in Article XXIV (Guaranteed League-wide Salary, Salary Cap & Minimum Team Salary).

(av)   "Uncapped Year" means any League Year for which a Salary Cap is not in effect.

**Section 4. Further Definitions:**

(aw)   "Final League Year" means the League Year which is scheduled prior to its commencement to be the final League Year of this Agreement. As of the date hereof, the Final League Year is the 2012 League Year. The Final League Year shall always be an Uncapped Year.

(ax)   "Final Capped Year" means the League Year immediately prior to the Final League Year. The Final Capped Year shall be Capped unless the Salary Cap is removed pursuant to Article XXIV (Guaranteed League-wide Salary, Salary Cap & Minimum Team Salary), Section 2(b).

## ARTICLE II
## GOVERNING AGREEMENT

***Section 1.* Conflicts:** The provisions of this Agreement supersede any conflicting provisions in the NFL Player Contract, the NFL Constitution and Bylaws, or any other document affecting terms and conditions of employment of NFL players, and all players, Clubs, the NFLPA, the NFL, and the Management Council will be bound hereby. The provisions of the Stipulation and Settlement Agreement, as *amended*, in <u>White</u> v. <u>NFL</u>, No. 4-92-906 (D. Minn.) ("Settlement Agreement"), shall supersede any conflicting provisions of this Agreement.

***Section 2.* Implementation:** The NFLPA and the Management Council will use their best efforts to faithfully carry out the terms and conditions of this Agreement and to see that the terms and conditions of this Agreement are carried out in full by players and Clubs. The NFLPA will use its best efforts to see that the terms and conditions of all NFL Player Contracts are carried out in full by players.

***Section 3.* Management Rights:** The NFL Clubs maintain and reserve the right to manage and direct their operations in any manner whatsoever, except as specifically limited by the provisions of this Agreement and the Settlement Agreement.

***Section 4.* Rounding:** For the purposes of any amounts to be calculated or used pursuant to this Agreement with respect to Required Tenders, Qualifying Offers, Minimum Salaries, Minimum Active/Inactive List Salaries, Team Salary, Total Revenue ("TR"), Benefits, Player Costs, Projected TR, Projected Benefits, or Salary, such amounts shall be rounded to the nearest $1,000.

# ARTICLE III
## SCOPE OF AGREEMENT

**Section 1. Scope:** This Agreement represents the complete understanding of the parties on all subjects covered herein, and there will be no change in the terms and conditions of this Agreement without mutual consent. Except as otherwise provided in Article V (Union Security), Section 6, on Union Security, the NFLPA and the Management Council waive all rights to bargain with one another concerning any subject covered or not covered in this Agreement for the duration of this Agreement, including the provisions of the NFL Constitution and Bylaws; provided, however, that if any proposed change in the NFL Constitution and Bylaws during the term of this Agreement could significantly affect the terms and conditions of employment of NFL players, then the Management Council will give the NFLPA notice of and negotiate the proposed change in good faith.

**Section 2. Arbitration:** The question of whether the parties engaged in good faith negotiations, or whether any proposed change in the NFL Constitution and Bylaws would violate or render meaningless any provision of this Agreement, may be the subject of a non-injury grievance under Article IX (Non-Injury Grievance), which shall be the exclusive method for resolving disputes arising out of this Section 2. If the arbitrator finds that either party did not engage in good faith negotiations, or that the proposed change would violate or render meaningless any provision of this Agreement, he may enter an appropriate order, including to cease and desist from implementing or continuing the practice or proposal in question; provided, however, that the arbitrator may not compel either party to this Agreement to agree to anything or require the making of a concession by either party in negotiations.

9

# ARTICLE IV
# NO STRIKE/LOCKOUT/SUIT

***Section 1. No Strike/Lockout:*** Except as otherwise provided in Article V (Union Security), Section 6, neither the NFLPA nor any of its members will engage in any strike, work stoppage, or other concerted action interfering with the operations of the NFL or any Club for the duration of this Agreement, and no Clubs, either individually or in concert with other Clubs, will engage in any lockout for the duration of this Agreement. Any claim by the Management Council that the NFLPA has violated this Section 1 will not be subject to the grievance procedure or the arbitration provisions of this Agreement and the Management Council will have the right to submit such claim directly to the courts.

***Section 2. No Suit:*** The NFLPA agrees that neither it nor any of its members, nor agents acting on its behalf, nor any member of its bargaining unit, will sue, or support financially or administratively, or voluntarily provide testimony or affidavit in, any suit against, the NFL or any Club with respect to any claim relating to any conduct permitted by this Agreement, the Settlement Agreement, or any term of this Agreement or the Settlement Agreement, including, without limitation, the Articles concerning the College Draft, the Compensatory Draft, the Option Clause, the Entering Player Pool, Veterans With Less Than Three Accrued Seasons, Veteran Free Agency, Franchise and Transition Players, the Final Eight Plan, Guaranteed League-wide Salary, Salary Cap and Minimum Team Salary, and the Waiver System, and provisions applicable to the trading of players; provided, however, that nothing contained in this Section 2 will prevent the NFLPA or any player from asserting that any Club, acting individually or in concert with other Clubs, or the Management Council, has: (1) breached the terms of this Agreement, the NFL Player Contract, the revised NFL Player Contract, or the NFL Constitution and Bylaws, and from processing such asserted breach as a non-injury grievance under Article IX (Non-Injury Grievance) or asserting any claim before the Special Master or the Impartial Arbitrator as provided in this Agreement; or (2) breached the terms of the Settlement Agreement and from asserting such a claim before the Special Master, Impartial Arbitrator, or the Federal District Court, as provided for in the Settlement Agreement. In addition, neither the NFLPA nor any of its members, agents acting on its behalf, nor any members of its bargaining unit will sue, or support financially or administratively any suit against, the NFL or any Club relating to the provisions of the Constitution and Bylaws of the NFL, which are appended to the Side Letter dated July 24, 2006 from Harold Henderson to Eugene Upshaw, as they were operative and administered at the beginning date of the 2006 League Year (except any provisions relating to the 1982 CBA, which have been superseded by this Agreement); provided, however, that nothing herein shall prevent the NFLPA, its members,

10

agents or bargaining unit members from asserting any rights they may have under the federal labor laws or under this Agreement or the Settlement Agreement.

**Section 3. Releases:** The releases and covenants not to sue contained in Article XIX (Releases and Covenants Not to Sue) of the Settlement Agreement are hereby incorporated by reference.

11

# ARTICLE V
# UNION SECURITY

**Section 1. Union Security:** Every NFL player has the option of joining or not joining the NFLPA; provided, however, that as a condition of employment commencing with the execution of this Agreement and for the duration of this Agreement and wherever and whenever legal: (a) any active player who is or later becomes a member in good standing of the NFLPA must maintain his membership in good standing in the NFLPA; and (b) any active player (including a player in the future) who is not a member in good standing of the NFLPA must, on the 30th day following the beginning of his employment or the execution of this Agreement, whichever is later, pay, pursuant to Section 2 below or otherwise to the NFLPA, an annual service fee in the same amount as any initiation fee and annual dues required of members of the NFLPA.

**Section 2. Check-off:** Commencing with the execution of this Agreement, each Club will check-off the initiation fee and annual dues or service charge, as the case may be, in equal weekly or biweekly installments from each pre-season and regular season paycheck, beginning with the first paycheck after the date of the first pre-season squad cutdown, for each player for whom a current check-off authorization (copy attached hereto as Appendix A and made a part of this Agreement) has been provided to the Club. The Club will forward the check-off monies to the NFLPA within seven days of the check-off.

**Section 3. NFLPA Meetings:** The NFLPA will have the right to conduct three meetings on Club property each year, including one at the time of a Club's minicamp, provided that the player representative or NFLPA office has given the Club reasonable notice of its desire to hold such a meeting by the close of business on Friday of the week before the week in which the meeting is to take place, or by the close of business Thursday if the meeting is scheduled for the following Monday. No meeting will be held at a time which would disrupt a coach's team schedule.

**Section 4. NFLPA Player Group Licensing Program:** The NFL recognizes that players have authorized the NFLPA to act as their agent in a Group Player Licensing program (defined below) for their benefit. The NFL hereby agrees that neither it, any Club, nor any affiliate of the NFL and/or any Club shall acquire, seek to acquire, induce others to acquire, or assist others in acquiring Group Player Licensing rights, or interfere in any manner with any player's conveyance of such rights pursuant to the NFLPA Group Player Licensing program, except as otherwise explicitly agreed to between the NFLPA and the NFL. Any disputes that arise regarding the NFL's conduct in this regard shall be submitted for expedited arbitration pursuant to

12

Article IX (Non-Injury Grievance). The first such grievance in any calendar year shall be treated on an expedited basis without counting against the number of grievances the NFLPA may expedite pursuant to Article IX, Section 4; all subsequent such grievances in that calendar year shall count against the number of grievances the NFLPA may expedite pursuant to Article IX, Section 4. For the purposes of this Section 4, Group Player Licensing shall be defined as the use of a total of six or more NFL players' names, signatures facsimiles, voices, pictures, photographs, likenesses and/or biographical information on or in conjunction with products (including, but not limited to, trading cards, clothing, videogames, computer games, collectibles, internet sites, fantasy games, etc.): (a) in any one product category, as defined by industry standards; or (b) in different categories if a total of six or more players are used and (i) the products all use similar or derivative design or artwork or (ii) one such player product is used to promote another player product. For the purposes of this Section 4, Group Player Licensing includes, without limitation, products sold at retail and products that are used as promotional or premium items.

**Section 5.** Disputes: Any dispute over compliance with, or the interpretation, application or administration of this Article will be processed pursuant to Article IX (Non-Injury Grievance). Any decision of an arbitrator pursuant thereto will constitute full, final and complete disposition of the dispute, and will be binding on the player(s) and Club(s) involved and the parties to this Agreement.

**Section 6. Procedure for Enforcement:**
   (a)     Upon written notification to the Management Council by the NFLPA that a player has not paid any initiation fee, dues or the equivalent service fee in violation of Section 1 of this Article V (Union Security), the Management Council will within seven days consider the matter. If there is no resolution of the matter within seven days, then the Club will, upon notification of the NFLPA, suspend the player without pay. Such suspension will continue until the NFLPA has notified the Club in writing that the suspended player has satisfied his obligation as contained in Section 1 of this Article V (Union Security). The parties hereby agree that suspension without pay is adopted as a substitute for and in lieu of discharge as the penalty for a violation of the union security clause of the Agreement and that no player will be discharged for a violation of that clause. The player's contract will be tolled during the period of any such suspension. A copy of all notices required by this "Procedure for the Enforcement of the Union Security Agreement Between the NFL Management Council and the NFLPA" will be simultaneously mailed to the player involved and the Management Council.
   (b)     It is further agreed that the term "member in good standing" as used in this Article V (Union Security) applies only to payment of dues or

13

initiation fee and not any other factors involved in union discipline.

(c)     It is further agreed that notwithstanding Article III (Scope of Agreement), Article IV (No Strike/Lockout/Suit), and Article LVIII (Duration of Agreement), that if at any time in the term of the Agreement, any court or agency shall wholly or partially invalidate the provisions of Article V (Union Security) relating to Union Security, then the NFLPA may reopen this Agreement upon the giving of 10 days' written notice, with reference solely to the issue of Union Security, and both parties will have an obligation to resume negotiations limited to the issue of Union Security, and both parties will be free to engage in whatever concerted or other action may be permitted by law in support of their positions.

*Section 7.* **NFLPA Responsibility:** It is agreed that neither the NFL nor any Club shall be liable for any salary, bonus, or other monetary claims of any player suspended pursuant to the terms of Section 6 above. Collection of initiation fees, annual dues, service charges or other check-off amounts missed because of inadvertent errors shall be the responsibility of the NFLPA. The NFLPA shall be solely responsible for refunds to players in the case of any sums deducted not in conformity with the provisions of the NFLPA Constitution and Bylaws or applicable law.

*Section 8.* **Orientations:** During the annual Timing and Testing Sessions of the Scouting Combines, the NFL will use best efforts to ensure that the NFLPA will be permitted to present one-hour orientations for all of the college players attending the session. The orientation will include only information on the Career Planning Program, the Chemical Dependency Program, the NFLPA Agent Certification System, and other information contained in this Agreement and will encourage the players to participate fully in all activities of the Scouting Combine. The NFLPA will also have the right to space in the public area of the players' hotel, staffed by NFLPA employees, to provide information requested by players during their free time at the Combine. The NFLPA and the NFL will also sponsor an orientation with an agreed-upon agenda for all rookies on a Club-by-Club basis during the first half of the NFL regular season, which meetings may take place on the players' day off if no other mutually acceptable day is agreed upon.

*Section 9.* **Rookie Symposium:** Attendance at the annual Rookie Symposium shall be mandatory for all Rookies invited to the Symposium. A material failure to attend the entire Symposium (e.g., missing more than one presentation) that is unexcused by the NFLMC will result in a maximum fine of $50,000 for the 2006-09 League Years and $75,000 for the 2010-12 League Years. The NFLPA and the NFLMC shall each use its best efforts to encourage players to participate fully in all symposium activities and to abide by all symposium rules (e.g., dress code, curfew, etc.). Being late for or missing curfew will result in a fine at the then applicable amount under

14

Article VIII of the CBA. Other lateness for meetings or similar Article VIII violations will be disciplined at the applicable fine amounts. Discipline shall be imposed, if appropriate, by the NFLMC, not by any Club.

15