son required to name an arbitrator fails to do so, or if the two arbitrators cannot agree on a third arbitrator, then such arbitrator in either case shall be named by the Commissioner.

N-3.9 A new member acquiring its membership by transfer from another member shall succeed to the interest of the transferor in and to the funds, property, rights, and interests of the League and shall not be obligated to make the capital contribution required under Section 3.3 (B) hereof.

N-3.10 (A) Assessment. Whenever moneys are required to meet the expenses of the League, and League funds are not available for that purpose, then, upon demand by the Commissioner, each member shall be obligated to contribute equally its share of the required moneys. Such assessments shall be in addition to the obligations of each member for the payment of the amounts prescribed in Section 3.10 (B) hereof.

(B) No percentage of gate receipts will be assessed by the League Office for regular season games. No percentage of gate receipts will be assessed by League Offices for pre-season games played in the home city of a team of either the AFL or NFL. Two per cent (2%) of net gate receipts for pre-season games played between NFL clubs in cities which are not members of either League will be forwarded to the NFL Office. One per cent (1%) of net gate receipts will be paid to the AFL and the NFL Offices for inter-league pre-season games played in cities which are not members of either League. Net gate receipts as used in this section is defined as gross gate receipts after deducting (a) all Federal, State and Municipal taxes assessed on sale of tickets, (b) a sum equal to fifteen per cent (15%) of the gross receipts after deducting the aforesaid taxes and (c) officials' fees and expenses in the amount of two thousand dollars ($2,000.00) for each pre-season game.

N-3.11 Each member club, and each and all of the owners, officers, stockholders, directors or partners therein, as well as any other person owning any interest in such member club, assumes and agrees to be bound by the following obligations of membership in the League:

(a) That after becoming a member of the League, the primary purpose of the corporation, partnership or other entity operating the club shall at all times be and remain the operation of a professional football team as a member club of the League, and such primary purpose shall not be changed.

(b) They, and each of them, consent to be bound by the provisions of the Final Judgment of the United States District Court for the Eastern District of Pennsylvania entered against the National Football League and certain of its member clubs on December 28, 1953, and as thereafter modified and for the purpose of said Judgment submit to the jurisdiction of said court.

(c) They, and each of them, agree to be bound by all of the terms and provisions of the Constitution and By-Laws of the League as now or hereafter in effect.

## ARTICLE N-IV

## TERRITORIAL RIGHTS AND CLUB ALIGNMENT

N-4.1 No member shall have any right to transfer its club or franchise to a different city outside of its Home Territory except with the prior approval of the members of the League. Such transfer shall only be effective if approved by the affirmative vote of not less than thirteen (13) members of the League; provided, however, that if the transfer involves a transfer of the franchise from the City of Baltimore, it will also require the prior consent of the Commissioner.

N-4.2 The League shall be divided into two (2) Conferences; said Conferences shall be known as the Eastern Conference and the Western Conference, respectively. The members in each Conference are as follows:

| *Western Conference* | *Eastern Conference* |
|---|---|
| Atlanta Falcons | Cleveland Browns |
| Baltimore Colts | Dallas Cowboys |
| Chicago Bears | New Orleans Saints |
| Detroit Lions | New York Giants |
| Green Bay Packers | Philadelphia Eagles |
| Los Angeles Rams | Pittsburgh Steelers |
| Minnesota Vikings | St. Louis Cardinals |
| San Francisco 49ers | Washington Redskins |

The Conference to which each member club is assigned and in which its teams shall engage, and the composition of each Conference shall not be changed, extended, or modified, without the approval of the members of the League. Such approval, for purposes of this Section, shall require the affirmative vote of not less than thirteen (13) members of the League.

For the years 1967 and 1968 only, the Conferences shall be divided into Divisions consisting of four (4) teams of the Conference in each Division. The Western Conference Divisions shall be known as the Coastal Division and the Central Division, and the Eastern Conference Divisions shall be known as the Capitol Division and the Century Division. The members of each Division in their respective Conferences are as follows:

## WESTERN CONFERENCE

| *Coastal Division* | *Central Division* |
|---|---|
| Atlanta Falcons | Chicago Bears |
| Baltimore Colts | Detroit Lions |
| Los Angeles Rams | Green Bay Packers |
| San Francisco 49ers | Minnesota Vikings |

ARTICLE N:V

# MEETINGS OF THE LEAGUE

N-5.1 The annual meeting of the League shall be held not earlier than the second Monday in February of each year and not later than April 1st in such year; such meeting shall be held on such date and at such time and place as the Commissioner shall designate in the notice of the meeting.

N-5.2 Special Meetings of the League may be held at any place upon call by the Commissioner.

N-5.3 (A) Written notice of the time and place of holding any meeting shall be given to each member at least thirty (30) days in advance of the day fixed for the Annual Meeting, or at least seven (7) days in advance of the day fixed for any Special Meeting.

(B) Notice of a Special Meeting shall state the time, place and purpose of the meeting. The notice of the annual meeting must state the time and place of the meeting, but not the purpose; if any amendments to the Constitution and By-Laws are to be considered at the annual meeting, the submission of such proposals must be in accordance with Sec. N-17.1 hereof.

(C) Notices to any meeting may be waived by the unanimous consent of all Member Clubs.

N-5.4 At all meetings of the League, whether Annual or Special, ten (10) members of the League in good standing, present in person or by authorized representatives, shall constitute a quorum for the transaction of business and shall have the power to adjourn the meeting from time to time without notice other than announcement at the meeting, until the requisite number of members shall be present.

N-5.5 At each meeting of the League each member shall be limited to two (2) representatives and to have present, in addition thereto, one (1) of its officers or counsel; each member shall be limited to only one (1) vote upon any matter presented to the meeting. Each member shall file with the League within the time designated by the Commissioner a written designation of the representative and alternate to vote and act for it. The Commissioner or presiding officer may require proof satisfactory to the Commissioner or presiding officer of the authority of any representative to represent a member.

N-5.6 Except as herein otherwise specifically provided, the affirmative vote of not less than thirteen (13) members of the League at any Annual or Special Meeting of the League shall be required for action.

N-5.7 The order of business for the Annual Meeting shall be as follows:
Roll Call

Reading of Minutes of the previous meeting
Report of Commissioner and Treasurer
Report of Public Relations Department

---

## EASTERN CONFERENCE
(1967)

*Capitol Division*
Dallas Cowboys
New Orleans Saints
Philadelphia Eagles
Washington Redskins

*Century Division*
Cleveland Browns
New York Giants
Pittsburgh Steelers
St. Louis Cardinals

## EASTERN CONFERENCE
(1968)

*Capitol Division*
Dallas Cowboys
New York Giants
Philadelphia Eagles
Washington Redskins

*Century Division*
Cleveland Browns
New Orleans Saints
Pittsburgh Steelers
St. Louis Cardinals

For the year 1969 only, the Conferences shall be divided into Divisions consisting of four (4) teams of the Conference in each Division. The Western Conference Divisions shall be known as the Coastal Division and the Central Division, and the Eastern Conference Divisions shall be known as the Capitol Division and the Century Division. The members of each Division in their respective Conferences are as follows:

## WESTERN CONFERENCE

*Coastal Division*
Atlanta Falcons
Baltimore Colts
Los Angeles Rams
San Francisco 49ers

*Central Division*
Chicago Bears
Detroit Lions
Green Bay Packers
Minnesota Vikings

## EASTERN CONFERENCE
(1969)

*Capitol Division*
Dallas Cowboys
New Orleans Saints
Philadelphia Eagles
Washington Redskins

*Century Division*
Cleveland Browns
New York Giants
Pittsburgh Steelers
St. Louis Cardinals

The foregoing Divisions shall be in effect for the seasons 1968 and 1969 only. Following the 1969 season, the Divisional allocation within each Conference shall terminate and the members of the Conferences shall not be committed or assigned to any particular Division therein.

Report of other Committees
Unfinished business
Nomination and election of officers
Installation of officers
New business
Adjournment

N-5.8 Upon call of the Commissioner or by majority vote of the members of the League, the League may go into Executive Session. At each Executive Session, each member shall designate its duly authorized representative to act for it in such Executive Session. In any Executive Session only one representative of each member, and the Commissioner, shall be present, together with such other persons as either the Commissioner or the members by majority vote shall invite. The Commissioner shall be Chairman of the Executive Session and may appoint the Secretary of the Session. Action at any Executive Session shall constitute action of the League.

N-5.9 Except in respect to matters covered specifically in the Constitution and By-Laws of the League, Roberts Rules of Order shall prevail in all meetings of the League; provided however, that any action taken in any meeting of the League involving a matter not covered specifically in the Constitution and By-Laws of the League shall require the affirmative vote of not less than thirteen (13) members of the League for approval.

N-5.10 Any action or resolution which may be taken or adopted at a League meeting may be taken or adopted by an instrument in writing signed by all members of the League.

## ARTICLE N-VI

## EXECUTIVE AND OTHER COMMITTEES

N-6.1 The League shall have an Executive Committee composed of one (1) representative from each member club. Each representative shall be appointed by the member club by written notice to the Commissioner. Each club may name an alternate representative in the same manner, said alternate shall have the same authority as the regular appointee in the absence of such appointee. Each appointee and alternate on the Executive Committee shall serve until his appointment is revoked in writing by the appointing member club.

N-6.2 At all meetings of the Executive Committee each member of the Committee shall have one (1) vote.

N-6.3 All Executive Committee members must be either owners or holders of an interest, or officers of member clubs in the League.

N-6.4 In case any vacancy occurs in the Executive Committee his successor shall be appointed by the member affected by the vacancy.

84

N-6.5 The Executive Committee shall have the following powers and duties:

(a) It shall have the power, after notice and hearing, to impose fines upon any member or any director, officer, stockholder, player or employee of a member of the League.

(b) It shall have the power, after notice and hearing, to increase or impose other or additional penalties after action of the Commissioner upon any matter submitted to it by the Commissioner for that purpose, provided, however, that the Executive Committee shall have no power to modify, reduce, remit, or suspend any fine, penalty, or suspension imposed by the Commissioner.

(c) It shall have the power and duty to investigate and report its findings and recommendations to the League on any matter referred to it by the Commissioner or the members.

(d) It shall have power to cause an audit of the books and records of the League, and the Treasurer thereof, and shall report its findings to the members and the Commissioner promptly.

(e) If the Commissioner dies, is unwilling, or is by reason of physical or mental disability, unable to discharge his duties as Commissioner, the Executive Committee shall have the power to decide that an emergency exists in the League; it shall thereupon call a Special Meeting of the members at a time and place selected by the Committee: such Meeting shall be held within thirty (30) days after the declaration of such emergency, and notice of such meeting shall be given as in the case of any other Special Meeting; the purpose of such Meeting shall be either to remove such Commissioner, or to elect a new Commissioner, or to appoint an Acting Commissioner to serve until the next succeeding Annual Meeting.

(f) It is empowered to borrow in the name of the League from any bank or trust company such sum or sums of money as it may from time to time deem necessary or appropriate and to authorize the Commissioner and Treasurer, individually or jointly, to make and deliver in the name of the League a promissory note or notes evidencing any such loan and to pledge as security therefor any stocks, bonds, or other securities owned by the League.

(g) In the event that the Commissioner or any other officer of the League shall be convicted of a crime involving moral turpitude, or be physically or mentally incapacitated from performing his duties or shall fail or refuse to abide by the Constitution and By-Laws of the League, and the Executive Committee finds that such action by such officer is detrimental to the best interests of the League, or in the event the Commissioner or any other officer of the League fails or is unwilling to perform his duties, then such Committee shall have the power after notice and hearing to suspend or remove said officer and to terminate any contract between such Commissioner or officer and the League.

85

N-6.6 All actions and decisions of the Executive Committee must be approved by the affirmative vote of no less than thirteen (13) members of the Executive Committee provided, however, (a) that any decisions to proceed under Section N-6.5 (c), (d) or (e) hereof may be taken by majority vote of the Executive Committee, and (b) that in any hearing involving charges against any club or whenever one club is making charges against another, the member club or clubs so involved shall not vote.

N-6.7 The Commissioner of the League may appoint such other committees as the League deems necessary and appropriate. All committees shall act under the direction and chairmanship of the Commissioner, who shall be a member "ex officio" of each committee. The League shall pay each member of the committee the expenses of his attendance at committee meetings.

N-6.8 The Executive Committee shall have the power to fill by appointment any and all vacancies in any elective offices of the League for the balance of the term of such office or until a successor is duly elected for such office in the prescribed manner.

N-6.9 At each meeting of the Executive Committee, the Commissioner of the League shall preside.

## ARTICLE N-VII
## OFFICERS

N-7.1 The officers of the League shall be a Commissioner, a President, a Secretary and a Treasurer. The office of Secretary and Treasurer may be held by the same person. Subject to the provisions herein for removal, each of such officers shall serve for a term of not less than one (1) year nor more than ten (10) years or until the election and qualification of his successor. Such officers may receive reasonable compensation fixed by the member clubs from time to time.

N-7.2 Such officers shall be elected by the affirmative vote of not less than ten (10) members.

N-7.3 The Executive Committee may at any time appoint and fix the compensation of an Assistant Secretary and an Assistant Treasurer, each of whom shall be subject to removal at any time by the Executive Committee.

N-7.4 The President shall:
 (a) Preside at all meetings of the League and
 (b) Render an annual report to the League members at each annual meeting.

N-7.5 The Treasurer shall have charge and custody of, and be responsible for, all funds and securities of the League, receipt and give receipts for monies due and payable to the League from any source whatsoever, and deposit all such monies in the name of the League in such depositories as the Commissioner may determine, keep full and accurate accounts of the receipts and disbursements of the League and in general perform all of the

duties incident to the office of Treasurer and such other duties as from time to time may be assigned to him by the Commissioner or the Executive Committee. In addition, the Treasurer shall:
 (a) Pay all current bills and salaries after approval by the Commissioner.
 (b) Annually submit a detailed statement of all receipts and disbursements of the League, together with a complete balance sheet thereof.
 (c) He shall give a surety bond in the principal sum of not less than Two Hundred Fifty Thousand Dollars ($250,000) for the faithful discharge of his duties, with the League named as obligee thereon. The premium shall be paid by the League.
 (d) During the playing season, he shall report weekly to each member on attendance and receipts for all games played by member clubs during the preceding week; such report shall also include any delinquency in any amounts owing to the League and such other information as the Treasurer deems expedient.

N-7.6 The Assistant Treasurer, if requested so to do by the Executive Committee, shall give bond for the faithful discharge of his duties, in such sums, and with such sureties as the Executive Committee shall require. At the request of the Treasurer, or in his absence or disability, the Assistant Treasurer shall perform all the duties of the Treasurer and when so acting, he shall have all the powers of, and be subject to all the restrictions upon, the Treasurer. He shall perform such other duties as from time to time may be assigned to him by the Executive Committee, the Commissioner, or the Treasurer.

N-7.7 The Secretary shall keep records of all proceedings of the League and of the minutes of the meetings of the members and of the Executive Committee in one or more books provided for that purpose, cause all notices to be fully given in accordance with the provisions of this Constitution or as required by law, be custodian of the League records, keep a register of the Post Office addresses of each member, and in general perform all the duties incident to the office of Secretary and such other duties as may from time to time be assigned to him by the Executive Committee or Commissioner.

N-7.8 At the request of the Secretary, or in his absence or disability, the Assistant Secretary shall perform all the duties of the Secretary and when so acting he shall have all the powers of, and be subject to all the restrictions upon, the Secretary. The Assistant Secretary shall perform such other duties as from time to time shall be assigned to him by the Executive Committee, the Commissioner or the Secretary.

## ARTICLE N-VIII
## COMMISSIONER

N-8.1 The League shall select and employ a person of unquestioned integrity to serve as Commissioner of the League and shall determine the period and compensation of his employment.

N-8.2 The Commissioner is authorized, at the expense of the League, to hire legal counsel and take or adopt appropriate legal action or such other steps or procedure as he deems necessary and proper in the best interests of either the League or professional football, whenever any party or organization not a member of, employed by, or connected with the League or any member thereof, is guilty of any conduct detrimental either to the League, its member clubs or employees, or to professional football.

N-8.3 The Commissioner shall have authority to establish a Public Relations Department for the League, and such department shall be under his exclusive control and direction. He may employ persons to staff said department and shall fix and determine the compensation therefor.

N-8.4 The membership of a member or the interest of any person owning a share or interest therein shall be suspended or terminated only by resort to the following procedure:

(a) Any member of the Executive Committee or the Commissioner may prefer charges against a member, or the holder of any interest therein, on the ground that such a member or holder has violated the provision of the Constitution and By-Laws, or is or has been guilty of conduct detrimental to the League or to professional football; said charges shall be in writing and filed with the Secretary of the League. The Commissioner shall first conduct such investigation as he deems appropriate. Upon the completion thereof, the Commissioner shall submit a copy of the charges by mail to each member club and to the member or person against whom such charges have been made, and shall make his recommendation thereon to the Member Clubs.

(b) The member or person so charged may, within fifteen (15) days after receipt of the charges, file with the Commissioner its or his written answer thereto. The Commissioner shall thereupon deliver a copy of such answer to all members of the League.

(c) A special meeting of the League shall be called to hear the charges; the time and place of such meeting shall be fixed by the Commissioner.

(d) At such hearing the Commissioner shall preside, unless he is the complainant; in such event, the presiding officer shall be elected by majority vote of the members attending the meeting.

(e) At the hearing the member or person so charged shall have the right to appear in person and by counsel. Strict rules of evidence shall not apply, and any testimony and documentary evidence submitted to the hearing shall be received and considered. Either the complainant or the member or person charged shall be entitled to an adjournment for a reasonable time to enable it or him to present rebuttal evidence.

(f) After considering all the evidence, the members shall vote upon the charges and fix the punishment. An affirmative vote of not less than thirteen (13) members shall be required to sustain the charges and fix the punishment, excluding the vote of any member in which the person charged has an interest.

(g) If the members vote to terminate the membership or the interest of any member in a Club of the League, then the member club or person charged shall be required to dispose of the franchise of the affected club in accordance with the provisions of Section N-3.8 (B) hereof.

N-8.5 The Commissioner shall have the right to propose amendments or modifications in the Constitution and By-Laws of the League by submitting such amendments or modifications in writing to the League no less than twenty (20) days prior to the holding of any Annual Meeting of the League.

## ARTICLE N-IX

## CONDUCT OF THE LEAGUE

N.9.1 (A) Every contract with any employee of the League or of a club therein shall contain a clause wherein the employee agrees to abide and be legally bound by the Constitution, By-Laws and the Rules and Regulations of the League, as well as by the decisions of the Commissioner thereof, which decision shall be final, conclusive and unappealable; such contract shall provide further that the contracting parties, if involved or affected in any manner by a decision of the Commissioner, agree to release the Commissioner and to waive every claim he, they or it have against the Commissioner individually, and in his official capacity, as well as against the League, each and every member club thereof and any and all directors, officers, stockholders, partners, or holders of an interest therein, for damages and for any other claims or demands arising out of or connected with any decision of the Commissioner.

(B) Any player, eligible to participate as a member of the League Cahmpionship Team, who is traded or sold to another club prior to the Chicago Tribune All-Star Game in the succeeding season must be paid one-half of his game salary for the Chicago Tribune All-Star Game by the League Championship Club; such salary shall be calculated on the basis of the salary in effect at the time of the trade or sale. If such player is waived by the Championship Club and then claimed by another club, then the claiming club, if awarded the player, must pay such player the one-half game salary such player would have received for such All-Star Game, if he had not been waived; such salary shall be calculated on the basis of the salary in effect at the time such player was waived.

(C) (1) If scheduled game cannot be played on the designated day, it must be played on the following Monday, Tuesday or Wednesday; or if that is not possible, at the end of the season. If moving such game to the end has an effect on team standings, the entire schedule shall be moved up one week.

(2) Whenever a postponement is attributable to negligence by a club, the negligent club shall be responsible for all home club costs and expenses, including gate receipts and television contract income subject to approval by the Commissioner.

(3) Whenever traveling clubs utilize the following departure dates in arranging team travel schedules:

West to Midwest (and vice versa)—leave Friday
East to West (and vice versa)—leave Thursday
North to South (and vice versa)—leave Saturday

then the traveling club shall not be guilty of negligence should its club fail to arrive in time to play the game; a traveling club is permitted to use any travel schedule it chooses, but if it fails to abide by the foregoing travel schedule and the traveling club fails to arrive in sufficient time for the scheduled game to be played, then the traveling club shall be considered as having been negligent in determining its responsibility for the loss suffered by the Home Club under the foregoing provisions.

## ARTICLE N-X
## BROADCASTING AND TELEVISION

(The provisions of this Article N-X have been adopted for the years 1968 and 1969 only.)

N-10.1  Any contract entered into by any club for telecasting or broadcasting its games shall be subject to the conditions that:

(a) The sponsor, the contract itself, the broadcasters who telecast or broadcast such games, and the men who do the color, also any person or persons who do a pre-game or post-game show from inside the park, must have written approval of the Commissioner. All holders of contracts with the League teams shall present to the Commissioner in writing three (3) names each for the men who will do the television, radio, color and pre-game and/or post-game shows, and the Commissioner shall select one of such persons for each of the above duties on the basis of what he believes to be in the best interest of the game and the League.

(b) Any broadcaster may be removed by the Commissioner for conduct considered by the Commissioner as detrimental to the League or professional football.

(c) The Constitution and By-Laws of the League as amended from time to time, shall be applicable to any person performing such function.

N-10.2  Subject to the limitations herein set forth, member clubs participating in any game are authorized to telecast and broadcast such game anywhere except as follows:

(a) No club shall cause or permit a game in which it is engaged to be telecast into any area included within the home territory of any other club on the day that such other club is engaged in playing a game at home.

(b) Nothing contained herein shall constitute a grant of right or authority, to any team, to cause or permit telecast of a home game within the home territory. Telecast of a home game within the home territory shall be caused or permitted only by agreement between the participating teams and is subject to the provisions of Section N-10.1.

(c) Each home club grants to the visiting club the exclusive right to permit or license the telecast of the game being played between them both to the visiting club's home territory.

The Commissioner will not approve any contracts that do not contain a provision stating that the contract is subject to Article N-X as now or hereafter in effect.

N-10.3  The sale of radio and television and film rights for the League Championship Game between the winners of the Eastern Conference and the Western Conference shall be under the sole jurisdiction of the Commissioner and be subject to the provisions of Article N-X.

In the League Championship Game:

(1) The home club may broadcast by radio locally and the visiting club to its home city, on a non-exclusive basis from a station located in its home city; provided, (a) said club contributes to the gross receipts of the game (to be divided in the same manner as game receipts are distributed) a fair and equitable sum affixed by the Commissioner in his sole and absolute discretion; and (b) provided the Commissioner approves all sponsors and broadcasters involved in the game.

(2) No television station may carry or broadcast the game if its signal is visible in the home territory (75 miles) of the home club in the city where the game is being played. The Commissioner's decision in this matter shall be final; as per Judge Grim's Decision.

N-10.4  Each club when playing at home shall provide adequate space for use of the visiting club in telecasting and/or broadcasting each game.

N-10.5  The player grants to the club controlling his contract and to the League severally and jointly, the privilege and authority to use his name and/or picture for publicity and/or advertising purposes in newspapers, magazines, motion pictures, game programs and annual roster manuals, radio material, television telecast, and all other publicity and/or advertising media providing such publicity and/or advertising does not in itself constitute an endorsement by that individual player of a commercial product.

N-10.6  All provisions of Article N-X are intended to conform to and are subject to the Final Judgment of the United States District Court for the

Eastern District of Pennsylvania entered December 28, 1953, and as thereafter modified, against the National Football League and certain of its member clubs; in the event of any conflict between the Constitution and By-Laws and said judgment, the provisions of said Final Judgment, as modified, shall prevail.

## ARTICLE N-XI
## SCHEDULE

N-11.1 (A)   Subject to the provisions of Sec. N-11.1 (B), the following conditions shall govern and apply in the drafting of the schedule each year, namely:

(a) Each team shall play each other team in its conference home and home games each year.

(b) Interconference games shall be played each year and shall be rotated among the teams in each conference until each team has played a game at home and a game away with each team in the other conference and then such rotation shall be repeated.

(c) Washington will play Baltimore each year either one game at home or one game at Baltimore unless Baltimore and Washington jointly agree to waive such game and elect to be scheduled as prescribed in (b) above.

(d) Whenever reference is made to a Green Bay home game, it is understood that such home game may be scheduled at either Green Bay or Milwaukee, at the election of the Commissioner.

N-11.1 (B)   The following conditions shall govern and apply in the drafting of a schedule for the years 1968 and 1969 only, namely:

(a) Each of the four teams in each Division in a conference shall play the other teams in its Division in the conference, home and home games each year.

(b) Each of the four teams in one Division of a conference shall play one game each year with each team in the other Division in its conference; two of such games shall be played at home and two of such games shall be played away each year.

(c) In 1968 each of the four teams in one Division of one conference shall play one interconference game with the four teams in a Division of the other conference; two of such games shall be played at home, and two of such games shall be played away.

(d) In 1969 each of the four teams in one Division of one conference shall play on interconference game with each of the four teams in the Division of the other conference against which such teams did not compete in 1968, two of such games shall be played at home and two of such games shall be played away; despite the foregoing,

92

no team in the Western Conference will play either the New York Giants or the New Orleans Saints in successive seasons.

(e) At the conclusion of the League schedule in each Division in each conference of the League, the club with the highest winning percentage in the Division will meet the club with the highest percentage in the other Division in the conference for the championship of the conference. In calculating the percentage, tie games shall not be considered as having been played. To determine the percentage, the total number of winning games shall be divided by the total number of games played. In case of a tie in the percentage rating of the leading clubs in a Division in a conference, the league shall determine the winner of the Division by the following rules:

I. If two teams within the Division are tied, then:

   1) The team with the best point record in games played between the two teams tied shall be named the winner of the Division.

   2) If sub-paragraph 1) does not decide the matter, if neither has played in a league championship game, then the last of the two teams to play in a Conference Playoff game shall be eliminated and the other team shall be awarded the divisional title. No Conference Playoff game prior to 1967 shall be considered for the purposes of this determination.

   3) If sub-paragraphs 1) and 2) above are not applicable, then the team that has most recently played in a league championship game shall be eliminated and the other team shall be chosen to represent the Division.

   4) If none of the foregoing subparagraphs 1), 2) and 3) is applicable, the choice of the team to represent the Division shall be determined by a toss of a coin.

II. If there is a tie involving three or four teams in the Division, then:

   1) The team with the best percentage record in games played among the three or the four teams, as the case may be, shall be named the winner of the Division.

   2) If sub-paragraph 1) above does not apply, if two or three teams had better records in games played among the three or four teams tied, the team or teams with the poorest record in games played among such teams shall be eliminated from consideration; then the point differential in games played between the two or more remaining teams shall determine the winner, if a differential exists.

   3) If neither sub-paragraph 1) and 2) above determines the winner, then the team last participating in a Conference

93

Playoff game shall be eliminated. No Conference Playoff game prior to 1967 shall be considered applicable for this determination.

4) If none of the foregoing sub-paragraphs 1), 2) and 3) is applicable, then the team last competing in a league championship game shall be eliminated.

5) If the foregoing sub-paragraphs 1), 2), 3) and 4) do not determine a winner, then the winner shall be determined by a flip of a coin.

The site of the conference playoff games for 1967 shall be determined by a flip of a coin prior to the commencement of the 1967 playing season. The site of the Conference Playoff games between divisions of each conference shall be alternated each year. The Commissioner shall authorize the printing of tickets for all Conference Playoff games and shall also supervise the distribution of all revenue therefrom. The provisions of Article N-XIV Section N-14.2 subsections (B), (C), (D), (E) and (F) of the Constitution and By-Laws shall be applicable to Conference Playoff games.

## ARTICLE N-XII
## PLAYER CONTRACTS

N-12.1 The minimum salary for a selected player shall be $5,000 per year.

N-12.2 In addition to the salary stipulated in paragraph 3 of his contract, each player shall, during the training season, be paid an allowance for expenses to be determined by the club.

## ARTICLE N-XIII
## CONDUCT OF LEAGUE GAMES

N-13.1 Each player must wear on the back and front of his jersey an identification number that shall be at least eight inches long and four inches wide. The name and number of each player of the visiting team must be furnished to the home team by the visiting club at least six days prior to the scheduled game with the visiting team. Any change in the numbering of a player shall be forthwith communicated to the opposing club.

N-13.2 (A) Subject to the provisions of sub-section (B) hereof, and at the option of the home club, the visiting team in all League games shall wear the colors awarded to such team under Section N-13.3 of this Article, and the home team shall wear white. In the event that the colors of the visiting team conflict with the white worn by the home team, the visiting team shall wear other colors approved by the Commissioner. The provisions of this Section shall also apply to the League Championship Game and to any Conference Playoff Game.

94

(B) Provided written approval is obtained from the applicable television network of the home club prior to September 1st in any year, then neither club in any League game shall be required to wear white jerseys, but shall be permitted to wear the colors awarded to their respective clubs. The same provisions shall likewise apply to the League Championship Game, provided such permission is received from the applicable television network before 5:00 P.M., New York Time on the Tuesday preceding the playing of such game.

N13.3 The colors of the respective clubs are as follows:

| Club | Colors |
|---|---|
| Atlanta Falcons | Red and Black with Gold and White Trim |
| Baltimore Colts | Royal Blue, White and Silver |
| Chicago Bears | Orange, Blue and White |
| Cleveland Browns | Seal Brown with Orange Trim, White and Silver |
| Dallas Cowboys | Blue and White |
| Detroit Lions | Honolulu Blue and Silver |
| Green Bay Packers | Navy Blue, Green and Gold |
| Los Angeles Rams | Royal Blue, Gold and White |
| Minnesota Vikings | Purple and White with Gold Trim |
| New Orleans Saints | Old Gold, Black and White |
| New York Giants | Red, White and Blue |
| Philadelphia Eagles | Royal Blue and White, Green and White |
| Pittsburgh Steelers | Gold and Black |
| St. Louis Cardinals | Cardinal Red, Black and White |
| San Francisco 49ers | Cardinal and Gold |
| Washington Redskins | Burgundy and Gold |

The Commissioner must approve, in advance, any changes in the foregoing colors of the clubs.

## ARTICLE N-XIV
## CONFERENCE PLAYOFF GAMES

N-14.1 At the conclusion of the regular schedule in each conference of the League, the club with the highest winning percentage in the Eastern Conference will meet the club with the highest percentage in the Western Conference for the Championship of the League. In calculating the percentage, tie games shall not be considered as having been played. To determine the percentage, the total number of winning games shall be divided by the total number of games played. In case of a tie in the percentage rating of clubs leading a conference, the championship of the conference shall be determined in a conference playoff game.

N-14.2 (A) The Commissioner shall prescribe the date of all conference playoff games and shall authorize the printing of tickets therefor. The

95

Commissioner shall also supervise the distribution of all revenues from playoff games.

(B) All revenues derived from a conference playoff game, including all receipts from the sale of tickets and receipts from the sale of television rights, but excluding receipts from programs and concessions which shall be retained by the home club, shall be divided equally between the two participating member clubs after the following deductions:

(1) All Federal, State and Municipal taxes assessed against the sale of tickets.

(2) A sum equal to fifteen percent (15%) of the gross receipts (after the deduction of all admission taxes) as rental for the use of the stadium.

(3) Any amount required to be paid to the treasury of the League under the Constitution and By-Laws thereof.

(4) Travel and hotel expenses of the visiting club not to exceed a maximum of fifty-five (55) persons.

(5) All other expenses of the game, including the compensation of game officials, expenses of stadium operation, if any, cost of printing and distributing tickets, salaries to part of stadium employees, expenses of the band or other reasonable entertainment and any other incidental expenses arising out of the conduct of the game. Salaries and expenses of owners and executives of clubs and of the office help, and any medical expense shall not be deductible as expense items against the game.

(6) In the event a dispute arises in reference to any extraordinary or other unusual expenses of the game on whether the participating clubs cannot agree, the determination of whether such item shall be chargeable against the game shall be referred to the Commissioner for decision, and such decision by the Commissioner shall be final, conclusive and unappealable.

(C) Each player of the participating teams shall receive a sum equivalent to an amount obtained by dividing his total compensation for the season (exclusive of bonuses) by the number of regular League games played by the club during that season.

(D) The site of the conference playoff games shall be determined by the toss of a coin during a meeting of the clubs having a possible chance of participation in the League Championship Games; such meeting shall be at a time and place fixed by the Commissioner and shall be attended by a representative of each club then having a possible chance of winning a conference championship; such meeting shall decide all arrangements for all conference playoff games, if any, and for the League Championship Game.

Each club in attendance shall furnish information to the Commissioner on its regular scale of admission prices, capacity of the stadium, and such other information as the Commissioner may request.

(E) The sudden death system to determine the winner shall prevail when the score is tied at the end of the regulation playing time of a conference playoff game.

Under this system the team scoring first during overtime play herein provided for, shall be the winner of the game, and the game is automatically ended on any score (including a safety), or when a score is awarded by the referee for a palpably unfair act. Other provisions in respect to the sudden death system shall be as provided in the Rule Book of the League.

(F) Only players eligible to play for the contending club in either one or both of the last two League games of that club will be eligible to compete in the Conference Playoff Game. Eligibility will be determined by reference to the official records in the office of the Commissioner of the League.

## ARTICLE N-XV

## LEAGUE CHAMPIONSHIP GAME

N-15.1 The League Championship Game shall be played under the supervision, control and direction of the Commissioner. All questions arising in connection with said game not specifically provided for herein, or covered in the playing rules of the League shall be decided by the Commissioner.

N-15.2 The Commissioner shall establish the date, starting time and the ticket price of the game. Tickets shall be printed under the Commissioner's direction, and the cost thereof shall be charged as an expense of the game. Tickets shall be made available as promptly as possible following the determination of the teams to participate therein. There shall be no complimentary tickets for the game.

N-15.3 The Commissioner shall have authority to order the home club to honor reserve seat requests in the following priority:

(a) Fifty (50) tickets each for the Commissioner and the Director of the publicity department of the League, and fifty (50) tickets for each club of the League.

(b) Tickets for the visiting club in such quantity as the Commissioner shall decide is necessary to meet the requirements of the visiting club, not to exceed 20% of the available tickets after provision for season ticket holders or other obligations under this Section N-15.3.

The home club is entitled to permit the season ticket holders to purchase for the League Championship Game the same number of seats at the same locations as such season ticket holders held throughout the regular season.

All unsold tickets in possession of the visiting club, together with funds covering any tickets sold by the visiting club, must be returned postage prepaid by registered airmail, special delivery service, U.S. Mail, to the home club not later than midnight of the Thursday preceding the Sunday on which the game is to be played.

(a) All Federal admission and other taxes, State, Federal or local;

(b) Stadium rental and all other expenses involved in the staging of the game;

(c) Such sums as are required to fund the cost of the club contributions to the Bert Bell NFL Player Retirement Plan and the NFL Player Insurance Trust as fixed by resolution of the member clubs of the League;

(d) Such sums as are required to fund the cost of club contributions to the Front Office and Coaches Pension and Insurance Plans of each club as fixed by resolution of the member clubs of the League, and

(e) 10% of the monies received for national radio and television rights to the game shall be paid to the League office.

After all of such sums have been paid or deducted, the balance of the income from the game (hereinafter called "net receipts") shall be distributed by the Treasurer of the League as follows:

(1) 70% of the "net receipts" shall be paid and divided in accordance with the following formula:

   (i) $50,000 of the "net receipts" shall be paid to and divided among the players of each of the clubs finishing second in the Eastern and Western Conference (a total of $100,000 to the second place clubs);

   (ii) $37,500 of the "net receipts" shall be paid to and divided among the players of each of the clubs finishing third in the Eastern and Western Conferences (or a total of $75,000 to the third place clubs);

   (iii) The balance thereof to the players of the contesting teams, divided 60% to the winning team and 40% to the losing team.

(2) The remaining 30% of the "net receipts" shall be divided in the following manner:

   (i) ½ thereof (15%) shall be paid to each member club whose team participated in the game (7½% to each club); and

   (ii) ½ thereof (15%) shall be paid to the League Office.

If the game results in a tie score at the end of regulation play, the sudden death system of determining the winner shall prevail as described in Section N-14.2 (E) hereof, and the game will thereafter proceed by quarters with no half-time intermission; rules for time-outs will be the same as in a League game, including rules governing the last two minutes of the second and fourth quarters in any sudden death period.

N-15.11  The club winning the League Championship shall be presented with the Memorial Trophy, to be retained by the club as long as it

N-15.4  The League Championship Game shall not be played earlier than the first Sunday after Christmas. Beginning with the season of 1965, the League Championship Game shall be played on the home grounds of the club winning the Western Conference Championship game; the following year it shall be played in the Eastern Conference, and in the succeeding odd years, it shall be played in the Western Conference; in the even years in the Eastern Conference, unless both clubs agree to a transfer of the game, which transfer must be first approved by the Commissioner.

N-15.5  The Commissioner shall select all persons to officiate at the League Championship Game, and in making such selection shall not invite nor be required to observe any recommendations or objections from member clubs, coaches or employees in respect to the officials therein.

N-15.6  Only players eligible to play for the contending club in either one or both of the last two League games of that club shall be eligible to compete in the League Championship Game. Eligibility will be determined by the official records thereof in the office of the Commissioner.

N-15.7  Players on each club shall meet to determine the division of the club's share of the money.

All players eligible to participate in said game, and all regular coaches and the trainers shall receive equal shares. If there is more than one trainer, then the trainers shall divide a minimum of one full share unless the players vote a greater share to the trainers. Additional shares or portions thereof may be voted for coaches, trainers, club attaches, or to any player who had been with the club as a player during the current season provided said player is not then on the roster of any other club in the League. Following such meeting, clubs shall forward to the Commissioner the names of the players and the other participating persons and the amount each is to receive. A disbursement of such shares will then be made by the Treasurer of the League, after approval by the Commissioner.

N-15.8 (A)  The visiting club shall be allowed transportation and hotel expenses for fifty-five (55) persons. No player of either club shall be paid any salary other than his share from the receipts of such game, as aforesaid.

(B)  Half-time entertainment shall be promoted and provided by the home club under the supervision of the Commissioner, and the cost of the same shall be charged to and paid as an expense of the game.

N-15.9  The game receipts shall include all receipts from the sale of tickets, whether presented for admission or not, and any additional amounts received for radio, television, and motion pictures; such receipts shall be deposited in the League Treasury. The program receipts, including sums for advertising or sale thereof, shall belong to the home club, and any profit or loss thereon shall be for the account of the home club; neither the League nor the visiting club shall share in the program or be responsible therefor.

N-15.10  After all income from the game from whatever sources derived, has been computed, the Treasurer of the League, after approval by the Commissioner thereof, shall first pay the following amounts therefrom:

retains the League Championship title. When the League Championship title passes from one club to another, the club holding the Memorial Trophy must transfer it forthwith to the Commissioner, who in turn shall present it to the new League Championship Club. Each year the winning club shall be given by the League a miniature of the Trophy as its permanent possession.

## ARTICLE N-XVI

## PRE-SEASON AND POST-SEASON GAMES

N-16.1 The Commissioner may grant permission for two League teams to play against each other in the pre-season provided:

(a) All teams in each Conference other than the San Francisco club, must schedule four pre-season games each year with four different teams in the opposite Conference; the San Francisco club must schedule three pre-season games each year with three different teams in the opposite Conference, and

(b) No team other than the San Francisco club may schedule a fifth pre-season game with any team in its own Conference unless both of such teams have scheduled four games with four different teams in the opposite Conference. The San Francisco club may schedule one game with a team in its own Conference provided the San Francisco club has scheduled three games with three different teams in the opposite Conference.

(c) No team in the Eastern or Western Conference shall be forced to take a second trip East or West and go farther than an equal distance between the cities of the competing teams.

(d) No team in the League may schedule a pre-season game with a team in another league until it has scheduled four games with four different teams in the League.

N-16.2 The League shall be paid 2% of the gross receipts from all pre-season games after deducting:

(a) All Federal, State and Municipal taxes assessed upon the sale of tickets, and

(b) A sum equivalent to 15% of the gross receipts for rental after deducting the foregoing taxes.

## ARTICLE N-XVII

## AMENDMENT OF CONSTITUTION AND BY-LAWS

N-17.1 Subject to the exception stated in (A) and (B) herein, the Constitution and By-Laws of the League may be altered or amended by

100

the affirmative vote of not less than thirteen (13) member clubs of the League, provided such amendment or alteration was previously submitted in writing to the League, either by a member club no less than thirty (30) days prior to such Annual Meeting, or by the Commissioner no less than twenty (20) days prior to such Annual Meeting.

N-17.2 This Constitution and By-Laws may be altered or amended by a unanimous vote of all the member clubs at any meeting, special, annual or otherwise.

N-17.3 (A) No change or amendment to any section of the Constitution and By-Laws involving or relating to the arrangement under which the Baltimore and Washington franchises are to be operated and handled shall be effective unless approved by the unanimous vote of all member clubs of the League; such arrangement is contained in the provisions of Section N-11.1 (A) (c) of this Constitution.

(B) Anything in this Constitution and By-Laws to the contrary notwithstanding, the provisions of Section 3.1 (A) and of this Section N-17.3 may not be altered or amended without the unanimous consent of all members of the League.

N-17.4 Whenever an amendment or alteration to the Constitution and By-Laws is submitted for approval, such must indicate the author of the proposal.

101