UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>*Alexander, et al.* v. *The National Football League*, No. 12-cv-01923<br><br>*Myers* v. *The National Football League*, No. 12-cv-01424<br><br>*Schobel* v. *National Football League*, No. 12-cv-02801 | |

**NATIONAL FOOTBALL LEAGUE'S**
**MOTION TO DISMISS PLAINTIFFS' COMPLAINTS**

Defendant National Football League (the "NFL") moves pursuant to Fed. R. Civ. P. 12(b)(5) to dismiss Plaintiffs' complaints in the actions listed herein in their entirety for insufficient service of process:

(1)     *Myers* v. *The National Football League*, No. 12-cv-01424 (filed in the Southern District of Texas on February 24, 2012; transferred to this Court on March 14, 2012);

(2)     *Alexander, et al.* v. *The National Football League*, No. 12-cv-01923 (filed in the Southern District of Texas on March 14, 2012; transferred to this Court on April 13, 2012); and

(3) *Schobel* v. *National Football League*, No. 12-cv-02801 (filed in the Southern District of Texas on April 19, 2012; transferred to this Court on May 22, 2012).

In support of this motion, the NFL relies on the points and authorities in the accompanying memorandum of law, the accompanying Declaration of Anastasia Danias, and all prior proceedings in these actions.

Respectfully submitted,

Dated:  August 30, 2012

s/ Brad S. Karp
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Brad S. Karp
Theodore V. Wells, Jr.
Beth A. Wilkinson
Lynn B. Bayard
1285 Avenue of the Americas
New York, NY 10019-6064
Tel:     (212) 373-3000

DECHERT LLP
Judy L. Leone (Pa. Atty. ID 41165)
Robert C. Heim (Pa. Atty. ID 15758)
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
Tel:     (215) 994-4000

DUANE MORRIS LLP
John J. Soroko (Pa. Atty. ID 25987)
Dana B. Klinges (Pa. Atty. ID 57943)
30 South 17th Street
Philadelphia, PA  19103-4196
Tel:     (215) 979-1000

*Attorneys for the National Football League*

**CERTIFICATE OF SERVICE**

        I, Nathan M. McClellan, hereby certify that on August 30, 2012, I electronically filed the foregoing Motion to Dismiss Plaintiffs' Complaints, the Memorandum of Law in support thereof, and the Declaration of Anastasia Danias, and electronically served them via the Court's CM/ECF system on all counsel of record.

Dated:  August 30, 2012                    s/ Nathan M. McClellan
                                                     DECHERT LLP
                                                     Nathan M. McClellan (Pa. Atty. ID 307848)
                                                     Cira Centre
                                                     2929 Arch Street
                                                     Philadelphia, PA  19104-2808
                                                     Tel:    (215) 994-4000
                                                     Fax:   (215) 994-2222
                                                     nathan.mcclellan@dechert.com