UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>*Alexander, et al.* v. *The National Football League*, No. 12-cv-01923<br><br>*Myers* v. *The National Football League*, No. 12-cv-01424<br><br>*Schobel* v. *National Football League*, No. 12-cv-02801 | |

## PROPOSED ORDER

**AND NOW**, this ____ day of _____, 2012, upon consideration of the Motion to Dismiss Plaintiffs' Complaints for insufficient service of process filed by the National Football League in the above-captioned cases, it is hereby ORDERED that the Motion is GRANTED, and the above-captioned cases are dismissed without prejudice.

_____
ANITA B. BRODY, J.