UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>*Alexander, et al.* v. *The National Football League*, No. 12-cv-01923<br><br>*Myers* v. *The National Football League*, No. 12-cv-01424<br><br>*Schobel* v. *National Football League*, No. 12-cv-02801 | |

## DECLARATION OF ANASTASIA DANIAS

**ANASTASIA DANIAS**, being duly sworn, deposes and says:

1.　　I am Vice President of Legal Affairs for the National Football League (the "NFL"). I make this declaration, on personal knowledge, in support of the NFL's Motion to Dismiss Plaintiffs' Complaints.

2.　　Upon information and belief, the NFL has not been served with a copy of the summons and complaint in *Myers* v. *The National Football League*, No. 12-cv-01424.

3.　　Upon information and belief, the NFL has not been served with a copy of the summons and complaint in *Alexander, et al.* v. *The National Football League*, No. 12-cv-01923.

4.　　Upon information and belief, the NFL has not been served with a copy of the summons and complaint in *Schobel* v. *National Football League*, No. 12-cv-02801.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on <u>Aug 30, 2012</u> at New York, New York.

Anastasia Danias