UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : No. 12-md-2323-AB <br> : <br> : MDL No. 2323 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

### RIDDELL DEFENDANTS' MOTION TO DISMISS BASED ON LMRA § 301 PREEMPTION

Defendants Riddell, Inc.; All American Sports Corporation; Riddell Sports Group, Inc.; Easton-Bell Sports, Inc.; Easton-Bell Sports, LLC; EB Sports Corp.; and RBG Holdings Corp. (collectively, the "Riddell Defendants")[1] move this Court to dismiss Plaintiffs' claims pursuant to Federal Rule of Civil Procedure 12(b)(6), on the basis of preemption under § 301 of the Labor Management Relations Act, 29 U.S.C. § 185(a), and on the following grounds:

1. As against both the NFL and Riddell Defendants, Plaintiffs' claims require interpretation of, and are inextricably intertwined with, various Collective Bargaining Agreements ("CBAs").

2. As the Supreme Court and numerous other courts have concluded, claims that involve interpretation of and are inextricably intertwined with CBAs—like those here against the Riddell Defendants—are completely preempted and must be dismissed.

---

[1] Reference to the "Riddell Defendants" is for convenience only, with no implication or concession that they are properly joined or named as Defendants. The "Riddell Defendants" reserve the right to move to dismiss some or all of them.

1

For these reasons, as set forth in more detail in the Riddell Defendants' accompanying brief, the Riddell Defendants respectfully request that this Court grant this motion and dismiss, with prejudice, Plaintiffs' claims against the Riddell Defendants.

The Riddell Defendants request oral argument on this Motion.

                        Respectfully Submitted,

                        /s/ Paul G. Cereghini
                        Paul G. Cereghini
                        Thomas C. Howard
                        BOWMAN AND BROOKE LLP
                        2901 N. Central Avenue
                        Suite 1600
                        Phoenix, AZ  85012
                        Telephone:  (602) 643-2300
                        Fax:  (602)248-0947
                        paul.cereghini@bowmanandbrooke.com
                        thomas.howard@bowmanandbrooke.com

                        Robert L. Wise
                        Eden M. Darrell
                        BOWMAN AND BROOKE LLP
                        1111 E. Main Street, Suite 2100
                        Richmond, VA 23219
                        Telephone:  (804) 649-8200
                        Fax:  (804) 649-1762
                        rob.wise@bowmanandbrooke.com
                        eden.darrell@bowmanandbrooke.com

Thomas P. Wagner
Mary C. Doherty
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
2000 Market St.
Suite 2300
Philadelphia, PA 19103
tpwagner@mdwcg.com
mcdoherty@mdwcg.com


Attorneys for Defendants RIDDELL, INC.;
ALL AMERICAN SPORTS CORPORATION;
RIDDELL SPORTS GROUP, INC.;
EASTON-BELL SPORTS, INC.; EASTON-
BELL SPORTS, LLC, EB SPORTS CORP.;
and RBG HOLDINGS CORP.

CERTIFICATE OF SERVICE

The undersigned certifies that on August 30, 2012, the foregoing Riddell Defendants' Motion to Dismiss Based on LMRA § 301 Preemption and the brief in support thereof were electronically filed and served via ECF on all counsel of record registered to receive service via the Court's CM/ECF system.

       /s/ Paul G. Cereghini