UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

### RIDDELL DEFENDANTS' MOTION TO SEVER

Defendants Riddell, Inc.; All American Sports Corporation; Riddell Sports Group, Inc.; Easton-Bell Sports, Inc.; Easton-Bell Sports, LLC; EB Sports Corp.; and RBG Holdings Corp. (collectively, the "Riddell Defendants")[1] move this Court to sever Plaintiffs' claims pursuant to Rules 20 and 21 of the Federal Rules of Civil Procedure on the following grounds:

1. In dozens of consolidated actions within this multidistrict litigation, Plaintiffs have joined multiple—and mostly dozens of— individual product liability claims against the Riddell Defendants, despite the fact that these Plaintiffs allege different injuries as a result of wearing different model helmets while playing for different teams, in different cities, under different circumstances, at different times—sometimes decades apart—over a span of more than 60 years.

2. Rule 20, as well as prior decisions of this and other Courts, bar the joinder of such factually and legally disparate, as well as highly individualized product liability claims.

---

[1] Reference to the "Riddell Defendants" is for convenience only, with no implication or concession that they are properly joined or named as Defendants. The "Riddell Defendants" reserve the right to move to dismiss some or all of them.

1

3. As held in those decisions, such product liability plaintiffs must plead their claims individually, by separate actions, properly setting forth the alleged bases for their individual product liability claims.

For these reasons, as explained in more detail in the Riddell Defendants' accompanying brief, the Riddell Defendants respectfully request that this Court grant this motion and order that Plaintiffs' misjoined claims against the Riddell Defendants be severed and dropped, as appropriate, with an instruction that those Plaintiffs who wish to continue to pursue claims against the Riddell Defendants must each file separate, individual actions.

The Riddell Defendants request oral argument on this Motion.

Respectfully Submitted,

/s/ Paul G. Cereghini
Paul G. Cereghini
Thomas C. Howard
BOWMAN AND BROOKE LLP
2901 N. Central Avenue
Suite 1600
Phoenix, AZ  85012
Telephone:  (602) 643-2300
Fax:  (602)248-0947
paul.cereghini@bowmanandbrooke.com
thomas.howard@bowmanandbrooke.com


Robert L. Wise
Eden M. Darrell
BOWMAN AND BROOKE LLP
1111 E. Main Street, Suite 2100
Richmond, VA 23219
Telephone:  (804) 649-8200
Fax:  (804) 649-1762
rob.wise@bowmanandbrooke.com
eden.darrell@bowmanandbrooke.com

        Thomas P. Wagner
        Mary C. Doherty
        MARSHALL DENNEHEY WARNER
        COLEMAN & GOGGIN
        2000 Market St.
        Suite 2300
        Philadelphia, PA 19103
        tpwagner@mdwcg.com
        mcdoherty@mdwcg.com

        Attorneys for Defendants RIDDELL, INC.;
        ALL AMERICAN SPORTS CORPORATION;
        RIDDELL SPORTS GROUP, INC.;
        EASTON-BELL SPORTS, INC.; EASTON-
        BELL SPORTS, LLC, EB SPORTS CORP.;
        and RBG HOLDINGS CORP.

CERTIFICATE OF SERVICE

The undersigned certifies that on August 30, 2012, the foregoing Riddell Defendants' Motion to Sever, the brief in support thereof, and the associated attachments were electronically filed and served via ECF on all counsel of record registered to receive service via the Court's CM/ECF system.

    /s/ Paul G. Cereghini