# APPENDIX 2

"In the early 1940s, John T. Riddell, who later formed John T. Riddell Incorporated, invented the first plastic suspension helmet.  In 1949, plastic helmets became legalized."

AMAC ¶385



http://www.riddell.com/innovation/history/

"In the 1950s, the Riddell Defendants manufactured a face-mask component for its helmets, which was eventually patented."

AMAC ¶386(a)



http://www.riddell.com/innovation/history/

"In 1962, the Riddell Defendants used a "U" shaped nose protector with a shell (known as the TK2) molded out of polycarbonate. The Riddell Defendants also designed an open/closed cell foam and composite liner system for this model to increase the efficiency of the webbed suspension."

AMAC ¶386(b)



http://www.riddell.com/innovation/history/

"In 1963, the Riddell Defendants developed the TAK-29 helmet, which was the first to use air inflation for fitting the helmet snug to the head.  The TAK-29 shell, like the TK2, displayed the protective polycarbonate plastic, in addition to including tough shock and cut-resistant face-mask attachment straps."

AMAC  ¶386(c)



http://www.riddell.com/innovation/history/

"In 1969, recognizing that head protection was a key factor in helmet design requiring durable head protection, the Riddell Defendants constructed a micro-fit helmet model with injection molding technology to create a one-piece shell to improve the structural integrity of the entire helmet."

AMAC ¶386(d)



http://www.riddell.com/innovation/history/

"In 1973, the Riddell Defendants developed, designed, manufactured, sold, and/or distributed an air cushion helmet whose interior system consisted of individual vinyl air cushions with layers of fitting and energy absorbing foam.  When a blow was struck, the air in the cushion was expelled through a single vent, greatly reducing the initial impact.  With the exhausting of the air cushion, the compressed fitting foam was further compressed, reducing impact."

AMAC ¶386(e)



http://www.riddell.com/innovation/history/

4

"In 1977, the Riddell Defendants developed, designed, manufactured, sold, and/or distributed a stainless steel face-mask which offered greater bend resistance that prevented helmet breakage at the drill holes."

AMAC ¶386(f)



http://www.riddell.com/innovation/history/

"In 1981, the Riddell Defendants developed, designed, manufactured, sold, and/or distributed an Air Cushion Engineered helmet."

AMAC ¶386(g)



http://www.riddell.com/innovation/history/

"In 1982, the Riddell Defendants developed, designed, manufactured, sold, and/or distributed a M155 helmet model with a combination of foam and liquid-filled cells used for padding.  On impact, the liquid would be throttled from one cell to the next, resulting in energy attenuation.  The M155 helmet model included one-piece injection-molded face-masks which were mar and rust-resistant, in addition to polyurethane fact mask straps and universal jaw pads."

        AMAC ¶386(h)

http://www.riddell.com/innovation/history/

"In 2002, the Riddell Defendants developed, designed, manufactured, sold, and/or distributed the Riddell Revolution helmet designed with the intent of reducing the risk of concussion."

        AMAC ¶386(i)



http://www.riddell.com/innovation/history/

6

"In 2003, the Riddell Defendants developed, designed, manufactured, sold, and/or distributed a real-time, Head Impact Telemetry System (HITS) to monitor and record significant incidences of head impact sustained during a football game or practice. The system measured the location, magnitude, duration, and direction of head acceleration and transmitted that information wirelessly to the sideline."

AMAC ¶386(j)

http://www.riddell.com/innovation/history/

"In 2006, the Riddell Defendants provided a research grant to the University of Pittsburgh medical Center for head injury research. The study compared rates of high school athletes who wore the Riddell Revolution helmet with those who wore traditional helmets."

AMAC ¶386(k)



http://www.riddell.com/innovation/history/

7

"In 2007, the Riddell Defendants developed, designed, manufactured, sold, and/or distributed an individual helmet system, Revolution IQ Hits™, allowing players to monitor the number and severity of impacts received during games and practices.  On-board electronics record every impact, allowing players to upload and evaluate each occurrence on their home computers."

AMAC ¶386(l)

http://www.riddell.com/innovation/history/

"In 2001 [sic], the Riddell Defendants developed, designed, manufactured, sold, and/or distributed the 360 helmet which uses energy-managing materials and a face mask attachment system to disperse the energy of frontal impacts.  According to Riddell, it developed this helmet using over 1.4 million impacts collected through Riddell's HITS technology."

AMAC ¶386(m)



http://www.riddell.com/innovation/history/