UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : No. 12-md-2323-AB<br>:<br>: MDL No. 2323<br>: |
| THIS DOCUMENT RELATES TO ALL ACTIONS | :<br>:<br>: |

### [PROPOSED] ORDER GRANTING THE RIDDELL DEFENDANTS' MOTION TO SEVER

Upon consideration of the motion to sever filed by Defendants Riddell, Inc.; All American Sports Corporation; Riddell Sports Group, Inc.; Easton-Bell Sports, Inc.; Easton-Bell Sports, LLC; EB Sports Corp.; and RBG Holdings Corp. (collectively, the "Riddell Defendants"), and after full consideration of the papers filed in connection with the motion, the arguments of counsel, and all other papers on file in this action, the Court rules that claims by two or more player-Plaintiffs (not including claims brought only by husband and wife Plaintiffs) joined together in one action do not arise out of the same transaction, occurrence, or series of transactions or occurrences, and are therefore not related within the meaning of Federal Rule of Civil Procedure 20(a)(1). The Court further rules that the just, speedy and efficient processing of this matter in this court requires severance of these misjoined actions.

Therefore, it is hereby ORDERED that the Riddell Defendants' motion to sever is GRANTED.

It is further ORDERED that the claims of Plaintiffs originally filing suit as part of multi-plaintiff actions are SEVERED AND DISMISSED without prejudice.

1

It is further ORDERED that each of those severed and dismissed Plaintiffs wishing to continue to pursue claims against any Riddell Defendant shall file, within sixty (60) days of this Order, a separate, individual complaint titled as a "Severed and Amended Complaint," that provides the necessary information about his or her individual claims. Absent prior leave of court, a Severed and Amended Complaint shall contain only those claims pleaded against the Riddell Defendants in the Amended Master Administrative Long-Form Complaint (ECF No. 2642) or some subset of those claims. Moreover, a Severed and Amended Complaint shall not name any new defendants not named in the Plaintiff's original multi-plaintiff action.

It is further ORDERED that, except for the lead named Plaintiff in each misjoined multi-plaintiff action, each Plaintiff who files a Severed and Amended Complaint shall remit to the appropriate court the necessary filing fee, and each Severed and Amended Complaint must be served by the concerned Plaintiff as required by Federal Rule of Civil Procedure 5. Failure to comply with this Order and these requirements may result in dismissal of Plaintiff's case with prejudice.

Finally, it is ORDERED that any multi-plaintiff cases naming one or more of the Riddell Defendants transferred to this Court after entry of this Order regarding severance are subject to this Order.

DATED: _____, 2012       By: _____
                                              HONORABLE ANITA B. BRODY