# Exhibit A



## Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

Frequently Asked Questions   View Search Results

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 2273483 | Incorporation Date / Formation Date: | 09/13/1991 (mm/dd/yyyy) |
| Entity Name: | ALL AMERICAN SPORTS CORPORATION | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

#### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | THE PRENTICE-HALL CORPORATION SYSTEM, INC. | | |
| Address: | 2711 CENTERVILLE ROAD SUITE 400 | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19808 |
| Phone: | (302)636-5400 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status, Tax & History Information [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.



Delaware.gov | Text Only    Governor | General Assembly | Courts | Elected Officials | State Agencies

## Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

Frequently Asked Questions   View Search Results

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| **File Number:** | 4251534 | **Incorporation Date / Formation Date:** | 11/15/2006 (mm/dd/yyyy) |
| **Entity Name:** | EB SPORTS CORP. | | |
| **Entity Kind:** | CORPORATION | **Entity Type:** | GENERAL |
| **Residency:** | DOMESTIC | **State:** | DE |

#### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| **Name:** | CORPORATION SERVICE COMPANY | | |
| **Address:** | 2711 CENTERVILLE RD STE 400 | | |
| **City:** | WILMINGTON | **County:** | NEW CASTLE |
| **State:** | DE | **Postal Code:** | 19808 |
| **Phone:** | (302)636-5401 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status  ○ Status,Tax & History Information  [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov



Delaware.gov | Text Only    Governor | General Assembly | Courts | Elected Officials | State Agencies

## Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request  How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

Frequently Asked Questions    View Search Results

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3649359 | Incorporation Date / Formation Date: | 04/21/2003 (mm/dd/yyyy) |
| Entity Name: | EASTON-BELL SPORTS, INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | | |
| Address: | 2711 CENTERVILLE RD STE 400 | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19808 |
| Phone: | (302)636-5401 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status, Tax & History Information [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov



**Department of State: Division of Corporations**

Frequently Asked Questions   View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3670051 | Incorporation Date / Formation Date: | 06/13/2003 (mm/dd/yyyy) |
| Entity Name: | EASTON-BELL SPORTS, LLC | | |
| Entity Kind: | LIMITED LIABILITY COMPANY (LLC) | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | CORPORATION SERVICE COMPANY |
| Address: | 2711 CENTERVILLE RD STE 400 |
| City: | WILMINGTON |
| County: | NEW CASTLE |
| State: | DE |
| Postal Code: | 19808 |
| Phone: | (302)636-5401 |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov



Delaware.gov | Text Only                                    Governor | General Assembly | Courts | Elected Officials | State Agencies

## Department of State: Division of Corporations

**Frequently Asked Questions**   **View Search Results**

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| **File Number:** | 3856270 | **Incorporation Date / Formation Date:** | 09/17/2004 (mm/dd/yyyy) |
| **Entity Name:** | RBG HOLDINGS CORP. | | |
| **Entity Kind:** | CORPORATION | **Entity Type:** | GENERAL |
| **Residency:** | DOMESTIC | **State:** | DE |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| **Name:** | CORPORATION SERVICE COMPANY | | |
| **Address:** | 2711 CENTERVILLE RD STE 400 | | |
| **City:** | WILMINGTON | **County:** | NEW CASTLE |
| **State:** | DE | **Postal Code:** | 19808 |
| **Phone:** | (302)636-5401 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status, Tax & History Information [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

site map | about this site | contact us | translate | delaware.gov



WWW.CYBERDRIVEILLINOIS.COM

JESSE WHITE
SECRETARY OF STATE

## CORPORATION FILE DETAIL REPORT

| Entity Name | RIDDELL, INC. | File Number | 55031584 |
|---|---|---|---|
| Status | ACTIVE | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 04/04/1988 | State | ILLINOIS |
| Agent Name | ILLINOIS CORPORATION SERVICE C | Agent Change Date | 04/18/2008 |
| Agent Street Address | 801 ADLAI STEVENSON DRIVE | President Name & Address | PAUL E HARRIGTON 7855 HASKELL AVENUE VAN NUYS CA 91406 |
| Agent City | SPRINGFIELD | Secretary Name & Address | RICHARD D TIPTON 7855 HASKELL AVENUE VAN NUYS CA 91406 |
| Agent Zip | 62703 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 04/03/2012 | For Year | 2012 |
| Old Corp Name | 04/22/1988 - EN&T ASSOCIATES INC. | | |

Return to the Search Screen

Purchase Certificate of Good Standing

(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



Delaware.gov | Text Only

Governor | General Assembly | Courts | Elected Officials | State Agencies

## Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request  How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

Frequently Asked Questions   View Search Results

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3374940 | Incorporation Date / Formation Date: | 03/29/2001 (mm/dd/yyyy) |
| Entity Name: | RIDDELL SPORTS GROUP, INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | | |
| Address: | 2711 CENTERVILLE RD STE 400 | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19808 |
| Phone: | (302)636-5401 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information  [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov