UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 12-md-2323-AB<br><br>MDL No. 2323 |
| _____ | : : | |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : : : | |
| _____ | : | |

### [PROPOSED] ORDER GRANTING THE RIDDELL DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO SEVER

Upon consideration of the request for judicial notice filed by Defendants Riddell, Inc.; All American Sports Corporation; Riddell Sports Group, Inc.; Easton-Bell Sports, Inc.; Easton-Bell Sports, LLC; EB Sports Corp.; and RBG Holdings Corp. (collectively, the "Riddell Defendants"), and after full consideration of the papers filed in connection with the motion, the arguments of counsel, and all other papers on file in this action, the Court rules that the Riddell Defendants' request is GRANTED.

It is hereby ORDERED that this Court takes judicial notice of: (1) the fact that football helmets have changed considerably between 1950 and 2011; and (2) the dates of incorporation of the Riddell Defendants as outlined in the Riddell Defendant's Request for Judicial Notice in Support of Motion to Sever.


DATED: _____, 2012     By: _____
                                          HONORABLE ANITA B. BRODY