| | |
|---|---|
| 1 | GLASER WEIL FINK JACOBS HOWARD AVCHEN & SHAPIRO LLP |
| 2 | FRED D. HEATHER (State Bar No. 110650) *fheather@glaserweil.com* |
| 3 | ADAM LEBERTHON (State Bar No. 145226) *aleberthon@glaserweil.com* |
| 4 | MARY ANN T. NGUYEN (State Bar No. 269099) *mnguyen@glaserweil.com* |
| 5 | 10250 Constellation Boulevard, Suite 1900 Los Angeles, CA 90067 |
| 6 | Telephone: (310) 553-3000 Facsimile: (310) 556-2920 |
| 7 | |
| 8 | Attorneys for Plaintiffs |
| 9 | MUNGER, TOLLES & OLSON LLP RONALD L. OLSON (State Bar No. 44597) |
| 10 | *Ron.Olson@mto.com* JOHN W. SPIEGEL (State Bar No. 78935) |
| 11 | *John.Spiegel@mto.com* JOHN M. RAPPAPORT (State Bar No. 254459) |
| 12 | *John.Rappaport@mto.com* 355 South Grand Avenue, Thirty-Fifth Floor |
| 13 | Los Angeles, CA 90071-1560 Telephone: (213) 683-9100 |
| 14 | Facsimile: (213) 687-3702 |
| 15 | Attorneys for Defendants NATIONAL FOOTBALL LEAGUE, |
| 16 | NFL PROPERTIES LLC |
| 17 | (Additional counsel listed on next page) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 Master Case No. 12-md-2323 Individual Case No. 2:12-cv-~~05435~~ 04087 Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO: JOHNNIE MORTON, ET AL. V. NATIONAL FOOTBALL LEAGUE, ET AL. | **STIPULATION TO AMEND COMPLAINT** |

[TITLE OF PLEADING]

774833

| | |
|---|---|
| GIRARDI \| KEESE<br>THOMAS V. GIRARDI (SBN: 36603)<br>tgirardi@girardikeese.com<br>GRAHAM LIPPSMITH (SBN: 221984)<br>glippsmith@girardikeese.com<br>CELENE S. CHAN (SBN: 260267)<br>cchan@girardikeese.com<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017<br>Telephone: (213) 977-0211<br>Facsimile: (213) 481-1154 | Attorneys for Plaintiffs |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>(*Pro hac vice applications to be filed*)<br>BRAD S. KARP<br>bkarp@paulweiss.com<br>THEODORE V. WELLS, JR.<br>twells@paulweiss.com<br>BETH A. WILKINSON<br>bwilkinson@paulweiss.com<br>LYNN B. BAYARD<br>lbayard@paulweiss.com<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990 | Attorneys for Defendants<br>NATIONAL FOOTBALL LEAGUE, NFL PROPERTIES LLC |
| BOWMAN AND BROOKE LLP<br>PAUL G. CEREGHINI (SBN: 148016)<br>Paul.Cereghini@bowmanandbrooke.com<br>MARION V. MAUCH (SBN: 253672)<br>Marion.Mauch@bowmanandbrooke.com<br>879 West 190th Street, Suite 700<br>Gardena, CA 90248-4227<br>Telephone: (310) 768-3068<br>Facsimile: (310) 719-1019 | Attorneys for Defendants<br>RIDDELL, INC.; ALL AMERICAN SPORTS CORPORATION; RIDDELL SPORTS GROUP, INC.; EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC; EB SPORTS CORP.; RBG HOLDINGS CORP. |

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP

1  This Stipulation is made by and between Plaintiffs and Defendants, by and
2  through their counsel of record, with reference to the following facts:
3  WHEREAS, Plaintiffs filed their Complaint in the Superior Court of the State
4  of California, Los Angeles County, on May 21, 2012;
5  WHEREAS, the United States District Court for the Eastern District of
6  Pennsylvania issued a Conditional Transfer Order on July 2, 2012 to transfer the case
7  to the Eastern District of Pennsylvania pursuant to Rule 7.1 of the <u>Rules of Procedure
8  of the United States Judicial Panel on Multidistrict Litigation</u>;
9  WHEREAS, the Conditional Transfer Order was finalized on July 10, 2012;
10 WHEREAS, Plaintiffs will file an amendment to the Complaint to add parties
11 whom Plaintiffs contend are additional similarly-situated plaintiffs;
12 WHEREAS, Defendants do not contest Plaintiffs' amendment of the
13 Complaint;
14 WHEREAS, Defendants' consent to Plaintiffs' amendment of the Complaint to
15 add additional plaintiffs is provided in light of the liberal standards for amending
16 pleadings under Rule 15 of the Federal Rules of Civil Procedure and is without
17 waiver of—and is with total reservation of—any of their defenses, arguments, and
18 positions with regard to the Complaint, either as it currently exists or as amended,
19 including but not limited to arguments concerning timeliness and limitations of
20 actions, failure to state a claim, joinder and severance, or any other arguments.
21 Plaintiffs will not argue, and this Stipulation is not to be and cannot be taken to
22 support any argument of purported waiver of any defense positions or arguments.
23 NOW THEREFORE, Plaintiffs and Defendants, through their counsel of
24 record, stipulate to the following:
25 IT IS HEREBY STIPULATED that Defendants consent to Plaintiff's
26 amendment of the Complaint.
27 ///
28 ///

```
 1  DATED: July 31, 2012           GLASER WEIL FINK JACOBS
 2                                 HOWARD AVCHEN & SHAPIRO LLP
 3                                 By: /s/ Fred D. Heather
 4                                     FRED D. HEATHER
 5                                 -and-
 6                                 GIRARDI | KEESE
                                   Attorneys for Plaintiffs
 7
 8  DATED: July 31, 2012           PAUL, WEISS, RIFKIND, WHARTON
 9                                 & GARRISON LLP
10
11                                 By: Beth Wilkinson w/ permission BCS
12                                     BETH WILKINSON
13                                 -and-
                                   MUNGER, TOLLES & OLSON LLP
14                                 Attorneys for Defendants
                                   NATIONAL FOOTBALL LEAGUE
15                                 and NFL PROPERTIES LLC
16
17  DATED: July 31, 2012           BOWMAN AND BROOKE LLP
18
19                                 By: Robert L. Wise w/ permission EHD
20                                     ROBERT L. WISE
21                                 Attorneys for Defendants
22                                 RIDDELL, INC.; ALL AMERICAN
                                   SPORTS CORPORATION; RIDDELL
23                                 SPORTS GROUP, INC.; EASTON-BELL
                                   SPORTS, INC.; EASTON-BELL SPORTS,
24                                 LLC; EB SPORTS CORP.; RBG
                                   HOLDINGS CORP.
25
26                                 /s/ Anita B Brody
27
28                                        8/30/12
                                   3
                         STIPULATION TO AMEND COMPLAINT
```

774833