# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>12-md-2323 |
| THIS DOCUMENT RELATES TO:<br>KEN STABLER, et al.<br>v.<br>NATIONAL FOOTBALL LEAGUE, et al.<br>No. 2:12-cv-04186-AB | Notice of Appearance |

The undersigned attorney hereby notifies the Court and counsel that Dwight P. Bostwick shall appear as counsel of record for Plaintiffs, Aloyouis Chesley, Delbert Cowsette, James "Scottie" Graham, Frank Grant, Aaron Martin and his wife, Lois Martin, Spain Musgrove, Lonnie Perrin, Ricky Ray, Virgil Seay, John Stufflebeem and his wife, Nan Elizabeth Stufflebeem, Ted Vactor and his wife, Stacey Vactor, and Michael Wilcher, in the above-captioned matter.

Dated:  September 5, 2012

s/ Dwight P. Bostwick
Dwight P. Bostwick
**Zuckerman Spaeder LLP**
1800 M Street, NW
Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
E-mail:  dbostwick@zuckerman.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | MDL No. 2323<br>12-md-2323 |
| **THIS DOCUMENT RELATES TO:**<br>KEN STABLER, et al.<br>v.<br>NATIONAL FOOTBALL LEAGUE, et al.<br>No. 2:12-cv-04186-AB | **Certificate of Service** |

I hereby certify that on September 5, 2012, I caused the following document:

**1. Notice of Appearance**

to be electronically filed with the Clerk of the Court through ECF, and that ECF will send an e-notice of electronic filing to counsel of record.

| | |
|---|---|
| Dated:  September 5, 2012 | s/ Dwight P. Bostwick<br>Dwight P. Bostwick<br>**Zuckerman Spaeder LLP**<br>1800 M Street, NW<br>Suite 1000<br>Washington, DC 20036<br>Tel: (202) 778-1800<br>Fax: (202) 822-8106<br>E-mail:  dbostwick@zuckerman.com<br><br>*Attorney for Plaintiffs* |