UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____<br><br>This relates to:<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Mark Rypien, et al. v. NFL, USDC, EDPA, No. 2:12-cv-01496-AB**<br><br>**TONY MANDARICH AND CHARLAVAN MANDARICH** | **NOTICE OF WITHDRAWAL**<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br><br>JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF TONY MANDARICH AND CHARLAVAN MANDARICH

Plaintiffs, **TONY MANDARICH AND CHARLAVAN MANDARICH** hereby withdraw their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of **TONY MANDARICH AND CHARLAVAN MANDARICH** was filed on March 23, 2012 as *Mark Rypien, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-01496-AB. Consistent with the Court's Orders, **TONY MANDARICH AND CHARLAVAN MANDARICH**'s Short Form Complaint was filed: (a) on July 11, 2012 as document number 715 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) on July 11, 2012 as document number 84 in *Mark Rypien, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-01496-AB. Both filings were served on the Defendants.

This Notice hereby withdraws **TONY MANDARICH AND CHARLAVAN MANDARICH**'s Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

September 5, 2012                **BY:**   /s/ *Gene Locks*
                                           Gene Locks, Esquire
                                           601 Walnut Street, Suite 720 East
                                           Philadelphia, PA 19106
                                           215-893-0100 (tel.)
                                           215-893-3444 (fax)
                                           glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ | |
| **This relates to:** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** |
| **Plaintiffs' Master Administrative Long-Form Complaint and Mark Rypien, et al. v. NFL, USDC, EDPA, No. 2:12-cv-01496-AB** | |
| **TONY MANDARICH AND CHARLAVAN MANDARICH** | JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiffs **TONY MANDARICH AND CHARLAVAN MANDARICH** to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

                                              **LOCKS LAW FIRM**

                                              **BY:** /s/ *Gene Locks*
                                                    Gene Locks, Esquire
                                                    601 Walnut Street, Suite 720 East
                                                    Philadelphia, PA 19106
                                                    215-893-0100 (tel.)
                                                    215-893-3444 (fax)
                                                    glocks@lockslaw.com