UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>**This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Britt Hager, et al. v. NFL, USDC, EDPA, No. 2:12-cv-00601-AB**<br><br>**PETER MONTY AND MURIEL MONTY** | **NOTICE OF WITHDRAWAL**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br><br>JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF PETER MONTY AND MURIEL MONTY

Plaintiffs, **PETER MONTY AND MURIEL MONTY** hereby withdraw their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of **PETER MONTY AND MURIEL MONTY** was filed on February 3, 2012 as *Britt Hager, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-00601-AB. Consistent with the Court's Orders, **PETER MONTY AND MURIEL MONTY**'s Short Form Complaint was filed: (a) on July 11, 2012 as document number 2485 the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) on July 16, 2012 as document number 44 in *Britt Hager, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-00601-AB. Both filings were served on the Defendants.

This Notice hereby withdraws **PETER MONTY AND MURIEL MONTY**'s Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

September 5, 2012                        **BY:** /s/ *Gene Locks*

                                                       Gene Locks, Esquire
                                                       601 Walnut Street, Suite 720 East
                                                      Philadelphia, PA 19106
                                                      215-893-0100 (tel.)
                                                      215-893-3444 (fax)
                                                      glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>**This relates to:**<br>**Plaintiffs' Master Administrative Long-Form Complaint and Britt Hager, et al. v. NFL, USDC, EDPA, No. 2:12-cv-00601-AB**<br>**PETER MONTY AND MURIEL MONTY** | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiffs **PETER MONTY AND MURIEL MONTY** to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

LOCKS LAW FIRM

BY:    /s/ *Gene Locks*
          Gene Locks, Esquire
          601 Walnut Street, Suite 720 East
          Philadelphia, PA 19106
          215-893-0100 (tel.)
          215-893-3444 (fax)
          glocks@lockslaw.com