UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____<br><br>This relates to:<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Steve Everitt, et al. v. NFL, USDC, EDPA, No. 2:12-cv-00731-AB**<br><br>**RYAN SUTTER AND TRISTA SUTTER** | NOTICE OF WITHDRAWAL<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br><br>JURY TRIAL DEMANDED |

NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT
OF PLAINTIFF RYAN SUTTER AND TRISTA SUTTER

Plaintiffs, **RYAN SUTTER AND TRISTA SUTTER** hereby withdraw their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of **RYAN SUTTER AND TRISTA SUTTER** was filed on February 3, 2012 as *Steve Everitt, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-00731-AB. Consistent with the Court's Orders, **RYAN SUTTER AND TRISTA SUTTER**'s Short Form Complaint was filed: (a) on July 16, 2012 as document number 2487 the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) on July 16, 2012 as document number 64 in *Steve Everitt, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-00731-AB. Both filings were served on the Defendants.

This Notice hereby withdraws **RYAN SUTTER AND TRISTA SUTTER**'s Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

September 5, 2012                              **BY:** ___/s/ *Gene Locks*___
                                                           Gene Locks, Esquire
                                                           601 Walnut Street, Suite 720 East
                                                           Philadelphia, PA 19106
                                                           215-893-0100 (tel.)
                                                           215-893-3444 (fax)
                                                           glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____ <br><br> **This relates to:** <br><br> **Plaintiffs' Master Administrative Long-Form Complaint and Steve Everitt, et al. v. NFL, USDC, EDPA, No. 2:12-cv-00731-AB** <br><br> **RYAN SUTTER AND TRISTA SUTTER** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** <br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiffs **RYAN SUTTER AND TRISTA SUTTER** to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

LOCKS LAW FIRM

BY:   /s/ *Gene Locks*
 Gene Locks, Esquire
 601 Walnut Street, Suite 720 East
 Philadelphia, PA 19106
 215-893-0100 (tel.)
 215-893-3444 (fax)
 glocks@lockslaw.com