UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____ | |
| **This relates to:** | **NOTICE OF WITHDRAWAL** |
| **Plaintiffs' Master Administrative Long-Form Complaint and John Brodie, et al. v. NFL, USDC, EDPA, No. 2:12-cv-00861-AB** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** |
| **ROBERT GRUPP** | JURY TRIAL DEMANDED |

**NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT
OF PLAINTIFF ROBERT GRUPP**

Plaintiff, **ROBERT GRUPP** hereby withdraw their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of **ROBERT GRUPP** was filed on February 17, 2012 as *John Brodie, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-00861-AB.  Consistent with the Court's Orders, **ROBERT GRUPP**'s Short Form Complaint was filed: (a) on July 16, 2012 as document number 2490 the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) on July 16, 2012 as document number 50 in *John Brodie, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-00861-AB.  Both filings were served on the Defendants.

This Notice hereby withdraws **ROBERT GRUPP**'s Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

September 5, 2012

**BY:** /s/ *Gene Locks*

Gene Locks, Esquire
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| **This relates to:** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** |
| **Plaintiffs' Master Administrative Long-Form Complaint and John Brodie, et al. v. NFL, USDC, EDPA, No. 2:12-cv-00861-AB** | |
| **ROBERT GRUPP** | JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiffs **ROBERT GRUPP** to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

LOCKS LAW FIRM

BY:     /s/ *Gene Locks*

Gene Locks, Esquire
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com