UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| **This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Alex Karras, et al. v. NFL, USDC, EDPA, No. 12-cv-1916**<br><br>**JAMES H. STRONG, JR. AND EILEEN STRONG** | NOTICE OF WITHDRAWAL<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br><br>JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF JAMES H. STRONG, JR. AND EILEEN STRONG

Plaintiffs, JAMES H. STRONG, JR. and EILEEN STRONG hereby withdraws his Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of JAMES H. STRONG, JR. and EILEEN STRONG was filed on April 12, 2012 as *Alex Karras, et al. v. NFL*, USDC, EDPA, No. 12-cv-1916-AB. Consistent with the Court's Orders, JAMES H. STRONG, JR. and EILEEN STRONG's Short Form Complaint was filed on July 12, 2012: (a) as document number 1210 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) as document number 5 in *Alex Karras, et al. v. NFL*, USDC, EDPA, No. 12-cv-1916-AB. Both filings were served on the Defendants.

This Notice hereby withdraws JAMES H. STRONG, JR. and EILEEN STRONG's Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

September 7, 2012   **BY:** ___/s/ *Gene Locks*___
Gene Locks, Esquire
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ **This relates to:** **Plaintiffs' Master Administrative Long-Form Complaint and Alex Karras, et al. v. NFL, USDC, EDPA, No. 12-cv-1916** **JAMES H. STRONG, JR. AND EILEEN STRONG** | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiffs JAMES H. STRONG, JR. and EILEEN STRONG to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

LOCKS LAW FIRM

BY:  /s/ *Gene Locks*
Gene Locks, Esquire
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com