UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>**This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Mark Rypien, et al. v. NFL, USDC, EDPA, No. 2:12-cv-01496-AB**<br><br>**JOHN MICHELS AND MELISSA MICHELS** | **NOTICE OF WITHDRAWAL**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br><br>JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF JOHN MICHELS AND MELISSA MICHELS

Plaintiffs, **JOHN MICHELS AND MELISSA MICHELS**  hereby withdraw their

Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure, because it was filed in error.

The complaint of **JOHN MICHELS AND MELISSA MICHELS** was filed on March

23, 2012 as *Mark Rypien, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-01496-AB.  Consistent with

the Court's Orders, **JOHN MICHELS AND MELISSA MICHELS**'s Short Form Complaint

was filed: (a) on July 11, 2012 as document number 722 in the case captioned *In Re: National*

*Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) on July

11, 2012 as document number 92 in *Mark Rypien, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-

01496-AB.  Both filings were served on the Defendants.

This Notice hereby withdraws **JOHN MICHELS AND MELISSA MICHELS**'s Short

Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

September 7, 2012                    **BY:**____/s/ _Gene Locks_____

                                        Gene Locks, Esquire
                                        601 Walnut Street, Suite 720 East
                                        Philadelphia, PA 19106
                                        215-893-0100 (tel.)
                                        215-893-3444 (fax)
                                        glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| **This relates to:** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** |
| **Plaintiffs' Master Administrative Long-Form Complaint and Mark Rypien, et al. v. NFL, USDC, EDPA, No. 2:12-cv-01496-AB** | |
| **JOHN MICHELS AND MELISSA MICHELS** | JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiffs **JOHN MICHELS AND MELISSA MICHELS** to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

LOCKS LAW FIRM

BY:____/s/ *Gene Locks*_____
Gene Locks, Esquire
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com