UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY LITIGATION

| | | |
|---|---|---|
| Gayle v. National Football League, et al., | ) | |
|     N.D. Illinois, C.A. No. 1:12-06332 | ) | MDL No. 2323 |

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Gayle*) on August 16, 2012. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Gayle* filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-24" filed on August 16, 2012, is LIFTED. The action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Anita B. Brody.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel