# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | **:** | **No. 2:12-md-02323-AB** |
|  | **:** |  |
|  | **:** | **MDL No. 2323** |
| **THIS DOCUMENT RELATES TO:** | **:** |  |
| **All Actions** | **:** |  |

## PLAINTIFFS' UNCONTESTED MOTION FOR ORDER ESTABLISHING A TIME AND EXPENSE REPORTING PROTOCOL AND APPOINTING AUDITOR

1.      Plaintiffs, by and through the Plaintiffs' Executive and Steering Committees ("PEC" & "PSC"), hereby respectfully move the Court for entry of an Order: (a) establishing a Time and Expense Reporting Protocol to ensure that any fees and expenses for common-benefit work for which counsel may later seek reimbursement from a Common Benefit Fund, if any such fund is established by this Court, are reasonable, necessary and non-duplicative; and (b) appointing Alan Winikur and the firm Zelnick, Mann and Winikur, P.C. to serve as auditor to conduct periodic reviews of fee and expense reports submitted by Plaintiffs' counsel.

2.      Pursuant to Local Rule 7.1(b), a Certificate of Counsel attesting that Defendants take no position on this motion and, therefore, do not contest this Motion, is attached hereto.

3.      The PEC and PSC seek entry of this Order to satisfy their duties to the former-player plaintiffs in this matter to ensure the efficient and effective pre-trial prosecution of their claims, ensure that time and resources expended by counsel in this matter inure to the common benefit of the former player-plaintiffs, and protect against unreasonable or unnecessary fees and costs, reimbursement for which may be sought from a Common Benefit Fund that may be established by the Court.  The PEC and PSC submit this Motion without assumption regarding

whether this Court will later authorize such a Fund or authorize disbursements from such Fund should it be established.

4.      On January 31, 2012, pursuant to 29 U.S.C. § 1407, the Judicial Panel on Multidistrict Litigation ("JPML") transferred for consolidated or coordinated pretrial proceedings cases involving claims by former players against the National Football League ("NFL") and other Defendants stemming from injuries sustained while playing professional football, including damages resulting from the permanent long-term effects of head trauma suffered while playing professional football.  Transfer Order, Jan. 31, 2012, ECF No. 1.

5.      After this MDL was established by the JPML, various plaintiffs' counsel who had applied, through a joint application, to serve in leadership positions in this MDL conducted common-benefit work, including negotiating and executing a Tolling Agreement, *see* Notice of Tolling Agreement, May 15, 2012, ECF No. 75, and engaging in numerous meet and confers regarding scheduling and related matters in preparation for this Court's Organization Conference on April 25, 2012, *see* Notice of Filing Of Proposed Case Management Order No. [3] and Notice of Filing of Proposed Conference Agenda, Apr. 11, 2012, ECF Nos. 57 & 58.

6.      Thereafter, this Court appointed plaintiffs' counsel-applicants to serve as Co-lead Counsel, as members of the Executive and Steering Committees, and as Plaintiffs' Liaison Counsel.  *See* CMO No. 2, Apr. 26, 2011, ECF No. 64; CMO No. 3, May 11, 2012,  ECF No. 72.

7.      Since their appointment, members of the PEC and PSC, and other plaintiffs counsel as directed by the PEC, have conducted common-benefit work including, but not limited to, engaging in meet and confers with Defendants relating to proposed case management orders, scheduling and procedural stipulations and related matters, drafting and filing Master and Short Form Complaints, and responding to Riddell Defendants' June 19, 2012 brief (ECF Nos. 83, 84, 92, 94, 110 & 264).  Plaintiffs' Liaison Counsel has conducted coordination and related

administrative functions and provided all plaintiffs' attorneys representing former players in this

litigation with regular updates regarding this Court's Orders, and guidance regarding procedural

issues. The PEC and PSC expect that, in the coming months, plaintiffs will invest resources in

common-benefit work related to the upcoming motions and briefing schedule set forth in Case

Management Order No. 2.

8.      Entry now of an Order establishing a protocol governing permissible common

benefit time and expenses invested in this matter and requiring periodic reporting by plaintiffs'

counsel conducting such common-benefit work will help ensure only reasonable and necessary

fees and costs inuring to the benefit of all plaintiffs are incurred.  Establishing such guidelines

early in the course of this litigation, even prior to the establishment of a Common Benefit Fund,

if any, will help ensure that staffing levels for common-benefit work are appropriate and

common-benefit time and expenses are reasonable, and will reduce the risk of later conflict over

fees and expenses.  *See Manual for Complex Litigation (Fourth)* §§14.212, 14.213 (2011).

Further, imposing record-keeping procedures and requiring the submission of periodic reports

"encourages lawyers to maintain records adequate for the Court's purposes," and facilitates

Court review of later-submitted fee petitions, if any.  *See id.* §§ 14.212–214.

9.      Accordingly, the Proposed Order requires members of the PEC and PSC to

contribute assessments to an Interim Litigation Fund in amounts agreed to by the PSC to cover

interim litigation expenses for administration of this MDL.  It likewise requires all counsel

conducting common-benefit work to maintain contemporaneous and detailed time and expense

records in a specific electronic format.  *See id.* § 14.213 (recommending that time keeping be

addressed early in the case and that contemporaneous records identifying the activity and nature

of work be required, along with the use of computer programs to facilitate analysis and agreed-

on forms of summaries).  Such records must be submitted quarterly to a PEC-designated attorney

and shall be subject to further review by the Court-appointed auditor (proposed herein) for compliance with guidelines of the time and expense reporting protocol.

10.     The Proposed Order delineates compensable common-benefit time categories, such as time spent conducting discovery, in motions practice, pursuing organizational functions, preparing for and conducting trial, and related litigation functions.   To ensure common benefit fees are reasonable, compensable categories exclude, *inter alia*, time spent that was not authorized by the PEC, time spent on individual client cases, time spent reading and reviewing court documents unless necessary to conduct a compensable function, and any duplicative time. Similarly, the Proposed Order limits compensable expenses to those necessary to carry out legitimate compensable work, and imposes limitations on both travel and non-travel expenses, such as limiting reimbursement for coach-class fare only and excluding most secretarial functions, to ensure only reasonable costs are reimbursed.

11.     Such time and expense limitations are appropriate to ensure the appropriate level of staffing and expenses.  *See id.*, § 14.212 (discussing guidelines regarding who may charge for discovery, court and trial time); § 14.216 (discussing limitations on expense categories).

12.     Accordingly, other MDL courts have entered orders establishing similar time keeping and expense reporting protocols at early stages of the litigation, prior to the establishment of any Common Benefit Fund.  *See, e.g.*, Ex. A, Pretrial Order No. 9, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 10-md-02179 (E.D. La. Oct. 8. 2010), ECF No. 508 (entered three months after transfer by the MDL panel); Ex. B, Mem. & Order, *In re: Oral Sodium Phosphate Solution-Based Prods. Liab. Action*, No. 1:09-SP-80000, MDL No. 2066 (N.D. Ohio Sept. 30, 2009), ECF No. 34 (entered three months after transfer, and setting forth guidelines "in anticipation of the possibility that, at some time in the future, there may be applications . . . for payment of common benefit fees or

expenses"); Ex. C, Pretrial Order No. 6, *In re Vioxx Prods. Liab. Litig.*, No. 05-md-01657 (E.D.

La. Apr. 8, 2005), ECF No. 245 (entered two months after transfer).

13.     Where a Common Benefit Fund may be later established, with time and expenses

for work benefitting all plaintiffs to be paid from such Fund, it is appropriate to appoint an

outside auditor to review time and expense reports submitted by common benefit attorneys and

to submit reports to the Court as requested.  As with time and expense reporting protocols, early

auditing of time and expense reports helps reduce the risk of conflicts regarding payment for fees

and expenses from a Common Benefit Fund by ensuring consistency and accurate reporting early

in the case.

14.     Plaintiffs therefore also request that the Court appoint Alan B. Winikur,

CPA/ABV/CFF and his firm, Zelnick, Mann and Winikur, P.C., as the outside auditor for time

and expenses submitted in anticipation of a Common Benefit Fund, if any, that may be

established.  Mr. Winikur will be charged with determining which items submitted for payment

of common benefit time and expenses meet the criteria established by the Proposed Order.

15.     Mr. Winikur's Curriculum Vitae ("CV") and information about his firm, Zelnick,

Mann and Winikur, P.C., are attached hereto as Exhibit D.  As his CV demonstrates, Mr.

Winikur and his firm have extensive experience performing audits in comparable MDLs and

have been appointed to serve in that role in this judicial district.  *See, e.g.,* Ex. E, *In re Avandia*

*Mktg., Sales Practices & Prods. Liab. Litig.*, No. 07-md-1871 (E.D. Pa. Aug. 13, 2010), ECF

No. 757 (appointing auditor); *see also In re Diet Drugs Prods. Liab. Litig.*, MDL No. 1203, 2010

WL 3292787, at *4 (E.D. Pa. Aug. 19, 2010) (noting prior appointment of Alan B. Winikur).

16.     If appointed, Mr. Winikur has agreed to work as the time and expense auditor of

the Common Benefit Fund in this litigation.  Mr. Winikur shall be compensated for his work

from PSC's Interim Litigation Fund funded by the PEC and PSC members, and later from the

Common Benefit Fund for this MDL, if any such Fund is established by the Court, subject to

Court approval of such fees and costs.

17.     For the foregoing reasons, Plaintiffs respectfully request entry of an Order

establishing a time and expense reporting protocol and appointing an outside auditor.

Dated:  Sept. 7, 2012                        Respectfully submitted:

*/s/ Jeannine M. Kenney*
Jeannine Kenney (PA # 307635)
HAUSFELD LLP
1604 Locust Street, 2nd Floor
Philadelphia, PA 19103
Telephone: (215) 985-3270
Facsimile: (215) 985-3271
jkenney@hausfeldllp.com

***Plaintiffs' Liaison Counsel
On Behalf of the Undersigned
Counsel of Record***

Christopher Seeger
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Phone:  (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Sol Weiss
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, PA 19103
Phone: (215) 735-1130
Fax: (215) 735-2024
sweiss@anapolschwartz.com

*Plaintiffs' Co-Lead Counsel*

David Buchanan
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Phone:  (212) 584-0700
Fax: (212) 584-0799
dbuchanan@seegerweiss.com

Larry E. Coben
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, PA 19103
Phone: (215) 735-1130
Fax: (215) 735-2024
lcoben@anapolschwartz.com

Thomas V. Girardi
Graham B. LippSmith
**GIRARDI KEESE**
1126 Wilshire Blvd
Los Angeles, CA 90017
Phone: (213) 977-0211
Fax: (213) 481-1554
tgirardi@girardikeese.com
glippsmith@girardikeese.com

Michael D. Hausfeld
Richard S. Lewis
**HAUSFELD LLP**
1700 K Street, N.W., Suite 650
Washington, D.C. 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeldllp.com
rlewis@hausfeldllp.com

Gene Locks
David D. Langfitt
**LOCKS LAW FIRM**
The Curtis Center
Suite 720 East
601 Walnut Street
Philadelphia, PA 19106
Phone: (215) 893-3434
Fax: (215) 893-3444
glocks@lockslaw.com
dlangfitt@lockslaw.com

Steven C. Marks
Ricardo M. Martinez-Cid
**PODHURST ORSECK P.A.**
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
Phone: (305) 358-2800
Fax: (305) 358-2382
rmartinez-cid@podhurst.com
smarks@podhurst.com

*Plaintiffs' Executive Committee*

James R. Dugan, II
**THE DUGAN LAW FIRM**
One Canal Place, Suite 1000
365 Canal Street
New Orleans, LA 70130
Phone: (504) 648-0180
Fax: (504) 648-0181
jdugan@dugan-lawfirm.com

Arnold Levin
**LEVIN FISHBEIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

Dianne M. Nast
**RODANAST, PC**
801 Estelle Drive
Lancaster, PA 17601
Phone: (717) 892-3000
Fax: (717) 892-1200
dnast@rodanast.com

Charles S. Zimmerman
**ZIMMERMAN REED PLLP**
1100 IDS Center,
80 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 341-0400
Fax: (612) 341-0844
charles.zimmerman@zimmreed.com

David S. Casey, Jr.
Fred Schenk
**CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD
LLP**
110 Laurel Street
San Diego, CA  92101-1486
Phone: (619) 238-1811
Fax: (619) 544-9232
dcasey@cglaw.com
fschenk@cglaw.com

Anthony Tarricone
**KREINDLER & KREINDLER LLP**
277 Dartmouth Street
Boston, MA 02116
Phone: (617) 424-9100
Fax: (617) 424-9120
atarricone@kreindler.com

Michael L. McGlamry
**POPE, MCGLAMRY, KILPATRICK
MORRISON & NORWOOD, P.C.**
3455 Peachtree Road, NE, Suite 925
Atlanta, GA 30326-3243
Phone: (404) 523-7706
Fax: (404) 524-1648
efile@pmkm.com

David A. Rosen
**ROSE, KLEIN & MARIAS LLP**
801 South Grand Avenue, 11th Floor
Los Angeles, CA 90017-4645
Phone: (213) 626-0571
Fax: (213) 623-7755
d.rosen@rkmlaw.net

Derriel McCorvey
**THE LAW FIRM OF DERRIEL C.
MCCORVEY**
1115 W. Main Street, Suite 14
Lafayette, LA 70501
Phone: (337) 291-2431
derriel@mccorveylaw.com

*Plaintiffs' Steering Committee*

8

## CERTIFICATE OF COUNSEL

I hereby certify that I have communicated with counsel for all Defendants in this matter

and they take no position on the foregoing Motion.  Thus the foregoing motion is uncontested.

Jeannine Kenney (PA # 307635)
HAUSFELD LLP
1604 Locust Street, 2nd Floor
Philadelphia, PA 19103
Telephone: (215) 985-3270
Facsimile: (215) 985-3271
jkenney@hausfeldllp.com

*Plaintiffs' Liaison Counsel*