# Exhibit E

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL 1871<br>2007-MD-1871<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | : : : | |

PRETRIAL ORDER NO. 109

AND NOW, this 13th day of August, 2010, upon consideration of the Plaintiffs Steering Committee's Unopposed Motion to Appoint an Accounting Firm to Audit the Time and Expense Reports, it is hereby ORDERED that the Plaintiffs Steering Committee's motion is GRANTED.

The Court hereby appoints Alan B. Winikur, CPA/ABV/CFF and the firm of Zelnick, Mann and Winikur, P.C. to serve as the auditor to undertake a periodic review of the time and expense reports submitted by Plaintiffs' counsel to the Avandia Common Benefit Fund established by Pretrial Order Number 70. Payments for Mr. Winiker's work, as approved by the Court, will be paid from the Avandia Common Benefit Fund.

BY THE COURT:

_Cynthia M. Rufe_
CYNTHIA M. RUFE, J.