**CASE NAME: NFL PLAYERS' CONCUSSION INJURY LITIGATION, MDL NO. 2323**

**REPORTING PERIOD:**
Inception thru

**FIRM NAME:**

| SUMMARY TIME REPORT<br><br>Timekeeper Name | Professional Status* | Current Hourly Rate | Pleadings, Motions, Briefs & Legal Research | Preparing & Responding to Discovery Requests | Factual Research and Analysis | Document Analysis | Depositions (including Preparation) | Officially-Called Meetings of Counsel | Common Benefit Case Management | Court Appearances | Trial Preparation & Trial | Appeals | Settlement | CURRENT TIME REPORTED Hours | CURRENT TIME REPORTED Hours x Hourly Rate | CUMULATIVE TIME REPORTED Hours | CUMULATIVE TIME REPORTED Hours x Hourly Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| | | | | | | | | | | | | | | 0.00 | - | 0.00 | - |
| **TOTALS** | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | - | 0.00 | - |

*Professional Status:    P-Partner    A-Associate    OC-Of Counsel    PL-Paralegal    LC-Law Clerk

| EXPENSE REPORT | | |
|---|---|---|
| **Category** | **Current Expenses** | **Cumulative Expenses** |
| Assessments | | - |
| Commercial Copies | | - |
| Computerized Research (Westlaw, Lexis, etc.) | | - |
| Court Reporters/Transcripts | | - |
| Expert Services | | - |
| Facsimile | | - |
| Filing & Service Fees | | - |
| In-House Copies | | - |
| Long Distance Telephone | | - |
| Postage/Express Delivery | | - |
| Travel/Meals/Lodging | | - |
| Miscellaneous (Describe) | | - |
| | | - |
| | | - |
| | | - |
| | | - |
| **TOTAL EXPENSES:** | **-** | **-** |

Enter additional pertinent information regarding your Time and/or Expenses here:

| RECAP OF CUMULATIVE TOTALS | |
|---|---|
| **TOTAL CUMULATIVE HOURS TO DATE** | - |
| **TOTAL CUMULATIVE FEES TO DATE** | $ - |
| **TOTAL CUMULATIVE EXPENSES TO DATE** | $ - |
| **TOTAL CUMULATIVE FEES AND EXPENSES TO DATE** | $ - |