UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE NATIONAL FOOTBALL PLAYERS' CONCUSSION INJURY LITIGATION** | : : : | **No. 2:12-md-02323-AB** |
| | : | **MDL No. 2323** |
| | : | |
| **THIS DOCUMENT RELATES TO:** **All Actions** | : : | |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify that, on September 7, 2012, pursuant to paragraph 8 of Case Management

Order No. 1 (ECF No. 4), the foregoing UNCONTESTED MOTION FOR ORDER

ESTABLISHING A TIME AND EXPENSE REPORTING PROTOCOL AND APPOINTING

AUDITOR and the accompanying exhibits and proposed Order were served via the Electronic

Case Filing (ECF) system in the United States District Court for the Eastern District of

Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.


*/s/ Jeannine M. Kenney*
Jeannine M. Kenney (PA # 307635)
**HAUSFELD LLP**
1604 Locust St., 2nd Floor
Philadelphia, PA 19103
(215) 985-3270
(215) 985-3271 (fax)
jkenney@hausfeldllp.com

4840-7812-1232, v. 1