UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-02323 (AB) |
| THIS DOCUMENT RELATES TO:<br><br>GEORGE ADAMS, et al.,<br><br>                       Plaintiffs,<br><br>  -against-<br><br>National Football League,<br><br>                       Defendant. | 2:12-cv-02099-AB |

NOTICE OF VOLUNTARY DISMISSAL OF
<u>GEORGE ADAMS AND MICHELLE ADAMS</u>

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(i), that Plaintiffs George Adams and Michelle Adams hereby dismiss their claims against the NFL in the above-captioned action without prejudice.  Defendant National Football League has not served an answer or motion for summary judgment in response to George and Michelle Adams's complaint.  Their action has been consolidated into *In re: National Football League Players' Concussion Injury Litigation*, No. 12-md-2323 (AB), MDL No. 2323.  George Adams and Michelle Adams have filed this Notice under the individual docket number listed in the caption above and in the MDL docket.

[*REMAINDER OF THE PAGE INTENTIONALLY LEFT BLANK*]

Dated: New York, New York
September 11, 2012

Respectfully submitted,

By: __/s/ Anthony Tarricone_____
Anthony Tarricone
Kreindler & Kreindler, LLP
277 Dartmouth Street
Boston, MA 02116
Telephone: (212) 687-8181
Email: atarricone@kreindler.com

Sol Weiss, Esquire
Anapol Schwartz
1710 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 735-1103
Email: sweiss@anapolschwartz.com

James Kreindler
Noah Kushlefsky
Kreindler & Kreindler, LLP
750 Third Avenue
New York, NY 10017
Telephone: (212) 687-8181
Email: jkreindler@kreindler.com
nkushlefsky@kreindler.com

*Attorneys for Plaintiffs*