IN THE UNITED DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>**NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | No. 12-md-02323 (AB) |
| **THIS DOCUMENT RELATES TO:**<br><br>**GEORGE ADAMS, et al.,**<br><br>                    Plaintiffs,<br><br>    -against-<br><br>**National Football League,**<br><br>                    Defendant. | 2:12-cv-02099-AB |

### CERTIFICATE OF SERVICE

I hereby certify under penalty of law that on September 11, 2012, a copy of the foregoing Notice of Voluntary Dismissal of George Adams and Michelle Adams was filed electronically with the Clerk of the Court of the United States District Court for the Eastern District of Pennsylvania using the CM/ECF System, which will send notice of such filing by e-mail to all parties or by mail to anyone unable to accept electronic filing as indicted on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Randy Paradise