UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| **This relates to:** | **SHORT FORM COMPLAINT** |
| **Plaintiffs' Master Administrative Long-Form Complaint and George Andrie, et al. v NFL, USDC, EDPA, no. 12-cv-5059** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** |
| **RONALD PO JAMES** | |
| | JURY TRIAL DEMANDED |

## SHORT FORM COMPLAINT

1.      Plaintiff, **RONALD PO JAMES**, brings this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2.      Plaintiff is filing this short form complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3.      Plaintiff, incorporates by reference the allegations (as designated below) of the Master Administrative Long-Form Complaint, as may be amended, as if fully set forth at length in this Short Form Complaint.

4.      NOT APPLICABLE

5.      Plaintiff, **RONALD PO JAMES**, is a resident and citizen of Wilmington, Delaware and claims damages as set forth below.

6.      NOT APPLICABLE

7.      On information and belief, the Plaintiff sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices.  On information and belief, Plaintiff suffers from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff sustained during NFL games and/or practices.  On information and belief, the Plaintiff's symptoms arise from injuries that are latent and have developed and continue to develop over time.

8.      The original complaint by Plaintiff(s) in this matter was filed in United States District Court, Eastern District of Pennsylvania.

9.      Plaintiff claims damages as a result of [check all that apply]:

_X_     Injury to Herself/Himself

_X_     Injury to the Person Represented

__      Wrongful Death

__      Survivorship Action

_X_     Economic Loss

__      Loss of Services

__      Loss of Consortium

1.     NOT APPLICABLE

2.     _X_ Plaintiff, reserves the right to object to federal jurisdiction.


## DEFENDANTS

3.     Plaintiff brings this case against the following Defendants in this action [check all

that apply]:

_X_     National Football League

_X_     NFL Properties, LLC

__     Riddell, Inc.

__     All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

__     Riddell Sports Group, Inc.

__     Easton-Bell Sports, Inc.

__     Easton-Bell Sports, LLC

__     EB Sports Corporation

__     RBG Holdings Corporation

4.     NOT APPLICABLE

5.     NOT APPLICABLE

6.      Plaintiff played in  X the National Football League ("NFL") and/or in _____ the

American Football League ("AFL") during 1972-77 for the following teams:

Philadelphia Eagles
Seattle Seahawks

## CAUSES OF ACTION

7.      Plaintiff herein adopts by reference the following Counts of the Master

Administrative Long-Form Complaint, along with the factual allegations incorporated by

reference in those Counts [check all that apply]:

     _X_      Count I (Action for Declaratory Relief – Liability (Against the NFL))

     _X_      Count II (Medical Monitoring (Against the NFL))

     __      Count III (Wrongful Death and Survival Actions (Against the NFL))

     _X_      Count IV (Fraudulent Concealment (Against the NFL))

     _X_      Count V (Fraud (Against the NFL))

     _X_      Count VI (Negligent Misrepresentation (Against the NFL))

     _X_      Count VII (Negligence Pre-1968 (Against the NFL))

     _X_      Count VIII (Negligence Post-1968 (Against the NFL))

     _X_      Count IX (Negligence 1987-1993 (Against the NFL))

     _X_      Count X (Negligence Post-1994 (Against the NFL))

     _X_      Count XI (Loss of Consortium (Against the NFL))

_X_    Count XII (Negligent Hiring (Against the NFL))

_X_    Count XIII (Negligent Retention (Against the NFL))

__    Count XIV (Strict Liability for Design Defect (Against the Riddell Defendants))

__    Count XV (Strict Liability for Manufacturing Defect (Against the Riddell Defendants))

__    Count XVI (Failure to Warn (Against the Riddell Defendants))

__    Count XVII (Negligence (Against the Riddell Defendants))

_X_    Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against All Defendants))

8.    Plaintiff asserts the following additional causes of action [write in or attach]:

_____

_____

_____

_____

_____

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, prays for judgment as follows:

A.  An award of compensatory damages, the amount of which will be determined at trial;

B. For punitive and exemplary damages as applicable;

C. For all applicable statutory damages of the state whose laws will govern this action;

D. For medical monitoring, whether denominated as damages or in the form of equitable relief;

E. For an award of attorneys' fees and costs;

F. An award of prejudgment interest and costs of suit; and

G. An award of such other and further relief as the Court deems just and proper.

## **JURY DEMANDED**

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff(s) hereby demand(s) a trial by jury.

RESPECTFULLY SUBMITTED:


_/s/ *Gene Locks*_

Gene Locks, Esquire (PA ID No. 12969)
Michael B. Leh, Esquire (PA ID No. 42962)
David D. Langfitt, Esquire (PA ID No. 66588)
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com
mleh@lockslaw.com
dlangfitt@lockslaw.com

and

Craig R. Mitnick, Esquire
Managing Partner
Mitnick Law Offices
Thirty-Five Kings Highway East,
Haddonfield, New Jersey 08033

- 7 -

856.427.9000 (tel.)
F. 856.427.0360 (fax)
craig@crmtrust.com

*Attorneys for Plaintiffs*