FILED
08 JUN 19 PM 3:34
KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON
COUNTY OF KING

| IN RE THE ESTATE OF **THOMAS A. CATLIN** DECEASED | NO: **08-4-04007-8 SEA** LETTERS TESTAMENTARY (LTRTS) |
|---|---|

The last will of the above named decedent was duly exhibited, proven and filed on **June 19, 2008**. It appears in and by said will that: **BETTY JEAN CATLIN** is named Executor(s) and by order of this court is authorized to execute said will according to law.

WITNESS my hand and seal of said Court:   June 19, 2008.

BARBARA MINER
King County Superior Court Clerk

By: _____ , Deputy Clerk
R. FABIAN

STATE OF WASHINGTON )
County of King            )

I, BARBARA MINER, Clerk of the Superior Court of the State of Washington, for the County of King, do hereby certify that I have compared the foregoing copy with the original instrument as the same appears on file and of record in my office, and that the same is a true and perfect transcript of said original and of the whole thereof. IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of said Superior Court at my office at Seattle on this date _____.

BARBARA MINER, Superior Court Clerk

By: _____ , Deputy Clerk

• **NOT OFFICIAL WITHOUT RAISED SEAL** •