# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE:  NATIONAL FOOTBALL | : | No. 2:12-md-02323-AB |
| LEAGUE PLAYERS' CONCUSSION | : |  |
| INJURY LITIGATION | : | MDL No. 2323 |

THIS DOCUMENT RELATES TO:

*Alexander, et al v. The National Football League,* No. 12-cv-01923

*Myers v. The National Football League,* No. 12-cv-01424

*Schobel v. National Football League,* No. 12-cv-02801

## <u>ORDER</u>

After considering Plaintiffs' Response to Defendant National Football League's Motion to Dismiss Plaintiffs' Complaint, it is ORDERED that the Motion is hereby DENIED; that the time period to effect service on Defendant is extended to thirty (30) days from the signing of this order; and that Plaintiffs are not required to re-file their case.

IT IS SO ORDERED.

_____
ANITA B. BROODY
UNITED STATES DISTRICT JUDGE