UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| ──────────────────────── **This relates to:** **Plaintiffs' Master Administrative Long-Form Complaint and Mark Rypien, et al. v. NFL, USDC, EDPA, No. 2:12-cv-01496-AB** **MICKEY PRUITT AND STEPHANIE PRUITT** | **NOTICE OF WITHDRAWAL** **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF MICKEY PRUITT AND STEPHANIE PRUITT

Plaintiffs, **MICKEY PRUITT AND STEPHANIE PRUITT** hereby withdraw their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of **MICKEY PRUITT AND STEPHANIE PRUITT** was filed on March 23, 2012 as *Mark Rypien, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-01496-AB. Consistent with the Court's Orders, **MICKEY PRUITT AND STEPHANIE PRUITT**'s Short Form Complaint was filed on July 11, 2012 as document number 731 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and was were served on the Defendants.

This Notice hereby withdraws **MICKEY PRUITT AND STEPHANIE PRUITT**'s Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

September 14, 2012          **BY:** /s/ *Gene Locks*
                                     Gene Locks, Esquire
                                     601 Walnut Street, Suite 720 East
                                     Philadelphia, PA 19106
                                     215-893-0100 (tel.)
                                     215-893-3444 (fax)
                                     glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and Mark Rypien, et al. v. NFL, USDC, EDPA, No. 2:12-cv-01496-AB<br><br>**MICKEY PRUITT AND STEPHANIE PRUITT** | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiffs **MICKEY PRUITT AND STEPHANIE PRUITT** to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

LOCKS LAW FIRM

BY:     /s/ *Gene Locks*
Gene Locks, Esquire
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com