UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>**This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Mark Rypien, et al. v. NFL, USDC, EDPA, No. 2:12-cv-01496-AB**<br><br>**BYRON P. FRANLIN, SR. AND MERIAM LOUIS FRANKLIN** | **NOTICE OF WITHDRAWAL**<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br><br>JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF BYRON P. FRANLIN, SR. AND MERIAM LOUIS FRANKLIN

Plaintiffs, **BYRON P. FRANLIN, SR. AND MERIAM LOUIS FRANKLIN** hereby withdraw their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of **BYRON P. FRANLIN, SR. AND MERIAM LOUIS FRANKLIN** was filed on March 23, 2012 as *Mark Rypien, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-01496-AB.  Consistent with the Court's Orders, **BYRON P. FRANLIN, SR. AND MERIAM LOUIS FRANKLIN**'s Short Form Complaint was filed: (a) on July 18, 2012 as document number 2644 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) on July 18, 2012 as document number 127 in *Mark Rypien, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-01496-AB.  Both filings were served on the Defendants.

This Notice hereby withdraws **BYRON P. FRANLIN, SR. AND MERIAM LOUIS FRANKLIN**'s Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

September 14, 2012  **BY:** /s/ *Gene Locks*
Gene Locks, Esquire
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| ———————————————— <br> **This relates to:** <br><br> **Plaintiffs' Master Administrative Long-Form Complaint and Mark Rypien, et al. v. NFL, USDC, EDPA, No. 2:12-cv-01496-AB** <br><br> **BYRON P. FRANLIN, SR. AND MERIAM LOUIS FRANKLIN** | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION <br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiffs **BYRON P. FRANLIN, SR. AND MERIAM LOUIS FRANKLIN** to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

LOCKS LAW FIRM

BY:    /s/ *Gene Locks*
      Gene Locks, Esquire
      601 Walnut Street, Suite 720 East
      Philadelphia, PA 19106
      215-893-0100 (tel.)
      215-893-3444 (fax)
      glocks@lockslaw.com