UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| ----------------------- <br><br> **This relates to:** <br><br> **Plaintiffs' Master Administrative Long-Form Complaint and Jeff Nixon, et al. v. NFL, USDC, EDPA, No. 2:12-cv-03352-AB** <br><br> **PETER CAMPION** | **NOTICE OF WITHDRAWAL** <br><br> **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** <br><br><br> JURY TRIAL DEMANDED |

## NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF PETER CAMPION

Plaintiffs, **PETER CAMPION** hereby withdraw their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of **PETER CAMPION** was filed on June 13, 2012 as *Jeff Nixon, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-03352-AB. Consistent with the Court's Orders, **PETER CAMPION**'s Short Form Complaint was filed (a) on July 12, 2012 as document number 1512 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) on July 12, 2012 as document number 6 in *Jeff Nixon, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-03352-AB. Both filings were served on the Defendants.

This Notice hereby withdraws **PETER CAMPION**'s Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

September 21, 2012               **BY:**     /s/ *Gene Locks*
                                 Gene Locks, Esquire
                                 601 Walnut Street, Suite 720 East
                                 Philadelphia, PA 19106
                                 215-893-0100 (tel.)
                                 215-893-3444 (fax)
                                 glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ <br><br>**This relates to:** <br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Jeff Nixon, et al. v. NFL, USDC, EDPA, No. 2:12-cv-03352-AB** <br><br>**PETER CAMPION** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** <br><br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiffs **PETER CAMPION** to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

                                                        **LOCKS LAW FIRM**

                                                        **BY:**  /s/ *Gene Locks*

                                                             Gene Locks, Esquire
                                                             601 Walnut Street, Suite 720 East
                                                             Philadelphia, PA 19106
                                                             215-893-0100 (tel.)
                                                             215-893-3444 (fax)
                                                             glocks@lockslaw.com