**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL | : | |
| LEAGUE PLAYERS' CONCUSSION | : | |
| INJURY LITIGATION | : | |
| | : | |
| | : | CIVIL ACTION |
| THIS DOCUMENT RELATES TO: | : | |
| *Alexander, et. al. v. The National Football* | : | No. 12-md-2323 |
| *League,* No. 12-cv-1923 | : | |
| | : | |
| *Myers v. The National Football League*, | : | |
| No. 12-cv-1424 | : | |
| | : | |
| *Schobel v. The National Football League*, | : | |
| No. 12-cv-2801 | | |

**ORDER**

**AND NOW**, this __21ST__ day of September, 2012, it is **ORDERED** that the National

Football League's Motions to Dismiss Plaintiffs' Complaint are **DENIED**; that Plaintiffs have

until October 18, 2012, to effect service on Defendant; and that Plaintiffs are not required to re-

file their cases.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: