UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____<br><br>This relates to:<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and John Hannah, et al. v. NFL, USDC, EDPA, No. 2:12-cv-03379-AB**<br><br>**MIKE THOMAS AND SYLVIA THOMAS** | NOTICE OF WITHDRAWAL<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>JURY TRIAL DEMANDED |

## NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF MIKE THOMAS AND SYLVIA THOMAS

Plaintiffs, **MIKE THOMAS AND SYLVIA THOMAS** hereby withdraw their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of **MIKE THOMAS AND SYLVIA THOMAS** was not filed in either *John Hannah, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-03379-AB or any other case.

Consistent with the Court's Orders, **MIKE THOMAS AND SYLVIA THOMAS**'s Short Form Complaint was filed on July 12, 2012 as document number 1815 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB, but erroneously captioned the Short Form Complaint as related to *John Hannah, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-03379-AB and was served on the Defendants.

This Notice hereby withdraws **MIKE THOMAS AND SYLVIA THOMAS**'s Short Form Complaint filed as document number 1815 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB as related to *John Hannah, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-03379-AB as referenced above.

**LOCKS LAW FIRM**

September 25, 2012              **BY:** ___/s/ *Gene Locks*_____
                                Gene Locks, Esquire
                                601 Walnut Street, Suite 720 East
                                Philadelphia, PA 19106
                                215-893-0100 (tel.)
                                215-893-3444 (fax)
                                glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| ------------------------- | |
| **This relates to:** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** |
| **Plaintiffs' Master Administrative Long-Form Complaint and John Hannah, et al. v. NFL, USDC, EDPA, No. 2:12-cv-03379-AB** | |
| **MIKE THOMAS AND SYLVIA THOMAS** | JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiffs **MIKE THOMAS AND SYLVIA THOMAS** to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

LOCKS LAW FIRM

BY:      /s/ *Gene Locks*
Gene Locks, Esquire
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com