UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL NO. 2323<br>12-MD-2323 |
| -------------------------------------------------- | Notice of Appearance |
| THIS DOCUMENT RELATES TO: | |
| HOOVER ET AL. V. NATIONAL FOOTBALL LEAGUE ET AL., No. 2:12-cv-05209-AB | |

The undersigned attorney hereby notifies the Court and counsel that Anne McGinness Kearse, Esquire shall appear as counsel of record for Plaintiffs, Bradley R. Hoover, Brandi Hoover, Colin L. Branch, April Branch, Hessley J. Hempstead, II, Adrian B. Murrell, Robert D. Green, Pamela Green, and Craig A. Thompson in the above-captioned matter.

s/ Anne McGinness Kearse
Anne McGinness Kearse (#7570)
**Motley Rice LLC**
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
Phone: 843-216-9000
Fax: 843-216-9655
Email: akearse@motleyrice.com

**Attorneys for Plaintiffs**

Dated: September 26, 2012

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION ) ) ) ) | **MDL NO. 2323** 12-MD-2323 |
| -------------------------------------------------- ) ) | **Certificate of Service** |
| THIS DOCUMENT RELATES TO: ) ) HOOVER ET AL. V. NATIONAL FOOTBALL LEAGUE ET AL., No. 2:12-cv-05209-AB ) ) | |

I hereby certify that on September 26, 2012, I caused the following document:

**1. Notice of Appearance**

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an electronic notice of electronic filing to counsel of record.

                                               s/Anne McGinness Kearse
                                               Anne McGinness Kearse, Esquire
                                               **Motley Rice LLC**
                                               275 Seventh Avenue, 2nd Floor
                                               Phone: 212-577-0040
                                               Fax: 212-577-0054
                                               Email: akearse@motleyrice.com

Dated: September 26, 2012