UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL NO. 2323<br>12-MD-2323 |
| -------------------------------------------------- | Notice of Appearance |
| THIS DOCUMENT RELATES TO: | |
| HOOVER ET AL. V. NATIONAL FOOTBALL LEAGUE ET AL., No. 2:12-cv-05209-AB | |

The undersigned attorney hereby notifies the Court and counsel that Donald A. Migliori, Esquire shall appear as counsel of record for Plaintiffs, Bradley R. Hoover, Brandi Hoover, Colin L. Branch, April Branch, Hessley J. Hempstead, II, Adrian B. Murrell, Robert D. Green, Pamela Green, and Craig A. Thompson in the above-captioned matter.

s/ Donald A. Migliori
Donald A. Migliori (RIDC#4936)
**Motley Rice LLC**
321 South Main Street
Providence, RI 02903
Phone: 401-457-7709
Fax: 401-457-7708
Email: dmigliori@motleyrice.com

**Attorneys for Plaintiffs**

Dated: September 26, 2012

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION ) ) ) ) | MDL NO. 2323 <br> 12-MD-2323 |
| -------------------------------------------------- ) | Certificate of Service |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| HOOVER ET AL. V. NATIONAL FOOTBALL LEAGUE ET AL., No. 2:12-cv-05209-AB ) ) | |

I hereby certify that on September 26, 2012, I caused the following document:

**1. Notice of Appearance**

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an electronic notice of electronic filing to counsel of record.

Dated: September 26, 2012

s/ Donald A. Migliori
Donald A. Migliori, Esquire
**Motley Rice LLC**
321 South Main Street
Providence, RI 02903
Phone: 401-457-7709
Fax: 401-457-7708
Email: dmigliori@motleyrice.com
