UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>-------------------------------------------------------<br><br>**THIS DOCUMENT RELATES TO:**<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)  **Dominic Austin, et al.**  v. National Football League [et al.], No.   **2:12-cv-04381-AB**<br><br>**MAURY YOUMANS** | No. 12-md-2323 (AB)<br><br>MDL No. 2323<br><br>**NOTICE OF WITHDRAWAL**<br><br>**IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br>**JURY TRIAL DEMANDED** |

NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT
OF PLAINTIFF MAURY YOUMANS

Plaintiff, Maury Youmans hereby withdraws his Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of Maury Youmans was filed on July 3, 2012 as *Dominic Austin, et al., vs. NFL,* USDC, SDMS, No. 3:12-cv461TSL-MTP.  On August 2, 2012, the complaint was transferred to USDC, EDPA, as *Dominic Austin, et al., vs. NFL,* USDC, EDPA No. 2:12-cv-04381-AB and filed on August 6, 2012 as *Dominic Austin, et al., vs. NFL,* USDC, EDPA. No. 2:12-cv-04381-AB.  Consistent with the Court's Orders, Maury Youmans' Short Form Complaint was filed on August 6, 2012:  (a) as document number 3017 in the case captioned *In Re:  National Football League*

*Players' Concussion Injury Litigation,* No. 2:12-md-2323-AB and (b) as document number 35 in *Dominic Austin, et al. v. NFL,* USDC, EDPA, No. 12-cv-04381-AB. Both filings were served on the Defendants.

This Notice withdraws Maury Youmans' Short Form Complaint that was filed in both dockets as referenced above.

This the 27th day of September, 2012.

                              Respectfully Submitted,

                              PHILLIP W. THOMAS LAW FIRM

                              By:

                              /s/ Philip W. Thomas
                              PHILIP W. THOMAS
                              MS Bar No. 9667

PHILIP W. THOMAS LAW FIRM
Post Office Box 24464
Jackson, Mississippi 39225-4464
747 North Congress St. (39202)
pthomas@thomasattorney.com
Tel: (601) 714-5660

John D. Giddens
GIDDENS LAW FIRM
226 North President Street (39236)
Post Office Box 22546
Jackson, Mississippi 39225-2546
Tel: (601) 355-2022
Fax: (601) 355-0012

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 27th day of September, 2012.

/s/ Philip W. Thomas
PHILIP W. THOMAS
