1

**CERTIFICATE OF SERIVCE**

2       The undersigned hereby certifies that all counsel who have consented to

3   electronic service are being served with a copy of the foregoing document via the

4   Eastern District of Pennsylvania CM/ECF system on September 30, 2012.

5

6                        /s/  Fred D. Heather
                         Fred D. Heather

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Glaser Weil Fink Jacobs
Howard Avchen & Shapiro LLP