UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| ------------------------- <br><br> **This relates to:** <br><br> **Plaintiffs' Master Administrative Long-Form Complaint and John "Golden" Richard, et al. v. NFL, USDC, EDPA, No. 2:12-cv-01623-AB** <br><br> **QUENTIN CORYATT** | **NOTICE OF WITHDRAWAL** <br><br> IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION <br><br> JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF QUENTIN CORYATT

Plaintiff, QUENTIN CORYATT hereby withdraws his Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of QUENTIN CORYATT was filed on April 2, 2012 as *John "Golden" Richards, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-01623-AB.  Consistent with the Court's Orders, QUENTIN CORYATT's Short Form Complaint was filed on July 11, 2012: (a) as document number 771 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) as document number 5 in *John "Golden" Richards, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-01623-AB.  Both filings were served on the Defendants.

This Notice hereby withdraws QUENTIN CORYATT's Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

October 3, 2012                    **BY:**      /s/ *Gene Locks*
                                   Gene Locks, Esquire
                                   601 Walnut Street, Suite 720 East
                                   Philadelphia, PA 19106
                                   215-893-0100 (tel.)
                                   215-893-3444 (fax)
                                   glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____<br><br>**This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and John "Golden" Richard, et al. v. NFL, USDC, EDPA, No. 2:12-cv-01623-AB**<br><br>**QUENTIN CORYATT** | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiff QUENTIN CORYATT to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

**LOCKS LAW FIRM**

**BY:** ___/s/ *Gene Locks*___
Gene Locks, Esquire
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com