UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| <br>**THIS DOCUMENT RELATES TO:**<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) <u>*Jones v. National Football League [et al.]*, No. 2:12-1027 (E.D. Pa.)</u><br><br><u>**JEFFREY BREGEL**</u> | **NOTICE OF WITHDRAWAL**<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF JEFFREY BREGEL

Plaintiff, **JEFFREY BREGEL**, hereby withdraws his Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of Plaintiff, **JEFFREY BREGEL,** was filed on February 28, 2012 as *Jones v. National Football League [et al.]*, USDC, EDPA, No. 2:12-1027.  Consistent with the Court's Orders, Plaintiff, **JEFFREY BREGEL's** Short Form Complaint was filed on on July 16, 2012; (a) Docket Entry 2579 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No. 2:12-MD-02323-AB and (b) as Docket Entry 136 in *Jones v.*

*National Football League [et al.]*, USDC, EDPA, No. 2:12-1027.  Both filings were served on Defendants.

This Notice hereby withdraws **JEFFREY BREGEL's** Short Form Complaint filed as Docket Entry 136 in *Jones v. National Football League [et al.]*, USDC, EDPA, No. 2:12-1027; and, as Docket Entry 904 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No. 2:12-MD-02323-AB.

DATED this 2nd day of October, 2012.

Respectfully submitted,

**PODHURST ORSECK, P.A.**
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800
Fax: (305) 358-2382

By: /s/ Steven C. Marks
STEVEN C. MARKS
Fla. Bar. No. 516414
Email: smarks@podhurst.com

/s/ Stephen F. Rosenthal
STEPHEN F. ROSENTHAL
Fla. Bar No. 0131458
Email: srosenthal@podhurst.com

/s/ Ricardo M. Martinez-Cid
RICARDO M. MARTÍNEZ-CID
Fla. Bar No. 383988
Email: rmcid@podhurst.com

*Attorneys for Plaintiff(s)*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─<br>**THIS DOCUMENT RELATES TO:**<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) *Jones v. National Football League [et al.]*, No. 2:12-1027 (E.D. Pa.)<br><br>**JEFFREY BREGEL** | **NOTICE OF WITHDRAWAL**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that on October 2nd, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiff **JEFFREY BREGEL** to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

                                                                    By:   /s/ Steven C. Marks
                                                                                STEVEN C. MARKS
                                                                                STEPHEN F. ROSENTHAL
                                                                                RICARDO M. MARTÍNEZ-CID
                                                                                **PODHURST ORSECK, P.A.**
                                                                                25 West Flagler Street, Suite 800
                                                                                Miami, FL 33130
                                                                                Telephone: (305) 358-2800
                                                                                Fax: (305) 358-2382