**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)** _**Wooden  v. National Football League [et al.]**_**, No. 2:12-01037 (E.D. Pa.)**<br><br>**RONALD HALLSTROM** | **NOTICE OF WITHDRAWAL**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT**
**OF PLAINTIFF RONALD HALLSTROM**

Plaintiff, **RONALD HALLSTROM**, hereby withdraws his Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of **RONALD HALLSTROM** was filed on February 28, 2012 as _Wooden v. National Football League [et al.]_, USDC, EDPA, No. 2:12-01037.  Consistent with the Court's Orders, **RONALD HALLSTROM's** Short Form Complaint was filed on July 16, 2012; (a) as Docket Entry 2578 in the case captioned _In Re: National Football League Players' Concussion Injury Litigation_, No. 2:12-MD-02323-AB and (b) as Docket Entry 121 in _Wooden v. National Football League [et al.]_, USDC, EDPA, No. 2:12-01037; and, on July 13, 2012. Both filings were served on the Defendants.

This Notice is hereby withdraws **RONALD HALLSTROM's** Short Form Complaint filed as Docket Entry 2578 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No. 2:12-MD-02323-AB and as Docket Entry 121 in *Wooden v. National Football League [et al.]*, USDC, EDPA, No. 2:12-01037.

DATED this 2nd day of October, 2012.

Respectfully submitted,

**PODHURST ORSECK, P.A.**
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800
Fax: (305) 358-2382

By:     /s/ Steven C. Marks
STEVEN C. MARKS
Fla. Bar. No. 516414
Email: smarks@podhurst.com

/s/ Stephen F. Rosenthal
STEPHEN F. ROSENTHAL
Fla. Bar No. 0131458
Email: srosenthal@podhurst.com

/s/ Ricardo M. Martinez-Cid
RICARDO M. MARTÍNEZ-CID
Fla. Bar No. 383988
Email: rmcid@podhurst.com

*Attorneys for Plaintiff(s)*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) |
| | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| **THIS DOCUMENT RELATES TO:** | **NOTICE OF WITHDRAWAL** |
| **Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)** *Wooden v. National Football League [et al.]*, **No. 2:12-01037 (E.D. Pa.)** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** |
| **RONALD HALLSTROM** | **JURY TRIAL DEMANDED** |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2nd, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiff **RONALD HALLSTROM** to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

By:     /s/ Steven C. Marks
STEVEN C. MARKS
STEPHEN F. ROSENTHAL
RICARDO M. MARTÍNEZ-CID
**PODHURST ORSECK, P.A.**
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800
Fax: (305) 358-2382