UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                             Court File No. 12-md-02323 (AB)

NATIONAL FOOTBALL LEAGUE PLAYERS'
CONCUSSION INJURY LITIGATION

THIS DOCUMENT RELATES TO:

ROBERT HOLT, et al.                              Court File No. 12-cv-4185

                      Plaintiffs,

    vs.

National Football League, et al.

                      Defendants.

**NOTICE OF VOLUNTARY DISMISSAL OF
<u>RYAN HANNAM AND APRIL HANNAM</u>**

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 41(a)(1)(i), that Plaintiffs Ryan Hannam and April Hannam hereby dismiss their claims against the NFL in the above-captioned action without prejudice. Defendant National Football League has not served an answer or motion for summary judgment in response to Ryan and April Hannam's complaint. Their action has been consolidated into *In re: National Football League Players' Concussion Injury Litigation,* No. 12-md-2323 (AB), MDL No. 2323. Ryan Hannam and April Hannam have filed this Notice under the individual docket number listed in the caption above and in the MDL docket.

| | |
|---|---|
| Dated:  October 8, 2012 | ZIMMERMAN REED, P.L.L.P. |
| | |
| | s/ Brian C. Gudmundson |
| | Charles S. Zimmerman |
| | J. Gordon Rudd, Jr. |
| | Brian C. Gudmundson |
| | 1100 IDS Center, 80 South 8th Street |
| | Minneapolis, MN  55402 |
| | Telephone: (612) 341-0400 |
| | Facsimile: (612) 341-0844 |
| | charles.zimmerman@zimmreed.com |
| | gordon.rudd@zimmreed.com |
| | brian.gudmundson@zimmreed.com |
| | |
| | *Attorneys for Plaintiffs* |