# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:**<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) <u>*William Andrews et al. v. National Football League [et al.]*</u>, <u>No. 12-cv-04632-AB</u><br><br>**JAMAR and ANGELA MARTIN** | **NOTICE OF WITHDRAWAL**<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFFS JAMAR AND ANGELA MARTIN

Plaintiffs, **JAMAR and ANGELA MARTIN**, hereby withdraw their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of Plaintiffs, **JAMAR and ANGELA MARTIN,** was filed on September 12, 2012 as *William Andrews et al. v. National Football League [et al.]*, USDC, EDPA, No. 12-CV-5633(HB).  Consistent with the Court's Orders, Plaintiffs, **JAMAR and ANGELA MARTIN's** Short Form Complaint was filed on September 12, 2012; (a) Docket Entry 3780 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No. 2:12-MD-02323-AB and (b) as Docket Entry 32 in *William Andrews et al. v. National Football League [et al.]*, USDC, EDPA, No. 2:12-4632. Both filings were served on Defendants.

1060378.1

This Notice hereby withdraws **JAMAR and ANGELA MARTIN's** Short Form Complaint filed as Docket Entry 32 in *William Andrews et al. v. National Football League [et al.]*, USDC, EDPA, No. 2:12-4632; and, as Docket Entry 3780 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No. 2:12-MD-02323-AB.

| | |
|---|---|
| Dated: October 9th, 2012 | Respectfully submitted, |
| | Lieff Cabraser Heimann & Bernstein, LLP<br>250 Hudson Street, 8th Floor<br>New York, NY  10013-1413<br>212.355.9500 |
| | By: /s/ Wendy R. Fleishman<br>    Wendy R. Fleishman, Bar No. WF 3017 |

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:**<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) *William Andrews et al. v. National Football League [et al.]*, No. 12-cv-04632-AB<br><br>**JAMAR and ANGELA MARTIN** | **NOTICE OF WITHDRAWAL**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that on October 9th, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiffs JAMAR and ANGELA MARTIN to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.


Dated: October 9, 2012

By: /s/ Wendy R. Fleishman

Wendy R. Fleishman
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592