UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____<br>**This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Carl Hairston, et al. v. NFL, USDC, EDPA, No. 2:12-cv-00989-AB**<br><br>**DAVID HUMM AND KELLYE ROBINETTE HUMM** | **NOTICE OF WITHDRAWAL**<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br><br>JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF DAVID HUMM AND KELLYE ROBINETTE HUMM

Plaintiffs, DAVID HUMM AND KELLYE ROBINETTE HUMM hereby withdraws their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of DAVID HUMM AND KELLYE ROBINETTE HUMM was filed on February 24, 2012 as *Carl Hairston, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-00989-AB. Consistent with the Court's Orders, DAVID HUMM AND KELLYE ROBINETTE HUMM's Short Form Complaint was filed on July 10, 2012: (a) as document number 402 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) as document number 34 in *Carl Hairston, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-00989-AB. Both filings were served on the Defendants.

This Notice hereby withdraws DAVID HUMM AND KELLYE ROBINETTE HUMM's Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

October 11, 2012                    **BY:** ___/s/ *Gene Locks*___
                                    Gene Locks, Esquire
                                    601 Walnut Street, Suite 720 East
                                    Philadelphia, PA 19106
                                    215-893-0100 (tel.)
                                    215-893-3444 (fax)
                                    glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____ <br><br> **This relates to:** <br><br> **Plaintiffs' Master Administrative Long-Form Complaint and Carl Hairston, et al. v. NFL, USDC, EDPA, No. 2:12-cv-00989-AB** <br><br> **DAVID HUMM AND KELLYE ROBINETTE HUMM** | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION <br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiffs DAVID HUMM AND KELLYE ROBINETTE HUMM to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

LOCKS LAW FIRM

BY:   /s/ *Gene Locks*
      Gene Locks, Esquire
      601 Walnut Street, Suite 720 East
      Philadelphia, PA 19106
      215-893-0100 (tel.)
      215-893-3444 (fax)
      glocks@lockslaw.com