UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ <br><br>**This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Wesley Chandler, et al. v. NFL, USDC, EDPA, No. 2:12-cv-05624-AB**<br><br>**MIKE BASS AND ROSITA BASS** | **NOTICE OF WITHDRAWAL**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br>JURY TRIAL DEMANDED |

## NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF MIKE BASS AND ROSITA BASS

Plaintiffs, MIKE BASS AND ROSITA BASS hereby withdraws their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of MIKE BASS AND ROSITA BASS was filed on October 2, 2012 as *Wesley Chandler, et al. v. NFL,* USDC, EDPA, No. 2:12-cv-05624-AB. Consistent with the Court's Orders, MIKE BASS AND ROSITA BASS' Short Form Complaint was filed on October 10, 2012: (a) as document number 3960 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) as document number 3 in *Wesley Chandler, et al. v. NFL,* USDC, EDPA, No. 2:12-cv-05624-AB. Both filings were served on the Defendants.

This Notice hereby withdraws MIKE BASS AND ROSITA BASS' Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

October 11, 2012                     **BY:** ___/s/ *Gene Locks*___
                                       Gene Locks, Esquire
                                       601 Walnut Street, Suite 720 East
                                       Philadelphia, PA 19106
                                       215-893-0100 (tel.)
                                       215-893-3444 (fax)
                                       glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and Wesley Chandler, et al. v. NFL, USDC, EDPA, No. 2:12-cv-05624-AB<br><br>**MIKE BASS AND ROSITA BASS** | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiffs MIKE BASS AND ROSITA BASS to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

                                            **LOCKS LAW FIRM**

                                            **BY:**  /s/ *Gene Locks*
                                                       Gene Locks, Esquire
                                                       601 Walnut Street, Suite 720 East
                                                      Philadelphia, PA 19106
                                                      215-893-0100 (tel.)
                                                      215-893-3444 (fax)
                                                      glocks@lockslaw.com