# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323(AB)<br><br>MDL No. 2323 |
| **Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)** ___William Andrews et al.___ **v. National Football League [et al.], No.** ___12-cv-04632 (AB)___ | **NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Elizabeth A. Alexander shall appear as counsel of record for Plaintiffs, in the above-captioned matter.

Dated:  October 19, 2012      Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:     *s/ Elizabeth A. Alexander*
            Elizabeth A. Alexander

Elizabeth A. Alexander
ealexander@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
One Nashville Place
150 Fourth Avenue North, Suite 1650
Nashville, TN  37219-2423
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323(AB)<br><br>MDL No. 2323 |
| **Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)** ___William Andrews et al.___ **v. National Football League [et al.], No.** ___12-CV-5633(HB)___ | **CERTIFICATE OF SERVICE** |

I hereby certify that on October 19, 2012, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-mail notice of electronic filing to counsel of record.

Dated:  October 19, 2012        Respectfully submitted,

    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

    By:    *s/ Elizabeth A. Alexander*
            Elizabeth A. Alexander

    Elizabeth A. Alexander
    ealexander@lchb.com
    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    One Nashville Place
    150 Fourth Avenue North, Suite 1650
    Nashville, TN  37219-2423
    Telephone:  (615) 313-9000
    Facsimile:   (615) 313-9965

    *Attorney for Plaintiffs*