UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ( ( ( ( | MDL No. 2323 |
| _____ | ( | |
| This relates to: | ( ( | **NOTICE OF WITHDRAWAL** |
| Plaintiffs' Master Administrative Long Form Complaint and *Willie Lee Anderson, et al. vs. National Football League*, USDC, EDPA, Docket No. 12-cv-5559-AB | ( ( ( ( ( | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LTIGATION** |
| SHAUN MCDONALD, Plaintiff | ( ( ( | JURY TRIAL DEMANDED |

## NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT
## ON BEHALF OF PLAINTIFF, SHAUN MCDONALD

Plaintiff, Shaun McDonald, hereby withdrawals his Short Form Complaint in this litigation without prejudice, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i).

The original complaint filed for Shaun McDonald was filed on May 11, 2012 as *Willie Lee Anderson, et al. vs. National Football League*, USDC, EDPA, Docket No. 12-cv-5559-AB. Consistent with the Court's Orders, Shaun McDonald's Short Form Complaint was filed: (a) on July 6, 2012 as Document No. 3857 under the MDL Docket No. 2323 (In Re: National Football League Players' Concussion Injury Litigation) and (b) on July 6, 2012 as Document No. 10 under Docket No. 12-cv-5559-AB (*Willie Lee Anderson, et al. vs. National Football League*, USDC, EDPA, Docket No. 12-cv-5559-AB). Service was waived by Defendant on October 9, 2012 in the *Anderson* case.

This Notice hereby withdrawals Shaun McDonald's Short Form Complaint as filed under both dockets referenced herein.

Larry E. Coben, Esquire (I.D. 17523)
Sol H. Weiss, Esquire (I.D. 15925)
Julie P. Thompson, Esquire (I.D. 91418)
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, Pennsylvania 19103
(215) 735-1130 Telephone
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Julie P. Thompson, Esquire, hereby certify that on this 19th day of October, 2012, the foregoing was filed electronically with the Clerk of the United States District Court for the Eastern District of Pennsylvania.  It was served on all parties registered for CM/ECF in the above-captioned matter.

Dated:  October 19, 2012

Larry E. Coben, Esquire (I.D. 17523)
Sol H. Weiss, Esquire (I.D. 15925)
Julie P. Thompson, Esquire (I.D. 91418)
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, Pennsylvania 19103
(215) 735-1130 Telephone
*Attorneys for Plaintiffs*