UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to: | NOTICE OF WITHDRAWAL |
| Plaintiffs' Master Administrative Long Form Complaint and *Akmal "Hakim" Akbar, et al. vs. National Football League*, USDC, EDPA, Docket No. 12-cv-2606-AB | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LTIGATION |
| BRETT BASANEZ, Plaintiff | JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT
### ON BEHALF OF PLAINTIFF, BRETT BASANEZ

Plaintiff, Brett Basanez, hereby withdrawals his Short Form Complaint in this litigation without prejudice, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i).

The original complaint filed for Brett Basanez was filed on May 11, 2012 as *Akmal "Hakim" Akbar, et al. vs. National Football League*, USDC, EDPA, Docket No. 12-cv-2606-AB. Consistent with the Court's Orders, Brett Basanez's Short Form Complaint was filed: (a) on July 6, 2012 as Document No. 111 under the MDL Docket No. 2323 (In Re: National Football League Players' Concussion Injury Litigation) and (b) on July 6, 2012 as Document No. 3 under Docket No. 12-cv-2606-AB (*Akmal "Hakim" Akbar, et al. vs. National Football League*, USDC, EDPA, Docket No. 12-cv-2606-AB). Service was waived by Defendant on July 13, 2012 in the *Akbar* case.

This Notice hereby withdrawals Brett Basanez's Short Form Complaint as filed under both dockets referenced herein.

Larry E. Coben, Esquire (I.D. 17523)
Sol H. Weiss, Esquire (I.D. 15925)
Julie P. Thompson, Esquire (I.D. 91418)
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, Pennsylvania 19103
(215) 735-1130 Telephone
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Julie P. Thompson, Esquire, hereby certify that on this 19th day of October, 2012, the foregoing was filed electronically with the Clerk of the United States District Court for the Eastern District of Pennsylvania. It was served on all parties registered for CM/ECF in the above-captioned matter.

Dated: October 19, 2012

Larry E. Coben, Esquire (I.D. 17523)
Sol H. Weiss, Esquire (I.D. 15925)
Julie P. Thompson, Esquire (I.D. 91418)
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, Pennsylvania 19103
(215) 735-1130 Telephone
*Attorneys for Plaintiffs*