IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323 (AB) |
| THIS DOCUMENT RELATES TO:<br><br>*Boyd, et al. v. National Football League, et al.*, Case No. 2:12-cv-00092-AB | |

### NOTICE OF VOLUNTARY DISMISSAL
### AS TO PLAINTIFF TERRANCE METCALF

NO ANSWER OR MOTION FOR SUMMARY JUDGMENT HAVING BEEN FILED, Plaintiff **TERRANCE "Terry" METCALF** ONLY hereby voluntarily dismisses his claims in the above-captioned matter (Boyd, et al. v. NFL, et al., Case No. 12cv00092) without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  The Complaint in this action was filed on January 9, 2012, and has been served on all Defendants.


DATED: October 25, 2012          *s/ Richard S. Lewis*
                                 Richard S. Lewis
                                 Jeannine Kenney
                                 HAUSFELD LLP
                                 1700 K Street, NW
                                 Suite 650
                                 Washington, DC 20006
                                 rlewis@hausfeldllp.com
                                 jkenney@hausfeldllp.com