UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | : : : : : |  |

**PLAINTIFFS' UNCONTESTED MOTION FOR EXTENSION OF DEADLINE TO SUBMIT INITIAL TIME & EXPENSE REPORTS**

Plaintiffs, by and through the Plaintiffs' Executive and Steering Committees, move this Court for an brief extension of the October 31, 2012 deadline by which Plaintiffs' counsel must submit their initial Time and Expense Reports. In Case Management Order No. 5 (ECF No. 3710), this Court set forth the protocol for submission and review of attorneys' fees and expenses incurred for the common benefit of all plaintiffs, and ordered quarterly submission of time and expense reports. The initial reports for time and expenses incurred from inception of this MDL to September 31, 2012 are due October 31, 2012. *See* Order ¶ II. Plaintiffs request a one week extension, to November 7, 2012 for submission of such reports. Disruptions resulting from the recent hurricane in the Mid-Atlantic and Northeast have impeded the ability of some plaintiffs' attorneys to access their system files or otherwise timely complete and transmit their Reports. The Riddell and NFL Defendants do not contest this Motion.

Dated: October 30, 2012                                      Respectfully submitted,

*s/ Jeannine M. Kenney*
Jeannine M. Kenney (PA # 307635)
HAUSFELD LLP
1604 Locust Street, 2nd Floor
Philadelphia, PA 19103

Telephone: (215) 985-3270
Facsimile: (215) 985-3271
jkenney@hausfeldllp.com
*Plaintiffs' Liaison Counsel*
*On Behalf of All Undersigned*
*Counsel of Record*

Christopher Seeger
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Phone:  (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Sol Weiss
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, PA 19103
Phone: (215) 735-1130
Fax: (215) 735-2024
sweiss@anapolschwartz.com

*Plaintiffs' Co-Lead Counsel*

David Buchanan
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Phone:  (212) 584-0700
Fax: (212) 584-0799
dbuchanan@seegerweiss.com

Larry E. Coben
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, PA 19103
Phone: (215) 735-1130
Fax: (215) 735-2024
lcoben@anapolschwartz.com

Thomas V. Girardi
Graham B. LippSmith
**GIRARDI KEESE**
1126 Wilshire Blvd
Los Angeles, CA 90017
Phone: (213) 977-0211
Fax: (213) 481-1554
tgirardi@girardikeese.com
glippsmith@girardikeese.com

Michael D. Hausfeld
Richard S. Lewis
**HAUSFELD LLP**
1700 K Street, N.W., Suite 650
Washington, D.C. 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeldllp.com
rlewis@hausfeldllp.com

Gene Locks
David D. Langfitt
**LOCKS LAW FIRM**
The Curtis Center
Suite 720 East
601 Walnut Street
Philadelphia, PA 19106
Phone: (215) 893-3434
Fax: (215) 893-3444
glocks@lockslaw.com
dlangfitt@lockslaw.com

Steven C. Marks
Ricardo M. Martinez-Cid
**PODHURST ORSECK P.A.**
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
Phone: (305) 358-2800
Fax: (305) 358-2382
rmartinez-cid@podhurst.com
smarks@podhurst.com

*Plaintiffs' Executive Committee*

| | |
|---|---|
| James R. Dugan, II<br>**THE DUGAN LAW FIRM**<br>One Canal Place, Suite 1000<br>365 Canal Street<br>New Orleans, LA 70130<br>Phone: (504) 648-0180<br>Fax: (504) 648-0181<br>jdugan@dugan-lawfirm.com | Anthony Tarricone<br>**KREINDLER & KREINDLER LLP**<br>277 Dartmouth Street<br>Boston, MA 02116<br>Phone: (617) 424-9100<br>Fax: (617) 424-9120<br>atarricone@kreindler.com |
| Arnold Levin<br>**LEVIN FISHBEIN SEDRAN & BERMAN**<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Phone: (215) 592-1500<br>Fax: (215) 592-4663<br>alevin@lfsblaw.com | Michael L. McGlamry<br>**POPE, MCGLAMRY, KILPATRICK MORRISON & NORWOOD, P.C.**<br>3455 Peachtree Rd., NE, Ste. 925<br>Atlanta, GA 30326-3243<br>Phone: (404) 523-7706<br>Fax: (404) 524-1648<br>efile@pmkm.com |
| Dianne M. Nast<br>**RODANAST, PC**<br>801 Estelle Drive<br>Lancaster, PA 17601<br>Phone: (717) 892-3000<br>Fax: (717) 892-1200<br>dnast@rodanast.com | David A. Rosen<br>**ROSE, KLEIN & MARIAS LLP**<br>801 S. Grand Ave., 11th Floor<br>Los Angeles, CA 90017-4645<br>Phone: (213) 626-0571<br>Fax: (213) 623-7755<br>d.rosen@rkmlaw.net |
| Charles S. Zimmerman<br>**ZIMMERMAN REED PLLP**<br>1100 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Phone: (612) 341-0400<br>Fax: (612) 341-0844<br>charles.zimmerman@zimmreed.com | Derriel McCorvey<br>**THE LAW OFFICE OF DERRIEL C. MCCORVEY**<br>115 W. Main Street, Suite 14<br>Lafayette, LA 70501<br>Phone: (337) 291-2431<br>Fax: (337) 291-2433<br>derriel@mccorveylaw.com |
| David S. Casey, Jr.<br>Fred Schenk<br>**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP**<br>110 Laurel Street<br>San Diego, CA  92101-1486<br>Phone: (619) 238-1811<br>Fax: (619) 544-9232<br>dcasey@cglaw.com<br>fschenk@cglaw.com | |

*Plaintiffs' Steering Committee*

## **CERTIFICATE OF UNCONTESTED STATUS**

I hereby certify that I have consulted with counsel for the Riddell Defendants and the NFL Defendants and they have informed me that Defendants they do not contest this motion.

Dated:  October 30, 2012                                    Respectfully submitted,

*s/ Jeannine M. Kenney*
Jeannine M. Kenney (PA # 307635)
1604 Locust Street, 2nd Floor
Philadelphia, PA 19103
Telephone:     (215) 985-3270
Facsimile:      (215) 985-3271
jkenney@hausfeldllp.com

**CERTIFICATE OF SERVICE**

      I hereby certify that, on October 30, 2012, pursuant to paragraph 8 of Case Management Order No. 1 (ECF No. 4), the foregoing Plaintiffs' Uncontested Motion for Extension of Deadline to Submit Initial Time & Expense Reports was served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania on all parties registered for CM/ECF in the above captioned matter.

Dated:  October 30, 2012                                                      *s/ Jeannine M. Kenney*
                                                                                     Jeannine M. Kenney (PA # 307635)
                                                                                     1604 Locust St., 2nd Floor
                                                                                     Philadelphia, PA 19103
                                                                                    (215) 985-3270
                                                                                    (215) 985-3271 (fax)
                                                                                    jkenney@hausfeldllp.com