UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>Plaintiffs' Amended Master Administrative Long-Form Complaint and the Applicable Short-Form Complaints | : : : : : | |

### [PROPOSED] ORDER

**AND NOW,** upon consideration of the Motion by Defendants National Football League and NFL Properties LLC to Dismiss the Amended Master Administrative Long-Form Complaint on Preemption Grounds (ECF No. 3589), Plaintiffs' response in opposition thereto, and Defendants' reply, it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum Opinion, the Motion is **DENIED**.

It is so **ORDERED.**

Anita B. Brody

_____        _____
                Date                                                United States District Judge


Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to: