UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL PLAYERS' CONCUSSION INJURY LITIGATION : | No. 2:12-md-02323-AB <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br> All Actions : | |

## CERTIFICATE OF SERVICE

I hereby certify that, on October 31, 2012, pursuant to paragraph 8 of Case Management Order No. 1 (ECF No. 4), the foregoing Memorandum of Plaintiffs' in Opposition to Defendants National Football League's and NFL Properties LLC's Motion to Dismiss the Amended Master Administrative Long-Form Complaint was served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

ANAPOL SCHWARTZ

By: _/s/ Sol H. Weiss_
Attorney I.D. No. 15925
1710 Spruce Street
Philadelphia, PA 19103
(215) 735-2098
sweiss@anapolschwartz.com