UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____  :
                                     :
**IN RE: NATIONAL FOOTBALL**         :   No. 2:12-md-02323-AB
**LEAGUE PLAYERS' CONCUSSION**       :
**INJURY LITIGATION**                :   MDL No. 2323
_____  :
                                     :
**THIS DOCUMENT RELATES TO:**        :
Plaintiffs' Master Administrative Class :
Action Complaint for Medical Monitoring :
                                     :
_____

### [PROPOSED] ORDER

**AND NOW,** upon consideration of the Motion by Defendants National Football League and NFL Properties LLC to Dismiss the Master Administrative Class Action Complaint on Preemption Grounds (ECF No. 3590), Plaintiffs' response in opposition thereto, and Defendants' reply, it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum Opinion, the Motion is **DENIED**.

It is so **ORDERED.**

Anita B. Brody

_____          _____
            Date                         United States District Judge

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to: