UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO<br><br>*Maxwell, et al.* (Case No. 12-cv-1023)<br>*Pear, et al.* (Case No. 12-cv-1025)<br>*Monk, et al.* (Case No. 12-cv-3533)<br>*Henderson, et al.* (Case No. 12-cv-3534)<br>*Kuechenberg, et al.* (Case No. 12-cv-3535)<br>*Kapp, et al.* (Case No. 12-cv-4575)<br>*Bauman, et al.* (Case No. 12-cv-4576)<br>*Bailey, et al.* (Case No. 12-cv-05372) | |

### [PROPOSED] ORDER

**AND NOW,** upon consideration of Defendants National Football League and NFL Properties LLC's Motion to Dismiss the Master Administrative Long Form Complaint on Preemption Grounds (ECF No. 3589), Certain Plaintiffs' response in opposition thereto, and Defendants' reply, it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum Opinion, the Motion is **DENIED**.

It is so **ORDERED.**

Anita B. Brody

_____   _____
Date                             United States District Judge


Copies **VIA ECF** on _____ to:       Copies **MAILED** on _____ to: