**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO<br><br>*Maxwell, et al.* (Case No. 12-cv-1023)<br>*Pear, et al.* (Case No. 12-cv-1025)<br>*Monk, et al.* (Case No. 12-cv-3533)<br>*Henderson, et al.* (Case No. 12-cv-3534)<br>*Kuechenberg, et al.* (Case No. 12-cv-3535)<br>*Kapp, et al.* (Case No. 12-cv-4575)<br>*Bauman, et al.* (Case No. 12-cv-4576)<br>*Bailey, et al.* (Case No. 12-cv-05372) | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 31, 2012, pursuant to paragraph 8 of Case Management Order No. 1 (ECF No. 4), the foregoing Memorandum of Certain Plaintiffs' in Opposition to Defendants National Football League's and NFL Properties LLC's Motion to Dismiss Concerning Additional Cause of Action Pled in Short Form Complaints was served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

Respectfully submitted,

/s/ Thomas V. Girardi
Thomas V. Girardi
Graham B. LippSmith
Celene S. Chan
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Phone: (213) 977-0211
Fax: (213) 481-1554
tgirardi@girardikeese.com
glippsmith@girardikeese.com
cchan@girardikeese.com