UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:**<br>Plaintiffs' Amended Master Administrative Long-Form Complaint and the Applicable Associated Short-Form Complaints | : : : : : | |

### [PROPOSED] ORDER

**AND NOW,** upon consideration of the Riddell Defendants' Motion to Dismiss Based on LMRA § 301 Preemption (ECF No. 3592), Plaintiffs' response in opposition thereto, and Riddell Defendants' reply, it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum Opinion, the Motion is **DENIED**.

It is so **ORDERED.**

Anita B. Brody

_____            _____
            Date                                                    United States District Judge

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to: