UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : No. 2:12-md-02323-AB<br>:<br>: MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>Plaintiffs' Amended Master Administrative Long-Form Complaint and the Applicable Associated Short-Form Complaints | : |

**[PROPOSED] ORDER**

**AND NOW,** upon consideration of the Riddell Defendants' Motion to Sever (ECF No. 3593), Plaintiffs' response in opposition thereto, and Riddell Defendants' reply, it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum Opinion, the Motion is **DENIED**.

It is so **ORDERED.**

Anita B. Brody

_____       _____
              Date                                           United States District Judge

Copies **VIA ECF** on _____ to:         Copies **MAILED** on _____ to: