UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## [PROPOSED] ORDER

**AND NOW,** upon consideration of Plaintiffs' Uncontested Motion for Extension of Deadline to File Initial Time & Expense Reports, it is hereby ORDERED that Plaintiffs' Motion is GRANTED.  Plaintiffs' Counsel shall, on or before November 7, 2012, submit their initial time and expense reports for the time period of inception of this MDL through September 30, 2012.

It is so **ORDERED.**

10/38/12
Date

Anita B. Brody
United States District Judge

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to: