UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>Plaintiffs' Amended Master Administrative Long-Form Complaint and the Applicable Associated Short-Form Complaints | : : : : : | |

**[PROPOSED] ORDER**

**AND NOW,** upon consideration of the Riddell Defendants' Request for Judicial Notice in Support of Motion to Sever (ECF No. 3594), Plaintiffs' response in opposition thereto, and Riddell Defendants' reply, it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum Opinion, the Motion is **DENIED**.

It is so **ORDERED.**

Anita B. Brody

_____          _____
            Date                                         United States District Judge

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: