UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE NATIONAL FOOTBALL PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br> All Actions |  |

## CERTIFICATE OF SERVICE

I hereby certify that, on October 31, 2012, pursuant to paragraph 8 of Case Management Order No. 1 (ECF No. 4), the foregoing Memorandum of Plaintiffs' in Opposition to Riddel Defendants' Request for Judicial Notice in Support of Motion to Sever was served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

ANAPOL SCHWARTZ

By: _____
Attorney I.D. No. 15925
1710 Spruce Street
Philadelphia, PA  19103
(215) 735-2098
sweiss@anapolschwartz.com