UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** : | No. 2:12-md-02323-AB |
| : | MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:** : | |
| Plaintiffs' Amended Master Administrative Long-Form Complaint and the Applicable Associated Short-Form Complaints : | |

**[PROPOSED] ORDER**

**AND NOW,** upon consideration of the Riddell Defendants' Motion to Sever (ECF No. 3593), Plaintiffs' response in opposition thereto, and Riddell Defendants' reply, it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum Opinion, the Motion is **DENIED**.

It is so **ORDERED.**

Anita B. Brody

_____  _____
Date                                                              United States District Judge

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to: