## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| ............................................................<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Billy Davis and Todd Sauerbraun v. National Football League [et al.], No. 3:12-cv-02856-MDL** | **SHORT FORM COMPLAINT**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br>**JURY TRIAL DEMANDED** |

## SHORT FORM COMPLAINT

1.      Plaintiff, Billy Davis, brings this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2.      Plaintiff is filing this short form complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3.      Plaintiff incorporates by reference the allegations (as designated below) of the Master Administrative Long-Form Complaint, as may be amended, as if fully set forth at length in this Short Form Complaint.

4.      Plaintiff, Billy Davis, is a resident citizen of the state of California, and claims the damages set forth below.

5.      On information and belief, Plaintiff Billy Davis sustained repetitive,

-1-

traumatic sub-concussive and concussive head impacts during NFL games and practices. On information and belief, Plaintiff suffers from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and concussive head impacts the Plaintiff sustained during NFL games and practices. On information and belief, the Plaintiff's symptoms arise from injuries that are latent and have developed and continue to develop over time.

6. The original complaint by Plaintiff in this matter was filed in the United States District Court for the State of South Carolina, Columbia Division. If the case is remanded, it should be remanded to the United States District Court for the State of South Carolina, Columbia Division.

7. Plaintiff claims damages as a result of

_x_   Injury to Herself/Himself

_x_   Economic Loss

_x_   Loss of Services

## DEFENDANTS

8. Plaintiff brings this case against the following Defendants in this action:

_x_   National Football League

_x_   NFL Properties, LLC

9. Plaintiff played in the National Football League ("NFL") from 1995 until 2000 for the following teams: Dallas Cowboys, Baltimore Ravens, and Oakland Raiders.

## CAUSES OF ACTION

10. Plaintiff herein adopts by reference the following Counts of the Master

- 2 -

Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts:

_x_  Count I (Action for Declaratory Relief – Liability (Against the NFL))

_x_  Count II (Medical Monitoring (Against the NFL))

_x_  Count IV (Fraudulent Concealment (Against the NFL))

_x_  Count V (Fraud (Against the NFL))

_x_  Count VI (Negligent Misrepresentation (Against the NFL))

_x_  Count X (Negligence Post-1994 (Against the NFL))

_x_  Count XI (Loss of Consortium (Against the NFL))

_x_  Count XII (Negligent Hiring (Against the NFL))

_x_  Count XIII (Negligent Retention (Against the NFL))

_x_  Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against All Defendants))

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

A.  An award of compensatory damages, the amount of which will be determined at trial;

B.  For punitive and exemplary damages as applicable;

C.  For all applicable statutory damages of the state whose laws will govern this action;

D.  For medical monitoring, whether denominated as damages or in the form of equitable relief;

E.  For an award of attorneys' fees and costs;

F.      An award of prejudgment interest and costs of suit; and

G.      An award of such other and further relief as the Court deems just and

proper.

**<u>JURY DEMANDED</u>**

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff(s) hereby demand(s) a trial by

jury.

RESPECTFULLY SUBMITTED:

s/ Sol H. Weiss

Sol H. Weiss
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, PA 19103
Phone: (215) 735-1130
Fax: (215) 735-2024
Sweiss@anapolschwartz.com

s/ Pete Strom

STROM LAW FIRM
J. Preston Strom Jr. (#4354)
Bakari T. Sellers (#11099)
2110 N. Beltline Boulevard
Columbia, SC 29625
Phone: (803) 252-4800
Fax: (803) 252-4801
petestrom@stromlaw.com

**Attorneys for the Plaintiffs**