UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | : : : | |

**PLAINTIFFS' UNCONTESTED MOTION FOR ADDITIONAL EXTENSION OF
DEADLINE TO SUBMIT INITIAL TIME & EXPENSE REPORTS**

Plaintiffs, by and through the Plaintiffs' Executive and Steering Committees, move this Court for an additional one week extension of the deadline by which Plaintiffs' counsel must submit their initial Time and Expense Reports. The initial reports of time and expenses incurred for the common benefit of all plaintiffs from inception of this MDL to September 30, 2012 were due October 31, 2012. *See* CMO No. 5 ¶ II. Last week, Plaintiffs moved the Court for a one week extension of that deadline to November 7, 2012 to accommodate Plaintiffs' counsel suffering disruptions resulting from the recent hurricane (ECF No. 4107), which the Court granted (ECF No. 4135). Unfortunately, due to the severity of outages and flooding affecting some firms in the hardest hit areas, some counsel are only now able to return to their offices, and continue to have difficulty accessing their electronic databases. Accordingly, Plaintiffs seek an additional one-week extension, to November 14, 2012, of the deadline for submitting such reports. The Riddell and NFL Defendants do not contest this Motion.

Dated: November 6, 2012                                           Respectfully submitted,

                                                                                          *s/ Jeannine M. Kenney*
                                                                                          Jeannine M. Kenney (PA # 307635)
                                                                                          HAUSFELD LLP
                                                                                          1604 Locust Street, 2nd Floor
                                                                                          Philadelphia, PA 19103
                                                                                          Telephone: (215) 985-3270

                    Facsimile: (215) 985-3271
                    jkenney@hausfeldllp.com
                    *Plaintiffs' Liaison Counsel*
                    *On Behalf of All Undersigned*
                    *Counsel of Record*

| | |
|---|---|
| Christopher Seeger<br>**SEEGER WEISS LLP**<br>77 Water Street<br>New York, NY 10005<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com | Sol Weiss<br>**ANAPOL SCHWARTZ**<br>1710 Spruce Street<br>Philadelphia, PA 19103<br>Phone: (215) 735-1130<br>Fax: (215) 735-2024<br>sweiss@anapolschwartz.com |

*Plaintiffs' Co-Lead Counsel*

| | |
|---|---|
| David Buchanan<br>**SEEGER WEISS LLP**<br>77 Water Street<br>New York, NY 10005<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799<br>dbuchanan@seegerweiss.com | Larry E. Coben<br>**ANAPOL SCHWARTZ**<br>1710 Spruce Street<br>Philadelphia, PA 19103<br>Phone: (215) 735-1130<br>Fax: (215) 735-2024<br>lcoben@anapolschwartz.com |
| Thomas V. Girardi<br>Graham B. LippSmith<br>**GIRARDI KEESE**<br>1126 Wilshire Blvd<br>Los Angeles, CA 90017<br>Phone: (213) 977-0211<br>Fax: (213) 481-1554<br>tgirardi@girardikeese.com<br>glippsmith@girardikeese.com | Michael D. Hausfeld<br>Richard S. Lewis<br>**HAUSFELD LLP**<br>1700 K Street, N.W., Suite 650<br>Washington, D.C. 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>mhausfeld@hausfeldllp.com<br>rlewis@hausfeldllp.com |
| Gene Locks<br>David D. Langfitt<br>**LOCKS LAW FIRM**<br>The Curtis Center<br>Suite 720 East<br>601 Walnut Street<br>Philadelphia, PA 19106<br>Phone: (215) 893-3434<br>Fax: (215) 893-3444<br>glocks@lockslaw.com<br>dlangfitt@lockslaw.com | Steven C. Marks<br>Ricardo M. Martinez-Cid<br>**PODHURST ORSECK P.A.**<br>City National Bank Building<br>25 W. Flagler Street, Suite 800<br>Miami, FL 33130-1780<br>Phone: (305) 358-2800<br>Fax: (305) 358-2382<br>rmartinez-cid@podhurst.com<br>smarks@podhurst.com |

*Plaintiffs' Executive Committee*

James R. Dugan, II
**THE DUGAN LAW FIRM**
One Canal Place, Suite 1000
365 Canal Street
New Orleans, LA 70130
Phone: (504) 648-0180
Fax: (504) 648-0181
jdugan@dugan-lawfirm.com

Arnold Levin
**LEVIN FISHBEIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

Dianne M. Nast
**RODANAST, PC**
801 Estelle Drive
Lancaster, PA 17601
Phone: (717) 892-3000
Fax: (717) 892-1200
dnast@rodanast.com

Charles S. Zimmerman
**ZIMMERMAN REED PLLP**
1100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 341-0400
Fax: (612) 341-0844
charles.zimmerman@zimmreed.com

David S. Casey, Jr.
Fred Schenk
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP**
110 Laurel Street
San Diego, CA  92101-1486
Phone: (619) 238-1811
Fax: (619) 544-9232
dcasey@cglaw.com
fschenk@cglaw.com

Anthony Tarricone
**KREINDLER & KREINDLER LLP**
277 Dartmouth Street
Boston, MA 02116
Phone: (617) 424-9100
Fax: (617) 424-9120
atarricone@kreindler.com

Michael L. McGlamry
**POPE, MCGLAMRY, KILPATRICK MORRISON & NORWOOD, P.C.**
3455 Peachtree Rd., NE, Ste. 925
Atlanta, GA 30326-3243
Phone: (404) 523-7706
Fax: (404) 524-1648
efile@pmkm.com

David A. Rosen
**ROSE, KLEIN & MARIAS LLP**
801 S. Grand Ave., 11th Floor
Los Angeles, CA 90017-4645
Phone: (213) 626-0571
Fax: (213) 623-7755
d.rosen@rkmlaw.net

Derriel McCorvey
**THE LAW OFFICE OF DERRIEL C. MCCORVEY**
115 W. Main Street, Suite 14
Lafayette, LA 70501
Phone: (337) 291-2431
Fax: (337) 291-2433
derriel@mccorveylaw.com

*Plaintiffs' Steering Committee*

## **CERTIFICATE OF UNCONTESTED STATUS**

I hereby certify that I have consulted with counsel for the Riddell Defendants and the NFL Defendants and they have informed me that Defendants do not contest this motion.

Dated: November 6, 2012                                   Respectfully submitted,

                                                                                    *s/ Jeannine M. Kenney*
                                                                                    Jeannine M. Kenney (PA # 307635)
                                                                                    1604 Locust Street, 2nd Floor
                                                                                    Philadelphia, PA 19103
                                                                                    Telephone:     (215) 985-3270
                                                                                    Facsimile:      (215) 985-3271
                                                                                    jkenney@hausfeldllp.com

## CERTIFICATE OF SERVICE

I hereby certify that, on November 6, 2012, pursuant to paragraph 8 of Case Management Order No. 1 (ECF No. 4), the foregoing Plaintiffs' Uncontested Motion for Additional Extension of Deadline to Submit Initial Time & Expense Reports was served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania on all parties registered for CM/ECF in the above captioned matter.


Dated:  November 6, 2012					*s/ Jeannine M. Kenney*
							Jeannine M. Kenney (PA # 307635)
							1604 Locust St., 2nd Floor
							Philadelphia, PA 19103
							(215) 985-3270
							(215) 985-3271 (fax)
							jkenney@hausfeldllp.com