UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | : : : : |  |

### [PROPOSED] ORDER

**AND NOW,** upon consideration of Plaintiffs' Uncontested Motion for Additional Extension of Deadline to File Initial Time & Expense Reports, it is hereby ORDERED that Plaintiffs' Motion is GRANTED. Plaintiffs' Counsel shall, on or before November 14, 2012, submit their initial time and expense reports for the time period of inception of this MDL through September 30, 2012.

It is so **ORDERED.**

Anita B. Brody

_____          _____
              Date                                                          United States District Judge

Copies **VIA ECF** on _____to:          Copies **MAILED** on _____ to: