# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)**<br><u>Regina Antwine Loonie</u><br>**v. National Football League [et al.],**<br>**No.** <u>2:12-cv-06288</u> | **SHORT FORM COMPLAINT**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br><br>**JURY TRIAL DEMANDED** |

## <u>SHORT FORM COMPLAINT</u>

1.      Plaintiff(s), <u>Regina Antwine Loonie</u>, (and, if applicable, Plaintiff's Spouse) _____, bring(s) this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2.      Plaintiff (and, if applicable, Plaintiff's Spouse) is/are filing this short form complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3.      Plaintiff (and, if applicable Plaintiff's Spouse), incorporate(s) by reference the allegations (as designated below) of the Master Administrative Long-Form Complaint, as may be amended, as if fully set forth at length in this Short Form Complaint.

4.      [Fill in if applicable]  Plaintiff is filing this case in a representative capacity as the Administrator of the Estate of Houston Antwine , having been duly appointed as the Personal Rep. by the Probate Court of Shelby County, TN . (Cross out sentence below if not applicable.)  Copies of the Letters of Administration/Letters Testamentary for a wrongful death claim are annexed hereto if such Letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.

5.      Plaintiff, Regina Loonie , is a resident and citizen of Tennessee and claims damages as set forth below.

6.      [Fill in if applicable] Plaintiff's spouse, _____, is a resident and citizen of _____, and claims damages as a result of loss of consortium proximately caused by the harm suffered by her Plaintiff husband/decedent.

7.      On information and belief, the Plaintiff (or decedent) sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices. On information and belief, Plaintiff suffers (or decedent suffered) from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff (or decedent) sustained during NFL games and/or practices.  On information and belief, the Plaintiff's (or decedent's)  symptoms arise from injuries that  are latent and have developed and continue to develop over time.

8.      [Fill in if applicable] The original complaint by Plaintiff(s) in this matter was filed in U.S. Dist. Ct. E.D. of Pennsylvania . If the case is remanded, it should be remanded to U.S. Dist. Ct. E.D. of Pennsylvania .

9.      Plaintiff claims damages as a result of [check all that apply]:

☐      Injury to Herself/Himself

☑      Injury to the Person Represented

☑      Wrongful Death

☑      Survivorship Action

☑      Economic Loss

☑      Loss of Services

☐      Loss of Consortium

10.     [Fill in if applicable] As a result of the injuries to her husband,

_____, Plaintiff's Spouse, _____, suffers from a

loss of consortium, including the following injuries:

☐     loss of marital services;

☐     loss of companionship, affection or society;

☐     loss of support; and

☐     monetary losses in the form of unreimbursed costs she has had to expend for the

health care and personal care of her husband.

11.     [Check if applicable] ☐ Plaintiff (and Plaintiff's Spouse, if applicable)

reserve(s) the right to object to federal jurisdiction.

- 3 -

**DEFENDANTS**

12.    Plaintiff (and Plaintiff's Spouse, if applicable) bring(s) this case against the following Defendants in this action [check all that apply]:

- [✓] National Football League

- [✓] NFL Properties, LLC

- [ ] Riddell, Inc.

- [ ] All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

- [ ] Riddell Sports Group, Inc.

- [ ] Easton-Bell Sports, Inc.

- [ ] Easton-Bell Sports, LLC

- [ ] EB Sports Corporation

- [ ] RBG Holdings Corporation

13.    [Check where applicable]  As to each of the Riddell Defendants referenced above, the claims asserted are: [ ] design defect; [ ] informational defect; [ ] manufacturing defect.

14.    [Check if applicable] [ ] The Plaintiff (or decedent) wore one or more helmets designed and/or manufactured by the Riddell Defendants during one or more years Plaintiff (or decedent) played in the NFL and/or AFL.

15.    Plaintiff played in [check if applicable] [✓] the National Football League ("NFL") and/or in [check if applicable] [✓] the American Football League ("AFL") during

- 4 -

1960-1972 _____ for the following teams: Boston Patriots (AFL), _____

New England Patriots (NFL), and Philadelphia Eagles (NFL) _____

_____

_____

_____ .

### **CAUSES OF ACTION**

16.    Plaintiff herein adopts by reference the following Counts of the Master

Administrative Long-Form Complaint, along with the factual allegations incorporated by

reference in those Counts [check all that apply]:

☑    Count I (Action for Declaratory Relief – Liability (Against the NFL))

☐    Count II (Medical Monitoring (Against the NFL))

☑    Count III (Wrongful Death and Survival Actions (Against the NFL))

☑    Count IV (Fraudulent Concealment (Against the NFL))

☑    Count V (Fraud (Against the NFL))

☑    Count VI (Negligent Misrepresentation (Against the NFL))

☑    Count VII (Negligence Pre-1968 (Against the NFL))

☑    Count VIII (Negligence Post-1968 (Against the NFL))

☐    Count IX (Negligence 1987-1993 (Against the NFL))

☑    Count X (Negligence Post-1994 (Against the NFL))

☐    Count XI (Loss of Consortium (Against the NFL ~~and Riddell~~ Defendants))

☑    Count XII (Negligent Hiring (Against the NFL))

☑    Count XIII (Negligent Retention (Against the NFL))

☐    Count XIV (Strict Liability for Design Defect (Against the Riddell Defendants))

☐    Count XV (Strict Liability for Manufacturing Defect (Against the Riddell Defendants))

☐    Count XVI (Failure to Warn (Against the Riddell Defendants))

☐    Count XVII (Negligence (Against the Riddell Defendants))

☑    Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against ~~All~~ the NFL Defendants))

17.    Plaintiff asserts the following additional causes of action [write in or attach]:

_____

_____

_____

_____

_____

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff (and Plaintiff's Spouse, if applicable) pray(s) for judgment as follows:

    A.  An award of compensatory damages, the amount of which will be determined at trial;

    B.  For punitive and exemplary damages as applicable;

    C.  For all applicable statutory damages of the state whose laws will govern this action;

    D.  For medical monitoring, whether denominated as damages or in the form of equitable relief;

    E.  For an award of attorneys' fees and costs;

    F.  An award of prejudgment interest and costs of suit; and

    G.  An award of such other and further relief as the Court deems just and proper.

## JURY DEMANDED

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff(s) hereby demand(s) a trial by jury.

Dated:  November 13, 2012                       RESPECTFULLY SUBMITTED:

                                                    /s/ Anthony Tarricone

                                                    Anthony Tarricone

                                                    KREINDLER & KREINDLER, LLP

                                                    277 Dartmouth Street

                                                    Boston, MA 02116

                                                    Telephone: (212) 687-8181

                                                    Email: atarricone@kreindler.com

                                                    Attorney for Plaintiff(s)

TO:  REGINA ANTWINE LOONIE                                          , ADMINISTRATOR

,

The Probate Court of Shelby county, Tennessee has found that

HOUSTON ANTWINE                                    has died, leaving no will.  The Court is

satisfied that your claim to administer assets is valid and proper, that you have given bond if

required by the Court, that you have taken the oath of office, that you are qualified by the

laws of this State to serve in such capacity, and therefore, the Court has ordered that Letters

of Administration be issued to you.

These letters authorize and empower you to take into your possession and control all

property of the decedent subject to probate.  As Administrator(s) of this Estate, you must file

a true and correct inventory and accountings as required by law, unless excused by court

order.  You are further authorized to collect all assets, pay all lawful debts as provided by

statute, and to transact all duties relating to said Estate which lawfully devolve on you as

Administrator(s).  After settling all claims lawfully filed against the Estate and properly

administering the Estate as required by law, you are required to deliver the residue to those

who are entitled thereto.

Issued by the Shelby County Probate Court Clerk this 24TH day of FEBRUARY , 2012 .

PAUL BOYD, CLERK

By _____

Deputy Clerk

## State of Tennessee, County of Shelby

I,  PAUL BOYD, CLERK        of the Probate Court of Shelby County, Tennessee,

do hereby certify that the foregoing is a correct copy of the Letters of Administration issued to

REGINA ANTWINE LOONIE                        ADMINISTRATOR

of the

Estate of HOUSTON ANTWINE                        , decedent, as same appears of

record in cause number    D 0013528   now on file in my office and that same still remain in full force

and effect.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said

Court in the City of Memphis, State of Tennessee, this 24 th day of Feb. , 20 12 .

PAUL BOYD, CLERK

By _____

Deputy Clerk

Seal must be affixed here