UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____<br><br>**This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and John "Golden" Richard, et al. v. NFL, USDC, EDPA, No. 2:12-cv-01623-AB**<br><br>**MICHAEL BROOKS AND ROBIN BROOKS** | **NOTICE OF WITHDRAWAL**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br>JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFFS MICHAEL BROOKS AND ROBIN BROOKS

Plaintiffs, MICHAEL BROOKS AND ROBIN BROOKS hereby withdraws his Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of MICHAEL BROOKS AND ROBIN BROOKS was filed on April 2, 2012 as *John "Golden" Richards, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-01623-AB. Consistent with the Court's Orders, MICHAEL BROOKS AND ROBIN BROOKS's Short Form Complaint was filed on July 11, 2012: (a) as document number 795 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) as document number 26 in *John "Golden" Richards, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-01623-AB. Both filings were served on the Defendants.

This Notice hereby withdraws MICHAEL BROOKS AND ROBIN BROOKS's Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

November 16, 2012             **BY:**   /s/ *Gene Locks*
                              Gene Locks, Esquire
                              601 Walnut Street, Suite 720 East
                              Philadelphia, PA 19106
                              215-893-0100 (tel.)
                              215-893-3444 (fax)
                              glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____ <br><br> **This relates to:** <br><br> **Plaintiffs' Master Administrative Long-Form Complaint and John "Golden" Richard, et al. v. NFL, USDC, EDPA, No. 2:12-cv-01623-AB** <br><br> **MICHAEL BROOKS AND ROBIN BROOKS** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** <br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiff MICHAEL BROOKS AND ROBIN BROOKS to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

LOCKS LAW FIRM

BY:      /s/ *Gene Locks*
    Gene Locks, Esquire
    601 Walnut Street, Suite 720 East
    Philadelphia, PA 19106
    215-893-0100 (tel.)
    215-893-3444 (fax)
    glocks@lockslaw.com