UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ <br> **This relates to:** <br><br> **Plaintiffs' Master Administrative Long-Form Complaint and John Brodie, et al. v. NFL, USDC, EDPA, No. 2:12-cv-00861-AB** <br><br> **DOUGLAS C. JONES AND JOYCE JONES** | **NOTICE OF WITHDRAWAL** <br><br> **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** <br><br><br> JURY TRIAL DEMANDED |

**NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT
OF PLAINTIFFS DOUGLAS C. JONES AND JOYCE JONES**

Plaintiffs, DOUGLAS C. JONES AND JOYCE JONES hereby withdraws his Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of DOUGLAS C. JONES AND JOYCE JONES was filed on February 17, 2012 as *John Brodie, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-00861-AB. Consistent with the Court's Orders, DOUGLAS C. JONES AND JOYCE JONES's Short Form Complaint was filed on July 10, 2012: (a) as document number 370 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) on July 11, 2012 as document number 36 in *John Brodie, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-00861-AB. Both filings were served on the Defendants.

This Notice hereby withdraws DOUGLAS C. JONES AND JOYCE JONES's Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

November 16, 2012                                    **BY:**   /s/ *Gene Locks*
                                                                Gene Locks, Esquire
                                                                601 Walnut Street, Suite 720 East
                                                                Philadelphia, PA 19106
                                                                215-893-0100 (tel.)
                                                                215-893-3444 (fax)
                                                                glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| — — — — — — — — — — — — — — — — — — — — — — — — — | |
| **This relates to:** | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION |
| **Plaintiffs' Master Administrative Long-Form Complaint and John Brodie, et al. v. NFL, USDC, EDPA, No. 2:12-cv-00861-AB** | |
| **DOUGLAS C. JONES AND JOYCE JONES** | JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiff DOUGLAS C. JONES AND JOYCE JONES to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

LOCKS LAW FIRM

BY:  /s/ *Gene Locks*

Gene Locks, Esquire
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com