UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____ <br><br> **This relates to:** <br><br> **Plaintiffs' Master Administrative Long-Form Complaint and Richard J. Watters, et al. v. NFL, USDC, EDPA, No. 2:12-cv-04159-AB** <br><br> **CHARLES WILLIAM YANCY AND CHRISTINA YANCY** | **NOTICE OF WITHDRAWAL** <br><br> IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION <br><br><br> JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFFS CHARLES WILLIAM YANCY AND CHRISTINA YANCY

Plaintiffs, CHARLES WILLIAM YANCY AND CHRISTINA YANCY hereby withdraws his Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of CHARLES WILLIAM YANCY AND CHRISTINA YANCY was filed on July 20, 2012 as *Richard J. Watters, et al. v. NFL, USDC, EDPA, No. 2:12-cv-04159-AB*. Consistent with the Court's Orders, CHARLES WILLIAM YANCY AND CHRISTINA YANCY's Short Form Complaint was filed on July 24, 2012: (a) as document number 2732 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) on July 24, 2012 as document number 42 in *Richard J. Watters, et al. v. NFL, USDC, EDPA, No. 2:12-cv-04159-AB*. Both filings were served on the Defendants.

This Notice hereby withdraws CHARLES WILLIAM YANCY AND CHRISTINA YANCY's Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

November 16, 2012　　　　　　　　　　**BY:**　　/s/ *Gene Locks*
　　　　　　　　　　　　　　　　　　　　Gene Locks, Esquire
　　　　　　　　　　　　　　　　　　　　601 Walnut Street, Suite 720 East
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　215-893-0100 (tel.)
　　　　　　　　　　　　　　　　　　　　215-893-3444 (fax)
　　　　　　　　　　　　　　　　　　　　glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>**This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Richard J. Watters, et al. v. NFL, USDC, EDPA, No. 2:12-cv-04159-AB**<br><br>**CHARLES WILLIAM YANCY AND CHRISTINA YANCY** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiff CHARLES WILLIAM YANCY AND CHRISTINA YANCY to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

LOCKS LAW FIRM

BY:       /s/ *Gene Locks*
      Gene Locks, Esquire
      601 Walnut Street, Suite 720 East
      Philadelphia, PA 19106
      215-893-0100 (tel.)
      215-893-3444 (fax)
      glocks@lockslaw.com