UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ <br> **THIS DOCUMENT RELATES TO:** <br><br> **Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)** <u>Thomas Henderson, et al.</u> **v. National Football League [et al.],** **No.** <u>2:12-cv-03534-AB</u> | **NOTICE OF WITHDRAWAL** <br><br> **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** <br><br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF DOUGLAS C. JONES

Plaintiff, **DOUGLAS C. JONES**, hereby withdraws his Short Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The Complaint of Plaintiff, **DOUGLAS C. JONES**, was filed on May 3, 2012 as *Henderson v. National Football League, et al.* Los Angeles County Superior Court, No. LC-097120, and transferred to USDC, EDPA, No. 2:12-cv-03534-AB.  Consistent with the Court's Orders, Plaintiff, **DOUGLAS C. JONES'** Short Form Complaint was filed on July 12, 2012; (a) as Docket Entry 1644 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No. 2:12-md-2323-AB and (b) as Docket Entry 45 in *Henderson v. National Football League, et al.,* USDC, EDPA, No. 2:12-cv-3534-AB.  Both filings were served on Defendants.

This Notice hereby withdraws **DOUGLAS C. JONES'** Short Form Complaint filed as Docket Entry 45 in *Henderson v. National Football League, et al.,* USDC, EDPA, No. 2:12-cv-3534-AB and Docket Entry 1644 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No. 2:12-md-2323-AB.

Dated this 20th day of November, 2012.

Respectfully submitted,

By: s/ *Jason E. Luckasevic*
Jason E. Luckasevic, Esquire
(PA Bar No. 85557)
1030 Fifth Avenue
Pittsburgh, PA  15219
Telephone:  (412) 471-3980
Facsimile: (412) 471-8308
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:** <br><br> **Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)** Thomas Henderson, et al. **v. National Football League [et al.], No.** 2:12-cv-03534-AB | **NOTICE OF WITHDRAWAL** <br><br> **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** <br><br> **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing NOTICE OF WITHDRAWL as to the Short Form Complaint of DOUGLAS C. JONES was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF System on this 20th day of November, 2012.

                                         s/ *Jason E. Luckasevic*
                                         Jason E. Luckasevic, Esquire