IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| THIS DOCUMENT RELATED TO: *Hager, et al. v. National Football League, et al.* Case No. 2:12-cv-00601-AB | |

**NOTICE OF REINSTATEMENT OF COMPLAINT
AS TO PLAINTIFF PETER MONTY AND MURIEL MONTY**

Plaintiffs, Peter Monty and Muriel Monty, ONLY, hereby reinstate their claims in this lawsuit. This complaint was filed on February 3, 2012, and has been served on Defendants. A notice to voluntarily dismiss these claims without prejudice was filed on September 4, 2012.

Dated: November 21, 2012

LOCKS LAW FIRM

BY: /s/ *Gene Locks*
Gene Locks, Esquire
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : <br> : <br> :  MDL No. 2323 <br> : <br> : |
| THIS DOCUMENT RELATED TO: <br> *Hager, et al. v. National Football League, et al.* <br> Case No. 2:12-cv-00601-AB | : <br> : <br> : <br> : <br> : <br> : |

### CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2012, I caused the foregoing Notice of Reinstatement of Complaint as to Plaintiff Peter Monty and Muriel Monty to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

LOCKS LAW FIRM


BY:     /s/ *Gene Locks*
       Gene Locks, Esquire
       601 Walnut Street, Suite 720 East
       Philadelphia, PA 19106
       215-893-0100 (tel.)
       215-893-3444 (fax)
       glocks@lockslaw.com