IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>12-md-2323 |
| THIS DOCUMENT RELATES TO:<br>12-cv-3716 | |

## ORDER

**AND NOW**, this __27th___ day of _November____ 2012, in **ORDERED** that Plaintiff Christopher Mitchell's Consent Motion for Leave to File an Amended Abbreviated Short Form Complaint is **GRANTED.**


s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: