UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____<br><br>**This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Jeff Hostetler, et al. v. NFL, USDC, EDPA, No. 2:12-cv-02199-AB**<br><br>**PAT STUDSTILL AND RITA STUDSTILL** | **NOTICE OF WITHDRAWAL**<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br><br>JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFFS PAT STUDSTILL AND RITA STUDSTILL

Plaintiffs, PAT STUDSTILL AND RITA STUDSTILL hereby withdraw their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of PAT STUDSTILL AND RITA STUDSTILL was filed on April 23, 2012 as *Jeff Hostetler, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-02199-AB.  Consistent with the Court's Orders, PAT STUDSTILL AND RITA STUDSTILL's Short Form Complaint was filed on July 12, 2012: (a) as document number 1423 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) on July 12, 2012 as document number 53 in *Jeff Hostetler, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-02199-AB. Both filings were served on the Defendants.

This Notice hereby withdraws PAT STUDSTILL AND RITA STUDSTILL's Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

November 30, 2012									**BY:** ___/s/ *Gene Locks*___
											Gene Locks, Esquire
											601 Walnut Street, Suite 720 East
											Philadelphia, PA 19106
											215-893-0100 (tel.)
											215-893-3444 (fax)
											glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ **This relates to:** **Plaintiffs' Master Administrative Long-Form Complaint and Jeff Hostetler, et al. v. NFL, USDC, EDPA, No. 2:12-cv-02199-AB** **PAT STUDSTILL AND RITA STUDSTILL** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiff PAT STUDSTILL AND RITA STUDSTILL to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

LOCKS LAW FIRM

BY:     /s/ *Gene Locks*

Gene Locks, Esquire
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com