**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  NATIONAL FOOTBALL | : | |
| LEAGUE PLAYERS' CONCUSSION | : | |
| INJURY LITIGATION | : | **MDL No. 2323** |
| | : | **No. 12-md-2323-AB** |
| | : | |
| | : | |
| | : | |
| THIS DOCUMENT RELATES | : | |
| TO ALL ACTIONS | : | |
| | : | |

**DEFENDANTS NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC'S**
**MOTION FOR EXTENSION OF PAGE LIMITS**

Defendants National Football League and NFL Properties LLC (collectively, the "NFL Defendants") move to extend the page limits established by this Court for the NFL Defendants' forthcoming reply briefs in further support of their motions to dismiss the Amended Master Administrative Long-Form Complaint and the Master Administrative Class Action Complaint on preemption grounds.  The NFL Defendants requested Plaintiffs' consent to this motion for extension of page limits; Plaintiffs have indicated that they do not consent.  In support of this motion, the NFL Defendants rely on the points and authorities in the accompanying memorandum of law.

Respectfully submitted,

Dated:  December 4, 2012

s/ Judy L. Leone
DECHERT LLP
Judy L. Leone (Pa. Atty. ID 41165)
Robert C. Heim (Pa. Atty. ID 15758)
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
Tel:     (215) 994-4000
Fax:    (215) 994-2222
judy.leone@dechert.com

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Brad S. Karp
Theodore V. Wells, Jr.
Beth A. Wilkinson
Lynn B. Bayard
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

DUANE MORRIS LLP
John J. Soroko (Pa. Atty. ID 25987)
Dana B. Klinges (Pa. Atty. ID 57943)
30 South 17th Street
Philadelphia, PA  19103-4196
(215) 979-1000

*Attorneys for NFL Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| **IN RE:  NATIONAL FOOTBALL** : | |
| **LEAGUE PLAYERS' CONCUSSION** : | |
| **INJURY LITIGATION** : | **MDL No. 2323** |
| : | **No. 12-md-2323-AB** |
| : | |
| --- : | |
| : | |
| **THIS DOCUMENT RELATES** : | |
| **TO ALL ACTIONS** : | |
| : | |
| --- : | |

**MEMORANDUM OF LAW OF DEFENDANTS NATIONAL
FOOTBALL LEAGUE AND NFL PROPERTIES LLC IN SUPPORT
OF MOTION FOR EXTENSION OF PAGE LIMITS**

Defendants National Football League and NFL Properties LLC (collectively, the "NFL Defendants") respectfully submit this memorandum of law in support of their motion for extension of page limits for the NFL Defendants' forthcoming reply briefs in further support of their motions to dismiss the Amended Master Administrative Long-Form Complaint (the "MAC") and the Master Administrative Class Action Complaint (the "MCC") on preemption grounds.  Plaintiffs refused the NFL Defendants' request for their consent to this motion.

The Court has established a limit of 15 pages for the NFL Defendants' reply briefs in further support of their motions to dismiss on preemption grounds.  The NFL Defendants respectfully submit that good cause exists to extend those page limits from 15 pages to 30 pages in order for the NFL Defendants to fairly and adequately address the issues raised in Plaintiffs' opposition briefs.  Courts routinely grant requests for page limit extensions where a party's brief must address numerous issues, or the issues being addressed in the brief are

1

particularly complex or significant.  *See, e.g.*, *Monsato Co.* v. *E.I. DuPont De Nemours & Co.*, No. 09-cv-00686 ERW, 2012 WL 5397601, at *8 (E.D. Mo. Nov. 2, 2012) (granting request for page limit extension in recognition of "the complexity of the action and the significance of the issues involved"); *Collier* v. *Clayton Cnty. Cmty. Serv. Bd.*, 236 F. Supp. 2d 1345, 1381 (N.D. Ga. 2002) (granting request for page limit extension where issues to be addressed in briefs were "numerous and complex"); *Campion* v. *Credit Bureau Servs., Inc.*, 206 F.R.D. 663, 670 (E.D. Wash. 2001) (granting request for page limit extension for reply brief where issues involved in the motion were complex and extension was necessary to address lengthy response brief); *In re ValuJet, Inc., Sec. Litig.*, 984 F. Supp. 1472, 1476 (N.D. Ga. 1997) (granting request for page limit extension for briefing on motion to dismiss because case was "large and complex").  Each of those considerations applies here.

As the Court is aware, the MAC and MCC—to which the NFL Defendants' motions are addressed—set forth the claims of thousands of former NFL players, originally filed in hundreds of separate actions.  Thus, the MAC—comprising 425 paragraphs—supersedes the allegations, claims, theories of recovery and/or prayers for relief contained in Plaintiffs' originally filed complaints, and sets forth fourteen counts against the NFL or the NFL Defendants for negligence, medical monitoring, fraudulent concealment, fraud, negligent misrepresentation, negligent hiring, negligent retention, wrongful death and survival, "civil conspiracy/fraudulent concealment," and declaratory relief.  The MCC—comprising 311 paragraphs—supersedes and replaces all putative class action claims that plead a national, California, or Florida medical monitoring class that are coordinated and/or consolidated in this MDL, and pleads putative class-action claims against the NFL Defendants for medical monitoring and "fraudulent concealment/negligent omission."

In their motions to dismiss the MAC and the MCC on preemption grounds, the NFL Defendants argued that because these actions are fundamentally labor disputes preempted by section 301 of the Labor Management Relations Act ("LMRA"), all counts should be dismissed as preempted.  Due to the complexity and importance of the issues addressed in the NFL Defendants' moving briefs, the NFL Defendants previously sought from this Court, in an uncontested motion, an extension to 35 pages of their moving brief, with a corresponding extension of Plaintiffs' opposition briefs.  On August 28, 2012, this Court granted the motion, extending to 35 pages the limit for moving briefs and opposition briefs.  Order, Aug. 28, 2012, ECF Dkt. No. 3530.  As was true with respect to the parties' moving and opposing briefs, the issues to be addressed by the NFL Defendants on reply are both complex and of significant importance to the resolution of this matter—for, as the NFL Defendants argued in their moving brief, preempted claims must be dismissed.  Moreover, as Plaintiffs have disputed not only the application of LMRA preemption to each of their many claims, but even the standard for LMRA preemption, the NFL Defendants must respond to numerous arguments.  Thus, an extension to 30 pages will permit the NFL Defendants to adequately address all arguments raised in Plaintiffs' opposition.  It is therefore in the best interests of all parties to ensure that briefing on the motions fairly and adequately addresses all relevant issues.

Accordingly, the NFL Defendants request that this Court extend the page limits from 15 pages to 30 pages for the NFL Defendants' forthcoming reply briefs in further support of their motions to dismiss on preemption grounds.

Respectfully submitted,


Dated:  December 4, 2012                    s/ Judy L. Leone
                                            DECHERT LLP
                                            Judy L. Leone (Pa. Atty. ID 41165)
                                            Robert C. Heim (Pa. Atty. ID 15758)
                                            Cira Centre
                                            2929 Arch Street
                                            Philadelphia, PA  19104-2808
                                            Tel:    (215) 994-4000
                                            Fax:    (215) 994-2222
                                            judy.leone@dechert.com

                                            PAUL, WEISS, RIFKIND, WHARTON &
                                            GARRISON LLP
                                            Brad S. Karp
                                            Theodore V. Wells, Jr.
                                            Beth A. Wilkinson
                                            Lynn B. Bayard
                                            1285 Avenue of the Americas
                                            New York, NY 10019-6064
                                            (212) 373-3000

                                            DUANE MORRIS LLP
                                            John J. Soroko (Pa. Atty. ID 25987)
                                            Dana B. Klinges (Pa. Atty. ID 57943)
                                            30 South 17th Street
                                            Philadelphia, PA  19103-4196
                                            (215) 979-1000

                                            *Attorneys for NFL Defendants*

4

## <u>CERTIFICATE OF SERVICE</u>

I, Nathan M. McClellan, hereby certify that on December 4, 2012, I electronically filed the foregoing Motion for Extension of Page Limits and the Memorandum of Law in support thereof, and electronically served it via the Court's CM/ECF system on all counsel of record.

Dated:  December 4, 2012

<u>s/ Nathan M. McClellan</u>_____
DECHERT LLP
Nathan M. McClellan (Pa. Atty. ID 307848)
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
Tel:    (215) 994-4000
Fax:    (215) 994-2222
nathan.mcclellan@dechert.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

IN RE:  NATIONAL FOOTBALL          :
LEAGUE PLAYERS' CONCUSSION          :
INJURY LITIGATION                  :      **MDL No. 2323**
                                   :      **No. 12-md-2323-AB**
                                   :
_____  :
                                   :
THIS DOCUMENT RELATES              :
TO ALL ACTIONS                     :
                                   :
_____

**<u>PROPOSED ORDER</u>**

**AND NOW**, this ___ day of December, 2012, upon consideration of the Motion for

Extension of Page Limits filed by the National Football League and NFL Properties LLC, it is

hereby ORDERED that the page limit for the NFL Defendants' forthcoming reply briefs in

further support of their motions to dismiss the Amended Master Administrative Long-Form

Complaint and the Master Administrative Class Action Complaint on preemption grounds shall

be increased to 30 pages.

/s Anita B. Brody

_____
ANITA B. BRODY, J.

1