IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | : : : : | |
| | : : | **MDL No. 2323** **12-md-2323** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | : : : | |

## ORDER

**AND NOW**, this _5ᵗʰ____ day of __December__ 2012, it is **ORDERED** that Plaintiffs show cause no later than Friday, December 7, 2012, why this court should not grant NFL Defendants' motion for extension of page limits (Dkt. No. 4224).

s/Anita B. Brody

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:     Copies **MAILED** on _____ to:

1