IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS and<br><br>*Glover, et al. v. NFL*, et al, 2:12-cv-00287 | MDL No. 2323<br>12-md-2323 |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND WITHDRAWAL OF FORMER FIRM

TO:   Clerk of Court and All Counsel of Record

PLEASE TAKE NOTICE of the following new firm affiliations and contact information for attorneys Dianne M. Nast and Erin C. Burns:

> Dianne M. Nast
> NastLaw LLC
> 1101 Market Street, Suite 2801
> Philadelphia, PA 19107
> Tele: (215) 923-9300
> Fax: (215) 923-9302
> dnast@nastlaw.com
>
> *Member of Plaintiffs' Steering Committee*
> *and Attorney for Plaintiffs*
>
> Erin C. Burns
> NastLaw LLC
> 1101 Market Street, Suite 2801
> Philadelphia, PA 19107
> Tele: (215) 923-9300
> Fax: (215) 923-9302
> eburns@nastlaw.com
>
> *Attorney for Plaintiffs*

All notices, filings and written communication regarding this action should be sent to the above firm and address.

Please withdraw the appearance of RodaNast, P.C.

Dated: December 11, 2012　　　　　　Respectfully submitted,

/s/ Dianne M. Nast　　　　　　　　　/s/ Dianne M. Nast
Dianne M. Nast (PA 24424)　　　　　Dianne M. Nast (PA 24424)
RodaNast, P.C.　　　　　　　　　　NastLaw LLC
801 Estelle Drive　　　　　　　　　1101 Market Street, Suite 2801
Lancaster, PA 17601　　　　　　　　Philadelphia, PA 19107
Tele: (717) 892-3000　　　　　　　　Tele: (215) 923-9300
Fax: (717) 892-1200　　　　　　　　Fax: (215) 923-9302
dnast@rodanast.com　　　　　　　　dnast@nastlaw.com

*Member of Plaintiffs' Steering Committee
and Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 11, 2012, I electronically filed the foregoing Notice of Change of Firm Affiliation and Withdrawal of Former Firm with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of the filing to all counsel of record.

                                        /s/ Dianne M. Nast
                                        Dianne M. Nast