UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **Notice of Appearance** |

The undersigned attorney hereby notifies the Court and counsel that Paul D. Clement shall appear as counsel of record for Defendants National Football League and NFL Properties LLC in the above-captioned matter.

Dated: December 17, 2012        /s/ Paul D. Clement
　　　　　　　　　　　　　　　　Paul D. Clement
　　　　　　　　　　　　　　　　BANCROFT PLLC
　　　　　　　　　　　　　　　　1919 M Street, N.W., Suite 470
　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　Tel:　(202) 234-0090

　　　　　　　　　　　　　　　　*Attorney for the National Football League and NFL Properties LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **Certificate of Service** |

I hereby certify that on December 17, 2012, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be filed via CM/ECF system, which caused notice to be sent to all counsel of record.

Dated: December 17, 2012        /s/ Nathan M. McClellan
                                Nathan M. McClellan
                                DECHERT LLP
                                Cira Centre
                                2929 Arch Street
                                Philadelphia, PA 19104-2808
                                Tel:    (215) 994-2436

                                *Attorney for the National Football League and NFL Properties LLC*