UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____<br><br>**This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and John Stephen Wisniewski, et al. v. NFL, USDC, EDPA, No. 2:12-cv-01623-AB**<br><br>**LARRY GLEN BOWIE** | **NOTICE OF WITHDRAWAL**<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br><br><br>JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF LARRY GLEN BOWIE

Plaintiff, LARRY GLEN BOWIE hereby withdraws his Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of LARRY GLEN BOWIE was filed on July 23, 2012 as *Stephen Wisniewski, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-01623-AB. Consistent with the Court's Orders, LARRY GLEN BOWIE's Short Form Complaint was filed on July 24, 2012: (a) as document number 2793 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) as document number 16 in *Stephen Wisniewski, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-04187-AB. Both filings were served on the Defendants.

This Notice hereby withdraws LARRY GLEN BOWIE's Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

December 19, 2012               **BY:**  /s/ *Gene Locks*
                                Gene Locks, Esquire
                                601 Walnut Street, Suite 720 East
                                Philadelphia, PA 19106
                                215-893-0100 (tel.)
                                215-893-3444 (fax)
                                glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____ | |
| **This relates to:** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** |
| **Plaintiffs' Master Administrative Long-Form Complaint and Stephen Wisniewski, et al. v. NFL, USDC, EDPA, No. 2:12-cv-01623-AB** | |
| **LARRY GLEN BOWIE** | JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2012, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiff LARRY GLEN BOWIE to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

                                              **LOCKS LAW FIRM**

                                              **BY:** /s/ *Gene Locks*
                                                    Gene Locks, Esquire
                                                    601 Walnut Street, Suite 720 East
                                                    Philadelphia, PA 19106
                                                    215-893-0100 (tel.)
                                                    215-893-3444 (fax)
                                                    glocks@lockslaw.com