IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

# WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of John M. Rappaport as counsel for Defendants National Football League and NFL Properties LLC in this MDL proceeding.

Dated:  December 28, 2012

/s/ *John M. Rappaport*
John M. Rappaport
MUNGER, TOLLES & OLSON LLP
355 S. Grand Ave., 35th Floor
Los Angeles, CA  90071
Tel. 213-683-9100

*Attorney for the National Football League and NFL Properties LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | **Certificate of Service** |

I hereby certify that, on December 28, 2012, I caused a true and correct copy of the foregoing WITHDRAWAL OF APPEARANCE to be filed via CM/ECF system, which caused notice to be sent to all counsel of record.

/s/ *John M. Rappaport*
John M. Rappaport
MUNGER, TOLLES & OLSON LLP
355 S. Grand Ave., 35th Floor
Los Angeles, CA 90071
Tel. 213-683-9100

*Attorney for the National Football League and NFL Properties LLC*