UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:** <br><br> Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) Robert Kuechenberg, et al. **v. National Football League [et al.], No. 2:12-cv-03535-AB** | **NOTICE OF WITHDRAWAL** <br><br> IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF ROY FOSTER

Plaintiff, **ROY FOSTER**, hereby withdraws his Short Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The Complaint of Plaintiff, **ROY FOSTER**, was filed on May 4, 2012 as *Kuechenberg v. National Football League, et al.* Los Angeles County Superior Court, No. LC-097144, and transferred to USDC, EDPA, No. 2:12-cv-03535-AB. Consistent with the Court's Orders, Plaintiff, **ROY FOSTER'S** Short Form Complaint was filed on July 13, 2012; (a) as Docket Entry 1956 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No. 2:12-md-2323-AB and (b) as Docket Entry 12 in *Kuechenberg v. National Football League, et al.,* USDC, EDPA, No. 2:12-cv-3535-AB. Both filings were served on Defendants.

This Notice hereby withdraws **ROY FOSTER'S** Short Form Complaint filed as Docket Entry 12 in *Kuechenberg v. National Football League, et al.,* USDC, EDPA, No. 2:12-cv-3535-AB and Docket Entry 1956 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No. 2:12-md-2323-AB.

Dated this 2nd day of January, 2013.

Respectfully submitted,

By: s/ *Jason E. Luckasevic*
Jason E. Luckasevic, Esquire
(PA Bar No. 85557)
1030 Fifth Avenue
Pittsburgh, PA  15219
Telephone:  (412) 471-3980
Facsimile: (412) 471-8308
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)** Robert Kuechenberg, et al.<br>**v. National Football League [et al.], No. 2:12-cv-03535-AB** | **NOTICE OF WITHDRAWAL**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing NOTICE OF WITHDRAWAL as to the Short Form Complaint of ROY FOSTER was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF System on this 2nd day of January, 2013.

                                                      s/ *Jason E. Luckasevic*
                                                      Jason E. Luckasevic, Esquire