UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **Notice of Appearance** |

The undersigned attorney hereby notifies the Court and counsel that Paul D. Clement shall appear as counsel of record for Defendants National Football League and NFL Properties LLC in the above-captioned matter.

| | |
|---|---|
| Dated: January 2, 2013 | /s/ Paul D. Clement<br>Paul D. Clement<br>BANCROFT PLLC<br>1919 M Street, N.W., Suite 470<br>Washington, D.C. 20036<br>Tel:   (202) 234-0090<br><br>*Attorney for the National Football League and NFL Properties LLC* |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **Certificate of Service** |

I hereby certify that on January 2, 2013, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be filed via CM/ECF system, which caused notice to be sent to all counsel of record.

Dated: January 2, 2013

/s/ Paul D. Clement
Paul D. Clement
BANCROFT PLLC
1919 M Street, N.W., Suite 470
Washington, D.C. 20036
Tel:   (202) 234-0090

*Attorney for the National Football League and NFL Properties LLC*