UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Natrone Means, et al. v. National Football League, et al., No. 12-cv-05781 (AB)** | Case No.   12-md-2323 (AB)<br><br>MDL No. 2323<br><br>**SHORT FORM COMPLAINT**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br>**JURY TRIAL DEMANDED** |

### SHORT FORM COMPLAINT

1. Plaintiffs, Natrone Means and Plaintiff's Spouse Lashonda Means, bring this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2. Plaintiff and Plaintiff's Spouse are filing this short form complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3. Plaintiff and Plaintiff's Spouse, incorporate by reference the allegations (as designated below) of the Master Administrative Long-Form Complaint, as may be amended, as if fully set forth at length in this Short Form Complaint.

4. Not Applicable.

5. Plaintiff, Natrone Means, is a resident and citizen of North Carolina and claims damages as set forth below.

6. Plaintiff's Spouse, Lashonda Means, is a resident and citizen of North Carolina and claims damages as a result of loss of consortium proximately caused by the harm suffered by her Plaintiff husband.

7. On information and belief, the Plaintiff sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices. On information and belief, Plaintiff suffers from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff sustained during NFL games and/or practices. On information and belief, the Plaintiff's symptoms arise from injuries that are latent and have developed and continue to develop over time.

8. The original complaint by Plaintiffs in this matter was filed in the Superior Court of California for the County of San Diego and was removed to the United States District Court for the Southern District of California. If this case is remanded, it should be remanded to the Southern District of California.

9. Plaintiff claims damages as a result of [check all that apply]:

   __X__ Injury to Herself/Himself

   ____ Injury to the Person Represented

   ____ Wrongful Death

   ____ Survivorship Action

   _X___ Economic Loss

   ____ Loss of Services

   _X___ Loss of Consortium

10. As a result of the injuries to her husband, Natrone Means, Plaintiff's Spouse, Lashonda Means, suffers from a loss of consortium, including the following injuries:

      __X__ loss of marital services;

      __X__ loss of companionship, affection or society;

      __X__ loss of support; and

      __X__ monetary losses in the form of unreimbursed costs she has had to expend for the health car and personal care of her husband.

11.   __X__ Plaintiff and Plaintiff's Spouse reserve the right to object to federal jurisdiction.

## DEFENDANTS

12.   Plaintiff (and Plaintiff's Spouse, if applicable) bring(s) this case against the following Defendants in this action:

    __X__   National Football League

    __X__   NFL Properties, LLC

    __X__   Riddell, Inc.

    __X__   All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

    __X__   Riddell Sports Group, Inc.

    __X__   Easton-Bell Sports, Inc.

    __X__   Easton-Bell Sports, LLC

    __X__   EB Sports Corporation

    __X__   RBG Holdings Corporation

13.   As to each of the Riddell Defendants referenced above, the claims asserted are: __X__ design defect; __X__ informational defect; __X__ manufacturing defect.

14.   __X__ The Plaintiff wore one or more helmets designed and/or manufactured by the Riddell Defendants during one or more years Plaintiff played in the NFL and/or AFL.

15.     Plaintiff played in  X  the National Football League ("NFL") and/or in ____ the American Football League ("AFL") during 1993 to 2000 for the following teams: San Diego Chargers, Jacksonville Jaguars, and Carolina Panthers.

## CAUSES OF ACTION

16.     Plaintiff herein adopts by reference the following Counts of the Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts:

  _X___  Count I (Action for Declaratory Relief—Liability (Against the NFL))

  _X___  Count II (Medical Monitoring (Against the NFL))

  _X___  Count III (Wrongful Death and Survival Actions (Against the NFL))

  _X___  Count IV (Fraudulent Concealment (Against the NFL))

  _X___  Count V (Fraud (Against the NFL))

  _X___  Count VI (Negligent Misrepresentation (Against the NFL))

  _X___  Count VII (Negligence Pre-1968 (Against the NFL))

  _X___  Count VIII (Negligence Post-1968 (Against the NFL))

  _X___  Count IX (Negligence 1987-1993 (Against the NFL))

  _X___  Count X (Negligence Post-1994 (Against the NFL))

  _X___  Count XI (Loss of Consortium (Against the NFL and Riddell Defendants))

  _X___  Count XII (Negligent Hiring (Against the NFL))

  _X___  Count XIII (Negligent Retention (Against the NFL))

  _X___  Count XIV (Strict Liability for Design Defect (Against the Riddell Defendants))

  _X___  Count XV (Strict Liability for Manufacturing Defect (Against the Riddell Defendants)

 _X___ Count XVI (Failure to Warn (Against the Riddell Defendants))

 _X___ Count XVII (Negligence (Against the Riddell Defendants))

 _X___ Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against All Defendants))

17. Plaintiff asserts the following additional causes of action:

_____

_____

_____

_____.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff and Plaintiff's Spouse, pray for judgment as follows:

A. An award of compensatory damages, the amount of which will be determined at trial;

B. For punitive and exemplary damages as applicable;

C. For all applicable statutory damages of the state whose laws will govern this action;

D. For medical monitoring, whether denominated as damages or in the form of equitable relief;

E. For an award of attorneys' fees and costs;

F. An award of prejudgment interest and costs of suit; and

G. An award of such other and further relief as the Court deems just and proper.

///

///

///

- 6 -

**<u>JURY DEMANDED</u>**

Pursuant to Federal Rule of Civil Procedure 38, Plaintiffs hereby demand a trial by jury.

RESPECTFULLY SUBMITTED:


    s/ Jessica T. Sizemore
John H. Gomez (CA SBN 171485)
Jessica T. Sizemore (CA SBN 280000)
THE GOMEZ LAW FIRM
625 Broadway, Suite 1200
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619) 237-3496

*Attorneys for Plaintiffs*