# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No.   12-md-2323 (AB) |
| | MDL No. 2323 |
| _____ | |
| **THIS DOCUMENT RELATES TO:** | **SHORT FORM COMPLAINT** |
| **Plaintiffs' Master Administrative Long-Form Complaint and Natrone Means, et al. v. National Football League, et al., No. 12-cv-05781 (AB)** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** |
| | **JURY TRIAL DEMANDED** |

## SHORT FORM COMPLAINT

1.      Plaintiff, Donald P. Sutton, brings this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2.      Plaintiff is filing this short form complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3.      Plaintiff incorporates by reference the allegations (as designated below) of the Master Administrative Long-Form Complaint, as may be amended, as if fully set forth at length in this Short Form Complaint.

4.      Not applicable.

5.      Plaintiff Donald P. Sutton, is a resident and citizen of El Cajon, California and claims damages as set forth below.

6.     Not applicable.

7.     On information and belief, the Plaintiff sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices.  On information and belief, Plaintiff suffers from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff sustained during NFL games and/or practices.  On information and belief, the Plaintiff's symptoms arise from injuries that are latent and have developed and continue to develop over time.

8.     The original complaint by Plaintiffs in this matter was filed in the Superior Court of California for the County of San Diego and was removed to the United States District Court for the Southern District of California.  If this case is remanded, it should be remanded to the Southern District of California.

9.     Plaintiff claims damages as a result of:

_X___   Injury to Herself/Himself

_____   Injury to the Person Represented

_____   Wrongful Death

_____   Survivorship Action

_X___   Economic Loss

_____   Loss of Services

_____   Loss of Consortium

10.    Not applicable.

11.    _X___ Plaintiff reserves the right to object to federal jurisdiction.

///

///

**DEFENDANTS**

12.　　Plaintiff brings this case against the following Defendants in this action:

_ X _　National Football League

_ X _　NFL Properties, LLC

_ X _　Riddell, Inc.

_ X _　All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

_ X _　Riddell Sports Group, Inc.

_ X _　Easton-Bell Sports, Inc.

_ X _　Easton-Bell Sports, LLC

_ X _　EB Sports Corporation

_ X _　RBG Holdings Corporation

13.　　As to each of the Riddell Defendants referenced above, the claims asserted are: X_ design defect; _ X _ informational defect; _ X _ manufacturing defect.

14.　　_ X _ The Plaintiff wore one or more helmets designed and/or manufactured by the Riddell Defendants during one or more years Plaintiff played in the NFL and/or AFL.

15.　　Plaintiff played in _ X _ the National Football League ("NFL") and/or in _____ the American Football League ("AFL") during 1979-1980 for the following teams: San Francisco 49ers.

**CAUSES OF ACTION**

16.　　Plaintiff herein adopts by reference the following Counts of the Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts:

_X___   Count I (Action for Declaratory Relief—Liability (Against the NFL))

_X___   Count II (Medical Monitoring (Against the NFL))

_X___   Count III (Wrongful Death and Survival Actions (Against the NFL))

_X___   Count IV (Fraudulent Concealment (Against the NFL))

_X___   Count V (Fraud (Against the NFL))

_X___   Count VI (Negligent Misrepresentation (Against the NFL))

_X___   Count VII (Negligence Pre-1968 (Against the NFL))

_X___   Count VIII (Negligence Post-1968 (Against the NFL))

_X___   Count IX (Negligence 1987-1993 (Against the NFL))

_X___   Count X (Negligence Post-1994 (Against the NFL))

_____   Count XI (Loss of Consortium (Against the NFL and Riddell Defendants))

_X___   Count XII (Negligent Hiring (Against the NFL))

_X___   Count XIII (Negligent Retention (Against the NFL))

_X___   Count XIV (Strict Liability for Design Defect (Against the Riddell Defendants))

_X___   Count XV (Strict Liability for Manufacturing Defect (Against the Riddell Defendants)

_X___   Count XVI (Failure to Warn (Against the Riddell Defendants))

_X___   Count XVII (Negligence (Against the Riddell Defendants))

_X___   Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against All Defendants))

17.   Plaintiff asserts the following additional causes of action:

_____.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

A.  An award of compensatory damages, the amount of which will be determined at trial;

B.  For punitive and exemplary damages as applicable;

C.  For all applicable statutory damages of the state whose laws will govern this action;

D.  For medical monitoring, whether denominated as damages or in the form of equitable

   relief;

E.  For an award of attorneys' fees and costs;

F.  An award of prejudgment interest and costs of suit; and

G.  An award of such other and further relief as the Court deems just and proper.

## **JURY DEMANDED**

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff hereby demands a trial by jury.

RESPECTFULLY SUBMITTED:


            s/ Jessica T. Sizemore
John H. Gomez (CA SBN 171485)
Jessica T. Sizemore (CA SBN 280000)
THE GOMEZ LAW FIRM
625 Broadway, Suite 1200
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619) 237-3496

*Attorneys for Plaintiffs*