CASEY GERRY SCHENK
   FRANCAVILLA BLATT & PENFIELD LLP
David S. Casey, Jr. (SBN: 060768)
dcasey@cglaw.com
FREDERICK SCHENK (SBN: 086392)
fschenk@cglaw.com
ROBERT FRANCAVILLA (SBN: 110429)
rjf@cglaw.com
WENDY M. BEHAN (SBN: 199214)
wbehan@cglaw.com
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

Attorneys for Plaintiffs

MUNGER, TOLLES & OLSON LLP
RONALD L. OLSON (SBN: 44597)
Ron.Olson@mto.com
JOHN W. SPIEGEL (SBN: 78935)
John.Spiegel@mto.com
JOHN M. RAPPAPORT (SBN: 254459)
John.Rappaport@mto.com
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants
NATIONAL FOOTBALL LEAGUE,
NFL PROPERTIES LLC

(Additional counsel listed on next page)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>Master Case No. 12-md-2323<br>Individual Case No. 12-cv-05210<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br><br>EUGENE E. MORRIS, ET AL. V. NATIONAL FOOTBALL LEAGUE, ET AL. | **STIPULATION FOR FIRST AMENDED COMPLAINT** |

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>BRAD S. KARP<br>bkarp@paulweiss.com<br>THEODORE V. WELLS, JR.<br>twells@paulweiss.com<br>BETH A. WILKINSON<br>bwilkinson@paulweiss.com<br>LYNN B. BAYARD<br>lbayard@paulweiss.com<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone:   (212) 373-3000<br>Facsimile:   (212) 757-3990 | Attorneys for Defendants<br>NATIONAL FOOTBALL LEAGUE,<br>NFL PROPERTIES LLC |
| BOWMAN AND BROOKE LLP<br>PAUL G. CEREGHINI (SBN: 148016)<br>Paul.Cereghini@bowmanandbrooke.com<br>MARION V. MAUCH (SBN: 253672)<br>Marion.Mauch@bowmanandbrooke.com<br>879 West 190th Street, Suite 700<br>Gardena, CA  90248-4227<br>Telephone:   (310) 768-3068<br>Facsimile:   (310)719-1019 | Attorneys for Defendants<br>RIDDELL, INC. d.b.a. RIDDELL SPORTS GROUP, INC.; ALL AMERICAN SPORTS CORPORATION, d.b.a. RIDDELL/ALL AMERICAN; RIDDELL SPORTS GROUP, INC. EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC; EB SPORTS CORP.; RBG HOLDINGS CORP. |

1

STIPULATION FOR FIRST AMENDED COMPLAINT

1   This Stipulation is made by and between Plaintiffs and Defendants, by and
2   through their counsel of record, with reference to the following facts:
3   WHEREAS, Plaintiffs filed their Complaint in the Superior Court of the State
4   of California, Los Angeles County, on July 23, 2012;
5   WHEREAS, the Judicial Panel on Multidistrict Litigation issued a Conditional
6   Transfer Order on August 29, 2012 to transfer the case to the Eastern District of
7   Pennsylvania pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States
8   Judicial Panel on Multidistrict Litigation</u>;
9   WHEREAS, the Conditional Transfer Order was finalized on September 6,
10  2012;
11  WHEREAS, Plaintiffs will file a First Amended Complaint in the Eastern
12  District of Pennsylvania to add further parties whom Plaintiffs contend are additional
13  similarly-situated plaintiffs;
14  WHEREAS, Defendants do not contest Plaintiffs' filing of a First Amended
15  Complaint;
16  WHEREAS, Defendants reserve their rights to argue that the consolidation of
17  multiple Plaintiffs' claims within one complaint is improper, and this stipulation is
18  without prejudice to any such objection. Moreover, Defendants' consent to Plaintiffs'
19  filing of a First Amended Complaint to add additional plaintiffs is provided in light of
20  the liberal standards for amending pleadings under Rule 15 of the Federal Rules of
21  Civil Procedure and is without waiver of—and is with total reservation of—any of
22  Defendants' defenses, arguments, and positions with regard to any iteration of the
23  Complaint, either as it currently exists or as amended, including but not limited to
24  arguments concerning timeliness and limitations of actions, failure to state a claim,
25  joinder and severance, or any other arguments. Plaintiffs will not argue, and this
26  Stipulation is not to be and cannot be taken to support any argument of purported
27  waiver of any defense positions or arguments.
28

1  NOW THEREFORE, Plaintiffs and Defendants, through their counsel of
2  record, stipulate to the following:
3  IT IS HEREBY STIPULATED that Defendants consent to Plaintiffs' filing of a
4  First Amended Complaint.
5  ///
6  ///

| | | |
|---|---|---|
| 1 | DATED: December 21, 2012 | CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP |

By: /s/ Frederic Schenk
    FREDERICK SCHENK

DATED: December 21, 2012

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Beth A. Wilkinson
    BETH A. WILKINSON

-and-
MUNGER, TOLLES & OLSON LLP
Attorneys for Defendants
NATIONAL FOOTBALL LEAGUE
and NFL PROPERTIES LLC

DATED: December 21, 2012

BOWMAN AND BROOKE LLP

By: /s/ Paul G. Cereghini
    PAUL G. CEREGHINI

Attorneys for Defendants

RIDDELL, INC.; ALL AMERICAN SPORTS CORPORATION; RIDDELL SPORTS GROUP, INC.; EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC; EB SPORTS CORP.; RBG HOLDINGS CORP.

*[signature]*
1/3/13

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel who have consented to electronic service are being served with a copy of the foregoing document via the Eastern District of Pennsylvania CM/ECF system on December 26, 2012.

/s/ Frederick Schenk

Frederick Schenk