UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to:<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Jim Kanicki, et al. v. NFL, USDC, EDPA, No. 2:13-cv-00019-AB**<br><br>**BRIAN SALONEN AND JO MAY SALONEN** | NOTICE OF WITHDRAWAL<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF BRIAN SALONEN AND JO MAY SALONEN

Plaintiffs, BRIAN SALONEN AND JO MAY SALONEN hereby withdraws their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of BRIAN SALONEN AND JO MAY SALONEN was filed on January 2, 2013 as *Jim Kanicki, et al. v. NFL*, USDC, EDPA, No. 2:13-cv-00019-AB. Consistent with the Court's Orders, BRIAN SALONEN AND JO MAY SALONEN's Short Form Complaint was filed on January 9, 2013: (a) as document number 4367 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) as document number 27 in *Jim Kanicki, et al. v. NFL*, USDC, EDPA, No. 2:13-cv-00019-AB. Both filings were served on the Defendants.

This Notice hereby withdraws BRIAN SALONEN AND JO MAY SALONEN's Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

January 9, 2013  **BY:** ___/s/ *Gene Locks*___
Gene Locks, Esquire
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ **This relates to:** **Plaintiffs' Master Administrative Long-Form Complaint and Jim Kanicki, et al. v. NFL, USDC, EDPA, No. 2:13-cv-00019-AB** **BRIAN SALONEN AND JO MAY SALONEN** | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION  JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2013, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiffs BRIAN SALONEN AND JO MAY SALONEN to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

LOCKS LAW FIRM

BY:      /s/ *Gene Locks*
Gene Locks, Esquire
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com