UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br>--------------------------------------------------------<br><br>THIS DOCUMENT RELATES TO:<br><br>BECKHAM ET AL. V. NATIONAL FOOTBALL LEAGUE ET AL., No. 2:12-cv-07213-AB | MDL NO. 2323<br>12-MD-2323<br><br>Notice of Appearance |

The undersigned attorney hereby notifies the Court and counsel that Anne McGinness Kearse, Esquire shall appear as counsel of record for Plaintiffs, Antonio D. Beckham; Michael A. Bennett; Peter Brock; Anthony Quantrell Brown; Brian Edwards; Michael Darryl Harden; Bertrell Lamont Hollinquest; Darcy Sebastian Johnson; Freddy Keiaho; Jimmy Kennedy; Wali Lundy; Larry Parker, Jr.; Steven Lamar Rhem; Cliffton Ryan, IV; Talance Marche Sawyer; Michael Alexander Holmes; Larry Atkins; Kevin A. Brown; Kenneth Clark; Aaron Craver; Raymond Ethridge; Justin Fargas; Terrell Fletcher; Gregg Guenther; Matthew Hatchette; Chris Hayes; Elic Mahone; Ephraim Salaam; James Washington; Christian Maumalanga; Joseph Christopher Toledo; and Prince A. Daniels in the above-captioned matter.

s/ Anne McGinness Kearse<br>
Anne McGinness Kearse (#7570)<br>
<b>Motley Rice LLC</b><br>
28 Bridgeside Boulevard<br>
Mt. Pleasant, South Carolina 29464<br>
Phone: 843-216-9000<br>
Fax: 843-216-9655<br>
Email: akearse@motleyrice.com<br><br>
<b>Attorneys for Plaintiffs</b>

Dated: January 9, 2013

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | ) ) ) ) | **MDL NO. 2323** 12-MD-2323 |
| -------------------------------------------------------- | ) ) | |
| **THIS DOCUMENT RELATES TO:** | ) ) | Certificate of Service |
| **BECKHAM ET AL. V. NATIONAL FOOTBALL LEAGUE ET AL., No. 2:12-cv-07213-AB** | ) ) ) | |

I hereby certify that on January 9, 2013, I caused the following document:

1. Notice of Appearance

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an electronic notice of electronic filing to counsel of record.

                                                       s/Anne McGinness Kearse
                                                     Anne McGinness Kearse, Esquire (#7570)
                                                     **Motley Rice LLC**
                                                     275 Seventh Avenue, 2nd Floor
                                                     Phone: 212-577-0040
                                                     Fax: 212-577-0054
                                                     Email: akearse@motleyrice.com

Dated: January 9, 2013