UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br>-------------------------------------------------------- | )<br>)<br>)     MDL NO. 2323<br>)     12-MD-2323 |
| THIS DOCUMENT RELATES TO: | )<br>)     Notice of Appearance<br>) |
| BECKHAM ET AL. V. NATIONAL FOOTBALL LEAGUE ET AL., No. 2:12-cv-07213-AB | )<br>)<br>)<br>) |

The undersigned attorney hereby notifies the Court and counsel that Donald A. Migliori, Esquire shall appear as counsel of record for Plaintiffs, Antonio D. Beckham; Michael A. Bennett; Peter Brock; Anthony Quantrell Brown; Brian Edwards; Michael Darryl Harden; Bertrell Lamont Hollinquest; Darcy Sebastian Johnson; Freddy Keiaho; Jimmy Kennedy; Wali Lundy; Larry Parker, Jr.; Steven Lamar Rhem; Cliffton Ryan, IV; Talance Marche Sawyer; Michael Alexander Holmes; Larry Atkins; Kevin A. Brown; Kenneth Clark; Aaron Craver; Raymond Ethridge; Justin Fargas; Terrell Fletcher; Gregg Guenther; Matthew Hatchette; Chris Hayes; Elic Mahone; Ephraim Salaam; James Washington; Christian Maumalanga; Joseph Christopher Toledo; and Prince A. Daniels in the above-captioned matter.

        s/ Donald A. Migliori
        Donald A. Migliori (RIDC#4936)
        **Motley Rice LLC**
        321 South Main Street
        Providence, RI 02903
        Phone: 401-457-7709
        Fax: 401-457-7708
        Email: dmigliori@motleyrice.com

        **Attorneys for Plaintiffs**

Dated: January 9, 2013

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** ) ) ) ) ------------------------------------------------------------ ) ) **THIS DOCUMENT RELATES TO:** ) ) **BECKHAM ET AL. V. NATIONAL FOOTBALL LEAGUE ET AL., No. 2:12-cv-07213-AB** ) ) ) | **MDL NO. 2323** **12-MD-2323** Certificate of Service |

I hereby certify that on January 9, 2013, I caused the following document:

1. Notice of Appearance

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an electronic notice of electronic filing to counsel of record.

        s/ Donald A. Migliori
        Donald A. Migliori (RIDC#4936)
        **Motley Rice LLC**
        321 South Main Street
        Providence, RI 02903
        Phone: 401-457-7709
        Fax: 401-457-7708
        Email: dmigliori@motleyrice.com

        **Attorneys for Plaintiffs**

Dated: January 9, 2013