pUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB |
| | MDL No. 2323 |
| THIS DOCUMENT RELATES TO | |
| *Sweet, et al.* (Case No. 12-cv-7214) | |

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO PLAINTIFF STEVE KENNEY

NO ANSWER OR MOTION FOR SUMMARY JUDGMENT HAVING BEEN FILED, Plaintiff **STEVE KENNEY** ONLY hereby voluntarily dismisses his claims in the above-captioned matter (Boyd, et al. v. NFL, et al., Case No. 12cv00092) without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Complaint in this action was filed on January 9, 2012, and has been served on all Defendants.

Dated: January 23, 2013

/s/ Graham B. LippSmith
Thomas V. Girardi
Graham B. LippSmith
Celene S. Chan
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Phone: (213) 977-0211
Fax: (213) 481-1554
tgirardi@girardikeese.com
glippsmith@girardikeese.com
cchan@girardikeese.com