IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | :<br>:<br>:   MDL No. 2323<br>:   No. 12-md-2323-AB<br>:<br>: |
| THIS DOCUMENT RELATES TO ALL ACTIONS | :<br>:<br>: |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Please enter the appearance of Kenneth J. Holloway as additional counsel of record for Defendants National Football League and NFL Properties LLC in the above-captioned action.

Respectfully submitted,

Dated:  January 25, 2013

*s/ Kenneth J. Holloway*_____
Kenneth J. Holloway
Pa. Atty. ID 307693
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
Tel:    (215) 994-4000
Fax:    (215) 994-2222
kenneth.holloway@dechert.com

**CERTIFICATE OF SERVICE**

I, Kenneth J. Holloway, hereby certify that on January 25, 2013, I electronically filed the foregoing Notice of Entry of Appearance and electronically served it via the Court's CM/ECF system on all counsel of record.

Dated: January 25, 2013

*s/ Kenneth J. Holloway*_____
Kenneth J. Holloway
Pa. Atty. ID 307693
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: (215) 994-4000
Fax: (215) 994-2222
kenneth.holloway@dechert.com