## **CERTIFICATE OF SERVICE**

I, Sol H. Weiss, Esquire, hereby certify that on this 28th day of January, 2013, the foregoing sur-reply was filed with the Clerk of the United States District Court for the Eastern District of Pennsylvania. I hereby certify that a true and correct copy of same was served upon the following in the manner set forth below:

**Dana B. Klinges, Esquire**
Duane Morris, LLP
30 S. 17th Street
Philadelphia, PA  19103
Telephone No. 215.979.1143
VIA FIRST CLASS MAIL
dklinges@duanemorris.com
*Local Counsel for Defendant*

**Douglas Burns, Esquire**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone No. 212.373.3403
dburns@paulweiss.com
VIA FIRST CLASS MAIL
*Attorneys for Defendant*

Dated:  January 28, 2013

/s/ Sol Weiss
Sol H. Weiss, Esquire (I.D. 15925)
ANAPOL SCHWARTZ
1710 Spruce Street
Philadelphia, Pennsylvania 19103
(215) 735-1130 Telephone
*Attorneys for Plaintiffs*