# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No.   12-md-2323 (AB)<br><br>MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS and**<br><br>**Natrone Means, et al. v. National Football League, et al.,**<br>**No. 12-cv-05781 (AB)** | **NOTICE OF CHANGE OF FIRM NAME AND ADDRESS** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that effective February 1, 2013, The Gomez Law Firm will change its name to Gomez Iagmin Trial Attorneys.

   **PLEASE ALSO TAKE NOTICE** that effective February 1, 2013, GOMEZ IAGMIN will be moving to the following location:

GOMEZ IAGMIN
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

   Please update our name and address accordingly and send all future communications, correspondence, notices and service to the above-noted address.

///

///

///

///

Copies of this change of address have been served on this date to the parties as set forth in the attached proof of service.

RESPECTFULLY SUBMITTED:

Dated: January 28, 2013

      s/ Jessica T. Sizemore
John H. Gomez (CA SBN 171485)
Jessica T. Sizemore (CA SBN 280000)
THE GOMEZ LAW FIRM
625 Broadway, Suite 1200
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619) 237-3496

*Attorneys for Plaintiffs*

- 3 -

## CERTIFICATE OF SERVICE

I, the undersigned certify that on January 28, 2013, I caused a true and correct copy of the foregoing NOTICE OF CHANGE OF FIRM NAME AND ADDRESS to be filed via the CM/ECF system, which caused notice to be sent to all counsel of record.

                                                                   s/ Jessica T. Sizemore
                                                                   Jessica T. Sizemore, Esq.