IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL | MDL NO. 2323 |
| LEAGUE PLAYERS' CONCUSSION | NO. 12-md-2323 |
| INJURY LITIGATION | |

**N O T I C E**

**ORAL ARGUMENT** will be held on **Tuesday, April 9, 2013 at 10 a.m.** in Courtroom 7B on the 7th Floor of the U.S. Courthouse, 601 Market St., Philadelphia, PA.. The first argument will cover the question of preemption. The motions to be argued are:

- Motion to Dismiss the Amended Master Administrative Long-Form Complaint, filed by the National Football League, Inc. and NFL Properties, Inc. (ECF No. 3589)

- Motion to Dismiss the Master Administrative Class Action Complaint, filed by the National Football League, Inc. and NFL Properties, Inc. (ECF No. 3590)

- Motion to Dismiss, filed by All American Sports Corporation, et. al. (ECF No. 3592)

The argument will proceed as follows:

- Plaintiffs will have 5 minutes to state their claims.

- The Defendants NFL and All American Sports Corporation, et. al. will have approximately 30 minutes (combined) to argue their motions.

- Plaintiffs will have approximately 30 minutes to respond.

- Defendants will have 5 minutes to reply.[1]

Immediately following the preemption argument, I will hear argument on the Motion to Sever (ECF #3593) filed by All American Sports Corporation, et. al. Defendants and Plaintiffs will each have approximately 15 minutes to argue the motion.

| | |
|---|---|
| 1/29/2013 | s/ Anita B. Brody |
| _____ | _____ |
| DATE | ANITA B. BRODY, J. |

[1] Throughout argument, I may ask for immediate response from opposing counsel on a particular point.

COPIES VIA ECF  on  _____to:   COPIES MAILED on _____ to: