UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>-------------------------------------------------------<br><br>**THIS DOCUMENT RELATES TO:**<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) <u>**Estes Banks, et al.**</u><br>v. National Football League [et al.], No. <u>**2:12-cv-07135-AB**</u><br><br>**AS TO JERRILYN KENNEDY- ONLY** | No. 12-md-2323 (AB)<br><br>MDL No. 2323<br><br>**NOTICE OF WITHDRAWAL**<br><br>**IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br>**JURY TRIAL DEMANDED** |

NOTICE OF WITHDRAWAL OF ONLY PLAINTIFF JERRILYN
KENNEDY FROM THE SHORT FORM COMPLAINT

Plaintiff, Jerrilyn Kennedy hereby withdraws from the Short-Form Complaint of Jimmie Kennedy and Jerrilyn Kennedy in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of Jimmie Kennedy and Jerrilyn Kennedy was filed on November 9, 2012 as *Estes Banks, et al., vs. NFL,* USDC, SDMS, No. 3:12-cv00761-CWR-LRA.  Consistent with the Court's Orders, Jimmie Kennedy and Jerrilyn Kennedy's Short Form Complaint was filed on January 10, 2013: (a) as document number 4462 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation,* No. 2:12-md-2323-AB and (b) as document number 19

in *Estes Banks, et al. v. NFL,* USDC, EDPA, No. 12-cv-07135-AB. Both filings were served on the Defendants.

This Notice withdraws **ONLY** Jerrilyn Kennedy from the Short Form Complaint that was filed in both dockets as referenced above.

This the 4th day of February, 2013.

    Respectfully Submitted,

    PHILLIP W. THOMAS LAW FIRM

    By:

    /s/ Philip W. Thomas
    PHILIP W. THOMAS
    MS Bar No. 9667

PHILIP W. THOMAS LAW FIRM
Post Office Box 24464
Jackson, Mississippi 39225-4464
747 North Congress St. (39202)
pthomas@thomasattorney.com
Tel: (601) 714-5660

John D. Giddens
GIDDENS LAW FIRM
226 North President Street (39236)
Post Office Box 22546
Jackson, Mississippi 39225-2546
Tel: (601) 355-2022
Fax: (601) 355-0012

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 4th day of February, 2013.

                                              <u>/s/ Philip W. Thomas</u>
                                              PHILIP W. THOMAS