UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br><br>Case No. 12-md-2323 (AB) |
| Related to: ALL ACTIONS | |

## NOTICE OF CHANGE OF FIRM AFFILIATION

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Hollis Salzman, counsel for plaintiffs, is now affiliated with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., 601 Lexington Avenue, Suite 3400, New York, New York 10022, Phone (212) 980-7400; Fax: (212) 980-7499; E-Mail Address: hsalzman@rkmc.com.


Dated: February 19, 2013         **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

                                 By:    */s/ Hollis Salzman*

                                 Attorney for Plaintiffs

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2013, the foregoing Notice of Change of Firm Affiliation was filed electronically. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

Dated: February 19, 2013        **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

                                            By:   */s/ Hollis Salzman*