# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | MDL No. 2323 <br> 12-md-2323 |
| **THIS DOCUMENT RELATES TO:** <br> IRVING SPIKES, et al. <br> v. <br> NATIONAL FOOTBALL LEAGUE, et al. <br> No. 2:12-cv-05606-AB | **Notice of Appearance** |

The undersigned attorney hereby notifies the Court and counsel that Dwight P. Bostwick shall appear as counsel of record for Plaintiff, Michael Early, in the above-captioned matter.

Dated: March 5, 2013

s/ Dwight P. Bostwick
Dwight P. Bostwick
**Zuckerman Spaeder LLP**
1800 M Street, NW
Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
E-mail: dbostwick@zuckerman.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | MDL No. 2323<br>12-md-2323 |
| **THIS DOCUMENT RELATES TO:**<br>IRVING SPIKES, et al.<br>v.<br>NATIONAL FOOTBALL LEAGUE, et al.<br>No. 2:12-cv-05606-AB | **Certificate of Service** |

    I hereby certify that on March 5, 2013, I caused the following document:

    **1. Notice of Appearance**

to be electronically filed with the Clerk of the Court through ECF, and that ECF will send an e-notice of electronic filing to counsel of record.

| | |
|---|---|
| Dated: March 5, 2013 | s/ Dwight P. Bostwick<br>Dwight P. Bostwick<br>**Zuckerman Spaeder LLP**<br>1800 M Street, NW<br>Suite 1000<br>Washington, DC 20036<br>Tel: (202) 778-1800<br>Fax: (202) 822-8106<br>E-mail: dbostwick@zuckerman.com<br><br>*Attorney for Plaintiffs* |