UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | MDL No. 2323<br>12-md-2323 |
| **THIS DOCUMENT RELATES TO:**<br>WALLACE CHAMBERS, et al.<br>v.<br>NATIONAL FOOTBALL LEAGUE, et al.<br>No. 2:12-cv-07153-AB | **Notice of Appearance** |

      The undersigned attorney hereby notifies the Court and counsel that Dwight P. Bostwick shall appear as counsel of record for Plaintiffs, Dustin Fox, Herbert Mul-Key, and Patricia Ann Terry, his wife, and Kurt Pierce, in the above-captioned matter.

Dated: March 5, 2013

    s/ Dwight P. Bostwick
    Dwight P. Bostwick
    **Zuckerman Spaeder LLP**
    1800 M Street, NW
    Suite 1000
    Washington, DC 20036
    Tel: (202) 778-1800
    Fax: (202) 822-8106
    E-mail: dbostwick@zuckerman.com

    *Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>12-md-2323 |
| THIS DOCUMENT RELATES TO:<br>WALLACE CHAMBERS, et al.<br>v.<br>NATIONAL FOOTBALL LEAGUE, et al.<br>No. 2:12-cv-07153-AB | Certificate of Service |

I hereby certify that on March 5, 2013, I caused the following document:

1. **Notice of Appearance**

to be electronically filed with the Clerk of the Court through ECF, and that ECF will send an e-notice of electronic filing to counsel of record.

| | |
|---|---|
| Dated: March 5, 2013 | s/ Dwight P. Bostwick<br>Dwight P. Bostwick<br>**Zuckerman Spaeder LLP**<br>1800 M Street, NW<br>Suite 1000<br>Washington, DC 20036<br>Tel: (202) 778-1800<br>Fax: (202) 822-8106<br>E-mail: dbostwick@zuckerman.com<br><br>*Attorney for Plaintiffs* |