IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : MDL No. 2323 : 12-md-2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS: | : : |

## NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance of on behalf of Defendants, All American Sports Corporation, Easton-Bell Sports, Inc., Easton-Bell Sports, LLC, EB Sports Corp., RBG Holdings Corp., Riddel Sports Group, Inc. and Riddel, Inc., in the above-captioned matter.

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

BY: */s/ Robert W. Stanko*
Robert W. Stanko, Esquire
2000 Market Street, Suite 2300
Philadelphia, PA 19107
215-575-2807

Attorneys for Defendants,
All American Sports Corporation,
Easton-Bell Sports, Inc., Easton-Bell Sports,
LLC, EB Sports Corp., RBG Holdings
Corp., Riddel Sports Group, Inc. and
Riddel, Inc.