## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | **No. 2:12-md-02323-AB**<br><br>**MDL No. 2323** |

**THIS DOCUMENT RELATES TO:**

*Maxwell, et al. v. National Football League, et al.*, USDC CA case no. cv-11-08394 R (MANx)

*Pear, et al. v. National Football League, et al.*, USDC CA case no. cv-11-08395 R (MANx)

*Henderson, et al. v. National Football League, et al.*, USDC CA case no. cv-12-04761 R (MANx)

*Monk, et al. v. National Football League, et al.*, USDC CA case no. cv-12-04761 R (MANx)

*Kuechenberg, et al. v. National Football League, et al.*, USDC CA case no. cv-12-04763 R (MANx)

*Bauman, et al. v. National Football League, et al.*, USDC CA case no. cv-12-05835 R (MANx)

*Kapp, et al. v. National Football League, et al.*, USDC CA case no. cv-12-05833 R (PJWx)

*Morton, et al. v. National Football League, et al.*, USDC CA case no. cv-12-05435 R (MANx)

*Cunningham, et al. v. National Football League, et al.*, USDC CA case no. cv-12-6008 R (PJWx)

*Bailey, et al. v. National Football League, et al.,* USDC CA case no. cv-12-7251 R (MANx)

*Sweet, et al. v. National Football League, et al.,* USDC CA case no. cv-12-10184 R (MANx)

## <u>NOTICE OF APPEARANCE</u>

Kindly enter the appearance of Martin N. Buchanan on behalf of all Plaintiffs in the above-captioned actions.

Dated: March 13, 2013

s/ *Martin N. Buchanan*
Martin N. Buchanan (CA SBN 124193)
Law Offices of Martin N. Buchanan
655 West Broadway, Suite 1700
San Diego, CA  92101
Tel: (619) 238-2426
martin@martinbuchanan.com