**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF System on this 13th day of March, 2013.

                                      s/ *Martin N. Buchanan*
                                      Martin N. Buchanan (CA SBN 124193)
                                      Law Offices of Martin N. Buchanan
                                      655 West Broadway, Suite 1700
                                      San Diego, CA  92101
                                      Tel: (619) 238-2426
                                      martin@martinbuchanan.com