UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| ──────────────────── This relates to: Plaintiffs' Master Administrative Long-Form Complaint and CURTIS MCCLINTON, JR., et al. v. NFL, USDC, EDPA, No. 13-cv-00830 CURTIS MCCLINTON, JR. | SHORT FORM COMPLAINT IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION AMENDED COMPLAINT JURY TRIAL DEMANDED |

### AMENDED SHORT FORM COMPLAINT

1. Plaintiff, **CURTIS MCCLINTON, JR.**, hereby amends his original short form complaint and brings this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323. This amended short form complaint amends and supersedes Mr. McClinton's previous short form complaint.

2. Plaintiff is filing this amended short form complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3.     Plaintiff, incorporates by reference the allegations (as designated below) of the Master Administrative Long-Form Complaint, as may be amended, as if fully set forth at length in this Short Form Complaint.

4.     NOT APPLICABLE

5.     Plaintiff, **CURTIS MCCLINTON, JR.**, is a resident and citizen of Jackson County, Missouri and claims damages as set forth below.

6.     NOT APPLICABLE

7.     On information and belief, the Plaintiff sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices. On information and belief, Plaintiff suffers from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff sustained during NFL games and/or practices. On information and belief, the Plaintiff's symptoms arise from injuries that are latent and have developed and continue to develop over time.

8.     The original complaint by Plaintiff in this matter was filed in the Circuit Court of Jackson County, Missouri.

9.     Plaintiff claims damages as a result of [check all that apply]:

    _X_   Injury to Himself

    _X_   Injury to the Person Represented

    ___   Wrongful Death

    ___   Survivorship Action

       _X_    Economic Loss

       \_\_    Loss of Services

       \_\_    Loss of Consortium

1.     NOT APPLICABLE

2.     _X_  Plaintiff, reserves the right to object to federal jurisdiction.

## **DEFENDANTS**

3.     Plaintiff brings this case against the following Defendants in this action [check all that apply]:

       _X_    National Football League

       _X_    NFL Properties, LLC

       \_\_    Riddell, Inc.

       \_\_    All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

       \_\_    Riddell Sports Group, Inc.

       \_\_    Easton-Bell Sports, Inc.

       \_\_    Easton-Bell Sports, LLC

       \_\_    EB Sports Corporation

       \_\_    RBG Holdings Corporation

4.     NOT APPLICABLE

5.      NOT APPLICABLE

6.      Plaintiff played in _____ the National Football League ("NFL") and/or in __X__ the American Football League ("AFL") during 1962-1969 for the following teams:

Dallas Texans
Kansas City Chiefs

## CAUSES OF ACTION

7.      Plaintiff herein adopts by reference the following Counts of the Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]:

__X__   Count I (Action for Declaratory Relief – Liability (Against the NFL))

__X__   Count II (Medical Monitoring (Against the NFL))

___     Count III (Wrongful Death and Survival Actions (Against the NFL))

__X__   Count IV (Fraudulent Concealment (Against the NFL))

__X__   Count V (Fraud (Against the NFL))

__X__   Count VI (Negligent Misrepresentation (Against the NFL))

__X__   Count VII (Negligence Pre-1968 (Against the NFL))

__X__   Count VIII (Negligence Post-1968 (Against the NFL))

__X__   Count IX (Negligence 1987-1993 (Against the NFL))

__X__   Count X (Negligence Post-1994 (Against the NFL))

_X_    Count XI (Loss of Consortium (Against the NFL))

_X_    Count XII (Negligent Hiring (Against the NFL))

_X_    Count XIII (Negligent Retention (Against the NFL))

___    Count XIV (Strict Liability for Design Defect (Against the Riddell Defendants))

___    Count XV (Strict Liability for Manufacturing Defect (Against the Riddell Defendants))

___    Count XVI (Failure to Warn (Against the Riddell Defendants))

___    Count XVII (Negligence (Against the Riddell Defendants))

_X_    Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against All Defendants))

8.     Plaintiff asserts the following additional causes of action [write in or attach]:_____

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff CURTIS MCCLINTON, JR., prays for judgment as follows:

A. An award of compensatory damages, the amount of which will be determined at trial;

B. For punitive and exemplary damages as applicable;

C. For all applicable statutory damages of the state whose laws will govern this action;

- 5 -

- 6 -

D. For medical monitoring, whether denominated as damages or in the form of equitable relief;

E. For an award of attorneys' fees and costs;

F. An award of prejudgment interest and costs of suit; and

G. An award of such other and further relief as the Court deems just and proper.

**JURY DEMANDED**

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff CURTIS MCCLINTON, JR. hereby demands a trial by jury.

RESPECTFULLY SUBMITTED:

/s/ *Gene Locks*
Gene Locks, Esquire (PA ID No. 12969)
Michael B. Leh, Esquire (PA ID No. 42962)
David D. Langfitt, Esquire (PA ID No. 66588)
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com
mleh@lockslaw.com
dlangfitt@lockslaw.com

and

Leland M. Shurin, Esquire
James D. Myers, Esquire
Anne E. Smith, Esquire
911 Main Street, Suite 2000
Kansas City, Missouri 64105
816-931-0500 (tel.)
816-931-5775 (fax)
lshurin@sls-law.com
jmyers@sls-law.com
asmith@sls-law.com

*Attorneys for Plaintiffs*