# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:**<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) <u>*Rahim Abdullah, et al. v. National Football League [et al.]*</u>, <u>No. 12-cv-06774</u><br><br>**<u>PATRICK WHITE</u>** | **NOTICE OF DISMISSAL**<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF PATRICK WHITE

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(i), that Plaintiff PATRICK WHITE hereby dismiss his claims against the NFL in the above-captioned action without prejudice. Defendant National Football League has not served an answer or motion for summary judgment in response to PATRICK WHITE'S complaint. His action has been consolidated into *In re: National Football League Players' Concussion Injury Litigation*, No. 12-md-2323 (AB), MDL No. 2323. PATRICK WHITE has filed this Notice under the individual docket number listed in the caption above and in the MDL docket.

Dated: April 2, 2013

Respectfully submitted,

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
212.355.9500


By: /s/ Wendy R. Fleishman
    Wendy R. Fleishman, Bar No. WF 3017

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:** <br><br> **Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)** *Rahim Abdullah, et al. v. National Football League [et al.]*, **No. 12-cv-06774** <br><br> **PATRICK WHITE** | NOTICE OF DISMISSAL <br><br> IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION <br><br> **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2013, I caused the foregoing Notice of Dismissal of Plaintiff PATRICK WHITE to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

By: /s/ Wendy R. Fleishman

Wendy R. Fleishman
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592