# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO<br><br>All Actions | |

TO:  Clerk, United States District Court
     Eastern District of Pennsylvania
     James A. Byrne Federal Courthouse
     601 Market Street
     Philadelphia, PA 19106-1797

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Scott H. Angstreich, Esquire of KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C., hereby enters his appearance on behalf of the Estate of Ray Easterling and on behalf of Plaintiffs' Executive Committee in the above-captioned matter.  A request is hereby made that all notices given or required to be give in this case and all pleadings and other papers filed in this matter be directed to Mr. Angstreich at the following address:

Scott H. Angstreich, Esq.
KELLOGG, HUBER, HANSEN,
TODD, EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, NW
Suite 400
Washington, DC 20036
TEL (202) 326-7900
FAX (202) 326-7999
sangstreich@khhte.com

By: /s/ Scott H. Angstreich  
Scott H. Angstreich, Esq.  
KELLOGG, HUBER, HANSEN,  
TODD, EVANS & FIGEL, P.L.L.C.  
Sumner Square  
1615 M Street, NW, Suite 400  
Washington, DC  
*Attorney for the Estate of Ray Easterling*  
*and on behalf of the Plaintiffs' Executive Committee*

## CERTIFICATE OF SERVICE

I, Sol H. Weiss, Esquire, hereby certify that on this 2nd day of April, 2013, the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Pennsylvania. All counsel of record were properly served via the Court's CM/ECF system.

Dated: April 2, 2013

/s/ Sol H. Weiss
Sol H. Weiss, Esquire (I.D. 15925)
ANAPOL SCHWARTZ
1710 Spruce Street
Philadelphia, Pennsylvania 19103
(215) 735-1130 Telephone
*Attorneys for Plaintiffs – filing on behalf of Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC*