IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL NO. 2323<br>No. 12-MD-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and *Anderson, et al. v. NFL,* USDC EDPA, No. 2:12-cv-03124-AB<br><br>PATRICK WHITE | NOTICE OF WITHDRAWAL<br><br>IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION |

**WITHDRAWAL OF COUNSEL AND NOTICE OF DISMISSAL
OF SHORT FORM COMPLAINT OF PLAINTIFF PATRICK WHITE**

Plaintiff Patrick White files this Withdrawal of the Undersigned Counsel and Notice of Dismissal of his Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Undersigned counsel have been discharged by Mr. White.  Thus, pursuant to Ga. R.P.C. 1.16a.3. (and Rule 1.16a.3. of the corresponding Pennsylvania Rule of Professional Conduct), undersigned counsel are hereby withdrawing from representation of Mr. White.

The complaint of Patrick White was docketed in this Court on June 4, 2012 as part of *Anderson et al. v. NFL*, USDC, EDPA, No. 2:12-cv-03124-AB.  Consistent with the Court's Orders, Patrick White's Short-Form complaint was filed on July 12, 2012:  (a) as document number 1718 in the case captioned *In Re: National Football League Players' Concussion Injury*

*Litigation*, No. 2:12-MD-02323-AB, and (b) as document number 112 in *Anderson, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-03124-AB.

This Notice hereby withdraws Patrick White's Short-Form Complaint without prejudice, as filed in both dockets as referenced above.

Dated:  April 3, 2013.

        Respectfully submitted,

        */s/ Michael L. McGlamry*
        **Michael L. McGlamry**
        Georgia Bar No. 492515
        POPE, McGLAMRY, KILPATRICK,
        MORRISON & NORWOOD, P.C.
        3455 Peachtree Road, N.E., Suite 925
        P.O. Box 191625 (31119-1625)
        Atlanta, GA  30326-3243
        (404) 523-7706
        Fax (404) 524-1648
        efile@pmkm.com

        **Bruce A. Hagen**
        Georgia Bar No. 316678
        Bruce A. Hagen, P.C.
        119 N. McDonough Street
        Decatur, GA  30030
        (404) 522-7553
        Fax (404) 522-7744
        Bruce@hagen-law.com

## CERTIFICATE OF SERVICE

I certify that this WITHDRAWAL OF COUNSEL AND NOTICE OF DISMISSAL OF SHORT FORM COMPLAINT OF PLAINTIFF PATRICK WHITE was electronically filed through the CM/ECF system, which will send a notice of electronic filing to all counsel of record on this 3rd day of April, 2013.

/s/ Michael L. McGlamry
**Michael L. McGlamry**
Georgia Bar No. 492515
POPE, McGLAMRY, KILPATRICK,
MORRISON & NORWOOD, P.C.
3455 Peachtree Road, N.E., Suite 925
P.O. Box 191625 (31119-1625)
Atlanta, GA  30326-3243
(404) 523-7706
Fax (404) 524-1648
efile@pmkm.com