UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) <u>Garner v. National Football League [et al.]</u>, <br> <u>No. 2:12-04634 (E.D. Pa.)</u> <br><br> **OLRICK JOHNSON AND AMIRAH JOHNSON, his wife** | NOTICE OF WITHDRAWAL <br><br> IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION <br><br> JURY TRIAL DEMANDED |

## NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFFS OLRICK JOHNSON AND AMIRAH JOHNSON

Plaintiffs, **OLRICK JOHNSON and AMIRAH JOHNSON**, hereby withdraws their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of **OLRICK JOHNSON and AMIRAH JOHNSON** was filed on July 20, 2012 as part of *Garner, III v. NFL [et al.]*, USDC, EDPA, No. 2:12-04634. Consistent with the Court's Orders, **OLRICK JOHNSON and AMIRAH JOHNSON's** Short Form Complaints were filed on August 21, 2012; (a) as Docket Entry 3346 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No. 2:12-MD-02323-AB and (b) as Docket Entry 21 in *Garner, III v. NFL [et al.]*, USDC, EDPA, No. 2:12-04634. Both filings were served on the Defendants.

These Plaintiffs' Short Form Complaints were inadvertently double-filed. This Notice hereby withdraws only the Short Form Complaints filed as Docket Entry 3346 in the MDL docket (Case No. 2:12-MD-02323-AB) and as Docket Entry 21 in *Garner, III* (Case No. 2:12-04634. Plaintiffs' other Short Form Complaints are unaffected by this filing.

DATED this 4th day of April, 2013.

    Respectfully submitted,

    **PODHURST ORSECK, P.A.**
    25 West Flagler Street, Suite 800
    Miami, FL 33130
    Telephone: (305) 358-2800
    Fax: (305) 358-2382

By:   /s/ Steven C. Marks
    STEVEN C. MARKS
    Fla. Bar. No. 516414
    Email: smarks@podhurst.com

    /s/ Stephen F. Rosenthal
    STEPHEN F. ROSENTHAL
    Fla. Bar No. 0131458
    Email: srosenthal@podhurst.com

    /s/ Ricardo M. Martinez-Cid
    RICARDO M. MARTÍNEZ-CID
    Fla. Bar No. 383988
    Email: rmcid@podhurst.com

    *Attorneys for Plaintiff(s)*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>**THIS DOCUMENT RELATES TO:**<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) <u>*Garner v. National Football League [et al.]*</u>,<br><u>No. 2:12-04634 (E.D. Pa.)</u><br><br><u>**OLRICK JOHNSON AND AMIRAH JOHNSON, his wife**</u> | **NOTICE OF WITHDRAWAL**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 4th, 2013, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiff **OLRICK JOHNSON and AMIRAH JOHNSON** to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

By:   /s/ Steven C. Marks   _____
STEVEN C. MARKS
STEPHEN F. ROSENTHAL
RICARDO M. MARTÍNEZ-CID
**PODHURST ORSECK, P.A.**
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800
Fax: (305) 358-2382