# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>**THIS DOCUMENT RELATES TO:**<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) <u>*Jones v. National Football League [et al.]*, No. 2:12-1027 (E.D. Pa.)</u><br><br>**LEONARD "BUBBA" MCDOWELL** | **NOTICE OF WITHDRAWAL**<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF LEONARD "BUBBA" MCDOWELL

Plaintiff, **LEONARD "BUBBA" MCDOWELL**, hereby withdraws his Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of **LEONARD "BUBBA" MCDOWELL** was filed on February 28, 2012 as part of *Jones v. NFL [et al.]*, USDC, EDPA, No. 2:12-1027. Consistent with the Court's Orders, **LEONARD "BUBBA" MCDOWELL's** Short Form Complaints were filed on July 16, 2012; (a) as Docket Entry 2580 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No. 2:12-MD-02323-AB and (b) as Docket Entry 137 in *Jones v. NFL [et al.]*, USDC, EDPA, No. 2:12-1027; and, on July 13, 2012. Both filings were served on the Defendants.

These Plaintiff's Short Form Complaints were inadvertently double-filed. This Notice hereby withdraws only those Short Form Complaints filed as Docket Entry 2580 in the MDL docket (Case No. 2:12-MD-02323-AB) and as Docket Entry 137 in *Jones* (Case No. 2:12-1027). Plaintiff's other Short Form Complaint is unaffected by this filing.

DATED this 4th day of April, 2013.

        Respectfully submitted,

        **PODHURST ORSECK, P.A.**
        25 West Flagler Street, Suite 800
        Miami, FL 33130
        Telephone: (305) 358-2800
        Fax: (305) 358-2382

By:   /s/ Steven C. Marks
      STEVEN C. MARKS
      Fla. Bar. No. 516414
      Email: smarks@podhurst.com

      /s/ Stephen F. Rosenthal
      STEPHEN F. ROSENTHAL
      Fla. Bar No. 0131458
      Email: srosenthal@podhurst.com

      /s/ Ricardo M. Martinez-Cid
      RICARDO M. MARTÍNEZ-CID
      Fla. Bar No. 383988
      Email: rmcid@podhurst.com

      *Attorneys for Plaintiff(s)*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─<br>**THIS DOCUMENT RELATES TO:**<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) *Jones  v. National Football League [et al.]*, **No. 2:12-1027 (E.D. Pa.)**<br><br>**LEONARD "BUBBA" MCDOWELL** | **NOTICE OF WITHDRAWAL**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 4th, 2013, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiff **LEONARD "BUBBA" MCDOWELL** to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

By:  /s/ Steven C. Marks
STEVEN C. MARKS
STEPHEN F. ROSENTHAL
RICARDO M. MARTÍNEZ-CID
**PODHURST ORSECK, P.A.**
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800
Fax: (305) 358-2382