UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO<br><br>Plaintiffs' Amended Master Administrative Long-Form Complaint and the Applicable Associated Short-Form Complaints | : : : : : : : | |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO RIDDELL DEFENDANTS' MOTION TO DISMISS BASED ON LMRA § 301 PREEMPTION**

Plaintiffs hereby provide notice to the Court and all parties that Plaintiffs shall rely upon the following recently decided case, in addition to those cited in Plaintiffs' Opposition to the Riddell Defendants' Motion to Dismiss Based on LMRA § 301 Preemption (ECF No. 4133), at the April 9, 2013 Oral Argument: *Stanley v. Cottrell, Inc.*, No. 10-cv-1505, 2013 WL 466262 (E.D. Mo. Feb. 7, 2013).

The court in *Stanley v. Cottrell, Inc.* issued its opinion on February 7, 2013, following the filing of Plaintiffs' Opposition to the Riddell Defendants' Motion to Dismiss Based on LMRA § 301 Preemption on October 31, 2012. A true and correct copy of the aforementioned decision is attached hereto as Exhibit A.

Dated: April 8, 2013                                             Respectfully submitted,

*/s/ Christopher Seeger*                                         */s/ Sol Weiss*
Christopher Seeger                                               Sol Weiss
**SEEGER WEISS LLP**                                             **ANAPOL SCHWARTZ**
77 Water Street                                                  1710 Spruce Street
New York, NY 10005                                               Philadelphia, PA 19103
Phone: (212) 584-0700                                            Phone: (215) 735-1130
Fax: (212) 584-0799                                              Fax: (215) 735-2024
cseeger@seegerweiss.com                                          sweiss@anapolschwartz.com

*Plaintiffs' Co-Lead Counsel*

David Buchanan                                                   Larry E. Coben
**SEEGER WEISS LLP**                                             **ANAPOL SCHWARTZ**
77 Water Street                                                  1710 Spruce Street
New York, NY 10005                                               Philadelphia, PA 19103
Phone: (212) 584-0700                                            Phone: (215) 735-1130
Fax: (212) 584-0799                                              Fax: (215) 735-2024
dbuchanan@seegerweiss.com                                        lcoben@anapolschwartz.com

Thomas V. Girardi                                                Michael D. Hausfeld
Graham B. LippSmith                                              Richard S. Lewis
**GIRARDI KEESE**                                                **HAUSFELD LLP**
1126 Wilshire Blvd                                               1700 K Street, N.W., Suite 650
Los Angeles, CA 90017                                            Washington, D.C. 20006
Phone: (213) 977-0211                                            Phone: (202) 540-7200
Fax: (213) 481-1554                                              Fax: (202) 540-7201
tgirardi@girardikeese.com                                        mhausfeld@hausfeldllp.com
glippsmith@girardikeese.com                                      rlewis@hausfeldllp.com

Gene Locks
David D. Langfitt                                                Steven C. Marks
**LOCKS LAW FIRM**                                               Ricardo M. Martinez-Cid
The Curtis Center                                                **PODHURST ORSECK P.A.**
Suite 720 East                                                   City National Bank Building
601 Walnut Street                                                25 W. Flagler Street, Suite 800
Philadelphia, PA 19106                                           Miami, FL 33130-1780
Phone: (215) 893-3434                                            Phone: (305) 358-2800
Fax: (215) 893-3444                                              Fax: (305) 358-2382
glocks@lockslaw.com                                              rmartinez-cid@podhurst.com
dlangfitt@lockslaw.com                                           smarks@podhurst.com

*Plaintiffs' Executive Committee*

James R. Dugan, II
**THE DUGAN LAW FIRM**
One Canal Place, Suite 1000
365 Canal Street
New Orleans, LA 70130
Phone: (504) 648-0180
Fax: (504) 648-0181
jdugan@dugan-lawfirm.com

Arnold Levin
**LEVIN FISHBEIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

Dianne M. Nast
**NAST LAW LLC**
1101 Market Street, Suite 2801
 Philadelphia, Pennsylvania 19107
Phone: (215) 923-9300
Fax: (215) 923-9302
dnast@nastlaw.com

Charles S. Zimmerman
**ZIMMERMAN REED PLLP**
1100 IDS Center,
80 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 341-0400
Fax: (612) 341-0844
charles.zimmerman@zimmreed.com

David S. Casey, Jr.
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP**
110 Laurel Street
San Diego, CA  92101-1486
Phone: (619) 238-1811
Fax: (619) 544-9232
dcasey@cglaw.com

Anthony Tarricone
**KREINDLER & KREINDLER LLP**
277 Dartmouth Street
Boston, MA 02116
Phone: (617) 424-9100
Fax: (617) 424-9120
atarricone@kreindler.com

Michael L. McGlamry
**POPE, MCGLAMRY, KILPATRICK MORRISON & NORWOOD, P.C.**
3455 Peachtree Road, NE, Suite 925
Atlanta, GA 30326-3243
Phone: (404) 523-7706
Fax: (404) 524-1648
efile@pmkm.com

David A. Rosen
**ROSE, KLEIN & MARIAS LLP**
801 South Grand Avenue, 11th Floor
Los Angeles, CA 90017-4645
Phone: (213) 626-0571
Fax: (213) 623-7755
d.rosen@rkmlaw.net

Derriel McCorvey
**THE LAW OFFICE OF DERRIEL C. MCCORVEY**
1115 W. Main Street, Suite 14
Lafayette, LA 70501
Phone: (337) 291-2431
Fax: (337) 291-2433
derriel@mccorveylaw.com

*Plaintiffs' Steering Committee*

Jeannine Kenney
**HAUSFELD LLP**
1604 Locust Street
Second Floor
Philadelphia, Pennsylvania 19103
Phone:  (215) 985-3270
Fax:  (215) 985-3271
jkenney@hausfeldllp.com

*Plaintiffs' Liaison Counsel*