AB

(4742)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_Rosalind Burton-Hoop_
Court Reporter

James F.G. Scheidt
Deputy Clerk

IN RE: NATIONAL FOOTBALL LEAGUE      :
    PLAYERS' CONCUSSION INJURY
    LITIGATION

Martin Buchanan, Esq.; David Frederick, Esq.; Christopher A. Seeger, Esq.; Sol Weiss, Esq.; Scott Angstreich, Esq.; Jushua Branson, Esq.

                    :      __MDL__ NO. __2012-2323__ —file

                    :      Paul Cereghini, Esq.; Paul Clement, Esq.; Robert Heim, Esq.; Thomas Merrigan, Esq.; Thomas Wagner, Esq.; Beth Wilkinson, Esq.; Robert Wise, Esq.

                    :

### MINUTE SHEET

FILED

BEFORE JUDGE Hon. Anita B. Brody   DATE 04-09-2013   TIME 10:00 A.M.

APR 12 2013

### ORAL ARGUMENTS HEARING

MICHAEL E. KUNZ, Clerk
By TJD
          Dep. Clerk

### PROCEEDING

Counsel present at tables introduce themselves to the Court as stated on the record.
Argued sur; defendants' motions, **docket entry #3589 & #3590 in MDL 2012-2323**, to dismiss for failure to state a claim ---->>>**C.A.V.**
Argued sur; defendants' motion, **docket entry #3593 in MDL 2012-2323**, to sever --->>>**C.A.V.**

Court adjourned at 11:34 A.M.   To reconvene___

IN CRIMINAL PROCEEDINGS, EXCLUDABLE DELAY CODES MUST BE INSERTED BELOW IF APPLICABLE, WITH THE EXPLICIT REASON FOR SUCH DELAY STATED HEREON.
   SPEEDY TRIAL ACT DELAY CODE( )      [ ] The Court deems this case "UNTRIABLE"

**TOTAL TIME IN COURT : 1 Hr. & 21 mins.**
rev. 5/2003