UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ( ( ( | MDL No. 2323 |
| _____ | ( ( | |
| **This relates to:** | ( ( | NOTICE OF WITHDRAWAL |
| **Plaintiffs' Master Administrative Long Form Complaint and *Jacob Bell, et al. vs. National Football League*, USDC, EDPA, Docket No. 12-cv-6117-AB** | ( ( ( ( ( | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LTIGATION |
| **JASON WRIGHT, Plaintiff** | ( ( ( | JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT
### ON BEHALF OF PLAINTIFF, JASON WRIGHT

Plaintiff, Jason Wright, hereby withdrawals his Short Form Complaint in this litigation without prejudice, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i).

The original complaint filed for Jason Wright was filed on October 26, 2012 as part of *Jacob Bell, et al. vs. National Football League*, USDC, EDPA, Docket No. 12-cv-6117-AB. Consistent with the Court's Orders, Jason Wright's Short Form Complaint was filed: (a) on November 21, 2012 as Document No. 4159 under the MDL Docket No. 2323 (In Re: National Football League Players' Concussion Injury Litigation) and (b) on November 21, 2012 as Document No. 5 under Docket No. 12-cv-6117-AB (*Jacob Bell, et al. vs. National Football League*, USDC, EDPA, Docket No. 12-cv-6117-AB). Service was waived by Defendant on November 29, 2012 in the *Bell* case.

This Notice hereby withdrawals Jason Wright's Short Form Complaint as filed under both dockets referenced herein.

/s/ Julie P. Thompson
Larry E. Coben, Esquire (I.D. 17523)
Sol H. Weiss, Esquire (I.D. 15925)
Julie P. Thompson, Esquire (I.D. 91418)
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, Pennsylvania 19103
(215) 735-1130 Telephone
*Attorneys for Plaintiffs*