UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and<br><br>Seau, et al. v. National Football League et al., No. 13-cv-01531-AB | SHORT FORM COMPLAINT<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br><br>JURY TRIAL DEMANDED |

**SHORT FORM COMPLAINT**

**1.** Plaintiffs Tyler Seau, Sydney Seau, Gina Seau as guardian ad litem for J███ Seau, a minor, and H███ Seau, a minor, and Bette Hoffman, as trustee of the Tiaina B. Seau, Jr. 2002 Trust bring this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

**2.** Plaintiffs are filing this short form complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

**3.** Plaintiffs incorporate by reference the allegations (as designated below) of the Master Administrative Long-Form Complaint, as may be amended, as if fully set forth at length in this Short Form Complaint.

**4.** Plaintiff Gina Seau is filing this case in a representative capacity as the guardian ad litem of J███ Seau, a minor, and H███ Seau, a minor, having been duly appointed as a guardian ad litem by the Superior Court of California, County of San Diego. Plaintiff Bette Hoffman is filing this case in a representative capacity as the trustee of the Tiaina B. Seau, Jr.

1.

2002 Trust. Copies of the orders appointing Gina Seau as guardian ad litem of J███ Seau and H███ Seau, as well as the Declaration of Bette Hoffman In Support of the Complaint Commencing the Survival Action pursuant to California Code of Civil Procedure § 377.32 are annexed hereto.

5. Plaintiffs Tyler Seau, Sydney Seau, Gina Seau as guardian ad litem for J███ Seau, a minor, and H███ Seau, a minor, and Bette Hoffman, as trustee of the Tiaina B. Seau, Jr. 2002 Trust, are residents and citizens of San Diego County, California and claim damages as set forth below.

6. Not Applicable.

7. On information and belief, the Plaintiffs' decedent Junior Seau sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices. On information and belief, decedent suffered from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the decedent sustained during NFL games and/or practices. On information and belief, the decedent's symptoms arose from injuries that were latent and developed over time.

8. The original complaint by Plaintiffs in this matter was filed in the Superior Court of California, County of San Diego. If the case is remanded, it should be remanded to the Superior Court of California, County of San Diego.

9. Plaintiffs claim damages as a result of [check all that apply]:

    ____ Injury to Herself/Himself
    _x_ Injury to the Person Represented
    _x_ Wrongful Death
    _x_ Survivorship Action
    _x_ Economic Loss
    _x_ Loss of Services
    _x_ Loss of Consortium

10. Not applicable.

11. Plaintiffs reserve the right to object to federal jurisdiction.

**DEFENDANTS**

12. Plaintiffs bring this case against the following Defendants in this action:

    __x__   National Football League

    __x__   NFL Properties, LLC

    __x__   Riddell, Inc.

    __x__   All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

    __x__   Riddell Sports Group, Inc.

    __x__   Easton-Bell Sports, Inc.

    __x__   Easton-Bell Sports, LLC

    __x__   EB Sports Corporation

    __x__   RBG Holdings Corporation

13. As to each of the Riddell Defendants referenced above, the claims asserted are design defect and informational defect.

14. Decedent Junior Seau wore one or more helmets designed and/or manufactured by the Riddell Defendants during one or more years decedent played in the NFL.

15. Decedent Junior Seau played in the National Football League ("NFL") during 1990-2009 for the following teams: the San Diego Chargers (1990-2002), the Miami Dolphins (2003-2005), and the New England Patriots (2006-2009).

**CAUSES OF ACTION**

16. Plaintiffs herein adopts by reference the following Counts of the Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts:

        __x__   Count I (Action for Declaratory Relief – Liability (Against the NFL))

        ____   Count II (Medical Monitoring (Against the NFL))

        __x__   Count III (Wrongful Death and Survival Actions (Against the NFL))

        __x__   Count IV (Fraudulent Concealment (Against the NFL))

    __x__  Count V (Fraud (Against the NFL))

    __x__  Count VI (Negligent Misrepresentation (Against the NFL))

    ____  Count VII (Negligence Pre-1968 (Against the NFL))

    __x__  Count VIII (Negligence Post-1968 (Against the NFL))

    __x__  Count IX (Negligence 1987-1993 (Against the NFL))

    __x__  Count X (Negligence Post-1994 (Against the NFL))

    ____  Count XI (Loss of Consortium (Against the NFL and Riddell Defendants))

    __x__  Count XII (Negligent Hiring (Against the NFL))

    __x__  Count XIII (Negligent Retention (Against the NFL))

    ____  Count XIV (Strict Liability for Design Defect (Against the Riddell Defendants))

    ____  Count XV (Strict Liability for Manufacturing Defect (Against the Riddell Defendants))

    ____  Count XVI (Failure to Warn (Against the Riddell Defendants))

    ____  Count XVII (Negligence (Against the Riddell Defendants))

    ____  Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against All Defendants))

**17.**    Plaintiff asserts the following additional causes of action:

    __x__  Wrongful Death (Against the NFL Properties)

    __x__  Wrongful Death (Against the Riddell Defendants, based on Strict Liability for Design Defect, Failure to Warn and Negligence)

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment as follows:

A.  An award of compensatory damages, the amount of which will be determined at trial;

B.  For punitive and exemplary damages as applicable;

C.  For an award of attorneys' fees and costs;

D.  An award of prejudgment interest and costs of suit; and

E.  An award of such other and further relief as the Court deems just and proper.

## JURY DEMANDED

Pursuant to Federal Rule of Civil Procedure 38, Plaintiffs hereby demand a trial by jury.

Dated: April 15, 2013          RESPECTFULLY SUBMITTED:


 s/ Steven M. Strauss
Steven M. Strauss

COOLEY LLP
STEVEN M. STRAUSS (SBN 99153)
(SMS@COOLEY.COM)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:  (858) 550-6000
Facsimile:   (858) 550-6420

CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP
DAVID S. CASEY, JR. (SBN 060768)
(dcasey@cglaw.com)
FREDERICK SCHENK (SBN 086392)
(fschenk@cglaw.com)
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

*Attorneys for Plaintiffs*

828996/SD

```
 1  COOLEY LLP
    STEVEN M. STRAUSS (99153) (SMS@COOLEY.COM)
 2  4401 Eastgate Mall San Diego, CA 92121-1909
    Telephone:  (858) 550-6000
 3  Facsimile:  (858) 550-6420

 4  CASEY GERRY SCHENK FRANCAVILLA BLATT &
    PENFIELD, LLP
 5  DAVID S. CASEY, JR. (060768) (dcasey@cglaw.com)
    FREDERICK SCHENK (086392) (fschenk@cglaw.com)
 6  110 Laurel Street
    San Diego, CA 92101
 7  Telephone: (619) 238-1811
    Facsimile: (619) 544-9232
 8
    Attorneys for Plaintiffs
 9
```

SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF SAN DIEGO

CENTRAL DIVISION

| | |
|---|---|
| TYLER SEAU, an individual; SYDNEY SEAU, an individual; J▮▮ SEAU, a minor, and H▮▮▮ SEAU, a minor, by and through their Guardian ad Litem Gina Seau; and BETTE HOFFMAN as trustee of the Tiaina B. Seau, Jr. 2002 Trust.<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE; NFL PROPERTIES LLC; RIDDELL, INC.; ALL AMERICAN SPORTS CORP.; RIDDELL SPORTS GROUP, INC.; EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC; EB SPORTS CORP.; AND RBG HOLDINGS CORP.<br><br>Defendants. | Case No.<br><br>Declaration of Bette Hoffman In Support of Complaint Commencing Survival Action by Bette Hoffman on Behalf of the TIAINA B. SEAU, JR., 2002 TRUST |

I, Bette Hoffman, hereby declare as follows:

1. I am a plaintiff in the above entitled action. I have personal knowledge of the facts set forth below, and if called as a witness to testify, I could and would competently testify thereto.

2. The decedent, Tiaina B. Seau, Jr., died on May 2, 2012 in San Diego County, California. A true and correct copy of his death certificate is attached.

3. No proceeding is now pending in California for the administration of the decedent's estate.

4. I am the presently serving sole trustee of the TIAINA B. SEAU, JR., 2002 TRUST, also known as the TIAINA B. SEAU TRUST, dated October 18, 2002. The trust is in full force and effect.

5. As sole trustee, I am authorized to commence litigation with respect any property of the trust. Therefore, I am authorized to act on behalf of the decedent's successors in interest (as defined in Section 377.11 of the California Code of Civil Procedure) with respect to the decedent's interest in the action or proceeding.

6. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 18, 2012 at San Diego, California.

/s/ Bette Hoffman
Bette Hoffman

779963/SD

Cooley LLP
Attorneys At Law
San Diego

2.

DECL. OF BETTE HOFFMAN I/S/O COMPLAINT

CIV-010

| ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Cooley LLP       Casey Gerry Schenk Francavilla Blatt & Penfield<br>Steven M. Strauss (99153)    David Casey (060768)<br>4401 Eastgate Mall         110 Laurel Street<br>San Diego CA 92121      San Diego CA 92101<br>TELEPHONE NO.: 858550-6000    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name):  TYLER SEAU, et al. | F I L E D<br>Clerk of the Superior Court<br><br>JAN 2 2 2013<br><br>By: K. HILL, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego 92101
BRANCH NAME: Central

PLAINTIFF/PETITIONER: TYLER SEAU et al.

DEFENDANT/RESPONDENT: NATIONAL FOOTBALL LEAGUE, et al.

| APPLICATION AND ORDER FOR APPOINTMENT<br>OF GUARDIAN AD LITEM—CIVIL<br>[✓] EX PARTE | CASE NUMBER:<br>37-2013-00031265-CU-PO-CTL |
|---|---|

Via fax

NOTE: This form is for use in civil proceedings in which a party is a minor, an incapacitated person, or a person for whom a conservator has been appointed. A party who seeks the appointment of a guardian ad litem in a family law or juvenile proceeding should use form FL-935. A party who seeks the appointment of a guardian ad litem in a probate proceeding should use form DE-350/GC-100. An individual cannot act as a guardian ad litem unless he or she is represented by an attorney or is an attorney.

1. Applicant (name): Gina Seau                                                          is
   a. [✓] the parent of (name): H███ Seau
   b. [ ] the guardian of (name):
   c. [ ] the conservator of (name):
   d. [ ] a party to the suit.
   e. [ ] the minor to be represented (if the minor is 14 years of age or older).
   f. [ ] another interested person (specify capacity):

2. This application seeks the appointment of the following person as guardian ad litem (state name, address, and telephone number):
   Gina Seau
   ███████████████
   San Diego, CA 92130

3. The guardian ad litem is to represent the interests of the following person (state name, address, and telephone number):
   H███ Seau
   ███████████████
   San Diego, CA 92130

4. The person to be represented is:
   a. [✓] a minor (date of birth): ██/00
   b. [ ] an incompetent person.
   c. [ ] a person for whom a conservator has been appointed.

5. The court should appoint a guardian ad litem because:
   a. [✓] the person named in item 3 has a cause or causes of action on which suit should be brought (describe):
       H███ Seau is a minor and requires the appointment of a Guardian ad Litem to commence and litigate a wrongful death case relating to his father's death.

[ ] Continued on Attachment 5a.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-010 [Rev. January 1, 2008]

APPLICATION AND ORDER FOR APPOINTMENT
OF GUARDIAN AD LITEM—CIVIL

Code of Civil Procedure,
§ 372 et seq.

CIV-010

| PLAINTIFF/PETITIONER: TYLER SEAU et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: NATIONAL FOOTBALL LEAGUE, et al. | 37-2013-00031265-CU-PO-CTL |

5. b. ☐ more than 10 days have elapsed since the summons in the above-entitled matter was served on the person named in item 3, and no application for the appointment of a guardian ad litem has been made by the person identified in item 3 or any other person.

c. ☑ the person named in item 3 has no guardian or conservator of his or her estate.

d. ☑ the appointment of a guardian ad litem is necessary for the following reasons *(specify):*

H▇ Seau is a minor and requires the appointment of a Guardian ad Litem to commence and litigate a wrongful death case relating to his father's death.

☐ Continued on Attachment 5d.

6. The proposed guardian ad litem's relationship to the person he or she will be representing is:
   a. ☑ related *(state relationship):* Mother
   b. ☐ not related *(specify capacity):*

7. The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the person he or she will represent and has no interests adverse to the interests of that person. *(If there are any issues of competency or qualification or any possible adverse interests, describe and explain why the proposed guardian should nevertheless be appointed):*

☐ Continued on Attachment 7.

Steven M. Strauss
(TYPE OR PRINT NAME)                                              (SIGNATURE OF ATTORNEY)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1-22-13

Gina Seau
(TYPE OR PRINT NAME)                                              (SIGNATURE OF APPLICANT)

**CONSENT TO ACT AS GUARDIAN AD LITEM**

I consent to the appointment as guardian ad litem under the above petition.
Date: 1-22-13

Gina Seau
(TYPE OR PRINT NAME)                                              (SIGNATURE OF PROPOSED GUARDIAN AD LITEM)

**ORDER** ☐ **EX PARTE**

THE COURT FINDS that it is reasonable and necessary to appoint a guardian ad litem for the person named in item 3 of the application, as requested.

THE COURT ORDERS that *(name):* Gina Seau ▇
is hereby appointed as the guardian ad litem for *(name):* H▇ Seau
for the reasons set forth in item 5 of the application.
Date:

**JAN 2 2 2013**

ROBERT J. TRENTACOSTA
JUDICIAL OFFICER
☐ SIGNATURE FOLLOWS LAST ATTACHMENT

CIV-010 [Rev. January 1, 2008]     **APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM—CIVIL**     Page 2 of 2

CIV-010

| ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Cooley LLP    Casey Gerry Schenk Francavilla Blatt & Penfield<br>Steven M. Strauss (99153)   David Casey (060768)<br>4401 Eastgate Mall    110 Laurel Street<br>San Diego CA 92121   San Diego CA 92101<br>TELEPHONE NO.: 858550-6000   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): TYLER SEAU, et al. | JAN 25 '13 AT 11:36<br><br>F I L E D<br>Clerk of the Superior Court<br><br>JAN 25 2013 |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego<br>STREET ADDRESS: 330 West Broadway<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Diego 92101<br>BRANCH NAME: Central | |
| PLAINTIFF/PETITIONER: TYLER SEAU et al.<br>DEFENDANT/RESPONDENT: NATIONAL FOOTBALL LEAGUE, et al. | |
| APPLICATION AND ORDER FOR APPOINTMENT<br>OF GUARDIAN AD LITEM—CIVIL<br>[✓] EX PARTE | CASE NUMBER:<br>37-2013-00031265-CU-PO-CTL |

NOTE: This form is for use in civil proceedings in which a party is a minor, an incapacitated person, or a person for whom a conservator has been appointed. A party who seeks the appointment of a guardian ad litem in a family law or juvenile proceeding should use form FL-935. A party who seeks the appointment of a guardian ad litem in a probate proceeding should use form DE-350/GC-100. An individual cannot act as a guardian ad litem unless he or she is represented by an attorney or is an attorney.

1. Applicant (name): Gina Seau   is
    a. [✓] the parent of (name): J___ Seau
    b. [ ] the guardian of (name):
    c. [ ] the conservator of (name):
    d. [ ] a party to the suit.
    e. [ ] the minor to be represented (if the minor is 14 years of age or older).
    f. [ ] another interested person (specify capacity):

2. This application seeks the appointment of the following person as guardian ad litem (state name, address, and telephone number):
   Gina Seau
   ▮▮▮▮▮▮▮▮
   San Diego, CA 92130

3. The guardian ad litem is to represent the interests of the following person (state name, address, and telephone number):
   J___ Seau
   ▮▮▮▮▮▮▮▮
   San Diego, CA 92130

4. The person to be represented is:
    a. [✓] a minor (date of birth): __/95
    b. [ ] an incompetent person.
    c. [ ] a person for whom a conservator has been appointed.

5. The court should appoint a guardian ad litem because:
    a. [✓] the person named in item 3 has a cause or causes of action on which suit should be brought (describe):
       J___ Seau is a minor and requires the appointment of a Guardian ad Litem to commence and litigate a wrongful death case relating to his father's death.

[ ] Continued on Attachment 5a.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-010 [Rev. January 1, 2008]

APPLICATION AND ORDER FOR APPOINTMENT
OF GUARDIAN AD LITEM—CIVIL

Code of Civil Procedure,
§ 372 et seq.

CIV-010

| | |
|---|---|
| PLAINTIFF/PETITIONER: TYLER SEAU et al. | CASE NUMBER: |
| DEFENDANT/RESPONDENT: NATIONAL FOOTBALL LEAGUE, et al. | 37-2013-00031265 cu roc⊠ |

5. b. ☐ more than 10 days have elapsed since the summons in the above-entitled matter was served on the person named in item 3, and no application for the appointment of a guardian ad litem has been made by the person identified in item 3 or any other person.

  c. ☑ the person named in item 3 has no guardian or conservator of his or her estate.

  d. ☑ the appointment of a guardian ad litem is necessary for the following reasons (specify):

   J▬ Seau is a minor and requires the appointment of a Guardian ad Litem to commence and litigate a wrongful death case relating to his father's death.

  ☐ Continued on Attachment 5d.

6. The proposed guardian ad litem's relationship to the person he or she will be representing is:
  a. ☑ related (state relationship): Mother
  b. ☐ not related (specify capacity):

7. The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the person he or she will represent and has no interests adverse to the interests of that person. (If there are any issues of competency or qualification or any possible adverse interests, describe and explain why the proposed guardian should nevertheless be appointed):

☐ Continued on Attachment 7.

Steven M. Strauss  1-24-2013   ▶ /s/ Steven M. Strauss
(TYPE OR PRINT NAME)              (SIGNATURE OF ATTORNEY)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:

J▬ Seau  1/24/2013   ▶ /s/ J▬ ▬oeu▬
(TYPE OR PRINT NAME)              (SIGNATURE OF APPLICANT)

**CONSENT TO ACT AS GUARDIAN AD LITEM**

I consent to the appointment as guardian ad litem under the above petition.
Date: 1/24/2013

Gina Seau   ▶ /s/ Gina Seau
(TYPE OR PRINT NAME)              (SIGNATURE OF PROPOSED GUARDIAN AD LITEM)

**ORDER** ☐ **EX PARTE**

THE COURT FINDS that it is reasonable and necessary to appoint a guardian ad litem for the person named in item 3 of the application, as requested.

THE COURT ORDERS that (name): J▬ Seau
is hereby appointed as the guardian ad litem for (name): Gina Seau
for the reasons set forth in item 5 of the application.

Date: JAN 28 2013

ROBERT J. TRENTACOSTA
JUDICIAL OFFICER
☐ SIGNATURE FOLLOWS LAST ATTACHMENT

CIV-010 [Rev. January 1, 2008]  APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM—CIVIL  Page 2 of 2