UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ( ( ( ( | MDL No. 2323 |
| _____ | ( ( | |
| **This relates to:** | ( ( | **NOTICE OF WITHDRAWAL** |
| **Plaintiffs' Master Administrative Long Form Complaint and *Victor Adeyanju, et al. vs. National Football League*, USDC, EDPA, Docket No. 12-cv-4018-AB** | ( ( ( ( ( | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LTIGATION** |
| **VICTOR ADEYANJU, Plaintiff** | ( ( ( | **JURY TRIAL DEMANDED** |

**NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT
ON BEHALF OF PLAINTIFF, VICTOR ADEYANJU**

Plaintiff, Victor Adeyanju, hereby withdrawals his Short Form Complaint in this litigation without prejudice, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i).

The original complaint filed for Victor Adeyanju was filed on July 16, 2012 as part of *Victor Adeyanju, et al. vs. National Football League*, USDC, EDPA, Docket No. 12-cv-4018-AB. Consistent with the Court's Orders, Victor Adeyanju's Short Form Complaint was filed: (a) on August 10, 2012 as Document No. 3099 under the MDL Docket No. 2323 (In Re: National Football League Players' Concussion Injury Litigation) and (b) on August 10, 2012 as Document No. 4 under Docket No. 12-cv-4018-AB (*Victor Adeyanju, et al. vs. National Football League*, USDC, EDPA, Docket No. 12-cv-4018-AB). Service was waived by Defendant on July 20, 2012 in the *Adeyanju* case.

This Notice hereby withdrawals Victor Adeyanju's Short Form Complaint as filed under both dockets referenced herein.

/s/ Julie P. Thompson
Larry E. Coben, Esquire (I.D. 17523)
Sol H. Weiss, Esquire (I.D. 15925)
Julie P. Thompson, Esquire (I.D. 91418)
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, Pennsylvania 19103
(215) 735-1130 Telephone
*Attorneys for Plaintiffs*