## CERTIFICATE OF SERVICE

I, Julie P. Thompson, Esquire, hereby certify that on this 16th day of April, 2013, the foregoing was filed with the Clerk of the United States District Court for the Eastern District of Pennsylvania.  I hereby certify that all counsel of record were provided with notice of this filing pursuant to the Court's electronic filing system.


Dated: April 16, 2013

/s/ Julie P. Thompson
Julie P. Thompson (I.D. 91418)
ANAPOL SCHWARTZ
1710 Spruce Street
Philadelphia, Pennsylvania 19103
(215) 735-1130 Telephone
*Attorneys for Plaintiffs*