# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAHIM AND DENISE ABDULLAH, THORNTON AND KAREN CHANDLER, ERVIN FARRIS, KELVIN KINNEY, WESLEY LYONS, TONY MCCOMBS, RICKY AND JAN MOORE, DARRYL AND MONICA OLIVER, HENRY AND CAPRICE PHILLIPS, DOMINIQUE ROSS, BENJAMIN AND LESLIE RUDOLPH, TRACY AND TWANDA SANDERS, FERNANDO SMITH, JEWERL THOMAS, GODFREY AND SHARON TURNER, RONALD WAYNE WALKER, and KENNETH WALTER,<br><br>    Plaintiffs,<br><br>    -against-<br><br>NATIONAL FOOTBALL LEAGUE, INC. and NFL PROPERTIES, LLC as successor in interest to NATIONAL FOOTBALL LEAGUE PROPERTIES, INC.,<br><br>    Defendants. | **CIVIL ACTION NO.   12-CV-06774-AB**<br><br>**MOTION FOR LEAVE TO AMEND CIVIL ACTION COMPLAINT FOR DECLARATORY RELIEF, MEDICAL MONITORING, INJUNCTIVE RELIEF AND  DAMAGES**<br><br>**JURY TRIAL DEMAND FOR ALL CLAIMS TRIABLE BY A JURY** |

1092846.1

For the reasons set forth in the Brief in Support of this Motion, pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs respectfully request leave to amend their Complaint, filed in the Southern District of New York on November 5, 2012, and transferred to this Court on December 5, 2012.  The proposed Amended Complaint is attached hereto as Exhibit A.  Specifically, Plaintiffs seek to amend their Complaint to add Riddell, Inc. (d/b/a/ Riddell Sports Group, Inc.), All American Sports Corporation (d/b/a Riddell\All American), Riddell Sports Group, Inc., Easton-Bell Sports, LLC, and Easton-Bell Sports, Inc., as defendants in this matter and formally withdraw the Complaint on behalf of Plaintiff Patrick White.   Plaintiffs request that the attached Amended Complaint be deemed so filed.

A proposed Order is filed herewith.

Dated: April 19, 2013

Respectfully submitted,

By: _____
Wendy R. Fleishman, Bar No. WF 3017
LIEFF CABRASER HEIMMAN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  (212) 355-9500
Facsimile: (212) 355-9592

Elizabeth A. Alexander
LIEFF CABRASER HEIMMAN &
BERNSTEIN, LLP
One Nashville Place
Nashville, TN  37219-2423
Telephone: (615) 313-9000
Facsimile:  (615) 313-9965

- 1 -

1092846.1

Elizabeth J. Cabraser
LIEFF CABRASER HEIMMAN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone: (415) 956-1000
Facsimile:   (415) 956-1008

*Attorneys for Plaintiffs*

- 2 -

1092846.1