## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAHIM AND DENISE ABDULLAH,
THORNTON AND KAREN CHANDLER,
ERVIN FARRIS, KELVIN KINNEY,
WESLEY LYONS, TONY MCCOMBS,
RICKY AND JAN MOORE, DARRYL
AND MONICA OLIVER, HENRY AND
CAPRICE PHILLIPS, DOMINIQUE ROSS,
BENJAMIN AND LESLIE RUDOLPH,
TRACY AND TWANDA SANDERS,
FERNANDO SMITH, JEWERL THOMAS,
GODFREY AND SHARON TURNER,
RONALD WAYNE WALKER, and
KENNETH WALTER,

                Plaintiffs,

                -against-

NATIONAL FOOTBALL LEAGUE, INC.
and NFL PROPERTIES, LLC as successor
in interest to NATIONAL FOOTBALL
LEAGUE PROPERTIES, INC.,

                Defendants.

**CIVIL ACTION NO.   12-CV-06774-AB**

**[PROPOSED] ORDER**

Plaintiffs' Motion to Amend, filed April 18, 2013, is hereby GRANTED.  Plaintiffs shall be permitted to amend their Complaint to add Riddell, Inc. (d/b/a/ Riddell Sports Group, Inc.), All American Sports Corporation (d/b/a Riddell\All American), Riddell Sports Group, Inc., Easton-Bell Sports, LLC, and Easton-Bell Sports, Inc., as defendants in this matter.   The Amended Complaint attached to Plaintiffs' Motion to Amend shall be deemed filed.

IT IS SO ORDERED.

_____
HONORABLE ANITA B. BRODY