UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAHIM AND DENISE ABDULLAH, THORNTON AND KAREN CHANDLER, ERVIN FARRIS, KELVIN KINNEY, WESLEY LYONS, TONY MCCOMBS, RICKY AND JAN MOORE, DARRYL AND MONICA OLIVER, HENRY AND CAPRICE PHILLIPS, DOMINIQUE ROSS, BENJAMIN AND LESLIE RUDOLPH, TRACY AND TWANDA SANDERS,  FERNANDO SMITH, JEWERL THOMAS, GODFREY AND SHARON TURNER, RONALD WAYNE WALKER, and KENNETH WALTER,<br><br>        Plaintiffs,<br><br>        -against-<br><br>NATIONAL FOOTBALL LEAGUE, INC. and NFL PROPERTIES, LLC as successor in interest to NATIONAL FOOTBALL LEAGUE PROPERTIES, INC.,<br><br>        Defendants. | **CIVIL ACTION NO.   12-CV-06774-AB**<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on April 19, 2013, I caused the following documents to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

By: *[signature: Wendy Fleishman]*

Wendy R. Fleishman, Bar No. WF 3017
LIEFF CABRASER HEIMMAN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  (212) 355-9500
Facsimile: (212) 355-9592