## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323(AB) <br><br> MDL No. 2323 |
| **Plaintiff' Master Administrative Long-Form Complaint and (if applicable) TERRANCE GLENN v. National Football League [et al.], No. 1:13-cv-21262** | **SHORT FORM COMPLAINT** <br><br> **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** <br><br> **JURY TRIAL DEMANDED** |

## SHORT FORM COMPLAINT

1.      Plaintiff, TERRANCE GLENN brings this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2.      Plaintiff is filing this short form complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3.      Plaintiff incorporates by reference the allegations (as designated below) of the Master Administrative Long-Form Complaint, as may be amended, as if fully set forth at length in this Short Form Complaint.

4.      NOT APPLICABLE

5.      Plaintiff TERRANCE GLENN is a resident and citizen of Westlake, Texas, and claims damages as set forth below.

6.      NOT APPLICABLE

7.      On information and belief, the Plaintiff sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices.  On information and belief, Plaintiff suffers from symptoms of brain injury caused by the repetitive, traumatic

sub-concussive and/or concussive head impacts the Plaintiff sustained during NFL games and/or practices. On information and belief, the Plaintiff's symptoms arise from injuries that are latent and have developed and continue to develop over time.

8.      The original complaint by Plaintiff in this matter was filed in United States District Court, Southern District of Florida.  If the case is remanded, it should be remanded to United States District Court, Southern District of Florida.

9.      Plaintiff claim damages as a result of [check all that apply]:

⊠      Injury to Herself/Himself

⊠      Injury to the Person Represented

☐      Wrongful Death

☐      Survivorship Action

⊠      Economic Loss

☐      Loss of Services

☐      Loss of Consortium

10.    NOT APPLICABLE

11.    [Check if applicable] ⊠Plaintiff reserves the right to object to federal jurisdiction.

12.    Plaintiff brings this case against the following Defendants in this action [check all that apply]:

⊠      National Football League

⊠      NFL Properties, LLC

☐      Riddell, Inc.

☐      All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

☐      Riddell Sports Group, Inc.

☐      Easton-Bell Sports, Inc.

☐      Easton-Bell Sports, LLC

☐      EB Sports Corporation

☐     RBG Holdings Corporation

13.    [Check where applicable]  As to each of the Riddell Defendants referenced above, the claims asserted are:  ☐ design defect; ☐ informational defect ☐ manufacturing defect.

14.    [Check if applicable]  ☐ The Plaintiff wore one or more helmets designed and/or manufactured by the Riddell Defendants during one or more years Plaintiff played in the NFL and/or AFL.

15.    Plaintiff played in [check if applicable] ☒    the National Football League ("NFL") and/or in [check if applicable] ☐ the American Football League ("AFL") during 1996-2007 for the following teams:  New England Patriots, Green Bay Packers and Dallas Cowboys.

## CAUSES OF ACTION

16.    Plaintiff herein adopts by reference the following Counts of the Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]:

    ☒    Count I (Action for Declaratory Relief- Liability (Against the NFL))

    ☒    Count II (Medical Monitoring (Against the NFL))

    ☒    Count III (Wrongful Death and Survival Actions (Against the NFL))

    ☒    Count IV (Fraudulent Concealment (Against the NFL))

    ☒    Count V (Fraud (Against the NFL))

    ☒    Count VI (Negligent Misrepresentation (Against the NFL))

    ☐    Count VII (Negligence Pre-1968 (Against the NFL Defendants))

    ☒    Count VIII (Negligence Post-1968 (Against the NFL Defendants))

    ☒    Count IX (Negligence 1987-1993 (Against the NFL Defendants))

    ☒    Count X (Negligence Post-1994 (Against the NFL Defendants))

    ☐    Count XI (Loss of Consortium (Against the NFL and Riddell Defendants))

    ☒    Count XII (Negligent Hiring (Against the NFL))

    ☒    Count XIII (Negligent Retention (Against the NFL))

☐    Count XIV (Strict Liability for Design Defect (Against the Riddell Defendants))

☐    Count XV (Strict Liability for Manufacturing Defect (Against the Riddell Defendants))

☐    Count XVI (Failure to Warn (Against the Riddell Defendants))

☐    Count XVII (Negligence (Against the Riddell Defendants))

☒    Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against NFL Defendants))

17.    Plaintiff asserts the following additional causes of action [write in or attach]:

_____

_____

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

A.    An award of compensatory damages, the amount of which will be determined at trial;

B.    NOT APPLICABLE

C.    For punitive and exemplary damages as applicable;

D.    For all applicable statutory damages of the state whose laws will govern this action;

E.    For medical monitoring, whether denominated as damages or in the form of equitable relief;

F.    For an award of attorneys' fees and costs;

G.    An award of prejudgment interest and costs of suit; and

H.    An award of such other and further relief as the Court deems just and proper.

## JURY DEMANDED

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff hereby demands a trial by jury.

Dated: 4/28/13                  Respectfully submitted,

                                By:

                                James L. Ferraro, Esq.
                                Florida Bar No. 381659
                                Bradford Sohn, Esq.
                                Florida Bar No. 98788

                                The Ferraro Law Firm
                                4000 Ponce de Leon Blvd.
                                Suite 700
                                Miami, FL 33146

                                *Attorneys for Plaintiff*