UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |

This Relates to:

Plaintiffs' Master Administrative Long Form Complaint and *Floyd Little, et al. v. National Football League, et al.*, USDC EDPA Docket No. 12-cv-2219 as to Plaintiffs, Karl Powe and Melissa M. Powe only

## NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT ON BEHALF OF PLAINTIFFS KARL AND MELISSA M. POWE

Plaintiffs, Karl Powe and Melissa M. Powe, hereby withdraw their Short Form Complaint in this litigation without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The original complaint filed for Karl Powe and Melissa M. Powe was filed on April 24, 2012 as part of *Floyd Little, et al. v. National Football League, et al.*, USDC EDPA docket number 12-cv-2219. Consistent with the Court's Orders, Karl Powe and Melissa M. Powe's Short Form Complaint was filed: (a) on July 13, 2012 as Document number 2223 under the MDL Docket No. 2323 (*In Re: National Football League*

*Players' Concussion Injury Litigation*) and (b) on July 16, 2012 under Docket number 12-cv-2219 (*Floyd Little, et al. v. National Football League, et al.*).

This Notice hereby withdraws Karl Powe and Melissa M. Powe's Short Form Complaint as filed under both dockets referenced herein.

Dated:  May 1, 2013                                   Respectfully Submitted:

 s/ Brian C. Gudmundson
Charles S. Zimmerman
J. Gordon Rudd, Jr.
Brian C. Gudmundson
ZIMMERMAN REED, PLLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Email:  charles.zimmerman@zimmreed.com
Email:  gordon.rudd@zimmreed.com
Email:  brian.gudmundson@zimmreed.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Brian C. Gudmundson, hereby certify that on this 1st day of May, 2013, the foregoing was filed with the Clerk of the United States District Court for the Eastern District of Pennsylvania. I hereby certify that all counsel of record were provided with notice of this filing pursuant to the Court's electronic filing system.

Dated: May 1, 2013             Respectfully Submitted:

                                  s/ Brian C. Gudmundson
                                  Charles S. Zimmerman
                                  J. Gordon Rudd, Jr.
                                  Brian C. Gudmundson
                                  ZIMMERMAN REED, PLLP
                                  1100 IDS Center, 80 South 8th Street
                                  Minneapolis, MN  55402
                                  Telephone: (612) 341-0400
                                  Facsimile: (612) 341-0844
                                  Email:  charles.zimmerman@zimmreed.com
                                  Email:  gordon.rudd@zimmreed.com
                                  Email:  brian.gudmundson@zimmreed.com