UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This Relates to:<br><br>Plaintiffs' Master Administrative Long Form Complaint and *Robert Holt, et al. v. National Football League, et al.*, USDC EDPA Docket No. 12-cv-4185 as to Plaintiff Melvin Hoover only | |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT ON BEHALF OF PLAINTIFF MELVIN HOOVER

Plaintiff Melvin Hoover hereby withdraws his Short Form Complaint in this litigation without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Mr. Hoover's original complaint was filed on July 23, 2012 as part of *Robert Holt, et al. v. National Football League, et al.*, USDC EDPA docket number 12-cv-4185. Consistent with the Court's Orders, Melvin Hoover's Short Form Complaint was filed: (a) on August 9, 2012 as document number 3086 under the MDL Docket No. 2323 (*In Re: National Football League Players' Concussion Injury Litigation*) and (b) on August 9, 2012 as document number 27 under Docket number 12-cv-4185 (*Robert Holt, et al. v. National Football League, et al.*).

This Notice hereby withdraws Melvin Hoover's Short Form Complaint as filed under both dockets referenced herein.

Dated:  May 1, 2013	Respectfully Submitted:

　	 s/ J. Gordon Rudd, Jr.	
	Charles S. Zimmerman
	J. Gordon Rudd, Jr.
	Brian C. Gudmundson
	ZIMMERMAN REED, PLLP
	1100 IDS Center, 80 South 8th Street
	Minneapolis, MN  55402
	Telephone: (612) 341-0400
	Facsimile: (612) 341-0844
	Email:  charles.zimmerman@zimmreed.com
	Email:  gordon.rudd@zimmreed.com
	Email:  brian.gudmundson@zimmreed.com

	*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Brian C. Gudmundson, hereby certify that on this 1st day of May, 2013, the foregoing was filed with the Clerk of the United States District Court for the Eastern District of Pennsylvania. I hereby certify that all counsel of record were provided with notice of this filing pursuant to the Court's electronic filing system.

Dated: May 1, 2013                              Respectfully Submitted:

 s/ J. Gordon Rudd, Jr.
Charles S. Zimmerman
J. Gordon Rudd, Jr.
Brian C. Gudmundson
ZIMMERMAN REED, PLLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Email:  charles.zimmerman@zimmreed.com
Email:  gordon.rudd@zimmreed.com
Email:  brian.gudmundson@zimmreed.com