UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL | ( | |
| LEAGUE PLAYERS' CONCUSSION | ( | |
| INJURY LITIGATION | ( | MDL No. 2323 |
| | ( | |
| _____ | ( | |
| This relates to: | ( | **NOTICE OF VOLUNTARY DISMISSAL** |
| | ( | |
| Plaintiffs' Master Administrative Long | ( | IN RE: NATIONAL FOOTBALL |
| Form Complaint and _Willie Lee Anderson,_ | ( | LEAGUE PLAYERS' CONCUSSION |
| _et. al. vs. National Football League_ | ( | INJURY LITIGATION |
| USDC, EDPA, **Docket No. 12-cv-5559-AB** | ( | |
| | ( | |
| **TROY WILSON**, Plaintiff | ( | JURY TRIAL DEMANDED |
| | ( | |
| | ( | |

## NOTICE OF VOLUNTARY DISMISSAL
## ON BEHALF OF PLAINTIFF, TROY WILSON

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(i), Plaintiff TROY WILSON, hereby voluntarily dismisses his claims against the NFL in the above-captioned action only, without prejudice.  Defendant has not yet served an Answer or Motion for Summary Judgment in response to TROY WILSON'S Complaint.  His action has been consolidated into _In re: National Football League Players' Concussion Injury Litigation_, MDL No. 12-2323 (AB).  TROY WILSON has filed this Notice under both the individual docket number listed in the caption above and the MDL docket.

Dated: May 2, 2013                          Respectfully Submitted:

                                            /s/ Julie P. Thompson
                                            Larry E. Coben, Esquire (I.D. 17523)
                                            Sol H. Weiss, Esquire (I.D. 15925)
                                            Julie P. Thompson, Esquire (I.D. 91418)
                                            **ANAPOL SCHWARTZ**
                                            1710 Spruce Street
                                            Philadelphia, Pennsylvania 19103
                                            (215) 735-1130 Telephone
                                            *Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused the foregoing *Notice of Voluntary Dismissal* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: May 2, 2013

Respectfully Submitted:

/s/ Julie P. Thompson
Larry E. Coben, Esquire (I.D. 17523)
Sol H. Weiss, Esquire (I.D. 15925)
Julie P. Thompson, Esquire (I.D. 91418)
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, Pennsylvania 19103
(215) 735-1130 Telephone
*Attorneys for Plaintiffs*