UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to: | NOTICE OF WITHDRAWAL |
| Plaintiffs' Master Administrative Long Form Complaint and *Akmal Akbar, et. al. vs. National Football League* USDC, EDPA, **Docket No. 12-cv-2606-AB** | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION |
| **HOLLIS THOMAS**, Plaintiff | JURY TRIAL DEMANDED |

## NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT ON BEHALF OF PLAINTIFF, HOLLIS THOMAS

Plaintiff, Hollis Thomas, hereby withdrawals his Short Form Complaint in the above-captioned litigation only, without prejudice, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(i).

The original complaint filed for Hollis Thomas was filed on May 11, 2012, as part of *Akmal Akbar, et al. vs. National Football League*, USDC, EDPA, Docket No. 12-cv-2606-AB. Consistent with the Court's Orders, Hollis Thomas's Short Form Complaint was filed: (a) on July 11, 2012 as Document No. 895 under the MDL Docket No. 2323 (*In Re: National Football League Players' Concussion Injury Litigation*) and (b) on July 6, 2012 as Document No. 104 under Docket No. 12-cv-2606-AB (*Akmal Akbar, et al. vs. National Football League*, USDC,

EDPA, Docket No. 12-cv-2606-AB).  Service was waived by Defendant on July 13, 2012 in the *Akmal Akbar* case.

This Notice hereby withdrawals Hollis Thomas's Short Form Complaint as filed under both dockets referenced herein only, without prejudice.

Dated: May 2, 2013

/s/ Julie P. Thompson
Larry E. Coben, Esquire (I.D. 17523)
Sol H. Weiss, Esquire (I.D. 15925)
Julie P. Thompson, Esquire (I.D. 91418)
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, Pennsylvania 19103
(215) 735-1130 Telephone
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing *Notice of Withdrawal* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

| | |
|---|---|
| Dated: May 2, 2013 | Respectfully Submitted: |
| | /s/ Julie P. Thompson |
| | Larry E. Coben, Esquire (I.D. 17523) |
| | Sol H. Weiss, Esquire (I.D. 15925) |
| | Julie P. Thompson, Esquire (I.D. 91418) |
| | **ANAPOL SCHWARTZ** |
| | 1710 Spruce Street |
| | Philadelphia, Pennsylvania 19103 |
| | (215) 735-1130 Telephone |
| | *Attorneys for Plaintiffs* |