UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| ---------------------- | |
| **This relates to:** | **NOTICE OF WITHDRAWAL** |
| **Plaintiffs' Master Administrative Long-Form Complaint and Chuck Foreman, et al. v. NFL, USDC, EDPA, No. 2:12-cv-04160-AB** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** |
| **MAURICE HARVEY** | JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF MAURICE HARVEY

Plaintiff MAURICE HARVEY hereby withdraws their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of MAURICE HARVEY was filed on July 20, 2012 as *Chuck Foreman, et al. v. NFL,* USDC, EDPA, No. 2:12-cv-04160-AB.  Consistent with the Court's Orders, MAURICE HARVEY's Short Form Complaint was filed on July 25, 2012: (a) as document number 2882 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) on July 12, 2012 as document number 85 in *Chuck Foreman, et al. v. NFL,* USDC, EDPA, No. 2:12-cv-04160-AB.  Both filings were served on the Defendants.

This Notice hereby withdraws MAURICE HARVEY's Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

May, 2, 2013              **BY:**   /s/ *Gene Locks*
                          Gene Locks, Esquire
                          601 Walnut Street, Suite 720 East
                          Philadelphia, PA 19106
                          215-893-0100 (tel.)
                          215-893-3444 (fax)
                          glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| **This relates to:** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** |
| **Plaintiffs' Master Administrative Long-Form Complaint and Chuck Foreman, et al. v. NFL, USDC, EDPA, No. 2:12-cv-04160-AB** | |
| **MAURICE HARVEY** | JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2013, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiff MAURICE HARVEY to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

          **LOCKS LAW FIRM**

          **BY:**   /s/ *Gene Locks*
          Gene Locks, Esquire
          601 Walnut Street, Suite 720 East
          Philadelphia, PA 19106
          215-893-0100 (tel.)
          215-893-3444 (fax)
          glocks@lockslaw.com