UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____<br><br>This relates to:<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Dave Robinson, et al. v. NFL, USDC, EDPA, No. 2:12-cv-03731-AB**<br><br>**HENRY DEJHOWN MANDLEY** | **NOTICE OF WITHDRAWAL**<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br><br>JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF HENRY DEJHOWN MANDLEY

Plaintiff HENRY DEJHOWN MANDLEY hereby withdraws their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of HENRY DEJHOWN MANDLEY was filed on July 2, 2012 as *Dave Robinson, et al. v. NFL,* USDC, EDPA, No. 2:12-cv-03731-AB. Consistent with the Court's Orders, HENRY DEJHOWN MANDLEY's Short Form Complaint was filed on July 12, 2012: (a) as document number 1653 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) on July 12, 2012 as document number 15 in *Dave Robinson, et al. v. NFL, USDC,* EDPA, No. 2:12-cv-03731-AB. Both filings were served on the Defendants.

This Notice hereby withdraws HENRY DEJHOWN MANDLEY's Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

May, 2, 2013                                    **BY:** ___/s/ *Gene Locks*___
                                                Gene Locks, Esquire
                                                601 Walnut Street, Suite 720 East
                                                Philadelphia, PA 19106
                                                215-893-0100 (tel.)
                                                215-893-3444 (fax)
                                                glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____ <br><br> **This relates to:** <br><br> **Plaintiffs' Master Administrative Long-Form Complaint and Dave Robinson, et al. v. NFL, USDC, EDPA, No. 2:12-cv-03731-AB** <br><br> **HENRY DEJHOWN MANDLEY** | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION <br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2013, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiff HENRY DEJHOWN MANDLEY to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

                                                                **LOCKS LAW FIRM**

                                                     **BY:**   /s/ *Gene Locks*
                                                         Gene Locks, Esquire
                                                        601 Walnut Street, Suite 720 East
                                                        Philadelphia, PA 19106
                                                        215-893-0100 (tel.)
                                                        215-893-3444 (fax)
                                                        glocks@lockslaw.com