UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>**This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Eric Allen, et al. v. NFL, USDC, EDPA, No. 2:12-cv-01281-AB**<br><br>**TOM COX AND GRETCHEN COX** | NOTICE OF WITHDRAWAL<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF TOM COX AND GRETCHEN COX

Plaintiffs TOM COX AND GRETCHEN COX hereby withdraws their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of TOM COX AND GRETCHEN COX was filed on March 12, 2012 as *Eric Allen, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-01281-AB. Consistent with the Court's Orders, TOM COX AND GRETCHEN COX's Short Form Complaint was filed on July 10, 2012: (a) as document number 504 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) on July 11, 2012 as document number 9 in *Eric Allen, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-01281-AB. Both filings were served on the Defendants.

This Notice hereby withdraws TOM COX AND GRETCHEN COX's Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

May, 2, 2013                                **BY:**   /s/ *Gene Locks*
                                            Gene Locks, Esquire
                                            601 Walnut Street, Suite 720 East
                                            Philadelphia, PA 19106
                                            215-893-0100 (tel.)
                                            215-893-3444 (fax)
                                            glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>**This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Eric Allen, et al. v. NFL, USDC, EDPA, No. 2:12-cv-01281-AB**<br><br>**TOM COX AND GRETCHEN COX** | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2013, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiff TOM COX AND GRETCHEN COX to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

                                          **LOCKS LAW FIRM**

                                          **BY:**  /s/ *Gene Locks*
                                               Gene Locks, Esquire
                                               601 Walnut Street, Suite 720 East
                                               Philadelphia, PA 19106
                                               215-893-0100 (tel.)
                                               215-893-3444 (fax)
                                               glocks@lockslaw.com