UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| ------------------------------------------------------ <br><br> **THIS DOCUMENT RELATES TO:** <br><br> Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) <u>**Tobiath Myles, et al.**</u> v. National Football League [et al.], No. <u>**2:12-cv-2800-AB**</u> <br><br> **AS TO TJ "Travis" SLAUGHTER** | **NOTICE OF WITHDRAWAL** <br><br> **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** <br><br> **JURY TRIAL DEMANDED** |

<u>NOTICE OF WITHDRAWAL OF PLAINTIFF TJ "Travis" SLAUGHTER FROM THE SHORT FORM COMPLAINT</u>

Plaintiff, TJ "Travis" Slaughter hereby withdraws from the Short-Form Complaint of TJ "Travis" Slaughter in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of TJ "Travis" Slaughter was filed on April 26, 2012 as *Tobiath Myles, et al., vs. NFL,* USDC, SDMS, No. 3:12-cv00281-DPJ-FKB. Consistent with the Court's Orders, TJ "Travis" Slaughter's Short Form Complaint was filed on July 10, 2012: (a) as document number 435 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation,* No. 2:12-md-2323-AB and

(b) as document number 13 in *Tobiath Myles, et al. v. NFL,* USDC, EDPA, No. 12-cv-02800-AB.  Both filings were served on the Defendants.

This Notice withdraws TJ "Travis" Slaughter from the Short Form Complaint that was filed in both dockets as referenced above.

This the 2nd day of May, 2013.

                                      Respectfully Submitted,

                                      PHILLIP W. THOMAS LAW FIRM

                                      By:

                                      /s/ Philip W. Thomas
                                      PHILIP W. THOMAS
                                      MS Bar No. 9667

PHILIP W. THOMAS LAW FIRM
Post Office Box 24464
Jackson, Mississippi 39225-4464
747 North Congress St. (39202)
pthomas@thomasattorney.com
Tel: (601) 714-5660

John D. Giddens
GIDDENS LAW FIRM
226 North President Street (39236)
Post Office Box 22546
Jackson, Mississippi 39225-2546
Tel: (601) 355-2022
Fax: (601) 355-0012

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 2nd day of May, 2013.

/s/ Philip W. Thomas
PHILIP W. THOMAS
