UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to: | **NOTICE OF VOLUNTARY DISMISSAL** |
| Plaintiffs' Master Administrative Long Form Complaint and <u>Deon Anderson, et. al. vs. National Football League</u> USDC, EDPA, **Docket No. 12-cv-7235-AB** | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION |
| **DEON ANDERSON**, Plaintiff | JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL**
**ON BEHALF OF PLAINTIFF, DEON ANDERSON**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(i), Plaintiff DEON ANDERSON, hereby voluntarily dismisses his claims against the NFL in the above-captioned action only, without prejudice. Defendant has not yet served an Answer or Motion for Summary Judgment in response to DEON ANDERSON'S Complaint. His action has been consolidated into *In re: National Football League Players' Concussion Injury Litigation*, MDL No. 12-2323 (AB). DEON ANDERSON has filed this Notice under both the individual docket number listed in the caption above and the MDL docket.

Dated: May 3, 2013							Respectfully Submitted:

/s/ Julie P. Thompson
Larry E. Coben, Esquire (I.D. 17523)
Sol H. Weiss, Esquire (I.D. 15925)
Julie P. Thompson, Esquire (I.D. 91418)
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, Pennsylvania 19103
(215) 735-1130 Telephone
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing *Notice of Voluntary Dismissal* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: May 3, 2013                                          Respectfully Submitted:

/s/ Julie P. Thompson
Larry E. Coben, Esquire (I.D. 17523)
Sol H. Weiss, Esquire (I.D. 15925)
Julie P. Thompson, Esquire (I.D. 91418)
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, Pennsylvania 19103
(215) 735-1130 Telephone
*Attorneys for Plaintiffs*