UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to: | NOTICE OF WITHDRAWAL |
| Plaintiffs' Master Administrative Long Form Complaint and *Deon Anderson, et. al. vs. National Football League* USDC, EDPA, **Docket No. 12-cv-7235-AB** | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION |
| **DEON ANDERSON**, Plaintiff | JURY TRIAL DEMANDED |

## NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT ON BEHALF OF PLAINTIFF, DEON ANDERSON

Plaintiff, Deon Anderson, hereby withdrawals his Short Form Complaint in the above-captioned litigation only, without prejudice, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(i).

The original complaint filed for Deon Anderson was filed on December 27, 2012, as part of *Deon Anderson, et al. vs. National Football League*, USDC, EDPA, Docket No. 12-cv-7235-AB.  Consistent with the Court's Orders, Deon Anderson's Short Form Complaint was filed: (a) on January 7, 2013 as Document No. 4316 under the MDL Docket No. 2323 (*In Re: National Football League Players' Concussion Injury Litigation*) and (b) on January 7, 2013 as Document No. 5 under Docket No. 12-cv-7235-AB (*Deon Anderson, et al. vs. National Football League*,

USDC, EDPA, Docket No. 12-cv-7235-AB).  Service was waived by Defendant on January 10, 2013 in the *Deon Anderson* case.

    This Notice hereby withdrawals Deon Anderson's Short Form Complaint as filed under both dockets referenced herein only, without prejudice.

Dated: May 3, 2013

        /s/ Julie P. Thompson
Larry E. Coben, Esquire (I.D. 17523)
Sol H. Weiss, Esquire (I.D. 15925)
Julie P. Thompson, Esquire (I.D. 91418)
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, Pennsylvania 19103
(215) 735-1130 Telephone
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing *Notice of Withdrawal* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: May 3, 2013                                                     Respectfully Submitted:

/s/ Julie P. Thompson
Larry E. Coben, Esquire (I.D. 17523)
Sol H. Weiss, Esquire (I.D. 15925)
Julie P. Thompson, Esquire (I.D. 91418)
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, Pennsylvania 19103
(215) 735-1130 Telephone
*Attorneys for Plaintiffs*