IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAHIM AND DENISE ABDULLAH, et. al.<br>　　　　Plaintiffs<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, INC. and NFL PROPERTIES, LLC as successor in interest to NATIONAL FOOTBALL LEAGUE PROPERTIES, INC.<br>　　　　Defendants | : : : : : : : : : : : : : : : | CIVIL ACTION<br>No. 12-6774<br><br>No. 12-md-2323 |

**ORDER**

AND NOW, this \_\_\_7th\_\_\_ day of \_\_May\_\_, 2013, it is **ORDERED** that Plaintiffs' Motion to Amend (ECF 12-cv-6744 Dkt No. 15; ECF 12-md-2323 Dkt No. 4756) is **GRANTED**. Plaintiffs shall be permitted to amend their Complaint to add Riddell, Inc. (d/b/a Riddell Sports Group, Inc.), All American Sports Corporation (d/b/a Riddell|All American), Riddell Sports Group, Inc., Easton-Bell Sports, LLC, and Easton-Bell Sports, Inc., as defendants in this matter. The Amended Complaint attached to Plaintiffs' Motion to Amend shall be deemed filed.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:　　　　　Copies **MAILED** on _____ to:

O:\ABB 2013\A - K\Abdullah v. NFL Order Granting Leave to Amend.docx