UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ( ( ( ( ( | MDL No. 2323 |
| This relates to: | ( ( | **NOTICE OF VOLUNTARY DISMISSAL** |
| Plaintiffs' Master Administrative Long Form Complaint and *Larry Barnes et. al. vs. National Football League* USDC, EDPA, **Docket No. 12-cv-1024-AB** | ( ( ( ( ( | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION |
| **MICHAEL CLOUD**, Plaintiff | ( ( ( | JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL
## ON BEHALF OF PLAINTIFF, MICHAEL CLOUD

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(i), Plaintiff MICHAEL CLOUD, hereby voluntarily dismisses his claims against the defendants in the action styled Larry Barnes, et al., vs. National Football League, etc., et al., Docket Number 12-cv-1024-AB only, without prejudice. Defendants have not yet served an Answer or Motion for Summary Judgment in response to MICHAEL CLOUD'S Complaint. His action has been consolidated into *In re: National Football League Players' Concussion Injury Litigation*, MDL No. 12-2323 (AB). MICHAEL CLOUD has filed this Notice under both the individual docket number listed in the caption above and the MDL docket.

Dated: May 9, 2013                              Respectfully Submitted:

                                                _____
                                                David A. Rosen (State Bar No. 101287)
                                                **ROSE KLEIN AND MARIAS**
                                                801 S. Grand. 11th Floor
                                                Los Angeles, California 90017
                                                (213) 626-0571 Telephone
                                                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Notice of Voluntary Dismissal* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: May 9, 2013                     Respectfully Submitted:

David A. Rosen (State Bar No. 101287)
**ROSE KLEIN AND MARIAS**
801 S. Grand. 11th Floor
Los Angeles, California 90017
(213) 626-0571 Telephone
*Attorneys for Plaintiffs*