UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ( ( ( ( ( | MDL No. 2323 |
| This relates to: | ( ( | **NOTICE OF WITHDRAWAL** |
| Plaintiffs' Master Administrative Long Form Complaint and *LARRY BARNES, et. al. vs. National Football League* USDC, EDPA, **Docket No. 12-cv-1024-AB** | ( ( ( ( ( | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION |
| **JIMMIE GILES**, Plaintiff | ( ( ( | JURY TRIAL DEMANDED |

**NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT
ON BEHALF OF PLAINTIFF, JIMMIE GILES**

Plaintiff, JIMMIE GILES, hereby withdraws his Short Form Complaint in the above-captioned litigation only, without prejudice, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(i).

The original complaint filed for JIMMIE GILES was filed on February 28, 2012, as part of *LARRY BARNES, et al. vs. National Football League*, USDC, EDPA, Docket No. 12-cv-1024-AB. Consistent with the Court's Orders, JIMMIE GILES's Short Form Complaint was filed: (a) on July 11, 2012 as Document No. 1063 under the MDL Docket No. 2323 (*In Re: National Football League Players' Concussion Injury Litigation*) and (b) on July 11, 2012 as Document No. 19 under Docket No. 12-cv-1024-AB (*LARRY BARNES, et al. vs. National Football League*, USDC, EDPA, Docket No. 12-cv-1024-AB).

This Notice hereby withdraws JIMMIE GILES's Short Form Complaint as filed under both dockets referenced herein only, without prejudice.

Dated: May 9, 2013

David A. Rosen (State Bar No. 101287)
**ROSE KLEIN AND MARIAS**
801 S. Grand, 11th Floor
Los Angeles, California 90017
(213) 626-0571 Telephone
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Notice of Withdrawal* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: May 9, 2013

Respectfully Submitted:

_____
David A. Rosen (State Bar No. 101287)
**ROSE KLEIN AND MARIAS**
801 S. Grand, 11th Floor
Los Angeles, California 90017
(213) 626-0571 Telephone
*Attorneys for Plaintiffs*