UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | MDL No. 2323<br>12-md-2323 |
| **THIS DOCUMENT RELATES TO:**<br>GARY ANDERSON, et al.<br>v.<br>NATIONAL FOOTBALL LEAGUE, et al.<br>No. 2:13-cv-02325-AB | **Notice of Appearance** |

The undersigned attorney hereby notifies the Court and counsel that Dwight P. Bostwick shall appear as counsel of record for Plaintiffs, James C. Wilson, and Carmen Wilson, his wife in the above-captioned matter.

Dated:  May 10, 2013

s/ Dwight P. Bostwick
Dwight P. Bostwick
**Zuckerman Spaeder LLP**
1800 M Street, NW
Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
E-mail:  dbostwick@zuckerman.com

*Attorney for Plaintiffs*

4109695.1

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | MDL No. 2323<br>12-md-2323<br><br>**Certificate of Service** |
| **THIS DOCUMENT RELATES TO:**<br>GARY ANDERSON, et al.<br>v.<br>NATIONAL FOOTBALL LEAGUE, et al.<br>No. 2:13-cv-02325-AB | |

I hereby certify that on May 10, 2013, I caused the following document:

1. **Notice of Appearance**

to be electronically filed with the Clerk of the Court through ECF, and that ECF will send an e-notice of electronic filing to counsel of record.

| | |
|---|---|
| Dated:  May 10, 2013 | s/ Dwight P. Bostwick<br>Dwight P. Bostwick<br>**Zuckerman Spaeder LLP**<br>1800 M Street, NW<br>Suite 1000<br>Washington, DC 20036<br>Tel: (202) 778-1800<br>Fax: (202) 822-8106<br>E-mail:  dbostwick@zuckerman.com<br><br>*Attorney for Plaintiffs* |