UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:** <br><br> Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) <u>Art Monk, et al.</u> <br> **v. National Football League [et al.],** <br> No. <u>2:12-cv-03533-AB</u> | **NOTICE OF WITHDRAWAL** <br><br> IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT
## OF PLAINTIFF LEON SEARCY

Plaintiff, **LEON SEARCY,** hereby withdraws his Short Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The Complaint of Plaintiff, **LEON SEARCY**, was filed on May 3, 2012 as *Monk, et al. v. National Football League, et al.* Los Angeles County Superior Court, No. LC-097123, and transferred to USDC, EDPA, No. 2:12-cv-03533-AB. Consistent with the Court's Orders, Plaintiff **LEON SEARCY'S** Short Form Complaint was filed on July 16, 2012; (a) as Docket Entry 2523 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No. 2:12-md-2323-AB and (b) as Docket Entry 64 in *Monk v. National Football League, et al.,* USDC, EDPA, No. 2:12-cv-3533-AB. Both filings were served on Defendants.

This Notice hereby withdraws **LEON SEARCY'S** Short Form Complaint filed as Docket Entry 64 in *Monk v. National Football League, et al.,* USDC, EDPA, No. 2:12-cv-3533-AB and Docket Entry 2523 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No. 2:12-md-2323-AB.

Dated this 10th day of May, 2013.

                          Respectfully submitted,

                          By: s/  *Jason E. Luckasevic*
                          Jason E. Luckasevic, Esquire
                          (PA Bar No. 85557)
                          1030 Fifth Avenue
                          Pittsburgh, PA  15219
                          Telephone:  (412) 471-3980
                          Facsimile: (412) 471-8308
                          *Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)** Art Monk, et al.<br>**v. National Football League [et al.], No. 2:12-cv-03533-AB** | **NOTICE OF WITHDRAWAL**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br>**JURY TRIAL DEMANDED** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing NOTICE OF WITHDRAWAL as to the Short Form Complaint of LEON SEARCY was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF System on this 10th day of May, 2013.

s/ *Jason E. Luckasevic*
Jason E. Luckasevic, Esquire