UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This Relates to: Plaintiffs' Master Administrative Long Form Complaint and *Floyd Little, et al. v. National Football League, et al.*, USDC EDPA Docket No. 12-cv-2219 as to Plaintiff Ralph Stockemer only | |

## NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT ON BEHALF OF PLAINTIFF RALPH STOCKEMER

Plaintiff Ralph Stockemer hereby withdraws his Short Form Complaint in this litigation without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Mr. Stockemer's original complaint was filed on April 24, 2012 as part of *Floyd Little, et al. v. National Football League, et al.*, USDC EDPA docket number 12-cv-2219. Consistent with the Court's Orders, Ralph Stockemer's Short Form Complaint was filed: (a) on July 13, 2012 as document number 2270 under the MDL Docket No. 2323 (*In Re: National Football League Players' Concussion Injury Litigation*) and (b) on July 16, 2012 as document number 95 under Docket number 12-cv-2219 (*Floyd Little, et al. v. National Football League, et al.*).

This Notice hereby withdraws Ralph Stockemer's Short Form Complaint as filed under both dockets referenced herein.

Dated:  May 10, 2013			Respectfully Submitted:

			 s/ J. Gordon Rudd, Jr.
			Charles S. Zimmerman
			J. Gordon Rudd, Jr.
			Brian C. Gudmundson
			ZIMMERMAN REED, PLLP
			1100 IDS Center, 80 South 8th Street
			Minneapolis, MN  55402
			Telephone: (612) 341-0400
			Facsimile: (612) 341-0844
			Email:  charles.zimmerman@zimmreed.com
			Email:  gordon.rudd@zimmreed.com
			Email:  brian.gudmundson@zimmreed.com

			*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, J. Gordon Rudd, Jr., hereby certify that on this 10th day of May, 2013, the foregoing was filed with the Clerk of the United States District Court for the Eastern District of Pennsylvania. I hereby certify that all counsel of record were provided with notice of this filing pursuant to the Court's electronic filing system.

Dated: May 10, 2013　　　　　　　　　Respectfully Submitted:

　　　　　　　　　　　　　　　　　　　　s/ J. Gordon Rudd, Jr.
　　　　　　　　　　　　　　　　　　　Charles S. Zimmerman
　　　　　　　　　　　　　　　　　　　J. Gordon Rudd, Jr.
　　　　　　　　　　　　　　　　　　　Brian C. Gudmundson
　　　　　　　　　　　　　　　　　　　ZIMMERMAN REED, PLLP
　　　　　　　　　　　　　　　　　　　1100 IDS Center, 80 South 8th Street
　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　Telephone: (612) 341-0400
　　　　　　　　　　　　　　　　　　　Facsimile: (612) 341-0844
　　　　　　　　　　　　　　　　　　　Email: charles.zimmerman@zimmreed.com
　　　　　　　　　　　　　　　　　　　Email: gordon.rudd@zimmreed.com
　　　　　　　　　　　　　　　　　　　Email: brian.gudmundson@zimmreed.com