UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| ------------------------------------------------------<br><br>THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)  Maurice Aikens, et al. v. National Football League [et al.], No. 2:12-cv-05476-AB<br><br>**AS TO AUDRAY McMILLIAN** | **NOTICE OF WITHDRAWAL**<br><br>**IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br>**JURY TRIAL DEMANDED** |

NOTICE OF WITHDRAWAL OF PLAINTIFF AUDRAY MCMILLIAN
FROM THE SHORT FORM COMPLAINT

Plaintiff, Audray McMillian hereby withdraws from the Short-Form Complaint of Audray McMillian in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of Audray McMillian was filed on August 28, 2012 as *Maurice Aikens, et al., vs. NFL,* USDC, SDMS, No. 3:12-cv00610-CWR-FKB.  Consistent with the Court's Orders, Audray McMillian's Short Form Complaint was filed on October 9, 2012: (a) as document number 3944 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation,* No. 2:12-md-2323-AB and (b) as document number 40 in *Maurice Aikens, et al. v. NFL,* USDC, EDPA, No. 12-cv-05476-AB.  Both filings were served on the Defendants.

This Notice withdraws Audray McMillian from the Short Form Complaint that was filed in both dockets as referenced above.

This the 13th day of May, 2013.

        Respectfully Submitted,

        PHILLIP W. THOMAS LAW FIRM

        By:

        /s/ Philip W. Thomas
        PHILIP W. THOMAS
        MS Bar No. 9667

PHILIP W. THOMAS LAW FIRM
Post Office Box 24464
Jackson, Mississippi 39225-4464
747 North Congress St. (39202)
pthomas@thomasattorney.com
Tel: (601) 714-5660

John D. Giddens
GIDDENS LAW FIRM
226 North President Street (39236)
Post Office Box 22546
Jackson, Mississippi 39225-2546
Tel: (601) 355-2022
Fax: (601) 355-0012

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 13th day of May, 2013.

/s/ Philip W. Thomas
PHILIP W. THOMAS