UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| _____<br><br>**THIS DOCUMENT RELATES TO:**<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) *Jones v. National Football League [et al.]*, **No. 2:12-01027 (E.D. Pa.)**<br><br>**DELL MCGEE AND SUE MCGEE, his wife** | **NOTICE OF WITHDRAWAL**<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>JURY TRIAL DEMANDED |

## NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFFS DELL MCGEE AND SUE MCGEE

Plaintiffs, **DELL MCGEE and SUE MCGEE**, hereby withdraws their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of **DELL MCGEE and SUE MCGEE** was filed on February 8th, 2012 as part of *Jones v. NFL [et al.]*, USDC, EDPA, No. 2:12-01027. Consistent with the Court's Orders, **DELL MCGEE and SUE MCGEE'S** Short Form Complaints were filed on July 12, 2012; (a) as Docket Entry 1374 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No. 2:12-MD-02323-AB and (b) as Docket Entry 76 in *Jones v. NFL [et al.]*, USDC, EDPA, No. 2:12-01027. Both filings were served on the Defendants.

These Plaintiffs' Short Form Complaints were inadvertently double-filed. This Notice hereby withdraws only the Short Form Complaints filed as Docket Entry 1374 in the MDL docket (Case No. 2:12-MD-02323-AB) and as Docket Entry 76 in *Jones* (Case No. 2:12-01027). Plaintiffs' other Short Form Complaints are unaffected by this filing.

DATED this 14th day of May, 2013.

        Respectfully submitted,

        **PODHURST ORSECK, P.A.**
        25 West Flagler Street, Suite 800
        Miami, FL 33130
        Telephone: (305) 358-2800
        Fax: (305) 358-2382

By: /s/ Steven C. Marks
     STEVEN C. MARKS
     Fla. Bar. No. 516414
     Email: smarks@podhurst.com

     /s/ Stephen F. Rosenthal
     STEPHEN F. ROSENTHAL
     Fla. Bar No. 0131458
     Email: srosenthal@podhurst.com

     /s/ Ricardo M. Martinez-Cid
     RICARDO M. MARTÍNEZ-CID
     Fla. Bar No. 383988
     Email: rmcid@podhurst.com

*Attorneys for Plaintiff(s)*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ <br><br> **THIS DOCUMENT RELATES TO:** <br><br> Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) *Jones v. National Football League [et al.]*, **No. 2:12-01027 (E.D. Pa.)** <br><br> **DELL MCGEE AND SUE MCGEE, his wife** | **NOTICE OF WITHDRAWAL** <br><br> **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** <br><br><br> **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that on May 14th, 2013, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiff **DELL MCGEE AND SUE MCGEE** to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

By:  /s/ Steven C. Marks
STEVEN C. MARKS
STEPHEN F. ROSENTHAL
RICARDO M. MARTÍNEZ-CID
**PODHURST ORSECK, P.A.**
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800
Fax: (305) 358-2382