UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____<br><br>**This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Gerry Allen, et al. v. NFL, USDC, EDPA, No. 2:12-md-2323-AB**<br><br>**GERRY ALLEN AND PATRICIA ALLEN** | **NOTICE OF WITHDRAWAL**<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT
## OF PLAINTIFFS GERRY ALLEN AND PATRICIA ALLEN

Plaintiffs, GERRY ALLEN AND PATRICIA ALLEN hereby withdraws their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of GERRY ALLEN AND PATRICIA ALLEN was filed on June 7, 2012 as *Gerry Allen, et al. v. NFL*, USDC, EDPA, No. 2:12-md-02323-AB.  Consistent with the Court's Orders, GERRY ALLEN AND PATRICIA ALLEN's Short Form Complaint was filed on July 16, 2012 as document number 2496 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and was served on the Defendants.

This Notice hereby withdraws GERRY ALLEN AND PATRICIA ALLEN's Short Form Complaint as filed in referenced above docket.

**LOCKS LAW FIRM**

May 15, 2013                    **BY:**   /s/ *Gene Locks*
                                Gene Locks, Esquire
                                601 Walnut Street, Suite 720 East
                                Philadelphia, PA 19106
                                215-893-0100 (tel.)
                                215-893-3444 (fax)
                                glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ **This relates to:** **Plaintiffs' Master Administrative Long-Form Complaint and Gerry Allen, et al. v. NFL, USDC, EDPA, No. 2:12-md-2323-AB** **GERRY ALLEN AND PATRICIA ALLEN** | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2013, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiffs GERRY ALLEN AND PATRICIA ALLEN to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

**LOCKS LAW FIRM**

BY:     /s/ *Gene Locks*
       Gene Locks, Esquire
       601 Walnut Street, Suite 720 East
       Philadelphia, PA 19106
       215-893-0100 (tel.)
       215-893-3444 (fax)
       glocks@lockslaw.com