UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ( ( ( | MDL No. 2323 |
| This relates to: | ( ( ( ( | NOTICE OF WITHDRAWAL |
| Plaintiffs' Master Administrative Long Form Complaint and *John E. Browning, II, et. al. vs. National Football League* USDC, EDPA, **Docket No. 12-cv-4791-AB** | ( ( ( ( | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION |
| **WILLIAM ROAF**, Plaintiff | ( ( ( | JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT ON BEHALF OF PLAINTIFF, WILLIAM ROAF

Plaintiff, William Roaf, hereby withdrawals his Short Form Complaint in the above-captioned litigation only, without prejudice, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(i).

The original complaint filed for William Roaf was filed on August 21, 2012, as part of *John E. Browning, II, et al. vs. National Football League*, USDC, EDPA, Docket No. 12-cv-4791-AB. Consistent with the Court's Orders, William Roaf's Short Form Complaint was filed: (a) on August 21, 2012 as Document No. 3383 under the MDL Docket No. 2323 (*In Re: National Football League Players' Concussion Injury Litigation*) and (b) on August 21, 2012 as Document No. 6 under Docket No. 12-cv-4791-AB (*John E. Browning, II, et. al. vs. National*

*Football League*, USDC, EDPA, Docket No. 12-cv-4791-AB). Service was waived by Defendant on August 28, 2012 in the *John E. Browning, II* case.

This Notice hereby withdrawals William Roaf's Short Form Complaint as filed under both dockets referenced herein only, without prejudice.

Dated: May 15, 2013

/s/ Julie P. Thompson
Larry E. Coben, Esquire (I.D. 17523)
Sol H. Weiss, Esquire (I.D. 15925)
Julie P. Thompson, Esquire (I.D. 91418)
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, Pennsylvania 19103
(215) 735-1130 Telephone
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing *Notice of Withdrawal* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

| | |
|---|---|
| Dated: May 15, 2013 | Respectfully Submitted: |
| | /s/ Julie P. Thompson |
| | Larry E. Coben, Esquire (I.D. 17523) |
| | Sol H. Weiss, Esquire (I.D. 15925) |
| | Julie P. Thompson, Esquire (I.D. 91418) |
| | **ANAPOL SCHWARTZ** |
| | 1710 Spruce Street |
| | Philadelphia, Pennsylvania 19103 |
| | (215) 735-1130 Telephone |
| | *Attorneys for Plaintiffs* |