## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| ------------------------------------------------------------<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Plaintiffs' Master administrative Long-Form Complaint and (if applicable)**<br><br>**CHARLES E. ARBUCKLE**<br>_____<br><br>**v. National Football League [et al.],**<br>**No.** 2:13-cv-01981-AB_____ | **SHORT FORM COMPLAINT**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION**<br><br>**INJURY LITIGATION**<br><br><br>**JURY TRIAL DEMAND** |

### SHORT FORM COMPLAINT

1.      Plaintiff(s), CHARLES E. ARBUCKLE, (and, if applicable, Plaintiff's Spouse)

_____, bring(s) this civil action as a related action in the

matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION

INJURY LITIGATION, MDL No. 2323.

2.      Plaintiff (and, if applicable, Plaintiff's Spouse) is/are filing this short form

complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3.      Plaintiff (and, if applicable, Plaintiff's Spouse), incorporate(s) by reference the

allegations (as designated below) of the Master Administrative Long-Form Complaint, as may be

amended, as if fully set forth at length in this Short Form Complaint.

4.      [Fill in if applicable] Plaintiff is filling this case in a representative capacity as the

_____ of _____, having been duly

appointed as the _____ by the _____ Court of _____.  (Cross out sentence below if not applicable.) Copies of the Letters of Administration/Letters Testamentary for a wrongful death claim are annexed hereto if such Letters are required for the commencement of such claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.

5.     Plaintiff, <u>CHARLES E. ARBUCKLE</u>, is a resident and citizen of <u>NORTH CAROLINA</u> and claims damages for various neurological conditions and associated symptoms proximately caused by repetitive traumatic impacts to his head and/or concussions on multiple occasions.

6.     {Fill in if applicable] Plaintiff's spouse, _____, is a resident and citizen of _____, and claims damages as a result of loss of consortium proximately caused proximately caused by the harm suffered by her Plaintiff husband/decedent.

7.     On information and belief, the Plaintiff (or decedent) sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices. On information and belief, Plaintiff suffers (or decedent suffered) from symptoms of brain injury caused by repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff (or decedent) sustained during NFL games and/or practices. On information and belief, the Plaintiff's (or decedent's) symptoms arise from injuries that are latent and have developed and continue to develop over time.

8.     [Fill in if applicable] The original complaint by Plaintiff(s) in this matter was filed in <u>THE EASTERN DISTRICT OF PENNSYLVANIA</u>.  If the case is remanded, it should be remanded to _____.

9.      Plaintiff claims damages as a result of [check all that apply]:

        X____   Injury to Herself/Himself

        ____   Injury to the Person Represented

        ____   Wrongful Death

        ____   Survivorship Action

        X____   Economic Loss

        X____   Loss of Services

        ____   Loss of Consortium

10.     [Fill in if applicable] As a result of the injuries to her husband,_____,

Plaintiff's Spouse, _____, suffers from a loss of consortium,

including the following injuries:

        ____   loss of marital services;

        ____   loss of companionship, affection or society;

        ____   loss or support; and

        ____   monetary losses in the form of unreimbursed costs she has had to expend for the

            health care and personal care of her husband.

11.     [Check if applicable] _____ Plaintiff (and Plaintiff's Spouse, if applicable)

reserve(s) the right to object to federal jurisdiction.

## **DEFENDANTS**

12.     Plaintiff (and Plaintiff's Spouse, if applicable) bring(s) this case against the

following Defendants in this action [check all that apply]:

        X____   National Football League

X____   NFL Properties, LLC

_____   Riddell, Inc.

_____   All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

_____   Riddell Sports Group, Inc.

_____   Easton-Bell Sports, Inc.

_____   Easton-Bell Sports, LLC

_____   EB Sports Corporation

_____   RBG Holdings Corporation

13.     [Check where applicable] As to each of the Riddell Defendants referenced above, the claims asserted are: _____ design defect; _____ informational defect; _____ manufacturing defect.

14.     [Check where applicable] _____ Plaintiff (or decedent) wore one or more helmets designed and/or manufactured by the Riddell Defendants during one or more years Plaintiff (or decedent) played in the NFL and/or AFL.

**15.**     Plaintiff played in [check if applicable] <u>X___</u> the National Football League ("NFL") and/or in [check if applicable] _____ American Football League ("AFL") during for the following teams: <u>INDIANAPOLIS COLTS.</u>

## **CAUSES OF ACTION**

16.     Plaintiff herein adopts by reference the following Counts of the Master administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]:

<u>X</u>___   Count I (Action for Declaratory Relief – Liability (Against the NFL))

<u>X</u>___   Count II (Medical Monitoring (Against the NFL))

_____   Count III (Wrongful Death and Survival Actions (Against the NFL))

<u>X</u>___   Count IV (Fraudulent Concealment (Against the NFL))

<u>X</u>___   Count V (Fraud (Against the NFL))

<u>X</u>___   Count VI (Negligent Misrepresentation (Against the NFL))

_____   Count VII (Negligence Pre-1968 (Against the NFL))

_____   Count VIII (Negligence Post-1968 (Against the NFL))

X___   Count IX (Negligence 1987-1993 (Against the NFL))

<u>X</u>___   Count X (Negligence Post-1974 (Against the NFL))

_____   Count XI (Loss of Consortium (Against the NFL))

<u>X</u>___   Count XII (Negligent Hiring (Against the NFL))

<u>X</u>___   Count XIII (Negligent Retention (Against the NFL))

_____   Count XIV (Strict Liability for Manufacturing Defect (Against the Riddell Defendants))

_____   Count XV (Strict Liability for Manufacturing Defect (Against Riddell Defendants))

_____   Count XVI (Failure to Warn (Against the Riddell Defendants))

_____   Count XVII (Negligence (Against the Riddell Defendants))

<u>X</u>___   Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against the NFL Defendants))

17.   Plaintiff asserts the following additional causes of action [write in or attach]:

SEE ATTACHEMENT "A" TO THIS COMPLAINT _____.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff (and Plaintiff's Spouse, if applicable) pray(s) for judgment as follows:

A.    An award of compensatory damages, the amount of which will be determined at trial;

B.    For punitive and exemplary damages as applicable;

C.    For all applicable statutory damages of the state whose laws will govern this action;

D.    For medical monitoring, whether denominated as damages or in the form of equitable relief;

E.    For an award of prejudgment interest and costs of suit; and

F.    An award of such other and further relief as the Court deems just and proper.

## JURY DEMAND

Pursuant to Federal Rules of Civil Procedure 38, Plaintiff(s) hereby demand(s) a trial by jury.

Respectfully Submitted,

**WASHINGTON & ASSOCIATES**

/s/ Mickey Washington _____
Mickey Washington
Texas State Bar No.: 24039233
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone No.: (713) 284–5208
Facsimile No.: (713) 284-5250
Email: mw@mickeywashington.com

THE CANADY LAW FIRM
James Carlos Canady
Texas State Bar No.: 24034357
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone No.: (713) 284–5204
Facsimile No.: (713) 284-5250
Email: ccanady@canadylawfirm.com

LUBEL VOYLES, LLP
Lance Lubel
Texas State Bar No.: 12651125
Adam Voyles
Texas State Bar No.: 24003121
Montrose Blvd., Suite 800
Houston, TX 77006
Telephone No.: (713) 284-5200
Facsimile No.: (713) 284-5250
Email: adam@lubelvoyles.com
        lance@lubelvoyles.com

**ATTORNEYS FOR PLAINTIFFS**