UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| ------------------------------------------------------- <br><br> **THIS DOCUMENT RELATES TO:** <br><br> Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) <u>Maurice Aikens, et al.</u> v. National Football League [et al.], No. <u>2:12-cv-05476-AB</u> <br><br> **AS TO FRANK BERNARDI** | **NOTICE OF WITHDRAWAL** <br><br> **IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** <br><br> **JURY TRIAL DEMANDED** |

NOTICE OF WITHDRAWAL OF PLAINTIFF FRANK BERNARDI
FROM THE SHORT FORM COMPLAINT

Plaintiff, Frank Bernardi, hereby withdraws from the Short-Form Complaint of Frank Bernardi in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of Frank Bernardi was filed on August 28, 2012 as *Maurice Aikens, et al., vs. NFL,* USDC, SDMS, No. 3:12-cv00610-CWR-FKB. Consistent with the Court's Orders, Frank Bernardi's Short Form Complaint was filed on October 9, 2012: (a) as document number 3906 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation,* No. 2:12-md-2323-AB and (b) as document number 3 in *Maurice Aikens, et al. v. NFL,* USDC, EDPA, No. 12-cv-05476-AB.  Both filings were served on the Defendants.

This Notice withdraws Frank Bernardi from the Short Form Complaint that was filed in both dockets as referenced above.

This the 15th day of May, 2013.

Respectfully Submitted,

PHILLIP W. THOMAS LAW FIRM

By:

/s/ Philip W. Thomas
PHILIP W. THOMAS
MS Bar No. 9667


PHILIP W. THOMAS LAW FIRM
Post Office Box 24464
Jackson, Mississippi 39225-4464
747 North Congress St. (39202)
pthomas@thomasattorney.com
Tel: (601) 714-5660

John D. Giddens
GIDDENS LAW FIRM
226 North President Street (39236)
Post Office Box 22546
Jackson, Mississippi 39225-2546
Tel: (601) 355-2022
Fax: (601) 355-0012

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 15th day of May, 2013.

/s/ Philip W. Thomas
PHILIP W. THOMAS