UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ( ( ( | MDL No. 2323 |
| This relates to: | ( ( ( ( | **NOTICE OF WITHDRAWAL** |
| Plaintiffs' Master Administrative Long Form Complaint and <u>*Deon Anderson, et. al. vs. National Football League*</u> USDC, EDPA, **Docket No. 12-cv-7235-AB** | ( ( ( ( | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION |
| **JIMMY KENNEDY**, Plaintiff | ( ( ( | JURY TRIAL DEMANDED |

**NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT
ON BEHALF OF PLAINTIFF, JIMMY KENNEDY**

Plaintiff, JIMMY KENNEDY, hereby withdrawals his Short Form Complaint in the above-captioned litigation only, without prejudice, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(i).

The original complaint filed for JIMMY KENNEDY was filed on December 27, 2012, as part of *Deon Anderson, et. al. vs. National Football League*, USDC, EDPA, Docket No. 12-cv-7235-AB. Consistent with the Court's Orders, JIMMY KENNEDY's Short Form Complaint was filed: (a) on January 7, 2013 as Document No. 4317 under the MDL Docket No. 2323 (*In Re: National Football League Players' Concussion Injury Litigation*) and (b) on January 7, 2013 as Document No. 6 under Docket No. 12-cv-7235-AB (*Deon Anderson, et. al. vs. National*

*Football League*, USDC, EDPA, Docket No. 12-cv-7235-AB).  Service was waived by Defendant on January 10, 2013 in the *Deon Anderson* case.

This Notice hereby withdrawals JIMMY KENNEDY's Short Form Complaint as filed under both dockets referenced herein only, without prejudice.

Dated: May 17, 2013

/s/ Julie P. Thompson
Larry E. Coben, Esquire (I.D. 17523)
Sol H. Weiss, Esquire (I.D. 15925)
Julie P. Thompson, Esquire (I.D. 91418)
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, Pennsylvania 19103
(215) 735-1130 Telephone
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Notice of Withdrawal* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

| | |
|---|---|
| Dated: May 17, 2013 | Respectfully Submitted: |
| | /s/ Julie P. Thompson |
| | Larry E. Coben, Esquire (I.D. 17523) |
| | Sol H. Weiss, Esquire (I.D. 15925) |
| | Julie P. Thompson, Esquire (I.D. 91418) |
| | **ANAPOL SCHWARTZ** |
| | 1710 Spruce Street |
| | Philadelphia, Pennsylvania 19103 |
| | (215) 735-1130 Telephone |
| | *Attorneys for Plaintiffs* |