UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>---------------------------------------------------------<br><br>THIS DOCUMENT RELATES TO:<br><br>*WILLIE B. FEARS, II et al. v. NATIONAL FOOTBALL LEAGUE et al.*,<br>No. 2:13-cv-02591-AB | MDL NO. 2323<br>12-MD-2323<br><br>Notice of Appearance |

The undersigned attorney hereby notifies the Court and counsel that Anne McGinness Kearse, Esquire shall appear as counsel of record for Plaintiffs, Willie B. Fears, II, Rodney A. Williams, James Amere Wofford, Tory M. Woodbury, Fred McCrary, Gijion M. Robinson and Brian "Skip" Hicks in the above-captioned matter.

        s/ Anne McGinness Kearse
        Anne McGinness Kearse, Esquire (SCDC# 7570)
        **Motley Rice LLC**
        28 Bridgeside Boulevard
        Mt. Pleasant, SC 29464
        Phone: 843-216-9000
        Fax: 843-216-9655
        Email: akearse@motleyrice.com

        *Attorney for Plaintiffs*

Dated: May 20, 2013

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL NO. 2323<br>12-MD-2323 |
| -------------------------------------------------- | |
| | Certificate of Service |
| THIS DOCUMENT RELATES TO: | |
| WILLIE B. FEARS, II et al. v. NATIONAL FOOTBALL LEAGUE et al., No. 2:13-cv-02591-AB | |

I hereby certify that on May 20, 2013, I caused the following document:

1. Notice of Appearance

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an electronic notice of electronic filing to counsel of record.

                                                       s/Anne McGinness Kearse
                                                     Anne McGinness Kearse, Esquire (SCDC# 7570)
                                                     **Motley Rice LLC**
                                                       28 Bridgeside Blvd.
                                                     Mount Pleasant, SC  29464
                                                     T: (843) 216-9000
                                                     F: (843) 216-9450
                                                     Email: akearse@motleyrice.com

                                                     *Attorney for Plaintiffs*

Dated: May 20, 2013