UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ) ) ) ) ) | **MDL NO. 2323** **12-MD-2323** |
| -------------------------------------------------- | ) ) | **Notice of Appearance** |
| THIS DOCUMENT RELATES TO: | ) ) ) | |
| *WILLIE B. FEARS, II et al. v. NATIONAL FOOTBALL LEAGUE et al.,* No. 2:13-cv-02591-AB | ) ) | |

The undersigned attorney hereby notifies the Court and counsel that Donald A. Migliori, Esquire shall appear as counsel of record for Plaintiffs, Willie B. Fears, II, Rodney A. Williams, James Amere Wofford, Tory M. Woodbury, Fred McCrary, Gijion M. Robinson and Brian "Skip" Hicks in the above-captioned matter.

s/ Donald A. Migliori
Donald A. Migliori, Esquire (RIDC#4936)
**Motley Rice LLC**
321 South Main Street
Providence, RI 02903
Phone: 401-457-7709
Fax: 401-457-7708
Email: dmigliori@motleyrice.com

*Attorneys for Plaintiffs*

Dated: May 20, 2013

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ) ) ) ) ) | **MDL NO. 2323** 12-MD-2323 |
| -------------------------------------------------- | ) ) | Notice of Appearance |
| **THIS DOCUMENT RELATES TO:** | ) ) | |
| *WILLIE B. FEARS, II et al. v. NATIONAL FOOTBALL LEAGUE et al.,* No. 2:13-cv-02591-AB | ) ) | |

I hereby certify that on May 20, 2013, I caused the following document:

    **1. Notice of Appearance**

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an electronic notice of electronic filing to counsel of record.

Dated: May 20, 2013

    s/ Donald A. Migliori
    Donald A. Migliori, Esquire (RIDC#4936)
    **Motley Rice LLC**
    321 South Main Street
    Providence, RI 02903
    Phone: 401-457-7709
    Fax: 401-457-7708
    Email: dmigliori@motleyrice.com

    *Attorneys for Plaintiffs*