UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to: | **NOTICE OF VOLUNTARY DISMISSAL** |
| Plaintiff's Master Administrative Long Form Complaint and *Antonio D. Beckham, et al., vs. National Football League, et al.* **Docket No. 12-cv-07213-AB** | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' INJURY LITIGATION |
| **MATTHEW HATCHETTE,** Plaintiff | JURY TRIAL DEMANDED |

### NOTICE OF VOLUNTARY DISMISSAL
### ON BEHALF OF PLAINTIFF, MATTHEW HATCHETTE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(i), Plaintiff MATTHEW HATCHETTE, hereby voluntarily dismisses his claims against the NFL in the above captioned action only, without prejudice. Defendant has not yet served an Answer or Motion for Summary Judgment in response to MATCHETTE HATCHETTE'S Complaint. His action has been consolidated into *In re: National Football League Players' Concussion Injury Litigation*, MDL No. 12-2323 (AB). MATTHEW HATCHETTE has filed this Notice under both the individual docket number listed in the caption above and the MDL docket.

|  |  |
|---|---|
| Dated:  May 20, 2013 | RESPECTFULLY SUBMITTED:<br><br>  s/ Anne McGinness Kearse<br>MOTLEY RICE LLC<br>Anne McGinness Kearse, Esq. (SCDC# 7570)<br>Donald A. Migliori, Esq. (RIDC# 4936)<br>Rebecca A. Katz, Esq. (NYDC# 2410363)<br>28 Bridgeside Boulevard<br>Mount Pleasant, South Carolina  29464<br>Phone:  (843) 216-9000<br>Fax:  (843) 216-9655<br>akearse@motleyrice.com<br><br>*Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing *Notice of Voluntary Dismissal* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  May 20, 2013

RESPECTFULLY SUBMITTED:

  s/ Anne McGinness Kearse
MOTLEY RICE LLC
Anne McGinness Kearse, Esq. (SCDC# 7570)
Donald A. Migliori, Esq. (RIDC# 4936)
Rebecca A. Katz, Esq. (NYDC# 2410363)
28 Bridgeside Boulevard
Mount Pleasant, South Carolina  29464
Phone:  (843) 216-9000
Fax:  (843) 216-9655
akearse@motleyrice.com

*Attorneys for Plaintiff*