UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to: | **NOTICE OF WITHDRAWAL** |
| Plaintiff's Master Administrative Long Form Complaint and *Antonio D. Beckham, et al., vs. National Football League, et al.* **Docket No. 12-cv-07213-AB** | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' INJURY LITIGATION |
| **JAMES WASHINGTON,** Plaintiff | JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT ON BEHALF OF PLAINTIFF, JAMES WASHINGTON

Plaintiff, James Washington, hereby withdraws his Short Form Complaint in the above captioned litigation only, without prejudice, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(i).

The original complaint filed for James Washington was filed on December 10, 2012, as part of *Antonio D. Beckham, et al. vs. National Football League*, *et al*., Docket No. 12-cv-07213-AB. Consistent with the Court's Orders, James Washington's Short Form Complaint was filed: (a) on January 22, 2013 as Document No. 4582 under the MDL Docket No. 2323 (*In Re: National Football League Players' Concussion Injury Litigation*) and (b) on January 22, 2013 as Document No. 34 under Docket No. 12-cv-07213-AB (*Antonio D. Beckham, et al. vs. National Football League, et al.,* Docket No. 12-cv-07213-AB). Service was waived by Defendants on December 12, 2012 in the *Antonio D. Beckham, et al.* case.

This Notice hereby withdraws James Washington's Short Form Complaint as filed under both dockets referenced herein only, without prejudice.

Dated:  May 20, 2013

RESPECTFULLY SUBMITTED:

__s/ Anne McGinness Kearse_____
MOTLEY RICE LLC
Anne McGinness Kearse, Esq. (SCDC# 7570)
Donald A. Migliori, Esq. (RIDC# 4936)
Rebecca A. Katz, Esq. (NYDC# 2410363)
28 Bridgeside Boulevard
Mount Pleasant, South Carolina  29464
Phone:  (843) 216-9000
Fax:  (843) 216-9655
akearse@motleyrice.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that I caused the foregoing *Notice of Withdrawal* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: May 20, 2013

RESPECTFULLY SUBMITTED:

  s/ Anne McGinness Kearse
MOTLEY RICE LLC
Anne McGinness Kearse, Esq. (SCDC# 7570)
Donald A. Migliori, Esq. (RIDC# 4936)
Rebecca A. Katz, Esq. (NYDC# 2410363)
28 Bridgeside Boulevard
Mount Pleasant, South Carolina  29464
Phone:  (843) 216-9000
Fax:  (843) 216-9655
akearse@motleyrice.com

*Attorneys for Plaintiff*