**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | : : : : : | **MDL No. 2323** **No. 12-md-2323 (AB)** |
| **THIS DOCUMENT RELATES TO:** | : : : | |
| *Boyd, et al. v. National Football League, et al.*,  Case No. 2:12-cv-00092-AB | : : : | |

**NOTICE OF VOLUNTARY DISMISSAL
AS TO PLAINTIFF EDWARD WHITE**

NO ANSWER OR MOTION FOR SUMMARY JUDGMENT HAVING BEEN FILED,

Plaintiff **EDWARD WHITE and his wife JOAN WHITE** ONLY hereby voluntarily dismisses

his claims in the above-captioned matter (Boyd, et al. v. NFL, et al., Case No. 12cv00092)

without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  The

Complaint in this action was filed on January 9, 2012, and has been served on all Defendants.


DATED: May 21, 2013                              __*s/ Richard S. Lewis*__
                                                                      Richard S. Lewis
                                                                      Jeannine Kenney
                                                                      HAUSFELD LLP
                                                                      1700 K Street, NW
                                                                      Suite 650
                                                                      Washington, DC 20006
                                                                      rlewis@hausfeldllp.com
                                                                      jkenney@hausfeldllp.com