UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____<br><br>This relates to:<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and George Andrie, et al. v. NFL, USDC, EDPA, No. 2:12-cv-05059-AB**<br><br>**LLOYD MUMPHORD** | NOTICE OF WITHDRAWAL<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br><br>JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF LLOYD MUMPHORD

Plaintiff, LLOYD MUMPHORD hereby withdraws his Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of LLOYD MUMPHORD was filed on September 4, 2012 as *George Andrie, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-05059-AB.  Consistent with the Court's Orders, LLOYD MUMPHORD' Short Form Complaint was filed on September 12, 2012: (a) as document number 3721 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) on September 11, 2012 as document number 11 in *George Andrie, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-05059-AB.  Both filings were served on the Defendants.

This Notice hereby withdraws LLOYD MUMPHORD' Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

May 22, 2013　　　　　　　　　　　　　**BY:** ___/s/ *Gene Locks*___
　　　　　　　　　　　　　　　　　　　　Gene Locks, Esquire
　　　　　　　　　　　　　　　　　　　　601 Walnut Street, Suite 720 East
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　215-893-0100 (tel.)
　　　　　　　　　　　　　　　　　　　　215-893-3444 (fax)
　　　　　　　　　　　　　　　　　　　　glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| **This relates to:** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** |
| **Plaintiffs' Master Administrative Long-Form Complaint and George Andrie, et al. v. NFL, USDC, EDPA, No. 2:12-cv-05059-AB** | |
| **LLOYD MUMPHORD** | JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2013, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiffs LLOYD MUMPHORD to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

                                             **LOCKS LAW FIRM**

                                        **BY:**    /s/ *Gene Locks*

                                              Gene Locks, Esquire
                                              601 Walnut Street, Suite 720 East
                                              Philadelphia, PA 19106
                                              215-893-0100 (tel.)
                                              215-893-3444 (fax)
                                              glocks@lockslaw.com