**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323(AB)<br><br>MDL No. 2323 |
| **Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)** <u>Howard Ballard, et al.</u> **v. National Football League [et al.], No.** <u>2:13-cv-02244-AB</u> | **SHORT FORM COMPLAINT**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br>**JURY TRIAL DEMANDED** |

**<u>SHORT FORM COMPLAINT</u>**

1.      Plaintiffs, <u>   Will Hill   </u>, and Plaintiff's Spouse <u>   Carla Hill   </u>, bring this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2.      Plaintiffs are filing this short form complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3.      Plaintiff and Plaintiff's Spouse incorporate by reference the allegations (as designated below) of the Master Administrative Long-Form Complaint, as may be amended, as if fully set forth at length in this Short Form Complaint.

4.      [Fill in if applicable] Plaintiff is filing this case in a representative capacity as the _____ of _____, having been duly appointed as the _____ by the Court of _____. (Cross out sentence below if not applicable.)  Copies of the Letters of Administration/Letters Testamentary for a wrongful death claim are annexed hereto if such Letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.

5.      Plaintiff _____Will Hill_____ is a resident and citizen of __Glenn Heights, Texas,__ and claims damages as set forth below.

6.      Plaintiff's Spouse, ____Carla Hill____, is a resident and citizen of __Glenn Heights, Texas__, and claims damages as a result of loss of consortium proximately caused by the harm suffered by her Plaintiff husband.

7.      On information and belief, the Plaintiff sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices.  On information and belief, Plaintiff suffers from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff sustained during NFL games and/or practices. On information and belief, the Plaintiff's symptoms arise from injuries that are latent and have developed and continue to develop over time.

8.      The original complaint by Plaintiffs in this matter was filed in __the United States District Court Southern District of New York on November 5, 2012__.  If the case is remanded, it should be remanded to __the United States District Court Southern District of New York__.

9.      Plaintiffs claim damages as a result of [check all that apply]:

⊠      Injury to Herself/Himself

☐      Injury to the Person Represented

☐      Wrongful Death

☐      Survivorship Action

⊠      Economic Loss

☐      Loss of Services

⊠      Loss of Consortium

10.     [Fill in if applicable] As a result of the injuries to her husband, _____Will Hill _____, Plaintiff's Spouse, __Carla Hill____, suffers from a loss of consortium, including the following injuries:

⊠      loss of marital services;

⊠      loss of companionship, affection or society;

☒     loss of support; and

☒     monetary losses in the form of unreimbursed costs she has had to expend for the health care and personal care of her husband.

11.     [Check if applicable]  ☒Plaintiff and Plaintiff's Spouse reserve the right to object to federal jurisdiction.

12.     Plaintiff and Plaintiff's Spouse bring this case against the following Defendants in this action [check all that apply]:

☒     National Football League

☒     NFL Properties, LLC

☒     Riddell, Inc.

☒     All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

☒     Riddell Sports Group, Inc.

☒     Easton-Bell Sports, Inc.

☒     Easton-Bell Sports, LLC

☒     EB Sports Corporation

☒     RBG Holdings Corporation

13.     [Check where applicable]  As to each of the Riddell Defendants referenced above, the claims asserted are:  ☒ design defect; ☒ informational defect; ☒ manufacturing defect.

14.     [Check if applicable]  ☒ The Plaintiff wore one or more helmets designed and/or manufactured by the Riddell Defendants during one or more years Plaintiff played in the NFL and/or AFL.

15.     Plaintiff played in [check if applicable] ☒     the National Football League ("NFL") and/or in [check if applicable] ☐ the American Football League ("AFL") during

         1987 to 1990   for the following teams:  the Cleveland Browns (1987) and the Kansas City Chiefs (1988-1990).

## CAUSES OF ACTION

16.     Plaintiffs herein adopt by reference the following Counts of the Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]:

☒        Count I (Action for Declaratory Relief- Liability (Against the NFL))

☒        Count II (Medical Monitoring (Against the NFL))

☐        Count III (Wrongful Death and Survival Actions (Against the NFL))

☒        Count IV (Fraudulent Concealment (Against the NFL))

☒        Count V (Fraud (Against the NFL))

☒        Count VI (Negligent Misrepresentation (Against the NFL))

☐        Count VII (Negligence Pre-1968 (Against the NFL Defendants))

☐        Count VIII (Negligence Post-1968 (Against the NFL Defendants))

☒        Count IX (Negligence 1987-1993 (Against the NFL Defendants))

☐        Count X (Negligence Post-1994 (Against the NFL Defendants))

☒        Count XI (Loss of Consortium (Against the NFL and Riddell Defendants))

☒        Count XII (Negligent Hiring (Against the NFL))

☒        Count XIII (Negligent Retention (Against the NFL))

☒        Count XIV (Strict Liability for Design Defect (Against the Riddell Defendants))

☒        Count XV (Strict Liability for Manufacturing Defect (Against the Riddell Defendants))

☒        Count XVI (Failure to Warn (Against the Riddell Defendants))

☒        Count XVII (Negligence (Against the Riddell Defendants))

☒        Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against NFL Defendants))

17.     Plaintiffs assert the following additional causes of action [write in or attach]:

(a) negligent infliction of emotional distress; and

(b) intentional inflection of emotional distress

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff and Plaintiff's Spouse pray for judgment as follows:

A.      An award of compensatory damages, the amount of which will be determined at trial;

B.      For loss of consortium;

C.      For punitive and exemplary damages as applicable;

D.      For all applicable statutory damages of the state whose laws will govern this action;

E.      For medical monitoring, whether denominated as damages or in the form of equitable relief;

F.      For an award of attorneys' fees and costs;

G.      An award of prejudgment interest and costs of suit; and

H.      An award of such other and further relief as the Court deems just and proper.

## **JURY DEMANDED**

Pursuant to Federal Rule of Civil Procedure 38, Plaintiffs hereby demand a trial by jury.


Dated: May 24, 2013          Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:    *s/ Wendy R. Fleishman*
        Wendy R. Fleishman

Wendy R. Fleishman (WF3017)
Daniel R. Leathers (DL4995)
wfleishman@lchb.com
dleathers@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Elizabeth J. Cabraser
ecabraser@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Elizabeth A. Alexander
ealexander@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
One Nashville Place
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219-2423
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

*Attorneys for Plaintiffs*