IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323 (AB) |
| THIS DOCUMENT RELATES TO: | |
| *Boyd, et al. v. National Football League, et al.*, Case No. 2:12-cv-00092-AB | |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT AS TO PLAINTIFF EDWARD WHITE

Plaintiffs, EDWARD WHITE and Joan White, his wife, hereby withdraw their Short Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

The complaint of EDWARD WHITE and Joan White, his wife, was filed on January 9, 2012 in *Brent Boyd, et al. v. National Football League*, in the United States District Court for the Eastern District of Pennsylvania, Case No. 2:12-cv-00092-AB. Consistent with the Court's Order, EDWARD WHITE's Short Form Complaint was filed on July 14, 2012: (a) as ECF No. 2468, in the MDL known as *In Re: National Football League Players' Concussion Injury Litigation*, Case No. 2:12-md-02323-AB; and (b) as ECF No. 232 in *Brent Boyd, et al. v. National Football League*, Case No. 2:12-cv-00092-AB. Both filings were served on all Defendants.

This Notice hereby withdraws the Short Form Complaint of EDWARD WHITE and Joan White, his wife, as filed in both dockets referenced above.

DATED: June 4, 2013

                                                         __s/ Richard S. Lewis__
                                                        Richard S. Lewis
                                                        Jeannine Kenney
                                                        HAUSFELD LLP
                                                        1700 K Street, NW, Suite 650
                                                        Washington, DC 20006

rlewis@hausfeldllp.com
jkenney@hausfeldllp.com