IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323 (AB) |
| THIS DOCUMENT RELATES TO: | |
| *Boyd, et al. v. National Football League, et al.*, Case No. 2:12-cv-00092-AB | |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT AS TO PLAINTIFF JOE DELAMIELLEURE

Plaintiffs, JOE DELAMIELLEURE and Gerri Delamielleure, his wife, hereby withdraw their Short Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

The complaint of JOE DELAMIELLEURE and Gerri Delamielleure, his wife, was filed on January 9, 2012 in *Brent Boyd, et al. v. National Football League*, in the United States District Court for the Eastern District of Pennsylvania, Case No. 2:12-cv-00092-AB. Consistent with the Court's Order, JOE DELAMIELLEURE's Short Form Complaint was filed on July 14, 2012: (a) as ECF No. 2420, in the MDL known as *In Re: National Football League Players' Concussion Injury Litigation*, Case No. 2:12-md-02323-AB; and (b) as ECF No. 233 in *Brent Boyd, et al. v. National Football League*, Case No. 2:12-cv-00092-AB. Both filings were served on all Defendants.

This Notice hereby withdraws the Short Form Complaint of JOE DELAMIELLEURE and Gerri Delamielleure, his wife, as filed in both dockets referenced above.

DATED: June 4, 2013

  __s/ Richard S. Lewis__
  Richard S. Lewis
  Jeannine Kenney
  HAUSFELD LLP
  1700 K Street, NW, Suite 650
  Washington, DC 20006

rlewis@hausfeldllp.com
jkenney@hausfeldllp.com