IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | MDL No. 2323<br>No. 12-md-2323 (AB) |
| THIS DOCUMENT RELATES TO:<br><br>*Boyd, et al. v. National Football League, et al.*,  Case No. 2:12-cv-00092-AB | : : : : : : | |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT
### AS TO PLAINTIFF MARK ARNESON

Plaintiffs, MARK ARNESON and Kristine Arneson, his wife, hereby withdraw their Short Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

The complaint of MARK ARNESON and Kristine Arneson, his wife, was filed on April 11, 2012 in *Brent Boyd, et al. v. National Football League*, in the United States District Court for the Eastern District of Pennsylvania, Case No. 2:12-cv-00092-AB.  Consistent with the Court's Order, MARK ARNESON's Short Form Complaint was filed on July 13, 2012: (a) as ECF No. 2351 in the MDL known as *In Re: National Football League Players' Concussion Injury Litigation*, Case No. 2:12-md-02323-AB; and (b) as ECF No. 85 in *Brent Boyd, et al. v. National Football League*, Case No. 2:12-cv-00092-AB.  Both filings were served on all Defendants.

This Notice hereby withdraws the Short Form Complaint of MARK ARNESON and Kristine Arneson, his wife, as filed in both dockets referenced above.

DATED: June 4, 2013  	__s/ Richard S. Lewis_
	Richard S. Lewis
	Jeannine Kenney
	HAUSFELD LLP
	1700 K Street, NW, Suite 650
	Washington, DC 20006

rlewis@hausfeldllp.com
jkenney@hausfeldllp.com