IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323 (AB) |
| THIS DOCUMENT RELATES TO:<br><br>*Boyd, et al. v. National Football League, et al.*, Case No. 2:12-cv-00092-AB |  |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT AS TO PLAINTIFF RANDY RAGON

Plaintiff, RANDY RAGON, hereby withdraw his Short Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

The complaint of RANDY RAGON, was filed on January 9, 2012, in *Brent Boyd, et al. v. National Football League*, in the United States District Court for the Eastern District of Pennsylvania, Case No. 2:12-cv-00092-AB. Consistent with the Court's Order, RANDY RAGON's Short Form Complaint was filed on July 13, 2012: (a) as ECF No. 2325 in the MDL known as *In Re: National Football League Players' Concussion Injury Litigation*, Case No. 2:12-md-02323-AB; and (b) as ECF No. 57 in *Brent Boyd, et al. v. National Football League*, Case No. 2:12-cv-00092-AB. Both filings were served on all Defendants.

This Notice hereby withdraws the Short Form Complaint of RANDY RAGON, as filed in both dockets referenced above.

DATED: June 4, 2013

       *s/ Richard S. Lewis*
Richard S. Lewis
Jeannine Kenney
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
rlewis@hausfeldllp.com
jkenney@hausfeldllp.com