IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323 (AB) |
| THIS DOCUMENT RELATES TO:<br><br>*Stabler, et al. v. National Football League, et al.*, Case No. 2:12-cv-04186-AB | |

NOTICE OF VOLUNTARY DISMISSAL
AS TO PLAINTIFF JOHN NILAND

NO ANSWER OR MOTION FOR SUMMARY JUDGMENT HAVING BEEN FILED, Plaintiffs **JOHN NILAND and his wife Shaughn Niland** ONLY hereby voluntarily dismisses their claims in the above-captioned matter (Stabler, et al. v. NFL, et al., Case No. 12cv04186) without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Complaint in this action was filed on July 23, 2012, and has been served on all Defendants.

DATED: June 6, 2013

　　*s/ Richard S. Lewis*
Richard S. Lewis
Jeannine Kenney
HAUSFELD LLP
1700 K Street, NW
Suite 650
Washington, DC 20006
rlewis@hausfeldllp.com
jkenney@hausfeldllp.com