IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323 (AB) |
| THIS DOCUMENT RELATES TO:<br><br>*Stabler, et al. v. National Football League, et al.*, Case No. 2:12-cv-04186-AB | |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT AS TO PLAINTIFF JOHN NILAND

Plaintiffs, JOHN NILAND and Shaughn Niland, his wife, hereby withdraw their Short Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

The complaint of JOHN NILAND and Shaughn Niland, his wife, was filed on July 23, 2012 in *Stabler, et al. v. National Football League*, in the United States District Court for the Eastern District of Pennsylvania, Case No. 2:12-cv-04186-AB. Consistent with the Court's Order, JOHN NILAND's Short Form Complaint was filed on August 18, 2012, as ECF No. 3238, in the MDL known as *In Re: National Football League Players' Concussion Injury Litigation*, Case No. 2:12-md-02323-AB; and on August 19, 2012, as ECF No. 48, in *Stabler, et al. v. National Football League*, Case No. 2:12-cv-04186-AB. Both filings were served on all Defendants.

This Notice hereby withdraws the Short Form Complaint of JOHN NILAND and Shaughn Niland, his wife, as filed in both dockets referenced above.

DATED: June 6, 2013                    __s/ Richard S. Lewis__
Richard S. Lewis
Jeannine Kenney
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006

rlewis@hausfeldllp.com
jkenney@hausfeldllp.com