**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | **MDL No. 2323**<br>**No. 12-md-2323 (AB)** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Boyd, et al. v. National Football League, et al.*, Case No. 2:12-cv-00092-AB | |

**NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT**
**AS TO PLAINTIFF JOSEPH KAPP**

Plaintiffs, JOSEPH KAPP and Jennifer Kapp, his wife, hereby withdraw their Short Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

The complaint of JOSEPH KAPP and Jennifer Kapp, his wife, was filed on January 9, 2012 in *Brent Boyd, et al. v. National Football League*, in the United States District Court for the Eastern District of Pennsylvania, Case No. 2:12-cv-00092-AB. Consistent with the Court's Order, JOSEPH KAPP's Short Form Complaint was filed on July 13, 2012, as ECF No. 2315, in the MDL known as *In Re: National Football League Players' Concussion Injury Litigation*, Case No. 2:12-md-02323-AB; and on July 16, 2012, as ECF No. 201, in *Brent Boyd, et al. v. National Football League*, Case No. 2:12-cv-00092-AB. Both filings were served on all Defendants.

This Notice hereby withdraws the Short Form Complaint of JOSEPH KAPP and Jennifer Kapp, his wife, as filed in both dockets referenced above.

DATED: June 6, 2013

*s/ Richard S. Lewis*
Richard S. Lewis
Jeannine Kenney
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006

rlewis@hausfeldllp.com
jkenney@hausfeldllp.com

4852-4121-3716, v. 1