## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL** : | **MDL No. 2323** |
| **LEAGUE PLAYERS' CONCUSSION** : | **No. 12-md-2323 (AB)** |
| **INJURY LITIGATION** : | |

:

**THIS DOCUMENT RELATES TO:** :

:

*Boyd, et al. v. National Football League,* :
*et al.*,  Case No. 2:12-cv-00092-AB :

:

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT
### AS TO PLAINTIFF MARK COTNEY

Plaintiffs, MARK COTNEY and Carol Cotney, his wife, hereby withdraw their Short Form

Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure.

The complaint of MARK COTNEY and Carol Cotney, his wife, was filed on January 9, 2012

in *Brent Boyd, et al. v. National Football League*, in the United States District Court for the Eastern

District of Pennsylvania, Case No. 2:12-cv-00092-AB.  Consistent with the Court's Order, MARK

COTNEY's Short Form Complaint was filed on July 14, 2012, as ECF No. 2410, in the MDL known

as *In Re: National Football League Players' Concussion Injury Litigation*, Case No. 2:12-md-02323-

AB; and on July 16, 2012, as ECF No. 125, in *Brent Boyd, et al. v. National Football League*, Case

No. 2:12-cv-00092-AB.  Both filings were served on all Defendants.

This Notice hereby withdraws the Short Form Complaint of MARK COTNEY and Carol

Cotney, his wife, as filed in both dockets referenced above.


DATED: June 6, 2013                              __s/ Richard S. Lewis__
                                                 Richard S. Lewis
                                                 Jeannine Kenney
                                                 HAUSFELD LLP
                                                 1700 K Street, NW, Suite 650
                                                 Washington, DC 20006

rlewis@hausfeldllp.com
jkenney@hausfeldllp.com

4852-4121-3716, v. 1