IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | : : : : : | **MDL No. 2323** **No. 12-md-2323 (AB)** |
| **THIS DOCUMENT RELATES TO:** *Stabler, et al. v. National Football League, et al.*,  Case No. 2:12-cv-04186-AB | : : : : : : | |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT
### AS TO PLAINTIFF PETE MIKOLAJEWSKI

Plaintiff, PETE MIKOLAJEWSKI, hereby withdraws his Short Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

The complaint of PETE MIKOLAJEWSKI, was filed on July 23, 2012 in *Stabler, et al. v. National Football League*, in the United States District Court for the Eastern District of Pennsylvania, Case No. 2:12-cv-04186-AB.  Consistent with the Court's Order, PETE MIKOLAJEWSKI's Short Form Complaint was filed on August 17, 2012, as ECF No. 3233, in the MDL known as *In Re: National Football League Players' Concussion Injury Litigation*, Case No. 2:12-md-02323-AB; and on August 19, 2012, as ECF No. 43, in *Stabler, et al. v. National Football League*, Case No. 2:12-cv-04186-AB.  Both filings were served on all Defendants.

This Notice hereby withdraws the Short Form Complaint of PETE MIKOLAJEWSKI, as filed in both dockets referenced above.

DATED: June 6, 2013

      *s/ Richard S. Lewis*
      Richard S. Lewis
      Jeannine Kenney
      HAUSFELD LLP
      1700 K Street, NW, Suite 650
      Washington, DC 20006
      rlewis@hausfeldllp.com
      jkenney@hausfeldllp.com