IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323 (AB) |
| THIS DOCUMENT RELATES TO:<br><br>*Boyd, et al. v. National Football League, et al.*, Case No. 2:12-cv-00092-AB | |

NOTICE OF VOLUNTARY DISMISSAL
AS TO PLAINTIFF GARRY "DONNY" ANDERSON

NO ANSWER OR MOTION FOR SUMMARY JUDGMENT HAVING BEEN FILED, Plaintiff **GARRY "DONNY" ANDERSON** ONLY hereby voluntarily dismisses their claims in the above-captioned matter (Boyd, et al. v. NFL, et al., Case No. 12cv00092) without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Complaint in this action was filed on January 9, 2012, and has been served on all Defendants.


DATED: June 6, 2013                    __s/ Richard S. Lewis__
                                       Richard S. Lewis
                                       Jeannine Kenney
                                       HAUSFELD LLP
                                       1700 K Street, NW
                                       Suite 650
                                       Washington, DC 20006
                                       rlewis@hausfeldllp.com
                                       jkenney@hausfeldllp.com