IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 <br> No. 12-md-2323 (AB) |
| THIS DOCUMENT RELATES TO: <br><br> *Boyd, et al. v. National Football League, et al.*, Case No. 2:12-cv-00092-AB |  |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT
### AS TO PLAINTIFF GARRY "DONNY" ANDERSON

Plaintiff, GARRY "DONNY" ANDERSON, hereby withdraw their Short Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

The complaint of GARRY "DONNY" ANDERSON, was filed on January 9, 2012 in *Brent Boyd, et al. v. National Football League*, in the United States District Court for the Eastern District of Pennsylvania, Case No. 2:12-cv-00092-AB. Consistent with the Court's Order, GARRY "DONNY" ANDERSON's Short Form Complaint was filed on July 13, 2012, as ECF No. 2346, in the MDL known as *In Re: National Football League Players' Concussion Injury Litigation*, Case No. 2:12-md-02323-AB; and on July 15, 2012, as ECF No. 80, in *Brent Boyd, et al. v. National Football League*, Case No. 2:12-cv-00092-AB. Both filings were served on all Defendants.

This Notice hereby withdraws the Short Form Complaint of GARRY "DONNY" ANDERSON, as filed in both dockets referenced above.

DATED: June 6, 2013                             __s/ Richard S. Lewis__
                                                                          Richard S. Lewis
                                                                          Jeannine Kenney
                                                                          HAUSFELD LLP
                                                                          1700 K Street, NW, Suite 650
                                                                          Washington, DC 20006

rlewis@hausfeldllp.com
jkenney@hausfeldllp.com

4852-4121-3716, v. 1