IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Easterling* v. *Nat'l Football League*, No. 11-cv-05209<br>*Maxwell* v. *Nat'l Football League*, No. 12-cv-1023;<br>*Barnes* v. *Nat'l Football League*, No. 12-cv-1024;<br>*Pear* v. *Nat'l Football League*, No. 12-cv-1025. | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the appearance of Neil Robert Lieberman on behalf of Defendants National Football League and NFL Properties LLC is hereby WITHDRAWN and you are respectfully requested to remove the undersigned from all service and notice lists.

PLEASE TAKE FURTHER NOTICE that Defendants National Football League and NFL Properties LLC will continue to be represented by the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP.

Dated: June 7, 2013
New York, New York

Respectfully submitted,

PAUL, WEISS, RIFKIND,
　WHARTON & GARRISON LLP

By: ___/s/ *Neil R. Lieberman*_____
　　　Neil R. Lieberman

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
nlieberman@paulweiss.com

*Attorney for the National Football League and NFL Properties LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2012, a true and correct copy of the foregoing Notice of Withdrawal was filed electronically and served upon counsel of record via the Court's CM/ECF system.

/s/ *Neil R. Lieberman*
Neil R. Lieberman