UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL | ( | |
| LEAGUE PLAYERS' CONCUSSION | ( | |
| INJURY LITIGATION | ( | MDL No. 2323 |
| | ( | |
| _____ | ( | |
| This relates to: | ( | **NOTICE OF VOLUNTARY DISMISSAL** |
| | ( | |
| Plaintiffs' Master Administrative Long | ( | IN RE: NATIONAL FOOTBALL |
| Form Complaint and _Victor Adeyanju, et al_ | ( | LEAGUE PLAYERS' CONCUSSION |
| _vs. National Football League_ | ( | INJURY LITIGATION |
| USDC, EDPA, **Docket No. 12-cv-4018-AB** | ( | |
| | ( | |
| **EDELL SHEPHERD**, Plaintiff | ( | JURY TRIAL DEMANDED |
| | ( | |
| | ( | |

**NOTICE OF VOLUNTARY DISMISSAL
ON BEHALF OF PLAINTIFF, EDELL SHEPHERD**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(i), Plaintiff EDELL SHEPHERD, hereby voluntarily dismisses his claims against the NFL in the above-captioned action only, without prejudice. Defendant has not yet served an Answer or Motion for Summary Judgment in response to EDELL SHEPHERD'S Complaint. His action has been consolidated into _In re: National Football League Players' Concussion Injury Litigation_, MDL No. 12-2323 (AB). EDELL SHEPHERD has filed this Notice under both the individual docket number listed in the caption above and the MDL docket.

Dated: June 10, 2013                                Respectfully Submitted:

                                                    /s/ Julie P. Thompson
                                                    Larry E. Coben, Esquire (I.D. 17523)
                                                    Sol H. Weiss, Esquire (I.D. 15925)
                                                    Julie P. Thompson, Esquire (I.D. 91418)
                                                    **ANAPOL SCHWARTZ**
                                                    1710 Spruce Street
                                                    Philadelphia, Pennsylvania 19103
                                                    (215) 735-1130 Telephone
                                                    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Notice of Voluntary Dismissal* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: June 10, 2013                    Respectfully Submitted:

/s/ Julie P. Thompson
Larry E. Coben, Esquire (I.D. 17523)
Sol H. Weiss, Esquire (I.D. 15925)
Julie P. Thompson, Esquire (I.D. 91418)
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, Pennsylvania 19103
(215) 735-1130 Telephone
*Attorneys for Plaintiffs*