IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : | MDL No. 2323 <br> 12-md-2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : | |

## NOTICE

In response to inquiries by counsel and other interested parties, the Court expects to issue its decision on the NFL's Motion to Dismiss (Doc. No. 3589) on July 22, 2013.

ATTEST
by                                                              or

s/Marie O'Donnell
_____              _____
M. O'Donnell, Civil Deputy/                              Anita B. Brody,            J.
Secretary


Copies **VIA ECF** on _____ to:              Copies **MAILED** on _____ to: