UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) <br> GLENN HOLT and JOHNNY WILLIAMS <br> **v. National Football League [et al.],** <br> **No.** 2:13-cv-02802-AB | **SHORT FORM COMPLAINT** <br><br> **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** <br><br> **JURY TRIAL DEMANDED** |

## SHORT FORM COMPLAINT

1. Plaintiff(s), Johnny Williams _____, (and, if applicable, Plaintiff's Spouse) _____, bring(s) this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2. Plaintiff (and, if applicable, Plaintiff's Spouse) is/are filing this short form complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3. Plaintiff (and, if applicable Plaintiff's Spouse), incorporate(s) by reference the allegations (as designated below) of the Master Administrative Long-Form Complaint, as may be amended, as if fully set forth at length in this Short Form Complaint.

-1-

4. [Fill in if applicable] Plaintiff is filing this case in a representative capacity as the _____ of _____, having been duly appointed as the _____ by the _____ Court of _____. (Cross out sentence below if not applicable.) Copies of the Letters of Administration/Letters Testamentary for a wrongful death claim are annexed hereto if such Letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.

5. Plaintiff, _Johnny Williams_, is a resident and citizen of _Florida_ and claims damages as set forth below.

6. [Fill in if applicable] Plaintiff's spouse, _____, is a resident and citizen of _____, and claims damages as a result of loss of consortium proximately caused by the harm suffered by her Plaintiff husband/decedent.

7. On information and belief, the Plaintiff (or decedent) sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices. On information and belief, Plaintiff suffers (or decedent suffered) from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff (or decedent) sustained during NFL games and/or practices. On information and belief, the Plaintiff's (or decedent's) symptoms arise from injuries that are latent and have developed and continue to develop over time.

8. [Fill in if applicable] The original complaint by Plaintiff(s) in this matter was filed in _United States District Court for the Southern District of Fla_. If the case is remanded, it should be remanded to _United States District Court for the Southern District of Fla_.

9. Plaintiff claims damages as a result of [check all that apply]:

    __X__ Injury to Herself/Himself

    ____ Injury to the Person Represented

    ____ Wrongful Death

    ____ Survivorship Action

    __X__ Economic Loss

    __X__ Loss of Services

    ____ Loss of Consortium

10. [Fill in if applicable] As a result of the injuries to her husband, _____, Plaintiff's Spouse, _____, suffers from a loss of consortium, including the following injuries:

    __ loss of marital services;

    __ loss of companionship, affection or society;

    __ loss of support; and

    __ monetary losses in the form of unreimbursed costs she has had to expend for the health care and personal care of her husband.

11. [Check if applicable] ___ Plaintiff (and Plaintiff's Spouse, if applicable) reserve(s) the right to object to federal jurisdiction.

**DEFENDANTS**

12. Plaintiff (and Plaintiff's Spouse, if applicable) bring(s) this case against the following Defendants in this action [check all that apply]:

- _X_ National Football League
- _X_ NFL Properties, LLC
- _X_ Riddell, Inc.
- _X_ All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)
- _X_ Riddell Sports Group, Inc.
- _X_ Easton-Bell Sports, Inc.
- _X_ Easton-Bell Sports, LLC
- _X_ EB Sports Corporation
- _X_ RBG Holdings Corporation

13. [Check where applicable] As to each of the Riddell Defendants referenced above, the claims asserted are: _X_ design defect; _X_ informational defect; _X_ manufacturing defect.

14. [Check if applicable] _X_ The Plaintiff (or decedent) wore one or more helmets designed and/or manufactured by the Riddell Defendants during one or more years Plaintiff (or decedent) played in the NFL and/or AFL.

15. Plaintiff played in [check if applicable] _X_ the National Football League ("NFL") and/or in [check if applicable] ___ the American Football League ("AFL") during

<u>2009 through 2010</u> for the following teams: <u>the Jacksonville Jaguars, the Denver Broncos, and the Green Bay Packers.</u>

## **CAUSES OF ACTION**

16. Plaintiff herein adopts by reference the following Counts of the Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]:

<u>X</u> Count I (Action for Declaratory Relief – Liability (Against the NFL))

<u>X</u> Count II (Medical Monitoring (Against the NFL))

<u>X</u> Count III (Wrongful Death and Survival Actions (Against the NFL))

<u>X</u> Count IV (Fraudulent Concealment (Against the NFL))

<u>X</u> Count V (Fraud (Against the NFL))

<u>X</u> Count VI (Negligent Misrepresentation (Against the NFL))

<u>X</u> Count VII (Negligence Pre-1968 (Against the NFL))

<u>X</u> Count VIII (Negligence Post-1968 (Against the NFL))

<u>X</u> Count IX (Negligence 1987-1993 (Against the NFL))

<u>X</u> Count X (Negligence Post-1994 (Against the NFL))

__X__ Count XI (Loss of Consortium (Against the NFL and Riddell Defendants))

__X__ Count XII (Negligent Hiring (Against the NFL))

__X__ Count XIII (Negligent Retention (Against the NFL))

__X__ Count XIV (Strict Liability for Design Defect (Against the Riddell Defendants))

__X__ Count XV (Strict Liability for Manufacturing Defect (Against the Riddell Defendants))

__X__ Count XVI (Failure to Warn (Against the Riddell Defendants))

__X__ Count XVII (Negligence (Against the Riddell Defendants))

__X__ Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against All Defendants))

17. Plaintiff asserts the following additional causes of action [write in or attach]:

_____

_____

_____

_____

_____

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff (and Plaintiff's Spouse, if applicable) pray(s) for judgment as follows:

A. An award of compensatory damages, the amount of which will be determined at trial;

B. For punitive and exemplary damages as applicable;

C. For all applicable statutory damages of the state whose laws will govern this action;

D. For medical monitoring, whether denominated as damages or in the form of equitable relief;

E. For an award of attorneys' fees and costs;

F. An award of prejudgment interest and costs of suit; and

G. An award of such other and further relief as the Court deems just and proper.

**JURY DEMANDED**

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff(s) hereby demand(s) a trial by jury.

RESPECTFULLY SUBMITTED:

s/Curtis Carlson
_____

*Attorneys for Plaintiff(s)*

```
Curtis Carlson
Carlson & Lewittes, P.A.
One Southeast Third Avenue
Suite 1200
Miami, Florida 33131
Telephone: (305) 372-9700
Facsimile: (305) 372-8265
```

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on June 10, 2013, the foregoing document is being served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

     Notices of Electronic Filing are generated by CM/ECF.

                                                   By:           s/Curtis Carlson