UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS'
CONCUSSION INJURY LITIGATION**

| | | |
|---|---|---|
| Gillis, et al.  v.  The National Football League, et al., | ) | |
| S.D. New York, C.A. No. 1:13-03027 | ) | MDL No. 2323 |

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Gillis*) on May, 14, 2013.  Prior to expiration of that order's 7-day of transmittal, plaintiff in *Gillis* filed notice of opposition to the proposed conditional transfer order.  Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-56" filed on May 14, 2013, is LIFTED insofar as it relates to this action.  The action is transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Anita B. Brody.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel