UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| | |
| _____ | |
| **This relates to:** | **SHORT FORM COMPLAINT** |
| **Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) Barney Chavous, et al., v. NFL, USDC, EDPA, No. 13-cv-03126** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** |
| **SCOTT STAUCH** | |
| | JURY TRIAL DEMANDED |

## SHORT FORM COMPLAINT

1.      Plaintiffs, **SCOTT STAUCH**, and Plaintiff's Spouse **KIMBERLEY STAUCH**, bring this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2.      Plaintiff and Plaintiff's Spouse are filing this short form complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3.      Plaintiff and Plaintiff's Spouse, incorporate by reference  the  allegations (as designated  below) of the Master Administrative Long-Form Complaint, as may be amended, as if fully set forth at length in this Short Form Complaint.

4.      NOT APPLICABLE

5.      Plaintiff, **SCOTT STAUCH,** is a resident and citizen of Bakersfield, California and claims damages as set forth below.

6.      Plaintiff's spouse, **KIMBERLEY STAUCH,** is a resident and citizen of Bakersfield, California, and claims damages as a result of loss of consortium proximately caused by the harm suffered by her Plaintiff husband.

7.      On information and belief, the Plaintiff sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices.  On information and belief, Plaintiff suffers from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff sustained during NFL games and/or practices.   On information and belief, the Plaintiff's symptoms arise from injuries that are latent and have developed and continue to develop over time.

8.      The original complaint by Plaintiff(s) in this matter was filed in United States District Court, Eastern District of Pennsylvania.

9.      Plaintiff claims damages as a result of [check all that apply]:

    _X_    Injury to Herself/Himself

    _X_    Injury to the Person Represented

    ___    Wrongful Death

    ___    Survivorship Action

    _X_    Economic Loss

    ___    Loss of Services

___   Loss of Consortium

10.   As a result of the injuries to her husband, **SCOTT STAUCH**, Plaintiff's Spouse,

**KIMBERLEY STAUCH**, suffers from a loss of consortium, including the following injuries:

_X_   loss of marital services;

_X_   loss of companionship, affection or society;

_X_   loss of support; and

_X_   monetary losses in the form of unreimbursed costs she has had to expend for the

health care and personal care of her husband.

11.   _X_   Plaintiff and Plaintiff's Spouse, reserve the right to object to federal

jurisdiction.

## DEFENDANTS

12.   Plaintiff and Plaintiff's Spouse, bring this case against the following Defendants

in this action [check all that apply]:

_X_   National Football League

_X_   NFL Properties, LLC

___   Riddell, Inc.

___   All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

___   Riddell Sports Group, Inc.

- 3 -

___      Easton-Bell Sports, Inc.

___      Easton-Bell Sports, LLC

___      EB Sports Corporation

___      RBG Holdings Corporation

13.      NOT APPLICABLE

14.      NOT APPLICABLE

15.      Plaintiff played in  X the National Football League ("NFL") and/or in _____ the American Football League ("AFL") during 1981-82 for the following teams:

San Francisco 49ers
New Orleans Saints

## CAUSES OF ACTION

16.      Plaintiff herein adopts by reference the following Counts of the Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]:

     _X_      Count I (Action for Declaratory Relief – Liability (Against the NFL))

     _X_      Count II (Medical Monitoring (Against the NFL))

     ___      Count III (Wrongful Death and Survival Actions (Against the NFL))

     _X_      Count IV (Fraudulent Concealment (Against the NFL))

_X_      Count V (Fraud (Against the NFL))

_X_      Count VI (Negligent Misrepresentation (Against the NFL))

_X_      Count VII (Negligence Pre-1968 (Against the NFL))

_X_      Count VIII (Negligence Post-1968 (Against the NFL))

_X_      Count IX (Negligence 1987-1993 (Against the NFL))

_X_      Count X (Negligence Post-1994 (Against the NFL))

_X_      Count XI (Loss of Consortium (Against the NFL))

_X_      Count XII (Negligent Hiring (Against the NFL))

_X_      Count XIII (Negligent Retention (Against the NFL))

___      Count XIV (Strict Liability for Design Defect (Against the Riddell
         Defendants))

___      Count XV (Strict Liability for Manufacturing Defect (Against the Riddell
         Defendants))

___      Count XVI (Failure to Warn (Against the Riddell Defendants))

___      Count XVII (Negligence (Against the Riddell Defendants))

_X_      Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against All
         Defendants))

17.    Plaintiff asserts the following additional causes of action [write in or attach]:

- 6 -

_____

_____

_____

_____

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff and Plaintiff's Spouse, pray for judgment as follows:

A.  An award of compensatory damages, the amount of which will be determined at trial;

B.  For punitive and exemplary damages as applicable;

C.  For all applicable statutory damages of the state whose laws will govern this action;

D.  For medical monitoring, whether denominated as damages or in the form of equitable relief;

E.  For an award of attorneys' fees and costs;

F.  An award of prejudgment interest and costs of suit; and

G.  An award of such other and further relief as the Court deems just and proper.

## **JURY DEMANDED**

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff(s) hereby demand(s) a trial by jury.

RESPECTFULLY SUBMITTED:

_____/s/ *Gene Locks*_____
Gene Locks, Esquire (PA ID No. 12969)
Michael B. Leh, Esquire (PA ID No. 42962)
David D. Langfitt, Esquire (PA ID No. 66588)
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com
mleh@lockslaw.com
dlangfitt@lockslaw.com

and

Craig R. Mitnick, Esquire
Managing Partner
Mitnick Law Offices
Thirty-Five Kings Highway East,
Haddonfield, New Jersey 08033
856.427.9000 (tel.)
F. 856.427.0360 (fax)
craig@crmtrust.com

*Attorneys for Plaintiffs*