**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL | : | |
| LEAGUE PLAYERS' | : | |
| CONCUSSION INJURY | : | |
| LITIGATION | : | |
| | : | MDL No. 2323 |
| | : | 12-md-2323 |
| | | |
| THIS DOCUMENT RELATES | : | |
| TO: ALL ACTIONS | : | |

<u>**ORDER**</u>

**AND NOW**, this 8th day of July, 2013, in anticipation of my ruling on the Motion to

Dismiss filed by the NFL on the basis of the Collective Bargaining Agreements with the players,

I held an informal exploratory telephone conference with lead counsel. As a consequence, I

**ORDER** parties, through their lead counsel, to engage in mediation to determine if consensual

resolution is possible. With this in mind, I asked the parties to identify mediators experienced in

resolving complex matters.

I **APPOINT** retired United States District Court Judge Layn Phillips as mediator.

I **ORDER** that Judge Phillips report back to me on or before September 3, 2013 on the

results of the mediation. I will not enter an order on the NFL's motion to dismiss until then.

Also, I **ORDER** the parties and their counsel to refrain from publicly discussing the

mediation process or disclosing any discussions they may have as part of that process, without

further order of the Court.

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

O:\ABB 2013\L - Z\NFL Order re Mediation.docx