UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| **This relates to:** | **SHORT FORM COMPLAINT** |
| **Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) Beverly Ann Holt Carpenter, et al. v. NFL, USDC, EDPA, No. 13-cv-03894** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** |
| **BEVERLY ANN HOLT CARPENTER (AS EXECUTRIX OF THE ESTATE OF LEWIS GLEN CARPENTER, DECEASED)** | JURY TRIAL DEMANDED |

## SHORT FORM COMPLAINT

1.      Plaintiff, **BEVERLY ANN HOLT CARPENTER**, brings this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2.      Plaintiff is filing this short form complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3.      Plaintiff incorporates by reference the allegations (as designated below) of the Amended Master Administrative Long-Form Complaint, as may be further amended, as if fully set forth at length in this Short Form Complaint.

4.      NOT APPLICABLE

5.      Plaintiff, **BEVERLY ANN HOLT CARPENTER,** is a resident and citizen of New Braunfels, Texas and claims damages as a result of loss of consortium proximately caused by the harm suffered by her husband and, in addition, as set forth below.

6.      On information and belief, the Plaintiff's spouse, **LEWIS GLEN CARPENTER**, sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices.  On information and belief, Plaintiff's spouse, **LEWIS GLEN CARPENTER,** suffered from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff's spouse sustained during NFL games and/or practices**.**   On information and belief, the Plaintiff's spouse's symptoms arise from injuries that are latent by nature and developed over time.

7.      The original complaint by Plaintiff in this matter was filed in the United States District Court, Eastern District of Wisconsin and then transferred to the United States District Court, Eastern District of Pennsylvania.

8.      Plaintiff claims damages as a result of [check all that apply]:

  _X_    Injury to Lewis Glen Carpenter

  _X_    Injury to the Person Represented

  _X_    Wrongful Death

  _X_    Survivorship Action

  _X_    Economic Loss

  _X_    Loss of Services

\_\_   Loss of Consortium

9.   As a result of the injuries to her husband, **BEVERLY ANN HOLT CARPENTER**, Plaintiff suffers from a loss of consortium, including the following injuries:

\_\_   loss of marital services;

\_\_    loss of companionship, affection or society;

\_\_ loss of support; and

\_\_ monetary losses in the form of unreimbursed costs she has had to expend for the health care and personal care of her husband.

10.   _X_  Plaintiff reserves the right to object to federal jurisdiction.

## **DEFENDANTS**

11.   Plaintiff brings this case against the following Defendants in this action [check all that apply]:

_X_   National Football League

_X_   NFL Properties, LLC

\_\_   Riddell, Inc.

\_\_   All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

\_\_   Riddell Sports Group, Inc.

    __      Easton-Bell Sports, Inc.

    __      Easton-Bell Sports, LLC

    __      EB Sports Corporation

    __      RBG Holdings Corporation

12.    NOT APPLICABLE

13.    NOT APPLICABLE

14.    Plaintiff played in  __X___ the National Football League ("NFL") and/or in  ____ the American Football League ("AFL") during 1953-1955 and 1957-1963 for the following teams:

Detroit Lions
Cleveland Browns
Green Bay Packers

**CAUSES OF ACTION**

15.    Plaintiff herein adopts by reference the following Counts of the Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]:

    _X_    Count I (Action for Declaratory Relief – Liability (Against the NFL))

    _X_    Count II (Medical Monitoring (Against the NFL))

    _X_    Count III (Wrongful Death and Survival Actions (Against the NFL))

_X_    Count IV (Fraudulent Concealment (Against the NFL))

_X_    Count V (Fraud (Against the NFL))

_X_    Count VI (Negligent Misrepresentation (Against the NFL))

_X_    Count VII (Negligence Pre-1968 (Against the NFL))

_X_    Count VIII (Negligence Post-1968 (Against the NFL))

_X_    Count IX (Negligence 1987-1993 (Against the NFL))

_X_    Count X (Negligence Post-1994 (Against the NFL))

__    Count XI (Loss of Consortium (Against the NFL))

_X_    Count XII (Negligent Hiring (Against the NFL))

_X_    Count XIII (Negligent Retention (Against the NFL))

__    Count XIV (Strict Liability for Design Defect (Against the Riddell Defendants))

__    Count XV (Strict Liability for Manufacturing Defect (Against the Riddell Defendants))

__    Count XVI (Failure to Warn (Against the Riddell Defendants))

__    Count XVII (Negligence (Against the Riddell Defendants))

_X_    Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against All Defendants))

16.     Plaintiff asserts the following additional causes of action [write in or attach]:

_____

_____

_____

_____

_____

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, prays for judgment as follows:

A.  An award of compensatory damages, the amount of which will be determined at trial;

B.  For punitive and exemplary damages as applicable;

C.  For all applicable statutory damages of the state whose laws will govern this action;

D.  For medical monitoring, whether denominated as damages or in the form of equitable relief;

E.  For an award of attorneys' fees and costs;

F.  An award of prejudgment interest and costs of suit; and

G.  An award of such other and further relief as the Court deems just and proper.

## JURY DEMANDED

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff(s) hereby demand(s) a trial by jury.

RESPECTFULLY SUBMITTED:

_____ /s/ *Gene Locks* _____
Gene Locks, Esquire (PA ID No. 12969)
David D. Langfitt, Esquire (PA ID No. 66588)
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com
dlangfitt@lockslaw.com

and

Robert Menard, Esquire
Derzon & Menard
400 East Wisconsin Avenue, suite 500
Milwaukee, WI 53202
414.276.2100 (tel.)
bob@derzonmenard.com

*Attorneys for Plaintiff*