IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>12-md-2323<br><br>Notice of Withdrawal of Appearance |
| THIS DOCUMENT RELATES TO:<br>Case No. 12-cv-00092-AB | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Richard S. Lewis of Housfeld LLP, withdraws his appearance as an attorney of record for Plaintiffs J. Bruce Jarvis and Cindy Jarvis in the above-referenced case.

Dated: 7/2/13

Respectfully submitted,

By: _____
Richard S. Lewis
**HAUSFELD LLP**
1700 K. Street SW, Suite 500
Washington D.C.  20006
(202) 540-7200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>12-md-2323<br><br>**Certificate of Service** |
| THIS DOCUMENT RELATES TO:<br>Case No. 12-cv-00092-AB | |

On July 17, 2013, I electronically filed the NOTICE OF WITHDRAWAL OF APPEARANCE through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: 7/17/13

Respectfully submitted,

By: _____
David A. Rosen (SB No. 101287)
**ROSE, KLEIN & MARIAS LLP**
801 S. Grand Avenue, 11th Floor
Los Angeles, CA 90017
T: (213) 626-0571
F: (213) 623-7755
d.rosen@rkmlaw.net

Attorneys for Plaintiffs