IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>12-md-2323<br><br>Notice of Appearance |
| THIS DOCUMENT RELATES TO:<br>Case No. 12-cv-00092-AB | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

David A. Rosen of Rose, Klein & Marias hereby enters his appearance as an attorney of record for Plaintiffs Bruce Jarvis and Cindy Jarvis in the above-referenced case.

All notices and copies of pleadings, papers, and other materials relevant to this action that are not served via the ECF system should be directed to and served upon: David A. Rosen of Rose Klein and Marias.

Dated: 7/17/13

Respectfully submitted,

By: _____
David A. Rosen (SB No. 101287)
**ROSE, KLEIN & MARIAS LLP**
801 S. Grand Avenue, 11th Floor
Los Angeles, CA 90017
T: (213) 626-0571
F: (213) 623-7755
d.rosen@rkmlaw.net

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION ) ) ) ) | MDL No. 2323<br>12-md-2323<br><br>**Certificate of Service** |
| THIS DOCUMENT RELATES TO: ) Case No. 12-cv-00092-AB ) ) | |

On July 17, 2013, I electronically filed the NOTICE OF APPEARANCE through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: 7/17/13

Respectfully submitted,

By: _____
David A. Rosen (SB No. 101287)
**ROSE, KLEIN & MARIAS LLP**
801 S. Grand Avenue, 11th Floor
Los Angeles, CA 90017
T: (213) 626-0571
F: (213) 623-7755
d.rosen@rkmlaw.net

Attorneys for Plaintiffs