UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| ------------------------------------------------------------<br>THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master administrative Long-Form Complaint and (if applicable)<br><br>GARY JONES, Only<br><br>v. National Football League [et al.],<br>No. 2:12-cv-01023 AB | **PLAINTIFF GARY JONES' MOTION TO SUBSTITUTE COUNSEL** |

Mickey Washington of Washington & Associates, PLLC, Lance H. Lubel and Adam Q. Voyles of Lubel Voyles LLP and James Carlos Canady of The Canady Law Firm respectfully request permission of this Court to be substituted as counsel of record and lead counsel for said Plaintiff, Gary Jones. Misters Washington, Canady, Lubel and Voyles' contact information is:

>    Mickey Washington
>    Washington & Associates, PLLC
>    5020 Montrose Blvd., Suite 800
>    Houston, Texas 77006
>    Telephone No.: (713) 284–5208
>    Facsimile No.: (713) 284-5250
>    Email: mw@mickeywashington.com
>
>    James Carlos Canady
>    The Canady Law Firm
>    5020 Montrose Blvd., Suite 800
>    Houston, Texas 77006
>    Telephone No.: (713) 284–5204
>    Facsimile No.: (713) 284-5250

Email: ccanady@canadylawfirm.com

Lance Lubel
Adam Voyles
Lubel Voyles, LLP
Montrose Blvd., Suite 800
Houston, TX 77006
Telephone No.: (713) 284-5200
Facsimile No.: (713) 284-5250
Email: adam@lubelvoyles.com
lance@lubelvoyles.com

    This substitution of counsel has the approval of Plaintiff, Gary Jones and is not sought for the purpose of delay.

    This the 24th day of July, 2013.

Respectfully Submitted,

**Washington & Associates, PLLC**

/s/ Mickey Washington
Mickey Washington
Texas State Bar No.: 24039233
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone No.: (713) 284–5208
Facsimile No.: (713) 284-5250
Email: mw@mickeywashington.com

**The Canady Law Firm**
James Carlos Canady
Texas State Bar No.: 24034357
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone No.: (713) 284–5204
Facsimile No.: (713) 284-5250
Email: ccanady@canadylawfirm.com

**Lubel Voyles, LLP**
Lance Lubel
Texas State Bar No.: 12651125
Adam Voyles
Texas State Bar No.: 24003121
Montrose Blvd., Suite 800
Houston, TX 77006
Telephone No.: (713) 284-5200
Facsimile No.: (713) 284-5250
Email: adam@lubelvoyles.com
lance@lubelvoyles.com

**ATTORNEYS FOR PLAINTIFFS**