UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| ----------------------------------------------------------- <br><br> **THIS DOCUMENT RELATES TO:** <br><br> Plaintiffs' Master administrative Long-Form Complaint and (if applicable) <br><br> **GARY JONES, Only** <br><br> **v. National Football League [et al.],** <br> **No.** 2:12-cv-01023 AB | **PROPOSED ORDER** |

     THIS COURT has considered the Motion to Substitute Counsel for Plaintiff, Gary Jones. The Court is of the opinion that said motion is well taken and should be in all respects GRANTED.  It is therefore,

     ORDERED, ADJUDGED and DECREED by the Court that Jason E. Luckasevic of Goldberg, Persky & White, P.C. be withdrawn as counsel of record for Plaintiff, Gary Jones, and that Mickey Washington of Washington & Associates, PLLC, Lance H. Lubel and Adam Q. Voyles of Lubel Voyles LLP and James Carlos Canady of The Canady Law Firm be substituted in his stead as counsel of record and lead counsel.

     IT IS SO ORDERED.

 

                                                                                    _____
                                                                                    HONORABLE JUDGE