UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TODD SCOTT, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE, INC. and NFL PROPERTIES, LLC as successor in interest to NATIONAL FOOTBALL LEAGUE PROPERTIES, INC., <br><br> Defendants. | Case No. 2:13-cv-01981 <br><br> PROPOSED ORDER |

Plaintiff's Motion to Amend, filed July 24, 2013, is hereby GRANTED. Plaintiff shall be permitted to amend his Complaint to add Riddell, Inc. (d/b/a/ Riddell Sports Group, Inc.), *All American Sports Corporation* (d/b/a Riddell/All American), Riddell Sports Group, Inc., Easton-Bell Sports, LLC, and Easton-Bell Sports, Inc., as defendants in this matter. The Amended Complaint attached to Plaintiff's Motion to Amend shall be deemed filed.

IT IS SO ORDERED.

_____
HONORABLE JUDGE