# UNITED STATES DISTRICT COURT
## FOR.THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TODD SCOTT** | ) | |
| | ) | |
| | ) | **Case No. 2:12-cv-04241** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| **NATIONAL FOOTBALL LEAGUE, INC.** | ) | |
| **and NFL PROPERTIES, LLC as successor** | ) | |
| **in interest to NATIONAL FOOTBALL** | ) | |
| **LEAGUE PROPERTIES, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

I hereby certify that on this 24th day of July, 2013, I caused the following documents to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

Dated: July 24, 2013

Respectfully Submitted,

**WASHINGTON & ASSOCIATES, PLLC**

/s/ Mickey Washington
Mickey Washington
Texas State Bar No.: 24039233
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone No.: (713) 284–5208

Facsimile No.: (713) 284-5250
Email: mw@mickeywashington.com

**The Canady Law Firm**
James Carlos Canady
Texas State Bar No.: 24034357
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone No.: (713) 284–5204
Facsimile No.: (713) 284-5250
Email: ccanady@canadylawfirm.com

**LUBEL VOYLES LLP**
Lance Lubel
Texas State Bar No.: 12651125
Adam Voyles
Texas State Bar No.: 24003121
Montrose Blvd., Suite 800
Houston, TX 77006
Telephone No.: (713) 284-5200
Facsimile No.: (713) 284-5250
Email: adam@lubelvoyles.com
lance@lubelvoyles.com

**ATTORNEYS FOR PLAINTIFFS**