UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY CENTERS, MELVIN ALDRIDGE, PATRISE ALEXANDER, CASSANDRA BAILEY, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF JOHNNY BAILEY, RONNIE COLEMAN, TIM DENTON, LELAND C. DOUGLAS, JR., BALDWIN MALCOM FRANK, PATRICK JACKSON, ERIC KELLY, EMANUEL MCNEIL, ANTHONY E. NEWSOM, ROBERT POLLARD, ALLEN RICE, TYRONE SMITH, PATSY LEWIS INDIVIDUALLY, AND AS THE REPRESENTATIVE OF, THE ESTATE OF MARK LEWIS, CHRISTOPHER CROOMS, BEN BRONSON, RICHARD JOHNSON<br><br>**Plaintiff,**<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, INC. and NFL PROPERTIES, LLC as successor in interest to NATIONAL FOOTBALL LEAGUE PROPERTIES, INC.,<br><br>**Defendants.** | Case No. 2:12-cv-05042-AB<br><br>**PROPOSED ORDER** |

Plaintiffs' Motion to Amend, filed July 24, 2013, is hereby GRANTED. Plaintiffs shall be permitted to amend their Complaint to add Riddell, Inc. (d/b/a/ Riddell Sports Group, Inc.), *All American Sports Corporation* (d/b/a Riddell/All American), Riddell Sports Group, Inc., Easton-Bell Sports, LLC, and Easton-Bell Sports, Inc., as defendants in this matter. The Amended Complaint attached to Plaintiffs' Motion to Amend shall be deemed filed.

IT IS SO ORDERED.

_____
HONORABLE JUDGE