# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLIE ANDERSON, CHARLES E. ARBUCKLE, ROD BERNSTINE, CURTIS CEASAR, JR., HARRY COLON, ELBERT CRAWFORD III, CLYDE P. GLOSSON, NILO SILVAN, FRANKIE SMITH, JERMAINE SMITH, ERIC J. SWANN and ANTHONY TONEY<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, INC. and NFL PROPERTIES, LLC as successor in interest to NATIONAL FOOTBALL LEAGUE PROPERTIES, INC.,<br><br>Defendants. | Case No. 2:13-cv-01981<br><br>MOTION FOR LEAVE TO AMEND CIVIL ACTION COMPLAINT FOR DECLARATORY RELIEF, MEDICAL MONITORING, INJUNCTIVE RELIEF AND DAMAGES<br><br>JURY TRIAL DEMAND FOR ALL CLAIMS TRIABLE BY A JURY |

For the reasons set forth in the Brief in Support of this Motion, pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs respectfully request leave to amend their Complaint, filed on April 15, 2013. The proposed Amended Complaint is attached hereto as Exhibit A. Specifically, Plaintiffs seek to amend their Complaint to add Riddell, Inc. (d/b/a Riddell Sports Group, Inc.), All American Sports Corporation (d/b/a Riddell/All American), Riddell Sports Group, Inc., Easton-Bell Sports, LLC, and Easton-Bell Sports, Inc., as defendants in this matter. Plaintiffs request that the attached Amended Complaint be deemed so filed.

A proposed Order is filed herewith.

This the 24th day of July, 2013.

Respectfully Submitted,

**WASHINGTON & ASSOCIATES, PLLC**

/s/ Mickey Washington
Mickey Washington
Texas State Bar No.: 24039233
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone No.: (713) 284–5208
Facsimile No.: (713) 284-5250
Email: mw@mickeywashington.com

**The Canady Law Firm**
James Carlos Canady
Texas State Bar No.: 24034357
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone No.: (713) 284–5204
Facsimile No.: (713) 284-5250
Email: ccanady@canadylawfirm.com

**LUBEL VOYLES LLP**
Lance Lubel
Texas State Bar No.: 12651125
Adam Voyles
Texas State Bar No.: 24003121
Montrose Blvd., Suite 800
Houston, TX 77006
Telephone No.: (713) 284-5200
Facsimile No.: (713) 284-5250
Email: adam@lubelvoyles.com
 lance@lubelvoyles.com

**ATTORNEYS FOR PLAINTIFFS**