UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ( ( ( ( ( | MDL No. 2323 |
| This relates to: | ( ( | **NOTICE OF WITHDRAWAL** |
| Plaintiffs' Master Administrative Long Form Complaint and *Timothy Baker, et. al. vs. National Football League* USDC, EDPA, **Docket No. 13-cv-2918-AB** | ( ( ( ( | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION |
| **KEVAN BARLOW**, Plaintiff | ( ( ( | JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT ON BEHALF OF PLAINTIFF, KEVAN BARLOW

Plaintiff, Kevan Barlow, hereby withdrawals his Short Form Complaint in the above-captioned litigation only, without prejudice, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(i).

The original complaint filed for Kevan Barlow was filed on May 28, 2013, as part of *Timothy Baker, et al. vs. National Football League*, USDC, EDPA, Docket No. 13-cv-2918-AB. Consistent with the Court's Orders, Kevan Barlow's Short Form Complaint was filed: (a) on June 5, 2013 as Document No. 5028 under the MDL Docket No. 2323 (*In Re: National Football League Players' Concussion Injury Litigation*) and (b) on June 5, 2013 as Document No. 6 under Docket No. 13-cv-2918-AB (*Timothy Baker, et al. vs. National Football League*, USDC, EDPA,

Docket No. 13-cv-2918-AB).  Service was waived by Defendant on June 7, 2013 in the *Timothy Baker* case.

This Notice hereby withdrawals Kevan Barlow's Short Form Complaint as filed under both dockets referenced herein only, without prejudice.

Dated: July 29, 2013

/s/ Julie P. Thompson
Larry E. Coben, Esquire (I.D. 17523)
Sol H. Weiss, Esquire (I.D. 15925)
Julie P. Thompson, Esquire (I.D. 91418)
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, Pennsylvania 19103
(215) 735-1130 Telephone
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Notice of Withdrawal* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

|  |  |
|---|---|
| Dated: July 29, 2013 | Respectfully Submitted: |
|  | /s/ Julie P. Thompson |
|  | Larry E. Coben, Esquire (I.D. 17523) |
|  | Sol H. Weiss, Esquire (I.D. 15925) |
|  | Julie P. Thompson, Esquire (I.D. 91418) |
|  | **ANAPOL SCHWARTZ** |
|  | 1710 Spruce Street |
|  | Philadelphia, Pennsylvania 19103 |
|  | (215) 735-1130 Telephone |
|  | *Attorneys for Plaintiffs* |