UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ( ( ( ( ( | MDL No. 2323 |
| This relates to: | ( ( | **NOTICE OF VOLUNTARY DISMISSAL** |
| Plaintiffs' Master Administrative Long Form Complaint and *Timothy Baker, et. al. vs. National Football League* USDC, EDPA, **Docket No. 13-cv-2918-AB** | ( ( ( ( ( | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION |
| **DONNELL BENNETT**, Plaintiff | ( ( ( | JURY TRIAL DEMANDED |

### NOTICE OF VOLUNTARY DISMISSAL
### ON BEHALF OF PLAINTIFF, DONNELL BENNETT

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(i), Plaintiff DONNELL BENNETT, hereby voluntarily dismisses his claims against the NFL in the above-captioned action only, without prejudice. Defendant has not yet served an Answer or Motion for Summary Judgment in response to DONNELL BENNETT'S Complaint. His action has been consolidated into *In re: National Football League Players' Concussion Injury Litigation*, MDL No. 12-2323 (AB). DONNELL BENNETT has filed this Notice under both the individual docket number listed in the caption above and the MDL docket.

Dated: July 29, 2013 Respectfully Submitted:

/s/ Julie P. Thompson
Larry E. Coben, Esquire (I.D. 17523)
Sol H. Weiss, Esquire (I.D. 15925)
Julie P. Thompson, Esquire (I.D. 91418)
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, Pennsylvania 19103
(215) 735-1130 Telephone
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing *Notice of Voluntary Dismissal* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: July 29, 2013                            Respectfully Submitted:

/s/ Julie P. Thompson
Larry E. Coben, Esquire (I.D. 17523)
Sol H. Weiss, Esquire (I.D. 15925)
Julie P. Thompson, Esquire (I.D. 91418)
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, Pennsylvania 19103
(215) 735-1130 Telephone
*Attorneys for Plaintiffs*