UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ **This relates to:** **Plaintiffs' Master Administrative Long-Form Complaint and Steve Everitt, et al. v. NFL, USDC, EDPA, No. 2:12-cv-00731-AB** **JEFF KOPP AND ALYCIA KOPP** | **NOTICE OF WITHDRAWAL** **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF JEFF KOPP AND ALYCIA KOPP

Plaintiffs, JEFF KOPP and ALYCIA KOPP hereby withdraw their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of JEFF KOPP and ALYCIA KOPP was filed on February 10, 2012 as *Steve Everitt, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-00731-AB. Consistent with the Court's Orders, JEFF KOPP and ALYCIA KOPP' Short Form Complaint was filed on July 10, 2012: (a) as document number 325 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) on July 11, 2012 as document number 46 in *Steve Everitt, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-00731-AB. Both filings were served on the Defendants.

This Notice hereby withdraws JEFF KOPP and ALYCIA KOPP's Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

July 31, 2013                                    **BY:** ___/s/ *Gene Locks*___
                                                  Gene Locks, Esquire
                                                  601 Walnut Street, Suite 720 East
                                                  Philadelphia, PA 19106
                                                  215-893-0100 (tel.)
                                                  215-893-3444 (fax)
                                                  glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ **This relates to:** **Plaintiffs' Master Administrative Long-Form Complaint and Steve Everitt, et al. v. NFL, USDC, EDPA, No. 2:12-cv-00731-AB** **JEFF KOPP AND ALYCIA KOPP** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2013, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiffs JEFF KOPP and ALYCIA KOPP to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

                                                **LOCKS LAW FIRM**

                                                **BY:**   /s/ *Gene Locks*
                                                       Gene Locks, Esquire
                                                       601 Walnut Street, Suite 720 East
                                                        Philadelphia, PA 19106
                                                        215-893-0100 (tel.)
                                                        215-893-3444 (fax)
                                                        glocks@lockslaw.com