**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** : | **MDL No. 2323** |

:

**THIS DOCUMENT RELATED TO:**    :

*Nixon, et al. v. National Football League, et al.*    :

**Case No. 2:12-cv-03352-AB**    :

**NOTICE OF REINSTATEMENT OF COMPLAINT
AS TO PLAINTIFF PETER CAMPION**

Plaintiff, Peter Campion, ONLY, hereby reinstates his claim in this lawsuit.  This complaint was filed on June 13, 2012, and has been served on Defendants.  A notice to voluntarily dismiss this claim without prejudice was filed on September 19, 2012.

Dated:  August 1, 2013

**LOCKS LAW FIRM**

**BY:**  /s/ *Gene Locks*
Gene Locks, Esquire
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | MDL No. 2323 |
| | : | |
| THIS DOCUMENT RELATED TO: | : : | |
| *Nixon, et al. v. National Football League, et al.* | : : | |
| Case No. 2:12-cv-3352-AB | : : | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2013, I caused the foregoing Notice of Reinstatement of Complaint as to Plaintiff Peter Campion to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

LOCKS LAW FIRM


BY:    /s/ *Gene Locks*
      Gene Locks, Esquire
      601 Walnut Street, Suite 720 East
      Philadelphia, PA 19106
      215-893-0100 (tel.)
      215-893-3444 (fax)
      glocks@lockslaw.com