UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323 (AB)<br><br>MDL No. 2323 |
| **This Document Relates to:**<br><br>Plaintiffs' Master Administrative Long-Form Complaint and<br><u>Gay, et al. v. National Football League, et al.,</u><br><u>EDPA, No. 2:12-cv-04573-AB</u><br><br>**RICKY MOORE AND JAN MOORE** | NOTICE OF WITHDRAWAL<br><br>IN RE: NATIONAL FOOTBALL PLAYERS' CONCUSSION INJURY LITIGATION<br><br>JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF RICKY MOORE AND JAN MOORE

Plaintiffs, RICKY MOORE and JAN MOORE, hereby withdraw their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of the Civil Procedure, because it was filed in error.

The complaint of RICKY MOORE and JAN MOORE was filed on July 18, 2012 as *Gay, et al. v. National Football League, et al.,* USDC, EDLA, No. 2:12-cv-01876. Consistent with the Court's Orders, RICKY MOORE and JAN MOORE's Short Form Complaint was filed on September 6, 2012: (a) as Docket No. 3669 in the case captioned *In Re: National Football League Players' Concussion Litigation,* No. 2:12-md-02323-AB and (b) as Docket No. 20 in *Gay, et al. v. National Football League, et al*, USDC, EDPA, No. 2:12-cv-04573-AB. Both filings were served on the Defendants.

This Notice hereby withdraws RICKY MOORE and JAN MOORE's Short Form Complaint filed in both dockets as referenced above.

Dated: August 1, 2013

        Respectfully submitted,

        */s/ David B. Franco*
        David B. Franco, Esq. (TXBR# 24072097)
        James R. Dugan, II, Esq.
        Douglas R. Plymale, Esq.
        Chad Primeaux, Esq.
        THE DUGAN LAW FIRM, APLC
        One Canal Place
        365 Canal Street, Suite 1000
        New Orleans, LA 70130
        Telephone: (504) 648-0180
        Facsimile:  (504) 648-0181

        - And -

        Richard Kopelman, Esq.
        KOPELMAN SITTON LAW GROUP, LLC
        3405 Piedmont Road, N.E., Suite 500
        Atlanta, Georgia 30305
        Telephone: (404) 351-5900
        Facsimile: (404) 832-8421

        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiffs, RICKY MOORE and JAN MOORE was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF System, which will send notification of such filing on all registered CM/ECF users, on this the 1st day of August, 2013.

/s/ David B. Franco
David B. Franco, Esq.