UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)** <u>*Jean-Gilles, et., al. v. National Football League [et al.]*</u>**,** <u>**No. 13-cv-02109 (E.D. Pa.)**</u><br><br><u>**CEANDRIS "C.C." BROWN**</u> | **NOTICE OF WITHDRAWAL**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br>**JURY TRIAL DEMANDED** |

<u>**NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT**</u>
<u>**OF PLAINTIFF CEANDRIS "C.C." BROWN**</u>

Plaintiff, **CEANDRIS "C.C." BROWN**, hereby withdraws his Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of **CEANDRIS "C.C." BROWN** was filed on April 5, 2013 as part of *Jean-Gilles, et., al. v. NFL [et al.]*, USDC, EDPA, No. 13-cv-02109. Consistent with the Court's Orders, **CEANDRIS "C.C." BROWN'S** Short Form Complaints were filed on May 9, 2013; (a) as Docket Entry 4816 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No. 2:12-MD-02323-AB and (b) as Docket Entry 46 in *Jean-Gilles v. NFL [et al.]*, USDC, EDPA, No. 13-cv-02109. Both filings were served on the Defendants.

The Plaintiff's Short Form Complaints were inadvertently double-filed. This Notice hereby withdraws only the Short Form Complaints filed as Docket Entry 4816 in the MDL docket (Case No. 2:12-MD-02323-AB) and as Docket Entry 46 in *Jones* (Case No. 13-cv-02109). Plaintiff's other Short Form Complaints are unaffected by this filing.

DATED this 2nd day of August, 2013.

                                      Respectfully submitted,

                                      **PODHURST ORSECK, P.A.**
                                      25 West Flagler Street, Suite 800
                                      Miami, FL 33130
                                      Telephone: (305) 358-2800
                                      Fax: (305) 358-2382

By:    /s/ Steven C. Marks
        STEVEN C. MARKS
        Fla. Bar. No. 516414
        Email: smarks@podhurst.com

        /s/ Stephen F. Rosenthal
        STEPHEN F. ROSENTHAL
        Fla. Bar No. 0131458
        Email: srosenthal@podhurst.com

        /s/ Ricardo M. Martinez-Cid
        RICARDO M. MARTÍNEZ-CID
        Fla. Bar No. 383988
        Email: rmcid@podhurst.com

*Attorneys for Plaintiff(s)*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) *Jean-Gilles, et., al. v. National Football League [et al.]*, **No. 13-cv-02109 (E.D. Pa.)**<br><br>**CEANDRIS "C.C." BROWN** | **NOTICE OF WITHDRAWAL**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that on August 2nd, 2013, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiff **CEANDRIS "C.C." BROWN** to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

By:  /s/ Steven C. Marks
STEVEN C. MARKS
STEPHEN F. ROSENTHAL
RICARDO M. MARTÍNEZ-CID
**PODHURST ORSECK, P.A.**
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800
Fax: (305) 358-2382