UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | ) ) ) ) ) | **MDL NO. 2323** <br> **12-MD-2323** |
| -------------------------------------------------- | ) ) | Notice of Appearance |
| **THIS DOCUMENT RELATES TO:** | ) ) | |
| *ROBIN E. SPISER v. NATIONAL FOOTBALL LEAGUE et al.,* <br> No. 2:13-cv-04259-AB | ) ) | |

The undersigned attorney hereby notifies the Court and counsel that Anne McGinness Kearse, Esquire shall appear as counsel of record for Plaintiff, Robin E. Spiser, in the above-captioned matter.

                                                                                   s/ Anne McGinness Kearse
                                                            Anne McGinness Kearse, Esquire (SCDC# 7570)
                                                            **Motley Rice LLC**
                                                            28 Bridgeside Boulevard
                                                            Mt. Pleasant, SC 29464
                                                            Phone: 843-216-9000
                                                            Fax: 843-216-9655
                                                            Email: akearse@motleyrice.com

                                                            *Attorney for Plaintiffs*

Dated: August 20, 2013

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION ) ) ) ) | MDL NO. 2323<br>12-MD-2323 |
| --------------------------------------------------------- ) ) | **Certificate of Service** |
| THIS DOCUMENT RELATES TO: ) ) | |
| *ROBIN E. SPISER  v. NATIONAL FOOTBALL LEAGUE et al.,* No. 2:13-cv-04259-AB ) ) | |

I hereby certify that on August 20, 2013, I caused the following document:

**1. Notice of Appearance**

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an electronic notice of electronic filing to counsel of record.

                                        s/Anne McGinness Kearse
                                        Anne McGinness Kearse, Esquire (SCDC# 7570)
                                        **Motley Rice LLC**
                                        28 Bridgeside Blvd.
                                        Mount Pleasant, SC  29464
                                        T: (843) 216-9000
                                        F: (843) 216-9450
                                        Email: akearse@motleyrice.com

                                        *Attorney for Plaintiffs*

Dated: August 20, 2013