UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** ) ) ) ) ) ------------------------------------------------- ) ) **THIS DOCUMENT RELATES TO:** ) ) *ROBIN E. SPISER  v. NATIONAL FOOTBALL LEAGUE et al.,* No. 2:13-cv-04259-AB ) ) ) | **MDL NO. 2323** **12-MD-2323** Notice of Appearance |

The undersigned attorney hereby notifies the Court and counsel that Donald A. Migliori, Esquire shall appear as counsel of record for Plaintiffs, Robin E. Spiser, in the above-captioned matter.

s/ Donald A. Migliori
Donald A. Migliori, Esquire (RIDC#4936)
**Motley Rice LLC**
321 South Main Street
Providence, RI 02903
Phone: 401-457-7709
Fax: 401-457-7708
Email: dmigliori@motleyrice.com

*Attorneys for Plaintiffs*

Dated: August 20, 2013

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** )<br>)<br>)<br>)<br>--------------------------------------------------- )<br>)<br>**THIS DOCUMENT RELATES TO:** )<br>)<br>*ROBIN E. SPISER v. NATIONAL FOOTBALL LEAGUE et al.,*<br>No. 2:13-cv-04259-AB )<br>) | **MDL NO. 2323**<br>**12-MD-2323**<br><br>**Notice of Appearance** |

I hereby certify that on August 20, 2013, I caused the following document:

  **1. Notice of Appearance**

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an electronic notice of electronic filing to counsel of record.

Dated: August 20, 2013

s/ Donald A. Migliori
Donald A. Migliori, Esquire (RIDC#4936)
**Motley Rice LLC**
321 South Main Street
Providence, RI 02903
Phone: 401-457-7709
Fax: 401-457-7708
Email: dmigliori@motleyrice.com

*Attorneys for Plaintiffs*
