IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGG, et. al. | : | |
| Plaintiffs | : | CIVIL ACTION |
| | : | No. 13-3092 |
| v. | : | |
| | : | |
| THE NATIONAL FOOTBALL LEAGUE, | : | |
| | : | |
| Defendant | : | |

## ORDER

**AND NOW,** this ___19th___ day of ___August___, 2013, it is **ORDERED** that Plaintiff's Motion for Leave to File Amended Original Complaint (Doc. No. 2) is **DENIED** as **MOOT**, as Plaintiff's Second Motion for Leave to File Second Amended Complaint (Doc. 7) was already granted (Doc. No. 8).

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to:

O:\ABB 2013\A - K\Gregg v. NFL Order Mooting Motion to Amend.docx