# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No.   12-md-2323 (AB) |
| | MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:** | **NOTICE OF APPEARANCE** |
| **ALL ACTIONS and** | |
| *Natrone Means, et al. v. National Football League, et al.,* **No. 12-cv-05781 (AB)** *Tiaina T. Seau, et al. v. National Football League, et al.,* **No. 13-cv-01532 (AB)** | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that John P. Fiske, Esq. shall appear as counsel of record on behalf of plaintiffs: (1) Natrone Means, Lashonda Means, Aaron M. Taylor, Alfred Pupunu, Charles Dimry, III, Craig McEwen, William W. Peterson, Cristina P. Peterson, and Donald P. Sutton in *Means v. National Football League*, Case No. 12-cv-05781 (AB); (2) Tiaina T. Seau and Luisa T. Seau in *Seau v. National Football League*, Case No. 13-cv-01532 (AB); and (3) all of the above-mentioned plaintiffs in *In re National Football League Players' Concussion Injury Litigation*, Case No. 12-md-2323 (AB).

Dated: August 27, 2013

RESPECTFULLY SUBMITTED:

                    s/ John P. Fiske                    
JOHN P. FISKE

John H. Gomez (CA SBN 171485)
Jessica T. Sizemore (CA SBN 280000)
John P. Fiske (CA SBN 249256)
Stephanie S. Poli (CA SBN 286239)

GOMEZ IAGMIN TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619) 237-3496

*Attorneys for Plaintiffs Natrone Means,
Lashonda Means, Aaron M. Taylor, Alfred
Pupunu, Charles Dimry, III, Craig McEwen,
William W. Peterson, Cristina P. Peterson,
Donald P. Sutton, Tiaina T. Seau, and Luisa
T. Seau*

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned certify that on August 27, 2013, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be filed via the CM/ECF system, which caused notice to be sent to all counsel of record.


              s/ John P. Fiske
              JOHN P. FISKE