# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No.   12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS and<br><br>*Natrone Means, et al. v. National Football League, et al.*,<br>No. 12-cv-05781 (AB)<br>*Tiaina T. Seau, et al. v. National Football League, et al.*,<br>No. 13-cv-01532 (AB) | NOTICE OF WITHDRAWAL OF JESSICA T. SIZEMORE, ESQ. |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of Jessica T. Sizemore on behalf of plaintiffs: (1) Natrone Means, Lashonda Means, Aaron M. Taylor, Alfred Pupunu, Charles Dimry, III, Craig McEwen, William W. Peterson, Cristina P. Peterson, and Donald P. Sutton in *Means v. National Football League*, Case No. 12-cv-05781 (AB); (2) Tiaina T. Seau and Luisa T. Seau in *Seau v. National Football League*, Case No. 13-cv-01532 (AB); and (3) all of the above-mentioned plaintiffs in *In re National Football League Players' Concussion Injury Litigation*, Case No. 12-md-2323 (AB) is hereby WITHDRAWN, and you are respectfully requested to remove the undersigned from all service and notice lists.

**PLEASE TAKE FURTHER NOTICE** that plaintiffs: (1) Natrone Means, Lashonda Means, Aaron M. Taylor, Alfred Pupunu, Charles Dimry, III, Craig McEwen, William W. Peterson, Cristina P. Peterson, and Donald P. Sutton in *Means v. National Football League*, Case No. 12-cv-05781 (AB); (2) Tiaina T. Seau and Luisa T. Seau in *Seau v. National Football*

- 1 -

*League*, Case No. 13-cv-01532 (AB); and (3) all of the above-mentioned plaintiffs in *In re National Football League Players' Concussion Injury Litigation*, Case No. 12-md-2323 (AB) will continue to be represented by the law firm of Gomez Iagmin Trial Attorneys.

Copies of this notice of withdrawal have been served on this date to the parties as set forth in the attached proof of service.

Dated: September 6, 2013              RESPECTFULLY SUBMITTED:

                                                      s/ Jessica T. Sizemore
                                                     JESSICA T. SIZEMORE

John H. Gomez (CA SBN 171485)
Jessica T. Sizemore (CA SBN 280000)
John P. Fiske (CA SBN 249256)
Stephanie S. Poli (CA SBN 286239)
GOMEZ IAGMIN TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619) 237-3496

*Attorneys for Plaintiffs Natrone Means, Lashonda Means, Aaron M. Taylor, Alfred Pupunu, Charles Dimry, III, Craig McEwen, William W. Peterson, Cristina P. Peterson, Donald P. Sutton, Tiaina T. Seau, and Luisa T. Seau*

- 3 -

## CERTIFICATE OF SERVICE

      I, the undersigned certify that on September 6, 2013, I caused a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF JESSICA T. SIZEMORE, ESQ. to be filed via the CM/ECF system, which caused notice to be sent to all counsel of record. The above document is available for viewing and downloading from the CM/ECF system.

                                                            s/ Jessica T. Sizemore
                                                            JESSICA T. SIZEMORE