UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____<br><br>This relates to:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and Jeff Nixon, et al. v. NFL, USDC, EDPA, No. 2:12-cv-03352-AB<br><br>JEFF NIXON AND JOYCE NIXON | NOTICE OF WITHDRAWAL OF APPEARANCE OF GENE LOCKS, ESQUIRE |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    **PLEASE TAKE NOTICE** that the appearance of Gene Locks on behalf of plaintiffs, JEFF NIXON AND JOYCE NIXON ONLY in *Jeff Nixon, et al. v. NFL,* USDC, EDPA, No. 2:12-cv-03352-AB, and *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB is hereby WITHDRAWN.

                                      RESPECTFULLY SUBMITED

                                      **LOCKS LAW FIRM**

September 12, 2013                      **BY:**   /s/ *Gene Locks*
                                                    Gene Locks, Esquire
                                                     601 Walnut Street, Suite 720 East
                                                     Philadelphia, PA 19106
                                                     215-893-0100 (tel.)
                                                     215-893-3444 (fax)
                                                     glocks@lockslaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 12, 2013, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

                                                **LOCKS LAW FIRM**

                                    **BY:**   /s/ *Gene Locks*
                                                  Gene Locks, Esquire
                                                  601 Walnut Street, Suite 720 East
                                                  Philadelphia, PA 19106
                                                  215-893-0100 (tel.)
                                                  215-893-3444 (fax)
                                                  glocks@lockslaw.com