## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)** <u>**Nathaniel Wonsley**</u> **v. National Football League [et al.], No. 12-cv-01024-AB** | **SHORT FORM COMPLAINT**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br><br>**JURY TRIAL DEMANDED** |

## SHORT FORM COMPLAINT

1.      Plaintiff <u>Nathaniel Wonsley</u> bring(s) this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2.      Plaintiff is filing this short form complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3.      Plaintiff incorporates by reference the allegations (as designated below) of the Master Administrative Long-Form Complaint, as may be amended, as if fully set forth at length in this Short Form Complaint.

4.      Plaintiff <u>Nathaniel Wonsley</u>, is filing this case on his own behalf.

5.      Plaintiff, <u>Nathaniel Wonsley</u>, is a resident and citizen of Tampa, Hillsborough County, Florida and claims damages as set forth below.

6.      Plaintiff <u>Nathaniel Wonsley</u> is unmarried.

7.      On information and belief, Plaintiff Nathaniel Wonsley sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices. On information and belief, Plaintiff Nathaniel Wonsley suffers from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts Nathaniel Wonsley sustained during NFL games and/or practices**.** On information and belief, Nathaniel Wonsley's symptoms arise from injuries that are latent and have developed and continue to develop over time.

8.      The original complaint by Plaintiff in this matter was filed in the <u>Circuit Court of Hinds County, Mississippi, the First Judicial District.</u>   This case was removed to the <u>United States District Court for the Southern District of Mississippi</u> on September 13, 2013. If the case is remanded, it should be remanded to the <u>Circuit Court of Hinds County, Mississippi, the First Judicial District or to the United States District Court for the Southern District of Mississippi.</u>

9.      Plaintiff claims damages as a result of [check all that apply]:

 <u> X  </u>    Injury to Herself/Himself

 __      Injury to the Person Represented

 __      Wrongful Death

 __      Survivorship Action

- 2 -

_X_      Economic Loss

_X_      Loss of Services

__      Loss of Consortium

## **DEFENDANTS**

10.      Plaintiff brings this case against the following Defendants in this action:

_X_      National Football League

_X_      NFL Properties, LLC

_X_      Riddell, Inc.

_X_      All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

_X_      Riddell Sports Group, Inc.

_X_      Easton-Bell Sports, Inc.

_X_      Easton-Bell Sports, LLC

_X_      EB Sports Corporation

_X_      RBG Holdings Corporation

11.      As to each of the Riddell Defendants referenced above, the claims asserted are:
_X_ design defect; _X_ informational defect; _X_ manufacturing defect.

12.      _X_ Nathaniel Wonsley wore one or more helmets designed and/or manufactured by the Riddell Defendants during one or more years he played in the NFL.

13.     Nathaniel Wonsley played in __X__ the National Football League ("NFL") during 1985 - 1989 for the Tampa Bay Buccaneers.

## CAUSES OF ACTION

14.     Plaintiff herein adopts by reference the following Counts of the Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts:

_X_     Count I (Action for Declaratory Relief – Liability (Against the NFL))

_X_     Count II (Medical Monitoring (Against the NFL))

_X_     Count III (Wrongful Death and Survival Actions (Against the NFL))

_X_     Count IV (Fraudulent Concealment (Against the NFL))

_X_     Count V (Fraud (Against the NFL))

_X_     Count VI (Negligent Misrepresentation (Against the NFL))

__     Count VII (Negligence Pre-1968 (Against the NFL))

_X_     Count VIII (Negligence Post-1968 (Against the NFL))

_X_     Count IX (Negligence 1987-1993 (Against the NFL))

__     Count X (Negligence Post-1994 (Against the NFL))

__     Count XI (Loss of Consortium (Against the NFL and Riddell Defendants))

_X_     Count XII (Negligent Hiring (Against the NFL))

   X     Count XIII (Negligent Retention (Against the NFL))

   X     Count XIV (Strict Liability for Design Defect (Against the Riddell

            Defendants))

   X     Count XV (Strict Liability for Manufacturing Defect (Against the Riddell

            Defendants))

   X     Count XVI (Failure to Warn (Against the Riddell Defendants))

   X     Count XVII (Negligence (Against the Riddell Defendants))

   X     Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against All

            Defendants))

15.     Plaintiff asserts the following additional causes of action [write in or attach]:

_____

_____

_____

_____

_____


## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

A.  An award of compensatory damages, the amount of which will be determined at trial;

B.  For punitive and exemplary damages as applicable;

C.  For all applicable statutory damages of the state whose laws will govern this action;

D.  For medical monitoring, whether denominated as damages or in the form of equitable relief;

E.  For an award of attorneys' fees and costs;

F.  An award of prejudgment interest and costs of suit; and

G.  An award of such other and further relief as the Court deems just and proper.

**<u>JURY DEMANDED</u>**

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff hereby demands a trial by jury.

///

///

///

///

///

- 6 -

Respectfully submitted this the 19th day of September, 2013

By: */s/ Charles H. Peckham*

        _____

Charles H. Peckham, Esquire
Texas Bar No.: 15704900
Federal Bar No.: 15770
PECKHAM, PLLC
Two Bering Park
800 Bering Drive, Suite 220
Houston, Texas 77057
Phone: (713) 574-9044
Fax: (713) 493-2255
cpeckham@peckhampllc.com

And

Wayne E. Ferrell, Jr., Esquire
Mississippi Bar No.: 5182
LAW OFFICES OF WAYNE FERRELL, JR., PLLC
405 Tombigbee Street
Post Office Box 24448
Jackson, Mississippi 39225-4448
Phone: (610) 696-4700
Fax: (601) 696-7514
wferrell@airlawonline.com

And

Cody W. Gibson
Mississippi Bar No.: 103967
ATTORNEY AT LAW
405 Tombigbee Street
Jackson, Mississippi 39201
Phone: (601) 948-9840

*Attorneys for Plaintiff*

- 7 -