**GIRARDI & KEESE**
THOMAS GIRARDI #36603
GRAHAM LIPPSMITH #221984
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 977-0211

**BARBARO, GOKAL & ASSOCIATES, LLP**
FRANK P. BARBARO #044417
COREY C. HIGGINS #261332
1111 N. Broadway
Santa Ana, CA 92701
Telephone: (714) 835-2122

Attorneys for Plaintiffs
CECIL JOHNSON and OCATAVIA
LITTLE, his wife

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CECIL JOHNSON and OCTAVIA LITTLE, his wife<br><br>     Plaintiffs,<br><br>v.<br>NATIONAL FOOTBALL LEAGUE, et al,<br><br>     Defendants. | No. 12-md-2323 (AB)<br><br>NOTICE OF CHANGE OF FIRM NAME; CERTIFICATE OF SERVICE |

<u>NOTICE OF CHANGE OF FIRM NAME</u>

Effective September 10, 2013, FRANK P. BARBARO & ASSOCIATES, will change its name to BARBARO, GOKAL & ASSOCIATES, LLP. All future references to the firm in this matter should be to BARBARO, GOKAL &

ASSOCIATES, LLP. The firm and its lawyers' address, phone number and fax numbers will remain the same as follows:

>BARBARO, GOKAL & ASSOCIATES, LLP
>1111 N. Broadway
>Santa Ana, California 92701
>Tel: (714) 835-2122
>Fax: (714) 973-4892

DATED: September 11, 2013

FRANK P. BARBARO
COREY C. HIGGINS
**BARBARO, GOKAL & ASSOCIATES, LLP**
Attorneys for Plaintiffs,
CECIL JOHNSON and OCTAVIA LITTLE, his wife

**GIRARDI & KEESE**
THOMAS GIRARDI #36603
GRAHAM LIPPSMITH #221984
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 977-0211

**BARBARO, GOKAL & ASSOCIATES, LLP**
FRANK P. BARBARO #044417
COREY C. HIGGINS #261332
1111 N. Broadway
Santa Ana, CA 92701
Telephone: (714) 835-2122

Attorneys for Plaintiffs,
CECIL JOHNSON and OCTAVIA
LITTLE, his wife

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CECIL JOHNSON and OCTAVIA LITTLE, his wife<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, Et al.<br>Defendants. | No. 12-md-2323 (AB)<br><br>CERTIFICATE OF SERVICE |
|---|---|

I certify that on September 13, 2013 a copy of Notice of Change of Firm

1

Name was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all counsel of record.

I certify that Frank P. Barbaro is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

DATED: September 13, 2013

FRANK P. BARBARO
COREY C. HIGGINS
**BARBARO, GOKAL & ASSOCIATES, LLP**
Attorneys for Plaintiffs,
CECIL JOHNSON and OCTAVIA LITTLE, his wife

2