# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>THIS DOCUMENT RELATES TO:<br><br>ETRIC PRUITT, LARRY FRIDAY, ALAN BUSH, NATE WONSLEY, JESSE ANDERSON, and TYRONE KEYS v. National Football League, et al; USDC, So. Dist. of MS, Jackson Div., No. 3:13cv00571 | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>MOTION FOR ADDITIONAL TIME TO SERVE |

MOTION FOR ADDITIONAL TIME TO SERVE DEFENDANT

Plaintiffs file this, their Motion for Additional Time to Serve Defendant, Riddell, Inc., individually and d/b/a Riddell Sports Group, Inc., and in support thereof, would show unto the Court the following:

1. Plaintiffs filed their cause of action against Defendants on or about June 10, 2013. Plaintiffs filed their Amended Complaint on or about July 29, 2013, and their Second Amended Complaint on or about September 12, 2013. The Plaintiffs have served all Defendants with the exception of Riddell, Inc., individually and d/b/a Riddell Sports Group, Inc.

2. Plaintiffs have exercised due diligence in attempting to serve Defendant, Riddell, Inc., individually and d/b/a Riddell Sports Group, Inc., but have not been successful. Plaintiffs attempted to serve Riddell, Inc. at the address of 3670 North Milwaukee Avenue, Chicago, Illinois 60641 by certified mail, but the certified mail was returned for insufficient address.

Plaintiffs have attempted service by certified mail at the address of 9801 W. Higgins Road # 800, Rosemont, IL 60018; but service has not yet been completed. but service has not yet been completed.  Affidavit of Wayne E. Ferrell, Jr. attached hereto as Exhibit "A" and incorporated herein by reference.

3. Plaintiffs' 120-day time limit for service of process has not expired at this time. Plaintiffs' deadline to serve process on all Defendants is presently October 9, 2013.

4. Therefore, Plaintiffs request that the Court grant them an additional ninety (90) days for this good cause shown beyond the present deadline in which to serve Defendant, Riddell, Inc.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that this Court find that good cause exists for granting Plaintiffs an additional ninety (90) days beyond the present deadline in which to serve the Defendant, Riddell, Inc.

RESPECTFULLY SUBMITTED:

/s/ Wayne E. Ferrell, Jr.

*Pending Pro Hac Vice Admission*

Wayne E. Ferrell, Jr., Esquire

Mississippi Bar No.: 5182

LAW OFFICES OF WAYNE FERRELL, JR., PLLC

405 Tombigbee Street

Post Office Box 24448

Jackson, Mississippi 39225-4448

Phone: (610) 969-4700

Fax: (601) 969-7514

wferrell@airlawonline.com

and

*Pending Pro Hac Vice Admission*

Cody W. Gibson

Mississippi Bar No. 103967

Attorney At Law

405 Tombigbee Street

Jackson, MS 39201

601-948-9840

Fax: 601-969-7514

and

*Pending Pro Hac Vice Admission*

Charles H. Peckham, Esquire

Texas Bar No.: 15704900

Federal Bar No.: 15770

PECKHAM, PLLC

Two Bering Park

800 Bering Drive, Suite 220

Houston, Texas 77057

Phone: (713) 574-9044

Fax: (713) 493-2255

cpeckham@peckhampllc.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

  I, WAYNE E. FERRELL, JR., do hereby certify that I have this day electronically filed the foregoing document with the Clerk of the Court utilizing the ECF system which sent notification of such filing to the following:

James J. Crongeyer , Jr.
jcrongeyer@watkinseager.com


Mark A. Dreher
mark.dreher@butlersnow.com

Orlando R. Richmond , Sr.
orlando.richmond@butlersnow.com

Timothy L. Sensing
tsensing@watkinseager.com


  This the 8th day of October, 2013.

              /s/ Wayne E. Ferrell, Jr.    

              Wayne E. Ferrell, Jr., Esquire