## AFFIDAVIT OF WAYNE E. FERRELL, JR.

STATE OF MISSISSIPPI

COUNTY OF HINDS

PERSONALLY appeared before me the undersigned authority in and for the Jurisdiction aforesaid, the within named Wayne E. Ferrell, Jr., who having been first by me duly sworn, stated on oath the following:

1. My name is Wayne E. Ferrell, Jr. and my address is 405 Tombigbee Street, Jackson, Mississippi, 39201.

2. I am over the age of twenty-one (21); I am of sound mind and body; and I am capable of making this Affidavit. I have personal knowledge of the facts and circumstances surrounding this case and the matters to which I am attesting in this Affidavit. I am counsel for Plaintiffs, Joe and Beth Lewis.

3. Plaintiffs filed their cause of action against Defendants on or about June 10, 2013. Plaintiffs filed their Amended Complaint on or about July 29, 2013, and their Second Amended Complaint on or about September 12, 2013. The Plaintiffs have served all Defendants with the exception of Riddell, Inc., individually and d/b/a Riddell Sports Group, Inc.

4. Plaintiffs have exercised due diligence in attempting to serve Defendant, Riddell, Inc., individually and d/b/a Riddell Sports Group, Inc., but have not been successful. Plaintiffs attempted to serve Riddell, Inc. at the address of 3670 North Milwaukee Avenue, Chicago, Illinois 60641 by certified mail, but the certified mail was returned for insufficient address. Plaintiffs have attempted service by certified mail at the address of 9801 W. Higgins Road # 800, Rosemont, IL 60018; but service has not yet been completed.



EXHIBIT A

5. Plaintiffs' 120-day time limit for service of process has not expired at this time. Plaintiffs' deadline to serve process on all Defendants is presently October 9, 2013.

6. Plaintiffs request that the Court grant them an additional ninety (90) days for this good cause shown beyond the present deadline in which to serve Defendant, Riddell, Inc., individually and d/b/a Riddell Sports Group, Inc.

FURTHER AFFIANT SAITH NAUGHT.

_____
Wayne E. Ferrell, Jr.

SWORN TO AND SUBSCRIBED before me, this the __8__ day of __Oct__, 2013.

_____
NOTARY PUBLIC

My Commission Expires:

9/6/15

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 100099, DAWN CROSBY, Commission Expires Sept. 6, 2015, HINDS COUNTY]