UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>THIS DOCUMENT RELATES TO:<br><br>ETRIC PRUITT, LARRY FRIDAY, ALAN BUSH, NATE WONSLEY, JESSE ANDERSON, and TYRONE KEYS v. National Football League, et al; USDC, So. Dist. of MS, Jackson Div., No. 3:13cv00571 | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>MOTION FOR ADDITIONAL TIME TO SERVE |

ORDER GRANTING MOTION FOR ADDITIONAL TIME TO SERVE DEFENDANT

This matter having come on for hearing on Motion of Plaintiffs for Additional Time to serve the Defendant, Riddell, Inc., individually and d/b/a Riddell Sports Group, Inc., and the Court having considered the matter finds as follows:

1. Plaintiffs filed their cause of action against Defendants on or about June 10, 2013. Plaintiffs filed their Amended Complaint on or about July 29, 2013, and their Second Amended Complaint on or about September 12, 2013. The Plaintiffs have served all Defendants with the exception of Riddell, Inc., individually and d/b/a Riddell Sports Group, Inc.

2. Plaintiffs have exercised due diligence in attempting to serve Defendant, Riddell, Inc., individually and d/b/a Riddell Sports Group, Inc., but have not been successful.

3. The Plaintiffs have shown unto the Court that they have exercised due diligence in attempting to serve Defendant, Riddell, Inc., individually and d/b/a Riddell Sports Group, Inc.

4.      The Plaintiffs have shown good cause to support their request for additional time to serve Defendant Riddell, Inc., individually and d/b/a Riddell Sports Group, Inc., and Plaintiffs' request for additional ninety (90) days to serve Defendant should be granted.

IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiffs are granted an additional sixty (90) days in which to serve Defendant, Riddell, Inc., individually and d/b/a Riddell Sports Group, Inc., and the Plaintiffs have ninety (90) days from and after the date of this Order to serve Defendant, Riddell, Inc., individually and d/b/a Riddell Sports Group, Inc..

This the _____ day of _____, 2013.

_____

U. S. DISTRICT JUDGE

PRESENTED BY:

Wayne E. Ferrell, Jr.

Mississippi Bar No. 5182

Attorney at Law

405 Tombigbee Street

Post Office Box 24448

Jackson, Mississippi  39225-4448

Telephone (601) 969-4700

Fax (601) 969-7514

wferrell@airlawonline.com