IN THE FIRST JUDICIAL DISTRICT IN THE CIRCUIT COURT OF HINDS COUNTY,
MISSISSIPPI

ETRIC PRUITT, LARRY FRIDAY,
ALAN BUSH, NATE WONSLEY, and
JESSE ANDERSON                                              PLAINTIFFS

V.                                                          NO.  251-13-542CIV

NATIONAL FOOTBALL LEAGUE;
NFL PROPERTIES, LLC;
RIDDELL, INC., individually and d/b/a RIDDELL
SPORTS GROUP, INC.; ALL AMERICAN SPORTS
CORPORATION, individually and d/b/a
RIDDELL/ALL AMERICAN;
CLEVELAND BROWNS FOOTBALL COMPANY, LLC;
ATLANTA FALCONS FOOTBALL CLUB, LLC;
SAN FRANCISCO FORTY NINERS, LTD. d/b/a
SAN FRANCISCO 49ERS; SEATTLE SEAHAWKS;
DETROIT LIONS, INC. d/b/a THE DETROIT LIONS;
CHICAGO BEARS FOOTBALL CLUB, INC.
d/b/a CHICAGO BEARS; BUCCANEERS LIMITED PARTNERS
d/b/a TAMPA BAY BUCCANEERS;
PITTSBURGH STEELERS, INC.;
GREEN BAY PACKERS, INC. d/b/a
GREEN BAY PACKERS;
THE NEW ORLEANS SAINTS;
and JOHN DOES 1 THROUGH 100                                 DEFENDANTS

## SUMMONS

THE STATE OF MISSISSIPPI

TO:     Riddell, Inc., individually and d/b/a Riddell Sports Group, Inc.
        3670 North Milwaukee Avenue
        Chicago, Illinois 60641

### NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to
Wayne E. Ferrell, Jr., the attorney for the Plaintiff, whose address is Post Office Box 24448, 405
Tombigbee Street, Jackson, Mississippi 39225-4448.  Your response must be mailed or delivered
within thirty (30) days from the date of delivery of this Summons and Complaint or a Judgment by
default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response to this Complaint with the Clerk of this Court within thirty (30) days from the date of delivery of this Summons and Complaint.

Issued under my hand and seal of said Court, this the __2__ day of __Aug_____, 2013.

BARBARA DUNN, CIRCUIT CLERK

_____
DEPUTY CLERK

(SEAL)

## PROOF OF SERVICE-SUMMONS

TO:   Riddell, Inc., individually and d/b/a Riddell Sports Group, Inc.
~~3670 North Milwaukee Avenue~~ 9801 W. Higgins #800
~~Chicago, Illinois 60641~~ Rosemont IL                    *and Amended Complaint*

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

_____   FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.
By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of Notice and Acknowledgment and return envelope, postage prepaid, addressed to the sender.

_____   PERSONAL SERVICE.
I personally delivered copies to _____ on the _____ day of _____, 2013, where I found said person in _____ County of the State of Mississippi.

_____   RESIDENCE SERVICE.
After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the Summons and Complaint on the _____ day of _____, 2013, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____, who is the _____, a member of the family of the person served above the age of sixteen years and willing to receive the Summons and Complaint, and thereafter on the _____ day of _____, 2013, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

___X___   CERTIFIED MAIL SERVICE.
By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served.

At the time of service, I was at least eighteen years of age and not a party to this action.

This the 16 day of _____Oct_____, 2013.

_____
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME, this the 16th day of _October_
2013.

_____
NOTARY PUBLIC

My Commission expires _____

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Riddell Inc
9801 W. Higgins Rd #800

Rosemont IL
60018

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
D. SZYSKA                        10

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7013 0600 0000 8778 5309

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To  Riddell Inc
Street, Apt. No.; or PO Box No.  9801 W Higgins #800
City, State, ZIP+4  Rosemont IL

7013 0600 0000 8778 5309

PS Form 3800, August 2006          See Reverse for Instructions