IN THE PROBATE COURT
COUNTY OF DeKalb
STATE OF GEORGIA

IN RE: ESTATE OF            )
                            )
GREGORY ALONZA MCCRARY, SR. )    ESTATE NO. 2013-1403
DECEASED                    )

## LETTERS OF ADMINISTRATION
(Bond Waived and/or Certain Powers Granted at Time of Appointment)

WHEREAS, **Gregory Alonza McCrary, Sr.**, died intestate

 ✓ domiciled in this County;

___ not domiciled in this State, but owning property in this County;

and this Court granted an order appointing **Phillip Clinton McCrary, Sr.** as Administrator(s) of the estate of said decedent, on condition that said Administrator(s) give(s) oath as required by law; and the said Administrator(s) having complied with said condition; the Court hereby grants unto said Administrator(s) full power to collect the assets of said decedent, and to pay the debts of said estate, so far as such assets will extend, according to law, and then to pay over the balance, if any, to the heirs of said decedent, and to do and perform all other duties as such Administrator(s), according to the laws of this State. In addition, this Court:

 ✓ (a) **REPORTS WAIVED:** Grants to the Administrator(s) the power to serve without making and filing inventory, and without filing any annual or other returns or reports to any court; but the fiduciary(ies) shall furnish to the heirs, at least annually, a statement of receipts and disbursements.

 ✓ (b) **BOND WAIVED:** Waives the requirement to post bond.

 ✓ (c) **POWERS GRANTED:** Grants to the Administrator(s) the powers contained in O.C.G.A. §53-12-261 not included in (a) above.

IN TESTIMONY WHEREOF, I have hereunto affixed my signature as Judge of the Probate Court of said County and the seal of this office this 10th day September, 2013.

Jeryl Debra Rosh
Judge of the Probate Court

Issued by: _____
Clerk, Probate Court