UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)** <u>Tyrone Keys</u> **v. National Football League [et al.], No. 12-cv-01024-AB** | SHORT FORM COMPLAINT<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br><br>JURY TRIAL DEMANDED |

## SHORT FORM COMPLAINT

1. Plaintiff <u>Tyrone Keys</u>, bring(s) this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2. Plaintiff is filing this short form complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3. Plaintiff incorporates by reference the allegations (as designated below) of the Master Administrative Long-Form Complaint, as may be amended, as if fully set forth at length in this Short Form Complaint.

4. Plaintiff <u>Tyrone Keys</u>, is filing this case on his own behalf.

5. Plaintiff, <u>Tyrone Keys</u>, is a resident and citizen of Lutz, Hillsborough County, Florida and claims damages as set forth below.

6. Plaintiff <u>Tyrone Keys</u> has been married to Bessie Ruth Keys since November 29, 1981.

7. On information and belief, Plaintiff Tyrone Keys sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices. On information and belief, Plaintiff Tyrone Keys suffers from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts Tyrone Keys sustained during NFL games and/or practices. On information and belief, Tyrone Keys symptoms arise from injuries that are latent and have developed and continue to develop over time.

8. The original complaint by Plaintiff in this matter was filed in the <u>Circuit Court of Hinds County, Mississippi, the First Judicial District.</u> This case was removed to the <u>United States District Court for the Southern District of Mississippi</u> on September 13, 2013. If the case is remanded, it should be remanded to the <u>Circuit Court of Hinds County, Mississippi, the First Judicial District or to the United States District Court for the Southern District of Mississippi.</u>

9. Plaintiff claims damages as a result of [check all that apply]:

   _X_   Injury to Herself/Himself

   __   Injury to the Person Represented

   __   Wrongful Death

   __   Survivorship Action

   _X_    Economic Loss

   _X_    Loss of Services

   _X_    Loss of Consortium

## DEFENDANTS

10. Plaintiff brings this case against the following Defendants in this action:

   _X_    National Football League

   _X_    NFL Properties, LLC

   _X_    Riddell, Inc.

   _X_    All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

   _X_    Riddell Sports Group, Inc.

   _X_    Easton-Bell Sports, Inc.

   _X_    Easton-Bell Sports, LLC

   _X_    EB Sports Corporation

   _X_    RBG Holdings Corporation

11. As to each of the Riddell Defendants referenced above, the claims asserted are: _X_ design defect; _X_ informational defect; _X_ manufacturing defect.

12. _X_ Tyrone Keys wore one or more helmets designed and/or manufactured by the Riddell Defendants during one or more years he played in the NFL.

- 3 -

13. Tyrone Keys played in __X__ the National Football League ("NFL") during 1983 - 1987 for the following teams: Chicago Bears (1983 - 1985); and the Tampa Bay Buccaneers (1986 - 1987).

## CAUSES OF ACTION

14. Plaintiff herein adopts by reference the following Counts of the Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts:

    _X_    Count I (Action for Declaratory Relief – Liability (Against the NFL))

    _X_    Count II (Medical Monitoring (Against the NFL))

    _X_    Count III (Wrongful Death and Survival Actions (Against the NFL))

    _X_    Count IV (Fraudulent Concealment (Against the NFL))

    _X_    Count V (Fraud (Against the NFL))

    _X_    Count VI (Negligent Misrepresentation (Against the NFL))

    __    Count VII (Negligence Pre-1968 (Against the NFL))

    _X_    Count VIII (Negligence Post-1968 (Against the NFL))

    _X_    Count IX (Negligence 1987-1993 (Against the NFL))

    __    Count X (Negligence Post-1994 (Against the NFL))

    __    Count XI (Loss of Consortium (Against the NFL and Riddell Defendants))

    _X_    Count XII (Negligent Hiring (Against the NFL))

    _X_    Count XIII (Negligent Retention (Against the NFL))

    _X_    Count XIV (Strict Liability for Design Defect (Against the Riddell Defendants))

    _X_    Count XV (Strict Liability for Manufacturing Defect (Against the Riddell Defendants))

    _X_    Count XVI (Failure to Warn (Against the Riddell Defendants))

    _X_    Count XVII (Negligence (Against the Riddell Defendants))

    _X_    Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against All Defendants))

15. Plaintiff asserts the following additional causes of action [write in or attach]:

_____

_____

_____

_____

_____

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

A.  An award of compensatory damages, the amount of which will be determined at trial;

B. For punitive and exemplary damages as applicable;

C. For all applicable statutory damages of the state whose laws will govern this action;

D. For medical monitoring, whether denominated as damages or in the form of equitable relief;

E. For an award of attorneys' fees and costs;

F. An award of prejudgment interest and costs of suit; and

G. An award of such other and further relief as the Court deems just and proper.

## JURY DEMANDED

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff hereby demands a trial by jury.

///

///

///

///

///

Respectfully submitted this the 22nd day of October, 2013

By:  */s/ Charles H. Peckham*
_____
Charles H. Peckham, Esquire
Texas Bar No.: 15704900
Federal Bar No.: 15770
PECKHAM, PLLC
Two Bering Park
800 Bering Drive, Suite 220
Houston, Texas 77057
Phone: (713) 574-9044
Fax: (713) 493-2255
cpeckham@peckhampllc.com

And

Wayne E. Ferrell, Jr., Esquire
Mississippi Bar No.: 5182
LAW OFFICES OF WAYNE FERRELL, JR., PLLC
405 Tombigbee Street
Post Office Box 24448
Jackson, Mississippi 39225-4448
Phone: (610) 696-4700
Fax: (601) 696-7514
wferrell@airlawonline.com

And

Cody W. Gibson
Mississippi Bar No.: 103967
ATTORNEY AT LAW
405 Tombigbee Street
Jackson, Mississippi 39201
Phone: (601) 948-9840

*Attorneys for Plaintiff*