IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : : | MDL No. 2323 <br> 12-md-2323 |

# ORDER

**AND NOW**, this __4th___ day of November, 2013, it is **ORDERED** that the Motion to Intervene (ECF No. 5504) is **DENIED** as frivolous.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:         Copies **MAILED** on _____ to:

O:\ABB 2013\L - Z\Order Denying Motion to Intervene as Frivolous.wpd

1