**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| ---------------------------------------------------------- <br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Plaintiffs' Master administrative Long-Form Complaint and (if applicable)**<br><br>**RICHARD SILER**<br>_____<br><br>**v. National Football League [et al.],**<br>**No.** 2:13-cv-06164-AB_____ | **SHORT FORM COMPLAINT**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION**<br><br>**INJURY LITIGATION**<br><br><br><br>**JURY TRIAL DEMAND** |

## SHORT FORM COMPLAINT

1.      Plaintiff(s), RICHARD SILER, (and, if applicable, Plaintiff's Spouse)

_____, bring(s) this civil action as a related action in the

matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION

INJURY LITIGATION, MDL No. 2323.

2.      Plaintiff (and, if applicable, Plaintiff's Spouse) is/are filing this short form

complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3.      Plaintiff (and, if applicable, Plaintiff's Spouse), incorporate(s) by reference the

allegations (as designated below) of the Master Administrative Long-Form Complaint, as may be

amended, as if fully set forth at length in this Short Form Complaint.

4.      [Fill in if applicable] Plaintiff is filling this case in a representative capacity as the

_____ of _____, having been duly

appointed as the _____ by the _____

Court of _____.  (Cross out sentence below if not applicable.)

Copies of the Letters of Administration/Letters Testamentary for a wrongful death claim are

annexed hereto if such Letters are required for the commencement of such claim by the Probate,

Surrogate or other appropriate court of the jurisdiction of the decedent.

 5. Plaintiff, RICHARD SILER, is a resident and citizen of TEXAS and claims

damages for various neurological conditions and associated symptoms proximately caused by

repetitive traumatic impacts to his head and/or concussions on multiple occasions.

 6. {Fill in if applicable] Plaintiff's spouse, _____,

is a resident and citizen of _____, and claims damages as a

result of loss of consortium proximately caused proximately caused by the harm suffered by her

Plaintiff husband/decedent.

 7. On information and belief, the Plaintiff (or decedent) sustained repetitive,

traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices.

On information and belief, Plaintiff suffers (or decedent suffered) from symptoms of brain injury

caused by repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff (or

decedent) sustained during NFL games and/or practices. On information and belief, the

Plaintiff's (or decedent's) symptoms arise from injuries that are latent and have developed and

continue to develop over time.

 8. [Fill in if applicable] The original complaint by Plaintiff(s) in this matter was filed

in THE EASTERN DISTRICT OF PENNSYLVANIA.  If the case is remanded, it should be

remanded to _____.

 9. Plaintiff claims damages as a result of [check all that apply]:

X____    Injury to Herself/Himself

____    Injury to the Person Represented

____    Wrongful Death

____    Survivorship Action

X____    Economic Loss

X____    Loss of Services

____    Loss of Consortium

10.      [Fill in if applicable] As a result of the injuries to her husband,_____, Plaintiff's Spouse, _____, suffers from a loss of consortium, including the following injuries:

____    loss of marital services;

____    loss of companionship, affection or society;

____    loss or support; and

____    monetary losses in the form of unreimbursed costs she has had to expend for the health care and personal care of her husband.

11.      [Check if applicable] _____ Plaintiff (and Plaintiff's Spouse, if applicable) reserve(s) the right to object to federal jurisdiction.

## DEFENDANTS

12.      Plaintiff (and Plaintiff's Spouse, if applicable) bring(s) this case against the following Defendants in this action [check all that apply]:

X____    National Football League

X____    NFL Properties, LLC

_X___  Riddell, Inc.

_X___  All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

_X___  Riddell Sports Group, Inc.

_X___  Easton-Bell Sports, Inc.

_X___  Easton-Bell Sports, LLC

____  EB Sports Corporation

____  RBG Holdings Corporation

13.  [Check where applicable] As to each of the Riddell Defendants referenced above, the claims asserted are: _____ design defect; _____ informational defect; _____ manufacturing defect.

14.  [Check where applicable] _____ Plaintiff (or decedent) wore one or more helmets designed and/or manufactured by the Riddell Defendants during one or more years Plaintiff (or decedent) played in the NFL and/or AFL.

**15.**  Plaintiff played in [check if applicable] X___ the National Football League ("NFL") and/or in [check if applicable] _____ American Football League ("AFL") during for the following teams: ST. LOUIS RAMS AND MIAMI DOLPHINS.

## CAUSES OF ACTION

16.  Plaintiff herein adopts by reference the following Counts of the Master administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]:

X___  Count I (Action for Declaratory Relief – Liability (Against the NFL))

X____   Count II (Medical Monitoring (Against the NFL))

_____   Count III (Wrongful Death and Survival Actions (Against the NFL))

X____   Count IV (Fraudulent Concealment (Against the NFL))

X____   Count V (Fraud (Against the NFL))

X____   Count VI (Negligent Misrepresentation (Against the NFL))

_____Count VII (Negligence Pre-1968 (Against the NFL))

_____   Count VIII (Negligence Post-1968 (Against the NFL))

X____   Count IX (Negligence 1987-1993 (Against the NFL))

X____   Count X (Negligence Post-1974 (Against the NFL))

_____   Count XI (Loss of Consortium (Against the NFL))

X____   Count XII (Negligent Hiring (Against the NFL))

X____   Count XIII (Negligent Retention (Against the NFL))

_____   Count XIV (Strict Liability for Manufacturing Defect (Against the Riddell

Defendants))

_____   Count XV (Strict Liability for Manufacturing Defect (Against Riddell

Defendants))

_____   Count XVI (Failure to Warn (Against the Riddell Defendants))

_____   Count XVII (Negligence (Against the Riddell Defendants))

X____   Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against the NFL

Defendants))


17.   Plaintiff asserts the following additional causes of action [write in or attach]:

SEE ATTACHEMENT "A" TO THIS COMPLAINT_____.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff (and Plaintiff's Spouse, if applicable) pray(s) for judgment as follows:

A.  An award of compensatory damages, the amount of which will be determined at trial;

B.  For punitive and exemplary damages as applicable;

C.  For all applicable statutory damages of the state whose laws will govern this action;

D.  For medical monitoring, whether denominated as damages or in the form of equitable relief;

E.  For an award of prejudgment interest and costs of suit; and

F.  An award of such other and further relief as the Court deems just and proper.

## JURY DEMAND

Pursuant to Federal Rules of Civil Procedure 38, Plaintiff(s) hereby demand(s) a trial by jury.

Respectfully Submitted,

WASHINGTON & ASSOCIATES, PLLC

/s/ Mickey Washington
Mickey Washington
Texas State Bar No.: 24039233
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone No.: (713) 284–5208
Facsimile No.: (713) 284-5250
Email: mw@mickeywashington.com

**The Canady Law Firm**
James Carlos Canady
Texas State Bar No.: 24034357
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone No.: (713) 284–5204
Facsimile No.: (713) 284-5250
Email: ccanady@canadylawfirm.com

**LUBEL VOYLES LLP**
Lance Lubel
Texas State Bar No.: 12651125
Adam Voyles
Texas State Bar No.: 24003121
Montrose Blvd., Suite 800
Houston, TX 77006
Telephone No.: (713) 284-5200
Facsimile No.: (713) 284-5250
Email: adam@lubelvoyles.com
lance@lubelvoyles.com

**ATTORNEYS FOR PLAINTIFFS**