UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br><br>12-md-2323 (AB) |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)<br><br>**JEFFREY DELLENBACH, ANTOINE FISHER, SHAWN MOORE, JOSEPH AND JENNIFER VALERIO, DARRELL MALONE, JOSEPH CONWELL AND LAURA MCGETTIGAN, RANDAL AND MICHELLE HILL, TERRANCE GLENN, and GLENN EARL v. National Football League, et al.**<br><br>**Nos. 13-cv-02418-AB, 13-cv-02419-AB, 13-cv-03890-AB** | **JOINT MOTION TO SUBSTITUTE COUNSEL** |

## JOINT MOTION TO SUBSTITUTE COUNSEL

James L. Ferraro of The Ferraro Law Firm and Seth Miles of Grossman Roth, P.A. file this joint motion, requesting permission of this Court that Grossman Roth, P.A. be substituted as counsel for the Plaintiffs in the above-styled actions (Jeffrey Dellenbach, Antoine Fisher, Shawn Moore, Joseph and Jennifer Valerio, Darrell Malone, Joseph Conwell and Laura McGettigan, Randal and Michelle Hill, Terrance Glenn, and Glenn Earl), and also requesting that The Ferraro Law Firm be relieved of all future responsibility as counsel in the above-styled case.

All pleadings, orders, and other papers in this action should be served on Seth Miles, Esq., Andrew B. Yaffa, Esq. and Bradford R. Sohn, Esq., Grossman Roth, P.A.,

2525 Ponce de Leon Boulevard, Suite 1150, Coral Gables, Florida 33134 via the CM/ECF System.

This substitution of counsel has the approval of Plaintiffs Jeffrey Dellenbach, Antoine Fisher, Shawn Moore, Joseph and Jennifer Valerio, Darrell Malone, Joseph Conwell and Laura McGettigan, Randal and Michelle Hill, Terrance Glenn, and Glenn Earl and is not sought for the purpose of delay.

**WHEREFORE,** the Plaintiffs, respectfully request that the Joint Motion to Substitute Counsel be granted. A proposed Order is attached.

Dated: November 22, 2013                              Respectfully Submitted,

 Grossman Roth, P.A.                                  The Ferraro Law Firm

2525 Ponce de Leon Blvd, Suite 1150      600 Brickell Avenue, Suite 3800
Coral Gables, FL 31334                              Miami, Florida  33131
Telephone: (305) 442-8666                       Telephone: (305) 375-0111
Facsimile: (305) 285-1668                        Facsimile:  (305) 379-6222

/s Seth Miles_____      /s James L. Ferraro_____
Seth Miles                                                    James L. Ferraro
Florida Bar No. 385530                             Florida Bar No. 381659
E-mail: sem@grossmanroth.com          E-mail: jlf@ferrarolaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF System, which will send a notice of electronic filing upon all Counsel of Record on November 22, 2013.

/s Seth Miles              _____
Seth Miles
Florida Bar No. 385530
E-mail: sem@grossmanroth.com