# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br><br>12-md-2323 (AB) |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)<br><br>**JEFFREY DELLENBACH, ANTOINE FISHER, SHAWN MOORE, JOSEPH AND JENNIFER VALERIO, DARRELL MALONE, JOSEPH CONWELL AND LAURA MCGETTIGAN, RANDAL AND MICHELLE HILL, TERRANCE GLENN, and GLENN EARL v. National Football League, et al.**<br><br>**Nos. 13-cv-02418-AB, 13-cv-02419-AB, 13-cv-03890-AB** | **PROPOSED ORDER** |

## PROPOSED ORDER ON PLAINTIFFS' JOINT MOTION TO SUBSTITUE COUNSEL

**THIS COURT** has considered Plaintiffs' Joint Motion to Substitute Counsel. The Court is of the opinion that said motion is well taken and should be in all respects GRANTED.  It is therefore,

**ORDERED AND ADJUDGED** by the Court that James L. Ferraro, Esq. of Ferraro Law Firm, be withdrawn as counsel of record for Plaintiffs Jeffrey Dellenbach, Antoine Fisher, Shawn Moore, Joseph and Jennifer Valerio, Darrell Malone, Joseph Conwell and Laura McGettigan, Randal and Michelle Hill, Terrance Glenn, and Glenn Earl and that Seth Miles, Esq., Andrew B. Yaffa, Esq. and Bradford R. Sohn, Esq.,

Grossman Roth, P.A., 2525 Ponce de Leon Boulevard, Suite 1150, Coral Gables, Florida 33134 be substituted as counsel of record.

    **IT IS SO ORDERED.**

                                                                      _____
                                                                       HONORABLE JUDGE ANITA B. BRODY

Copies furnished to:

All counsel of record