ROSE, KLEIN & MARIAS LLP
DAVID A. ROSEN
*D.Rosen@rkmlaw.net*
KEVIN P. SMITH
*K.Smith@rkmlaw.net*
801 South Grand Avenue, 11th Floor
Los Angeles, CA 90017-4645
Telephone: (213) 626-0571
Facsimile: (213) 623-7755

Attorneys for Plaintiffs

MUNGER, TOLLES & OLSON LLP
RONALD L. OLSON
*Ron.Olson@mto.com*
JOHN W. SPIEGEL
*John.Spiegel@mto.com*
NICHOLAS C. SOLTMAN
*Nicholas.Soltman@mto.com*
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants
NATIONAL FOOTBALL LEAGUE,
NFL PROPERTIES LLC

**(Additional counsel listed on next page)**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>Master Case No. 12-md-2323<br>Individual Case No. 2:13-cv-05200<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br><br>BRYAN CALDWELL, ET AL. V. NATIONAL FOOTBALL LEAGUE, ET AL. | **STIPULATION TO AMEND COMPLAINT** |

[TITLE OF PLEADING]

774833

| | | |
|---|---|---|
| 1 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | Attorneys for Defendants NATIONAL FOOTBALL LEAGUE, NFL PROPERTIES LLC |
| 2 | BRAD S. KARP<br>*bkarp@paulweiss.com* | |
| 3 | THEODORE V. WELLS, JR.<br>*twells@paulweiss.com* | |
| 4 | BETH A. WILKINSON<br>*bwilkinson@paulweiss.com* | |
| 5 | LYNN B. BAYARD<br>*lbayard@paulweiss.com* | |
| 6 | 1285 Avenue of the Americas<br>New York, NY 10019-6064 | |
| 7 | Telephone:  (212) 373-3000<br>Facsimile:   (212) 757-3990 | |
| 8 | | |
| 9 | BOWMAN AND BROOKE LLP<br>PAUL G. CEREGHINI | Attorneys for Defendants RIDDELL, INC. d.b.a. RIDDELL SPORTS GROUP, INC., ALL AMERICAN SPORTS CORPORATION, d.b.a. RIDDELL/ALL AMERICAN; RIDDELL SPORTS GROUP, INC. EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC; EB SPORTS CORP.; and RBG HOLDINGS CORP. |
| 10 | *Paul.Cereghini@bowmanandbrooke.com*<br>VINCENT GALVIN, JR. | |
| 11 | *Vincent.Galvin@bowmanandbrooke.com*<br>MARION V. MAUCH | |
| 12 | *Marion.Mauch@bowmanandbrooke.com*<br>879 West 190th Street, Suite 700 | |
| 13 | Gardena, CA  90248-4227<br>Telephone:  (310) 768-3068 | |
| 14 | Facsimile:   (310)719-1019 | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

<a>
<p>
</p></a>

1. This Stipulation is made by and between Plaintiffs and Defendants, by and through their counsel of record, with reference to the following facts:

WHEREAS, Plaintiffs filed their Complaint in the Superior Court of the State of California, Los Angeles County, on July 6, 2013;

WHEREAS, the United States District Court for the Eastern District of Pennsylvania issued a Conditional Transfer Order on August 21, 2013 to transfer the case to the Eastern District of Pennsylvania pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>;

WHEREAS, the Conditional Transfer Order was finalized on August 29, 2013;

WHEREAS, without prejudice to or waiver of any jurisdictional argument Plaintiffs may wish to assert, Plaintiffs will file an amendment to the Complaint to add parties whom Plaintiffs contend are additional similarly-situated plaintiffs, Clive Bullian and Kay Bullian;

WHEREAS, Defendants do not contest Plaintiffs' amendment of the Complaint;

WHEREAS, Defendants' consent to Plaintiffs' amendment of the Complaint to add additional plaintiffs is provided in light of the liberal standards for amending pleadings under Rule 15 of the Federal Rules of Civil Procedure and is without waiver of—and is with total reservation of—any of their defenses, arguments, and positions with regard to the Complaint, either as it currently exists or as amended, including but not limited to arguments concerning timeliness and limitations of actions, failure to state a claim, joinder and severance, or any other arguments. Plaintiffs will not argue, and this Stipulation is not to be and cannot be taken to support any argument of purported waiver of any defense positions or arguments.

NOW THEREFORE, Plaintiffs and Defendants, through their counsel of record, stipulate to the following:

IT IS HEREBY STIPULATED that Defendants consent to Plaintiffs' amendment of the Complaint.

| | | |
|---|---|---|
| 1 | DATED: 11/22, 2013 | ROSE, KLEIN & MARIAS LLP |
| 2 | | |
| 3 | | By: _____<br>DAVID A. ROSEN |
| 4 | | |
| 5 | | Attorneys for Plaintiffs |
| 6 | | |
| 7 | DATED: 11/20, 2013 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 8 | | |
| 9 | | By: _____<br>BRAD S. KARP |
| 10 | | |
| 11 | | -and- |
| 12 | | MUNGER, TOLLES & OLSON LLP<br>Attorneys for Defendants |
| 13 | | NATIONAL FOOTBALL LEAGUE<br>and NFL PROPERTIES LLC |
| 14 | | |
| 15 | DATED: 11/20, 2013 | BOWMAN AND BROOKE LLP |
| 16 | | |
| 17 | | By: _____<br>MARION V. MAUCH |
| 18 | | |
| 19 | | Attorneys for Defendants |
| 20 | | RIDDELL, INC. d.b.a. RIDDELL SPORTS GROUP, INC., ALL AMERICAN SPORTS CORPORATION, d.b.a. RIDDELL/ALL AMERICAN; RIDDELL SPORTS GROUP, INC. EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC; EB SPORTS CORP.; and RBG HOLDINGS CORP. |