ROSE, KLEIN & MARIAS LLP
DAVID A. ROSEN (SBN: 101287)
*D.Rosen@rkmlaw.net*
KEVIN P. SMITH (SBN: 252580)
*K.Smith@rkmlaw.net*
801 South Grand Avenue, 11th Floor
Los Angeles, CA   90017-4645
Telephone:   (213) 626-0571
Facsimile:   (213) 623-7755

Attorneys for Plaintiffs

MUNGER, TOLLES & OLSON LLP
RONALD L. OLSON
*Ron.Olson@mto.com*
JOHN W. SPIEGEL
*John.Spiegel@mto.com*
NICHOLAS C. SOLTMAN
*Nicholas.Soltman@mto.com*
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendants
NATIONAL FOOTBALL LEAGUE,
NFL PROPERTIES LLC

**(Additional counsel listed on next page)**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>Master Case No. 12-md-2323<br>Individual Case No. 2:13-cv-05200 |
| | Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br><br>BRYAN CALDWELL, ET AL. V. NATIONAL FOOTBALL LEAGUE, ET AL. | **[PROPOSED] ORDER GRANTING STIPULATION TO AMEND COMPLAINT** |

774833

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
BRAD S. KARP
*bkarp@paulweiss.com*
THEODORE V. WELLS, JR.
*twells@paulweiss.com*
BETH A. WILKINSON
*bwilkinson@paulweiss.com*
LYNN B. BAYARD
*lbayard@paulweiss.com*
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:   (212) 373-3000
Facsimile:   (212) 757-3990

Attorneys for Defendants
NATIONAL FOOTBALL LEAGUE,
NFL PROPERTIES LLC

BOWMAN AND BROOKE LLP
PAUL G. CEREGHINI
*Paul.Cereghini@bowmanandbrooke.com*
VINCENT GALVIN, JR.
*Vincent.Galvin@bowmanandbrooke.com*
MARION V. MAUCH
*Marion.Mauch@bowmanandbrooke.com*
879 West 190th Street, Suite 700
Gardena, CA  90248-4227
Telephone:   (310) 768-3068
Facsimile:   (310)719-1019

Attorneys for Defendants
RIDDELL, INC. d.b.a. RIDDELL
SPORTS GROUP, INC., ALL
AMERICAN SPORTS
CORPORATION, d.b.a.
RIDDELL/ALL AMERICAN;
RIDDELL SPORTS GROUP, INC.
EASTON-BELL SPORTS, INC.;
EASTON-BELL SPORTS, LLC; EB
SPORTS CORP.; and RBG
HOLDINGS CORP.

1

774833

1    On November ___, Plaintiffs and Defendants filed with the Court a Stipulation
2  to Amend the Complaint to add additional parties.

3    IT IS ORDERED THAT:

4    1.    Plaintiffs are granted leave to file an Amended Complaint without
5          prejudice to or waiver of any jurisdictional argument Plaintiffs may wish
6          to assert.

7    2.    Defendants' consent to Plaintiffs' amendment of the Complaint to add
8          additional plaintiffs is without waiver of—and is with total reservation
9          of—any of their defenses, arguments, and positions with regard to the
10         Complaint, either as it currently exists or as amended, including but not
11         limited to arguments concerning timeliness and limitations of actions,
12         failure to state a claim, joinder and severance, or any other arguments.

13

14  DATED: _____, 2013          Hon. Anita B. Brody
                                        UNITED STATES DISTRICT JUDGE
15

16                                      By:_____

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO AMEND COMPLAINT

774833