## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel who have consented to electronic service are being served with a copy of the foregoing document via the Eastern District of Pennsylvania CM/ECF system on November 22, 2013.

/s/ David A. Rosen
David A. Rosen

[TITLE OF PLEADING]

774833