# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL
LEAGUE PLAYERS' CONCUSSION
INJURY LITIGATION

No. 12-md-2323 (AB)

MDL No. 2323

– – – – – – – – – – – – – – – – – – – – – – – –

**THIS DOCUMENT RELATES TO:**

**Plaintiffs' Master Administrative Long-
Form Complaint and (if applicable)**
  Michael Lewis, et al.
**v. National Football League [et al.],**
**No.**  2:13-cv-6159-AB

**SHORT FORM COMPLAINT**

**IN RE: NATIONAL FOOTBALL
LEAGUE PLAYERS' CONCUSSION
INJURY LITIGATION**

**JURY TRIAL DEMANDED**

## SHORT FORM COMPLAINT

     1.      Plaintiff(s),  Annette Lawson, individually and as Executrix  , (and, if applicable,
of the Estate of Odell Lawson, Sr.
Plaintiff's Spouse) _____, bring(s) this civil action as a related action in

the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION

INJURY LITIGATION, MDL No. 2323.

     2.      Plaintiff (and, if applicable, Plaintiff's Spouse) is/are filing this short form

complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

     3.      Plaintiff (and, if applicable Plaintiff's Spouse), incorporate(s) by reference  the

allegations (as designated  below) of the Master Administrative Long-Form Complaint, as may

be amended, as if fully set forth at length in this Short Form Complaint.

4.      [Fill in if applicable]  Plaintiff is filing this case in a representative capacity as the

_Executrix_____ of _the Estate of Odell Lawson, Sr._, having been duly appointed as the

Louisiana

_Executrix_____ by the _24th JDC_____ Court of _Jefferson Parish,_____. (Cross out

sentence below if not applicable.)  Copies of the Letters of Administration/Letters Testamentary

for a wrongful death claim are annexed hereto if such Letters are required for the commencement

of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the

decedent.

5.      Plaintiff, _Annette Lawson___, is a resident and citizen of

_Louisiana_____ and claims damages as set forth below.

6.      [Fill in if applicable] Plaintiff's spouse, _____, is a resident and

citizen of _____, and claims damages as a result of loss of consortium

proximately caused by the harm suffered by her Plaintiff husband/decedent.

7.      On information and belief, the Plaintiff (or decedent) sustained repetitive,

traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices.

On information and belief, Plaintiff suffers (or decedent suffered) from symptoms of brain injury

caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff

(or decedent) sustained during NFL games and/or practices.   On information and belief,

the Plaintiff's (or decedent's)  symptoms arise from injuries that  are latent and have developed

and continue to develop over time.

8.      [Fill in if applicable] The original complaint by Plaintiff(s) in this matter was filed

in _USDC, Eastern District of Louisiana_.  If the case is remanded, it should be remanded to

_USDC, Eastern District of Louisiana_.

9.    Plaintiff claims damages as a result of [check all that apply]:

☑    Injury to Herself/Himself

☑    Injury to the Person Represented

☑    Wrongful Death

☑    Survivorship Action

☑    Economic Loss

☑    Loss of Services

☑    Loss of Consortium

10.    [Fill in if applicable] As a result of the injuries to her husband,

_____, Plaintiff's Spouse, _____, suffers from a

loss of consortium, including the following injuries:

☐ loss of marital services;

☐ loss of companionship, affection or society;

☐ loss of support; and

☐ monetary losses in the form of unreimbursed costs she has had to expend for the

health care and personal care of her husband.

11.    [Check if applicable] ☐ Plaintiff (and Plaintiff's Spouse, if applicable)

reserve(s) the right to object to federal jurisdiction.

## DEFENDANTS

12.     Plaintiff (and Plaintiff's Spouse, if applicable) bring(s) this case against the following Defendants in this action [check all that apply]:

- [✓] National Football League

- [✓] NFL Properties, LLC

- [✓] Riddell, Inc.

- [✓] All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

- [✓] Riddell Sports Group, Inc.

- [✓] Easton-Bell Sports, Inc.

- [✓] Easton-Bell Sports, LLC

- [✓] EB Sports Corporation

- [✓] RBG Holdings Corporation

13.     [Check where applicable]  As to each of the Riddell Defendants referenced above, the claims asserted are: [✓] design defect; [✓] informational defect; [ ] manufacturing defect.

14.     [Check if applicable] [✓] The Plaintiff (or decedent) wore one or more helmets designed and/or manufactured by the Riddell Defendants during one or more years Plaintiff (or decedent) played in the NFL and/or AFL.

15.     Plaintiff played in [check if applicable] [✓] the National Football League ("NFL") and/or in [check if applicable] [ ] the American Football League ("AFL") during

- 4 -

1971 - 1974 _____ for the following teams:_____

New England Patriots, San Francisco 49ers and New Orleans Saints_____

_____

_____

_____.

## CAUSES OF ACTION

16.     Plaintiff herein adopts by reference the following Counts of the Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]:

☑ Count I (Action for Declaratory Relief – Liability (Against the NFL))

☐ Count II (Medical Monitoring (Against the NFL))

☑ Count III (Wrongful Death and Survival Actions (Against the NFL))

☑ Count IV (Fraudulent Concealment (Against the NFL))

☑ Count V (Fraud (Against the NFL))

☑ Count VI (Negligent Misrepresentation (Against the NFL))

☐ Count VII (Negligence Pre-1968 (Against the NFL))

☑ Count VIII (Negligence Post-1968 (Against the NFL))

☐ Count IX (Negligence 1987-1993 (Against the NFL))

☑ Count X (Negligence Post-1994 (Against the NFL))

☑ Count XI (Loss of Consortium (Against the NFL and Riddell Defendants))

☑ Count XII (Negligent Hiring (Against the NFL))

☑ Count XIII (Negligent Retention (Against the NFL))

☑ Count XIV (Strict Liability for Design Defect (Against the Riddell Defendants))

☐ Count XV (Strict Liability for Manufacturing Defect (Against the Riddell Defendants))

☑ Count XVI (Failure to Warn (Against the Riddell Defendants))

☑ Count XVII (Negligence (Against the Riddell Defendants))

☑ Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against All the NFL Defendants))

17.    Plaintiff asserts the following additional causes of action [write in or attach]:

_____

_____

_____

_____

_____

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff (and Plaintiff's Spouse, if applicable) pray(s) for judgment as follows:

A.  An award of compensatory damages, the amount of which will be determined at trial;

B.  For punitive and exemplary damages as applicable;

C.  For all applicable statutory damages of the state whose laws will govern this action;

D.  For medical monitoring, whether denominated as damages or in the form of equitable relief;

E.  For an award of attorneys' fees and costs;

F.  An award of prejudgment interest and costs of suit; and

G.  An award of such other and further relief as the Court deems just and proper.

## JURY DEMANDED

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff(s) hereby demand(s) a trial by jury.

Dated:   November 25, 2013

RESPECTFULLY SUBMITTED:

/s/ David B. Franco, Esq.

David B. Franco (TXBR #24072097)

James R. Dugan, II

The Dugan Law Firm, APLC

365 Canal Street, Suite 1000

New Orleans, LA 70130

Telephone: (504) 648-0180

Attorney for Plaintiff(s)

- 7 -

TWENTY FOURTH JUDICIAL DISTRICT COURT
FOR THE PARISH OF JEFFERSON
STATE OF LOUISIANA

CASE NUMBER: *661 - 994*          DIVISION *O*

IN RE:
SUCCESSION OF ODELL LAWSON, SR.

Filed:_____, 2008          _____

                                    **Deputy**                    **Court**

## LETTERS OF ADMINISTRATION

In the matter of Succession of Odell Lawson, Sr., Annette Malone Lawson praying to be appointed as Executrix:

This is to certify to all whom it may concern:

That on the *15* day of *July*, 2008, an application was made to the Honorable Judge of the Twenty Fourth Judicial District Court in and for the Parish of Jefferson, State of Louisiana, by Annette Malone Lawson, praying that she might be permitted to qualify and take the oath as Testamentary Executrix of the estate of her husband, Odell Lawson, Sr..

**NOW THEREFORE**, Annette Malone Lawson is hereby fully authorized and empowered to discharge and perform all and singular the duties appertaining to the said appointment, with full and complete power of administration, according to law.

**THUS DONE AND SIGNED** officially in my office, in the City of Gretna, Parish, of Jefferson, State of Louisiana, on this the *15* day of *July*, 2008.

                              *Marie Comeaux*
                    _____
                    Clerk of the Twenty Fourth Judicial District
                    Court for the Parish of Jefferson,
                    State of Louisiana

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.
*Marie Comeaux*
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA

661994