UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____<br><br>This relates to:<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Brad Culpepper, et al. v. NFL, USDC, EDPA, No. 2:12-cv-02490-AB**<br><br>**JAMES EDWARD ARNOLD** | **NOTICE OF WITHDRAWAL**<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br><br>JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF JAMES EDWARD ARNOLD

Plaintiffs, **JAMES EDWARD ARNOLD** hereby withdraw their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of **JAMES EDWARD ARNOLD** was filed on May 7, 2012 as *Brad Culpepper, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-02490-AB. Consistent with the Court's Orders, **JAMES EDWARD ARNOLD**'s Short Form Complaint was filed (a) on July 12, 2012 as document number 1870 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) on July 12, 2012 as document number 3 in *Brad Culpepper, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-02490-AB. Both filings were served on the Defendants.

This Notice hereby withdraws **JAMES EDWARD ARNOLD**'s Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

November 26, 2013               **BY:**     /s/ *Gene Locks*
                                Gene Locks, Esquire
                                601 Walnut Street, Suite 720 East
                                Philadelphia, PA 19106
                                215-893-0100 (tel.)
                                215-893-3444 (fax)
                                glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>**This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Brad Culpepper, et al. v. NFL, USDC, EDPA, No. 2:12-cv-02490-AB**<br><br>**JAMES EDWARD ARNOLD** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2013, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiffs **JAMES EDWARD ARNOLD** to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

                                              **LOCKS LAW FIRM**

                                              **BY:** /s/ *Gene Locks*
                                                    Gene Locks, Esquire
                                                    601 Walnut Street, Suite 720 East
                                                    Philadelphia, PA 19106
                                                    215-893-0100 (tel.)
                                                    215-893-3444 (fax)
                                                    glocks@lockslaw.com