UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | ) ) ) ) ) | **MDL NO. 2323**<br>**12-MD-2323** |
| -------------------------------------------------------- | ) ) | Notice of Appearance |
| **THIS DOCUMENT RELATES TO:** | ) ) ) | |
| **VARGO ET AL. v. NATIONAL FOOTBALL LEAGUE ET AL.,**<br>No. 2:13-cv-06680-AB | ) ) | |

The undersigned attorney hereby notifies the Court and counsel that Donald A. Migliori, Esquire shall appear as counsel of record for Plaintiffs, Larry Francis Vargo, Gregory A. Marx and Tony Washington, III, in the above-captioned matter.

        s/ Donald A. Migliori
        Donald A. Migliori, Esquire (RIDC#4936)
        **Motley Rice LLC**
        321 South Main Street
        Providence, RI 02903
        Phone: 401-457-7709
        Fax: 401-457-7708
        Email: dmigliori@motleyrice.com

        *Attorney for Plaintiffs*

Dated: December 11, 2013

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | ) ) ) ) ) | **MDL NO. 2323** <br> **12-MD-2323** |
| -------------------------------------------------- | ) ) | **Certificate of Service** |
| **THIS DOCUMENT RELATES TO:** | ) ) | |
| **VARGO ET AL. v. NATIONAL FOOTBALL LEAGUE ET AL.,** <br> No. 2:13-cv-06680-AB | ) ) | |

I hereby certify that on December 11, 2013, I caused the following document:

    **1. Notice of Appearance**

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an electronic notice of electronic filing to counsel of record.

Dated: December 11, 2013

                                                    s/ Donald A. Migliori
                                                  Donald A. Migliori, Esquire (RIDC#4936)
                                                  **Motley Rice LLC**
                                                  321 South Main Street
                                                  Providence, RI 02903
                                                  Phone: 401-457-7709
                                                  Fax: 401-457-7708
                                                  Email: dmigliori@motleyrice.com

                                                  *Attorney for Plaintiffs*