UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | ) ) ) ) ) | **MDL NO. 2323** <br> **12-MD-2323** |
| -------------------------------------------------- | ) ) | Notice of Appearance |
| **THIS DOCUMENT RELATES TO:** | ) ) | |
| **VARGO ET AL. v. NATIONAL FOOTBALL LEAGUE ET AL.,** <br> No. 2:13-cv-06680-AB | ) ) | |

    The undersigned attorney hereby notifies the Court and counsel that Anne McGinness Kearse, Esquire shall appear as counsel of record for Plaintiffs, Larry Francis Vargo, Gregory A. Marx and Tony Washington, III, in the above-captioned matter.

                                                   s/ Anne McGinness Kearse
                                                   Anne McGinness Kearse (SCDC# 7570)
                                                   **Motley Rice LLC**
                                                   28 Bridgeside Boulevard
                                                   Mt. Pleasant, South Carolina 29464
                                                   Phone: 843-216-9000
                                                   Fax: 843-216-9655
                                                   Email: akearse@motleyrice.com

                                                   *Attorney for Plaintiffs*

Dated: December 11, 2013

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | ) ) ) ) | **MDL NO. 2323** <br> **12-MD-2323** |
| -------------------------------------------------- | ) ) | **Certificate of Service** |
| **THIS DOCUMENT RELATES TO:** | ) ) ) | |
| **VARGO ET AL. v. NATIONAL FOOTBALL LEAGUE ET AL.,** <br> No. 2:13-cv-06680-AB | ) ) | |

I hereby certify that on December 11, 2013 I caused the following document:

    **1. Notice of Appearance**

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an electronic notice of electronic filing to counsel of record.

        s/Anne McGinness Kearse
        Anne McGinness Kearse, Esquire (SCDC# 7570)
        **Motley Rice LLC**
        28 Bridgeside Blvd.
        Mount Pleasant, SC  29464
        T: (843) 216-9000
        F: (843) 216-9450
        Email: akearse@motleyrice.com

        *Attorney for Plaintiffs*

Dated: December 11, 2013