IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE NATIONAL FOOTBALL PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO<br><br>All Actions |  |

CERTIFICATE OF SERVICE

I, Christopher J. Wright, hereby certify that on December 17, 2013, I caused the following documents: (1) **Brain Injury Association of America's Motion to be Designated** *Amicus Curiae* **with the Right to Review the Proposed Settlement and Relevant Documents, and for Leave to File an** *Amicus Curiae* **Brief**; (2) **Memorandum of Law in Support of Brain Injury Association of America's Motion to be Designated** *Amicus Curiae* **with the Right to Review the Proposed Settlement and Relevant Documents, and for Leave to File an** *Amicus Curiae* **Brief**; and (3) **[Proposed] Order**, to be electronically filed with the Clerk of Court through ECF and be available for viewing and downloading from the ECF system, and that ECF will send an electronic notice of electronic filing to counsel of record in the above-captioned case.

/s/ Christopher J. Wright
*Attorney for Proposed Amicus Brain Injury Association of America*
Admitted *pro hac vice* (DC Bar No. 367384)
Wiltshire & Grannis LLP
1200 Eighteenth Street NW

12th Floor  
Washington, DC 20036  
(202) 730-1300  
(202) 730-1301 (fax)  
cwright@wiltshiregrannis.com