1  ROSE, KLEIN & MARIAS LLP
   DAVID A. ROSEN (SBN: 101287)
2  D.Rosen@rkmlaw.net
   KEVIN P. SMITH (SBN: 252580)
3  K.Smith@rkmlaw.net
   801 South Grand Avenue, 11th Floor
4  Los Angeles, CA  90017-4645
   Telephone:  (213) 626-0571
5  Facsimile:   (213) 623-7755

6  Attorneys for Plaintiffs

7  MUNGER, TOLLES & OLSON LLP
   RONALD L. OLSON
8  Ron.Olson@mto.com
   JOHN W. SPIEGEL
9  John.Spiegel@mto.com
   NICHOLAS C. SOLTMAN
10 Nicholas.Soltman@mto.com
   355 South Grand Avenue, Thirty-Fifth Floor
11 Los Angeles, CA  90071-1560
   Telephone:  (213) 683-9100
12 Facsimile:   (213) 687-3702

13 Attorneys for Defendants
   NATIONAL FOOTBALL LEAGUE,
14 NFL PROPERTIES LLC

15 (Additional counsel listed on next page)

16                UNITED STATES DISTRICT COURT

17                EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>Master Case No. 12-md-2323<br>Individual Case No. 2:13-cv-05200 |
|---|---|
|  | Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br><br>BRYAN CALDWELL, ET AL. V. NATIONAL FOOTBALL LEAGUE, ET AL. | [PROPOSED] ORDER GRANTING STIPULATION TO AMEND COMPLAINT |

[TITLE OF PLEADING]

774833

| | | |
|---|---|---|
| 1 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | Attorneys for Defendants NATIONAL FOOTBALL LEAGUE, NFL PROPERTIES LLC |
| 2 | BRAD S. KARP | |
| | bkarp@paulweiss.com | |
| 3 | THEODORE V. WELLS, JR. | |
| | twells@paulweiss.com | |
| 4 | BETH A. WILKINSON | |
| | bwilkinson@paulweiss.com | |
| 5 | LYNN B. BAYARD | |
| | lbayard@paulweiss.com | |
| 6 | 1285 Avenue of the Americas | |
| | New York, NY 10019-6064 | |
| 7 | Telephone: (212) 373-3000 | |
| | Facsimile: (212) 757-3990 | |
| 8 | | |
| 9 | BOWMAN AND BROOKE LLP | Attorneys for Defendants |
| | PAUL G. CEREGHINI | RIDDELL, INC. d.b.a. RIDDELL |
| 10 | Paul.Cereghini@bowmanandbrooke.com | SPORTS GROUP, INC., ALL |
| | VINCENT GALVIN, JR. | AMERICAN SPORTS |
| 11 | Vincent.Galvin@bowmanandbrooke.com | CORPORATION, d.b.a. |
| | MARION V. MAUCH | RIDDELL/ALL AMERICAN; |
| 12 | Marion.Mauch@bowmanandbrooke.com | RIDDELL SPORTS GROUP, INC. |
| | 879 West 190th Street, Suite 700 | EASTON-BELL SPORTS, INC.; |
| 13 | Gardena, CA 90248-4227 | EASTON-BELL SPORTS, LLC; EB |
| | Telephone: (310) 768-3068 | SPORTS CORP.; and RBG |
| 14 | Facsimile: (310)719-1019 | HOLDINGS CORP. |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  On November 22, Plaintiffs and Defendants filed with the Court a Stipulation
2  to Amend the Complaint to add additional parties.
3  IT IS ORDERED THAT:
4  1.  Plaintiffs are granted leave to file an Amended Complaint without
5      prejudice to or waiver of any jurisdictional argument Plaintiffs may wish
6      to assert.
7  2.  Defendants' consent to Plaintiffs' amendment of the Complaint to add
8      additional plaintiffs is without waiver of—and is with total reservation
9      of—any of their defenses, arguments, and positions with regard to the
10     Complaint, either as it currently exists or as amended, including but not
11     limited to arguments concerning timeliness and limitations of actions,
12     failure to state a claim, joinder and severance, or any other arguments.

DATED: _December 18_, 2013

Hon. Anita B. Brody
UNITED STATES DISTRICT JUDGE

By: _/s/ Anita B. Brody_
ANITA B. Brody, J.

Copies via ECF on ___