**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:**<br><br>**All Actions** | : : : : : : : | |

**ORDER**

AND NOW, the Court having considered the submissions of the parties in Support of and in Opposition to the Brain Injury Association of America's Motion to be Designated as Amicus Curiae with the Right to Review the Proposed Settlement Documents, and for Leave to File an Amicus Curiae Brief, and for good cause shown,

IT IS on this _____ day of _____, 2014, hereby ORDERED that the motion is DENIED.

_____
ANITA B. BRODY, J.