UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>　　　Defendants. | CIVIL ACTION NO: *14-29* |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**MOTION OF PROPOSED CO-LEAD CLASS COUNSEL, CLASS COUNSEL, AND SUBCLASS COUNSEL FOR AN ORDER: (1) GRANTING PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT AGREEMENT; (2) CONDITIONALLY CERTIFYING A SETTLEMENT CLASS AND SUBCLASSES; (3) APPOINTING CO-LEAD CLASS COUNSEL, CLASS COUNSEL, AND SUBCLASS COUNSEL; (4) APPROVING THE DISSEMINATION OF CLASS NOTICE; (5) SCHEDULING A FAIRNESS HEARING; AND (6) STAYING CLAIMS AS TO THE NFL PARTIES AND ENJOINING PROPOSED SETTLEMENT <u>CLASS MEMBERS FROM PURSUING RELATED LAWSUITS</u>**

Plaintiffs' Proposed Co-Lead Class Counsel, Class Counsel, and Subclass Counsel move, pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(3), and 23(e), for the entry of the Proposed Preliminary Approval and Class Certification Order, attached as Exhibit A. The proposed order seeks: (1) preliminary approval of the Class Action Settlement Agreement;

(2) conditional certification of the Settlement Class and Subclasses; (3) appointment of Co-Lead Class Counsel, Class Counsel, and Subclass Counsel; (4) approval of the dissemination of Class Notice; (5) scheduling of a Fairness Hearing; and (6) the stay of claims as to the NFL Parties and enjoinment of proposed Settlement Class Members from pursuing Related Lawsuits.

1. The terms of the Settlement are set forth in the Settlement Agreement, dated January 6, 2014, attached as Exhibit B.

2. The relief sought in this Motion is supported by:

   a. Declaration of Katherine Kinsella, attached as Exhibit C (which includes as exhibits thereto, the proposed Long-Form Notice to Retired NFL Football Players and their Representative Claimants and Derivative Claimants, and the Summary Notice);

   b. Declaration of Mediator and Former United States District Court Judge Layn R. Phillips in Support of Preliminary Approval of Settlement, attached as Exhibit D.

   c. Memorandum of Law In Support of Motion of Proposed Co-Lead Class Counsel, Class Counsel, and Subclass Counsel for an Order: (1) Granting Preliminary Approval of the Class Action Settlement Agreement; (2) Conditionally Certifying a Settlement Class and Subclasses; (3) Appointing Co-Lead Class Counsel, Class Counsel, and Subclass Counsel; (4) Approving the Dissemination of Class Notice; (5) Scheduling a Fairness Hearing; and (6) Staying Claims as to the NFL Parties and Enjoining Proposed Settlement Class Members from Pursuing Related Lawsuits, filed contemporaneously herewith.

WHEREFORE, Proposed Co-Lead Class Counsel, Class Counsel, and Subclass Counsel request that the Court enter the proposed Preliminary Approval and Class Certification Order.

Dated:  January 6, 2014                                             Respectfully Submitted:

                                                                                          */s/ Christopher A. Seeger*
                                                                                          Christopher A. Seeger
                                                                                         **SEEGER WEISS LLP**
                                                                                         77 Water Street
                                                                                         New York, NY 10005
                                                                                         Phone:  (212) 584-0700
                                                                                         Fax:  (212) 584-0799
                                                                                         cseeger@seegerweiss.com

                                                                                         *Co-Lead Class Counsel*

                                                                                         Sol Weiss
                                                                                        **ANAPOL SCHWARTZ**
                                                                                         1710 Spruce Street
                                                                                         Philadelphia, PA 19103
                                                                                         Phone:  (215) 735-1130
                                                                                         Fax:  (215) 735-2024
                                                                                         sweiss@anapolschwartz.com

                                                                                        *Co-Lead Class Counsel*

<u>*Class Counsel*</u>

| | |
|---|---|
| Steven C. Marks | Gene Locks |
| **PODHURST ORSECK P.A.** | **LOCKS LAW FIRM** |
| City National Bank Building | The Curtis Center |
| 25 W. Flagler Street, Suite 800 | Suite 720 East |
| Miami, FL 33130-1780 | 601 Walnut Street |
| Phone: (305) 358-2800 | Philadelphia, PA 19106 |
| Fax: (305) 358-2382 | Phone: 866-562-5752 |
| smarks@podhurst.com | Fax: (215) 893-3444 |
| | glocks@lockslaw.com |

***Subclass Counsel***

Arnold Levin
**LEVIN FISHBEIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

*Counsel for Subclass 1*

Dianne M. Nast
**NAST LAW LLC**
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Phone: (215) 923-9300
Fax: (215) 923-9302
DNast@nastlaw.com

*Counsel for Subclass 2*

***Of Counsel***

Thomas V. Girardi
Graham B. LippSmith
**GIRARDI KEESE**
1126 Wilshire Blvd
Los Angeles, CA 90017
Phone: (213) 977-0211
Fax: (213) 481-1554
tgirardi@girardikeese.com
glippsmith@girardikeese.com

James R. Dugan, II
**THE DUGAN LAW FIRM**
One Canal Place, Suite 1000
365 Canal Street
New Orleans, LA 70130
Phone: (504) 648-0180
Fax: (504) 648-0181
jdugan@dugan-lawfirm.com

Michael L. McGlamry
**POPE, MCGLAMRY, KILPATRICK MORRISON & NORWOOD, P.C.**
3455 Peachtree Road, NE
The Pinnacle, Suite 925
P.O. Box 191625 (31119-1625)
Atlanta, GA 30326-3243
Phone: (404) 523-7706
Fax: (404) 524-1648
efile@pmkm.com

Michael D. Hausfeld
Richard S. Lewis
**HAUSFELD LLP**
1700 K Street, N.W., Suite 650
Washington, D.C. 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeldllp.com
rlewis@hausfeldllp.com

Anthony Tarricone
**KREINDLER & KREINDLER LLP**
277 Dartmouth Street
Boston, MA 02116
Phone: (617) 424-9100
Fax: (617) 424-9120
atarricone@kreindler.com

David A. Rosen
**ROSE, KLEIN & MARIAS LLP**
801 South Grand Avenue, 11th Floor
Los Angeles, CA 90017-4645
Phone: (213) 626-0571
Fax: (213) 623-7755
d.rosen@rkmlaw.net

Charles S. Zimmerman
**ZIMMERMAN REED PLLP**
1100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 341-0400
Fax: (612) 341-0844
charles.zimmerman@zimmreed.com

David S. Casey, Jr.
Fred Schenk
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP**
110 Laurel Street
San Diego, CA  92101-1486
Phone: (619) 238-1811
Fax: (619) 544-9232
dcasey@cglaw.com
fschenk@cglaw.com

Derriel McCorvey
**THE LAW FIRM OF DERRIEL C. MCCORVEY**
115 W. Main Street, Suite 14
P.O. Box 2473
Lafayette, LA 70501
Phone: (337) 291-2431
derriel@mccorveylaw.com