UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TODD SCOTT,<br><br>                Plaintiff,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, INC.<br>and NFL PROPERTIES, LLC as successor<br>in interest to NATIONAL FOOTBALL<br>LEAGUE PROPERTIES, INC.,<br><br>                Defendants. | Case No. 2:~~13-cv-01981~~ 12-4241<br><br>~~PROPOSED~~ ORDER |

Plaintiff's Motion to Amend, filed July 24, 2013, is hereby GRANTED. Plaintiff shall be permitted to amend his Complaint to add Riddell, Inc. (d/b/a/ Riddell Sports Group, Inc.), *All American Sports Corporation (d/b/a Riddell/All American)*, Riddell Sports Group, Inc., Easton-Bell Sports, LLC, and Easton-Bell Sports, Inc., as defendants in this matter. ~~The Amended Complaint attached to Plaintiff's Motion to Amend shall be deemed filed.~~ ABB

IT IS SO ORDERED.

_____
HONORABLE JUDGE, Anita B. Brody
1/7/14

Copies via ECF on _____