UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLIE ANDERSON, CHARLES E. ARBUCKLE, ROD BERNSTINE, CURTIS CEASAR, JR., HARRY COLON, ELBERT CRAWFORD III, CLYDE P. GLOSSON, NILO SILVAN, FRANKIE SMITH, JERMAINE SMITH, ERIC J. SWANN and ANTHONY TONEY<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, INC. and NFL PROPERTIES, LLC as successor in interest to NATIONAL FOOTBALL LEAGUE PROPERTIES, INC.,<br><br>Defendants. | Case No. 2:13-cv-01981<br><br>~~PROPOSED~~ ORDER |

Plaintiffs' Motion to Amend, filed July 24, 2013, is hereby GRANTED. Plaintiffs shall be permitted to amend their Complaint to add Riddell, Inc. (d/b/a/ Riddell Sports Group, Inc.), *All American Sports Corporation* (d/b/a Riddell/All American), Riddell Sports Group, Inc., Easton-Bell Sports, LLC, and Easton-Bell Sports, Inc., as defendants in this matter. ~~The Amended Complaint attached to Plaintiffs' Motion to Amend shall be deemed filed.~~ *ABB*

IT IS SO ORDERED.

*[signature]*
HONORABLE JUDGE, Anita B. Brody

1/7/14

Copies via ECF on _____