IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323 (AB) |
| THIS DOCUMENT RELATES TO:<br><br>*Turner, et al. v. National Football League, et al.,* No. 14-cv-29 | |

NOTICE OF ENTRY OF APPEARANCE
OF TERRIANNE BENEDETTO

To The Clerk and All Attorneys of Record:

Please enter the appearance of TerriAnne Benedetto as a counsel of record for the Plaintiffs in the above-referenced actions. All notices and copies of pleadings, papers, and other materials relevant to this action that are not served via the ECF system should be directed to and served upon:

TerriAnne Benedetto
SEEGER WEISS LLP
1515 Market Street
Suite 1380
Philadelphia, PA   19102
Telephone:  215-564-2300
Facsimilie:  215-851-8029
Email:   tbenedetto@seegerweiss.com

Dated: January 9, 2014     By: /s/ TerriAnne Benedetto
                                                        TerriAnne Benedetto, Esq.
                                                        SEEGER WEISS LLP
                                                        1515 Market Street
                                                        Suite 1380
                                                        Philadelphia, PA   19102
                                                        tbenedetto@seegerweiss.com