## **CERTIFICATE OF SERVICE**

On January 9, 2014, I electronically filed the NOTICE OF APPEARANCE through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

| | |
|---|---|
| Dated: January 9, 2014 | Respectfully submitted, |
| | |
| | /s/ *TerriAnne Benedetto* |
| | TerriAnne Benedetto |
| | SEEGER WEISS LLP |
| | 1515 Market Street |
| | Suite 1380 |
| | Philadelphia, PA 19102 |
| | Telephone: 215-564-2300 |
| | Facsimile: 215-851-8029 |
| | Email: tbenedetto@seegerweiss.com |
| | |
| | ***Attorney for Plaintiffs and the Class*** |