IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323 (AB) |
| THIS DOCUMENT RELATES TO:<br><br>*Turner, et al. v. National Football League, et al.,* No. 14-cv-29 | |

## NOTICE OF ENTRY OF APPEARANCE
## OF SCOTT ALAN GEORGE

To The Clerk and All Attorneys of Record:

Please enter the appearance of Scott Alan George as a counsel of record for the Plaintiffs in the above-referenced actions. All notices and copies of pleadings, papers, and other materials relevant to this action that are not served via the ECF system should be directed to and served upon:

Scott Alan George
SEEGER WEISS LLP
1515 Market Street
Suite 1380
Philadelphia, PA  19102
Telephone:  215-564-2300
Facsimilie:  215-851-8029
Email:  sgeorge@seegerweiss.com

Dated: January 9, 2014          By: /s/ Scott Alan George
                                Scott Alan George, Esq.
                                SEEGER WEISS LLP
                                1515 Market Street
                                Suite 1380
                                Philadelphia, PA  19102
                                sgeorge@seegerweiss.com