## CERTIFICATE OF SERVICE

On January 9, 2014, I electronically filed the NOTICE OF APPEARANCE through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: January 9, 2014                         Respectfully submitted,

                                                             /s/ *Scott Alan George*
                                                             Scott Alan George
                                                             SEEGER WEISS LLP
                                                             1515 Market Street
                                                             Suite 1380
                                                            Philadelphia, PA 19102
                                                            Telephone: 215-564-2300
                                                            Facsimile: 215-851-8029
                                                            Email: sgeorge@seegerweiss.com

                                                            ***Attorney for Plaintiffs and the Class***