# CURRICULUM VITAE

NAME:   Brent E. Masel, M.D.                                DATE:  May 2013

PRESENT POSITION AND ADDRESS:

    President and Medical Director
    Transitional Learning Center
    (Brain Injury Rehabilitation)
    1528 Postoffice Street
    Galveston, TX  77550

BIOGRAPHICAL:

    Born:           June 8, 1948, Chicago, Illinois
    Citizenship:    U.S. Citizen
    Home Address:   2908 Dominique, Galveston, Texas 77551

EDUCATION:

    University of Arizona - Tucson, Arizona
        September 1966 - May 1970
        Received B.S. in Zoology - Summa Cum Laude, May 31, 1970

    Stritch Loyola Medical School - Maywood, Illinois
        1970 through 1974
        Received MD June 8, 1974

    Straight Medicine Internship - University of Texas Medical Branch,
        Galveston, Texas   June 1974 through July 1975

    Residency (Neurology) - University of Texas Medical Branch,
        Galveston, Texas   July 1975 through July 1978

PROFESSIONAL AND TEACHING EXPERIENCE:

    Clinical Professor in Neurology, University of Texas Medical Branch,
        Galveston, Texas
        September 2012-present

    Clinical Associate Professor in Neurology, University of Texas Medical
        Branch, Galveston, Texas
        February 2000 – 2012

    Clinical Assistant Professor in Neurology, University of Texas Medical
        Branch, Galveston, Texas
        August 1978 - January 2000

    Clinical Associate Professor in Family Medicine, University of Texas Medical
        Branch, Galveston, Texas
        September 1997 – 2002

    Clinical Assistant Professor in Family Medicine, University of Texas Medical
        Branch, Galveston, Texas
        July 1979 - July 1997

    Clinical Associate Professor in Internal Medicine, University of Texas
        Medical Branch, Galveston, Texas
        September 2002 – present

    Clinical Assistant Professor in Internal Medicine, University of Texas
        Medical Branch, Galveston, Texas
        September 1991-2002

Clinical Professor in Physical Therapy, University of Texas Medical Branch,
     Galveston, Texas
     September 2011 - present

Clinical Professor in Occupational Therapy, University of Texas Medical
     Branch, Galveston, Texas
     September 2011– present

Clinical Assistant Professor, Department of Neurosurgery, University of
     Texas-Houston Medical School,
     September 1996 - 2000

National Medical Director of the Brain Injury Association of America
     2012 to present

President of the Board of Directors of the Brain Injury Association
     of America, 2011

Member of the Board of Directors of the Brain Injury Association of America,
     2006 to present

Member of the Board of Directors of the North American Brain Injury Society,
     2007 to present

Program Director, Brain Injury Association of America Annual Symposium,
     July 2001

Director, HarbourView Care Center (Nursing Home and Assisted Living Center)
     January 1995 to present

Appointed to the Advisory Council of the School of Allied Health Sciences -
     University of Texas Medical Branch,
     June 1995 to present

Appointed to the University of Texas Medical Branch, Center on Aging Board
     of Advisors, July 1995 to present

Medical Director, Transitional Learning Center(for traumatic brain injuries)
     July 1992 to present

Advisory Committee, Texas Rehabilitation Commission, Community
     Rehabilitation Program - 1998 to 2000

Advisory Committee, Texas Rehabilitation Commission, Comprehensive
     Rehabilitation Services - 1998 to 2000

Member of Board of Directors of Brain Injury Association of Texas, September
     1997 to 2000

President, Houston Area Rehabilitation Association,
     December 1998 to December 1999

Medical Consultant for the LaMarque and Galveston Field Offices of Texas
     Rehabilitation Commission, March 1996 to 1999

Medical Rehabilitation Director, Gulf Health Care Center,
     September 1995 - June 1997

Director of the Galveston United Board of Health, Appointed by County
     Commissioners' Court, February 1986 to 1996

Staff Physician:  St. Mary's Hospital, Galveston, Texas
     July 1978 - February 1996

Curriculum Vitae                                        Brent E. Masel, M.D.

    Reviewer, <u>Anesthesia and Analgesia</u>(Neurosurgical Anesthesia Section)1995

    Reviewer, <u>Archives of Physical Medicine and Rehabilitation,</u> 2004,2011-13

    Reviewer, <u>Journal of Clinical Endocrinology and Metabolism,</u> 2004

    Reviewer, <u>Nature Clinical Practice of Endocrinology and Metabolism,</u> 2005

    Reviewer, <u>Journal of Neurotrauma, 2006, 2011-13</u>

    Reviewer, <u>American Journal of Physical Medicine and Rehabilitation, 2006</u>

    Private Practice—Neurology, Galveston, Texas June 1978----1994

<u>AWARDS AND HONORS:</u>

    Sheldon Berrol Clinical Services Award, Brian Injury Association of America, 2013

    Physician of the Year, Texas Rehabilitation Association, 2012

    American Heart and Stroke Association Honoree (Galveston), 2008

    Clinical Innovations Award, North American Brain Injury Association, 2006

    Lifetime Achievement Award, Brain Injury Association of Texas, 2002

<u>CIVIC ACTIVITIES</u>

    Member of Island Rotary, 1994 to present - Paul Harris Fellow
    President United Way of Galveston, 2006 to 2010
    Vice-President United Way of Galveston, 2004 to 2006
    Member of the Board of the United Way of Galveston, 1995 to 2004
    Member of the Board of the American Heart Association, 2001
    Member of the Board of the Jesse Tree, 2004
    Member of the Board of the TIRR Foundation, 2004 to present
    Member of the Board of the Vivian Smith Foundation, 2012 to present

<u>MEMBERSHIPS IN SOCIETY:</u>

    Phi Beta Kappa (Arizona 1970)
    Phi Kappa Phi(Arizona 1970)
    American Academy of Neurology
    Texas Neurological Society
    American Medical Association
    Texas Medical Association
    Galveston County Medical Society
    American Society of Neurorehabilitation
    Brain Injury Association of Texas
    North American Brain Injury Association
    Brain Injury Association of America
    Eagle Scout - Boy Scouts of America

<u>BOARD CERTIFICATION:</u>

    Certified American Board of Psychiatry & Neurology, 1980
<u>LICENSURE INFORMATION:</u>
    Texas State Board of Medical Examiners
        License Number E 9299

<u>BIBLIOGRAPHY:</u>

    Masel, B.E., Chesson, A.L., Peters, B.H., Levin, H.S., and  Alperin, J.B.,

Curriculum Vitae                                                Brent E. Masel, M.D.

1980, Platelet Antagonists in Migraine Prophylaxis:  A Clinical Trial Using Aspirin and Persantine.  Headache 20:13-18, 1980

Schochet,S.S.,Jr., Sarwar,M., Kelly,P.J., Masel,B.E., Symptomatic cerebral histoplasmoma.  Case report. Journal of Neurosurgery, February 1980, 273-75

Peters, B. H., Fraim, C.J., Masel, B.E., Comparison of 650mg. Aspirin and 1000 mg. Acetaminophen with Each Other, and with Placebo in Moderately Severe Headache. The American Journal of Medicine, 36-42, June 1983

Masel, B.E., Common Medical Issues in Postacute Brain Injury:  What You Need to Know.  The Case Manager, 55-69, July-August-September 1995.

Christiansen, C., Abreu, B., Ottenbacher, K., Huffman, K., Masel, B., Culpepper, R., Task Performance in Virtual Environments Used for Cognitive Rehabilitation After Traumatic Brain Injury.  Archives of Physical Medicine and Rehabilitation, 79:888-892, August 1998

Ingram, F., Caroselli, J., Robinson, H., Hetze, R.D.,Reed, K., Masel, B., The PPVT-R:  validity as a quick screen of intelligence in a postacute rehabilitation setting for brain-injured adults.  Journal of Clinical Psychology.  1998 Nov;54(7):877-84.

Oberoi, A., Dickinson, R., Gilkison, C., Urban, R., Masel, B., Lieberman, S., Investigation of Neuroendocrine Dysfunction in Patients with Closed Head Injuries. (Abstract) Journal of Investigative Medicine. Volume 46, 32A, 1998.

Masel, B.E., Scientific and Research Advisory Committee: Hyperbaric Oxygen Therapy for Traumatic Brain Injuries.  Brain Injury Source, 42-43, Spring Quarter, 1999.

Lieberman, S., Oberoi, A., Gilkison, C., Masel, B., Urban, R., Prevalence of Neuroendocrine Dysfunction in Patients Recovering from Traumatic Brain Injury.  The Journal of Clinical Endocrinology & Metabolism, Volume 86 (6) 2752-2756, June 2001.

Zhang, L., Abreu, B., Masel, B., Scheibel, R., Christiansen, C., Huddleston, N., Ottenbacher, K., Virtual Reality in the Assessment of Selected Cognitive Function After Brain Injury.  American Journal of Physical Medicine & Rehabilitation, 80:597-604, August 2001

Masel, B., Scheibel, R., Kimbark, T., Kuna, S., Excessive Daytime Sleepiness in Adults With Brain Injuries.  Archives of Physical Medicine and Rehabilitation, 82:1526-1532, November 2001

Mossberg, K., Kuna, S., Masel, B., Ambulatory efficiency in persons with acquired brain injury after a rehabilitation intervention.  Brain Injury, 16:789-797, September 2002

Zhang, L., Abreu, B., Gonzales, V., Seale, G., Masel, B., Ottenbacher K., Comparison of the Community Integration Questionnaire, the Craig Handicap Assessment and Reporting Technique and the Disability Rating Scale in Traumatic Brain Injury.  Journal of Head Trauma Rehabilitation, 17(6) 497-509, 2002.

Zhang, L., Abreau, B., Seale, G., Masel, B., Christiansen, C., Ottenbacher K., A Virtual Reality Environment for Evaluation of a Daily Living Skill in Brain Injury Rehabilitation:  Reliability and Validity. Archives of Physical Medicine and Rehabilitation, 2003;84:1118-24.

Masel, B.E. (2004) Rehabilitation and hypopituitarism after traumatic brain

injury. Growth Hormone and IGF Research,14 (Suppl. 1), 108-113.

Abreu, B., Heyn, P.,Reistetter, T., Zhang, L., Milton, S., Masel, B., Ottenbach K., The Effects of the Predictability of an Arm Reaching Target on Seated Postural Stability, Reaching Time and Selected Minimum Data Set for Nursing Home Residents. Physical & Occupational Therapy in Geriatrics, 22 (2) 1-13, 2003.

Barrett, K., Masel, B., Patterson, J., Scheibel, R.S., Corson, K., Mader, J., Regional CBF in chronic stable TBI treated with hyperbaric oxygen. Undersea & Hyperbaric Medicine, 31 (4) 395-406, 2004.

Urban RJ, Harris P, Masel B. Anterior hypopituitarism following traumatic brain injury. Brain Injury 19(5):349-358, 2005.

Ghigo, E., Masel, B., Aimaretti, G., Leaon-Carrion, J., Casanueva, F., Dominquez-Moreales, M., Elovic, E., Perrone, K., Stalla, G., Thompson, C., Urban, R. Consensus guidelines on screening for hypopituitarism following traumatic brain injury. Brain Injury 19(9):711-724, 2005.

Mossberg K, Masel B, Urban R. Effect of growth hormone supplementation on cardiorespiratory fitness after traumatic brain injury. Archives of Physical Medicine and Rehabilitation. **86**:492-500, July 2005.

Masel, BE. Traumatic brain injury induced hypopituitarism: the need and hope of rehabilitation. Pituitary, 2005;8(3-4):263-6.

Mossberg, KA, Ayala D, Baker T, Heard J, Masel B: Aerobic capacity after traumatic brain injury: Comparison to a non-disabled cohort. Archives of Physical Medicine and Rehabilitation 88:315-320,2007.

Castriotta RJ, Wilde MC, Lai JM, Atanasov S, Masel BE, Kuna, ST. Prevalence and Consequences of Sleep Disorders in Traumatic Brain Injury. J Clin Sleep Med 2007;3(4):349-356.

Wilde M, Castriotta R, Lai J, Atanasov S, Masel B, Kuna S. Cognitive Impairment in Patients With Traumatic Brain Injury and Obstructive Sleep Apnea. Archives of Physical Medicine and Rehabilitation 88:1284-1288,2007.

Mossberg KA, Masel BE, Gilkison CR, Urban RJ. Aerobic Capacity and Growth Hormone Deficiency after Traumatic Brain Injury. J Clin Endocrin Metab. 2008 10.1210/jc.2008-0368

Masel, B. *Conceptualizing Brain Injury as a Chronic Disease.* Vienna, VA: Brain Injury Association of America, 2009.

Castriotta RJ; Atanasov S; Wilde MC; Masel BE; Lai JM; Kuna ST. Treatment of sleep disorders after traumatic brain injury. J Clin Sleep Med 2009;5(2):137-144.

Bhagia V, Gilkison C, Fitts RH, Zgaljardic DJ, High Jr WM, Masel BE, Urban RJ, & Mossberg KA. Effect of recombinant growth hormone replacement in a growth hormone deficient subject recovering from mild traumatic brain injury: A case report. Brain Injury, 24:560-567, March 2010

Mossberg, KA., Amonette, WE., Masel, BE. Endurance Training and Cardiorespiratory Conditioning After Traumatic Brain Injury. Journal of Head Trauma Rehabilitation, 25(3)173-183,2010.

Masel, B.E., DeWitt, D.S. Traumatic Brain Injury: A Disease Process, Not an Event. Journal of Neurotrauma 27:1529-1540 August 2010 doi:10.1089/neu.2010.1358.

High, W.M., Briones-Galang, M., Clark, J.A., Gilkison, C., Mossberg K.A., Masel, B. E., Zgaljardic, D. J., Urban, RJ. Effect of Growth Hormone Replacement Therapy on Cognition after Traumatic Brain Injury. Journal of Neurotrauma 27:1565-1575 September 2010.

Zgaljardic, DJ., Guttikonda, S., Grady, JJ., Gilkison, CR., Mossberg, KA., High Jr, WM., Masel, BE., Urban, RJ. (2011) Serum IGF-1 concentrations in a sample of patients with traumatic brain injury as a diagnostic marker of growth hormone secretory response to glucagon stimulation testing. Clinical Endocrinology 74,365-369.

Zgaljardic, D.J., Yancy, S., Levinson, J., Morales, G., Masel, B.E. (2011 ). Balint's syndrome and post-acute brain injury rehabilitation: A case report. Brain Injury. 25:909-917, 2011.

Masel, BE. (2011). Hyperbaric oxygen therapy for traumatic brain injury: still an enigma. Archives of Physical Medicine and Rehabilitation, 92, 1519-1521.

Ripley, DL, & Masel, BE, & Watanabe, T. (2011) Endocrinopathy after traumatic brain injury. Physical Medicine and Rehabilitation,3(3), 268-73.

Tanriverdi, F, Agha, A, Aimareti, G, Casanueva, FF, Kelestimur, F, Klose, M, Masel, BE, Pereira, AM, Popovic, V, & Schneider, HJ. (2011). injury-induced hypopituitarism. Journal of Endocrinological Investigation, 34(7).

Masel, B. E., Bell, R. S., Brossart, S., Grill, R. J., Hayes, R. L., Levin, H. S., Rasband, M. N., Ritzel, D .V., Wade, C. E., DeWitt, D. S. (2012). Galveston brain injury conference 2010: Clinical and experimental aspects of blast injury. Journal of Neurotrauma, *29*(12), 2143-2171.

Hayden, M. E., Plenger, P., Bison, K., Kowalske, K., Masel, B. E., & Qualls, D. (2013). Treatment effect versus pretreatment recovery in persons with traumatic brain injury: A study regarding the effectiveness of postacute rehabilitation. *PM&R*, *5*(4), 319-327.

Book Chapters

Masel, B E.  Neuroendocrine Dysfunction After Traumatic Brain Injury. In: Nathan D. Zasler, Douglas I. Katz, and Ross D. Zafonte, editors.  Brain Injury Medicine: Principles and Practice, 2nd Edition New York: Demos Medical Publishing; 2012. pp. 887-901.

http://www.elsevier.com/locate/permissionusematerial
Masel B E and Temple R Traumatic Brain Injury. In: Donald W. Pfaff, Arthur P. Arnold, Anne M. Etgen, Susan E. Fahrbach and Robert T. Rubin, editors.  Hormones, Brain and Behavior, 2nd edition, Vol 5. San Diego: Academic Press;2009. pp. 3267-3302.

Abreu BC, Heyn P, Reistetter TA, Patterson R, Bufford WL, Masel B, Ottenbacher KJ.  Postural Control Comparisons of Horseback Riders With  and Without Brain Injury. In Engel, BT & MacKinnon JR (Eds), Enhancing Human Occupation Through Hippotherapy: A Guide for Occupational Therapy Bethesda, MD: AOTA Press 2007

Hammond F M and Masel, B E.  Cranial Nerve Disorders. In: Nathan D. Zasler, Douglas I. Katz, and Ross D. Zafonte, editors. Brain Injury

<u>Curriculum Vitae</u>                                                  <u>Brent E. Masel, M.D.</u>

Medicine: Principles and Practice, New York: Demos Medical Publishing; 2007. pp. 529-543.