# CURRICULUM VITAE

## PERSONAL INFORMATION

| | |
|---|---|
| Name: | Gregory John O'Shanick |
| Date and Place of Birth: | November 22, 1953; Akron, Ohio |
| Citizenship: | United States |
| Business Address: | Center for Neurorehabilitation Services, P.C. |
| | 10710 Midlothian Turnpike |
| | Suite 125 |
| | Richmond, Virginia 23235 |
| | (804) 897-1688 |
| | (804) 897-5283 FAX |

## LICENSURE

Virginia State Board of Medical Examiners - 36956
Texas State Board of Medical Examiners - E8782
American Board of Psychiatry and Neurology (P) - April 1983
American Board of Psychiatry and Neurology (P) - Psychosomatic Medicine
      Certification (#528)– June, 2006
United Council for Neurologic Subspecialties Behavioral Neurology &
      Neuropsychiatry Certification (#BNNP00398-10) – November, 2010

## EDUCATION

M. D.  University of Texas Medical Branch, Galveston, Texas, 1977.

Ohio State University, Columbus, Ohio, Sept. 1971– June 1973.

## MILITARY SERVICE RECORD – none

## POST-DOCTORATE TRAINING

Fellow in Consultation/Liaison Psychiatry, Division of Psychosomatic Medicine,
      Department of Psychiatry, Duke University Medical Center, Durham, North
      Carolina, 1980-81.
Chief Resident, Department of Psychiatry, Duke University Medical Center,
      Durham, North Carolina, 1980-81.

Resident, Department of Psychiatry, Duke University Medical Center, Durham,
North Carolina, 1978-80.

Intern, (Psychiatric Categorical), Department of Psychiatry, Duke University
Medical Center, Durham, North Carolina, 1977-78.


## ACADEMIC APPOINTMENT/WORK EXPERIENCE

| | |
|---|---|
| 2011-present | Member, The Brain Injury Medicine Examination Committee, The American Board of Physical Medicine and Rehabilitation and The American Board of Psychiatry and Neurology |
| 2011-present | Clinical Professor<br>Marietta College<br>Physician Assistant Program<br>Marietta, Ohio |
| Sept. 2011-<br>Nov 2011 | Member, The Neural Repair and Rehabilitation Examination Committee, American Society of Neurorehabilitation-United Council for Neurologic Subspecialties, Board Exam in Neurorehabilitation and Neural Repair |
| 2011-present | Speaker's Bureau for Nuedexta<br>Avanir Pharmaceuticals<br>San Diego, CA |
| Jan 2011-<br>Dec 2011 | Chairman, Board of Directors<br>Brain Injury Association of America<br>Vienna, VA |
| Dec 2010-<br>present | Medical Director Emeritus<br>Brain Injury Association, Inc.<br>Vienna, VA. |
| 2010-present | Preceptor<br>Bassett Internship Program<br>Randolph-Macon College<br>Ashland, VA |
| 2006-present | Consultant<br>Avanir Pharmaceuticals<br>San Diego, California |
| 2006-2007 | Consultant |

Speaker's Bureau for Provigil
Cephalon, Inc.
Frazer, Pennsylvania

2001-present        Consultant
                    Gerson Lehrman Group Councils

1999                Attending Neuropsychiatrist
                    University of Virginia Medical Center
                    Charlottesville, Virginia

1998-2000           Associate Professor of Research
                    Virginia Neurological Institute
                    University of Virginia School of Medicine
                    Charlottesville, Virginia

1998                Associate Professor
                    Department of Neurological Surgery
                    University of Virginia Health Sciences Center
                    Charlottesville, Virginia

1996- 2010          National Medical Director
                    Brain Injury Association, Inc.
                    Vienna, VA.

1993- 1996          Associate Medical Director, Neurorehabilitation Program
                    Health South Medical Center
                    Richmond, Virginia

1991- present       Medical Director
                    Center for Neurorehabilitation Services
                    Richmond, Virginia

1990-1991           Neuropsychiatric Consultant
                    PATE Rehabilitation Endeavors, Inc.
                    Dallas, Texas

1989- 1991          Associate Professor of Psychiatry and Rehabilitative
                    Medicine
                    Medical College of Virginia
                    Richmond, Virginia

1989-1990           Chairman, Division of Inpatient Psychiatry
                    Department of Psychiatry
                    Medical College of Virginia
                    Richmond, Virginia

| | |
|---|---|
| 1989-1990 | Co-Director<br>Rehabilitation Research & Training Center in Severe<br>Traumatic Brain Injury<br>Medical College of Virginia<br>Richmond, Virginia |
| 1987-1991 | Physician/Attending<br>Department of Psychiatry<br>Veterans Administration Medical<br>Richmond, Virginia |
| 1987-1990 | Director, Inpatient Psychiatry Services<br>Department of Psychiatry<br>Medical College of Virginia<br>Richmond, Virginia |
| 1985-1989 | Assistant Professor of Rehabilitation Medicine<br>Medical College of Virginia<br>Richmond, Virginia |
| 1984-1989 | Assistant Professor of Psychiatry<br>Director, Medical/Psychiatry Service<br>Division of Consultation/Liaison Psychiatry<br>Medical College of Virginia<br>Richmond, Virginia |
| 1982-1994 | Assistant Professor of Psychiatry<br>Associate Director, Consultation-Liaison Service<br>University of Texas Health Sciences Center<br>Houston, Texas |
| 1981-1982 | Clinical Assistant Professor of Psychiatry<br>Clinical Instructor of Family Practice<br>University of Texas Health Sciences Center<br>Houston, Texas |
| 1981-1982 | Associate in Private Practice<br>The Hauser Clinic Associates, PA<br>7777 Southwest Highway, # 1092<br>Houston, Texas |
| 1981-1984 | Assistant Staff Psychiatrist<br>Memorial Southwest Hospital<br>Houston, Texas |

| 1980-1981 | Consulting Psychiatrist<br>Federal Correctional Institution<br>Butner, North Carolina |
|---|---|
| 1979-1980 | Consulting Psychiatrist<br>Lincoln Community Health Center<br>Durham, North Carolina |

## MEMBERSHIP- SCIENTIFIC, HONARARY AND PROFESSIONAL SOCIETIES

American Neuropsychiatric Association
American Society of Neurorehabilitation (Certified #1392-1993, 2003)
American Psychiatric Association
American Academy of Neurology
Brain Injury Association of America
National Neurotrauma Society
Medical Society of Virginia
Psychiatric Society of Virginia
Sigma Xi
World Federation for Neurorehabilitation

## SPECIAL AWARDS, FELLOWSHIPS, AND OTHER HONORS

Distinguished Fellow, American Psychiatric Association, 2003.

Fellow, American Psychiatric Association, 1998.

Who's Who in America, 2002, 2003, 2004, 2005, 2009

Who's Who in Science and Engineering, 2008

Who's Who in the World, 2000, 2005

Who's Who in Medicine and Healthcare, 1998.

Business Associate of the Year Award, 1989, American Business Women's
    Association, Shockoe Valley Chapter.

Outstanding Young Men of America, 1988.

Certificate of Appreciation, U.S. Department of Education, 11/2/1987.

International Who's Who in Medicine, 1987.

Visiting Faculty Program in Psychiatry, Mead Johnson, 1987 to 1990.

Certificate of Appreciation, Texas Head Injury Foundation, 8/10/1985.

Hamilton Ford Award for Excellence in the Study of Psychiatry, 1977.

Mu Delta Honorary Medical Service Society, 1976.

Who's Who Among Students in American Universities and Colleges, 1976 to
1977.

Helix, Science Honorary Society, Ohio State University, 1972 to 1973.

Summa Award for Academic Excellence, Ohio State University, 1972.


## MAJOR COMMITTEES

### National Committees:
Brain Injury Association
Federal Legislative Advisory Committee, 2007

Chair, Blue Ribbon Panel to Review Correlation Between Brain Injury and Roller
Coaster Rides, BIAA funded in part by NICMH, including Michael
Freeman, PhD, David A. Hovda, PhD, T. Harold Hudson, Y. King Liu,
PhD, David Meaney, PhD, Nils Varney, PhD; July 2002- February 2003.

Brain Injury Association
Board of Directors, Rubin Research Fund, 1997-1999.

Keep Our Streets Safe and Sober (KOSS)
Selection Committee, 1996.

National Head Injury Foundation
Board of Directors, 1989
Chair, Psychiatry Advisory Committee, 1988 to 1990
Legislative Committee, Professional Division, 1986 to 1987
Committee to Revise DSM-IV Listing for TBI, 1985
Special Consultant, Social Security Revised Categories for Medical
Listings,1984.

National Institute of Handicapped Research
Special Consultant, Traumatic Brain Injury Initiative, 1986 to 1987.

American Psychiatric Association
Committee on Member Life, Accident and Health Insurance, 1981 to 1989

Subcommittees for Insurance Code System, 1983 to 1984
Task Force on Traumatic Brain Injury, 1990.

Association for Academic Psychiatry
Subcommittee on Consultation-Liaison Evaluation and Research, 1981 to 1984.

Task Force on the Dually Diagnosed
Southern Regional Education Board, 1986.


**State Committees:**

Special Consultant, Virginia State Board of Medical Examiners

Virginia Brain Injury Council
Department of Human Resources, State of Virginia, 1987 to 2000.
Vice Chair, 1997.
Chair, 1998-2000.

Advisory Board Member
Virginia Head Injury Foundation, Inc., 1988 to 1991.

Member, Task Force on Cognitive Retraining
Commonwealth of Virginia, General Assembly, 1992.

Member, Task Force to Evaluate and Modify Traumatic Brain Injury Program at
Woodrow Wilson Rehabilitation Center (VA), 1993.


**Other Committees:**

Ethics Committee
Richmond Academy of Medicine, Richmond, Virginia, 2000.

Neuro-Medical Advisory Board
The Northeast Center for Special Care, 1999.

Board of Directors
Transitional Learning Community, Galveston, Texas, 1983 to 1985.

Advisory Board
Transitional Learning Community, Galveston, Texas, 1985 to 1991.

Committee on Psychological Education
American Diabetes Association, Houston Chapter, 1983 to 1984.

Membership Committee
　　　Houston Psychiatric Society, 1983 to 1984.

Program Committees
　　　3rd Annual Southwestern Colloquium on Consultation-Liaison
　　　Psychiatry, Sponsored jointly by Baylor College of Medicine and University
　　　of Texas Health Sciences Center in Houston, Houston, Texas, January
　　　21,1983.


## OTHER SIGNIFICANT SCHOLARLY, RESEARCH OR ADMINISTRATIVE EXPERIENCE

Founding Board of Governors
　　　National Academy for Certification of Brain Injury Rehabilitation
　　　Specialists, 1996 (now ACBIS)

Associate Editor: Brain Injury: Journal of the International Brain Injury
　　　Association, 1985 to 1991.

Reviewer:　　Psychosomatics
　　　　　　　The Medical Letter
　　　　　　　Archives of General Psychiatry
　　　　　　　Brain Injury
　　　　　　　Martinus Nijhoff Publishing, Boston, Massachusetts
　　　　　　　Karger Medical and Scientific Publishers, Basel, Switzerland
　　　　　　　International Journal of Psychiatry in Medicine
　　　　　　　General Hospital Psychiatry
　　　　　　　Journal of Neuropsychiatry and Clinical Neurosciences
　　　　　　　American Psychiatric Press, Inc.
　　　　　　　American Academy of Neurology Quality Standards Subcommittee

Jury Member: National Head Injury Foundation Annual National Symposium,
　　　1986 to 1993.

Grant Reviewer: National Institute on Disability and Rehabilitation Research
　　　(NIDRR), Competition for Research/Demonstration and
　　　Dissemination/Utilization (RD/UD) for fiscal year 1988.

Chair, Grant Review: National Institute on Disability and Rehabilitation Research
　　　(NIDRR), Field Initiated Research Program, February 15, 1989.

Advisory Consultant: Department of Health and Human Services, Public Health
　　　Service, National Institute of Health, Site Visit Team, NSP-A Committee,

NINDS, February 6-7, 1990.

Competency Rater: Competence to Medical Treatment Among Neurologically Impaired Persons: Analysis of Professional Determinations and Values. Principal Investigators – John Banja, Ph.D., Assistant Professor, and Vivian Auerback, Ph.D., Assistant Professor, Department of Rehabilitation Medicine, Emory University, School of Medicine, Atlanta, Georgia, NIDRR, 3/1/88, 2/28/90.

Grant Reviewer: Injury Research Grants Review Committee (IRGRC), Department of Health and Human Services, Center for Disease Control, Atlanta, Georgia, January 13-15, 1991.

Editorial Board: Neurorehabilitation: An Interdisciplinary Journal, Andover Medical Publishers, Nathan Zasler, M.D. and Jeffrey Kreutzer, Ph.D., Editors, 1991 to 1993.

Chair, Grant Review: Field Initiated Research, Brain Injury Section, NIDRR, Washington, D.C., December 1992.

Doctoral Committee: Wendy M. Wood, Virginia Commonwealth University, Richmond, Virginia, 1991 to 1993.

Grant Reviewer: Injury Research Grant Review Committee (IRGRC), Department Of Health and Human Services, Centers for Disease Control and Prevention, Atlanta, Georgia, June 4-6, 1995.

Expert Panel Member: Mild Traumatic Brain Injury Brochure, National Center for Injury Prevention and Control, CDC, Atlanta, Georgia, September 9, 1997.

Steering Committee: Prudential Healthcare / BIA "Gear Up for Helmet Safety," Campaign, Washington D.C., September 16, 1997.

Grant Reviewer: Reverse Site Visit, University of California at Los Angeles Injury Control Research Center Application, Centers for Disease Control and Prevention, Atlanta, Georgia, January 10-11, 1999.

Field Supervisor: Randolph Macon College, Department of Psychology, Winter 1999.

Editorial Board: Brain Injury Survivor and Caregiver Educational Manual, Aspen Publishers, Inc., 2000.

Consultant: Continuum of Care Model – Mild Traumatic Brain Injury.  Workers' Compensation Board, Alberta, Canada, July 2000.

Grant Reviewer/Supplemental: Site Visit, University of California San Francisco Injury Center for Research and Prevention Application, Centers for Disease Control and Prevention, Atlanta, Georgia, January 20-21, 2001.

Chair, Selection Committee: Robert L. Moody Prize for Distinguished Initiatives in Brain Injury Research and Rehabilitation, UTMB/TLC, Galveston Texas.

Member: Expert Working Group on Mild Traumatic Brain Injury, CDC, 2001.

Member: Neurology Consultant Panel for Cephalon, Inc., Denver, Colorado, April 15, 2002.

Grant Reviewer:  Post-Traumatic Stress Disorder and Traumatic Brain Injury Research Program-07, American Institute of Biological Sciences Peer Review Panel of Proposals Submitted to the U.S. Army Medical Research and Material Command Rehabilitation Cognitive Section, Lansdowne, Virginia, December 12-14, 2007

Expert Reviewer:  Information Sheet on Concussion and Postconcussion Symptoms and Emergency Department Discharge Instructions for Mild Traumatic Brain Injury, American College of Emergency Physicians with funding from the Centers for Disease Control and Prevention, March 2009.

Invited Participant: Roundtable Discussion "Exploring Advances in Research to Improve TBI Outcomes", Institute of Federal Health Care, March 2009.


## COMMUNITY ACTIVITIES

Parent Volunteer, Chesterfield County Public Schools, Robious Elementary, Robious Middle, James River High School, 1990-2010.

Team Manager, Huguenot Little League Baseball, 1993-2000.

Sts. Constantine and Helen Greek Orthodox Cathedral, Richmond, Virginia.
Stewardship Committee, 2000-2003.
Parish Council, 2001-2002
Secretary, 2001-2002.


## BIBLIOGRAPHY

## Papers:

1.      White, J.H. and O'Shanick, G.J.  Juvenile Manic-depressive Illness.  Am J Psych 194(9): 1034-1036, 1977.

2.      Cavenar, J.O., O'Shanick, G.J. and Taska, R.: Emotional Problems after Therapeutic Abortion.  U.S. Navy Medicine 70: 73-75, 1979.

3.      Maltbie, A., Cavenar, J. and O'Shanick, G.J.: A Couvade Syndrome Variant: Case Report.  N Carolina Med J 41(2): 90-92, 1980.

4.      Cavenar, J.O., Maltbie, A.A., Hillard, J.R., Worchel, B.J., and O'Shanick, G.J.: Cardiac Presentation of Munchausen's Syndrome.  Psychosom 21(11): 946-946, 1980.

5.      Walker, J.I., O'Shanick, G.J., and McLeod, G.: Techniques of Group Therapy with Schizophrenia.  N Carolina J Ment Health IX (14): 17-23, 1981.

6.      Brown, J.T. and O'Shanick, G.J.: Psychiatric Education of the Internist: A Teaching Conference Approach.  Psychosom 22(12): 1038-1043, 1981.

7.      Hillard, J.R., O'Shanick, G.J. and Houpt, J.L.: Residency Training in the Psychiatric Emergency Room.  Am J Psych 139(2): 236-238, 1982.

8.      O'Shanick, G.J., Brown, J.T. and Houpt, J.L.: Faculty and House Staff Priorities in Psychosocial Education: Results of a Questionnaire. J Psych Ed 6(1): 49-53, 1982.

9.      O'Shanick, G.J. and Ellinwood, E.H.: Persistent TSH Elevation in Women with Affective Bipolar Affective Disorder.  Am J Psych 198(4): 513-514, 1982.

10.     Vincent, K.R., Castillo, I., Hauser, R.I., Stuart, H.J., Zapata, J.A., Cohn, C.K. and O'Shanick, G.J.: MMPI Code Types and DSM-III Diagnoses.  J Clin Psychol 37(3): 829-842, 1983.

11.     O'Shanick, G.J., Peterson, L.G. and Brown, J.T.: Behavioral Issues in Emergency Medicine: An Annotated Bibliography.  Am J Emergency Med 3: 1-4, 1983.

12.     O'Shanick, G.J.: Emergency Psychopharmacology.  Am J Emergency Med 2: 164-170, 1984.

13.     Peterson, L.G., Peterson, M.C., O'Shanick, G.J. and Swann, A.C.: Self-inflicted Gunshot Wounds: Lethality of Method Versus Intent.  Am J Psych, 142: 228-231, 1985.

14.     O'Shanick, G.J., Scott, R. and Peterson, L.G.: Psychiatric Referral after Head Trauma.  Psychiatric Medicine 2: 131-137, 1984.

15.     Peterson, L.G., O'Shanick, G.J.: Psychiatric Symptoms in Endocrine Diseases.  Postgraduate Med 77: 233-239, 1985.

16.     Parmelee, D.X., O'Shanick, G.J.: Neuropsychiatric Interventions with Head Injured Children and Adolescents.  Brain Injury 1: 41-47, 1987.

17.     O'Shanick, G.J., Levenson, J.L., Wise, T.N.: The General Hospital as a Center of Biopsychosocial Training.  General Hospital Psychiatry 8: 365-371, 1986.

18.     O'Shanick, G.J.: Psychotropic Management of Behavioral Disorders after Head Trauma.  Psychiatric Medicine 6: 3, 67-82, 1988.

19.     O'Shanick, G.J.: Approaching the Behaviorally Disordered Head Injury Patient: A Holistic Assessment: Trends in Rehabilitation: 10-12, Summer 1986.

20.     O'Shanick, G.J.: Clinical Aspects of Psychopharmacologic Treatment in Head Injured Patients.  J Head Trauma Rehabil 4: 59-67, 1987.

21.     O'Shanick, G.J.: Behavior Change Following Head Injury: Clinical Assessment and Intervention.  Psychiatric Medicine, Vol. 7, No. 1: 1-10, 1989.

22.     Parmelee D.X., O'Shanick, G.J.: Carbamazepine-Lithium Toxicity in Brain Damaged Adolescents.  Brain Injury 2: 4, 305-308, 1988.

23.     Morin, C. Kowatch, R., and O'Shanick, G.J.: Sleep Restriction for Inpatient Treatment of Insomnia: Case Report.  Sleep 13: 1-4, 1990.

24.     Forssmann-Falck, R.  Christian, F.M., O'Shanick, G.J.: Group Therapy with Moderately Neurologically Damaged Patients.  Health and Social Work, November-December 1989, Vol. 14, No. 4.

25.     Salcido, R., Costich, J.F., Conder, R. O'Shanick, G.J.: Recurrent Severe Traumatic Brain Injury: Series of Six Cases.  Am J Phys Med Rehabil, 70(4), 215-9, 1991.

26.     Ochs, A.L., Zasler, N.O., Astruc, J. and O'Shanick, G.J.: Post-traumatic vestibular dysfunction.  Archives of Physical Medicine & Rehabilitation, 72: 775, 1991.

27. Hart, R., O'Shanick, G.J.: Forgetting Rates for Verbal, Pictorial and Figural Stimuli.  Journal of Clinical and Experimental Psychology, 15: 245-265, 1993.

28. O'Shanick, G.J.: Cognitive Function after Brain Injury: Pharmacologic Interference and Facilitation.  Neurorehabilitation 1: 1, 44-49, 1991.

29. Sherwin, E., O'Shanick, G.J.: The Trauma of Brain Injury: Issues Facing Counselors and Caregivers of Children and Adolescents.  Brain Injury, Vol. 14, 267-284, 2000.

30. Sherwin, E., O'Shanick, G.J.: The Trauma of Paediatric and Adolescent Brain Injury: Issues and Implications for Rehabilitation Specialists.  Brain Injury, Vol. 14, No. 3, 267-284, 2000.

31. O'Shanick, G.J.: Off-Label Pharmacology: Using Old Drugs in New Ways Can Improve TBI Patients' Quality of Life.  Advance form Providers of Post-Acute Care, May 2000, Vol. 3, No. 5, 43.

32. O'Shanick, G.J., Starr, J.: TBI and Managed Care.  Advance for Providers of Post-Acute Care, October 2000, Vol. 3, No. 9, 37-41.

33. Taaffe, P.J., Zitnay, G.A., Barth, J.T., O'Shanick, G.J., Brooks, G., and Trudel, T.: Psychological Implications of Fecal Incontinence Following Acquired Brain Injury.  Advances in Medical Psychotherapy and Psychodiagnosis, 2000-2003, Vol. 11, 89-106.

33. O'Shanick, G.J.:  Update on Antidepressants.  The Journal of Head Trauma Rehabilitation, May 2006, Vol. 21, No. 3, 282-284.

34. Katz, D.I., Ashley, M.J., O;Shanick, G.J., Connors, S.H.  Cognitive rehabilitation: the evidence, funding and case for advocacy in brain injury. McLean, VA:  Brain Injury Association of America, 2006.

35. McQueen, R., O'Shanick, G.J.: Foundations of Functional Neuropsychopharmacology. NeuroRehabilitation.  Special Issue of NeuroRehabilitation on Behavior and ABI. Submitted 11/10/13.


**Abstracts, Letters, Editorials:**

1. Hillard, J.R., O'Shanick, G.J., Houpt, J. and Nicholes, E.: Training in Emergency Psychiatry.  Scientific Proceedings of the 134th Meeting of the American Psychiatric Association, 1981.

2.    Ellinwood, E.H. and O'Shanick, G.J.: TSH Function and Evaluation in Bipolar Affective Disordered Women.  Letter: AM J Psych 140(4): 512, 1983.

3.    Peterson, L.G., O'Shanick, G.J., Hall, R.C.W., Beresford, T.: Writing a Psychiatric Consultation: A Critique.  Letter: AM J Psych 140(5): 648-649, 1983.

4.    O'Shanick, G.J.: Psychopharmacological Management of Behavioral Disorders after Head Injury.  (Abstract) Scientific Program, 1st Annual Houston Conference on Neurotrauma, 1984.

5.    Peterson, L.G. and O'Shanick, G.J.: Psychiatric Patients in the Emergency Center.  Am J Emergency Med 2: 4, 370, 1984.

6.    O'Shanick, G.J., Ettigi, P., Frankowski, R.F., Hayden, M.E., Kwentus, J.: (Abstract) Head Trauma: A Clinical Primer.  CME Coursebook, 138th Meeting of American Psychiatric Association, 1985.

7.    Parmelee, D.X., Childs, A., O'Shanick, G.J., Skenazy, J.: Psychiatric Interventions with the Head Injured.  Proceedings from the 138th Meeting of the American Psychiatric Association, 1985.

8.    O'Shanick, G.J.: Psychopharmacologic Strategies after Head Injury. (Abstract) Proceeding the 9th Annual Post-Graduate Course on Rehabilitation of the Brain Injured Adult and Child, 1985.

9.    O'Shanick, G.J., Hart, R.: Letter: Anorexia Nervosa following Trauma. Am J Psychiatry 143(1): 122, 1986.

10.   O'Shanick, G.J., Wayne, D., Elwood, M.: Teaching Psychiatric Medicine to Rehabilitation Residents: An Integrated Approach.  AAP Newsletter 13(4), 14.  Spring 1986.

11.   Forssmann-Falck, R., O'Shanick, G.J., Christian, F.: The Membership Perspective: Group Therapy with the Moderately Head Injured.  (Abstract) 10th Annual Post-Graduate Course on Rehabilitation of the Brain Injured Adult and Child, 1986.

12.   Levenson, J., O'Shanick, G.J.: A Case of Treatment-Resistant Psychosis and Fatal Iatrogenic Aplastic Anemia: Clinical Countertransference, and Ethical Issues for the Care Givers.  (Abstract) Archives of the Foundation of Thanatology, 12(3), 1986.

13.   Wayne, D.A., O'Shanick, G.J., Hamer, R.M.: Psychosocial and Behavioral Medicine Instruction During PM & R Residency.  (Abstract) 48th Annual

Assembly of the American Academy of Physical Medicine and Rehabilitation, 1986.

14.    O'Shanick, G.J.: Psychotropic Drugs in the Head Injured Individual: Pragmatics, Problems, and Promises.  (Abstract) The National Head Injury Foundation, 5th Annual National Symposium, 1986.

15.    Salcido, R., Conder, R., O'Shanick, G.J.: Recurrent Severe Traumatic Brain Injury.  (Abstract) 12th Annual Postgraduate Course on Rehabilitation of the Brain Injured Adult and Child.  Abstracts of the Proceedings, 52-53, 1988.

16.    Narasimhachari, N., O'Shanick, G.J.: 1-m-Chlorophenyl Piperazine: Is it a Clinically Significant Metabolite in Trazodone-Treated Patients?  (Abstract) FASEB Journal, Vol. 2, No. 6, March 25, 1988, #8704.

17.    O'Shanick, G.J.: Recent Advances in Psychopharmacology.  (Abstract) The 13th Annual Conference on Postgraduate Course on Rehabilitation of the Brain Injured Adult and Child, Williamsburg, Virginia, 1989.

18.    O'Shanick, G.J., Zasler, N.D.: Advanced Neuropsychopharmacology. (Abstract) The 13th Annual Conference on Postgraduate Course on Rehabilitation of the Brain Injured Adult and Child, Williamsburg, Virginia, 1989.

19.    O'Shanick, G.J., Morton, M.V.: A TBI Training Program for Mental Health Providers: Developmental and Implementation Issues.  (Abstract) The National Head Injury Foundations, 8th Annual National Symposium, 1989.

20.    O'Shanick, G.J.Morton, M.V.: Effects of a Statewide Training Program for Self-Selected Multidisciplinary Professionals in Community Based Settings.  (Abstract) The 14th Annual Conference on the Postgraduate Course on Rehabilitation of the Brain Injured Adult and Child, Williamsburg, Virginia, 1990.

21.    Ochs, A.L., Zasler, N.O., Astruc, J. and O'Shanick, G.J.: Oculomotor dysfunction following traumatic brain injury. 15th Annual Conference on Rehabilitation of the Brain Injured Adult and Child.  Williamsburg, Virginia, June 1991.

22.    Ochs, A.L., Zasler, N.O., Astruc, J. and O'Shanick, G.J.:  A prospective study of post-traumatic oculomotor dysfunction.  Ninth Ocular Motor Symposium, Clinical Eye Movement Society, Williamsburg, Virginia, June 1992.

23. O'Shanick, G.J.: Letter: Image on Progressive Dysarthria.  Am J Psychiatry 154(4): 584-585, 1997.

24. O'Shanick, G.J.: Personality Changes Following Acquired Brain Injury. Brain Injury Source, Vol. 2, Issue 4, 1998.

25. O'Shanick, G.J.: Directions and Challenges in the 21st Century. Viewpoints Newsletter, Vol. 38, Winter Issue, 1999.

26. Rosenberg, J., O'Shanick, G.J.: Mild Brain Injury: Guidelines for Diagnosis.  Search for Solutions.  3rd World Congress on Brain Injury. June 1999.

27. O'Shanick, G.J.: Medical Assessment and Treatment of Mild Traumatic Brain Injury Patients.  Winning Brain Injury Cases: Legal and Medical Issues.  September 1999.

28. O'Shanick, G.J.: Directions and Challenges in the 21st Century.  Premier Outlook, Summer 2000, Vol. 1, Issue 1, 3-4.

29. O'Shanick, G.J.: Pharmacologic Treatment of Fatigue In Brain Injury. European Journal of Neurology, Vol. 9, Supplement 2, 222-242, October 2002.


## BOOKS

1. Vincent, K.R., Castillo, I., Hauser, R.I., Stuart, J.H., Zapata, J.A., Cohn, C.K., and O'Shanick, G.J.: MMPI 168 Codebook.  Ablex Publishing, Norwood, New Jersey, 1984.

2. Peterson, L.G., O'Shanick, G.J.  (eds): Psychiatric Aspects of Trauma. Vol.16.  Advances in Psychosomatic Medicine.  Karger, Basel, 1986.

3. O'Shanick, G.J.  (ed): Head Trauma Psychiatric Medicine.  Vol. 7, No. 1. Ryandic Publishing, Inc., Longwood, Florida, 1989.


## Chapters:

1. O'Shanick, G.J.: Neuropsychiatric Complications in Head Injury.  Adv Psychosom Med, Vol. 16: 173-193.  Karger, Basel, 1986.

2. Gale, J., O'Shanick, G.J.: Psychiatric Aspects of Respirator Treatment and Pulmonary Intensive Care.  Adv Psychosom Med, 14: 93-108.  Karger, Basel, 1985.

3.  <u>O'Shanick, G.J.</u>, Parmelee, D.: Pharmacologic Agents in the Treatment of Brain Injury, in Christensen, A.L. and Ellis, D.W. (eds) Neuropsychological Treatment of Head Injury.  Martinus-Nijhoff: Boston, 1989.

4.  <u>O'Shanick, G.J.</u>, Gardener, D.F., Kornstein, S.G.: Endocrine Disorders, in Stoudemire, G.A. and Fogel, B.S.  (eds) Principles of Medical Psychiatry. Grune and Stratton: Orlando, Florida, 1987.

5.  <u>O'Shanick, G.J.</u>: Closed Head Injures, in R. Michels, (eds) Psychiatry. Lippincott: Philadelphia, 1988, pp. 92: 1-92: 10.

6.  <u>O'Shanick, G.J.</u>: Behavioral Dimensions of Traumatic Brain Injury. Conference Proceedings: National Invitational Conference on Traumatic Brain Injury.  November 4, 1987.  Sponsored by NIDRR.

7.  <u>O'Shanick, G.J.</u>, Zasler, N.D.: Pharmacological Approaches.  Community Re-entry for Person with Traumatic Brain Injury.  Paul H. Brookes Publishing Co.: Baltimore, 1989.

8.  <u>O'Shanick, G.J.</u>: O'Shanick, A.M.: Personality and Intellectual Changes Following Traumatic Brain injury, in Silver, J.M., Yudofsky, S.C., and Hales, R.  (eds) Neuropsychiatry of Traumatic Brain Injury.  American Psychiatric Press: Washington, D.C., 1994.

9.  <u>O'Shanick, G.J.</u>: Pharmacologic Intervention in Children and Adolescents with Traumatic Brain Injury, in Ylvisaker, M.  (ed) Rehabilitation Following Traumatic Brain Injury in Children and Adolescents.  Butterworth-Heinemann: Newton, Massachusetts, 1997.

10. Sherwin, E. and <u>O'Shanick, G.J.</u>: From Denial to Poster Child: Growing Past the Injury, in Ylvisaker, M. (ed) Rehabilitation Following Traumatic Brain Injury in Children and Adolescents.  Butterworth-Heinemann: Newton, Massachusetts, 1997.

11. <u>O'Shanick, G.J.</u>, O'Shanick, A.M.: Personality Changes Following Traumatic Brain Injury, in Silver, J.M., McAllister, T.W., and Yudofsky, S.C. (eds) Textbook of Traumatic Brain Injury.  American Psychiatric Publishing: Washington, D.C., 2005, pp.245-258.

12. <u>O'Shanick, G.J.</u>, O'Shanick, A.M., Znotens, J.A.:  Personality Change Following Traumatic Brain Injury, in Silver, J.M., McAllister, T.W., and Yudofsky, S.C. (eds) Textbook of Traumatic Brain Injury, Third Edition. American Psychiatric Publishing: Washington, D.C., 2011.

13.     Savage, R., O'Shanick, G.J.:  in Dryden-Edwards, R., and Combrinck-Graham, L. (eds) Developmental Disabilities from Childhood to Adulthood, Johns Hopkins University Press, Baltimore, M.D., 2010.

14.     O'Shanick GJ, Moses GT, Varney NR. Traumatic Brain Injury: Evaluation and Management for the Psychiatric Physician,  in  Psychiatric Care of the Medical Patient, Third Edition. Barry Fogel and Donna Greenberg (Eds), Oxford University Press: New York, in press.


## Videotape

Traumatic Brain Injury: Effective Diagnosis and Treatment. 28 minutes.
        DMHMRSAS. 1988

## Monograph

Blue Ribbon Panel Review of the Correlation between Brain Injury and Roller
        Coaster Rides, February 25, 2003.

Member, Expert Consensus Group, "Guidelines for Concussion/Mild Traumatic
        Brain Injury & Persistent Symptoms, 2nd Edition, Ontario Neurotrauma
        Foundation, September 2013.


## Media Interview / Quote / Appearances

**National Television Organizations:**
        ABC News, NBC News, CBS News, MSNBC, FOX News, ESPN, CNN

**National Print Organizations**
        Associated Press (AP), Knight Rider Newspapers, Reuters Health, USA
        Today, Wall Street Journal, The Lancet Neurology, Neurology Now.

**Magazines**
        People, Redbook, Readers Digest

**Internet Sites**
        www.KidsHealth.org; www.KidSource.com; www.WebMD.com;
        www.AZCentral.com

**Other**
        Washington (D.C.) Times, Los Angeles Times, Newsday, Fort Worth (TX)
        Star Telegram, Houston (TX) Chronicle, Cleveland (OH) Plain Dealer

http://ideastations.org/articles/forum-on-sports-and-head-injuries-2012-10-10

## Presentations

1.  January 24, 1980: "The Role of Group Process in Working with Emotionally Handicapped Students" – An inservice presented to Durham County Schools' Teachers of Emotionally Handicapped, Durham, North Carolina.

2.  March 20, 1980: "Group Process and Schizophrenia" – presented at Department of Psychiatry, Duke University Medical Center, Grand Rounds with John I. Walker, M.D., and Gail McLeod, A.C.S.W.

3.  July 17, 1980: "Developmental Milestones in the Psychiatric Resident" – presented at Department of Psychiatry, Duke University Medical Center, Grand Rounds, with John Rhoads, M.D.

4.  October 17, 1980: "Couvade Syndrome Revisited" – presented at University of Texas Medical Branch, Galveston, Texas.

5.  January 15, 1981:  "Crohn's Disease: A Biopsychosocial Perspective" – presented at USUHS, Department of Psychiatry Rounds, Bethesda, Maryland.

6.  May 13, 1981: "Training in Emergency Psychiatry" – A Panel Discussion presented at the APA Convention, New Orleans, Louisiana, with Jeffrey Houpt, M.D., Randy Hillard, M.D., and Betsy Nichols, P.A.C.

7.  September 8, 1981: "Emotional Adaptation in the Handicapped Child" – presented at the University of Akron, Department of Communicative Disorders, Akron, Ohio.

8.  September 23, 1981: "Behavioral Techniques in Pain Management: - presented to nursing staff, Memorial Hospital, Houston, Texas.

9.  March 8, 1982: "Stress Management" – presented to professional staff and hospital employees, Memorial Hospital, Houston, Texas.

10. March 8, 1982: "Stress Disorders in Grieving Parents" – presented to Compassionate Friends, Houston Chapter, Houston, Texas.

11. October 2-7, 1982: Scientific Exhibit – "Trazadone Overdose" – presented at American Osteopathic Association, Chicago, Illinois.

12. January 27, 1983: "Normal Reaction to Grief and Illness" – presented in conjunction with CME program – "Common Behavioral Issues in Family Practice" – sponsored by Department of Family Practice and Community Medicine UTHSC-Houston.

13. February 24, 1983: "Neuroleptic Use in Neurologic Practice" – presented to Department of Neurology, Residents Seminar, UTHSC-Houston.

14. March 1, 1983: "Pain Control" – presented on UTTV's Continuing Medical Education Series with James T. Kelley, M.D., Houston, Texas.

15. March 4, 1983: "Depression – Update and Current Treatment" – presented to Professional Staff, Parkway Hospital, Houston, Texas.

16. March 10, 1983: "Antidepressant Use in Neurologic Practice" – presented to Department of Neurology, Residents Seminar, UTHSC-Houston.

17. April 4, 1983: "Diagnosis and Treatment of Depression" – presented to Chaplain Interns, Memorial Hospital System, Houston, Texas.

18. September 22, 1983: "Neuropsychiatric Sequelae of Traumatic Brain Injury" – presented at Psychiatry Grand Rounds, Memphis (TN), Veterans Administration Medical Center.

19. November 15, 1983: "Coping with the Handicapped Child" – presented to Houston Chapter of the Spina Bifida Association.

20. January 4, 1984: "Neurotransmitter Changes Following Head Injury" – presented at the Research Conference, Division of Neurosurgery, Department of Surgery, University of Texas Health Science Center of Houston.

21. February 8, 1984: "The Literature of Munchausen's Syndrome Revisited" – presented at Grand Rounds, Department of Psychiatry and Behavioral Sciences, University of Texas Health and Science Center at Houston.

22. February 17, 1984: "Neuropsychiatric Sequelae of Head Injury" – presented at Grand Rounds, Department of Psychiatry, Medical College of Virginia, Richmond, Virginia.

23. March 20, 1984: "Management of the Agitated Patient Following Head Injury" – presented to the Houston Chapter, American Association of Neurosurgical Nurses, Houston, Texas.

24.   May 2, 1984: "Psychopharmacological Management of Behavioral Problems Following Head Injury" – presented at the Houston Conference on Neurotrauma, Houston, Texas.

25.   May 17, 1984: "Evaluation and Treatment of Depression in Children" and "Pharmacotherapy in Depression" – invited presentations at the Behavior Medicine in Family Practice course sponsored by the Department of Family Practice at the University of Texas Heath Science Center at Houston.

26.   September 5, 1984: "Emergency Psychopharmacology" – presented to Medical Staff of Pennington Gap Hospital, Pennington Gap, Virginia.

27.   September 5, 1984: ' Emergency Psychopharmacology" – presented to Medical Staff of Lonesome Pines Hospital, Big Stone Gap, Virginia.

28.   September 6, 1984: "Emergency Psychopharmacology" – presented to Medical Staff of Pulaski General Hospital, Pulaski, Virginia.

29.   September 25, 1984: " Delirium and PATS after Head Injury" – presented at Departmental Grand Rounds, Department of Rehabilitation Medicine. Medical College of Virginia, Richmond, Virginia.

30.   October 4, 1984: "Evaluation and Management of the Violent Patient with Organic Brain Dysfunction," Case Conference presented to Medical Staff of Central State Hospital, Petersburg, Virginia.

31.   October 8, 1984: "Psychological Stresses in the Hospitalized Patient," panel participant, presented to Medical Staff at Johnston-Willis Hospital, Richmond, Virginia.

32.   October 26, 1984: "Interdisciplinary Care of the Head Injured Patient," panel participant, presented to Medical Staff at Johnston-Willis Hospital, Richmond, Virginia.

33.   November 9, 1984: "Evaluation and Management of the Acutely Psychotic Medical Patient," presented to Residents in Internal Medicine, Medical College of Virginia, Richmond, Virginia.

34.   November 13, 1984: "Psychotherapeutic Interventions in Moderate Head Injury: Biological Predictors of Success," presented in Research Seminar at the Medical College of Virginia, Richmond, Virginia.

35.   December 5, 1984: Panel Discussion, "Residential and Employment Options for the Head Injured," Joint Conference sponsored by the Developmental Disabilities Planning Council, The Overall Advisory Council

on the Needs of Handicapped Persons.  Fort McGruder Conference Center, Williamsburg, Virginia.

36.    February 20,1985: "Psychopharmacologic Intervention after Head Injury," presented to Residents in Rehabilitation Medicine, Medical College of Virginia, Richmond, Virginia.

37.    April 20, 1985: "Psychiatric Management Following Head Injury," presented at the 2nd Annual Family Information Day, co-sponsored by the Department of Rehabilitation Medicine, Medical College of Virginia and the Virginia Head Injury Foundation, Richmond, Virginia.

38.    April 24, 1985: Lecture, "Psychiatric Disorder vs. Aphasia vs. Head Injury: Differential Diagnosis" – presented in Pastore Lecture Series at Medical College of Virginia, Richmond, Virginia.

39.    May 1985: "Psychiatric Interventions with the Head Injured," presented at the Annual Meeting of the American Psychiatric Association, Dallas, Texas.

40.    May 22, 1985: "Head Trauma: A Clinician's Primer," a course presented at the Annual Meeting of the American Psychiatric Association, Dallas, Texas.

41.    June 7, 1985: "Psychopharmacologic Strategies After Head Injury," presented at the 9th Annual Postgraduate Course on the Rehabilitation of the Brain Injured Adult and Child in Williamsburg, Virginia.

42.    December 31, 1984: "New Year's Resolution: Why We Promise," Channel 12 News, WWBT, Richmond, Virginia.

43.    July 11, 1985: Acute Psychosis," presented to Internal Medicine Housestaff, Medical College of Virginia, Richmond, Virginia.

44.    July 16, 1985: "Depression," a panel Discussion with C. Colenda and P. Ettigi on Good Morning Virginia, WXEX (Channel 8), Richmond, Virginia.

45.    July 18, 1985: "Religion and the Biopsychosocial Model," presented to Chaplains, Medical College of Virginia, Richmond, Virginia.

46.    August 3, 1985: "Perimenopausal Depression" and "Psychiatric Aspects of Chronic Pain," presented at Primary Care of the Female Patient – CME course at Virginia Beach, sponsored by the Department of OB/GYN, Medical College of Virginia, Richmond, Virginia.

47.    August 10-11, 1985: "Making Life Worthwhile: Psychosocial Issues After Head Injury" – Panel Discussion with Neil Brooks, Ph.D. and Charlene vanGilden, Ph.D. and "Drug and Alcohol Abuse" – Panel with A. Frank Fee, Ph.D. and "Ask the Doctor" – Panel with Neil Brooks, Ph.D.  and Kenneth D.  Pool, Jr., M.D. at the 4th Annual Texas Head Injury Foundation Conference, Galveston, Texas.

48.    August 15, 1985: "Head Trauma" – Central State Hospital, Petersburg, Virginia.

49.    August 27, 1985: "Abnormal Behaviors Following Head Injury," Grand Rounds, Department of Psychiatry, UTMB, Galveston, Texas.

50.    September 7, 1985: "Determinants of Behavioral Disorders after Head Injury," presented at Neuroscience Conference by the Sea, Virginia Beach, Virginia.

51.    November 7, 1985: "Substance Use and Abuse after Head Injury," presented to Richmond Head Injury Foundation, Richmond, Virginia.

52.    January 27, 1986: "Rational Use of Antidepressants," presented to Family Practice Residents, Medical College of Virginia, Richmond, Virginia. (Pocoshcock Clinic)

53.    February 3, 1986: "Comprehensive Evaluation of Depression in Hospitalized Patients," presented to Chaplaincy Trainees, Medical College of Virginia, Richmond, Virginia.

54.    March 1, 1986: "Clinical Update: Chronic Pain Management," presented to Medical Staff at Whiteriver Indian Health Service Hospital, Whiteriver, Arizona.

55.    March 6, 1986: "Psychiatric Education of Rehabilitation Medicine Residents," presented at Annual Meeting of Association for Academic Psychiatry, Tucson, Arizona.

56.    April 11, 1986: "Behavioral Problems after Head Injury," presented at John C. Whitaker Rehabilitation Center, Winston-Salem, North Carolina.

57.    May 15, 1986: "Approaching the Behaviorally Disordered Head Injury Patient: A Holistic Assessment," presented at the Bryn Mawr Rehabilitation Hospital, Malvern, Pennsylvania.

58.    September 3, 1986: "Psychopharmacological Strategies after Head Injury," presented at Update '86: Rehabilitation of the Closed Head Injured at Gilmore Center for Health Education, Kalamazoo, Michigan.

59.   October 19, 1986: "Psychosocial and Behavioral Medicine Instruction During PM & R Residency," 48th Annual Assembly of the American Academy of Physical Medicine and Rehabilitation, 63rd Annual Session of the American Congress of Rehabilitation Medicine, Baltimore, Maryland.

60.   October 29, 1986: "Habits," WXEX Channel 8, Richmond, Virginia.

61.   November 13, 1986: Psychotropic Drugs in the Head Injured Individual: Pragmatics, Problems and Promises," The National Head injury Foundation, 5th Annual National Symposium, Chicago, Illinois.

62.   December 8, 1986: "Head Injury and the Dually Diagnosed," Department of Mental Health and Mental Retardation, Commissioner's Office, Richmond, Virginia.

63.   December 9, 1986: "Head Injury," WXEX Channel 8, Richmond, Virginia.

64.   December 12, 1986: "Holiday Blues," WXEX Channel 8, Richmond, Virginia.

65.   February 26, 1987: "Family Issues and Concerns during the Early Acute Stage," Emory University School of Medicine – Conference on Optimizing Outcome for Survivors of Traumatic Head Injury, Atlanta, Georgia.

66.   February 26, 1987: "Psychopharmacological Management During the Initial Stage of Recovery," Emory University School of Medicine – Conference on Optimizing Outcome for Survivors of Traumatic Head Injury, Atlanta, Georgia.

67.   August 4, 1987: "Clinical Evaluation of Behavior Following Traumatic Brain Injury," Rehabilitation Medicine Grand Rounds, Medical College of Virginia, Richmond, Virginia.

68.   August 17, 1987: " Neuropsychopharmacological Agents and Clinical Treatments in Head Injury," Rehabilitation Medicine Grand Rounds, Medical College of Virginia, Richmond, Virginia.

69.   November 2, 1987: "Behavioral Dimensions of Traumatic Brain Injury," NIDRR Invitational Conference on Research in Traumatic Brain Injury, Tysons Corner, Virginia.

70.   October 15, 29, November 12, 19, 1987: "Neuroanatomical Basis of Behavior/Brain Behavior Correlates" – Division of Child Psychiatry, Medical College of Virginia, Richmond, Virginia.

71.   October 23, 1987: "Traumatic Brain Injury: Diagnosis and Treatment," Visiting Scholar Program in Psychiatry Lecture, Psychiatry Grand Rounds, University of Vermont School of Medicine, Burlington, Vermont.

72.   November 17, 1987: "Anxiety: Diagnosis and Current Treatment Perspectives," Visiting Faculty Program in Psychiatry Lecture, Southeastern General Hospital, Whiteville, North Carolina.

73.   November 18, 1987: "Anxiety: Diagnosis and Current Treatment Perspectives," Visiting Faculty Program in Psychiatry Lecture, Coastal Carolina Hospital, Myrtle Beach, South Carolina.

74.   December 4, 1987: "Acute Psychosocial Issues for Families and Staff," Connecticut Traumatic Brain Injury Association, TBI presentation, (Keynote II Speaker).

75.   December 25, 1987: "Traumatic Brain Injury Special," WVEC TV 13, Norfolk, Virginia.

76.   January 29, 1988: "Psychopharmacologic Intervention after Brain Injury," Psychiatric Grand Rounds, University of Arkansas, Little Rock, Arkansas.

77.   February 18, 1988: "The Neurologic Complications of Drug Intoxication," Adult Critical Care Core Curriculum, Neurological Regulation and Dysfunction, presented to Nursing Students, Medical College of Virginia, Richmond, Virginia.

78.   February 25, 1988: "Office Evaluation and Treatment of Anxiety Disorders," Visiting Faculty Program in Psychiatry Lecture, Radford Community Hospital, Radford, North Carolina.

79.   March 4, 1988: "Anxiety: Current Pharmacologic Therapy," Visiting Faculty Program in Psychiatry Lecture, Charleston, South Carolina.

80.   March 12, 1988: "Transition from Residency to Practice of Psychiatry," Visiting Faculty Program in Psychiatry Lecture, University of Virginia, Charlottesville, Virginia.

81.   March 18, 1988: "Management of the Aggressive, Hostile Patient on the Medical Service," Medical and Family Practice Staff, Retreat Hospital, Richmond, Virginia.

82.   April 23, 1988: "Psychopharmacologic Strategies for Post Traumatic Brain Behavior Disturbances" and "Evaluation and Treatment of Post-TBI Aggression," 11th Annual Conference on Head Trauma Rehabilitation, Santa Clara Medical Center, San Jose, California.

83.  May 5, 1988: "Evaluation and Treatment of Neurobehavioral Problems Following Traumatic Brain Injury," Professional Staff, Cumberland Hospital, New Kent, Virginia.

84.  June 11, 1988: "Enhancing Diagnostic and Therapeutic Interventions to Meet the Mental Health Needs of Individuals with TBI and Their Families," 12th Annual Conference on the Postgraduate Course on Rehabilitation of the Brain Injured Adult and Child, Williamsburg, Virginia.

85.  June 12, 1988: "Pharmacological Management of the Brain Injured Patient," presented with Drs. William Garnett, Robert T. Leshner, and John M. Pellock at the 12th Annual Conference on the Postgraduate Course on Rehabilitation of the Brain Injured Adult and Child, Williamsburg, Virginia.

86.  June 9-10, 1988: "Recurrent Severe Traumatic Brain Injury," Poster presented with Drs. Richard Salicido and Robert Conder at the 12th Annual Conference on the Postgraduate Course on Rehabilitation of the Brain Injured Adult and Child, Williamsburg, Virginia.

87.  June 23, 1988: "Evaluation and Pharmacologic Treatment of Behavioral Problems After Head Injury," 6th Annual Conference, Kansas Head Injury Association, Overland Park, Kansas.

88.  October 21 – November 6, 1988: Served as a faculty leader on medical study tour to China sponsored by the Medical College of Virginia, Richmond, Virginia.

89.  November 16, 1988: "Pharmacology in Head Injury Rehabilitation," presented at the Seventh Annual National Head Injury Foundation Symposium, Atlanta, Georgia.

90.  November 17, 1988: "Neuropsychopharmacology Case Studies," presented at the Seventh Annual National Head Injury Foundation Symposium, Atlanta, Georgia.

91.  November 30, 1988: "Coma Arousal and Brain Trauma: A Research Up-Date and the Clinical Implications," presented at the Coma Recovery Association, Inc. Symposium, East Meadow, New York.

92.  March 15-17, 1989: "Recurrent Severe Traumatic Brain Injury," The Fifth National Traumatic Brain Injury Symposium, Baltimore, Maryland.

93.    May 30, 1989: Testimony Before the Subcommittee on Human Resources of the Committee on Ways and Means House of Representatives, The National Head Injury Foundation.

94.    June 16, 1989: "New Frontiers in Psychopharmacology," presented at the 13th Annual Conference on the Postgraduate Course on Rehabilitation of the Brain Injured Adult and Child, Williamsburg, Virginia.

95.    June 17,1989: "Advanced Neuropsychopharmacology," presented with Dr. Nathan Zasler at the 13th Annual Conference on the Postgraduate Course on Rehabilitation of the Brain Injured Adult and Child, Williamsburg, Virginia.

96.    August 30, 1989: "Psychopharmacologic Interventions Following Traumatic Brain Injury," Medical Grand Rounds, Riverside General Hospital, Newport News, Virginia.

97.    October 6, 1989: "Behavioral Problems after Traumatic Brain Injury," Visiting Faculty Program in Psychiatry Lecture, Montebello Rehabilitation Hospital, Baltimore, Maryland.

98.    October 19, 1989: "Neurobehavioral Changes Following Traumatic Brain Injury," presented at Neurology Grand Rounds, Medical College of Virginia, Richmond, Virginia.

99.    November 14, 1989: "The Role of Neuropsychopharmacology in Traumatic Brain Injury," presented with Dr. Nathan Zasler at Sinai Rehabilitation Center in Baltimore, Maryland.

100.   December 6, 1989: "Pharmacology in Head Injury Rehabilitation," a Pre-Symposium Course presented with Dr. Nathan Zasler at the Eighth Annual National Head Injury Foundation Symposium, Chicago, Illinois.

101.   December 7, 1989: "The Use of Anticonvulsants in the Treatment of Traumatic Brain Injury," Symposium presented with Drs. Larry Horn, A. Byron Young, and John Cassidy at the Eighth Annual National Head Injury Foundation Symposium, Chicago, Illinois.

102.   December 7, 1989: "Advanced Neuropsychopharmacology," Workshop presented with Dr. Nathan Zasler at the Eighth Annual National Head Injury Foundation Symposium, Chicago, Illinois.

103.   December 9, 1989: "State of the Art TBI Research in the NIDRR Rehabilitation Research & Training Centers," Seminar presented with Drs. J. Paul Thomas, John H. Noble, Thomas E. Kay, Justus F. Lehmann,

Sarbani Banerjee, Nathan Zasler and Leonard Diller at the Eighth Annual National Head Injury Foundation Symposium, Chicago, Illinois.

104.  December 9, 1989: "Developing Training Programs for the Non-Medical Rehabilitation Professional," A seminar presented with Nancy D. Schmidt, M.S.; M.V. Morton, M.S. Ed.; and Charles Durgin, M.S. at the Eighth Annual National Head Injury Foundation Symposium, Chicago, Illinois.

105.  January 9, 1990: "Neuropsychiatric Aspects of Traumatic Brain Injury," presented at Rehabilitation Medicine Grand Rounds, Medical College of Virginia, Richmond, Virginia.

106.  January 29, 1990: Discussion on Traumatic Brain Injury with Joan Collins hosted by Joan Lunden, "Everyday," WWOR, Secaucus, New Jersey.

107.  February 23-24, 1990: "Hypothesis Generation: Translating Clinical Observation into Testable Questions," presented at Rehabilitation and Research Training Center on Severe Traumatic Brain Injury Conference, Omni Hotel, Richmond, Virginia.

108.  March 31, 1990: "Evaluation and Treatment of Anxiety in Medical Patients,: Visiting Faculty Program in Psychiatry Lecture, The Phillipine Medical Association of Southeastern Virginia, Norfolk, Virginia.

109.  May 9, 1990: "Management of Aggression/Agitation Following Traumatic Injury," presented at "Traumatic Brain Injury: Clinical Management Issues," a professional seminar sponsored by Edwin Shaw Hospital and Northeastern Ohio Universities College of Medicine, Cuyahoga Falls, Ohio.

110.  May 12, 1990: "Psychiatric Symptoms and Their Management after Head Injury," Visiting Faculty Program in Psychiatry Lecture, The Johnson Rehabilitation Institute, Edison, New Jersey.

111.  May 14, 1990: "Differential Diagnosis of Anxiety and Depression: Implications for Drug Treatment," Visiting Faculty Program in Psychiatry Lecture, the Hunt Hospital, Danvers, Massachusetts.

112.  June 7, 1990: "Effects of A Statewide Training Program for Self Selected Multidisciplinary Professionals in Community Based Settings," Paper presented with M.V. Morton, M.S. Ed. At the 14th Annual Conference on the Postgraduate Course on Rehabilitation of the Brain Injured Adult and Child, Williamsburg, Virginia.

113.  June 8, 1990: "Managing Neuropsychiatric Problems," presented at the 14th Annual Conference on the Postgraduate Course on Rehabilitation of the Brain Injured Adult and Child, Williamsburg, Virginia.

114. June 9, 1990: "TBI Psychiatric & Behavioral Resource Center," panelist at the 14th Annual Conference on the Postgraduate Course on Rehabilitation of the Brain Injured Adult and Child, Williamsburg, Virginia.

115. June 10, 1990: "Neuropsychopharmacological Management," presented at Grand Rounds, The Sheppard and Enoch Pratt Hospital, Towson, Maryland.

116. July 14, 1990: "Neurobehavioral Problems Following Mild TBI: Psychiatric, Diagnostic Treatment Issues," presented at Workshops in Traumatic Brain Injury Rehabilitation, Virginia Beach, Virginia.

117. September 7, 1990: "Diagnosis and Treatment of Anxiety and Depression in Primary Practice," Visiting Faculty Program in Psychiatry Lecture, Kenner Army Hospital, Ft. Lee, Virginia.

118. September 11, 1990: "Pharmacologic Management of Neurobehavioral Problems Following Traumatic Brain Injury," Visiting Faculty Program in Psychiatry Lecture, Rehabilitation Hospital, York, Pennsylvania.

119. October 12-13, 1990: "Psychopharmacology Intervention and Management of Acute and Post-Acute Brain Injured Patients," Visiting Faculty Program in Psychiatry Lecture, Barrow Neurological Institute, Phoenix, Arizona.

120. November 15, 1990: "Advanced Neuropsychopharmacology," Workshop presented with Drs. Nathan Zasler and Christina Dalmady-Israel at the Ninth Annual National Head Injury Foundation Symposium, New Orleans, Louisiana.

121. November 15, 1990: "Epidemiology of Recurrent Severe Traumatic Brain Injury," Paper presented with Drs. Richard Salcido and Julia Costich at the Ninth Annual National Head Injury Foundation Symposium, New Orleans, Louisiana.

122. November 28, 1990: Psychiatry: Behind Closed Doors Series. "Antidepressants: Cure-all or Crutch?" A panel discussion with Drs. Stan Jennings and Lillian Lindemann on Focus Cable Channel 31, Richmond, Virginia.  Sponsored by the Psychiatric Society of Virginia.

123. February 7, 1991: "Neuropsychiatry Syndromes Post-brain Injury," presented at Psychiatry and Neurology: Bridging the Synapse for Today's Psychiatric Patients Seminar, Long Beach, California.

124. February 7, 1991: "Integrating Neuropharmacology and Neurobehavioral Treatment Strategies," presented at Psychiatry and Neurology: Bridging the Synapse for Today's Psychiatric Patients Seminar, Long Beach, California.

125. March 8, 1991: "Overview of Psychopharmacology Relative to Traumatic Brain Injury," presented at Founders Day Ceremonies, Department of Psychiatry and Behavioral Sciences, University of Texas Medical Branch, Galveston, Texas.

126. April 26, 1991: "Pitfalls in the Psychiatric Treatment of Patients with Brain Injuries," presented at the 23rd Annual Psychiatric Symposium "Reaching the Unreachable" at Taylor Manor Hospital, Ellicott City, Maryland.

127. October 7, 1992: Discussant in the Consultation/Liaison Psychiatry Literature Seminar; "The Current State of Psychiatry in the Treatment of Violent Patients," presented at the Medical College of Virginia, Richmond, Virginia.

128. December 4, 1992: "Understanding Behavior Following Traumatic Brain Injury," presented to Participants in the PITON Project, Fredericksburg, Virginia.

129. January 8, 1993: "Brain Injury," WXEX Channel 8, Richmond, Virginia.

130. January 14, 1993: "Avoiding Head Injury while Horseback Riding," presented with Janet Craig to Chesterfield County 4-H Club Equestrian Section, Chesterfield, Virginia.

131. March 30, 1993: Scope of Recovery, panel member, International Brain Injury Forum, John Ratcliff Hospital.  Oxford, England.

132. May 20, 1993: "Pharmacologic Intervention on Critical Care Units," 17th Annual May Day Program, Chippenham Medical Center, Richmond, Virginia.

133. June 17, 1993: "Neuropharmacologic Intervention in Children and Adolescents Following Traumatic Brain Injury," Nassau County (NY) Board of Cooperative Educational Services, Division of Special Education, TBI Multidisciplinary Assessment Team.  Westbury, New York.

134. September 11, 1993: "Psychopharmacology Following Brain Injury," presented at the Sixth Annual Montana Head Injury Conference, Kalispell, Montana.

135. September 11, 1993: "Developmental Processes of Recovery: Psychosocial Development Following Brain Injury." presented at the Sixth Annual Montana Head Injury Conference, Kalispell, Montana.

136. December 2 & 3, 1993: "Neurobehavioral Programming Following Brain Injury: Behavioral and Neuro-medical Interventions," presented with Harvey E. Jacobs, Ph.D. Northern Speech Services, Chicago, Illinois.

137. April 28, 1994: "Pharmacological Intervention to Address Neurobehavioral Changes Following TBI," Presented at Carolinas Brain Injury Symposium, Columbia, South Carolina.

138. April 29, 1994: "What is Cognitive Rehabilitation and How Can It Help?" panel moderator with Rich Parente, Ph.D., Ann Deaton, Ph.D. David Hebda, Ph.D., and Jeffrey Kreutzer, Ph.D.  Assessing and funding brain injury rehabilitation services: A Negotiation Skills Workshop, Virginia DRS, et al, Charlottesville, Virginia.

139. November 8, 1994: "Neuropharmacologic Strategies for Management of Aggressive Behavior after TBI," presented at the 13th Annual Meeting, NHIF, Chicago, Illinois.

140. January 24, 1995: "Clinical Uses of SPECT Scanning in Neuropsychiatry," presented to Lunch Bunch, Chippenham Medical Center, Richmond, Virginia.

141. April 29, 1995: "The Interface of Psychiatry and Neurology in Neurorehabilitation, " presented at the 7th Annual Conference on Rebuilding Shattered Lives, JFK Johnson Rehabilitation Institute, Edison, New Jersey.

142. May 4, 1995: "Working Together: The Return of Larry Parker," presented with Elizabeth Sherwin, Ph.D., Barbara Silverberg, M.S., CCC/SLP, Barry Willis, P.T., Glenda and Larry Parker at the Carolinas Brain Injury Symposium, Raleigh, North Carolina.

143. May 6, 1995: "Use of SPECT Scanning in Neuropsychiatry," presented at the Psychiatric Society of Virginia, Spring Meeting, Richmond, Virginia.

144. May 11, 1995: "Caveats in Geriatric Pharmacology," presented at the 2nd Annual Geriatric Rehabilitation Conference, Cambridge, Massachusetts.

145. May 26, 1995: "Use of SPECT Scanning to Define Pharmacologic Strategies in Neurorehabilitation," presented at Callaway Physicians' Conference, Pine Mountain, Georgia.

146. June 9, 1995: "Neurobehavioral Neurorehabilitation," presented as an inservice to Lake Taylor Hospital, Norfolk, Virginia.

147. October 7, 1995: "Medication Management of Post-traumatic Headaches and Neurobehavioral Problems," presented at the 10th Annual Journey Toward Independence Conference at Alexandria, Virginia.

148. October 13, 1995: "Behavioral Management of Head Injuries," inservice presentation to Virginia Baptist Hospital, Lynchburg, Virginia.

149. October 20, 1995: "Naturalistic Evaluation: Using Environmental Evaluation to Confirm or Refute Areas of Injury," presented at Controversies in Neurorehabilitation, Richmond, Virginia.

150. November 2, 1995: "Current Topics in Brain Imaging: Traumatic Brain Imaging Assessment," presented at inservice sponsored by Low Country Diagnostics, Charleston, South Carolina.

151. December 2, 1995: "The Use of SPECT in Rehabilitation of Neuropsychiatric Patients," presented at the 5th Annual International Conference on Neuropsychiatry, Chicago, Illinois.

152. March 12, 1996: "Brain Injury and Neurobehavioral Change," guest lecture to department of Psychology, Physiologic Psychology Class, Randolph Macon College, Ashland, Virginia.

153. May 1, 1996: "Pharmacologic Management of Neurobehavioral Problems," presented at Grand Rounds, Western Sate Hospital, Staunton, Virginia.

154. July 9, 1996: "Brain Injury and Capacity," on Burden of Proof, CNN, Washington, D.C.

155. September 20, 1996: "Overview of Treatment Issues Relating to Brain Injury and Substance Abuse," and "Exploring the Pharmacological Impact in Working With Individuals with Traumatic Brain Injury/Substance Abuse," presented at Richmond Area Site Training for the Ohio Valley Brain Injury and Substance Abuse Project, Richmond, Virginia.

156. May 14, 1997: "Update: Development of International Practice Management Guidelines for Mild Traumatic Brain Injury," presented at Second World Congress on Brain Injury, Seville, Spain.

157. June 6, 1997: "Cutting Edge Issues in Treatment and New Management of Brain Injury Guidelines" with James T. McDeavitt, M.D. presented at BIA Concussion in Sports and Recreation Seminar, Charlotte, North Carolina.

158.    July 14, 1997: "Neurorehabilitation after Craniocerebral Trauma (CCT): Neuromedical, Family, and Community Factors," presented at Neurotrauma Symposium Cruise, Moscow – Volga River.

159.    August 29, 1997: "Concussions: The Brain Drain of Sports" interview for ESPN Sportszone / Health and Fitness, ESPNSportszone.com

160.    September 24, 1997: Prudential HealthCare / Brain Injury Association National Helmet Safety Campaign, Media Tour with Teri Garr: ABC Radio, CNN Radio, MSNBC, WJW/FOX (Cleveland), KTRK/ABC Houston), KFOR/NBC (Oklahoma City), KTVI/FOX (St. Louis), WDAF/FOX (Kansas City), KPWB/WB (Sacramento), News 12 NJ (New Jersey), KUSA/NBC (Denver), WBAL/NBC (Baltimore), WGNX/CBS (Atlanta), WFLA/ABC (Tampa), and WBTV/NBC (Charlotte).

161.    September 25, 1997: "Does Concussion Involve Organic Brain Damage?" presented at the Brain Injury Case: Legal and Medical Issues, San Francisco, California.

162.    September 30, 1997: "Concussion Chat Room" presented on ESPNSportszone.com.

163.    October 16, 1997: "Experts: Helmet Could Prevent Deaths" interview for Associated Press Wire Service.

164.    October 22, 1997: "Brain Anatomy and Function", "Mechanics of Traumatic Brain Injury / Brain Injury Without Loss of Consciousness", and "Demonstrative Evidence: Use of Medical Technology and More in Traumatic Brain Injury Case (with Irvin C. Cantor, Esq. And Joseph Bleiberg, Ph.D.)" presented at Brain Injury Litigation – The Essentials and More, McLean, Virginia.

165.    November 2, 1997: "Management of the Minimally Responsive Patient: Loss and Recovery of Consciousness," Moderator of panel with E. Roy John, Ph.D., Testsuo Kanno, M.D. and Francois Cohadon, M.D., presented at Brain Injury Association 16th Annual National Symposium, Philadelphia, Pennsylvania.

166.    November 3, 1997: Moderator: J. Douglas Miller, M.D. Memorial Lecture in Science with Thomas A. Gennarelli, M.D. and Randall M. Chesnut, M.D., presented at Brain Injury Association 16th Annual National Symposium, Philadelphia, Pennsylvania.

167.    December 5-7, 1997: Participant, Traumatic Brain Injury Clinical Trial Conference, Virginia Neurological Institute, Charlottesville, Virginia.

168. January 30, 1998: "Mild Brain Injury: Research & Clinical Evidence of Fundamental Impairment," presented at the Third Annual Trial Lawyer's Conference for the Brain Injury Association of North Carolina, Charlotte, North Carolina.

169. February 5, 1998: " The Organic Bases of Mild TBI," and "Neurolinguistic Evaluation of Mild TBI Cases," (with Alison Moon O'Shanick, MS, CCC-SLP) presented at the Utah Trial Lawyer's Association Conference, Salt Lake City, Utah.

170. February 19, 1998: "Pharmacologic Intervention after Brain Injury," presentation to the Virginia Department of Rehabilitative Services Life Skills Trainer Program, Richmond, Virginia.

171. March 20, 1998: "Neuropharmacological Intervention and Traumatic Brain Injury," presented at the Speech-Language-Hearing Association of Virginia (SHAV), Charlottesville, Virginia.

172. April 2, 1998: "Proving Damages in the Traumatic Brain Injury Case: The Team Approach," presented at the Virginia Trial Lawyers Association 39th Annual Convention, with Sharon Reavis, Charles DeMark, and Stephen Smith, Hot Springs, Virginia.

173. April 5-9, 1998: 4th Annual Aspen Neurobehavioral Conference, Mild Traumatic Brain Injury Task Force Leader, Aspen, Colorado.

174. April 16, 1998: "Pharmacological Issues in the Management of Brain Injury," presented at the Rehabilitation Institute of Chicago's Multidisciplinary Brain Injury Course: Behavioral Issues in Brain Injury, Chicago, Illinois.

175. April 30, 1998: *Following ER* Interview for WBAL/NBC (Baltimore) and WWBT/NBC (Richmond) evening news, focusing on anorexia and life after brain injury.

176. May 19, 1998: Liaison Speaker at the Insurance Rehabilitation Study Group (IRSG) Spring Meeting, Memphis, Tennessee.

177. August 12, 1998: "Disease Management and Brain Injury – Strategy, Development & Implementation," Training for Neurorehabilitation Clinical Staff, University of Virginia Hospital, Charlottesville, Virginia.

178. September 6, 1998: Richmond Academy of Medicine's Ask the Doctor Radio Show, WRVA-AM 1140, "Neurorehabilitation and Traumatic Brain Injury," Richmond, Virginia.

179. November 1, 1998: Moderator, Rubin Family Brain Injury Fund Research Recipient's Progress Report, Brain Injury Association 17th Annual Symposium, New Orleans, Louisiana.

180. January 22, 1999: "Review of Practice Management Guidelines," presented at the Fourth Annual Trial Lawyers Conference, Charlotte, North Carolina.

181. June 15, 1999: "Mild Brain Injury: Guidelines for Diagnosis," presented at 3rd World Congress on Brain Injury, Quebec City, Quebec, Canada.

182. September 16, 1999: "Medical Assessment and Treatment of Mild Traumatic Brain Injury Patients" presented at the Brain Injury Association 13th Annual Conference for Attorneys, Phoenix Arizona.

183. October 16, 1999: "Recent Trends in Mild Traumatic Brain Injury," presented at Keynote Address, Brain Injury Association of Illinois Educational Conference, Lisle, Illinois.

184. October 22, 1999: "Pharmacology Issues" presented at Life Skills Trainer Program for Department of Rehabilitative Services, Woodrow Wilson Rehabilitation Center, Fisherville, Virginia.

185. December 11-12, 1999: "Acquired Brain Injury and Fecal Incontinence" invited roundtable participant, Rubin Research Fund and IBIA, Dallas, Texas.

186. February 20, 2000: Visiting Professor. Kluge Children's' Rehabilitation Center, University of Virginia, Charlottesville, Virginia.

187. April 2, 2000: Richmond Academy of Medicine's "Ask the Doctor" radio show, WRVA AM 1140, "Neurorehabilitation and Traumatic Brain Injury, Richmond, Virginia.

188. April 24, 2000: Wyeth-Ayerst Pharmaceuticals Visiting Professor Program, Richmond, Virginia.

189. September 14, 2000: "Special Focus on TBI: Medical Assessment and Treatment" presented with James Kelly, M.D., at the Brain Injury Association's 14th Annual Conference for Attorneys, Palm Beach, Florida.

190. October 16-17, 2000: "Pharmacology Issues" presented at Life Skills Trainer Program for Virginia Department of Rehabilitative Services, Richmond, Virginia.

191. January 26, 2001: "Current Trends in MTBI Service Delivery," presented to the Workman's Compensation Board, Central Office and Calgary Staff, Edmonton, Alberta, Canada.

192. January 26, 2001: "Practical Medical Management of MTBI: Best Practice and Evidence-based Considerations" presented at Grand Rounds Glenrose Rehabilitation Hospital, Edmonton, Alberta, Canada.

193. January 26, 2001: "Complicated MTBI Case Conference" presented to the Complex Psychosocial Treatment Team, Millard Center, Edmonton, Alberta, Canada.

194. February 1, 2001: "Special Focus on Mild TBI: Medical Assessment and Treatment" presented to the Utah Brain Injury Association/Utah Trial Lawyers Association Conference, Salt Lake City, Utah.

195. April 27, 2001: Keynote Address: "Using Evidence-based Medicine to Improve Quality Care in Mild Brain Injury" presented at the South Carolina Statewide Brain Injury Conference, Columbia, South Carolina.

196. April 27, 2001: "Pharmacologic Issues in Brain Injury Rehabilitation" presented at the South Carolina Statewide Brain Injury Conference, Columbia, South Carolina.

197. May 5, 2001: International Brain Injury Association, 4th World Congress on Brain Injury: "Research Innovations and Quality of Life for the New Millenium," Turin, Italy.

198. April 16, 2002: "The Diagnosis and Management of Concussion" presented with James Kelly, M.D., at American Academy of Neurology 2002 Annual Meeting, Denver, Colorado.

199. April 26, 2002: "Pharmacology and Brain Injury" presented at the Inaugural Brain Injury Conference of Southwest Virginia, Roanoke, Virginia.

200. May 16, 2002: "Mild Brain Injury and Alerting Agents" presented at Virginia Osteopathic Medical Association 96th Annual Convention, Williamsburg, Virginia.

201. September 26, 2002: Interview on *Donahue*, focus on concussion and sports, MSNBC.

202. October 9-11, 2002: "Pharmacology Issues in Life Skills Training" presented at Life Skills Trainer Program for Virginia Department of Rehabilitative Services, Richmond, Virginia.

203. October 28, 2002: "Pharmacologic Treatment of Fatigue in Brain Injury" presented in symposium on complications in the follow up of traumatic brain injury. Organized by Frank Gerstenbrand and Klaus von Wild. 6th Congress of the European Federation of Neurological Societies, Vienna, Austria.

204. May 2, 2003: "Update on Evaluation and Treatment of MTBI" presented at Progressive Insurance Company staff development lecture, Glen Allen, Virginia.

205. May 2, 2003: "Implementation of Evidence Based Guidelines in MTBI Using a Continuum of Care Model" presented at Progressive Insurance Company staff development lecture, Glen Allen, Virginia.

206. May 28, 2003: "Understanding TBI: A Neuropsychiatric Perspective" presented at National Association of Protection & Advocacy Systems Protection & Advocacy/Client Assistance Program Annual Conference, Washington, D.C.

207. May 30, 2003: "Psychosocial Issues of Chronic Neurologic Disease" presented at University of Virginia School of Medicine Neuroscience Center's BrainMatters 7th Annual NeuroSymposium, Richmond, Virginia.

208. September 18, 2003: "Neuropsychiatric Assessment of MTBI" presented at The 16th Annual Conference of Medical & Legal Issues In Brain Injury, Amelia Island, Florida.

209. April 22, 2004: "Treatment Decisions: Medical, Cognitive, Emotional" presented at Brain Injury Association of West Virginia Conference: "Trying Your Next Brain Injury Case-What You Must Know", Charleston, West Virginia.

210. April 25, 2004: "The Diagnosis and Management of Concussion" presented with James Kelly, M.D., at American Academy of Neurology 2004 Annual Meeting, San Francisco, California.

211. September 20, 2004: "CDC Guidelines for Mild TBI" presented at The North American Brain Injury Society 17th Annual Conference on Medical & Legal Issues in Brain Injury, Beaver Creek, Colorado.

212. December 10, 2004: "The Role of Psychopharmacology in Rehabilitation: 'Clinical Wisdom' meets RCTs" presented at Brain Injury Association of America Conference: "Rehabilitation of Traumatic Brain Injury: the State of the Art", Washington, D.C.

213.   August 10-12, 2005:  Invited Speaker, University of California 6th Annual Neurotrauma Meeting, Ojai, California.

214.   September 22-24, 2005:  "Advances in Pharmacology" presented at The North American Brain Injury Society's Conference on "Brain Injury:  New Science, Best Practices and Future Innovations", Amelia Island, Florida.

215.   November 16, 2005:  "Neuropsychiatric Issues After CVA" presented at CJW Neuroscience Center's Workshop "CVA:  Door to Recovery and Pathways in Between", Richmond, Virginia.

216.   December 9, 2005: "Brain Chemistry In Health and Injury" presented at Community Support Services Trainer Program for Virginia Department of Rehabilitative Services, Richmond, Virginia.

217.   February 2-4, 2006:  "Considering Diagnostic Criteria for Affective Disinhibition Syndrome", invited roundtable participant, Avanir Pharmaceuticals, Santa Barbara, California.

218.   February 6, 2006:  "Brain Injuries" on The Diane Rehm Show, WAMU FM 88.5 for National Public Radio, with Harriet Katz Zeiner, Ph.D. and Michael Kussman, M.D., Washington, D.C.

219.   March 9, 2006:  "Introduction to Traumatic Brain Injury", "Mild Brain Injury: Does It Exist and How Is It Treated?" and "Cognitive Retraining: What Can the Brain Injury Victim Expect?" presented at The Brain Injury Association of Utah and The Utah Trial Lawyers Association 2006 Brain Injury Conference, Salt Lake City, Utah.

220.   March 12, 2006:  Keynote Address, "The Journey: Progress and Challenges in TBI", presented at The Brain Injury Association of Michigan's Legacy Society Tribute Dinner, Plymouth, Michigan.

221.   June 2, 2006:"Brain Injury Basics-I", presented at The Brain Injury Association of America's Caregivers' Conference, Washington, D.C.

222.   March 21, 2007: "The on-site crises response capabilities and medical treatment and rehabilitation of troops in Iraq" on "Outside Voice" at www.nowinla.com.

223.   April 18, 2007:  "Brain Injury Basics" presented at The Brain Injury Association of America's "Traumatic Brain Injury in the United States: A Call for Public/Private Cooperation" Congressional Briefing, Washington, D.C.

224. April 30, 2007:  "Provigil:  A Comprehensive Clinical Overview",  Invited Speaker, Cephalon, Inc., Woodbridge, Virginia.

225. May 11, 2007:  "Management of Excessive Sleepiness Associated with Shift Work Sleep Disorder", invited speaker, Cephalon, Inc. at Forest Hill Family Practice, Richmond, Virginia.

226. June 25-26, 2007:  Department of Defense/Department of Veterans Affairs Traumatic Brain Injury (TBI) Planning Conference, Invited Attendee, Lansdowne, Virginia.

227. September 23-24, 2007:  Invited Speaker, University of California 8th Annual Neurotrauma Meeting, Santa Barbara, California.

228. October 12, 2007:  Guest Speaker, U.S. Army TBI/PTSD Training, Fort McCoy, Washington.

229. October 26-27, 2007:  "Whiplash and Post-traumatic Headache" presented at the 2007 International Whiplash Trauma Congress, Miami, Florida.

230. April 3-4, 2008:  Invited Speaker, Brain Injury Litigation Strategies 2008 Conference, Las Vegas, Nevada.

231. April 10, 2008:  "The Origins of Neurobehavioral Dysfunction Following Traumatic Brain Injury", presented at the New Jersey Speech-Language-Hearing Association Convention 2008, Atlantic City, New Jersey.

232. April 11, 2008:  "Neurobehavioral Syndromes in Combat Veterans:  TBI meets PTSD", presented at the New Jersey Speech-Language-Hearing Association Convention 2008, Atlantic City, New Jersey.

233. June 1, 2008:  "Traumatic Brain Injury and Substance Abuse", presented at The National Institute on Drug Abuse Conference "Blending Addiction Science and Treatment:  The Impact of Evidence-Based Practices on Individuals, Families and Communities", with John Corrigan, Ph.D., Cincinnati, Ohio.

234. June 6, 2008:  "Brain Injury 101", presented at Brain Injury Association of America 2008 National Brain Injury Caregivers' Conference, Dallas, Texas.

235. June 6, 2008, "Medical Issues After Brain Injury", presented at Brain Injury Association of America 2008 National Brain Injury Caregivers' Conference, Dallas, Texas.

236. October 3, 2008: "Neuroimaging and TBI", presented at Virginia Trial Lawyers Association Conference, Richmond, Virginia.

237. November 17-18, 2008: Invited Participant, Centers for Disease Control and Prevention's Division of Injury Response "Tale of Eleven Cities Meeting", hosted by Harvard School of Public Health, National Preparedness Leadership Initiative and the Harvard John F. Kennedy School of Government, Bethesda, Maryland.

238. March 17, 2009: "Medication and Brain Injury: what a person needs to know" presented at "Brain Injury Association of America Caregiver Education Series Webinar.

239. March 18, 2009: "Traumatic Brain Injury" on the KGO Morning News, KGO AM 810, San Francisco, California.

240. May 14, 2009: "Issues of Those Who Fail to Recover from Mild Traumatic Brain Injury", presented at Brain Injury Alliance of South Carolina 2009 Statewide Conference, "Life with Brain Injury", Columbia, South Carolina.

241. May 14, 2009: Keynote Address, "Mild Traumatic Brain Injury" presented at Brain Injury Alliance of South Carolina 2009 Statewide Conference, "Life with Brain Injury", Columbia, South Carolina.

242. May 15, 2009: "Mild traumatic brain injury in the pediatric patient: Diagnosis, Management & Outcome", presented at Grand Rounds, University of South Carolina Department of Pediatrics, Columbia, South Carolina.

243. August 12, 2009: Keynote Address, "What is so 'mild' about Mild Traumatic Brain Injury?" presented at The Canadian Academy of Medical Education 2009 International Conference on Mild Traumatic Brain Injury, Vancouver, British Columbia, Canada.

244. October 16, 2009: "22 Years of Progress? (or What We've Learned About Behavioral Dimensions of TBI Since the 1987 NIDRR National Invitational Conference on Traumatic Brain Injury)" presented at The North American Brain Injury Society's Seventh Annual Conference on Brain Injury, Austin, Texas.

245. October 16, 2009: "The Neuropsychiatric Exam" presented at 2009 NABIS Medical Legal Conference on Brain Injury, Austin, Texas.

246. March 26, 2010: "Mild TBI: Myths and Realities" presented at North Carolina Advocates for Justice Seminar, "Brain Injury Litigation: Mastering

the Law and The Science", Charlotte School of Law, Charlotte, North Carolina.

247. March 27, 2010:  Keynote Address:  "BIAA 2010:  State of the Organization", presented at Brain Injury Association of Virginia's 9th Annual Conference, Richmond, Virginia.

248. March 31, 2010:  "Who is this person? or Why do we see personality changes after TBI?" presented at Idaho State University TBI Webinar Series.

249. April 29, 2010: "Mild Traumatic Brain Injury:  Counterpoint", presented at Brain Injury Association of America's Brain Injury Litigation Strategies 2010 Mastering The Science And Trial Strategies, Las Vegas, Nevada.

250. June 24, 2010:  Interview on The Diane Rehm Show, WAMU FM 88.5 for National Public Radio, with Daniel Zwerdling, Dr. S. Ward Casscells, and Dr. Jonah Sills, Washington, D.C.

251. October 21, 2010: "TBI Update", presented at Paramedic Refresher Training Program, Newport News, Virginia.

252. April 15, 2011:  Keynote Address:  "What's so Mild about Mild Traumatic Brain Injury", presented at Brain Injury Association of Texas 27th Statewide Conference, Austin, Texas.

253. September 15, 2011:  "Pediatrics and TBI", presented at North American Brain Injury Society's 9th Annual Conference on Brain Injury, New Orleans, Louisiana.

254. September 16, 2011:  "Psychiatric Imposters:  Behavioral Presentations of Neuronal Injury After TBI", presented at North American Brain Injury Society's 9th Annual Conference on Brain Injury, New Orleans, Louisiana.

255. November 9, 2011:  "Traumatic Brain Injury Seminar", presented at The 32nd Annual Virginia EMS Symposium, Norfolk, Virginia.

256. November 10, 2011:  "Brain Injury Medicine for the 21st Century", presented at The 32nd Annual Virginia EMS Symposium, Norfolk, Virginia.

257. April 24, 2012: "Burden of Pseudobulbar Affect among Patients with Multiple Sclerosis, Stroke, and Brain Injury: Results from National Patient Surveys", presented at the American Academy of Neurology 64th Annual Meeting, New Orleans, Louisiana.

258. October 13, 2012: "Women Living With TBI: What Do We Know And What Do We Need To Know?" presented at 2012 ACRM-ASNR Annual Conference, "Progress In Rehabilitation Research", Vancouver, British Columbia, Canada.

259. October 16, 2012: Forum on Sports and Head Injuries on WCVE Public Radio, with Mary Ann Easterling, Dr. Robert White, Willie Lanier and Timothy Swinger, Richmond, Virginia.

260. November 9, 2012: "TBI and care at school", presented at the Virginia Association of School Nurses' 28th Annual Fall Conference, Williamsburg, Virginia.

261. January 19, 2013: Chronic Traumatic Encephalopathy in Professional Athletes. Interviewed by Peter FitzSimons for Channel 7, "Sunday Night", Sydney, Australia.

262. March 14, 2013: Closed Head Brain Injury and Mild to Moderate TBI: Creating the Right Strategy at the Outset to Prove Your Case or Establish Alternative Causation Theories, Panel with Scott D. Bender, PhD and Ranjit S. Dhindsa, presented at 2nd Annual Summit on Brain Injury Claims and Litigation, American Conference Institute, Philadelphia, PA.

263. June 15, 2013: (Prescribed) Drugs & TBI Update: 2013 Presented at BIA-Florida Caregivers Session for Camp TBI, Leesburg, FL

264. August 26, 2013: "Seizure Disorder with Dr. O'Shanick" presented by Brain Injury Radio Network/Health Podcasts.


**GRANTS:**

1. Co-investigator, Navene versus Haldol in the treatment of organic mental disorders. Linda G. Peterson, M.D. – Principal Investigator. Roering Pharmaceuticals, March 15, 1983 to March 14, 1985.

2. Principal Investigator, CSF metabolites of neurotransmitters as predictors of treatment response in organic mental disorders. Biomedical Research Support Grant. UTHSCH, April1, 1983 to March 31, 1983, $4,250.

3. Principal Investigator, Serotonergic factors influencing post-traumatic delirium, Virginia Commonwealth University Grants-in-Aid Program, June 1, 1985 to May 31, 1986, $6,999.

4.    Principal Investigator, Training to enhance diagnostic and therapeutic efforts in developmentally disabled brain injured patients.  Developmental Disabilities Grant.  DMHMR, July 1, 1987 to June 30, 1988, $46,123.

5.    Co-Principal Investigator, Persistent memory impairment in severe traumatic brain injury.  Robert P. Hart, Ph.D. – Principal investigator. NIDRR, April 1, 1988 to March 31, 1989, $53,939.

6.    Principal Investigator, Training to enhance diagnostic and therapeutic efforts in developmentally disabled brain injured patients.  Developmental Disabilities Grant.  DMHMR, July 1, 1988 to June 30, 1989, $41,120.

7.    Faculty Ph.D. programs in rehabilitation – related research.  Henry H. Stonnington, M.D. – Principal investigator.  NIDRR, July 1, 1986 to June 30, 1989, $175,141.

8.    Principal Investigator, Traumatic Brain Injury Psychiatric and Behavioral Resource Center.  Developmental Disabilities Grant.  DMHMR, July 1, 1989 to June 30, 1990, $49,245.

9.    Co-director, Rehabilitation Research and Training Center in Severe Traumatic Brain Injury Council.  Guy L. Clifton, M.D. – Director.  NIDRR, April 1, 1989 to March 31, 1993, $650,000 per year.

10.   Principal Investigator, Traumatic Brain Injury Fellowship Program for Psychiatrists.  NIDRR, October 1, 1989 to September 30, 1990, $49,998.

11.   Principal Investigator, Traumatic Brain Injury Psychiatric and Behavioral Resource Center. DMHMR, July 1, 1990 to June 30, 1991, $54,814.

12.   Consultant, Case Management Transition Project for Youths with Traumatic Brain Injury.  Department of Education, October 1, 1991 to September 30, 1992, $184,634.

13.   Medical Consultant, PITON System: Positive Intervention and Training Outcomes Network.  A cooperative project of the Virginia Department of Rehabilitative Services and the Virginia Institute for Developmental Disabilities at Virginia Commonwealth University.  Raymond Graesser, Project Director.  Department of Education, NIDRR.  PR/Award Number H133c20128, 1992-1993.

14.   Consultant, Traumatic Brain Injury Project, Nassau County (NY) Board of Cooperative Educational Services, Division of Special Education.  Henry Colella, Ph.D. – Project director, New York State Department of Education, 1993.

15.   Advisory Board, Ohio Valley Center – Virginia Project Treating Substance Abuse after Traumatic Brain Injury.  John Corrigan, Ph.D. – Principal investigator.  US DOE RSA, 1995-1996.

16.   Consultant, Dopamine Agonist Therapy in Low Response Children Following AB I. James Blackman, M.D., M.P.H. – Principal investigator. Peter Patrick, Ph.D. – Co-investigator.  Commonwealth Neurotrauma Initiative Advisory Board, Virginia Department of Rehabilitative Services, February 1, 2002 to January 31, 2005, $446,865.

17.   Consultant, Impact of a Littermate on Psychological Stress in Rats.  Janie Wilson, Ph.D. – Principal investigator.  National Institute of Mental Health. January 1, 2003 to December 31, 2004, $60,916.