

# Curriculum Vitae

**Name:**                                    Mark James Ashley, Sc.D., CCC-SLP, CCM, CBIST

**Business Address:**               Centre for Neuro Skills
                                             5215 Ashe Road
                                             Bakersfield, CA 93313
                                             661. 872.3408 - office
                                             661. 872.5150 - fax

**Degrees:**

Southern Illinois University
Carbondale, Illinois - 62901
Doctorate of Science
Rehabilitation Institute
Awarded - May, 2002

Southern Illinois University
Carbondale, Illinois - 62901
Master of Science, Speech Pathology and Audiology
Communication Disorders and Sciences Program
Awarded - December, 1978

State University College of Arts and Sciences
Geneseo, New York - 14454
Bachelor of Science (Speech Pathology)
Department of Communicative Disorders and Sciences
Awarded - May, 1977

**Professional Experience:**

President/CEO
Centre for Neuro Skills
Bakersfield, California, Irving, Texas, and Encino, California
Dates:  1998 to present

Executive Director
Centre for Neuro Skills
Dates:  1980 to 1997

Clinical Supervisor
Speech Pathology, Inc.
Bakersfield, California
Dates:  1979 to 1980

**Certification:**

Certified Brain Injury Specialist (CBIS), American Academy for the Certification of
Brain Injury Specialists (AACBIS), Certification #2391, February 5, 2007, to
present

Certified Case Manager (CCM), Sponsored by the Certification of Insurance
Rehabilitation Specialists Commission, Certificate CCM #15375, 1993 to present

State of Texas, State Committee of Examiners for Speech-Language Pathology and
Audiology, License for Speech Pathology, License #13407, 1985 to present

State of California Board of Medical Quality Assurance
License for Speech Pathology, License #SP4364, 1979 to present

Certification of Clinical Competence in Speech Pathology
American Speech and Hearing Association, 1979 to present

Research Electromyography
Indwelling Fine-Wire Needle Electrode Electromyography
Certified by Robert P. Lehr, Ph.D.
Associate Professor of Anatomy
School of Medicine

Speech Pathology (cross appointment)   1978

## Awards and Honors:

Clinical Instructor, Virginia Commonwealth University
Dept. of Physical Therapy, School of Allied Health Professions
2010-2011

Blue Ribbon Invitational Symposium of Traumatic Brain Injury and Post Traumatic
Stress Disorder
United States Army, United States Marine Corp.
December, 2010

Vice Chair, Advocacy and Awareness Committee
Business and Professionals' Council
Brain Injury Association of America
2008 to 2013

Member, Business and Professionals' Council
Brain Injury Association of America
2008 to present

President, Brain Injury Alliance of Texas
2008 to present

Member, Advisory Committee
Department of Rehabilitation Sciences
Cyprus University of Technology
Cyprus
2007 to present

Member, Traumatic Brain Injury Advisory Council
State of California
2007 to present

Member, Federal Legislative Analysis Committee
Brain Injury Association of America
2007 to present

Member, Legislative Analysis Committee
California Brain Injury Association
2007 to present

Member, YPO Medical Advisory Board
    Young Presidents Organization
    2006 to present

Chair, Young Presidents' Organization (YPO)
    San Joaquin Valley Chapter
    2006-2007

Immediate Past Chair
    Brain Injury Association of California
    2014 to 2016

Executive Officer
    Brain Injury Association of California
    2005 to 2013

Chair, Dean's Advisory Council
    College of Education and Human Services
    Southern Illinois University - Carbondale
    June 2005 to June 2007

Representative, College of Education and Human Services
    Southern Illinois University - Carbondale Foundation Campaign Committee
    June 2005 to June 2007

Chairman, Emeritus
    Brain Injury Association of America
    2010 to 2012

Immediate Past Chair, Board of Directors
    Brain Injury Association of America
    2008 to 2010

Chair, Board of Directors
    Brain Injury Association of America
    2005 to 2007

Chair-Elect, Board of Directors
    Brain Injury Association of America
    2003-2004

Member, Board of Directors

Brain Injury Association of America
2003 to 2010

Secretary, Board of Directors
Brain Injury Association of America
2013 to present

Member, Board of Directors
Brain Injury Association of America
2012 to present

Chair, Corporate Advisory Council
American Association for Certification of Brain Injury Specialists
2004 to 2005

Member, Corporate Advisory Council
American Association for Certification of Brain Injury Specialists
2003 to 2005

Honorary Doctorate of Science
Rehabilitation Institute, Southern Illinois University at Carbondale, Carbondale,
Illinois 2002

Adjunct Professor, Rehabilitation Institute of the College of Education
Southern Illinois University at Carbondale, Carbondale, Illinois
2000 to 2005
2009 to 2012

Distinguished Alumni of the Year
Southern Illinois University at Carbondale, Carbondale, Illinois
1995

Adjunct Professor, Rehabilitation Institute of the College of Education
Southern Illinois University at Carbondale, Carbondale, Illinois
1993-1995

Adjunct Professor, Department of Communication Disorders and Sciences,
Southern Illinois University at Carbondale, Carbondale, Illinois
1985

**Publications**:

Ashley, M.J., Brannon, R., Colbert, A.C., et al., (2013) Brain Injury as a Chronic Condition: Implications for public policy.  Brain Injury Professional; 10 (1), 12-14.

Ashley, M. J. (2012, July) Repairing the injured brain: Why proper rehabilitation is essential to recovering function.  E-Journal of Cerebrum, 1-6.  Retrieved from http://dana.org/news/cerebrum/detail.aspx?id=39258

Ashley, M. J., Ashley, J., & Kreber, L. (2012) Remediation of information processing following traumatic brain injury:  A community-based rehabilitation approach. NeuroRehabilitation; 31: 31-39

Ashley, M.J. (2010), Maximizing Rehabilitation Outcomes and Cost Efficiency Following Acquired Brain Injury,   VA: Brain Injury Association of America

Ashley, M.J. (Ed) (2010).  Traumatic Brain Injury:  Rehabilitative Treatment and Case Management, 3rd Edition.  Boca Raton, FL:  CRC Press, Inc.

Weintraub, A. & Ashley, M.J. (2010).  Issues in Aging following Traumatic Brain Injury.  In M. J. Ashley (Ed.), Traumatic Brain Injury:  Rehabilitative Treatment and Case Management, 3rd Edition.  Boca Raton, FL:  CRC Press, Inc.

Ashley, M.J., Weintraub, A., & Ripley, D.L. (2010).  Bioscience Frontiers in Neuromedical Interventions following Brain Injury.  In M. J. Ashley (Ed.), Traumatic Brain Injury:  Rehabilitative Treatment and Case Management, 3rd Edition.  Boca Raton, FL:  CRC Press, Inc.

Ashley, M.J. (2010).  Neuroanatomic Review of Cognitive Function:  Anatomy and Plasticity.  In M. J. Ashley (Ed.), Traumatic Brain Injury:  Rehabilitative Treatment and Case Management, 3rd Edition.  Boca Raton, FL:  CRC Press, Inc.

Ashley, M.J., Leal, R., Mehta, Z., Ashley, J.G., & Ashley, M.J. (2010).  Cognitive Disorders:  Diagnosis and Treatment in TBI. In M. J. Ashley (Ed.), Traumatic Brain Injury:  Rehabilitative Treatment and Case Management, 3rd Edition.  Boca Raton, FL:  CRC Press, Inc.

Ashley, M.J., Ninomiya, Jr., J., Berryman, A., & Rasavage, K. (2010).  Vocational Rehabilitation.  In M. J. Ashley (Ed.), Traumatic Brain Injury:  Rehabilitative Treatment and Case Management, 3rd Edition.  Boca Raton, FL:  CRC Press, Inc.

Ashley, M.J. (2010).  Evaluation of Traumatic Brain Injury following Acute
    Rehabilitation.  In M. J. Ashley (Ed.), <u>Traumatic Brain Injury:  Rehabilitative
    Treatment and Case Management</u>, 3rd Edition.  Boca Raton, FL:  CRC Press,
    Inc.

Ashley, M.J. & Ashley, S.M. (2010).  Discharge Planning in Traumatic Brain Injury
    Rehabilitation.  In M. J. Ashley (Ed.), <u>Traumatic Brain Injury:  Rehabilitative
    Treatment and Case Management</u>, 3rd Edition.  Boca Raton, FL:  CRC Press,
    Inc.

Kreber, L.A., Johnson, S. & Ashley, M.A. (2009). Incidence of Insulin-like Growth
    Factor-1 and Growth Hormone Deficiencies in a Postacute Brain Injury
    Rehabilitation Facility. <u>*Brain Injury*</u>,24 (3), 266.

Ashley, J, Ashley, M.J. & Little D, M.  (2009).  Relationship Between Cerebral
    Volume and Functional  Rehabilitation Outcomes in TBI.  <u>*Brain Injury*</u>,24 (3), 265

Ashley, M.J., Leal, R.M., & Mehta, Z. (2009).  Cognitive Rehabilitation Following
    Traumatic Brain Injury.  <u>CSHA Magazine, 39</u>(2), 7-8.

Ashley, M.J., O'Shanick, G.J., & Kreber, K. (2009). <u>Early vs. Late Treatment of
    Traumatic Brain Injury</u>. Vienna, VA: Brain Injury Association of America

Katz, D. I., Ashley, M. J., O'Shanick, G. J., & Connors, S. H. (2006).  <u>Cognitive
    rehabilitation: The evidence, funding, and case for advocacy in brain injury</u>.
    McLean, VA: Brain Injury Association of America

Ashley, M. J. & Ashley, S. M. (2005).  Discharge planning following traumatic brain
    injury. <u>Brain Injury Professional, 2</u>(1), 18-23.

Ashley, M. J. (Ed.) (2004).  <u>Traumatic Brain Injury:  Rehabilitative Treatment and
    Case Management</u>, 2nd Edition.  Boca Raton, FL:  CRC Press, Inc.

Ashley, M. J. & Ashley, S. M. (2004).  Discharge planning in traumatic brain injury
    rehabilitation.  In M. J. Ashley (Ed.), <u>Traumatic Brain Injury:  Rehabilitative
    Treatment and Case Management</u>, 2nd Edition.  Boca Raton, FL:  CRC Press,
    Inc.

Ashley, M. J. (2004).  Evaluation of traumatic brain injury following acute
    rehabilitation.  In M. J. Ashley (Ed.), <u>Traumatic Brain Injury:  Rehabilitative
    Treatment and Case Management</u>, 2nd Edition.  Boca Raton, FL:  CRC Press,
    Inc.

Ashley, M. J., Leal, R., & Mehta, Z. (2004).  Cognitive disorders:  Diagnosis and treatment in the TBI patient.  In M. J. Ashley (Ed.), Traumatic Brain Injury: Rehabilitative Treatment and Case Management, 2nd Edition.  Boca Raton, FL: CRC Press, Inc.

Ashley, M. J., Ninomiya, Jr., J., Berryman, A., & Goodwin, K. (2004).  Vocational rehabilitation.  In M. J. Ashley (Ed.), Traumatic Brain Injury:  Rehabilitative Treatment and Case Management, 2nd Edition.  Boca Raton, FL:  CRC Press, Inc.

Weintraub, A. & Ashley, M. J. (2004).  Traumatic brain injury:  Aging and related neuromedical issues.  In M. J. Ashley (Ed.), Traumatic Brain Injury: Rehabilitative Treatment and Case Management, 2nd Edition.  Boca Raton, FL: CRC Press, Inc.

Ashley, M. J. & Persel, C. S. (2003).  Cognitive rehabilitation for traumatic brain injury:  A survey of clinical practice.  The Journal of Cognitive Rehabilitation, 21(2), 20-27.

Ashley, M. J., Persel, C. S., & Clark, M.C. (2001).  Validation of an independent living scale for post-acute rehabilitation applications.  Brain Injury, 15(5), 435-442.

Ashley, M. J. & Persel, C. S. (1999).  Traumatic brain injury recovery rates in post-acute rehabilitation of traumatic brain injury:  Spontaneous recovery or treatment?  Journal of Rehabilitation Outcomes Measurement, 3(4), 15-21.

Ashley, M. J., Schultz, J. D., Bryan, V. L., Krych, D. K., & Hays, D. R. (1997). Justification of postacute traumatic brain injury rehabilitation using net present value techniques: A case study.  Journal of Rehabilitation Outcomes Measurement, 1(5), 33-41.

Persel, C. S., Persel, C. H., & Ashley, M. J. (1997).  The use of noncontingent reinforcement and contingent restraint to reduce physical aggression and self-injurious behavior in a traumatically brain injured adult.  Brain Injury, 11(10), 751-760.

Ashley, M. J., Persel, C. S., & Krych, D. K. (1997).  Long-term outcome follow-up of post-acute TBI rehabilitation: An assessment of functional and behavioral measures of daily living.  Journal of Rehabilitation Outcomes Measurement, 1(4), 40-47.

Ashley, M. J., Persel, C. S., Clark, M. C., & Krych, D. K. (1997).  Long-term follow-up
    of post-acute traumatic brain injury rehabilitation: A statistical analysis to test for
    stability and predictability of outcome.  Brain Injury, 11(9), 677-690.

Little, A. J., Templer, D. J., Persel, C. S., & Ashley, M. J. (1996).  Feasibility of the
    neuropsychological spectrum in prediction of outcome following head injury.
    Journal of Clinical Psychology, 52(4), 455-460.

Ashley, M. J., Krych, D. K., Persel, C. S., & Persel, C. H. (1995).  Working with
    behavior disorders:  Strategies for traumatic brain injury rehabilitation.  Tucson,
    AZ:  Communication Skill Builders.

Ashley, M. J., & Krych, D. K. (Eds.). (1995).  Traumatic Brain Injury Rehabilitation.
    Boca Raton, FL:  CRC Press, Inc.

Ashley, M. J., & Krych, D. K. (1995).  Cognitive disorders: Diagnosis and treatment
    in the TBI patient.  In M. J. Ashley & D. K. Krych (Eds.), Traumatic Brain Injury
    Rehabilitation.  Boca Raton, FL:  CRC Press, Inc.

Krych, D. K., & Ashley, M. J. (1995).  Comprehensive field evaluation of the TBI
    patient.  In M. J. Ashley & D. K. Krych (Eds.), Traumatic Brain Injury
    Rehabilitation.  Boca Raton, FL:  CRC Press, Inc.

Ninomiya, Jr., J., Ashley, M. J., Raney, M. L., & Krych, D. K. (1995).  Vocational
    rehabilitation.  In M. J. Ashley & D. K. Krych (Eds.), Traumatic Brain Injury
    Rehabilitation.  Boca Raton, FL:  CRC Press, Inc.

Ashley, M. J., Persel, C. S., Lehr, R. P., Feldman, B., & Krych, D. K. (1994).  Post-
    acute rehabilitation outcome: Relationship to case-management techniques and
    strategy.  Journal of Insurance Medicine,  26(3), 348-354.

Ashley, M. J., Persel, C. S., & Krych, D. K. (1993).  Changes in reimbursement
    climate: Relationship among outcome, cost, and payer type in the post-acute
    rehabilitation environment.  Journal of Head Trauma Rehabilitation, 8(4), 30-47.

Ashley, M. J., & Lehr, Jr., R. P. (1991).  Embryological considerations of distinctive
    feature theory.  Folia Phoniatrica, 43, 93-100.


Ashley, M. J. & Krych, D. K. (1990).  Considerations in the purchase of post-acute
    rehabilitation services for the head injured.  Journal of Insurance Medicine, 22(3),
    230-234.

Ashley, M. J., Krych, D. K., & Lehr, Jr., R. P. (1990).  Cost/benefit analysis for post-acute rehabilitation of the traumatically brain-injured patient.  Journal of Insurance Medicine, 22(2), 156-161.

Ashley, M. J. (1989).  Post-concussion syndrome.  Moving Ahead (ACRM), 3(2-3), 9-10.

Ashley, M. J., Brackett, I. P., & Lehr, Jr., R. P. (1985).  A descriptive study of the relationship of intraoral air pressure to EMG activity of the levator palatini during CV syllables.  Folia Phoniatrica, 37, 66-74.


**Presentations:**

Presentation – Renown Hospital – entitled "Recovery of Function Following Stroke", Reno, NV, October 7, 2013.

Presentation – IAIABC 99th Annual Convention – entitled "Traumatic Brain Injuries", San Diego, CA October 1, 2013.

Presentation – N. California Neuropsychology Assoc. – entitled "Advances in Neuro Medical Intervention Following ABI, Emeryville, CA, September 18, 2013.

Presentation – CNS Community Education – entitled "The Role of Neuro Regeneration", Fresno, CA, September 17, 2013.

Presentation – Central Valley Concussion Symposium 2013 – entitled "Pathophysiology of Mild Traumatic Brain Injury", Fresno, CA, September 14, 2013.

Presentation – CNS Community Education – entitled "From Aggression to Compliance", Phoenix, Arizona, June 6, 2013.

Presentation – Paradigm Summit – entitled "Neuromedical Innovations for Chronic Brain Injury", Chicago, Illinois, May 9, 2013.

Presentation – Brain Injury Association of Virginia Conference – entitled "Disease Modeling and Management following Acquired Brain Injury", Richmond, Virginia, March 9, 2013.

Presentation – CMSA – entitled "Implications of the Affordable Care Act on Health Care", Irving, Texas, March 8, 2013.

Presentation – Northern Section CA School Nurses Org. 2013 Spring Conference – entitled "MTBI: Pathophysiology, Assessment and Return to Play", Sacramento, California, March 2, 2013.

Presentation – Santa Clara Medical Conference – entitled "Neuromedical Innovation for Chronic Brain Injury", Santa Clara, California, March 1, 2013

Presentation – Heathways/HMSA – entitled "Cognitive Rehabilitation", Honolulu, Hawaii, February 7, 2013.

Presentation – DTRIC Insurance – entitled "CNS Programs and Dr. Wang's Story", Honolulu, Hawaii, February 6, 2013.

Presentation – CNS Community Education – entitled " Frontal Lobe Function and TBI", Honolulu, Hawaii, February 6, 2013.

Presentation – Queens Hospital – entitled "Cognitive Rehabilitation", Honolulu, Hawaii, February 5, 2013.

Presentation – John Mullen – entitled "Identifying TBI During Claim File Review: Tools for the Case Manager & Claims Adjuster", Honolulu, Hawaii, February 5, 2013.

Presentation – Health Ways – entitled "Brain Injury Rehabilitation:  Outcome and Efficacy", Honolulu, Hawaii, October 18, 2012.

Presentation – Brandvold Ku – entitled " Indentifying TBI During Claim File Review: Tools for the Case Manager & Claim Adjuster", Honolulu, Hawaii, October 18, 2012.

Presentation – Hawaii Western Management Group (HWMG) – entitled "Brain Injury Rehabilitation Outcome and Efficacy", Honolulu, Hawaii, October 17, 2012.

Presentation – PacBlu – entitled "Cognition and Communication in TBI", Honolulu, Hawaii, October 17, 2012.

Presentation – Kapiolani Children's Hospital – entitled "Impairment Following TBI: What Are We Missing?", Honolulu, Hawaii, October 16, 2012.

Presentation – John Mullen – entitled "Identifying TBI During Claim File Review: Tools for the Case Manager & Claim Adjuster", Honolulu, Hawaii, October 16, 2012.

Presentation – Queen's Hospital – entitled "Neuroendrocrine Dysfunction following Brain Injury", Honolulu, Hawaii, October 15, 2012.

Presentation – 11th Annual Neuro-Rehabilitation Conference Loma Linda – entitled "Disease Processes after Brain Injury", Loma Linda, California, October 12, 2012.

Presentation – CNS Community Education – entitled " Concussion/Mild Traumatic Brain Injury", Fresno, California, October 10, 2012.

Presentation – Cedars-Sinai – entitled "Pathophysiology of Acquired Brain Injury", Los Angeles, California, September 15, 2012.

Presentation – UC Neurotrauma Conference – entitled "Physical Rehabilitation from the bench to the clinic", Sonoma, California, September 9, 2012.

Presentation – University of Cyprus, East meets West on Innovation and Entrepreneurship, Nicosia, Cyprus, September 3, 2012.

Presentation – HEMIC – entitled "Impairment Following TBI: What Are We Missing?", Honolulu, Hawaii, June 8, 2012.

Presentation – The Hawaii Association for Justice – entitled "Arriving at the Correct Value of a TBI Case", Honolulu, Hawaii, June 7, 2012.

Presentation – PacBlu – entitled "Impairment Following TBI: What Are We Missing?", Honolulu, Hawaii, June 7, 2012.

Presentation – Allied Managed Care – entitled "Identifying TBI During Claim File Review", Honolulu, Hawaii, June 6, 2012.

Presentation – Queens Medical Center – entitled "Neuroplasticity in Neurorehabilitation", Honolulu, Hawaii, June 5, 2012.

Presentation – Rehab Hospital of the Pacific – entitled "Applied Behavioral Analysis", Honolulu, Hawaii, June 4, 2012.

Presentation - CNS Community Education Forum – entitled "The Role of Neuroregeneration in Rehab following Brain Injury", Orange, California, May 10, 2012.

Presentation - CNS Community Education Forum – entitled "The Role of Neuroregeneration in Rehab following Brain Injury", Burbank, California, May 9, 2012.

Presentation - CNS Community Education Forum – entitled "Concussion/Mild Traumatic Brain Injury", Bakersfield, California, April 11, 2012.

Presentation - CNS Community Education Forum – entitled "Identifying Traumatic or Acquired Brain Injury," Rancho Cordova, California, March 16, 2012

Presentation - CNS Community Education Forum – entitled "Identifying Traumatic or Acquired Brain Injury", Reno, Nevada, March 15, 2012

Presentation - CNS Community Education Forum – entitled "Identifying Traumatic or Acquired Brain Injury", Las Vegas, Nevada, March 14, 2012

Presentation - Hawaii Brain Injury Conference – entitled "Aging After Acquired Brain Injury", Honolulu, Hawaii, March 8, 2012

Presentation - CNS Community Education Forum – entitled "The Role of Postacute Rehab in TBI", Irving, Texas, February 27, 2012.

Presentation – Santa Clara Valley Medical Conference – entitled "Recovery Trajectories following TBI", Santa Clara Valley, California, February 24, 2012.

Presentation – BIAA Business Practice College – entitled "Brain Injury as a disease: Business Ramifications", Las Vegas, Nevada, February 21, 2012.

Presentation – 9th Annual Neuro Rehabilitation Conference – entitled "Advances in Neuromedical Inventions of Chronic TBI", Loma Linda, California, October 21, 2011

Presentation – The Hawaii Association of Justice – entitled "Managing a Brain Injury Case: Identifying Issues and Values", Honolulu, Hawaii, October 19, 2011

Presentation – First Insurance Company of HI – entitled "Identifying Traumatic or Acquired BI: Tools to Assist File Review", Honolulu, Hawaii, October 18, 2011

Presentation – CNS Community Education Forum – entitled "Impairment Following TBI: What Are We Missing?", Berkeley, California, October 13, 2011

Presentation – Oklahoma Speech Language Hearing Assoc. – entitled "Cognition and Communication in TBI", Oklahoma City, Oklahoma, October 7, 2011

Presentation – Pinnacle Risk Management – entitled "Identifying TBI During Claim File Review – Tools for the Case Manager", Phoenix, Arizona, August 30, 2011

Presentation – SCF Arizona – entitled "Identifying TBI During Claim File Review –

Tools for the Case Manager", Phoenix, Arizona, August 30, 2011

Presentation – Brandvold Ku, Inc. – entitled "Identifying TBI During Claim File Review – Tools for the Case Manager", Honolulu, Hawaii, July 21, 2011

Presentation – Island Insurance – entitled "Mild Traumatic Brain Injury", Honolulu, Hawaii, July 20, 2011

Presentation – Allied Managed Care – entitled "Mild Traumatic Brain Injury", Honolulu, Hawaii, July 19, 2011

Presentation – Oakland Children's Hospital – entitled "Working with Patients and Families affected by TBI", Oakland, California, June 17, 2011

Presentation – Blue Shield of Calif – entitled "Cognition and Communication in TBI", El Dorado Hills, California, June 16, 2011

Presentation – CNS Community Education Forum – entitled "Mild Traumatic Brain Injury", Orange, California, May 12, 2011

Presentation – CNS Community Education Forum – entitled "Mild Traumatic Brain Injury", Burbank, California, May 11, 2011

Presentation – Okanagan Conference on Brain Injury – entitled "Frontal Lobe Injury", Naramata, B.C., May 6, 2011

Presentation – Okanagan Conference on Brain Injury – entitled "The Role of Neuroendocrinology in Brain Injury Treatment", Naramata, B.C., May 5, 2011

Presentation – Okanagan Conference on Brain Injury – entitled "Neuroplasticity in Neurorehabilitation", Naramata, B.C., May 4, 2011

Presentation – RHOP – entitled "Brain Injury Rehabilitation: Outcome and Efficacy, Honolulu, Hawai'i, January 27, 2011

Presentation – Tripler/Pacific Regional Medical Command – entitled "Impairment Following Traumatic Brain Injury: What Are We Missing?", Honolulu, Hawai'i, January 26, 2011

Presentation – Shofield Barracks – entitled "Impairment Following Traumatic Brain Injury: What Are We Missing?", Honolulu, Hawai'i, January 26, 2011

Presentation – First Insurance Company of HI – entitled The Subdural Hematoma

Case Discussion, Honolulu, Hawai'i, January 25, 2011

Presentation – Kuakino Hospital – entitled "Recovery of Function Following Stroke: The Evidence and the Tactics", Honolulu, Hawai'i, January 25, 2011

Presentation – CorVel Webinar – entitled "Mild Traumatic Brain Injury: Identification, Assessment, and Treatment", Webinar , November 23, 2010

Presentation – CNS Community Education Forum – entitled "Frontal Lobe Function and TBI", Phoenix, Arizona, October 15, 2010

Presentation – Kaweah Delta Rehab Hospital – entitled "The Neurorehabilitation Continuum: The Impact of Health Care Reform", Visalia, California, October 13, 2010

Presentation – First Insurance Company of Hawai'i – entitled "Mild Traumatic Brain Injury (MTBI)", Honolulu, Hawai'i, September 23, 2010

Presentation – Health Management Associates (HM) - entitled "Adverse Effects of Electricity on the Nervous System", Honolulu Hawai'i, September 22, 2010

Presentation – Queen's Medical Center – entitled "Cognition and Communication in TBI," Honolulu, Hawai'i, September 21, 2010

Presentation – Rehab Hospital of the Pacific – entitled "Neuroplasticity in Neurorehabilitation," Honolulu, Hawaii, September 21, 2010

Presentation – CNS Community Education Forum – entitled "Frontal Lobe Function and Traumatic Brain Injury," San Diego, California, September 15, 2010

Presentation – 28th Annual National Neurotrauma Symposium – entitled "Improving the Odds: Rehabilitating the Neuroendorcrine System", Las Vegas, Nevada, June 15, 2010

Presentation – CNS Community Education Forum – entitled "Recovery of Function Following Stroke: The Evidence and the Tactics" and "Recovery Case Review," Bakersfield, California, May 12, 2010

Presentation – CNS Community Education Forum – entitled "Frontal Lobe Function and Traumatic Brain Injury," Newport Beach, California, May 6, 2010

Presentation – CNS Community Education Forum – entitled "Frontal Lobe Function and Traumatic Brain Injury," Burbank, California, May 5, 2010

Presentation – CNS Community Education Forum – entitled "Impairment Following Traumatic Brain Injury: What Are We Missing," Las Vegas, Nevada, April 28, 2010

Presentation – CNS Community Education Forum – entitled "Impairment Following Traumatic Brain Injury:  What Are We Missing," Rancho Cordova, California, March 19, 2010

Presentation - CNS Community Education Forum – entitled "Recovery of Function Following Stroke: The Evidence and the Tactics," Reno, Nevada, March 18, 2010

Presentation – First Insurance Company of Hawaii – entitled "Impairment Following Traumatic Brain Injury: What Are We Missing?", Honolulu, Hawai'i, January 28, 2010

Presentation – Rehab Hospital of the Pacific – entitled "The Future of Brain Injury: What We All Need To Do," Honolulu, Hawai'i, January 28, 2010

Presentation – Hawai'i Medical Service Association (HMSA) – entitled "Impairment Following Traumatic Brain Injury: What Are We Missing?," Honolulu, Hawai'i, January 27, 2010

Presentation - Health Management Associates (HMA) – entitled "Brain Injury Rehabilitation: Outcome & Efficacy," Honolulu, Hawa'ii, January 27, 2010

Presentation – The Queen's Medical Center – entitled "Understanding Mild Traumatic Brain Injury," Honolulu, Hawai'i, January 26, 2010

Presentation – The Brain Injury Association of Illinois – entitled "Principals of Cognitive Rehabilitation, Oakbrook Terrace, Illinois, October 30, 2009

Presentation - The Queen's Medical Center - entitled "Applied Behavior Analysis", Honolulu, Hawai'i, September 22, 2009

Presentation – HEMIC – entitled "Identifying Traumatic Brain Injury During Claim File Review: Tools for the Case Manager and Claims Adjuster," Honolulu, Hawai'i, September 21, 2009

Presentation – Rehabilitation Hospital of the Pacific - entitled "Critical Factors in Brain Injury Rehabilitation Treatment for Disrupted Vision," Honolulu, Hawai'i, September 21, 2009

Presentation – First Insurance Co. of Hawai'i – entitled "Identifying Traumatic Brain Injury During Claim File Review: Tools for the Case Manager and Claims Adjuster," Honolulu, Hawai'i, October 20, 2009

Presentation – CNS Community Education Forum – entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," San Diego, California, September 15, 2009

Presentation – Republic Indemnity – entitled "Identifying Traumatic Brain Injury During Claim File Review: Tools for the Case Manager and Claims Adjuster," San Francisco, California, September 14, 2009

Presentation – Cedars- Sinai Stroke Symposium – entitled "Neurophysiologic Optimization of Recovery," Los Angeles, California, September 12, 2009

Presentation – International Neurotrauma Symposium – entitled "Rehabilitation After Neurotrauma: Does it Work?" Santa Barbara, California, September 9, 2009

Presentation - Republic Indemnity- entitled "Identifying TBI During Claim File Review: Tools for the Case Manager & Claims Adjuster," Encino, California, July1, 2009

Presentation - CNS Community Education Forum - entitled "Recovery of FX Following Stroke: Evidence and Tactics," Anaheim, California, May 7, 2009

Presentation - CNS Community Education Forum - entitled "Recovery of FX Following Stroke:  Evidence and Tactics," Burbank, California, May 6, 2009

Presentation - Cedars-Sinai Medical Center - entitled "Neurophysiological Optimization in Disease Management Following Traumatic Brain Injury," Los Angeles, California, January 22, 2009

Presentation - Brain Injury Association of Hawai'i - entitled "The Future of Brain Injury: What We All Need To Do," Honolulu, Hawai'i, October 18, 2008

Presentation - Brain Injury Association of Hawai'i - entitled "Current Tools and Technology in Neurorehabilitation," Honolulu, Hawai'i, October 18, 2008

Presentation - California Speech-Language-Hearing Association - entitled "Cognitive Disorders: Diagnosis and Treatment in TBI," Madera, California, October 7, 2008

Presentation - National Association of State Head Injury Administrators (NASHIA) – entitled "Cognition and Communication in Traumatic Brain Injury," Williamsburg, Virginia, September 10, 2008

Presentation - Frazier Rehabilitation Institute - entitled "The Future of Brain Injury: What We All Need To Do," Louisville, Kentucky, August 29, 2008

Presentation - Frazier Rehabilitation Institute - entitled "Neuromedical, Aging, and Long-Term Issues Following Traumatic Brain Injury," Louisville, Kentucky, August 29, 2008

Presentation - Industrial Commission of Arizona (ICA) - entitled "Cost Effectiveness and Outcome Prediction Following Brain Injury," Litchfield Park, Arizona, August 15, 2008

Presentation - CNS Community Education Forum - entitled "Current Tools and Technologies in Neurorehabilitation," Dallas, Texas, May 8, 2008

Presentation - Texas Mutual Insurance Company - entitled "Brain Injury Rehabilitation: Outcome and Efficacy," Austin, Texas, May 7, 2008

Presentation - Brain Injury Association of Wisconsin - entitled "Brain Injury Rehabilitation: Outcome and Efficacy," Wisconsin Dells, Wisconsin, May 6, 2008

Presentation - Brain Injury Association of Wisconsin - entitled "Fatigue Following Acquired Brain Injury," Wisconsin Dells, Wisconsin, May 6, 2008

Presentation - Brain Injury Association of Wisconsin - entitled "State of Traumatic Brain Injury," Wisconsin Dells, Wisconsin, May 6, 2008

Presentation - ESIS - entitled "Identifying Traumatic Brain Injury During Claim File Review: Tools for the Case Manager and Claims Adjuster," Woodland Hills, California, January 9, 2008

Presentation - Rehabilitation Insurance Nurses Group (RING) - entitled "Identifying Traumatic Brain Injury During Claim File Review: Tools for the Case Manager and Claims Adjuster," Phoenix, Arizona, March 4, 2008

Workshop - International Association of Rehabilitation Professionals (IARP) - entitled "Ethical Practices in Rehabilitation," Phoenix, Arizona, March 5, 2008

Presentation - Paradigm Management Services Regional Training Event - entitled "Brain Injury Rehabilitation:  Outcome and Efficacy," Washington, DC, October 2, 2007

Presentation - North American Brain Injury Society (NABIS) - entitled "Predicting Outcome of Postacute Rehabilitation for Traumatic Brain Injury," San Antonio, Texas, September 28, 2007

Presentation - 3rd Annual Neural Perspective (Oklahoma Brain Injury Association/Integris Jim Thorpe Rehabilitation Center) - entitled "The Future of Brain Injury Services:  What We All Need To Do," Oklahoma City, Oklahoma, September 21, 2007

Workshop - State Compensation Insurance Fund - entitled "Ethical Practices in Rehabilitation," San Francisco, California, September 17, 2007

Presentation - Traumatic Brain Injury Services - entitled "The Role of Postacute Rehabilitation in Traumatic Brain Injury," Memphis, Tennessee, May 4, 2007

Presentation - Brain Injury Coalition - entitled "Managing Behavior Strategies and Medications," Chico, California, March 29, 2007

Presentation - Santa Clara Valley Medical Center-Centre for Neuro Skills Joint Conference - entitled "Mild Traumatic Brain Injury (MTBI)," San Jose, California, March 28, 2007

Presentation - 26th Annual High Sierra Critical Care Conference - entitled "Mild Traumatic Brain Injury (MTBI):  Diagnosis and Treatment," Reno, Nevada, March 6, 2007

Presentation - State Compensation Fund of Arizona - entitled "Neuromedical, Aging, and Long-Term Issues Following Traumatic Brain Injury," Phoenix, Arizona, February 15, 2007

Presentation - Blue Shield of California - entitled "Ethical Practices in Rehabilitation," El Dorado Hills, California (and Lodi and Woodland Hills offices via videoconferencing), January 16, 2007

Presentation - California Association of Driving Programs for Disabled / Association of Driving Educators for Disabled - entitled "Brain Injury and Preparation for Return to Driving," Inglewood, California, October 20, 2006

Presentation - Brain Injury Association of Utah - entitled "Fatigue Following Acquired Brain Injury," Layton, Utah, October 19, 2006

Presentation - Brain Injury Association of Utah - entitled "Shrinking Dollars in Brain Injury," Layton, Utah, October 19, 2006

Presentation - Case Management Society of America (CMSA), Oklahoma Chapter – entitled "Ethical Practices in Rehabilitation," Oklahoma City, Oklahoma, October 13, 2006

Presentation - Case Management Society of America (CMSA), Oklahoma Chapter – entitled "Vestibular and Visual Dysfunction and Rehabilitation," Oklahoma City, Oklahoma, October 13, 2006

Presentation - Brain Injury Association of Illinois - entitled "The Future of Brain Injury Services:  What We All Need To Do," Oakbrook Terrace, Illinois, October 6, 2006

Presentation – The True Story of Phineas Gage.  Presented at the 7th Annual University of California Neurotrauma Meeting, August 2-4, 2006

Presentation - Case Management Society of America (CMSA), Hawai'i Chapter – entitled "Ethical Practices in Rehabilitation," Maui, Hawai'i, July 19, 2006

Presentation - Hawai'i Employers' Mutual Insurance Company (HEMIC) - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager," Honolulu, Hawai'i, July 18, 2006

Presentation - First Insurance Company of Hawai'i - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager, Honolulu, Hawai'i, July 18, 2006

Presentation - Hawai'i Medical Service Association (HMSA) - entitled "Mild Traumatic Brain Injury (MTBI)," Honolulu, Hawai'i, July 18, 2006

Presentation - UCLA Medical Center - entitled "Frontal Lobe Function and Traumatic Brain Injury," Santa Monica, California, June 6, 2006

Presentation - Rehab Nurses Society (RNS) - entitled "Frontal Lobe Function and Traumatic Brain Injury," Montebello, California, May 25, 2006

Presentation - CNS Community Education Forum - entitled "Impairment Following Traumatic Brain Injury:  What Are We Missing?," Granada Hills, California, May 9, 2006

Presentation - Insurance Rehabilitation Study Group (IRSG) - entitled "Changes in Healthcare Insurance and the Future of Rehabilitation," Scottsdale, Arizona, May 2, 2006

Presentation - CNS Community Education Forum - entitled "Frontal Lobe Function and Traumatic Brain Injury," Dallas, Texas, April 26, 2006

Presentation - Perot Brain and Nerve Injury Center's Pediatric Brain Injury Research Symposium, UT Southwestern Medical Center & Children's Medical Center of Dallas –

entitled "Fundamentals of Cognitive Remediation," Dallas, Texas, March 31, 2006

Presentation - Intracorp - entitled "The Role of Postacute Rehabilitation in Traumatic Brain Injury," Irving, Texas, March 29, 2006

Presentation - Brain Injury Association of Utah - entitled "Cognitive Retraining:  What Can the Brain Injury Victim Expect?," Salt Lake City, Utah, March 9, 2006

Presentation - CNS Community Education Forum - entitled "Impairment Following Traumatic Brain Injury:  What Are We Missing?," Orange, California, March 2, 2006

Presentation - Blue Cross/Blue Shield of Texas - entitled "The Role of Postacute Rehabilitation in Traumatic Brain Injury," Richardson, Texas, January 26, 2006

Presentation - Kern Medical Center - entitled "Impairment Following Traumatic Brain Injury:  What Are We Missing?," Bakersfield, California, November 23, 2005

Presentation - Washoe Rehabilitation Center - entitled "Impairment Following Traumatic Brain Injury:  What Are We Missing?," Reno, Nevada, November 8, 2005

Presentation - Glendale Memorial Hospital - entitled "Neuroplasticity in Neurorehabilitation," Glendale, California, November 7, 2005

Presentation - Kaweah Delta Rehabilitation Hospital - entitled "Impairment Following Traumatic Brain Injury:  What Are We Missing?," Visalia, California, November 3, 2005

Presentation - Rehabilitation Insurance Nurses Group (RING) - entitled "Impairment Following Traumatic Brain Injury:  What Are We Missing?," Phoenix, Arizona, November 1, 2005

Presentation - CNS Community Education Forum - entitled "The Future of Brain Injury Rehabilitation:  What We All Need To Do," Dallas, Texas, October 26, 2005

Presentation - Case Management Society of America, Central Valley Chapter - entitled "Ethical Practices in Rehabilitation," Bakersfield, California, October 12, 2005
Presentation - Brain Injury Association of Idaho - entitled "Principles of Behavior Modification:  Strategies for Brain Injury Rehabilitation," Boise, Idaho, October 7, 2005

Presentation - Brain Injury Association of Utah - entitled "Hope and Resolution," Layton, Utah, October 6, 2005

Presentation - Brain Injury Association of Colorado - entitled "Beyond Barriers:  Effective Transitions," Vail, Colorado, September 30, 2005

Presentation - Brain Injury Association of Michigan - entitled "Operating a Successful Rehabilitation Business Outside a No-Fault Environment," Lansing, Michigan, September 29, 2005

Presentation - North American Brain Injury Society (NABIS) - entitled "The Future of Brain Injury Services:  What We All Need To Do," Amelia Island, Florida, September 24, 2005

Presentation - Case Management Society of America - entitled "Ethical Practices in Rehabilitation," Orlando, Florida, June 22, 2005

Presentation - CNS Community Education Forum - entitled "Mild Traumatic Brain Injury (MTBI)," Granada Hills, California, June 16, 2005

Presentation - Santa Clara Valley Medical Center - entitled "The Role of Postacute Rehabilitation in Traumatic Brain Injury," San Jose, California, June 9, 2005

Presentation - Quest Club - entitled "Health Insurance and Catastrophic Care," Bakersfield, California, May 19, 2005

Presentation - University of North Dakota School of Medicine - entitled "Mild Traumatic Brain Injury (MTBI)," Fargo, North Dakota, April 6, 2005

Presentation - Rehabilitation Nurse Coordinators' Network - entitled "Impairment Following Traumatic Brain Injury:  What Are We Missing?," San Diego, California, February 3, 2005

Presentation - Blue Cross / Blue Shield of Texas - entitled "Cognition and Communication," Richardson, Texas, January 27, 2005

Presentation - Cedars Sinai Medical Center - entitled "Fundamental Cognitive Rehabilitation," Los Angeles, California, January 20, 2005

Presentation - State Compensation Insurance Fund (SCIF) - entitled "Brain Injury Rehabilitation:  Outcome and Efficacy," Monterey Park, California, December 13, 2004

Presentation - Covenant Medical Center - entitled "Traumatic Brain Injury Rehabilitation," Lubbock, Texas, November 13, 2004

Presentation - CNS Community Education Forum - entitled "Neuroplasticity in Neurorehabilitation," Dallas, Texas, November 11, 2004

Presentation - Loma Linda University - entitled "Aging and Traumatic Brain Injury," Loma Linda, California, November 9, 2004

Presentation - Brain Injury Association of Hawaii - entitled "Beyond Barriers:  Effective Transitions," Honolulu, Hawaii, October 30, 2004

Presentation - Antelope Valley Hospital - entitled "Mild Traumatic Brain Injury (MTBI)," Antelope Valley, California, October 19, 2004

Presentation - Brain Injury Association of Utah - entitled "Cognitive Rehabilitation for the Head Injured:  Theory and Practice," Ogden, Utah, October 8, 2004

Presentation - Our Children's House at Baylor - entitled "Brain Injury Rehabilitation: Outcome and Efficacy," Dallas, Texas, September 29, 2004

Presentation - Our Children's House at Baylor - entitled "The Role of Postacute Rehabilitation in Traumatic Brain Injury," Dallas, Texas, September 29, 2004

Presentation - American International Group (AIG) - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Dallas, Texas, September 28, 2004

Presentation - Sedgwick Case Management Services - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Irving, Texas, September 28, 2004

Presentation - American Association of State Compensation Insurance Funds (AASCIF) - entitled "Mild Traumatic Brain Injury (MTBI)," Austin, Texas, September 27, 2004

Presentation - Henry Mayo Newhall Medical Center - entitled "Mild Traumatic Brain Injury (MTBI)," Valencia California, September 2, 2004

Presentation - Gallagher Bassett - entitled "Applied Behavioral Analysis," Dallas, Texas, July 15, 2004

Presentation - Cambridge Integrated Services Group, Inc. - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Houston, Texas, July 14, 2004

Presentation - Highland Insurance Company - entitled Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Houston, Texas, July 14, 2004

Presentation - Sedgwick Case Management Services - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Irving, Texas, June 10, 2004

Presentation - Broadspire - "Identifying Traumatic Brain Injury During Claim File Review: Tools for the Case Manager and Claims Adjuster," Houston, Texas, June 9, 2004

Presentation - Genex Services - "Brain Injury Rehabilitation:  Outcome and Efficacy," Houston, Texas, June 9, 2004

Presentation - CNS Community Education Forum - entitled "Neuroplasticity in Neurorehabilitation," Granada Hills, California, May 13, 2004

Presentation - CHUBB Insurance Group - entitled "Mild Traumatic Brain Injury (MTBI)," Los Angeles, California (and Newport Beach, California - via teleconferencing), April 27, 2004

Presentation - Intracorp Disability Management - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Irving, Texas, March 25, 2004

Presentation - CNS Community Education Forum - entitled "Neuromedical, Aging, and Long-Term Issues Following Traumatic Brain Injury," Dallas, Texas, March 24, 2004

Presentation - Bakersfield Memorial Hospital - entitled "Current Trends in Traumatic Brain Injury Rehabilitation," Bakersfield, California, March 2, 2004

Presentation - Arizona Workers Compensation Claims Association - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Phoenix, Arizona, February 13, 2004

Presentation - Joan Glancy Rehabilitation Hospital - entitled "Applied Behavioral Analysis," Duluth, Georgia, January 14, 2004

Presentation - Chattanooga Chapter, Case Management Society of America - entitled "Ethical Practices in Rehabilitation," Chattanooga, Tennessee, January 13, 2004

Presentation - Texas Mutual Insurance Company - entitled "Identifying Traumatic Brain Injury During claim File Review:  Tools for the Case Manager and Claims Adjuster," Dallas, Texas, December 11, 2003

Presentation - Memorial Hermann Hospital - entitled "Impairment Following Traumatic Brain Injury:  What Are We Missing?," Houston, Texas, December 10, 2003

Presentation - Baylor Rehabilitation Hospital - entitled "Applied Behavioral Analysis," Dallas, Texas, November 7, 2003

Presentation - CorVel Corporation - entitled "Impairment Following Traumatic Brain Injury:  What Are We Missing," Dallas, Texas, November 6, 2003

Presentation - Corpus Christi Claims Association - entitled "Understanding Mild Traumatic Brain Injury," Corpus Christi, Texas, November 5, 2003

Presentation - CNS Community Education Forum / Corpus Christi Claims Association – entitled "Ethical Practices in Rehabilitation," Corpus Christi, Texas, November 5, 2003

Presentation - CNS Community Education Forum / Corpus Christi Claims Association – entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Corpus Christi, Texas, November 5, 2003

Presentation - Montana State Fund - entitled "Treatment of Moderate to Severe Brain Injuries," Helena, Montana, October 10, 2003

Presentation - Montana State Fund - entitled "Mild Traumatic Brain Injuries (MTBI)," Helena, Montana, October 10, 2003

Presentation - Brain Injury Association of California - entitled "Outcomes in TBI Rehabilitation," Napa, California, October 10, 2003

Presentation - CHUBB & Son Insurance - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Los Angeles, California, October 7, 2003

Presentation - Brain Injury Association of Oregon - entitled "Brain Injury Rehabilitation: Outcome and Efficacy," Portland, Oregon, October 3, 2003

Presentation - Inland Empire Case Management (IECMA) - entitled "Understanding Mild Traumatic Brain Injury," Spokane, Washington, September 25, 2003

Presentation - Zenith Insurance Company - entitled "Mild Traumatic Brain Injury (MTBI)," Woodland Hills, California, July 23, 2003

Presentation - Oregon Self-Insured Association - entitled "Central Nervous System: Acquired Brain Injury," Wilsonville, Oregon, July 17, 2003

Presentation - St. Jude Brain Injury Network - entitled "Introduction to Traumatic Brain

Injury Rehabilitation:  Expectations and Recovery," Fullerton, California, July 16, 2003

Presentation - CNS Community Education Forum - entitled "Impairment Following Traumatic Brain Injury:  What Are We Missing?," Plano, Texas, July 9, 2003

Presentation - Health South City View - entitled "Impairment Following Traumatic Brain Injury:  What Are We Missing?," Forth Worth, Texas, July 8, 2003

Presentation - Ward North America - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Dallas, Texas, July 8, 2003

Presentation - CNS Community Education Forum - entitled "Neuromedical, Aging, and Long-Term Issues Following Traumatic Brain Injury," Van Nuys, California, May 21, 2003

Presentation - Liberty Mutual Insurance Company - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Houston, Texas, April 9, 2003

Workshop - Mercy General Hospital - entitled "Mild Traumatic Brain Injury (MTBI)," Carmichael, California, March 27, 2003

Presentation - Bakersfield Memorial Hospital - entitled "Current Trends in Traumatic Brain Injury Rehabilitation," Bakersfield, California, March 19, 2003

Presentation - Hawai'i Employers Mutual Insurance Company - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Honolulu, Hawai'i, March 13, 2003

Presentation - Disability Management Coalition - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Honolulu, Hawai'i, March 13, 2003

Presentation - Intracorp - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Honolulu, Hawai'i, March 11, 2003

Presentation - CNA Insurance Company - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Houston, Texas, February 13, 2003

Presentation - Intracorp - entitled "Identifying Traumatic Brain Injury During Claim File

Review:  Tools for the Case Manager and Claims Adjuster," Houston, Texas, February 12, 2003

Presentation - CorVel Corporation - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Houston, Texas, February 12, 2003

Presentation - San Antonio Claims Association - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," San Antonio, Texas, February 11, 2003

Presentation - Pinnacle Risk Management/Orchard Medical Consulting - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Phoenix, Arizona, January 29, 2003

Presentation - Barrows Neurological Institute, St. Joseph's Hospital - entitled "Traumatic Brain Injury Educational Series," Phoenix, Arizona, January 28, 2003

Presentation - The Texas Mutual Fund - entitled "Impairment Following Traumatic Brain Injury:  What Are We Missing?," Lubbock, Texas, January 23, 2003

Presentation - CNS Community Education Forum - entitled "Applied Behavioral Analysis," Dallas, Texas, January 22, 2003

Presentation - Blue Shield of California - entitled "Ethical Practices in Rehabilitation," El Dorado Hills , California, (and Woodland Hills, California - via video-conferencing), December 4, 2002

Presentation - Genex Services, Inc./Texas Association of School Boards - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Houston, Texas, November 14, 2002

Presentation - The Texas Mutual Fund - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Houston, Texas, November 14, 2002

Presentation - Genex Services, Inc. - entitled "Introduction to Traumatic Brain Injury," Dallas, Texas, November 13, 2002

Presentation - Genex Services, Inc. - entitled "Mild Traumatic Brain Injury (MTBI)," Dallas, Texas, November 13, 2002

Presentation - Louisiana Workers' Compensation Corporation (LWCC) - entitled

"Identifying Traumatic Brain Injury During Claim File Review: Tools for the Case Manager and Claims Adjuster," Baton Rouge, Louisiana, October 31, 2002

Presentation - "Required Medical and Legal Education in the Traumatic Brain Injury Case" Conference Sponsored by The Brain Injury Assn. of Nevada and Titolo Law Office - entitled "Aging and Traumatic Brain Injury," Las Vegas, Nevada, October 25, 2002

Presentation - Kemper Insurance Company - entitled "Identifying Traumatic Brain Injury During Claim File Review: Tools for the Case Manager and Claims Adjuster," Dallas, Texas, October 24, 2002

Presentation - Royal Sun Alliance - entitled "Identifying Traumatic Brain Injury During Claim File Review: Tools for the Case Manager and Claims Adjuster," Dallas, Texas, October 23, 2002

Presentation - Royal Sun Alliance - entitled "Introduction to Traumatic Brain Injury," Dallas, Texas, October 23, 2002

Presentation - Loma Linda University - entitled "Issues in Discharge Planning and Case Management in TBI Rehabilitation," Loma Linda, California, October 3, 2002

Presentation - Medical Case Management Convention XIV - entitled "Current Trends in Traumatic Brain Injury Rehabilitation," Denver, Colorado, September 27, 2002

Presentation - Crawford & Company - entitled "Identifying Traumatic Brain Injury During Claim File Review: Tools for the Case Manager and Claims Adjuster," Houston, Texas, September 26, 2002

Presentation - CNS Community Education Forum - entitled "Mild Traumatic Brain Injury (MTBI)," Dallas, Texas, September 25, 2002

Presentation - Blue Shield of California - entitled "Applied Behavioral Analysis," El Dorado Hills, California, (and Woodland Hills, California - via teleconferencing), September 4, 2002

Presentation - Gallagher Bassett Services, Inc. - entitled "Identifying Traumatic Brain Injury During Claim File Review: Tools for the Case Manager and Claims Adjuster," Houston, Texas, July 18, 2002

Presentation - Safeco Insurance Company - entitled "Identifying Traumatic Brain Injury During Claim File Review: Tools for the Case Manager and Claims Adjuster," Richardson, Texas, July 17, 2002

Presentation - The 2002 Brain Injury Symposium - entitled "Issues in Discharge Planning and Case Management in TBI Rehabilitation," Honolulu, Hawai'i, June 29, 2002

Presentation - First Insurance Company of Hawai'i - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Honolulu, Hawai'i, June 27, 2002

Presentation - Baylor Institute for Rehabilitation - entitled "Brain Injury Rehabilitation: Outcome and Efficacy," Dallas, Texas, June 18, 2002

Presentation - Concentra Managed Care - entitled "Brain Injury Rehabilitation: Outcome and Efficacy," Carrollton, Texas, May 29, 2002

Presentation - Workers' Compensation Fund - entitled "Aging and Discharge Planning for Persons with Traumatic Brain Injury:  Immediate and Long-Term Implications," Salt Lake City, Utah, May 17, 2002

Presentation - CNS Community Education Forum - entitled "Mild Traumatic Brain Injury (MTBI)," Van Nuys, California, May 1, 2002

Presentation - CNS Community Education Forum - entitled "The Rose of Postacute Rehabilitation in Traumatic Brain Injury," Irving, Texas, April 25, 2002

Presentation - Harris Methodist Hospital - entitled "Introduction to Traumatic Brain Injury," Fort Worth, Texas, April 24, 2002

Presentation - Southern Illinois University - entitled "Guy A. Renzaglia Lecture:  Current Trends in TBI Rehabilitation," Carbondale, Illinois, April 23, 2002

Presentation - Liberty Mutual Insurance Company - entitled "Mild Traumatic Brain Injury (MTBI), Glendale, California, April 3, 2002

Presentation - Case Management Society of America, Hawaii Chapter - entitled "The Role of Postacute Rehabilitation in Traumatic Brain Injury," Honolulu, Hawaii, March 14, 2002

Presentation - Zurich North American Insurance - entitled "Identifying Traumatic Brain Injury During Claim File Review: Tools for the Case Manager and Claims Adjuster," Dallas, Texas, December 6, 2001

Presentation - IntraCorp - entitled "Mild Traumatic Brain Injury (MTBI)," Dallas, Texas,

December 5, 2001

Presentation - CNS Community Education Forum - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Health Care Professionals," Phoenix, Arizona, October 31, 2001

Presentation - RSKCo Cost Management - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Phoenix, Arizona, October 30, 2001

Presentation - Workers' Compensation Fund of Utah - entitled "Traumatic Brain Injury Rehabilitation: Expectations and Recovery," San Antonio, Texas, October 24, 2001

Presentation - Texas Tech University Health Sciences Center: Continuing Nursing Education Program - entitled "The Continuum of Care for TBI: Acute to Postacute," Lubbock, Texas, October 19, 2001

Presentation - Greater Bakersfield Memorial Hospital - entitled "Current Trends in Traumatic Brain Injury Rehabilitation," Bakersfield, California, October 16, 2001

Presentation - Brain Injury Association of Utah, Inc. - entitled "Living Life After Traumatic Brain Injury:  Fitting In," Provo, Utah, October 11, 2001

Presentation - Brain Injury Association of Utah, Inc. - entitled "Applied Behavioral Analysis," Provo, Utah, October 11, 2001

Presentation - The Brain Injury Association of Oregon - entitled "Anger and Depression Following Traumatic Brain Injury," Wilsonville, Oregon, October 6, 2001

Presentation - GeneralCologne Re Corporation - entitled "The Role of Post-Acute Rehabilitation in Traumatic Brain Injury Rehabilitation," Atlanta, Georgia, August 29, 2001

Presentation - State Board of Workers' Compensation - entitled "Traumatic Brain Injury Recovery Rates in Postacute Rehabilitation:  Spontaneous Recovery or Treatment," Atlanta, Georgia, August 28, 2001

Presentation - Blue Shield of California - entitled "Impairment Following Traumatic Brain Injury:  What Are We Missing?," Folsom, California, August 1, 2001

Presentation - Case Management Society of America - entitled "Brain Injury Rehabilitation: Outcome and Efficacy," Torrance, California, June 19, 2001

Presentation - Loma Linda University - entitled "Postacute Rehabilitation for Traumatic Brain Injury," Loma Linda, California, May 30, 2001

Presentation - Case Management Society of America, Hawaii Chapter - entitled "Mild Traumatic Brain Injury (MTBI)," Honolulu, Hawaii, May 16, 2001

Presentation - CorVel Corporation - entitled "Mild Traumatic Brain Injury (MTBI)," Honolulu, Hawaii, May 16, 2001

Presentation - Texas Workers' Compensation Insurance Fund - entitled "Introduction to Traumatic Brain Injury," Austin, Texas, May 3, 2001

Presentation - Texas Workers' Compensation Insurance Fund - entitled "Mild Traumatic Brain Injury (MTBI)," Austin, Texas, May 3, 2001

Presentation - Centre for Neuro Skills® Community Education Seminar - entitled "Cost-Effective Traumatic Brain Injury Outcomes: Make the Correct Decision the First Time," Airtel Plaza Hotel & Conference Center, Van Nuys, California, April 11, 2001

Presentation - Texas Workers' Compensation Insurance Fund - entitled "Mild Traumatic Brain Injury (MTBI), Dallas, Texas, April 4, 2001

Presentation - Centre for Neuro Skills® Community Education Seminar - entitled "Ethical Practices in Rehabilitation," Doubletree Hotel - Campbell Centre, Dallas, Texas, April 3, 2001

Presentation - Hartford Insurance Group - entitled "Identifying Traumatic Brain Injury During Claim File Review: Tools for the Case Manager and Claims Adjuster," Dallas, Texas, March 7, 2001

Presentation - Idaho State Insurance Fund - entitled "Brain Injury Rehabilitation: Outcome and Efficacy," Boise, Idaho, January 31, 2001

Presentation - State Compensation Insurance Fund - entitled "Ethical Practices in Rehabilitation," hosted by Centre for Neuro Skills® - Los Angeles, Encino, California, November 20, 2000

Presentation - Centre for Neuro Skills® Community Education Forum - entitled "Cognition and Communication in Traumatic Brain Injury," Dallas, Texas, November 2, 2000

Presentation - MCMC XII (Medical Case Management Convention) - entitled "Current Trends in TBI Rehabilitation," New Orleans, Louisiana, October 28, 2000

Presentation - Arizona State Fund - entitled "Mild Traumatic Brain Injury (MTBI), Phoenix, Arizona, October 20, 2000

Presentation - Brain Injury Association of Utah - entitled "Applied behavioral Analysis, Provo, Utah, October 19, 2000

Presentation - Brain Injury Association of Utah - entitled "Fitting In," Provo, Utah, October 19, 2000

Presentation - 55th Annual Florida Workers' Compensation Educational Conference – entitled "Brain Injury Rehabilitation:  Outcome and Efficacy," Orlando, Florida, September 27, 2000

Presentation - Concentra Managed Care - entitled "Impairment Following Traumatic Brain Injury:  What Are We Missing?," Carrollton, Texas, September 14, 2000

Presentation - Western Association of Workers' Compensation Boards - entitled "Brain Injury Rehabilitation:  Outcome and Efficacy," Coeur d'Alene, Idaho, July 25, 2000

Presentation - Pacific Care - entitled "Mild Traumatic Brain Injury (MTBI)," Cypress, California, June 21, 2000

Presentation - Unicare - entitled "Traumatic Brain Injury Rehabilitation:  Expectations and Recovery," Huntington Beach, California, June 14, 2000

Presentation - Community Education Forum hosted by Centre for Neuro Skills[®] - entitled "Impairment Following Traumatic Brain Injury:  What Are We Missing?," Dallas, Texas, May 23, 2000

Presentation - Case Management Society of America - entitled "Dr. Jekyll and Mr. Hyde: Brain-Behavior Relationships Following Traumatic Brain Injury," Dallas, Texas, April 7, 2000

Presentation - Blue Shield of California - entitled "Applied Behavioral Analysis," Folsom, California, March 29, 2000

Presentation - Community Education Forum hosted by Centre for Neuro Skills[®] - entitled "Mild Traumatic Brain Injury (MTBI)," Airtel Plaza Hotel & Conference Center, Van Nuys, California, March 23, 2000

Presentation - Unicare - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Huntington Beach,

California, March 15, 2000

Presentation - Concentra Managed Care - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Riverside, California, February 22, 2000

Presentation - Intracorp - entitled "Mild Traumatic Brain Injury (MTBI)," Anaheim, California, February 16, 2000

Presentation - Prudential Heathcare North Texas - entitled "Cognition and Communication in Traumatic Brain Injury," Dallas, Texas, January 12, 2000

Presentation - Kemper National Insurance Company - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Dallas, Texas, December 2, 1999

Presentation - Brain Injury Association of Utah, Inc. - entitled "Mild Traumatic Brain Injury (MTBI)," Provo, Utah, October 28, 1999

Presentation - Orange County Bar Association, Workers' Compensation Section – entitled "Mild Traumatic Brain Injury (MTBI)," Orange, California, October 4, 1999

Workshop - Aphasiology Association of Ohio - entitled "Interventions for Cognitive Dysfunction Following Neurological Injury, Columbus, Ohio, October 1, 1999

Workshop - Loma Linda University - entitled "Principles of Behavior Modification," Loma Linda, California, September 14, 1999, 9:00 a.m. - 4:00 p.m.

Presentation - Tustin Rehabilitation Hospital - entitled "Mild Traumatic Brain Injury (MTBI)," Tustin, California, September 10, 1999

Presentation - Prudential Healthcare North Texas - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Dallas, Texas, September 8, 1999

Presentation - Genesis Healthcare Corporation - entitled "Applied Behavioral Analysis," Portland, Oregon, September 2, 1999

Presentation - Oregon Medical Case Managers Group - entitled "Overview of Traumatic Brain Injury and Associated Cognitive and Behavioral Issues," Portland, Oregon, September 2, 1999

Presentation - Liberty Mutual Group - entitled "Identifying Traumatic Brain Injury During

Claim File Review:  Tools for the Case Manager and Claims Adjuster," Irving, Texas, April 15, 1999

Presentation - Risk Insurance Management Society - entitled "Management of Catastrophic Injury Claims," Dallas, Texas, April 14, 1999

Presentation - Travelers Insurance Company - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Dallas, Texas, March 24, 1999

Presentation - Travelers Insurance Company - entitled "Applied Behavioral Analysis," Dallas, Texas, March 24, 1999

Presentation - East Texas Area Claims Association - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Tyler, Texas, March 23, 1999

Presentation - East Texas Area Claims Association - entitled "Applied Behavioral Analysis," Tyler, Texas, March 23, 1999

Presentation - Legal Nurse Consultants, DFW Chapter - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Dallas, Texas, March 9, 1999

Presentation - Blue Shield of California - entitled "Post-Acute Traumatic Brain Injury Rehabilitation," Los Angeles, California, February 18, 1999

Presentation - Dallas/Fort Worth Case Management Society of America - entitled "Applied Behavioral Analysis," Dallas, Texas, February 16, 1999

Presentation - St. Paul Insurance Company - entitled "Identifying Traumatic Brain Injury During Claim File Review: Tools for the Case Manager and Claims Adjuster," Arlington, Texas, February 11, 1999

Workshop - Loma Linda University - entitled "Principles of Behavior Modification," Loma Linda, California, November 18, 1998, 9:00 a.m. - 4:00 p.m.

Presentation - Kemper National Insurance Group - entitled "Ethical Practices in Rehabilitation," Dallas, Texas, November 11, 1998

Presentation - American Association of State Compensation Funds (AASCIF) - entitled "Brain Injury Management," Phoenix, Arizona, October 23, 1998

Presentation - Brain Injury Association of Utah - entitled "Mild Traumatic Brain Injury (MTBI)," Salt Lake City, Utah, October 16, 1998

Workshop - Loma Linda University - entitled "Principles of Behavior Modification," Loma Linda, California, October 13, 1998, 9:00 a.m. - 4:00 p.m.

Presentation - CIGNA Property & Casualty WC Specialist National Learning Conference - entitled "Mild Traumatic Brain Injury (MTBI)," Scottsdale, Arizona, October 7, 1998

Presentation - Kentfield Rehabilitation Hospital - entitled "Centre for Neuro Skills®: Post-Acute Neurological Rehabilitation," Kentfield, California, September 25, 1998

Presentation - Brain Injury Association of Oklahoma, Inc./University of Oklahoma, College of Medicine - entitled "Ethical Practices in Rehabilitation," Oklahoma City, Oklahoma, September 11, 1998

Presentation - State Office of Risk Management - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Case Manager and Claims Adjuster," Austin, Texas, July 30, 1998

Presentation - United Healthcare - entitled "Introduction to Traumatic Brain Injury," Dallas, Texas, July 1, 1998

Presentation - BRI Case Management - entitled "Long-Term Outcome Follow-Up of Postacute TBI Rehabilitation," Louisville, Kentucky, May 15, 1998

Presentation - State Compensation Insurance Fund - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Claims Manager," Santa Ana, California, May 5, 1998

Presentation - Ali Care Medical Management - entitled "Case-Management Techniques and Cost/Benefit Analysis in TBI Rehabilitation," Salem, New Hampshire, April 21, 1998

Presentation - Liberty Mutual Insurance Company - entitled "Identifying Traumatic Brain Injury During Claim File Review: Tools for the Case Manager and Claims Adjuster," Orange, California, March 31, 1998

Presentation - Baylor Institute of Rehabilitation - entitled "Applied Behavioral Analysis," Dallas, Texas, March 13, 1998

Presentation - Business Health Services - entitled "Post-Acute TBI Rehabilitation Outcome: Relationship to Case-Management Techniques and Strategy," Sacramento, California, March 11, 1998

Presentation - Greater Los Angeles Mensa's 1998 Regional Gathering - entitled "The Effects of Traumatic Brain Injury on Intelligence," Hollywood, California, February 13, 1998

Presentation - AIG - entitled "Traumatic Brain Injury Rehabilitation," Phoenix, Arizona, February 11, 1998

Presentation - Orange Workers' Compensation Forum - entitled "Identifying Traumatic Brain Injury During Claim File Review: Tools for the Claims Manager," Orange, California, February 5, 1998

Presentation - L.S. Hospital - entitled "Post-Acute Traumatic Brain Injury Rehabilitation," Salt Lake City, Utah, February 4, 1998

Presentation - Blue Shield of California - entitled "Just What Is Cognitive Rehabilitation, Anyway???," Folsom, California, January 29, 1998

Workshop - Loma Linda University - entitled "Principles of Behavior Modification," Loma Linda , California, October 16, 1997, 9:00 a.m. - 4:00 p.m.

Presentation - Central Arizona Association of Rehabilitation Nurses - entitled "The Vestibular System," Phoenix, Arizona, September 18, 1997

Presentation - AIG - entitled "Mild Traumatic Brain Injury (MTBI)," Phoenix, Arizona, September 17, 1997

Presentation - Fremont Insurance Company - entitled "Mild Traumatic Brain Injury (MTBI)," San Francisco, California, September 16, 1997

Presentation - Utah Case Management Association - entitled "Principles of Behavior Modification," Salt Lake City, Utah, July 10, 1997

Presentation - Los Angeles Unified School District - entitled "Comprehensive Rehabilitation and Reintegration of Traumatically Brain-Injured Children to School Setting," Studio City, California, June 6, 1997

Presentation - MetraHealth - entitled "Cognitive Disorders," Long Beach, California, May 23, 1997

Presentation - San Bernardino Workers' Compensation Forum - entitled "Identifying Traumatic Brain Injury During Claim File Review: Tools for the Case Manager," San Bernardino, California, May 13, 1997

Presentation - International Association of Industrial Accident Boards and Commissions (IAIABC) - entitled "Identifying Traumatic Brain Injury During Claim File Review: Tools for the Case Manager," Mesa, Arizona, May 1, 1997

Presentation - Blue Shield of California - entitled "Identifying Traumatic Brain Injury During Claim File Review: Tools for the Case Manager," Folsom, California, April 29, 1997

Presentation - City of Prescott - entitled "Identifying Traumatic Brain Injury During Claim File Review: Tools for the Case Manager," Prescott, Arizona, February 28, 1997

Presentation - Medical Claims Management Services - entitled "Identifying Traumatic Brain Injury During Claim File Review: Tools for the Case Manager," Honolulu, Hawaii, January 22, 1997

Presentation - Washington Medical Case Management Association - entitled "Managing Aggressive Behavior in Brain Injury," Seattle, Washington, November 14, 1996

Presentation - Rehabilitation Nurse Coordinator's Network - entitled "Managing Aggressive Behavior in the Brain Injured," San Diego, California, November 7, 1996

Workshop - Loma Linda University - entitled "Principles of Behavior Modification," Loma Linda , California, November 6, 1996, 9:00 a.m. - 4:00 p.m.

Presentation - Southwest Risk Services - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Claims Manager," Phoenix, Arizona, October 30, 1996

Workshop - Loma Linda University - entitled "Principles of Behavior Modification," Loma Linda, California, October 16, 1996, 9:00 a.m. - 4:00 p.m.

Presentation - The Industrial Commission of Arizona - entitled "Identifying Traumatic Brain Injury During Claim File Review:  Tools for the Claims Manager," Phoenix, Arizona, August 16, 1996

Presentation - Workers Compensation Fund of Utah - entitled "Mild Traumatic Brain Injury (MTBI)," Salt Lake City, Utah, August 8, 1996

Presentation - State Fund Workers' Compensation Insurance - entitled "Cognitive Disorders," Phoenix, Arizona, August 7, 1996

Presentation - "New Options, New Directions" sponsored by Rehabilitation Services

Administration and Arizona Rehabilitation Association - entitled "Community-Based Rehabilitation:  A Model for TBI Rehabilitation," Scottsdale, Arizona, July 18, 1996

Presentation - The Gates Company - entitled "Ethical Practices in Rehabilitation," Denver, Colorado, July 9, 1996

Video-conference -  Rehab Training Network - entitled "TBI: Cognitive Issues and Communication," Washington, DC, April 27, 1996

Presentation - Rehabilitation Nurses' Society - entitled "Mild Traumatic Brain Injury and Vestibular Rehabilitation," Studio City, California, April 25, 1996

Presentation - State Compensation Insurance Fund - entitled "Ethical Practices in Rehabilitation," San Francisco, California, March 5, 1996

Presentation - Scripps Memorial Hospital - entitled "Principles of Behavior Modification," Encinitas, California, February 28, 1996

In service to Staff - Centre for Neuro Skills® - entitled "Cognitive Disorders," Bakersfield, California, January 30, 1996

Workshop - Loma Linda University - entitled "Principles of Behavior Modification," Loma Linda, California, November 15, 1996, 9:00 a.m. - 4:00 p.m.

Presentation - Insurance Rehabilitation Study Group (IRSG) - entitled "Long-Term Outcome Follow-Up of Postacute TBI Rehabilitation," Atlanta, Georgia, November 9, 1995

Presentation - Arizona State Compensation Insurance Fund - entitled "Case-Management Techniques and Cost/Benefit Analysis in TBI Rehabilitation," Phoenix, Arizona, October 24, 1995

Presentation - Southern Illinois University's Eighth Annual Seminar in Communication Disorders & Sciences *Current Topics in TBI Care and Reimbursement* - entitled "Cognitive Disorders," Carbondale, Illinois, October 20, 1995

Workshop - Loma Linda University - entitled "Principles of Behavior Modification," Loma Linda, California, October 13, 1995, 9:00 a.m. - 4:00 p.m.

Presentation - Robert H. Ballard Rehabilitation Hospital - entitled "Mild Traumatic Brain Injury (Post-Concussion Syndrome)," San Bernardino, California, October 6, 1995

Presentation - Kaiser Permanente - entitled "Cognitive Disorders," Los Angeles,

California, June 2, 1995

Presentation - 6th Annual Northwest Medical Case Management Conference - entitled "Post-Acute TBI Rehabilitation Outcome:  Relationship to Case-Management Techniques and Strategy," Spokane, Washington, April 5-7, 1995

## Career Related Activities:

Distinguished Alumni Award - Southern Illinois University, 1995 - In recognition of outstanding   accomplishments and contributions in the field of brain injury rehabilitation.

Attendee - Third Annual Conference on the Foundations of Behavioral Neurology entitled "Neurobehavioral Disorders:  Clinical Investigative Techniques and Applications" sponsored by the Southern California Neuropsychiatric Institute, Wenner Gren Center, Stockholm, Sweden, September 23-27, 1989

Chairman - Subcommittee for Post-Acute Care and Rehabilitation Standards with Head Injury Task Force of the American Congress of Rehabilitation Medicine, 1983-1986

Consultant - Bakersfield Association for Retarded Citizens, 1981

Instructor - Communication Aide Program, Speech Pathology, Inc., 1979-1980

Consultant/Founder - International Association of Laryngectomies - Kern County Chapter, 1980-1981

Member - Board of Directors - American Cancer Society - Kern County Chapter, 1980-1982

Instructor - University of California at Santa Barbara Extension, 1980

Service Committee Member - American Cancer Society - Kern County Chapter, 1979-1982

## Memberships

Member – North America Brain Injury Society 2011-present

Member – Society for Neurotrauma, 2011- present

Member - National Association of State Head Injury Administrators (NASHIA), 2007-2008

Member - Young Presidents' Organization (YPO), 2004-present

Member - International Brain Injury Association, 2004-present

Member - International Association of Rehabilitation Professionals, 2004-present

Member - American Society of Neurorehabilitation, 2003-present

Member - ACRM's Brain Injury ISIG, 1995-present

Member - American Academy of Clinical Neurophysiology, 1995-present

Member - American Association for the Advancement of Science, 1991-present

Member - National Head Injury Foundation (NHIF) Provider Council, 1988-1992

Member - National Advisory Committee on Post-Acute Head Injury Programs, Commission on Accreditation of Rehabilitation Facilities (CARF), 1986

Member - Texas Speech and Hearing Association (TSHA), 1986-Present

Member - Traumatic Head Injury Professional Association of California (THIPAC)

Active Member - American Congress of Rehabilitation Medicine (ACRM), 1981-Present

Member - National Association for Independent Living (NAIL), 1981- Present

Member - National Rehabilitation Administration Association (NRAA), 1981-Present

Member - National Rehabilitation Counselors (NRC), 1981-Present

Member - National Rehabilitation Association (NRA), 1981-Present

Member - California Speech and Hearing Association (CSHA), 1979-Present

Member - American Speech and Hearing Association (ASHA), 1979-Present