IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO<br><br>All Actions | : : : : : | |

_____

**[Proposed] O R D E R**

AND NOW this _____ day of _____, 2014, upon consideration of Brain Injury Association of America's Motion for leave to file reply brief in support of its motion to be designated as *amicus curiae* with the right to review the proposed settlement and relevant documents, and for leave to file *amicus curiae* brief, it is hereby ORDERED and DECREED that Movant Brain Injury Association of America's Motion is GRANTED.  The proposed Memorandum of Law attached to the Motion as Exhibit 1 is considered filed as of January 10, 2014.

BY THE COURT

_____
Anita B. Brody, J.