IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO<br><br>All Actions | : : : : : | |

CERTIFICATE OF SERVICE

    I, Christopher J. Wright, hereby certify that on January 10, 2014, I caused the Brain Injury Association of America's Motion for Leave to file Reply Memorandum of Law in Support of its Motion to be Designated *Amicus Curiae* with the Right to Review the Proposed Settlement and Relevant Documents, and for Leave to File an *Amicus Curiae* Brief, and attached exhibits, to be electronically filed with the Clerk of Court through ECF and be available for viewing and downloading from the ECF system, and that ECF will send an electronic notice of electronic filing to counsel of record in the above-captioned case.

/s/ Christopher J. Wright
*Attorney for Proposed Amicus Curiae Brain Injury Association of America*
Admitted *pro hac vice* (DC Bar No. 367384)
Wiltshire & Grannis LLP
1200 Eighteenth Street NW
12th Floor
Washington, DC 20036
(202) 730-1300
(202) 730-1301 (fax)
cwright@wiltshiregrannis.com