IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : <br> : <br> :     MDL No. 2323 <br> :     12-md-2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : <br> : |

## ORDER

**AND NOW,** this 14th day of January, 2014, it is **ORDERED** that Plaintiffs' Motion for Preliminary Approval and Class Certification [ECF No. 5634] is **DENIED** without prejudice. The parties are **ORDERED** to share the documentation referred to in their submissions with the Court through the Special Master.

                                                                              s/Anita B. Brody

                                                        ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                          Copies **MAILED** on _____ to: