UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to: | NOTICE OF VOLUNTARY DISMISSAL |
| Plaintiffs' Master Administrative Long Form Complaint and *Sweet, et. al. vs. National Football League,* USDC, EDPA, **Docket No. 12-cv-7214-AB**  **RICHARD VAN DRUTEN**, Plaintiff | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION  JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL
## ON BEHALF OF PLAINTIFF, RICHARD VAN DRUTEN

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(i), Plaintiff RICHARD VAN DRUTEN, hereby voluntarily dismisses his claims against the NFL in the above-captioned action only, without prejudice. Defendant has not yet served an Answer or Motion for Summary Judgment in response to RICHARD VAN DRUTEN'S Complaint. His action has been consolidated into In re: National Football League Players' Concussion Injury Litigation, MDL No. 12-2323 (AB). RICHARD VAN DRUTEN has filed this Notice under both the individual docket number listed in the caption above and the MDL docket.

Dated: January 14, 2014

Respectfully Submitted:

/s/ Graham B. LippSmith
Thomas V. Girardi
Graham B. LippSmith
Celene S. Chan
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Phone: (213) 977-0211
Fax: (213) 481-1554
tgirardi@girardikeese.com
glippsmith@girardikeese.com
cchan@girardikeese.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on January 14, 2014, I caused the Notice of Voluntary Dismissal as to Plaintiff Richard Van Druten to be electronically filed with the Clerk of Court through ECF and be available for viewing and downloading from the ECF system, and that ECF will send an electronic notice of electronic filing to counsel of record in the above-captioned case.

Dated:  January 14, 2014

/s/ Graham B. LippSmith
Graham B. LippSmith
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Phone:  (213) 977-0211
Fax:  (213) 481-1554
glippsmith@girardikeese.com