IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | No. 2:12-md-02323-AB <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO | : : | |
| All Actions | : : : | |

[Proposed] O R D E R

AND NOW this 14th day of January, 2014, upon consideration of Brain Injury Association of America's Motion for leave to file reply brief in support of its motion to be designated as *amicus curiae* with the right to review the proposed settlement and relevant documents, and for leave to file *amicus curiae* brief, it is hereby ORDERED and DECREED that Movant Brain Injury Association of America's Motion is GRANTED.  The proposed Memorandum of Law attached to the Motion as Exhibit 1 is considered filed as of January 10, 2014.

BY THE COURT

_____
Anita B. Brody, J.

COPIES VIA ECF ON ___