UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| This relates to:<br><br>Plaintiffs' Master Administrative Long Form Complaint and *Sweet et. al. vs. National Football League,* USDC, EDPA, **Docket No. 12-cv-7214-AB**<br><br>**RICHARD VAN DRUTEN**, Plaintiff | NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT<br><br>**MDL:** 12-CV-2323<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT ON BEHALF OF PLAINTIFF, RICHARD VAN DRUTEN

Plaintiff RICHARD VAN DRUTEN, hereby withdraws his Short Form Complaint in the above captioned litigation only, without prejudice, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(i).

The original complaint filed for Plaintiff RICHARD VAN DRUTEN was filed on December 27, 2012, as part of *Joseph Sweet, et al. v. National Football League*, USDC, EDPA, Docket No. 12-cv-7214-AB. Consistent with the Court's Orders, Plaintiff RICHARD VAN DRUTEN's Short Form Complaint was filed: (a) on January 11, 2013 as Document No. 4542 under the MDL Docket (*In Re: National Football League Players' Concussion Injury Litigation*) and (b) as Document No. 60, under *Joseph Sweet, et al. v. National Football League*, USDC, EDPA, Docket No. 12-cv-7214-AB.

This Notice hereby withdraws Plaintiff RICHARD VAN DRUTEN's Short Form Complaint as filed under both dockets referenced herein only, without prejudice.

Dated:  January 17, 2014                     Respectfully Submitted:

/s/ Graham B. LippSmith
Thomas V. Girardi
Graham B. LippSmith
Celene S. Chan
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Phone:  (213) 977-0211
Fax:  (213) 481-1554
tgirardi@girardikeese.com
glippsmith@girardikeese.com
cchan@girardikeese.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on January 17, 2014, I caused the Notice of Withdrawal of Short Form Complaint as to Plaintiff Richard Van Druten to be electronically filed with the Clerk of Court through ECF and be available for viewing and downloading from the ECF system, and that ECF will send an electronic notice of electronic filing to counsel of record in the above-captioned case.

Dated: January 17, 2014

/s/ Graham B. LippSmith
Graham B. LippSmith
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Phone: (213) 977-0211
Fax: (213) 481-1554
glippsmith@girardikeese.com