IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | : : : : | **MDL No. 2323** 12-md-2323 |
| **THIS DOCUMENT RELATES TO:** 12-cv-1023 | : : : | |
| **GARY JONES, Only,** | : : | |
| v. | : : | |
| **NATIONAL FOOTBALL LEAGUE, et al.** | : | |

## ORDER

       **AND NOW**, this _24TH_____ day of January, 2014, upon consideration of the Motion to Substitute Counsel for Plaintiff, Gary Jones [ECF No. 91], Plaintiff's counsel, Mr. Jason E. Luckasevic, is **ORDERED TO SHOW CAUSE** on or before **Monday, February 10, 2014** why the Motion should not be granted.

                                                                               s/Anita B. Brody

                                                                 _____
                                                                 ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                  Copies **MAILED** on _____ to: