UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>-------------------------------------------------------<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Plaintiffs' Administrative Long-Form Complaint and (if applicable)**<br><br>**GARY JONES, Only**<br>v. National Football League, et al., No. 2:12-cv-01023 AB | No. 12-md-2323 (AB)<br><br>MDL No. 2323<br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR GARY JONES** |

      AND NOW come Jason E. Luckasevic and Jason T. Shipp of Goldberg, Persky & White, P.C., Thomas V. Girardi, Graham LippSmith, and Celene S. Chan of Girardi Keese, and Herman Russomanno and Robert Borello of Russomanno & Borello, P.A., moving this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(a)(3) and Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of GARY JONES only in this action, and state as follows:

      1.      Gary Jones has discharged the undersigned counsel from representing him in this action.

      WHEREFORE, undersigned counsel ask this Court for leave to withdraw as counsel for Gary Jones ONLY in this action

Dated: January 27, 2014        By:  *s/ Jason E. Luckasevic*
                                                         Jason E. Luckasevic, Esquire
                                                         PA Bar No. 85557
                                                         Jason T. Shipp, Esquire

PA Bar No. 87471
GOLDBERG, PERSKY & WHITE, P.C.
1030 Fifth Avenue
Pittsburgh, PA  15219
Telephone:  (412) 471-3980
Facsimile:  (412) 471-8308

GIRARDI | KEESE
Thomas Girardi (California Bar No. 36603)
Graham LippSmith (California Bar No. 221984)
Celene S. Chan (California Bar No. 260267)
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone:  (213) 977-0211
Facsimile:  (213)481-1554

RUSSOMANNO & BORRELLO, P.A.
Herman J. Russomanno (Florida Bar No. 240346)
Robert J. Borrello (Florida Bar No. 764485)
150 West Flagler Street - PH 2800
Miami, FL 33130
Telephone: (305) 373-2101
Facsimile: (305) 373-2103