# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Master Case No.   12-md-2323 (AB) |
| **THIS DOCUMENT RELATES TO:** **ALL ACTIONS and** **Natrone Means, et al. v. National Football League, et al., No. 12-cv-05781 (AB);** **Kevin House et al. v. National Football League, et al., No. 13-cv-06681-AB;** **Aaron Kernek et al v. National Football League, et al., No. 13-cv-05766 (AB);** **Tiaina Seau, et al v. National Football League, et al., No. 13-cv-01532 (AB)** | **NOTICE OF CHANGE OF FIRM NAME** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that effective immediately, Gomez Iagmin Trial Attorneys will change its name to Gomez Trial Attorneys.

   Please update our name accordingly on all future communications, correspondence, notices and services.

   Copies of this change of firm name have been served on this date to the parties as set forth in the attached proof of service.

                                      RESPECTFULLY SUBMITTED:

Dated: January 27, 2014

                                         /s/ John P. Fiske
                                      John H. Gomez
                                      John P. Fiske

- 1 -

Stephanie S. Poli
Gomez Trial Attorneys
655 W Broadway, Suite 1700
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619) 237-3496

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, the undersigned certify that on January 27, 2014, I caused a true and correct copy of the foregoing NOTICE OF CHANGE OF FIRM NAME and to be filed via the CM/ECF system, which caused notice to be sent to all counsel of record. The above document is available for viewing and downloading from the CM/ECF system.

/s/ John P. Fiske
John P. Fiske
