# EXHIBIT A

From: Lance Lubel <Lance@lubelvoyles.com>
Date: January 27, 2014 at 7:08:11 PM EST
To: "bkarp@paulweiss.com" <bkarp@paulweiss.com>, "pgolkin@ppcenterprises.com" <pgolkin@ppcenterprises.com>
Cc: "Seeger, Chris" <CSeeger@seegerweiss.com>
Subject: NFL concussion MDL

Mr. Golkin:

It is my understanding that the NFL and plaintiffs class counsel have been ordered to produce to the court through you documents referenced in their motion for preliminary approval. My firm represents a number of the retired players in the litigation and would like a complete copy of all the subject documents provided to you.

I look forward to your response. Thanks.

Lance Lubel