**CERTIFICATE OF SERVICE**

On January 9, 2014, I electronically filed the CO-LEAD CLASS COUNSEL'S RESPONSE TO DUERSON'S MOTION TO PERMIT THE DISSEMINATION TO COUNSEL OF RECORD ALL DATA UTILIZED BY CO-LEAD COUNSELTO REACH THE PROPOSED SETTLEMENT through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: January 28, 2014               Respectfully submitted,

                                      */s/ Christopher A. Seeger*
                                      Christopher A. Seeger
                                      SEEGER WEISS LLP
                                      77 Water Street
                                      26th Floor
                                      New York, NY 10005
                                      Telephone: 212-584-0700
                                      Facsimile: 212-584-0799
                                      Email: cseeger@seegerweiss.com

                                      *Attorney for Plaintiffs and the Class*