UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>**GARY JONES, Only**<br><br>v. National Football League, et al.,<br>No. 2:12-cv-01023 AB | |

AND NOW, this _28th_ day of _January_, 2014, upon consideration of the Motion of Jason E. Luckasevic and Jason T. Shipp of Goldberg, Persky & White, P.C., Thomas V. Girardi, Graham LippSmith, and Celene S. Chan of Girardi Keese, and Herman Russomanno and Robert Borello of Russomanno & Borello, P.A., to withdraw as counsel in relation to the claims of Gary Jones ONLY in this action, said Motion is GRANTED. The above-identified counsel are withdrawn as counsel for Gary Jones.

_/s/ Anita B. Brody_, J.

Copies via ECF on ___