**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No.  12-md-2323 (AB)<br><br>MDL NO.  2323 |
| -------------------------------------------- <br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)** *Adams v. National Football League [et al.]* **No. 4:13-3705 (E.D.Pa.)** | **SHORT FORM COMPLAINT**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** |
| **LEONARD "BERNARD" HOLSEY** | **JURY TRIAL DEMANDED** |

**SHORT FORM COMPLAINT**

1.      Plaintiff(s), **LEONARD "BERNARD" HOLSEY**, (and, if applicable, Plaintiff's Spouse) bring(s) this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL NO.  2323.

2.      Plaintiff (and if applicable, Plaintiff's Spouse) is/are filing this short form complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3.      Plaintiff (and if applicable, Plaintiff's Spouse),  incorporate(s) by reference the allegations (as designated below) of the Master Administrative Long-Form Complaint, as may be amended, as if fully set forth at length in this Short Form Complaint.

4.      [Fill in if applicable] Plaintiff is filing this case in a representative capacity as the

_____ of _____, having been duly appointed as the _____

_____ by the _____ Court of _____.

(Cross out sentence below if not applicable.)  Copies of the Letters of Administration/ Letters

Testamentary for wrongful death claim are annexed hereto if such Letters are required for the

~~commencement of such a claim by the Probate, Surrogate or other appropriate court of the~~

~~jurisdiction of the decedent.~~

5.       Plaintiff, **LEONARD "BERNARD" HOLSEY** is a resident and citizen of

**Wisconsin** and claims damages as set forth below.

6.       ~~[Fill in if applicable] Plaintiff's spouse is a resident and citizen of Arizona and~~

~~claims damages as a result of loss of consortium proximately caused by the harm suffered by her~~

~~Plaintiff husband/decedent~~.

7.       On information and belief, the Plaintiff (or decedent) sustained repetitive,

traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices.

On information and belief, Plaintiff suffers (or decedent suffered) from symptoms of brain

injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the

Plaintiff (or decedent) sustained during NFL games and/or practices. On information and

belief, the Plaintiff's (or decedent's) symptoms arise from injuries that are latent and have

developed and continue to develop over time.

8. [Fill in if applicable] The original complaint by Plaintiff(s) in this matter was filed

in the **United States District Court for the Southern District of Texas.** If the case is

remanded, it should be remanded to **United States District Court for the Southern**

**District of Texas.**

9.       Plaintiff claims damages as a result of [check all that apply]:

   __√__   Injury to Herself/ Himself

   ____   Injury to the Person Represented

   ____   Wrongful Death

   ____   Survivorship Action

    √  Economic Loss

    _____  Loss of Services

    _____  Loss of Consortium

10. ~~[Fill in if applicable] As a result of the injuries to her husband~~ **~~LEONARD~~**

**~~"BERNARD" HOLSEY~~**~~, Plaintiff's Spouse suffers from a loss of consortium, including the~~

~~following injuries:~~

   ~~√  loss of marital services;~~

   ~~√  loss of companionship, affection or society;~~

   ~~√  loss of support; and~~

   ~~√  monetary losses in the form of unreimbursed costs she has had to expend for the~~

~~health care and personal care of her husband.~~

11. ~~[Check if applicable] _____ Plaintiff (and Plaintiff's Spouse, if applicable)~~

~~reserve(s) the right to object to federal jurisdiction.~~

## **DEFENDANTS**

12. Plaintiff (and Plaintiff's Spouse, if applicable) bring(s) this case against the

  following Defendants in this action [check all that apply]:

   √  National Football League

   √  NFL Properties, LLC

13. ~~[Check where applicable] As to each of the Riddell Defendants referenced~~

~~above, the claims asserted are: _____ design defect; _____ informational defect; _____~~

~~manufacturing defect.~~

14.     ~~[Check if applicable]~~ _____ ~~The Plaintiff (or decedent)   wore one or more helmets designed and/ or manufactured by the Riddell Defendants during one or more years Plaintiff (or decedent) played in the NFL and/ or AFL.~~

15.     Plaintiff played in [check if applicable]  √   the National Football League ("NFL") and/or in [check if applicable] ____  the American Football League ("AFL") during  **1996 through 2003** for the following teams: **New York Giants, Indianapolis Colts, New England Patriots, and Washington Redskins.**

## CAUSES OF ACTION

16.     Plaintiff  herein  adopts  by  reference  the  following  Counts  of  the Master  Administrative  Long-Form  Complaint,  along  with  the  factual  allegations incorporated   by reference in those Counts [check all that apply]:

       √   Count I (Action for Declaratory Relief- Liability (Against the NFL))

       √   Count II (Medical Monitoring (Against the NFL))

       ____   Count III (Wrongful Death and Survival Actions (Against the NFL))

       √   Count IV (Fraudulent Concealment (Against the NFL))

       √   Count V (Fraud (Against the NFL))

       √   Count VI (Negligent Misrepresentation (Against the NFL))

       ____   Count VII (Negligence Pre-1968 (Against the NFL))

       √   Count VIII (Negligence Post-1968 (Against the NFL))

       ____   Count IX (Negligence 1987-1993 (Against the NFL))

       √   Count X (Negligence Post-1994 (Against the NFL))

       ____   Count XI (Loss of Consortium (Against the NFL ~~and Riddell~~ Defendants))

√    Count XII (Negligent Hiring (Against the NFL))

√    Count XIII (Negligent Retention (Against the NFL))

_____    Count XIV (Strict Liability for Design Defect (Against the Riddell Defendants)

_____    Count XV (Strict Liability for Manufacturing Defect (Against the Riddell Defendants))

_____    Count XVI (Failure to Warn (Against the Riddell Defendants)

_____    Count XVII (Negligence (Against the Riddell Defendants))

√    Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against ~~All~~ the NFL Defendants))

17.    Plaintiff asserts the following additional causes of action [write in or attach]:

_____

_____

_____

_____

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff (and Plaintiff's Spouse, if applicable) pray(s) for judgment as follows:

A. An award of compensatory damages, the amount of which will be determined at trial;

B. For punitive and exemplary damages as applicable;

C. For all applicable statutory damages of the state whose laws will govern this

action;

D.  For medical monitoring, whether denominated as damages or in the form of

equitable relief;

E.  For an award of attorneys' fees and costs;

F.  An award of prejudgment interest and costs of suit; and

G.  An award of such other and further relief as the Court deems just and proper.

## JURY DEMANDED

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff(s) hereby demand(s) a trial by

jury.

DATED: this 30th day of January, 2014.

Respectfully submitted,

*/s/ Jeffrey M. Stern*
Jeffrey M. Stern
TBA No.  19175660
SD No.  8536
4909 Bissonnet St., Suite 100
Bellaire, Texas  77401-4051
Tel. No. (713) 661-9900
Fax No. (713) 666-5922

ATTORNEY-IN-CHARGE FOR PLAINTIFFS

OF COUNSEL:

The Stern Law Group
4909 Bissonnet, Suite 100
Bellaire, Texas 77401-4051

Ali Mokaram
Peyman Momeni
Mokaram Law Firm
2500 West Loop South, Suite 450
Houston, Texas 77027
Tel. No. (713) 952-4445
Fax No. (713) 952-4525