IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | :<br>:<br>:<br>:  MDL No. 2323<br>:  12-md-2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS: | :<br>: |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw my appearance of on behalf of Defendants, All American Sports Corporation, Easton-Bell Sports, Inc., Easton-Bell Sports, LLC, EB Sports Corp., RBG Holdings Corp., Riddel Sports Group, Inc. and Riddel, Inc., in the above-captioned matter.

        **MARSHALL, DENNEHEY, WARNER,**
          **COLEMAN & GOGGIN**


      BY:  */s/ Mary C. Doherty*
         Mary C. Doherty, Esquire
         2000 Market Street
         Philadelphia, PA 19107
         215-575-2884

         Attorneys for Defendants,
         All American Sports Corporation,
         Easton-Bell Sports, Inc., Easton-Bell Sports,
         LLC, EB Sports Corp., RBG Holdings
         Corp., Riddel Sports Group, Inc. and
         Riddel, Inc.

01/9940177.v1