UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| _____ <br><br> THIS DOCUMENT RELATES TO: <br><br> Plaintiffs' Master Administrative Long-Form Complaint and: <br><br> <u>SEAN BERTON, Only_____</u> <br> <u>v. National Football League, *et al*.,</u> <br> <u>No. **2:12-cv-01034-AB** (E.D. P.A.)</u> | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF SEAN BERTON** |

AND NOW come Christopher A. Seeger, David R. Buchanan, Moshe Horn and Christopher M. Van de Kieft of Seeger Weiss LLP; James E. Cecchi and Lindsey H. Taylor of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.; Fred Longer of Levin Fishbein Sedran & Berman; and Marc S. Albert of the Law Offices of Marc S. Albert (collectively "Plaintiffs' counsel"), moving this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(a)(3) and Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of SEAN BERTON only in this action, and state as follows.

1. Plaintiffs' counsel filed the action *Finn v. NFL*, 2:11-cv-07067-JLL-MAH, in the District Court of New Jersey on December 5, 2011, for the benefit of several retired National Football League players, including Plaintiff Sean Berton.

2. On February 14, 2012, the *Finn* case was transferred to the National Football League Players' Concussion Injury Litigation.

3. Plaintiffs' counsel filed a short form complaint for Plaintiff Sean Berton on July 16, 2012 [D.E. # 2606].

4. Sean Berton has discharged the undersigned counsel from representing him in this action.

5. Pursuant to Local Rule of Civil Procedure 7.1(b), Plaintiffs' counsel has conferred with counsel for the National Football League ("NFL"), and the NFL does not oppose this motion.

DATED: January 31, 2014

RESPECTFULLY SUBMITTED:

/s/ Christopher A. Seeger
Christopher A. Seeger
David R. Buchanan
Moshe Horn
Christopher M. Van de Kieft
SEEGER WEISS LLP
550 Broad Street, Suite 920
Newark, NJ 07102
T: (973) 639-9100
F: (973) 639-9393
cseeger@seegerweiss.com

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
T: (973) 994-1700

Fred Longer
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
T: (215) 592-1500

- 3 -

F: (215) 592-4663
flonger@lfsblaw.com

Marc S. Albert
LAW OFFICES OF MARC S. ALBERT
32-72 Steinway Street
Astoria, NY 11103
T: (855) 252-3788
F: (718) 777-0353
malbert@msainjurylaw.com

*Attorneys for Plaintiffs*

- 4 -

**CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing was served electronically via the Court's electronic filing system on the 31st day of January, 2014, upon all counsel of record.

Dated: January 31, 2014

/s/ Christopher A. Seeger
Christopher A. Seeger