## CERTIFICATE OF SERVICE

On February 3, 2014, I electronically filed the CO-LEAD COUNSEL'S RESPONSE TO THE SEAU'S FAMILY'S STATEMENT REGARDING PROPOSED CLASS ACTION SETTLEMENT through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.


Dated: February 3, 2014                    Respectfully submitted,


*/s/ Christopher A. Seeger*
Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
26th Floor
New York, NY 10005
Telephone: 212-584-0700
Facsimile: 212-584-0799
Email: cseeger@seegerweiss.com

*Attorney for Plaintiffs and the Class*