UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| | Case No. 12-md-2323 (AB) |
| Related to: ALL ACTIONS | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Hollis Salzman, counsel for Plaintiffs, hereby withdraws her appearance as an attorney of record in the above-referenced case, and respectfully requests to be removed from all service and notice lists.

Dated: February 3, 2014        Respectfully submitted,

/s/ Hollis L. Salzman
Hollis L. Salzman
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
601 Lexington Ave.
Suite 3400
New York, NY 10022
Telephone:    (212) 980-7400
hsalzman@rkmc.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2014, the foregoing Notice of Withdrawal of Appearance was filed electronically.  Notification of this filing will be sent to all parties via the Court's CM/ECF system.

Dated: February 3, 2014            **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

                                   By:    */s/ Hollis Salzman*