UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | |
| SEAN BERTON, Only<br>v. National Football League, *et al.*<br>No. 2:12-cv-01034-AB (E.D. PA) | |

ORDER

AND NOW, this 4th day of February, 2014, upon consideration of the motion by Christopher A. Seeger, David R. Buchanan, Moshe A. Horn, and Christopher M. Van de Kieft of Seeger Weiss LLP; James Cecchi and Lindsay Taylor of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.; and Marc Albert of Law Offices of Marc Albert, to withdraw as counsel in relation to the claims of Sean Berton ONLY in this action, and for good cause shown, said motion is granted. The above-listed counsel are hereby withdrawn as counsel for Sean Berton.

_____
ANITA B. BRODY, J.

Copies via ECF on_____