IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : MDL No. 2323 <br> : 12-md-2323 |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : |
| **This relates to:** | : |
| **Plaintiffs' Master and Administrative Long-Form Complaint and (if applicable) Chuck Foreman, et al. vs. NFL, USDC, EDPA, No. 12-cv-04160** | : <br> : <br> : <br> : |
| **MICHAEL MARTIN** | : |

### NOTICE OF INTERESTED PARTY, CHAPTER 7 TRUSTEE FOR MICHAEL MARTIN AND MICHELLE LYNETTE MARTIN

Now comes John Paul Rieser, Chapter 7 Trustee for Michael Martin and Michelle Lynette Martin, and hereby notifies the Court that on February 15, 2013, Michael Martin and Michelle Lynette Martin filed a Chapter 7 bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of Ohio, Western Division. Said Chapter 7 case is now pending in said Court as case number 13-30488. This shall serve as notice of the Chapter 7 Trustee's interest in any recovery or settlement proceeds due to Michael Martin and/or Michelle Lynette Martin from this suit, pursuant to 11 U.S.C. §541.

Respectfully submitted,

/s/John Paul Rieser
John Paul Rieser (0017850)
Chapter 7 Trustee (Pro se)
Rieser & Associates LLC
7925 Graceland Street
Dayton, Ohio 45459-3834
Tel: (937) 224-4128 / Fax: (937) 224-3090
E-mail: attyecfdesk@rieserlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2014, I mailed the foregoing to the Clerk's office to be electronically filed, which will send a notice of electronic filing to the following:

- Gene Locks
  glocks@lockslaw.com, ahouchins@lockslaw.com

s/John Paul Rieser
John Paul Rieser (0017850)