IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323 (AB)<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## CERTIFICATE OF SERVICE

On February 10, 2014, I electronically filed the THE MYERS PLAINTIFFS' STATEMENT REGARDING SETTLEMENT APPROVAL AND REQUEST FOR STATUS CONFERENCE TO COORINDATE NON-SETTLING PLAINTIFFS through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Respectfully Submitted,

  /s/ Daniel C. Girard

Daniel C. Girard
Geoffrey A. Munroe
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846
dcg@girardgibbs.com

Philip W. Thomas
**PHILIP W. THOMAS LAW FIRM**
Post Office Box 24464
Jackson, Mississippi 39225-4464
747 North Congress St. (39202)
Telephone:  (601) 714-5660
pthomas@thomasattorney.com

1

John D. Giddens
Baskin Jones
**GIDDENS LAW FIRM**
226 North President Street (39236)
Post Office Box 22546
Jackson, Mississippi 39225-2546
Telephone:  (601) 355-2022
Facsimile:  (601) 355-0012

*Counsel for 214 Former NFL Players*