UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| ------------------------------------------------------------<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Plaintiffs' Master administrative Long-Form Complaint and (if applicable)**<br><br>**JIMMY ROBINSON**<br>_____<br><br>**v. National Football League [et al.],**<br>**No.** 2:12-cv-06671-AB_____ | **AMENDED SHORT FORM COMPLAINT**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br><br>**JURY TRIAL DEMAND** |

**AMENDED SHORT FORM COMPLAINT**

1. Plaintiff(s), <u>JIMMY ROBINSON</u>, (and, if applicable, Plaintiff's Spouse) _____, bring(s) this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2. Plaintiff (and, if applicable, Plaintiff's Spouse) is/are filing this short form complaint as required by this Court's Case Management Order No. 2, filed September 19, 2012.

3. Plaintiff (and, if applicable, Plaintiff's Spouse), incorporate(s) by reference the allegations (as designated below) of the Master Administrative Long-Form Complaint, as may be amended, as if fully set forth at length in this Short Form Complaint.

4. [Fill in if applicable] Plaintiff is filling this case in a representative capacity as the _____ of _____, having been duly

appointed as the _____ by the _____

Court of _____. (Cross out sentence below if not applicable.)

Copies of the Letters of Administration/Letters Testamentary for a wrongful death claim are annexed hereto if such Letters are required for the commencement of such claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.

5. Plaintiff, <u>JIMMY ROBINSON</u>, is a resident and citizen of <u>TEXAS</u> and claims damages as a result of loss of consortium proximately caused by the harm suffered by her Plaintiff husband/decedent.

6. {Fill in if applicable] Plaintiff's spouse, _____, is a resident and citizen of _____, and claims damages as a result of loss of consortium proximately caused proximately caused by the harm suffered by her Plaintiff husband/decedent.

7. On information and belief, the Plaintiff (or decedent) sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices. On information and belief, Plaintiff suffers (or decedent suffered) from symptoms of brain injury caused by repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff (or decedent) sustained during NFL games and/or practices. On information and belief, the Plaintiff's (or decedent's) symptoms arise from injuries that are latent and have developed and continue to develop over time.

8. [Fill in if applicable] The original complaint by Plaintiff(s) in this matter was filed in <u>THE EASTERN DISTRICT OF PENNSYLVANIA</u>. If the case is remanded, it should be remanded to _____.

9. Plaintiff claims damages as a result of [check all that apply]:

        X    Injury to Herself/Himself

        ____  Injury to the Person Represented

        ____  Wrongful Death

        ____  Survivorship Action

        X    Economic Loss

        X    Loss of Services

        ____  Loss of Consortium

10. [Fill in if applicable] As a result of the injuries to her husband,_____, Plaintiff's Spouse, _____, suffers from a loss of consortium, including the following injuries:

    ____  loss of marital services;

    ____  loss of companionship, affection or society;

    ____  loss or support; and

    ____  monetary losses in the form of unreimbursed costs she has had to expend for the health care and personal care of her husband.

11. [Check if applicable] _____ Plaintiff (and Plaintiff's Spouse, if applicable) reserve(s) the right to object to federal jurisdiction.

## **DEFENDANTS**

12. Plaintiff (and Plaintiff's Spouse, if applicable) bring(s) this case against the following Defendants in this action [check all that apply]:

        X    National Football League

        X    NFL Properties, LLC

        X    Riddell, Inc.

        X    All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

        X    Riddell Sports Group, Inc.

        X    Easton-Bell Sports, Inc.

        X    Easton-Bell Sports, LLC

        ____    EB Sports Corporation

        ____    RBG Holdings Corporation

13. [Check where applicable] As to each of the Riddell Defendants referenced above, the claims asserted are: _____ design defect; _____ informational defect; _____ manufacturing defect.

14. [Check where applicable] _____ Plaintiff (or decedent) wore one or more helmets designed and/or manufactured by the Riddell Defendants during one or more years Plaintiff (or decedent) played in the NFL and/or AFL.

**15.** Plaintiff played in [check if applicable] X___ the National Football League ("NFL") and/or in [check if applicable] _____ American Football League ("AFL") during for the following teams: <u>NEW ORLEANS SAINTS.</u>

### CAUSES OF ACTION

16. Plaintiff herein adopts by reference the following Counts of the Master administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]:

        X___    Count I (Action for Declaratory Relief – Liability (Against the NFL))

    X    Count II (Medical Monitoring (Against the NFL))

    ____    Count III (Wrongful Death and Survival Actions (Against the NFL))

    X    Count IV (Fraudulent Concealment (Against the NFL))

    X    Count V (Fraud (Against the NFL))

    X    Count VI (Negligent Misrepresentation (Against the NFL))

    ____    Count VII (Negligence Pre-1968 (Against the NFL))

    ____    Count VIII (Negligence Post-1968 (Against the NFL))

    X    Count IX (Negligence 1987-1993 (Against the NFL))

    X    Count X (Negligence Post-1974 (Against the NFL))

    ____    Count XI (Loss of Consortium (Against the NFL))

    X    Count XII (Negligent Hiring (Against the NFL))

    X    Count XIII (Negligent Retention (Against the NFL))

    X    Count XIV (Strict Liability for Manufacturing Defect (Against the Riddell Defendants))

    X    Count XV (Strict Liability for Manufacturing Defect (Against Riddell Defendants))

    X    Count XVI (Failure to Warn (Against the Riddell Defendants))

    X    Count XVII (Negligence (Against the Riddell Defendants))

    X    Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against the NFL Defendants))

17.    Plaintiff asserts the following additional causes of action [write in or attach]:

SEE ATTACHEMENT "A" TO THIS COMPLAINT_____.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff (and Plaintiff's Spouse, if applicable) pray(s) for judgment as follows:

A. An award of compensatory damages, the amount of which will be determined at trial;

B. For punitive and exemplary damages as applicable;

C. For all applicable statutory damages of the state whose laws will govern this action;

D. For medical monitoring, whether denominated as damages or in the form of equitable relief;

E. For an award of prejudgment interest and costs of suit; and

F. An award of such other and further relief as the Court deems just and proper.

## JURY DEMAND

Pursuant to Federal Rules of Civil Procedure 38, Plaintiff(s) hereby demand(s) a trial by jury.

RESPECTFULLY SUBMITTED:

**WASHINGTON & ASSOCIATES, PLLC**

/s/ Mickey Washington
Mickey Washington
Texas State Bar No.: 24039233
**5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone No.: (713) 284–5208
Facsimile No.: (713) 284-5250
Email: mw@mickeywashington.com**

                              James Carlos Canady
                              Texas State Bar No.: 24034357
                              **5020 Montrose Blvd., Suite 800**
                              **Houston, Texas 77006**
                              **(713) 284–5204 Voice**
                              **(713) 284-5250 – FAX**
                              **Email: ccanady@canadylawfirm.com**

                              Lance Lubel
                              Texas State Bar No.: 12651125
                              Adam Voyles
                              Texas State Bar No.: 24003121
                              **Montrose Blvd., Suite 800**
                              **Houston, TX 77006**
                              **Telephone No.: (713) 284-5200**
                              **Facsimile No.: (713) 284-5250**
                              **Email: adam@lubelvoyles.com**
                                         **lance@lubelvoyles.com**

                              *Attorneys for Plaintiffs*