IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : MDL No. 2323<br>: 12-md-2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | : |

### [PROPOSED] ORDER

AND NOW, this 26th day of February, 2014, after consideration of Bloomberg L.P.'s Motion for Leave to File a Reply in Support of Docket No. 5766 (Intervention and Access), and any responses thereto, it is hereby ORDERED that the Motion is GRANTED and that Bloomberg L.P. is granted leave to file its Reply in Support of Docket No. 5766 (Intervention and Access), attached to its Motion to File a Reply as Exhibit A.

BY THE COURT:

_____
ANITA B. BRODY
United States District Judge