IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323 (AB)<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

[PROPOSED] ORDER

AND NOW, this 4th day of March, 2014, after consideration of the Myles Plaintiffs' Motion for Leave to File a Reply in Support of Docket No. 5778 (regarding settlement approval process and requesting status conference to coordinate the non-settling plaintiffs), and any responses thereto, it is hereby ORDERED that the motion is GRANTED and that the Myles Plaintiffs are granted leave to file their Reply in Support of Docket No. 5778, attached as Exhibit 1 to the Myles Plaintiffs' Motion for Leave to File a Reply.

BY THE COURT:

_____
HONORABLE ANITA B. BRODY
United States District Judge

Copies via ECF on ___