No. 11080

SUCCESSION

of

DELANO ROPER WILLIAMS

**22nd Judicial District Court**

IN AND FOR THE

**PARISH OF ST. TAMMANY**

STATE OF LOUISIANA

37

This Shall Certify to All Whom It May Concern: That on this 12th day of FEBRUARY, 19 85 Linda F. Williams was appointed and confirmed testamentary executrix of the succession of Delano Roper Williams

Now Know Ye, That Linda F. Williams having been appointed and confirmed as testamentary executrix of the succession of Delano Roper Williams and having complied with and fulfilled all the requirements of law all her acts as such are entitled to full faith and credit.

Given under my hand and seal of office this 12th day of FEBRUARY A. D., 19 85 at Covington, Louisiana.

LUCY REID RAUSCH, CLERK OF COURT

BY: s/ SABRINA CARROLL

A TRUE COPY  Y CLERK OF COURT

*Sabrina Carroll*
DY. CLE[RK]  2nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA.