IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | :  MDL No. 2323<br>:  12-md-2323<br>:<br>: |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | :<br>: |

## DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, ESPN, Inc., states that its parent companies are The Walt Disney Company, which is publicly traded, and The Hearst Corporation, which is privately held.

Respectfully submitted,

/s/ Eli Segal
Amy B. Ginensky (PA I.D. 22623)
Eli Segal (PA I.D. 205845)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000

Dated: April 7, 2014.

## CERTIFICATE OF SERVICE

I, Eli Segal, hereby certify that on this 7th day of April, 2014, a true and correct copy of the foregoing Disclosure Pursuant to Federal Rule of Civil Procedure 7.1 was served electronically upon all counsel of record via the Court's ECF filing system.

    /s/ Eli Segal
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000