UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br><br>12-md-2323 (AB) |
| THIS DOCUMENT RELATES TO: | |
| Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) | **JOINT MOTION TO SUBSTITUTE COUNSEL** |
| JEFFREY AND MARY DELLENBACH, ANTOINE FISHER, SHAWN MOORE, JOSEPH AND JENNIFER VALERIO, DARRELL MALONE, JOSEPH CONWELL AND LAURA MCGETTIGAN, RANDAL AND MICHELLE HILL, TERRANCE GLENN, GLENN EARL, MICHAEL A. CHALENSKI, DEREK RUSSELL, JAMES A. AND ERIN MOLINARO, v. National Football League, et al. | |
| Nos. 13-cv-02418-AB, 13-cv-02419-AB, 13-cv-03890-AB, 13-cv-05768-AB, 13-cv-05767-AB, 13-cv-05769-AB | |

## JOINT MOTION TO SUBSTITUTE COUNSEL

Seth Miles of Grossman Roth, P.A. and Bradford R. Sohn, Esquire, file this joint motion, requesting permission of this Court that Bradford R. Sohn, Esquire be substituted as counsel for the Plaintiffs in the above-styled actions (Jeffrey and Mary Dellenbach, Antoine Fisher, Shawn Moore, Joseph and Jennifer Valerio, Darrell Malone, Joseph Conwell and Laura McGettigan, Randal and Michelle Hill, Terrance Glenn, Glenn Earl, Michael A. Chalenski, Derek Russell, and James A. and Erin Molinaro), and also

requesting that Grossman Roth, P.A. be relieved of all future responsibility as counsel in the above-styled case.

All pleadings, orders, and other papers in this action should be served on Bradford R. Sohn, Esquire, 2211 S.W. Secoffee Terrace, Coconut Grove, FL 33133 via the CM/ECF System.

This substitution of counsel has the approval of Plaintiffs, Jeffrey and Mary Dellenbach, Antoine Fisher, Shawn Moore, Joseph and Jennifer Valerio, Darrell Malone, Joseph Conwell and Laura McGettigan, Randal and Michelle Hill, Terrance Glenn, Glenn Earl, Michael A. Chalenski, Derek Russell, and James A. and Erin Molinaro and is not sought for the purpose of delay.

**WHEREFORE**, the Plaintiffs, respectfully request that the Joint Motion to Substitute Counsel be granted. A proposed Order is attached.

| | |
|---|---|
| Dated: April 15, 2014 | Respectfully Submited, |
| Bradford R. Sohn Esquire | Grossman Roth, P.A. |
| 2211 S.W. Secoffee Terrace.<br>Coconut Grove, FL 31333<br>Telephone: (310) 866-0001<br>brad@Sohn.com | 2525 Ponce de Leon Boulevard, Suite 1150<br>Coral Gables, FL 33134<br>Telephone: (305) 442-8666<br>Facsimile: (305) 285-1668 |
| /s/:  Bradford R. Sohn<br>Bradford R. Sohn<br>Florida Bar No. 098788<br>E-mail: brad@sohn.com | /s/:  Seth Miles<br>Seth Miles<br>Florida Bar No. 385530<br>E-mail: sem@grossmanroth.com |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CMF/ECF System, which will send a notice of electronic filing upon all Counsel of Record on April 15, 2104.

                                          By: /s/ Seth E. Miles
                                                Seth Miles
                                                Florida Bar No: 385530
                                                E-mail: sem@grossmanroth.com