# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| IN RE: NATIONAL FOOTBALL | : | No. 2:12-md-02323-AB |
| LEAGUE PLAYERS' CONCUSSION | : | |
| INJURY LITIGATION | : | MDL No. 2323 |
| | : | |
| | : | Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| All Actions | : | |
| | : | |

**PROPOSED CO-LEAD CLASS COUNSEL'S OPPOSITION TO
ESPN INC.'S MOTION TO JOIN BLOOMBERG, L.P.'S MOTIONS
TO INTERVENE AND FOR ACCESS**

Proposed Co-Lead Class Counsel[1] hereby submit this opposition to ESPN, Inc's Motion To Join Bloomberg, L.P.'s Motions To Intervene and for Access [D.E. #5899].[2] For all of the reasons set forth in Proposed Co-Lead Class Counsel's Opposition to Bloomberg L.P.'s Motion To Intervene To Seek Documents and Information [D.E. #5777], which is incorporated herein by reference, ESPN's motion also should be denied without prejudice as premature and potentially moot.

Co-Lead Counsel responded to Bloomberg's motion on February 10, 2014. The motion is pending, as the Court has not yet ruled on it.[3] Co-Lead Counsel are in the process of

---

[1] Christopher A. Seeger and Sol Weiss were appointed by the Court to serve as Plaintiffs' Co-Lead Counsel for the proceedings. [D.E. #s 64, 72] They are seeking to be appointed as Co-Lead Class Counsel, should the Court decide to preliminarily approve the certification of a Settlement Class.
[2] ESPN and Bloomberg are represented by the same counsel.
[3] Similar motions by the Duersons, the Seau Family, and the Myles Plaintiffs remain pending as well. Co-Lead Counsel hereby incorporate by reference the responses to those motions [D.E. #s 5699, 5771, and 5849, respectively].

complying with the Court's January 14, 2014 Order to furnish the Special Master with documents related to the proposed NFL Class Settlement.  As stated previously, Co-Lead Counsel are not adverse to Bloomberg (or ESPN or anyone else) obtaining these documents (subject to redaction where appropriate), but only <u>after</u> this Court determines whether and, if so, when they should be disseminated.

The orderly resolution of this case requires the Court to continue to use its fundamental power to manage the litigation, and to guide and supervise the phased dissemination of appropriate information – first to the Special Master, then to Plaintiffs' counsel of record, and then, once material is properly a part of the judicial record, to entities such as Bloomberg and ESPN.  Co-Lead Counsel therefore request that the Court deny ESPN's motion to join Bloomberg's motion at this time, pending the Court's receipt and evaluation of the report from the Special Master on the economic and actuarial documentation submitted by the parties.

Dated: April 15, 2014                                        Respectfully Submitted:

*/s/ Christopher A. Seeger*
Christopher A. Seeger
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Phone:  (212) 584-0700
Fax:  (212) 584-0799
cseeger@seegerweiss.com

Sol Weiss
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, PA 19103
Phone:  (215) 735-1130
Fax:  (215) 735-2024
sweiss@anapolschwartz.com

*Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing was served electronically via the

Court's electronic filing system on the 15th day of April, 2014, upon all counsel of record.

Dated: April 15, 2014

/s/ Christopher A. Seeger
Christopher A. Seeger