IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 <br> 12-md-2323 |
| THIS DOCUMENT RELATES TO: <br> 14-cv-0029 | |
| KEVIN TURNER, et al., <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE, et al. | |

## ORDER

**AND NOW**, this __15th___ day of April, 2014, pursuant to the Court's January 14, 2014 order in Civil Action No. 12-2323 [ECF No. 5658], it is **ORDERED** that the Motion for Preliminary Approval and Class Certification [ECF No. 2] is **DENIED** without prejudice.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

1