IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br> 14-cv-0029 <br><br> Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,* <br> Plaintiffs, <br><br> v. <br><br> National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., <br> Defendants. | **Hon. Anita B. Brody** |

## STIPULATION AND ORDER

The Parties hereby stipulate and agree that:

Today's docket entry (Doc. 5910) in *In re: National Football League Players' Concussion Injury Litigation*, MDL No. 2323, 12-md-2323, as relating to *Turner, et al. v. National Football League*, et al., 14-cv-0029, of an order denying without prejudice the Motion for Preliminary Approval and Class Certification was not a new decision by the Court, but simply a housekeeping and electronic filing entry of the same order the Court already entered on January 14, 2014 in MDL No. 2323. Today's order does not reflect any new ruling or new concerns by the Court. The parties are continuing to work with the Court and its Special Master to address the issues raised in the Court's order dated January 14, 2014.

1

It is so **STIPULATED AND AGREED**,

By: *Christopher Seeger /BB*  
Date: 4/16/14

Christopher Seeger
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

*Plaintiffs' Co-Lead Class Counsel*

By: *Sol Weiss /BB*  
Date: 4/16/14

Sol Weiss
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, PA 19103
Phone: (215) 725-1130
Fax: (215) 735-2024
sweiss@anapolschwartz.com

*Plaintiffs' Co-Lead Class Counsel*

By: *Bruce Birenboim*  
Date: 4/16/14

Brad S. Karp
Bruce Birenboim
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Phone: (212) 373-3000
Fax: (212) 757-3990
bkarp@paulweiss.com
bbirenboim@paulweiss.com

*Counsel for the NFL Defendants*

It is so **ORDERED**.

April 16, 2014  
Date

Anita B. Brody  
*Anita D. Brody*  
United States District Judge

Copies **VIA ECF** on _____ to:

Copies **MAILED** on _____ to: