AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

JAMES FRANCIS, JOSEPH SEARLES, DARRELL
COLBERT, REATHA BROWN, INDIVIDUALLY AND
AS THE REPRESENTATIVE OF THE ESTATE OF
AARON BROWN, JR., MICHAEL DUMAS, WILLIE
ELLISON, ANTHONY GUILLORY, DERRICK
HARRIS, FULTON JOHNSON, VICTOR JONES, RYAN
MCCOY, GERALD MCNEIL, RANCE OLISON, JIMMY
ROBINSON, GLENELL SANDERS, THOMAS
SANDERS, MATTHEW SINCLAIR, RICHARD
SOWELLS, EDWIN WEATHERSPOON, KEITH
WOODSIDE, MILTON WYNN

*Plaintiff(s)*

v.

NFL PROPERTIES, LLC, as successor in interest to
NATIONAL FOOTBALL LEAGUE PROPERTIES,
INC.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.     2:12-cv-06671

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

NFL Properties, LLC
280 Park Avenue
15th Floor
New York, NY 10017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
MICKEY WASHINGTON
5020 MONTROSE BLVD., SUITE 77006
HOUSTON, TX 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:        1/14/2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.      12-6671

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NFL Properties LLC

was received by me on *(date)* 2/4/14 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Delivered By Certfied Mail to NFL Properties LLC
at 111 Eigth Ave New York NY 10017 on 2/10/14

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 2/17/14

_____
Server's signature

Susan Wyntjes Process Server
Printed name and title

306 Williamsport St league City
Server's address
Tx 77573

Additional information regarding attempted service, etc:

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

C/o CT Corp.
NFL Properties LLC
111 Eighth Ave
New York NY 10017

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( *Printed Name*)

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted D...   *(tra Fee)*   ☐ Yes

2. Article Number
   (Transfer from    7011 2970 0000 3543 7931

PS Form 3811, February 2004          Domestic Return Receipt      Francis          102595-02-M-1540