# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

JAMES FRANCIS, JOSEPH SEARLES, DARRELL COLBERT, REATHA BROWN, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF AARON BROWN, JR., MICHAEL DUMAS, WILLIE ELLISON, ANTHONY GUILLORY, DERRICK HARRIS, FULTON JOHNSON, VICTOR JONES, RYAN MCCOY, GERALD MCNEIL, RANCE OLISON, JIMMY ROBINSON, GLENELL SANDERS, THOMAS SANDERS, MATTHEW SINCLAIR, RICHARD SOWELLS, EDWIN WEATHERSPOON, KEITH WOODSIDE, MILTON WYNN

*Plaintiff(s)*

v.

Civil Action No. 2:12-cv-06671

NATIONAL FOOTBALL LEAGUE, INC.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* National Football League, Inc.
345 Park Avenue
New York, NY 10017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
MICKEY WASHINGTON
5020 MONTROSE BLVD., SUITE 77006
HOUSTON, TX 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____1/14/2014_____          *Tom Depo*
                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   12-6671

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* National Football League, Inc.
was received by me on *(date)* 2/4/14

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Delivered By Certified Mail on 2/10/14 To National Football League Inc at 345 Park Ave New York NY 10022 on 2/10/14

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 2/17/14

Susan Wyntjes
*Server's signature*

Susan Wyntjes Process Server
*Printed name and title*

306 Williamsport St League City TX 77573
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

National Football League
345 Park Ave
New York NY 10017

2. A  7011 2970 0000 3543 7917

PS Form 3811, February 2004    Domestic Return Receipt    Francis    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X D Long
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Arnold Long

C. Date of Delivery
2/10/14

D. Is delivery address different from item 1?   ☐ Yes   ☐ No
If YES, enter delivery address below:

FORWARDED

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes