AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| CHARLIE ANDERSON, CHARLES E. ARBUCKLE, ROD BERNSTINE, CURTIS CEASAR, JR., HARRY COLON, ELBERT CRAWFORD III, CLYDE P. GLOSSON, NILO SILVAN, FRANKIE SMITH, JERMAINE SMITH, ERIC J. SWANN AND ANTHONY TONEY<br>*Plaintiff(s)*<br>v.<br><br>ALL AMERICAN SPORTS CORPORATION d/b/a RIDDELL/ALL AMERICAN<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.   2:13-cv-01981 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   All American Sports Corporation
d/b/a Riddell/All American
c/o The Prentice Hall Corporation
2711 Centerville Road, Suite 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
MICKEY WASHINGTON
5020 MONTROSE BLVD., SUITE 77006
HOUSTON, TX 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   1/14/2014                                                  *Tom Dorsey*
                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 13-1981

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* All American Sports Corporation
was received by me on *(date)* 2/4/14

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Delivered to The Prentice Hall Corp System Inc as agent By Certified Mail at 2711 Centerville Rd #400 Wilmington De 19808 on 2/7/14

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 2/17/14

_____
Server's signature

Susan Wynkes
Printed name and title

306 Williamsport St League City Tx 77573
Server's address

Additional information regarding attempted service, etc:

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   C/o The Prentice Hall Corp. System Inc
   All American Sports Corp
   2711 Centerville Rd #400
   Wilmington DE 19808

2. Article (Transfer from service label)
   7011 2970 0000 3543 7986

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
   X _[signature]_   ☐ Agent  ☑ Addressee

B. Received by (Printed Name)   C. Date of Delivery 2/19/14

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   Anderson.   102595-02-M-1540