# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| _____ <br><br> **THIS DOCUMENT RELATES TO:** <br><br> **Plaintiffs' Master Administrative Long-Form Complaint** | **SHORT FORM COMPLAINT** <br><br> **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** <br><br> **JURY TRIAL DEMANDED** |

## SHORT FORM COMPLAINT

1. Plaintiff, RANDY DAVIS PHILLIPS, JR., brings this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2. Plaintiff is filing this short form complaint as required by this Court's Case Management Order No. 2, filed April 26, 2012.

3. Plaintiff incorporates by reference the allegations as designated below of the Master Administrative Long-Form Complaint, as may be amended, as if fully set forth at length in this Short Form Complaint.

4. Plaintiff, RANDY DAVIS PHILLIPS, JR., is a resident and citizen of Palm Beach County, Florida and claims damages as set forth below.

5. On information and belief, the Plaintiff sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices. On information and belief, Plaintiff suffers from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff sustained during NFL games and/or practices. On information and belief, the Plaintiff's symptoms arise from injuries that are latent and have developed and continue to develop over time.

6. Plaintiff claims damages as a result of [check all that apply]:

   x   Injury to Herself/Himself

   __  Injury to the Person Represented

   __  Wrongful Death

   __  Survivorship Action

   x   Economic Loss

   __  Loss of Services

   __  Loss of Consortium

## DEFENDANTS

7. Plaintiff brings this case against the following Defendants in this action:

   x   National Football League

- 5 -

    _x_    NFL Properties, LLC

    _x_    Riddell, Inc.

    _x_    All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

    _x_    Riddell Sports Group, Inc.

    _x_    Easton-Bell Sports, Inc.

    _x_    Easton-Bell Sports, LLC

    _x_    EB Sports Corporation

    _x_    RBG Holdings Corporation

13.    As to each of the Riddell Defendants referenced above,

the claims asserted are: _x_ design defect; _x_ informational defect; _x_ manufacturing defect.

14.    The Plaintiff wore one or more helmets designed and/or manufactured by the Riddell Defendants during one or more years Plaintiff played in the NFL and/or AFL.

15.    Plaintiff played in the National Football League ("NFL") during the 2010-2011 NFL season for the Detroit Lions.

## CAUSES OF ACTION

16.    Plaintiff herein adopts by reference the following Counts of the Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]:

    _x_    Count I (Action for Declaratory Relief – Liability (Against the NFL))

    _x_    Count II (Medical Monitoring (Against the NFL))

- 5 -

 _x_    Count III (Wrongful Death and Survival Actions (Against the NFL))

 _x_    Count IV (Fraudulent Concealment (Against the NFL))

 _x_    Count V (Fraud (Against the NFL))

 _x_    Count VI (Negligent Misrepresentation (Against the NFL))

 ___    Count VII (Negligence Pre-1968 (Against the NFL))

 _x_    Count VIII (Negligence Post-1968 (Against the NFL))

 ___    Count IX (Negligence 1987-1993 (Against the NFL))

 _x_    Count X (Negligence Post-1994 (Against the NFL))

  _x_    Count XI (Loss of Consortium (Against the NFL and Riddell Defendants))

  _x_    Count XII (Negligent Hiring (Against the NFL))

  _x_    Count XIII (Negligent Retention (Against the NFL))

  _x_    Count XIV (Strict Liability for Design Defect (Against the Riddell Defendants))

  _x_    Count XV (Strict Liability for Manufacturing Defect (Against the Riddell Defendants))

  _x_    Count XVI (Failure to Warn (Against the Riddell Defendants))

  _x_    Count XVII (Negligence (Against the Riddell Defendants))

  _x_    Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against All Defendants)

17. Plaintiff asserts the following additional causes of action [write in or attach]:

_____

_____

_____

_____

_____

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

A. An award of compensatory damages, the amount of which will be determined at trial;

B. For punitive and exemplary damages as applicable;

C. For all applicable statutory damages of the state whose laws will govern this action;

D. For medical monitoring, whether denominated as damages or in the form of equitable relief;

E. For an award of attorneys' fees and costs;

F. An award of prejudgment interest and costs of suit; and

G. An award of such other and further relief as the Court deems just and proper.

**JURY DEMANDED**

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff(s) hereby demand(s) a trial by jury.

RESPECTFULLY SUBMITTED:

**GOLD & GOLD, P.A.**
Attorneys for Plaintiff
2121 Ponce de Leon Blvd., Suite 740
Coral Gables, FL 33134
Telephone: (305) 567-2525
Facsimile: (305) 567-2575
Email: Pleadings@goldlawpa.com
By: /s/ Ian Kirtman
    **Philip A. Gold, Esquire**
    Florida Bar No.: 0032550
    **Ian M. Kirtman, Esquire**
    Florida Bar No.: 0084393