AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland ☒

| | |
|---|---|
| Willie James Germany, Jr. <br><br> *Plaintiff(s)* <br> v. <br> National Football League, an Unincoporated Association, et. al. <br><br> *Defendant(s)* | Civil Action No. **ELH14CV0365** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NFL Properties, LLC
280 Park Avenue
New York, NY 10017
   Serve On: Resident Agent
   The Corporation Trust Company
   Corporation Trust Center
   1209 Orange Street
   Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
   Roger J. Bennett, Esquire
   Bennett & Heyman, P.A.
   201 N. Charles Street, Suite 500
   Baltimore, Maryland 21201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/06/2014

| UNITED STATES DISTRICT COURT/DISTRICT OF MARYLAND | Attorney: BENNETT & HEYMAN, P.A. |
|---|---|

WILLIE JAMES GERMANY, JR.

Plaintiff(s)

Index # 1:14-CV-00365-ELH

- against -

NATIONAL FOOTBALL LEAGUE, AN UNINCORPORATED ASSOCIATION, ETAL

Purchased February 6, 2014
File # 140(C.C.)

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 20, 2014 at 02:36 PM at

ATTN: ROGER GOODELL, COMMISSIONER
345 PARK AVENUE, LOBBY
NEW YORK, NY 10065

deponent served the within SUMMONS AND COMPLAINT AND REQUEST FOR JURY TRIAL on NATIONAL FOOTBALL LEAGUE, AN UNINCORPORATED ASSOCIATION therein named.

BY LEAVING A TRUE COPY WITH MICHAEL BUCHWALD, ESQ., BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 40 | 5'7 | 160 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: February 24, 2014

| JOSEPH KNIGHT | RALPH MULLEN | VANETTA BREWER | **ANDRE MEISEL** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1372356 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 594840 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2015 | Commission Expires April 11, 2015 | Commission Expires April 3, 2015 | |

UNITED PROCESS SERVICE, INC. 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 (212) 619-0728