IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : : : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br><br>*Lewis, et al. v. Kansas City Chiefs Football Club, Inc.*, 14-cv-01995-AB | | |

### CO-LEAD COUNSEL'S RESPONSE TO THE LEWIS PLAINTIFFS' MOTION TO MODIFY CASE MANAGEMENT ORDER NO. 4

Plaintiffs' Co-Lead Counsel submit this response to the Lewis Plaintiffs' Motion To Modify Case Management Order No. 4 (D.E. # 5941) (D.E. # 2 in Case No. 14-cv-1995). We submit that there is no need to modify CMO No. 4. CMO No. 4 provides that the Master Individual Personal Injury Complaint, together with the individual plaintiff's Short Form Complaint, is the operative pleading for each plaintiff. The *Lewis* Plaintiffs already have protected themselves, and their various claims, by filing Short Form Complaints (*see* D.E. #s

1

6005 – 6018) alleging claims against the Kansas City Chiefs Football Club, Inc., pursuant to Missouri's Workers' Compensation Law.  Nothing further needs to be done at this juncture.

Dated: May 8, 2014                                   Respectfully Submitted:

                                        */s/ Christopher A. Seeger*
Christopher A. Seeger
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Phone:  (212) 584-0700
Fax:  (212) 584-0799
cseeger@seegerweiss.com

*Co-Lead Counsel*

Sol Weiss
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, PA 19103
Phone:  (215) 735-1130
Fax:  (215) 735-2024
sweiss@anapolschwartz.com

*Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing was served electronically via the Court's electronic filing system on the 8th day of May, 2014, upon all counsel of record.

Dated: May 8, 2014

/s/ Christopher A. Seeger
Christopher A. Seeger