IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB |
| | MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | Hon. Anita B. Brody |
| *Lewis, et al.* v. *Kansas City Chiefs Football Club, Inc*. | No. 14-cv-01995 |

## [PROPOSED] ORDER

**AND NOW**, this \_\_\_\_ day of _____, 2014, upon consideration of the Plaintiffs' Motion to Modify Case Management Order No. 4 (12-md-02323, ECF No. 5941; 14-cv-1995, ECF No. 2) and the Defendant Kansas City Chiefs Football Club, Inc.'s response thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

_____
ANITA B. BRODY, J.