UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>      Plaintiffs,<br><br>      v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>      Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of Movants Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick "Rock" Cartwright, Jeff Rohrer, and Sean Considine in this action.

Dated: May 15, 2014

                                                   */s/ Kaitlin R. O'Donnell*

                                                   Kaitlin R. O'Donnell (*pro hac vice*)
                                                   MOLOLAMKEN LLP
                                                   540 Madison Ave.
                                                   New York, NY 10022
                                                   (212) 607-8160 (telephone)
                                                   (212) 607-8161 (facsimile)
                                                   kodonnell@mololamken.com

                                                 *Attorney for Movants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2014, I caused the foregoing Entry of Appearance to be electronically filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, and that the filing is available for downloading and viewing from the electronic court filing system by counsel for all parties.

*/s/ Kaitlin R. O'Donnell*