UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of Movants Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick Cartwright, Jeff Rohrer and Sean Considine, in this action.

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

Dated: May 19, 2014    By:    /s/ Michele D. Hangley
Michele D. Hangley
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 496-7001

*Attorney for Movants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2014, I caused the foregoing Entry of Appearance to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties.

*/s/ Michele D. Hangley*