UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## PROPOSED ORDER

AND NOW, this _____ day of _____, 2014, after consideration of the Motion for Leave to File a Reply Memorandum of Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick Cartwright, Jeff Rohrer, and Sean Considine, and any responses thereto, it is hereby ORDERED that the Motion is GRANTED. The proposed reply memorandum attached to the Motion as Exhibit A is considered filed as of _____, 2014.

BY THE COURT:

_____
ANITA B. BRODY
United States District Judge