UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to: | **NOTICE OF WITHDRAWAL** |
| Plaintiffs' Master Administrative Long Form Complaint and *Tim Castille, et. al. v. National Football League* USDC, EDPA, **Docket No. 12-cv-5016-AB** | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION |
| **TIM CASTILLE,** Plaintiff | JURY TRIAL DEMANDED |

**NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT**
**ON BEHALF OF PLAINTIFF TIM CASTILLE**

Plaintiff, Tim Castille, hereby withdrawals his Short Form Complaint in the above captioned litigation only, without prejudice, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(i).

The original complaint filed for Tim Castille was filed on August 31, 2012, as part of *Tim Castille, et al. vs. National Football League*, USDC, EDPA, Docket No. 12-cv-5016-AB. Consistent with the Court's Orders, Tim Castille's Short Form Complaint was filed: (a) on September 6, 2012 as Document No. 3653 under the MDL Docket No. 2323 (*In Re: National Football League Players' Concussion Injury Litigation*) and (b) on September 6, 2012 as Document No. 3 under Docket No. 12-cv-5016-AB (*Tim Castille, et al. vs. National Football*

*League*, USDC, EDPA, Docket No. 12-cv-5016-AB). Service was waived by Defendant on September 12, 2012 in the *Tim Castille* case.

This Notice hereby withdrawals Tim Castille's Short Form Complaint as filed under both dockets referenced herein only, without prejudice.

Dated: May 30, 2014

Respectfully Submitted,

/s/ Sol H. Weiss_____
Larry E. Coben, Esquire (I.D. 17523)
Sol H. Weiss, Esquire (I.D. 15925)
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, Pennsylvania 19103
(215) 735-1130 Telephone
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Notice of Withdrawal* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: May 30, 2014

                                                Respectfully Submitted:

                                                /s/ Sol H. Weiss
                                                Larry E. Coben, Esquire (I.D. 17523)
                                                Sol H. Weiss, Esquire (I.D. 15925)
                                                **ANAPOL SCHWARTZ**
                                                1710 Spruce Street
                                                Philadelphia, Pennsylvania 19103
                                                (215) 735-1130 Telephone
                                                *Attorneys for Plaintiffs*