UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to:<br><br>Plaintiffs' Master Administrative Long Form Complaint and *Richard Bishop, et. al. v. National Football League*<br>USDC, EDPA, **Docket No. 14-cv-03002-AB**<br><br>**DAN MARINO,** Plaintiff | **NOTICE OF WITHDRAWAL**<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br><br>JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT ON BEHALF OF PLAINTIFF DAN MARINO

Plaintiff, Dan Marino, hereby withdrawals his Short Form Complaint in the above captioned litigation only, without prejudice, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(i).

The original complaint filed for Dan Marino was filed on May 28, 2014, as part of *Richard Bishop, et al. vs. National Football League*, USDC, EDPA, Docket No. 14-cv-03002-AB. Consistent with the Court's Orders, Dan Marino's Short Form Complaint was filed: (a) on May 30, 2014 as Document No. 6060 under the MDL Docket No. 2323 (*In Re: National Football League Players' Concussion Injury Litigation*) and (b) on May 30, 2014 as Document No. 12 under Docket No. 14-cv-03002-AB (*Richard Bishop, et al. vs. National Football League*, USDC, EDPA, Docket No. 14-cv-03002-AB).

This Notice hereby withdrawals Dan Marino Short Form Complaint as filed under both dockets referenced herein only, without prejudice.

Dated: June 3, 2014

> Respectfully Submitted,
>
> /s/ Sol H. Weiss
> Larry E. Coben, Esquire (I.D. 17523)
> Sol H. Weiss, Esquire (I.D. 15925)
> **ANAPOL SCHWARTZ**
> 1710 Spruce Street
> Philadelphia, Pennsylvania 19103
> (215) 735-1130 Telephone
> *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing *Notice of Withdrawal* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: June 3, 2014

Respectfully Submitted:

/s/ Sol H. Weiss
Larry E. Coben, Esquire (I.D. 17523)
Sol H. Weiss, Esquire (I.D. 15925)
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, Pennsylvania 19103
(215) 735-1130 Telephone
*Attorneys for Plaintiffs*