UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL NO. 2323<br><br>Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and other similarly situated,*<br>    Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.<br><br>    Defendants. | |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## NOTICE OF JUDGMENT LIEN

Comes now Michelle Coelho, formerly Michelle Williams, and hereby notifies the Court that as of April 15, 2014 there is a judgment perfected against Michael J. Williams for child support arrears in the amount of $111,376.40. Said judgment has been filed with the Florida Department of State, document # J14000465566.  Although Michael J. Williams has not yet been formally added as a plaintiff in this case, counsel for Michelle Coelho has confirmed that Podhurst Orseck, P.A. represents Michael J. Williams and intends to pursue a claim on his behalf as a member of the class. This filing is to serve as notice of Michelle Coelho's interest in any recovery or settlement proceeds due to Michael J. Williams as a result of this lawsuit.

Date: June 23, 2014

                                              Respectfully submitted,

                                              s/ Matthew C. Ford

Matthew C. Ford (Pa. Atty. ID 203990)
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC  20037
Tel: (202) 457-6000
Fax: (202) 457-6315
Email: Matthew.Ford@squirepb.com

Andrew Russell Kruppa
SQUIRE PATTON BOGGS (US) LLP
200 South Biscayne Boulevard, Suite 4100
Miami, Florida 33131
Tel: (305) 577-7000
Fax: (305) 577-7001
Email: Andrew.Kruppa@squirepb.com

*Counsel for Interested Party, Michelle Coelho*