**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2014, a copy of the foregoing was served electronically on counsel of record, and is available for viewing and downloading, through the Court's Electronic Case Filing ("ECF") system, pursuant to Case Management Order No. 1 (Dkt. #4) dated March 6, 2012. Counsel of record includes the following attorney for Michael J. Williams:

Steven C. Marks
PODHURST ORSECK P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
Tel: (305) 358-2800
Fax: (305) 358-2382
Email: smarks@podhurst.com

                                                    s/ Matthew C. Ford

                                                    Matthew C. Ford