UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br>           Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>           Defendants. | Civ. Action No.: 14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## CASE MANAGEMENT ORDER NO. 5

AND NOW, on this 25 day of June 2014, in the interest of justice and to promote judicial economy and avoid duplication;

The Court hereby **ORDERS** as follows:

1.    On January 6, 2014, Co-Lead Counsel filed Plaintiffs' Class Action Complaint entitled *Kevin Turner and Shawn Wooden, et al. v. National Football League and NFL Properties, LLC, successor in interest to NFL Properties, Inc.* ("*Turner v. NFL*"), 14-cv-00029 (E.D. Pa.), as a related action to these MDL proceedings.

2. All motion practice and other filings related to or based on *Turner v. NFL*, shall be filed only on the MDL docket for *In re National Football League Players' Concussion Injury Litigation*, MDL 2323 (E.D. Pa.).

**SO ORDERED.**

_____
Anita B. Brody
United States District Court Judge