# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*  Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,  Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS |  |

## MOTION OF PROPOSED CLASS COUNSEL FOR AN ORDER: (1) GRANTING PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT AGREEMENT; (2) CONDITIONALLY CERTIFYING A SETTLEMENT CLASS AND SUBCLASSES; (3) APPOINTING CO-LEAD CLASS COUNSEL, CLASS COUNSEL AND SUBCLASS COUNSEL; (4) APPROVING THE DISSEMINATION OF CLASS NOTICE; (5) SCHEDULING A FAIRNESS HEARING; AND (6) STAYING MATTERS AS TO THE RELEASED PARTIES AND ENJOINING PROPOSED SETTLEMENT <u>CLASS MEMBERS FROM PURSUING RELATED LAWSUITS</u>

Plaintiffs' Proposed Class Counsel move, pursuant to Federal Rules of Civil Procedure

23(a), 23(b)(3), and 23(e), for the entry of the Proposed Preliminary Approval and Class

Certification Order, attached as Exhibit A.  The proposed order seeks:  (1) preliminary approval

of the Class Action Settlement Agreement;  (2) conditional certification of a Settlement Class

and Subclasses; (3) appointment of Co-Lead Class Counsel, Class Counsel and Subclass

Counsel; (4) approval of the dissemination of Class Notice; (5) scheduling of a Fairness Hearing;

and (6) the stay of matters as to the Released Parties and enjoinment of proposed Settlement

Class Members from pursuing Related Lawsuits.

1.      The terms of the Settlement are set forth in the Settlement Agreement, dated June

25, 2014, attached as Exhibit B.

2.      The relief sought in this Motion is supported by:

a.      Declaration of Katherine Kinsella, attached as Exhibit C (which includes

as exhibits thereto, the proposed Long-Form Notice to Retired NFL Football Players and

their Representative Claimants and Derivative Claimants, and the Summary Notice);

b.      Declaration of Mediator and Former United States District Court Judge

Layn R. Phillips in Support of Preliminary Approval of Settlement, attached as Exhibit D.

c.      Memorandum of Law In Support of Motion of Proposed Class Counsel for

an Order:  (1) Granting Preliminary Approval of the Class Action Settlement Agreement;

(2) Conditionally Certifying a Settlement Class and Subclasses; (3) Appointing Co-Lead

Class Counsel, Class Counsel, and Subclass Counsel; (4) Approving the Dissemination of

Class Notice; (5) Scheduling a Fairness Hearing; and (6) Staying Matters as to the

Released Parties and Enjoining Proposed Settlement Class Members from Pursuing

Related Lawsuits, filed contemporaneously herewith.

WHEREFORE, Proposed Class Counsel request that the Court enter the proposed Preliminary Approval and Class Certification Order.

Dated:  June 25, 2014                                  Respectfully Submitted:


    */s/ Christopher A. Seeger*
Christopher A. Seeger
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Phone:  (212) 584-0700
Fax:  (212) 584-0799
cseeger@seegerweiss.com

*Co-Lead Class Counsel*

Sol Weiss
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, PA 19103
Phone:  (215) 735-1130
Fax:  (215) 735-2024
sweiss@anapolschwartz.com

*Co-Lead Class Counsel*


*Class Counsel*

Steven C. Marks                                  Gene Locks
**PODHURST ORSECK P.A.**                   **LOCKS LAW FIRM**
City National Bank Building                    The Curtis Center
25 W. Flagler Street, Suite 800                Suite 720 East
Miami, FL 33130-1780                           601 Walnut Street
Phone: (305) 358-2800                          Philadelphia, PA 19106
Fax: (305) 358-2382                            Phone: 866-562-5752
smarks@podhurst.com                           Fax: (215) 893-3444
                                               glocks@lockslaw.com

*Subclass Counsel*

Arnold Levin
**LEVIN FISHBEIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

*Counsel for Subclass 1*

Dianne M. Nast
**NAST LAW LLC**
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Phone:  (215) 923-9300
Fax:  (215) 923-9302
DNast@nastlaw.com

*Counsel for Subclass 2*

*Of Counsel*

Thomas V. Girardi
Graham B. LippSmith
**GIRARDI KEESE**
1126 Wilshire Blvd
Los Angeles, CA 90017
Phone: (213) 977-0211
Fax: (213) 481-1554
tgirardi@girardikeese.com
glippsmith@girardikeese.com

Michael D. Hausfeld
Richard S. Lewis
**HAUSFELD LLP**
1700 K Street, N.W., Suite 650
Washington, D.C. 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
mhausfeld@hausfeldllp.com
rlewis@hausfeldllp.com

James R. Dugan, II
**THE DUGAN LAW FIRM**
One Canal Place, Suite 1000
365 Canal Street
New Orleans, LA 70130
Phone: (504) 648-0180
Fax: (504) 648-0181
jdugan@dugan-lawfirm.com

Anthony Tarricone
**KREINDLER & KREINDLER LLP**
277 Dartmouth Street
Boston, MA 02116
Phone: (617) 424-9100
Fax: (617) 424-9120
atarricone@kreindler.com

Michael L. McGlamry
**POPE, McGLAMRY, KILPATRICK
MORRISON & NORWOOD, P.C.**
3455 Peachtree Road, NE
The Pinnacle, Suite 925
P.O. Box 191625 (31119-1625)
Atlanta, GA 30326-3243
Phone: (404) 523-7706
Fax: (404) 524-1648
efile@pmkm.com

David A. Rosen
**ROSE, KLEIN & MARIAS LLP**
801 South Grand Avenue, 11th Floor
Los Angeles, CA 90017-4645
Phone: (213) 626-0571
Fax: (213) 623-7755
d.rosen@rkmlaw.net

Charles S. Zimmerman
**ZIMMERMAN REED PLLP**
1100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 341-0400
Fax: (612) 341-0844
charles.zimmerman@zimmreed.com

David S. Casey, Jr.
Fred Schenk
**CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD
LLP**
110 Laurel Street
San Diego, CA  92101-1486
Phone: (619) 238-1811
Fax: (619) 544-9232
dcasey@cglaw.com
fschenk@cglaw.com

Derriel McCorvey
**THE LAW FIRM OF DERRIEL C.
MCCORVEY**
115 W. Main Street, Suite 14
P.O. Box 2473
Lafayette, LA 70501
Phone: (337) 291-2431
derriel@mccorveylaw.com