# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB<br><br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS |

## [PROPOSED] ORDER

**AND NOW,** this ___ day of _____, 2014, it is **ORDERED** that the Motion of Proposed Class Counsel for an Order (1) Granting Preliminary Approval of the Class Action Settlement Agreement, (2) Conditionally Certifying a Settlement Class and Subclasses, (3) Appointing Co-Lead Class Counsel, Class Counsel and Subclass Counsel, (4) Approving the Dissemination of Class Notice, (5) Scheduling a Fairness Hearing, and (6) Staying Matters as to the Released Parties and Enjoining Proposed Settlement Class Members from Pursuing Related Lawsuits [ECF No. 6073] is **DENIED** without prejudice.

_____
Brody, J.