UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and Steve Everitt, et al. v. NFL, USDC, EDPA, No. 2:12-cv-00731-AB<br><br>**RICHARD A. BIELSKI AND JOHAN BIELSKI** | NOTICE OF WITHDRAWAL<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>JURY TRIAL DEMANDED |

## NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT OF PLAINTIFF RICHARD A. BIELSKI AND JOHAN BIELSKI

Plaintiffs, RICHARD A. BIELSKI and JOHAN BIELSKI hereby withdraw their Short-Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, because it was filed in error.

The complaint of RICHARD A. BIELSKI and JOHAN BIELSKI was filed on February 10, 2012 as *Steve Everitt, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-00731-AB. Consistent with the Court's Orders, RICHARD A. BIELSKI and JOHAN BIELSKI's Short Form Complaint was filed on July 9, 2012: (a) as document number 295 in the case captioned *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB and (b) on July 11, 2012 as document number 34 in *Steve Everitt, et al. v. NFL*, USDC, EDPA, No. 2:12-cv-00731-AB. Both filings were served on the Defendants.

This Notice hereby withdraws RICHARD A. BIELSKI and JOHAN BIELSKI's Short Form Complaint as filed in both dockets as referenced above.

**LOCKS LAW FIRM**

July 8, 2014                              **BY:**   /s/ *Gene Locks*
                                          Gene Locks, Esquire
                                          601 Walnut Street, Suite 720 East
                                          Philadelphia, PA 19106
                                          215-893-0100 (tel.)
                                          215-893-3444 (fax)
                                          glocks@lockslaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| ------------------------- <br> **This relates to:** <br><br> **Plaintiffs' Master Administrative Long-Form Complaint and Steve Everitt, et al. v. NFL, USDC, EDPA, No. 2:12-cv-00731-AB** <br><br> **RICHARD A. BIELSKI AND JOHAN BIELSKI** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** <br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2014, I caused the foregoing Notice of Withdrawal as to the Short Form Complaint of Plaintiffs RICHARD A. BIELSKI and JOHAN BIELSKI to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

**LOCKS LAW FIRM**

BY: ___/s/ *Gene Locks*___

Gene Locks, Esquire
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com