# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br>            Plaintiffs,<br><br>                      v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>            Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## MOTION FOR APPROVAL OF COMPLETED VERSIONS OF LONG-FORM NOTICE AND SUMMARY NOTICE

Pursuant to the Court's Order of July 7, 2014, Co-Lead Class Counsel hereby move for an Order approving the completed versions of the Long-Form Notice and the Summary Notice, which are attached as Exhibits 1 and 2 hereto.

WHEREFORE, Co-Lead Class Counsel request that the Court approve the attached completed versions of the Long-Form Notice and Summary Notice for posting upon the

2

Settlement Website, and for publication and mailing, in accordance with the Court's July 7, 2014 Order.

| | |
|---|---|
| Dated:  July 8, 2014 | Respectfully Submitted:<br><br> */s/ Christopher A. Seeger*<br>Christopher A. Seeger<br>**SEEGER WEISS LLP**<br>77 Water Street<br>New York, NY 10005<br>Phone:  (212) 584-0700<br>Fax:  (212) 584-0799<br>cseeger@seegerweiss.com<br><br>*Co-Lead Class Counsel*<br><br>Sol Weiss<br>**ANAPOL SCHWARTZ**<br>1710 Spruce Street<br>Philadelphia, PA 19103<br>Phone:  (215) 735-1130<br>Fax:  (215) 735-2024<br>sweiss@anapolschwartz.com<br><br>*Co-Lead Class Counsel* |