# Exhibit 2

# NFL Concussion Settlement

**All Valid Claims of Retired NFL Football Players to be Paid in Full for 65 Years**

**Monetary Awards, Baseline Medical Exams and Other Benefits Provided**

The NFL and NFL Properties have agreed to a class action Settlement with retired players who sued, accusing them of failing to warn of and hiding the dangers of brain injury associated with playing football.  The Settlement does not establish any wrongdoing on the part of the NFL or NFL Properties.

### Who is included in the Settlement?
The Settlement Class generally includes all retired players of the NFL, AFL, World League of American Football, NFL Europe League and NFL Europa League.  The Settlement Class includes immediate family members of retired players and legal representatives of incapacitated, incompetent or deceased players.

### What does the Settlement provide?
The Settlement provides money for three benefits:

- Baseline medical exams to determine if retired players suffer from neurocognitive impairment and are entitled to additional testing and/or treatment ($75 million),
- Monetary awards for diagnoses of ALS (Lou Gehrig's disease), Alzheimer's Disease, Parkinson's Disease, Dementia and certain cases of chronic traumatic encephalopathy or CTE (a neuropathological finding) diagnosed after death.  The maximum monetary awards range from $1.5 million to $5 million depending on the diagnosis.  All valid claims will be paid in full for 65 years; and
- Education programs and initiatives related to football safety ($10 million).

### How can I get benefits?
You will need to register for benefits after the final approval of the Settlement.  You may provide your contact information now at the website or phone number below to ensure that you receive additional notice about the registration process.

Retired players do <u>not</u> have to prove that their injuries were caused by playing NFL football to get money from the Settlement.

### What are my rights?
You do not need to do anything to be included in the Settlement Class.  All Settlement Class members will be bound by the Settlement and give up the right to sue the NFL individually.  If you want to keep your right to sue the NFL, you must exclude yourself from the Class by **October 14, 2014**.  If you exclude yourself, you will not receive any

benefits under the Settlement. If you stay in the Class, you may object to the Settlement by **October 14, 2014**.

The Court will hold a hearing on **November 19, 2014** to consider whether to approve the Settlement. You do not have to attend. However, you and/or your own lawyer may attend and request to speak at the hearing at your own expense. At a later date, the attorneys will ask the Court for an award of attorneys' fees and reasonable costs. The NFL and NFL Properties have agreed not to oppose or object to the request if the request does not exceed $112.5 million. The money would be paid by the NFL and NFL Properties in addition to the payments described above.

**Please Share this Notice with Other Retired Players and Their Families**

For More Information on the Settlement and Registering for Benefits: 1-855-887-3485 or
**www.NFLConcussionSettlement.com**