# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br><br> MDL No. 2323 <br><br> **Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,* <br>       Plaintiffs, <br><br> v. <br><br> National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., <br>       Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## [PROPOSED] ORDER

**AND NOW**, this ___ day of _____, 2014, upon consideration of the Motion of Co-Lead Class Counsel for an Order approving the completed versions of the Long-Form Notice and the Summary Notice, which are attached as Exhibits 1 and 2 hereto, said Motion is granted. The attached Long-Form Notice and Summary Notice shall be posted upon the

1

Settlement Website, and shall be published and mailed, in accordance with the Court's July 7, 2014 Order.

SO ORDERED this _____ day of _____, 2014.

                                                                                       _____
                                                                                       Anita B. Brody
                                                                                       United States District Court Judge