# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
|  | **Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br>Plaintiffs, | Civ. Action No. 14-00029-AB |
| v. |  |
| National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>Defendants. |  |
| THIS DOCUMENT RELATES TO: ALL ACTIONS |  |

## ORDER

**AND NOW,** this __9th___ day of July, 2014, it is **ORDERED**, upon consideration of the motion of Co-Lead Class Counsel for an Order approving the completed versions of the Long-Form Notice and the Summary Notice [ECF No. 6086], that the motion is **GRANTED**. The attached Long-Form Summary Notice and Summary Notice must be posted on the Settlement Website and disseminated in accordance with the Order of July 7, 2014 [ECF No. 6084].

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to: