UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL NO. 2323<br>12-MD-2323 |
| -------------------------------------------------- | Notice of Appearance |
| THIS DOCUMENT RELATES TO: | |
| WILLIE D. PARKER. v. NATIONAL FOOTBALL LEAGUE ET AL., No. 2:14-cv-03825-AB | |

The undersigned attorney hereby notifies the Court and counsel that Donald A. Migliori, Esquire shall appear as counsel of record for Plaintiffs, Willie D. Parker, in the above-captioned matter.

s/ Donald A. Migliori
Donald A. Migliori, Esquire (RIDC#4936)
**Motley Rice LLC**
321 South Main Street
Providence, RI 02903
Phone: 401-457-7709
Fax: 401-457-7708
Email: dmigliori@motleyrice.com

*Attorney for Plaintiffs*

Dated: July 14, 2014

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | ) ) ) ) ) | **MDL NO. 2323** <br> **12-MD-2323** |
| -------------------------------------------------- | ) ) | **Certificate of Service** |
| **THIS DOCUMENT RELATES TO:** | ) ) ) | |
| **WILLIE D. PARKER ET AL. v. NATIONAL FOOTBALL LEAGUE ET AL.,** <br> No. 2:14-cv-03825-AB | ) ) | |

I hereby certify that on July 7, 2014, I caused the following document:

    **1. Notice of Appearance**

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an electronic notice of electronic filing to counsel of record.

Dated: July 14, 2014

                                              s/ Donald A. Migliori
                                              Donald A. Migliori, Esquire (RIDC#4936)
                                              **Motley Rice LLC**
                                              321 South Main Street
                                              Providence, RI 02903
                                              Phone: 401-457-7709
                                              Fax: 401-457-7708
                                              Email: dmigliori@motleyrice.com

                                              *Attorney for Plaintiffs*