UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | ) ) ) ) ) | **MDL NO. 2323** <br> **12-MD-2323** |
| -------------------------------------------------------- | ) ) | Notice of Appearance |
| **THIS DOCUMENT RELATES TO:** | ) ) | |
| **WILLIE D. PARKER. v. NATIONAL FOOTBALL LEAGUE ET AL.,** <br> No. 2:14-cv-03825-AB | ) ) ) | |

The undersigned attorney hereby notifies the Court and counsel that Anne McGinness Kearse, Esquire shall appear as counsel of record for Plaintiff, Willie D. Parker, in the above-captioned matter.

 

s/ Anne McGinness Kearse
Anne McGinness Kearse (SCDC# 7570)
**Motley Rice LLC**
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
Phone: 843-216-9000
Fax: 843-216-9655
Email: akearse@motleyrice.com

*Attorney for Plaintiffs*

Dated: July 14, 2014

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION )<br>)<br>)<br>)<br>) | **MDL NO. 2323**<br>12-MD-2323 |
| -------------------------------------------------- ) | **Certificate of Service** |
| THIS DOCUMENT RELATES TO: )<br>) | |
| WILLIE D. PARKER. v. NATIONAL FOOTBALL LEAGUE ET AL., No. 2:14-cv-03825-AB )<br>) | |

I hereby certify that on July 14, 2014, I caused the following document:

   **1. Notice of Appearance**

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an electronic notice of electronic filing to counsel of record.

          s/Anne McGinness Kearse
          Anne McGinness Kearse, Esquire (SCDC# 7570)
          **Motley Rice LLC**
          28 Bridgeside Blvd.
          Mount Pleasant, SC  29464
          T: (843) 216-9000
          F: (843) 216-9450
          Email: akearse@motleyrice.com

          *Attorney for Plaintiffs*

Dated: July 14, 2014