UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION ) ) ) | No. 12-md-2323 (AB) |
| ) ) | MDL NO. 2323 |
| ------------------------------------------------------------- ) | |
| RAYMOND L. BUCHANAN ) | **ENTRY** |
| ) | **OF APPEARANCE** |
| and ) ) | |
| BETHLEHEM D. BUCHANAN ) ) | |
| v. ) ) | |
| NATIONAL FOOTBALL LEAGUE, ET AL ) | |
| No. 2:12-cv-04636-AB ) | |
| _____/ | |

### ENTRY OF APPEARANCE
### ON BEHALF OF RAYMOND L. BUCHANAN AND BETHLEHEM D. BUCHANAN
_____

**NOW COMES** the undersigned Norman A. Abood, Esq. who does hereby give this Court and all interested parties notice of his entry of appearance as trial counsel for all purposes on behalf of plaintiff's Raymond L. Buchanan and Bethlehem D. Buchanan. The undersigned's contact information is as follows:

Norman A. Abood, Esq.
203 Fort Industry Square
152 N. Summit Street
Toledo, OH  43604
Telephone: (419) 724-3700
Fax:  (419) 724-3701
Email:  norman@nabood.com

Please mark your records accordingly.

Dated: July 14, 2014 　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　THE LAW OFFICE OF NORMAN A. ABOOD
　　　　　　　　　　　　　　　　　　　　/s/ *Norman A. Abood*
　　　　　　　　　　　　　　　　　　　　Norman A. Abood, Esq. (0029004)
　　　　　　　　　　　　　　　　　　　　203 Fort Industry Square
　　　　　　　　　　　　　　　　　　　　152 N. Summit Street
　　　　　　　　　　　　　　　　　　　　Toledo, OH  43604
　　　　　　　　　　　　　　　　　　　　Ph.　　　　(419) 724-3700
　　　　　　　　　　　　　　　　　　　　Fax.　　　　(419) 724-3701
　　　　　　　　　　　　　　　　　　　　Email:　　　norman@nabood.com

　　　　　　　　　　　　　　　*Attorney for Plaintiff's,*
　　　　　　　　　　　　　　　*Raymond L. Buchanan and Bethlehem D. Buchanan*


### Certificate of Service

The undersigned hereby certifies that the above document was served on all parties on this 14th day of July, 2014, by filing the document in the Court's ECF filing system, which gives e-mail notice to all attorneys of record.


　　　　　　　　　　　　　　　/s/ *Norman A. Abood*
　　　　　　　　　　　　　　　Norman A. Abood. Esq
　　　　　　　　　　　　　　　*Attorney for Plaintiff's*
　　　　　　　　　　　　　　　*Raymond L. Buchanan and Bethlehem D. Buchanan*