UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## ORDER

**AND NOW,** this ___29th__ day of July, 2014, it is **ORDERED** that the Brain Injury Association of America's motion for leave to file an amicus curiae brief [ECF No. 5608] is **DENIED** as moot in light of my July 7, 2014 order granting preliminary approval of the revised settlement.

s/Anita B. Brody

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                Copies **MAILED** on _____ to:

1