UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## ORDER

**AND NOW,** this ___29TH _ day of July, 2014, it is **ORDERED** that the motion to permit the dissemination of all data utilized by co-lead class counsel to reach the initial proposed settlement [ECF No. 5686] is **DENIED** as moot in light of the second motion requesting dissemination of data filed on July 29, 2014.

s/Anita B. Brody

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

1