UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br> MDL No. 2323 <br> **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

# ORDER

**AND NOW,** this __29^TH___ day of July, 2014, it is **ORDERED** that, in light of their July 24, 2014 amended motion to intervene to seek access to documents and information [ECF No. 6101], Bloomberg L.P.'s motion to intervene to seek access to documents and information [ECF No. 5766] and ESPN, Inc.'s motion to join Bloomberg L.P.'s motion [ECF No. 5899] are **DENIED** as moot.

    s/Anita B. Brody

    _____
    ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to:

1