**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : | No. 2:12-md-02323-AB |
|  | : |  |
|  | : | MDL No. 2323 |
|  | : |  |
|  | : | **Hon. Anita B. Brody** |
|  | : |  |
| THIS DOCUMENT RELATES TO: 2:14-cv-0029-AB [ECF No. 19] | : | |

## <u>ORDER</u>

**AND NOW,** this __29TH___ day of July, 2014, it is **ORDERED** that the motion for

leave to file a reply in support of the motion to intervene [ECF No. 6047] is **GRANTED** and the

reply brief attached to the motion as Exhibit A is considered filed.

s/Anita B. Brody

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                Copies **MAILED** on _____ to:

1