# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br>2:14-cv-0029-AB [ECF No. 8] | |

## ORDER

**AND NOW,** this __29TH__ day of July, 2014, it is **ORDERED** that the motion to intervene [ECF No. 6019] is **DENIED**. The moving parties may object to or opt-out of the settlement under the procedures set forth in my July 7, 2014 order.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

1