**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## ORDER

AND NOW, the Court having considered the submissions of the parties in Support of and in Opposition to the Motion by Roy Green, John Thomas "J.T." Smith, Edward Scott, Jade Scott and Monica Smith for Relief from the Stay and Injunction as it Applies to *Green v. Arizona Cardinals Football Club, LLC*, and for good cause shown,

IT IS on this _____ day of _____, 2014, hereby ORDERED that the motion is DENIED.

_____
ANITA B. BRODY, J.