UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE      MDL No. 2323
PLAYERS' CONCUSSION INJURY
LITIGATION     12-md-2323 (AB)

THIS DOCUMENT RELATES TO:

Plaintiffs' Master Administrative Long-     **PROPOSED ORDER**
Form Complaint and (if applicable)

**JEFFREY AND MARY DELLENBACH, ANTOINE FISHER, SHAWN MOORE, JOSEPH AND JENNIFER VALERIO, DARRELL MALONE, JOSEPH CONWELL AND LAURA MCGETTIGAN, RANDAL AND MICHELLE HILL, TERRANCE GLENN, GLENN EARL, MICHAEL A. CHALENSKI, DEREK RUSSELL, JAMES A. AND ERIN MOLINARO**, v. National Football League, et al.

Nos. 13-cv-02418-AB, 13-cv-02419-AB, 13-cv-03890-AB, 13-cv-05768-AB, 13-cv-05767-AB, 13-cv-05769-AB

## ~~PROPOSED~~ ORDER ON PLAINTIFFS' JOINT MOTION TO SUBSTITUTE COUNSEL

**THIS COURT** has considered Plaintiffs' Joint Motion to Substitute Counsel. The Court is of the opinion that said motion is well taken and should be in all respects GRANTED. It is therefore,

**ORDERED AND ADJUDGED** by the Court that Seth Miles, Esquire and the firm of Grossman Roth, P.A be withdrawn as counsel of record for Plaintiffs, Jeffrey and Mary Dellenbach, Antoine Fisher, Shawn Moore, Joseph and Jennifer Valerio, Darrell Malone, Joseph Conwell and Laura McGettigan, Randal and Michelle Hill, Terrance

Glenn, Glenn Earl, Michael A. Chalenski, Derek Russell, and James A. and Erin Molinaro and that Bradford R. Sohn, Esquire, 2211 S.W. Secoffee Terrace, Coconut Grove, Florida 33133 be substituted as counsel of record.

**IT IS SO ORDERED.**

_____
HONORABLE JUDGE ANITA B. BRODY

7/29/14

Copies furnished to:

All counsel of record