UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br><br>*ROY GREEN et al. v. ARIZONA CARDINALS FOOTBALL CLUB, LLC, corporate successor of ST. LOUIS CARDINALS, INC., CASE NO: 1422-CC00005-01, IN THE CIRCUIT COURT OF ST. LOUIS CITY, STATE OF MISSOURI* | |

### MOTION BY ROY GREEN, JOHN THOMAS "J.T." SMITH, EDWARD SCOTT, JADE SCOTT AND MONICA SMITH TO FILE A REPLY IN SUPPORT THEIR MOTION FOR RELEIF FROM THE STAY AND INJUNCTION AS IT APPLIES TO *GREEN V. ARIZONA CARDINALS FOOTBALL CLUB, LLC*

For the reasons set forth in the accompanying Memorandum of Law (attached hereto as Exhibit A) and pursuant to Paragraph 2 of the Court's General Motion Practices, Roy Green, John Thomas "J.T." Smith, Edward Scott, Jade Scott and Monica Smith (hereinafter referred to as "Plaintiffs" or "Movants") respectfully move for leave to file a reply in support of MDL Docket No. 6099, their Motion for Relief from the Stay and Injunction.

WHEREFORE, for the reasons stated above and in the accompanying Memorandum of Law, Roy Green, John Thomas "J.T." Smith, Edward Scott, Jade Scott and Monica Smith respectfully request that this Court enter an order granting them leave to file a reply memorandum in support of their Motion for Relief from the Stay and Injunction as it Applies to *Green v. Arizona Cardinals Football Club, LLC*.

Dated: July 30, 2014                              Respectfully Submitted,

                                                                                        THE KLAMANN LAW FIRM, P.A.

/s/ Andrew Schermerhorn
| | |
|---|---|
| John M. Klamann, MO | #29335 |
| Andrew Schermerhorn, MO | #62101 |
| Paul D. Anderson, MO | #65354 |

929 Walnut Street, Suite 800
Kansas City, MO 64106
Telephone: (816) 421-2626
Facsimile: (816) 421-8686
jklamann@klamannlaw.com
aschermerhorn@klamannlaw.com
panderson@klamannlaw.com

HUMPHREY, FARRINGTON & McCLAIN, P.C.
| | |
|---|---|
| Kenneth B. McClain, MO | #32430 |
| Lauren E. McClain, MO | #65016 |
| Timothy J. Kingsbury, MO | #64958 |

221 West Lexington, Suite 400
Independence, MO 64051
Telephone: (816) 836-5050
Facsimile: (816) 836-8966
kbm@hfmlegal.com
lem@hfmlegal.com
tjk@hfmlegal.com

THE POPHAM LAW FIRM, P.C.
Wm. Dirk Vandever, MO            #24463
712 Broadway, Suite 100
Kansas City, MO 64105
Telephone: (816) 221-2288
Facsimile: (816) 221-3999
dvandever@pophamlaw.com

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2014, I caused the foregoing Motion to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

/s/ *Andrew Schermerhorn*
Andrew Schermerhorn, MO