UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | MDL No. 2323 <br> 12-md-2323 |
| **THIS DOCUMENT RELATES TO:** <br> WILLIAM BUDNESS, et al. <br> v. <br> NATIONAL FOOTBALL LEAGUE, et al. <br> No. 2:13-cv-05078-AB | Notice of Appearance |

The undersigned attorney hereby notifies the Court and counsel that Dwight P. Bostwick shall appear as counsel of record for Plaintiffs, Jimmie H. Jones and Charley Taylor, in the above-captioned matter.

Dated: July 31, 2014

s/ Dwight P. Bostwick
Dwight P. Bostwick
**Zuckerman Spaeder LLP**
1800 M Street, NW
Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
E-mail: dbostwick@zuckerman.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | MDL No. 2323<br>12-md-2323 |
| **THIS DOCUMENT RELATES TO:**<br>WILLIAM BUDNESS, et al.<br>v.<br>NATIONAL FOOTBALL LEAGUE, et al.<br>No. 2:13-cv-05078-AB | **Certificate of Service** |

I hereby certify that on July 31, 2014, I caused the following document:

**1. Notice of Appearance**

to be electronically filed with the Clerk of the Court through ECF, and that ECF will send an e-notice of electronic filing to counsel of record.

Dated:  July 31, 2014

s/ Dwight P. Bostwick
Dwight P. Bostwick
**Zuckerman Spaeder LLP**
1800 M Street, NW
Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
E-mail:  dbostwick@zuckerman.com

*Attorney for Plaintiffs*