## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

### MOTION OF DEFENDANTS NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC TO EXTEND THE TIME TO RESPOND TO BLOOMBERG L.P.'s AND ESPN, INC.'s AMENDED MOTION TO INTERVENE TO SEEK DOCUMENTS AND INFORMATION

Defendants National Football League and NFL Properties LLC (the "NFL Defendants"), by and through their undersigned counsel, respectfully move to extend the time to respond to Bloomberg L.P.'s and ESPN, Inc.'s Amended Motion to Intervene To Seek Access to Documents and Information (Doc. No. 6101) to September 1, 2014.

1.      The NFL Defendants' response is currently due on August 11, 2014.

2.      An extension of 21 days for the NFL Defendants' time to respond will allow the NFL Defendants to fully evaluate the claims and arguments in the Amended Motion to Intervene.

3.      There is presently no deadline that will be prejudiced or affected by such an extension, and the extension sought will not unduly delay these proceedings.

4.      On July 29, 2014, counsel for the NFL Defendants conferred by telephone with counsel for Bloomberg L.P. and ESPN, Inc. regarding this motion.  Counsel for Bloomberg L.P. and ESPN, Inc. stated that they oppose any extension.

1

Dated:  July 31, 2014                         Respectfully submitted,

                                              /s/Brad S. Karp_____
                                              Brad S. Karp
                                              Theodore V. Wells Jr.
                                              Bruce Birenboim
                                              Beth A. Wilkinson
                                              PAUL, WEISS, RIFKIND, WHARTON &
                                                  GARRISON LLP
                                              1285 Avenue of the Americas
                                              New York, NY  10019-6064
                                              Main: 212.373.3000
                                              Fax: 212.757.3990
                                              bkarp@paulweiss.com
                                              twells@paulweiss.com
                                              bwilkinson@paulweiss.com
                                              bbirenboim@paulweiss.com

                                              **Attorneys for National Football League and NFL
                                              Properties LLC**

**Certificate of Service**

On July 31, 2014, I electronically filed a copy of the foregoing document through the CM/ECF system for the United States District Court for the Eastern District of Pennsylvania, which will send a notice of electronic filing to all counsel of record and make it available for viewing and downloading from the CM/ECF system.

/s/ Brad S. Karp_____
Brad S. Karp