UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

**[PROPOSED] ORDER**

**AND NOW,** upon consideration of the Motion of Defendants National Football League and NFL Properties LLC to Extend the Time to Respond to Bloomberg L.P.'s and ESPN, Inc.'s Amended Motion to Intervene to Seek Documents and Information (Doc. No. 6101), it is hereby ORDERED that Defendants' Motion is GRANTED.  Defendants National Football League's and NFL Properties LLC's time to respond is extended to September 1, 2014.

**SO ORDERED** this _____ day of _____, 2014**.**

_____
Anita B. Brody
United States District Court Judge