IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | No. 2:12-md-02323 (AB)<br>MDL No. 2323 |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2014, after consideration of the Motion of Twenty-Four Plaintiffs to Gain Access to Medical, Actuarial, and Economic Information Used to Support the Settlement and Accompanying Memorandum of Law in Support, it is hereby ORDERED that the Motion if GRANTED and that on or before August 14, 2014, (1) the settlement-related documentation that the Court, on January 14, 2014, ordered the parties to share with the Court through the Special Master shall be made publicly available, and (2) any other documentation provided to the Court or the Special Master for consideration in determining whether the Court should approve a class action settlement shall be made available to all counsel of record.

BY THE COURT:

_____
ANITA B. BRODY
United States District Judge

11