UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*ROY GREEN, et al. v. ARIZONA CARDINALS FOOTBALL CLUB LLC, corporate successor of ST. LOUIS CARDINALS, INC.* | **Hon. Anita B. Brody**<br><br>No. 1422-CC00005-01, Circuit Court of St. Louis City, State of Missouri |

## DECLARATION OF DOUGLAS M. BURNS

DOUGLAS M. BURNS declares pursuant to 28 U.S.C. § 1746:

1. I am an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel to Defendants National Football League and NFL Properties LLC (collectively, the "NFL Defendants") in MDL No. 2323 and I am also counsel to the Arizona Cardinals Football Club LLC in the above-captioned matter. I respectfully submit this declaration in support of the Response of the National Football League and NFL Properties LLC in Opposition to the Motion by Roy Green, *et al.* for Relief from the Stay and Injunction as it Applies to *Green* v. *Arizona Cardinals Football Club LLC*.

2. Attached as Exhibit A is a true and correct copy of the *Green* Plaintiffs' First Interrogatories Directed to Defendant Arizona Cardinals, issued in *Green, et al.* v. *Arizona Cardinals Football Club LLC*, No. 1422-CC000005-001 (Mo. Cir. Ct. June 3, 2014).

3. Attached as Exhibit B is a true and correct copy of the *Green* Plaintiffs' Request for Production of Documents and Things to Defendant Arizona Cardinals, issued in *Green, et al.* v. *Arizona Cardinals Football Club LLC*, No. 1422-CC000005-001 (Mo. Cir. Ct. June 3, 2014).

4. I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2014

*[Signature]*
Douglas M. Burns