## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*ROY GREEN, et al. v. ARIZONA CARDINALS FOOTBALL CLUB LLC, corporate successor of ST. LOUIS CARDINALS, INC.* | **Hon. Anita B. Brody**<br><br>No. 1422-CC00005-01, Circuit Court of St. Louis City, State of Missouri |

### [PROPOSED] ORDER DENYING MOTION WITHOUT HEARING OR ORAL ARGUMENT

AND NOW, this _____ day of _____, 2014, after consideration of the Motion by Roy Green, John Thomas "J.T." Smith, Edward Scott, Jade Scott and Monica Smith for Relief From the Stay and Injunction as it Applies to *Green* v. *Arizona Cardinals Football Club LLC*, and responses thereto, it is hereby ORDERED that the Motion is DENIED.  Pursuant to Local Rule 7.1(f), the Court denies the Motion without hearing or oral argument.

BY THE COURT:

_____
ANITA B. BRODY
United States District Judge