# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*ROY GREEN, et al. v. ARIZONA CARDINALS FOOTBALL CLUB LLC, corporate successor of ST. LOUIS CARDINALS, INC.* | **Hon. Anita B. Brody**<br><br>No. 1422-CC00005-01, Circuit Court of St. Louis City, State of Missouri |

## MOTION TO INTERVENE BROUGHT BY
## ARIZONA CARDINALS FOOTBALL CLUB LLC

Pursuant to Federal Rule of Civil Procedure 24(b), and for the reasons set forth in the accompanying Memorandum of Law, the Arizona Cardinals Football Club LLC, corporate successor of St. Louis Football Cardinals, Inc. (the "Cardinals"), respectfully moves for permissive intervention in MDL No. 2323 for the limited purpose of joining in and adopting the Response of the National Football League and NFL Properties LLC in Opposition to the Motion by Roy Green, *et al.* for Relief from the Stay and Injunction as it Applies to *Green* v. *Arizona Cardinals Football Club LLC* (the "NFL Response") (Doc. 6117).

WHEREFORE, for the reasons stated above and in the attached NFL Response, the Arizona Cardinals Football Club LLC respectfully requests that this Court enter an order granting it leave to intervene in MDL No. 2323 to respectfully join in and adopt the NFL Response seeking denial of the motion by the *Green* Plaintiffs.

Dated:  August 1, 2014 	Respectfully submitted,

/s/ Brad S. Karp
Brad S. Karp
Bruce Birenboim
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Main: 212.373.3000
Fax: 212.757.3990
bkarp@paulweiss.com
bbirenboim@paulweiss.com

and

Beth A. Wilkinson
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Main: 202.223.7300
Fax: 202.223.7420
bwilkinson@paulweiss.com

**Attorneys for Arizona Cardinals Football Club LLC**

## *Certificate of Service*

On August 1, 2014, I electronically filed a copy of the foregoing document through the CM/ECF system for the United States District Court for the Eastern District of Pennsylvania, which will send a notice of electronic filing to all counsel of record and make it available for viewing and downloading from the CM/ECF system.

/s/ Brad S. Karp_____
Brad S. Karp
