# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*ROY GREEN, et al. v. ARIZONA CARDINALS FOOTBALL CLUB LLC, corporate successor of ST. LOUIS CARDINALS, INC.* | **Hon. Anita B. Brody**<br><br>No. 1422-CC00005-01, Circuit Court of St. Louis City, State of Missouri |

### [PROPOSED] ORDER GRANTING MOTION TO INTERVENE

AND NOW, this _____ day of _____, 2014, after consideration of the Arizona Cardinals Football Club LLC's Motion to Intervene, and any responses thereto, it is hereby ORDERED that the Motion is GRANTED.  The Arizona Cardinals Football Club LLC is granted leave to intervene, and the Court shall deem the Arizona Cardinals Football Club LLC to have joined in and adopted the Response of the National Football League and NFL Properties LLC in Opposition to the Motion by Roy Green, *et al.* for Relief from the Stay and Injunction as it Applies to *Green* v. *Arizona Cardinals Football Club LLC* (Doc. 6117).

BY THE COURT:

_____
ANITA B. BRODY
United States District Judge