# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*ROY GREEN, et al. v. ARIZONA CARDINALS FOOTBALL CLUB LLC, corporate successor of ST. LOUIS CARDINALS, INC.* | **Hon. Anita B. Brody**<br><br>No. 1422-CC00005-01, Circuit Court of St. Louis City, State of Missouri |

## DEFENDANT ARIZONA CARDINALS FOOTBALL CLUB LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for Defendant Arizona Cardinals Football Club LLC (the "Cardinals"), hereby states as follows:

The Cardinals is a closely held privately owned company, as are each of the entities that hold a direct or indirect ownership interest in the Cardinals. The Cardinals and all of the entities that hold direct or indirect ownership interests in the Cardinals are ultimately owned by members of the Bidwill family, and no publicly held corporation holds any ownership interest in any of those entities.

The Cardinals further state as follows:

1. The parent companies of the Cardinals: None

2. Subsidiaries not wholly-owned by the Cardinals: None

3. Any publicly-held company that owns ten percent (10%) or more of the Cardinals: None

Dated: August 1, 2014

Respectfully submitted,

/s/ Brad S. Karp
Brad S. Karp
Bruce Birenboim
PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Main: 212.373.3000
Fax: 212.757.3990
bkarp@paulweiss.com
bbirenboim@paulweiss.com

and

Beth A. Wilkinson
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Main: 202.223.7300
Fax: 202.223.7420
bwilkinson@paulweiss.com

**Attorneys for Arizona Cardinals Football Club LLC**

## *Certificate of Service*

On August 1, 2014, I electronically filed a copy of the foregoing document through the CM/ECF system for the United States District Court for the Eastern District of Pennsylvania, which will send a notice of electronic filing to all counsel of record and make it available for viewing and downloading from the CM/ECF system.

/s/ Brad S. Karp_____
Brad S. Karp
