UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ) No. 12-md-2323 (AB) ) ) MDL NO. 2323 ) |
| ------------------------------------------------------------ JOHNNY E MCWILLIAMS AND ELIZABETH A. MCWILLIAMS v. NATIONAL FOOTBALL LEAGUE, ET AL No. 2:12-cv-04636-AB | ) ) ) ) ) ) ) ) ) |

**MOTION TO WITHDRAW
ON BEHALF OF JOHNNY E. MCWILLIAMS & ELIZABETH A. MCWILLIAMS**

    **NOW COMES** the undersigned Norman A. Abood, Esq. who does respectfully request leave to withdraw as counsel for plaintiffs Johnny E. McWilliams and Elizabeth A. McWilliams. The basis for this motion is that irreconcilable differences have apparently arisen between the McWilliams and the undersigned, and, the undersigned has been unable to communicate with the McWilliams. The undersigned is not aware of Mr. or Mrs. McWilliams engaging substitute counsel, nor has the undersigned been contacted by any counsel on behalf of Mr. or Mrs. McWilliams.

    Nevertheless, under the circumstances it is apparent that the undersigned must move the Court for leave to withdraw as counsel for the McWilliams.

Dated: August 4, 2014

                                            Respectfully Submitted,
                                            THE LAW OFFICE OF NORMAN A. ABOOD
                                            /s/ *Norman A. Abood*
                                            Norman A. Abood, Esq. (0029004)
                                            203 Fort Industry Square

        152 N. Summit Street
        Toledo, OH  43604
        Ph.       (419) 724-3700
        Fax.     (419) 724-3701
        Email:   norman@nabood.com

## Certificate of Service

The undersigned hereby certifies that the above document was served on all parties on this 4th day of August, 2014, by filing the document in the Court's ECF filing system, which gives e-mail notice to all attorneys of record. Further, the above document has been sent by first class United States mail, postage prepaid, to:

Johnny E. McWilliams and Elizabeth A. McWilliams
1541 Black Walnut Drive
San Marcos, California 92078


        /s/ *Norman A. Abood*
        Norman A. Abood. Esq