UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ) No. 12-md-2323 (AB) <br> ) <br> ) MDL NO. 2323 <br> ) |
| ------------------------------------------------------------- <br> JOHNNY E MCWILLIAMS <br> AND <br> ELIZABETH A. MCWILLIAMS <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE, ET AL <br> No. 2:12-cv-04636-AB | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| _____/ | |

### ORDER GRANTING LEAVE TO WITHDRAW
### AS COUNSEL ON BEHALF OF JOHNNY E. MCWILLIAMS & ELIZABETH A. MCWILLIAMS

This matter having come before the court on the motion of Norman A. Abood, Esq. for leave to withdraw as counsel for plaintiffs, Johnny E. McWilliams and Elizabeth A. McWilliams and this Court being duly advised of the premises for said motion, finds the same well taken. It is therefore,

**ORDERED**, that Norman A. Abood, Esq. is hereby granted leave to withdraw as counsel for plaintiffs, Johnny E. McWilliams and Elizabeth A. McWilliams forth with.

It is further **ORDERED**, that Johnny E. McWilliams and Elizabeth A. McWilliams shall, within 30 days of the entry of this Order, notify this Court of the identification of their substitute counsel or whether they intend to proceed *pro se*.

It is further **ORDERED**, that the Clerk shall send notice of this Order to Johnny E. McWilliams and Elizabeth A. McWilliams by first-class United States mail, postage prepaid, return receipt requested at 1541 Black Walnut Drive, San Marcos, California 92078

Dated: _____                    _____
                                                Hon. Anita B. Brody
                                                United States District Court Judge