UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br>     Plaintiffs,<br><br>        v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>     Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Roy Green, John Thomas "J.T." Smith, Edward Scott, Jade Scott and Monica Smith, Settlement Class Members in the above-named case and plaintiffs in the case captioned *Green v. Arizona Cardinals Football Club, LLC*, Case No. 1422-CC00005-01, pending in the Circuit Court of the City of St. Louis, State of Missouri, hereby appeals to the United States Court of Appeals for the Third Circuit from the July 7, 2014 Order Granting Preliminary Approval of a class action settlement and enjoining all settlement class members "from filing, commencing, prosecuting, intervening in, participating in, continuing to prosecute and/or maintaining, as plaintiffs, claimants, or class members, any other lawsuit, including, without limitation, Related Lawsuit, or administrative, regulatory, arbitration, or other proceeding in any jurisdiction (whether state, or federal or otherwise), against Released Parties based on, relating to, or arising of the claims and causes of action, or the facts and circumstances

at issue, in the Class Action Complaint, Related Lawsuits and/or the Released Claims." (Dkt. No. 6084) This appeal is made pursuant to 28 U.S.C. § 1292(a)(1).

Dated: August 5, 2014

Respectfully Submitted,

THE KLAMANN LAW FIRM, P.A.

/s/ Andrew Schermerhorn
| | |
|---|---|
| John M. Klamann, MO | #29335 |
| Andrew Schermerhorn, MO | #62101 |
| Paul D. Anderson, MO | #65354 |

929 Walnut Street, Suite 800
Kansas City, MO 64106
Telephone: (816) 421-2626
Facsimile: (816) 421-8686
jklamann@klamannlaw.com
aschermerhorn@klamannlaw.com
panderson@klamannlaw.com

HUMPHREY, FARRINGTON & McCLAIN, P.C.
| | |
|---|---|
| Kenneth B. McClain, MO | #32430 |
| Lauren E. McClain, MO | #65016 |
| Timothy J. Kingsbury, MO | #64958 |

221 West Lexington, Suite 400
Independence, MO 64051
Telephone: (816) 836-5050
Facsimile: (816) 836-8966
kbm@hfmlegal.com
lem@hfmlegal.com
tjk@hfmlegal.com

THE POPHAM LAW FIRM, P.C.
| | |
|---|---|
| Wm. Dirk Vandever, MO | #24463 |

712 Broadway, Suite 100
Kansas City, MO 64105
Telephone: (816) 221-2288
Facsimile: (816) 221-3999
dvandever@pophamlaw.com
***ATTORNEYS FOR ROY GREEN, JOHN THOMAS "J.T." SMITH, EDWARD SCOTT, JADE SCOTT AND MONICA SMITH***

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2014, I caused the foregoing Notice of Appeal to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

/s/ *Andrew Schermerhorn*
Andrew Schermerhorn, MO #62101