IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY LITIGATION

Kevin Turner and Shawn Wooden,
on behalf of themselves and others
similarly situated

                                                12-md-2323
                                                District Court Docket Number

    vs.

National Football League and NFL Properties, LLC,
successor-in-interest to NFL Properties, Inc.

Notice of Appeal Filed 8/5/2014
Court Reporter(s)/ESR Operator(s) Rosalind Burton-Hoop

Filing Fee:
    Notice of Appeal __Paid  X Not Paid   __Seaman
    Docket Fee         __Paid  X Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

                                        Defendant's Address (for criminal appeals)

                                        Prepared by [signature] 8/6/14
                                        Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS