UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION : : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS : : : : | |

**[PROPOSED] ORDER**

**AND NOW**, upon consideration of Co-Lead Class Counsel's Motion To Extend the Time To Respond to (1) Bloomberg L.P. and ESPN, Inc.'s Amended Motion To Intervene To Seek Access to Documents and Information [Doc. # 6101]; (2) Duerson's Second Motion Requesting the Dissemination of Data [Doc. # 6102]; and (3) Motion of Twenty-Four Plaintiffs To Gain Access to Medical, Actuarial, and Economic Information Used To Support the Settlement Proposal [Doc. # 6115], it is hereby ORDERED that Co-Lead Class Counsel's Motion is GRANTED.  Co-Lead Class Counsel's time to respond is extended to September 2, 2014.

**SO ORDERED** this _____day of _____, 2014.

_____
Anita B. Brody
United States District Court Judge