UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

**MOTION OF DEFENDANTS NATIONAL FOOTBALL LEAGUE AND
NFL PROPERTIES LLC TO EXTEND THE TIME TO RESPOND TO
(1) DUERSON'S SECOND MOTION REQUESTING THE DISSEMINATION OF DATA;
AND (2) MOTION OF TWENTY-FOUR PLAINTIFFS TO GAIN ACCESS TO
MEDICAL, ACTUARIAL, AND ECONOMIC INFORMATION
<u>USED TO SUPPORT THE SETTLEMENT PROPOSAL</u>**

Defendants National Football League and NFL Properties LLC (the "NFL Defendants"), by and through their undersigned counsel, respectfully move to extend the time to respond to (1) Duerson's Second Motion Requesting the Dissemination of Data (Doc. No. 6102) ("Duerson Motion"); and (2) Motion of Twenty-Four Plaintiffs to Gain Access to Medical, Actuarial, and Economic Information Used to Support the Settlement Proposal (Doc No. 6115) ("Twenty-Four Plaintiffs' Motion"), to Tuesday, September 2, 2014.  In support thereof, the NFL Defendants assert as follows:

1. On August 6, 2014, this Court granted the NFL Defendants' motion to extend the time to respond to Bloomberg L.P.'s and ESPN, Inc.'s Amended Motion to Intervene

1


to Seek Documents and Information (the "Motion to Intervene") to September 1, 2014 (Doc. No. 6123).[1]

  2. The NFL Defendants' response to the Duerson Motion is currently due on August 15, 2014.

  3. The Duerson Motion specifically refers to and requests all of the documents and data requested in the Motion to Intervene, plus additional data.

  4. The NFL Defendants' response to the Twenty-Four Plaintiffs' Motion is currently due on August 18, 2014.

  5. The Twenty-Four Plaintiffs' Motion requests the identical documents and data requested by Bloomberg L.P. and ESPN, Inc.

  6. An extension to respond to the Duerson Motion and Twenty-Four Plaintiffs' Motion until September 2, 2014—the same date on which the NFL Defendants' Response to the Motion To Intervene is due—will allow the NFL Defendants to evaluate fully the claims and arguments in all three motions, which pertain substantially to the same documents and data, and to respond simultaneously to all the motions, thereby streamlining the process for the convenience of the parties and the Court.

  7. On August 7, 2014, counsel for the NFL Defendants conferred by email with counsel for the Twenty-Four Plaintiffs, who authorized the NFL Defendants to state that counsel for the Twenty-Four Plaintiffs "does not oppose the requested extension so long as it is clear that this position is without prejudice to any arguments made in the motion regarding the importance of the timing of the requested information, particularly his position that all counsel of

---

[1] Because September 1, 2014 is a legal holiday, Labor Day, the NFL Defendants' response is not required to be filed until September 2, 2014 under Federal Rule of Civil Procedure 6(a)(1)(C).

record should have at least 60 days to review the information prior to any deadline for opting out, objecting to or joining the proposed settlement."

8. On August 8, 2014, counsel for the NFL Defendants conferred by telephone with counsel for Duerson regarding this motion. Counsel for Duerson stated that he opposed any extension.

WHEREFORE, the NFL Defendants respectfully request that the Court grant this motion and extend the time for filing of the NFL Defendants' responses to the motions filed by Duerson and the Twenty-Four Plaintiffs to September 2, 2014.

Dated:  August 8, 2014                              Respectfully submitted,

/s/Brad S. Karp_____
Brad S. Karp
Theodore V. Wells Jr.
Bruce Birenboim
Beth A. Wilkinson
PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Main: 212.373.3000
Fax: 212.757.3990
bkarp@paulweiss.com
twells@paulweiss.com
bwilkinson@paulweiss.com
bbirenboim@paulweiss.com

**Attorneys for National Football League and NFL Properties LLC**

**Certificate of Service**

On August 8, 2014, I electronically filed a copy of the foregoing document through the CM/ECF system for the United States District Court for the Eastern District of Pennsylvania, which will send a notice of electronic filing to all counsel of record and make it available for viewing and downloading from the CM/ECF system.

/s/ Brad S. Karp_____
Brad S. Karp