#611506   WTG\ls                                                                                              2012s-1000

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION | No. 12-md-2323 (AB) |
| | MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### DUERSON'S RESPONSE IN OPPOSITION TO CO-LEAD CLASS COUNSEL AND DEFENDANTS NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC'S MOTION FOR EXTENSION

Plaintiff, TREGG DUERSON, Personal Representative of the ESTATE OF DAVID DUERSON, deceased, by and through his attorneys, CORBOY & DEMETRIO, P.C., responds in opposition to Co-Lead Class Counsel and Defendants National Football League and NFL Properties LLC's ("the NFL Defendants") Motion for Extension to Respond to Duerson's Second Motion Requesting the Dissemination of Data, and states:

1. Co-Lead Class Counsel and the NFL Defendants request an extension until September 2, 2014 to file its response to Duerson's Motion Requesting the Dissemination of Data, in order to allow Co-Lead Class Counsel and the NFL Defendants more time to "fully evaluate the claims and arguments in all three motions." ECF 6124, 6125.

2. An extension of time in this matter is unwarranted. It has been nearly seven months since Plaintiff filed its initial Motion to Permit the Dissemination of Data to Counsel of Record on January 23, 2014. ECF 5686. Co-Lead Class Counsel and the NFL Defendants have had sufficient time to fully evaluate all claims and arguments.

3. The information requested in Duerson's Motion is essential immediately in order

to allow <u>all</u> Plaintiffs sufficient time to review all records and make fully informed opt out or objection determinations prior to the October 14, 2014 deadline.

      Wherefore Plaintiff, TREGG DUERSON, Personal Representative of the ESTATE OF DAVID DUERSON, deceased, respectfully requests this Honorable Court deny Co-Lead Class Counsel and the NFL Defendants' Motions for Extension and grant Duerson's Second Motion for an Order directing the dissemination, *instanter,* to *all* counsel of record of *all* data utilized by Co-Lead Counsel to help them reach the original proposed settlement as well as the preliminarily approved class action settlement and the settlement-related documentation requested in ECF Doc. 6101.

      /s/ William T. Gibbs
      William T. Gibbs

Thomas A. Demetrio
William T. Gibbs
Corboy & Demetrio, P.C.
Attorney for Plaintiff
33 North Dearborn Street, 21st Floor
Chicago, Illinois  60602
(312) 346-3191
Attorney I.D. No. 611506

**Certificate of Service**

On August 8, 2014, I electronically filed a copy of the foregoing document through the CM/ECF system for the United States District Court for the Eastern District of Pennsylvania, which will send a notice of electronic filing to all counsel of record and make it available for viewing and downloading from the CM/ECF system.

                                        /s/ William T. Gibbs
                                        William T. Gibbs