UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

### [PROPOSED] ORDER

AND NOW, upon consideration of the Motion of Defendants National Football League and NFL Properties LLC to Extend the Time to Respond to: (1) Duerson's Second Motion Requesting the Dissemination of Data (Doc. No. 6102); and (2) Motion of Twenty-Four Plaintiffs to Gain Access to Medical, Actuarial, and Economic Information Used to Support the Settlement Proposal (Doc. No. 6115), it is hereby ORDERED that Defendants' Motion is GRANTED. Defendants National Football League's and NFL Properties LLC's time to respond is extended to September 2, 2014.

SO ORDERED this 8th day of August, 2014.

Joel Slomsky
~~Anita B. Brody~~ Joel Slomsky
Emergency United States District Court Judge