UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>12-md-2323 |
| This relates to: | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| Plaintiffs' Master Administrative Long Form Complaint and *Brent Boyd et. al. vs. National Football League* USDC, EDPA, **Docket No. 12-cv-00092-AB**<br><br>BRUCE JARVIS AND CINDY JARVIS, Plaintiffs, | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

David A. Rosen of Rose, Klein and Marias LLP, withdraws his appearance as an attorney of record for Plaintiffs, Bruce Jarvis and Cindy Jarvis, in the above referenced case.

Dated: August 12, 2014

Respectfully Submitted:

David A. Rosen (State Bar No. 101287)
**ROSE, KLEIN AND MARIAS LLP**
801 S. Grand. 11th Floor
Los Angeles, California 90017
(213) 626-0571 Telephone
*Attorneys for Plaintiffs*