# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT  RELATES TO:<br><br>Plaintiffs' Master Administrative Long Form Complaint and:<br><br>C.C. BROWN, Only<br>v. National Football League, *et al.*,<br>No. 12-cv-7235-AB (E.D. PA) | MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF C.C. BROWN |

AND NOW come Sol H. Weiss and Larry E. Coben of Anapol Schwartz ("Plaintiffs' Counsel"), moving this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(a)(3) and Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of C.C. BROWN only in this action, and states as follows:

1. Plaintiffs' counsel filed the action *Anderson, et al. v. National Football League*, No. 12-cv-7235-AB, in the Eastern District of Pennsylvania on December 27, 2012, for the benefit of several retired National Football League players, including Plaintiff C.C. Brown.

2. Plaintiffs' counsel filed a short form complaint for Plaintiff C.C. Brown on January 7, 2013 [D.E. #4314].

3. C.C. Brown has discharged the undersigned counsel from representing him in this action.

WHEREFORE, undersigned counsel asks this Court for leave to withdraw as counsel for C.C. Brown ONLY in this action.

DATED: August 13, 2014

RESPECTFULLY SUBMITTED,

/s/ Sol H. Weiss_____
Sol H. Weiss, Esquire (I.D. 15925)
Larry E. Coben, Esquire (I.D. 17523)
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, Pennsylvania 19103
(215) 735-1130 Telephone
sweiss@anapolschwartz.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing was served electronically via the Court's electronic filing system on the 13th day of August, 2014, upon all counsel of record.

Dated: August 13, 2014

                                          /s/ Sol H. Weiss_____
                                           Sol H. Weiss, Esquire