UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ <br><br> **THIS DOCUMENT RELATES TO:** <br><br> **Plaintiffs' Master Administrative Long Form Complaint and:** <br><br> **C.C. BROWN, Only**_____ <br> **v. National Football League,** *et al.*, <br> **No. 12-cv-7235-AB (E.D. PA)** | |

## ORDER

AND NOW, this _____ day of _____, 2014, upon consideration of the motion by Sol H. Weiss and Larry E. Coben of Anapol Schwartz, to withdraw as counsel in relation to the claims of C.C. Brown ONLY in this action, and for good cause shown, said motion is granted. The above-listed counsel are hereby withdrawn as counsel for C.C. Brown.

_____
ANITA B. BRODY, J.

Copies via ECF on_____