IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs, and<br><br>Richard Dent, Jeremy Newberry, Roy Green, J.D. Hill, Keith Van Horne, Ron Stone, Ron Pritchard, James McMahon, and Marcellus Wiley, *on behalf of themselves and others similarly situated,*<br><br>Proposed Intervenor-Plaintiffs<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.<br><br>Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## MOTION TO INTERVENE

Pursuant to Federal Rules of Civil Procedure 24(a) and (b), Richard Dent, Jeremy Newberry, Roy Green, J.D. Hill, Keith Van Horne, Ron Stone, Ron Pritchard, James McMahon, and Marcellus Wiley, on behalf of themselves and other similarly situated Plaintiffs in the pending putative class action in the U.S. District Court for the Northern District of California, *Richard Dent, et al. v. National Football League*, Case No. 3:14-cv-02324, hereby move to intervene as intervenor-plaintiffs in the above-captioned matter.

The *Dent* Plaintiffs seek intervention as of right under Fed. R. Civ. P. 24(a)(2) or, alternatively, permissive intervention under Fed. R. Civ. P. 24(b)(1)(B) on the grounds set forth in the accompanying memorandum of law.

Respectfully submitted,

Date: August 12, 2014

/s/
Ramsay M. Whitworth (Fed. Bar No. 85208)
rwhitworth@mdattorney.com
Stephen G. Grygiel (*Pro Hac* Pending)
sgrygiel@mdattorney.com
William N. Sinclair (*Pro Hac* Pending)
bsinclair@mdattorney.com
SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC
201 North Charles Street, Suite 2600
Baltimore, Maryland 21201
Tel:    (410) 385-2225
Fax:    (410) 547-2432

Stuart A. Davidson (*Pro Hac* Pending)
SDavidson@rgrdlaw.com
Mark J. Dearman (*Pro Hac* Pending)
MDearman@rgrdlaw.com
Robbins Geller Rudman & Dowd LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, Florida 33432
Tel:    (561) 750-3000
Fax:    (561) 750-3364

*Attorneys for Dent Plaintiffs*