IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br> MDL No. 2323 <br> **Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, and <br><br> Richard Dent, Jeremy Newberry, Roy Green, J.D. Hill, Keith Van Horne, Ron Stone, Ron Pritchard, James McMahon, and Marcellus Wiley, *on behalf of themselves and others similarly situated,* <br><br> Proposed Intervenor-Plaintiffs <br><br> v. <br><br> National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc. <br><br> Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## CERTIFICATE OF SERVICE

I certify that on August 12, 2014, I caused a true and correct copy of the Motion to Intervene to be filed via CM/ECF, which caused notice to be sent to all counsel of record.

Dated: August 12, 2014
                                                    /s/ Ramsay M. Whitworth
                                                    Ramsay M. Whitworth
                                                    Silverman Thompson Slutkin & White, LLC
                                                    201 N. Charles St., Suite 2600
                                                    Baltimore, MD 21201
                                                    Tel: (410) 385-2225
                                                    *Attorneys for Intervenor-Plaintiffs*