# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON  (1946-1991)
RANDOLPH E. PAUL  (1946-1956)
SIMON H. RIFKIND  (1950-1995)
LOUIS S WEISS  (1927-1950)
JOHN F. WHARTON  (1927-1977)

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3316

WRITER'S DIRECT FACSIMILE
(212) 492-0316

WRITER'S DIRECT E-MAIL ADDRESS
bkarp@paulweiss.com

MATTHEW W. ABBOTT
ALLAN J. ARFFA
ROBERT A. ATKINS
DAVID J. BALL
JOHN F. BAUGHMAN
LYNN B. BAYARD
DANIEL J. BELLER
CRAIG A. BENSON
MITCHELL L. BERG
MARK S. BERGMAN
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
JAMES L. BROCHIN
RICHARD J. BRONSTEIN
DAVID W. BROWN
SUSANNA M. BUERGEL
PATRICK S. CAMPBELL*
JESSICA S. CAREY
JEANETTE K. CHAN
YVONNE Y. F. CHAN
LEWIS R. CLAYTON
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
CHARLES E. DAVIDOW
DOUGLAS R. DAVIS
THOMAS V. DE LA BASTIDE III
ARIEL J. DECKELBAUM
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
LESLIE GORDON FAGEN
MARC FALCONE
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P FINNEGAN
ROBERTO FINZI
PETER E. FISCH
ROBERT C. FLEDER
MARTIN FLUMENBAUM
ANDREW J. FOLEY
HARRIS B. FREIDUS
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
ROBERT D. GOLDBAUM
NEIL GOLDMAN
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
GAINES GWATHMEY, III
ALAN S. HALPERIN
JUSTIN G. HAMILL
CLAUDIA HAMMERMAN
GERARD E. HARPER
BRIAN S. HERMANN
ROBERT M. HIRSH
MICHELE HIRSHMAN
MICHAEL S. HONG
DAVID S. HUNTINGTON
LORETTA A. IPPOLITO
JAREN JANGHORBANI
MEREDITH J. KANE

ROBERTA A. KAPLAN
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
BRIAN KIM
ALAN W. KORNBERG
DANIEL J. KRAMER
DAVID K. LAKHDHIR
STEPHEN P. LAMB*
JOHN E. LANGE
DANIEL J. LEFFELL
XIAOYU GREG LIU
JEFFREY D. MARELL
MARCO V. MASOTTI
EDWIN S. MAYNARD
DAVID W. MAYO
ELIZABETH R. McCOLM
MARK F. MENDELSOHN
WILLIAM B. MICHAEL
TOBY S. MYERSON
CATHERINE NYARADY
JANE B. O'BRIEN
ALEX YOUNG K. OH
BRAD R. OKUN
KELLEY D. PARKER
MARC E. PERLMUTTER
VALERIE E. RADWANER
CARL L. REISNER
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JACQUELINE P. RUBIN
RAPHAEL M. RUSSO
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
DALE M. SARRO
TERRY E. SCHIMEK
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JAMES H. SCHWAB
JOHN M. SCOTT
STEPHEN J. SHIMSHAK
DAVID R. SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J. SIMONS
MARILYN SOBEL
AUDRA J. SOLOWAY
SCOTT M. SONTAG
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F. TARNOFSKY
MONICA K. THURMOND
DANIEL J. TOAL
LIZA M. VELAZQUEZ
MARIA T. VULLO
ALEXANDRA M. WALSH*
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
BETH A. WILKINSON
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
MARK B. WLAZLO
JULIA MASON WOOD
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

July 25, 2014

*By FedEx & E-mail*

William N. Sinclair, Esq.
Silverman, Thompson, Slutkin, White LLC
201 N. Charles St., Suite 2600
Baltimore, MD 21201

   *Dent, et al. v. Nat'l Football League*, Case No. 14-cv-02324-WHA (N.D. Cal.)

Dear Mr. Sinclair:

   We represent the National Football League in *In re: National Football League Players' Concussion Injury Litigation* (No. 2:12-md-02323-AB, MDL No. 2323) (E.D. Pa.) (the "NFL MDL Litigation").

   We have reviewed your July 11, 2014 letter requesting that the preliminarily approved class action settlement in the NFL MDL Litigation (the "Class Action Settlement") be amended to exclude the allegations, facts, claims and circumstances in the *Dent* litigation. For the reasons explained below, we cannot agree to your request and will oppose any application or objection that seeks to amend the Class Action Settlement in this fashion.

   As you know, the Class Action Settlement expressly covers Claims (as defined in Section 18.1) "arising out of, or relating to, *head, brain and/or cognitive injury* . . . of whatever cause and its damages . . . including, without limitation, Claims for . . . mental or physical pain or suffering, emotional or mental harm . . . . (*See, e.g.,* Class

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

William N. Sinclair, Esq.                                                                                          2

Action Settlement Agreement as of June 25, 2014 at § 18.1(a)(ii), NFL MDL Litigation, Doc. No. 6073-2 (emphasis added).)

The *Dent* amended complaint can be read broadly as seeking recovery for the very same injuries—that is, ". . . mental injuries" (*e.g.*, *Dent* Compl. ¶¶ 272(c)-(d), 275, 361, 370, 386, 392). In other parts of the *Dent* complaint, however, it appears that the plaintiffs are seeking recovery solely for physical injuries unrelated to head, brain and/or cognitive injuries so as to avoid any overlap with the NFL MDL Litigation. (*See generally id.* ¶¶ 127-32, 145-84.)

To the extent we correctly read the *Dent* complaint as seeking to recover for head, brain and/or cognitive injuries, those claims are released as part of the Class Action Settlement, and we decline to amend the Class Action Settlement to exclude them. On the other hand, to the extent we misread the *Dent* complaint in this regard—and the *Dent* complaint seeks recovery solely for physical injuries other than head, brain and/or cognitive injuries—then there is no overlap between the cases and there is nothing to amend in the Class Action Settlement. In that event, we suggest that the *Dent* plaintiffs amend their complaint to remove any references to head, brain and/or cognitive injuries. In either event, we would appreciate clarification from you on this point.

Finally, we note that to the extent the *Dent* complaint seeks to prosecute claims that are released as part of the Class Action Settlement, the *Dent* action has been enjoined by the July 7, 2014 order issued in the NFL MDL Litigation granting preliminary approval of the Class Action Settlement. (*See* Order ¶ 6, NFL MDL Litigation, Doc. 6084.) We respectfully request that you promptly notify your clients of this injunction and take all necessary steps to comply with it by ceasing to prosecute any claims related to head, brain and/or cognitive injuries.

Sincerely,

Brad S. Karp

cc:   Christopher A. Seeger, Esq. (by email only)
      Sol Weiss, Esq. (by email only)
      Arnold Levin, Esq. (by email only)
      Dianne M. Nast, Esq. (by email only)
      Steven C. Marks, Esq. (by email only)
      Gene Locks, Esq. (by email only)