IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br> MDL No. 2323 <br> **Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, and <br><br> Richard Dent, Jeremy Newberry, Roy Green, J.D. Hill, Keith Van Horne, Ron Stone, Ron Pritchard, James McMahon, and Marcellus Wiley, *on behalf of themselves and others similarly situated,* <br><br> Proposed Intervenor-Plaintiffs <br><br> v. <br><br> National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc. <br><br> Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## **ORDER**

AND NOW, this _____ Day of _____, 2014, upon consideration of the Motion of the Plaintiffs in *Dent, et al. v. National Football League,* Case No. 3:14-cv-02324, for Leave to Intervene as Plaintiff, and any responses thereto, it is HEREBY ORDERD that said motion is GRANTED.  The Clerk of Court shall add the *Dent* Plaintiffs to the docket and amend the caption accordingly.

                BY THE COURT:

                _____
                Hon. Anita B. Brody
                United States District Court