UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> **Plaintiffs' Master Administrative Long Form Complaint and:** <br><br> <u>**Charles E. Commiskey, ONLY**</u> <br> **v. National Football League,** *et al.*, <br> **No. 12-cv-01423 (AB)** | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
<u>FOR PLAINTIFF CHARLES E. COMMISKEY</u>**

AND NOW come James R. Dugan, II, Douglas R. Plymale and David B. Franco of the Dugan Law Firm, APLC; Christopher A. Seeger and Jonathan Shub of Seeger Weiss, LLP; Allan Berger and Andrew J. Geiger of Allan Berger & Associates, PLC; and Norman F. Hodgins, III of Hodgins Law Group, LLC (collectively "Plaintiffs' counsel"), moving this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(a)(3) and Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Charles E. Commiskey ONLY in this action, and state as follows.

      1.      Plaintiffs' counsel filed the action *Hughes, et al. v. National Football League, et al.*, 2:12-cv-01423-AB, in the United States District Court of Eastern District of Louisiana on February 17, 2012, for the benefit of several retired National Football League players, including Plaintiff Charles E. Commiskey.

2. On March 21, 2012, the *Hughes* case was transferred to the National Football League Players' Concussion Injury Litigation.

3. Plaintiffs' counsel filed a short form complaint for Plaintiff Charles E. Commiskey on July 16, 2012 [D.E. # 2625].

4. Charles Commiskey has discharged the undersigned counsel from representing him in this action.

WHEREFORE, undersigned counsel respectfully requests this Court for leave to withdraw as counsel for Charles E. Commiskey ONLY in this action.

Dated: August 19, 2014

                                             Respectfully submitted:

                                             *s/ David B. Franco*
                                             David B. Franco (TXBR #24072097)
                                             James R. Dugan, II
                                             Douglas R. Plymale
                                             THE DUGAN LAW FIRM, APLC
                                             365 Canal Street, Suite 1000
                                             New Orleans, LA 70130
                                             Telephone: (504) 648-0180
                                             Facsimile: (504) 648-0181
                                             Email: dfranco@dugan-lawfirm.com

                                             Allan Berger
                                             Andrew J. Geiger
                                             ALLAN BERGER & ASSOCIATES PLC
                                             4173 Canal Street
                                             New Orleans, LA 70119
                                             Telephone: (504) 486-9481
                                             Facsimile: (504) 483-8130

                                             Christopher A. Seeger
                                             Jonathan Shub SEEGER WEISS LLP
                                             77 Water Street, 26th Floor
                                             New York, NY 10005
                                             Telephone: (212) 584-0700

                                            Norman F. Hodgins, III
                                            HODGINS LAW GROUP, LLC
                                            4700 Hwy 22, Suite 596
                                            Mandeville, Louisiana 70471
                                            Telephone: (504) 571-9211
                                            Facsimile: (504) 571-9112

                                            ***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing was served electronically via the Court's electronic filing system on the 19th day of August 2014, upon all counsel of record.

*s/ David B. Franco*
David B. Franco