# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>**Plaintiffs' Master Administrative Long Form Complaint and:**<br><br><u>**Charles E. Commiskey, ONLY**</u><br>**v. National Football League,** *et al.*,<br>**No. 12-cv-01423 (AB)** | |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2014, upon consideration of the motion by James R. Dugan, II, Douglas R. Plymale and David B. Franco of the Dugan Law Firm, APLC; Christopher A. Seeger and Jonathan Shub of Seeger Weiss, LLP; Allan Berger and Andrew J. Geiger of Allan Berger & Associates, PLC; and Norman F. Hodgins, III of Hodgins Law Group, LLC, to withdraw as counsel in relation to the claims of Charles E. Commiskey ONLY in this action, and for good cause shown, said motion is granted.  The above-listed counsel is hereby withdrawn as counsel for Charles E. Commiskey.

_____
ANITA B. BRODY, J.