# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>**Plaintiffs' Master Administrative Long Form Complaint and:**<br><br>**<u>Vaughan and Shirley Johnson, ONLY</u><br>v. National Football League,** *et al.,*<br>**No. 12-cv-02799 (AB)** | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR <u>PLAINTIFFS VAUGHAN JOHNSON AND SHIRLEY JOHNSON</u>

AND NOW come James R. Dugan, II, Douglas R. Plymale and David B. Franco of the Dugan Law Firm, APLC ("Plaintiffs' counsel"), moving this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(a)(3) and Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Vaughan Johnson and Shirley Johnson ONLY in this action, and state as follows.

1. Plaintiffs' counsel filed the action *Jackson, et al. v. National Football League, et al.*, 2:12-cv-02799-AB, in the United States District Court of Eastern District of Louisiana on April 23, 2012, for the benefit of several retired National Football League players, including Plaintiffs Vaughan Johnson and Shirley Johnson.

2. On May 22, 2012, the *Jackson* case was transferred to the National Football League Players' Concussion Injury Litigation.

3. Plaintiffs' counsel filed a short form complaint for Plaintiffs Vaughan Johnson

and Shirley Johnson on July 16, 2012 [D.E. # 2632].

4. Plaintiffs Vaughan Johnson and Shirley Johnson have discharged the undersigned counsel from representing them in this action.

WHEREFORE, undersigned counsel respectfully requests this Court for leave to withdraw as counsel for Vaughan Johnson and Shirley Johnson ONLY in this action.

Dated: August 20, 2014

>Respectfully submitted:
>
>*/s/ David B. Franco*
>David B. Franco (TXBR #24072097)
>James R. Dugan, II
>Douglas R. Plymale
>THE DUGAN LAW FIRM, APLC
>365 Canal Street, Suite 1000
>New Orleans, LA 70130
>Telephone: (504) 648-0180
>Facsimile: (504) 648-0181
>Email: dfranco@dugan-lawfirm.com
>
>***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing was served electronically via the Court's electronic filing system on the 20th day of August 2014, upon all counsel of record.

/s/ David B. Franco
David B. Franco