# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>**Plaintiffs' Master Administrative Long Form Complaint and:**<br><br>**<u>Vaughan and Shirley Johnson, ONLY</u>**<br>**v. National Football League,** *et al.*,<br>**No. 12-cv-02799 (AB)** | |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2014, upon consideration of the motion by James R. Dugan, II, Douglas R. Plymale and David B. Franco of the Dugan Law Firm, APLC, to withdraw as counsel in relation to the claims of Vaughan Johnson and Shirley Johnson ONLY in this action, and for good cause shown, said motion is granted. The above-listed counsel is hereby withdrawn as counsel for Vaughan Johnson and Shirley Johnson.

                                                                                                             _____
                                                                                                                 ANITA B. BRODY, J.