UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323 (AB) |
| This Document relates to:<br><br><u>BRUCE AND CINDY JARVIS, ONLY</u><br>Plaintiffs' Master Administrative Long Form Complaint and *Brent Boyd et. al. vs. National Football League*<br>USDC, EDPA, **Docket No. 12-cv-00092-AB** | MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS BRUCE JARVIS AND CINDY JARVIS |

AND NOW comes David A. Rosen of Rose, Klein and Marias LLP (Plaintiff's counsel), moving this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(a)(3) and Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Bruce Jarvis and Cindy Jarvis, only in this action, and states as follows:

1. Plaintiff's former counsel, Michael Hausfeld of Hausfeld LLP, filed the action *Boyd, et al. v. National Football League,* No. 12-cv-00092-AB, in the Eastern District of Pennsylvania on January 9, 2012 for the benefit of several retired National Football League players, including plaintiff Bruce Jarvis and his spouse, Cindy Jarvis.

2. Plaintiff's former counsel filed a Short Form Complaint for Bruce Jarvis and Cindy Jarvis on July 16, 2013 [Document No. 187].

3. On July 17, 2013. a Notice of Withdrawal of Counsel as to Bruce and Cindy Jarvis was filed by Michael Hausfeld of Hausfeld LLP.[ Document No. 247]. On July 17, 2013, a Notice of

Appearance on behalf of Bruce and Cindy Jarvis was filed by David A. Rosen of Rose, Klein and Marias [Document No. 246].

4. Bruce Jarvis and Cindy Jarvis have discharged the undersigned counsel from representing them in this action.

WHEREFORE, undersigned counsel ask this Court for leave to withdraw as counsel for Bruce Jarvis and Cindy Jarvis, ONLY in this action.

Dated: August 20, 2014

Respectfully Submitted:

David A. Rosen (State Bar No. 101287)
**ROSE, KLEIN AND MARIAS LLP**
801 S. Grand. 11th Floor
Los Angeles, California 90017
(213) 626-0571 Telephone
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION <br><br> This Document relates to: <br><br> <u>BRUCE AND CINDY JARVIS, ONLY</u> <br> Plaintiffs' Master Administrative Long Form Complaint and *Brent Boyd et. al. vs. National Football League* <br> USDC, EDPA, **Docket No. 12-cv-00092-AB** | MDL No. 2323 <br> No. 12-md-2323 (AB) |

## ORDER

AND NOW, this_____ day of _____, 2014, upon consideration of the motion by David A. Rosen of Rose, Klein and Marias LLP, to withdraw as counsel in relation to the claims of Bruce Jarvis and Cindy Jarvis, ONLY, in this action, and for good cause shown, said motion is granted. The above-listed counsel are hereby withdrawn as counsel for Bruce Jarvis and Cindy Jarvis.

Respectfully Submitted:

_____
ANITA B. BRODY, Judge