# CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Motion for Leave to Withdraw as Counsel for Plaintiff's Bruce Jarvis and Cindy Jarvis* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: August 20, 2014                    Respectfully Submitted:

*[signature]*

David A. Rosen (State Bar No. 101287)
**ROSE, KLEIN AND MARIAS LLP**
801 S. Grand. 11th Floor
Los Angeles, California 90017
(213) 626-0571 Telephone
*Attorneys for Plaintiffs*