UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>        Plaintiffs,<br><br>        v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>        Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## NOTICE OF APPEAL

NOTICE is hereby given that Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick "Rock" Cartwright, Jeff Rohrer, and Sean Considine hereby appeal to the United States Court of Appeals for the Third Circuit from the July 29, 2014 Order Denying their Motion to Intervene in 2:14-cv-00029-AB and MDL No. 2323 (Dkt. No. 6107).  This appeal is made pursuant to 28 U.S.C. § 1291.

Dated: August 21, 2014                                                                                  Respectfully submitted,

/s/ Steven F. Molo

| William T. Hangley | Linda S. Mullenix | Steven F. Molo |
|---|---|---|
| Michele D. Hangley | 2305 Barton Creek Blvd., | Thomas J. Wiegand |
| HANGLEY ARONCHICK SEGAL | Unit 2 | Kaitlin R. O'Donnell |
| PUDLIN & SCHILLER | Austin, TX 78735 | MOLOLAMKEN LLP |
| One Logan Square | (512) 263-9330 (telephone) | 540 Madison Ave. |
| 18th & Cherry Streets | lmullenix@hotmail.com | New York, NY 10022 |
| 27th Floor | | (212) 607-8160 (telephone) |
| Philadelphia, PA 19103 | | (212) 607-8161 (facsimile) |
| (215) 496-7001 (telephone) | | smolo@mololamken.com |
| (215) 568-0300 (facsimile) | | twiegand@mololamken.com |
| whangley@hangley.com | | kodonnell@mololamken.com |
| mdh@hangley.com | | |

Eric R. Nitz
MOLOLAMKEN LLP
600 New Hampshire Ave., N.W.
Washington, DC 20037
(202) 556-2000 (telephone)
(202) 556-2001 (facsimile)
enitz@mololamken.com

*Attorneys for Intervenors*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2014, I caused the foregoing Notice of Appeal to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties.

/s/ Steven F. Molo