UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>**MYRON BELL & KIMBERLY BELL, Only** v. National Football League, *et al.*, No. **2:13-cv-01331-AB (E.D. P.A.)** | MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS MYRON BELL AND KIMBERLY BELL |

AND NOW come Christopher A. Seeger, David R. Buchanan, Moshe Horn and Christopher M. Van de Kieft of Seeger Weiss LLP; James E. Cecchi and Lindsey H. Taylor of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.; and Marc S. Albert of the Law Offices of Marc S. Albert (collectively "Plaintiffs' counsel"), moving this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(a)(3) and Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of MYRON BELL and KIMBERLY BELL only in this action, and state as follows.

1. Plaintiffs' counsel filed action 156921/2012, *Tardio v. National Football League*, in the Supreme Court of the State of New York, on October 3, 2012, for the benefit of several retired National Football League players, including Plaintiffs Myron Bell and his wife Kimberly Bell.

2. On January 23, 2013, Plaintiffs' counsel amended action 156921/2012. .

- 2 -

3. On February 13, 2013 the *Tardio* case was removed to the Southern District of New York, and on March 7, 2013, the case was transferred to the National Football League Players' Concussion Injury Litigation.

4. Plaintiffs' counsel filed a short form complaint for Myron Bell and Kimberly Bell on March 20, 2013 [D.E. 4678].

5. Myron Bell and Kimberly Bell have discharged the undersigned counsel from representing them in this action.

6. Pursuant to Local Rule of Civil Procedure 7.1(b), Plaintiffs' counsel has conferred with counsel for the National Football League ("NFL"), and the NFL does not oppose this motion.

DATED: August 22, 2014

RESPECTFULLY SUBMITTED:

/s/ Christopher A. Seeger
Christopher A. Seeger
David R. Buchanan
Moshe Horn
Christopher M. Van de Kieft
SEEGER WEISS LLP
550 Broad Street, Suite 920
Newark, NJ 07102
T: (973) 639-9100
F: (973) 639-9393
cseeger@seegerweiss.com

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068

- 3 -

        T: (973) 994-1700

        Marc S. Albert
        LAW OFFICES OF MARC S. ALBERT
        32-72 Steinway Street
        Astoria, NY 11103
        T: (855) 252-3788
        F: (718) 777-0353
        malbert@msainjurylaw.com

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing was served electronically via the Court's electronic filing system on the 22nd day of August, 2014, upon all counsel of record.

Dated: August 22, 2014

/s/ Christopher A. Seeger
Christopher A. Seeger

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | |
| <u>MYRON BELL & KIMBERLY BELL, Only</u><br>v. National Football League, *et al.*<br>No. 2:13-cv-01331-AB (E.D. PA) | |

## ORDER

AND NOW, this _____ day of _____, 2014, upon consideration of the motion by Christopher A. Seeger, David R. Buchanan, Moshe A. Horn, and Christopher M. Van de Kieft of Seeger Weiss LLP; James E. Cecchi and Lindsay H. Taylor of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.; and Marc S. Albert of Law Offices of Marc S. Albert, to withdraw as counsel in relation to the claims of Myron Bell and Kimberly Bell ONLY in this action, and for good cause shown, said motion is granted. The above-listed counsel are hereby withdrawn as counsel for Myron Bell and Kimberly Bell.

_____
ANITA B. BRODY, J.

Copies via ECF on _____