# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

## [PROPOSED] ORDER DENYING MOTION TO INTERVENE

AND NOW, this _____ day of _____, 2014, after consideration of the Motion to Intervene filed by Richard Dent, Jeremy Newberry, Roy Green, J.D. Hill, Keith Van Horne, Ron Stone, Ron Pritchard, James McMahon, and Marcellus Wiley, and any responses thereto, it is hereby ORDERED that the Motion to Intervene is DENIED. The moving parties may object to or opt out of the preliminarily approved Class Action Settlement under the procedures set forth in my July 7, 2014 order.

BY THE COURT:

_____
ANITA B. BRODY
United States District Judge