IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : : : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | | |

### CO-LEAD CLASS COUNSEL'S RESPONSE TO MOTION OF TWENTY-FOUR PLAINTIFFS TO GAIN ACCESS TO MEDICAL, ACTUARIAL, AND ECONOMIC INFORMATION USED TO SUPPORT THE SETTLEMENT PROPOSAL

Co-Lead Class Counsel, on behalf of the Plaintiff Class, submit this Response to the Motion of Twenty-Four Plaintiffs (hereinafter, referred to as the "Twenty-Four Plaintiffs" or "Movants") To Gain Access to Medical, Actuarial, and Economic Information Used To Support the Settlement Proposal ("Motion for Access"). [ECF No. 6115.] All Movants are represented by Zuckerman Spaeder LLP. While Movants submit in support of their Motion for Access, a document that is entitled as a "memorandum of law," *see* ECF No. 6115, at 2-11, no case law support for the access they seek is discussed therein.

Co-Lead Class Counsel submit that Movants' Motion for Access requests the same overly broad information requested in Duerson's Second Motion Requesting the Dissemination of Data, which similarly contained no legal support for his demands. [ECF No. 6102.][1] Co-Lead

---

[1] The [Proposed] Order submitted with Movants' Motion for Access limits the documentation they seek and which they request the Court to order to be produced only to that which was provided to the Court and/or the Special Master, similar to what was requested by Bloomberg L.P. and ESPN, Inc. [ECF No.

1

Class Counsel therefore incorporate by reference herein our Co-Lead Class Counsel's Response to Duerson's Second Motion Requesting Dissemination of Data ("Response to Duerson"). [ECF No. 6146.] As stated in that Response to Duerson, while Co-Lead Class Counsel do not oppose, upon receipt of direction from the Court, disclosure of Co-Lead Class Counsel's actuarial and economic expert's report and tabulations that were provided to Special Master Perry Golkin, we do oppose the disclosure of certain proprietary information, client information protected by the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), Public Law 104-91, 42 U.S.C. § 1320d-2, attorney-client privileged information, our work product and documents and data related to the mediation and settlement negotiations, which were produced in confidence.

In conclusion, we defer to the Court as to how we should proceed concerning the request that is before the Court on the Twenty-Four Plaintiffs' Motion for Access.

Dated: September 2, 2014                                    Respectfully Submitted:

                                                            */s/ Christopher A. Seeger*
                                                            Christopher A. Seeger
                                                            **SEEGER WEISS LLP**
                                                            77 Water Street
                                                            New York, NY 10005
                                                            Phone: (212) 584-0700
                                                            Fax: (212) 584-0799
                                                            cseeger@seegerweiss.com

                                                            *Co-Lead Class Counsel*

---

6101.] However, Movants' supporting memorandum of law refers to an alleged need for documentation and data that is much broader than what was provided to the Special Master.

Sol Weiss
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, PA 19103
Phone:  (215) 735-1130
Fax:  (215) 735-2024
sweiss@anapolschwartz.com

*Co-Lead Class Counsel*

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing was served electronically via the Court's electronic filing system on the 2nd day of September, 2014, upon all counsel of record.

Dated:  September 2, 2014

/s/ Christopher A. Seeger
Christopher A. Seeger
