# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br> MDL No. 2323 <br> **Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, and <br><br> Richard Dent, Jeremy Newberry, Roy Green, J.D. Hill, Keith Van Horne, Ron Stone, Ron Pritchard, James McMahon, and Marcellus Wiley, *on behalf of themselves and other similarly situated*, <br><br> Proposed Intervenor-Plaintiffs <br><br> v. <br><br> National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc., <br><br> Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: <br> ALL ACTIONS | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please take notice that William N. Sinclair, a partner at the firm of Silverman, Thompson, Slutkin & White, LLC, appears in the above-titled case as additional counsel for proposed-intervenor-plaintiffs Richard Dent, Jeremy Newberry, Roy Green, J.D. Hill, Keith Van Horne, Ron Stone, Ron Pritchard, James McMahon, and Marcellus Wiley. Ramsay Whitworth, also a partner at Silverman, Thompson, Slutkin & White, and a barred member of this Court, remains as counsel. My contact information is as follows:

William N. Sinclair
Silverman, Thompson, Slutkin & White, LLC
201 N. Charles Street, 26th Floor
Baltimore, MD 21201
Telephone: (410) 385-2225
Facsimile: (410) 547-2432
Email: bsinclair@mdattorney.com

DATED: September 3, 2014                    Respectfully Submitted:

SILVERMAN, THOMPSON, SLUTKIN & WHITE LLC

_/s/_____
William N. Sinclair
Silverman, Thompson, Slutkin & White, LLC
201 N. Charles Street, 26th Floor
Baltimore, MD 21201
Telephone: (410) 385-2225
Facsimile: (410) 547-2432
Email: bsinclair@mdattorney.com
*Counsel for Proposed-Intervenor-Plaintiffs*