UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: Ramon Armstrong, 1103 Oakcrest Drive, Wylie, TX 75098

Address of Defendant : National Football League, 345 Park Avenue, New York, NY 10154

Place of Accident, Incident or Transaction: _____
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))  Yes☐  NoXXX

Does this case involve multidistrict litigation possibilities?  YesXXX  No☐
RELATED CASE, IF ANY:
Case Number: 12-md-2323  Judge Anita Brody  Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
  Yes☐  NoXXX
2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
  YesXXX  No☐
3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
  Yes☐  NoXXX
4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
  Yes☐  NoXXX

CIVIL: (Place ✔ in ONE CATEGORY ONLY)
A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
  (Please specify) _____

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. XXX All other Diversity Cases
  (Please specify) Fraud, Negligence, Product Liability

ARBITRATION CERTIFICATION
(Check Appropriate Category)
I, Mitchell A. Toups, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: _____  _____  _____
                    Attorney-at-Law           Attorney I.D.#
NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.
DATE: 9/3/14  _____  _____
              Attorney-at-Law           Attorney I.D.#

CIV. 609 (5/2012)

Additional Plaintiffs' Addresses:

Nathaniel Newton, Jr.
936 Oakcrest Drive
Wylie, TX  75098

Larry Brown
5603 Sycamore Drive
Colleyville, TX  76034

Kenneth Davis
1224 Brooklawn Drive
Arlington, TX  76018

Michael McGruder
835 East Lamar Blvd., No. 236
Arlington, TX  76011

Mr. Clifton L. Odom
6708 Martha's Vineyard Drive
Arlington, TX  76034

George Teague
1000 Delaware Drive
Carrollton, TX  75010


**Defendant's Addresses:**

Riddell, Inc. d/b/a Riddell Sports Group, Inc.
6255 No. State Highway, Suite 300
Irving, TX  76038

Easton-Bell Sports, Inc.
7855 Haskell Ave., Suite 200
Van Nuys, CA 91406

RBG Holdings Corp.
7855 Haskell Avenue, Suite 200
Van Nuys, CA 91406