UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION <br><br> **MICHAEL BARBER** <br><br> v. <br><br> **NATIONAL FOOTBALL LEAGUE, ET AL.,** <br> No. 2:14-cv-03825-AB | No. 12-md-2323 (AB) <br><br> MDL No. 2323 <br><br> ENTRY OF APPEARANCE |

ENTRY OF APPEARANCE
ON BEHALF OF MICHAEL BARBER AND LARRY BOWIE

**NOW COMES** the undersigned Edward S. Stone, Esq. and Marc Davies, Esq. who do hereby give this Court and all interested parties notice of this entry of appearance as trial counsel for all purposes on behalf of plaintiffs Michael Barber and Larry Bowie.  The undersigned's contact information is as follows:

    EDWARD STONE LAW P.C.
    175 West Putnam Avenue, 2nd Floor
    Greenwich, CT  06830
    Telephone:  203-504-8425
    Fax:  203-348-8477

    Edward S. Stone, Esq.
    Email:  eddie@edwardstonelaw.com

    Marc Davies, Esq.
    Email:  marc@edwardstonelaw.com

Please mark your records accordingly.

Dated:  September 4, 2014		Respectfully submitted,


			/s/ Edward S. Stone
			Edward S. Stone
			Marc Davies (PA#81789), *Of Counsel*
			EDWARD STONE LAW P.C.
			175 West Putnam Avenue, 2nd Floor
			Greenwich, CT  06830
			Telephone:  203-504-8425
			Fax:  203-348-8477

			*Attorneys for Plaintiffs, Michael Barber and Larry Bowie*


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above document was served on all parties on this 4th day of September 2014, by filing the document in the Court's ECF filing system, which gives e-mail notice to all attorneys of record.


			/s/ Edward S. Stone
			Edward S. Stone, Esq.
			*Attorney for Plaintiffs, Michael Barber and Larry Bowie*