IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION | § § § |
| _____ | §   No. 12-md-2323 (AB) |
| | § |
| | §   MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | § |
| ALL ACTIONS | § |

### NOTICE OF APPEARNCE OF COUNSEL

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Please note the appearance of Mitchell A. Toups, Esq. and Weller, Green, Toups & Terrell, LLP, Richard L. Coffman, Esq. and The Coffman Law Firm, Jason Webster, Esq. and The Webster Law Firm and Mike Warner, Esq. and The Warner Law Firm as counsel for Plaintiffs, Ramon Armstrong, Nathaniel Newton, Jr., Larry Brown, Kenneth Davis, Michael McGruder, Clifton L. Odom, and George Teague in this matter.

All pleadings, motions and other documents to be served upon Plaintiffs, Ramon Armstrong, Nathaniel Newton, Jr., Larry Brown, Kenneth Davis, Michael McGruder, Clifton L. Odom, and George Teague should be served upon Mitchell A. Toups, Esq. and Weller, Green, Toups & Terrell, LLP, Richard L. Coffman, Esq. and The Coffman Law Firm, Jason Webster, Esq. and The Webster Law Firm and Mike Warner, Esq. and The Warner Law Firm at the following addresses:

Mitchell A. Toups
Weller, Green, Toups & Terrell, LLP
2615 Calder Ave., Suite 400
Beaumont, TX  77702
Telephone: (409) 838-0101
Facsimile: (409) 838-6780
E-mail:  matoups@wgttlaw.com

Richard L. Coffman
The Coffman Law Firm
First City Building
505 Orleans St., Suite 505
Beaumont, Texas  77701
Telephone: (409) 833-7700
Facsimile: (866) 835-8250
E-mail: rcoffman@coffmanlawfirm.com

Jason Webster
The Webster Law Firm
6200 Savoy Dr., Suite 515
Houston, Texas  77036
Telephone: (713) 396-5197
Facsimile: (713) 581-3907
E-mail: jwebster@thewebsterlawfirm.com

Mike Warner
The Warner Law Firm
101 SE 11th Ave.
Amarillo, Texas  79101
Telephone: (806) 553-2994
Facsimile: (866) 397-9054
E-mail: mike@thewarnerlawfirm.com

Respectfully submitted,

/s/  Mitchell A. Toups
Mitchell A. Toups
**WELLER, GREEN, TOUPS & TERRELL, LLP**
2615 Calder Ave., Suite 400
Beaumont, TX 77702
Telephone: (409) 838-0101
Facsimile: (409) 838-6780
Email: matoups@wgttlaw.com

**ATTORNEYS FOR PLAINTIFFS RAMON ARMSTRONG, NATHANIEL NEWTON, JR., LARRY BROWN, KENNETH DAVIS, MICHAEL MCGRUDER, CLIFTON L. ODOM, AND GEORGE TEAGUE**

2

**APPEARANCE OF COUNSEL ARMSTRONG OBJECTORS**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Appearance of Counsel was served on all counsel of record, via the Court's ECF System, on September 3, 2014.

/s/ *Mitchell A. Toups*
Mitchell A. Toups