UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br><br>MICHAEL BARBER<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, ET AL., No. 2:14-cv-03825-AB | No. 12-md-2323 (AB)<br><br>MDL No. 2323<br><br>NOTICE OF VOLUNTARY DISMISSAL |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION

1. PLEASE TAKE NOTICE, pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure, Plaintiff Michael Barber hereby voluntarily dismisses this action, without prejudice, as against all Defendants.

2. This honorable Court's July 7, 2014 Order included a stay, enjoining proposed Settlement Class Members from commencing a lawsuit against the Defendants, and the dismissal will not prejudice or operate to the detriment of the defendants named herein.

3. None of the named defendants have filed or served an answer or other responsive pleading.

   WHEREFORE, the plaintiff respectfully prays that the court enter its order granting voluntary dismissal of this action.

DATED:      September 5, 2014              Respectfully submitted,

                                           By: /s/ Marc Davies
                                           Marc Davies, Esq., (PA#81789) *Of Counsel*
                                           Edward S. Stone, Esq.
                                           EDWARD STONE LAW P.C.
                                           175 West Putnam Avenue, 2nd Floor
                                           Greenwich, CT  06830
                                           Telephone:  203-504-8425
                                           Fax:  203-348-8477
                                           *Attorneys for Plaintiff Michael Barber*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above document was served on all parties on this 5th day of September 2014, by filing the document in the Court's ECF filing system, which gives e-mail notice to all attorneys of record.

*/s/ Marc Davies*
Marc Davies, Esq.