UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Amended Master Administrative Long Form Complaint and<br><br>JOSEPH ADDAI, ROYLIN BRADLEY, BENNIE BRAZELL, JOHN CHARLES, SHANE ELAM, STAN GIBBS, BENJAMIN JOPPRU, LUTHER LEVERSON, JAMIE SHARPER, JUSTIN SKINNER, SAMMY WILLIAMS, KENNETH WRIGHT, MARK CLAYTON, FRANK DAVIS, ERIC HERNDERSON, RANDY HYMES, ANTHONY OAKLEY, BRODNEY POOL, RICKEY PRICE, AND MICHAEL SINCLAIR<br>    Plaintiffs<br><br>NATIONAL FOOTBALL LEAGUE; NFL PROPERTIES, LLC, RIDDELL, INC., d/b/a RIDDELL SPORTS GROUP, INC., ALL AMERICAN SPORTS CORPORATION, d/b/a RIDDELL/ALL AMERICAN; RIDDELL SPORTS GROUP INC., EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC; EB SPORTS CORP.; AND RBG HOLDINGS CORP.; AND JOHN DOES' 1 through 100, Inclusive,<br>    Defendants | SHORT FORM COMPLAINT IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL ON BEHALF OF PLAINTIFFS

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(l)(A)(i), Plaintiffs, JOSEPH ADDAI, ROYLIN BRADLEY, BENNIE BRAZELL, JOHN CHARLES, SHANE ELAM, STAN GIBBS, BENJAMIN JOPPRU, LUTHER LEVERSON, JAMIE SHARPER, JUSTIN SKINNER, SAMMY WILLIAMS, KENNETH WRIGHT, MARK CLAYTON, FRANK DAVIS, ERIC HENDERSON, RANDY HYMES, ANTHONY OAKLEY, BRODNEY POOL, RICKEY PRICE and MICHAEL SINCLAIR, hereby voluntarily dismiss their claims against the NFL and all defendants in the above-captioned action, without prejudice.

Defendants National Football League ("The NFL"), NFL, Properties, LLC, ("NFL Properties"), Riddell, Inc. (d/b/a Riddell Sports Group, Inc.), All American Sports Corporation, d/b/a Riddell/All America, Riddell Sports Group, Inc., Easton-Bell Sports, Inc., Easton-Bell Sports, LLC, EB Sports Corp., and RBG Holding Corp., have not yet served an Answer or Motion for Summary Judgment in response to the Plaintiffs' Complaint.

**DATED this 5th day of September 2014.**

 

Respectfully submitted,

STERN LAW GROUP

_____
**Jeffrey M. Stern**
Federal ID No. 8536
4909 Bissonnet St., Suite 100
Bellaire, Texas 77401-4051
Tel. No. (713) 661-9900
Fax No. (713) 666-5922
jstern@stern-lawgroup.com

and

**ATTORNEY DAVID BUCKLEY, PLLC**

*/s/ David J. Buckley, Jr.*

**David J. Buckley, Jr.**
Federal ID No: 1465981
TBN: 24078281
1811 Bering Drive, Suite 300
Houston, TX 77057
Tel. No. (281) 719-9312
Fax No. (281) 719-9307
dbuckley@davidbuckleylaw.com

and

**MOKARAM LAW FIRM**

*/s/ Ali Mokaram*

**Ali Mokaram**
TBN: 00794318
2500 West Loop South, Suite 450
Houston, Texas 77027
Tel. No. (713) 952-4445
Fax No. (713) 952-4525
Ali@mokaramlawfirm.com
**COUNSEL FOR PLAINTIFFS
JOSEPH ADDAI, ROYLIN BRADLEY,
BENNIE BRAZELL, JOHN CHARLES, SHANE ELAM,
STAN GIBBS, BENJAMIN JOPPRU, LUTHER
LEVERSON, JAMIE SHARPER, JUSTIN SKINNER,
SAMMY WILLIAMS, KENNETH WRIGHT, MARK
CLAYTON, FRANK DAVIS, ERIC HENDERSON,
RANDY HYMES, ANTHONY OAKLEY, BRODNEY
POOL, RICKEY PRICE, and MICHAEL SINCLAIR**

## CERTIFICATE OF SERVICE

      I hereby certify that on September 5, 2014, I electronically filed the foregoing *Notice of Voluntary Dismissal* with the Clerk of the Court by using the CM/ECF system. Said document has this date and has been served on all counsel of record in these proceedings by CM-ECF.

_____
Jeffrey M. Stern