IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION | No. 12-md-2323 (AB) |
| THIS DOCUMENT RELATES TO: Plaintiffs' Amended Master Administrative Long Form Complaint and | MDL No. 2323 |
| RAMON ARMSTRONG; NATHANIEL NEWTON, JR.; LARRY BROWN; KENNETH DAVIS; MICHAEL MCGRUDER; CLIFTON L. ODOM; AND GEORGE TEAGUE     Plaintiffs | |
| VS. | |
| NATIONAL FOOTBALL LEAGUE; NFL PROPERTIES, LLC; RIDDELL, INC. D/B/A RIDDELL SPORTS GROUP, INC.; ALL AMERICAN SPORTS CORPORATION, D/B/A RIDDELL/ALL AMERICAN; RIDDELL SPORTS GROUP, INC.; EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC; EB SPORTS CORP; RBG HOLDINGS CORP.; AND JOHN DOES' 1-100, INCLUSIVE     Defendants | JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL BY ARMSTRONG GROUP

1. PLEASE TAKE NOTICE, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs, Ramon Armstrong, Nathaniel Newton, Jr.; Larry Brown; Kenneth Davis; Michael McGruder; Clifton L. Odom; and George Teague (collectively, the "Armstrong Group"),

hereby voluntarily dismisses this action, without prejudice, as against Defendant NATIONAL FOOTBALL LEAGUE ("the NFL") and Defendant NFL Properties, LLC, as the successor-in-interest to the National Football Properties, Inc. ("NFL Properties").

2. This Honorable Court's July 7, 2014 Order included a stay, enjoining proposed Settlement Class Members from commencing a lawsuit against the NFL and NFL Properties, and the dismissal will not prejudice or operate to the detriment of the defendants named herein.

3. None of the named defendants have filed or served an answer or other responsive pleading.

4. WHEREFORE, the Armstrong Plaintiffs respectfully pray that the court enter its order granting voluntary dismissal of these Defendants.

Date:  September 3, 2014

Respectfully submitted,

/s/  Mitchell A. Toups
Mitchell A. Toups
**WELLER, GREEN, TOUPS & TERRELL, LLP**
2615 Calder Ave., Suite 400
Beaumont, TX 77702
Telephone: (409) 838-0101
Facsimile: (409) 838-6780
Email: matoups@wgttlaw.com

Richard L. Coffman
**THE COFFMAN LAW FIRM**
505 Orleans St., Ste. 505
Beaumont, TX 77701
Telephone: (409) 833-7700
Facsimile: (866) 835-8250
Email: rcoffman@coffmanlawfirm.com

Jason Webster
**THE WEBSTER LAW FIRM**
6200 Savoy, Suite 515
Houston, TX 77036
Telephone: (713) 581-3900
Facsimile: (713) 409-6464
Email: jwebster@thewebsterlawfirm.com

Mike Warner
**THE WARNER LAW FIRM**
101 Southeast 11th Suite 301
Amarillo, TX 79101
Telephone:  (806) 372-2595
Facsimile:
Email:  mike@thewarnerlawfirm.com

## CERTIFICATE OF SERVICE

  I certify that a true copy of the Objection to the June 25, 2014 Revised Class Settlement by Nathaniel Newton, Jr., Ramon Armstrong, Larry Brown, Kenneth Davis, Michael McGruder, Clifton L. Odom, and George Teague was served on all counsel of record, via the Court's ECF System, on September 3, 2014.

            /s/  *Mitchell A. Toups*
            Mitchell A. Toups