# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : | |

## ORDER

**AND NOW,** this _____ day of September, 2014, I **DIRECT** Special Master Perry Golkin to file with the Clerk of the Court in MDL No. 2323, on or before Friday, September 12, 2014, the actuarial and/or economic reports provided by the NFL Parties and Co-Lead Class Counsel to Special Master Golkin, and the supplemental information and/or tabulations to those reports requested by and provided to Special Master Golkin, as referenced in the NFL Parties' and Co-Lead Class Counsel's Responses to Bloomberg L.P. and ESPN, Inc.'s Amended Motion to Intervene to Seek Access to Documents and Information (Doc. Nos. 6141, 6144).

/s Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:            Copies **MAILED** on _____ to:

1