IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION  _____  THIS DOCUMENT RELATES TO: ALL ACTIONS | § § § § § § § § § No. 12-md-2323 (AB)  MDL No. 2323 |

## NOTICE OF APPEARNCE OF COUNSEL

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Please note the appearance of Richard L. Coffman, Esq. and The Coffman Law Firm as counsel for Plaintiffs, Ramon Armstrong, Nathaniel Newton, Jr., Larry Brown, Kenneth Davis, Michael McGruder, Clifton L. Odom, and George Teague in this matter.

All pleadings, motions and other documents to be served upon Plaintiffs, Ramon Armstrong, Nathaniel Newton, Jr., Larry Brown, Kenneth Davis, Michael McGruder, Clifton L. Odom, and George Teague should be served upon Richard L. Coffman, Esq. and The Coffman Law Firm at the following address:

Richard L. Coffman
The Coffman Law Firm
First City Building
505 Orleans St., Suite 505
Beaumont, Texas  77701
Telephone: (409) 833-7700
Facsimile: (866) 835-8250
E-mail: rcoffman@coffmanlawfirm.com
E-mail: apace@coffmanlawfirm.com

Respectfully submitted,

/s/  Richard L. Coffman
Richard L. Coffman
**THE COFFMAN LAW FIRM**
First City Building
505 Orleans Street, Suite 505
Beaumont, TX 77701
Telephone: (409) 833-7700
Facsimile: (866) 835-8250
Email: rcoffman@coffmanlawfirm.com

**ATTORNEYS FOR PLAINTIFFS RAMON ARMSTRONG, NATHANIEL NEWTON, JR., LARRY BROWN, KENNETH DAVIS, MICHAEL MCGRUDER, CLIFTON L. ODOM, AND GEORGE TEAGUE**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Appearance of Counsel was served on all counsel of record, via the Court's ECF System, on September 9, 2014.

/s/  *Richard L. Coffman*
Richard L. Coffman