IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION §§§§§§§§ | No. 12-md-2323 (AB)  MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF APPEARNCE OF COUNSEL

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Please note the appearance of Jason Webster, Esq. and The Webster Law Firm as counsel for Plaintiffs, Ramon Armstrong, Nathaniel Newton, Jr., Larry Brown, Kenneth Davis, Michael McGruder, Clifton L. Odom, and George Teague in this matter.

All pleadings, motions and other documents to be served upon Plaintiffs, Ramon Armstrong, Nathaniel Newton, Jr., Larry Brown, Kenneth Davis, Michael McGruder, Clifton L. Odom, and George Teague should be served upon Jason Webster, Esq. and The Webster Law Firm at the following address:

Jason Webster
The Webster Law Firm
6200 Savoy Dr., Suite 515
Houston, Texas  77036
Telephone: (713) 396-5197
Facsimile: (713) 581-3907
E-mail: jwebster@thewebsterlawfirm.com

Respectfully submitted,

/s/ Jason C. Webster
Jason C. Webster
**THE WEBSTER LAW FIRM**
6200 Savoy Dr., Suite 515
Houston, Texas 77036
Telephone: (713) 581-3900
Facsimile: (713) 581-3907
Email: jwebster@thewebsterlawfirm.com

**ATTORNEY FOR PLAINTIFFS RAMON ARMSTRONG, NATHANIEL NEWTON, JR., LARRY BROWN, KENNETH DAVIS, MICHAEL MCGRUDER, CLIFTON L. ODOM, AND GEORGE TEAGUE**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Appearance of Counsel was served on all counsel of record, via the Court's ECF System, on September 9, 2014.

/s/ Jason C. Webster
Jason C. Webster