**CERTIFICATE OF SERVICE**

  I, William N. Sinclair, hereby certify that the foregoing Motion for Leave to File a Reply by Proposed Intervenor-Plaintiffs was served electronically on counsel of record by operation of the Court's ECF system.

Dated: September 10, 2014　　　　　Respectfully submitted,

            　_____/s/_____
            　William N. Sinclair (Admitted *Pro Hac Vice*)
            　Bsinclair@mdattorney.com
            　**SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC**
            　201 North Charles Street, Suite 2600
            　Baltimore, Maryland 21201
            　Tel:  (410) 385-2225
            　Fax:  (410) 547-2432
            　*Counsel for Dent Plaintiffs*