IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs, and<br><br>Richard Dent, Jeremy Newberry, Roy Green, J.D. Hill, Keith Van Horne, Ron Stone, Ron Pritchard, James McMahon, and Marcellus Wiley, *on behalf of themselves and other similarly situated,*<br><br>Proposed Intervenor-Plaintiffs<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.<br><br>Defendants. | Civ. Action No. 14-00029-AB<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

UPON CONSIDERATION of Proposed Intervenor-Plaintiffs' Motion for Leave to File Rely Memorandum in Support of Motion to Intervene ("Motion"), any papers filed in support thereof, any opposition, and oral argument, if necessary, it is this _____ day of _____, 2014 HEREBY ORDERED that,

Plaintiffs' Motion is GRANTED.

_____
Judge, United States District Court for the Eastern District of Pennsylvania