UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ( ( ( ( ( ( |
| | |
| This Document relates to: | ( ( |
| BRIAN HOLLOWAY, ONLY | ( |
| Plaintiffs' Master Administrative Long Form Complaint and *Larry Barnes et. al. vs. National Football League* USDC, EDPA, **Docket No. 12-cv-01024 AB** | ( ( ( ( ( |

MDL No. 2323
No. 12-md-2323 (AB)

MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL FOR PLAINTIFF
BRIAN HOLLOWAY

AND NOW comes David A. Rosen of Rose, Klein and Marias LLP (Plaintiff's counsel), moving this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(a)(3) and Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Brian Holloway, only in this action, and states as follows:

1.    Plaintiff's counsel, David A. Rosen of Rose, Klein and Marias LLP, filed the action *Barnes, et al. v. National Football League,* No. 12-cv-01024-AB, in the Eastern District of Pennsylvania on February 28, 2012 for the benefit of several retired National Football League players, including plaintiff Brian Holloway.

2.    Plaintiff's counsel filed a Short Form Complaint for Brian Holloway on July 13, 2013 [Document No. 36].

3.    Brian Holloway has discharged the undersigned counsel from representing him in this action.

WHEREFORE, undersigned counsel ask this Court for leave to withdraw as counsel for Brian Holloway, ONLY in this action.

Dated: September 11, 2014

Respectfully Submitted:

David A. Rosen (State Bar No. 101287)
**ROSE, KLEIN AND MARIAS LLP**
801 S. Grand. 11th Floor
Los Angeles, California 90017
(213) 626-0571 Telephone
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL      ( | |
| LEAGUE PLAYERS' CONCUSSION   ( | |
| INJURY LITIGATION            ( | MDL No. 2323 |
|                              ( | No. 12-md-2323 (AB) |
|                              ( | |
| _____ ( | |
| This Document relates to:    ( | |
|                              ( | |
| <u>BRIAN HOLLOWAY, ONLY</u>  ( | |
| Plaintiffs' Master Administrative Long ( | |
| Form Complaint and *Larry Barnes* ( | |
| *et. al. vs. National Football League* ( | |
| USDC, EDPA, **Docket No. 12-cv-01024 AB**( | |
|                              ( | |

## ORDER

AND NOW, this_____ day of _____, 2014, upon consideration of the motion by

David A. Rosen of Rose, Klein and Marias LLP, to withdraw as counsel in relation to the claims

of Brian Holloway, ONLY, in this action, and for good cause shown, said motion is granted.

The above-listed counsel are hereby withdrawn as counsel for Brian Holloway.

Respectfully Submitted:

_____
ANITA B. BRODY, Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused the foregoing *Motion for Leave to Withdraw as Counsel for Plaintiff's Brian Holloway* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: September 11,2014                    Respectfully Submitted:

David A. Rosen (State Bar No. 101287)
**ROSE, KLEIN AND MARIAS LLP**
801 S. Grand. 11th Floor
Los Angeles, California 90017
(213) 626-0571 Telephone
*Attorneys for Plaintiffs*