## Certificate of Service

On September 11, 2014, I electronically filed a copy of the foregoing document through the CM/ECF system for the United States District Court for the Eastern District of Pennsylvania, which will send a notice of electronic filing to all counsel of record and make it available for viewing and downloading from the CM/ECF system.

*/s/Thomas A. Demetrio*
Thomas A. Demetrio
