IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>DUERSON | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |

**[PROPOSED] ORDER**

**AND NOW,** on this _____ day of _____, 2014, upon consideration of Plaintiff Duerson's Motion to Permit the Taking of Mr. Seeger's Deposition, it is hereby **ORDERED** that:

Thomas A. Demetrio, attorney for Plaintiff, Tregg Duerson, Personal Representative of the Estate of Dave Duerson, deceased, is permitted to take the deposition of Co-Lead Counsel, Chris Seeger, on or before September 26, 2014.

SO ORDERED this _____ day of _____, 2014.

_____
Anita B. Brody
United States District Court Judge