UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

September 11, 2014

No. **14-8103**

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS CONCUSSION
INJURY LITIGATION

Objecting Class Members: Sean Morey; Alan Faneca;
Ben Hamilton; Robert Royal; Roderick Cartwright;
Jeff Rohrer; Sean Considine,
                Petitioners

(E.D. Pa. Nos. 2-12-md-02323 and 2-14-cv-00029)

Present:  AMBRO, SMITH and JORDAN, <u>Circuit Judges</u>

1. Petition of Objecting Class Members pursuant to Fed. R. Civ. P. 23(f) for Leave to Appeal from the District Court's Order granting Settlement Class Certification.

                 Respectfully,

                 Clerk/mlr

**O R D E R**

The foregoing Petition of Objecting Class Members pursuant to Federal Rule of Civil Procedure 23(f) for Leave to Appeal from the District Court's Order granting Settlement Class Certification is denied. The Court will issue an Opinion in this matter at a later time.

                 By the Court,

                 s/ Thomas L. Ambro
                 Circuit Judge

Dated: September 11, 2014

A True Copy:

Marcia M. Waldron, Clerk

Page #2
In re: NFL Players Concussion
14-8103

cc:
    Brad S. Karp, Esq.
    Theodore V. Wells, Jr., Esq.
    Sol H. Weiss, Esq.
    Dianne M. Nast, Esq.
    Scott L. Nelson, Esq.
    David D. Langfitt, Esq.
    Arnold Levin, Esq.
    Alan B. Morrison, Esq.
    Michele D. Hangley, Esq.
    Allison M. Zieve, Esq.
    William T. Hangley, Esq.
    Samuel Issacharoff, Esq.
    Christopher A. Seeger, Esq.
    Diogenes P. Kekatos, Esq.
    Steven F. Molo, Esq.
    Martin Totaro, Esq.
    Gene Locks, Esq.
    David R. Buchanan, Esq.
    Steven M. Marks, Esq.
    Stephen F. Rosenthal, Esq.
    Bruce A. Birenboim, Esq.
    Beth A. Wilkinson, Esq.