# SUPPLEMENTAL SCHEDULES PROVIDED AT THE REQUEST OF THE SPECIAL MASTER

**Counts and Compensation, by Years Played and by Disease - NOT BY MOST SERIOUS DISEASE - Dollars in Thousands**

| Years Played | Als Counts | Als Compensation | Death with CTE Counts | Death with CTE Compensation | Parkinsons Counts | Parkinsons Compensation | Alzheimers Counts | Alzheimers Compensation | Level 2.0 Counts | Level 2.0 Compensation | Level 1.5 Counts | Level 1.5 Compensation | Total Counts | Total Compensation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| More than 0 and less than 1 years played | 7.0 | $4,585.0 | 6.0 | $2,632.5 | 2.7 | $225.7 | 536.0 | $42,122.3 | 603.5 | $9,817.4 | 581.0 | $17,196.7 | 1,736.2 | $76,579.5 |
| More than 1 and less than 2 years played | 1.8 | $3,464.9 | 3.0 | $1,300.7 | 1.3 | $334.6 | 191.4 | $32,381.0 | 224.3 | $9,976.1 | 216.0 | $16,475.6 | 637.8 | $63,932.8 |
| More than 2 and less than 3 years played | 1.8 | $5,173.2 | 1.0 | $0.0 | 0.8 | $0.0 | 169.6 | $49,193.0 | 183.0 | $12,593.6 | 176.2 | $20,830.8 | 532.5 | $87,790.5 |
| More than 3 and less than 4 years played | 1.8 | $5,880.3 | 1.0 | $63.2 | 0.9 | $41.5 | 149.5 | $44,448.5 | 178.2 | $20,452.7 | 171.5 | $32,379.4 | 502.9 | $103,265.6 |
| More than 4 and less than 5 years played | 0.5 | $1,040.6 | 2.0 | $4,096.4 | 2.2 | $230.0 | 124.1 | $49,648.3 | 172.7 | $21,000.8 | 166.2 | $32,811.1 | 467.7 | $108,827.1 |
| More than 5 and less than 6 years played | 3.2 | $16,227.3 | 4.0 | $2,382.6 | 2.1 | $188.7 | 118.0 | $40,776.0 | 136.3 | $13,482.2 | 131.2 | $23,443.7 | 394.8 | $96,500.4 |
| More than 6 and less than 7 years played | 0.0 | $0.0 | 3.0 | $3,832.6 | 1.7 | $286.0 | 75.9 | $24,560.7 | 101.1 | $13,981.0 | 97.4 | $22,309.5 | 279.1 | $64,969.9 |
| More than 7 and less than 8 years played | 1.8 | $8,160.5 | 5.0 | $3,901.8 | 0.8 | $41.5 | 89.2 | $42,834.1 | 111.3 | $18,399.8 | 107.2 | $25,073.7 | 315.4 | $98,411.3 |
| More than 8 and less than 9 years played | 1.4 | $7,769.5 | 4.0 | $7,849.7 | 0.0 | $0.0 | 74.1 | $23,688.3 | 91.9 | $9,836.3 | 88.5 | $16,652.6 | 259.9 | $65,796.5 |
| More than 9 and less than 10 years played | 0.5 | $885.0 | 6.0 | $11,332.6 | 0.9 | $1,081.2 | 67.9 | $19,284.5 | 71.9 | $6,824.2 | 69.3 | $12,674.1 | 216.4 | $52,081.7 |
| More than 10 years played | 1.8 | $5,562.7 | 11.0 | $14,879.5 | 1.3 | $747.7 | 165.4 | $47,613.5 | 192.4 | $16,882.2 | 185.2 | $29,559.2 | 557.1 | $115,244.8 |
|  | 21.7 | $58,748.9 | 46.0 | $52,271.6 | 14.9 | $3,176.9 | 1,761.0 | $416,550.3 | 2,066.7 | $153,246.2 | 1,989.5 | $249,406.2 | 5,899.7 | $933,400.0 |