**Counts and Compensation, by Year Paid and by Disease - NOT BY MOST SERIOUS DISEASE - Dollars in Thousands**

| Paid Year | Als Counts | Als Compensation | Death with CTE Counts | Death with CTE Compensation | Parkinsons Counts | Parkinsons Compensation | Alzheimers Counts | Alzheimers Compensation | Level 2.0 Counts | Level 2.0 Compensation | Level 1.5 Counts | Level 1.5 Compensation | Total Counts | Total Compensation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | 6.5 | $19,538.5 | 32.2 | $36,590.1 | 3.1 | $1,041.2 | 100.8 | $34,862.4 | 147.5 | $31,409.2 | 196.4 | $50,403.4 | 486.5 | $173,844.8 |
| 2016 | 3.0 | $9,258.0 | 13.8 | $15,681.5 | 1.3 | $446.2 | 57.3 | $20,682.6 | 77.6 | $14,655.6 | 101.0 | $23,548.4 | 254.0 | $84,272.2 |
| 2017 | 0.3 | $977.4 | 0.0 | $0.0 | 0.3 | $12.5 | 22.3 | $9,262.8 | 25.2 | $2,192.2 | 27.2 | $3,436.4 | 75.2 | $15,881.3 |
| 2018 | 0.1 | $160.9 | 0.0 | $0.0 | 0.6 | $70.3 | 21.8 | $9,954.9 | 28.9 | $2,334.1 | 23.9 | $2,871.7 | 75.4 | $15,391.8 |
| 2019 | 0.2 | $214.5 | 0.0 | $0.0 | 0.6 | $84.0 | 25.0 | $10,225.6 | 29.6 | $2,247.3 | 25.1 | $2,832.5 | 80.6 | $15,603.9 |
| 2020 | 0.1 | $160.9 | 0.0 | $0.0 | 0.3 | $53.7 | 27.9 | $9,541.8 | 28.2 | $2,108.5 | 30.3 | $3,536.8 | 86.8 | $15,401.7 |
| 2021 | 0.0 | $0.0 | 0.0 | $0.0 | 0.1 | $30.0 | 25.4 | $7,856.5 | 24.9 | $1,727.8 | 33.2 | $4,391.9 | 83.6 | $14,006.2 |
| 2022 | 0.3 | $864.8 | 0.0 | $0.0 | 0.3 | $127.5 | 24.7 | $8,863.4 | 26.1 | $1,705.3 | 31.5 | $3,927.6 | 82.8 | $15,488.5 |
| 2023 | 0.4 | $1,153.0 | 0.0 | $0.0 | 0.3 | $146.7 | 24.8 | $10,472.9 | 31.4 | $2,144.2 | 29.7 | $3,328.4 | 86.5 | $17,245.2 |
| 2024 | 0.4 | $1,564.5 | 0.0 | $0.0 | 0.1 | $87.5 | 28.6 | $10,942.4 | 34.5 | $2,650.7 | 30.0 | $3,267.5 | 93.6 | $18,512.7 |
| 2025 | 0.3 | $1,888.9 | 0.0 | $0.0 | 0.0 | $0.0 | 29.2 | $11,296.8 | 32.7 | $2,341.6 | 34.0 | $4,088.2 | 96.2 | $19,615.5 |
| 2026 | 0.3 | $1,974.3 | 0.0 | $0.0 | 0.1 | $11.9 | 30.0 | $11,300.2 | 30.8 | $1,914.1 | 37.4 | $4,319.4 | 98.7 | $19,520.0 |
| 2027 | 0.1 | $955.9 | 0.0 | $0.0 | 0.4 | $31.1 | 28.8 | $12,050.8 | 31.2 | $1,820.6 | 40.8 | $4,266.0 | 101.4 | $19,124.4 |
| 2028 | 0.1 | $831.8 | 0.0 | $0.0 | 0.5 | $32.2 | 27.3 | $10,137.8 | 35.3 | $2,257.7 | 38.7 | $4,446.3 | 102.0 | $17,705.9 |
| 2029 | 0.2 | $1,109.1 | 0.0 | $0.0 | 0.3 | $15.2 | 24.7 | $8,748.6 | 38.9 | $2,383.0 | 35.7 | $5,233.8 | 99.7 | $17,489.6 |
| 2030 | 0.4 | $1,774.3 | 0.0 | $0.0 | 0.0 | $0.0 | 24.1 | $7,907.5 | 42.4 | $2,378.2 | 36.9 | $5,508.6 | 103.8 | $17,568.7 |
| 2031 | 0.5 | $1,568.8 | 0.0 | $0.0 | 0.0 | $0.0 | 25.5 | $7,921.6 | 40.2 | $2,539.1 | 38.9 | $4,854.2 | 105.1 | $16,883.8 |
| 2032 | 0.6 | $1,538.8 | 0.0 | $0.0 | 0.0 | $0.0 | 28.5 | $7,237.8 | 37.1 | $3,037.5 | 40.1 | $4,735.4 | 106.2 | $16,549.4 |
| 2033 | 0.7 | $1,087.4 | 0.0 | $0.0 | 0.0 | $0.0 | 31.0 | $6,829.8 | 38.3 | $3,173.6 | 40.8 | $5,218.7 | 110.9 | $16,309.4 |
| 2034 | 0.7 | $893.6 | 0.0 | $0.0 | 0.1 | $148.4 | 32.5 | $7,872.2 | 40.4 | $2,678.4 | 38.7 | $5,277.6 | 112.4 | $16,870.2 |
| 2035 | 0.5 | $644.7 | 0.0 | $0.0 | 0.3 | $220.0 | 31.6 | $9,571.6 | 41.6 | $2,663.5 | 36.3 | $4,767.3 | 110.4 | $17,867.1 |
| 2036 | 0.2 | $146.0 | 0.0 | $0.0 | 0.3 | $177.9 | 32.6 | $11,233.4 | 42.4 | $2,957.3 | 36.1 | $4,960.4 | 111.6 | $19,475.0 |
| 2037 | 0.1 | $109.5 | 0.0 | $0.0 | 0.3 | $29.9 | 35.1 | $11,134.6 | 40.2 | $2,999.0 | 40.0 | $5,185.6 | 115.7 | $19,458.6 |
| 2038 | 0.0 | $0.0 | 0.0 | $0.0 | 0.4 | $41.3 | 39.1 | $10,833.2 | 37.7 | $2,680.7 | 40.9 | $5,287.3 | 118.1 | $18,842.5 |
| 2039 | 0.0 | $0.0 | 0.0 | $0.0 | 0.7 | $48.9 | 38.0 | $9,650.3 | 37.5 | $2,874.6 | 40.5 | $4,848.8 | 116.7 | $17,422.6 |
| 2040 | 0.1 | $823.4 | 0.0 | $0.0 | 0.6 | $30.9 | 38.3 | $9,723.0 | 41.6 | $2,949.5 | 39.3 | $4,946.8 | 119.9 | $18,473.5 |
| 2041 | 0.2 | $1,097.9 | 0.0 | $0.0 | 0.4 | $10.6 | 35.0 | $9,273.0 | 42.4 | $2,882.5 | 40.1 | $5,095.4 | 118.0 | $18,359.2 |
| 2042 | 0.1 | $823.4 | 0.0 | $0.0 | 0.3 | $22.9 | 34.6 | $9,269.0 | 42.1 | $2,604.2 | 39.1 | $4,643.0 | 116.2 | $17,362.4 |
| 2043 | 0.1 | $16.4 | 0.0 | $0.0 | 0.3 | $22.3 | 32.8 | $8,828.8 | 40.8 | $2,731.8 | 39.3 | $4,319.6 | 113.4 | $15,918.9 |
| 2044 | 0.2 | $21.8 | 0.0 | $0.0 | 0.1 | $8.8 | 34.2 | $8,542.0 | 41.6 | $2,963.2 | 37.5 | $4,245.0 | 113.6 | $15,780.8 |
| 2045 | 0.1 | $16.4 | 0.0 | $0.0 | 0.0 | $0.0 | 34.6 | $7,578.6 | 40.6 | $2,712.7 | 38.6 | $4,930.8 | 114.0 | $15,238.5 |
| 2046 | 0.3 | $1,205.4 | 0.0 | $0.0 | 0.0 | $0.0 | 37.0 | $7,723.8 | 40.9 | $2,484.1 | 37.2 | $4,876.8 | 115.4 | $16,290.1 |
| 2047 | 0.4 | $1,607.3 | 0.0 | $0.0 | 0.0 | $0.0 | 37.0 | $7,656.6 | 38.9 | $2,323.4 | 37.9 | $4,359.9 | 114.2 | $14,947.1 |
| 2048 | 0.4 | $1,280.8 | 0.0 | $0.0 | 0.3 | $37.6 | 35.9 | $7,088.1 | 40.1 | $2,672.2 | 35.4 | $3,693.9 | 112.1 | $14,772.6 |
| 2049 | 0.2 | $100.5 | 0.0 | $0.0 | 0.3 | $50.1 | 35.9 | $5,996.3 | 38.7 | $2,512.0 | 36.1 | $3,546.9 | 111.1 | $12,205.9 |
| 2050 | 0.1 | $75.4 | 0.0 | $0.0 | 0.3 | $37.6 | 36.2 | $5,867.2 | 39.3 | $2,173.0 | 36.8 | $3,524.2 | 112.7 | $11,677.3 |
| 2051 | 0.0 | $0.0 | 0.0 | $0.0 | 0.0 | $0.0 | 34.2 | $5,401.0 | 36.7 | $1,839.4 | 38.9 | $3,524.0 | 109.9 | $10,764.4 |
| 2052 | 0.0 | $0.0 | 0.0 | $0.0 | 0.0 | $0.0 | 34.7 | $5,290.3 | 37.5 | $1,855.0 | 36.8 | $3,132.4 | 109.0 | $10,277.7 |
| 2053 | 0.0 | $0.0 | 0.0 | $0.0 | 0.0 | $0.0 | 37.0 | $5,465.9 | 38.2 | $1,841.3 | 32.9 | $2,738.2 | 108.1 | $10,045.4 |
| 2054 | 0.0 | $0.0 | 0.0 | $0.0 | 0.1 | $17.6 | 35.0 | $4,941.8 | 40.4 | $1,777.9 | 31.0 | $2,244.4 | 106.6 | $8,981.8 |
| 2055 | 0.3 | $359.0 | 0.0 | $0.0 | 0.2 | $23.5 | 31.5 | $4,140.8 | 38.2 | $1,516.8 | 29.6 | $1,971.2 | 99.7 | $8,011.3 |
| 2056 | 0.5 | $521.1 | 0.0 | $0.0 | 0.1 | $17.6 | 29.5 | $3,436.5 | 34.2 | $1,328.4 | 30.1 | $1,775.8 | 94.5 | $7,079.5 |

**Counts and Compensation, by Year Paid and by Disease - NOT BY MOST SERIOUS DISEASE - Dollars in Thousands**

| Paid Year | Als Counts | Als Compensation | Death with CTE Counts | Death with CTE Compensation | Parkinsons Counts | Parkinsons Compensation | Alzheimers Counts | Alzheimers Compensation | Level 2.0 Counts | Level 2.0 Compensation | Level 1.5 Counts | Level 1.5 Compensation | Total Counts | Total Compensation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2057 | 0.5 | $415.5 | 0.0 | $0.0 | 0.1 | $4.2 | 29.2 | $3,372.8 | 32.2 | $1,159.5 | 26.6 | $1,499.3 | 88.7 | $6,451.3 |
| 2058 | 0.4 | $505.4 | 0.0 | $0.0 | 0.2 | $5.6 | 25.6 | $2,943.3 | 30.7 | $1,086.5 | 25.2 | $1,393.2 | 82.1 | $5,934.2 |
| 2059 | 0.4 | $617.4 | 0.0 | $0.0 | 0.1 | $4.2 | 23.2 | $2,473.5 | 31.3 | $1,062.3 | 24.9 | $1,284.7 | 79.9 | $5,442.1 |
| 2060 | 0.3 | $463.1 | 0.0 | $0.0 | 0.1 | $3.1 | 22.8 | $2,063.6 | 27.7 | $913.6 | 25.2 | $1,181.8 | 76.1 | $4,625.1 |
| 2061 | 0.0 | $0.0 | 0.0 | $0.0 | 0.2 | $4.1 | 25.9 | $2,114.9 | 26.2 | $857.8 | 22.9 | $988.8 | 75.2 | $3,965.6 |
| 2062 | 0.0 | $0.0 | 0.0 | $0.0 | 0.1 | $3.1 | 26.1 | $1,804.5 | 25.8 | $803.7 | 19.2 | $803.7 | 71.2 | $3,397.6 |
| 2063 | 0.0 | $0.0 | 0.0 | $0.0 | 0.0 | $0.0 | 23.0 | $1,363.4 | 26.2 | $786.3 | 17.9 | $695.1 | 67.1 | $2,833.9 |
| 2064 | 0.1 | $86.9 | 0.0 | $0.0 | 0.0 | $0.0 | 19.2 | $1,042.4 | 23.8 | $775.3 | 15.4 | $575.3 | 58.5 | $2,426.1 |
| 2065 | 0.2 | $115.9 | 0.0 | $0.0 | 0.1 | $5.1 | 18.3 | $949.8 | 19.9 | $721.5 | 15.0 | $552.7 | 53.5 | $2,262.9 |
| 2066 | 0.1 | $86.9 | 0.0 | $0.0 | 0.2 | $6.8 | 19.5 | $1,011.5 | 18.6 | $639.5 | 13.1 | $467.9 | 51.5 | $2,170.1 |
| 2067 | 0.0 | $0.0 | 0.0 | $0.0 | 0.1 | $5.1 | 17.9 | $909.1 | 15.9 | $597.1 | 12.3 | $394.3 | 46.3 | $1,844.0 |
| 2068 | 0.0 | $0.0 | 0.0 | $0.0 | 0.0 | $0.0 | 16.2 | $764.6 | 15.6 | $535.5 | 10.7 | $324.6 | 42.5 | $1,649.2 |
| 2069 | 0.0 | $0.0 | 0.0 | $0.0 | 0.0 | $0.0 | 11.9 | $465.1 | 13.6 | $559.9 | 9.1 | $272.1 | 34.6 | $1,225.9 |
| 2070 | 0.1 | $28.0 | 0.0 | $0.0 | 0.0 | $0.0 | 9.9 | $312.1 | 12.8 | $488.8 | 6.8 | $210.1 | 29.6 | $960.8 |
| 2071 | 0.2 | $37.3 | 0.0 | $0.0 | 0.0 | $0.0 | 9.1 | $379.2 | 11.1 | $410.7 | 5.2 | $150.5 | 25.6 | $911.3 |
| 2072 | 0.1 | $28.0 | 0.0 | $0.0 | 0.0 | $0.0 | 9.5 | $413.4 | 9.4 | $344.4 | 4.9 | $118.6 | 23.9 | $857.5 |
| 2073 | 0.0 | $0.0 | 0.0 | $0.0 | 0.0 | $0.0 | 9.1 | $377.9 | 7.0 | $297.5 | 4.3 | $112.3 | 20.4 | $723.0 |
| 2074 | 0.0 | $0.0 | 0.0 | $0.0 | 0.0 | $0.0 | 7.8 | $240.6 | 5.4 | $232.8 | 3.1 | $92.9 | 16.2 | $503.0 |
| 2075 | 0.0 | $0.0 | 0.0 | $0.0 | 0.0 | $0.0 | 6.3 | $169.8 | 5.0 | $169.5 | 2.0 | $67.9 | 13.4 | $371.8 |
| 2076 | 0.0 | $0.0 | 0.0 | $0.0 | 0.0 | $0.0 | 4.2 | $109.2 | 4.5 | $134.0 | 1.2 | $21.1 | 9.9 | $257.1 |
| 2077 | 0.0 | $0.0 | 0.0 | $0.0 | 0.0 | $0.0 | 4.0 | $190.8 | 3.2 | $126.9 | 1.0 | $15.7 | 8.2 | $311.4 |
| 2078 | 0.0 | $0.0 | 0.0 | $0.0 | 0.0 | $0.0 | 3.4 | $202.1 | 2.1 | $104.9 | 0.7 | $8.5 | 6.1 | $287.4 |
| 2079 | 0.0 | $0.0 | 0.0 | $0.0 | 0.0 | $0.0 | 2.5 | $133.2 | 1.2 | $76.8 | 0.7 | $7.8 | 4.4 | $164.8 |
| 2080 | 0.0 | $0.0 | 0.0 | $0.0 | 0.0 | $0.0 | 1.5 | $39.3 | 1.0 | $23.8 | 0.9 | $20.7 | 3.4 | $77.7 |
| 2081 | 0.0 | $0.0 | 0.0 | $0.0 | 0.0 | $0.0 | 1.5 | $37.2 | 0.7 | $17.7 | 0.7 | $21.8 | 2.8 | $68.6 |
| 2082 | 0.0 | $0.0 | 0.0 | $0.0 | 0.0 | $0.0 | 0.9 | $12.7 | 0.7 | $9.6 | 0.3 | $14.3 | 1.8 | $35.8 |
| 2083 | 0.0 | $0.0 | 0.0 | $0.0 | 0.0 | $0.0 | 0.9 | $16.1 | 0.9 | $8.8 | 0.0 | $0.0 | 1.8 | $39.5 |
| 2084 | 0.0 | $0.0 | 0.0 | $0.0 | 0.0 | $0.0 | 0.9 | $13.8 | 0.7 | $23.4 | 0.0 | $0.0 | 1.6 | $38.4 |
| 2085 | 0.0 | $0.0 | 0.0 | $0.0 | 0.0 | $0.0 | 0.6 | $10.3 | 0.3 | $16.1 | 0.0 | $0.0 | 1.0 | $26.4 |
| Total | 21.7 | $58,748.9 | 46.0 | $52,271.6 | 14.9 | $3,176.9 | 1760.9 | $416,550.3 | 2066.7 | $153,246.2 | 1989.5 | $249,406.2 | 5899.6 | $933,400.0 |