($ Millions)

| Year | Inventory Amount | Inventory Percent | Estimate Amount | Estimate Percent | Total Amount | Total Percent |
|---|---|---|---|---|---|---|
| First Five Years | $218 | 75% | $72 | 25% | $289 | 100% |
| Second Five Years | 0 | 0% | $78 | 100% | $78 | 100% |
| Next 10 Years | 0 | 0% | $180 | 100% | $180 | 100% |
| Remaining Years | 0 | 0% | $387 | 100% | $387 | 100% |
| Total | $218 | 23% | $716 | 77% | $933 | 100% |

($ Millions)

| Payment Year | Inventory Amount | Inventory Percent | Estimate Amount | Estimate Percent | Total Amount | Total Percent |
|---|---|---|---|---|---|---|
| 2014 | $0 | na | $0 | na | $0 | na |
| 2015 | $152 | 88% | $21 | 12% | $174 | 100% |
| 2016 | $65 | 77% | $19 | 23% | $84 | 100% |
| 2017 | $0 | 0% | $16 | 100% | $16 | 100% |
| 2018 | $0 | 0% | $15 | 100% | $15 | 100% |
| 2019 | $0 | 0% | $16 | 100% | $16 | 100% |
| 2020 | $0 | 0% | $15 | 100% | $15 | 100% |
| 2021 | $0 | 0% | $15 | 100% | $15 | 100% |
| 2022 | $0 | 0% | $14 | 100% | $14 | 100% |
| 2023 | $0 | 0% | $15 | 100% | $15 | 100% |
| 2024 | $0 | 0% | $17 | 100% | $17 | 100% |
| 2025 | $0 | 0% | $18 | 100% | $18 | 100% |
| 2026 | $0 | 0% | $20 | 100% | $20 | 100% |
| 2027 | $0 | 0% | $19 | 100% | $19 | 100% |
| 2028 | $0 | 0% | $18 | 100% | $18 | 100% |
| 2029 | $0 | 0% | $17 | 100% | $17 | 100% |
| 2030 | $0 | 0% | $18 | 100% | $18 | 100% |
| 2031 | $0 | 0% | $17 | 100% | $17 | 100% |
| 2032 | $0 | 0% | $17 | 100% | $17 | 100% |
| 2033 | $0 | 0% | $16 | 100% | $16 | 100% |
| 2034 | $0 | 0% | $17 | 100% | $17 | 100% |
| 2035 | $0 | 0% | $18 | 100% | $18 | 100% |
| 2036 | $0 | 0% | $18 | 100% | $18 | 100% |
| 2037 | $0 | 0% | $19 | 100% | $19 | 100% |
| 2038 | $0 | 0% | $20 | 100% | $20 | 100% |
| 2039 | $0 | 0% | $19 | 100% | $19 | 100% |
| 2040 | $0 | 0% | $18 | 100% | $18 | 100% |
| 2041 | $0 | 0% | $18 | 100% | $18 | 100% |
| 2042 | $0 | 0% | $18 | 100% | $18 | 100% |
| 2043 | $0 | 0% | $17 | 100% | $17 | 100% |
| 2044 | $0 | 0% | $16 | 100% | $16 | 100% |
| 2045 | $0 | 0% | $15 | 100% | $15 | 100% |
| 2046 | $0 | 0% | $16 | 100% | $16 | 100% |
| 2047 | $0 | 0% | $16 | 100% | $16 | 100% |
| 2048 | $0 | 0% | $15 | 100% | $15 | 100% |
| 2049 | $0 | 0% | $12 | 100% | $12 | 100% |
| 2050 | $0 | 0% | $12 | 100% | $12 | 100% |
| 2051 | $0 | 0% | $11 | 100% | $11 | 100% |
| 2052 | $0 | 0% | $10 | 100% | $10 | 100% |
| 2053 | $0 | 0% | $10 | 100% | $10 | 100% |
| 2054 | $0 | 0% | $9 | 100% | $9 | 100% |
| 2055 | $0 | 0% | $8 | 100% | $8 | 100% |
| 2056 | $0 | 0% | $7 | 100% | $7 | 100% |
| 2057 | $0 | 0% | $6 | 100% | $6 | 100% |

| Year | $ | % | $ | % | $ | % |
|---|---|---|---|---|---|---|
| 2058 | $0 | 0% | $6 | 100% | $6 | 100% |
| 2059 | $0 | 0% | $5 | 100% | $5 | 100% |
| 2060 | $0 | 0% | $5 | 100% | $5 | 100% |
| 2061 | $0 | 0% | $4 | 100% | $4 | 100% |
| 2062 | $0 | 0% | $3 | 100% | $3 | 100% |
| 2063 | $0 | 0% | $3 | 100% | $3 | 100% |
| 2064 | $0 | 0% | $2 | 100% | $2 | 100% |
| 2065 | $0 | 0% | $2 | 100% | $2 | 100% |
| 2066 | $0 | 0% | $2 | 100% | $2 | 100% |
| 2067 | $0 | 0% | $2 | 100% | $2 | 100% |
| 2068 | $0 | 0% | $1 | 100% | $1 | 100% |
| 2069 | $0 | 0% | $1 | 100% | $1 | 100% |
| 2070 | $0 | 0% | $1 | 100% | $1 | 100% |
| 2071 | $0 | 0% | $1 | 100% | $1 | 100% |
| 2072 | $0 | 0% | $1 | 100% | $1 | 100% |
| 2073 | $0 | 0% | $0 | 100% | $0 | 100% |
| 2074 | $0 | 0% | $0 | 100% | $0 | 100% |
| 2075 | $0 | 0% | $0 | 100% | $0 | 100% |
| 2076 | $0 | 0% | $0 | 100% | $0 | 100% |
| 2077 | $0 | 0% | $0 | 100% | $0 | 100% |
| 2078 | $0 | 0% | $0 | 100% | $0 | 100% |
| 2079 | $0 | 0% | $0 | 100% | $0 | 100% |
| 2080 | $0 | 0% | $0 | 100% | $0 | 100% |
| 2081 | $0 | 0% | $0 | 100% | $0 | 100% |
| 2082 | $0 | 0% | $0 | 100% | $0 | 100% |
| 2083 | $0 | 0% | $0 | 100% | $0 | 100% |
| 2084 | $0 | 0% | $0 | 100% | $0 | 100% |
| 2085 | $0 | 0% | $0 | 100% | $0 | 100% |
| Total | $218 | 23% | $716 | 77% | $933 | 100% |