# Screenshot of Plaintiff's Database

CONFIDENTIAL PURSUANT TO COURT ORDER

## Neurological History

Save | Family Neuro | Exit

Name: 23

| | YEAR | | YEAR | | YEAR |
|---|---|---|---|---|---|
| Headaches: | SR ⌄ | Tinnitus: | ⌄ | ChronicBrainInjury: | ⌄ |
| MemoryLoss: | SR ⌄ | Numbness_Tingling: | ⌄ | Fatigue: | ⌄ |
| Dementia: | ⌄ | Depression: | ⌄ | MoodSwings: | ⌄ |
| Alzheimer's: | ⌄ | NeurologicalDisorder: | ⌄ | PersonalityDisorder: | ⌄ |
| ALS: | ⌄ | SuicideThoughts: | ⌄ | PanicDisorder: | ⌄ |
| Parkinsons: | ⌄ | BipolarDisorder: | ⌄ | ImpulseDisorder: | ⌄ |
| BlurryVision: | ⌄ | PunchDrunk: | ⌄ | Focus_Concentration: | ⌄ |
| Irritable_Anxious: | ⌄ | PTSD: | ⌄ | CTE: | ⌄ |
| Sleeplessness: | ⌄ | Adjustment Disorder: | ⌄ | Neck_CervicalArthritis: | ⌄ |
| Dizziness: | ⌄ | SocialPhobia: | ⌄ | Forgetfulness: | SR ⌄ |
| | | Psychosis: | ⌄ | Other: | ⌄ |