# Screenshot of Model Assumptions as Entered into Model

CONFIDENTIAL PURSUANT TO COURT ORDER

## Model Inputs (Multiplicative Discount Factors)
## Discount Factors & Assumptions

*Illustrative*

### Weighted % for Incidence Rates

| | |
|---|---|
| Plaintiff | 50% |
| Non-Plaintiff | 25% |
| Deceased Non-Plaintiff | 12.5% |
| Weighted Counts? | TRUE |

### Exclude Deceased Plaintiffs

| | |
|---|---|
| Exclude? | TRUE |
| When DOD is before | 1/1/2006 |
| % Excluded | 50% |

### Discount Factor

| Assumption | Multiplicative |
|---|---|

### Final Age at Diagnosis

| Max Age | 87 |
|---|---|

### Cash Flow Assumptions

| Interest Rate | 4.50% |
|---|---|
| Inflation Rate | 2.00% |
| Years of Payment | 1 |

### Initial Age at Diagnosis

| Age | Lookup |
|---|---|
| 49 & younger | 20 |
| 50 - 59 | 50 |
| 60 - 69 | 60 |
| 70 - 79 | 70 |
| 80+ | 85 |

### Dementia Progression

| Years | 5 |
|---|---|

### Benefit by Level of Cognitive Impairment

| Cognitive Impairment | HeadLine Award | % of Population | % of Plaintiff | % of Non-Plaintiff | % of Deceased (Plaintiffs) | % of Deceased (Non-Plaintiffs) |
|---|---|---|---|---|---|---|
| None | 0 | 96% | 95% | 97% | 0% | 99% |
| Level 1.5 | 1,500,000 | 1% | 2% | 1% | 40% | 1% |
| Level 2 | 3,300,000 | 2% | 3% | 1% | 55% | 1% |
| ALS | 5,000,000 | 0% | 0% | 0% | 5% | 0% |
| CTE | 4,000,000 | 0% | 0% | 0% | 0% | 0% |

### Age at Diagnosis - Reduction Factors

| Age | None | Level 1.5 | Level 2 | ALS | CTE |
|---|---|---|---|---|---|
| 44 & younger | 0% | 0% | 0% | 0% | 0% |
| 45 - 49 | 0% | 37% | 35% | 10% | 20% |
| 50 - 54 | 0% | 60% | 56% | 20% | 43% |
| 55 - 59 | 0% | 68% | 67% | 30% | 65% |
| 60 - 64 | 0% | 81% | 76% | 40% | 70% |
| 65 - 69 | 0% | 87% | 84% | 50% | 76% |
| 70 - 74 | 0% | 93% | 90% | 65% | 85% |
| 75 - 79 | 0% | 97% | 97% | 80% | 96% |
| 80+ | 0% | 98% | 98% | 94% | 99% |

### Credited Seasons - Reduction Factors

| Seasons | None | Level 1.5 | Level 2 | ALS | CTE |
|---|---|---|---|---|---|
| Zero | 98% | 98% | 98% | 98% | 98% |
| One | 80% | 80% | 80% | 80% | 80% |
| Two | 60% | 60% | 60% | 60% | 60% |
| Three | 40% | 40% | 40% | 40% | 40% |
| Four | 20% | 20% | 20% | 20% | 20% |
| Five | 0% | 0% | 0% | 0% | 0% |
| Six | 0% | 0% | 0% | 0% | 0% |
| Seven+ | 0% | 0% | 0% | 0% | 0% |

### Others - Reduction Factors

| Item | None | Level 1.5 | Level 2 | ALS | CTE |
|---|---|---|---|---|---|
| Participation | | | | | |
| No Exam Diagnosis | 10% | 10% | 10% | 0% | 10% |
| Stroke | 75% | 75% | 75% | 75% | 75% |
| TBI from other incident | 75% | 75% | 75% | 75% | 75% |

### Level Progression

| | None | | Level 1.5 | | Level 2 | |
|---|---|---|---|---|---|---|
| To Level 1.5 | 1.0% | To Level 2 | 100% | | | |
| To Level 2 | 25% | ALS | 0% | ALS | 0% | |
| ALS | 0% | CTE | 0% | CTE | 0% | |
| CTE | 0% | | | | | |

### Credited Seasons - Distribution

| Seasons | Population |
|---|---|
| Zero | 4% |
| One | 27% |
| Two | 14% |
| Three | 10% |
| Four | 8% |
| Five | 7% |
| Six | 6% |
| Seven+ | 25% |

### Others - Distribution

| Item | Population | Plaintiff | Non-Plaintiff | Deceased Plaintiff | Deceased Non-Plaintiff |
|---|---|---|---|---|---|
| Participation | 60% | 95% | 50% | 95% | 50% |
| No Exam Diagnosis | 25% | 25% | 25% | 0% | 25% |
| Stroke | 5% | 5% | 5% | 5% | 5% |
| TBI from other inc | 4% | 4% | 4% | 4% | 4% |

CONFIDENTIAL PURSUANT TO COURT ORDER

*Illustrative*

| Condition | Level of Cognitive Impairment | Counts | Wtd Counts |
|---|---|---|---|
| ALS_D | ALS | 9 | 9 |
| PARKINSONS_D | Level 2 | 5 | 5 |
| DEMENTIA_D | Level 2 | 58 | 58 |
| ALZHEIMERS_D | Level 2 | 29 | 29 |
| 9_OR_MORE_DEFICITS_D | Level 1.5 | 42 | 21 |
| 8_DEFICITS_D | Level 1.5 | 21 | 11 |
| 7_DEFICITS_D | None | 41 | 41 |
| 6_DEFICITS_D | None | 32 | 32 |
| 5_DEFICITS_D | None | 45 | 45 |
| 4_DEFICITS_D | None | 67 | 67 |
| 3_DEFICITS_D | None | 58 | 58 |
| 9_OR_MORE_DEFICITS_SR | None | 130 | 0 |
| 8_DEFICITS_SR | None | 77 | 0 |
| 7_DEFICITS_SR | None | 90 | 0 |
| 6_DEFICITS_SR | None | 94 | 0 |
| 5_DEFICITS_SR | None | 128 | 0 |
| 4_DEFICITS_SR | None | 159 | 0 |
| 3_DEFICITS_SR | None | 182 | 0 |
| NEURO_COG_D | Level 1.5 | 69 | 35 |
| Neuro_COG_SR | None | 248 | 0 |
| CTE | CTE | | |

| Condition | Impairment 1 | Impairment 2 | % of Impair 1 |
|---|---|---|---|
| ALS_D | Level 3 | Level 3 | 100% |
| PARKINSONS_D | Level 2 | Level 2 | 100% |
| DEMENTIA_D | Level 2 | Level 2 | 100% |
| ALZHEIMERS_D | Level 2 | Level 2 | 100% |
| 9_OR_MORE_DEFICITS_D | Level 1.5 | None | 50% |
| 8_DEFICITS_D | Level 1.5 | None | 50% |
| 7_DEFICITS_D | None | None | 100% |
| 6_DEFICITS_D | None | None | 100% |
| 5_DEFICITS_D | None | None | 100% |
| 4_DEFICITS_D | None | None | 100% |
| 3_DEFICITS_D | None | None | 100% |
| 9_OR_MORE_DEFICITS_SR | None | None | 100% |
| 8_DEFICITS_SR | None | None | 100% |
| 7_DEFICITS_SR | None | None | 100% |
| 6_DEFICITS_SR | None | None | 100% |
| 5_DEFICITS_SR | None | None | 100% |
| 4_DEFICITS_SR | None | None | 100% |
| 3_DEFICITS_SR | None | None | 100% |
| NEURO_COG_D | Level 1.5 | None | 50% |
| Neuro_COG_SR | None | None | 100% |
| CTE | Level 4 | Level 4 | 100% |