# Cash Flow Anaylsis

CONFIDENTIAL PURSUANT TO COURT ORDER

## Annual Cash Flow Summary

| | Settlement Payouts | | | | Settlement Funding | Interest Accumulation | Balance |
|---|---|---|---|---|---|---|---|
| | MAF Award Pool | MAF Admin Costs | BAP Payments | Total | Total | (to the Middle of the Year) | (as of the Middle of the Year) |
| Year | (1) | (2) | (2) | (3) | (4) | (5) | (6) |
| 1 | $241,078,200 | $2,709,793 | $16,785,145 | $260,573,139 | $222,500,000 | $4,951,162 | -$33,121,976[1] |
| 2 | 11,370,786 | 127,811 | 4,563,276 | 16,061,873 | 75,000,000 | 178,442 | 25,994,593 |
| 3 | 13,029,022 | 146,450 | 3,394,732 | 16,570,204 | 75,000,000 | 2,838,688 | 87,263,077 |
| 4 | 14,619,917 | 164,332 | 3,939,438 | 18,723,687 | 22,205,882 | 4,420,973 | 95,166,245 |
| 5 | 17,106,321 | 192,280 | 4,547,298 | 21,845,899 | 22,205,882 | 4,776,616 | 100,302,844 |
| 6 | 19,077,093 | 214,432 | 4,130,480 | 23,422,005 | 22,205,882 | 5,007,762 | 104,094,484 |
| 7 | 20,964,735 | 235,650 | 4,485,722 | 25,686,108 | 22,205,882 | 5,178,386 | 105,792,644 |
| 8 | 21,960,941 | 246,848 | 4,792,021 | 26,999,809 | 22,205,882 | 5,254,804 | 106,253,521 |
| 9 | 21,523,689 | 241,933 | 4,736,761 | 26,502,383 | 22,205,882 | 5,275,543 | 107,232,563 |
| 10 | 22,186,164 | 249,379 | 4,665,712 | 27,101,255 | 22,205,882 | 5,319,600 | 107,656,790 |
| 11 | 22,056,421 | 247,921 | 2,451,965 | 24,756,307 | 22,205,882 | 5,338,690 | 110,445,056 |
| 12 | 21,076,894 | 236,911 | 1,736,743 | 23,050,547 | 22,205,882 | 5,464,162 | 115,064,553 |
| 13 | 20,287,148 | 228,034 | 1,026,257 | 21,541,439 | 22,205,882 | 5,672,039 | 121,401,036 |
| 14 | 20,169,526 | 226,712 | 536,811 | 20,933,049 | 22,205,882 | 5,957,181 | 128,631,051 |
| 15 | 19,678,737 | 221,195 | 0 | 19,899,932 | 22,205,882 | 6,282,532 | 137,219,533 |
| 16 | 18,898,675 | 212,427 | | 19,111,101 | 22,205,882 | 6,669,013 | 146,983,327 |
| 17 | 17,510,536 | 196,824 | | 17,707,359 | 22,205,882 | 7,108,384 | 158,590,234 |
| 18 | 17,012,189 | 191,222 | | 17,203,411 | 22,205,882 | 7,630,695 | 171,223,401 |
| 19 | 17,036,032 | 191,490 | | 17,227,523 | 22,205,882 | 8,199,188 | 184,400,948 |
| 20 | 16,705,600 | 187,776 | | 16,893,376 | 22,205,882 | 8,792,177 | 198,505,632 |
| 21 | 15,839,656 | 178,043 | | 16,017,699 | | 8,932,753 | 191,420,686 |
| 22 | 15,421,170 | 173,339 | | 15,594,509 | | 8,613,931 | 184,440,108 |
| 23 | 14,975,318 | 168,327 | | 15,143,645 | | 8,299,805 | 177,596,268 |
| 24 | 14,906,555 | 167,554 | | 15,074,110 | | 7,991,832 | 170,513,990 |
| 25 | 14,099,590 | 158,484 | | 14,258,074 | | 7,673,130 | 163,929,046 |
| 26 | 14,015,133 | 157,534 | | 14,172,668 | | 7,376,807 | 157,133,185 |
| 27 | 13,722,215 | 154,242 | | 13,876,457 | | 7,070,993 | 150,327,721 |
| 28 | 13,219,556 | 148,592 | | 13,368,147 | | 6,764,747 | 143,724,322 |
| 29 | 12,541,740 | 140,973 | | 12,682,713 | | 6,467,594 | 137,509,203 |
| 30 | 12,085,217 | 135,842 | | 12,221,058 | | 6,187,914 | 131,476,059 |
| 31 | 11,819,011 | 132,849 | | 11,951,861 | | 5,916,423 | 125,440,621 |
| 32 | 11,389,290 | 128,019 | | 11,517,310 | | 5,644,828 | 119,568,139 |
| 33 | 10,815,230 | 121,567 | | 10,936,796 | | 5,380,566 | 114,011,909 |
| 34 | 10,271,858 | 115,459 | | 10,387,317 | | 5,130,536 | 108,755,128 |

[1] The monthly cash flow over the first three years of the MAF and the annual cash flow over the 15-year term of the BAP are detailed in the subsequent tables that follow this Annual Cash Flow Summary. The annual projections in this Summary do not take into account the adjustments we have made to the cash flow analysis on a monthly basis as described in our Report. See paragraph 60. Those adjustments are accounted for in the Monthly Cash Flow Summary for the MAF that follows. That Monthly Cash Flow Summary clarifies that we do not anticipate that $33 million is unfunded in the first year of the MAF.

In re: NFL Players' Concussion Injury Litigation, MDL 2323, Exhibit E

CONFIDENTIAL PURSUANT TO COURT ORDER

|   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|
| 35 | 9,353,392 | 105,135 |  | 9,458,527 |  | 4,893,981 | 104,190,582 |
| 36 | 9,190,408 | 103,303 |  | 9,293,711 |  | 4,688,576 | 99,585,448 |
| 37 | 8,432,271 | 94,781 |  | 8,527,052 |  | 4,481,345 | 95,539,741 |
| 38 | 8,100,390 | 91,051 |  | 8,191,441 |  | 4,299,288 | 91,647,588 |
| 39 | 7,455,059 | 83,797 |  | 7,538,857 |  | 4,124,141 | 88,232,873 |
| 40 | 6,772,332 | 76,123 |  | 6,848,455 |  | 3,970,479 | 85,354,897 |
| 41 | 6,499,715 | 73,059 |  | 6,572,774 |  | 3,840,970 | 82,623,094 |
| 42 | 5,769,312 | 64,849 |  | 5,834,161 |  | 3,718,039 | 80,506,972 |
| 43 | 5,330,888 | 59,921 |  | 5,390,809 |  | 3,622,814 | 78,738,977 |
| 44 | 4,998,069 | 56,180 |  | 5,054,249 |  | 3,543,254 | 77,227,982 |
| 45 | 4,553,707 | 51,185 |  | 4,604,892 |  | 3,475,259 | 76,098,349 |
| 46 | 4,349,087 | 48,885 |  | 4,397,972 |  | 3,424,426 | 75,124,803 |
| 47 | 3,951,090 | 44,411 |  | 3,995,502 |  | 3,380,616 | 74,509,918 |
| 48 | 3,699,998 | 41,589 |  | 3,741,588 |  | 3,352,946 | 74,121,276 |
| 49 | 3,410,913 | 38,340 |  | 3,449,253 |  | 3,335,457 | 74,007,481 |
| 50 | 3,095,373 | 34,793 |  | 3,130,166 |  | 3,330,337 | 74,207,652 |
| 51 | 2,775,913 | 31,202 |  | 2,807,115 |  | 3,339,344 | 74,739,881 |
| 52 | 2,493,956 | 28,033 |  | 2,521,989 |  | 3,363,295 | 75,581,187 |
| 53 | 2,316,782 | 26,041 |  | 2,342,824 |  | 3,401,153 | 76,639,516 |
| 54 | 2,032,694 | 22,848 |  | 2,055,542 |  | 3,448,778 | 78,032,752 |
| 55 | 1,690,461 | 19,001 |  | 1,709,463 |  | 3,511,474 | 79,834,764 |
| 56 | 1,348,732 | 15,160 |  | 1,363,893 |  | 3,592,564 | 82,063,435 |
| 57 | 1,099,917 | 12,363 |  | 1,112,280 |  | 3,692,855 | 84,644,010 |
| 58 | 869,236 | 9,770 |  | 879,006 |  | 3,808,980 | 87,573,984 |
| 59 | 620,727 | 6,977 |  | 627,704 |  | 3,940,829 | 90,887,109 |
| 60 | 426,755 | 4,797 |  | 431,552 |  | 4,089,920 | 94,545,477 |
| 61 | 293,762 | 3,302 |  | 297,064 |  | 4,254,546 | 98,502,959 |
| 62 | 163,289 | 1,835 |  | 165,124 |  | 4,432,633 | 102,770,468 |
| 63 | 67,443 | 758 |  | 68,201 |  | 4,624,671 | 107,326,938 |
| 64 | 21,094 | 237 |  | 21,331 |  | 4,829,712 | 112,135,319 |
| 65 | 2,464 | 28 |  | 2,491 |  | 5,046,089 | 117,178,917 |
| Total $ | $889,655,396 | $10,000,000 | $61,792,360 | $961,447,756 | $750,000,000 |  |  |
| Total PV | $537,412,396 | $6,040,680 | $50,705,466 | $594,158,542 | $601,011,037 |  |  |

CONFIDENTIAL PURSUANT TO COURT ORDER

## Monthly Cash Flow Summary

| Month | Total Settlement Payouts by Year | | | | Settlement Funding | Balance |
| --- | --- | --- | --- | --- | --- | --- |
| | Year 1 (1) | Year 2 (2) | Year 3 (3) | Total Payout (4) | Total (5) | (as of the Beginning of the Month) (6) |
| 1 | | | | | | $0 |
| 2 | | | | | $187,500,000 | 187,500,000 |
| 3 | | | | | | 188,189,027 |
| 4 | | | | | | 188,880,586 |
| 5 | | | | | | 189,574,686 |
| 6 | | | | | | 190,271,337 |
| 7 | $125,013,495 | | | $125,013,495 | | 65,957,053 |
| 8 | 4,474,394 | | | 4,474,394 | | 61,725,038 |
| 9 | 4,474,394 | | | 4,474,394 | | 57,477,471 |
| 10 | 4,474,394 | | | 4,474,394 | | 53,214,296 |
| 11 | 4,474,394 | | | 4,474,394 | | 48,935,453 |
| 12 | 4,474,394 | | | 4,474,394 | | 44,640,887 |
| 13 | 6,141,061 | $947,565 | | 7,088,627 | 75,000,000 | 112,716,308 |
| 14 | 6,141,061 | 947,565 | | 7,088,627 | | 106,041,892 |
| 15 | 6,141,061 | 947,565 | | 7,088,627 | | 99,342,949 |
| 16 | 6,141,061 | 947,565 | | 7,088,627 | | 92,619,389 |
| 17 | 6,141,061 | 947,565 | | 7,088,627 | | 85,871,121 |
| 18 | 6,141,061 | 947,565 | | 7,088,627 | | 79,098,054 |
| 19 | 6,141,061 | 947,565 | | 7,088,627 | | 72,300,098 |
| 20 | 6,141,061 | 947,565 | | 7,088,627 | | 65,477,160 |
| 21 | 6,141,061 | 947,565 | | 7,088,627 | | 58,629,150 |
| 22 | 6,141,061 | 947,565 | | 7,088,627 | | 51,755,974 |
| 23 | 6,141,061 | 947,565 | | 7,088,627 | | 44,857,541 |
| 24 | 6,141,061 | 947,565 | | 7,088,627 | | 37,933,757 |
| 25 | 1,666,667 | | $1,085,752 | 2,752,418 | 75,000,000 | 110,320,738 |
| 26 | 1,666,667 | | 1,085,752 | 2,752,418 | | 107,973,727 |
| 27 | 1,666,667 | | 1,085,752 | 2,752,418 | | 105,618,092 |
| 28 | 1,666,667 | | 1,085,752 | 2,752,418 | | 103,253,800 |
| 29 | 1,666,667 | | 1,085,752 | 2,752,418 | | 100,880,819 |
| 30 | 1,666,667 | | 1,085,752 | 2,752,418 | | 98,499,118 |
| 31 | 1,666,667 | | 1,085,752 | 2,752,418 | | 96,108,665 |
| 32 | 1,666,667 | | 1,085,752 | 2,752,418 | | 93,709,428 |
| 33 | 1,666,667 | | 1,085,752 | 2,752,418 | | 91,301,374 |
| 34 | 1,666,667 | | 1,085,752 | 2,752,418 | | 88,884,470 |
| 35 | 1,666,667 | | 1,085,752 | 2,752,418 | | 86,458,685 |
| 36 | 1,666,667 | | 1,085,752 | 2,752,418 | | 84,023,986 |

CONFIDENTIAL PURSUANT TO COURT ORDER

## BAP Cash Flow Summary

| | Total Settlement Payouts by Year | | | | Settlement Funding | Balance | |
|---|---|---|---|---|---|---|---|
| Year | Baseline Exams (1) | Supplemental Benefits (2) | Administrative Costs (3) | Total Payout (4) | Total (5) | (as of the Beginning of the Year) (6) | (as of the End of the Year) (7) |
| 1 | $13,945,680 | $938,000 | $1,901,465 | $16,785,145 | $35,000,000 | $35,000,000 | $18,993,689 |
| 2 | 2,789,136 | 1,257,200 | 516,940 | 4,563,276 | 0 | 19,416,345 | 15,285,130 |
| 3 | 1,394,568 | 1,615,600 | 384,564 | 3,394,732 | 0 | 15,625,261 | 12,578,228 |
| 4 | 1,394,568 | 2,098,600 | 446,270 | 3,939,438 | 0 | 12,858,124 | 9,204,811 |
| 5 | 1,394,568 | 2,637,600 | 515,130 | 4,547,298 | 590,360 | 10,000,000 | 5,675,226 |
| 6 | 1,394,568 | 2,268,000 | 467,912 | 4,130,480 | 4,198,486 | 10,000,000 | 6,092,045 |
| 7 | 1,394,568 | 2,583,000 | 508,154 | 4,485,722 | 3,772,393 | 10,000,000 | 5,736,802 |
| 8 | 1,394,568 | 2,854,600 | 542,853 | 4,792,021 | 4,135,541 | 10,000,000 | 5,430,504 |
| 9 | 1,394,568 | 2,805,600 | 536,593 | 4,736,761 | 4,448,655 | 10,000,000 | 5,485,764 |
| 10 | 1,394,568 | 2,742,600 | 528,544 | 4,665,712 | 4,392,165 | 10,000,000 | 5,556,812 |
| 11 | 0 | 2,174,200 | 277,765 | 2,451,965 | 4,319,535 | 10,000,000 | 7,770,559 |
| 12 | 0 | 1,540,000 | 196,743 | 1,736,743 | 2,056,527 | 10,000,000 | 8,485,781 |
| 13 | 0 | 910,000 | 116,257 | 1,026,257 | 1,325,389 | 10,000,000 | 9,196,267 |
| 14 | 0 | 476,000 | 60,811 | 536,811 | 599,094 | 10,000,000 | 9,685,713 |
| 15 | 0 | 0 | 0 | 0 | 98,757 | 10,000,000 | 10,222,524 |
| Total | 27,891,360 | 26,901,000 | 7,000,000 | 61,792,360 | $64,936,901 | N/A | $10,222,524 |
| NPV | 24,863,739 | 20,097,679 | 5,744,048 | 50,705,466 | $56,105,194 | N/A | $5,399,729 |