UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>    Plaintiffs,<br><br>    v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>    Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

### NOTICE OF MOTION OF SEAN MOREY, ALAN FANECA, BEN HAMILTON, ROBERT ROYAL, RODERICK CARTWRIGHT, JEFF ROHRER, AND SEAN CONSIDINE FOR LEAVE TO CONDUCT LIMITED DISCOVERY

Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick Cartwright, Jeff Rohrer, and Sean Considine (collectively, "Movants") – all members of the settlement class – respectfully move for leave to conduct limited discovery in preparation for this Court's November 19, 2014 fairness hearing for the reasons set forth in the accompanying memorandum. At that time, this Court will assess whether the proposed settlement Class Counsel entered into with the NFL Parties is fair, adequate, and reasonable.

Dated: September 13, 2014                                    /s/ Steven F. Molo

| | |
|---|---|
| William T. Hangley<br>Michele D. Hangley<br>HANGLEY ARONCHICK SEGAL<br>PUDLIN & SCHILLER<br>One Logan Square<br>18th & Cherry Streets<br>27th Floor<br>Philadelphia, PA 19103<br>(215) 496-7001 (telephone)<br>(215) 568-0300 (facsimile)<br>whangley@hangley.com<br>mdh@hangley.com | Steven F. Molo<br>Thomas J. Wiegand<br>Kaitlin R. O'Donnell<br>MOLOLAMKEN LLP<br>540 Madison Ave.<br>New York, NY 10022<br>(212) 607-8160 (telephone)<br>(212) 607-8161 (facsimile)<br>smolo@mololamken.com<br>twiegand@mololamken.com<br>kodonnell@mololamken.com<br><br>Eric R. Nitz<br>MOLOLAMKEN LLP<br>600 New Hampshire Ave., N.W.<br>Washington, DC 20037<br>(202) 556-2000 (telephone)<br>(202) 556-2001 (facsimile)<br>enitz@mololamken.com<br><br>Linda S. Mullenix<br>2305 Barton Creek Blvd., Unit 2<br>Austin, TX 78735<br>(512) 263-9330 (telephone)<br>lmullenix@hotmail.com |

*Attorneys for Movants*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 13, 2014, I caused the foregoing Notice of Motion for Leave to Conduct Limited Discovery, Proposed Order, and Limited Discovery Requests to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties.

                                                                   */s/ Steven F. Molo*
                                                                   Steven F. Molo