# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br>MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>**THIS DOCUMENT RELATES TO:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and:**<br><br>**RANDY DAVIS PHILLIPS, JR., Only<br>v. National Football League,** *et. al.*<br>No. **2:14-cv-02623-AB (E.D. PA)** | |

# ORDER

AND NOW, this _____ day of _____, 2014, upon consideration of Plaintiff's counsel's Motion for Leave of Court to Withdraw as Counsel in relation to the claims of RANDY DAVIS PHILLIPS, JR. *only*, in Case No.: 12-md-2323, and in Case No.: 2:14-cv-02623-AB, Philip A. Gold and Ian M. Kirtman are hereby withdrawn as counsel.

_____
ANITA B. BRODY, J.

Copies via ECF on _____