UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323 (AB) |
| This Document relates to:<br><br>BRIAN HOLLOWAY, ONLY<br>Plaintiffs' Master Administrative Long Form Complaint and *Larry Barnes et. al. vs. National Football League*<br>USDC, EDPA, **Docket No. 12-cv-01024 AB** | MOTION TO WITHDRAW FROM CONSIDERATION ROSE, KLEIN AND MARIAS LLP'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF BRIAN HOLLOWAY |

AND NOW comes David A. Rosen of Rose, Klein and Marias LLP (Plaintiff's counsel), moving this Court pursuant to **Pennsylvania's Rules of Practice and Procedure 171.47** to withdraw Rose, Klein and Marias LLP's Motion for Leave to Withdraw as Counsel for Plaintiff, Brian Holloway, Only, in this action, and states as follows:

1. Plaintiff's counsel, David A. Rosen of Rose, Klein and Marias LLP, filed the action *Barnes, et al. v. National Football League,* No. 12-cv-01024-AB, in the Eastern District of Pennsylvania on February 28, 2012 for the benefit of several retired National Football League players, including plaintiff Brian Holloway.

2. Plaintiff's counsel filed a Short Form Complaint for Brian Holloway on July 13, 2013 [Document No. 36].

3. On or about September 3, 2014, Brian Holloway discharged the undersigned counsel from representing him in this action.

4. On September 11, 2014, David A. Rosen filed a Motion for Leave to Withdraw as Counsel for Plaintiff, Brian Holloway [Document No. 52].

4. On September 18, 2014, Brian Holloway informed David A. Rosen that he had reconsidered, and requested that David A. Rosen and Rose, Klein and Marias LLP continue to represent him.

WHEREFORE, undersigned counsel ask this Court to withdraw from consideration the Motion for Leave to Withdraw as Counsel for Plaintiff, Brian Holloway in this action.

Dated: September 18, 2014

Respectfully Submitted:

_____
David A. Rosen (State Bar No. 101287)
**ROSE, KLEIN AND MARIAS LLP**
801 S. Grand. Avenue, 11th Floor
Los Angeles, California 90017
(213) 626-0571 Telephone
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Motion to Withdraw from consideration Rose, Klein and Marias, LLP's Motion for Leave to Withdraw as Counsel for Plaintiff Brian Holloway* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: September 18, 2014

Respectfully Submitted:

David A. Rosen (State Bar No. 101287)
**ROSE, KLEIN AND MARIAS LLP**
801 S. Grand. Avenue, 11th Floor
Los Angeles, California 90017
(213) 626-0571 Telephone
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 12-md-2323 (AB) |
| This Document relates to:<br><br>BRIAN HOLLOWAY, ONLY<br>Plaintiffs' Master Administrative Long Form Complaint and *Larry Barnes et. al. vs. National Football League*<br>USDC, EDPA, **Docket No. 12-cv-01024 AB** | |

## ORDER

AND NOW, this _____ day of _____, 2014, upon consideration of the motion by David A. Rosen of Rose, Klein and Marias LLP, to withdraw the Motion for Leave to Withdraw as Counsel in relation to the claims of Brian Holloway, ONLY, in this action, and for good cause shown, said motion is granted.

Respectfully Submitted:

_____
ANITA B. BRODY, Judge