IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Hon. Anita B. Brody<br><br><br><br>CIVIL ACTION No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

Kindly enter the appearance of the undersigned on behalf of Settlement Class Member ANDREW STEWART in the above captioned matter. Pursuant to Article 14.3(b) of the proposed Class Action Settlement Agreement, a Declaration attesting that Mr. Stewart has retained this firm to represent him and file an objection is attached.

Dated: September 22, 2014

_____
Michael H. Rosenthal (ID No. 48231)
ROENTHAL LURIE LLC
1500 JFK Blvd., STE 1230
Philadelphia, PA 19102
(P) 215.496.9404
(F) 215.600.1728
Michael@RosenthalLurie.com
*Attorneys for Andrew Stewart*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : No. 2:12-md-02323-AB :  : MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*  Plaintiffs,  v.  National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,  Defendants. | : Hon. Anita B. Brody :  :  : CIVIL ACTION No. 14-00029-AB :  :  :  :  :  : |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : |

## DECLARATION OF MICHAEL H. ROSENTHAL

1. I submit this Declaration pursuant to Article 14.3(b) of the proposed Class Action Settlement Agreement ("Settlement").

2. Settlement Class Member Andrew Stewart has retained Rosenthal Lurie LLC to represent him and file an objection to the Settlement on his behalf.

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 22, 2014

Michael H. Rosenthal (ID No. 48231)
ROENTHAL LURIE LLC
1500 JFK Blvd., STE 1230
Philadelphia, PA 19102
(P) 215.496.9404
(F) 215.600.1728
*Michael@RosenthalLurie.com*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance and Declaration of Michael H. Rosenthal was served on September 22, 2014 on all counsel of record by the Court's ECF system.

/s/ Michael H. Rosenthal
Michael H. Rosenthal