IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br><br> MDL No. 2323 <br><br> **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**ORDER**

AND NOW, this \_\_23rd\_\_ day of \_\_September\_\_, 2014, it is **ORDERED** that a telephone conference regarding Tregg Duerson's Emergency Motion to Modify or Amend the July 7, 2014 Order 6048 Requiring Opt-Outs on or before October 14, 2014 (ECF No. 6172) and Lewis Bush's Emergency Motion for Joinder in Emergency Motion to Modify or Amend the July 7, 2014 Order 6048 Requiring Opt-Outs On Or Before October 14, 2014 (ECF No. 6173) will be held on **October 7, 2014, at 10:30 a.m.** The parties should be prepared to discuss the merits. Counsel for the National Football League is instructed to initiate the conference call, which must include class counsel, counsel for Tregg Duerson, and counsel for Lewis Bush, and to join chambers to the call.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: