IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : | |

## ORDER

AND NOW, this **23rd** day of **September**, 2014, it is **ORDERED** that all Responses to the following motions shall be filed **on or before October 3, 2014:**

- **ECF No. 6165.** Motion to Permit the Taking of Mr. Seeger's Deposition filed by Plaintiff(s).
- **ECF No. 6169.** Motion for Discovery filed by Roderick Cartwright, Sean Considine, Alan Faneca, Ben Hamilton, Sean Morey, Jeff Rohrer, Robert Royal.
- **ECF No. 6172.** Emergency Motion to Modify or Amend the July 7, 2014 Order 6048 Requiring Opt-Outs on or before October 14, 2014 filed by Plaintiff(s).
- **ECF No. 6173.** Emergency Motion for Joinder in Emergency Motion to Modify or Amend the July 7, 2014 Order 6048 Requiring Opt-Outs On Or Before October 14, 2014 filed by Plaintiff(s).

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: