IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO<br><br>All Actions | : : : : : | |

## CERTIFICATE OF SERVICE

I, Christopher J. Wright, hereby certify that on September 30, 2014, I caused the following documents: (1) **Brain Injury Association of America's Motion for Leave to File an *Amicus Curiae* Brief**; (2) **Memorandum of Law in Support of Brain Injury Association of America's Motion for Leave to File an *Amicus Curiae* Brief**; (3) **Affidavit of Drs. Brent E. Masel and Gregory J. O'Shanick in Support of BIAA's Motion for Leave to File *Amicus Curiae* Brief**; and (4) **[Proposed] Order**, to be electronically filed with the Clerk of Court through ECF and be available for viewing and downloading from the ECF system, and that ECF will send an electronic notice of electronic filing to counsel of record in the above-captioned case.

/s/ Christopher J. Wright
*Attorney for Proposed Amicus Brain Injury Association of America*
Admitted *pro hac vice* (DC Bar No. 367384)
Harris, Wiltshire & Grannis LLP
1919 M Street, NW, Eighth Floor
Washington, DC 20036
(202) 730-1300
(202) 730-1301 (fax)
cwright@hwglaw.com
