IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION | § § § § § § § § | No. 12-md-2323 (AB) MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | | |

## NOTICE OF APPEARNCE OF COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Please note the appearance of Michael A. Warner and The Warner Law Firm as counsel for Plaintiffs, Ramon Armstrong, Nathaniel Newton, Jr., Larry Brown, Kenneth Davis, Michael McGruder, Clifton L. Odom, and George Teague in this matter.

All pleadings, motions and other documents to be served upon Plaintiffs, Ramon Armstrong, Nathaniel Newton, Jr., Larry Brown, Kenneth Davis, Michael McGruder, Clifton L. Odom, and George Teague should be served upon Michael A. Warner at the following addresses:

Michael A. Warner
The Warner Law Firm
101 SE 11th Ave.
Amarillo, Texas  79101
Telephone: (806) 553-2994
Facsimile: (866) 397-9054
E-mail: mike@thewarnerlawfirm.com

Respectfully submitted,

/s/  Michael A. Warner
Michael A. Warner
**THE WARNER LAW FIRM**
101 S.E. 11th, Ste. 301
Amarillo, Texas 79101
Telephone: 806.372.2595
Facsimile:  866.397.9054
Email: mike@thewarnerlawfirm.com

**ATTORNEY FOR PLAINTIFFS RAMON ARMSTRONG, NATHANIEL NEWTON, JR., LARRY BROWN, KENNETH DAVIS, MICHAEL MCGRUDER, CLIFTON L. ODOM, AND GEORGE TEAGUE**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Appearance of Counsel was served on all counsel of record, via the Court's ECF System, on October 2, 2014.

/s/  Michael A. Warner
Michael A. Warner