# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

## ORDER

AND NOW, the Court having considered the submissions of the parties in Support of and in Opposition to the Emergency Motion to Modify or Amend the July 7, 2014 Order Requiring Opt-Outs On or Before October 14, 2014 [ECF No. 6172], the Joinder in Emergency Motion to Modify or Amend the July 7, 2014 Order Requiring Opt-Outs On or Before October 14, 2014 [ECF No. 6173] and Response to Emergency Motions to Modify or Amend the July 7, 2014 Order Requiring Opt-Outs On or Before October 14, 2014 and for Joinder in the Motion to Modify or Amend the July 7, 2014 Order Requiring Opt-Out On or Before October 14, 2014 [ECF No. 6179] and for good cause shown,

IT IS on this _____ day of _____, 2014, hereby ORDERED that the motion, and the joinders in said motion, are DENIED.

_____
ANITA B. BRODY, J.