UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

## [PROPOSED] ORDER DENYING MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY (DOC. NO. 6169)

AND NOW, this _____ day of _____, 2014, after consideration of the Motion for Leave to Conduct Limited Discovery filed by Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick Cartwright, Jeff Rohrer and Sean Considine (Doc. No. 6169), and any responses thereto, it is hereby ORDERED that the Motion for Leave is DENIED.

BY THE COURT:

_____
ANITA B. BRODY
United States District Judge