UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

**[PROPOSED] ORDER DENYING
EMERGENCY MOTION TO MODIFY OR AMEND THE JULY 7, 2014 ORDER
REQUIRING OPT-OUTS ON OR BEFORE OCTOBER 14, 2014**

AND NOW, this _____ day of _____, 2014, after consideration of the Emergency Motion to Modify or Amend the July 7, 2014 Order Requiring Opt-Outs on or Before October 14, 2014 filed by Tregg Duerson and Ray Austin, and any joinder or responses thereto, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

_____
ANITA B. BRODY
United States District Judge