# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | **Hon. Anita B. Brody** |
| | No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO: | No. 14-01995-AB |
| *ALBERT LEWIS et al., v. KANSAS CITY CHEIFS FOOTBALL CLUB, INC.,* | No. 14-03383-AB |
| and | MDL No. 2323 |
| *NEIL SMITH et al., v. KANSAS CITY CHIEFS FOOTBALL CLUB, INC.* | |

**MOTION BY 23 FORMER EMPLOYEE-PLAYERS OF THE KANSAS CITY CHIEFS TO FILE A REPLY TO CO-LEAD CLASS COUNSEL'S AND TO THE NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC RESPONSE OMNIBUS RESPONSE TO: (1) DUERSON'S EMERGENCY MOTION TO MODIFY OR AMEND THE JULY 7, 2014 ORDER REQUIRING OPT-OUTS ON OR BEFORE OCTOBER 14, 2014 ["DEURSON MOTION"] [ECF NO. 6172]; (2) BUSH FAMILY'S JOINDER IN DUERSON MOTION [ECF NO. 6173]; AND (3) RESPONSE OF 23 FORMER EMPLOYEE-PLAYERS OF THE KANSAS CITY CHIEFS TO DEURSON MOTION AND JOINDER IN DUERSON MOTION [ECF NO. 6179]**

For the reasons set forth in the accompanying Reply (attached hereto as Exhibit A) and pursuant to Paragraph 2 of the Court's General Motion Practices, 23 Former Employee-Players of the Kansas Chiefs respectfully move for leave to file a reply to ECF Nos. 6185 and 6186.

Dated: October 2, 2014

Respectfully Submitted,

THE KLAMANN LAW FIRM, P.A.

/s/ Andrew Schermerhorn
John M. Klamann, MO
Andrew Schermerhorn, MO
Paul D. Anderson, MO
4425 Main Street, Ste. 150
Kansas City, MO 64111

Telephone: (816) 421-2626
Facsimile: (816) 421-8686
jklamann@klamannlaw.com
aschermerhorn@klamannlaw.com
panderson@klamannlaw.com

HUMPHREY, FARRINGTON & McCLAIN, P.C.
Kenneth B. McClain, MO          #32430
Lauren E. McClain, MO           #65016
Timothy J. Kingsbury, MO        #64958
221 West Lexington, Suite 400
Independence, MO 64051
Telephone: (816) 836-5050
Facsimile: (816) 836-8966
kbm@hfmlegal.com
lem@hfmlegal.com
tjk@hfmlegal.com

THE POPHAM LAW FIRM, P.C.
Wm. Dirk Vandever, MO           #24463
712 Broadway, Suite 100
Kansas City, MO 64105
Telephone: (816) 221-2288
Facsimile: (816) 221-3999
dvandever@pophamlaw.com
**ATTORNEYS FOR PLAINTIFFS**


## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2014, I caused the foregoing Motion to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

/s/ *Andrew Schermerhorn*
Andrew Schermerhorn, MO

2