**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

# ORDER

AND NOW, the Court having considered the submissions of the parties in Support of and in Opposition to the Emergency Motion to Modify the July 7, 2014 Order by Continuing the Objection and Opt-Out Deadlines to a Date After Class Counsel File their Final Approval Papers [ECF No. 6178], and for good cause shown,

IT IS on this _____ day of _____, 2014, hereby ORDERED that the motion is DENIED.

_____
ANITA B. BRODY, J.