IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs, and<br><br>Richard Dent, Jeremy Newberry, Roy Green, J.D. Hill, Keith Van Horne, Ron Stone, Ron Pritchard, James McMahon, and Marcellus Wiley, *on behalf of themselves and other similarly situated,*<br><br>Proposed Intervenor-Plaintiffs<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.<br>Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

### PROPOSED INTERVENORS' MOTION TO WITHDRAW THEIR MOTION TO INTERVENE

Proposed Intervenors Richard Dent, Jeremy Newberry, Roy Green, J.D. Hill, Keith Van Horne, Ron Stone, Ron Pritchard, James McMahon and Marcellus Wiley ("Intervenors"), by and through undersigned counsel, hereby move to withdraw their Motion to Intervene ("Motion to Intervene"), filed in the above-captioned action, *see generally* [ECF No. 6131], and in support state the following:

1.      The Intervenors filed their Motion to Intervene on or about or August 12, 2014, seeking either intervention as of right under Fed. R. Civ. P. 24(a)(2) or, alternatively, permissive intervention under Fed. R. Civ. P. 24(b)(1)(B).

2.      Plaintiffs and Defendant filed separate responses to the Motion to Withdraw on September 2, 2014, *see generally* [ECF Nos. 6139 and 6145], to which the Intervenors replied on September 10, 2014.  *See generally* [ECF No. 6163-1].

3.      In their Reply, the Intervenors reiterated their hope that the parties would resolve the issues giving rise to their Motion to Intervene before the Court issues its ruling.  *See id*. at 2.

4.      Such a resolution has been reached between the parties, thereby rendering the Motion to Intervene moot.

WHEREFORE, the Intervenors respectfully request that this motion be granted, and that their Motion to Intervene be withdrawn from the record of the above-captioned action.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: October 3, 2014 | /s/ |
|  | Ramsay M. Whitworth (Fed. Bar No. 85208) |
|  | rwhitworth@mdattorney.com |
|  | Stephen G. Grygiel (Admitted *Pro Hac Vice*) |
|  | sgrygiel@mdattorney.com |
|  | William N. Sinclair (Admitted *Pro Hac Vice*) |
|  | bsinclair@mdattorney.com |
|  | SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC |
|  | 201 North Charles Street, Suite 2600 |
|  | Baltimore, Maryland 21201 |
|  | Tel:  (410) 385-2225 |
|  |  |
|  | Stuart A. Davidson (Admitted *Pro Hac Vice*) |
|  | SDavidson@rgrdlaw.com |
|  | Mark J. Dearman (Admitted *Pro Hac Vice*) |
|  | MDearman@rgrdlaw.com |
|  | Robbins Geller Rudman & Dowd LLP |
|  | 120 E. Palmetto Park Road, Suite 500 |
|  | Boca Raton, Florida 33432 |
|  | Tel:    (561) 750-3000 |
|  | *Attorneys for Proposed Intervenor-Plaintiffs* |