# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | Hon. Anita B. Brody |

## [PROPOSED] ORDER DENYING
## EMERGENCY MOTION TO MODIFY THE JULY 7, 2014 ORDER BY CONTINUING THE OBJECTION AND OPT-OUT DEADLINES TO A DATE AFTER CLASS COUNSEL FILE THEIR FINAL APPROVAL PAPERS

AND NOW, this _____ day of _____, 2014, after consideration of the Emergency Motion to Modify the July 7, 2014 Order by Continuing the Objection and Opt-Out Deadlines to a Date After Class Counsel File Their Final Approval Papers filed by the Myles Plaintiffs, and any responses thereto, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

_____
ANITA B. BRODY
United States District Judge