**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| IN RE: NATIONAL FOOTBALL | : | No. 2:12-md-02323-AB |
| LEAGUE PLAYERS' CONCUSSION | : | |
| INJURY LITIGATION | : | MDL No. 2323 |
| | : | |
| | : | **Hon. Anita B. Brody** |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| ALL ACTIONS | : | |

**NOTICE**

A number of parties have asked to participate in the telephone conference scheduled for

October 7, 2014 at 10:30 a.m. (ECF No. 6176).  This is not feasible.  A recording of the

conference will be available on ECF shortly after the conference.  Any comments regarding

matters discussed at the conference must be filed on ECF on or before **October 9, 2014.**


__s/Anita B. Brody_____
ANITA B. BRODY, J.


Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to: