UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>  Plaintiffs,<br><br>  v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>  Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**NOTICE OF APPEARANCE**

To the Clerk and All Attorneys of Record:

Please enter the appearance of Eric R. Nitz of MoloLamken LLP in the above-captioned action as counsel of record for Sean Morey, Alan Faneca, Ben Hamilton, Sean Considine, Rock Cartwright, Robert Royal, and Jeff Rohrer. All notice and copies of pleadings, papers and other material relevant to this action that are not served via ECF should be directed to and served upon:

  Eric R. Nitz
  MoloLamken LLP
  The Watergate, Suite 660
  600 New Hampshire Avenue, N.W.
  Washington, D.C. 20037
  enitz@mololamken.com

| | |
|---|---|
| Dated: October 6, 2014 | <u>/s/ Eric R. Nitz</u> |
| | Eric R. Nitz |
| | MoloLamken LLP |
| | The Watergate, Suite 660 |
| | 600 New Hampshire Avenue, N.W. |
| | Washington, D.C.  20037 |
| | (202) 556-2000 (telephone) |
| | (202) 556-2001 (facsimile) |
| | enitz@mololamken.com |

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 6, 2014, I caused the foregoing Notice of Appearance to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

                                            /s/ Eric R. Nitz
                                            Eric R. Nitz