UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>　　　　　Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**NOTICE OF APPEARANCE**

To the Clerk and All Attorneys of Record:

　　Please enter the appearance of Thomas J. Wiegand of MoloLamken LLP in the above-captioned action as counsel of record for Sean Morey, Alan Faneca, Ben Hamilton, Sean Considine, Rock Cartwright, Robert Royal, and Jeff Rohrer. All notice and copies of pleadings, papers and other material relevant to this action that are not served via ECF should be directed to and served upon:

　　Thomas J. Wiegand
　　MoloLamken LLP
　　540 Madison Avenue
　　New York, NY  10022
　　twiegand@mololamken.com

|  |  |
|---|---|
| Dated: October 6, 2014 | <u>/s/ Thomas J. Wiegand</u> |
|  | Thomas J. Wiegand<br>MoloLamken LLP<br>540 Madison Avenue<br>New York, NY  10022<br>(212) 607-8160 (telephone)<br>(212) 607-8161 (facsimile)<br>twiegand@mololamken.com |

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2014, I caused the foregoing Notice of Appearance to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

/s/ Thomas J. Wiegand
Thomas J. Wiegand