# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>　　　　Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## NOTICE OF APPEARANCE

To the Clerk and All Attorneys of Record:

　　Please enter the appearance of Kaitlin R. O'Donnell of MoloLamken LLP in the above-captioned action as counsel of record for Sean Morey, Alan Faneca, Ben Hamilton, Sean Considine, Rock Cartwright, Robert Royal, and Jeff Rohrer.  All notice and copies of pleadings, papers and other material relevant to this action that are not served via ECF should be directed to and served upon:

　　Kaitlin R. O'Donnell
　　MoloLamken LLP
　　540 Madison Avenue
　　New York, NY  10022
　　kodonnell@mololamken.com

Dated: October 6, 2014                    /s/ Kaitlin R. O'Donnell

Kaitlin R. O'Donnell
MoloLamken LLP
540 Madison Avenue
New York, NY  10022
(212) 607-8160 (telephone)
(212) 607-8161 (facsimile)
kodonnell@mololamken.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2014, I caused the foregoing Notice of Appearance to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

/s/ Kaitlin R. O'Donnell
Kaitlin R. O'Donnell