# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF APPEARANCE

To the Clerk and All Attorneys of Record:

Please enter the appearance of Michele D. Hangley of Hangley Aronchick Segal Pudlin & Schiller in the above-captioned action as counsel of record for Sean Morey, Alan Faneca, Ben Hamilton, Sean Considine, Rock Cartwright, Robert Royal, and Jeff Rohrer. All notice and copies of pleadings, papers and other material relevant to this action that are not served via ECF should be directed to and served upon:

Michele D. Hangley
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square
18th & Cherry Streets, 27th Floor
Philadelphia, PA  19103
mdh@hangley.com

| | |
|---|---|
| Dated: October 6, 2014 | <u>/s/ Michele D. Hangley</u> |
| | Michele D. Hangley |
| | Hangley Aronchick Segal Pudlin & Schiller |
| | One Logan Square |
| | 18th & Cherry Streets, 27th Floor |
| | Philadelphia, PA  19103 |
| | (215) 496-7001 (telephone) |
| | (215) 568-0300 (facsimile) |
| | mdh@hangley.com |

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2014, I caused the foregoing Notice of Appearance to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

/s/ Michele D. Hangley
Michele D. Hangley