UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>        Plaintiffs,<br><br>                v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>        Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**DECLARATION OF ERIC R. NITZ**

Eric R. Nitz declares, pursuant to 28 U.S.C. § 1746:

1.     I am an associate at MoloLamken LLP.

2.     Sean Morey has retained MoloLamken LLP in connection with the above-captioned matter, and I represent Mr. Morey in this matter.

3.     Alan Faneca has retained MoloLamken LLP in connection with the above-captioned matter, and I represent Mr. Faneca in this matter.

4.     Ben Hamilton has retained MoloLamken LLP in connection with the above-captioned matter, and I represent Mr. Hamilton in this matter.

1

5. Sean Considine has retained MoloLamken LLP in connection with the above-captioned matter, and I represent Mr. Considine in this matter.

6. Robert Royal has retained MoloLamken LLP in connection with the above-captioned matter, and I represent Mr. Royal in this matter.

7. Roderick "Rock" Cartwright has retained MoloLamken LLP in connection with the above-captioned matter, and I represent Mr. Cartwright in this matter.

8. Jeff Rohrer has retained MoloLamken LLP in connection with the above-captioned matter, and I represent Mr. Rohrer in this matter.

9. Attached as Exhibit 1 is a true and correct copy of *NFL Lawsuits for Football Concussions*, Seeger Weiss LLP, http://www.seegerweiss.com/football-concussions/#ixzz3CByVHxui, accessed on September 9, 2014.

10. Attached as Exhibit 2 is a true and correct copy of the Irell & Manella LLP press release, *NFL, Retired Players Resolve Concussion Litigation*, http://static.nfl.com/static/content/public/photo/2013/08/29/0ap2000000235504.pdf, accessed on October 1, 2014.

11. Attached as Exhibit 3 is a true and correct copy of Schwarz, *Concussion Committee Breaks with Predecessor*, N.Y. Times (June 1, 2010), http://www.nytimes.com/2010/06/02/sports/football/02concussion.html, accessed on October 1, 2014.

12. Attached as Exhibit 4 is a true and correct copy of Schwarz, *N.F.L. Acknowledges Long-Term Concussion Effects,* N.Y. Times (Dec. 20, 2009), http://www.nytimes.com/2009/12/21/sports/football/21concussions.html?_r=0, accessed on October 1, 2014.

13. Attached as Exhibit 5 is a true and correct copy of McKee *et al.*, *The Spectrum of Disease in Chronic Traumatic Encephalopathy*, 136 Brain 43 (2013).

14. Attached as Exhibit 6 is a true and correct copy of Jordan, *The Clinical Spectrum of Sport-Related Traumatic Brain Injury*, 9 Nature Reviews Neurology 222 (2013).

15. Attached as Exhibit 7 is a true and correct copy of Saulle & Greenwald, *Chronic Traumatic Encephalopathy: A Review*, Rehabilitation Research & Practice (2012), http://www.hindawi.com/journals/rerp/2012/816069/.

16. Attached as Exhibit 8 is a true and correct copy of Mitsis *et al.*, *Tauopathy PET and Amyloid PET in the Diagnosis of Chronic Traumatic Encephalopathies*, 4 Translational Psychiatry 1 (2014).

17. Attached as Exhibit 9 is a true and correct copy of Baugh *et al.*, *Current Understanding of Chronic Traumatic Encephalopathy*, 16 Current Treatment Options in Neurology 306 (2014).

18. Attached as Exhibit 10 is a true and correct copy of Montenigro *et al.*, *Clinical Subtypes of Chronic Traumatic Encephalopathy*, 6 Alzheimer's Research & Therapy 68 (2014).

19. Attached as Exhibit 11 is a true and correct copy of Gavett *et al.*, *Chronic Traumatic Encephalopathy: A Potential Late Effect of Sport-Related Concussive and Subconcussive Head Trauma*, 30 Clinical Sports Medicine 179 (2011).

20. Attached as Exhibit 12 is a true and correct copy of Stern *et al.*, *Clinical Presentation of Chronic Traumatic Encephalopathy*, 81 Neurology 1122 (2013).

21. Attached as Exhibit 13 is a true and correct copy of *State of Play: Brain Injuries and Diseases of Aging: Hearing Before the S. Special Comm. on Aging*, 113th Cong. (2014).

22. Attached as Exhibit 14 is a true and correct copy of Breslow, *76 of 79 Deceased NFL Players Found to Have Brain Disease*, PBS Frontline (Sept. 30, 2014), http://www.pbs.org/

wgbh/pages/frontline/sports/concussion-watch/76-of-79-deceased-nfl-players-found-to-have-brain-disease/, accessed on October 3, 2014.

23.     Attached as Exhibit 15 is a true and correct copy of Schwarz, *Expert Ties Ex-Player's Suicide to Brain Damage*, N.Y. Times (Jan. 18, 2007), http://www.nytimes.com/2007/01/18/sports/football/18waters.html?pagewanted=all&_r=0, accessed on October 6, 2014.

24.     Attached as Exhibit 16 is a true and correct copy of National Institute for Occupational Safety and Health, *Brain and Nervous System Disorders Among NFL Players* (Jan. 2013), http://www.cdc.gov/niosh/pgms/worknotify/pdfs/NFL_Notification_02.pdf, accessed on October 1, 2014.

25.     Attached as Exhibit 17 is a true and correct copy of Baugh *et al.*, *Chronic Traumatic Encephalopathy: Neurodegeneration Following Repetitive Concussive and Subconcussive Brain Trauma*, 6 Brain Imaging & Behavior 244 (2012).

26.     Attached as Exhibit 18 is a true and correct copy of Lehman *et al.*, *Neurodegenerative Causes of Death Among Retired National Football League Players*, 79 Neurology 1970 (2012).

27.     Attached as Exhibit 19 is a true and correct copy of Borden, *Brain Trauma Extends Reach into Soccer*, N.Y. Times (Sept. 23, 2014), http://www.nytimes.com/2014/09/24/sports/soccer/soccer-star-bellini-is-found-to-have-had-brain-trauma.html?_r=1, accessed on October 1, 2014.

28.     Attached as Exhibit 20 is a true and correct copy of Toups, *How Many Times Will You Crash Your Car?*, Forbes (July 27, 2011 6:50 PM), http://www.forbes.com/sites/moneybuilder/2011/07/27/how-many-times-will-you-crash-your-car/, accessed on October 1, 2014.

29. Attached as Exhibit 21 is a true and correct copy of Burke *et al.*, *Traumatic Brain Injury May Be an Independent Risk Factor for Stroke*, 81 Neurology 1 (2013).

30. Attached as Exhibit 22 is a true and correct copy of Bigler, *Neuropsychology and Clinical Neuroscience of Persistent Post-Concussive Syndrome*, 14 J. Int'l Neurpsychological Soc'y 1 (2008).

31. Attached as Exhibit 23 is a true and correct copy of Casson *et al.*, *Is There Chronic Brain Damage in Retired NFL Players? Neuroradiology, Neuropsychology, and Neurology Examinations of 45 Retired Players*, 6 Sports Health 384 (2014).

32. Attached as Exhibit 24 is a true and correct copy of Kakar *et al.*, *Cerebral Microbleeds: A New Dilemma in Stroke Medicine*, 1 J. Royal Soc'y of Med. Cardiovascular Disease 1, (2012).

33. Attached as Exhibit 25 is a true and correct copy of Nicholson, *NFL Europe's Injured Flown to Birmingham*, Birmingham Business Journal (July 1, 2001 11:00 PM CDT), http://www.bizjournals.com/birmingham/stories/2001/07/02/story2.html?page=all, accessed on October 1, 2014.

34. Attached as Exhibit 26 is a true and correct copy of Battista, *A Player's Concussion, a Family's Ordeal*, N.Y. Times (Sept. 15, 2012), http://www.nytimes.com/2012/09/16/sports/football/former-nfl-player-mitch-white-learns-to-adjust-to-postconcussion-life.html?pagewanted=all, accessed on October 1, 2014.

35. Attached as Exhibit 27 is a true and correct copy of Belson, *For Retirees, Decision on Concussion Settlement Will Not Be a Simple One*, N.Y. Times (July 22, 2014), http://www.nytimes.com/2014/07/23/sports/football/nfl-concussion-settlement-divides-former-players.html?_r=0, accessed on October 3, 2014.

36. Attached as Exhibit 28 is a true and correct copy of Steele, *Players Wrong on Key Factor in NFL Concussion Settlement*, Sporting News (July 14, 2014), http://www.sportingnews.com/nfl/story/2014-07-14/nfl-concussions-lawsuit-cte-symptoms-eligible-settlement-tony-dorsett-wycheck-seeger, accessed on October 1, 2014.

37. Attached as Exhibit 29 is a true and correct copy of *The NFL CTE Question*, The Pro Football Concussion Report (July 22, 2014), http://profootballconcussions.com/the-nfl-cte-question, accessed on October 1, 2014.

38. Attached as Exhibit 30 is a true and correct copy of Fainaru-Wada & Fainaru, *Seaus to Opt Out of Concussion Deal* (Sept. 3, 2014), http://abcnews.go.com/Sports/seaus-opt-concussion-deal/story?id=25230257, accessed on October 1, 2014.

39. Attached as Exhibit 31 is a true and correct copy of DeGory, *New Concussion Settlement a Win-Win*, SportsIllustrated.com (June 26, 2014), http://mmqb.si.com/2014/06/26/new-concussion-settlement-kevin-turner, accessed on October 1, 2014.

40. Attached as Exhibit 32 is a true and correct copy of Mihoces, *NFL Reaches Concussion Settlement* (Aug. 29, 2013), http://www.usatoday.com/story/sports/nfl/2013/08/29/nfl-concussion-settlement-judge-anita-brody-tony-dorsett-jim-mcmahon-junior-seau/2727483, accessed on October 1, 2014.

41. Attached as Exhibit 33 is a true and correct copy of Hruby, *Cutting them Short* (July 18, 2014), http://www.sportsonearth.com/article/85045740/nfl-concussion-settlement-cuts-cte-coverage-short-patrick-hruby, accessed on October 1, 2014.

42. Attached as Exhibit 34 is a true and correct copy of Fainaru & Fainaru-Wada, *Brain Impairment Begins Younger* (Sept. 13, 2014), http://espn.go.com/nfl/story/_/id/11513442/data-estimates-3-10-nfl-retirees-face-cognitive-woes, accessed on October 1, 2014.

43. Attached as Exhibit 35 is a true and correct copy of Dale, *NFL: Nearly Three in 10 Ex-Players Will Develop Conditions*, Associated Press (Sept. 12, 2014), *republished at* http://online.wsj.com/articles/nfl-nearly-three-in-10-ex-players-will-develop-debilitating-brain-conditions-1410571935, accessed on October 1, 2014.

44. Attached as Exhibit 36 is a true and correct copy of Dale, *NFL: Nearly Three in 10 Ex-Players Will Develop Conditions*, Associated Press (Sept. 12, 2014), *republished at* http://www.philly.com/philly/blogs/sports/eagles/20140912_ap_0487fc0938bf47d9836b379dee6f9aca.html, accessed on October 1, 2014.

45. Attached as Exhibit 37 is a true and correct copy of Dale, *NFL: Nearly Three in 10 Ex-Players Will Develop Conditions*, Associated Press (Sept. 12, 2014), *republished at* http://www.huffingtonpost.com/2014/09/12/nfl-players-alzheimers-dementia_n_5812504.html, accessed on October 3, 2014.

46. Attached as Exhibit 38 is a true and correct copy of Dale, *NFL: Nearly Three in 10 Ex-Players Will Develop Conditions*, Associated Press (Sept. 12, 2014), *republished at* http://www.foxsports.com/nfl/story/nfl-players-lawyers-detail-lasting-effects-of-concussions-091214, accessed on October 1, 2014.

47. Attached as Exhibit 39 is a true and correct copy of Dale, *NFL: Nearly Three in 10 Ex-Players Will Develop Conditions*, Associated Press (Sept. 12, 2014), *republished at* http://www.dallasnews.com/sports/dallas-cowboys/headlines/20140912-players-lawyers-data-estimates-3-in-10-nfl-retirees-face-cognitive-woes.ece, accessed on October 1, 2014.

48. Attached as Exhibit 40 is a true and correct copy of Dale, *NFL: Nearly Three in 10 Ex-Players Will Develop Conditions*, Associated Press (Sept. 12, 2014), *republished at* http://www.startribune.com/lifestyle/health/274914621.html, accessed on October 1, 2014.

49. Attached as Exhibit 41 is a true and correct copy of Schrotenboer, *NFL Takes Aim at $25 Billion, But At What Price?*, USA Today (Feb. 5, 2014), http://www.usatoday.com/story/sports/nfl/super/2014/01/30/super-bowl-nfl-revenue-denver-broncos-seattle-seahawks/5061197/, accessed on October 1, 2014.

50. Attached as Exhibit 42 is a true and correct copy of Wilson, *NFL Paid Roger Goodell $35.1 Million Last Year*, CBSSports.com (Feb. 14, 2014 3:25 PM), http://www.cbssports.com/nfl/eye-on-football/24443392/report-nfl-paid-roger-goodell-351-million-last-year, accessed on October 1, 2014.

51. Attached as Exhibit 43 is a true and correct copy of Futterman *et al.*, *NFL: The League that Runs TV*, The Wall Street Journal (Dec. 15, 2011), http://online.wsj.com/article/SB10001424052970204026804577098774037075832.html, accessed on October 1, 2014.

52. Attached as Exhibit 44 is a true and correct copy of Kaplan, *Goodell Sets Revenue Goal of $25 Billion by 2027 for NFL*, Sports Business Journal (Apr. 5, 2010), http://www.sportsbusinessdaily.com/Journal/Issues/2010/04/20100405/This-WeeksNews/Goodell-Sets-Revenue-Goal-Of-$25B-By-2027-For-NFL.aspx, accessed on October 1, 2014.

53. Attached as Exhibit 45 is a true and correct copy of Banks, *Former Players: Devil Is in the Details with NFL Concussion Settlement*, SI.com (Aug. 29, 2013 5:57 PM), http://www.si.com/nfl/2013/08/29/nfl-concussion-lawsuit-settlement-player-reaction-kevin-mawae, accessed on October 1, 2014.

54. Attached as Exhibit 46 is a true and correct copy of Futterman & Clark, *Deal in Concussion Suit Gives NFL a Big Victory*, The Wall Street Journal (Aug. 29, 2013), online.wsj.com/article/SB10001424127887324463604579042980915590474.html, accessed on October 1, 2014.

55. Attached as Exhibit 47 is a true and correct copy of ESPN.com, *Reaction to the Concussion Deal* (Aug. 30, 2013), espn.go.com/nfl/story/_/id/9612672/reaction-nfl-concussion-settlement, accessed on October 1, 2014.

56. Attached as Exhibit 48 is a true and correct copy of Wolfley, *Dorsey Levens Rips Settlement of Concussion Lawsuit Against NFL*, Milwaukee Journal Sentinel (Sept. 18, 2013), http://www.jsonline.com/sports/dorsey-levens-rips-settlement-of-concussion-lawsuit-against-nfl-b99101255z1-224335851.html, accessed on October 1, 2014.

57. Attached as Exhibit 49 is a true and correct copy of Moran, *Seau Family Says "No" to NFL Settlement*, U-T San Diego (Sept. 3, 2014 6:19 PM), http://www.utsandiego.com/news/2014/sep/03/seau-family-says-no-to-nfl-settlement/, accessed on October 1, 2014.

58. Attached as Exhibit 50 is a true and correct copy of Fenno, *Hall of Famer Joe DeLamielleure Will Object to NFL Concussion Deal*, L.A. Times (Sept. 4, 2014  3:50 PM), http://www.latimes.com/sports/sportsnow/la-sp-sn-nfl-concussion-deal-joe-delamielleure-20140904-story.html, accessed on October 1, 2014.

59. Attached as Exhibit 51 is a true and correct copy of Busse & Silverman, *Electroencephalographic Changes in Professional Boxers*, 149 J.A.M.A. 1522 (1952).

60. Attached as Exhibit 52 is a true and correct copy of Martland, *Punch Drunk*, 91 J.A.M.A. 1103 (1928).

61. Attached as Exhibit 53 is a true and correct copy of McKee *et al.*, *Chronic Traumatic Encephalopathy in Athletes: Progressive Tauopathy After Repetitive Head Injury*, 68 J. Neuropathology & Experimental Neurology 709 (2009).

62. Attached as Exhibit 54 is a true and correct copy of Cantu, *Chronic Traumatic Encephalopathy in the National Football League Player*, 61 Neurosurgery 223 (2007).

63. Attached as Exhibit 55 is a true and correct copy of Guskiewicz *et al.*, *Association Between Recurrent Concussion and Late-Life Cognitive Impairment in Retired Professional Football Players*, 57 Neurosurgery 719 (2005).

64. Attached as Exhibit 56 is a true and correct copy of Omalu *et al.*, *Chronic Traumatic Encephalopahty in a National Football League Player*, 57 Neurosurgery 128 (2005).

65. Attached as Exhibit 57 is a true and correct copy of Omalu *et al.*, *Chronic Traumatic Encephalopathy in a National Football League Player: Part II*, 59 Neurosurgery 1086 (2006).

66. Attached as Exhibit 58 is a true and correct copy of CNN Library, *NFL Concussions Fast Facts*, CNN U.S. (July 21, 2014), http://www.cnn.com/2013/08/30/us/nfl-concussions-fast-facts/, accessed on October 2, 2014.

67. Attached as Exhibit 59 is a true and correct copy of Pellman *et al.*, *Concussion in Professional Football: Summary of the Research Conducted by the National Football League's Committee on Mild Traumatic Brain Injury*, 21 Neurosurgery Focus 1 (2006).

68. Attached as Exhibit 60 is a true and correct copy of Hruby, *The Case Against the NFL*, The Post Game (Feb. 29, 2012), www.thepostgame.com/blog/hruby-tuesday/201202/case-against-nfl, accessed on October 2, 2014.

69. Attached as Exhibit 61 is a true and correct copy of National Football League, *NFL Outlines for Players Steps Taken to Address Concussions*, NFL.com (Aug. 14, 2007), http://www.nfl.com/news/story/09000d5d8017cc67/article/nfl-outlines-for-players-steps-taken-to-address-concussions, accessed on October 2, 2014.

70. Attached as Exhibit 62 is a true and correct copy of Ayala *et al.*, *Racial/Ethnic Disparities in Mortality by Stroke Subtype in the United States, 1995-1996*, 154 Am. J. of Epidemiology 1057 (2001).

71. Attached as Exhibit 63 is a true and correct copy of Zorumski & Rubin, *The Financial Cost of Dementia*, Psychology Today (Oct. 10, 2013), http://www.psychologytoday.com/blog/demystifying-psychiatry/201310/the-financia-cost-dementia, accessed on October 2, 2014.

72. Attached as Exhibit 64 is a true and correct copy of NFL.com, *Players*, http://www.nfl.com/player/georgehalas/2515602/profile (entry for "George Halas"), accessed October 5, 2014.

73. Attached as Exhibit 65 is a true and correct copy of Torre, *How (and Why) Athletes Go Broke*, Sports Illustrated (Mar. 23, 2009), http://sportsillustrated.cnn.com/vault/2009/03/23/105789480/how-and-why-athletes-go-broke, accessed on October 2, 2014.

74. Attached as Exhibit 66 is a true and correct copy of Halchin, *Former NFL Players: Disabilities, Benefits, and Related Issues*, Congressional Research Service 82 (2008).

75. Attached as Exhibit 67 is a true and correct copy of Rosenberg, *"Permanently Disabled," Harrison Fighting for Benefits NFL Took Away*, Sports Illustrated (Jan. 29, 2014), http://www.si.com/nfl/2014/01/29/dwight-harrison-nfl-pension, accessed on October 2, 2014.

76. Attached as Exhibit 68 is a true and correct copy of O'Keefe, *Still Plenty of Skeptics After NFL Reaches New Deal with Players to Settle Concussion-Related Lawsuit*, New York Daily News (June 28, 2014 11:40 AM), http://www.nydailynews.com/sports/football/score-nfl-deny-issues-article-1.1847588, accessed on October 2, 2014.

77. Attached as Exhibit 69 is a true and correct copy of Fainaru & Fainaru-Wada, *Lawyers Fight Over Settlement Details*, ESPN.com (Jan. 24, 2014, 8:18 PM), http://espn.go.com/espn/otl/story/_/id/10346091/lead-negotiator-facing-strong-opposition-concussion-settlement, accessed on October 2, 2014.

78. Attached as Exhibit 70 is a true and correct copy of Hruby, *Show Us Some Math*, Sportsonearth.com (Jan. 20, 2014), http://www.patrickhruby.net/2014/01/show-us-some-math.html, accessed on October 1, 2014.

79. Attached as Exhibit 71 is a true and correct copy of Emery, *How to Diagnose a Battered Brain Before It's Too Late*, The Atlantic (May 8, 2012), http://www.theatlantic.com/health/archive/2012/05/how-to-diagnose-a-battered-brain-before-its-too-late/256877/, accessed on October 1, 2014.

80. Attached as Exhibit 72 is a true and correct copy of Daneshvar *et al.*, *Long-Term Consequences: Effects on Normal Development Profile After Concussion*, 22 Physical Medicine & Rehabilitation Clinics of N. Am. 683 (2011).

81. Attached as Exhibit 73 is a true and correct copy of Penn, *The Violent Life and Sudden Death of Junior Seau*, GQ Magazine (Sept. 2003), http://www.gq.com/entertainment/sports/201309/junior-seau-nfl-death-concussions-brain-injury, accessed on October 1, 2014.

82. Attached as Exhibit 74 is a true and correct copy of Solotaroff, *Dave Duerson: The Ferocious Life and Tragic Death of a Super Bowl Star*, Men's Journal (May 2011), http://www.mensjournal.com/magazine/dave-duerson-the-ferocious-life-and-tragic-death-of-a-super-bowl-star-20121002, accessed on October 1, 2014.

83. Attached as Exhibit 75 is a true and correct copy of Zirin, *Are Head Injuries the Bridge Between the NFL Playing Field and Domestic Violence*, The Nation (Sept. 21, 2014  7:13 PM  ET),  http://www.thenation.com/blog/181695/are-head-injuries-bridge-between-nfl-playing-field-and-domestic-violence#, accessed on October 1, 2014.

84. Attached as Exhibit 76 is a true and correct copy of Emison, *Will NFL & NFLPA Admit Concussion Link to Domestic Violence?*, The Legal Examiner (Sept. 16, 2014  8:32 AM), http://kansascity.legalexaminer.com/?p=3871&preview=true, accessed on October 1, 2014.

85. Attached as Exhibit 77 is a true and correct copy of Seichepine *et al.*, *Profile of Self-Reported Problems with Executive Functioning in College and Professional Football Players*, 30 J. Neurotrauma 1299 (2013).

86. Attached as Exhibit 78 is a true and correct copy of Wagner, *Can Science See Inside an NFL Player's Skull Before It's Too Late?*, Deadspin (June 21, 2012 9:00 AM), http://regressing.deadspin.com/5920006/can-science-see-inside-an-nfl-players-skull-before-its-too-late, accessed on October 1, 2014.

87. Attached as Exhibit 79 is a true and correct copy of Maruyama *et al.*, *Imaging of Tau Pathology in a Tauopathy Mouse Model and in Alzheimer Patients Compared to Normal Controls*, 79 Neuron 1094 (2013).

88. Attached as Exhibit 80 is a true and correct copy of Hollmer, *Alzheimer's Diagnosis May Gain from PET Imaging of Tau Proteins*, FierceDiagnostics (Sept. 20, 2013), http://www.fiercediagnostics.com/story/alzheimers-diagnosis-may-gain-pet-imaging-tau-proteins/2013-09-20, accessed on October 1, 2014.

89. Attached as Exhibit 81 is a true and correct copy of Jagust, *Time for Tau*, 137 Brain 1570 (2014).

90. Attached as Exhibit 82 is a true and correct copy of McGrath, *Illinois Eye Institute Project Aims to Identify CTE in the Living*, Chicago Sun-Times (June 14, 2014 4:35 PM), http://www.suntimes.com/sports/28048920-419/illinois-eye-institute-project-aims-to-identify-cte-in-the-living.html#.U6CR0fldV8E, accessed on October 1, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 6, 2014

_____
Eric R. Nitz