EXHIBIT 6

# The clinical spectrum of sport-related traumatic brain injury

*Barry D. Jordan*

**Abstract** | Acute and chronic sports-related traumatic brain injuries (TBIs) are a substantial public health concern. Various types of acute TBI can occur in sport, but detection and management of cerebral concussion is of greatest importance as mismanagement of this syndrome can lead to persistent or chronic postconcussion syndrome (CPCS) or diffuse cerebral swelling. Chronic TBI encompasses a spectrum of disorders that are associated with long-term consequences of brain injury, including chronic traumatic encephalopathy (CTE), dementia pugilistica, post-traumatic parkinsonism, post-traumatic dementia and CPCS. CTE is the prototype of chronic TBI, but can only be definitively diagnosed at autopsy as no reliable biomarkers of this disorder are available. Whether CTE shares neuropathological features with CPCS is unknown. Evidence suggests that participation in contact–collision sports may increase the risk of neurodegenerative disorders such as Alzheimer disease, but the data are conflicting. In this Review, the spectrum of acute and chronic sport-related TBI is discussed, highlighting how examination of athletes involved in high-impact sports has advanced our understanding of pathology of brain injury and enabled improvements in detection and diagnosis of sport-related TBI.

Jordan, B. D. *Nat. Rev. Neurol.* **9**, 222–230 (2013); published online 12 March 2013; doi:10.1038/nrneurol.2013.33

## Introduction

Sport-related traumatic brain injury (TBI) is an important public health concern and is often labelled as a 'silent epidemic'. Estimates suggest that 1.6–3.8 million sport-related TBIs occur annually in the USA alone, and this number includes injuries for which no medical care is sought.[1] This estimate is likely to be conservative, however, given that many sport-related TBIs are unrecognized and unreported. Sports that are associated with an increased risk of TBI include those involving contact and/or collisions, such as boxing, American football, ice hockey, soccer, rugby and the martial arts, as well as high-velocity sports such as cycling, motor racing, equestrian sports, rodeo, skiing and roller skating. Although most sport-related TBIs occur during participation in contact–collision sports and high-velocity sports, participation in any sport carries a risk of experiencing a brain injury.

TBI can generally be classified as acute or chronic. Acute TBI is used to describe injuries that occur immediately at the time of impact, with subsequent signs and symptoms of TBI, whereas chronic TBI refers to the long-term consequences of single or multiple brain traumas. In this Review, the spectrum of acute and chronic sport-related TBI is highlighted, with particular focus on cerebral concussion, diffuse cerebral swelling (DCS, also known as second-impact syndrome), chronic traumatic encephalopathy (CTE) and chronic post-concussion syndrome (CPCS). Improved recognition of concussion through education and proper medical surveillance is of paramount importance for prevention of long-term neurodegenerative disorders in athletes who experience TBI.

## Acute traumatic brain injury

For athletes involved in high-risk sports, there exists a spectrum of acute TBI pathologies that can occur (Box 1). Moderate and severe injuries such as focal brain injuries, diffuse axonal injury, skull fractures and penetrating brain injury are extremely rare in sports, but can, nonetheless, be encountered. A detailed discussion of these severe TBIs is beyond the scope of this Review, but such injuries must always be considered when managing an athlete with acute brain trauma. The most common and challenging acute brain injuries in athletes—namely, cerebral concussion and DCS—are described below.

## Concussion

Concussion is defined as a complex pathophysiological process that affects the brain and is induced by traumatic biomechanical forces.[2–4] A concussion typically occurs following transmission of direct or indirect impulsive forces to the head, which results in rapid onset of short-lived neurological impairments,[2–4] and presents clinically with cognitive, physical and behavioural signs and symptoms (Box 2). The most frequent clinical symptoms include headache, dizziness and memory impairment. Notably, loss of consciousness is not a requirement for diagnosis of concussion. In adults, most concussions

Burke Rehabilitation Hospital, 785 Mamaroneck Avenue, White Plains, New York, 10605 NY, USA. bjordan@burke.org

**Competing interests**
The author declares no competing interests.

© 2013 Macmillan Publishers Limited. All rights reserved

tend to resolve spontaneously within 7–10 days;[5–9] in children and young adolescents, however, the recovery period can be longer.[3] Rather than presenting with structural injury that can be detected using conventional structural neuroimaging, the clinical symptomatology of concussion largely reflects a functional disturbance.[2–4]

*Mechanisms of injury*
Rapid acceleration and deceleration of the brain, including rotational (angular) acceleration, linear (translational) acceleration and impact deceleration, are the primary mechanism by which concussion occurs (Figure 1). Rotational acceleration occurs when biomechanical forces cause the head to rotate, potentially causing axons to stretch and tear, inducing concussion and traumatic axonal injury. Linear acceleration results from biomechanical forces that cause the head to move in the anterior–posterior direction, and is capable of producing gliding contusions in the parasagittal regions of the cerebral cortex and axonal injury in the brainstem.[10] Impact deceleration occurs when the head rapidly decelerates, typically when the head strikes a playing mat or field, or an arena floor (Figure 1c). The impact can lead to coup injury (an injury on the side of the head where the impact was made) and contrecoup injury of the cerebral cortex.[10] Theoretically, impact deceleration can also occur when an athlete's head rapidly decelerates when striking the body of an opposing player (Figure 1d) or fixed structures such as a goalpost, railing, tree or hockey board.

Head impact telemetry (HIT) systems, which are used to measure biomechanical forces transmitted to the brain,[11] have failed to identify an 'impact threshold' for induction of concussion. Video analysis of concussions sustained by professional National Football League players indicates that the majority of blows occur to the side of the helmet and/or facemask.[12] In nonprofessional football players, however, HIT technology reveals that most concussions result from blows to the top of the helmet.[11] Biomechanical forces that are capable of causing brain injury are probably a combination of rotational, linear and/or impact decelerations.

From the point at which biomechanical forces are transmitted to the brain, multiple neuropathophysiological cascades are triggered. The initial neurometabolic cascade involves neuronal depolarization, release of excitatory neurotransmitters, ionic shifts, changes in glucose metabolism and cerebral blood flow, and impaired axonal function.[13] Additional cascades or processes may then initiate or result, including apoptosis, calpain–caspase activation, mitochondrial dysfunction, free radical formation, neuroinflammation, growth factor alterations, and inflammatory processes.[14] Furthermore, an amyloid cascade, either with or without proper clearance of amyloid components, may be initiated.[15]

*Detection and diagnosis*
No devices that enable clinical diagnosis of concussion currently exist. Several neurodiagnostic investigations

## Key points

- In high-impact sports, cerebral concussion is the most common form of acute traumatic brain injury (TBI), but other moderate and severe TBIs can occur
- Cerebral concussion is a clinical diagnosis that can present with cognitive, physical and/or behavioural signs and symptoms, and does not require loss of consciousness
- Second-impact syndrome is a rare and controversial syndrome that must be considered in the management of a young athlete with concussion
- Increased exposure to sport and advancing age are putative risk factors for the development of chronic traumatic encephalopathy (CTE)
- Antemortem diagnosis of CTE is difficult, and further research is needed to establish effective biomarkers that reflect disease activity
- Chronic postconcussion syndrome is a form of chronic TBI that is clinically distinct from CTE; neuropathological overlap between these two conditions is unknown

## Box 1 | Classification of acute TBI

Diffuse brain injury
- Cerebral concussion
- Diffuse axonal injury
- Diffuse cerebral swelling

Focal brain injury
- Epidural haematoma
- Subdural haematoma
- Cerebral contusion
- Intracerebral haemorrhage
- Subarachnoid haemorrhage
- Intraventricular haemorrhage
- Subdural hygroma

Skull fracture

Penetrating brain injury

Abbreviation: TBI, traumatic brain injury.

that may assist in the physician in these cases are, however, available. Neuropsychological testing can aid in determination of the occurrence and resolution of cognitive impairment, but results of these tests should not be used as the sole basis for the decision to allow an athlete to return to play.[3] Standard structural neuroimaging outcomes are typically normal in patients who are evaluated for a sport-related concussion,[2–4] but new structural, functional and/or metabolic imaging technologies may be useful for detection of subtle structural or functional brain injury. For example, gradient-echo MRI sequences in one athlete with a head injury revealed evidence of microhaemorrhages—a finding that is consistent with a shear injury.[16]

Whether diffusion tensor imaging (DTI) is beneficial in evaluation of acute concussion remains to be determined, as studies using this methodology report variable outcomes and findings. In one study published in 2012,[17] researchers observed decreased fractional anisotropy—which is suggestive of decreased fibre-tract integrity—in one of 11 tracts in professional American football players with concussion, but found no abnormalities on susceptibility-weighted imaging (SWI),which would be indicative of prior microhaemorrhages. A 2011 study[18] found increased mean diffusivity (suggestive of axonal injury) in several white matter tracts in the left hemisphere of concussed athletes, but no differences in fractional anisotropy between concussed athletes

© 2013 Macmillan Publishers Limited. All rights reserved

**Box 2 | Symptoms of acute concussion**

**Cognitive features**
- Decreased speed of information processing
- Disorientation
- Lack of awareness
- Confusion
- Amnesia or other memory impairments
- Impaired concentration
- Loss of consciousness
- Feeling in a 'fog'

**Behavioural features**
- Sleep disturbance
- Irritability
- Emotional lability
- Nervousness and/or anxiety
- Psychomotor retardation
- Apathy
- Fatigue
- Easily distracted

**Physical features**
- Headache
- Dizziness and/or vertigo
- Nausea
- Vacant stare
- Impaired playing ability
- Gait unsteadiness and/or loss of balance
- Impaired coordination
- Diplopia and/or blurred vision
- Photophobia
- Hyperacusis
- Concussive convulsion and/or impact seizure

and controls. Similarly, no differences were observed in fractional anisotropy in children with concussion compared with controls.[19] By contrast, a case study of a concussed athlete[20] reported significant and colocalized changes in fractional anisotropy and mean diffusivity voxels in the right corona radiata and right inferior longitudinal fasciculus.

Functional MRI (fMRI) has revealed altered activation patterns in athletes with concussion compared with controls. During a finger-sequencing task, concussed players exhibited marked within-subject increases in the amplitude and extent of blood oxygen level-dependent activity (indicative of high levels of brain activity) that localized primarily to the parietal, lateral frontal and cerebellar regions.[21] Concussed athletes also showed altered activation patterns on fMRI compared with controls, even when the athletes performed as well as the controls on the given task.[22] Furthermore, athletes who exhibited hyperactivation on fMRI demonstrated a prolonged clinical recovery.[23]

Magnetic resonance spectroscopy is a noninvasive technique that can be used to identify neurometabolic changes in the acute postconcussion phase.[24–27] Concussed athletes had decreased levels of glutamate (a principle excitatory neurotransmitter) in the primary motor cortex (M1) and decreased levels of *N*-acetylaspartate (NAA)—a marker of neuronal integrity—in the prefrontal and M1 cortices.[24] Such metabolic changes in M1 correlated directly with severity of self-reported symptoms.

In a follow-up study, the investigators confirmed their previous findings and also noted that glutamate levels recovered in the chronic postconcussion phase.[25] Other researchers also observed a decrease in NAA levels relative to creatine levels in concussed athletes, but noted that the deficit completely recovered by day 30 postinjury.[26,27] Of interest, athletes who experienced a second concussion during the recovery period were found to exhibit a further decrease in the NAA:creatine ratio and, therefore, the existence of a temporal window of metabolic brain vulnerability to further injury was postulated.[26]

*Management*
Appropriate management of concussion requires the immediate removal of a player from competition and their evaluation by a health-care professional.[2–4] A subsequent period of cognitive and physical rest, until the athlete becomes asymptomatic, is recommended. Once an athlete is asymptomatic and no longer receiving medications to treat or modify the symptoms of concussion, a gradual stepwise return to competition should be implemented.[3] Medications used in the treatment of concussive symptoms include: analgesics, nonsteriodal anti-inflammatories, antidepressants, anticonvulsants, beta-blockers and triptans for headache; vestibular suppressants and benzodiazepines for dizziness; neurostimulants for fatigue; antiemtics for nausea; and/or medications for depression and anxiety.[28] Neurostimulants, selective serotonin reuptake inhibitors, and anticholinesterase inhibitors have also been used in an attempt to improve neurocognitive performance following TBI.[28–30]

When the athlete is asymptomatic at rest and on exertion, he or she can return to full activity.[2–4] For athletes who do not show improvement after cognitive and physical rest for a period of time (for example, 1 month), a low-level, subsymptom threshold rehabilitation and/or exercise programme may be of benefit in improving postconcussion syndrome (PCS).[31,32] The mismanagement of a concussion can potentially result in a persistent PCS and/or second-impact syndrome.[33]

## Diffuse cerebral swelling

DCS is the pathological substrate of second-impact syndrome, and represents a rare but potentially fatal injury that can occur in athletes who sustain a second brain trauma while still symptomatic from a previous concussion. This second-hit trauma leads to a catastrophic neurophysiological response of diffuse brain swelling, cerebral oedema and brain herniation.[34] Second-impact syndrome is thought to arise following loss of autoregulation of cerebral blood flow, which results in vascular engorgement and subsequent increased intracranial pressure and eventual herniation.[34]

Although considered to be a rare phenomenon, the exact frequency of second-impact syndrome is unknown. One study in the USA, however, reported 17 cases among young adults aged 21 years or younger over a 30-year period.[35] Second-impact syndrome has been reported

© 2013 Macmillan Publishers Limited. All rights reserved

in the context of American football, boxing and ice hockey,[34,36] but its existence has been questioned. One hypothesis is that second-impact syndrome is primary DCS in response to trauma without a pre-existing injury.[36,37] Although rare, DCS remains a major concern in the management of acute concussion in young athletes, owing to the high mortality rate associated with this syndrome.

According to McCrory and Berkovic,[38] the following clinical criteria must be fulfilled for a definitive diagnosis of second-impact syndrome: medical review after a witnessed first impact; documentation of ongoing symptoms following the first impact up to the time of second impact; witnessed second head impact with subsequent rapid cerebral deterioration; and neuropathological or neuroimaging evidence of cerebral swelling without marked intracranial haematoma or other cause of oedema.

## Chronic traumatic brain injury

Chronic TBI encompasses a spectrum of disorders that are associated with long-term consequences of brain injury. The prototype of chronic TBI is CTE—a syndrome that results from long-term neurological damage following repetitive mild TBIs. Dementia pugilistica is the boxing manifestation of CTE, and this diagnosis is typically reserved for cases in which severe dementia develops following a long boxing career. Post-traumatic parkinsonism describes a parkinsonian syndrome that occurs secondary to TBI. This form of chronic TBI includes puglistic parkinsonism—a subtype of dementia pugulistica in which rigidity and tremor predominate, and which can be identified pathologically by the abundance of neurofibrillary tangles in the absence of Lewy bodies.[39] Whereas CPCS is the diagnosis given to athletes in whom postconcussive symptoms do not seem to resolve, a diagnosis of post-traumatic dementia is applied to cases that meet the clinical criteria for dementia after a single moderate or severe TBI. Post-traumatic dementia differs from CTE in that the brain injury is not repetitive but results from a single trauma that is more severe than a concussion.

Evidence suggests that participation in contact sports can increase an individual's risk of neurodegenerative disorders such as mild cognitive impairment, Alzheimer disease (AD), motor neuron disease (MND) or Parkinson disease. This association represents an additional public health concern to the issue of sport-related CTE. A survey of retired professional American football players showed an association between recurrent concussion, clinically diagnosed mild cognitive impairment and self-reported memory problems.[40] Another survey in a similar population of retired athletes revealed a significant, direct association between rate of self-reported concussion and complaints of memory changes, confusion, speech difficulties, problems remembering short lists, and difficulty recalling recent events.[41] In addition, those with a history of self-reported concussion exhibited a high frequency of headache, paraesthesias and vestibular problems that were reminiscent of a CPCS.



**Figure 1 |** Mechanisms of brain acceleration–deceleration secondary to biomechanical forces transmitted to the brain. **a** | Linear (translational) acceleration. **b** | Rotational (angular) acceleration. **c** | Impact deceleration. **d** | Impact deceleration secondary to the head striking an opposing player's body. Permission obtained from Innovative CEUs, LLC ©.

Higher AD-associated and MND-associated mortality rates were reported in retired professional American football players than in the general US population.

In contrast to the above results, however, two studies failed to identify an increased risk of neurodegeneration among participants of contact–collision sports. Comparison of a cohort of low-exposure (that is, high-school level) American football players to nonplaying individuals found no difference in the risk of dementia, Parkinson disease or MND.[42] In a case–control study of individuals with AD, no association was found between risk of disease and participation in contact sports,[43] although this study was limited by a small sample size. Further investigation is warranted to understand the pathophysiology of chronic TBI and risk of neurodegeneration secondary to repetitive brain trauma.

## Chronic traumatic encephalopathy

CTE is the long-term neurological consequence of repetitive mild TBI. The exact frequency of CTE in modern day sports is unknown but, in 1969, a landmark study of retired boxers from the UK reported a CTE prevalence of 17%.[44] In boxing, longer duration of exposure to sport (measured as the number of bouts), older age at retirement from boxing, and longer length of boxing career, are important variables that can increase an individual's risk of developing CTE.[44]

In a subset of American football players with autopsy-confirmed CTE, a positive correlation was noted between the severity of CTE, exposure to sport, years since retirement, and age at death.[45] Family-reported number of concussions, years of education, lifetime steroid use

© 2013 Macmillan Publishers Limited. All rights reserved

**Box 3 | Clinical presentations of CTE**

**Behavioural and psychiatric features**
- Aggression and/or agitation
- Apathy
- Impulsivity
- Depression
- Delusions (such as paranoia)
- Suicidality

**Cognitive features**
- Impaired attention and concentration
- Memory problems
- Executive dysfunction
- Dementia
- Visuospatial difficulties
- Language impairment

**Motor features**
- Dysarthria, including scanning speech
- Spasticity
- Ataxia, including incoordination
- Parkinsonism, including tremors
- Gait disturbance
- Motor neuron disease (possibly)

Abbreviation: CTE, chronic traumatic encephalopathy.

---

**Box 4 | Omalu neuropathological classification of CTE[51]**

**Phenotype I**
Sparse to frequent NFTs and neuritic threads in the cerebral cortex and brainstem but without involvement of the subcortical nuclei (basal ganglia) and cerebellum. No diffuse amyloid plaques in the cerebral cortex.

**Phenotype II**
Sparse to frequent NFTs and neuritic threads in the cerebral cortex and brainstem with or without such pathology in the subcortical nuclei (basal ganglia) and cerebellum. Diffuse amyloid plaques in the cerebral cortex.

**Phenotype III**
Brainstem predominant: moderate to frequent NFTs and neuritic threads in the brainstem nuclei, absent or sparse NFTs and neuritic threads in the cerebral cortex, subcortical nuclei (basal ganglia) and cerebellum. No diffuse amyloid plaques in the cerebral cortex.

**Phenotype IV**
Incipient: absent or sparse NFTs and neuritic threads in the cerebral cortex, brainstem and subcortical nuclei (basal ganglia). No cerebellar involvement. No diffuse amyloid plaques in the cerebral cortex.

Abbreviations: CTE, chronic traumatic encephalopathy; NFT, neurofibrillary tangle.

---

and position played, however, were not significantly correlated with the stage of CTE. Repetitive concussion and subconcussion has been linked to the development of CTE,[46] but a threshold of injury (that is, the number of injuries required to cause CTE) has not been established. Interestingly, the proportion of football players with CTE who were carriers of at least one apolipoprotein E (*APOE*) ε4 allele—an allele associated with increased risk of AD—was not significantly different from the proportion of *APOE* ε4 carriers in the general population. Other studies, however, suggest an association between the *APOE* ε4 allele and chronic TBI.[47,48]

## Clinical presentation

Clinically, CTE can present with behavioural, cognitive and/or motor-related symptoms (Box 3).[44,45,49–54] Behavioural disturbances are often the earliest findings in CTE and can include depression, mood swings, apathy, impulsivity, aggression and suicidality. With regard to cognitive impairments, athletes can exhibit impaired attention and/or concentration, memory problems, executive dysfunction and, as the disease progresses, the individual may develop dementia. The motor manifestations of CTE—such as spasticity, tremor (parkinsonian type), ataxia, dysarthria and problems with coordination—reflect injury to the pyramidal tracts, the extrapyramidal system and the cerebellum.

MND has been noted in a subset of athletes with CTE,[45,50] but whether this phenotype represents a unique subtype of CTE or an overlap of two distinct disease processes, which may or may not be associated with repetitive brain injury and/or a common genetic predisposition, remains unclear. In a subset of CTE cases, headache also seems to be a prominent feature.[45] Again, whether these cases represent comorbid CPCS (discussed below) or a distinct clinical phenotype of CTE has yet to be determined.

## Pathological classification

The pathological features of CTE have been well-described and include diffuse brain atrophy, ventricular dilatation, cavum septum pellucidum with or without fenestrations, cerebellar scarring, and depigmentation and degeneration of the substantia nigra.[45,49–51,54,55] As the disease progresses, marked atrophy of the medial temporal lobe, thalamus, hypothalamus and mammillary bodies becomes evident.

Currently, two histopathological classifications of CTE exist.[45,51] Omalu and colleagues have identified four phenotypes of CTE (Box 4),[51] whereas McKee and colleagues have classified CTE into four stages (Box 5).[45] According to the classification scheme of McKee *et al.*, CTE begins focally, usually perivascularly at the depth of the sulci in the frontal cerebral cortex, and involves the superficial layers of the cerebral cortex. The pathology spreads slowly (over decades) to involve widespread regions of the medial cortex, medial temporal lobe, diencephalon, basal ganglia, brainstem and spinal cord. Stages I and II are considered to be mild pathologies and are characterized by neurofibrillary tangles in focal epicenters of the frontal cortices. Stages III and IV represent severe forms of CTE, with more-widespread tau involvement. Notably, all seven cases of AD-associated CTE that were indentified in this study were stage IV, and no pure cases of AD existed in the cohort.[45]

## Diagnosis

A diagnosis of CTE can be definitively ascertained only at autopsy. Clinical diagnosis of CTE can be problematic as the development of chronic neurological sequelae is not temporally related to a single concussive event and the symptoms typically manifest in later life after a period of latency.[56] Four categories of clinical criteria for CTE have been defined (Table 1).

© 2013 Macmillan Publishers Limited. All rights reserved

To be classified as 'definite CTE' a case must present with neurological signs that are consistent with CTE and have pathological confirmation of tau deposition with or without deposition of amyloid or TAR DNA-binding protein 43 (TDP-43). Given the lack of established consensus criteria for the neuropathological classification of CTE, the two classification schemes described above[45,51] can aid in diagnosis of definite CTE.

'Probable CTE' is defined as any neurological process involving two or more of the following clinical conditions: cognitive and/or behavioural impairment, cerebellar dysfunction, pyramidal tract disease and extrapyramidal disease. This syndrome has to be clinically distinguishable from other neurological disorders and must be consistent with the clinical description of CTE. Neuroimaging studies can provide evidence in support of probable CTE. Using [18]F-FDDNP PET—a neuroimaging tool to measure tau and amyloid deposition in the brain—increased subcortical and cortical signals were detected in five retired National Football League players who exhibited cognitive and behavioural symptoms.[57] However, as [18]F-FDDNP binds both fibrillary tau and amyloid, increased [18]F-FDDNP signal cannot be solely attributed to tau, and additional histopathological confirmation is, therefore, needed. A negative amyloid PET scan could be useful in ruling out preclinical, prodromal or overt AD.[58] Evidence of glucose hypometabolism on PET, or hypoperfusion on single-photon emission CT (SPECT), can also support a diagnosis of probable CTE (discussed below). Other neuroimaging findings that are supportive of probable CTE include nonspecific evidence of CNS trauma on structural imaging and/or DTI. In one case of a 50-year-old boxer with dementia and probable CTE, CSP presented as thinning and marked loss of fibre-tract integrity in the corpus collosum (Figure 2; B. D. Jordan, unpublished work).

The category of possible CTE involves brain pathology that cannot be reliably distinguished from other primary neurodegenerative disorders such as AD, frontotemporal dementia, vascular dementia, normal pressure hydrocephalus, multiple system atrophy, and Parkinson disease-related dementia. Cases of CTE and AD co-occurrence are well-documented[45] and, therefore, despite ancillary findings such as a positive amyloid PET scan, biparietal and/or bitemporal hypometabolism on glucose PET, elevated tau and/or decreased amyloid in the cerebrospinal fluid, co-existent CTE cannot be ruled out.

Any neurological process that is inconsistent with the clinical description of CTE and exhibits a pathophysiology unrelated to TBI would be classified as improbable CTE. Examples include brain tumours, stroke and inherited neurological disorders.

As biomarkers that reflect the natural history of CTE are currently nonexistent, characterization of preclinical and prodromal CTE (which are similar to the preclinical phases that have been documented in AD)[58] is premature. However, neuroimaging biomarker abnormities, which are indicative of axonal and myelin injury, have been observed in athletes who have been exposed to

repetitive brain injury. For example, in studies of professional boxers, fractional anisotropy in the corpus collosum and internal capsule was lower compared with controls,[59] and the apparent diffusion coefficient (ADC) was elevated in the cortical gray matter, and fractional anisotropy in deep white matter was decreased

---

**Box 5 | McKee neuropathological classification of CTE[45]**

**Stage I**
Normal brain weight. Focal epicenters of perivascular p-tau, and neurofibrillary and astrocytic tangles involving the sulcal depths and typically affecting the superior and dorsolateral frontal cortices.

**Stage II**
Normal brain weight. Multiple epicenters at the depths of the sulci with localized spread from epicenters to the superficial layers of adjacent cortex. No neurofibrillary p-tau involvement in the medial temporal lobe.

**Stage III**
Mild reduction in brain weight. Mild cerebral atrophy with dilatation of the lateral and third ventricles. Septal abnormalities. Moderate depigmentation of the locus coeruleus and mild depigmentation of the substantia nigra. Atrophy of the mammillary bodies and thalamus. Widespread p-tau pathology in the frontal, insular, temporal and parietal cortices. Neurofibrillary pathology in the amygdala, hippocampus and entorhinal cortex.

**Stage IV**
Marked reduction in brain weight with atrophy of the cerebral cortex. Marked atrophy of the medial temporal lobe, thalamus, hypothalamus and mammillary bodies. Severe p-tau pathology affecting most regions of the cerebral cortex and the medial temporal lobe, sparing the calcarine cortex. Severe p-tau pathology in the diencephalon, basal ganglia, brainstem and spinal cord. Marked axonal loss of subcortical white matter tracts.

Abbreviations: CTE, chronic traumatic encephalopathy; p-tau, phosphorylated tau.

---

**Table 1 | Clinical criteria for chronic traumatic encephalopathy**

| Classification | Definition | Clinical examples |
|---|---|---|
| Definite | Any neurological process consistent with the clinical presentation of CTE along with pathological confirmation (tauopathy ± diffuse amyloid deposition ± TDP-43 deposition) | Cognitive, behavioural, and/or motor dysfunction |
| Probable | Any neurological process characterized by two or more of the following conditions: cognitive and/or behavioural impairment; cerebellar dysfunction; pyramidal tract disease or extrapyramidal disease; clinically distinguishable from any known disease process and consistent with the clinical description of CTE | Cognitive impairment and extrapyramidal dysfunction suggestive of parkinsonism Associated cerebellar dysfunction that is inconsistent with parkinsonism |
| Possible | Any neurological process that is consistent with the clinical description of CTE but can be potentially explained by other known neurological disorders | Alzheimer disease or other primary dementia Parkinson disease Primary cerebellar degeneration Wernicke–Korsakoff syndrome Amyotrophic lateral sclerosis |
| Improbable | Any neurological process that is inconsistent with the clinical description of CTE and can be explained by a pathophysiological process unrelated to brain trauma | Cerebrovascular disease Multiple sclerosis Brain neoplasm Other inherited neurological disorders |

Abbreviations: CTE, chronic traumatic encephalopathy; TDP-43, TAR DNA-binding protein 43.

© 2013 Macmillan Publishers Limited. All rights reserved

Case 2:12-md-02323-AB   Document 6201-3   Filed 10/06/14   Page 8 of 30

**Figure 2** | Brain imaging in a retired professional boxer with probable chronic traumatic encephalopathy. **a** | Axial T2-weighted brain MRI shows mild, diffuse volume loss, cavum septum pellucidum and cavum vergae. **b** | Saggital brain MRI demonstrates focal thinning and volume loss of the corpus collosum. **c** | Diffusion tensor imaging tractography reveals a focal defect and loss of white matter integrity in the corpus collosum.

compared with controls.[60] Similarly, trace radial diffusivity and axial diffusivity (purported measures of myelin and axonal pathology) increased among ice-hockey players over a season, with the damage involving regions of the corticospinal tract, the corpus callosum and the superior longitudinal fasiculus; however, no changes in fractional anisotropy were observed in this study.[61] Differences in white matter integrity have also been observed in athletes involved in soccer (a potentially high-impact sport) compared with those involved in swimming (a low-impact sport).[62]

Abnormalities on PET and SPECT have also been reported in athletes with repetitive brain injuries. A unique pattern of glucose hypometabolism was detected in the posterior cingulate cortex, parieto-occipital lobes, frontal lobes and cerebellum of boxers.[63] With the use of SPECT imaging, investigators have also observed brain hypoperfusion in the prefrontal and temporal poles, occipital lobes, anterior cingulate gyrus and cerebellum among active and retired professional American football players.[64]

### Pathophysiology
The pathophysiology of CTE is unknown, but is presumed to be a progressive tauopathy.[45,49] The mechanisms of phosphorylation, cell-to-cell propagation, and/or oligomerization and misfolding of tau that result in the clinical phenotype of CTE remain to be elucidated. McKee and colleagues have postulated that repetitive brain trauma and deposition of hyperphosphorylated tau protein promote accumulation of other abnormally aggregated proteins including TDP-43, amyloid-β and α-synuclein.[45] The frequency of progression from brain injury to clinical manifestation is, however, unknown, and factors that are reliably associated with progression have yet to be identified.

### Chronic postconcussion syndrome
The term CPCS is used to describe an uncommon clinical phenomenon in which the athlete experiences postconcussive symptoms that do not seem to resolve, and often results in the athlete retiring from sport. In their 2011 study, King and Kirkwilliam use the term 'permanent PCS' to characterize a condition observed in individuals from a nonathlete population who exhibited symptoms approximately 6.9 years after a concussion.[65] A substantial proportion of individuals with permanent PCS (40–59%) experienced premorbid or postmorbid conditions such as depression, anxiety, post-traumatic stress, and/or pain, which were not directly attributable to the manifestations of concussion but could exacerbate the postconcussion symptoms. In this Review, CPCS is the preferred term as the clinical labelling of symptoms as 'permanent'—which suggests that they may never resolve—could be problematic. Although no unifying definition exists with regard to the duration of symptoms that is necessary to qualify an athlete as experiencing CPCS, for the following discussion CPCS is defined as postconcussive symptoms lasting longer than 1 year.

### Epidemiology and symptoms
The exact frequency of CPCS among elite and nonelite athletes is unknown. In the general, nonsporting population, 10–15% of individuals are reported to remain symptomatic 1 year after concussion.[66] Common symptoms of CPCS include headache, dizziness, impaired attention, poor memory, executive dysfunction, irritability and depression. Factors associated with CPCS include older age, premorbid and postmorbid anxiety and depression, and the severity of initial postconcussion symptoms.[65]

Investigations detailing the long-term consequences of a single sport-related concussion are scarce, which may be attributable to poor detection of such injuries owing to the transient nature and rapid recovery of postconcussive symptoms.[67] The majority of CPCS cases have been reported in the lay press[68] and, as such, lack scientific scrutiny.

In 1996, Kelly and Rosenberg described a classic case of CPCS in a retired professional football player who sustained multiple concussions over a long career and exhibited persistent symptoms that were consistent with a postconcussion syndrome.[68] Persistent visuospatial attention deficits have also been reported in players of the high-impact sport Australian Rules football at least 1 year after sustaining a concussion.[69] One study reported neurocognitive and neurophysiological changes in athletes who had sustained concussions more than 30 years earlier:[67] individuals who sustained a sports concussion performed particularly poorly on tests of episodic memory and response inhibition compared with athletes who had never experienced a concussion. Evidence of motor system dysfunction among the concussed athletes included delayed and attenuated evoked potentials on an auditory oddball paradigm, a prolonged cortical silence period (an assessment of motor cortex excitability that is measured using transcranial magnetic stimulation), and bradykinesia.

### CPCS versus CTE
CPCS is a type of chronic TBI that is clinically distinct from CTE. Unlike CTE, CPCS has an acute onset that is temporally related to a single concussive event, and it does not present insidiously following a latent period—a defining characteristic of CTE.[45] Headache

© 2013 Macmillan Publishers Limited. All rights reserved

is a prominent feature of CPCS but is not frequently encountered in CTE, with the exception of McKee stages I–II.[45] The pathological substrate of CPCS is unknown, and whether it involves the tau pathology that is classically recognized in CTE remains to be established. In addition, whether CPCS overlaps with CTE and/or represents McKee's neuropathological stages I and II[45] or Omalu's phenotype IV (incipient phenotype)[51] has yet to be explored.

## Conclusions

Acute and chronic TBI in sport represents an important public health concern in modern day society. Although brain injuries are not the most common type of sport-related injury, they can be associated with substantial morbidity and, potentially, mortality. Concussions are often unrecognized and are, therefore, underreported. Accordingly, recognition of concussion through education and proper medical surveillance is of paramount importance. Failure to adequately manage concussion could result in persistent or chronic PCS or DCS. New neuroimaging techniques may be useful in assessment of both acute and chronic brain injury. DTI, it seems, might be of greater value for evaluation of chronic ultra-structural changes following repetitive brain injury than for assessment of acute concussion or the sequelae of a single mild concussion.

CPCS is a relatively uncommon condition among athletes that needs to be further elucidated to determine whether it is causally linked to CTE or represents a distinct comorbid condition. The neuropathological substrate of CPCS in athletes is unknown and warrants further investigation.

The fact that antemortem diagnosis of CTE is difficult and that this syndrome can mimic other primary neurodegenerative disorders and has an insidious onset (typically manifesting only after an athlete has retired from sport) is of major concern. The exact frequency of CTE in athletes is unknown and, to date, the strongest putative risk factors for CTE are increased exposure to injury and older age. No reliable biomarkers currently exist to effectively diagnose CTE and monitor disease progression. At present, a definitive diagnosis of CTE can only be ascertained at autopsy, and the clinical diagnosis of CTE can only be 'probable' or 'possible'. Future advances in neuroimaging will hopefully assist in the diagnosis of this complex disorder, and *in vivo* documentation of tau deposition in the brain could potentially be used to identify athletes with a progressive tauopathy as a result of repetitive sports-related TBI.

### Review criteria

Articles were obtained through reference-list searches, cited reference searches, and regular review of sports medicine, brain injury, rehabilitation, neurotrauma, neurological and neurosurgery journals. A PubMed biomedical literature search using the key words "sports concussion", "sports-related traumatic brain injury", "chronic traumatic encephalopathy", "chronic traumatic brain injury", "second-impact syndrome", "malignant cerebral oedema", "diffuse cerebral swelling", "postconcussion syndrome", "dementia pugilistica", and "punch-drunk syndrome" was also performed. Articles included full-text papers and abstracts written in English as well as book chapters and texts. There were no restrictions on the dates of the publications.

1. Langlois, J. A., Rutland-Brown, W. & Wald, M. M. The epidemiology and impact of traumatic brain injury: a brief overview. *J. Head Trauma Rehabil.* **21**, 375–378 (2006).
2. Aubry, M. *et al.* Summary and agreement statement of the 1st International Symposium on Concussion in Sport, Vienna 2001. *Clin. J. Sport Med.* **12**, 6–11 (2002).
3. McCrory, P. *et al.* Summary and agreement statement of the 2nd International Conference on Concussion in Sport, Prague 2004. *Clin. J. Sport Med.* **15**, 48–55 (2005).
4. McCrory, P. *et al.* Consensus statement on concussion in sport: the 3rd International Conference on Concussion in Sport held in Zurich, November 2008. *Br. J. Sports Med.* **43** (Suppl. 1), i76–i90 (2009).
5. McCrea, M. *et al.* Acute effects and recovery time following concussion in collegiate football players: the NCAA Concussion Study. *JAMA* **290**, 2556–2563 (2003).
6. Echemendia, R. J., Putukian, M., Mackin, R. S., Julian, L. & Shoss, N. Neuropsychological test performance prior to and following sports-related mild traumatic brain injury. *Clin. J. Sport Med.* **11**, 23–31 (2001).
7. Bleiberg, J. *et al.* Duration of cognitive impairment after sports concussion. *Neurosurgery* **54**, 1073–1080 (2004).
8. McCrea, M., Kelly, J. P., Randolph, C., Cisler, R. & Berger, L. Immediate neurocognitive effects of concussion. *Neurosurgery* **50**, 1032–1042 (2002).

9. Makdissi, M. *et al.* Natural history of concussion in sport: markers of severity and implications for management. *Am. J. Sports Med.* **38**, 464–471 (2010).
10. Jordan, B. D. Neurologic aspects of boxing. *Arch. Neurol.* **44**, 453–459 (1987).
11. Guskiewicz, K. M. *et al.* Measurement of head impacts in collegiate football players: relationship between head impact biomechanics and acute clinical outcome after concussion. *Neurosurgery* **61**, 1244–1253 (2007).
12. Pellman, E. J., Viano, D. C., Tucker, A. M., Casson, I. R. & Waeckerle, J. F. Concussion in professional football: reconstruction of game impacts and injuries. *Neurosurgery* **53**, 799–814 (2003).
13. Giza, C. & Hovda, D. A. The neurometabolic cascade of concussion. *J. Athl. Train.* **36**, 228–235 (2001).
14. Miller, L. P. & Hayes, R. L. (Eds) *Head Trauma: Basic, Preclinical, and Clinical Directions* (John Wiley & Sons, New York, 2001).
15. Chen, X. H., Johnson, V. E., Uryu, K., Trojanowski, J. Q. & Smith, D. H. A lack of amyloid β plaques despite persistent accumulation of amyloid β in axons of long-term survivors of traumatic brain injury. *Brain Pathol.* **19**, 214–223 (2009).
16. Asif, I. M., Harmon, K. G., Drezner, J. A. & O'Kane, J. W. Cerebral microhemorrhages in a collegiate football player: clinical implications in the management of sports concussion. *Sports Health* **2**, 391–394 (2010).

17. Luther, N. *et al.* Diffusion tensor and susceptibility-weighted imaging in concussion assessment of National Football League players. *Neurosurgery* **71**, E558 (2012).
18. Cubon, V. A., Putukian, M., Boyer, C. & Dettwiler, A. A diffusion tensor imaging study on the white matter skeleton in individuals with sports-related concussion. *J. Neurotrauma* **28**, 189–201 (2011).
19. Maugans, T. A., Farley, C. Altaye, M, Leach, J. & Cecil, K. M. Pediatric sports-related concussion produces cerebral blood flow alterations. *Pediatrics* **129**, 28–37 (2012).
20. Bazarian, J. J., Zhu, T., Blyth, B., Borrinio, A. & Zhong, J. Subject-specific changes in brain white matter on diffusion tensor imaging after sports-related concussion. *Magn. Reson. Imaging* **30**, 171–180 (2012).
21. Jantzen, K. J., Anderson, B., Steinberg, F. L. & Kelso, J. A. A prospective functional MR imaging study of mild traumatic brain injury in college football players. *AJNR Am. J. Neuroradiol.* **25**, 738–745 (2004).
22. Chen, J. K. *et al.* Functional abnormalities in symptomatic concussed athletes: an fMRI study. *Neuroimage* **22**, 68–82 (2004).
23. Lovell, M. R. *et al.* Functional brain abnormalities are related to clinical recovery and time to return to play in athletes. *Neurosurgery* **61**, 352–359 (2007).
24. Henry, L. C., Tremblay, S., Boulanger, Y., Ellemberg, D. & Lassonde, M. Neurometabolic changes in acute phase after sports

© 2013 Macmillan Publishers Limited. All rights reserved

concussions correlate with symptom severity. *J. Neurotrauma* **27**, 65–76 (2010).

25. Henry, L. C. *et al.* Metabolic changes in concussed American football players during the acute and chronic post-injury phases. *BMC Neurol.* **11**, 105 (2011).

26. Vagnozzi, R. *et al.* Temporal window of metabolic brain vulnerability to concussion: a pilot ¹H-magnetic resonance spectroscopic study in concussed athletes—part III. *Neurosurgery* **62**, 1286–1296 (2008).

27. Vagnozzi, R. *et al.* Assessment of metabolic brain damage and recovery following mild traumatic brain injury: a multicentre, proton magnetic resonance spectroscopic study in concussed patients. *Brain* **133**, 3232–3242 (2010).

28. Petraglia, A. L., Maroon, J. C. & Bailes, J. E. From the field of play to the field of combat: a review of the pharmacological management of concussion. *Neurosurgery* **70**, 1520–1533 (2012).

29. Meehan, W. P. 3ʳᵈ. Medical therapies for concussion. *Clin. Sports Med.* **30**, 115–124 (2011).

30. Reddy, C. C., Collins, M., Lovell, M. & Kontos, P. Efficacy of amantadine treatment on symptoms and neurocognitive performance among adolescents following sports-related concussion. *J. Head Trauma Rehabil.* http://dx.doi.org/10.1097/HTR.0b013e318257fbc6.

31. Gagnon, I., Galli, C., Freidman, D., Grilli, L. & Iverson, G. L. Active rehabilitation for children who are slow to recover following sport-related concussion. *Brain Inj.* **23**, 956–964 (2009).

32. Leddy, J. J. *et al.* A preliminary study of subsymptom threshold exercise training for refractory post-concussion syndrome. *Clin. J. Sport Med.* **20**, 21–27 (2010).

33. Harmon, K. G. *et al.* American medical society for sports medicine position statement: concussion in sport. *Clin. J. Sport Med.* **23**, 1–18 (2013).

34. Cantu, R. C. & Voy, R. Second impact syndrome: a risk in any contact sport. *Phys. Sports Med.* **23**, 27–31 (1995).

35. Thomas, M. *et al.* Epidemiology of sudden death in young competitive athletes due to blunt trauma. *Pediatrics* **128**, e1–e8 (2011).

36. McCrory, P. Does second impact syndrome exist? *Clin. J. Sport Med.* **11**, 144–149 (2001).

37. McCrory, P., Davis, G. & Makdissi, M. Second impact syndrome or cerebral swelling after sporting head injury. *Curr. Sports Med. Rep.* **11**, 21–23 (2012).

38. McCrory, P. R. & Berkovic, S. F. Second impact syndrome. *Neurology* **50**, 677–683 (1998).

39. Dekosky, S. T., Blennow, K., Ikonomovic, M. D. & Gandy, S. Acute and chronic traumatic encephalopathies: pathogenesis and biomarkers. *Nat. Rev. Neurol.* (in press).

40. Guskiewicz, K. M. *et al.* Association between recurrent concussion and late-life cognitive impairment in retired professional football players. *Neurosurgery* **57**, 719–726 (2005).

41. Jordan, B. D. & Bailes, J. E. Concussion history and current symptoms among retired professional football players. *Neurology* **54**, A410–A411 (2000).

42. Savica, R., Parsi, J. E., Wold, L. E., Josephs, K. A. & Ahlskog, J. E. High school football and risk of neurodegeneration: a community-based study. *Mayo Clin. Proc.* **87**, 335–340 (2012).

43. Jordan, B. D. *et al.* Head trauma and participation in contact sports as risk factors for Alzheimer's disease. *Neurology* **40**, 347 (1990).

44. Roberts, A. H. Brain Damage in Boxers: A Study of the Prevalence of Traumatic Encephalopathy Among Ex-professional Boxers (Pitman Medical & Scientific Publishing Co., London, 1969).

45. McKee, A. C. *et al.* The spectrum of disease in chronic traumatic encephalopathy. *Brain* **136**, 43–64 (2013).

46. Dashnaw, M. L., Petraglia, A. L. & Bailes, J. E. An overview of the basic science of concussion and subconcussion: where we are and where we are going. *Neurosurg. Focus* **33**, 1–9 (2012).

47. Jordan, B. D. *et al.* Apolipoprotein E ε4 associated with chronic traumatic brain injury in boxing. *JAMA* **278**, 136–140 (1997).

48. Kutner, K. C. *et al.* Lower cognitive performance of older football players possessing apolipoprotein E ε4. *Neurosurgery* **47**, 651–657 (2000).

49. McKee, A. C. *et al.* Chronic traumatic encephalopathy in athletes: progressive tauopathy after repetitive head injury. *J. Neuropathol. Exp. Neurol.* **68**, 709–735 (2009).

50. McKee, A. C. *et al.* TDP-43 proteinopathy and motor neuron disease in chronic traumatic encephalopathy. *J. Neuropathol. Exp. Neurol.* **69**, 918–929 (2010).

51. Omalu, B. *et al.* Emerging histomorphologic phenotypes of chronic traumatic encephalopathy in American athletes. *Neurosurgery* **69**, 173–183 (2011).

52. Critchley, M. Medical aspects of boxing, particularly from a neurological standpoint. *Br. Med. J.* **1**, 357–362 (1957).

53. Mendez, M. F. The neuropsychiatric aspects of boxing. *Int. J. Psychiatry Med.* **25**, 249–262 (1995).

54. Corsellis, J. A., Bruton, C. J. & Freeman-Browne, C. The aftermath of boxing. *Psychol. Med.* **3**, 270–303 (1973).

55. Smith, D. H., Johnson, V. E. & Stewart, W. Chronic neuropathologies of single and repetitive TBI: substrates of dementia? *Nat. Rev. Neurol.* (in press).

56. Jordan B. D. in *Sports Neurology*, 2ⁿᵈ edn (eds Jordan, B. D. *et al.*) 351–366 (Lippincott-Raven, Philadelphia, 1998).

57. Small, G. W. *et al.* PET scanning of brain tau in retired National Football League players: preliminary findings. *Am. J. Geriatr. Psychiatry* **21**, 138–144 (2013).

58. Sperling, R. A. *et al.* Toward defining the preclinical states of Alzheimer's disease: recommendations from the National Institute on Aging-Alzheimer's Association workgroups on diagnostic guidelines for Alzheimer's disease. *Alzheimers Dement.* **7**, 280–292 (2011).

59. Zhang, L., Heier, L. A., Zimmerman, R. D., Jordan, B. & Ulug, A. M. Diffusion anisotropy changes in the brains of professional boxers. *AJNR Am. J. Neuroradiol.* **27**, 2000–2004 (2006).

60. Chappell, M. H. *et al.* Distribution of microstructural damage in the brains of professional boxers: a diffusion MRI study. *J. Magn. Reson. Imaging* **24**, 537–542 (2006).

61. Koerte, I. K. *et al.* A prospective study of physician-observed concussion during varsity university hockey season: white matter integrity in ice hockey players. Part 3 of 4. *Neurosurg. Focus* **33**, 1–7 (2012).

62. Koerte, I. K., Ertl-Wagner, B., Reiser, M., Zafonte, R. & Shenton, M. E. White matter integrity in the brains of professional soccer players without a symptomatic concussion. *JAMA* **308**, 1859–1861 (2012).

63. Provenzano, F. A. *et al.* F-18 FDG PET imaging of chronic traumatic brain injury in boxers: a statistical parametric analysis. *Nucl. Med. Comm.* **31**, 952–957 (2010).

64. Amen, D. G. *et al.* Impact of playing American football on long-term brain function. *J. Neuropsychiatry Clin. Neurosci.* **23**, 98–106 (2011).

65. King, N. S. & Kirwilliam, S. Permanent post-concussion symptoms after mild head injury. *Brain Inj.* **25**, 462–470 (2011).

66. Alexander, M. P. Mild traumatic brain injury: pathophysiology, natural history, and clinical management. *Neurology* **45**, 1253–1260 (1995).

67. DeBeaumont, L. *et al.* Brain function decline in healthy retired athletes who sustained their last sports concussion in early adulthood. *Brain* **132**, 695–708 (2009).

68. Kelly, J. P & Rosenberg, J. H. The development of guidelines for the management of concussion in sports. *J. Head Trauma Rehabil.* **13**, 53–65 (1998).

69. Cremona-Meteyard, S. L. & Griffen, G. M. Persistent visuospatial attention deficits following mild head injury in Australian Rules football players. *Neuropsychologia* **32**, 649–662 (1994).

© 2013 Macmillan Publishers Limited. All rights reserved

# EXHIBIT 7

Hindawi Publishing Corporation
Rehabilitation Research and Practice
Volume 2012, Article ID 816069, 9 pages
doi:10.1155/2012/816069

*Review Article*

# Chronic Traumatic Encephalopathy: A Review

## Michael Saulle[1] and Brian D. Greenwald[2]

[1] Touro College of Osteopathic Medicine, 230 West 125th Street, New York, NY 10027, USA
[2] Brain Injury Rehabilitation, Mount Sinai Hospital, 5 East 98th Street, Box 1240B, New York, NY 10029, USA

Correspondence should be addressed to Michael Saulle, mike.saulle@gmail.com

Received 3 November 2011; Revised 24 January 2012; Accepted 6 February 2012

Academic Editor: Anne Felicia Ambrose

Copyright © 2012 M. Saulle and B. D. Greenwald. This is an open access article distributed under the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original work is properly cited.

Chronic traumatic encephalopathy (CTE) is a progressive neurodegenerative disease that is a long-term consequence of single or repetitive closed head injuries for which there is no treatment and no definitive pre-mortem diagnosis. It has been closely tied to athletes who participate in contact sports like boxing, American football, soccer, professional wrestling and hockey. Risk factors include head trauma, presence of ApoE3 or ApoE4 allele, military service, and old age. It is histologically identified by the presence of tau-immunoreactive NFTs and NTs with some cases having a TDP-43 proteinopathy or beta-amyloid plaques. It has an insidious clinical presentation that begins with cognitive and emotional disturbances and can progress to Parkinsonian symptoms. The exact mechanism for CTE has not been precisely defined however, research suggest it is due to an ongoing metabolic and immunologic cascade called immunoexcitiotoxicity. Prevention and education are currently the most compelling way to combat CTE and will be an emphasis of both physicians and athletes. Further research is needed to aid in pre-mortem diagnosis, therapies, and support for individuals and their families living with CTE.

## 1. Introduction

Chronic traumatic encephalopathy (CTE) has been defined as a progressive neurodegenerative disease caused by repetitive head trauma [1]. CTE was first described in 1928 when Dr. Harrison Martland, a New Jersey medical examiner, began to note a constellation of symptoms in boxers. In an article he published in the Journal of the American Medical Association entitled Punch Drunk, he describes the boxers, "cuckoo," "goofy," "cutting paper dolls," or "slug nutty" [2]. Punch drunk was later termed dementia pugilistica, literally meaning dementia of a fighter. However, with the evolution of sports like American football, these symptoms were also being reported in athletes other than boxers and was renamed chronic traumatic encephalopathy in the 1960s.

CTE has become a popular topic due to its close association with American football, hockey, soccer, boxing, and professional wrestling. Many of these affected athletes, mostly retired, have struggled in their later years with depression, substance abuse, anger, memory/motor disturbances, and suicide [3]. Autopsy results from these athletes

have suggested a link between these emotional, cognitive, and physical manifestations and CTE [3–5]. In addition to athletes, military soldiers have become another group of interest as many are returning from the battlefield with brain injuries from blast trauma causing closed head injury. In this paper we present a summary of the epidemiology, risk factors, clinical presentation, pathophysiology, neuropathological findings, treatment/prevention, and future research pertaining to CTE.

## 2. Epidemiology

Concussion or mild traumatic brain injury (mTBI) is one of the most common neurologic disorders accounting for approximately 90% of all brain injuries sustained [6]. Such injuries are a common occurrence in athletes with an estimated 1.6–3.8 million sport-related concussion annually in the USA [5]. This can be seen as a gross underrepresentation of the true number as many athletes do not seek medical attention or vocalize their symptoms. This may be due to head trauma being regarded as benign, or in some the injury

is not recognized at all. These behaviors are driven by the athletes' desire to return to play and the pressure to perform [6]. DeKosky et al. reported that each year more than 1.5 million Americans have mTBI with no loss of consciousness and no need for hospitalization as well as an equal number with conscious impairing trauma but insufficiently severe to require long-term hospitalization [7].

In a 2009 review of CTE, McKee et al. found that of 51 neuropathologically diagnosed cases of CTE 46 (90%) occurred in athletes. Specifically, athletes participating in American football, boxing, soccer, and hockey comprise the majority of cases. Many of these athletes began their respective sports at a young age between 11 and 19 years [5]. While it is not clear at what age CTE can begin, McKee has neuropathologically diagnosed CTE changes in asymptomatic 18-year-old high school football player with a history of concussion. While the exact incidence of CTE is unknown, it is thought to vary widely based on sport, position, length of career, number of head injuries, age of first head injury, and genetics [8].

## 3. Risk Factors

It has been well established that repetitive concussive or subconcussive blows to the head place individuals at risk for CTE [5, 6, 8]. CTE has been associated with athletes who participate in contact sports like American football, boxing, hockey, soccer, and professional wrestling. Other sports that are not directly associated with CTE, but have well-documented cases of concussion, include mixed martial arts, rugby, and horseback riding. Other groups at risk for repetitive head trauma and CTE are military veterans, epileptics, and victims of domestic abuse [5]. It has been reported that approximately 17% of professional retired boxers will exhibit CTE [3]. Although each group listed has a unifying factor of head trauma, they differ in particular aspects that may influence the severity or chronicity of their injury (see Table 1 for a summary of risk factors).

A recent study by Crisco et al. examined head impact exposure in collegiate football players and found that the average number of impacts received by an individual player during a single season was 420 with a maximum of 2,492 [9]. These impacts vary in severity based on their position. Offensive linemen, defensive linemen, and linebackers had the most frequent impacts while quarterbacks and running backs received the greatest magnitude of head impacts [9]. In the literature McKee and colleagues reported that in five football players with diagnosed CTE all played similar positions: 3 were offensive linemen, 1 defensive linemen, and one linebacker [5]. However, according to Boston University's Center for the Study of Chronic Traumatic Encephalopathy, CTE has also been found in other position players like safety and wide receiver dismissing the idea that only certain positions are at risk for developing CTE.

While it is clear that anyone who suffers repeated head trauma, regardless of the mechanism, may carry the risk of developing CTE, there is no clear consensus on how much or how little trauma is needed to cause CTE. While most feel

Table 1: Risk factors associated with chronic traumatic encephalopathy.

| |
|---|
| (i) Head trauma: single or repetitive |
| (ii) History of head concussion |
| (iii) Participation in the following |
|     Boxing |
|     American football: offensive/defensive linemen/linebackers/running backs |
|     Soccer |
|     Professional wrestling |
|     Hockey |
|     Military service: blast injuries |
| (iv) Length of sport participation |
| (v) Epileptics |
| (vi) Victims of domestic abuse |
| (vii) Age of injuries: younger ages and older ages |
| (viii) Genetic variation: ApoE3 or ApoE4 |

CTE is a manifestation of repetitive trauma, the question still stands if it can be caused by a single TBI [10]. In a study by Johnson et al., widespread tau and beta-amyloid deposition was found in the brains of individuals who suffered a single traumatic brain injury. The study included the examination of postmortem brains from long-term survivors (1–47 years) of a single TBI ($N = 39$) versus uninjured age-matched controls ($N = 47$). Results showed NFTs to be exceptionally rare in young uninjured controls, yet were abundant and diffuse in one-third of TBI cases. This was also true of beta-amyloid deposition, which was found in greater density following TBI than controls [11]. While these brains showed classic changes associated with CTE, they did not have the symptomatic profile to accompany their neuropathologic findings [11]. If these subjects went on to have repeated brain injury, it would be reasonable to expect more extensive damage with more pronounced clinical symptoms.

In a study of repeated head trauma in mice, Kane et al. created an animal model where mice did not suffer severe TBI but rather mTBI to look for CTE-like changes. They reported that exposure to head trauma for 5 consecutive days showed increased expression of glial fibrillary acidic protein and phospho-tau 30 days (~160% increase) after the last injury when compared to controls. They also reported that with their mTBI model they did not find edema, cortical contusions, obvious loss of neuronal matter beneath the skull, disruption of the blood brain barrier, or microglial activation. However, they compared this to mice that were subject to a single traumatic injury and found substantial microglial activation in the hippocampus and overlying cortex 30 days after the initial impact [12].

Another high-risk group that has recently been studied are individuals in the military [12]. Operations in Iraq and Afghanistan are reporting that TBI accounts for roughly 28% of all combat casualties and approximately 88% of these are closed-head injuries [12]. While these numbers are significant, the US Defense and Veterans Brain Injury

Center has estimated that approximately 180,000 soldiers have been diagnosed with mTBI between 2001 and 2010 while others estimate the number to be more than 300,000. Additionally, soldiers may also be exposed to toxins like organophosphates, chemical nerve agents, and heavy metals like uranium increasing their risk for brain injury [13].

Age is another possible risk factor for the development of CTE. At younger ages, while the brain is developing traumatic injury may begin the cascade of destructive events and compounded through the years of continued play. Conversely, at younger ages the brain has more plasticity allowing greater ability to manage injury than that in the mature brain [8, 10]. Length of play is another risk factor where longer careers with prolonged exposures to injury may cause more severe CTE. Of the 51 cases reviewed by Dr. McKee, 39 boxers had an average career of 14.4 years (range 4–25) while the 5 football players averaged careers of 18.4 years (range 14–23 years). These athletes began their respective sports between 11 and 19 years of age [5].

Genetic factors have also been thought to play a role in the development of CTE specifically the apolipoprotein E gene (ApoE). The ApoE4 allele has been well described in its association with Alzheimer's disease (AD) where individuals with homozygous ApoE4/E4 genotype have a 19-fold increased risk of developing AD [14]. This same gene is now thought to possibly have a role in the development of CTE [5]. Studies have shown that ApoE4-positive individuals had poorer outcomes with head trauma. Teasdale et al. reported that that patients with ApoE4 allele are more than twice as likely than those without ApoE4 to have unfavorable outcomes 6 months after head injury [15]. Kutner et al. examined 53 professional American football players to see if their cognitive functioning differed based on age and ApoE4 genotype. They reported that older age and presence of ApoE4 scored lower on cognitive tests than did those without the allele or with less playing experience [16]. Jordan et al. looked at ApoE4 genotype in boxers in relation to chronic TBI. They found that all boxers with severe impairment, based on the chronic brain injury scale, had at least 1 ApoE4 allele. Therefore, they reported that ApoE4 may be associated with increased severity of chronic neurologic deficits in high-exposure boxers [17].

In McKee and colleagues' review of the 51 CTE cases, ApoE genotyping was reported in 10 cases where 50% carried at least one ApoE4 allele and one was homozygous for E4. While they did not report what the other 4 genotypes were, it raised their suspicions to believe that ApoE4 was the gene of interest. In animal studies ApoE4 transgenic mice had greater mortality from TBI than those with ApoE3 allele. Another study showed that transgenic mice that overexpress ApoE4 allele showed increased deposition of beta-amyloid after experimental TBI [5].

However, a study by Omalu et al. reported that 70% of their CTE cohort had the ApoE3 genotype. Of the 17 athletes they used in their study they were able to determine the ApoE genotype in 10 of 14 professional athletes and in 2 of 3 high school athletes. Of the 10 professional athletes 90% had at least one ApoE3 allele, and 7 of the 10 with confirmed ApoE genotype also had CTE. Of these 7 athletes with CTE 100%

had at least one ApoE3 allele (5 E3/E3, 2 E3/E4). It should also be noted that the only professional athlete in their study that did not have the E3 allele (E2/E4) was negative for CTE. Additionally, the two other professional athletes that had the ApoE allele but did not have CTE were E2/E3 (24 years old) and E3/E3. The authors note that the one case of E3/E3 that did not have tauopathy was assessed from only select sections of the brain as they did not have access to the full brain. Of the two high school athletes both were E3/E3 genotypes and did not show any histological signs of CTE [18].

## 4. Clinical Presentation

It is important to define the timeline of CTE symptom development to distinguish it from concussive or postconcussive syndrome (PCS). The symptoms associated with acute concussion are headache, blurred vision, amnesia, tinnitus, fatigue, and slurred speech with resolution within days to weeks if managed properly. Although there is no strict timeline to the acute injury phase, it has typically been reported as three months, but 80–90% of patients show full recovery within the first 10 days [19]. When symptoms extend beyond three months, the individual is said to have PCS. These individuals will have additional symptoms of physical, emotional, cognitive, and behavioral problems [6]. PCS also has a variable timeline where symptoms typically improve within one year but may in some cases require several years for resolution. For those with persisting or permanent PCS symptoms, they would logically be considered to have CTE.

However, the typical clinical course of an individual who develops CTE is not as linear as direct progression from concussion to PCS to CTE. The onset of CTE symptoms typically starts later in the lives of certain athletes after the individual has removed themselves from competition. As reported by McKee, the first symptoms of CTE were noted at ages ranging from 25 to 76 years. McKee also reported that at the time of retirement one-third of these athletes were symptomatic with another half becoming symptomatic within 4 years of leaving sports [5]. In 14 cases (30%), mood disturbances were reported while movement abnormalities like Parkinsonism, ataxia, antalgic gait, and dysarthric speech were reported in 41% of subjects [5]. The course of symptom progression seems to follow a somewhat continuous path beginning with cognitive and emotional decline leading to eventual motor deterioration [5].

Initially, patients begin to have poor concentration, attention, and memory along with disorientation, dizziness, and headaches. They typically progress to experience irritability, outbursts of violent or aggressive behavior, confusion, and speech abnormalities. During this stage of the disease, there is a high frequency of suicide, drug overdose, and mood disorders, mainly major depressive disorder [5]. A study by Omalu and colleagues describes a similar clinical profile with a latent asymptomatic period between play and symptom onset. He reports worsening of cognitive and social functioning leading to poor money management, bankruptcy, social phobias, paranoid ideation,

insomnia, poor relationships, divorce, emotional/physical abuse, and substance abuse [18]. Family and friends of the affected individuals reported many of these symptoms to researchers through standard forensic interviews [18].

As the disease progresses in severity, there is a greater loss of motor functioning. Some patients may develop Parkinsonian symptoms of tremors, masked facieses, wide propulsive gait, poor speech, ocular abnormalities, vertigo, bradykinesia, deafness, and a small group developing dementia. Currently, the number of cases with confirmed dementia remains small. As more postmortem exams are done in the at risk group, it is expected more cases will be diagnosed. Some individuals with CTE have committed suicide, overdosed on drugs, or died from accidents preventing progression of the disease [5, 20].

## 5. Pathophysiology

The development of CTE is due to repetitive traumatic brain injury from the acceleration/deceleration forces of closed head impacts [5]. Damage to the brain generally occurs when the brain collides against the skull causing damage to the same side as the collision, coup, or to the opposite side of the impact, countercoup [6]. High-speed decelerations may also cause mechanical and chemical injury to the long axons resulting in traumatic/diffuse axonal injury. Crisco et al. report that impacts to the top of the head had the lowest rotational force but highest linear force leading more to cervical spine injuries. However, lateral blows cause rotational forces, which are the typical cause of mild traumatic brain injury [6]. While there is a firm understanding of head trauma being the general cause of the brain damage in CTE, researchers have not agreed upon a unifying mechanism of injury. Originally the associated axonal damage was thought to be due to shearing or mechanical forces at the time of injury. However, it is now reported that axonal shearing or tearing is a secondary event to the acute inflammation and neurodegeneration of axons [5]. In the acute setting there is rapid axonal swelling, perisomatic axotomy, and Wallerian degeneration [5].

Gavett et al. offered a general description of how the damage may occur through the repeated traumatic injury of axons. Damage to axons would cause changes in membrane permeability and ionic shifts causing a large influx of calcium. Subsequent release of caspases and calpains would trigger tau phosphorylation, misfolding, shortening, and aggregation as well as cytoskeleton failure with dissolution of neurofilaments and microtubules [8].

This idea was elaborated on in a recent paper by Blaylock and Maroon who describes the concept of immunoexcitotoxicity as a possible central mechanism for CTE. He describes a cascade of events that begin with an initial head trauma, which "primes" the microglia for subsequent injuries. When the homeostasis of the brain is disturbed, some of the microglia undergo changes to set them in a partially activated state. When these microglia become fully activated by continued head trauma, they release toxic levels of cytokines, chemokines, immune mediators, and excitotoxins like glutamate, aspartate, and quinolinic acid. These excitotoxins inhibit phosphatases, which results in hyperphosphorylated tau and eventually neurotubule dysfunction and neurofibrillary tangle deposition in particular areas of the brain [10]. There is also an apparent synergy between the proinflammatory cytokines and glutamate receptors that worsen neurodegeneration in injured brain tissue. This combination also increases the reactive oxygen and nitrogen intermediates that interfere with glutamate clearance keeping the injury response high. Priming can also occur from insults to the brain like systemic infections, environmental toxins, and latent viral infections in the brain (cytomegalovirus and herpes simplex virus) [10].

The microglia, however, have a dual function allowing them to switch between being neurodestructive and neuroreparative. During acute injury the microglia are responsible for containing the damage with inflammation, cleaning up debris, and repairing the surrounding damaged tissue [10]. However, if the individual experiences a second brain trauma or multiple continuous traumas, the microglia may never have the chance to switch from proinflammatory to reparative mode [10]. Such repetitive trauma may place the brain in a state of continuous hyperreactivity leading to progressive and prolonged neuronal injury. This would support the evidence that repeated mTBI results in a higher incidence of prolonged neurological damage than single-event injury [10].

The eventual neurodegeneration is also dependent on other factors like the age of the brain at the time of injury. Several studies have shown that older individuals have poorer outcomes when compared to younger subjects experiencing TBI. Streit et al. showed that as the microglia age, they become more dysfunctional, which may impair their ability to terminate immune activation. Therefore, as the brain grows older, it has more activation of microglia with weaker mitochondrial functioning, neuronal and glial dystrophy, higher levels of inflammation, and lifetime exposures to environmental toxins [10].

## 6. Gross Pathology Findings

As described by Corsellis et al., the most common gross pathological findings in CTE included reduced brain weight, enlargement of the lateral and third ventricles, thinning of the corpus callosum, cavum septum pellucidum with fenestrations, scarring, and neuronal loss of the cerebellar tonsils. Brain atrophy was most severe in the frontal lobes (36%), temporal lobes (31%), and parietal lobes (22%) with the occipital lobe rarely being affected [5]. McKee and colleagues reported that with increasing severity of disease marked atrophy is noted in the hippocampus, entorhinal cortex, and the amygdala [5]. Blaylock and Maroon reported that these areas showed the most severe atrophy and were noted to have the highest concentration of glutamate receptors and cytokine receptors [10].

## 7. Microscopic Pathology

According to Dr. Bennet Omalu, a forensic neuropathologist, the basic feature of CTE is the presence of sparse, moderate, or frequent band-shaped, flame-shaped small globose and large globose neurofibrillary tangles (NFTs) in the brain accompanied by sparse, moderate, or frequent neuropil threads (NTs) [18]. Similarly, McKee and colleagues described the core pathology of CTE to include tau-reactive NFTs, astrocytic tangles, and dot-like spindle-shaped NTs [10]. These changes are commonly noted in the dorsolateral frontal, subcallosal, insular, temporal, dorsolateral parietal, and inferior occipital cortices. Additionally, Dr. McKee also reported occasional tau immunoreactive neuritis and NFTs in the posterior, lateral, and/or anterior horns of the spinal cord (see Table 2) [10].

Beta-amyloid (A$\beta$) deposition is an inconsistent finding in CTE as Dr. McKee noted that of the 51 cases of confirmed CTE she reviewed that only 3 (6%) had amyloid angiopathy [5]. Animal studies by Iwata et al. used swine TBI models to show minimal A$\beta$ accumulation in axons acutely after injury but saw greater accumulation one month following injury [20]. Similarly Chen et al., also using a swine TBI model, found evidence of axonal pathology 6 months following rotational brain injuries [21].

Although CTE and Alzheimer's disease (AD) both have NFTs and possibly beta-amyloid plaques, there are several unique features that distinguish the two [8]. First, beta-amyloid deposits are only found in 40% to 45% of patients with CTE while they are present in nearly all cases of AD. Secondly, the tau distribution in CTE is located more in the superficial cortical laminae whereas in AD they are found in large projection neurons in deeper layers. It is also important to note is the distribution of the NFTs in CTE that extremely irregular with uneven foci in the frontal temporal and insular cortices, while AD has a more uniform cortical NFT distribution. DeKosky et al. noted that the hippocampus is frequently spared by tauopathy in CTE, whereas it is the first location affected by tauopathy in AD [7]. Lastly, NFTs in CTE are most concentrated at the depths of the cortical sulci and are typically perivascular, which might indicate that there are disruptions of cerebral microvasculature and the blood-brain barrier at the time of injury leading to NFT formation [8].

A recent study by Omalu et al. described four histomorphologic phenotypes of CTE in American athletes (see Table 3). They examined specimens from 17 deceased athletes, 10 of which had histopathologically confirmed CTE. All were male, age range of 17–52, (8 were American football players, 4 professional wrestlers, 1 mixed martial arts fighter, 1 professional boxer, and 3 high school American football players). Omalu and colleagues created these histologic phenotypes based on the presences or absence of NFTs, NTs, and diffuse amyloid plaques as well as their quantitative distribution in the cerebral cortex, subcortical nuclei/basal ganglia, hippocampus, and cerebellum. These results are summarized in Tables 1 and 2. Phenotype one shows sparse to frequent NFT and NTs in the cerebral cortex and brainstem without involvement of the subcortical nuclei, basal ganglia, or cerebellum without any beta-amyloid.

TABLE 2: Areas of damage in the brain.

| |
| --- |
| *Gross areas of damage* |
| (i) Reduced brain weight with atrophy of |
|     Frontal lobe |
|     Temporal lobe |
|     Parietal lobe |
|     Occipital lobe |
| (ii) Enlargement of lateral and third ventricles |
| (iii) Thinning of the corpus callosum |
| (iv) Cavum septum pellucidum with fenestrations |
| (v) Scarring and neuronal loss of cerebellar tonsils |
| (vi) Pallor of substantia nigra |
| *Areas of tau NFTs and NT* |
| (i) Superficial cortical layers |
| (ii) Dorsolateral frontal |
| (iii) Subcallosal |
| (iv) Insular |
| (v) Temporal |
| (vi) Dorsolateral parietal |
| (vii) Inferior occipital cortices |
| (viii) Thalamus |
| (ix) Hypothalamus |
| (x) Substantia nigra |
| (xi) Olfactory bulbs |
| (xii) Hippocampus |
| (xiii) Entorhinal cortex |
| (xiv) Amygdala |
| (xv) Brainstem |

Phenotype two is the same as the first except they show diffuse beta-amyloid plaques. The third group had higher concentrations of NFTs and NTs only in the brainstem without involvement elsewhere with no beta-amyloid. The fourth group had sparse NFTs and NTs in the cerebral cortex, brainstem, subcortical nuclei, and basal ganglia with an unaffected cerebellum and no beta-amyloid [18].

Trans-activator regulatory DNA-binding protein 43 or TDP-43 has been a recent addition to the growing neuropathologic findings associated with CTE. TDP-43 is a highly conserved protein that is found in many tissues including the CNS [22]. It plays a significant role in mediating the response of the neuronal cytoskeleton to axonal injury [8]. In a study by McKee et al., they reported widespread TDP-43 proteinopathy in 80% of their CTE cases. Until this study, TDP-43 was thought to be a unique finding in amyotrophic lateral sclerosis (ALS) and frontotemporal lobar degeneration (FTLD-TDP) but has now been found in other neurodegenerative diseases as a secondary pathology [22].

TABLE 3: Emerging histomorphologic phenotypes in American athletes.

| Phenotype | Histological findings |
| --- | --- |
| 1 | Sparse to frequent NFT and NTs in the cerebral cortex and brainstem without involvement of the subcortical nuclei, basal ganglia, or cerebellum without any beta-amyloid |
| 2 | Sparse to frequent NFT and NTs in the cerebral cortex and brainstem with diffuse beta-amyloid deposition. No involvement of the subcortical nuclei, basal ganglia, or cerebellum |
| 3 | Higher concentrations of NFTs and NTs only in the brainstem. No involvement elsewhere or any beta-amyloid |
| 4 | Sparse NFTs and NTs in the cerebral cortex, brainstem, subcortical nuclei, and basal ganglia with an unaffected cerebellum and no beta-amyloid [18] |

## 8. Clinicopathologic Correlations

The typical symptoms of CTE can be directly connected to the specific areas of the brain that are injured during the progression of disease. Based on these symptoms it is clear that there is damage to the hippocampal-septohypothalamic-mesencephalic circuitry (Papez circuit) also known as the emotional or visceral brain [5]. Damage to these areas correlate to the behavioral symptoms of emotional liability, aggression, and violence. Damage to the hippocampus, enteorhinal cortex, and medial thalamus conceivably causes the commonly reported complaint of memory disturbance. Destruction to the frontal cortex and white matter may result in the dysexecutive symptoms found throughout the many cases of CTE. Motor abnormalities may be due to degeneration of the substantia nigra and pars compacta along with symptoms of dysarthria, dysphagia, and ocular malfunction due to brainstem nuclei injury like the hypoglossal and oculomotor nuclei (see Table 4) [5].

## 9. Neurological Sequelae

Historically amyotrophic lateral sclerosis (ALS) has been thought to be a sporadic disease with no single causative factor. Literature has reported risk factors to include trauma to the brain or spinal cord, strenuous physical activity, exposure to heavy metals, cigarette smoking, radiation, electrical shocks, and pesticides [22]. Given these risk factors, the literature strongly correlates a history of head trauma with increased incidence of ALS. In a case control study, Chen et al. reported that having repeated head trauma within the 10 years prior to diagnosis had a 3-fold higher risk of ALS [23]. The same group also did a meta-analysis of 8 ALS studies and estimated a pooled odds ratio of 1.7 (95% CI: 1.3, 2.2) for at least one previous head injury. Another study reported increased ALS incidence and mortality in professional Italian soccer players when compared to the general population [24]. Additionally, an incidence study of 7,325 Italian professional soccer players showed an ALS incidence 6.5 times higher than expected [25]. ALS has also been seen in higher numbers among American and Canadian football players when compared to the general population [22]. The risk of ALS has also been reportedly high in war veterans. A study of Gulf War veterans reported that the risk of ALS was increased 2-fold during the 10 years following service [26]. A study by Schmidt et al. reported that veterans who received head trauma during war had an adjusted odds ratio for the development of ALS of 2.33 (95% CI: 1.18–4.61) [27].

A recent study by McKee and colleagues examined and compared the brains and spinal cords of 12 athletes with confirmed CTE to 12 cases of sporadic ALS to 12-age matched controls. Of the 12 CTE cases, 3 also had a diagnosed motor neuron disease (MND) resembling ALS. The study found that those with CTE and the motor neuron disease not only had the typical neuropathologic presentation of CTE with tau-NFT, NT, and TDP-43 throughout the brain and brain stem, but they also had these changes in the anterior horns of the spinal cord in high concentrations. Of the 9 CTE patients that did not have the MND, they had similar CTE neuropathology, but it did not affect the spinal cord as significantly. When compared to the samples of sporadic ALS, they found TDP-43 immunoreactivity in all 12 cases with no tau immunoreactive NFTs. The age-matched controls showed no TDP-43 or tau reactivity. These results indicate that the widespread tauopathy and TDP-43 proteinopathy of CTE can in some cases extend beyond the brain and the brain stem to severely affect the spinal cord. The authors have labeled these cases as having chronic traumatic encephalomyelopathy (CTEM). While this has only been identified in three cases, it opens the floor to further discussion and research to see if CTEM is in fact a unique disease or just the coincidental occurrence of ALS and CTE. McKee has stated that the tau pathology in the three cases of CTEM is not only distinct from that of sporadic ALS, but the nature and distribution of the TDP-43 proteinopathy are also unique [22].

## 10. Diagnosis

Currently the only way to definitively diagnose CTE is through postmortem neuropathological autopsy [8]. Clinical diagnosis is difficult due to a lack of consensus on diagnostic criteria or large-scale longitudinal clinicopathologic correlation studies [8]. The differential diagnosis for CTE usually includes diseases like AD and frontotemporal dementia (FTD), which all share similar clinical symptoms, and all may have a history of head trauma making a clinical diagnosis difficult. Although age can help in distinguishing between AD and CTE, it does not help when deciding between FTD and CTE.

It is the hope of many that the advances in neuroimaging will aid in detecting chronic and acute changes associated with CTE. Diffusion tensor imaging (DTI) has been reported

Table 4: Clinicopathological correlations [5].

| Damage area | Clinical presentation |
| --- | --- |
| Hippocampus Entorhinal cortex Medial thalamus | Early deficits in memory |
| Frontal cortex and underlying white matter | Dysexecutive symptoms |
| Dorsolateral parietal Posterior temporal Occipital cortices | Visuospatial difficulties |
| Substantia nigra Pars compacta | Parkinsonian motor features |
| Cortical and subcortical frontal damage Cerebellar tract injury in brainstem | Gait disorder: staggered, slowed, ataxic |
| Brainstem nuclei (hypoglossal/oculomotor) | Dysarthria, dysphagia, ocular abnormalities |
| Amygdala | Aggression and violent outbursts |

to be sensitive enough to assess axonal integrity in the setting of mild, moderate, and severe TBI. DTI studies have shown their ability to show occult white matter damage after mTBI that was not visible on typical MRI scans. A study by Kumar et al. tracked serial changes in white matter using DTI techniques in mTBI and found that fractional anisotropy (FA) and mean diffusivity (MD) in the genu of the corpus callosum appear early and persisted at 6 months as a secondary injury to microgliosis [28]. Another study by Inglese et al. showed the abilities of DTI as they reported significant abnormalities in various regions of the brain after mTBI when compared to controls [29]. A third study by Henry and colleagues used DTI to detect changes in white matter by comparing a group of 10 nonconcussed athletes to 18 concussed athletes. They reported that at 1–6 days and at 6 months following concussion there was FA in dorsal regions of both cortical spinal tracts and the corpus callosum [30].

Although researchers are trying to identify biomarkers to aid in diagnosis, there currently are no markers identified in the literature that can be used to diagnosis CTE. However, there are several that are believed to help in identifying CTE like the use of magnetic resonance spectroscopy that can detect changes in glutamate/glutamine, N-acetyl aspartate, and mylo-inositol which have been shown to be abnormal in brain injury [8]. There has also been discussion of attempting to measure tau and phospho-tau in the cerebrospinal fluid of those suspected of having CTE [8].

## 11. Treatments/Prevention

Currently, the treatment methodologies for CTE are purely preventive. However, in sports like American football, prevention of head trauma is a seemingly difficult goal to attain. Hard hits and head collisions are more than simple aspects of the game; they are part of the sports identity. Therefore, prevention would require a multifaceted approach involving administrators, coaches, players, referees, team physicians, and even the fans who watch the games. The administrators create the policies that penalize athletes for reckless or dangerous hits as well as setting equipment standards for the various leagues. It is the role of the coaches to teach their players correct and safe technique for tackling, hitting, and personal protection while creating a team culture that encourages hard but controlled play. Coaches also need to be aware of the cumulative effect of repetitive mTBI and limit the amount of full contact during practice and drills. It is the role of the players to understand the potential dangers and consequences of head trauma beyond their playing years so they can protect themselves and limit the number of injuries during their career. It is also incumbent on the athlete to not downplay their injuries and to seek help or advice if they are suffering from signs or symptoms of head trauma. As for the referees, it is their role to create a safe playing environment and uphold the rules set forth to protect the players whether on the field, in the ring, or on the ice. As for the team physician, it is their task to remove players from play and appropriately manage their mTBI until they meet the return-to-play criteria. The decision to clear a player is challenging for the physician who has no baseline information of the player's cognitive function prior to the injury. Therefore, it has been suggested that players undergo neuropsychological testing prior to participation in sports as a tool to properly assess the athlete's cognitive deficits both acutely and chronically.

Another aspect of prevention is improving the protective equipment worn by the athletes. It has been shown that helmets and mouth guards function very well in protecting the player from severe head injury if the helmet fits correctly, is strapped in place, and lined with the appropriate padding [6]. A study by Viano and Halstead compared American football helmets from 1970 to 2010 and reported that the newer helmets are heavier, primarily from more padding, longer, higher, and wider then their 1970s counterparts. These larger helmets were better at absorbing forces and impacts associated with concussions in American football [31]. While helmets are important, they may also give some players a false sense of protection leading to a more reckless and violent style of play. Neck strength is another factor that can be important in minimizing head injury especially in younger populations of athletes and should be emphasized by trainers and strength coaches [6]. Some groups are looking for medical therapies to limit the damage after a head injury. Particularly, the use of beta-amyloid-lowering medications have been shown to improve the outcomes following TBI in rodent models [7].

## 12. Future Considerations for Research

Although there has been an exponential growth in research and interest in CTE over the last five years, the full understanding of it still remains in its infancy. Affected athletes have been the greatest supporters as Boston University's Center for the Study of CTE has more than 260 former athletes in their brain and spinal cord donation registry.

These donations will supply researchers with a wealth of information that will improve animal models, better define the mechanism of injury, as well as advance diagnosis and treatment. As the foundation of knowledge grows, we can better identify genetic variants that put individuals at risk for CTE. The CTE community will also benefit from ongoing concussion research as groups look for acute biomarkers to be used as a diagnostic test for brain injury. There is also a need for further research regarding the role of advanced neuroimaging like DTI and its ability to possibly detect early signs of acute injury. Additionally, more work must be done to quantify the magnitude and frequency of head impact that is needed to cause the neurodegeneration associated with CTE.

## 13. Conclusions

Chronic traumatic encephalopathy is a neurodegenerative disease that is a long-term consequence of single or repetitive closed head injuries for which there is no treatment and no definitive premortem diagnosis. It has been closely tied to athletes who participate in contact sports like boxing, American football, soccer, professional wrestling, and hockey. Aside from repeated head trauma, risk factors include presence of ApoE3 or ApoE4 allele, military service, and old age. It is histologically identified by the presence of tau-immunoreactive NFTs with some cases having a TDP-43 proteinopathy or beta-amyloid plaques. It has an insidious clinical presentation that begins with cognitive and emotional disturbances and can progress to Parkinsonian symptoms. The exact mechanism for CTE has not been precisely defined; however, research suggests it is due to an ongoing metabolic and immunologic cascade called immunoexcitotoxicity. Current research is attempting to identify specific biomarkers along with more sophisticated imaging techniques for the diagnosis of CTE. Future research should also be centered around how to manage CTE as suicide is a common fate for those battling the disease. Further efforts need to be made to educate players, coaches, and administrators of all levels of athletics to make them aware of the determents of mTBI and how to best protect themselves. There must also be further investigations into the possible link between CTE and motor neuron disease. Establishing such a causal link may open new doors in ALS research and hopefully lead to better treatments. Through the continued efforts of athletes, scientists, and physicians, our knowledge of CTE will advance and allow for the evolution of better diagnosis, treatment, and prevention.

## References

[1] D. J. Thurman, C. M. Branche, and J. E. Sniezek, "The epidemiology of sports-related traumatic brain injuries in the United States: recent developments," *Journal of Head Trauma Rehabilitation*, vol. 13, no. 2, pp. 1–8, 1998.

[2] H. S. Martland, "Punch drunk," *Journal of the American Medical Association*, vol. 91, pp. 1103–1107, 1928.

[3] B. I. Omalu, J. Bailes, J. L. Hammers, and R. P. Fitzsimmons, "Chronic traumatic encephalopathy, suicides and parasuicides

in professional American athletes: the role of the forensic pathologist," *American Journal of Forensic Medicine and Pathology*, vol. 31, no. 2, pp. 130–132, 2010.

[4] M. Fourtassi, A. Hajjioui, A. E. Ouahabi, H. Benmassaoud, N. Hajjaj-Hassouni, and A. E. Khamlichi, "Long term outcome following mild traumatic brain injury in Moroccan patients," *Clinical Neurology and Neurosurgery*, vol. 113, no. 9, pp. 716–720, 2011.

[5] A. C. McKee, R. C. Cantu, C. J. Nowinski et al., "Chronic traumatic encephalopathy in athletes: progressive tauopathy after repetitive head injury," *Journal of Neuropathology and Experimental Neurology*, vol. 68, no. 7, pp. 709–735, 2009.

[6] D. H. Daneshvar, C. M. Baugh, C. J. Nowinski, A. C. McKee, R. A. Stern, and R. C. Cantu, "Helmets and mouth guards: the role of personal equipment in preventing sport-related concussions," *Clinics in Sports Medicine*, vol. 30, no. 1, pp. 145–163, 2011.

[7] S. T. DeKosky, M. D. Ikonomovic, and S. Gandy, "Traumatic brain injury—football, warfare, and long-term effects," *New England Journal of Medicine*, vol. 363, no. 14, pp. 1293–1296, 2010.

[8] B. E. Gavett, R. A. Stern, and A. C. McKee, "Chronic traumatic encephalopathy: a potential late effect of sport-related concussive and subconcussive head trauma," *Clinics in Sports Medicine*, vol. 30, no. 1, pp. 179–188, 2011.

[9] J. J. Crisco, B. J. Wilcox, J. G. Beckwith et al., "Head impact exposure in collegiate football players," *Journal of Biomechanics*, vol. 44, no. 15, pp. 2673–2678, 2011.

[10] R. L. Blaylock and J. Maroon, "Immunoexcitotoxicity as a central mechanism in chronic traumatic encephalopathy-a unifying hypothesis," *Surgical Neurology International*, vol. 2, article 107, 2011.

[11] V. E. Johnson, W. Stewart, and D. H. Smith, "Widespread tau and amyloid-beta pathology many years after a single traumatic brain injury in humans," *Brain Pathology*, vol. 22, no. 2, pp. 142–149, 2012.

[12] M. J. Kane, M. Angoa-Pérez, D. I. Briggs, D. C. Viano, C. W. Kreipke, and D. M. Kuhn, "A mouse model of human repetitive mild traumatic brain injury," *Journal of Neuroscience Methods*, vol. 203, no. 1, pp. 41–49, 2012.

[13] R. W. Haley, "Excess incidence of ALS in young Gulf War veterans," *Neurology*, vol. 61, no. 6, pp. 750–756, 2003.

[14] D. Ellison, S. Love, L. Chimelli, B. Harding, and H. V. Vinters, *Neuropathology: A Reference Text of CNS Pathology*, Mosby, London, UK, 2nd edition, 2004.

[15] G. M. Teasdale, J. A. R. Nicoll, G. Murray, and M. Fiddes, "Association of apolipoprotein E polymorphism with outcome after head injury," *The Lancet*, vol. 350, no. 9084, pp. 1069–1071, 1997.

[16] K. C. Kutner, D. M. Erlanger, J. Tsai, B. Jordan, and N. R. Relkin, "Lower cognitive performance of older football players possessing apolipoprotein E ε epsilon 4," *Neurosurgery*, vol. 47, no. 3, pp. 651–658, 2000.

[17] B. D. Jordan, N. R. Relkin, L. D. Ravdin, A. R. Jacobs, A. Bennett, and S. Gandy, "Apolipoprotein E epsilon 4 associated with chronic traumatic brain injury in boxing," *Journal of the American Medical Association*, vol. 278, no. 2, pp. 136–140, 1997.

[18] B. Omalu, J. Bailes, R. L. Hamilton et al., "Emerging histomorphologic phenotypes of chronic traumatic encephalopathy in american athletes," *Neurosurgery*, vol. 69, no. 1, pp. 173–183, 2011.

[19] L. C. Henry, S. Tremblay, S. Leclerc et al., "Metabolic changes in concussed American football players during the acute and

chronic post-injury phases," *BMC Neurology*, vol. 11, article 105, 2011.

[20] A. Iwata, X. H. Chen, T. K. McIntosh, K. D. Browne, and D. H. Smith, "Long-term accumulation of amyloid-$\beta$ in axons following brain trauma without persistent upregulation of amyloid precursor protein genes," *Journal of Neuropathology and Experimental Neurology*, vol. 61, no. 12, pp. 1056–1068, 2002.

[21] X. H. Chen, R. Siman, A. Iwata, D. F. Meaney, J. Q. Trojanowski, and D. H. Smith, "Long-term accumulation of amyloid-$\beta$, $\beta$-secretase, presenilin-1, and caspase-3 in damaged axons following brain trauma," *American Journal of Pathology*, vol. 165, no. 2, pp. 357–371, 2004.

[22] A. C. McKee, B. E. Gavett, R. A. Stern et al., "TDP-43 proteinopathy and motor neuron disease in chronic traumatic encephalopathy," *Journal of Neuropathology and Experimental Neurology*, vol. 69, no. 9, pp. 918–929, 2010.

[23] H. Chen, M. Richard, D. P. Sandler, D. M. Umbach, and F. Kamel, "Head injury and amyotrophic lateral sclerosis," *American Journal of Epidemiology*, vol. 166, no. 7, pp. 810–816, 2007.

[24] S. Belli and N. Vanacore, "Proportionate mortality of Italian soccer players: is amyotrophic lateral sclerosis an occupational disease?" *European Journal of Epidemiology*, vol. 20, no. 3, pp. 237–242, 2005.

[25] A. Chiò, G. Benzi, M. Dossena, R. Mutani, and G. Mora, "Severely increased risk of amyotrophic lateral sclerosis among Italian professional football players," *Brain*, vol. 128, no. 3, pp. 472–476, 2005.

[26] R. D. Horner, K. G. Kamins, J. R. Feussner et al., "Occurrence of amyotrophic lateral sclerosis among Gulf War veterans," *Neurology*, vol. 61, no. 6, pp. 742–749, 2003.

[27] S. Schmidt, L. C. Kwee, K. D. Allen, and E. Z. Oddone, "Association of ALS with head injury, cigarette smoking and APOE genotypes," *Journal of the Neurological Sciences*, vol. 291, no. 1-2, pp. 22–29, 2010.

[28] R. Kumar, M. Husain, R. K. Gupta et al., "Serial changes in the white matter diffusion tensor imaging metrics in moderate traumatic brain injury and correlation with neuro-cognitive function," *Journal of Neurotrauma*, vol. 26, no. 4, pp. 481–495, 2009.

[29] M. Inglese, S. Makani, G. Johnson et al., "Diffuse axonal injury in mild traumatic brain injury: a diffusion tensor imaging study," *Journal of Neurosurgery*, vol. 103, no. 2, pp. 298–303, 2005.

[30] L. C. Henry, J. Tremblay, S. Tremblay et al., "Acute and chronic changes in diffusivity measures after sports concussion," *Journal of Neurotrauma*, vol. 28, no. 10, pp. 2049–2059, 2011.

[31] D. C. Viano and D. Halstead, "Change in size and impact performance of football helmets from the 1970s to 2010," *Annals of Biomedical Engineering*, vol. 40, no. 1, pp. 175–184, 2012.














The Scientific World Journal
Gastroenterology Research and Practice
MEDIATORS of INFLAMMATION
Journal of Diabetes Research
Disease Markers
Journal of Immunology Research
Hindawi
Submit your manuscripts at
http://www.hindawi.com
International Journal of Endocrinology
PPAR Research
BioMed Research International
Journal of Ophthalmology
Stem Cells International
eCAM
Evidence-Based Complementary and Alternative Medicine
Journal of Obesity
Journal of Oncology
Computational and Mathematical Methods in Medicine
Behavioural Neurology
Parkinson's Disease
AIDS Research and Treatment
Oxidative Medicine and Cellular Longevity













# EXHIBIT 8

OPEN



Citation: Transl Psychiatry (2014) 4, e441; doi:10.1038/tp.2014.91
© 2014 Macmillan Publishers Limited   All rights reserved 2158-3188/14
www.nature.com/tp

CASE REPORT

# Tauopathy PET and amyloid PET in the diagnosis of chronic traumatic encephalopathies: studies of a retired NFL player and of a man with FTD and a severe head injury

EM Mitsis[1,2,3,+], S Riggio[1,3,4,5], L Kostakoglu[6], DL Dickstein[2,7], J Machac[6], B Delman[8], M Goldstein[4], D Jennings[9], E D'Antonio[10], J Martin[1], TP Naidich[8], A Aloysi[1], C Fernandez[1,2,3], J Seibyl[9], ST DeKosky[11], GA Elder[1,3,4], K Marek[9], W Gordon[5,10], PR Hof[2,7], M Sano[1,2,3] and S Gandy[1,2,3,4,5]

Single, severe traumatic brain injury (TBI) which elevates CNS amyloid, increases the risk of Alzheimer's disease (AD); while repetitive concussive and subconcussive events as observed in athletes and military personnel, may increase the risk of chronic traumatic encephalopathy (CTE). We describe two clinical cases, one with a history of multiple concussions during a career in the National Football League (NFL) and the second with frontotemporal dementia and a single, severe TBI. Both patients presented with cognitive decline and underwent [18F]-Florbetapir positron emission tomography (PET) imaging for amyloid plaques; the retired NFL player also underwent [18F]-T807 PET imaging, a new ligand binding to tau, the main constituent of neurofibrillary tangles (NFT). Case 1, the former NFL player, was 71 years old when he presented with memory impairment and a clinical profile highly similar to AD. [18F]-Florbetapir PET imaging was negative, essentially excluding AD as a diagnosis. CTE was suspected clinically, and [18F]-T807 PET imaging revealed striatal and nigral [18F]-T807 retention consistent with the presence of tauopathy. Case 2 was a 56-year-old man with personality changes and cognitive decline who had sustained a fall complicated by a subdural hematoma. At 1 year post injury, [18F]-Florbetapir PET imaging was negative for an AD pattern of amyloid accumulation in this subject. Focal [18F]-Florbetapir retention was noted at the site of impact. In case 1, amyloid imaging provided improved diagnostic accuracy where standard clinical and laboratory criteria were inadequate. In that same case, tau imaging with [18F]-T807 revealed a subcortical tauopathy that we interpret as a novel form of CTE with a distribution of tauopathy that mimics, to some extent, that of progressive supranuclear palsy (PSP), despite a clinical presentation of amnesia without any movement disorder complaints or signs. A key distinguishing feature is that our patient presented with hippocampal involvement, which is more frequently seen in CTE than in PSP. In case 2, focal [18F]-Florbetapir retention at the site of injury in an otherwise negative scan suggests focal amyloid aggregation. In each of these complex cases, a combination of [18F]-fluorodeoxyglucose, [18F]-Florbetapir and/or [18F]-T807 PET molecular imaging improved the accuracy of diagnosis and prevented inappropriate interventions.

*Translational Psychiatry* (2014) 4, e441; doi:10.1038/tp.2014.91; published online 16 September 2014

## INTRODUCTION

Recent attention has been focused on the cognitive risks involved in contact sports. These concerns have been associated historically with chronic and repetitive concussions in boxers, but recently professional football players,[1,2] hockey players,[3] and wrestlers[4] have become the focus of expanded attention. In addition, the sometimes-fatal consequence of a single, significant traumatic brain injury (TBI) has been highlighted recently by the media due to high profile cases (for example, http://abcnews.go.com/Entertainment/Movies/story?id = 7119825 and http://www.express.co.uk/comment/columnists/richard-and-judy/451938/F1-racing-driver-Michael-Schumacher-ski-crash-highlights-sport-secret-on-head-injuries). On the basis of clinical and postmortem studies, the conventional wisdom has been that a single severe TBI increases risk for Alzheimer's disease (AD),[5,6] whereas the consequences of chronic repetitive TBI, first identified in boxers, increases the risk for a tangle-predominant disease, or tauopathy, known as dementia pugilistica.[7] More recently, the term 'chronic traumatic encephalopathy' (CTE) has been applied when dementia pugilistica-like neuropathology was observed in retired National Football League (NFL) players, as well as in entertainment wrestlers, victims of domestic violence and in military veterans exposed to blast and concussive injuries from improvised explosive devices.[1,2,4,8–10] Neuropathologically, CTE is characterized by prominent tauopathy, variable degrees of diffuse amyloid deposition, and degeneration of the neocortex, hippocampus,

[1]Department of Psychiatry, Icahn School of Medicine at Mount Sinai, New York, NY, USA; [2]Mount Sinai's Alzheimer's Disease Research Center, Icahn School of Medicine at Mount Sinai, New York, NY, USA; [3]James J. Peters VA Medical Center, Bronx, NY, USA; [4]Department of Neurology, Icahn School of Medicine at Mount Sinai, New York, NY, USA; [5]The NFL Neurological Program, Icahn School of Medicine at Mount Sinai, New York, NY, USA; [6]Department of Nuclear Medicine, Icahn School of Medicine at Mount Sinai, New York, NY, USA; [7]Fishberg Department of Neuroscience, Icahn School of Medicine at Mount Sinai, New York, NY, USA; [8]Department of Radiology, Icahn School of Medicine at Mount Sinai, New York, NY, USA; [9]Institute for Neurodegenerative Disorders, Yale University, New Haven, CT, USA; [10]Department of Rehabilitation Medicine, Icahn School of Medicine at Mount Sinai, New York, NY, USA and [11]Department of Neurology, University of Virginia, Charlottesville, VA, USA. Correspondence: Dr S Gandy, Mount Sinai's Alzheimer's Disease Research Center, James J. Peters VA Medical Center and Icahn School of Medicine at Mount Sinai, One Gustave L. Levy Place, Room 1187, New York, NY 10029, USA.
E-mail: samuel.gandy@mssm.edu
+Deceased.
Received 9 March 2014; revised 12 August 2014; accepted 13 August 2014

Case 2:12-md-02323-AB   Document 6201-3   Filed 10/06/14   Page 24 of 30
Role of tauopathy in the diagnosis of CTE
EM Mitsis *et al*



2

amygdala, basal forebrain and mammillary bodies. The nature, distribution and patterns of neurofibrillary degeneration in CTE are distinctive from AD,[11,12] and neuropsychological, mood and neurobehavioral dysfunction in CTE typically presents in midlife after a latency period, usually years or decades after exposure to the repetitive trauma.[13] The cognitive and behavioral symptoms of CTE begin insidiously, followed by progressive deterioration. Mood symptoms typically include depression, apathy, irritability and suicidality. Behavioral symptoms include poor impulse control, disinhibition and aggression, as well as frequent comorbid substance abuse. Nevertheless, CTE remains a controversial diagnosis, as it is a pathological diagnosis, and no consensus on the clinical diagnosis has yet been developed.[14,15] Therefore, diagnosis may be difficult to determine on the basis of a standard clinical and laboratory evaluation criteria.

The challenge faced by many clinicians in such cases is making an accurate diagnosis from among the various dementias that share cognitive, mood and behavioral symptoms, particularly when considering the differential diagnosis of AD or frontotemporal dementia (FTD) and CTE. To order the appropriate tests and implement the most effective treatment available, clinicians must determine the underlying neuropathology on the basis of clinical evaluation and history, and will ultimately diagnose an individual with a neurodegenerative disease to be proven at the post-mortem examination. Three new positron emission tomography (PET) tracers have been approved recently by the US Food and Drug Administration as clinical tools to estimate brain amyloid burden in patients being evaluated for cognitive impairment (CI) or dementia. Imaging with these tracers, if positive, means AD plaques are present; if the scan is negative, cerebral amyloidosis is absent, and a negative scan, such as the one in this case using [[18]F]-Florbetapir, provides *in vivo* confirmation that the dementia is not AD, if negative. Such scans increase the accuracy of diagnosis. Amyloid imaging may improve etiological likelihood in situations where the differential diagnosis cannot be resolved on the basis of standard clinical and laboratory criteria.[16] In the absence of brain amyloid it is unlikely that the cause of an individual's cognitive decline is due to AD.[17]

Early studies suggested that TBI increased the risk for AD at an earlier age of onset; however, these findings were not based entirely on neuropathological evidence and some were methodologically flawed (for review, see ref. 18). The diagnosis of AD requires the presence of amyloid β neuritic plaques and neurofibrillary tangles in brain.[19] The clinical distinction of AD from other causes of posttraumatic CI can be challenging, but accurate diagnosis is required to avoid misdiagnosis, incorrect prognosis, incorrect family history, and potentially, initiation of inappropriate treatment.

Several new PET imaging neurotracers have been developed that detect pathological tau *in vivo*. One such ligand, [[18]F]-T807, is one of a novel class of 5H-pyrido[4,3-b]indole labeled with [[18]F] that has a high affinity and selectivity for tau over amyloid β (>25 fold).[20] Preliminary imaging studies in AD transgenic mice and patients found that this ligand has favorable imaging kinetics, high target cortical to cerebellum uptake ratios, and an accumulation pattern that followed the characteristic tau deposition pattern seen in AD.[19] Here we present two clinical cases in which the *in vivo* findings utilizing these new PET tracers for amyloid plaques and neurofibrillary tangles clarified the diagnoses.

## CASE REPORT

### Case 1

A 71-year-old retired professional football player who had sustained multiple concussions during a decade-long NFL career ending approximately 40 years ago presented with a history of progressive CI. During his professional career, he reported experiencing multiple concussions but was unable to estimate their number. He did not recall any episodes of loss of consciousness, but did remember being dazed and confused for up to a full day following some of these injuries; having difficulty finding his way home after a game or, upon awakening on the day after some games, being unable to recall the identity of the team against whom he had played the previous day. After retiring from the sport, he had a successful business career (outside of sports) for approximately 20 years. After retiring from business, he coached high school football. Over the past several years, however, he and his wife noticed impaired memory and thinking, notably short-term memory, and more so in the past year. Agitation emerged after his memory decline, and increased in the year before evaluation. There were no other reported behavioral disturbances; mood was normal. He was evaluated for progressive neurodegeneration by the NFL Neurological Care Program team at Mount Sinai Hospital, a multidisciplinary team consisting of a neurologist, a dual-board-certified neurologist-psychiatrist, a neuropsychologist and two neuroradiologists. All evaluators were TBI and AD experts. At the time of the evaluation, the patient was taking both donepezil and memantine, neither of which had any benefit that was obvious to the patient's wife.

The evaluation included comprehensive neurologic and neuropsychological assessment and, given the potential differential diagnosis, a clinical [[18]F]-Florbetapir PET scan to determine the presence or absence of amyloid. A research [[18]F]-T807 PET scan was performed to determine the possible presence of tauopathy. Magnetic resonance imaging (MRI) of the brain was conducted 3 months before PET imaging. The MRI revealed global volume loss, especially in the hippocampus. Arachnoid cysts were present in the middle fossa bilaterally. The mammillary bodies were poorly visualized and therefore suspected to be atrophic. The hypothalamic/infundibular/pituitary system appeared preserved structurally. Neurologic exam was grossly normal. Eye movements were normal in all directions. Muscle tone and strength were intact, reflexes were brisk and symmetrical, and no movement disorder was detected upon initial exam. Retrospectively, mild hypomimia was noted.

### Case 2

Case 2 was a 59-year-old male physician who had spent nearly 30 years as a member of a group medical practice. He had suffered a head injury while skiing (wearing a helmet) approximately 10 months before the evaluation. Specifically, he fell off a ski lift with head impact on concrete. He later had a fall on the slopes. He denied loss of consciousness (his family noted transient loss of awareness), but reported persistent headache for a few weeks following the head injury. He then began to experience intermittent numbness of his right ear and numbness and weakness in his right hand, for which he sought neurological evaluation approximately 3 months post injury near his residence in another part of the country. MRI revealed recent and chronic bleeding over the left hemispheric convexity, and he underwent a craniotomy to evacuate a left frontal subdural hematoma. The site of the injury was right occipital, thus the subdural hematoma appeared to be a result of a contrecoup injury. Following craniotomy, his headaches persisted as did the intermittent numbness and weakness in his right hand, for which he was begun on levetiracetam.

Detailed history revealed that for many months before the accident his family had noted a change in his personality, episodic increased agitation and altered cognition (word retrieval, short-term memory). They reported that the patient had difficulty recalling recent events but that recall of childhood information remained generally intact. He forgot recent conversations and began having difficulty recognizing the faces of acquaintances,

© 2014 Macmillan Publishers Limited

patients and old friends, as well as pictures of famous people. He struggled with abstract reasoning (for example, how people and things related to one another) and had trouble following directions. He would ask the same questions repeatedly and told the same stories multiple times without recalling he had done so. He was unable to maintain attention and concentration when a story became increasingly complicated, and would become agitated and irritable as a result of not being able to follow the story line. When confronted about his cognitive difficulties he would become angry and agitated, and would 'act out' in the presence of his family. According to the family, the patient would experience 'manic highs and depressed lows'. When in a good mood, he enjoyed being with others and was largely socially appropriate. His mood could change rapidly, and he would become withdrawn or belligerent. When in a depressed state he expressed suicidal ideation. According to the family, the patient was less emotionally available for things that had been important to him (for example, family relationships). For months before his fall, he had become apathetic and lost interest in hobbies that he previously enjoyed. Approximately 4 years ago (3 years before the fall), the patient had experienced a depressive episode. He had attributed his depression to work-related stress and was treated with sertraline. He had no history of psychiatric hospitalization or psychotherapy. At the time of his evaluation at Mount Sinai Medical Center he was not taking antidepressants.

The patient was referred for a comprehensive neuropsychological assessment (JM) and neurological evaluation (SG, AA) at the Mount Sinai Alzheimer's Disease Research Center, as well as appropriate laboratory studies. CT and MRI revealed atrophy of the anterior poles of both temporal and frontal lobes (Figure 1). Molecular imaging included both [18F]-fluorodeoxyglucose (FDG) PET and [18F]-Florbetapir scans. At the time of the evaluation, his medications were atorvastatin 20 mg daily and acetaminophen PRN. He had had a previous neuropsychological evaluation at another facility, 3 months before our assessment. The findings on the prior examination were consistent with the current evaluation.

## RESULTS

### Case 1

*Neuropsychological function.* The patient had 16 years of education and premorbid intellectual function was estimated to be in the average range. Neuropsychological tests revealed impaired information processing speed, fine motor function, verbal comprehension and fluency, confrontational naming, and immediate and delayed verbal recall. Intellectual function was preserved. On self-report, he acknowledged minimal depression and mild anxiety (Table 1). Norms were corrected for age and years of education.

Following this comprehensive evaluation, the experts disagreed as to whether AD was present, in addition to likely posttraumatic encephalopathy. Two independent neuropsychologists from the Mount Sinai Alzheimer's Disease Research Center (ADRC) reviewed the neuropsychological test results and supported the inclusion of possible AD on the basis of the neuropsychological phenotype, although the primary examining team (with the exception of one of the neurologists) opposed the inclusion of possible AD as a diagnosis. Thus the patient was referred for [18F]-Florbetapir PET imaging for diagnostic clarification.

*Molecular imaging.* [18F]-Florbetapir imaging was conducted with a GE Discovery STE 16-slice PET/CT camera. The patient was injected with 370 MBq (10 mCi) of [18F]-Florbetapir. Image acquisition began approximately 60 min post injection, for 10 min. Images were acquired in three dimensions, using a one-frame and one-bed position. Reconstruction was performed with a 120 × 120 matrix utilizing iterative reconstruction, with 35 subsets and two iterations. The z axis filter was standard, and a 2.57-mm full width/half maximum filter was used. The field of view was 30 cm in diameter, with 47 total slices.

The clinical [18F]-Florbetapir scan results were rated by nuclear medicine physicians (JM or LK) trained to interpret [18F]-Florbetapir scan results using a binary (positive or negative) visual approach.[20] Transaxial, coronal and sagittal images were examined. The scan results were considered positive if uptake in the cerebral gray matter equaled or exceeded the uptake in the white matter in at least two major areas of the brain. A positive [18F]-Florbetapir scan indicates moderate-to-frequent fibrillar amyloid plaques; a negative [18F]-Florbetapir scan indicates sparse-to-no fibrillar amyloid plaques, which is inconsistent with a diagnosis of AD. A negative scan thus implied that the cognitive decline was not due to AD. In the retired NFL player under consideration here [18F]-Florbetapir PET scanning was negative for cerebral amyloidosis (Figure 2), thereby excluding AD. This case illustrates the potential for brain amyloid imaging to clarify diagnosis and to prevent inappropriate treatment. Ironically, this patient had sought out this evaluation to assess his eligibility for a clinical trial for AD. The [18F]-Florbetapir results ruled out his inclusion in trials of Aβ-reducing agents.



**Figure 1.** Imaging from a 59-year-old, physician with a sports-related injury (case 2). Magnetic resonance imaging showing atrophy of the frontal poles of the frontal and temporal lobes bilaterally. (**a**) and (**b**) Arrows indicate a subdural hematoma (SDH).

© 2014 Macmillan Publishers Limited

Role of tauopathy in the diagnosis of CTE
EM Mitsis *et al*

4

**Table 1.** Neuropsychological scores and percentiles for case 1 (multiple concussions)

| | Case 1–age 71 years | |
|---|---|---|
| | Score | Percentile |
| *WAIS-IV indices* | | |
| Full scale | 103 | 58 |
| Verbal comprehension | 83 | 13 |
| Perceptual reasoning | 105 | 63 |
| Working memory | 128 | 97 |
| Processing speed | 102 | 55 |
| General ability | 94 | 34 |
| | | |
| *WMIS-IV indices* | | |
| Auditory memory | 69 | 2 |
| Visual memory | 58 | < 1 |
| Visual working memory | 85 | 16 |
| Immediate memory | 69 | 2 |
| Delayed memory | 58 | < 1 |
| | | |
| *Other neuropsychological tests*[a] | | |
| Memory | | |
| CVLT-LDFR | 0 | < 1 |
| Rey-O delay | | < 1 |
| Language | | |
| FAS | | 19 |
| Animals | | 6 |
| BNT | | < 1 |
| Motor function | | |
| Perdue dom/non-dom | | 3rd/8th |
| General dom/non-dom | | 21st/2nd |
| Visual perception | | |
| REY-O copy | | WNL |
| Attention | | |
| CPT | | WNL |
| Executive function | | |
| SCT | | 96 |
| DK-FST | | 91 |
| Tower task | | 63 |
| Trails B | | 70 |

Abbreviations: BNT, Boston Naming Test; CPT, Connors' Continuous Performance Test II; CVLT-LDFR, California Verbal Learning Test long delay free recall; DK-FST, Delis Kaplan Free Sort Test (norms corrected for age and years of education); FAS, Controlled Oral Word Association Test; GPB, grooved pegboard; SCT, Short Category Test; WAIS-IV, Wechsler Adult Intelligence Scale, 4th edn; WNL, within normal limits. [a]Scores under other neuropsychological tests reported only as percentiles. Raw scores were not available.



**Figure 2.** Imaging from a 71-year-old retired NFL player (case 1). Left panel is CT image and right panel is [18F]-Florbetapir PET imaging, which was negative for amyloid accumulation. CT, computed tomography; NFL, National Football League; PET, positron emission tomography.

[18F]-T807 imaging was acquired with a Siemens ECAT EXACT HR+ PET Camera. The patient was injected with 370 MBq (10 mCi) of [18F]-T807. Image acquisition began ~110 min post injection, for 20 min. Images were acquired in three dimensions, using one-frame and one-bed position. Reconstruction was performed with a 128 × 128 matrix utilizing iterative reconstruction, with 16 subsets and 4 iterations. A three-dimensional *post hoc* Gaussian filter (5 mm) was applied to the image volume. A total of 63 axial slices of 2.42 mm thickness were displayed for visual interrogation by a nuclear medicine physician expert in brain imaging (JS). In addition, quantification of the scan was performed by spatially normalizing the PET image to a T807 template image and applying a modified Hammers volume of interest template[21] for extraction on regional standard uptake values (SUV). Brain SUV were divided by the cerebellar cortex SUV to calculate SUV ratios in multiple cortical and subcortical regions.

Visually, the [18F]-T807 PET scan revealed increased [18F] signal in some temporal areas. However, the preponderance of the signal arose bilaterally from the regions of the globus pallidus and the

substantia nigra (Figure 3). Consistent with this visual assessment, the region with highest SUV ratios were globus pallidus (1.85), putamen (1.57) and hippocampus (1.45), while the substantia nigra SUV ratio was 1.40.

## Case 2

*Neuropsychological function.* His premorbid intellectual function was estimated to be in the high average range. He manifested significant deficits in memory, language (verbal fluency and confrontation naming), and executive functioning; performance on most cognitive measures was far below levels expected for his age, education and estimated premorbid abilities; they ranged from significantly impaired to high average (Table 2). Results were consistent with previous testing, which was suggestive of FTD. On self-report, he endorsed minimal depression that fell within the

© 2014 Macmillan Publishers Limited



5



**Figure 3.** Imaging from a 71-year-old retired NFL player (case 1). [18F]-T807 signals (arrows) originate from the globus pallidus (GP), substantia nigra (SN) and hippocampus. Images depict axial (**a**) sagittal (**b**) and coronal (**c** and **d**) orientation of the brain. A, anterior; H, head; L, left; NFL, National Football League; P, posterior; R, right.

normal range (Table 2). Norms were corrected for age and years of education.

*Molecular imaging*
[18F]-FDG PET imaging: [18F]-FDG PET and [18F]-Florbetapir PET imaging were performed on consecutive days. All imaging procedure details were identical to those described for case 1. The patient was injected with 440.3 MBq (11.9 mCi) of [18F]-FDG. Forty minutes later, PET images of the brain were obtained.

FDG PET showed decreased uptake in the medial portions of both frontal lobes, mildly on the right, moderately on the left (left > right), decreased uptake in the posterior portion of the left temporal lobe and mildly decreased activity in the right anterior temporal lobe. Otherwise, the distribution of radiotracer was normal in cortical and subcortical structures (Figure 4). The impression was of abnormal FDG PET scan that demonstrated decreased metabolism in the medial portions of the frontal lobes, more pronounced in the left side than the right, and the posterior portion of the left temporal lobe. The patchy nature of hypometabolic regions raised the possibility of a vascular etiology.

**Table 2.** Neuropsychological scores and percentiles for case 2 (single TBI)

| Case 2—age 59 years | | |
| --- | --- | --- |
| | *Score* | *Percentile* |
| *WAIS-IV indices* | | |
| Full scale | NC | NC |
| Verbal comprehension | 63 | 1 |
| Perceptual reasoning | 105 | 63 |
| Processing speed | 92 | 30 |
| *Estimated premorbid IQ and orientation* | | |
| AMNART estimated premorbid IQ | 107 | 68 |
| MMSE | 23/30 | 0/3 recall |
| *WMIS-IV subsets* | *Scaled score* | |
| Logical memory I | 6 | 9 |
| Logical memory II | 6 | 9 |
| Recognition | | 51–75 |
| *Other neuropsychological tests*[a] | *Z-score/T-score* | |
| Memory | | |
| CVLT-II trial 1–5 | T = 34 | 5 |
| CVLT short delay free recall | − 2 | 2 |
| CVLT long delay free recall | − 1.5 | 6 |
| Language | *Raw score* | |
| FAS | 31 | 11 |
| Animals | 10 | < 2 |
| BNT | 3 out of 60 | < 1 |
| Rey-O delay | 9 | 3 |
| Visual perception | | |
| REY-O copy | 34 | WNL |
| WAIS-IV block design | 33 | 37 |
| Attention | | |
| WAIS-IV digit span | 28 | 63 |
| WAIS-IV arithmetic | 9 | 9 |
| CVLT-proactive interference | − 25 | 50 |
| CVLT-retroactive interference | − 71.4 | 30 |
| Executive function | | |
| WCST | | |
| Trails B | 74' | 56 |
| Mood | | |
| BDI-II | 3 | WNL |

Abbreviations: AMNART, American National Adult Reading Test; BDI-II, Beck Depression Inventory (norms corrected for age and years of education); BNT, Boston Naming Test; CVLT, California Verbal Learning Test; FAS, Controlled Oral Word Association Test (letters FAS); MMSE, Mini Mental Status Examination; TBI, traumatic brain injury; WAIS-IV, Wechsler Adult Intelligence Scale, 4th edn; WCST, Wisconsin Sorting Test; WMS-IV, Wechsler Memory Scale, 4th edn; WNL, within normal limits. [a]Full scale IQ NC is not calculated due to a 42-point discrepancy between verbal and nonverbal abilities; nonverbal abilities stronger.

[18F]-Florbetapir PET imaging: The patient received 403.3 MBq (10.9 mCi) of [18F]-Florbetapir through intravenous injection. Sixty minutes later, PET images of the brain were obtained. The [18F]-Florbetapir PET images showed normal distribution of radiotracer uptake throughout the cortical and subcortical structures, except for a small area of increased cortical uptake in the right occipital region. The scan was read as negative for significant amyloid

© 2014 Macmillan Publishers Limited

Role of tauopathy in the diagnosis of CTE
EM Mitsis *et al*

6





**Figure 4.** Imaging from a 59-year-old, physician with a sports-related injury (case 2). [18F]-Florbetapir PET imaging findings were negative for amyloid accumulation except for focal [18F]-Florbetapir retention at the site of impact in the occipital region (arrows). (**a**) CT (left panel) [18F]-Florbetapir PET (middle panel) and FDG PET (right panel) at various depths of the brain. (**b**) [18F]-Florbetapir PET indicating amyloid accumulation. CT, computed tomography; FDG, [18F]-fluorodeoxyglucose; PET, positron emission tomography.

© 2014 Macmillan Publishers Limited



deposition, thus the diagnosis of AD was not supported. However, there was amyloid accumulation focally and specifically in the region of the patient's TBI (right occipital) but also on the left side as well (Figure 4). The final diagnosis was frontotemporal lobar degeneration. What appeared to be a rapidly progressive dementing process looking like AD after a head injury (before [18F]-Florbetapir PET imaging) was ultimately diagnosed as frontotemporal lobar degeneration, albeit with focal posttraumatic amyloidosis. Although focal amyloidosis is the most parsimonious interpretation, we cannot exclude the possibility that the [18F]-Florbetapir is binding instead to chronic astrocytosis or hemosiderin in the resolving contusion in that region.

## DISCUSSION

We present two cases in which amyloid imaging clarified uncertain diagnoses. Case 1 may be the first assessment demonstrating, during life, lack of AD pathology in an NFL player with a remote history of multiple concussions and current cognitive decline that had many of the features of AD. A panel of expert clinicians were unable to reach unanimity on the inclusion of possible AD as a diagnosis. The patient's clinical presentation with memory loss was suggestive of AD. The absence of amyloid as revealed by [18F]-Florbetapir PET imaging excluded AD pathology and thereby prevented his inappropriate inclusion in an amyloid-lowering medication clinical trial.

Omalu et al.[1] revived the term CTE (originated by Critchley in 1949, in a book chapter entitled, 'Punch-drunk syndrome: The chronic traumatic encephalopathy of boxers') in their report of the case of a retired NFL player with progressive neurological dysfunction. Thereafter, evidence of CTE in American football players became increasingly evident.[1,2,4,22,23] Currently, the challenge is no longer the acceptance of CTE as a diagnostic entity associated with repetitive head trauma, but rather a much needed accounting of the actual numbers of affected persons as well as the numbers of those who remain unaffected despite exposure to identical repetitive head traumas.[24]

With regard to the short-term memory problems in case 1, Guskiewicz et al.[25] reported a strong relationship between TBI history and memory complaints in former NFL players. In that study, individuals with a history of at least three concussions were three times more likely to report significant memory problems and five times more likely than those with no history of concussions to have been diagnosed with mild CI.[25] In their review of 48 cases of neuropathologically confirmed CTE, McKee et al.[9] found that memory loss was reported in over half of the individuals. As in AD, loss of insight often precluded patients from recognizing their deficits; this valuable information was derived from friends or family, and the patients frequently demonstrated anosognosia during the course of the evaluation.

Impairment in executive function was common in cases of neuropathologically confirmed CTE.[8] Executive functions are a collective set of higher-order abilities (judgment, self-inhibitory behaviors, decision-making, planning and organization) considered to be dependent primarily upon adequate functioning of frontal lobe networks. Damage to various regions of the frontal cortex can disrupt these higher-order abilities, leading to poor impulse control, and socially inappropriate, avolitional and/or apathetic behaviors. For example, damage to the orbitofrontal regions can result in significant changes in personality. Thus, changes in personality, apathy, impulsivity, aggression and 'short fuse' behaviors typical of CTE[14] are consistent with the atrophy, structural damage and other neuropathological changes of the frontal lobes that have been described in nearly all reported cases of CTE.[8,9,14] Given these findings, the overlap in neurocognitive and behavioral symptoms may make the distinction among AD, CTE and FTD difficult, in the absence of molecular evidence of disease-specific proteins. In the cases reported here Florbetapir

imaging served as an in vivo method of discrimination that resulted in diagnostic clarification that would ultimately guide treatment planning and intervention.

The [18F]-T807 imaging in case 1 yielded somewhat unexpected results. The preponderance of the ligand retention was subcortical and localized to the basal ganglia and substantia nigra. This distribution is not typical for CTE and is more similar to that of progressive supranuclear palsy, although our case did not manifest the typical clinical symptoms of progressive supranuclear palsy. Ling et al.[26] recently reported a patient with concurrent CTE and progressive supranuclear palsy, in whom they proposed that this atypical phenotype arose because of the superimposition of the brain trauma and CTE on a genetic background already predisposed toward progressive supranuclear palsy. The prominent amnesia, the absence of a movement disorder and the involvement of the hippocampi in the [18F]-T807 retention all support the formulation of the diagnosis of CTE. Such a coincidence has also been proposed for the handful of concurrent cases of CTE and amyotrophic lateral sclerosis.[11] This result emphasizes the need for novel ligands such as [18F]-T807 and for heightened suspicion for atypical phenotypes in the clinical setting of TBI. Other ligands that recognize microglia or TDP43 (ref. 11) might also be useful in providing a fuller appreciation of the spectrum of CTE. Indeed, the neuroimaging of CTE may lead to expansion and/or revision of the definition and staging[10] of CTE beyond the current pathology-based system.

In case 2, the patient had a history of personality change and a fall from a ski lift with head impact on concrete and some alteration in level of consciousness. When referred, the tentative diagnosis was AD. This initial formulation was ultimately rejected once it was clarified that the personality change preceded the TBI and the patient was given a diagnosis of FTD. The Florbetapir scan revealed only a small focal occipital retention of ligand at the site of impact. There was no amyloidosis elsewhere in the brain, and the MRI and FDG PET showed atrophy and hypometabolism in the frontal and temporal poles, consistent with a frontotemporal lobar degeneration etiology for his clinical FTD syndrome. The best explanation was that this patient had FTD due to frontotemporal lobar degeneration compounded by the diffuse and focal injuries induced and perhaps accelerated by the TBI; the focal occipital cortical amyloidosis itself had an uncertain contribution to his clinical symptoms.

Our findings in case 2 are somewhat consistent with those of Hong et al.[27] who performed PET imaging in patients who had sustained moderate-to-severe TBI within 1 year of injury; they utilized [11C] Pittsburgh compound B (abbreviated PiB; the [18F] version of this amyloid labeling ligand is known as Flutemetamol or Vizamyl) PET imaging, the first amyloid labeling ligand to be developed. They found increased distribution of [11C]-PiB following TBI, the specificity of which was validated by neocortical binding of tritium-labeled PiB in regions of amyloid deposition in the postmortem tissue of another cohort of patients who had sustained a TBI and died at intervals of 3 h to 56 days after injury.[28] Our patient had sustained TBI within 1 year of our evaluation and [18F]-Florbetapir PET imaging.

Our CTE/molecular imaging experience has included [18F]-Florbetapir PET imaging of young, active boxers post knockout ($n = 3$, ages 35, 36 and 42 years), but these studies have been unrevealing (Jordan and Gandy, unpublished observations). A number of uncontrolled variables, including levels of amyloid upregulation insufficient to aggregate into diffuse plaque, rapid clearance of any aggregated amyloid post TBI, or insufficient sensitivity of florbetapir to detect low levels of diffuse amyloid could explain this.

In conclusion, amyloid imaging offers in vivo affirmative confirmation of the presence or absence of amyloid deposition and may increase the accuracy of the likely cause of CI or dementia in patients with a history of TBI. Future evaluation in

Case 2:12-md-02323-AB   Document 6201-3   Filed 10/06/14   Page 30 of 30
Role of tauopathy in the diagnosis of CTE
EM Mitsis et al

8

repetitive head trauma where CTE is suspected may be best served by tau imaging because beta-amyloid is usually relatively sparse or absent in CTE brains.[9] Therefore, selective tau binding ligands may be more useful for diagnosis or ruling out CTE. We are now testing this hypothesis in a new cohort of patients and research subjects.

## CONFLICT OF INTEREST

The authors declare no conflict of interest.

## ACKNOWLEDGMENTS

We gratefully acknowledge Ash Rafique for technical support. EMM received grants from the Veterans Affairs Administration and the Icahn School of Medicine Clinical Research Center. SG thanks the Cure Alzheimer's Fund, the Department of Veteran Affairs, the Gideon and Sarah Gartner Foundation and the Louis B. Mayer Foundation. SG has received grants from NIA, NINDS, Baxter Pharmaceuticals, Polyphenolics and Amicus Pharmaceuticals. He has served as a member of the Data and Safety Monitoring Board for the Pfizer-Janssen Alzheimer's Immunotherapy Alliance, as a member of the Scientific Advisory Board of DiaGenic and as a consultant to Amicus Pharmaceuticals and to Cerora. This research was supported in part by the Icahn School of Medicine Alzheimer's Disease Research Center grant P50 AG005138.

## REFERENCES

1 Omalu BI, DeKosky ST, Minster RL, Kamboh MI, Hamilton RL, Wecht CH et al. Chronic traumatic encephalopathy in a National Football League player. Neurosurgery 2005; 57: 128–134, discussion 130–134.

2 Omalu BI, DeKosky ST, Hamilton RL, Minster RL, Kamboh MI, Shakir AM et al. Chronic traumatic encephalopathy in a national football league player: part II. Neurosurgery 2006; 59: 1086–1092, discussion 1092–1083.

3 Shahim P, Tegner Y, Wilson DH, Randall J, Skillback T, Pazooki D et al. Blood biomarkers for brain injury in concussed professional ice hockey players. JAMA Neurol 2014; 71: 684–692.

4 Omalu BI, Fitzsimmons RP, Hammers J, Bailes J. Chronic traumatic encephalopathy in a professional American wrestler. J Forensic Nurs 2010; 6: 130–136.

5 Sivanandam TM, Thakur MK. Traumatic brain injury: a risk factor for Alzheimer's disease. Neurosci Biobehav Rev 2012; 36: 1376–1381.

6 Smith DH, Johnson VE, Stewart W. Chronic neuropathologies of single and repetitive TBI: substrates of dementia? Nat Rev Neurol 2013; 9: 211–221.

7 Goodwin L. Dementia pugilistica. J Insur Med 2006; 38: 300–302.

8 Omalu B, Bailes J, Hamilton RL, Kamboh MI, Hammers J, Case M et al. Emerging histomorphologic phenotypes of chronic traumatic encephalopathy in American athletes. Neurosurgery 2011; 69: 173–183.

9 McKee AC, Cantu RC, Nowinski CJ, Hedley-Whyte ET, Gavett BE, Budson AE et al. Chronic traumatic encephalopathy in athletes: progressive tauopathy after repetitive head injury. J Neuropathol Exp Neurol 2009; 68: 709–735.

10 McKee AC, Stern RA, Nowinski CJ, Stein TD, Alvarez VE, Daneshvar DH et al. The spectrum of disease in chronic traumatic encephalopathy. Brain 2013; 136: 43–64.

11 Costanza A, Weber K, Gandy S, Bouras C, Hof PR, Giannakopoulos P et al. Contact sport-related chronic traumatic encephalopathy in the elderly: clinical expression and structural substrates. Neuropathol Appl Neurobiol 2011; 37: 570–584.

12 Hof PR, Bouras C, Buée L, Delacourte A, Perl DP, Morrison JH et al. Differential distribution of neurofibrillary tangles in the cerebral cortex of dementia pugilistica and Alzheimer's disease cases. Acta Neuropathol 1992; 85: 23–30.

13 DeKosky ST, Blennow K, Ikonomovic MD, Gandy S. Acute and chronic traumatic encephalopathies: pathogenesis and biomarkers. Nat Rev Neurol 2013; 9: 192–200.

14 Stern RA, Riley DO, Daneshvar DH, Nowinski CJ, Cantu RC, McKee AC et al. Long-term consequences of repetitive brain trauma: chronic traumatic encephalopathy. PM R 2011; 3: S460–S467.

15 Stern RA, Daneshvar DH, Baugh CM, Seichepine DR, Montenigro PH, Riley DO et al. Clinical presentation of chronic traumatic encephalopathy. Neurology 2013; 81: 1122–1129.

16 Mitsis EM, Bender HA, Kostakoglu L, Machac J, Martin J, Woehr JL et al. A consecutive case series experience with [18 F] florbetapir PET imaging in an urban dementia center: impact on quality of life, decision making, and disposition. Mol Neurodegen 2014; 9: 10.

17 Landau SM, Mintun MA, Joshi AD, Koeppe RA, Petersen RC, Aisen PS et al. Amyloid deposition, hypometabolism, and longitudinal cognitive decline. Ann Neurol 2012; 72: 578–586.

18 Lye TC, Shores EA. Traumatic brain injury as a risk factor for Alzheimer's disease: a review. Neuropsychol Rev 2000; 10: 115–129.

19 Xia CF, Arteaga J, Chen G, Gangadharmath U, Gomez LF, Kasi D et al. [$^{18}$F]T807, a novel tau positron emission tomography imaging agent for Alzheimer's disease. Alzheimers Dement 2013; 9: 666–676.

20 Nordberg A, Carter SF, Rinne J, Drzezga A, Brooks DJ, Vandenberghe R et al. A European multicentre PET study of fibrillar amyloid in Alzheimer's disease. Eur J Nucl Med Mol Imaging 2013; 40: 104–114.

21 Hammers A, Allom R, Koepp MJ, Free SL, Myers R, Lemieux L et al. Three-dimensional maximum probability atlas of the human brain, with particular reference to the temporal lobe. Hum Brain Mapp 2003; 19: 224–247.

22 Omalu BI, Hamilton RL, Kamboh MI, DeKosky ST, Bailes J. Chronic traumatic encephalopathy (CTE) in a National Football League Player: case report and emerging medicolegal practice questions. J Forensic Nurs 2010; 6: 40–46.

23 Omalu BI, Bailes J, Hammers JL, Fitzsimmons RP. Chronic traumatic encephalopathy, suicides and parasuicides in professional American athletes: the role of the forensic pathologist. Am J Forensic Med Pathol 2010; 31: 130–132.

24 Gandy S. Chronic traumatic encephalopathy: clinical-biomarker correlations and current concepts in pathogenesis. Mol Neurodegen (Under Revision) 2014.

25 Guskiewicz KM, Marshall SW, Bailes J, McCrea M, Cantu RC, Randolph C et al. Association between recurrent concussion and late-life cognitive impairment in retired professional football players. Neurosurgery 2005; 57: 719–726.

26 Ling H, Kara E, Revesz T, Lees AJ, Plant GT, Martino D et al. Concomitant progressive supranuclear palsy and chronic traumatic encephalopathy in a boxer. Acta Neuropathol Commun 2014; 2: 24.

27 Hong YT, Veenith T, Dewar D, Outtrim JG, Mani V, Williams C et al. Amyloid imaging with carbon 11-labeled Pittsburgh compound B for traumatic brain injury. JAMA Neurol 2014; 71: 23–31.

28 DeKosky ST, Abrahamson EE, Ciallella JR, Paljug WR, Wisniewski SR, Clark RS et al. Association of increased cortical soluble abeta42 levels with diffuse plaques after severe brain injury in humans. Arch Neurol 2007; 64: 541–544.

 This work is licensed under a Creative Commons Attribution-NonCommercial-ShareAlike 3.0 Unported License. The images or other third party material in this article are included in the article's Creative Commons license, unless indicated otherwise in the credit line; if the material is not included under the Creative Commons license, users will need to obtain permission from the license holder to reproduce the material. To view a copy of this license, visit http://creativecommons.org/licenses/by-nc-sa/3.0/

© 2014 Macmillan Publishers Limited