# EXHIBIT 16

# Brain and nervous system disorders among
# NFL Players

This summary reports findings from a study of brain and nervous system disorders among National Football League (NFL) players. Specifically, we looked at Alzheimer's disease, Amyotrophic Lateral Sclerosis (ALS), and Parkinson's disease. These disorders affect nerve function, resulting in loss of movement or memory.

The information in this summary is related to your health. You are being sent this because you played for the NFL for at least five seasons during 1959 to 1988.

## Study background:

Over 15 years ago, we did a study that found "nervous system" deaths were increased among NFL players. Since then other studies have noted similar concerns.

More recently, studies have identified a condition called chronic traumatic encephalopathy (CTE). CTE has symptoms similar to Alzheimer's, ALS, and Parkinson's. It occurs in people who've had multiple concussions.

Concerns for CTE and other diseases that damage nerve cells are increasing among football players. Because of this, we looked more closely at these kinds of disorders to see if they were higher among NFL players.

## The disorders we looked at included:

- Alzheimer's, which is the most common type of dementia. Over time, it can cause memory loss and impacts thinking and talking.

- Parkinson's, which affects movement. It can cause shaking, stiffness, or slow movement of muscles. This can affect facial expressions, talking, walking, and hand movement.

- ALS, also known as Lou Gehrig's disease, which causes weakening of the muscles needed to move, speak, eat, and breathe.



National Institute for
Occupational Safety and Health

**January 2013**

## Who was in the study:

We included all who played at least five seasons for the NFL during 1959 to1988. These 3,439 men were identified using the NFL pension fund. To do this study, we used information from the pension fund database, commercial publications, and death certificates. No surveys or blood samples were taken.

As of 2007, 90% of the 3,439 men in our study were alive; most are now 55 or older. In a study we finished earlier this year, we found the NFL players in our study are living longer than other men in the U.S., on average.

## In this study, we found:

- In general, brain and nervous system disorders were more than 3 times higher among players; 17 players died with Alzheimer's, ALS, or Parkinson's compared to 5 men in the U.S. (see graph).

- More speed position players died from these disorders compared to the non-speed position players.

  Speed positions included:
  - quarterback
  - running back
  - halfback
  - fullback
  - wide receiver
  - tight end
  - defensive back
  - safety
  - linebacker

  Non-speed positions included:
  - defensive linemen
  - offensive linemen

  Punters/kickers were not included in this analysis.

Looking at the specific brain and nervous system disorders, we found:

- ALS was 4 times higher among players; 7 players died with ALS compared to fewer than 2 men in the U.S.

- Alzheimer's was 4 times higher among players; 7 players died with Alzheimer's compared to fewer than 2 men in the U.S.

- Parkinson's was not increased among players compared to men in the U.S.

| Disease | NFL Players | Similar group of men from the US population | Risk? | What does this mean? |
|---|---|---|---|---|
| ALS | 7 out of 3,439 players | less than 2 out of 3,439 people | Risk of dying with ALS was 4 times higher among players | Players are more at risk of ALS |
| Alzheimer's Disease | 7 out of 3,439 players | less than 2 out of 3,439 people | Risk of dying with Alzheimer's was 4 times higher among players | Players are more at risk of Alzheimer's |
| Parkinson's Disease | 3 out of 3,439 players | less than 2 out of 3,439 people | The risk of Parkinson's was about the same as other U.S. men | The risk of Parkinson's is similar to that of other men |
| Total | 17 out of 3,439 players | 5 out of 3,439 people | Risk of dying with a brain or nervous system disorder was more than 3 times higher among players | In general, players are more at risk of disorders that result in loss of movement or memory |

Graph: The NFL players in our study may more likely have a disorder that causes loss of memory or movement compared to other men in the U.S.

## What this means:

We did this study because:
1) A study we did years ago showed nervous system diseases may be higher among NFL players.
2) Other studies indicated concern for disorders that result in loss of movement or memory among football players.

We found these kinds of disorders were higher among those in our study. This does not mean that you will get one of these disorders; rather, it suggests that as a former football player, you may have a higher risk compared to someone from the general population. Some studies have found these disorders occur more often among individuals who have had multiple concussions though we were not able to assess this.

## What you should do:

We sent you this information because we want you to share it with your doctor.

We recommend you send your doctor a copy of this fact sheet to keep in your file or bring a copy to your next appointment. By letting your doctor know we found some health concerns, your doctor can better monitor you for any early signs, recommend tests, and explore treatment options as soon as possible.

The NFL has several neurological health-related programs that may benefit players:

- The NFL Neurological Care Program helps players coordinate testing and treatment for neurological-related illnesses. Evaluation and treatment costs are paid for by you or your insurance provider, however if you are eligible and cannot afford evaluation or treatment, you may apply to the NFL Player Care Foundation for a grant to help with costs. Though there are many places you can go for neurological care, there are only six medical centers nationwide that participate in this program. Players interested in the program should contact:

  1. Dr. Sam Gandy/Dr. Silvana Riggio (212) 774-1722, Mt. Sinai Medical Center, New York

  2. Chris Thrasher (404) 756-8800, Morehouse School of Medicine, Atlanta

  3. Dr. David Brody (314) 362-1381, Washington University School of Medicine/Barnes-Jewish Hospital, St. Louis

  4. Dr. Mitchel Berger (415) 353-3933, University of California, San Francisco School of Medicine, San Francisco

  5. Jesse Fischer (310) 794-7688, University of California, Los Angeles

  6. Dr. Gregory Stewart, (504) 864-2104, Tulane University, New Orleans

  To learn more about the program and how to participate, visit: www.nflplayercare.com/PlayerCarePlanNeurologicalCare.aspx

- The NFL 88 Plan is a benefit for players suffering from dementia, ALS or Parkinson's disease. The 88 Plan reimburses or pays claims directly to qualified, former players. To learn more about the NFL 88 plan, visit: www.nflplayercare.com/88PlanOverview.aspx

- The Neurocognitive Disability Benefit is new and will soon be available to former players who are eligible and have a permanent neuro-cognitive impairment. The NFL plans to send information on the Neuro-cognitive Disability Benefit to former players.

## Learn More:

Alzheimer's Association: www.alz.org/
he Alzheimer's Association website provides information about the differences between normal symptoms of aging compared to progressive memory loss.

ALS Association: www.alsa.org/about-als/
The ALS Association website offers information about symptoms, treatment options, and support groups. Generally, ALS affects about 5 out of every 100,000 people worldwide.

National Parkinson's Foundation (NPF): www.parkinson.org/
The NPF website offers information on symptoms, other illnesses that can mimic Parkinson's, treatment, and how to live well with Parkinson's.





EXHIBIT 17

Brain Imaging and Behavior
DOI 10.1007/s11682-012-9164-5

mTBI SPECIAL ISSUE

# Chronic traumatic encephalopathy: neurodegeneration following repetitive concussive and subconcussive brain trauma

**Christine M. Baugh · Julie M. Stamm · David O. Riley ·
Brandon E. Gavett · Martha E. Shenton ·
Alexander Lin · Christopher J. Nowinski ·
Robert C. Cantu · Ann C. McKee · Robert A. Stern**

© Springer Science+Business Media, LLC 2012

**Abstract** Chronic Traumatic Encephalopathy (CTE) is a neurodegenerative disease thought to be caused, at least in part, by repetitive brain trauma, including concussive and subconcussive injuries. It is thought to result in executive dysfunction, memory impairment, depression and suicidality, apathy, poor impulse control, and eventually dementia. Beyond repetitive brain trauma, the risk factors for CTE remain unknown. CTE is neuropathologically characterized by aggregation and accumulation of hyperphosphorylated tau and TDP-43. Recent postmortem findings indicate that CTE may affect a broader population than was initially conceptualized, particularly contact sport athletes and those with a history of military combat. Given the large population that could potentially be affected, CTE may represent an important issue in public health. Although there has been greater public awareness brought to the condition in recent years, there are still many research questions that remain. Thus far, CTE can only be diagnosed post-mortem. Current research efforts are focused on the creation of clinical diagnostic criteria, finding objective biomarkers for CTE, and understanding the additional risk factors and underlying mechanism that causes the disease. This review examines

C. M. Baugh · J. M. Stamm · D. O. Riley · C. J. Nowinski ·
R. C. Cantu · A. C. McKee · R. A. Stern (✉)
Center for the Study of Traumatic Encephalopathy,
Boston University School of Medicine,
72 East Concord Street, Suite B-7380,
Boston, MA 02118, USA
e-mail: bobstern@bu.edu

B. E. Gavett
Department of Psychology,
University of Colorado at Colorado Springs,
Colorado Springs, CO, USA

M. E. Shenton
Psychiatry Neuroimaging Laboratory, Department of Psychiatry,
Brigham and Women's Hospital, Harvard Medical School,
Boston, MA, USA

A. Lin
Center for Clinical Spectroscopy, Brigham and Women's Hospital,
Harvard Medical School,
Boston, MA, USA

C. J. Nowinski · R. C. Cantu
Sports Legacy Institute,
Waltham, MA, USA

R. C. Cantu · R. A. Stern
Department of Neurosurgery,
Boston University School of Medicine,
Boston, MA, USA

R. C. Cantu
Neurosurgery Service, the Department of Surgery,
and Sports Medicine, Emerson Hospital,
Concord, MA, USA

A. C. McKee · R. A. Stern
Department of Neurology, Boston University School of Medicine,
Boston, MA, USA

A. C. McKee
Department of Pathology,
Boston University School of Medicine,
Boston, MA, USA

A. C. McKee · R. A. Stern
Alzheimer's Disease Center,
Boston University School of Medicine,
Boston, MA, USA

Published online: 03 May 2012

research to date and suggests future directions worthy of exploration.

**Keywords** Chronic traumatic encephalopathy · Traumatic brain injury · Dementia · Concussion · Tauopathy · Dementia pugilistica

**Abbreviations**

| | |
|---|---|
| Aβ | Beta amyloid |
| AD | Alzheimer's disease |
| ALS | Amyotrophic lateral sclerosis |
| APOE | Apolipoprotein E |
| APP | Amyloid precursor protein |
| BOLD | Blood oxygen level dependent |
| Cho | Choline |
| CSF | Cerebrospinal fluid |
| CTE | Chronic traumatic encephalopathy |
| CTEM | Chronic traumatic enceohalomyelopathy |
| DTI | Diffusion tensor imaging |
| ERP | Event-related potential |
| fMRI | Functional magnetic resonance imaging |
| FDDNP | 2-(1-{6-[(2-[F-18]fluoroethyl)(methyl)amino]-2-naphthyl}ethylidene)malononitrile |
| FTD | Frontotemporal dementia |
| GT | Glial tangle |
| GRN | Granulin |
| MAPT | Microtubule-associated protein tau |
| MRI | Magnetic resonance imaging |
| MRS | Magnetic Resonance Spectroscopy |
| NAA | N-acetyl asparate |
| NFT | Neurofibrilary tangle |
| NT | Neurophil thread |
| PCS | Post-concussion syndrome |
| PET | Positron emission tomography |
| SPECT | Single photon emission computed tomography |
| SWI | Susceptibility weighted imaging |
| TDP-43 | TAR DNA-binding protein 43 |
| TBI | Traumatic brain injury |

**Introduction**

Chronic Traumatic Encephalopathy (CTE) is a neurodegenerative disease thought to be caused, at least in part, by repetitive brain trauma that can occur during contact sports and military participation (McKee et al. 2009). This trauma can include mild traumatic brain injury (mTBI), or concussions, as well as subconcussive injuries, that is, mild brain trauma that does not result in the readily observable signs and symptoms of a concussion (Gavett et al. 2011a; McKee et al. 2009; Spiotta et al. 2011; Stern et al. 2011a). CTE is distinct from the acute sequelae of concussion or traumatic brain injury (TBI), and is not merely prolonged post-concussive syndrome (PCS) (Gavett et al. 2011b). While post-concussive syndrome symptoms endure following an acute concussion without complete relief of symptoms of the initial injury, the symptoms of CTE typically do not present until years after the trauma-producing activity, and the symptoms of initial injury, if any, have ended. CTE is pathologically distinct from other neurodegenerative diseases, including Alzheimer's disease and Frontotemporal Lobar Degeneration (Corsellis et al. 1973; McKee et al. 2009).

For almost a century, it has been known that repeated blows to the head are associated with cognitive and behavioral impairments later in life. One of the first publications on the topic was a 1928 paper by Martland who called the condition he observed in boxers, "punch drunk." Martland hypothesized that the symptoms he observed resulted from the repeated blows to the head that these fighters took during their careers (1928). In 1937, Millspaugh outlined the disease marked by motor deficits and cognitive dysfunction under the name "dementia pugilistica," as he too observed the disorder primarily in boxers. Corsellis and colleagues presented a 15 case series in 1973 that neuropathologically distinguished dementia pugilistica from other neurodegenerative disorders.

Although the term Chronic Traumatic Encephalopathy (CTE) was first used in the literature in the 1960's, the disease's ability to affect a broader population beyond boxers was not fully recognized until more recently (McKee et al. 2009; Omalu et al. 2005; Omalu et al. 2006). Since that time, CTE has been found in others with a history of repetitive concussions from sports (e.g., American football players, professional wrestlers, professional hockey players) and from other activities (e.g., a victim of physical abuse, an epileptic, a self-injurer, a circus clown who was repeatedly shot out of a cannon) (Gavett et al. 2011b; Geddes et al. 1999; Hof et al. 1991; McKee et al. 2009; Omalu et al. 2005; Omalu et al. 2006; Omalu et al. 2010; Roberts et al. 1990; Stern et al. 2011a). Also, in recent years, our group at the Boston University Center for the Study of Traumatic Encephalopathy (CSTE) has found neuropathologically confirmed CTE in football players with no history of diagnosed or reported concussions (but who played positions, such as lineman, with the greatest exposure to repetitive hits to the head [Greenwald et al. 2008]), suggesting that repetitive *subconcussive* trauma, not just symptomatic concussions, may also lead to the development of this neurodegenerative disease (Gavett et al. 2011a; McKee et al. 2009). This paper will review research on CTE to date including its risk factors, clinical presentation, and neuropathology. In addition it will explore future directions for CTE research with a specific focus on methods that may be useful for in vivo diagnosis, including neuroimaging techniques.

## Clinical presentation and course

To date, more than 70 retrospective clinical examinations have been conducted by the CSTE with the family members of deceased athletes and military personnel whose brains have been donated for study. The information obtained from the semistructured interview is combined with a review of patient medical records and analyzed by the neuropsychologist [RAS] to gain an understanding of the clinical presentation and progression of the deceased brain donors whose ages range from teens to 80s. During this process the neuropsychologist remains blind to the neuropathological diagnosis, helping to eliminate potential bias; similarly, the neuropathologist [ACM] remains blind to the clinical history and medical records until the neuropathological examination and diagnosis is complete. From these interviews we have been able to gain a greater understanding of the clinical presentation and course of CTE. Although a clinical "picture" of CTE has been created using these retrospective measures, there are currently no consensus-based or prospective neuropathologically validated clinical diagnostic criteria.

### Neuropsychological and neuropsychiatric changes

The cognitive and behavioral symptoms associated with CTE are reflective of the regions that have been pathologically determined to be most affected by CTE. As will be explained in further detail in the neuropathology section of this paper, the regions of the brain most severely damaged by CTE include the cerebral cortex and the medial structures of the limbic system (amygdala, mammillary bodies, hippocampus, etc.) (Gavett et al. 2011a; Stern et al. 2011a). The severity of the clinical manifestation progresses through the course of the disease as the neurodegeneration increases (Stern et al. 2011a).

The neuropsychological and neuropsychiatric changes associated with CTE can be classified into the categories of *cognition, mood, and behavior* (Table 1). CTE presents with changes in each branch of this symptom triad and the severity of the symptoms appears to progress with the course of the disease. These symptoms generally begin years or decades after repeated brain trauma, when the neurodegeneration is severe enough to manifest clinical symptoms (Stern et al. 2011a). The earliest neuropathological stages of CTE may present without clinical symptoms (Stern et al. 2011a). Early cognitive symptoms primarily include learning and memory impairment as well as executive dysfunction. Mood changes typically include depression, apathy, and irritability, as well as suicidality. The behavioral changes primarily include poor impulse control, with individuals described as having a "short fuse" or being "out of control." Aggression and increased violence are

**Table 1** Early symptoms of chronic traumatic encephalopathy

| Domain | Symptoms |
|---|---|
| Cognitive | Memory Impairment |
| | Executive Dysfunction (e.g., problems with planning, organization, multi-tasking, judgment) |
| Mood | Depression |
| | Apathy |
| | Irritability |
| | Suicidality |
| Behavior | Impulse Control Problems (e.g., "short fuse," "out of control") |
| | Disinhibition |
| | Substance Abuse and Other Addictions |
| | Aggression and Increased Violence |

often experienced. Disinhibition and problems with substance and other forms of abuse also occur. Later in the disease course, these cognitive, mood, and behavioral impairments worsen, with dementia evident in all older cases (i.e., 65 years or greater) with advanced stage CTE.

As with most neurodegenerative causes of dementia, the later in the course a patient with CTE is seen, the more difficult it is to differentiate the specific underlying disease based on clinical presentation. That is, once an adequate amount of neural tissue is destroyed, differential diagnosis of most cases of moderate-severe dementia is difficult just based on current presentation. However, the early presentation and course of CTE can distinguish it from most other causes of dementia. The closest symptom profile to CTE is that caused by FTLD, behavioral variant. The symptoms of FTLD typically begin between the ages of 45–65, there is a somewhat rapid symptom progression, and there is a positive family history in approximately 40 % of cases. In contrast, the early symptoms of CTE (Table 1) typically present between the ages of 30 and 50, there is a slow, prolonged course of progression, and there does not appear to be a familial risk. Although not a completely definitive method of distinguishing between CTE and FTLD behavioral variant, all cases of CTE will have had a history of exposure to repetitive brain trauma, whereas FTLD will not typically have such a history.

It is important to note that although CTE is thought to result from repeated mTBI, it is separate from the acute PCS, and it is not the accumulation of immediate symptoms from multiple concussive or subconcussive events. PCS is not thought to directly cause CTE pathology. Given the noticeable overlap in symptomology between PCS and CTE and the fact that, in some cases, there may be overlap in the onset and expression of the two disorders, differentiating between the two can sometimes be difficult (Stern et al. 2011a).



Clinicopathological associations

In a review of the world's published case studies of neuropathologically confirmed CTE (the vast majority being boxers), McKee et al. noted that 63 % (32 of 51) had memory loss (2009). Like AD, those with CTE appear to have anterograde amnesia, or difficulty remembering newly learned information (Sperling et al. 2010). This is consistent with the deterioration of the hippocampus and other medial temporal structures seen in cases of CTE. Further, individuals with CTE commonly have executive dysfunction (Omalu et al. 2011). Executive functions refer to a group of cognitive abilities responsible for goal-directed behaviors (Stern et al. 2011b); individuals with CTE often have impaired judgment, poor insight, and disinhibition (Gavett et al. 2011a). This symptomology seems to reflect the neuropathologic changes and atrophy of the frontal lobes described by McKee et al. in almost all CTE cases (2009).

Mood and behavior changes are hallmark features of CTE (McKee et al. 2009; Omalu et al. 2011). As with changes from other neurodegenerative diseases, the mood and behavioral changes associated with CTE are often the most concerning to family members and caregivers (Stern al. 2011b). These clinical manifestations are consistent with the neuropathologic changes in the medial temporal lobe (especially the amygdala) and orbitofrontal regions. The combination of altered emotional responses (including rage) from amygdala involvement and disinhibition and reduced impulse control from frontal involvement appears to lead to many of the more significant clinical manifestations of the disease, including suicidality (Gavett et al. 2011b).

Neurological and motor changes

CTE often results in neurologic dysfunction, especially alterations in movement and motor coordination. These signs include difficulty with balance and gait (parkinsonism) and speech changes (including slowed, slurred, and dysarthric speech) (McKee et al. 2009). In a smaller portion of cases, there appears to be abnormalities in gaze (McKee et al. 2009). A small subset of individuals with CTE have a variant referred to as chronic traumatic encephalomyelopathy (CTEM) that also affects the spinal cord and is associated with motor neuron disease, clinically mimicking Amyotrophic Lateral Sclerosis (ALS), or Lou Gehrig's disease (McKee et al. 2010). These individuals have a different and more severe neurologic profile including clinical evidence of motor neuron disease as marked by progressive muscle weakness and atrophy, fasciculations, balance and gait problems, dysphagia, and hyperactive deep tendon reflexes (McKee et al. 2010).

**Neuropathological characteristics**

Neuropathological findings of CTE were first described by Corsellis et al. (1973). McKee and colleagues at the CSTE reviewed the world's literature of neuropathologically confirmed CTE and found 49 cases at the time (2009). These 49 cases, along with three new cases from the CSTE were described in 2009 by McKee et al. Since that time, the VA CSTE Brain Bank has grown from the original three to over 100 brains with over 60 cases of neuropathologically diagnosed CTE thus far (i.e., not all of the remaining 40 brains have had completed examinations to date), making it, by far, the largest CTE tissue repository in the world. The gross and microscopic neuropathology of CTE described below is based on the combination of the previous literature review and the findings from the VA CSTE Brain Bank.

Gross pathological characteristics

Advanced stages of CTE are accompanied by generalized atrophy of the brain with reduced brain weight, as well as atrophy of the frontal and temporal cortices and medial temporal lobe (McKee et al. 2009). There is often pronounced atrophy of the thalamus, hypothalamus, and mammillary bodies. Thinning of the corpus callosum and generalized atrophy of the cerebral subcortical white matter is common. Pallor of the substantia nigra and locus coeruleus is also a typical feature of advanced CTE. Dilation of the lateral and third ventricles, anterior cavum septum pellucidum, and posterior septal fenestrations are frequent findings (McKee et al. 2009).

A cavum septum pellucidum occurs when the leaflets of the septum pellucidum are separated and the space is filled with cerebrospinal fluid (Tubbs et al. 2011). Repetitive concussive and subconcussive brain trauma likely produces a fluid wave within the ventricles that damages the septum pellucidum (Gavett et al. 2011a; McKee et al. 2009). Cavum septum pellucidum was found in 12 of 13 boxers studied by Corsellis et al. (1973).

Microscopic neuropathological characteristics

Microscopically, CTE is characterized by accumulation of phosphorylated tau protein as neurofibrillary tangles (NFTs), neurites, and glial tangles (GTs) throughout the frontal, insular, and temporal cortices; diencephalon; brainstem; cerebellar dentate nucleus and spinal cord. Figure 1 demonstrates phosphorylated tau deposition in CTE brains as compared to normal control. Accumulations of TAR DNA-Binding Protein 43 (TDP-43) as neuronal and glial inclusions, neurites and intranuclear inclusions are also found in CTE and are usually most prominent in cases with severe tau pathology. Prominent neuronal loss is seen in the



**Fig. 1** Neuropathological analysis section. Coronal sections of a brain immunostained for hyperphosphorylated tau protein and counterstained with cresyl violet. The normal brain on the left shows no deposits of hyperphosphorylated tau protein. The brain on the right with CTE shows irregular tau deposits (*dark brown* discoloration) in the cerebral cortex. There are also dense tau NFTs in the amygdala (*asterisk*), entorhinal cortex and medial temporal lobe

hippocampus, entorhinal cortex, and amygdala as well as less severe degrees of neuronal loss in the subcallosal and insular cortex, olfactory bulbs, mammillary bodies, locus coeruleus, substantia nigra, medial thalamus and cerebral cortex (McKee et al. 2009).

The tau-immunoreactive neurofibrillary pathology is characteristically irregular and affects primarily the superficial cortical layers with focal epicenters at the depths of the sulci and surrounding small blood vessels. Tau-immunoreactive NFTs may be particularly dense in the hippocampus, amygdala, entorhinal cortex and olfactory bulbs in advanced stages of the disease (Gavett et al. 2011a; McKee et al. 2009).

Although the specific tau isoforms found in CTE are indistinguishable from AD (Schmidt et al. 2001), the irregular nature of tau deposition and the perivascular clustering of tau-immunoreactive abnormalities at the depth of the sulci are unique to CTE and distinguish it from other tauopathies, including AD (McKee et al. 2009). In addition, the density of the NFTs and GTs is often far greater in CTE than in other tauopathies (Gavett et al. 2011a).

TDP-43 immunoreactivity is most commonly seen in the frontal and medial temporal cortices, brainstem, diencephalon, insula, subcortical white matter, substantia nigra pars compacta, amygdala, hippocampus, caudate, putamen, thalamus, and hypothalamus (McKee et al. 2010; Stern et al. 2011a). TDP-43 immunoreactive inclusions have been found throughout the anterior horn of the spinal cord and motor cortex in a subset of individuals with CTEM (McKee et al. 2010; Stern et al. 2011a).

Aβ deposition is an inconsistent finding in CTE. While neuritic Aβ plaques are an essential feature of AD, Aβ is found in only 40–45 % of CTE cases (McKee et al. 2009). When Aβ is present in CTE, it generally consists of

primarily diffuse plaques with relatively few neuritic plaques (McKee et al. 2009). The presence of tau proteinopathy has been shown to enhance Aβ neurotoxicity (Mann et al. 1990; Roberson et al. 2007).

### Brain trauma and other risk factors

To date, all pathologically diagnosed cases of CTE have come from individuals with a history of repetitive brain trauma (McKee et al. 2009). As such, it seems that repetitive trauma is *necessary* for incurring CTE; however, there are numerous individuals with a history of repeated brain trauma who do not have CTE upon neuropathological examination. Therefore, concussions and other brain trauma alone are not *sufficient* to cause the disease. Importantly, it is also possible that this repetitive trauma does not necessarily have to be at the concussive (mTBI) or more structural (e.g., TBI) level (Gavett et al. 2011b; McKee et al. 2009; Stern et al. 2011a). Subconcussive brain injury (Spiotta et al. 2011), or a blow to the head with adequate *g* force to produce a non-structural brain injury (though with the neuronal changes of concussion) that does not result in apparent clinical symptoms, may be a sufficient trauma load to initiate the neurodegenerative cascade (Gavett et al. 2011b; McKee et al. 2009; Stern et al. 2011a). Given that repetitive brain trauma is necessary, but not sufficient, it is evident that other risk factors may be involved in initiating or mediating CTE.

Although all individuals with neuropathologically confirmed CTE have had repetitive brain trauma, the nature of this trauma is a crucial factor that requires further scientific investigation. The age at which the brain starts being exposed to trauma may be a critical factor in determining whether or not an individual develops CTE. It is possible that assaulting a young brain, which is still developing and more vulnerable to injury, may have more catastrophic consequences later in life (Schneider 1979). This theory has yet to be validated, but it has been shown that concussions and brain injuries in youth result in more severe and longer lasting cognitive deficits (Field et al. 2003; Pullela et al. 2006). Additionally, it is not understood whether or not the severity and frequency of the brain trauma influence the development of CTE. Within a given sport, position could play a significant role. A recent study utilizing accelerometers placed inside the helmets of college football players found that there were significant differences in the exposure to brain trauma based on position (Crisco et al. 2010). Further, a study by Talavage and colleagues examined a cohort of high school football players and showed measurable neurocognitive and neurophysiologic



deficits after hits to the head that did not cause any reported symptoms of concussion (2010). Importantly, individuals who received subconcussive blows were unlikely to undergo clinical assessment and thus continued playing in the game, exposing their brains to further injury (Talavage et al. 2010).

Some individuals may have a genetic predisposition to developing CTE. Initial studies indicate that the apolipoprotein E (APOE) gene's ε4 allele may be a useful area of investigation. APOE is the strongest susceptibility gene for Alzheimer's disease (AD). APOE ε4 has also been associated with longer recovery time and more severe cognitive deficits following single TBI in boxers and professional football players (Jordan et al. 1997; Kutner et al. 2000; Teasdale et al. 1997). APOE ε4 carriers have also been shown to have worse outcomes both in the short-term and in the long-term following head injury (Friedman et al. 1999; Jordan et al. 1997; Katzman et al. 1996; Teasdale et al. 1997). In contrast to its role in AD, it is thought that APOE ε4 may decrease the capacity to repair damage following brain injury (Crawford et al. 2009). Further, older retired football players who were ε4 carriers were shown to have lower cognitive performance (Kutner et al. 2000). Additionally, in a sample of 12 neuropathologically confirmed cases of CTE, 5 (42 %) cases were ε4 carriers with 2 (17 %) of those cases being ε4 homozygous (McKee et al. 2010). This is in contrast to population prevalence studies of the APOE ε4 allele that have shown that at least one ε4 allele is carried by 27–29 % of the population and that ε4 homozygosity only occurs in 1–2 % of the population (Hill et al. 2007). Much more research is required to substantiate the possible link between APOE ε4 and CTE.

There are numerous other risk factors that require further investigation. While it has been shown that females are diagnosed with more concussions and tend to have prolonged recoveries, it is unknown whether this is due to differential symptom reporting between males and females, possibly weaker neck and upper body strength in women, the potential role in sex hormones in concussion, or other variables. It is also unknown whether females have a different CTE-risk profile than their male counterparts (Covassin and Elbin 2011; Dick 2009). To date, the large majority of brains studied with CTE have been male due to the bias of brain donations to date being made by families of deceased football and other collision sport athletes. Furthermore, an individual's "cognitive reserve" or "brain reserve" may affect the timing of the clinical manifestation of CTE. More specifically, given approximately the same level of neurodegeneration, an individual with a greater cognitive or brain reserve may be less likely to display clinical signs and symptoms of CTE than an individual with a lesser reserve (Schneider 1979). This finding has been shown in several studies of AD and other neurodegenerative diseases (Stern 2007).

## Possible diagnostic tools and biomarkers

As with other neurodegenerative diseases, such as AD, FTLD, and Lewy-Body Disease, CTE can only be diagnosed neuropathologically. However, in recent years progress has been made in improving in vivo diagnostic accuracy, especially for AD, through an integration of clinical diagnostic features (e.g., neurological and neuropsychological evaluations, history, course) with more objective biomarkers of disease (Dubois et al. 2007; De Meyer et al. 2010). These biomarker methods include: measurement of proteins through CSF and blood (including beta amyloid and tau), as well as through PET neuroimaging techniques with ligands for beta amyloid; structural neuroimaging (e.g., measurement of hippocampal volume); biochemical neuroimaging (e.g., magnetic resonance spectroscopy; MRS); and genetic susceptibility markers (e.g., APOE genotyping). These approaches have now led to significant changes to research diagnostic criteria for AD, incorporating both clinical and biomarker criteria (Jack et al. 2011; McKhann et al. 2011). A major goal of this new diagnostic approach is to be able to detect disease prior to dementia and even prior to symptom onset in order to intervene more successfully with disease modifying agents when they become available (Sperling et al. 2011).

Similar approaches to accurate in vivo diagnosis of CTE seem quite plausible, utilizing the knowledge already gained in AD biomarker research. In addition to CSF and blood measurements of proteins and genotyping of potential susceptibility genes, there appears to be a large array of neuroimaging techniques that would be appropriate for CTE diagnostic purposes. Of course, as with AD clinical diagnostic criteria, these techniques—if found to be sensitive and specific to CTE—would be part of a multifactorial diagnostic approach, including clinical evaluations and history, as well as CSF and blood measures of proteins. The potential neuroimaging approaches are explored below.

### Structural and volumetric magnetic resonance imaging

Gross neuropathological changes attributed to CTE indicate that Magnetic Resonance Imaging (MRI) may be a useful diagnostic technique. Volumetric MRI can detect whole brain atrophy as well as atrophy of specific areas of interest (e.g., amygdala) present in CTE, as well as cavum septum pellucidum with or without fenestrations (McKee et al. 2009). The ability of volumetric MRI to grossly detect CTE-related atrophy was demonstrated in an initial pilot study examining 5 former professional contact sport athletes with CTE-like symptoms (Gavett et al. 2011b).



Brain Imaging and Behavior

Susceptibility weighted imaging

A proposed mechanism of CTE pathogenesis begins with a disruption in the blood brain barrier and changes in the cerebral vasculature (Gavett et al. 2011b; McKee et al. 2009). This, along with the hallmark findings of perivascular tau deposition in CTE, indicates that Susceptibility Weighted Imaging (SWI) (a method of detecting microhemorrhages) could be useful for differential diagnosis of CTE. SWI has been found to detect microhemorrhages resulting from neurotrauma (Ashwal et al. 2006). SWI's current predictive validity has been limited in adults, but there has been some success in utilizing SWI to determine long-term outcome following TBI in children (Chastain et al. 2009; Colbert et al. 2010). More research is required to determine SWI's clinical utility for understanding the long-term effects of repeated brain trauma, including CTE, in adults (Gavett et al. 2011b).

Diffusion tensor imaging

Diffusion Tensor Imaging (DTI) is sensitive to diffuse axonal injury (see Shenton et al. for a review of structural neuroimaging findings, including DTI, in mTBI in this issue.). This is thought to be one of the causal mechanisms involved in CTE, but is also known to be an injury indicative of acute and chronic TBI (Liu et al. 1999; Prabhu 2011). DTI has been used in both animals and humans to examine the effects of brain trauma (Immonen et al. 2009; Lipton et al. 2009). However, knowledge of DTI's usefulness in CTE research is limited. In experimental models in rats, DTI has been shown to be predictive of long-term outcomes following TBI (Immonen et al. 2009). DTI has supported the link between executive dysfunction and axonal injuries in humans (Lipton et al. 2009). Further, in our pilot study of 5 former professional athletes, there was an association between overall exposure to repetitive brain trauma and degradation of callosal white matter nerve fiber bundles (Shenton et al. unpublished; Fig. 2). Figure 2 demonstrates the callosal nerve fiber degradation in the contact sport athlete brain as compared to normal control brain.

Functional magnetic resonance imaging

Functional Magnetic Resonance Imaging (fMRI) has been useful in understanding brain-behavior relationships in numerous neurologic diseases (Seeley et al. 2009). Additionally, blood oxygen level dependent (BOLD) fMRI has been able to differentiate between various types of neurodegeneration including AD, FTD, and dementia with Lewy bodies (Galvin et al. 2011; Zhou et al. 2010). Recent studies of high school football players have utilized fMRI and found significant changes (from pre-season to post-season) in fMRI



**Fig. 2** Diffusion tensor imaging section. Diffusion tensor images captured on a 3 T magnet analyzed with streamline tractography using Slicer 3. Control brain on the left and the brain of a former professional boxer in his 40's on the right. The top two images are sagittal views with the callosal fiber tracts delineated; it is notable that the boxer's fiber tracts are markedly shorter than the control. The bottom two images are a coronal view of the same two individuals and it can be seen that the athlete's corpus callosum (*red* structure in the middle of the brain) is noticeably thinner than the control

results in those athletes with repetitive subconcussive hits (as determined by helmet accelerometer data) (Talavage et al. 2010). Given its current uses, it is possible that fMRI will be helpful in determining brain-behavior associations in CTE as well as differentiating CTE from other neurodegenerative disorders (Gavett et al. 2011b).

Magnetic resonance spectroscopy

Magnetic Resonance Spectroscopy (MRS) utilizes the same clinical MR scanners utilized for MRI to non-invasively measure in vivo brain biochemical metabolites (see Lin et al. for a review of MRS in TBI in this issue). MRS studies have found significant chemical changes in the brains of individuals with various levels of brain trauma; however, most of these studies have been conducted in the acute, rather than the long-term, time frame (Ashwal et al. 2000; Brooks et al. 2001; Cimatti 2006; Henry et al. 2010; Holshouser et al. 2005; Ross et al. 1998; Shutter et al. 2004; Vagnozzi et al. 2008).

However, there has been one pilot study examining the utility of MRS for determining the long-term effects of repetitive brain trauma and possible CTE. In this small-scale study, Lin and colleagues found significant increases in Cho and Glx in former athletes with a history of repetitive brain trauma as compared to age-matched controls (Lin et al. 2010).

Positron emission tomography

Current Positron Emission Tomography (PET) ligands are useful for AD. However these ligands selectively bind to beta-amyloid (e.g., Pittsburgh Compound B or PiB, florbetapir) or bind to both beta-amyloid and tau (2-(1-{6-[(2-[F-18]fluoroethyl)(methyl)amino]-2-naphthyl}ethylidene) malononitrile; FDDNP). However, CTE is primarily a tauopathy with only infrequent beta-amyloid. In cases when it is present, the beta amyloid is aggregated into more diffuse plaques rather than neuritic plaques (McKee et al. 2009). Therefore, tau-selective ligands are likely to play a critical role in in vivo biomarker detection of CTE. Unfortunately, these ligands are not yet available for human imaging.

Single photon emission computed tomography

Single Photon Emission Computed Tomography (SPECT) scans measure regional cerebral blood flow. As such, SPECT is often a sensitive tool for detecting regional abnormalities in brain function. However, the specificity of SPECT is poor (e.g., Masterman et al. 1997). In a recent study comparing a group of retired NFL players and a control group, Amen reported significant differences on SPECT (2011). However, there were many methodological problems with the study, making it difficult to appropriately interpret their results.

## Discussion

Although public awareness and media attention surrounding the long-term effects of repetitive concussions and other brain trauma have increased in recent years, scientific knowledge regarding CTE has progressed more slowly, i.e., at a typical speed of scientific discovery. Research related to CTE has been limited thus far, and there are still many questions about this disorder. In fact, some aspects of CTE remain controversial, including the relationship between CTE and other neurodegenerative diseases, such as AD and FTD. Recent research suggests that this disease, previously only known to affect boxers, may be problematic for a much broader population, including other athletes and military personnel. As such, there is an even greater need to understand the mechanism behind this disease (e.g., Blaylock and Maroon 2011), its incidence and prevalence, and how to diagnose, treat, and prevent the disease during life. Knowledge of risk factors could allow for interventions that would help prevent the disease in the future. For example, if an age threshold is found (e.g., individuals who do not experience any brain trauma exposure before a certain age, $X$, do not go on to develop CTE), then appropriate

recommendations and policy changes could follow, (e.g., limiting or restricting activities with brain trauma exposure in children under the age of $X$). In addition, it is critical to improve understanding of the severity and number of hits necessary to initiate the neurodegenerative cascade leading to CTE. It may be the case that fewer, more severe TBIs result in a different outcome than more frequent, but less severe concussions or subconcussive blows. The different types of forces incurred by the brain during various activities could prove important; however, further research is necessary.

CTE research should utilize the advances made in research of other neurodegenerative diseases such as AD in order to progress most rapidly. For example, Similarities between CTE and other neurodegenerative diseases provide insight into other genes that may be involved in CTE and are therefore worth investigating. Based on studies of other neurodegenerative diseases, additional genetic factors worthy of consideration may be the TARDBP gene involved with TDP-43 protein production in frontotemporal lobar degeneration (FTLD) and amyotrophic lateral sclerosis (ALS), the GRN gene involved with the production of granulin and associated with FTLD, and the MAPT gene associated with tau protein and FTLD, as well as other genes associated with causes of dementia and/or motor neuron disease.

Examining the applicability of the neuroimaging modalities outlined in this paper as well as clinical measures, basic translational research, animal modeling, and epidemiological studies will all help advance knowledge of CTE. Increased scientific knowledge about CTE will assist policy makers (e.g., league officials, legislators, military leadership) in creating appropriate guidelines for prevention and treatment of brain trauma whether in the sports arena or on the military battlefield.

Ongoing and future research

Research related to CTE is in its infancy. Although the neuropathology of CTE has been elucidated in recent years, important areas of research remain, including investigations of CTE's epidemiology, specific risk factors (in addition to repetitive brain trauma exposure), underlying disease mechanism, and the ability to diagnose CTE during life. The development of biomarkers for the purpose of early detection, differential diagnosis, treatment, and prevention has been an important goal of research in other neurodegenerative diseases, such as AD, FTLD, lewy body dementia, and others, and it is also the goal of future CTE research at the BU CSTE (Stern et al. 2011a). With funding from the National Institute of Neurological Disorders and Stroke, the National Institute on Aging, and the National institute of Child Health and Human Development, our group is in



the early stages of research investigating potential biomarkers for CTE. This research will includes a number of the diagnostic tools described above, including volumetric MRI, DTI, SWI, MRS, CSF protein determination, and genetic testing, as well as neuropsychological, psychiatric, and neurological examinations. The goal of this research is to create valid diagnostic criteria though the combination of clinical symptoms, history, and objective biomarkers. This research could lead to the ability to diagnose CTE in the early stages of the disease, possibly before the symptoms of the disease present themselves. Neuroimaging strategies could lead to non-invasive methods of diagnosing CTE in the living. Additionally, genetic testing may indicate specific predisposing factors, such as APOE ε4, that could assist in identifying at-risk individuals. In theory, the earlier we are able to diagnose CTE, the better effect interventions may have on the symptoms and disease progression.

## Conclusion

CTE is a progressive neurodegenerative disease linked to repetitive brain trauma from contact sports and other activities. The disease is distinct from post-concussive syndrome or the additive symptomatic effect of multiple concussions. Rather, symptoms begin years or decades after brain trauma exposure and include a triad of cognitive, mood, and behavioral impairments. Neuropathologically distinct from other neurodegenerative diseases, CTE is characterized by hyperphosphorylated tau and TDP-43 deposition. As with other neurodegenerative diseases, such as AD, CTE can only be diagnosed postmortem at this time. However, unlike AD, CTE research is in its infancy, and there are neither published and validated clinical diagnostic criteria nor biomarkers for the disease. As such, there are many unanswered questions about the development of CTE. Although it is believed that repetitive brain trauma is associated with the neuropathogenesis of the disease (Stern et al. 2011a), whether CTE can occur following a single traumatic brain injury in at-risk individuals is not yet known. The type, number, and severity of concussive and/or subconcussive hits necessary to trigger the neurodegenerative cascade leading to CTE has yet to be determined (Gavett et al. 2010). Moreover, other factors, including duration of exposure to head trauma, age at first exposure, gender, age, race, and genetic predisposition, may play a role in the development of CTE, although further research is needed in these areas (Gavett et al. 2010; McKee et al. 2009; Stern et al. 2011a). Given its potential to impact a broad population of those who have experienced repetitive brain trauma, CTE is an important public health issue. A critical first step is the ability to diagnose CTE during life. Several neuroimaging techniques have the potential to serve as biomarkers for the disease.

**Summary**

Chronic Traumatic Encephalopathy (CTE) is a neurodegenerative disease thought to be caused, in part, by repetitive concussive and subconcussive brain injury, such as those received in contact sports and military participation.

Although repetitive brain trauma seems necessary for the development of CTE, this alone is not sufficient to cause the disease. Additional risk factors such as longer duration of exposure to head trauma, age at first exposure, and genetic predisposition, may also play a role in the development of CTE, although more research is needed in these areas.

The neuropsychological and neuropsychiatric symptoms associated with CTE fall into three categories: cognition, mood, and behavior. These symptoms, including memory impairment, executive dysfunction, depression, apathy, irritability, suicidality, lack of impulse control, aggression, and disinhibition, tend to worsen with advanced stages of the disease. Later stages of disease are associated with dementia.

Gross neuropathological features of CTE include: atrophy of the frontal and medial temporal lobes, hippocampus, entorhinal cortex, mammillary bodies, and amygdala; dilation of the lateral and third ventricles; anterior cavum septum pellucidum; posterior septal fenestrations, thinning of the corpus callosum and hippocampal floor, and pallor of the substantia nigra. Microscopically the disease is characterized by widespread neuronal loss and gliosis and extensive tau and TDP-43 proteinopathy with a relative absence of beta amyloid deposits.

At this time CTE can only be diagnosed postmortem, as there are no validated clinical diagnostic criteria or biomarkers for the disease. A goal of future research is to establish biomarkers using various neuroimaging tools, such as structural and volumetric MRI, susceptibility weighted imaging, diffusion tensor imaging, magnetic resonance spectroscopy, and positron emission tomography, that can detect the disease in the early stages, possibly prior to symptom onset. This may allow for successful intervention with disease modifying agents once available.



**Acknowledgments** This work was supported by grants from the National Institutes of Health (P30 AG13846; R01 NS078337), as well as a grant from the National Operating Committee on Standards for Athletic Equipment, and an unrestricted gift from the National Football League.

**Conflict of interest** No authors on this paper have conflicts of interest to disclose.

## References

Amen, D. G., Newberg, A., Thatcher, R., Jin, Y., Wu, J., Keator, D., et al. (2011). Impact of playing American professional football on long-term brain function. *Journal of Neuropsychiatry and Clinical Neuroscience, 23*(1), 98–106.

Ashwal, S., Holshouser, B. A., Shu, S. K., Simmons, P. L., Perkin, R. M., Tomasi, L. G., et al. (2000). Predictive value of proton magnetic resonance spectroscopy in pediatric closed head injury. *Pediatric Neurology, 23*(2), 114–125.

Ashwal, S., Babikian, T., Gardner-Nichols, J., Freier, M., Tong, K. A., & Holshouser, B. A. (2006). Susceptibility-weighted imaging and proton magnetic resonance spectroscopy in assessment of outcome after pediatric traumatic brain injury. *Archives of Physical Medicine and Rehabilitation, 87*(12, Supplement), 50–58.

Blaylock, R. L., & Maroon, J. (2011). Immunoexcitotoxicity as a central mechanism in chronic traumatic encephalopathy-A unifying hypothesis. *Surgical Neurology International, 2*, 107.

Brooks, W. M., Friedman, S. D., & Gasparovic, C. (2001). Magnetic resonance spectroscopy in traumatic brain injury. *Journal of Head Trauma Rehabilitation, 16*(2), 149–164.

Chastain, C. A., Oyoyo, U. E., Zipperman, M., Joo, E., Ashwal, S., Shutter, L. A., et al. (2009). Predicting outcomes of traumatic brain injury by imaging modality and injury distribution. *Journal of Neurotrauma, 26*(8), 1183–1196.

Cimatti, M. (2006). Assessment of metabolic cerebral damage using proton magnetic resonance spectroscopy in mild traumatic brain injury. *Journal of Neurosurgical Sciences, 50*(4), 83–88.

Colbert, C. A., Holshouser, B. A., Aaen, G. S., Sheridan, C., Oyoyo, U., Kido, D., et al. (2010). Value of cerebral microhemorrhages detected with susceptibility-weighted MR Imaging for prediction of long-term outcome in children with noncidental trauma. *Radiology, 256*(3), 898–905.

Corsellis, J. A., Bruton, C. J., & Freeman-Browne, D. (1973). The aftermath of boxing. *Psychological Medicine, 3*(3), 270–303.

Covassin, T., & Elbin, R. J. (2011). The female athlete: the role of gender in the assessment and management of sport-related concussion. *Clinics in Sports Medicine, 30*, 125–131, x.

Crawford, F., Wood, M., Ferguson, S., Mathura, V., Gupta, P., Humphrey, J., et al. (2009). Apolipoprotein E-genotype dependent hippocampal and cortical responses to traumatic brain injury. *Neuroscience, 159*(4), 1349–1362.

Crisco, J. J., Fiore, R., Beckwith, J. G., Chu, J. J., Bronlinson, P. G., Duma, S., et al. (2010). Frequency and location of head impact exposures in individual collegiate football players. *Journal of Athletic Training, 45*, 549–559.

De Meyer, G., Shapiro, F., Vanderstichele, H., et al. (2010). Diagnosis-independent Alzheimer disease biomarker signature in cognitively normal elderly people. *Archives of Neurology, 67*(8), 949–956.

Dick, R. W. (2009). Is there a gender difference in concussion incidence and outcomes? *British Journal of Sports Medicine, 43* (Suppl 1), i46–i50.

Dubois, B., Feldman, H. H., Jacova, C., Cummings, J. L., Dekosky, S. T., Barberger-Gateau, P., et al. (2007). Research criteria for the diagnosis of Alzheimer's disease: revising the NINCDS-ADRDA criteria. *Lancet Neurology, 6*(8), 734–746.

Field, M., Collins, M. W., Lovell, M. R., & Maroon, J. (2003). Does age play a role in recovery from sports related concussion? A comparison of high school and collegiate athletes. *Journal of Pediatrics, 142*, 546–553.

Friedman, G., Froom, P., Sazbon, L., Grinblatt, I., Shochina, M., Tsenter, J., et al. (1999). Apolipoprotein E-epsilon4 genotype predicts a poor outcome in survivors of traumatic brain injury. *Neurology, 52*(2), 244–248.

Galvin, J. E., Price, J. L., Yan, Z., Morris, J. C., & Sheline, Y. I. (2011). Resting bold fMRI differentiates dementia with Lewy bodies vs Alzheimer disease. *Neurology, 76*(21), 1797–1803.

Gavett, B. E., Stern, R. A., Cantu, R. C., Nowinski, C. J., & McKee, A. C. (2010). Mild traumatic brain injury: a risk factor for neurodegeneration. *Alzheimer's Research and Therapy, 2*, 18.

Gavett, B. E., Stern, R. A., & McKee, A. C. (2011a). Chronic traumatic encephalopathy: a potential late effect of sport-related concussive and subconcussive head trauma. *Clinic in Sports Medicine, 30*(1), 179–188.

Gavett, B. E., Cantu, R. C., Shenton, M., Lin, A. P., Nowinski, C. J., McKee, A. C., Stern, R. A. (2011b). Clinical appraisal of chronic traumatic encephalopathy: current perspectives and future directions. *Current Opinion in Neurology, 24*(6), 525–531.

Geddes, J. F., Vowles, G. H., Nicoll, J. A., & Revesz, T. (1999). Neuronal cytoskeletal changes are an early consequence of repetitive head injury. *Acta Neuropathologica, 98*, 171–178.

Greenwald, R. M., Gwin, J. T., Chu, J. J., & Crisco, J. J. (2008). Head impact severity measures for evaluating mild traumatic brain injury risk exposure. *Neurosurgery, 62*, 789–798. discussion, 798.

Henry, L. C., Tremblay, S., & Boulanger, Y. (2010). Neurometabolic changes in the acute phase following sports concussions correlate with symptom severity. *Journal of Neurotrauma, 27*(1), 65–76.

Hill, J. M., Bhattacharjee, P. S., & Neumann, D. M. (2007). Apolipoprotein E alleles can contribute to the pathogenesis of numerous clinical conditions including HSV-1 corneal disease. *Experimental Eye Research, 84*(5), 801–811.

Hof, P. R., Knabe, R., Bovier, P., & Bouras, C. (1991). Neuropathological observations in a case of autism presenting with self-injury behavior. *Acta Neuropathologica, 82*, 321–326.

Holshouser, B. A., Tong, K. A., Ashwal, S., & Proton, M. R. (2005). Spectroscopic imaging depicts diffuse axonal injury in children with traumatic brain injury. *AJNR American Journal of Neuroradiology, 26*(5), 1276–1285.

Immonen, R. J., Kharatishvili, I., Gröhn, H., Pitkänen, A., & Gröhn, O. H. (2009). Quantitative MRI predicts long-term structural and functional outcome after experimental traumatic brain injury. *Neuroimage, 45*(1), 1–9.

Jack, C. R., Jr., Albert, M. S., Knopman, D. S., McKhann, G. M., Sperling, R. A., Carrillo, M. C., et al. (2011). Introduction to the recommendations from the National Institute on Aging-Alzheimer's Association workgroups on diagnostic guidelines for Alzheimer's disease. *Alzheimer's and Dementia, 7*(3), 257–262.

Jordan, B. D., Relkin, N. R., Ravdin, L. D., Jacobs, A. R., Bennett, A., & Gandy, S. (1997). Apolipoprotein E epsilon4 associated with chronic traumatic brain injury in boxing. *JAMA, 278*, 136–140.

Katzman, R., Galasko, D. R., Saitoh, T., Chen, X., Pay, M. M., Booth, A., et al. (1996). Apolipoprotein-epsilon4 and head trauma: synergistic or additive risks? *Neurology, 46*(3), 889–891.

Kutner, K. C., Erlanger, D. M., Tsai, J., Jordan, B., & Relkin, N. R. (2000). Lower cognitive performance of older football players possessing apolipoprotein E epsilon4. *Neurosurgery, 47*, 651–657. discussion 657–658.

Lin, A., Ramadan, S., Box, H., et al. (2010). *Neurochemical changes in athletes with chronic traumatic encephalopathy.* Chicago: Radiological Society of North America.

Brain Imaging and Behavior

Lipton, M. L., Gulko, E., Zimmerman, M. E., Friedman, B. W., Kim, W., Kim, M., Gellella, E., et al. (2009). Diffusion-tensor imaging implicates prefrontal axonal injury in executive function impairment following very mild traumatic brain injury. *Radiology, 252*(3), 816–824.

Liu, A. Y., Maldjian, J. A., Bagley, L. J., Sinson, G. P., & Grossman, R. I. (1999). Traumatic brain injury: diffusion-weighted MR imaging findings. *American Journal of Neuroradiology, 20*, 1636–1641.

Mann, D. M., Brown, A. M., Prinja, D., Jones, D., & Davies, C. A. (1990). A morphological analysis of senile plaques in the brains of non-demented persons of different ages using sliver, immunocytochemical and lectin histochemical staining techniques. *Neuropathology and Applied Neurobiology, 16*, 17–25.

Martland, H. S. (1928). Punch drunk. *JAMA, 91*, 1103–1107.

Masterman, D. L., Mendez, M. F., Fairbanks, L. A., & Cummings, J. L. (1997). Sensitivity, specificity, and positive predictive value of technetium 99-HMPAO SPECT in discriminating Alzheimer's disease from other dementias. *Journal of Geriatric Psychiatry and Neurology, 10*(1), 15–21.

McKee, A. C., Cantu, R. C., Nowinski, C. J., Hedley-Whyte, E. T., Gavett, B. E., Budson, A. E., et al. (2009). Chronic traumatic encephalopathy in athletes: progressive tauopathy after repetitive head injury. *Journal of Neuropathology and Experimental Neurology, 68*(7), 709–735.

McKee, A. C., Gavett, B. E., Stern, R. A., Nowinski, C. J., Cantu, R. C., Kowall, N. W., et al. (2010). TDP-43 proteinopathy and motor neuron disease in chronic traumatic encephalopathy. *Journal of Neuropathology and Experimental Neurology, 69*, 918–929.

McKhann, G. M., Knopman, D. S., Chertkow, H., Hyman, B. T., Jack, C. R., Jr., Kawas, C. H., et al. (2011). The diagnosis of dementia due to Alzheimer's disease: recommendations from the National Institute on Aging-Alzheimer's Association workgroups on diagnostic guidelines for Alzheimer's disease. *Alzheimer's and Dementia, 7*(3), 263–269.

Millspaugh, J. A. (1937). Dementia pugilistica. *US Naval Medical Bulletin, 35*, 297–303.

Omalu, B. I., DeKosky, S. T., Minster, R. L., Kamboh, M. I., Hamilton, R. L., & Wecht, C. H. (2005). Chronic traumatic encephalopathy in a National Football League player. *Neurosurgery, 57*, 128–134. discussion, 128–134.

Omalu, B. I., DeKosky, S. T., Hamilton, R. L., Minster, R. L., Kamboh, M. I., Shakir, A. M., et al. (2006). Chronic traumatic encephalopathy in a national football league player: part II. *Neurosurgery, 59*, 1086–1092. discussion, 1092–1093.

Omalu, B. I., Fitzsimmons, R. P., Hammers, J., & Bailes, J. (2010). Chronic traumatic encephalopathy in a professional American wrestler. *Journal of Forensic Nursing, 6*, 130–136.

Omalu, B., Bailes, J., Hamilton, R. L., Kamboh, M. I., Hammers, J., Case, M., et al. (2011). Emerging histomorphologic phenotypes of chronic traumatic encephalopathy [CTE] in American athletes. *Neurosurgery, 69*(1), 173–183. discussion 183.

Prabhu, S. P. (2011). The role of neuroimaging in sport-related concussion. *Clinics in Sports Medicine, 1*, 103–114.

Pullela, R., Raber, J., Pfankuch, T., Ferriero, D. M., Claus, C. P., Koh, S. E., et al. (2006). Traumatic injury to the immature brain results in progressive neuronal loss, hyperactivity and delayed cognitive impairments. *Developmental Neuroscience, 28*, 396–409.

Roberson, E. D., Scearce-Levie, K., Palop, J. J., Yan, F., Cheng, I. H., Wu, T., et al. (2007). Reducing endogenous tau ameliorates amyloid beta induced deficits in an Alzheimer's disease mouse model. *Science, 316*, 750–754.

Roberts, G. W., Whitwell, H. L., Acland, P. R., & Bruton, C. J. (1990). Dementia in a punch-drunk wife. *Lancet, 335*, 918–919.

Ross, B. D., Ernst, T., Kreis, R., Haseler, L. J., Bayer, S., Danielsen, E., et al. (1998). 1 H MRS in acute traumatic brain injury. *Journal Magnetic Resonance Imaging, 8*(4), 829–840.

Schmidt, M. L., Zhukareva, V., Newell, K. L., Lee, V. M.-Y., & Trojanowski, J. Q. (2001). Tau isoform profile and phosphorylation state in dementia pugilistica recapitulate Alzheimer's disease. *Acta Neuropathologica, 101*, 518–524.

Schneider, G. E. (1979). Is it really better to have your brain lesion early? A revision of the "Kennard principle". *Neuropsychologia, 17*, 557–583.

Seeley, W. W., Crawford, R. K., Zhou, J., Miller, B. L., & Greicius, M. D. (2009). Neurodegenerative diseases target large-scale human brain networks. *Neuron, 62*(1), 42–52.

Shutter, L., Tong, K. A., & Holshouser, B. A. (2004). Proton MRS in acute traumatic brain injury: role for glutamate/glutamine and choline for outcome prediction. *Journal of Neurotrauma, 21*(12), 1693–1705.

Sperling, R. A., Dickerson, B. C., Pihlajamaki, M., Vannini, P., LaViolette, P. S., Vitolo, O. V., et al. (2010). Functional alterations in memory networks in early Alzheimer's disease. *Neuromolecular Medicine, 12*(1), 27–43.

Sperling, R. A., Aisen, P. S., Beckett, L. A., Bennett, D. A., Craft, S., Fagan, A. M., et al. (2011). Toward defining the preclinical stages of Alzheimer's disease: recommendations from the National Institute on Aging-Alzheimer's Association workgroups on diagnostic guidelines for Alzheimer's disease. *Alzheimer's and Dementia, 7*(3), 280–292.

Spiotta, A. M., Shin, J. H., Bartsch, A. J., & Benzel, E. C. (2011). Subconcussive impact in sports: a new era of awareness. *World Neurosurgery, 75*(2), 175–178.

Stern, Y. (2007). *Cognitive reserve: Theory and applications*. Philadelphia: Taylor & Francis.

Stern, R. A., Riley, D. O., Daneshvar, D. H., Nowinski, C. J., Cantu, R. C., McKee, A. C. (2011a). Long-term consequences of repetitive brain trauma: chronic traumatic encephalopathy. *PM&R, 10* Suppl 2, S460–467.

Stern, R. A., & Anderson, S., & Gavett, B. (2011b). Executive functioning. In A. E. Budson & N. W. Kowell (Eds.), *The handbook of Alzheimer's disease and other dementias* (pp. 369–415). New York: Wiley-Blackwell.

Talavage, T. M., Nauman, E. A., Breedlove, E. L., Yoruk, U., Dye, A. E., Morigaki, K., Feuer, H., Leverenz, L. J. (2010). Functionally-detected cognitive impairment in high school football players without clinically-diagnosed concussion. *Journal of Neurotrauma,* [Epub ahead of print.].

Teasdale, G. M., Nicoll, J. A., Murray, G., & Fiddes, M. (1997). Association of Apolipoprotein E polymorphism with outcome after head injury. *Lancet, 350*, 1069–1071.

Tubbs, R. S., Krishnamurthy, S., Verma, K., Shoja, M. M., Loukas, M., Mortazavi, M. M., et al. (2011). Cavum velum, interpositum, cavum septum pellucidum, and cavum vergae: a review. *Childs Nervous System, 27*, 1927–1930.

Vagnozzi, R., Signoretti, S., & Tavazzi, B. (2008). Temporal window of metabolic brain vulnerability to concussion: a pilot 1H-magnetic resonance spectroscopic study in concussed athletes-part III. *Neurosurgery, 62*(6), 1286–1296.

Zhou, J., Greicius, M. D., Gennatas, E. D., Growdon, M. E., Jang, E., Jang, J. Y., Rabinovici, G. D., et al. (2010). Divergent network connectivity changes in behavioural variant frontotemporal dementia and Alzheimer's disease. *Brain, 133*(5), 1352–1367.

# EXHIBIT 18



# Neurodegenerative causes of death among retired National Football League players

Everett J. Lehman, Misty J. Hein, Sherry L. Baron, et al.

*Neurology* 2012;79;1970; Published online before print September 5, 2012;
DOI 10.1212/WNL.0b013e31826daf50

**This information is current as of November 11, 2012**

The online version of this article, along with updated information and services, is located on the World Wide Web at:
http://www.neurology.org/content/79/19/1970.full.html

*Neurology* ® is the official journal of the American Academy of Neurology. Published continuously since 1951, it is now a weekly with 48 issues per year. Copyright © 2012 by AAN Enterprises, Inc. All rights reserved. Print ISSN: 0028-3878. Online ISSN: 1526-632X.



# Neurodegenerative causes of death among retired National Football League players

Everett J. Lehman, MS
Misty J. Hein, PhD
Sherry L. Baron, MD
Christine M. Gersic

Correspondence & reprint requests to Mr. Lehman: elehman@cdc.gov

## ABSTRACT

**Objective:** To analyze neurodegenerative causes of death, specifically Alzheimer disease (AD), Parkinson disease, and amyotrophic lateral sclerosis (ALS), among a cohort of professional football players.

**Methods:** This was a cohort mortality study of 3,439 National Football League players with at least 5 pension-credited playing seasons from 1959 to 1988. Vital status was ascertained through 2007. For analysis purposes, players were placed into 2 strata based on characteristics of position played: nonspeed players (linemen) and speed players (all other positions except punter/kicker). External comparisons with the US population used standardized mortality ratios (SMRs); internal comparisons between speed and nonspeed player positions used standardized rate ratios (SRRs).

**Results:** Overall player mortality compared with that of the US population was reduced (SMR 0.53, 95% confidence interval [CI] 0.48−0.59). Neurodegenerative mortality was increased using both underlying cause of death rate files (SMR 2.83, 95% CI 1.36−5.21) and multiple cause of death (MCOD) rate files (SMR 3.26, 95% CI 1.90−5.22). Of the neurodegenerative causes, results were elevated (using MCOD rates) for both ALS (SMR 4.31, 95% CI 1.73−8.87) and AD (SMR 3.86, 95% CI 1.55−7.95). In internal analysis (using MCOD rates), higher neurodegenerative mortality was observed among players in speed positions compared with players in nonspeed positions (SRR 3.29, 95% CI 0.92−11.7).

**Conclusions:** The neurodegenerative mortality of this cohort is 3 times higher than that of the general US population; that for 2 of the major neurodegenerative subcategories, AD and ALS, is 4 times higher. These results are consistent with recent studies that suggest an increased risk of neurodegenerative disease among football players. **_Neurology_**® **2012;79:1970-1974**

## GLOSSARY

**AD** = Alzheimer disease; **ALS** = amyotrophic lateral sclerosis; **CI** = confidence interval; **CTE** = chronic traumatic encephalopathy; **ICD** = International Classification of Diseases; **MCOD** = multiple cause of death; **NDI** = National Death Index; **NFL** = National Football League; **NIOSH** = National Institute for Occupational Safety and Health; **PD** = Parkinson disease; **SMR** = standardized mortality ratio; **SSR** = standardized rate ratio.

In 1994, the National Institute for Occupational Safety and Health (NIOSH) conducted a mortality study of National Football League (NFL) players.[1] One notable result was an increase in "nervous system" deaths due to 4 cases of amyotrophic lateral sclerosis (ALS). Little additional study on neurologic disorders in football players was conducted until several prominent NFL players retired from the game with lingering and unresolved neurologic sequelae from recurrent mild traumatic brain injuries (concussions).[2] Since then multiple studies have raised concerns about the longer-term health effects of recurrent concussions.[3,4] Research based on autopsy data has identified chronic traumatic encephalopathy (CTE) as a pathologically distinct neurodegenerative condition affecting a wide range of individuals, including football players, who have experienced multiple concussions.[5–7] CTE results from the progressive decline in neuron functioning occurring years or

Podcast



CME

From the Centers for Disease Control and Prevention, The National Institute for Occupational Safety and Health, Division of Surveillance, Hazard Evaluations and Field Studies, Cincinnati, OH.

*Study funding:* Supported by the Intramural Research Program of the National Institute for Occupational Safety and Health. The findings and conclusions in this report are those of the authors and do not necessarily represent the views of the National Institute for Occupational Safety and Health. The sponsor reviewed and approved final submission but did not have a role in design and conduct of the study, in the collection, analysis, and interpretation of the data, or in the preparation of the manuscript.

Go to Neurology.org for full disclosures. Disclosures deemed relevant by the authors, if any, are provided at the end of this article.

© 2012 American Academy of Neurology

© 2012 American Academy of Neurology. Unauthorized reproduction of this article is prohibited.

decades after exposure to repetitive concussive injuries and presents clinically as progressive neurologic dysfunction affecting mental status, balance, and movement.[8]

The purpose of this article is to report the results of an analysis of NFL player mortality from neurodegenerative disorders including Alzheimer disease (AD), Parkinson disease (PD), and ALS. It is not possible to directly examine mortality from CTE because the pathologic refinement of the CTE diagnosis has only occurred within the last few years, and CTE is not listed as a cause of death in any revision of the International Classification of Diseases (ICD). As an alternative, because it is now known that neurologic conditions previously attributed to AD, PD, and ALS may actually have been related to CTE,[4,9] an analysis that combined all neurodegenerative causes of death was conducted; this analysis included deaths that may be related to CTE even if not reported as such on death certificates.

**METHODS** Full details of the cohort have been described previously.[1,10] In brief, the cohort includes 3,439 NFL players identified by a pension fund database of vested players with at least 5 credited playing seasons between 1959 and 1988. Vital status was ascertained from pension fund records, the Social Security Administration, and the Internal Revenue Service. Players were matched to the National Death Index (NDI) beginning in 1979 (when the NDI began) with follow-up through 2007. The NDI provided underlying and contributing causes of death, coded to the ICD revision in effect at the time of death. Death certificates were obtained from state vital statistics offices and were coded by a certified nosologist when death information was not provided by the NDI.

Mortality was analyzed using the NIOSH life table analysis system (LTAS.NET).[11] Analyses used US male mortality rates (1960−2007) for 119 cause of death categories.[12] Mortality for 3 neurodegenerative causes of death was evaluated using updated custom rate files.[13] Standardized mortality ratios (SMRs) and 95% confidence intervals (CIs) were adjusted for race, age (in 5-year categories), and calendar year (in 5-year categories). Because AD and PD are more likely to be listed as a contributing cause than as the underlying cause, additional analyses used multiple cause of death (MCOD) rate files to examine all causes listed on the death certificates. Good candidates for MCOD analyses are diseases of long duration, not necessarily fatal, that are serious enough to be noted on the death certificate.[14]

Recent studies suggested that football players who play certain positions are at higher risk of concussion because of the high acceleration, rotational acceleration, and multiple impacts they experience during games.[15,16] Data collected using exposure assessment methods including video analysis, simulation and reconstruction techniques, and helmet-mounted accelerometers suggest that although linemen experience the highest number of head impacts, other positions experience higher acceleration impacts that result in concussions.[16−18] To examine possible neuro-

logic mortality differences from the high acceleration head impacts, we stratified the players into 2 categories based on position played[10] (identified using annual data compiled in commercial publications): speed (quarterback, running back, halfback, fullback, wide receiver, tight end, defensive back, safety, and linebacker) and nonspeed (all defensive and offensive linemen); punters and kickers were excluded from the stratified analysis. LTAS.NET was used to calculate directly standardized rate ratios (SRRs) and 95% CIs for the neurodegenerative causes using the nonspeed players as an internal referent; 95% CIs that excluded unity were considered to be statistically significant.

**Standard protocol approvals, registrations, and patient consents.** The protocol for this study was approved by the NIOSH Institutional Review Board and has been assigned approval number HSRB 06-DSHEFS-04XP.

**RESULTS** Approximately 39% of the cohort is African American, and 62% played speed positions (table 1). African American players comprise almost half (48%) of the speed stratum but only 28% of the nonspeed stratum. There were minimal differences between the strata for all other cohort characteristics. The cohort is relatively young (median age of 57 at date last observed), and only 10% are deceased.

Compared with that of US men, the overall mortality in the cohort was significantly reduced (table 2); however, mortality was significantly elevated for all neurodegenerative causes combined and for the subclassifications of AD (when all causes on death certificates were considered) and ALS. Mortality from PD was elevated but did not reach statistical significance. Overall, results based on all contributing causes were similar to results based on underlying causes with the exception of AD, which was more likely to be listed as a contributing cause rather than the underlying cause on death certificates. Neurodegenerative mortality stratified by speed position considered all death certificate causes (table 3). Compared with those for US men, SMRs for the speed positions were significantly elevated for all neurodegenerative causes combined, AD, and ALS, but not for PD. Neurodegenerative mortality was not elevated for the nonspeed positions. Compared with the nonspeed positions, mortality was nonsignificantly elevated for the speed positions for all neurodegenerative causes combined, AD, and ALS, but not for PD. These results were highly imprecise because of the small numbers.

**DISCUSSION** Although the overall mortality of this cohort is significantly lower than expected (SMR 0.53), the neurodegenerative mortality is 3 times higher than that of the general US population; that for 2 of the major neurodegenerative subcategories, AD and ALS, is 4 times higher. These results are consistent with recent studies that suggest an in-

© 2012 American Academy of Neurology. Unauthorized reproduction of this article is prohibited.

**Table 1**   Characteristics of the National Football League Players Cohort, overall and by position category (1960–2007)[a]

| Characteristic | Overall (n = 3,439) | Speed (n = 2,145) | Nonspeed (n = 1,166) |
|---|---|---|---|
| **Race, n (%)** | | | |
| White | 2,070 (60)[b] | 1,111 (52) | 835 (72) |
| African American | 1,355 (39) | 1,029 (48) | 323 (28) |
| Other | 14 (<1) | 5 (<1) | 8 (1) |
| **Vital status as of December 31, 2007, n (%)** | | | |
| Alive | 3,105 (90) | 1,972 (92) | 1,014 (87) |
| Dead | 334 (10) | 173 (8) | 152 (13) |
| **First credited season** | | | |
| Median (range) | 1973 (1950-1984) | 1974 (1950-1984) | 1972 (1950-1984) |
| <1980, n (%) | 2,685 (78) | 1,654 (77) | 930 (80) |
| ≥1980, n (%) | 754 (22) | 491 (23) | 236 (20) |
| **No. credited seasons (as of 1988/1989 season), median (range)[c]** | 8 (5–25) | 7 (5–21) | 8 (5–20) |
| **Age at death, y, median (range)** | 54 (27–81) | 54 (27–80) | 53 (29–81) |
| **Age at date last observed, alive** | | | |
| Median (range) | 57 (45–88) | 56 (45–82) | 57 (45–83) |
| <50 y, n (%) | 633 (20) | 409 (21) | 203 (20) |
| 50–54 y, n (%) | 738 (24) | 502 (25) | 208 (21) |
| 55–59 y, n (%) | 565 (18) | 338 (17) | 206 (20) |
| 60–69 y, n (%) | 890 (29) | 552 (28) | 300 (30) |
| ≥70 y, n (%) | 279 (9) | 171 (9) | 97 (10) |

[a] Player position was collapsed into 2 strata for analysis purposes: speed positions (fullback, halfback, defensive back, quarterback, wide receiver, running back, linebacker, and tight end) and nonspeed positions (defensive end/lineman/tackle, guard, nose guard, tackle, center, and offensive end/guard/lineman/tackle). Punters and kickers are included in the overall results only.
[b] Percentages may not sum to 100% due to rounding.
[c] Number of credited seasons does not necessarily equal the number of seasons played.

creased risk of neurodegenerative disease among football players.

It is not possible to determine from our study what has caused this increased risk. Research suggests that football players who have experienced one or more concussive blows to the head are at increased risk of neurologic disorders. In retired professional players, one study observed a 5-fold prevalence of mild cognitive disorders and a 3-fold prevalence of significant memory problems for players who experienced 3 or more concussions compared with players with fewer than 3 concussions.[3] Excess neurologic mortality and morbidity has also been reported in players of other sports for which head impacts and concussion are common: soccer, boxing, horse racing, and hockey.[19]

Studies that examined the incidence of concussion in football players found that players in speed positions experienced concussions more commonly than players in nonspeed positions. Speed players are those who are able to build up considerable momentum before the point of being tackled or tackling another player.[15,17,20] Offensive and defensive linemen (nonspeed players)

usually engage other players soon after the football is snapped, thus mitigating the potential to build up momentum before a tackle or a block.[15,16]

Although our study used causes of death from AD, PD, and ALS as reported on death certificates, recent research now suggests that CTE may have been the true primary or secondary factor in some of these deaths. Whereas CTE is a clinically distinct neurologic diagnosis, CTE symptoms are often similar to those found in patients with AD, PD, and ALS.[6,21] In addition, CTE is not listed as a distinct cause of death recognized in current or previous ICD revisions, precluding the calculation of CTE-specific results. To account for possible misclassification, we reported combined results for all neurodegenerative causes.

Our study had several limitations. Our analysis is based on a few neurodegenerative deaths; therefore, the confidence intervals surrounding our SMR and SRR values are relatively broad. The few deaths also limited our ability to stratify players into more than 2 broad position categories; therefore, we were not able to identify potentially important differences in neu-

© 2012 American Academy of Neurology. Unauthorized reproduction of this article is prohibited.

| Table 2 | Overall mortality, selected causes, National Football League Players Cohort (1960−2007) | | | | |
|---|---|---|---|---|---|
| | **Underlying**[a] | | | **Contributing**[b] | |
| **Cause of death** | **No.** | **SMR (95% CI)** | | **No.** | **SMR (95% CI)** |
| **All deaths** | 334 | 0.53 (0.48–0.59) | | 782 | 0.54 (0.51–0.58) |
| **All cancers** | 85 | 0.58 (0.46–0.72) | | 122 | 0.63 (0.53–0.76) |
| **All cardiovascular diseases** | 126 | 0.68 (0.56–0.81) | | 340 | 0.71 (0.64–0.79) |
| **All neurodegenerative causes** | 10 | 2.83 (1.36–5.21) | | 17 | 3.26 (1.90–5.22) |
| **Dementia/Alzheimer disease**[c] | 2 | 1.80 (0.22–6.50) | | 7 | 3.86 (1.55–7.95) |
| **Amyotrophic lateral sclerosis**[d] | 6 | 4.04 (1.48–8.79) | | 7 | 4.31 (1.73–8.87) |
| **Parkinson disease**[e] | 2 | 2.14 (0.26–7.75) | | 3 | 1.69 (0.35–4.94) |
| **All injuries** | 41 | 0.63 (0.45–0.86) | | 57 | 0.69 (0.52–0.89) |
| **Violence** | 13 | 0.27 (0.14–0.46) | | 13 | 0.26 (0.14–0.45) |
| **All other causes** | 59 | 0.34 (0.26–0.43) | | 233 | 0.37 (0.33–0.42) |

Abbreviations: CI = confidence interval; ICD = International Classification of Diseases; SMR = standardized mortality ratio (US referent rates).

[a] Underlying indicates the number of deaths for which the cause was selected as the underlying cause of death on the death certificate.

[b] Contributing indicates the number of times the cause appeared on the death certificate (i.e., underlying and contributing).

[c] ICD-7 codes 304−305, ICD-8 codes 290.0−290.1, ICD-9 codes 290.0−290.3 and 331.0, and ICD-10 code G30; includes senile and presenile dementia but excludes cerebrovascular dementia because it is probably due to underlying cerebral vascular disease.

[d] ICD-7 code 356.1, ICD-8 code 348.0, ICD-9 code 335.2, and ICD-10 code G12.2.

[e] ICD-7 code 350, ICD-8 code 342, ICD-9 code 332, and ICD-10 codes G20−G21.

rodegenerative mortality risk across the various positions included within the speed position group.

Because our cohort was limited to longer-term professional players, our findings may not be applicable to other professional or nonprofessional football players. However, recent autopsy studies have reported pathologic findings of CTE in college-age and professional football players with relatively short playing careers.[22] We did not have data on player injuries or concussions. If chronic mild to moderate concussion is an actual risk factor for neurodegenerative mortality, the magnitude of the risk may depend on the intensity and frequency of brain injuries incurred over a number of years. A few studies have attempted to measure these injuries for a limited number of players over a limited period of time but such measurements have proven to be difficult and underreporting is a problem.[23,24] Finally, we did not have information on environmental, genetic, or other risk factors for neurologic disorders.

Although the results of our study do not establish a cause-effect relationship between football-related concussion and death from neurodegenerative disorders, they do provide additional support for the find-

| Table 3 | Mortality for neurodegenerative causes of death (considering all causes of death reported on the death certificate) stratified by position category, National Football League Players Cohort (1960−2007) | | | | |
|---|---|---|---|---|---|
| | **Nonspeed**[a] | | **Speed** | | |
| **Cause of death** | **No.**[b] | **SMR (95% CI)** | **No.** | **SMR (95% CI)** | **Speed vs nonspeed: SRR (95% CI)** |
| **All neurodegenerative causes** | 3 | 1.58 (0.33–4.61) | 14 | 4.74 (2.59–7.95) | 3.29 (0.92–11.7) |
| **Dementia/Alzheimer disease**[c] | 1 | 1.51 (0.04–8.41) | 6 | 6.02 (2.21–13.1) | 5.96 (0.72–49.6) |
| **Amyotrophic lateral sclerosis** | 1 | 1.71 (0.04–9.50) | 6 | 6.24 (2.29–13.6) | 3.88 (0.47–32.2) |
| **Parkinson disease** | 1 | 1.53 (0.04–8.53) | 2 | 2.01 (0.24–7.25) | 1.19 (0.11–13.2) |

Abbreviations: CI = confidence interval; SMR = standardized mortality ratio (US multiple cause of death referent rates); SRR = directly standardized rate ratio (internal analysis).

[a] Punters and kickers were excluded, and remaining player positions were collapsed into 2 strata for analysis purposes: speed positions (fullback, halfback, defensive back, quarterback, wide receiver, running back, linebacker, and tight end) and nonspeed positions (defensive and offensive linemen).

[b] Number indicates the number of times the cause appeared on the death certificate (i.e., underlying and contributing causes).

[c] Includes senile and presenile dementia but excludes cerebrovascular dementia.

© 2012 American Academy of Neurology. Unauthorized reproduction of this article is prohibited.

ing that professional football players are at an increased risk of death from neurodegenerative causes. Additional studies to quantify the cumulative effects of brain injuries, in particular the relative effects of concussive-level injuries, will be of particular importance in understanding the underlying disease mechanisms.

## AUTHOR CONTRIBUTIONS

Study concept and design: E.J. Lehman, M.J. Hein. Acquisition of data: S.L. Baron, C.M. Gersic. Study coordination: C.M. Gersic. Analysis and interpretation of data: E.J. Lehman, M.J. Hein, S.L. Baron. Drafting/ revising manuscript: E.J. Lehman, M.J. Hein, S.L. Baron, C.M. Gersic. Critical revision of the manuscript for important intellectual content: E.J. Lehman, M.J. Hein, S.L. Baron. Statistical analysis: E.J. Lehman, M.J. Hein. Obtain funding: E.J. Lehman. Administrative, technical, or material support: E.J. Lehman, C.M. Gersic. Study supervision: E.J. Lehman, S.L. Baron.

## ACKNOWLEDGMENT

The authors thank Pi-hsueh Chen, MS (NIOSH), for programming support and Charles Mueller, MS (NIOSH), for previous statistical analysis for the study cohort. No additional compensation was provided beyond usual salary for their contributions. We also thank Kyle Steenland, PhD (Emory University), Richard G. Ellenbogen, MD (University of Washington), and Steven P. Broglio, PhD (University of Michigan) for their reviews and comments on the draft manuscript. They were not compensated for these activities.

## DISCLOSURE

The authors report no disclosures relevant to the manuscript. **Go to Neurology.org for full disclosures.**

*Received April 24, 2012. Accepted in final form July 9, 2012.*

## REFERENCES

1.  Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health (NIOSH). National Football League players mortality study. Cincinnati, OH: NIOSH; 1994. Health Hazard Evaluation 88-085.
2.  Pellman EJ. Background on the National Football League's research on concussion in professional football. Neurosurgery 2003;53:797–798.
3.  Guskiewicz KM, Marshall SW, Bailes J, et al. Association between recurrent concussion and late-life cognitive impairment in retired professional football players. Neurosurgery 2005;57:719–724; discussion 725–726.
4.  Gavett BE, Stern RA, Cantu RC, Nowinski CJ, McKee AC. Mild traumatic brain injury: a risk factor for neurodegeneration. Alzheimers Res Ther 2010;2:18.
5.  Pupillo E, Messina P, Logroscino G, et al. Trauma and amyotrophic lateral sclerosis: a case-control study from a population-based registry. Eur J Neurol Epub 2012 Apr 27.
6.  McKee AC, Cantu RC, Nowinski CJ, et al. Chronic traumatic encephalopathy in athletes: progressive tauopathy after repetitive head injury. J Neuropathol Exp Neurol 2009; 68:709–735.
7.  Omalu BI, Hamilton RL, Kamboh MI, DeKosky ST, Bailes J. Chronic traumatic encephalopathy (CTE) in a National Football League player: case report and emerging medicolegal practice questions. J Forensic Nurs 2010;6: 40–46.
8.  Gavett BE, Cantu RC, Shenton M, et al. Clinical appraisal of chronic traumatic encephalopathy: current perspectives and future directions. Curr Opin Neurol 2011;24:525–531.
9.  Stern RA, Riley DO, Daneshvar DH, et al. Long-term consequences of repetitive brain trauma: chronic traumatic encephalopathy. Phys Med Rehab 2011;3:S460–S467.
10. Baron SL, Hein MJ, Lehman E, Gersic CM. Body mass index, playing position, race and the cardiovascular mortality of retired professional football players. Am J Cardiol 2012;109:889–896.
11. Schubauer-Berigan MK, Hein MJ, Raudabaugh WM, et al. Update of the NIOSH Life Table Analysis System: a person-years analysis program for the Windows computing environment. Am J Ind Med 2011;54:915–924.
12. Robinson CF, Schnorr TM, Cassinelli RT, et al. Tenth revision U.S. mortality rates for use with the NIOSH Life Table Analysis System. J Occup Environ Med 2006;48: 662–667.
13. Steenland K, Hein MJ, Cassinelli RT, et al. Polychlorinated biphenyls and neurodegenerative disease mortality in an occupational cohort. Epidemiology 2006;17:8–13.
14. Steenland K, Nowlin S, Ryan B, Adams S. Use of multiple-cause mortality data in epidemiologic analyses: US rate and proportion files developed by the National Institute for Occupational Safety and Health and the National Cancer Institute. Am J Epidemiol 1992;136:855–862.
15. Pellman EJ, Powell JW, Viano DC, et al. Concussion in professional football: epidemiological features of game injuries and review of the literature: part 3. Neurosurgery 2004;54:81–94; discussion 94–96.
16. Broglio SP, Surma T, Ashton-Miller JA. High school and collegiate football athlete concussions: a biomechanical review. Ann Biomed Eng 2012;40:37–46.
17. Broglio SP, Sosnoff JJ, Shin S, He X, Alcaraz C, Zimmerman J. Head impacts during high school football: a biomechanical assessment. J Athl Train 2009;44:342–349.
18. Funk JR, Rowson S, Daniel RW, Duma SM. Validation of concussion risk curves for collegiate football players derived from HITS data. Ann Biomed Eng 2012;40:79–89.
19. Gavett BE, Stern RA, McKee AC. Chronic traumatic encephalopathy: a potential late effect of sport-related concussive and subconcussive head trauma. Clin Sports Med 2011;30:179–188.
20. Gessel LM, Fields SK, Collins CL, Dick RW, Comstock RD. Concussions among United States high school and collegiate athletes. J Athl Train 2007;42:495–503.
21. McKee AC, Gavett BE, Stern RA, et al. TDP-43 proteinopathy and motor neuron disease in chronic traumatic encephalopathy. J Neuropathol Exp Neurol 2010;69: 918–929.
22. Omalu B, Bailes J, Hamilton RL, et al. Emerging histomorphologic phenotypes of chronic traumatic encephalopathy in American athletes. Neurosurgery 2011;69: 173–183, discussion 183.
23. Guskiewicz KM, Weaver NL, Padua DA, Garrett WE. Epidemiology of concussion in collegiate and high school football players. Am J Sports Med 2000;28:643–650.
24. McCrea M, Hammeke T, Olsen G, Leo P, Guskiewicz K. Unreported concussion in high school football players: implications for prevention. Clin J Sport Med 2004;14:13–17.

© 2012 American Academy of Neurology. Unauthorized reproduction of this article is prohibited.

**Neurodegenerative causes of death among retired National Football League players**

Everett J. Lehman, Misty J. Hein, Sherry L. Baron, et al.

*Neurology* 2012;79;1970; Published online before print September 5, 2012;
DOI 10.1212/WNL.0b013e31826daf50

**This information is current as of November 11, 2012**

| | |
|---|---|
| **Updated Information & Services** | including high resolution figures, can be found at:<br>http://www.neurology.org/content/79/19/1970.full.html |
| **Supplementary Material** | Supplementary material can be found at:<br>http://www.neurology.org/content/suppl/2012/11/01/WNL.0b013e31826daf50.DC1.html |
| **References** | This article cites 22 articles, 2 of which can be accessed free at:<br>http://www.neurology.org/content/79/19/1970.full.html#ref-list-1 |
| **Subspecialty Collections** | This article, along with others on similar topics, appears in the following collection(s):<br>**Alzheimer's disease**<br>http://www.neurology.org/cgi/collection/alzheimers_disease<br>**Amyotrophic lateral sclerosis**<br>http://www.neurology.org/cgi/collection/amyotrophic_lateral_sclerosis_<br>**Brain trauma**<br>http://www.neurology.org/cgi/collection/brain_trauma<br>**Cohort studies**<br>http://www.neurology.org/cgi/collection/cohort_studies<br>**Parkinson's disease/Parkinsonism**<br>http://www.neurology.org/cgi/collection/parkinsons_disease_parkinsonism |
| **Permissions & Licensing** | Information about reproducing this article in parts (figures, tables) or in its entirety can be found online at:<br>http://www.neurology.org/misc/about.xhtml#permissions |
| **Reprints** | Information about ordering reprints can be found online:<br>http://www.neurology.org/misc/addir.xhtml#reprintsus |



# EXHIBIT 19



*The New York Times*

# Brain Trauma Extends Reach Into Soccer

### Researchers Find Bellini, Star for Brazil, Had Brain Disease C.T.E.

By SAM BORDEN   SEPT. 23, 2014

Bellini, a Brazilian soccer star who led the team that won the 1958 World Cup and was honored with a statue outside the Estádio do Maracanã in Rio de Janeiro, had a degenerative brain disease linked to dozens of boxers and American football players when he died in March at age 83.

At the time, his death was attributed to complications related to Alzheimer's disease. But researchers now say he had an advanced case of chronic traumatic encephalopathy, or C.T.E., which is caused by repeated blows to the head and has symptoms similar to those of Alzheimer's.

C.T.E. can be diagnosed only posthumously, and few brains of former soccer players have been examined. Bellini is the second known case, according to Dr. Ann McKee, a neuropathologist at Boston University and the Veterans Affairs Medical Center in Bedford, Mass., who assisted in examining Bellini's brain. McKee was also involved this year when researchers found C.T.E. in the brain of a 29-year-old man from New Mexico who had played soccer semiprofessionally.

McKee said in an interview that she was aware of a third former soccer player who had C.T.E. but that she was not yet authorized to publicly identify the person.

As C.T.E. began to gain widespread attention about six years ago, it was often thought of as an American problem. Many of the early cases of the disease, for which there is no known cure, were connected to boxers and

American football players.

But more recently, evidence has mounted to indicate that those at risk for developing C.T.E. include soccer players. McKee said that although it was too early to say whether heading of balls was a cause of C.T.E. in soccer, it was becoming apparent that players were at risk of long-term brain trauma.

"I think there's been a perception that the nonhelmeted sports are somehow less likely or less prone to these kinds of diseases," she said. "There was also a time when people said C.T.E. was only an American problem. I think we are learning that, in both cases, those things aren't true, and this is a problem that is going to be seen around the world."

Dr. Lea T. Grinberg, a neuropathologist specializing in brain aging who has been affiliated with the University of São Paulo and is an assistant professor at the University of California, San Francisco, led the study of Bellini's brain and presented her analysis recently at the International Congress of Neuropathology in Brazil.

In her remarks, Grinberg raised concerns about risks in soccer, including those that come with heading the ball.

"The Brazilian almost learns to walk and play football at the same time, so you need to learn more about it," Grinberg said, according to a report in the newspaper O Globo. "Do we need to concern ourselves with weekend recreational players? And do children, who have a more fragile neck, have more risk? We do not have those answers yet."

McKee noted that while outward symptoms of C.T.E. are similar to those of Alzheimer's, the initial diagnosis of Alzheimer's in Bellini was incorrect; a brain exam showed no evidence of Alzheimer's. Rather, Bellini had what McKee described as Grade 4 C.T.E., the most severe level of injury.

In Bellini's case, there were multiple symptoms. A halfback who was Brazil's captain when it won its first World Cup in 1958, Bellini first began to struggle with memory loss nearly 20 years ago, his wife, Giselda, told O Globo, recalling an instance when he failed to bring home items from a shopping list. The problems worsened, she said, in 2006.

  Once, she told the paper, Bellini hired a taxi and asked the driver to take him to the home base of a São Paulo soccer team he had played for decades earlier, because he believed he needed to go to training.

  McKee said she had been told that Bellini was not known to have sustained any nonsoccer head injuries in his life.

A version of this article appears in print on September 24, 2014, on page B11 of the New York edition with the headline: Brain Trauma Extends Reach Into Soccer.

---

© 2014 The New York Times Company

EXHIBIT 20

Case 2:12-md-02323-AB   Document 6201-6   Filed 10/06/14   Page 31 of 99

# Forbes

http://onforb.es/MXgimS



MoneyBuilder

*We help you make sense of your finances.*

Opinions expressed by Forbes Contributors are their own.

PERSONAL FINANCE   7/27/2011 @ 6:50PM | 21,021 views

# How Many Times Will You Crash Your Car?



Des Toups , Contributor

Comment Now

*This post provided by* <u>CarInsurance.com</u>

If you haven't been in a car accident, consider yourself lucky. Or overdue.

By <u>car insurance</u> industry estimates, you will file a claim for a collision about once every 17.9 years. That's if you're an average driver, which, whether you're willing to admit it or not, you likely are.


Forbes Images
*Click for full photo gallery: 10 Used Cars to Avoid*

So if you got your license at age 16, the odds are quite good that you'll experience some kind of crash by the time you're 34, at the latest. Over the course of a typical long, driving lifetime, you should have a total of three to four accidents.

Chances are these crashes won't be deadly. There are about 10 million accidents of all kinds each year, from parking lot scrapes to multi-car pileups, according to the National Safety Council; in 2009, just three of every 1,000 of those accidents involved fatalities.

But these crashes most likely will be costly. More than 2 million people are injured in crashes every year. In 2010, the average claim for injuries to cover both the insured driver and others involved in the crash had risen to $23,450, thanks in large part to soaring medical costs, according to the Insurance Research Council, a nonprofit research group. (See "<u>The safest ways to get 40 mpg</u>.")

## Accidents on the installment plan

Case 2:12-md-02323-AB Document 6201-6 Filed 10/06/14 Page 32 of 99

Which brings us to why this little-known number is so critical. (We got the accident-every-18-years statistic from the Property Casualty Insurers Association of America, a trade association that analyzes insurance data.)

Insurance companies may sell protection — and one night of TV advertisements suggests that they do a pretty good job on this front — but they're in the game to make a profit. And they don't make a profit by paying for your accidents. They do so by getting *you* to pay for your accidents — in advance.

"You're paying a smaller portion over a longer period of time," explains Dee Dee Mays, an actuary with Perr&Knight, an insurance consultancy. "It's kind of a way to spread your risk."

How to price your insurance rates low enough to lure you from a competitor, but high enough to make a profit on your future accidents, involves elaborate risk assessments that constitute the secret sauce of the insurance business.

Computer data can now create thousands of driver-profile combinations. But all can be boiled down to the need to determine two things:

- How many accidents will occur? Or, put another way, how likely is each driver in each car to have an accident? And,

- How much will each accident cost?

## You're already a statistic

How often you're considered due for that next accident depends a little, too, on your insurer. A company that insures large numbers of young drivers – who are far more likely to have accidents — will likely budget for a shorter gap between crashes. State Farm, the country's largest auto insurance company, has customers with slightly lower-than-average accident rates.

"If we just take collisions, the average State Farm policy holder has a collision claim once every 19 years," says State Farm spokesman Dick Luedke.

But odds are made to be beaten, right?

Many factors are beyond a driver's immediate control. Clearly you can't alter road conditions or medical costs, at least by the time your insurance bill is due. That, in the insurance game, makes you a firm stat: a driver paying for the accident he's expected to have every 17.9 years.

But there are some ways you can move the needle, ways that will both change your lifetime-accident rate and lower your insurance premium.

Case 2:12-md-02323-AB Document 6201-6 Filed 10/06/14 Page 33 of 99

Assuming that, at least today, you can't change your age, your driving history, or what kind of car you drive, here are some behaviors you can incorporate to lower your accident risk and, in the end, your insurance rates.

**Don't drive impaired.** No single factor is more likely to cause an accident than a driver impaired by alcohol or other drugs. One-third of fatal accidents in this country are attributed to drunken drivers alone.

**Don't drive during the vampire hour.** The deadliest three-hour periods on American roadways are between midnight and 3 a.m. on Saturdays and Sundays, according to the National Highway Traffic Safety Administration (NHTSA). Of those fatal crashes, 66% involve alcohol-impaired driving.

**Keep your eyes on the road.** NHTSA data show that 995 of the 30,797 fatal crashes in 2009 involved drivers using cell phones. Nearly, 5,500 traffic deaths involved a driver distracted by something inside the car, including technology, according to the U.S. Department of Transportation

**Don't speed.** Nearly one-third of all fatal accidents are attributed to speeding or driving too fast for conditions. Speeding is the single greatest contributor to accidents other than impaired driving. Insurance companies love such proven risk factors when assessing rates. Anyone who's seen their premiums skyrocket after getting a ticket knows this well.

**Avoid congestion.** Less than a quarter of both injury crashes and non-injury crashes in 2009 occurred on roadways with a posted speed limit of 55 mph or higher. Fewer intersections apparently make for fewer crashes. Be careful, though: When accidents do occur on these highways, they are more likely to be deadly, accounting for nearly half of all traffic fatalities.

---

This article is available online at: http://onforb.es/MXgimS

2014 Forbes.com LLC™   All Rights Reserved

EXHIBIT 21



# Neurology®

## Traumatic brain injury may be an independent risk factor for stroke

James F. Burke, Jessica L. Stulc, Lesli E. Skolarus, et al.
*Neurology* published online June 26, 2013
DOI 10.1212/WNL.0b013e318297eecf

**This information is current as of June 26, 2013**

The online version of this article, along with updated information and services, is
located on the World Wide Web at:
http://www.neurology.org/content/early/2013/06/26/WNL.0b013e318297eecf.full.html

*Neurology* ® is the official journal of the American Academy of Neurology. Published continuously
since 1951, it is now a weekly with 48 issues per year. Copyright © 2013 American Academy of
Neurology. All rights reserved. Print ISSN: 0028-3878. Online ISSN: 1526-632X.



AMERICAN ACADEMY OF
NEUROLOGY®

Published Ahead of Print on June 26, 2013 as 10.1212/WNL.0b013e318297eecf

# Traumatic brain injury may be an independent risk factor for stroke

James F. Burke, MD, MS

Jessica L. Stulc, MD, MPH

Lesli E. Skolarus, MD, MS

Erika D. Sears, MD, MS

Darin B. Zahuranec, MD, MS

Lewis B. Morgenstern, MD

Correspondence to
Dr. Burke:
jamesbur@umich.edu

## ABSTRACT

**Objective:** To explore whether traumatic brain injury (TBI) may be a risk factor for subsequent ischemic stroke.

**Methods:** Patients with any emergency department visit or hospitalization for TBI (exposed group) or non-TBI trauma (control) based on statewide emergency department and inpatient databases in California from 2005 to 2009 were included in a retrospective cohort. TBI was defined using the Centers for Disease Control definition. Our primary outcome was subsequent hospitalization for acute ischemic stroke. The association between TBI and stroke was estimated using Cox proportional hazards modeling adjusting for demographics, vascular risk factors, comorbidities, trauma severity, and trauma mechanism.

**Results:** The cohort included a total of 1,173,353 trauma subjects, 436,630 (37%) with TBI. The patients with TBI were slightly younger than the controls (mean age 49.2 vs 50.3 years), less likely to be female (46.8% vs 49.3%), and had a higher mean injury severity score (4.6 vs 4.1). Subsequent stroke was identified in 1.1% of the TBI group and 0.9% of the control group over a median follow-up period of 28 months (interquartile range 14–44). After adjustment, TBI was independently associated with subsequent ischemic stroke (hazard ratio 1.31, 95% confidence interval 1.25–1.36).

**Conclusions:** In this large cohort, TBI is associated with ischemic stroke, independent of other major predictors. *Neurology*® 2013;81:1–7

## GLOSSARY

**CI** = confidence interval; **ED** = emergency department; **HCUP** = Healthcare Cost and Utilization Project; **HR** = hazard ratio; **ICD-9-CM** = *International Classification of Diseases, ninth revision, Clinical Modification;* **OR** = odds ratio; **SEDD** = State Emergency Department Databases; **SID** = State Inpatient Databases; **TBI** = traumatic brain injury.

Ischemic stroke and traumatic brain injury (TBI) are common,[1,2] costly,[3,4] and leading causes of severe disability in adults.[1,5] In particular, both stroke and TBI are responsible for substantial disability in working-age adults—approximately 20% of strokes[6] and more than 40% of TBI[7] occur in adults younger than 65 years.

In the recent past, no specific stroke mechanism was identified for many strokes in the young.[8] Although the proportion of unexplained stroke may be decreasing based on more recent data,[9] a large proportion of stroke risk is unexplained by the frequently used stroke prediction models.[10] Identifying novel risk factors has the potential to improve stroke prevention and outcomes. TBI is a potential unrecognized stroke risk factor as trauma to the head and neck may increase stroke risk through vascular dissection,[11] microvascular injury, or abnormal coagulation.[12]

A recent observational study in Taiwan based on administrative data[13] suggested an association between TBI and all stroke types. However, the association was strongest for known components of TBI (subarachnoid and intracerebral hemorrhage), and a large proportion of stroke risk occurred in the first month. Therefore, it is possible that some events classified as incident stroke were merely sequelae of the TBI and that the magnitude of the observed association may have been overstated.

From the Department of Veterans Affairs (J.F.B.), VA Center for Clinical Management and Research, Ann Arbor VA Healthcare System; Department of Neurology (J.L.S.), Stroke Program (J.F.B., L.E.S., D.B.Z., L.B.M.), and Section of Plastic Surgery, Department of Surgery (E.D.S.), University of Michigan; and Department of Epidemiology (L.B.M.), University of Michigan School of Public Health, Ann Arbor, MI.

Go to Neurology.org for full disclosures. Funding information and disclosures deemed relevant by the authors, if any, are provided at the end of the article.

© 2013 American Academy of Neurology. Unauthorized reproduction of this article is prohibited.

In the current study, we explored whether the findings in the Taiwanese study extend to a representative region in the United States while limiting to cases of ischemic stroke and accounting for additional confounders. In secondary analyses, we explored whether the TBI-stroke relationship differed by severity of trauma, subtype of TBI, and when excluding early recurrent stroke.

**METHODS** This retrospective cohort study was based on emergency department (ED) visits and inpatient discharges for the state of California from 2005 to 2009 from the State Inpatient Databases (SID),[14] State Emergency Department Databases (SEDD),[15] Healthcare Cost and Utilization Project (HCUP), and Agency for Healthcare Research and Quality. SID and SEDD capture all inpatient discharges and all ED visits that do not result in admission, respectively, within a given year. California was selected for this analysis because of its large population and because it allows for linkage of SEDD and SID records over multiple years using HCUP revisit files.[16] We compared TBI patients with non-TBI trauma patients (controls) while accounting for a variety of other variables that may confound the association between TBI and ischemic stroke.

**Standard protocol approvals, registrations, and patient consents.** The study protocol, which does not rely on human subjects, was deemed not regulated by the University of Michigan Institutional Review Board because it relied on private coded information that cannot be linked to specific individuals by the investigators.

**Patient selection.** Adults 18 years or older were entered into our cohort if they survived their initial admission (SID) or an ED visit (SEDD) for TBI or trauma at any time from 2005 to 2009. TBI was defined using the Centers for Disease Control and Prevention criteria: *ICD-9-CM* 800.0–801.9, 803.0–804.9, 850.0–854.1, or 959.01 in any discharge diagnosis field.[17,18] Our TBI definition was designed to maximize differentiation of TBI and non-TBI trauma. Trauma is inherently a multisystem process, so limiting our diagnosis to only a subset of TBI claims (e.g., principal diagnoses only) would risk misclassifying patients with new TBI as non-TBI trauma. The non-TBI trauma group was composed of patients who had a fracture, excluding fractures of the head and neck: *ICD-9-CM* 807.0–807.9, 812–819.9, 822–822.9, or 823–827.9 in any position on the discharge record. If a patient had both TBI and non-TBI trauma codes or separate visits with both TBI and non-TBI trauma, they were classified as TBI. Individuals with a visit (ED or inpatient) with stroke (*ICD-9-CM* 433.x1, 434.x1, 436)[19] for TBI or trauma were excluded from the cohort. Similarly, if a patient had multiple TBI or non-TBI trauma visits, they were entered into the cohort with their first visit. In addition, given the known role of arterial dissection as a mediator of ischemic stroke risk in trauma patients, we excluded all carotid (*ICD-9-CM* 433.21) or vertebral (433.24) dissection at the index visit (n = 66).

**Outcome.** Our primary outcome was any hospitalization with a discharge diagnosis of ischemic stroke: *ICD-9-CM* 433.x1, 434.x1, and 436 from 2005 to 2009.[19] This combination of diagnosis codes has been previously validated relative to medical record review and found to have a positive predictive value of 90% and sensitivity of 86%.[20] ED visits that did not result in admission for ischemic stroke were not included in the primary outcome because of concerns about the accuracy of coding.

**Covariates.** Our primary analysis adjusted for known and possible stroke predictors including demographics, vascular risk factors, comorbidities, trauma severity, and trauma mechanism. Age was divided into quartiles because of the known nonlinear relationship between age and stroke.[1] Vascular risk factors were defined using the HCUP single-level clinical classification system.[21] Comorbidities were defined based on diagnosis codes listed on the discharge record using the modified Charlson definition, and all Charlson comorbidities were included in our model.[22] Trauma severity was estimated with the Abbreviated Injury Scale (ICD/AIS)[23] using the software package ICDMAP-90[24]—a validated algorithm for assigning trauma severity using *ICD-9* codes.[25] Mechanism of trauma was accounted for by including major external cause of injury group codes (E codes), which describe the intent, mechanism, and circumstances of injuries independently of the anatomical location of an injury.[26,27]

**Primary analysis.** Demographics and baseline characteristics of the TBI and the non-TBI groups were summarized using descriptive statistics. Subsequent stroke was compared by TBI status with Kaplan-Meier estimates and the log-rank test. We were unable to determine whether a patient died outside the context of a hospitalization and thus cases were not censored at death. Cumulative hazard of stroke was estimated at different time intervals using the Nelson-Aalen method and the differences in cumulative hazard were calculated. Confidence intervals (CIs) of the differences were estimated using bootstrapping.

Our primary adjusted analysis relied on Cox proportional hazards modeling.[28] We examined the association of TBI and stroke after adjusting for demographics, payer, vascular risk factors (hypertension, hyperlipidemia, diabetes, atrial fibrillation), all Charlson comorbidities, trauma severity, whether a patient had multiple visits for trauma/TBI, and trauma mechanism, while accounting for clustering at the hospital level. To explore how covariate groups (demographics, comorbidities, vascular risk factors, trauma severity, trauma mechanism) affected the TBI–ischemic stroke association, we also developed models in which covariate groups were added serially. Given the increased incidence of epilepsy in patients with TBI[29] and the potential for misdiagnosing seizure as stroke,[30] we included a covariate that represented whether a patient had any ED visit or admission for epilepsy (*ICD-9-CM* 345.x) or convulsions (780.3x).[31] The proportional hazards assumption central to Cox modeling was tested by visually inspecting plots of the cumulative hazards function and plots of Schoenfeld residuals and no violations of the proportional hazards assumption were found.[32]

**Secondary analyses.** We performed a series of post hoc secondary analyses to assess the robustness of the association between TBI and ischemic stroke that either added covariates to our primary analysis or stratified our primary analysis on covariates of interest. First, to determine whether there was a relationship between specific TBI types and ischemic stroke, we analyzed the risk of ischemic stroke for TBI subtypes identifiable by *ICD-9-CM* codes: skull fracture (800–801.9, 803–804.9), concussion (850–850.9), cerebral laceration/intracranial hemorrhage (851–853.9), other intracranial injury (854–854.9), and unspecified TBI (959.01).[33] Second, to assess whether the TBI–ischemic stroke association may differ depending on overall trauma severity, we repeated our primary analysis stratified over injury severity tertiles. In addition, to assess for possible missed early stroke diagnosis (i.e., stroke present at initial trauma/TBI presentation and not diagnosed at that time), we repeated our primary analysis excluding all ischemic stroke hospitalizations that occurred within 7, 30, or 60 days of trauma. Next, to characterize the relative temporal association between TBI and stroke, we repeated our

© 2013 American Academy of Neurology. Unauthorized reproduction of this article is prohibited.

| Table 1 | Baseline patient characteristics | |
| --- | --- | --- |
| | No TBI (n = 736,723) | TBI (n = 436,630) |
| **Demographics** | | |
| Age, y, mean (SD) | 50.3 (20.1) | 49.2 (22.4) |
| Female, n (%) | 363,210 (49.3) | 204,298 (46.8) |
| **Race/ethnicity, n (%)** | | |
| White | 426,587 (57.9) | 251,095 (57.5) |
| African American | 43,418 (5.9) | 31,003 (7.1) |
| Hispanic | 136,908 (18.6) | 80,753 (18.5) |
| Asian | 24,879 (3.4) | 22,111 (5.1) |
| Other | 104,931 (14.3) | 51,668 (11.8) |
| **Insurance, n (%)** | | |
| Medicare | 190,409 (25.9) | 120,571 (27.6) |
| Medicaid | 72,680 (9.9) | 43,502 (10.0) |
| Private | 287,086 (39.0) | 150,909 (34.6) |
| Self-pay | 107,268 (14.6) | 73,755 (16.9) |
| Other/missing | 79,280 (10.8) | 47,893 (11.0) |
| **Vascular risk factors, n (%)** | | |
| Hypertension | 125,752 (17.1) | 75,438 (17.3) |
| Hyperlipidemia | 41,206 (5.6) | 20,873 (4.8) |
| Diabetes | 59,141 (8.0) | 31,897 (7.3) |
| Coronary artery disease | 24,930 (3.4) | 16,573 (3.8) |
| Peripheral vascular disease | 6,151 (0.8) | 3,045 (0.7) |
| Atrial fibrillation | 14,702 (2.0) | 12,359 (2.8) |
| **Comorbidities,[a] n (%)** | | |
| Congestive heart failure | 15,505 (2.1) | 9,133 (2.1) |
| Dementia | 5,061 (0.7) | 5,504 (1.3) |
| Chronic obstructive pulmonary disease | 34,775 (4.7) | 17,129 (3.9) |
| Rheumatologic disease | 4,915 (0.7) | 2,092 (0.5) |
| Peptic ulcer disease | 1,473 (0.2) | 724 (0.2) |
| Mild liver disease | 5,618 (0.8) | 3,760 (0.9) |
| Renal disease | 13,538 (1.8) | 7,386 (1.7) |
| Cancer | 5,064 (0.7) | 3,385 (0.8) |
| Severe liver disease | 849 (0.1) | 627 (0.1) |
| Metastases | 1,617 (0.2) | 1,154 (0.3) |
| HIV/AIDS | 490 (0.1) | 330 (0.1) |
| Epilepsy[b] | 7,997 (1.1) | 14,798 (3.4) |
| History of multiple trauma/TBI[c] | 103,090 (14.0) | 69,863 (16.0) |
| **Admission characteristics** | | |
| Admitted, n (%) | 167,406 (22.7) | 80,264 (18.4) |
| Injury severity,[d] mean (SD) | 4.1 (3.6) | 4.6 (10.1) |

Abbreviation: TBI = traumatic brain injury.
[a] Defined using the modified Charlson definitions.
[b] Defined as *ICD-9-CM* 345.x or 780.3x.
[c] Defined as positive if a patient had multiple prior admissions or emergency department visits for trauma during the cohort.
[d] Assessed using the Abbreviated Injury Scale (ICD/AIS).

primary analysis by including only strokes that occurred in the first year after the index event and then again by excluding all strokes that occurred within the first year. We also explored the role of age on the TBI-stroke association by stratifying our analysis at age 50 years. In addition, to assess for alcohol and drug abuse/dependency as possible mediators of the relationship between TBI and ischemic stroke, we repeated our primary analysis adjusting for any alcohol/drug abuse diagnoses (*ICD-9-CM* 291–292.9, 303–304.9). Finally, to assess for the role of other potential stroke risk factors (e.g., vasculitis) and risk factors that are suboptimally measured (e.g., smoking[34]), we repeated our primary analysis and estimated the stroke-TBI association after adjusting for the following: hypercoagulable disorders, prior venous thromboembolism, obesity, vasculitis, arrhythmias other than atrial fibrillation, valvular disease, patent foramen ovale, and smoking.

**RESULTS** The study cohort included 1,173,353 total trauma subjects, 436,630 (37%) with TBI. The median duration of follow-up was 28 months (interquartile range 14–44), with a total of 11,229 (1%) ischemic strokes identified during this timeframe—1.1% in the TBI group and 0.9% in the non-TBI trauma group. The patients with TBI were slightly younger than controls (mean age 49.2 vs 50.3 years), less likely to be female (46.8% vs 49.3%), and had a higher mean injury severity score (4.6 vs 4.1). Further details of the study population are summarized in table 1.

**Association between TBI and ischemic stroke hospitalization.** Kaplan-Meier survival curves for survival free from ischemic stroke after TBI and non-TBI trauma are illustrated in the figure. The TBI group was more likely to be hospitalized for ischemic stroke than the non-TBI trauma group (log-rank test, *p* < 0.01). The difference between the unadjusted Nelson-Aaler cumulative hazard function in the TBI group compared with the non-TBI trauma group was 0.07% (0.06%–0.09%) at 90 days and 0.21% (0.18%–0.24%) at 2 years.

After adjustment for all covariates (table 2), TBI was associated with ischemic stroke hospitalization (hazard ratio [HR] = 1.31, 95% CI 1.25–1.36). This association only changed slightly when covariate groups were serially added: demographics only (HR = 1.34, 95% CI 1.28–1.39), addition of vascular risk factors (HR = 1.30, 95% CI 1.25–1.35), addition of comorbidities (HR 1.30, 95% CI 1.25–1.35), and addition of injury severity and trauma mechanism (HR = 1.31, 95% CI 1.25–1.36).

**Secondary analyses.** The association between TBI and ischemic stroke hospitalization was robust in that similar associations were observed under a variety of different modeling assumptions (table 3). All TBI subtypes had a similar magnitude of association with ischemic stroke, and when stroke hospitalization within 7, 30, 60, or 365 days of trauma was excluded from the outcome measure, the ischemic stroke–TBI association only modestly decreased (table 3). The

© 2013 American Academy of Neurology. Unauthorized reproduction of this article is prohibited.

**Figure**  Kaplan-Meier curves demonstrating the proportion of the cohort with stroke-free survival in traumatic brain injury (TBI) and non-TBI trauma patients



Note that these curves are presented to demonstrate the likely minimum difference in stroke risk between TBI and non-TBI trauma patients. The absolute risk estimates from this curve may be inaccurate because of lack of death censoring (see Discussion section). Log-rank test: $p < 0.00001$.

age-stratified analysis was a secondary analysis in which the stroke-TBI association was most substantially altered, with a greater association observed in the population younger than 50 years (odds ratio

**Table 2**  Cox model output

| | Hazard ratio (95% CI)[a] | p Value |
|---|---|---|
| **Age, y, reference 18–32** | | |
| 33–48 | 5.32 (4.26–6.64) | <0.01 |
| 49–66 | 16.3 (13.1–20.3) | <0.01 |
| 67+ | 37.3 (29.7–46.9) | <0.01 |
| Female | 0.98 (0.94–1.03) | 0.48 |
| **Race/ethnicity, reference white** | | |
| African American | 1.69 (1.56–1.83) | <0.01 |
| Hispanic | 1.08 (1.01–1.15) | 0.03 |
| Asian | 0.88 (0.80–0.97) | 0.01 |
| Other | 0.97 (0.90–1.04) | 0.36 |
| **Vascular risk factors/comorbidities** | | |
| Hypertension | 1.34 (1.28–1.40) | <0.01 |
| Hyperlipidemia | 0.91 (0.86–0.97) | <0.01 |
| Diabetes | 1.33 (1.26–1.40) | <0.01 |
| Coronary artery disease | 1.11 (1.04–1.23) | <0.01 |
| Peripheral vascular disease | 1.11 (1.00–1.23) | 0.05 |
| Atrial fibrillation | 1.76 (1.65–1.88) | <0.01 |
| Epilepsy | 1.47 (1.34–1.61) | <0.01 |
| Injury severity | 1.00 (1.00–1.01) | 0.60 |
| TBI | 1.31 (1.25–1.36) | <0.01 |

Abbreviations: CI = confidence interval; TBI = traumatic brain injury.
[a] Hazard ratio for major risk factors and TBI after also adjusting for payer, all Charlson comorbidities, injury mechanism (E codes), whether the patient had multiple events, and whether the patient was admitted.

[OR] 1.56, 95% CI 1.32–1.85) vs the population 50 years and older (OR 1.22, 95% CI 1.16–1.28).

**DISCUSSION** We found a robust association between TBI visits and subsequent hospitalization for ischemic stroke in California from 2005 to 2009, even after adjusting for a number of potential confounding variables. The magnitude of this association was substantial (HR 1.31) and was similar to the association between the leading stroke risk factor, hypertension (HR 1.34), and ischemic stroke. Given the higher prevalence of TBI in this trauma population, TBI was responsible for more ischemic stroke than hypertension. The TBI–ischemic stroke association persisted in secondary analyses after accounting for a variety of variables and assumptions that may alter the stroke-TBI relationship. Despite the robust association of TBI and ischemic stroke, the absolute ischemic stroke risk difference between TBI and non-TBI trauma patients in this low-risk cohort is small. Nonetheless, if further research definitively established TBI as a novel stroke risk factor, this would stimulate research to understand stroke pathophysiology after TBI and inform stroke prevention efforts in this young population with few vascular risk factors.

We found a similar association between ischemic stroke and TBI as in the prior Taiwanese study.[13] In our study, the association persisted after selecting non-TBI trauma controls that are likely more similar to the TBI population than the age- and sex-matched controls in the Taiwanese study. We also found that the ischemic stroke–TBI association was similarly unaffected by accounting for potential confounders such as trauma severity and trauma mechanism. Interestingly, we found that the difference in ischemic stroke risk between the TBI and non-TBI trauma groups was not just attributable to a high early risk in patients with TBI. The risk of stroke after TBI persisted even when excluding cases of stroke within 60 days of trauma. This finding differs somewhat from the prior Taiwanese study that found a large early recurrence rate and a more modest effect after 30 days. We also found that the TBI-stroke association was of considerably greater magnitude in the population younger than 50 years (OR 1.56) vs those 50 years and older (OR 1.22), suggesting that TBI may be uniquely important in younger patients.

If the association between TBI and ischemic stroke is causal, a number of potential pathways may explain this relationship. For example, TBI causes alterations in the coagulation cascade, which in turn may increase stroke risk.[12] However, given that these alterations last briefly, they likely explain at most a portion of the association found in this study. TBI is also known to cause vascular dissection—a well-described ischemic stroke mechanism.[35,36] Our analysis excluded dissection-mediated

© 2013 American Academy of Neurology. Unauthorized reproduction of this article is prohibited.

| Table 3 | Secondary analyses[a] |
|---|---|
| | Hazard ratio (95% CI) for stroke after TBI |
| Baseline model | 1.31 (1.25–1.36) |
| Baseline model limited to outcome of principal diagnosis of stroke | 1.29 (1.23–1.35) |
| Excluding epilepsy rather than adjusting for epilepsy | 1.31 (1.25–1.36) |
| Excluding all head/neck arterial injuries | 1.29 (1.23–1.36) |
| Including alcohol and drug-related dependency | 1.30 (1.25–1.36) |
| Including atypical stroke risk factors | 1.29 (1.23–1.35) |
| Excluding stroke within 7 d | 1.27 (1.22–1.33) |
| Excluding stroke within 30 d | 1.25 (1.20–1.31) |
| Excluding stroke within 60 d | 1.25 (1.20–1.31) |
| Excluding stroke within 1 y | 1.24 (1.17–1.31) |
| Excluding stroke after 1 y | 1.38 (1.31–1.46) |
| Stratified by trauma severity | |
| Tertile 1 (lowest severity) | 1.10 (1.01–1.20) |
| Tertile 2 | 1.29 (1.16–1.43) |
| Tertile 3 (highest severity) | 1.25 (1.16–1.35) |
| Stratified by age | |
| <50 y | 1.56 (1.32–1.85) |
| ≥50 y | 1.22 (1.16–1.28) |
| Using TBI subtypes | |
| Skull fracture | 1.21 (1.05–1.41) |
| Concussion | 1.27 (1.17–1.37) |
| Intracranial bleeding | 1.21 (1.12–1.31) |
| Other intracranial injury | 1.38 (1.07–1.76) |
| Unspecified | 1.33 (1.27–1.40) |

Abbreviations: CI = confidence interval; TBI = traumatic brain injury.
[a] The top portion of the table shows the magnitude of the TBI–ischemic stroke association in our baseline model and in 5 additional models that accounted for possible confounders between the TBI-stroke association (misdiagnosis of epilepsy, alcohol/drug dependency, missed stroke diagnosis at the time of initial presentation, and atypical or poorly measured stroke risk factors [hypercoagulability, obesity, prior venous thromboembolism, vasculitis, any arrhythmia, endocarditis, any valvular abnormality, patent foramen ovale, and smoking]). The middle portion of the table shows the TBI-ischemic stroke association in analyses stratified by trauma severity. The bottom portion of the table demonstrates the association between TBI subtypes and ischemic stroke.

stroke; however, given the small number of dissections identified by claims, it is likely that some dissections were undetected. Dissection is unlikely, however, to explain the entire association given the relatively low long-term risk of ischemic stroke after dissection,[37] the high short-term recanalization rates after dissection,[38] and the fact that the risk difference between TBI and non-TBI trauma patients appears to continue to increase even years after the initial injury. Although other novel pathophysiologic pathways may have a role, it is also possible that patients with TBI may accrue conventional vascular risk factors at a faster rate than patients with non-TBI trauma because of a more sedentary lifestyle after TBI.

This study has a number of important limitations. First, inaccuracy in administrative diagnosis coding may affect both stroke and TBI diagnoses. For example, sequelae of TBI could lead to a misdiagnosis of ischemic stroke based on neuroimaging studies. If this was the case, we would have expected a stronger association between TBI and ischemic stroke in any position on the record compared with the association between TBI and ischemic stroke as the principal diagnosis because principal position diagnoses generally have a higher specificity.[39] However, we found a similar association between TBI and stroke regardless of the stroke's position on the claim, thus suggesting that the results are not attributable to diagnostic inaccuracy. Similarly, it is possible that patients presenting with focal neurologic symptoms after a seizure related to their TBI are misdiagnosed with stroke.[30] However, our primary analysis adjusted for patients with any epilepsy diagnosis and in secondary analyses we excluded these patients, but the TBI–ischemic stroke association was not substantially affected. Similar potential limitations exist for claims-based diagnosis of mild TBI, which is relatively specific but insensitive.[33] As a consequence, some of the patients in our non-TBI trauma control group likely had TBI. To the extent that this was the case, we would have expected the relationship between TBI and ischemic stroke to be biased toward the null. Similarly, because the control group may also be susceptible to an increased stroke risk relative to the general population (e.g., mediated through lack of mobility), it is possible that the reported association between TBI and stroke represents an underestimate. In addition, our estimates of the risk of ischemic stroke in both the TBI cases and controls are underestimates because we were unable to capture out-of-state stroke hospitalizations or to account for competing mortality. We do not expect, however, that either of these limitations would explain our primary findings. First, we were able to account for risk of mortality after trauma using the injury severity score. Second, TBI patients in general would be expected to have a higher mortality than non-TBI trauma patients[40]; therefore, failing to account for competing mortality would likely lead to underestimation of the true TBI–ischemic stroke association. As with all observational studies, unmeasured confounders (e.g., differences in baseline medications) may lead to biased estimates. Finally, this dataset enables only limited inferences about the possible mechanistic links between TBI and trauma given that many of clinical details (e.g., ischemic stroke subtype, localization, severity) are not measured.

TBI is associated with ischemic stroke, and further work is needed to assess whether it may be a novel stroke risk factor. Prospective cohort and/or population-based, cross-sectional studies are needed to confirm the association, explore potential mechanisms for the association

© 2013 American Academy of Neurology. Unauthorized reproduction of this article is prohibited.

between TBI and ischemic stroke, and carefully characterize the clinical features of both TBI and subsequent stroke, including both TBI and stroke mechanism, size, and location.

## AUTHOR CONTRIBUTIONS

Dr. Burke drafted the initial manuscript, participated in development of study design, performed the primary data analysis, and acquired the data. Dr. Stulc and Dr. Skolarus revised the manuscript for content, participated in development of the study design, and participated in data interpretation. Dr. Sears revised the manuscript for content, participated in development of the study design, and participated in data analysis. Dr. Zahuranec revised the manuscript for content, participated in development of the study design, and participated in data interpretation. Dr. Morgenstern revised the manuscript for content, initially developed the study concept, participated in formulation of the study design, and participated in data interpretation.

## STUDY FUNDING

No targeted funding reported.

## DISCLOSURE

J. Burke is supported by a VA Advanced Fellowship. J. Stulc reports no disclosures relevant to the manuscript. L. Skolarus is supported by NIH K23NS073685 from the National Institute of Neurological Diseases and Stroke. E. Sears reports no disclosures relevant to the manuscript. D. Zahuranec is supported by grant K23AG038731 from the National Institute on Aging. L. Morgenstern receives NIH funding (significant) from grants R01NS38916, R01NS062675, U01NS056975, U01NS062835, R18HS017690, R01NS073595, and R01HL098065. He receives significant research support from St. Jude Medical. Go to Neurology.org for full disclosures.

*Received October 26, 2012. Accepted in final form March 11, 2013.*

## REFERENCES

1. Roger VL, Go AS, Lloyd-Jones DM, et al. Heart disease and stroke statistics—2012 update: a report from the American Heart Association. Circulation 2012;125:e2–e220.
2. Bruns J, Hauser W. The epidemiology of traumatic brain injury: a review. Epilepsia 2003;44:2–10.
3. Brown DL, Boden-Albala B, Langa KM, et al. Projected costs of ischemic stroke in the United States. Neurology 2006;67:1390–1395.
4. Finkelstein EA, Corso PS, MIller TR. Incidence and Economic Burden of Injuries in the United States. Oxford, UK: Oxford University Press; 2006.
5. Thurman DJ, Alverson C, Dunn KA, Guerrero J, Sniezek JE. Traumatic brain injury in the United States: a public health perspective. J Head Trauma Rehabil 1999; 14:602–615.
6. Glozier N, Hackett ML, Parag V, Anderson CS; Auckland Regional Community Stroke (ARCOS) Study Group. The influence of psychiatric morbidity on return to paid work after stroke in younger adults: the Auckland Regional Community Stroke (ARCOS) Study, 2002 to 2003. Stroke 2008;39:1526–1532.
7. Faul M, Xu L, Wald MM, Coronado VG. Traumatic Brain Injury in the United States: Emergency Department Visits, Hospitalizations, and Deaths 2002–2006. Atlanta: Centers for Disease Control and Prevention, National Center for Injury Prevention and Control; 2010.
8. Williams LS, Garg BP, Cohen M, Fleck JD, Biller J. Subtypes of ischemic stroke in children and young adults. Neurology 1997;49:1541–1545.
9. Ji R, Schwamm LH, Pervez MA, Singhal AB. Ischemic stroke and transient ischemic attack in young adults: risk factors, diagnostic yield, neuroimaging, and thrombolysis—ischemic stroke/TIA in young adults. JAMA Neurol 2013;70:51–57.
10. D'Agostino RB, Wolf PA, Belanger AJ, Kannel WB. Stroke risk profile: adjustment for antihypertensive medication. The Framingham Study. Stroke 1994;25:40–43.
11. Fullerton HJ, Johnston SC, Smith WS. Arterial dissection and stroke in children. Neurology 2001;57:1155–1160.
12. Lu D, Mahmood A, Goussev A, et al. Atorvastatin reduction of intravascular thrombosis, increase in cerebral microvascular patency and integrity, and enhancement of spatial learning in rats subjected to traumatic brain injury. J Neurosurg 2004;101:813–821.
13. Chen YH, Kang JH, Lin HC. Patients with traumatic brain injury: population-based study suggests increased risk of stroke. Stroke 2011;42:2733–2739.
14. Agency for Healthcare Research and Quality (AHRQ), Healthcare Cost and Utilization Project. Overview of the state inpatient databases [online]. Available at: http://www.hcup-us.ahrq.gov/sidoverview.jsp. Accessed June 12, 2012.
15. Agency for Healthcare Research and Quality (AHRQ), Healthcare Cost and Utilization Project. Overview of the state emergency department databases [online]. Available at: http://www.hcup-us.ahrq.gov/seddoverview.jsp. Accessed June 12, 2012.
16. Healthcare Cost and Utilization Project. Supplemental variables for revisit analyses [online]. Available at: http://www.hcup-us.ahrq.gov/toolssoftware/revisit/revisit.jsp. Accessed June 12, 2012.
17. Thurman DJ, Sniezek JE, Johnson D, Greenspan A. Guidelines for Surveillance of Central Nervous System Injury. Atlanta: U.S. Department of Health and Human Services, Public Health Service, Center for Disease Control and Prevention; 1995.
18. National Center for Injury Prevention. Report to Congress. Mild Traumatic Brain Injury in the United States: Steps to Prevent a Serious Public Health Problem. Atlanta: Centers for Disease Control and Prevention; 2003.
19. Goldstein LB. Accuracy of ICD-9-CM coding for the identification of patients with acute ischemic stroke: effect of modifier codes. Stroke 1998;29:1602–1604.
20. Tirschwell DL, Longstreth WT. Validating administrative data in stroke research. Stroke 2002;33:2465–2470.
21. Agency for Healthcare Research and Quality (AHRQ). HCUP clinical classification software (CCS) for ICD-9-CM [online]. Available at: http://www.hcup-us.ahrq.gov/toolssoftware/ccs/ccs.jsp. Accessed June 12, 2012.
22. Quan H, Sundararajan V, Halfon P, et al. Coding algorithms for defining comorbidities in ICD-9-CM and ICD-10 administrative data. Med Care 2005;43:1130–1139.
23. Association for the Advancement of Automotive Medicine. The Abbreviated Injury Scale [online]. Available at: http://www.aaam1.org/ais/index.php. Accessed June 5, 2012.
24. The Johns Hopkins University, Tri-Analytics. ICD-MAP-90 software.
25. Haas B, Xiong W, Brennan-Barnes M, Gomez D, Nathens AB. Overcoming barriers to population-based injury research: development and validation of an ICD10-to-AIS algorithm. Can J Surg 2012;55:21.
26. McLoughlin E, Annest JL, Fingerhut LA, Berenholz A. Recommended framework for presenting injury mortality data. MMWR Morb Mortal Wkly Rep 1997;46: 1–30.

© 2013 American Academy of Neurology. Unauthorized reproduction of this article is prohibited.

27. LeMier M, Cummings P, West TA. Accuracy of external cause of injury codes reported in Washington State hospital discharge records. Inj Prev 2001;7:334–338.

28. Cox D. Partial likelihood. Biometrika 1975;62:269–276.

29. Annegers JF, Coan SP. The risks of epilepsy after traumatic brain injury. Seizure 2000;9:453–457.

30. Hand P, Kwan J, Lindley R, Dennis M. Distinguishing between stroke and mimic at the bedside the brain attack study. Stroke 2006;37:769–775.

31. Jetté N, Reid AY, Quan H, Hill MD, Wiebe S. How accurate is ICD coding for epilepsy? Epilepsia 2010;51: 62–69.

32. Hess KR. Graphical methods for assessing violations of the proportional hazards assumption in Cox regression. Stat Med 1995;14:1707–1723.

33. Bazarian JJ, Veazie P, Mookerjee S, Lerner EB. Accuracy of mild traumatic brain injury case ascertainment using ICD-9 codes. Acad Emerg Med 2006;13:31–38.

34. Kokotailo RA, Hill MD. Coding of stroke and stroke risk factors using international classification of diseases, revisions 9 and 10. Stroke 2005;36:1776–1781.

35. Fisher CM, Ojemann RG, Roberson GH. Spontaneous dissection of cervico-cerebral arteries. Can J Neurol Sci 1978;5:9–19.

36. Caplan LR, Zarins CK, Hemmati M. Spontaneous dissection of the extracranial vertebral arteries. Stroke 1985;16:1030–1038.

37. Touzé E, Gauvrit JY, Moulin T, et al. Risk of stroke and recurrent dissection after a cervical artery dissection: a multicenter study. Neurology 2003;61:1347–1351.

38. Baracchini C, Tonello S, Meneghetti G, Ballotta E. Neurosonographic monitoring of 105 spontaneous cervical artery dissections: a prospective study. Neurology 2010; 75:1864–1870.

39. Rector TS, Wickstrom SL, Shah M, et al. Specificity and sensitivity of claims-based algorithms for identifying members of Medicare+Choice health plans that have chronic medical conditions. Health Serv Res 2004;39(6 pt 1):1839–1857.

40. Cameron CM, Purdie DM, Kliewer EV, McClure RJ. Long-term mortality following trauma: 10 year follow-up in a population-based sample of injured adults. J Trauma 2005;59: 639–646.

---

## *Neurology*® Launches Subspecialty Alerts by E-mail!

Customize your online journal experience by signing up for e-mail alerts related to your subspecialty or area of interest. Access this free service by visiting http://www.neurology.org/site/subscriptions/etoc.xhtml or click on the "E-mail Alerts" link on the home page. An extensive list of subspecialties, methods, and study design choices will be available for you to choose from—allowing you priority alerts to cutting-edge research in your field!

---

## Spring AAN Webinars: Help for Your Practice, CME for Your Career

The American Academy of Neurology offers cost-effective Practice Management Webinars that can be attended live or through convenient recordings posted online five days after the event. AAN members can save 25% on all regular webinars! Plus, physicians can earn 1.5 valuable CME credits for each webinar, and administrators receive a certificate of completion. Mark your calendar for upcoming programs and register today for these and other 2013 webinars at *www.aan.com/view/pmw13*:

Online Now   **Correct Coding for Chemodenervation**

Online Now   **Working with NPs and PAs to Maximize Office Productivity**

Online Now   **Remaining Relevant in the Changing Health Care Payment and Care Delivery Systems**

Online Now   **Coding Accurately for Epilepsy**

Online Now   **E/M: Minimize Mistakes, Maximize Reimbursement**

© 2013 American Academy of Neurology. Unauthorized reproduction of this article is prohibited.

**Traumatic brain injury may be an independent risk factor for stroke**

James F. Burke, Jessica L. Stulc, Lesli E. Skolarus, et al.

*Neurology* published online June 26, 2013

DOI 10.1212/WNL.0b013e318297eecf

## This information is current as of June 26, 2013

| | |
|---|---|
| **Updated Information & Services** | including high resolution figures, can be found at: http://www.neurology.org/content/early/2013/06/26/WNL.0b013 e318297eecf.full.html |
| **Subspecialty Collections** | This article, along with others on similar topics, appears in the following collection(s): **All Cerebrovascular disease/Stroke** http://www.neurology.org//cgi/collection/all_cerebrovascular_dis ease_stroke **All Health Services Research** http://www.neurology.org//cgi/collection/all_health_services_res earch **Brain trauma** http://www.neurology.org//cgi/collection/brain_trauma |
| **Permissions & Licensing** | Information about reproducing this article in parts (figures,tables) or in its entirety can be found online at: http://www.neurology.org/misc/about.xhtml#permissions |
| **Reprints** | Information about ordering reprints can be found online: http://www.neurology.org/misc/addir.xhtml#reprintsus |



EXHIBIT 22

*Journal of the International Neuropsychological Society* (2008), **14**, 1–22.
Copyright © 2008 INS. Published by Cambridge University Press. Printed in the USA.
DOI: 10.1017/S135561770808017X

**CRITICAL REVIEW**

# Neuropsychology and clinical neuroscience of persistent post-concussive syndrome

ERIN D. BIGLER

Departments of Psychology and Neuroscience, Brigham Young University, Provo, Utah and Department of Psychiatry and the Utah Brain Institute, University of Utah, Salt Lake City, Utah

(Received March 6, 2007; Final Revision August 16, 2007; Accepted August 16, 2007)

**Abstract**

On the mild end of the acquired brain injury spectrum, the terms concussion and mild traumatic brain injury (mTBI) have been used interchangeably, where persistent post-concussive syndrome (PPCS) has been a label given when symptoms persist for more than three months post-concussion. Whereas a brief history of concussion research is overviewed, the focus of this review is on the current status of PPCS as a clinical entity from the perspective of recent advances in the biomechanical modeling of concussion in human and animal studies, particularly directed at a better understanding of the neuropathology associated with concussion. These studies implicate common regions of injury, including the upper brainstem, base of the frontal lobe, hypothalamic-pituitary axis, medial temporal lobe, fornix, and corpus callosum. Limitations of current neuropsychological techniques for the clinical assessment of memory and executive function are explored and recommendations for improved research designs offered, that may enhance the study of long-term neuropsychological sequelae of concussion. (*JINS*, 2008, *14*, 1–22.)

**Keywords:** Concussion, Mild TBI, Biomechanics, Neuroimaging, Neuropathology, Neuropsychology

## INTRODUCTION: BRIEF HISTORY OF CONCUSSION

That concussion occurs and is commonplace is not in dispute. The United States Government's Center for Disease Control (CDC) estimates that there are more than one million concussions that occur annually in the United States, using their definitional statement of concussion being a condition "of temporarily altered mental status as a result of head trauma (www.cdc.gov, see Rutland-Brown et al., 2006)."

What is controversial is whether one fully recovers without symptoms from having sustained a concussion. Given the commonness of concussions along with the adaptive nature of brain function combined with neural plasticity (Duffau, 2006; Giza & Prins, 2006; Moucha & Kilgard, 2006; Priestley, 2007), it might be assumed that any transient impairment as a result of concussion would not result in any neurological sequelae. Indeed, historically the original Latin term "commotio cerebri" was used to describe *concussion*, thought to occur because of "traceless disturbances" that produced momentary functional impairment without any damage to brain tissue (see reviews by McCrory & Berkovic, 2001; Vos et al., 2002) . Hence, for decades, one of the venerable definitions in standard neurology textbooks, exemplified by the following quote from Grinker's Neurology was as follows: "the usual patient loses consciousness briefly, soon recovers and thereafter is without symptoms" (Vick, 1976; p. 651). In that concussion was thought to be mostly benign, the non-biological and psychodynamic theories that dominated the beginnings of clinical psychology and psychiatry minimized the effects head injury could have on behavior. This is captured by the 1947 quote by Page (1947) in an abnormal psychology textbook that "Head injuries and gunshot wounds involving damage to the brain occasionally produce mental disturbances, but such injuries are not an important cause of mental disease (p. 330)". Persistent maladaptive symptoms in this time frame were believed to be more an expression of a "neurosis" than anything possibly "organic." So,

Correspondence and reprint request to: Erin D. Bigler, Ph.D., Departments of Psychology and Neuroscience, 1190D SWKT, Brigham Young University, Provo, Utah 84602. E-mail: erin_bigler@byu.edu

"persistent" problems following concussion were interpreted within a psychogenic framework. In fact, one of the most cited publications in the clinical literature on concussion is that of Miller (1961) whose series of articles centered on the theme of concussion being nothing more than "Accident Neurosis", which others have labeled as "Compensation Neurosis" (Levy, 1992) because of the prevalence of lawsuits involving mild head injury (Hall & Chapman, 2005; Mooney et al., 2005). No doubt "psychological" factors play an important role in the residuals from concussion (Meares et al., 2006; Whittaker et al., 2007; Wood, 2007), but they and other "functional" factors are also the source of intense debate and controversy over the existence of post-concussive symptomology (Cantu, 2007; Evans, 1994; King, 2003). These controversies will be discussed in greater detail later in this review.

Part of this controversy has to do with nomenclature and definition. Years ago, Vick (1976) also stated that terms like concussion are ". . . of little value" because of "such wide and indefinite connotations" (p. 650). Much has been written about the definition of concussion (Blostein & Jones, 2003; Boake et al., 2005; Ruff & Jurica, 1999), including the definitional statements by major organizations and consensus panels as presented in Table 1, wherein the terms concussion and mild traumatic brain injury (mTBI) are used interchangeably. For this review, in referring to studies, if the authors used the term concussion then that term will be used in referring to the study and likewise, if the term mTBI is used by the authors, that term will be used; otherwise, mTBI and concussion will be used interchangeably in the current review. However, this review focuses on the persistence of symptoms following concussion or what has been referred to as post-concussive syndrome (PCS), but this term then brings up additional controversies. In the majority of those concussed, symptoms abate within minutes to hours to days post-injury. Thus, some refer to PCS if the symptoms persist for more than a few days and in particular, if the symptoms persist for more than a week (Anderson et al., 2006; Sheedy et al., 2006). If the symptoms last more than 3 months then the term persistent post-concussive syndrome or PPCS has been used (Begaz et al., 2006; Chamelian et al., 2004; Iverson, 2006; Rees, 2003; Satz et al., 1999; Stalnacke et al., 2005; Willer & Leddy, 2006). Whereas there is a relationship between severity of concussion and who develops PPCS (Hessen et al., 2006), concussion severity by itself is a poor predictor of who develops PPCS (Guskiewicz et al., 2004).

DSM-IV lists PCS as a disorder under its "research" classification and some have referred to it as a syndrome (King, 2003; Rees, 2003; Ryan & Warden, 2003) and there are differences in symptom criteria between DSM-IV and the International Classification of Disorders (ICD-10) that further cloud this taxonomy issue (Kashluba et al., 2006; McCauley et al., 2005). Whether PCS is a disorder or syndrome is another ongoing debate (Hall & Chapman, 2005; Smith, 2006). Neither DSM-IV or ICD use the PPCS label. Nosological issues are not the focus of this review and there are several excellent recent reviews on this topic ((Hall & Chapman, 2005; Silver et al., 2005; Smith, 2006; Zasler et al., 2007). Thus, for the current review PPCS is operationally defined as symptoms that persist beyond three months following a concussion (having met at least one of the definitions as listed in Table 1), implicating chronic sequelae.

As demonstrated by Table 1, there are many definitional statements about what constitutes a concussion or mTBI. Neuropsychological research on this topic would be aided to have a universally accepted definition as the standard (see Tagliaferri et al., 2006). Nonetheless, all definitions in Table 1 have general agreement that "mTBI is defined as the consequence of blunt (non-penetrating) impact with sudden acceleration, deceleration or rotation of the head with a Glasgow Coma Score (GCS) of 13–15 . . . (Vos et al., 2002, p. 207)." Thus, concussion occurs because of impact physical forces affecting the brain and if, physical forces are insufficient to injure the brain, no injury has occurred.

Regardless of the etiology, recovery from concussion is typically rapid and ostensibly complete in most individuals. Clearly, the best-controlled studies examining outcome following concussion, demonstrate good to complete recovery in the majority of individuals (Iverson et al., 2007). Additionally, at least with sports concussion, major consensus statements of the past five years have resulted in statements like "concussion typically results from the rapid onset of short lived impairment of neurological function that resolves spontaneously" and that "concussion may result in neuro-pathological changes but the clinical symptoms largely reflect a functional disturbance rather than structural injury" as reviewed by (Cantu, 2007, p. 963). So this review focuses on the *minority* of subjects who sustain a concussion, who remain symptomatic after three months. Large-scale studies demonstrate approximately 70% of all head injury cases seen in the emergency room (ER) are in the mTBI category (Udekwu et al., 2004). However, as pointed out by the CDC and other studies (Delaney et al., 2005), a substantial number of concussions is never evaluated in the ER, making it difficult to obtain precise numbers as to the true annual incidence rate. Bazarian et al. (2005) estimate that the annual mTBI incidence rate is 503.1/100,000, of which PPCS rates have been conservatively estimated at 10% (Ruff et al., 1996; Wood, 2004). Thus, despite the overall good to complete recovery rates from concussion, this remains a major public health concern (Langlois et al., 2005) and the field of neuropsychology should better understand the disorder (Kelly, 1999; Langlois et al., 2005).

From a neuropsychological standpoint, symptoms of impaired attention, memory, and executive function along with changes in emotional regulation dominate the clinical picture of PPCS (Lundin et al., 2006). An objective of this review is to understand these features in terms of a common pathological basis. To accomplish this, how evolutionary factors may have shaped recovery from concussion, followed by an up-to-date review of important new studies on the biomechanics of concussion and a thorough discussion

**Table 1.**  The Multiple Definitions and Grading Systems of Concussion

Concussion Grading Systems

| Grade | Cantu | Colorado | Roberts | American Academy of Neurology |
|---|---|---|---|---|
| 0 | | | "Bell ringer"; no LOC; no PTA | |
| 1 | No LOC; PTA <30 min | No LOC; confusion without amnesia | No LOC; PTA <30 min | No LOC; transient confusion; concussion symptoms or mental status abnormality resolve in <15 min |
| 2 | LOC <5 min; PTA >30 min and <24h | No LOC; confusion with amnesia | LOC <5 min; PTA >30 min and <24h | No LOC; transient confusion; concussion symptoms or mental status abnormality last >15 min |
| 3 | LOC >5 min or PTA >24h | LOC | LOC >5 min or PTA >24h | Any LOC, either brief or prolonged |

LOC = loss of consciousness; PTA = post-traumatic amnesia (from Leclerc et al., 2001)

**2nd International Conference on Concussion in Sport, Prague 2004**

"Sports concussion is defined as a complex pathophysiological process affecting the brain, induced by traumatic biomechanical forces. Several common features that incorporate clinical, pathological, and biomechanical injury constructs that may be used in defining the nature of a concussive head injury include the following:

(1)  "Concussion may be caused by a direct blow to the head, face, neck or elsewhere on the body with an 'impulsive' force transmitted to the head. (2) Concussion typically results in the rapid onset of short lived impairment of neurological function that resolves spontaneously. (3) Concussion may result in neuropathological changes, but the acute clinical symptoms largely reflect a functional disturbance rather than structural injury.(4) Concussion results in a grade set of clinical syndromes that may or may not involve loss of consciousness. Resolution of the clinical and cognitive symptoms typically follows a sequential course. (5) Concussion is typically associated with grossly normal structural neuroimaging studies. Two Classifications of Concussion: (1) *Simple Concussion*—In simple concussion, an athlete suffers an injury that progressively resolves without complication over 7–10 days." (2) "*Complex Concussion*—Complex concussion encompasses cases where athletes suffer persistent symptoms (including persistent symptom recurrence with exertion), specific sequelae (such as concussive convulsions), prolonged loss of consciousness (more than one minute), or prolonged cognitive impairment after the injury" (p. 196–197) (McCrory et al., 2005).

**European Federation of Neurological Societies—2002 Task Force**

"mTBI is defined as the consequence of blunt (non-penetrating) impact with sudden acceleration, deceleration or rotation of the head with a GCS scores of 13–15 on admission to hospital (p. 209).

| Mild | Category | GCS | Clinical Description | *Risk Factors |
|---|---|---|---|---|
| | 0 | 15 | No LOC, no PTA, = head injury, no TBI. No risk factors* | Unclear or ambiguous accident history, continued post-traumatic amnesia, retrograde amnesia longer |
| | 1 | 15 | LOC < 30 min, PTA < 1 hr No risk factors* | than 30 min, skull fracture, severe headache, vomiting, |
| | 2 | 15 | GCS = 15 + Risk factors present* | focal neurological deficit, seizure, age < 2 years, |
| | 3 | 13–14 | LOC < 30 mins, PTA < 1 hr. With or without risk factors* (Vos et al., 2002) | age > 60, coagulation disorders, high energy accident, intoxication with alcohol/drugs |

**American Congress of Rehab Medicine Definition**

A patient with mild traumatic brain injury is a person who has had a traumatically induced physiological disruption of brain function as manifested by at least one of the following:

(1)  Any period of loss of consciousness;

(2)  Any loss of memory for events immediately before or after the accident;

(3)  Any alteration in mental state at the time of the accident (e.g. feeling dazed, disoriented or confused)

(4)  Focal neurological deficit(s), that may or may not be transient but where the severity of the injury does not exceed the following:

    (A)  loss of consciousness of approximately 30 minutes or less;

    (B)  after 30 minutes, an initial Glasgow Coma Scale (GCS) of 13–15; and

    (C)  post-traumatic amnesia (PTA) not greater than 24 hours. (American Congress of Rehabilitation Medicine Head Injury Interdisciplinary Special Interest Group, 1993)

**The WHO Collaborating Centre Task Force on Mild Traumatic Brain Injury (mTBI)**

"mTBI is an acute brain injury resulting from mechanical energy to the head from external physical forces. Operational criteria for clinical identification include: (i) 1 or more of the following: confusion or disorientation, loss of consciousness for 30 minutes or less, post-traumatic amnesia for less than 24 hours, and/or other transient neurological abnormalities such as focal signs, seizure, intracranial lesion not requiring surgery; (ii) Glasgow Coma Scale score of 13–15 after 30 minutes post-injury or later upon presentation for healthcare, These manifestations of mTBI must not be due to drugs, alcohol, medications, caused by other injuries or treatment for other injuries (e.g. systemic injuries, facial injuries or intubation), caused by other problems (e.g., psychological trauma, language barrier or coexisting medical conditions) or caused by penetrating craniocerebral injury, p. 115). (Carroll et al., 2004a)

of what is now currently known about the neuropathological and pathophysiological basis of concussion will be offered. The last part of the review will focus on more traditional neuropsychological concepts as they relate to concussion and conclude with suggestions on improved research tactics on this topic. There may be nothing more controversial in contemporary clinical neuropsychology, than the issues to be discussed in this review. At the outset, these controversies are acknowledged and the approach of this review is to first overview the contemporary neuroscience of concussion and deal with the most controversial issues at the end of the review.

## EVOLUTIONARY ASPECTS OF INJURY

Undoubtedly concussions have been part of mammalian life since the beginning. The universality of concussions is that the stunned, motorically wobbly appearance commonly observed in an athlete, particularly a boxer who has been concussed, is replicated with animal models (Shaw, 2002). Survivability across mammalian species following concussion is testament to the fact that most concussions are but transient disruptions in normal brain function allowing the animal (including humans) to recover quickly and fully return to pre-injury abilities and activities. Because of the commonness of concussions, it is likely that genes that promoted certain brain morphologies and/or positive recovery characteristics have been passed down. However, concussions prior to the modern era would have occurred *only* from falls, falling or thrown objects, fisticuffs, combat, and the like. All of these remain major sources of concussions but with the modern era, concussions also occur from high-speed impacts that simply were never the source of injury in earlier times. So, whatever evolutionary advantages occurred they did so prior to the modern era. Likewise, genes selective for their ability to promote survivability of a brain injury were most likely *only* associated with simple concussion and not more severe brain injury, because prior to modern medical treatment the majority of moderate-to-severe injuries would not have been survivable or lead to disability that could not be sustained.

From a structural standpoint, the position of the irregular skull base to the dural surface of the frontal and temporal lobes, housed with in the anterior and middle cranial fossa provides a means for holding the brain in position, in response to movement and/or mild trauma to the head (Bigler, 2007). Likewise, the position of the ventricles dissipates some of the strain effects with movement, including that of concussion (Ivarsson et al., 2002). Both of these have significant evolutionary advantage. It is also very likely that a selective bias occurred that favored rapid brain reparative mechanisms once a concussion occurred (Diaz-Arrastia & Baxter, 2006). In fact the most common of injuries for a particular organ system are the very ones most likely shaped by evolution (Martin & Leibovich, 2005). So key to recovery from concussion is a fast acting reparative system and this would emphasize a transient cellular response that

immediately re-establishes neural homeostasis. In addition to reparative metabolic and cellular responses, redundancy and back-up neural circuitry activated once a primary system were injured would be critical to recovery (Bach-y-Rita, 2004; Desmurget et al., 2007; Duff, 2001; Guigon et al., 2007; Kercel et al., 2005). These redundant systems can either share in or take over function for injured neurons and networks. A neural systems reserve capacity probably directly relates to how rapid recovery from brain injury occurs, including concussion (Berker, 1996; Stern, 2007) and the role of genes in this recovery process is being examined (Alexander et al., 2007; McAllister et al., 2006).

One final evolutionary speculation will be made and that is based on the appearance and "design" of the fornix (see Fig. 1), the major white matter output from the hippocampus. At least half of the fornix is suspended beneath the corpus callosum and loosely connected with the septum pellucidum as it dives toward its connection with the mammillary body and septum (Andersen et al., 2006). One look at this delicate anatomical structure and it is obvious that it was not selected for its ability to withstand brain trauma. Evolutionarily, in lower mammals the fornix is clearly imbedded in brain parenchyma, but moving up the evolutionary tree with the expansion of the cerebral hemispheres, and the ventricular system, the fornix becomes more progressively suspended (see Crosby & Schnitzlein, 1982). The importance of the hippocampus and fornix in understanding mTBI is a major part of this review.

## Physics of TBI

Given that concussions are so commonplace it *must* be easy to at least transiently impair the brain through mechanical deformation and there *must* be common neurological structures affected [see Figs. 1 and 2; (Ropper & Gorson, 2007)]. In a most innovative experiment by Bayly et al. (2005) human volunteers were studied using MRI to determine momentary brain parenchymal deformation when the head falls just 2 cm. MRIs of the brain were obtained before and immediately after the drop, comparing the degree of brain deformation or warping by measuring changes in fixed points between the two scans. These movements were far below the threshold for concussion and the authors liken this to the type of head (and brain) acceleration when jumping vertically a few inches and landing flat-footed. The authors estimated that it was 10% to 15% of the acceleration of "heading" a soccer ball. However, even with this mild impact the brain deforms. Bayley et al.'s conclusions were as follow: "When the skull decelerates, the brains center of mass continues to move, but the motion of the base of the brain appears constrained near the sellar and supra-sellar space. Tethering loads may be borne by the vascular; neural; and dural elements, which bind the brain to the base of the skull. Such anatomic structures might include the distal internal carotid arteries, the optic nerves, the olfactory tracts, the oculomotor nerves, and the pituitary stalk. All these structures pass through fixed bony or dural rings, which

*Persistent post-concussive syndrome*  5



**Fig. 1.** The top row presents mid-sagittal T1 MRIs comparing the fornix and corpus callosum from a control (C) to that observed in mTBI (A) and severe TBI (B). The control figure is labeled where the following structures are identified: (1) fornix, (2) mammillary body (3) pituitary, where it is situated in the sella turcica, (4) hypophysis of pituitary stalk, and (5) region of the basal forebrain. The light yellow depicts the region of the tegmentum of the midbrain (shown in coronal view in F), whereas the darker yellow represents the tectal region of the midbrain. The coloration of the midbrain is also done to highlight the relative smallness of the mibrain compared to the size of the cerebrum, and how the cerebrum 'rests' atop the midbrain. As shown in (A) from the patient with mTBI, the length of the cerebrum (long arrow) is approximately 10 times the length of the midbrain (short arrow). (D) depicts an axial gradient recall echo (GRE) depicting multiple deposits (black dots) of hemosiderin in the frontal region, implicating shear injury, note how they are mostly located at the gray-white matter junction. This patient had sustained an mTBI in a MVA. Note that there is thinning of the corpus callosum and a shear lesion in the isthmus region. (E) is a T2 mid-sagittal MRI depicting extensive hemosiderin deposition along the body of the corpus callosum (arrows) and also note the generalized atrophy of all structures in the severe TBI case compared to the mTBI and control.

restrict their movement. These features attach to or penetrate the more mobile brain parenchyma. As a result, the brain begins to rotate about this region, while material anterior is compressed and material posterior is stretched by initial effects. As the brain rotates backward and upward relative to the skull, the superior-frontal surface of the brain appears to compress against the top of the cranial vault. Normal forces, tangential forces, and possibly tension in the bridging veins on the superior surface of the brain eventually arrest the rotation of the brain in front of the superior contact region is compressed and pushed forward. Behind the superior points of contact, the brain is elongated as the brains inertia pulls it backward and clockwise. Finally, behind the basal tethering region, material in the brainstem experiences shortening and shear as the posterior and inferior parts of the brain continue rotating downward and forward (p. 852)." Bayly et al. (2006) have also performed this type of modeling on the rat pup brain with similar findings of significant transient mechanical deformation of the brain.

Viano et al. (2005b) used a different approach by simulating movement within the cranium by a "finite element analysis using a detailed anatomic model of the brain and head accelerations from laboratory reconstructions of game impacts (p. 891)" based on National Football League (NFL) players who experienced on the field concussions that were videotaped. The exceptional innovativeness of this study was the ability to model the brain, including white and gray matter, the ventricular system, meninges, and in particular the falx cerebri and tentorium cerebelli along with the skull (most of these anatomical regions are shown in Figs. 1 and 2). In a number of those concussed, the initial strain occurred in the temporal lobe adjacent to the impact and then migrated though the temporal lobe to other brain regions. This is depicted in Figure 3. In *all* subjects concussed the largest strains that occurred in the migration of the brain deformation occurred in the fornix, midbrain and corpus callosum. Dizziness correlated with early strain in the orbital-frontal cortex and temporal lobe.

The Viano et al. (2005b) modeling study found, in general, excursions of the concussed brain to be between 3–6 mm at 24–26 ms post-impact. Of particular importance to neuropsychology is that this modeling shows 4–5 mm displacements of the hippocampus, caudate, amygdala, anterior commissure, and midbrain (again refer to Fig. 2). In addition to these brain regions showing significant displacement, they also related to various cognitive and physical symptoms from concussion in this group of NFL players. Also, increased strain at the level of the hypothalamus was associated with at least transient cranial nerve symptoms.



**Fig. 2.** All views are post-mortem, adapted from Mai et al. (2004) (and used with permission from Elsevier). A, B, and C represent axial views where the highlighted area represents some of the common regions where the greatest strain effects were demonstrated in the Bayly et al. (2005) and Viano et al. (2005b) studies. (A) 1—hippocampus, 2-subiculum, 3-cerebral peduncle, 4-III ventricle, 5—hypothalamus, 6—anterior cerebral artery, (B) 7—amygdala, 8—hippocampus, 9—basilar artery, 10—temporal horn of the lateral ventricle, 11—internal carotid arteries, (C) 12—free-edge of the tentorium, 13—entorhinal cortex, 14—basilar artery, P = pituitary in the position of the sella turcica. D and E are sagittal views: 15—cerebral peduncle, 16—amygdala, 17 temporal pole and F is a coronal view: 18—hippocampus, 19—fornix, 20—corpus callosum, (21) cerebral peduncle, and 22—entorhinal cortex adjacent to the free-edge of the tentorium. Note the closeness of all of these regions and any movement, lifting or twisting of the brain at its base would simultaneously affect all of these structures.

The models described earlier occur in well-controlled experimental conditions. Obviously, high speed impact head injuries are not a controlled experiment and likely involve more significant pressure and shear-strain forces than what are seen in sports concussion (Bradshaw et al., 2001; Zhang et al., 2006a). Regardless of these factors, the same brain regions as described earlier and as shown in Figures 1 and 2 are likely involved in all concussions, just a matter of degree. Similarly, much of the cognitive and neurobehavioral symptoms of concussion can be explained by the involvement of the brain regions highlighted in Figures 1 and 2. In these Figures, note the proximity of the medial temporal lobe to the midbrain, the fact that the free-edge of the tentorium makes contact with the medial temporal lobe and midbrain as well as the nearness of these regions along with the hypothalamus, hypophysis and pituitary stalk, and the arterial vasculature. So, within a few centimeters are critical brain structures that, if affected, could represent the structural basis to many symptoms associated with concussion.

**Pathophysiology of Concussion**

Iverson (2005) and Hovda (2004) provide an excellent and detailed reviews of the pathophysiology of concussion, which need not be re-elaborated here. Whereas initiated by immediate biomechanical forces, as describe above, much of the pathology of acute concussion is believed to be transient biochemical induced neurotransmitter disruptions initiated within 25–50 msec of impact. Tensil forces also disrupt the cytoskeletal status of the axon and its ability to function, including disrupted axonal permeability and transport (Povlishock & Katz, 2005). Disrupted cytoskeletal architecture, renders cells less functional and may have widespread effects on the injured brain (Hall et al., 2005), albeit transient in concussion.

Since the Iverson (2005) and Hovda (2004) publications there are several important studies that add to our understanding of the potential microscopic pathology that can occur from concussion. Zetterberg et al. (2006) examined cerebrospinal fluid (CSF) taken by from lumbar puncture in 14 amateur boxers 7 to 10 days and 3 months after a bout compared to matched controls without any contact. They used several markers of neuronal and astroglial injury that can be readily detected in the CSF, finding significant indicators of neuronal injury byproducts in CSF that were positively related to the actual number of hits during a bout, most apparent in the initial samples taken after the amateur boxing contest. None of the boxers received a knock-out punch and likely did not meet any of the behavioral criteria



| Rotation | 0 | 11° | 24° |
| Displacement | 0 | 42 mm | 115 mm |
| Time | 0 | 15 ms | 25 ms |

**Fig. 3.** From Viano et al. (2005b) published with permission from Lippincott Williams & Wilkins. The model on the left represents a coronal (top) and axial (bottom) view of the tagged brain model with the ventricle in pink and the skull encasing in yellow. The left hand column represents the baseline, where no movement occurred; notice the midline is vertical in the coronal plane and straight in the axial plane. Time in msec is shown on the x-axis. By 25 msec the model indicates that this player's brain had a maximal shift, where it is evident that there is particular distortion in the medial temporal and hypothalamic region. This was from a player concussed on a kick return who had brief LOC, and PCS symptoms of headache, fatigue, dizziness, and photophobia and sleep disorder as physical symptoms. Note that the modeling of this subjects brain would involve all of the structures identified in Figure 1, and indeed, the high strain findings modeled in this subject supported such a locus of injury (see Appendix 1B of the Viano et al., 2005b paper that detail individual characteristics of the subjects).

for concussion. This study confirms the presence of acute pathological changes in the brain that can occur from boxing, in blows to the head that are below the threshold for producing what behaviorally would be classified as a concussion in these conditioned athletes.

Using a different approach, Zhang et al. (2006b) examined conventional MRI along with diffusion tensor imaging (DTI) in a group of professional boxers. While the majority had normal clinical imaging, 7 of the 42 examined had abnormal white matter findings, which should not be evident in an otherwise young, healthy subjects (Hopkins et al., 2006). More importantly, even those without clinical abnormalities as a group exhibited DTI differences from their matched controls, suggesting subtle white matter abnormalities, particularly at the level of the corpus callosum. Recall that Viano et al. (2005b) showed that the corpus callosum was one of the brain regions receiving the biggest strain effect in concussion. Similarly, Chappell et al. (2006) using DTI methods demonstrated similar white matter pathology in a group of 81 professional boxers. These studies focused on professional boxers without known neurological impairment, otherwise they would not be boxing, and show that

sensitive MRI methods do detect with a higher frequency abnormalities of white matter. Along these lines Cohen et al. (2007) have shown MR spectroscopic and subtle brain volume loss in mild TBI. Such imaging findings demonstrate that pathological changes in brain parenchyma can be detected in mild TBI using contemporary neuroimaging methods.

Bigler (2004) demonstrated hemosiderin and residual inflammatory reaction in the post-mortem brain of an individual with PPCS, where the autopsy was performed seven months post-injury. Similar findings were observed in a post-mortem of a professional football player who had developed cognitive decline later in life (Omalu et al., 2005). Combining the imaging and neuronal injury biomarker studies discussed earlier, with the Bigler (2004) and Omalu et al. (2005) post-mortem studies provide indisputable evidence that structural pathology can be present in mTBI. Additionally, these type of hemorrhagic lesions can be observed with specialized high-field MRI studies (see Ashwal et al., 2006; Scheid et al., 2006) as shown in Figure 4. As such, some aspects of the so-called "traceless injury" of concussion are being revealed with newer techniques.



**Fig. 4.** This 12 year-old male had sustained a concussion in a skate-boarding accident. Eyewitness accounts estimate LOC to be approximately 7 minutes, but in the ER the patient was alert and not amnesic. However, because of the positive LOC a CT scan was performed (A), followed by the more routine GRE sequence (B) which revealed only a hint of hemosiderin deposition, however, the susceptibility-weighted sequence (C) clearly demonstrated multiple foci of hemosiderin deposition (see arrows). (Reproduced by permission from Jill Hunter, M.D., Texas Children's Hospital, Houston, Texas).

What is the significance of these pathological residua in those concussed, even when ostensibly reparative and restorative mechanisms return function to apparent baseline? Are there still potential sequelae that can be elicited and are these expressed overtime? Do these lesions relate to neuropsychological function? What Gronwall and Wrightson (1975) demonstrated years ago suggested that concussion may not be as benign as Miller (1961) had implied, but may be very dependent on the cognitive demands placed on a patient. Routine cognitive tasks may be unaffected, whereas more complex functions affected. This has been revisited more recently by Chen et al. (2003) using functional brain imaging in a small group of subjects ($N = 5$) who had sustained concussion, only two of whom had brief LOC (less than 2 minutes). In this study the concussed patients, none of whom were in litigation, all had neurobehavioral symptoms of PPCS, but their resting PET metabolism did not differ from controls. However, when given a spatial working memory task to perform, differences in regional cerebral blood flow were detected in prefrontal cortex in PPCS subjects. In other words, unless a significant cognitive demand was placed on the subject that required more than typical cognitive effort, no differences could be determined. Similarly, Bernstein (2002) demonstrated that by increasing the complexity of a dual task involving auditory and visual discrimination and measuring evoked responses that those with a history of concussion but ostensibly no residual complaints could be differentiated from controls (Dockree et al., 2006a).

Moreover, confirmation of the likely residual pathology from concussion is clearly demonstrated in the second-injury circumstance, where a prior concussion increases the likelihood of a second concussion and greater morbidity of the second concussion in both human and animal studies (Huh et al., 2007; Longhi et al., 2005; Manville et al., 2007; Moser et al., 2005; Omalu et al., 2005; Pellman et al., 2004;

Wall et al., 2006). The most straight forward explanation of the pathology of the second injury concussion is that the first concussion is simply not benign, but that the brain adapts quickly to the injury in most cases. It should be noted that there is some controversy over the second injury hypothesis (Iverson et al., 2006b; Schnadower et al., 2007) and much more animal and human research is needed to fully understand this phenomena (Laurer et al., 2001). From a clinical management standpoint, repeated concussions are the basis for recommendations to retire from sports (Cantu, 2003) and reported to be related to the presence of neuropsychiatric symptoms in professional North American Football players (Guskiewicz et al., 2007).

While petechial hemorrhage associated with concussion has been well documented neuropathologically for decades (Ashwal et al., 2006), the shearing phenomena may only be part of the pathological story of vascular injury in concussion. A most intriguing animal study by Ueda et al. (2006), inducing what would be at least a moderate brain injury, has shown that the perivascular nerve network is injured in TBI as well. It is often overlooked that there is a neural regulation of blood vessels and blood vessels can contract and expand under neurogenic control. In fact, it is the dispersion of blood in response to autoregulation and localized activation that is at the basis of functional neuroimaging. If a blood vessel has a subtle abnormality in its ability to regulate regional flow, this may contribute to the neuropsychological sequelae expressed in a concussed individual. This remains to be investigated and represents speculation at this time. Thus, in TBI the same mechanisms that stretch the neuron can stretch the blood vessel and this may impair the neurogenic response of the blood vessel. Thus, the functional neuroimaging findings in concussion may not just be a consequence of brain parenchymal injury, but vascular and blood-brain barrier disruptions (Korn et al., 2005).

Along these same lines, is how the peri-vascular spaces that house cerebral vasculature are affected by injury, because much of the surrounding tissue is white matter. Numerous studies have shown the vulnerability of white matter damage in TBI (de la Plata et al., 2007; Inglese et al., 2005a; MacKenzie et al., 2002) have all shown that in mTBI increased frequency of dilated perivascular spaces, changes in white matter volumetry and chemical composition occur and relate to persistence of symptoms. Significant inflammatory reactions and hemosiderin deposits occur in the perivascular space in response to injury and their presence is considered a marker of white matter injury (Beschorner et al., 2002; Konsman et al., 2007). What is potentially so important about these observations is that inflammatory reactions that may originally injure white matter parenchyma, at least experimentally, have been shown to disrupt dopaminergic function (Roy et al., 2007), which heuristically, could be the basis for some of the neuropsychiatric symptoms associated with damage to white matter.

Another neuropathological complexity that is only beginning to be understood is the individual differences and heterogeneity of injury to individual cells (Buki & Povlishock, 2006; Reeves et al., 2005; Singleton & Povlishock, 2004). This too may be under genetic control where individual differences to injury susceptibility relates to outcome. It just may be that certain neurons are more susceptible to injury and certain injury forces or dynamics than others (Park et al., 2006).

There are other biomarkers of injury that have also been examined in human mTBI. For example, Stalnacke et al. (2005), using a blood biomarker of brain injury, serum concentrations of S-100B and neuron-specific enolase, found that S-100B levels during the acute phase of mTBI related to long-terms sequelae. S-100B findings have not been universal in mTBI (see also Bazarian et al., 2006a; Bazarian et al., 2006b; De Kruijk et al., 2002; Savola & Hillbom, 2003) and these observations are but some of the first. The level of initial CSF tau, a microtubular binding protein, believed to be a marker of axonal injury, correlates with outcome in severe TBI (Ost et al., 2006), but it has not been systematically studied in mTBI.

## Functional Neuroanatomy of Concussion and PPCS

In concussion, regardless of the definitional criteria used as outlined in Table 1 and the variability in clinical presentation, it is clear that 4 features dominate concussive symptoms—(1) brief alteration in consciousness or neurological function with at least acute changes in mentation and speed of processing; (2) physical symptoms of headache, dizziness and/or vertigo along with increased fatigability; (3) impairments in short-term memory, attention and concentration (particularly for multi-tasking); and (4) increased likelihood for changes in mood and emotional function. Where and how can these symptoms be integrated in understanding the functional neuroanatomy of concussion? The assumption is that there must be a common origin to these symptoms.

Figure 1 is a sagittal MRI view of the brain. The average adult brain weighs somewhere between 1150 and 1450 grams (2.5–3 pounds), with most of that weight located in the cerebrum, above the cerebellum in the figure. The anterior aspect of midbrain region of the upper brainstem is comprised of the cerebral peduncles which house all of the major ascending and descending white matter pathways connecting the cerebrum with the periphery of the body and the connections between the cerebrum and the cerebellum. In an earlier review, these anatomic regions, pathway and structures have been outlined in detail (Bigler, 2007). As can be clearly visualized in the Figure 1, the midbrain at the level of the cerebral peduncle is small, opposed to frontal-occipital linear dimension, and in the vertical position the tegmental aspect of the upper midbrain "rests" on or is adjacent to the dorsum sellae and the anterior clinoid, partially shown in Figures 1 and 2. Just in front of the tegmentum is the hypophyseal fossa that house the infundibulum (or pituitary stalk), the neural connection between the ventral hypothalamus and the pituitary, situated in the sella turcica. Immediately lateral to the cerebral peduncle is the carotid groove of the sphenoid bone wherein the internal carotid artery ascends into the brain to form the anterior and medial cerebral arteries. Next, moving laterally just past the carotid groove is the inner edge of the greater wing of the sphenoid and the beginning medial surface of the temporal lobe (see Fig. 2). The entrance of internal carotid into the cranium through the carotid canal occurs just adjacent to the midbrain. What is particularly interesting about this region of the brain is that the tentorium cerebelli extends from a covering of the cerebellum to attach at the junction of the clinoid and lesser wing of the sphenoid. As the tentorium projects to its clinoid-lesser wing of the sphenoid connection, the lateral surface of the upper brainstem touches the "free edge" of the tentorium cerebelli, and just on the other side of the tentorium at this level is the medial surface of the temporal lobe, where the peririhinal and entorhinal surfaces also touch the "free edge" of the tentorium (Bigler, 2007; Van Hoesen et al., 1999). What is also of particular interest with regards to consciousness is that arterial branches of the posterior circulation of the brain actually cross the free edge of the tentorium and these arterial branches supply blood to the brainstem (Blinkov et al., 1992).

Biomechanics of concussion inform us that concussions are more likely to occur if there is some rotational force present (Fijalkowski et al., 2006; Viano et al., 2005a; Vorst et al., 2007). Returning to this midbrain region of the brain, if there is any stretching and/or rotational force at this level, note what occurs: the upper brainstem stretches across the clinoid and lesser wing of the sphenoid, with its lateral margins potentially striking the free-edge of the tentorium, the pituitary stalk stretches disrupting hypothalamic-pituitary connections, the internal carotid stretches against the carotid canal and posterior circulation to the brainstem is also dis-

rupted, the medial temporal lobe strikes the lateral surface of the free-edge of the tentorium as well as the medial wall of the sphenoid. Just in from this medial surface of the temporal lobe are the amygdala and hippocampus, with the hippocampus giving rise to the fornix that not only connects with the anterior thalamus *via* the mammillary body but also to the septum and pituitary (McDonald et al., 2006). Just anterior to the hypophysis-hypothalamic region is the basal forebrain; just posterior are the mammillary bodies. So at one level, if there is slight mechanical deformation either in terms of compression or uplift and particularly if rotation occurs, there are putative functional neuroanatomical connections disrupted for consciousness (upper brainstem, reticular activating system), memory (mechanical compression of perirhinal and entorhinal cortices disrupting input to the hippocampus or hippocampal output *via* the fornix and its connection with the anterior thalamus and cingulate), emotional regulation (medial temporal lobe and basal forebrain), post-traumatic migraine (stretching the internal carotid and all vasculature that forms the circle of Willis as well as stretching/irritation of the dura and other vessels) and fatigue as well as hormonal changes secondary to hypothalamic-pituitary disruption.

Indisputably, clearly demonstrated immediately after concussion (Barrow et al., 2006a; Barrow et al., 2006b), even in those who go on to fully recover, is slow speed of processing (Crawford et al., 2007; De Monte et al., 2005). Speed of processing is dependent on the integrity of white matter pathways maintaining their optimal inter-connectiveness. Returning to the biomechanical deformation effects reviewed above, long-coursing axons are going to be more vulnerable, particularly interhemispheric connections, especially the corpus callosum and anterior commissure (Cecil et al., 1998; Holshouser et al., 2006; Inglese et al., 2005b; Mathias et al., 2004; Wilde et al., 2006a; Wilde et al., 2006c). Thus, neuropsychological tasks that require interhemispheric integration and/or multiple intracortical connections often show differences in the form of slowed responding, even in those with mTBI (Mathias et al., 2004).

So, the hypothesis put forth in this section is that the biomechanics of brain injury simultaneously disrupt neurological function in the upper brainstem, pituitary-hypothalamic axis, medial temporal lobe, and basal forebrain concomitant with irritative injury to the vasculature and meninges, which gives rise to the symptoms observed in the post-concussive state and the neuropsychological sequela associated with such an injury. How rapidly these neural, dural, and vascular areas return to homeostasis or recovery from some adaptive mechanism or do not recover, provides the biological basis for the symptoms expressed.

## Animal Models of Concussion

The advantage of animal models is the controlled environment where the reproducibility of an adverse effect can be tested, in this case a concussive brain injury. There have been numerous animal models of brain injury over the years

(Leker et al., 2002), but most focused on what would be moderate-to-severe brain injury with focal cortical impact, producing not only focal brain injury but diffuse injury readily demonstrated by histological analysis. It has been challenging to develop an animal model of concussion that mimics human concussion, because of a host of differences associated with brain morphology, skull-brain interface, and species differences (Leker et al., 2002).

Nonetheless, several excellent animal models of concussive injury have recently been established (Gurkoff et al., 2006; Henninger et al., 2005; Milman et al., 2005; Tang et al., 2197; Tashlykov et al., 2007; Ucar et al., 2006; Yoshiyama et al., 2005; Zohar et al., 2003, 2006). For example, Henninger et al. (2005) modifying methods of Tang et al. (1997) have used a weight drop device to the exposed skull that replicates human concussion. As stated by these researchers, "immediately after impact, *all* TBI animals lost their muscle tone and righting reflex response (p. 450)" but it shortly returned. This is analogous to what is observed acutely in sports concussion (McCrory & Berkovic, 2000). After reflex recovery the concussed rats behaved "normally" in comparison to sham controls. In this study, memory was assessed using the Morris Water Maze (MWM), where the concussed animals also showed no differences from controls in ability to swim and other species typical behaviors. Thus, in terms of ordinary rat behavior, function returned without discernable abnormality following concussion. However, given time to heal from the minor surgery to expose the skull, the concussed animals exhibited memory deficits on the MWM when assessed nine days post-injury. This study also included high-field MRI which was negative. However, histology demonstrated several pathological changes including a reduction in the number of cortical neurons as well as in the hippocampus. A limitation of this study is that it only examined memory nine days post-injury but Milman et al. (2005) and Zohar et al. (2003, 2006) using somewhat similar methods, but in mice, have demonstrated these type of persistent cognitive differences in concussed animals for longer periods of time post-injury. Gurkoff et al. (2006) have demonstrated this in rats with a fluid percussion injury model and Tashlykov et al. (2007) have shown apoptotic changes in cerebral cortex and hippocampus using this weight drop technique as well.

So animal models of concussion do support the notion that persistent cognitive deficits can occur, although not all studies have found lasting effects (Gaetz, 2004; Leker et al., 2002). The difference between those studies that find persisting symptoms and those that do not is probably the severity of the concussion. For example, in the Tashlykov et al. (2007) study pellets of incremental weight from five to 30 g were dropped on the head of mice under light ether anesthesia. Of particular interest in this study is that *none* of the weight amounts produced any discernable change in the species typical behavior of the mice once recovered from the ether anesthesia, yet related to the weight amount of the pellet pathological changes were proportional to the impact. The 5 g weight drop was insufficient to produce any detect-

able pathological changes. A minimum of 10 g was necessary for showing pathological neuronal changes, but 15 g was necessary to initiate apoptotic changes. Thus, the threshold to produce injury varies depending on what pathological changes are under investigation and whether a certain injury threshold has been reached.

## IS BRAIN INJURY ON A CONTINUUM: CONCUSSION → SEVERE TBI?

In examining the post-mortem brain of several human subjects who had sustained a "mild concussion," but died for reasons other than the head injury, Blumbergs et al. (1994) demonstrated presence of axonal injury, particularly in the fornix. Blumbergs et al. (1995) in a follow-up study demonstrated that the microscopic pathology was on a continuum from mild (GCS of 13–15) to severe (GCS of 3–8), again demonstrating the susceptibility of the fornix. As shown by Viano et al. (2005b), the fornix is distinctly vulnerable to the stress/strain effects of concussion and is a common area of damage in moderate-to-severe TBI, as visualized using MRI (Gale et al., 1995; Tate & Bigler, 2000; Tomaiuolo et al., 2004), where the degree of atrophy is related to severity of injury (Bigler et al., 2006; Tate & Bigler, 2000; Tomaiuolo et al., 2004; Wilde et al., 2006b). Because the fornix is a white matter structure containing projecting axons from the hippocampus, disruption in fornix integrity likely relates to the concussive effects of disrupted short-term memory, at least transiently.

At the histopathological level, severity can be graded by the degree of cell loss, cytoskeletal changes, presence of inflammatory cellular reaction, biochemical markers of cell damage or death, etc. and all seem to relate to severity on some continuum (Anderson et al., 2003; Vorst et al., 2007). Taken together, in well controlled animal models there is a continuum associated with severity of impact injury supporting the contention that injury is on a continuum (Gurkoff et al., 2006; Igarashi et al., 2007; Kharatishvili et al., 2006; Maegele et al., 2005; Ucar et al., 2006). Understanding this continuum means that at the mildest level of brain perturbation there may, in fact, be no lasting effect. However, once a threshold is reached, lasting sequelae begin to occur (Zhu et al., 2006).

Human neuroimaging studies also support the concept of continuum of injury. For example, a linear relationship with cerebral atrophy relates to injury severity measures such as GCS, PTA, and duration of LOC (Bigler et al., 2006; Wilde et al., 2006b). Likewise, complicated mTBI is more likely to have positive neuroimaging findings (Levine et al., 2006; McAllister et al., 2001; Vorst et al., 2007) and significant residuals (Kennedy et al., 2006). If boxing is considered a model for detecting "pre-clinical" or asymptomatic brain injury, recent diffusion tensor imaging studies have demonstrated abnormalities in boxers (Chappell et al., 2006; Zhang et al., 2006b). Thus, animal and human studies support the contention of injury on a continuum, implicating that understanding the variables that relate to severity of injury are

likely very important in understanding neuropsychological sequelae (see Wilde et al., in press; Lewine et al., 2007).

## VULNERABILITY OF THE MEDIAL TEMPORAL LOBE AND IN PARTICULAR, THE HIPPOCAMPUS

Elsewhere, I have reviewed research demonstrating that the brain-skull interface in the anterior and middle cranial fossa is a major factor for the vulnerability of these regions in TBI (Bigler, 2007). Potentially the most critical structure injured for neuropsychological sequelae in TBI is the hippocampus and its afferent and efferent connections (Wilde et al., 2007). The Viano et al. (2005b) study demonstrated that the typical deformation of the hippocampus to be 4–6 mm in concussion associated with professional football. Numerous human and animal studies have demonstrated the vulnerability of the hippocampus (and fornix) to injury in TBI (Bigler et al., 2006; Geddes et al., 2003; Royo et al., 2006; Tashlykov et al., 2007; Tasker et al., 2005; Wilde et al., 2006b) and functional neuroimaging studies using SPECT also demonstrate medial temporal lobe hypoperfusion in mTBI (Gowda et al., 2006). Thus, given the location of the hippocampus in the medial temporal lobe and its connection and location to the fornix, these brain regions are key to understanding PPCS neuropsychology, and should be the focus of intense neuropsychological investigation.

## LIMITATIONS OF NEUROPSYCHOLOGICAL RESEARCH TO ADVANCE THE FIELD

### The Litigation Conundrum: Forensic Implications for Clinical Neuropsychology

From the anatomical and pathophysiological discussions earlier, it is plainly evident that the brain is at least momentarily and transiently injured in concussion but for the majority of those injured persistent sequelae do not occur. Because animal models have demonstrated that lasting negative effects can occur with concussion (see Tashlykov et al., 2007), it is reasonable to assume that PPCS will exist in some individuals. It is in these individuals that neuropsychological research needs to direct its best and most unbiased research efforts. Unfortunately, as pointed out by the World Health Organization's task force on mTBI, poor research designs and the cross-sectional nature of many of the studies on this topic, restrict generalizations of the findings (Carroll et al., 2004a; Carroll et al., 2004b). What can be done to correct short-comings of research in this area?

More than 40 years after Miller (1961) wrote about concussion and "compensation neurosis". Kertesz and Gold (2003), reviewing outcome from concussion make the following statement: "the involvement of insurance claims, litigation, and the expense of rehabilitation makes this area very contentious (p. 629)." Belanger et al. (2005) per-

formed a meta-analysis of 39 studies involving 1463 cases of mTBI assessing clinical neuropsychological test findings. Their findings were similar to what has also been described by Binder et al. (1997), Frencham et al. (2005), and Schretlen & Shapiro (2003), implicating short-term, but not necessarily long-term neuropsychological effects, except for those cases who were in litigation, where either "stable or worsening of cognitive functioning over time (p. 215) was observed." Mooney et al. (2005), in a university based rehabilitation service, examined those with "disappointing recoveries" and observed that "in cases of poor recovery after mTBI where compensation or litigation may be a factor, most of the variance in recovery seems to be explained by depression, pain, and symptom invalidity (p. 975) ." With regards to symptom invalidity, Loring et al. (2007) reported 20% of subjects including those with history of head injury who were evaluated in a University-based clinical assessment laboratory but who were also in litigation did not pass symptom validity testing (SVT). Plainly, presence of litigation is a major confound in research in mTBI and its presence in research studies has likely obscured the true effects of concussion, including PPCS. Also, whenever analyzing group data, if all subjects with concussion are examined at a particular time period, the effects on individual subjects who may be symptomatic get washed out by the total group effects (Iverson et al., 2006a; Kent, 2007; McHugh et al., 2006; Sterr et al., 2006). This is a very important point, because few studies compare symptomatic *versus* non-symptomatic subjects who have been concussed and those who do, find those who are symptomatic to have greater neuropsychological impairment (Collie et al., 2006; Iverson et al., 2004; Sterr et al., 2006).

The fact that the litigation process is adversarial and that neuropsychological testimony occurs on both sides of the legal argument, raises the specter of potential bias in what has been written about PPCS depending on the type of forensic work an author may participate in. If one is exclusively retained in legal settings for one side or the other in a legal matter, that could have a bearing on what is studied and reported (Racette et al., 2006). The legal side that retains a clinician or researcher may influence directly or indirectly what is published by that individual (Bigler, 2006). For example, it would be difficult for the individual in private practice whose sole income is derived from their forensic work and consistently retained by the defense to publish on the subtle sequelae of PPCS, including its lasting and enduring adverse effects. Oppositely, but just as likely, the clinician who is exclusively retained by the plaintiff's side is unlikely to publish on the "myth" of PPCS.

Neuropsychological research from countries that do not have the kind of litigation and medical care system that the United States has may provide important information about PPCS, if the proper large scale studies are done. There are cultural differences in the expression of whiplash associated disorders (WAD) (Obelieniene et al., 1999), and the same may be expected in PPCS. Incomplete effort is another major factor contaminating any study looking at long-term

neuropsychological sequelae of concussion (Ross et al., 2006a; Ross et al., 2006b), which represents a topic of its own for review (Iverson & Binder, 2000).

## Ecological Validity of the Clinical Neuropsychological Approach

Ecological validity of neuropsychological assessment remains an ever present concern (Chaytor et al., 2006; Moritz et al., 2004; Odhuba et al., 2005; Wood & Liossi, 2006). As an example, the antemortem clinical neuropsychological testing in the concussed patient previously described who met PPCS criteria and who at autopsy had verified pathology of brain injury, was all normal yet this individual had "real-world" difficulty running his business, problems not evident before his injury (Bigler, 2004). Standardized paper-and-pencil tests typically conducted in the sterile laboratory may simply not tap the cognitive symptom being experienced by the individual with PPCS. This very point has been made by Collie et al. (2006) in determining which kinds of measurements are most sensitive in detecting problems in those who remain symptomatic after concussion. Obviously, cognitive skills, in particular working memory and executive function, can place much higher demands on neural integrity in the real world than what can be assessed by any current clinical neuropsychological technique in the laboratory.

Assessment in sports concussion has recognized the need to move beyond traditional neuropsychological assessment with the development of more tailored assessment tools in the athlete with concussion (Broglio et al., 2007; Parker et al., 2007). Such assessments are also taking advantage of computerized and virtual assessment techniques as well as the ability to automate the assessment (Cernich et al., 2007; Iverson et al., 2005; Schatz & Putz, 2006; Slobounov et al., 2006). Likewise, various cognitive neuroscience measures either by themselves or combined with functional neuroimaging methods hold great promise for more accurate assessment of the effects of TBI on behavior and cognition (Bergemalm & Lyxell, 2005; Casson et al., 2006; Chan, 2001; Chen et al., 2007; Cicerone et al., 2006; Dockree et al., 2006b; Jantzen et al., 2004; Mendez et al., 2005; O'Keeffe et al., 2007a; O'Keeffe et al., 2007b; Scheibel et al., 2007; Suh et al., 2006). These types of studies applied to PPCS will likely advance the field rather than another round of testing with traditional "clinical" neuropsychological measures (Heitger et al., 2004, 2005, 2006).

## Confounding Factors That Must be Considered in the Design of PPCS Studies and the Accurate Determination of Neuropsychological Sequelae

The fact that the eight symptoms of PCS [i.e., (1) becoming fatigued easily, (2) disordered sleep, (3) headache, (4) vertigo or dizziness, (5) irritability, (6) anxiety, depression or

affective lability, (7) changes in personality, and (8) apathy or lack of spontaneity] as outlined by DSM-IV (pp. 704–705) *all* overlap such that *all* coexist with a myriad of other medical and psychiatric diagnoses, underscores how complicated the design of the ideal study has to be to truly assess PPCS. For example, Iverson (2006) points out the commonness of misdiagnosing PPCS when the symptoms are really driven by depression and how depression can be misattributed to concussion (Chamelian & Feinstein, 2006; Meares et al., in press). In fact every PPCS symptom can occur independent of a head injury (Iverson et al., 2007). Also, a threshold issue exists where symptoms have to rise beyond a baseline before PPCS can be diagnosed (Chan, 2005). Post-traumatic pain correlates with presence of PPCS (Sheedy et al., 2006); and pain has its own set of correlates, by itself, potentially affecting cognitive performance and emotional status (Alfano, 2006; Karp et al., 2006). None of this even addresses the complexity of WAD, as already mentioned, and WAD pain-related problems (Holm et al., 2006; Johansson, 2006; Zumsteg et al., 2006), nor post-traumatic headaches (Lew et al., 2006; Weiss et al., 1991) which are commonplace in concussion, especially those caused by MVAs.

Not only is the brain concussed, but also other organs such as the eye, inner ear, and soft internal organs (Frater & Haindl, 2003; Keane & Baloh, 1992; Nolle et al., 2004); and injury to these organs can be a source of symptoms. With regards to organs of the head, vertigo, dizziness, tinnitus, and ocular disturbance are commonplace; and they relate to cognitive sequela associated with mTBI (Suh et al., 2006). Presence of any of these symptoms may confound the neuropsychological presentation and sequela of the mTBI patient but are rarely controlled. What is particularly important about pain, regardless of its source, is that pain changes the functioning of the brain, demonstrated by both structural as well as functional imaging (Schweinhardt et al., 2006). Also, the nature and extent of early medication treatment in those who sustain mTBI, may also relate to who develops PPCS (Meares et al., 2006).

Fatigue is a common and persistent problem in PCSS (Stulemeijer et al., 2006; Ziino & Ponsford, 2006), and it too has its own set of neurochemical, neuroimaging, and neuropsychological differences (de Lange et al., 2004; Kozora et al., 2006). The same can be said about the co-occurrence of PTSD in those involved in accidental injury or assault as the source of their concussion (Bryant, 2001; Creamer et al., 2005; McCauley et al., 2001) and the role of stress hormones in the behavioral response to injury (Sojka et al., 2006). PTSD alone has its own unique effect on neuropsychological performance (Vasterling & Bremner, 2006; Vasterling et al., 2006; Veltmeyer et al., 2005). Even for those who do not develop PTSD, being in an accident (Mayou & Bryant, 2002) or an assault (Johansen et al., 2006) or just sustaining a brain injury (Prigatano et al., 2005) is stress producing.

Mooney and colleagues have documented that many with persistent symptoms following concussion meet criteria for conversion disorder (CD (Mooney & Speed, 2001). However, the neurobiology of CD, including neuroticism, is starting to emerge and it may not be as "functional" as believed (Allet & Allet, 2006; Atmaca et al., 2006; Ghaffar et al., 2006; Schonfeldt-Lecuona et al., 2006; Stonnington et al., 2006; Ward et al., 2003; Wright et al., 2006). Theories and functional neuroimaging studies of CD imply the involvement of limbic regions, inferior frontal and medial temporal lobe structures, the very regions most likely injured in TBI. Is there an increased prevalence of conversion disorder in individuals concussed because these areas are injured? Neuropsychology should be exploring the potential neurobiology of this observation, not merely writing this off as a mere functional manifestation of concussion (Ashman et al., 2006). Recently, Wood (2005) has put forth a diathesis-stress model as a beginning attempt to describe these relationships.

It has long been known that pre-morbid factors predispose those with history of neuropsychiatric disorder to be more likely to experience PPCS once concussed (Karzmark et al., 1995; Ponsford, 2005). As such, any study that examines PPCS that does not take into consideration pre-morbid factors likely overlooks important and relevant information that may contribute to the disorder.

It is interesting that only recently has research begun to examine the role of pituitary injury in TBI to functional outcome, even in concussion (Acerini et al., 2006; Kelestimur, 2005; Kelly et al., 2006; Tanriverdi et al., 2007). As shown by the Bayly et al. (2005) and Viano et al. (2005b) studies, the hypothalamic-pituitary axis is particularly vulnerable to physical strain in concussion. Pituitary dysfunction can be associated with many of the same symptoms as seen by PPCS (Casanueva et al., 2006; Powner et al., 2006), yet this has not been systematically investigated in PPCS. This is particularly important because of some pituitary associated physical and neuropsychiatric symptoms are treatable.

Similarly, the basal forebrain resides just anterior to the hypothalamus housing important nuclei and pathways for cholinergic innervation of the brain. The basal forebrain is another region that sustains significant strain effects in biomechanical modeling of concussion and in moderate or greater injury, is consistently damaged (Bigler, 2005; Conner et al., 2005). However, this region has never been systematically examined in PPCS.

The elegant reconstruction of concussion by Viano et al. (2005b) clearly demonstrates that each concussion places unique stress and strain on the brain. Just as clear from this research is that no two concussions are identical in terms of how the brain is impacted. So if one does not take into consideration the impact and physical dynamics of the injury and subject characteristics (including genetics), neuropsychological sequelae could vary widely with regards to the brain regions most likely injured even though all subjects had sustained a "concussion". Unfortunately, for most research on PPCS such information has never been obtained and this has never been systematically investigated other

than in sports concussion. For example, concussion in MVA victims may be different depending on whether it was a front, side or rear impact, whether the car spun, rolled or flipped, etc., the type of car driven, and how and what seat belts were worn, etc. (Elliott et al., 2006). To date this heterogeneity in injury dynamics has simply been overlooked and all such subjects are merely lumped into a single category yet these injury dynamics may make a significant difference in how and where the brain is injured, differences that may be critical in the expression of PPCS.

The prospective design used by the McCrea et al. (2003) study is the proper prototype and standard that should be sought in studying PPCS in non-sports related concussion. To date this has not been done and therefore there are no large-scale, long-term prospective studies of non-sports related concussion that have been conducted. However, the study by Jackson et al. (2007) is a first attempt to accomplish such, where they examined their university-based Trauma I center registry for a single year and identified 97 adult trauma patient survivors from their ICU who had negative CT scan for intracranial hemorrhage, ostensibly eliminating those with obvious severe head injury. Within 12 to 24 months post-discharge, they were able to follow-up with a comprehensive neuropsychological battery of tests on 58 of these subjects and presence of concussion was associated with poorer neuropsychological outcome.

## CONCLUSION

From a neuropathological standpoint, this review demonstrates that concussion can lead to structural damage. From the biomechanics of concussion, the vulnerability of the upper brainstem, hypothalamic-pituitary axis, medial temporal lobe and basal forebrain and long-coursing white matter fibers, particularly involving the corpus callosum and fornix are the brain regions most likely to give rise to post-concussive symptoms.

Confusion in the literature on this topic comes from differences in terminology and definitional standards as well as poor research designs where small sample sizes, samples of convenience, selected clinical sub-samples and research that may have an agenda behind it has created serious interpretative problems with regards to the neuropsychology of concussion and its sequelae. Prospective studies of concussion where large trauma centers assess, follow and tract patients with concussion and follow such a cohort prospectively using uniform and more ecologically valid cognitive assessment protocols simply have not been done. In such a group it would be reasonable that additional data could be obtained that would provide more information about the biomechanics of injury and a host of other medical and demographic factors, including attempts to be establish pre-injury level of function. In one of the largest reviews of mTBI, the WHO task force that reviewed mTBI literature up to 2004 concluded that mTBI research is "of varying quality and causal inferences are often mistakenly drawn from cross-sectional studies (p. 84," (Carroll et al., 2004a),

see also (Ragnarsson, 2006) The only correction for this gaffe in the neuropsychology of concussion, and potential long-term sequelae of PPCS, will be large, unbiased prospective studies that address the issues raised in this review. The importance of understanding this more accurately and completely is the fact that concussion is reportedly the most common of all neurological injuries and this is also true of the Iraq and Afghanistan war (Das & Moorthi, 2005; Okie, 2005; Warden, 2006; Warden & French, 2005), where unofficial estimates place the numbers in the tens of thousands (Bob Woodruff Reports. February 27, 2007: www.abc-.com), potentially as high as, "1 out of every 10 returning service men and women" [p. 16, American Academy of Neurology News, 20(6), 2007]. Neuropsychology needs to better understand PPCS and this review offers a number of very testable hypotheses for future research.

## ACKNOWLEDGMENTS

The information in this manuscript and the manuscript itself is new and original and has never been published whether electronically or in print. The author also acknowledges the support in part by the National Institutes of Health federal grant 1 R01 HD048946-01A2 and the Ira Fulton Foundation. The technical assistance of Tracy Abildskov and Craig Vickers and the editorial assistance of Jo Ann Petrie are also gratefully acknowledged.

## REFERENCES

Acerini, C.L., Tasker, R.C., Bellone, S., Bona, G., Thompson, C.J., & Savage, M.O. (2006). Hypopituitarism in childhood and adolescence following traumatic brain injury: The case for prospective endocrine investigation. *European Journal of Endocrinology*, *155*, 663–669.

Alexander, S., Kerr, M.E., Kim, Y., Kamboh, M.I., Beers, S.R., & Conley, Y.P. (2007). Apolipoprotein E4 allele presence and functional outcome after severe traumatic brain injury. *Journal of Neurotrauma*, *24*, 790–797.

Alfano, D.P. (2006). Emotional and pain-related factors in neuropsychological assessment following mild traumatic brain injury. *Brain and Cognition*, *60*, 194–196.

Allet, J.L. & Allet, R.E. (2006). Somatoform disorders in neurological practice. *Current Opinions in Psychiatry*, *19*, 413–420.

American Congress of Rehabilitation Medicine Head Injury Interdisciplinary Special Interest Group. (1993). Definition of mild traumatic brain injury. *Journal of Head Trauma Rehabilitation*, *8*, 86–87.

Andersen, P., Morris, R., Amaral, D., Bliss, T., & O'Keefe, J. (2006). *The hippocampus book*. New York: Oxford University Press.

Anderson, R.W., Brown, C.J., Blumbergs, P.C., McLean, A.J., & Jones, N.R. (2003). Impact mechanics and axonal injury in a sheep model. *Journal of Neurotrauma*, *20*, 961–974.

Anderson, T., Heitger, M., & Macleod, A.D. (2006). Concussion and mild head injury. *Practical Neurology*, *6*, 342–357.

Ashman, T.A., Gordon, W.A., Cantor, J.B., & Hibbard, M.R. (2006). Neurobehavioral consequences of traumatic brain injury. *Mt Sinai Journal of Medicine*, *73*, 999–1005.

Ashwal, S., Babikian, T., Gardner-Nichols, J., Freier, M.C., Tong, K.A., & Holshouser, B.A. (2006). Susceptibility-weighted imag-

ing and proton magnetic resonance spectroscopy in assessment of outcome after pediatric traumatic brain injury. *Archives of Physical Medicine and Rehabilitation*, 87, 50–58.

Atmaca, M., Aydin, A., Tezcan, E., Poyraz, A.K., & Kara, B. (2006). Volumetric investigation of brain regions in patients with conversion disorder. *Progress in Neuropsychopharmacolgical Biology and Psychiatry*, 30, 708–713.

Bach-y-Rita, P. (2004). Is it possible to restore function with two percent surviving neural tissue? *Journal of Integrated Neuroscience*, 3, 3–6.

Barrow, I.M., Collins, J.N., & Britt, L.D. (2006a). The influence of an auditory distraction on rapid naming after a mild traumatic brain injury: A longitudinal study. *Journal of Trauma*, 61, 1142–1149.

Barrow, I.M., Hough, M., Rastatter, M.P., Walker, M., Holbert, D., & Rotondo, M.F. (2006b). The effects of mild traumatic brain injury on confrontation naming in adults. *Brain Injury*, 20, 845–855.

Bayly, P.V., Cohen, T.S., Leister, E.P., Ajo, D., Leuthardt, E.C., & Genin, G.M. (2005). Deformation of the human brain induced by mild acceleration. *Journal of Neurotrauma*, 22, 845–856.

Bayly, P.V., Dikranian, K.T., Black, E.E., Young, C., Qin, Y.Q., Labruyere, J., & Olney, J.W. (2006). Spatiotemporal evolution of apoptotic neurodegeneration following traumatic injury to the developing rat brain. *Brain Research*, 1107, 70–81.

Bazarian, J.J., Beck, C., Blyth, B., von Ahsen, N., & Hasselblatt, M. (2006a). Impact of creatine kinase correction on the predictive value of S-100B after mild traumatic brain injury. *Restoration of Neurology and Neuroscience*, 24, 163–172.

Bazarian, J.J., McClung, J., Shah, M.N., Cheng, Y.T., Flesher, W., & Kraus, J. (2005). Mild traumatic brain injury in the United States, 1998–2000. *Brain Injury*, 19, 85–91.

Bazarian, J.J., Zemlan, F.P., Mookerjee, S., & Stigbrand, T. (2006b). Serum S-100B and cleaved-tau are poor predictors of longterm outcome after mild traumatic brain injury. *Brain Injury*, 20, 759–765.

Begaz, T., Kyriacou, D.N., Segal, J., & Bazarian, J.J. (2006). Serum biochemical markers for post-concussion syndrome in patients with mild traumatic brain injury. *Journal of Neurotrauma*, 23, 1201–1210.

Belanger, H.G., Curtiss, G., Demery, J.A., Lebowitz, B.K., & Vanderploeg, R.D. (2005). Factors moderating neuropsychological outcomes following mild traumatic brain injury: A meta-analysis. *Journal of the International Neuropsychological Society*, 11, 215–227.

Bergemalm, P.O. & Lyxell, B. (2005). Appearances are deceptive? Long-term cognitive and central auditory sequelae from closed head injury. *International Journal of Audiology*, 44, 39–49.

Berker, E. (1996). Diagnosis, physiology, pathology and rehabilitation of traumatic brain injuries. *International Journal of Neuroscience*, 85, 195–220.

Bernstein, D.M. (2002). Information processing difficulty long after self-reported concussion. *Journal of the International Neuropsychological Society*, 8, 673–682.

Beschorner, R., Nguyen, T.D., Gozalan, F., Pedal, I., Mattern, R., Schluesener, H.J., Meyermann, R., & Schwab, J.M. (2002). CD14 expression is associated parenchymal microglia/macrophages and infiltrating monocytes following human traumatic brain injury. *Acta Neuropathologica (Berlin)*, 103, 541–549.

Bigler, E.D. (2004). Neuropsychological results and neuropathological findings at autopsy in a case of mild traumatic brain injury. *Journal of the International Neuropsychological Society*, 10, 794–806.

Bigler, E.D. (2005). *Structural Imaging*. Washington, D.C.: American Psychiatric Publishing, Inc.

Bigler, E.D. (2006). Can author bias be determined in forensic neuropsychology research published in Archives of Clinical Neuropsychology? *Archives in Clincal Neuropsychology*, 21, 503–508.

Bigler, E.D. (2007). Anterior and middle cranial fossa in traumatic brain injury: Relevant neuroanatomy and neuropathology in the study of neuropsychological outcome. *Neuropsychology*, 21, 515–531.

Bigler, E.D., Ryser, D.K., Gandhi, P., Kimball, J., & Wilde, E.A. (2006). Day-of-injury computerized tomography, rehabilitation status, and development of cerebral atrophy in persons with traumatic brain injury. *American Journal of Physical Medicine and Rehabilitation*, 85, 793–806.

Binder, L.M., Rohling, M.L., & Larrabee, J. (1997). A review of mild head trauma. Part I: Meta-analytic review of neuropsychological studies. *Journal of Clinical Experiments in Neuropsychology*, 19, 421–431.

Blinkov, S.M., Gabibov, G.A., & Tanyashin, S.V. (1992). Variations in location of the arteries coursing between the brain stem and the free edge of the tentorium. *Journal of Neurosurgery*, 76, 973–978.

Blostein, P. & Jones, S.J. (2003). Identification and evaluation of patients with mild traumatic brain injury: Results of a national survey of level I trauma centers. *Journal of Trauma*, 55, 450–453.

Blumbergs, P.C., Scott, G., Manavis, J., Wainwright, H., Simpson, D.A., & McLean, A.J. (1994). Staining of amyloid precursor protein to study axonal damage in mild head injury. *Lancet*, 344, 1055–1056.

Blumbergs, P.C., Scott, G., Manavis, J., Wainwright, H., Simpson, D.A., & McLean, A.J. (1995). Topography of axonal injury as defined by amyloid precursor protein and the sector scoring method in mild and severe closed head injury. *Journal of Neurotrauma*, 12, 565–572.

Boake, C., McCauley, S.R., Levin, H.S., Pedroza, C., Contant, C.F., Song, J.X., Brown, S.A., Goodman, H., Brundage, S.I., & Diaz-Marchan, P.J. (2005). Diagnostic criteria for postconcussional syndrome after mild to moderate traumatic brain injury. *Journal of Neuropsychiatry and Clinical Neuroscience*, 17, 350–356.

Bradshaw, D.R., Ivarsson, J., Morfey, C.L., & Viano, D.C. (2001). Simulation of acute subdural hematoma and diffuse axonal injury in coronal head impact. *Journal of Biomechanics*, 34, 85–94.

Broglio, S.P., Macciocchi, S.N., & Ferrara, M.S. (2007). Sensitivity of the concussion assessment battery. *Neurosurgery*, 60, 1050–1057; discussion 1057–1058.

Bryant, R.A. (2001). Posttraumatic stress disorder and mild brain injury: Controversies, causes and consequences. *Journal of Clinical and Experimental Neuropsychology*, 23, 718–728.

Buki, A. & Povlishock, J.T. (2006). All roads lead to disconnection?—Traumatic axonal injury revisited. *Acta Neurochir (Wien)*, 148, 181–193; discussion 193–184.

Cantu, R.C. (2003). Recurrent athletic head injury: Risks and when to retire. *Clinical Sports Medicine*, 22, 593–603.

Cantu, R.C. (2007). Athletic concussion: Current understanding as of 2007. *Neurosurgery*, 60, 963–964.

Carroll, L.J., Cassidy, J.D., Holm, L., Kraus, J., & Coronado, V.G. (2004a). Methodological issues and research recommendations for mild traumatic brain injury: The WHO Collaborating

Centre Task Force on Mild Traumatic Brain Injury. *Journal of Rehabilitation Medicine*, *43* (Suppl.), 113–125.

Carroll, L.J., Cassidy, J.D., Peloso, P.M., Borg, J., von Holst, H., Holm, L., Paniak, C., & Pepin, M. (2004b). Prognosis for mild traumatic brain injury: Results of the WHO Collaborating Centre Task Force on Mild Traumatic Brain Injury. *Journal of Rehabilitation Medicine*, *43* (Suppl.), 84–105.

Casanueva, F.F., Ghigo, E., Polak, M., & Savage, M.O. (2006). The importance of investigation of pituitary function in children and adolescents following traumatic brain injury. *Journal of Endocrinological Investigation*, *29*, 764–766.

Casson, I.R., Pellman, E.J., & Viano, D.C. (2006). Chronic traumatic encephalopathy in a National Football League player. *Neurosurgery*, *59*, E1152.

Cecil, K.M., Hills, E.C., Sandel, M.E., Smith, D.H., McIntosh, T.K., Mannon, L.J., Sinson, G.P., Bagley, L.J., Grossman, R.I., & Lenkinski, R.E. (1998). Proton magnetic resonance spectroscopy for detection of axonal injury in the splenium of the corpus callosum of brain-injured patients. *Journal of Neurosurgery*, *88*, 795–801.

Cernich, A., Reeves, D., Sun, W., & Bleiberg, J. (2007). Automated Neuropsychological Assessment Metrics sports medicine battery. *Archives of Clinical Neuropsychology*, *22* (Suppl. 1), S101–114.

Chamelian, L. & Feinstein, A. (2006). The effect of major depression on subjective and objective cognitive deficits in mild to moderate traumatic brain injury. *Journal of Neuropsychiatry and Clinical Neuroscience*, *18*, 33–38.

Chamelian, L., Reis, M., & Feinstein, A. (2004). Six-month recovery from mild to moderate Traumatic Brain Injury: The role of APOE-epsilon4 allele. *Brain*, *127*, 2621–2628.

Chan, R.C. (2001). Attentional deficits in patients with postconcussion symptoms: A componential perspective. *Brain Injury*, *15*, 71–94.

Chan, R.C. (2005). How severe should symptoms be before someone is said to be suffering from post-concussion syndrome? An exploratory study with self-reported checklist using Rasch analysis. *Brain Injury*, *19*, 1117–1124.

Chappell, M.H., Ulug, A.M., Zhang, L., Heitger, M.H., Jordan, B.D., Zimmerman, R.D., & Watts, R. (2006). Distribution of microstructural damage in the brains of professional boxers: A diffusion MRI study. *Journal of Magnetic Resonance Imaging*, *24*, 537–542.

Chaytor, N., Schmitter-Edgecombe, M., & Burr, R. (2006). Improving the ecological validity of executive functioning assessment. *Archives of Clinical Neuropsychology*, *21*, 217–227.

Chen, J.K., Johnston, K.M., Collie, A., McCrory, P., & Ptito, A. (2007). A validation of the post concussion symptom scale in the assessment of complex concussion using cognitive testing and functional MRI. *Journal of Neurology Neurosurgery and Psychiatry*, *78*, 1231–1238.

Chen, S.H., Kareken, D.A., Fastenau, P.S., Trexler, L.E., & Hutchins, G.D. (2003). A study of persistent post-concussion symptoms in mild head trauma using positron emission tomography. *Journal of Neurology Neurosurgery and Psychiatry*, *74*, 326–332.

Cicerone, K., Levin, H., Malec, J., Stuss, D., & Whyte, J. (2006). Cognitive rehabilitation interventions for executive function: Moving from bench to bedside in patients with traumatic brain injury. *Journal of Cognitive and Neuroscience*, *18*, 1212–1222.

Cohen, B.A., Inglese, M., Rusinek, H., Babb, J.S., Grossman, R.I.,

& Gonen, O. (2007). Proton MR spectroscopy and MRI-volumetry in mild traumatic brain injury. *AJNR American Journal of Neuroradiology*, *28*, 907–913.

Collie, A., Makdissi, M., Maruff, P., Bennell, K., & McCrory, P. (2006). Cognition in the days following concussion: Comparison of symptomatic versus asymptomatic athletes. *J Neurology Neurosurgery and Psychiatry*, *77*, 241–245.

Conner, J.M., Chiba, A.A., & Tuszynski, M.H. (2005). The basal forebrain cholinergic system is essential for cortical plasticity and functional recovery following brain injury. *Neuron*, *46*, 173–179.

Crawford, M.A., Knight, R.G., & Alsop, B.L. (2007). Speed of word retrieval in postconcussion syndrome. *Journal of the International Neuropsychological Society*, *13*, 178–182.

Creamer, M., O'Donnell, M.L., & Pattison, P. (2005). Amnesia, traumatic brain injury, and posttraumatic stress disorder: a methodological inquiry. *Behavior Research and Therapy*, *43*, 1383–1389.

Crosby, E.C. & Schnitzlein, H.N. (1982). *Comparative correlative neuroanatomy of the vertebrate telencephalon*. New York: Macmillan Publishing Co.

Das, R.R. & Moorthi, R.N. (2005). Traumatic brain injury in the war zone. *N Engl J Med*, *353*, 633–634.

De Kruijk, J.R., Leffers, P., Menheere, P.P., Meerhoff, S., Rutten, J., & Twijnstra, A. (2002). Prediction of post-traumatic complaints after mild traumatic brain injury: Early symptoms and biochemical markers. *Journal of Neurology Neurosurgery and Psychiatry*, *73*, 727–732.

Delaney, J.S., Abuzeyad, F., Correa, J.A., & Foxford, R. (2005). Recognition and characteristics of concussions in the emergency department population. *Journal of Emergency Medicine*, *29*, 189–197.

de Lange, F.P., Kalkman, J.S., Bleijenberg, G., Hagoort, P., van der Werf, S.P., van der Meer, J.W., & Toni, I. (2004). Neural correlates of the chronic fatigue syndrome—an fMRI study. *Brain*, *127*(Pt 9), 1948–1957.

de la Plata, C.M., Ardelean, A., Koovakkattu, D., Srinivasan, P., Miller, A., Phuong, V., Harper, C., Moore, C., Whittemore, A., Madden, C., Diaz-Arrastia, R., & Devous, M., Sr. (2007). Magnetic resonance imaging of diffuse axonal injury: Quantitative assessment of white matter lesion volume. *Journal of Neurotrauma*, *24*, 591–598.

De Monte, V.E., Geffen, G.M., May, C.R., McFarland, K., Heath, P., & Neralic, M. (2005). The acute effects of mild traumatic brain injury on finger tapping with and without word repetition. *Journal of Clinical Experiments in Neuropsychology*, *27*, 224–239.

Desmurget, M., Bonnetblanc, F., & Duffau, H. (2007). Contrasting acute and slow-growing lesions: A new door to brain plasticity. *Brain*, *130*, 898–914.

Diaz-Arrastia, R. & Baxter, V.K. (2006). Genetic factors in outcome after traumatic brain injury: What the human genome project can teach us about brain trauma. *Journal of Head Trauma Rehabilitation*, *21*, 361–374.

Dockree, P.M., Bellgrove, M.A., O'Keeffe, F.M., Moloney, P., Aimola, L., Carton, S., & Robertson, I.H. (2006a). Sustained attention in traumatic brain injury (TBI) and healthy controls: Enhanced sensitivity with dual-task load. *Experimental Brain Research*, *168*, 218–229.

Dockree, P.M., O'Keeffe, F.M., Moloney, P., Bishara, A.J., Carton, S., Jacoby, L.L., & Robertson, I.H. (2006b). Capture by misleading information and its false acceptance in patients with traumatic brain injury. *Brain*, *129*, 128–140.

Duff, D. (2001). Review article: Altered states of consciousness, theories of recovery, and assessment following a severe traumatic brain injury. *Axone*, *23*, 18–23.

Duffau, H. (2006). Brain plasticity: From pathophysiological mechanisms to therapeutic applications. *Journal of Clinical Neuroscience*, *13*, 885–897.

Elliott, M.R., Arbogast, K.A., & Durbin, D.R. (2006). A latent class analysis of injury patterns among rear-seated, seat-belted children. *Journal of Trauma*, *61*, 1244–1248.

Evans, R.W. (1994). The postconcussion syndrome: 130 years of controversy. *Seminars in Neurology*, *14*, 32–39.

Fijalkowski, R.J., Ellingson, B.M., Stemper, B.D., Yoganandan, N., Gennarelli, T.A., & Pintar, F.A. (2006). Interface parameters of impact-induced mild traumatic brain injury. *Biomedical Sciences Instrumentation*, *42*, 108–113.

Frater, C.J. & Haindl, W. (2003). Blunt trauma soft-tissue uptake on skeletal scintigraphy. *Clinical Nuclear Medicine*, *28*, 699–700.

Frencham, K.A., Fox, A.M., & Maybery, M.T. (2005). Neuropsychological studies of mild traumatic brain injury: A meta-analytic review of research since 1995. *Journal of Clinical and Experimental Neuropsychology*, *27*, 334–351.

Gaetz, M. (2004). The neurophysiology of brain injury. *Clinical Neurophysiology*, *115*, 4–18.

Gale, S.D., Johnson, S.C., Bigler, E.D., & Blatter, D.D. (1995). Nonspecific white matter degeneration following traumatic brain injury. *Journal of the International Neuropsychological Society*, *1*, 17–28.

Geddes, D.M., LaPlaca, M.C., & Cargill, R.S., 2nd. (2003). Susceptibility of hippocampal neurons to mechanically induced injury. *Experimental Neurology*, *184*, 420–427.

Ghaffar, O., Staines, W.R., & Feinstein, A. (2006). Unexplained neurologic symptoms: An fMRI study of sensory conversion disorder. *Neurology*, *67*, 2036–2038.

Giza, C.C. & Prins, M.L. (2006). Is being plastic fantastic? Mechanisms of altered plasticity after developmental traumatic brain injury. *Developmental Neuroscience*, *28*, 364–379.

Gowda, N.K., Agrawal, D., Bal, C., Chandrashekar, N., Tripati, M., Bandopadhyaya, G.P., Malhotra, A., & Mahapatra, A.K. (2006). Technetium Tc-99m ethyl cysteinate dimer brain single-photon emission CT in mild traumatic brain injury: A prospective study. *AJNR American Journal of Neuroradiology*, *27*, 447–451.

Gronwall, D. & Wrightson, P. (1975). Cumulative effect of concussion. *Lancet*, *2*, 995–997.

Guigon, E., Baraduc, P., & Desmurget, M. (2007). Computational motor control: Redundancy and invariance. *Journal of Neurophysiology*, *97*, 331–347.

Gurkoff, G.G., Giza, C.C., & Hovda, D.A. (2006). Lateral fluid percussion injury in the developing rat causes an acute, mild behavioral dysfunction in the absence of significant cell death. *Brain Resonance*, *1077*, 24–36.

Guskiewicz, K.M., Bruce, S.L., Cantu, R.C., Ferrara, M.S., Kelly, J.P., McCrea, M., Putukian, M., & Valovich McLeod, T.C. (2004). National Athletic Trainers" Association Position Statement: Management of Sport-Related Concussion. *Journal of Athletic Training*, *39*, 280–297.

Guskiewicz, K.M., Marshall, S.W., Bailes, J., McCrea, M., Harding, H.P., Jr., Matthews, A., Mihalik, J.R., & Cantu, R.C. (2007). Recurrent Concussion and Risk of Depression in Retired Professional Football Players. *Medical Science and Sports Exercise*, *39*, 903–909.

Hall, E.D., Sullivan, P.G., Gibson, T.R., Pavel, K.M., Thompson, B.M., & Scheff, S.W. (2005). Spatial and temporal characteristics of neurodegeneration after controlled cortical impact in mice: More than a focal brain injury. *Journal of Neurotrauma*, *22*, 252–265.

Hall, R.C. & Chapman, M.J. (2005). Definition, diagnosis, and forensic implications of postconcussional syndrome. *Psychosomatics*, *46*, 195–202.

Heitger, M.H., Anderson, T.J., Jones, R.D., Dalrymple-Alford, J.C., Frampton, C.M., & Ardagh, M.W. (2004). Eye movement and visuomotor arm movement deficits following mild closed head injury. *Brain*, *127*, 575–590.

Heitger, M.H., Jones, R.D., Dalrymple-Alford, J.C., Frampton, C.M., Ardagh, M.W., & Anderson, T.J. (2006). Motor deficits and recovery during the first year following mild closed head injury. *Brain Injury*, *20*, 807–824.

Heitger, M.H., Macaskill, M.R., Jones, R.D., & Anderson, T.J. (2005). The impact of mild closed head injury on involuntary saccadic adaptation: Evidence for the preservation of implicit motor learning. *Brain Injury*, *19*, 109–117.

Henninger, N., Dutzmann, S., Sicard, K.M., Kollmar, R., Bardutzky, J., & Schwab, S. (2005). Impaired spatial learning in a novel rat model of mild cerebral concussion injury. *Experimental Neurology*, *195*, 447–457.

Hessen, E., Nestvold, K., & Sundet, K. (2006). Neuropsychological function in a group of patients 25 years after sustaining minor head injuries as children and adolescents. *Scandinavian Journal of Psychology*, *47*, 245–251.

Holm, L.W., Carroll, L.J., Cassidy, J.D., Skillgate, E., & Ahlbom, A. (2006). Widespread pain following whiplash-associated disorders: Incidence, course, and risk factors. *Journal of Rheumatology*, *34*, 193–200.

Holshouser, B.A., Tong, K.A., Ashwal, S., Oyoyo, U., Ghamsary, M., Saunders, D., & Shutter, L. (2006). Prospective longitudinal proton magnetic resonance spectroscopic imaging in adult traumatic brain injury. *Journal of Magnetic Resonance Imaging*, *24*, 33–40.

Hopkins, R.O., Beck, C.J., Burnett, D.L., Weaver, L.K., Victoroff, J., & Bigler, E.D. (2006). Prevalence of white matter hyperintensities in a young healthy population. *Journal of Neuroimaging*, *16*, 243–251.

Hovda, D.A. (2004). Pathophysiology of TBI. In M. Lovell, R.J. Echemendia, J.T. Barth & M.W. Collins (Eds.), *Traumatic brain injury in sports: An international and neuropsychological perspective*. Lisse, The Netherlands: Swets & Zeitlinger Publishers.

Huh, J.W., Widing, A.G., & Raghupathi, R. (2007). Basic science; repetitive mild non-contusive brain trauma in immature rats exacerbates traumatic axonal injury and axonal calpain activation: A preliminary report. *Journal of Neurotrauma*, *24*, 15–27.

Igarashi, T., Potts, M.B., & Noble-Haeusslein, L.J. (2007). Injury severity determines Purkinje cell loss and microglial activation in the cerebellum after cortical contusion injury. *Expimental Neurology*, *203*, 258–268.

Inglese, M., Bomsztyk, E., Gonen, O., Mannon, L.J., Grossman, R.I., & Rusinek, H. (2005a). Dilated perivascular spaces: hallmarks of mild traumatic brain injury. *AJNR American Journal of Neuroradiology*, *26*, 719–724.

Inglese, M., Makani, S., Johnson, G., Cohen, B.A., Silver, J.A., Gonen, O., & Grossman, R.I. (2005b). Diffuse axonal injury in mild traumatic brain injury: A diffusion tensor imaging study. *Journal of Neurosurgery*, *103*, 298–303.

Ivarsson, J., Viano, D.C., & Lovsund, P. (2002). Influence of the lateral ventricles and irregular skull base on brain kinematics due to sagittal plane head rotation. *Journal of Biomechanical Engineering*, *124*, 422–431.

Iverson, G.I., Zasler, N.D., & Lange, R.T. (Ed.). (2007). *Postconcussion disorder*. New York: Demos.

Iverson, G.L. (2005). Outcome from mild traumatic brain injury. *Current Opinions in Psychiatry*, *18*, 301–317.

Iverson, G.L. (2006). Misdiagnosis of the persistent postconcussion syndrome in patients with depression. *Archives in Clinical Neuropsychology*, *21*, 303–310.

Iverson, G.L. & Binder, L.M. (2000). Detecting exaggeration and malingering in neuropsychological assessment. *Journal of Head Trauma Rehabilitation*, *15*, 829–858.

Iverson, G.L., Brooks, B.L., Collins, M.W., & Lovell, M.R. (2006a). Tracking neuropsychological recovery following concussion in sport. *Brain Injury*, *20*, 245–252.

Iverson, G.L., Brooks, B.L., Lovell, M.R., & Collins, M.W. (2006b). No cumulative effects for one or two previous concussions. *British Journal of Sports Medicine*, *40*, 72–75.

Iverson, G.L., Gaetz, M., Lovell, M.R., & Collins, M.W. (2004). Relation between subjective fogginess and neuropsychological testing following concussion. *Journal of the International Neuropsychological Society*, *10*, 904–906.

Iverson, G.L., Lovell, M.R., & Collins, M.W. (2005). Validity of ImPACT for measuring processing speed following sports-related concussion. *Journal of Clinical and Experimental Neuropsychology*, *27*, 683–689.

Jackson, J.C., Obremskey, W., Bauer, R., Greevy, R., Cotton, B.A., Anderson, V., Song, Y., & Ely, E.W. (2007). Long-term cognitive, emotional, and functional outcomes in trauma intensive care unit survivors without intracranial hemorrhage. *Journal of Trauma*, *62*, 80–88.

Jantzen, K.J., Anderson, B., Steinberg, F.L., & Kelso, J.A. (2004). A prospective functional MR imaging study of mild traumatic brain injury in college football players. *AJNR American Journal of Neuroradiology*, *25*, 738–745.

Johansen, V.A., Wahl, A.K., Eilertsen, D.E., Hanestad, B.R., & Weisaeth, L. (2006). Acute psychological reactions in assault victims of non-domestic violence: Peritraumatic dissociation, post-traumatic stress disorder, anxiety and depression. *Nordic Journal of Psychiatry*, *60*, 452–462.

Johansson, B.H. (2006). Whiplash injuries can be visible by functional magnetic resonance imaging. *Pain Research & Management*, *11*, 197–199.

Karp, J.F., Reynolds, C.F., 3rd, Butters, M.A., Dew, M.A., Mazumdar, S., Begley, A.E., Lenze, E., & Weiner, D.K. (2006). The relationship between pain and mental flexibility in older adult pain clinic patients. *Pain Medicine*, *7*, 444–452.

Karzmark, P., Hall, K., & Englander, J. (1995). Late-onset postconcussion symptoms after mild brain injury: The role of premorbid, injury-related, environmental, and personality factors. *Brain Injury*, *9*, 21–26.

Kashluba, S., Casey, J.E., & Paniak, C. (2006). Evaluating the utility of ICD-10 diagnostic criteria for postconcussion syndrome following mild traumatic brain injury. *Journal of the International Neuropsychological Society*, *12*, 111–118.

Keane, J.R. & Baloh, R.W. (1992). Posttraumatic cranial neuropathies. *Neurology Clinics*, *10*, 849–867.

Kelestimur, F. (2005). Chronic trauma in sports as a cause of hypopituitarism. *Pituitary*, *8*, 259–262.

Kelly, D.F., McArthur, D.L., Levin, H., Swimmer, S., Dusick, J.R., Cohan, P., Wang, C., & Swerdloff, R. (2006). Neurobehavioral and quality of life changes associated with growth hormone insufficiency after complicated mild, moderate, or severe traumatic brain injury. *Journal of Neurotrauma*, *23*, 928–942.

Kelly, J.P. (1999). Traumatic brain injury and concussion in sports. *Journal of the American Medical Association*, *282*, 989–991.

Kennedy, R.E., Livingston, L., Marwitz, J.H., Gueck, S., Kreutzer, J.S., & Sander, A.M. (2006). Complicated mild traumatic brain injury on the inpatient rehabilitation unit: A multicenter analysis. *Journal of Head Trauma Rehabilitation*, *21*, 260–271.

Kent, D.H.R. (2007). When averages hide individual differences in clinical trials. *American Scientist*, *95*, 60–68.

Kercel, S.W., Reber, A.S., & Manges, W.W. (2005). Some radical implications of Bach-y-Rita's discoveries. *Journal of Integrated Neurosciences*, *4*, 551–565.

Kertesz, A.G. & Gold, B.T. (2003). *Recovery of cognition* (4th ed.). New York: Oxford University Press.

Kharatishvili, I., Nissinen, J.P., McIntosh, T.K., & Pitkanen, A. (2006). A model of posttraumatic epilepsy induced by lateral fluid-percussion brain injury in rats. *Neuroscience*, *140*, 685–697.

King, N.S. (2003). Post-concussion syndrome: Clarity amid the controversy? *British Journal of Psychiatry*, *183*, 276–278.

Konsman, J.P., Drukarch, B., & Van Dam, A.M. (2007). (Peri)vascular production and action of pro-inflammatory cytokines in brain pathology. *Clinical Science (London)*, *112*, 1–25.

Korn, A., Golan, H., Melamed, I., Pascual-Marqui, R., & Friedman, A. (2005). Focal cortical dysfunction and blood-brain barrier disruption in patients with Postconcussion syndrome. *Journal of Clinical Neurophysiology*, *22*, 1–9.

Kozora, E., Ellison, M.C., & West, S. (2006). Depression, fatigue, and pain in systemic lupus erythematosus (SLE): Relationship to the American College of Rheumatology SLE neuropsychological battery. *Arthritis and Rheumatism*, *55*, 628–635.

Langlois, J.A., Marr, A., Mitchko, J., & Johnson, R.L. (2005). Tracking the silent epidemic and educating the public: CDC's traumatic brain injury-associated activities under the TBI Act of 1996 and the Children's Health Act of 2000. *Journal of Head Trauma Rehabilitation*, *20*, 196–204.

Laurer, H.L., Bareyre, F.M., Lee, V.M., Trojanowski, J.Q., Longhi, L., Hoover, R., Saatman, K.E., Raghupathi, R., Hoshino, S., Grady, M.S., & McIntosh, T.K. (2001). Mild head injury increasing the brain's vulnerability to a second concussive impact. *Journal of Neurosurgery*, *95*, 859–870.

Leclerc, S., Lassonde, M., Delaney, J.S., Lacroix, V.J., & Johnston, K.M. (2001). Recommendations for grading of concussion in athletes. *Sports Medicine*, *31*, 629–636.

Leker, R.R., Shohami, E., & Constantini, S. (2002). Experimental models of head trauma. *Acta Neurochirurgica Supplement*, *83*, 49–54.

Levine, B., Fujiwara, E., O'Connor, C., Richard, N., Kovacevic, N., Mandic, M., Restagno, A., Easdon, C., Robertson, I.H., Graham, S.J., Cheung, G., Gao, F., Schwartz, M.L., & Black, S.E. (2006). In vivo characterization of traumatic brain injury neuropathology with structural and functional neuroimaging. *Journal of Neurotrauma*, *23*, 1396–1411.

Levy, A. (1992). Compensation neurosis rides again. *Brain Injury*, *6*, 401–410.

Lew, H.L., Lin, P.H., Fuh, J.L., Wang, S.J., Clark, D.J., & Walker, W.C. (2006). Characteristics and treatment of headache after traumatic brain injury: A focused review. *American Journal of Physical and Medical Rehabilitation*, *85*, 619–627.

Lewine, J.D., Davis, J.T., Bigler, E.D., Thoma, R., Hill, D., Funke, M., Sloan, J.H., Hall, S., & Orrison, W.W. (2007). Objective documentation of traumatic brain injury subsequent to mild head trauma: Multimodal brain imagng with MEG, SPECT, and MRI. *Journal of Head Trama Rehabilitation*, *22*, 141–155.

Longhi, L., Saatman, K.E., Fujimoto, S., Raghupathi, R., Meaney, D.F., Davis, J., McMillan, B.S.A., Conte, V., Laurer, H.L., Stein, S., Stocchetti, N., & McIntosh, T.K. (2005). Temporal window of vulnerability to repetitive experimental concussive brain injury. *Neurosurgery*, *56*, 364–374; discussion 364–374.

Loring, D.W., Larrabee, G.J., Lee, G.P., & Meador, K.J. (2007). [image omitted] Victoria Symptom Validity Test Performance in a heterogenous clinical sample. *Clinical Neuropsychology*, *21*, 522–531.

Lundin, A., de Boussard, C., Edman, G., & Borg, J. (2006). Symptoms and disability until 3 months after mild TBI. *Brain Injury*, *20*, 799–806.

MacKenzie, J.D., Siddiqi, F., Babb, J.S., Bagley, L.J., Mannon, L.J., Sinson, G.P., & Grossman, R.I. (2002). Brain atrophy in mild or moderate traumatic brain injury: A longitudinal quantitative analysis. *AJNR American Journal of Neuroradiology*, *23*, 1509–1515.

Maegele, M., Riess, P., Sauerland, S., Bouillon, B., Hess, S., McIntosh, T.K., Mautes, A., Brockmann, M., Koebke, J., Knifka, J., & Neugebauer, E.A. (2005). Characterization of a new rat model of experimental combined neurotrauma. *Shock*, *23*, 476–481.

Mai, J.K., Assheuer, J., & Paxinos, G. (2004). *Atlas of the Human Brain*. Amsterdam: Elsevier.

Manville, J., Laurer, H.L., Steudel, W.I., & Mautes, A.E. (2007). Changes in cortical and subcortical energy metabolism after repetitive and single controlled cortical impact injury in the mouse. *Journal of Molecular Neuroscience*, *31*, 95–100.

Martin, P. & Leibovich, S.J. (2005). Inflammatory cells during wound repair: The good, the bad and the ugly. *Trends Cell Biology*, *15*, 599–607.

Mathias, J.L., Bigler, E.D., Jones, N.R., Bowden, S.C., Barrett-Woodbridge, M., Brown, G.C., & Taylor, D.J. (2004). Neuropsychological and information processing performance and its relationship to white matter changes following moderate and severe traumatic brain injury: A preliminary study. *Applied Neuropsychology*, *11*, 134–152.

Mayou, R. & Bryant, B. (2002). Outcome 3 years after a road traffic accident. *Psychology Medicine*, *32*, 671–675.

McAllister, T.W., Flashman, L.A., McDonald, B.C., & Saykin, A.J. (2006). Mechanisms of working memory dysfunction after mild and moderate TBI: Evidence from functional MRI and neurogenetics. *Journal of Neurotrauma*, *23*, 1450–1467.

McAllister, T.W., Sparling, M.B., Flashman, L.A., & Saykin, A.J. (2001). Neuroimaging findings in mild traumatic brain injury. *Journal of Clinical and Experimental Neuropsychology*, *23*, 775–791.

McCauley, S.R., Boake, C., Levin, H.S., Contant, C.F., & Song, J.X. (2001). Postconcussional disorder following mild to moderate traumatic brain injury: Anxiety, depression, and social support as risk factors and comorbidities. *Journal of Clinical and Experimental Neuropsychology*, *23*, 792–808.

McCauley, S.R., Boake, C., Pedroza, C., Brown, S.A., Levin, H.S., Goodman, H.S., & Merritt, S.G. (2005). Postconcussional disorder: Are the DSM-IV criteria an improvement over the ICD-10? *Journal of Nervous and Mental Disorders*, *193*, 540–550.

McCrea, M., Guskiewicz, K.M., Marshall, S.W., Barr, W., Randolph, C., Cantu, R.C., Onate, J.A., Yang, J., & Kelly, J.P. (2003). Acute effects and recovery time following concussion in collegiate football players: The NCAA Concussion Study. *Journal of the American Medical Association*, *290*, 2556–2563.

McCrory, P., Johnston, K., Meeuwisse, W., Aubry, M., Cantu, R., Dvorak, J., Graf-Baumann, T., Kelly, J., Lovell, M., & Schamasch, P. (2005). Summary and agreement statement of the 2nd International Conference on Concussion in Sport, Prague 2004. *British Journal of Sports Medicine*, *39*, 196–204.

McCrory, P.R. & Berkovic, S.F. (2000). Video analysis of acute motor and convulsive manifestations in sport-related concussion. *Neurology*, *54*, 1488–1491.

McCrory, P.R. & Berkovic, S.F. (2001). Concussion: The history of clinical and pathophysiological concepts and misconceptions. *Neurology*, *57*, 2283–2289.

McDonald, T.J., Li, C., Vincent, S.E., & Nijland, M.J. (2006). Fetal fornix transection and gestation length in sheep. *Experimental Neurology*, *200*, 532–537.

McHugh, T., Laforce, R., Jr., Gallagher, P., Quinn, S., Diggle, P., & Buchanan, L. (2006). Natural history of the long-term cognitive, affective, and physical sequelae of mild traumatic brain injury. *Brain Cognition*, *60*, 209–211.

Meares, S., Shores, E.A., Batchelor, J., Baguley, I.J., Chapman, J., Gurka, J., & Marosszeky, J.E. (2006). The relationship of psychological and cognitive factors and opioids in the development of the postconcussion syndrome in general trauma patients with mild traumatic brain injury. *Journal of the International and Neuropsychological Society*, *12*, 792–801.

Meares, S., Shores, E.A., Taylor, A.J., Batchelor, J., Bryant, R.A., Baguley, I.J., Chapman, J., Gurka, J., Dawson, K., Capon, L., & Marrosszkey, J.E. (in press). Mild traumatic brain injury does not predict acute postconcussion syndrome. *Journal of Neurology, Neurosurgery & Psychiatry*.

Mendez, C.V., Hurley, R.A., Lassonde, M., Zhang, L., & Taber, K.H. (2005). Mild traumatic brain injury: Neuroimaging of sports-related concussion. *Journal of Neuropsychiatry and Clinical Neuroscience*, *17*, 297–303.

Miller, H. (1961). Accident neurosis. *British Medical Journal*, *1*, 919–925.

Milman, A., Rosenberg, A., Weizman, R., & Pick, C.G. (2005). Mild traumatic brain injury induces persistent cognitive deficits and behavioral disturbances in mice. *Journal of Neurotrauma*, *22*, 1003–1010.

Mooney, G. & Speed, J. (2001). The association between mild traumatic brain injury and psychiatric conditions. *Brain Injury*, *15*, 865–877.

Mooney, G., Speed, J., & Sheppard, S. (2005). Factors related to recovery after mild traumatic brain injury. *Brain Injury*, *19*, 975–987.

Moritz, S., Ferahli, S., & Naber, D. (2004). Memory and attention performance in psychiatric patients: Lack of correspondence between clinician-rated and patient-rated functioning with neuropsychological test results. *Journal of the International of the Neuropsychological Society*, *10*, 623–633.

Moser, R.S., Schatz, P., & Jordan, B.D. (2005). Prolonged effects of concussion in high school athletes. *Neurosurgery*, *57*, 300–306; discussion 300–306.

Moucha, R. & Kilgard, M.P. (2006). Cortical plasticity and rehabilitation. *Prog Brain Res*, *157*, 111–122.

Nolle, C., Todt, I., Seidl, R.O., & Ernst, A. (2004). Pathophysiological changes of the central auditory pathway after blunt trauma of the head. *Journal of Neurotrauma*, *21*, 251–258.

Obelieniene, D., Schrader, H., Bovim, G., Miseviciene, I., & Sand, T. (1999). Pain after whiplash: A prospective controlled inception cohort study. *Journal of Neurology Neurosurgery and Psychiatry*, 66, 279–283.

Odhuba, R.A., van den Broek, M.D., & Johns, L.C. (2005). Ecological validity of measures of executive functioning. *British Journal of Clinical Psychology*, 44, 269–278.

O'Keeffe, F., Dockree, P., Moloney, P., Carton, S., & Robertson, I.H. (2007a). Awareness of deficits in traumatic brain injury: A multidimensional approach to assessing metacognitive knowledge and online-awareness. *Journal of the International Neuropsychological Society*, 13, 38–49.

O'Keeffe, F.M., Dockree, P.M., Moloney, P., Carton, S., & Robertson, I.H. (2007b). Characterising error-awareness of attentional lapses and inhibitory control failures in patients with traumatic brain injury. *Experimental Brain Research*, 180, 59–67.

Okie, S. (2005). Traumatic brain injury in the war zone. *New England Journal of Medicine*, 352, 2043–2047.

Omalu, B.I., DeKosky, S.T., Minster, R.L., Kamboh, M.I., Hamilton, R.L., & Wecht, C.H. (2005). Chronic traumatic encephalopathy in a National Football League player. *Neurosurgery*, 57, 128–134; discussion 128–134.

Ost, M., Nylen, K., Csajbok, L., Ohrfelt, A.O., Tullberg, M., Wikkelso, C., Nellgard, P., Rosengren, L., Blennow, K., & Nellgard, B. (2006). Initial CSF total tau correlates with 1-year outcome in patients with traumatic brain injury. *Neurology*, 67, 1600–1604.

Page, J.D. (1947). *Abnormal Psychology: A clinical approach to psychological deviants*. New York: McGraw-Hill Book Company.

Park, E., McKnight, S., Ai, J., & Baker, A.J. (2006). Purkinje cell vulnerability to mild and severe forebrain head trauma. *Journal of Neuropathology and Expimental Neurology*, 65, 226–234.

Parker, T.M., Osternig, L.R., van Donkelaar, P., & Chou, L.S. (2007). Recovery of cognitive and dynamic motor function following concussion. *British Journal of Sports Medicine*, 41, 868–873.

Pellman, E.J., Viano, D.C., Casson, I.R., Tucker, A.M., Waeckerle, J.F., Powell, J.W., & Feuer, H. (2004). Concussion in professional football: repeat injuries—part 4. *Neurosurgery*, 55, 860–873; discussion 873–866.

Ponsford, J. (2005). Rehabilitation interventions after mild head injury. *Current Opinions in Neurology*, 18, 692–697.

Povlishock, J.T. & Katz, D.I. (2005). Update of neuropathology and neurological recovery after traumatic brain injury. *Journal of Head Trauma Rehabilitation*, 20, 76–94.

Powner, D.J., Boccalandro, C., Alp, M.S., & Vollmer, D.G. (2006). Endocrine failure after traumatic brain injury in adults. *Neurocritical Care*, 5, 61–70.

Priestley, J.V. (2007). Promoting anatomical plasticity and recovery of function after traumatic injury to the central or peripheral nervous system. *Brain*, 130, 895–897.

Prigatano, G.P., Borgaro, S., Baker, J., & Wethe, J. (2005). Awareness and distress after traumatic brain injury: A relative's perspective. *Journal of Head Trauma and Rehabilitation*, 20, 359–367.

Racette, B.A., Bradley, A., Wrisberg, C.A., & Perlmutter, J.S. (2006). The impact of litigation on neurologic research. *Neurology*, 67, 2124–2128.

Ragnarsson, K.T. (2006). Traumatic brain injury research since the 1998 NIH Consensus Conference: Accomplishments and unmet goals. *Journal of Head Trauma Rehabilitation*, 21, 379–387.

Rees, P.M. (2003). Contemporary issues in mild traumatic brain injury. *Archives of Physical Medicine and Rehabilitation*, 84, 1885–1894.

Reeves, T.M., Phillips, L.L., & Povlishock, J.T. (2005). Myelinated and unmyelinated axons of the corpus callosum differ in vulnerability and functional recovery following traumatic brain injury. *Experimental Neurology*, 196, 126–137.

Ropper, A.H. & Gorson, K.C. (2007). Clinical practice. Concussion. *New England Journal of Medicine*, 356, 166–172.

Ross, S.R., Putnam, S.H., & Adams, K.M. (2006a). Psychological disturbance, incomplete effort, and compensation-seeking status as predictors of neuropsychological test performance in head injury. *Journal of Clinical Experimental Neuropsychology*, 28, 111–125.

Ross, S.R., Putnam, S.H., Millis, S.R., Adams, K.M., & Krukowski, R.A. (2006b). Detecting insufficient effort using the Seashore Rhythm and Speech-Sounds Perception Tests in head injury. *Clinical Neuropsychology*, 20, 798–815.

Roy, K., Murtie, J.C., El-Khodor, B.F., Edgar, N., Sardi, S.P., Hooks, B.M., Benoit-Marand, M., Chen, C., Moore, H., O'Donnell, P., Brunner, D., & Corfas, G. (2007). Loss of erbB signaling in oligodendrocytes alters myelin and dopaminergic function, a potential mechanism for neuropsychiatric disorders. *Proceedings of the National Academy of Science USA*, 104, 8131–8136.

Royo, N.C., Conte, V., Saatman, K.E., Shimizu, S., Belfield, C.M., Soltesz, K.M., Davis, J.E., Fujimoto, S.T., & McIntosh, T.K. (2006). Hippocampal vulnerability following traumatic brain injury: A potential role for neurotrophin-4/5 in pyramidal cell neuroprotection. *European Journal of Neuroscience*, 23, 1089–1102.

Ruff, R.M., Camenzuli, L., & Mueller, J. (1996). Miserable minority: Emotional risk factors that influence the outcome of a mild traumatic brain injury. *Brain Injury*, 10, 551–565.

Ruff, R.M. & Jurica, P. (1999). In search of a unified definition for mild traumatic brain injury. *Brain Injury*, 13, 943–952.

Rutland-Brown, W., Langlois, J.A., Thomas, K.E., & Xi, Y.L. (2006). Incidence of traumatic brain injury in the United States, 2003. *Journal of Head Trauma Rehabilitation*, 21, 544–548.

Ryan, L.M. & Warden, D.L. (2003). Post concussion syndrome. *International Reviews in Psychiatry*, 15, 310–316.

Satz, P.S., Alfano, M.S., Light, R.F., Morgenstern, H.F., Zaucha, K.F., Asarnow, R.F., & Newton, S. (1999). Persistent Post-Concussive Syndrome: A proposed methodology and literature review to determine the effects, if any, of mild head and other bodily injury. *J Clinical and Experimental Neuropsychology*, 21, 620–628.

Savola, O. & Hillbom, M. (2003). Early predictors of post-concussion symptoms in patients with mild head injury. *European Journal of Neurology*, 10, 175–181.

Schatz, P. & Putz, B.O. (2006). Cross-validation of measures used for computer-based assessment of concussion. *Applied Neuropsychology*, 13, 151–159.

Scheibel, R.S., Newsome, M.R., Steinberg, J.L., Pearson, D.A., Rauch, R.A., Mao, H., Troyanskaya, M., Sharma, R.G., & Levin, H.S. (2007). Altered brain activation during cognitive control in patients with moderate to severe traumatic brain injury. *Neurorehabilitation and Neural Repair*, 21, 36–45.

Scheid, R., Walther, K., Guthke, T., Preul, C., & von Cramon, D.Y. (2006). Cognitive sequelae of diffuse axonal injury. *Archives in Neurology*, 63, 418–424.

Schnadower, D., Vazquez, H., Lee, J., Dayan, P., & Roskind, C.G. (2007). Controversies in the evaluation and management of

minor blunt head trauma in children. *Current Opinions in Pediatrics*, 19, 258–264.

Schonfeldt-Lecuona, C., Connemann, B.J., Viviani, R., Spitzer, M., & Herwig, U. (2006). Transcranial magnetic stimulation in motor conversion disorder: A short case series. *Journal in Clinical Neurophysiology*, 23, 472–475.

Schretlen, D.J. & Shapiro, A.M. (2003). A quantitative review of the effects of traumatic brain injury on cognitive functioning. *International Reviews in Psychiatry*, 15, 341–349.

Schweinhardt, P., Lee, M., & Tracey, I. (2006). Imaging pain in patients: Is it meaningful? *Current Opinions in Neurology*, 19, 392–400.

Shaw, N.A. (2002). The neurophysiology of concussion. *Programs in Neurobiology*, 67, 281–344.

Sheedy, J., Geffen, G., Donnelly, J., & Faux, S. (2006). Emergency department assessment of mild traumatic brain injury and prediction of post-concussion symptoms at one month post injury. *J Clinical and Experimental Neuropsychology*, 28, 755–772.

Silver, J.M., Mc Allister, T.W., & Yudofsky, S.C. (2005). *Textbook of Traumatic Brain Injury*. Washington, DC: American Psychiatric Publishing, Inc.

Singleton, R.H. & Povlishock, J.T. (2004). Identification and characterization of heterogeneous neuronal injury and death in regions of diffuse brain injury: Evidence for multiple independent injury phenotypes. *Journal of Neuroscience*, 24, 3543–3553.

Slobounov, S., Slobounov, E., & Newell, K. (2006). Application of virtual reality graphics in assessment of concussion. *Cyberpsychology & Behavior*, 9, 188–191.

Smith, D.H. (2006). Postconcussional symptoms not a syndrome. *Psychosomatics*, 47, 271–272; author reply 272.

Sojka, P., Stalnacke, B.M., Bjornstig, U., & Karlsson, K. (2006). One-year follow-up of patients with mild traumatic brain injury: Occurrence of post-traumatic stress-related symptoms at follow-up and serum levels of cortisol, S-100B and neuron-specific enolase in acute phase. *Brain Injury*, 20, 613–620.

Stalnacke, B.M., Bjornstig, U., Karlsson, K., & Sojka, P. (2005). One-year follow-up of mild traumatic brain injury: Postconcussion symptoms, disabilities and life satisfaction in relation to serum levels of S-100B and neurone-specific enolase in acute phase. *Journal of Rehabilitation Medicine*, 37, 300–305.

Stern, Y. (2007). *Cognitive Reserve: Theory and applications*. N.Y.: Taylor & Francis.

Sterr, A., Herron, K., Hayward, C., & Montaldi, D. (2006). Are mild head injuries as mild as we think? Neurobehavioral concomitants of chronic post-concussion syndrome. *BMC Neurology*, 6, 7.

Stonnington, C.M., Barry, J.J., & Fisher, R.S. (2006). Conversion disorder. *American Journal of Psychiatry*, 163, 1510–1517.

Stulemeijer, M., van der Werf, S., Bleijenberg, G., Biert, J., Brauer, J., & Pieter, E.V. (2006). Recovery from mild traumatic brain injury: A focus on fatigue. *J Neurology*, 253, 1041–1047.

Suh, M., Basu, S., Kolster, R., Sarkar, R., McCandliss, B., & Ghajar, J. (2006). Increased oculomotor deficits during target blanking as an indicator of mild traumatic brain injury. *Neuroscience Letters*, 410, 203–207.

Tagliaferri, F., Compagnone, C., Korsic, M., Servadei, F., & Kraus, J. (2006). A systematic review of brain injury epidemiology in Europe. *Acta Neurochirurgica (Wien)*, 148, 255–268; discussion 268.

Tang, Y.P., Noda, Y., Hasegawa, T., & Nabeshima, T. (1997). A concussive-like brain injury model in mice (I): Impairment in learning and memory. *Journal of Neurotrauma*, 14, 851–862.

Tanriverdi, F., Unluhizarci, K., Coksevim, B., Selcuklu, A., Casanueva, F.F., & Kelestimur, F. (2007). Kickboxing sport as a new cause of traumatic brain injury-mediated hypopituitarism. *Clinical Endocrinology (Oxford)*, 66, 360–366.

Tashlykov, V., Katz, Y., Gazit, V., Zohar, O., Schreiber, S., & Pick, C.G. (2007). Apoptotic changes in the cortex and hippocampus following minimal brain trauma in mice. *Brain Resonance*, 1130, 197–205.

Tasker, R.C., Salmond, C.H., Westland, A.J., Pena, A., Gillard, J.H., Sahakian, B.J., & Pickard, J.D. (2005). Head circumference and brain and hippocampal volume after severe traumatic brain injury in childhood. *Pediatric Research*, 58, 302–308.

Tate, D.F. & Bigler, E.D. (2000). Fornix and hippocampal atrophy in traumatic brain injury. *Learning and Memory*, 7, 442–446.

Tomaiuolo, F., Carlesimo, G.A., Di Paola, M., Petrides, M., Fera, F., Bonanni, R., Formisano, R., Pasqualetti, P., & Caltagirone, C. (2004). Gross morphology and morphometric sequelae in the hippocampus, fornix, and corpus callosum of patients with severe non-missile traumatic brain injury without macroscopically detectable lesions: A T1 weighted MRI study. *Journal of Neurology Neurosurgery and Psychiatry*, 75, 1314–1322.

Ucar, T., Tanriover, G., Gurer, I., Onal, M.Z., & Kazan, S. (2006). Modified experimental mild traumatic brain injury model. *Journal of Trauma*, 60, 558–565.

Udekwu, P., Kromhout-Schiro, S., Vaslef, S., Baker, C., & Oller, D. (2004). Glasgow Coma Scale score, mortality, and functional outcome in head-injured patients. *Journal of Trauma*, 56, 1084–1089.

Ueda, Y., Walker, S.A., & Povlishock, J.T. (2006). Perivascular nerve damage in the cerebral circulation following traumatic brain injury. *Acta Neuropathologica (Berlin)*, 112, 85–94.

Van Hoesen, G.W., Augustinack, J.C., & Redman, S.J. (1999). Ventromedial temporal lobe pathology in dementia, brain trauma, and schizophrenia. *Annals of the New York Academy of Science*, 877, 575–594.

Vasterling, J.J. & Bremner, J.D. (2006). The impact of the 1991 Gulf War on the mind and brain: findings from neuropsychological and neuroimaging research. *Philosophical Transactions of the Royal Society of Lond B Biological Science*, 361, 593–604.

Vasterling, J.J., Proctor, S.P., Amoroso, P., Kane, R., Heeren, T., & White, R.F. (2006). Neuropsychological outcomes of army personnel following deployment to the Iraq war. *Jama*, 296, 519–529.

Veltmeyer, M.D., Clark, C.R., McFarlane, A.C., Felmingham, K.L., Bryant, R.A., & Gordon, E. (2005). Integrative assessment of brain and cognitive function in post-traumatic stress disorder. *Journal of Integrated Neuroscience*, 4, 145–159.

Viano, D.C., Casson, I.R., Pellman, E.J., Bir, C.A., Zhang, L., Sherman, D.C., & Boitano, M.A. (2005a). Concussion in professional football: Comparison with boxing head impacts—part 10. *Neurosurgery*, 57, 1154–1172; discussion 1154–1172.

Viano, D.C., Casson, I.R., Pellman, E.J., Zhang, L., King, A.I., & Yang, K.H. (2005b). Concussion in professional football: Brain responses by finite element analysis: Part 9. *Neurosurgery*, 57, 891–916; discussion 891–916.

Vick, N.A. (1976). *Grinker's Neurology*. Springfield, IL: Charles C. Thomas.

Vorst, M.V., Ono, K., Chan, P., & Stuhmiller, J. (2007). Correlates to traumatic brain injury in nonhuman primates. *Journal of Trauma*, 62, 199–206.

Vos, P.E., Battistin, L., Birbamer, G., Gerstenbrand, F., Potapov, A., Prevec, T., Stepan Ch., A., Traubner, P., Twijnstra, A., Vecsei, L., & von Wild, K. (2002). EFNS guideline on mild traumatic brain injury: Report of an EFNS task force. *European Journal of Neurology*, 9, 207–219.

Wall, S.E., Williams, W.H., Cartwright-Hatton, S., Kelly, T.P., Murray, J., Murray, M., Owen, A., & Turner, M. (2006). Neuropsychological dysfunction following repeat concussions in jockeys. *Journal of Neurology Neurosurgery and Psychiatry*, 77, 518–520.

Ward, N.S., Oakley, D.A., Frackowiak, R.S., & Halligan, P.W. (2003). Differential brain activations during intentionally simulated and subjectively experienced paralysis. *Cognitive Neuropsychiatry*, 8, 295–312.

Warden, D. (2006). Military TBI during the Iraq and Afghanistan wars. *Journal of Head Trauma and Rehabilitation*, 21, 398–402.

Warden, D.L. & French, L. (2005). Traumatic brain injury in the war zone. *New England Journal of Medicine*, 353, 633–634.

Weiss, H.D., Stern, B.J., & Goldberg, J. (1991). Post-traumatic migraine: Chronic migraine precipitated by minor head or neck trauma. *Headache*, 31, 451–456.

Whittaker, R., Kemp, S., & House, A. (2007). Illness perceptions and outcome in mild head injury: A longitudinal study. *Journal of Neurology Neurosurgery and Psychiatry*, 78, 644–646.

Wilde, E.A., Bigler, E.D., Haider, J.M., Chu, Z., Levin, H.S., Li, X., & Hunter, J.V. (2006a). Vulnerability of the anterior commissure in moderate to severe pediatric traumatic brain injury. *Journal of Child Neurology*, 21, 769–776.

Wilde, E.A., Bigler, E.D., Hunter, J.V., Fearing, M.A., Scheibel, R.S., Newsome, M.R., Johnson, J.L., Bachevalier, J., Li., X. & Levin, H. (2007). Hippocampus, amygdala, and basal ganglia morphometrics in children after moderate-to-severe traumatic brain injury. *Developmental Medicine & Child Neurology*, 49, 294–299.

Wilde, E.A., Bigler, E.D., Pedroza, C., & Ryser, D.K. (2006b). Post-traumatic amnesia predicts long-term cerebral atrophy in traumatic brain injury. *Brain Injury*, 20, 695–699.

Wilde, E.A., Chu, Z., Bigler, E.D., Hunter, J.V., Fearing, M.A., Hanten, G., Newsome, M.R., Scheibel, R.S., Li, X., & Levin, H.S. (2006c). Diffusion tensor imaging in the corpus callosum in children after moderate to severe traumatic brain injury. *Journal of Neurotrauma*, 23(10), 1412–1426.

Wilde, E.A., McCauley, S.R., Hunter, J.V., Bigler, E.D., Chu, Z., Wang, J., Hanten, G.R., Toyanskaya, M., Yallampalli, R., Li, X., Chia, J. & Levin, H.S. (in press). Diffusion tensor imaging of acute mild traumatic brain injury. *Neurology*.

Willer, B. & Leddy, J.J. (2006). Management of concussion and post-concussion syndrome. *Current Treatment Options in Neurology*, 8, 415–426.

Wood, P.B. (2005). Neuroimaging in functional somatic syndromes. *International Reviews in Neurobiology*, 67, 119–163.

Wood, R.L. (2004). Understanding the "miserable minority": A diasthesis-stress paradigm for post-concussional syndrome. *Brain Injury*, 18, 1135–1153.

Wood, R.L. (2007). Post concussional syndrome: All in the minds eye! *Journal of Neurology Neurosurgery and Psychiatry*, 78, 552.

Wood, R.L. & Liossi, C. (2006). The ecological validity of executive tests in a severely brain injured sample. *Archives in Clinical Neuropsychology*, 21, 429–437.

Wright, C.I., Williams, D., Feczko, E., Barrett, L.F., Dickerson, B.C., Schwartz, C.E., & Wedig, M.M. (2006). Neuroanatomical correlates of extraversion and neuroticism. *Cerebral Cortex*, 16, 1809–1819.

Yoshiyama, Y., Uryu, K., Higuchi, M., Longhi, L., Hoover, R., Fujimoto, S., McIntosh, T., Lee, V.M., & Trojanowski, J.Q. (2005). Enhanced neurofibrillary tangle formation, cerebral atrophy, and cognitive deficits induced by repetitive mild brain injury in a transgenic tauopathy mouse model. *Journal of Neurotrauma*, 22, 1134–1141.

Zasler, N.D., Katz, D.I., & Zafonte, R.D. (2007). *Brain Injury Medicine*. New York: Demos Medical Publishing.

Zetterberg, H., Hietala, M.A., Jonsson, M., Andreasen, N., Styrud, E., Karlsson, I., Edman, A., Popa, C., Rasulzada, A., Wahlund, L.O., Mehta, P.D., Rosengren, L., Blennow, K., & Wallin, A. (2006). Neurochemical aftermath of amateur boxing. *Archives in Neurology*, 63, 1277–1280.

Zhang, J., Yoganandan, N., Pintar, F.A., & Gennarelli, T.A. (2006a). Role of translational and rotational accelerations on brain strain in lateral head impact. *Biomedical Sciences Instrumentation*, 42, 501–506.

Zhang, L., Heier, L.A., Zimmerman, R.D., Jordan, B., & Ulug, A.M. (2006b). Diffusion anisotropy changes in the brains of professional boxers. *AJNR American Journal of Neuroradiology*, 27, 2000–2004.

Zhu, Q., Prange, M., & Margulies, S. (2006). Predicting unconsciousness from a pediatric brain injury threshold. *Developmental Neuroscience*, 28, 388–395.

Ziino, C. & Ponsford, J. (2006). Selective attention deficits and subjective fatigue following traumatic brain injury. *Neuropsychology*, 20, 383–390.

Zohar, O., Getslev, V., Miller, A.L., Schreiber, S., & Pick, C.G. (2006). Morphine protects for head trauma induced cognitive deficits in mice. *Neuroscience Letters*, 394, 239–242.

Zohar, O., Schreiber, S., Getslev, V., Schwartz, J.P., Mullins, P.G., & Pick, C.G. (2003). Closed-head minimal traumatic brain injury produces long-term cognitive deficits in mice. *Neuroscience*, 118, 949–955.

Zumsteg, D., Wennberg, R., Gutling, E., & Hess, K. (2006). Whiplash and concussion: similar acute changes in middle-latency SEPs. *Canadian Journal of Neurological Science*, 33, 379–386.

EXHIBIT 23

Casson et al
Sep • Oct 2014

[ Primary Care ]



# Is There Chronic Brain Damage in Retired NFL Players? Neuroradiology, Neuropsychology, and Neurology Examinations of 45 Retired Players

Ira R. Casson, MD,[†‡] David C. Viano, Dr Med, PhD,[*§∥] E. Mark Haacke, PhD,[¶] Zhifeng Kou, PhD,[¶] and Danielle G. LeStrange, RN, MSN, ACNS-BC[#]

**Background:** Neuropathology and surveys of retired National Football League (NFL) players suggest that chronic brain damage is a frequent result of a career in football. There is limited information on the neurological statuses of living retired players. This study aimed to fill the gap in knowledge by conducting in-depth neurological examinations of 30- to 60-year-old retired NFL players.

**Hypothesis:** In-depth neurological examinations of 30- to 60-year-old retired players are unlikely to detect objective clinical abnormalities in the majority of subjects.

**Study Design:** A day-long medical examination was conducted on 45 retired NFL players, including state-of-the-art magnetic resonance imaging (MRI; susceptibility weighted imaging [SWI], diffusion tensor imaging [DTI]), comprehensive neuropsychological and neurological examinations, interviews, blood tests, and APOE (apolipoprotein E) genotyping.

**Level of Evidence:** Level 3.

**Methods:** Participants' histories focused on neurological and depression symptoms, exposure to football, and other factors that could affect brain function. The neurological examination included Mini-Mental State Examination (MMSE) evaluation of cognitive function and a comprehensive search for signs of dysarthria, pyramidal system dysfunction, extrapyramidal system dysfunction, and cerebellar dysfunction. The Beck Depression Inventory (BDI) and Patient Health Questionnaire (PHQ) measured depression. Neuropsychological tests included pen-and-paper and ImPACT evaluation of cognitive function. Anatomical examination SWI and DTI MRI searched for brain injuries. The results were statistically analyzed for associations with markers of exposure to football and related factors, such as body mass index (BMI), ethanol use, and APOE4 status.

**Results:** The retired players' ages averaged 45.6 ± 8.9 years (range, 30-60 years), and they had 6.8 ± 3.2 years (maximum, 14 years) of NFL play. They reported 6.9 ± 6.2 concussions (maximum, 25) in the NFL. The majority of retired players had normal clinical mental status and central nervous system (CNS) neurological examinations. Four players (9%) had microbleeds in brain parenchyma identified in SWI, and 3 (7%) had a large cavum septum pellucidum with brain atrophy. The number of concussions/dings was associated with abnormal results in SWI and DTI. Neuropsychological testing revealed isolated impairments in 11 players (24%), but none had dementia. Nine players (20%) endorsed symptoms of moderate or severe depression on the BDI and/or met criteria for depression on PHQ; however, none had dementia, dysarthria, parkinsonism, or cerebellar dysfunction. The number of football-related concussions was associated with isolated abnormalities on the clinical neurological examination, suggesting CNS dysfunction. The APOE4 allele was present in 38% of the players, a larger number than would be expected in the general male population (23%-26%).

From [†]Department of Neurology, Long Island Jewish Medical Center, New Hyde Park, New York, [‡]Department of Neurology, Hofstra North Shore–LIJ School of Medicine, Hempstead, New York, [§]ProBiomechanics LLC, Bloomfield Hills, Michigan, [∥]Department of Biomedical Engineering, Bioengineering Center, Wayne State University, Detroit, Michigan, [¶]Departments of Radiology and Biomedical Engineering, Wayne State University School of Medicine, Detroit, Michigan, and [#]Emergency Nursing and Clinical Outreach, Lawrence Hospital Center, Bronxville, New York
*Address correspondence to David C. Viano, Dr Med, PhD, ProBiomechanics LLC, 265 Warrington Road, Bloomfield Hills, MI 48304-2952 (e-mail: dviano@comcast.net).
The authors reported no potential conflicts of interest in the development and publication of this manuscript.
DOI: 10.1177/1941738114540270
© 2014 The Author(s)

Downloaded from sph.sagepub.com by guest on August 18, 2014

vol. 6 • no. 5

**Conclusion:** MRI lesions and neuropsychological impairments were found in some players; however, the majority of retired NFL players had no clinical signs of chronic brain damage.

**Clinical Relevance:** These results need to be reconciled with the prevailing view that a career in football frequently results in chronic brain damage.

**Keywords:** concussion; brain injury; neuroradiology; neuropsychology; clinical neurology; chronic traumatic encephalopathy (CTE)

Recent articles have reported an abnormal neuropathology in the brains of deceased football players.[4,22,23,49-51,60,61,72,75] Two surveys of retired National Football League (NFL) players have suggested that depression and cognitive problems occur at increased frequency.[25,26] However, there has only been 1 report of neurological, neuropsychological, and neuroradiological examinations of living, retired NFL players.[31]

This stands in contrast to the CTE of boxers. Numerous scientific articles have documented the clinical neurological findings, neuropsychological test results, and neuroradiological findings that characterize CTE in living boxers.[11,15,35,45,56,62,70,71] A well-defined neuropathologic pattern of findings for boxers has been reported with correlation to the clinical picture.[14]

The purpose of this study was to fill in this gap in our knowledge by performing clinical neurological, neuropsychological, and neuroradiological examinations on a group of living, retired NFL players. It complements other work.[10,12,13,68,69,80] As originally envisioned, the purpose of the study was to determine whether there was clinical evidence of chronic brain damage related to a career in the NFL. As a result of nonscientific factors, recruitment of study subjects stopped part way through the study, and the authors are reporting on a convenience sample of the 45 retired NFL players who were thoroughly examined.

## MATERIALS AND METHODS

The methodology for this clinical research was modeled after a similar study of 18 retired and active boxers.[11] The boxers underwent neurological examination, electroencephalography (EEG), brain computed tomography scans, and neuropsychological testing. Most of the boxers (16/18) had definite signs of brain damage, and all had abnormal results on at least 1 neuropsychological test. The conclusion was that brain damage is a frequent result of a career in professional boxing.

With the assistance of the NFL Players Association, recruitment letters were mailed to more than 5000 retired NFL players whose contact information was on file at the union. The letter explained the purpose and nature of this study. Recipients who were interested in participating in the study or who had questions about the study were asked to call the study coordinator at a confidential, dedicated telephone number. Recipients were also informed that they might be called on the telephone by the study coordinator to ask for their participation. The study coordinator randomly selected names from the list and called them on the

telephone to invite their participation. As the study progressed, some of the subjects who went through the study evaluation spontaneously contacted former teammates and other retired NFL or college friends of theirs and suggested that they might also wish to participate. Some of those who were contacted in that manner called the study coordinator and expressed interest in participating. They were accepted into the study if they met the inclusion criteria (see Appendix, Supplement S1; available at http://sph.sagepub.com/content/suppl).

For this study, a more comprehensive magnetic resonance imaging (MRI) evaluation of the brain was used based on state-of-the-art methods under development at Wayne State University.[27-30,37-41,53,73,74,77] Emphasis was also placed on using modern neuropsychological tests, clinical examination, and obtaining a detailed neurological and concussion history. The research methods were subjected to institutional review board review and approval at Wayne State University, including informed consent, methodologies, confidentiality, and statistical analysis. Details regarding the recruitment process and exclusion criteria are available in Supplement S1 (see Appendix).

Each subject underwent all study-related testing during 1 day at the medical center. Written informed consent was obtained from each subject by the study coordinator on the day of testing before any evaluations were performed.

Each subject underwent a comprehensive clinical neurological examination performed by the same experienced neurologist. Details of the neurological examination and history-taking procedures can be found in Supplement S2 (see Appendix, available at http://sph.sagepub.com/content/suppl).

Each subject had blood drawn that was sent to an accredited commercial laboratory for the following tests: complete blood count (CBC), routine chemistries, liver function, thyroid-stimulating hormone (TSH), B12, and folate and Lyme antibodies. A portion of each subject's serum sample was frozen and sent to Duke University Medical Center in North Carolina for APOE (apolipoprotein E) genotyping.

A registered nurse (RN) administered the Patient Health Questionnaire (PHQ) and the Coding Race/Ethnicity in the Columbia University ADRC questionnaire to each subject. The RN also supervised administration of the computerized ImPACT test to each subject.

A board-certified neuropsychologist (PhD) or senior-level neuropsychology PhD candidate (in 42 cases, the neuropsychologist was not affiliated with the NFL or any of its teams; in 3 cases, the neuropsychologist was a team neuropsychologist for an NFL team) administered a battery of

Downloaded from sph.sagepub.com by guest on August 18, 2014

pen-and-paper neuropsychological tests to each subject. This test battery was put together by a committee of 5 National Academy of Neuropsychology members, 3 of whom were not affiliated with the NFL or its teams. Details regarding the written neuropsychological test administration can be found in Supplement S3 (see Appendix, available at http://sph.sagepub.com/content/suppl).

Each subject was assigned an integer score for each aspect of the testing results. Details of the scoring system can be found in Supplement S4 and Table S1 (see Appendix, available at http://sph.sagepub.com/content/suppl).

## Neuroradiology Imaging Protocol

The MRI protocol consisted of baseline T1, T2, T2* gradient echo, and fluid attenuated inversion recovery (FLAIR) sequences, as well as susceptibility weighted imaging (SWI) and diffusion tensor imaging (DTI) sequences. The imaging parameters are given in Table S2 (see Appendix, available at http://sph.sagepub.com/content/suppl). The total data acquisition time lasted approximately 1 to 1.5 hours. The SWI sequence consists of a strongly susceptibility weighted, low bandwidth (80 Hz/pixel) 3D FLASH sequence (TR [repetition time]/TE [echo time] = 50 ms/40 ms, FA = 15°) with first-order flow compensated in all 3 orthogonal directions.[78] The SWI sequence included the majority of the cerebral hemispheres and the posterior fossa, with an acquisition time of approximately 7 minutes and 42 seconds. DTI data were collected with 6 gradient directions uniformly spaced on the surface of a $b$ = 1000 s/mm$^2$ sphere (TR/TE = 6500 ms/100 ms, voxel size = $2 \times 2 \times 3$ mm$^3$, EPI factor = 96, time duration = 7 minutes and 43 seconds).

### Postprocessing

Susceptibility weighted imaging data were reviewed by a neuroradiologist and MR scientist, both with more than 30 years' experience, and suspicious hemorrhagic lesions were confirmed by both. The total number and volume of hemorrhagic lesions detected by SWI were analyzed and quantified with our in-house developed software package (Signal Processing for NMR [SPIN]; MRI Institute for Biomedical Research).

### DTI Data Processing

A global white matter (WM) fractional anisotropy (FA) mean analysis was performed by using an approach described in previous work[6] that has been shown to be sensitive to mild traumatic brain injury (TBI). In this approach, each subject's FA map was first spatially normalized to an FA template (mean, 50 normal controls) and then segmented using SPM8 to give gray matter (GM), WM, and cerebrospinal fluid (CSF) masks. A WM-only FA image was then generated to give a global WM FA.

All MRI interpretations were performed by board-certified neuroradiologists. Each subject was then given an integer score for anatomical MRI results and DWI results. The scoring for SWI was as follows: 0 = no microbleeds, 1 = 1 or more microbleeds. Anatomical MRI scoring was as follows: 1 = completely normal;

2 = pituitary microadenoma and/or empty sella; 3 = small cavum septum pellucidum (no cavum vergae, no enlarged ventricles); 4 = large cavum septum pellucidum plus cavum vergae plus enlarged ventricles; 5 = unidentified bright objects (UBOs), cerebral white matter, 3 or fewer; 6 = cortical scar, cerebral; 7 = pituitary macroadenoma; 8 = old small intraparenchymal hemorrhage. Subjects can be assigned more than 1 integer score for anatomical MRI.

## Statistics

Descriptive statistics were used to characterize the information and to study correlations and associations among the results. The various demographic and personal history data were correlated to the medical findings using stepwise logistic regression using cumulative, general, or binary logit or linear regression.

# RESULTS

The biometric and clinical data on the sample of 45 retired NFL players is given in Tables S3 and S4 (see Appendix, available at http://sph.sagepub.com/content/suppl). The mean age of the retired players was 45.6 ± 8.9 years (range, 30-60 years). The mean number of years in the NFL and NFL training camps was 6.8 ± 3.2 years (range, up to 14 years). The players had 4.2 ± 0.4 years (range, 3.0-5.0 years) of college football, 3.5 ± 0.9 years (range, up to 5 years) of high school, and 2.5 ± 2.3 years (range, up to 9 years) of pre–high school football experience. Their mean height was 75.0 ± 1.8 inches (range, 71-79 inches), and their mean weight was 255 ± 46 lb (range, 178-365 lb). The mean body mass index (BMI) was 31.4 ± 4.8 kg/m$^2$ (range, 22.6-42.1 kg/m$^2$).

The players in the sample reported having 6.9 ± 6.2 concussions (range, up to 25) in the NFL. Thirty-four subjects (75.6%) reported that they had sustained 3 or more concussions during their NFL careers. Overall, they reported experiencing 9.0 ± 6.9 concussions (range, up to 25) in all football play. The primary football positions played in the NFL were: 14 linebackers, 9 offensive linemen, 8 defensive linemen, 8 defensive backs, 2 wide receivers, 2 running backs, 1 tight end, and 1 who played both offensive and defensive line. There were no NFL quarterbacks in the sample. Almost all subjects had played on special teams at some point during their NFL careers.

## Symptoms

All subjects were asked 9 specific questions relating to cognition and memory. Twenty-three subjects endorsed between 0 and 2 of these symptoms, 11 endorsed between 3 and 5 of these symptoms, and 11 endorsed between 6 and 9 of these symptoms. Every subject was asked 9 specific questions relating to anxiety and/or depression. Nineteen subjects reported 0 or 1 of these symptoms, 14 reported 2 or 3 of these symptoms, and 12 reported 4 to 8 of these symptoms.

## Family History

Ten subjects had a family history of Alzheimer disease, dementia, or "senility." Eight subjects had a family history of

Downloaded from sph.sagepub.com by guest on August 18, 2014

depression, anxiety, and/or suicidality. Nine subjects had a family history of stroke. Four subjects had a family history of other neurological diseases.

## Clinical Neurological Examination

The clinical neurological examination results have been broken down into 3 categories in Table S5 (see Appendix, available at http://sph.sagepub.com/content/suppl): mental status, examination of CNS functions excluding mental status, and examination of peripheral nervous system functions.

## Bedside Mental Status

Thirty-eight subjects were normal, 3 subjects could only name 10 or fewer "B" words in 1 minute, 3 subjects could only name 3 or fewer US presidents in reverse order, 1 subject was unable to give the correct meaning of a well-known proverb, and 1 subject had bilateral palmomental reflexes. The range of Mini-Mental State Examination (MMSE) scores was between 25 and 30. For more details, see Supplement S5 (see Appendix, available at http://sph.sagepub.com/content/suppl).

## Central Nervous System Examination

Thirty-four subjects were normal, 3 subjects had Babinski signs (2 bilateral and 1 unilateral), 2 subjects had abnormal smell sensation, 2 subjects had mild tremors (sustention and/or intention, not resting), 1 subject had minimal horizontal nystagmus on lateral gaze, 1 subject had diminished pin sensation unilaterally on the chin, and 4 subjects had abnormal dynamic visual acuity testing. None of the subjects had any parkinsonian signs.

## Peripheral Nervous System Examination

Twenty-seven subjects were normal, and 18 subjects were abnormal. Seven subjects had signs of lumbar radiculopathy, 4 subjects had signs of cervical radiculopathy, 7 subjects had signs of carpal tunnel syndrome, 6 subjects had signs of ulnar nerve dysfunction, and 3 subjects had signs of diabetic polyneuropathy. Some subjects had more than 1 peripheral nervous system (PNS) abnormality.

## APOE Genotyping

Seventeen subjects (37.8%) had at least one allele 4. Two of these had 2 copies of allele 4, while 2 were paired with an allele 2 and 13 were paired with an allele 3. Four subjects had 1 copy of allele 2. Two of these were paired with an allele 4, and the other 2 were paired with an allele 3. Twenty-four subjects had 2 copies of allele 3. Three subjects with at least 1 copy of allele 4 had a family history of Alzheimer disease or dementia. Seven of 28 subjects not carrying an allele 4 had a family history of Alzheimer disease, dementia, or senility. One of the allele 4 carriers had a family history of depression, anxiety, or suicidality, compared with 7 of 28 not carrying that allele who had such a family history. Five of the allele 4 carriers were offensive linemen, 5 were linebackers, 4 were defensive backs, 2 were wide receivers, and 1 was a running back. None were defensive linemen.

## Depression Testing

On the Beck Depression Inventory (BDI), 30 subjects scored between 0 and 13 (not depressed), 9 subjects scored between 14 and 19 (mildly depressed), 3 subjects scored between 20 and 28 (moderately depressed), and 3 subjects scored 29 or higher (markedly depressed). Nine subjects fulfilled the criteria for either major depression or other depression on the PHQ. Eight of these 9 subjects also scored 14 or higher on the BDI.

## Laboratory Results

There were no major abnormalities. For details, see Supplement S6 (see Appendix, available at http://sph.sagepub.com/content/suppl).

## Anatomical MRI

Two cases were found with abnormally enlarged ventricles and thin corpus callosum, which suggests brain atrophy. The brain images can be found in Supplement Figures S1 and S2 (see Appendix, available at http://sph.sagepub.com/content/suppl), which show that both cases had significant atrophy of the brain.

Thirty-four subjects had a cavum septum pellucidum (CSP) on their MRIs. Three of these were large and associated with a cavum vergae, and 31 were small. There were no other anatomical MRI findings that occurred with any significant frequency. There were 3 subjects with large CSPs: One (patient 5) played 4 years in the NFL, 4 years in college, 4 years in high school, and 6 years of pre–high school football. He reported 4 total concussions (2 in the NFL) and 10 dings (all in the NFL, see supplement S2 for definition of "ding"; Appendix). The second player (patient 10) played 13 years in the NFL, 4 years in college, 4 years in high school, and 4 years in pre–high school. He reported 25 concussions (all in the NFL) and 30 total dings (25 in the NFL). The third player (patient 36) played 1 year in the NFL (went to 2 NFL training camps, thus would have been considered a "control" subject under the original study criteria), 5 years in college, 2 years in high school, and 1 year before high school. He reported 5 concussions (0 in the NFL) and 6 dings (0 in the NFL).

One subject had a pituitary macroadenoma. Two subjects had developmental venous abnormalities. There were no extra-axial collections and minimal unidentified bright objects.

## Neuroradiology/SWI

Susceptibility weighted imaging detected 4 cases with microbleeds and 1 case (patient 30) with abnormal vascular malformation (possible telangiectasia). Table 1 shows the SWI lesion number and total volume ($mm^3$) for the 4 cases in the study.

One subject was 57 years old (patient 10), played 13 years in the NFL, had more than 20 NFL concussions, normal CNS examination, MMSE score of 27, BDI 4, carried the APOE4 allele (E3/E4), and has a history of high cholesterol. Figure 1 shows the microbleed. The second subject was 30 years old (patient 16), played 5 years in the NFL, had 5 NFL concussions, had a

Downloaded from sph.sagepub.com by guest on August 18, 2014

Casson et al

Sep • Oct 2014

**Table 1.  Detailed data on 4 players**

| | Case ID | | | |
|---|---|---|---|---|
| | **10** | **16** | **22** | **31** |
| Age, y | 57 | 30 | 32 | 52 |
| Years of NFL Play | 13 | 5 | 8 | 2 |
| No. of Concussions | 20+ | 5 | 8 | 0 |
| Bleed Location | CR | FP GM | CR | BS |
| Volume, mm$^3$ | 21 | 434 | 62 | 57 |
| T1 | Enlarged ventricles | – | – | – |
| CSP/CV | +/+ | +/– | +/– | +/– |
| MMSE | 27 | 28 | 26 | 29 |
| BDI | 4 | 3 | 17 | 8 |
| APOE4 Allele | + | + | – | – |
| Prehistory | None | Severe TBI* | None | None |
| Cardiovascular Record | High cholesterol | Hypertension | None | Hypertension |

APOE, apolipoprotein E; BDI, Beck Depression Inventory; BS, brain stem; CR, corona radiata; CSP/CV, cavum septi pellucidi/cavum vargae; CVI, cavum veli interpositi; FP GM, left frontal gray matter; MMSE, Mini-Mental State Examination; TBI, traumatic brain injury. All central nervous system examinations were normal.
*Left parietal skull surgery with thick dura under it.



**Figure 1.**  Microbleed in a 57-year-old player (patient 10). Both SWI magnitude and phase images detect an isolated microbleed at the subcortical gray matter/white matter (GM/WM) junction, while conventional FLAIR and T2-weighted images at the same level fail to visualize the microbleed. Red arrows point to a hemorrhagic lesion, which is not shown on the T2 and FLAIR images. FLAIR, fluid attenuated inversion recovery; SWI, susceptibility weighted imaging.

normal CNS examination, normal MMSE and BDI, had the APOE4 allele (E3/E4), had a serious head injury with possible skull fracture when he was 9 years old, and has a history of hypertension. Figure S3 in the supplemental information shows the microbleed (see Appendix, available at http://sph.sagepub.com/content/suppl). The third subject (patient 22) was 32 years old, played 8 years in the NFL, had 8 NFL concussions, normal CNS examination, BDI 17, MMSE 26, no history of medical illnesses, and did not carry the APOE4 allele (E3/E3). Figure 2

shows the microbleed. The fourth player (patient 31) was 52 years old, played only 2 years in the NFL as a backup, had 0 concussions in the NFL (or for that matter, at any level of football), completely normal clinical examinations, did not carry the APOE4 allele (E3/E3), and has a history of hypertension and treated CLL. He is one of the subjects designated as having limited NFL exposure in our article. Figure S4 in the supplemental information shows the microbleed (see Appendix, available at http://sph.sagepub.com/content/suppl).

388

Downloaded from sph.sagepub.com by guest on August 18, 2014

vol. 6 • no. 5                                                                                    SPORTS HEALTH



**Figure 2.** Microbleed in a 32-year-old player (patient 22). Both SWI magnitude and phase images demonstrate a microbleed (arrows) in left superior corona radiata, which conventional MRI (FLAIR and T2-weighted) did not detect. FLAIR, fluid attenuated inversion recovery; MRI, magnetic resonance imaging; SWI, susceptibility weighted imaging.

## Diffusion Tensor Imaging Findings

The average DTI FA mean, peak, and mean/peak for the sample's whole-brain global white matter is given in Table S5 in the supplement (see Appendix).

## Neuropsychology

None of the players had dementia (defined as impairments on 2 or more spheres of cognition that interfere with activities of daily living). Twenty-eight players (62%) had no impairments (score 0 or 1). Eleven (24%) players had impairments on 1 or 2 of the subtests with normal Test of Memory Malingering (TOMM) and verbal IQ (score 2 or 3). Six players (13%) had borderline or impaired performance on 1 or more subtests, but the results are confounded by verbal IQ less than 80 or lack of effort as determined by the TOMM results. The overall results of the written neuropsychological test battery are provided in Tables S4 and S5 in the supplement (see Appendix).

Computerized neuropsychological testing was scored by a computer, and the results generated included raw scores and composite scores on various aspects of memory/cognitive function. In the absence of a control group, we used the composite test scores for statistical analysis.

## Statistical Analysis

In the absence of a control group, we performed a set of statistical analyses aimed at determining if there were associations between a representative group of "epidemiological" variables ($x$) that serve as markers of football exposure, head injury exposure, and non-football- or head injury–related variables such as ethanol use, hereditary factors, and BMI and the results of the diagnostic tests ($y$) performed on the subjects. The football-related variables were chosen as markers of total football exposure, football exposure before college, football exposure at the college level, and football exposure in the NFL. Statistical analyses of the association

between these variables and the results of MRI, neuropsychological testing, clinical neurological testing including mental status, and depression testing can help to elucidate the role of these exposures in causing any abnormalities or other findings detected by the clinical tests.

There was no statistical association between the anatomical MRI findings and any football exposure–related variables. There was a correlation between the presence of findings on SWI MRI and family history of neurological disease, employment status, and number of dings in football at all levels ($\chi^2 = 2.75$, $df = 6$, $Pr > \chi^2 = 0.8399$ for the Hosmer and Lemeshow goodness of fit). This indicates that the presence of findings on SWI MRI might be because of both genetic and environmental (ie, number of dings) factors. SWI microbleeds were related to the number of dings in football ($\chi^2 = 0.276$, $df = 4$, $Pr > \chi^2 = 0.9913$ for the Hosmer and Lemeshow goodness of fit). None of the other "$x$" variables related to playing in the NFL correlated with the presence of microbleeds on SWI MRI.

Peak FA was negatively associated with presence of the APOE4 allele, participation in other contact sports besides football in high school and/or college, and with ever having been "dinged" in football at any level. Peak FA was positively associated with 1 marker of inappropriate ethanol use, employment status, and number of years of participation in pre–high school football. Mean FA was negatively associated with the number of concussions sustained in the NFL.

Depression scores were not statistically associated with any of the markers of football exposure. There was no statistical association between written neuropsychological test results and any football exposure–related variables. Written neuropsychological test results were statistically associated with BMI and ethanol usage.

In regard to computerized neuropsychological subtest results, there were statistical associations with having played a line position (visual memory subtest), years of pre-NFL football play

Downloaded from sph.sagepub.com by guest on August 18, 2014                                                    389

(verbal memory and motor subtests), the number of "dings" sustained in NFL play (motor subtest), BMI (visual memory), and ethanol usage (multiple subtests). Additional discussion of statistical associations is provided in Supplement S7 and Table S6 (see Appendix, available at http://sph.sagepub.com/content/suppl).

## DISCUSSION

This report provides findings of comprehensive neurological, neuropsychological, and neuroradiological evaluations of 45 retired NFL players between the ages of 30 and 60 years. Up until now, there have been 3 mail/telephone surveys of retired NFL players, a number of neuropathological case reports, and 1 clinical evaluation of older retired NFL players in the medical literature.[4,22,23,25,26,31,49-51,60,61,75] There are a number of inherent methodological weaknesses in mail/telephone surveys that cast doubt on their validity and reliability. One major limitation of these surveys is the absence of any objectively verified reports of clinical, neuropsychological, or neuroradiological examinations by physicians on any of the survey respondents. The neuropathological cases that have been reported in the scientific literature have not included detailed reports of clinical, neuropsychological, or neuroradiological findings by physicians on the subjects prior to their demise.[4,22,23,49-51,60,61,75] The medical community is thus confronted by a neuropathological picture without clinical correlation and a dearth of detailed clinical reports of neurological, neuropathological, or neuroradiological findings in living, retired NFL players. The present report is intended to fill in this gap in our knowledge.

The absence of clinical evidence of dementia, dysarthria, parkinsonism, or cerebellar dysfunction in the retired players stands in stark contrast to boxers, who often showed signs of dysarthria, dementia, parkinsonism, pyramidal tract dysfunction, and/or cerebellar dysfunction.[11,13,15,35,45,54,62,70,71] There was a statistical association between the presence of abnormalities on the clinical CNS examination and the total number of football concussions sustained at all levels of football. This suggests that mild clinical abnormalities may be the result of sustaining a relatively greater number of football concussions at all levels of play. Whether this is related to CTE is not demonstrated by these data. For example, Roberts[70] specifically excluded the presence of isolated abnormalities, such as an isolated Babinski sign, as evidence of CTE.

Many more subjects had clinical evidence of PNS dysfunction than CNS dysfunction on clinical examination. The signs of diabetic polyneuropathy found in 3 subjects cannot be attributed to the effects of football-related trauma, but the lumbar and cervical radiculopathies and the ulnar and median nerve compressions found in the subjects most likely are of traumatic origin.

The clinical mental status evaluation did not reveal any subjects with dementia. Among college graduates in the general population, MMSE scores of 24 or lower indicate dementia, and

the lowest score among the study subjects was 25 (subject 25). If one uses a clinical definition of dementia being characterized by disorientation, confusion, and memory loss, there were no study subjects who met these criteria either. If one defines dementia as impairments in multiple spheres of cognitive and memory functions that adversely affect daily activities, there were no study subjects who met these criteria either. There was a statistical association between the presence of abnormalities on clinical mental status testing and the number of years of college football played. This suggests that pre-NFL football exposure might result in mild mental status abnormalities years later.

### Depression

Using the BDI criteria, the 15 subjects (33%) with any severity of depression is higher than the reported prevalence of depression in the general population (15%-20%). The 6 subjects with moderate or severe depression (13.3%) are more in line with the overall population numbers. Nine players (20%) met the PHQ criteria for depression, which is in line with the general population prevalence. The evidence in this study does not support the contention that a career in the NFL is causally related to later-life depression. For further discussion, see Supplement S8 (see Appendix, available at http://sph.sagepub.com/content/suppl).

### APOE Genotyping

It has been suggested that people who carry at least 1 copy of the E4 allele are at increased risk of developing Alzheimer disease as a result of head trauma.[46,79] It has also been suggested that those carriers have poorer outcomes following head trauma than non–E4 carriers.[21,36,76,79] One study found that the E4 allele is a risk factor for chronic brain dysfunction in boxers.[34] Another study reported that older professional football players (still active in the sport), who were E4 carriers, performed poorer on a battery of cognitive tests than those who did not carry the E4 allele.[42] It is well known that people who carry the E4 allele have an increased risk of developing Alzheimer disease and an earlier age of onset than noncarriers.[79] Some studies indicate that the E4 allele enhances brain tau deposition.[56,79] All of these factors suggest that there might be a link between the E4 allele and chronic CNS dysfunction in retired NFL players.

In all, 37.7% of the study cohort carried at least 1 copy of the E4 allele. This is higher than the 23.2% to 25.6% of men in the general population who are E4 carriers.[17,52,79] This is also higher than the 26.4% of the 53 active NFL players who carried the E4 allele in another study.[42] One might hypothesize that the APOE4 allele could be associated with athletic prowess and/or improved physical performance. Some studies have demonstrated an effect of APOE allele status on serum lipid responses to exercise and other physical activities.[16,43,59] It is also possible that the APOE gene could be linked to another gene that affects physical performance. These possibilities deserve further investigation.

The absence of a statistical association of the APOE4 genotype with any anatomical MRI, clinical neurologic, depression, or

Downloaded from sph.sagepub.com by guest on August 18, 2014

vol. 6 • no. 5                                                                                    SPORTS HEALTH

neuropsychological test results in this sample raises doubts about the possibility that APOE genotype has a clinical expression in retired NFL players 60 years and younger. The statistical association of the APOE4 genotype with FA peak on DTI is consistent with a recent report on the effects of APOE on FA in healthy non–football player volunteers.[83]

## Neuroradiology

Most of the effects of mild TBI, including sports concussion, have been reported to be occult to clinical neuroimaging, including computed tomography and conventional MRI. However, a handful of techniques are sensitive to the subtle changes of the brain after concussion,[5,41] including SWI[41] and DTI.[2,6,41,57,85] For further details on neuroradiology techniques, see Supplement S9 (see Appendix, available at http://sph.sagepub.com/content/suppl).

## Microbleeds

In this study, none of the 4 subjects with microbleeds belonged to the "control" or limited NFL exposure group (see Table 1). One subject had sustained a significant TBI and skull fracture before playing in the NFL. After brain injury, hemorrhagic lesions may undergo a series of temporal evolutions, and macrophage cells may leave hemosiderin in the bleed site.[41] The hemosiderin may stay in the brain for a long time as evidence of previous injuries. Consequently, the microbleed in this case may be attributed to a previous severe brain injury.

The microbleeds in the remaining 3 cases are likely related to head trauma occurring in football at some level. SWI-detected microbleeds can also be related to amyloid angiopathy and/or hypertension,[3,27,37] but in subjects younger than 60 years, it is more likely that they are etiologically related to head trauma. In several other studies covering hundreds of patients, including mild cognitive impairment and normal controls, microbleeds were rarely found.[3] It is not yet known whether the 9% frequency of microbleeds is higher than what might appear in an age-matched normal population; it is unusual to have more than 1 microbleed in a sample our size.[3] Statistical analysis determined an association between total number of dings reported at all levels of football and the presence of microbleeds on SWI, adding further support to the suggestion that head trauma is related to SWI microbleeds in the study subjects.

## Magnetic Resonance Diffusion Tensor Imaging

The association between number of years of pre–high school and high school football and FA findings suggests that head injury occurring before the age of 18 years may result in DTI abnormalities that can still be detected many years later. This is consistent with evidence from some other studies suggesting that younger brains are more susceptible to the deleterious effects of head trauma than mature brains.[18,44,63-67] On the other hand, it has also been suggested that younger brains may be more tolerant to traumatic biomechanical forces than adult brains.[47]

The association between number of NFL concussions and the subject's mean FA suggests that concussions occurring at the NFL level may result in DTI abnormalities that are detectable after NFL retirement. DTI could detect "microstructural" lesions that account for a patient's neurocognitive symptoms but are invisible on structural MRI.[38,57] The fact that the number of NFL concussions is not correlated with neuropsychological test results raises the possibility that NFL concussions may not result in changes in FA that can be related to clinical or neurocognitive abnormalities. Whether these DTI abnormalities correlate with tau deposition in the brain or other pathological indicators of "CTE" remains a question.

The association between measures of excessive/inappropriate ethanol use and FA results indicates that environmental factors other than trauma can affect FA or that brain-injured subjects could be predisposed to excessive ethanol use or more susceptible to the effects of ethanol. The correlation between presence of the APOE4 allele and FA findings suggests that genetic factors contribute to the amount of anisotropy in the brain.[83] Recent literature suggests that concussion and APOE4 allele are risk factors for neural behavioral impairment.[24] Other studies have demonstrated that axonal injury is a progressive process instead of a single event.[8] This suggests that sports concussion makes those individuals with APOE4 allele genotype more susceptible to WM injury.

## Anatomical MRI

Three subjects had large CSPs on MRI. Large CSPs have been radiologically and neuropathologically associated with CTE in boxers. Interestingly, there was no correlation between the presence of a large CSP and any of the "x" factors related to exposure to football and/or head trauma. The prevalence of large CSPs in this group of retired NFL players (6.6%) is much lower than the prevalence (20%) in prior CAT scan studies of retired boxers.[11,71] This is another important difference between the brains of retired football players and retired boxers. Small CSPs have not been associated with CTE in boxers. The absence of a correlation between a small CSP and any of the "x" factors in this study suggests that football-related head trauma is also not associated with small CSPs. A small CSP in 31 of 42 (74%) MRIs (excluding the 3 MRIs with a large CSP) at first glance seems to be higher than what is seen in MRIs of the general population. However, review of the literature reveals that small CSPs have been seen in up to 76% of healthy subjects on 1.5-T MRIs, as were used in this study.[20,48] The radiologists interpreting the MRIs in the present study paid special attention to the septum region because of the known association between septal abnormalities and CTE of boxers.[11,14,54,71] It is possible that paying special attention to the septal region on all MRIs (not only those of football players) may result in a higher incidence of small CSPs being reported in MRIs of the general population in clinical practice.

## Written Neuropsychological Testing

None of the subjects had dementia using criteria defined as impairments in 2 or more modalities of cognition/memory (verbal and visual memory, executive functions, motor speed,

Downloaded from sph.sagepub.com by guest on August 18, 2014

sustained attention/working memory) along with impairments in functions of daily living. Eleven players (24%) had isolated impairments on 1 or 2 subtests not rising to the level of dementia. Three of these 11 had depression (score 2 or 3 on combined depression score). It is known that depression can impair neuropsychological test performance. Nevertheless, the incidence of isolated impairments seems higher than would be expected in the general population younger than 60 years. It is difficult to be certain how this compares with the general male population in the absence of a control group and validated data on the incidence of similar impairments in a general population of similar-aged males.

Statistical analysis suggests that impaired performance on written neuropsychological test results after retirement from the sport and before the age of 60 years is related to non-football factors. The association of impairments on written neuropsychological tests with BMI is not surprising given the evidence in the medical literature linking midlife obesity with cognitive impairment or dementia.[1,19,84] The association of impairments on written neuropsychological testing with ethanol use is also not surprising as it is well known that excessive ethanol use can impair cognition.[7,81,82] These results should raise a cautionary red flag to those who would ascribe all findings of cognitive and memory dysfunction in retired NFL players to the effects of football-related head trauma.

### Computerized Neuropsychological Testing

In the absence of any association with any football-related factors, the associations between visual memory composite score and those who had played line positions and with higher BMI points more toward an effect of midlife obesity on cognition rather than a football-related etiology. The associations between verbal memory and motor composite scores and years of football play in pre–high school and college suggest that exposure to football before the NFL may impair these cognitive functions later in life. The association between motor scores and the number of NFL "dings" suggests that NFL exposure might impair motor functions later in life. In view of the much higher prevalence of signs of PNS than CNS dysfunction in the study cohort, it is unclear what roles PNS and CNS impairments may play in these motor composite test results. In summary, computerized neuropsychological test scores were related to non-football-, non–head injury–related variables, pre-NFL football exposure, and in regard to motor scores only, the number of dings in the NFL.

Playing football at the pre-NFL level was associated with mild abnormalities on some subtest composites on computerized neuropsychological testing and FA findings on DTI MRI. Playing football in the NFL was associated with FA findings on DTI MRI and abnormalities only on the motor subtest composite of the computerized neuropsychological test battery. Length of NFL career was not associated with any abnormal findings on any part of the diagnostic test battery. In fact, none of the variables used as markers of exposure to football and football head injury were associated with abnormal findings on the great majority of

the diagnostic tests that were performed. Non-football-related head trauma was associated with DTI MRI FA findings and abnormalities on some subtest composites of the computerized neuropsychological test battery, indicating that the effects of non-football-related head trauma must be considered when evaluating the neurological status of retired NFL players. Non–head trauma–related variables such as BMI, inappropriate/excessive ethanol use, hereditary factors, and social factors were associated with at least as many, and perhaps more, abnormal or poorer performances on various parts of the entire test battery than were head trauma– and football-related factors. Others[9] have pointed out the influence of non–head trauma–related factors on neuropsychological test results. They reported poorer test results with obstructive sleep apnea and consequent hypoxemia, which may be a factor in football linemen.

### Is There Chronic Brain Damage?

Some have claimed that there is an "epidemic" of chronic brain injury due to the cumulative effects of head impacts in NFL players.[4,22,23,49-51,60,61,72,75] They have suggested that chronic brain damage is a frequent occurrence in retired NFL players. The MRI scans in this study revealed probable signs of chronic brain injury in 13% (n = 6) of the players and an association between FA and football exposure. However, FA was also associated with non-football factors such as heredity (APOE status), and 87% (n = 39) of the players did not have MRI findings suggesting chronic brain injury. Eleven players (24.4%) had isolated impairments on written neuropsychological testing, which possibly are related to prior brain injuries, but the presence of these impairments was only statistically associated with non-football head injury factors such as BMI and ethanol overuse and not with any measures of football head injury exposure.

Computerized neuropsychological testing results were statistically associated with numerous factors, including both non-football and football exposures. The prevalence of depression in the cohort is similar to that of the general population.

Comprehensive neurological examinations revealed a few isolated signs of CNS dysfunction (eg, Babinski signs), but no players had dementia, dysarthria, parkinsonism, or cerebellar dysfunction. In his classic book on the subject of brain damage in boxers, Roberts[70] excluded using isolated findings such as Babinski signs alone in diagnosing chronic brain damage.

### Is the Study Cohort Representative of All NFL Retired Players?

Whether or not the study cohort is representative of the entire group of retired NFL athletes plays a major role in how these findings are interpreted. If the study group is representative, then there is not a clinical epidemic of objective neurological dysfunction in living, retired NFL players. Furthermore, the neuropathological picture that has been reported has few clinical correlates. NFL players have a significant genetic susceptibility to Alzheimer type pathology and tau pathology by dint of their increased frequency of APOE4 genotypes

Downloaded from sph.sagepub.com by guest on August 18, 2014

compared with the general population and their high frequency of reported family history of Alzheimer disease, dementia, and "senility."[56,79]

If the study group is not representative, then one needs to ask how it may differ from the entire group of retired NFL players. Have the members of the study group been exposed to more or less NFL football or football at other levels than the overall population of retired NFL players? Do the football positions played by the study subjects reflect those played by the entire population of retired players, and, if not, are the positions played by the study group subjects representative of the NFL positions more or less at risk of sustaining concussions? Are the numbers of concussions reported by the study subjects more or less than those reported by the entire group of retired NFL players? Are the members of the study group of similar ages as the entire population of retired NFL players? Did the members of the study cohort report symptoms of cognitive/memory dysfunction and depression/anxiety at similar, higher, or lower rates than the entire group of retired NFL players? Are the medical, social, and family histories reported by the study subjects representative of those of the entire population of retired NFL players?

The evidence suggests that the study cohort is representative of the entire group of retired NFL players in some respects, and when not representative, consists of subjects with an increased exposure to NFL football and an increased incidence of cognitive/memory and depression/anxiety symptoms compared with the entire group of retired NFL players. Additional discussion is provided in Supplement S11 (see Appendix, available at http://sph.sagepub.com/content/suppl).

### Limitations

The authors acknowledge many limitations of the study:

1. Control populations. This study was stopped for nonscientific reasons, limiting the number of available age-matched controls. Ideally, it should have at least 2 groups of controls: 1 group with limited duration of NFL exposure and 1 group of normal and healthy controls. They would be the ideal populations to contrast with the retired NFL players to answer the questions of (1) how an NFL career affects an individual's neurocognitive and imaging profile and (2) how playing football itself affects an individual's neurocognitive and imaging profile. This is particularly true for DTI analysis.
2. DTI analytical approaches. A global histogram approach, which is used in this study, has been reported as being sensitive to brain injury by 2 groups concurrently.[6,55] However, the data sets of both studies are more populated with moderate to severe TBI patients instead of patients with mild TBI. Given the subtle nature of possible concussion, a regional or voxel-based instead of global analysis approach could be more sensitive to microstructural changes of the brain after mild TBI.[57,58]
3. Timing point of MR scan after injury. Studies reported that metabolic levels might be normalized in the chronic stage

after brain injury.[32,33] Given the nature of this study design, the subjects are post–playing stage of life, when MRI data may not be sensitive.
4. Magnetic field strength. The imaging community is migrating to 3-T magnets from the 1.5-Tesla platform used in this study. The doubled signal to noise ratio of 3-T over 1.5-T magnets provides greater potential to detect subtle changes of the brain, including possible microbleeds, white matter injury, or abnormal metabolic levels.
5. MRI spectroscopy was intended to be a part of the MRI study performed on each subject. Due to technical difficulties, adequate spectroscopy could only be obtained on 10 subjects. Because of this small number, spectroscopy results are not included in this report.

## CONCLUSION

The present study indicates that MRI detects evidence of probable chronic brain injury related to football in up to 13% of the retired players and neuropsychological testing detects evidence of isolated cognitive impairments not rising to the level of dementia and related to multiple factors, not only football/head trauma, in 24.4% of the retired players. There is no clear evidence of chronic brain damage on depression testing or neurological examination. These results need to be reconciled with the prevailing view that a career in football frequently results in chronic brain damage.

A recent report of autopsy results indicates that 34 of 35 retired professional football players' brains had evidence of "CTE" with a specific pattern of tau pathology, which correlated with a myriad of clinical symptoms ascertained by postmortem interviews with family members and some reviews of medical records.[51] There is clearly a large disconnect between that report and the clinical, neuropsychological, and neuroradiological findings in the 45 living, retired NFL players detailed here. For further details, see Supplement S10 (see Appendix, available at http://sph.sagepub.com/content/suppl).

## ACKNOWLEDGMENT

The authors were involved with the NFL's MTBI (Mild Traumatic Brain Injury) Committee during the clinical examinations conducted in this research. The examinations were sponsored by the National Football League and were coordinated with the NFL Players Association. The study was suspended and not brought to its original conclusion. The existing convenience sample was available for analysis and represents an initial view of brain injury and neuropsychological affects in a sample of retired NFL players. We appreciate the neuroradiological assistance of Thomas Naidich, MD (Professor of Radiology, Mt Sinai School of Medicine, New York, NY); Victor Haughton, MD (Professor and Chief Neuroradiology, University of Wisconsin, Madison, WI); and Chi-Sing Zee, MD (Director of Neuroradiology, USC School of Medicine, Professor of Radiology, Los Angeles, CA). We appreciate the radiology staff at ProHEALTH (Kathleen Finzel, MD, and Patricia Roche, DO)

and MR Research Center of Wayne State University (Yang Xuan, BS; Ramtilak Gattu, MS; and Randall R. Benson, MD) and the neuropsychological expertise and assistance of Mark R. Lovell, PhD; Paul Mattis, PhD; Kenneth Perrine, PhD; Reuben Echemendia, PhD; and Jennifer Manly, PhD, is appreciated. The APOE sample analysis was conducted at Duke University Medical Center. The statistical analysis of the data was performed under the direction of Dr Daniel R. Jeske, Director of Statistical Consulting Collaboratory, University of California, Riverside. Carl St Martin, MD, reviewed the article. The various sources of data were collated, organized, and archived by Chantal Parenteau, PhD, whose assistance is appreciated. Additional acknowledgments can be found in Supplement S12 (see Appendix, available at http://sph.sagepub.com/content/suppl).

# REFERENCES

1. Anstey KJ, Cherbuin N, Budge M, Young J. Body mass index in midlife and late-life as a risk factor for dementia: a meta-analysis of prospective studies. *Obes Rev.* 2011;12:426-437.

2. Arfanakis K, Haughton VM, Carew JD, Rogers BP, Dempsey RJ, Meyerand ME. Diffusion tensor MR imaging in diffuse axonal injury. *AJNR Am J Neuroradiol.* 2002;23:794-802.

3. Ayaz M, Boikov AS, Haacke EM, Kido DK, Kirsch WM. Imaging cerebral microbleeds using susceptibility weighted imaging: one step toward detecting vascular dementia. *J Magn Reson Imaging.* 2010;31:142-148.

4. Baugh CM, Stamm JM, Riley DO, et al. Chronic traumatic encephalopathy: neurodegeneration following repetitive concussive and subconcussive brain trauma. *Brain Imaging Behav.* 2012;6:244-254.

5. Belanger HG, Vanderploeg RD, Curtiss G, Warden DL. Recent neuroimaging techniques in mild traumatic brain injury. *J Neuropsychiatry Clin Neurosci.* 2007;19:5-20.

6. Benson RR, Meda SA, Vasudevan S, et al. Global white matter analysis of diffusion tensor images is predictive of injury severity in traumatic brain injury. *J Neurotrauma.* 2007;24:446-459.

7. Brust JC. Ethanol and cognition: indirect effects, neurotoxicity and neuroprotection; a review. *Int J Environ Res Public Health.* 2010;7:1540-1557.

8. Büki A, Povlishock JT, All roads lead to disconnection? Traumatic axonal injury revisited. *Acta Neurochir (Wien).* 2006;148:181-193.

9. Canessa N, Castronovo V, Cappa SF, et al. Neurocognitive impairment in obstructive sleep apnea. Obstructive sleep apnea: brain structural changes and neurocognitive function before and after treatment. *Chest.* 2012;141:1601-1610.

10. Casson IR, Pellman EJ, Viano DC. Concussion in the National Football League: an overview for neurologists. *Neurol Clin.* 2008;26:217-241.

11. Casson IR, Siegel O, Sham R, Campbell EA, Tarlau M, DiDomenico A. Brain damage in modern boxers. *JAMA.* 1984;251:2663-2667.

12. Casson IR, Viano DC, Powell JW, Pellman EJ. Twelve years of National Football League concussion data. *Sports Health.* 2010;2:471-483.

13. Casson IR. Do the 'facts' really support an association between NFL players' concussions, dementia and depression? *Neurol Today.* 2010;June 3:6-7.

14. Corsellis JA, Bruton CJ, Freeman-Browne D. The aftermath of boxing. *Psychol Med.* 1973;3:270-303.

15. Critchley M. Medical aspects of boxing, particularly from a neurological standpoint. *Br Med J.* 1957;1:357-362.

16. Bray MS, Hagberg JM, Pérusse L, et al. The human gene map for performance and health related fitness phenotypes: the 2006-2007 update. *Med Sci Sports Exerc.* 2009;41:35-73.

17. Eichner JE, Dunn ST, Perveen G, Thompson DM, Stewart KE, Stroehla BC. Apolipoprotein E polymorphism and cardiovascular disease: a huge review. *Am J Epidemiol.* 2002;155:487-495.

18. Field M, Collins MW, Lovell MR, et al. Does age play a role in recovery from sports related concussion? A comparison of high school and collegiate athletes. *J Pediatr.* 2003;142:546-553.

19. Fitzpatrick AL, Kuller LH, Lopez OL, et al. Midlife and late-life obesity and the risk of dementia: cardiovascular health study. *Arch Neurol.* 2009;66:336-342.

20. Flashman LA, Roth RM, Pixley HS, et al. Cavum septum pellucidum in schizophrenia: clinical and neuropsychological correlates. *Psychiatry Res.* 2007;154:147-155.

21. Friedman G, Froom P, Sazbon L, et al. Apolipoprotein E-ε4 genotype predicts a poor outcome in survivors of traumatic brain injury. *Neurology.* 1999;52:244-248.

22. Gavett BE, Cantu RC, Shenton M, et al. Clinical appraisal of chronic traumatic encephalopathy: current perspectives and future directions. *Curr Opin Neurol.* 2011;24:525-531.

23. Gavett BE, Stern RA, McKee AC. Chronic traumatic encephalopathy: a potential late effect of sport-related concussive and subconcussive head trauma. *Clin Sports Med.* 2011;30:179-188.

24. Giza CC, Kutcher JS, Ashwal S, et al. Summary of evidence-based guideline update: evaluation and management of concussion in sports: report of the Guideline Development Subcommittee of the American Academy of Neurology. *Neurology.* 2013;80:2250-2257.

25. Guskiewicz KM, Marshall SW, Bailes J, et al. Recurrent concussion and risk of depression in retired professional football players. *Med Sci Sports Exerc.* 2007;39:903-909.

26. Guskiewicz KM, Marshall SW, Jordan BD, et al. Association between recurrent concussion and late-life cognitive impairment in retired professional football players. *Neurosurgery.* 2005;57:719-726.

27. Haacke EM, DelProposto ZS, Chaturvedi S, et al. Imaging cerebral amyloid angiopathy with susceptibility-weighted imaging. *AJNR Am J Neuroradiol.* 2007;28:316-317.

28. Haacke EM, Duhaime AC, Gean AD, et al. Common data elements in radiologic imaging of traumatic brain injury. *J Magn Reson Imaging.* 2010;32:516-543.

29. Haacke EM, Xu Y, Cheng YC, Reichenbach JR. Susceptibility weighted imaging (SWI). *Magn Reson Med.* 2004;52:612-618.

30. Haacke EM. Susceptibility weighted imaging (SWI). *Z Med Phys.* 2006;16:237.

31. Hart J, Kraut M, Womack K, et al. Neuroimaging of cognitive dysfunction and depression in aging retired National Football League players. *JAMA Neurol.* 2013;70:326-335.

32. Holshouser BA, Ashwal S, Luh GY, et al. Proton MR spectroscopy after acute central nervous system injury: outcome prediction in neonates, infants, and children. *Radiology.* 1997;202:487-496.

33. Holshouser BA, Tong KA, Ashwal S, et al. Prospective longitudinal proton magnetic resonance spectroscopy imaging in adult traumatic brain injury. *J Magn Reson Imaging.* 2006;24:33-40.

34. Jordan BD, Relkin NR, Ravdin LD, Jacobs AR, Bennett A, Grandy S. Apolipoprotein E ε4 associated with chronic traumatic brain injury in boxing. *J Am Med Soc.* 1997;278:136-140.

35. Jordan BD. Chronic neurologic injuries in boxing. In: Jordan BD, ed. *Medical Aspects of Boxing.* Boca Raton, FL: CRC Press; 1993:177-185.

36. Katzman R, Galasko DR, Saitoh T, et al. Apolipoprotein ε4 and head trauma: synergistic or additive risks? *Neurology.* 1996;46:889-892.

37. Kirsch W, McAuley G, Holshouser B, et al. Serial susceptibility weighted MRI measures brain iron and microbleeds in dementia. *J Alzheimers Dis.* 2009;17:599-609.

38. Kou Z, Benson R, Haacke EM. Magnetic resonance imaging biomarkers of mild traumatic brain injury. In: Dambinova SA, Hayes RL, Wang KKW, eds. *Biomarkers for Traumatic Brain Injury.* London, UK: Royal Society of Chemistry; 2012:19-44.

39. Kou Z, Benson RR, Gattu R, Haacke EM, Improving the detection of diffuse axonal injury by a complementary use of advanced MRI. *J Head Trauma Rehabil.* 2008;23:351-352.

40. Kou Z, Benson RR, Haacke EM. Susceptibility weighted imaging in traumatic brain injury. In: Gillard J, Waldman A, Barker P, eds. *Clinical MR Neuroimaging,* 2nd ed. Cambridge, UK: Cambridge University; 2008.

41. Kou Z, Wu Z, Tong KA, et al. The role of advanced magnetic resonance imaging findings as biomarkers of traumatic brain injury. *J Head Trauma Rehabil.* 2010;25:267-282.

42. Kutner KC, Erlanger DM, Tsai J, Jordan B, Relkin NR. Lower cognitive performance of older football players possessing Apolipoprotein E ε4. *Neurosurgery.* 2000;47:651-658.

43. Leon AS, Togashi K, Rankinen T, et al. Association of apolipoprotein E polymorphism with blood lipids and maximal oxygen uptake in the sedentary state and after exercise training in the HERITAGE family study. *Metabolism.* 2004;53:108-116.

44. Lovell MR, Collins MW, Iverson GL, et al. Recovery from mild concussion in high school athletes. *J Neurosurg.* 2003;98:296-301.

45. Martland HS. Punch drunk. *JAMA.* 1928;91:1103-1107.

46. Mayeux R, Ottoman R, Maestre G, et al. Synergistic effects of head injury and apolipoprotein ε4 in patients with Alzheimer's disease. *Neurology.* 1996;45:555-557.

47. McCrory P, Collie A, Ardsson V, Davis G. Can we manage sport related concussion in children the same as in adults. *Br J Sports Med.* 2004;38:516-519.

Downloaded from sph.sagepub.com by guest on August 18, 2014

vol. 6 • no. 5

SPORTS HEALTH

48. McCrory P. Cavum septi pellucidii—a reason to ban boxers? *Br J Sports Med*. 2002;36:157-161.

49. McKee AC, Cantu RC, Nowinski CJ, et al. Chronic traumatic encephalopathy in athletes: progressive tauopathy after repetitive head injury. *J Neuropathol Exp Neurol*. 2009;68:709-735.

50. McKee AC, Gavett BE, Stern RA, et al. TDP-43 proteinopathy and motor neuron disease in chronic traumatic encephalopathy. *J Neuropathol Exp Neurol*. 2010;69:918-929.

51. McKee AC, Stein TD, Nowinski CJ, et al. The spectrum of disease in chronic traumatic encephalopathy. *Brain*. 2013;136(pt 1):46-64.

52. Menzel HJ, Kladetzky RG, Assmann G. Apolipoprotein E polymorphism and coronary artery disease. *Arteriosclerosis*. 1983;3:310-315.

53. Morri S. *Introduction to Diffusion Tensor Imaging*. Amsterdam, Netherlands: Elsevier; 2007.

54. Morrison R. Medical and public health aspects of boxing. *JAMA*. 1986;255:2475-2480.

55. Newcombe VF, Williams GB, Nortje J, et al. Analysis of acute traumatic axonal injury using diffusion tensor imaging. *Br J Neurosurg*. 2007;21:340-348.

56. Nicoll JAR, Roberts GW, Graham DI. Apolipoprotein E ε4 allele is associated with deposition of amyloid beta-protein following head injury. *Nat Med*. 1995;1:135-137.

57. Niogi SN, Mukherjee P. Diffusion tensor imaging of mild traumatic brain injury. *J Head Trauma Rehabil*. 2010;25:241-255.

58. Niogi SN, Mukherjee P, Ghajar J, et al. Extent of microstructural white matter injury in postconcussive syndrome correlates with impaired cognitive reaction time: a 3T diffusion tensor imaging study of mild traumatic brain injury. *Am J Neuroradiol*. 2008;29:967-973.

59. Obisesan TO, Ferrell RE, Goldberg AP, Phares DA, Ellis TJ, Hagberg JM. APOE genotype affects black-white responses of high density lipoprotein cholesterol subspecies to aerobic exercise training. *Metabolism*. 2008;57:1669-1676.

60. Omalu BI, DeKosky ST, Hamilton RL, et al. Chronic traumatic encephalopathy in a National Football League player: II. *Neurosurgery*. 2006;58:1086-1092.

61. Omalu BI, DeKosky ST, Minster RL, et al. Chronic traumatic encephalopathy in a National Football League Player: I. *Neurosurgery*. 2005;57:128-134.

62. Payne E. Brains of boxers. *Neurochirurgia (Stuttg)*. 1968;11:173-188.

63. Pellman EJ, Lovell MR, Viano DC, Casson IR, Tucker A. Concussion in professional football: neuropsychological testing—part 6. *Neurosurgery*. 2004;55:1290-1305.

64. Pellman EJ, Lovell MR, Viano DC, Casson IR. Concussion in professional football: recovery of NFL and high school athletes assessed by computerized neuropsychological testing—part 12. *Neurosurgery*. 2006;58:263-274.

65. Pellman EJ, Powell JW, Viano DC, et al. Concussion in professional football: epidemiological features of game injuries and review of the literature—part 3. *Neurosurgery*. 2004;54:81-97.

66. Pellman EJ, Viano DC, Casson IR, Arfken C, Powell J. Concussion in professional football: injuries involving 7+ days out—part 5. *Neurosurgery*. 2004;55:1100-1119.

67. Pellman EJ, Viano DC, Casson IR, et al. Concussion in professional football: repeat injuries—part 4. *Neurosurgery*. 2004;55:860-876.

68. Pellman EJ, Viano DC, Tucker AM, Casson IR, Waeckerle JF. Concussion in professional football: reconstruction of game impacts and injuries. *Neurosurgery*. 2003;53:799-814.

69. Reichenbach JR, Venkatesan R, Schillinger DJ, Kido DK, Haacke EM, Small vessels in the human brain: MR venography with deoxyhemoglobin as an intrinsic contrast agent. *Radiology*. 1997;204:272–277.

70. Roberts AH. *Brain Damage in Boxers*. London, UK: Pitman Medical; 1969.

71. Ross RJ, Cole M, Thompson JS, et al. Boxers: computed tomography, EEG and neurological evaluation. *JAMA*. 1983;249:211-213.

72. Saulle M, Greenwald BD. Chronic traumatic encephalopathy: a review. *Rehabil Res Pract*. 2012;2012:816069.

73. Sehgal V, Delproposto Z, Haacke EM, et al. Clinical applications of neuroimaging with susceptibility-weighted imaging. *J Magn Reson Imaging*. 2005;22:439-450.

74. Sehgal V, Delproposto Z, Haddar D, et al. Susceptibility-weighted imaging to visualize blood products and improve tumor contrast in the study of brain masses. *J Magn Reson Imaging*. 2006;24:41-51.

75. Stern RA, Riley DO, Daneshvar DH, Nowinski CJ, Cantu RC, McKee AC. Long-term consequences of repetitive brain trauma: chronic traumatic encephalopathy. *PM R*. 2011;3(suppl 2):S460-S467.

76. Teasdale GM, Nicoll JA, Murray G, Fiddes M. Association of apolipoprotein E polymorphism with outcome after head injury. *Lancet*. 1997;350:1069-1071.

77. Tong KA, Ashwal S, Holshouser BA, et al. Diffuse axonal injury in children: clinical correlation with hemorrhagic lesions. *Ann Neurol*. 2004;56:36-50.

78. Tong KA, Ashwal S, Holshouser BA, et al. Hemorrhagic shearing lesions in children and adolescents with posttraumatic diffuse axonal injury: improved detection and initial results. *Radiology*. 2003;27:332-339.

79. Verghese PB, Castellano JM, Holtzman DM. Apolipoprotein E in Alzheimer's disease and other neurological disorders. *Lancet Neurol*. 2011;10:241-252.

80. Viano DC, Casson IR, Pellman EJ, et al. Concussion in professional football: comparison with boxing head impacts—part 10. *Neurosurgery*. 2005;57:1154-1173.

81. Victor M. Alcoholic dementia. *Can J Neurol Sci*. 1994;21:88-99.

82. Victor M. Persistent altered mentation due to ethanol. *Neurol Clin*. 1993;11:639-661.

83. Westlye L, Reinvang I, Rootwelt H, Espeseth T. Effects of APOE on brain white matter microstructure in healthy adults. *Neurology*. 2012;79:1961-1969.

84. Whitmer RA, Gunderson EP, Quesenberry CP Jr, Zhou J, Yaffe K. Body mass index in midlife and risk of Alzheimer disease and vascular dementia. *Curr Alzheimer Res*. 2007;4:103-109.

85. Wilde EA, McCauley SR, Hunter JV, et al. Diffusion tensor imaging of acute mild traumatic brain injury in adolescents. *Neurology*. 2008;70:948-955.

For reprints and permission queries, please visit SAGE's Web site at http://www.sagepub.com/journalsPermissions.nav.

Downloaded from sph.sagepub.com by guest on August 18, 2014

# EXHIBIT 24

# JRSM Cardiovascular Disease

http://cvd.sagepub.com/

---

**Cerebral microbleeds: a new dilemma in stroke medicine**
Puneet Kakar, Andreas Charidimou and David J Werring
*JRSM Cardiovascular Disease* 2012 1:
DOI: 10.1177/2048004012474754

The online version of this article can be found at:
http://cvd.sagepub.com/content/1/8/22

---

Published by:
⑤SAGE

http://www.sagepublications.com

Additional services and information for *JRSM Cardiovascular Disease* can be found at:

**Email Alerts:** http://cvd.sagepub.com/cgi/alerts

**Subscriptions:** http://cvd.sagepub.com/subscriptions

**Reprints:** http://www.sagepub.com/journalsReprints.nav

**Permissions:** http://www.sagepub.com/journalsPermissions.nav

>> Version of Record - Nov 1, 2012

What is This?

Downloaded from cvd.sagepub.com by guest on October 1, 2014



# Cerebral microbleeds: a new dilemma in stroke medicine

Puneet Kakar[1]   •   Andreas Charidimou[2]   •   David J Werring[2]

[1]Department of Stroke Medicine, Imperial College Healthcare NHS Trust, London W6 8RF, UK
[2]Stroke Research Group, Department of Brain Repair and Rehabilitation, UCL Institute of Neurology and The National Hospital for Neurology and Neurosurgery, Queen Square, London WC1N 3BG, UK
Correspondence to: David J Werring. Email: d.werring@ucl.ac.uk

DECLARATIONS

**Competing interests**
There are no competing interests to declare.

**Funding**
No external funding was sought or granted for this work.

**Ethical approval**
The manuscript did not require clinical or research ethical approval.

**Guarantor**
DJW

**Contributorship**
PK and AC were responsible for manuscript production and preliminary research. DJW has overseen the entire project with primary input into manuscript formulation, editing and methodology.

**Acknowledgements**
None

## Summary

Cerebral microbleeds (CMBs) are an increasingly common neuroimaging finding in the context of ageing, cerebrovascular disease and dementia, with potentially important clinical relevance. Perhaps the most pressing clinical question is whether CMBs are associated with a clinically important increase in the risk of intracerebral haemorrhage (ICH), the most feared complication in patients treated with thrombolytic or antithrombotic (antiplatelet and anticoagulant) drugs. This review will summarize the evidence available regarding CMBs as an indicator of future ICH risk in stroke medicine clinical practice.

## Introduction

In the mid-1990s reports began to appear of small haemorrhagic lesions on magnetic resonance imaging (MRI) studies. Scharf et al.[1] described black dots of signal loss on T2-weighted MRI in patients with spontaneous intracerebral haemorrhage (ICH) and termed these 'haemorrhagic lacunes'. Subsequent studies using T2*-weighted gradient-echo (T2*-GRE) MRI – a technique with greater sensitivity to the signal loss from magnetic 'susceptibility' effects of blood breakdown products – detected small round black dots which have become known as 'cerebral microbleeds' (CMBs).[2] Because CMBs reflect small areas of haemorrhage, and are common in both ischaemic stroke and ICH,[3] they have caused concern regarding the risk of future ICH, especially in patients receiving antithrombotic therapy. Although randomized controlled prospective data are lacking, observational data suggest that CMBs are indeed related to an increased future stroke risk, particularly for ICH. Here, we review the available evidence with reference to common clinical scenarios including those where the optimum management may be uncertain.

## Pathology, detection and definition of CMBs

Before considering their clinical significance, it is necessary to briefly discuss aspects of CMB pathology, detection and classification. CMBs are small perivascular haemosiderin-deposits (usually within macrophages) in the brain, generally associated with local vessel wall damage.[4] Histopathological analyses of the brains of patients with spontaneous ICH or Alzheimer's disease have shown that CMBs are located in proximity to vessels affected by two types of sporadic small vessel disease: (a) hypertensive arteriopathy and (b) cerebral amyloid angiopathy (CAA).[5] CMBs are found throughout the brain, including cortical grey and white matter, the basal ganglia and brainstem (Figure 1). A large number of cross-sectional studies have confirmed important risk factors and associations for CMBs,

Downloaded from cvd.sagepub.com by guest on October 1, 2014

1

**Figure 1**

(a) A T2*-weighted gradient-echo (T2*-GRE) magnetic resonance imaging (MRI) scan of a patient with cognitive decline, showing multiple strictly lobar cerebral microbleeds (CMBs) meeting the Boston criteria for probable cerebral amyloid angiopathy. Note the posterior/occipital distribution of CMBs, characteristic of amyloid angiopathy. (b) T2*-GRE MRI of a patient with a history of long-standing hypertension: CMBs are predominantly located in deep brain structures including the basal ganglia and thalami, consistent with hypertensive angiopathy (including arteriolosclerosis and fibrohyalinosis). CMBs are also visible in lobar brain regions



**Table 1**

Boston criteria for diagnosis of CAA-related haemorrhage

1. **Definite CAA**
   Full postmortem examination demonstrating:
   - Lobar, cortical or corticosubcortical haemorrhage
   - Severe CAA with vasculopathy
   - Absence of other diagnostic lesion

2. **Probable CAA with supporting pathology**
   Clinical data and pathological tissue (evacuated haematoma or cortical biopsy) demonstrating:
   - Lobar, cortical or corticosubcortical haemorrhage
   - Some degree of CAA in specimen
   - Absence of other diagnostic lesion

3. **Probable CAA**
   Clinical data and MRI or CT demonstrating:
   - Multiple haemorrhages restricted to lobar, cortical or corticosubcortical regions (cerebellar haemorrhage allowed)
   - Age ≥ 55 years
   - Absence of other cause of haemorrhage

4. **Possible CAA**
   Clinical data and MRI or CT demonstrating:
   - Single lobar, cortical or corticosubcortical haemorrhage
   - Age ≥ 55 years
   - Absence of other cause of haemorrhage

Criteria established by the Boston Cerebral Amyloid Angiopathy Group: Steven M Greenberg MD PhD, Daniel S Kanter MD, Carlos S Kase MD and Michael S Pessin MD. See Ref. 11 CAA, cerebral amyloid angiopathy; MRI, magnetic resonance imaging; CT, computed tomography

including age, hypertension, history of stroke (both ischaemic and haemorrhagic) and neuro-imaging markers of small vessel disease including white matter changes and lacunar infarcts.[6,7] There is increasing (albeit largely indirect) evidence that the distribution of CMBs reflects the underlying type of microangiopathy (Figure 1). Strictly lobar CMBs are considered likely to be due to CAA, because of their association with known risk factors for CAA including apolipoprotein E e4 genotype.[8] Furthermore, an *in vivo* positron emission tomography amyloid-β imaging study using the ligand Pittsburgh compound B, found that CMBs in patients with CAA corresponded to local regions of high amyloid-β concentration.[9] By contrast, deep CMBs are considered most likely to be due to hypertensive arteriopathy because of their associations with hypertension and other imaging manifestations of hypertensive small vessel disease.[10] In clinical practice these arteriopathies (CAA and hypertension-related) are frequently likely to coexist and interact. Diagnostic criteria for CAA have been developed (the 'Boston criteria') (Table 1) with the aim of diagnosing CAA *in vivo* without recourse to tissue biopsy. These criteria include the presence of *strictly*

lobar ICH, including CMBs, and have been shown to have very high specificity.[11] However, the sensitivity of these criteria may be lower, and some patients with a mixed deep and lobar distribution of CMBs, although not fulfilling the Boston criteria, are likely to harbour some degree of CAA. New biomarkers for CAA may help improve the sensitivity of these diagnostic criteria without sacrificing their specificity.

The radiological detection of CMBs is reliant on the paramagnetic property of haemosiderin which disrupts the local magnetic field, causing

Downloaded from cvd.sagepub.com by guest on October 1, 2014

**Figure 2**
**(a) Susceptibility-weighted imaging (SWI) is currently the most sensitive means for the detection of cerebral microbleeds (CMBs). Although SWI can detect significantly more CMBs compared with conventional T2\*-weighted gradient-recalled echo (T2\*-GRE) magnetic resonance imaging, whether it has 'added value' in clinical practice is still under investigation**



'inhomogeneities' and focal signal loss (known as 'susceptibility effect') on appropriate MRI sequences including T2\*-GRE.[12] Newer MRI techniques to detect CMBs include susceptibility-weighted imaging and its variants, which greatly increases the sensitivity of CMB detection (Figure 2) by combining both the magnitude and phase images to increase susceptibility-related tissue contrast.[13] Detection of CMB is influenced by a variety of sequence parameters including the echo time (TE), field strength and slice thickness.[14] Moreover, most current methods of defining CMBs rely on manual visual rating of scans, leading to substantial variations in agreement between observers. In an effort to improve agreement about CMB presence, number and location, two rating scales have been developed and validated for use in classifying CMB; The Microbleed Anatomical Rating Scale (MARS)[15] and the Brain Observer Microbleed Scale (BOMBS).[16] The MARS rating form (Figure 3) shows the conventional anatomical definition of deep, lobar and infratentorial regions. Lobar regions include cortical and superficial subcortical white matter regions (including subcortical U fibres). Deep regions include the basal ganglia, thalamus, internal capsule, external capsule, corpus callosum, and deep and periventricular white matter. Infratentorial regions include the brainstem and cerebellum. Both of these scales are validated for

inter-observer agreement; the main difference is that MARS allows for the categorization of CMB distribution in different brain lobes. It is important to note that there are a number of radiological 'mimics' of CMBs including vascular flow voids, susceptibility artefacts from surrounding tissue (air, bone), cavernous malformations, haemorrhagic transformation of ischaemic areas, diffuse axonal injury and occasional haemorrhagic cerebral metastases.[4] Recent consensus criteria for the diagnosis of CMBs are summarized in Table 2.

## Clinical significance of CMBs for antithrombotic drug treatments

### How could CMBs affect the risk of ICH on antithrombotic drugs?

Because CMBs are a radiological marker of previous small areas of bleeding from abnormal cerebral small vessels, a key question is whether they are predictive of an increased risk of ICH in individuals treated with antithrombotic medications. It is generally assumed that most CMBs are clinically 'silent' and self-limiting because of haemostatic mechanisms and surrounding tissues. However, it is hypothesized that leakage of blood from an arteriolar rupture may on some occasions not be stemmed, resulting in potentially serious symptomatic ICH. Antithrombotic agents (antiplatelet or anticoagulant drugs) may, by impairing platelet function or the endogenous coagulation cascade, increase the likelihood of ICH resulting from a CMB. For CMBs to have clinical relevance for antithrombotic-related ICH they must first be common in the populations likely to be exposed to these drugs, and second, they must accumulate over time, to allow expansion of microbleeding into a symptomatic ICH during antithrombotic therapy.

### CMBs are common in populations likely to be exposed to antithrombotic drugs

In population-based studies, CMBs have been reported in between about 5% and 25% of older people: this wide range in prevalence is likely to reflect differences in sensitivity of the MRI techniques and age of populations.[4] Evidence is emerging for a different distribution of CMBs depending on ethnicity: in Caucasians most

Downloaded from cvd.sagepub.com by guest on October 1, 2014

**Figure 3**
The Microbleed Anatomical Rating Scale, showing lobar, deep and infratentorial regions

CMBs are located in lobar regions,[17,18] suggesting CAA as a dominant cause. By contrast, in Asian cohorts, deep CMBs, probably indicating hypertensive arteriopathy, predominate.[19]

CMBs are also common in populations with neurological disease, including patients with cognitive impairment,[20] ischaemic stroke,[21] ICH,[22] CAA and Alzheimer's disease[23] as well as the rare genetic cause of stroke, cerebral autosomal dominant arteriopathy with subcortical infarcts and leukoencephalopathy (CADASIL).[24] CMBs are more common in recurrent than first-ever

Downloaded from cvd.sagepub.com by guest on October 1, 2014

stroke, suggesting that they may reflect the progression of underlying small vessel disease. In stroke cohorts, the highest prevalence for CMBs is in individuals with recurrent ICH.[25] In ischaemic stroke, the hypothesis that CMBs reflect small vessel disease is supported by preferential associations with ICH and lacunar infarction as compared with atherothrombotic or cardioembolic ischaemic stroke.[26]

## CMBs develop over time

The incidence of new CMB over about three years in the Rotterdam study was 85/831 patients (about 10%).[27] In another study of a cohort of memory clinic patients, the incidence of CMB was 12% over about 2 years.[28] In a small stroke clinic population, new CMBs were noted in five of 21 patients over five years, and their development was strongly related to baseline systolic blood pressure and, as in the other studies (ref 27,28), the presence of baseline CMBs.[29] A larger study of 224 patients with stroke or TIA found that over a mean follow-up period of 27 months new CMBs developed in 10 patients (6.8%). The estimated annual rate of change of CMB numbers was 0.80 lesions per year in all patients, but the rate was more than 5% per year in patients with more than five CMBs at baseline,[30] suggesting a graded increase in risk according to CMB burden.

## CMBs as a predictor of future stroke risk

High-quality prospective data on how CMBs relate to future stroke risk are scarce. Table 3 summarizes key results of the main available prospective cohort studies. These studies, show an increased risk of recurrent stroke, mainly ICH, in patients with CMBs (with a greater risk if CMBs

---

**Table 2**
**Criteria for defining cerebral microbleeds (from Ref. 4)**

1 Black lesions on T2*-weighted MRI
2 Round or ovoid lesions (rather than linear)
3 Blooming effect on T2*-weighted MRI*
4 Devoid of signal hyperintensity on T1- or T2-weighted sequences
5 At least half the lesion surrounded by brain parenchyma
6 Distinct from other potential mimics such as iron or calcium deposits
7 Clinical history excluding traumatic diffuse axonal injury

MRI, magnetic resonance imaging
*The blooming effect on MRI refers to the observation that CMBs as seen on T2*-weighted brain imaging are larger than their actual size (or their size if they are seen on standard structural MRI [e.g. T2-weighted images]). By increasing the TE (Echo Time) on a T2*-weighted GRE, the dephasing period is increased and the blooming effect is increased

---

**Table 3**
**Key studies of CMBs and risk of recurrent stroke (after ischaemic stroke)**

| Study | Year | Proportion of patients with CMB | Follow-up duration | Incidence of ischaemic stroke in individuals with CMBs | Incidence of ICH in individuals with CMBs |
|---|---|---|---|---|---|
| Thijs et al. | 2010 | 129/487 | 2.2 years | 10% (P = 0.054) | 0.8% (P = 0.09) |
| Fan et al. | 2003 | 43/121 | 27.15 ± 11.68 months | 11.6% (P = 0.841) | 9.3% (P = 0.053) |
| Soo et al. | 2008 | 252/908 | 26.6 ± 15.4 months | 9.6% (0 CMB), 5.6% (1 CMB), 21.5% (2–4 CMB) 15.2% (≥5 CMB) (P = 0.226) | 0.6% (no CMB), 1.9% (1 CMB), 4.6% (2–4 CMB) 7.6% (≥5 CMB) (P < 0.001) |
| Boulanger et al. | 2006 | 45/236 | 14 months (median) | 20.3% (P = 0.039) | 3.3% (P = 0.31). |

P values are for comparison of risk of stroke in individuals with CMBs compared with those without CMBs at baseline
CMB, cerebral microbleed

Downloaded from cvd.sagepub.com by guest on October 1, 2014

Journal of the Royal Society of Medicine Cardiovascular Disease



**Figure 4**
Risk of cerebral haemorrhage (ICH) and cerebral infarction (CI) and myocardial infarction (MI) in an Asian cohort of 908 patients with ischaemic stroke treated with an antithrombotic agent (93% of patients received aspirin)[32]. The mean follow-up period was 26 months (from Soo *et al.*, 2008, with permission)

are multiple).[31–33] By contrast, a Canadian study of ischaemic stroke or TIA found an increased risk of ischaemic stroke rather than ICH.[34] In a small prospective study of 21 surviving patients with ischaemic stroke or TIA followed up after a mean interval of 5.5 years, the investigators found only one recurrent ICH among eight patients with CMBs, compared with no ICH in 13 patients without CMBs.[29] A European cohort of 487 patients with a TIA or ischaemic stroke, also found that patients with microbleeds had a higher risk of developing new ischaemic stroke rather than ICH.[35] Interestingly, only strictly lobar CMBs (or combined with deep microbleeds) had an independent effect on the risk of recurrent stroke ($P = 0.018$) in this study, suggesting that CAA may be a risk factor for ischaemic stroke as well as ICH.

The largest prospective study of CMBs in stroke patients to date comes from an Asian population of 908 patients with ischaemic stroke or TIA[32]. The investigators prospectively evaluated patients with pre-existing CMB (27.8%) and compared the risk of developing ICH, ischaemic stroke and mortality. The found an increased risk of ICH which directly correlated with the number of pre-existing CMB (0.6% [no CMB], 1.9% [1 CMB], 4.6% [2–4 CMB] and 7.6% [≥5 CMB]), and also showed a future ischaemic stroke risk of 9.6% (0 CMB), 5.6% (1 CMB), 21.5% (2–4 CMB) and 15.2% (≥5 CMB) (Figure 4).

CMBs also influence future ICH risk after symptomatic ICH. Greenberg *et al.*[36,56] prospectively evaluated a cohort of CAA patients with lobar ICH, and found that the count of microbleeds or macrobleeds on baseline MRI predicted

Downloaded from cvd.sagepub.com by guest on October 1, 2014

an increased risk of haemorrhagic stroke (proportional to the count) in survivors. Jeon et al.[37] also noted an elevated risk of recurrent ICHs development associated with CMBs (but not with other clinical and laboratory data), in a prospective study of 112 survivors of ICH.

The predictive value of CMBs for the risk of occurrence of symptomatic cerebrovascular disease in the general population is largely unknown. One recent large-scale prospective study of 2102 healthy elderly individuals followed for a mean interval of 3.6 years in Japan[38] demonstrated a significant association between CMBs and subsequent ICH (hazard ratio: 50.2; 95% confidence interval [CI]: 16.7–150.9) and ischaemic stroke (hazard ratio: 4.48; 95% CI: 2.20–12.2). These findings are of interest, but it should be noted that the CIs around the risk estimates are wide, and the findings await confirmation in other longitudinal population-based studies, ideally in a range of different populations to reflect the spectrum of small vessel disease across ethnic groups.

In summary, increasing evidence suggests that CMBs are a risk factor for the risk of future stroke. Some, but not all studies, adjusted for potential confounding factors (e.g. age, hypertension). The available data suggest that overall the risk may be higher for ICH than for ischaemic stroke, but this balance may depend on the characteristics of the population studied (e.g. Asian versus non-Asian). Further studies are required to clarify this. However the critical question for clinicians is whether the risk of future ICH is increased by the presence of CMBs, and whether any increase in risk is sufficient to tip the balance away from recommending antithrombotic drug treatment.

## CMBs and their implications for antithrombotic therapy

### Antiplatelet drugs, CMBs and ICH risk

In ischaemic stroke from causes other than cardiac embolism (in which anticoagulation is generally preferred), antiplatelet medications are a key component of secondary prevention of future occlusive vascular events. Aspirin is the most widely studied agent, and carries only a small absolute risk of symptomatic ICH of less than 0.5%,[39] though this risk seems to be higher in Asian

than in non-Asian cohorts. There has been concern that antiplatelet drugs could not only cause CMBs but also increase the risk of symptomatic ICH.

*Cross-sectional studies.* A number of cross-sectional studies have evaluated associations between antiplatelet exposure and the presence of CMBs, but CMB presence may be confounded by some indications for antiplatelet treatment (e.g. a history of ischaemic stroke). Nevertheless, the Rotterdam Scan study in over 1000 healthy elderly individuals found that prior antiplatelet use was associated with an increased prevalence of CMBs (odds ratio [OR]: 1.71; 95% CI: 1.21–2.41), a finding which persisted after adjusting for potential confounders including history of stroke.[40] The same study also noted that strictly lobar CMBs were more common in aspirin users than those using an alternative antiplatelet drug, carbasalate calcium (OR: 2.7; 95% CI: 1.45–5.04), suggesting that aspirin may specifically aggravate microbleeding in the context of CAA. Our small hospital-based UK case-control study[41] found that CMBs were more likely to be present in ICH patients who were on antiplatelet therapy compared with both ICH patients without antiplatelet therapy and to matched non-ICH patients on antiplatelet therapy; lobar CMBs were found in 69% of the ICH group compared with 33% of the control group of antiplatelet users without ICH ($P = 0.03$). After adjustment for leukoaraiosis, the presence of lobar (but not deep) CMBs was a significant predictor of antiplatelet-related ICH (OR: 1.42), also supporting an interaction between aspirin use and CAA. One small prospective study in CAA showed a high risk of recurrent ICH, with evidence that this risk is increased risk by aspirin treatment.[36] Thus, CAA may be an important risk factor for antiplatelet-related ICH, but because of the small sample sizes to date, further data are required to confirm this.

Three studies in eastern Asian countries have also shown a higher prevalence of CMBs in antiplatelet treated patients. Jeong et al.[42] evaluated 187 patients with primary ICH in order to determine associated risk factors and clinical and radiological correlates. They found the use of antiplatelets and anticoagulation to be associated with an increased risk of ICH in patients with CMBs. In a retrospective study comparing a small Asian cohort of 21 aspirin users who developed ICH

Downloaded from cvd.sagepub.com by guest on October 1, 2014

7

with healthy matched controls, Wong et al.[43] found a much higher proportion of CMBs in the ICH group (CMBs were found in 19 cases compared with only 7 of 21 matched aspirin users without any history of ICH [$P < 0.001$]). Ge et al.[44] retrospectively looked at 150 cases of ischaemic cerebrovascular disease patients on Aspirin and matched controls not taking Aspirin and found an increased frequency of CMB (40% versus 12%; OR: 4.899; $P < 0.0001$) and ICH (28% versus 1%; OR: 28.778; $P < 0.0001$) in Aspirin users. By contrast, in a Japanese cohort of ICH patients with underlying pre-existing white matter changes, there was an association of CMB with ICH but not with antiplatelet use.[45] A systematic review in a mixture of Asian and non-Asian cohorts including data from 1461 patients with ICH and 3817 with TIA or ischaemic stroke also found that CMBs were more common in antiplatelet users than in non-users with both ICH (OR: 1.7; 95% CI: 1.3–2.3) or ischaemic stroke (OR:1.4; 95% CI: 1.2–1.7).[46]

*Prospective studies.* Prospective data on CMB presence and future ICH risk on antiplatelet treatments remain scarce. The largest study published to date, as previously mentioned, is from Asia (Hong Kong), where 908 patients with ischaemic stroke treated with a single antithrombotic agent (in 93% of cases aspirin) were screened for CMBs and followed up for a mean period of 26 months.[32] CMBs were found in 28% of patients, most often in deep regions suggesting hypertensive arteriopathy as the most likely cause. The risk of ICH was higher in individuals with baseline CMBs, and increased with increasing CMB count. These data suggest that CMB presence and number of CMB are relevant for ICH risk in this Asian population. CMBs were also associated with an increased risk of ischaemic stroke, but this did not show a graded relationship with CMB count at baseline. Given that antiplatelet agents have only a modest effect in secondary ischaemic stroke prevention (absolute risk reduction approximately 1–2% per year),[47] an ICH risk of 7.6% in those with >5 CMBs may outweigh the benefit in this subgroup of patients. However, it is not known whether these data are generalizable to non-Asian populations.

In summary, there are robust associations between antiplatelet use and the presence of CMBs, but cross-sectional studies cannot fully adjust for potential confounding factors. The largest available prospective study (in an Asian population) suggests that CMBs may also influence the future risk of ICH in ischaemic stroke patients treated with antithrombotic drugs. However, since the overall benefit of antiplatelet treatment has been established in very large randomized trials and meta-analyses, there is currently insufficient evidence to recommend withholding them in patients with CMBs. There are very few data relating to the use of multiple antiplatelet agents together, but these could pose a greater risk than single antiplatelet treatment in individuals with small vessel disease.[48] Screening for CMBs should be considered for future antiplatelet randomized trials or natural history prognosis studies after stroke.

## Anticoagulant drugs, CMBs and ICH risk

Ischaemic stroke is a common consequence of atrial fibrillation, and the risk increases with the presence of other risk factors including age, hypertension, congestive heart failure and diabetes. Anticoagulation with Warfarin[49] and newer agents including Dabigatran[50] and Rivaroxaban[51] are all very effective in reducing the risk of ischaemic stroke by about 60–70%. Nevertheless all anticoagulants inevitably increase the risk of unwanted bleeding: the most feared of all complications from anticoagulation is ICH. Conventional anticoagulation in ischaemic stroke patients increases the risk of ICH up to 7–10-fold with an absolute risk of about 1% per year.[52] The risk of ICH is generally higher in inception observational cohorts in comparison to clinical trials, from which many high-risk patients are excluded.[53]

Despite the clear efficacy of anticoagulants for stroke prevention, the proportion of ICH related to the use of anticoagulant drugs has increased in recent years: about 15% are currently related to warfarin use.[54] The increasing use of anticoagulants in elderly populations is expected to result in an increasing incidence of anticoagulant-related ICH. There is thus major interest in whether new imaging or genetic biomarkers may help to predict the risk of this rare yet devastating and unpredictable complication. Because oral anticoagulant associated ICH is associated with increased age and previous stroke, and often occurs with anticoagulation intensity within the therapeutic

Downloaded from cvd.sagepub.com by guest on October 1, 2014

**Figure 5**

(a) Two simultaneous warfarin-related intracerebral haemorrhages in an elderly patient with atrial fibrillation. (b, c) T2*-weighted gradient-recalled echo reveals the presence of multiple strictly lobar cerebral microbleeds (some shown with arrowheads), consistent with underlying cerebral amyloid angiopathy. Note that the symptomatic haematomas are also lobar

range, it is likely that mechanisms underlying high risk relate to individual patient factors, for example an age-related disorder of small brain blood vessels. There is evidence that patients with CAA have a particularly high risk of anticoagulant-related ICH (Figure 5).[55] Patients with symptomatic lobar ICH suggestive of CAA have annual recurrent ICH risk of up to about 20%,[36,56] and anticoagulants appear to increase this risk, as well as increasing the clinical severity and mortality rate from ICH.[52]

Since MRI is the most sensitive way to image the consequences of small vessel disease,[57] some studies have investigated whether it may be useful in risk stratification. Leukoaraiosis – a confluent deep white matter abnormality seen as low attenuation on computed tomography (CT) or high signal on T2-weighted MRI, and a marker of small vessel disease – increases the risk of oral anticoagulant-related ICH.[58] CMBs provide direct evidence of leakage of blood from pathologically fragile small vessels, so might be a better predictor of oral anticoagulant-associated ICH than leukoaraiosis alone. In the current stroke risk scoring systems (CHA2DS2-VASc for thrombotic risk[59] and HAS-BLED for bleeding risk)[60] paradoxically, some of the risk factors for future ischaemic stroke risk are similar to those associated with increased bleeding risk (age, previous stroke, hypertension). Neuroimaging and genetic biomarkers that are more predictive of ICH than ischaemic stroke hold promise for

refining the risk–benefit assessment in this situation.[61] Although CAA defined by symptomatic ICH is generally considered to be a contraindication to anticoagulation, it is not known whether the presence of lobar CMBs alone (without macrohaemorrhage) is a risk factor for ICH. There are few pathological validation studies to confirm whether lobar CMBs are sufficient to diagnose CAA. Below we briefly discuss the limited data relating to CMBs and anticoagulant bleeding risk.

*Cross-sectional studies.* There are few cross-sectional studies addressing the potential role of CMBs in anticoagulant-related ICH. One case-control study included 24 ICH patients with warfarin use compared with 48 warfarin users with no history of ICH and found a greater number of CMBs in the ICH group; prothrombin time and CMB presence were predictive of ICH.[62] A Chinese study also demonstrated an association of CMB in ICH patients previously on Warfarin.[63] By contrast, a Turkish study of anticoagulated patients did not find a significant difference in CMB prevalence between Warfarin users versus non-users.[64] In a systematic review and meta-analysis of cross-sectional data mentioned above[46] the authors found an 8 fold increase in the OR of having at least one CMB in warfarin treated ICH patients compared with ICH patients not taking warfarin.

*Prospective studies.* There are no reliable large-scale prospective data regarding the effect of CMBs on the risk of ICH in patients with

Downloaded from cvd.sagepub.com by guest on October 1, 2014

**Table 4**
**Key studies of CMBs and the risk of ICH after thrombolysis**

| Study | Year | No. of patients | SICH rate in CMB group | SICH rate in non-CMB group |
|---|---|---|---|---|
| Fiehler et al., BRASIL study[78] | 2007 | 570 | 5.8% (95% CI, 1.9–13.0) | 2.7% (95% CI, 1.4–4.5) |
| Derex et al.[78] | 2004 | 44 | 1/8 patients (12.5%) non-significant | 3/36 patients (8.33%) non-significant |
| Kim et al. | 2006 | 65 | 8/25 (32%) non-significant | 9/40 (22.5%) non-significant |
| Kakuda et al.[79] | 2005 | 70 | 0/11 (0%) non-significant | 7/59 (11.9%) non-significant |
| Kidwell et al.[80] | 2002 | 41 | 1/5 (20%) non-significant | 4/36 (11.1%) non-significant |

CMB, cerebral microbleed; ICH, intracerebral haemorrhage SICH, Symptomatic Intra Cranial Haemorrhage

previous ischaemic stroke and atrial fibrillation treated with warfarin, who in clinical practice pose perhaps the greatest dilemma for treatment. Until high-quality data about the magnitude of risk are available anticoagulation should continue to be recommended for patients with atrial fibrillation regardless of the presence of CMBs, based on the compelling results from large randomized trials and meta-analyses. The question of how CMBs may affect future ICH risk after anticoagulation in the setting of acute cardioembolic stroke is being investigated in UK-wide prospective multicentre inception cohort study, CROMIS-2 (www.ucl.ac.uk/cromis-2). Clinicians are encouraged to participate in this and other observational studies to allow a more definitive recommendation about anticoagulation in patients with CMBs to be made.[65] Although the newer anticoagulants have lower rates of ICH, the effects of small vessel disease on this risk and how the data from trials translate to day-to-day practice remain unknown.

## Statins and CMBs

Some studies have found an association between low serum cholesterol and increased CMB burden,[66] although in patients with acute ischaemic stroke or transient ischaemic attack previous statin therapy was not associated with either the prevalence or the burden of CMBs.[67] A higher risk of ICH was observed in atorvastatin-treated patients in secondary prevention trials of patients with ischaemic cerebrovascular disease (SPARCL): the hazard ratio was 4.1 for those entering following ICH compared with 1.6 for those enrolled with ischaemic stroke, which suggests a possible relationship between statins and intracerebral bleeding.[68] Although a case-control study found statin use prior to ICH to be associated with reduced mortality and favourable outcome, in line with a meta-analysis,[69] others have noted an association between low LDL cholesterol levels and increased mortality.[70] These inconsistent associations do not allow a definitive recommendation to be given on statin therapy in the context of CMBs. A decision analysis suggests that CMBs in the context of CAA (e.g. multiple areas of strictly lobar cerebral haemorrhage) should lead to avoidance of statins, since they indicate a high risk of future ICH.[71] However, this decision analysis is not a substitute for observational or randomized evidence, both of which are needed to determine the true risk of statins in individuals with CMBs.

## CMBs and Thrombolysis in Acute Ischaemic Stroke

The most widely used effective treatment for acute ischaemic stroke is intravenous thrombolysis. The most devastating complication is ICH,[72] which may have a devastating impact on the patient. Leukoaraiosis, a marker of cerebral small vessel disease, is associated with an increased risk of ICH.[73] CMBs, as a potential marker of bleeding-prone small vessel diseases, have long been suspected as a new risk factor for post-thrombolysis ICH. The available studies on this topic are summarized in Table 4. The largest of these studies

Downloaded from cvd.sagepub.com by guest on October 1, 2014

(BRASIL),[74] prospectively evaluated the risk of symptomatic ICH (defined as a clinical deterioration with an increase of 4 points on the NIHSS score, and a temporal association with parenchymal haematoma) found a non-significant increase in the risk of symptomatic ICH in patients with CMB (symptomatic ICH risk was 5.8% [95% CI, 1.9 to 13.0] in the CMB group as compared with 2.7% (95% CI, 1.4 to 4.5) in patients without CMBs [$P = 0.170$]). Similarly, Kim et al.[75] investigated 65 patients with varying numbers of CMBs (CMBs were subdvided into four grades: I – [CMB absent], II – [1–2 CMB], III – [3–10 CMB and IV – greater than 10 CMB] and did not demonstrate that the presence or burden of CMBs were independently associated with the risk symptomatic ICH after thrombolysis).

Two recently published meta-analyses suggest a trend towards increased risk of symptomatic ICH in thrombolysed ischaemic stroke patients,[76,77] but acknowledge the limitations of the available studies (e.g. non-standardized or insensitive MRI techniques, small sample sizes, varying ICH definitions). Clearly, further larger and well designed studies are urgently needed to answer this dilemma posed by CMBs.

## Conclusion

CMBs are not just an incidental finding revealed by new neuroimaging technology. Current literature suggests at least two different underlying arteriopathies causing different topographic patterns of CMBs (hypertension, leading to deep CMBs, and CAA, leading to strictly lobar CMBs). In clinical practice the distribution of CMBs is mixed, suggesting that these two arteriopathies often coexist or interact. The core question that persists is whether CMBs are associated with an increased risk of ICH or ischaemic stroke or both? And if so, is this risk modified or enhanced with the concomitant administration of antiplatelets and anticoagulation therapy. Current data, both prospective and cross-sectional, suggest an increased stroke risk in the presence of CMBs. The risk of ICH may be higher than the risk of ischaemic stroke, but population ethnicity (Asian versus non-Asian) may play a role in this balance of risk. There is consistent evidence of an association between antithrombotic use (mainly relating to antiplatelet drugs) and CMBs in cross-sectional studies, and limited prospective data suggesting an increased hazard for antiplatelet drugs if CMBs are present. Few data are available on whether CMBs influence the risk of ICH during anticoagulation after ischaemic stroke. Since cross-sectional data are unable to prove causation there remains an urgent need for larger prospective studies, in a range of populations, to specifically investigate the risks of ICH associated with CMBs. Until clear and consistent data are available to show an increased hazard of CMBs, clinicians should continue to recommend antithrombotic therapy after ischaemic stroke or TIA based on the results of large randomized trial and meta-analyses. In patients with previous symptomatic ICH and evidence of CAA, antithrombotics should be used with particular caution, and only when clear treatment indications, that are judged to outweigh the very high ICH risk, are present.

## Summary points

- CMBs are an important neuroimaging finding on a T2* GRE MRI scan and are indicative of underlying small vessel damage; they correspond to perivascular haemosiderin deposits, which are presumed to be due to small areas of bleeding from small vessels;
- The distribution of CMBs reflects the underlying type of microangiopathy – hypertensive arteriopathy (deep CMBs) or CAA (strictly lobar CMBs);
- People with pre-existing CMBs are likely to develop more CMBs over time;
- In stroke patients (both ischaemic stroke and ICH), CMBs are associated with an increased risk of future ICH and ischaemic stroke, independent of potential confounding factors;
- The presence of CMBs in patients with ischaemic stroke (including those treated with antiplatelet agents) is associated with an increased risk of future stroke (ICH risk>ischaemic stroke risk). CAA may be a particular risk factor for ICH on anticoagulant or antiplatelet drugs. However, current data are insufficient to recommend holding antiplatelet drugs in patients with CMBs. Although CMBs are associated with anticoagulant related ICH in

Downloaded from cvd.sagepub.com by guest on October 1, 2014

cross-sectional studies, there are no large-scale prospective studies of CMBs and ICH risk after anticoagulation;

- The role of CMBs in predicting thrombolysis-related ICH risk in ischaemic stroke is currently uncertain; there is a non-statistically significant trend towards increased ICH risk if CMBs are present prior to thrombolysis, but the clinical relevance is not yet established and requires further study.

## References

1  Scharf J, Brauherr E, Forsting M, Sartor K. Significance of haemorrhagic lacunes on MRI in patients with hypertensive cerebrovascular disease and intracerebral haemorrhage. *Neuroradiology* 1994;36:504–8

2  Offenbacher H, Fazekas F, Schmidt R, Koch M, Fazekas G, Kapeller P. MR of cerebral abnormalities concomitant with primary intracerebral hematomas. *AJNR Am J Neuroradiol* 1996;17:573–8

3  Werring D. *Cerebral Microbleeds: Pathophysiology to Clinical Practice.* Cambridge, United Kingdom. Cambridge University Press, 2011

4  Greenberg SM, Vernooij MW, Cordonnier C, *et al.* Cerebral microbleeds: a guide to detection and interpretation. *Lancet Neurol* 2009;8:165–74

5  Fazekas F, Kleinert R, Roob G, *et al.* Histopathologic analysis of foci of signal loss on gradient-echo T2*-weighted MR images in patients with spontaneous intracerebral hemorrhage: evidence of microangiopathy-related microbleeds. *Am J Neuroradiol* 1999;20:637–42

6  Cordonnier C, Al-Shahi Salman R, Wardlaw J. Spontaneous brain microbleeds: systematic review, subgroup analyses and standards for study design and reporting. *Brain* 2007;130:1988–2003

7  Koennecke HC. Cerebral microbleeds on MRI: prevalence, associations, and potential clinical implications. *Neurology* 2006;66:165–71

8  Kim M, Bae HJ, Lee J, *et al.* APOE epsilon2/epsilon4 polymorphism and cerebral microbleeds on gradient-echo MRI. *Neurology* 2005;65:1474–5

9  Dierksen GA, Skehan ME, Khan MA, *et al.* Spatial relation between microbleeds and amyloid deposits in amyloid angiopathy. *Ann Neurol* 2010;68:545–8

10 Vernooij MW, van der Lugt A, Ikram MA, *et al.* Prevalence and risk factors of cerebral microbleeds: the Rotterdam Scan Study. *Neurology* 2008;70:1208–14

11 Knudsen KA, Rosand J, Karluk D, Greenberg SM. Clinical diagnosis of cerebral amyloid angiopathy: validation of the Boston criteria. *Neurology* 2001;56:537–9

12 Atlas SW, Mark AS, Grossman RI, Gomori JM. Intracranial hemorrhage: gradient-echo MR imaging at 1.5 T. Comparison with spin-echo imaging and clinical applications. *Radiology* 1988;168:803–7

13 Akter M, Hirai T, Hiai Y, *et al.* Detection of hemorrhagic hypointense foci in the brain on susceptibility-weighted imaging clinical and phantom studies. *Acad Radiol* 2007;14:1011–9

14 Nandigam RN, Viswanathan A, Delgado P, *et al.* MR imaging detection of cerebral microbleeds: effect of susceptibility-weighted imaging, section thickness, and field strength. *AJNR Am J Neuroradiol* 2009;30:338–43

15 Gregoire SM, Chaudhary UJ, Brown MM, *et al.* The Microbleed Anatomical Rating Scale (MARS): reliability of a tool to map brain microbleeds. *Neurology* 2009;73:1759–66

16 Cordonnier C, Potter GM, Jackson CA, *et al.* Improving inter-observer agreement about brain microbleeds: development of the Brain Observer MicroBleed Scale (BOMBS). *Stroke* 2009;40:94–9

17 Roob G, Schmidt R, Kapeller P, Lechner A, Hartung HP, Fazekas F. MRI evidence of past cerebral microbleeds in a healthy elderly population. *Neurology* 1999;52:991–4

18 Jeerakathil T, Wolf PA, Beiser A, *et al.* Cerebral microbleeds: prevalence and associations with cardiovascular risk factors in the Framingham study. *Stroke* 2004;35:1831–5

19 Lee SH, Bae HJ, Ko SB, Kim H, Yoon BW, Roh JK. Comparative analysis of the spatial distribution and severity of cerebral microbleeds and old lacunes. *J Neurol Neurosurg Psychiatry* 2004;75:423–7

20 Werring DJ, Frazer DW, Coward LJ, *et al.* Cognitive dysfunction in patients with cerebral microbleeds on T2*-weighted gradient-echo MRI. *Brain* 2004;127 (Part 10):2265–75

21 Werring DJ, Coward LJ, Losseff NA, Jäger HR, Brown MM. Cerebral microbleeds are common in ischemic stroke but rare in TIA. *Neurology* 2005;65:1914–8

22 Fiehler J. Cerebral microbleeds: old leaks and new haemorrhages. *Int J Stroke* 2006;1:122–30

23 Hanyu H, Tanaka Y, Shimizu S, Takasaki M, Abe K. Cerebral microbleeds in Alzheimer's disease. *J Neurol* 2003;250:1496–7

24 Dichgans M, Holtmannspötter M, Herzog J, *et al.* Cerebral microbleeds in CADASIL. A gradient-echo magnetic resonance imaging and autopsy study. *Stroke* 2002;33:67–71

25 Naka H, Nomura E, Wakabayashi S, *et al.* Frequency of asymptomatic microbleeds on T2*-weighted MR images of patients with recurrent stroke: association with combination of stroke subtypes and leukoaraiosis. *AJNR Am J Neuroradiol* 2004;25:714–9

26 Kato H, Izumiyama M, Izumiyama K, Takahashi A, Itoyama Y. Silent cerebral microbleeds on T2*-weighted MRI: correlation with stroke subtype, stroke recurrence, and leukoaraiosis. *Stroke* 2002;33:1536–40

27 Poels MM, Ikram MA, van der Lugt A, *et al.* Incidence of cerebral microbleeds in the general population: the Rotterdam Scan Study. *Stroke* 2011;42:656–61

28 Goos JD, Henneman WJ, Sluimer JD, *et al.* Incidence of cerebral microbleeds: a longitudinal study in a memory clinic population. *Neurology* 2010;74:1954–60

29 Gregoire SM, Brown MM, Kallis C, Jäger HR, Yousry TA, Werring DJ. MRI detection of new microbleeds in patients with ischemic stroke: five-year cohort follow-up study. *Stroke* 2010;41:184–6

30 Lee S-H, Lee S-T, Kim BJ, Park H-K, Kim C-K, *et al.* Dynamic temporal change of cerebral microbleeds: long-term follow-up MRI study. *PLoS ONE* 2011;6:e25930 doi:10.1371/journal.pone.0025930

31 Fan YH, Zhang L, Lam WW, Mok VC, Wong KS. Cerebral microbleeds as a risk factor for subsequent intracerebral hemorrhages among patients with acute ischemic stroke. *Stroke* 2003;34:2459–62

Downloaded from cvd.sagepub.com by guest on October 1, 2014

32  Soo YO, Yang SR, Lam WW, et al. Risk vs benefit of anti-thrombotic therapy in ischaemic stroke patients with cerebral microbleeds. J Neurol 2008;255:1679–86

33  Imaizumi T, Horita Y, Chiba M, et al. Dot-like hemosiderin deposition on T2*-weighted MR imaging associated with nonhypertensive intracerebral hemorrhage. J Neuroimaging 2006;16:39–46

34  Boulanger JM, Coutts SB, Eliasziw M, et al., VISION Study Group. Cerebral microhemorrhages predict new disabling or fatal strokes in patients with acute ischemic stroke or transient ischemic attack. Stroke 2006;37:911–4

35  Thijs V, Lemmens R, Schoofs C, et al. Microbleeds and the risk of recurrent stroke. Stroke 2010;41:2005–9

36  Biffi A, Halpin A, Towfighi A, et al. Aspirin and recurrent intracerebral hemorrhage in cerebral amyloid angiopathy. Neurology 2010;75:693–8

37  Jeon SB, Kang DW, Cho AH, et al. Initial microbleeds at MR imaging can predict recurrent intracerebral hemorrhage. J Neurol 2007;254:508–12

38  Bokura H, Saika R, Yamaguchi T, et al. Microbleeds are associated with subsequent hemorrhagic and ischemic stroke in healthy elderly individuals. Stroke 2011;42:1867–71

39  Hart RG, Silvina B, Pearce LA. Avoiding central nervous system bleeding during antithrombotic therapy: recent data and ideas. Stroke 2005;36:1588–93

40  Vernooij MW, Haag MD, van der Lugt A, et al. Use of antithrombotic drugs and the presence of cerebral microbleeds: the Rotterdam Scan Study. Arch Neurol 2009;66:714–20 Epub 2009 Apr 13

41  Gregoire SM, Jäger HR, Yousry TA, Kallis C, Brown MM, Werring DJ. Brain microbleeds as a potential risk factor for antiplatelet-related intracerebral haemorrhage: hospital-based, case-control study. J Neurol Neurosurg Psychiatry 2010;81:679–84

42  Jeong SW, Jung KH, Chu K, Bae HJ, Lee SH, Roh JK. Clinical and radiologic differences between primary intracerebral hemorrhage with and without microbleeds on gradient-echo magnetic resonance images. Arch Neurol 2004;61:905–9

43  Wong KS, Chan YL, Liu JY, Gao S, Lam WW. Asymptomatic microbleeds as a risk factor for aspirin-associated intracerebral hemorrhage. Neurology 2003;60:511–3

44  Ge L, Niu G, Han X, et al. Aspirin treatment increases the risk of cerebral microbleeds. Can J Neurol Sci 2011;38:863–8

45  Nishikawa T, Ueba T, Kajiwara M, Miyamatsu N, Yamashita K. Cerebral microbleeds in patients with intracerebral hemorrhage are associated with previous cerebrovascular diseases and white matter hyperintensity, but not with regular use of antiplatelet agents. Neurol Med Chir (Tokyo) 2009;49:333–8; discussion 338–9

46  Lovelock CE, Cordonnier C, Naka H, et al. Antithrombotic drug use, cerebral microbleeds, and intracerebral hemorrhage: a systematic review of published and unpublished studies. Stroke 2010;41:1222–8

47  Antithrombotic Trialists' Collaboration. Collaborative meta-analysis of randomised trials of antiplatelet therapy for prevention of death, myocardial infarction, and stroke in high risk patients. BMJ 2002;324:71–86

48  Benavente OR, White CL, Pearce L, et al. (SPS3 Investigators). The Secondary Prevention of Small Subcortical Strokes (SPS3) study. Int J Stroke 2011;6:164–75

49  Singer DE, Albers GW, Dalen JE, et al. Antithrombotic therapy in atrial fibrillation: American College of Chest Physicians Evidence-Based Clinical Practice Guidelines (8th edition). Chest 2008;133(Suppl.):546S–92S

50  Connolly SJ, Ezekowitz MD, Yusuf S, et al. Dabigatran versus warfarin in patients with atrial fibrillation. N Engl J Med 2009;361:1139–51

51  Patel MR, Mahaffey KW, Garg J, et al. Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. N Engl J Med 2011;365:883–91

52  Hart RG, Boop BS, Anderson DC. Oral anticoagulants and intracranial hemorrhage. Facts and hypotheses. Stroke 1995;26:1471–7

53  Hylek EM, Evans-Molina C, Shea C, Henault LE, Regan S. Major hemorrhage and tolerability of warfarin in the first year of therapy among elderly patients with atrial fibrillation. Circulation 2007;115:2689–96

54  Flaherty ML, Kissela B, Woo D, et al. The increasing incidence of anticoagulant-associated intracerebral hemorrhage. Neurology 2007;68:116–21

55  Rosand J, Hylek EM, O'Donnell HC, Greenberg SM. Warfarin-associated hemorrhage and cerebral amyloid angiopathy: a genetic and pathologic study. Neurology 2000;55:947–51

56  Greenberg SM, Eng JA, Ning M, Smith EE, Rosand J. Hemorrhage burden predicts recurrent intracerebral hemorrhage after lobar hemorrhage. Stroke 2004;35:1415–20

57  Gouw AA, Seewann A, van der Flier WM, et al. Heterogeneity of small vessel disease: a systematic review of MRI and histopathology correlations. J Neurol Neurosurg Psychiatry 2011;82:126–35

58  Gorter JW, Algra A, van Gijn J, Kappelle LJ, Koudstaal PJ, Tjeerdsma HC, on behalf of the SPIRIT Study Group. SPIRIT: predictors of anticoagulant-related bleeding complications in patients after cerebral ischemia. Cerebrovasc Dis 1997;7(Suppl. 4):3

59  Lip GY, Nieuwlaat R, Pisters R, Lane DA, Crijns HJ. Refining clinical risk stratification for predicting stroke and thromboembolism in atrial fibrillation using a novel risk factor-based approach: the euro heart survey on atrial fibrillation. Chest 2010;137:263–72

60  Pisters R, Lane DA, Nieuwlaat R, de Vos CB, Crijns HJ, Lip GY. A novel user-friendly score (HAS-BLED) to assess 1-year risk of major bleeding in patients with atrial fibrillation: the Euro Heart Survey. Chest 2010;138:1093–100

61  Charidimou A, Werring DJ. Cerebral microbleeds: detection, mechanisms and clinical challenges. Future Neurol 2011;6:587–611

62  Lee SH, Ryu WS, Roh JK. Cerebral microbleeds are a risk factor for warfarin-related intracerebral hemorrhage. Neurology 2009;72:171–6

63  Ueno H, Naka H, Ohshita T. Association between cerebral microbleeds on T2*-weighted MR images and recurrent hemorrhagic stroke in patients treated with warfarin following ischemic stroke. Am J Neuroradiol 2008;29:1483–6

64  Orken DN, Kenangil G, Uysal E, Forta H. Cerebral microbleeds in ischemic stroke patients on warfarin treatment. Stroke 2009;40:3638–40

65  Clinical Relevance Of Microbleeds In Stroke (CROMIS-2). UKCRN No – 10697. See http://public.ukcrn.org.uk/Search/StudyDetail.aspx?StudyID=10697

Downloaded from cvd.sagepub.com by guest on October 1, 2014

66  Wieberdink RG, Poels MM, Vernooij MW, *et al.* Serum lipid levels and the risk of intracerebral hemorrhage: the Rotterdam Study. *Arterioscler Thromb Vasc Biol* 2011;**31**:2982−9

67  Day JS, Policeni BA, Smoker WR Jr, *et al.* Previous statin use is not associated with an increased prevalence or degree of gradient-echo lesions in patients with acute ischemic stroke or transient ischemic attack. *Stroke* 2011;**42**:354−8

68  Amarenco P, Bogousslavsky J, Callahan A III, *et al.* Stroke Prevention by Aggressive Reduction in Cholesterol Levels (SPARCL) Investigators. High-dose atorvastatin after stroke or transient ischemic attack. *N Engl J Med* 2006;**355**:549−59

69  Biffi A, Devan WJ, Anderson CD, *et al.* Statin use and outcome after intracerebral hemorrhage: case-control study and meta-analysis. *Neurology* 2011;**76**:1581−8

70  Ramirez-Moreno JM, Casado-Naranjo I, Portilla JC, *et al.* Serum cholesterol LDL and 90-day mortality in patients with intracerebral hemorrhage. *Stroke* 2009;**40**:1917−20

71  Westover MB, Bianchi MT, Eckman MH, Greenberg SM. Statin use following intracerebral hemorrhage: a decision analysis. *Arch Neurol* 2011;**68**:573−9

72  Tissue plasminogen activator for acute ischemic stroke. The National Institute of Neurological Disorders and Stroke rt-PA Stroke Study Group. *N Engl J Med* 1995;**333**:1581−7

73  Neumann-Haefelin T, Hoelig S, Berkefeld J, *et al.* Leukoaraiosis is a risk factor for symptomatic intracerebral hemorrhage after thrombolysis for acute stroke. *Stroke* 2006;**37**:2463−6

74  Fiehler J, Albers GW, Boulanger JM, *et al.* Bleeding risk analysis in stroke imaging before thromboLysis (BRASIL): pooled analysis of T2*-weighted magnetic resonance imaging data from 570 patients. *Stroke* 2007;**38**:2738−44

75  Kim HS, Lee DH, Ryu CW, *et al.* Multiple cerebral microbleeds in hyperacute ischemic stroke: impact on prevalence and severity of early hemorrhagic transformation after thrombolytic treatment. *AJR Am J Roentgenol* 2006;**186**:1443−9

76  Charidimou A, Kakar P, Fox Z, Werring DJ. Cerebral microbleeds and the risk of intracerebral haemorrhage after thrombolysis for acute ischaemic stroke: systematic review and meta-analysis. *J Neurol Neurosurg Psychiatry* 2012 September 28 [Epub ahead of print]. doi:10.1136/jnnp-2012-303379, PMID: 23024352

77  Shoamanesh A, Kwok CS, Lim PA, Benavente OR. Postthrombolysis intracranial hemorrhage risk of cerebral microbleeds in acute stroke patients: a systematic review and meta-analysis. *Int J Stroke* 2012 September 13 [E-pub ahead of print]. doi: 10.1111/j.1747-4949.2012.00869.x, PMID:22973896

78  Derex L, Nighoghossian N, Hermier M, *et al.* Thrombolysis for ischemic stroke in patients with old microbleeds on pretreatment MRI. *Cerebrovasc Dis* 2004;**17**:238−41

79  Kakuda W, Thijs VN, Lansberg MG, *et al.* Clinical importance of microbleeds in patients receiving IV thrombolysis. *Neurology* 2005;**65**:1175−8

80  Kidwell CS, Saver JL, Villablanca JP, *et al.* Magnetic resonance imaging detection of microbleeds before thrombolysis: an emerging application. *Stroke* 2002;**33**:95−8

© The Author(s) 2013

This is an open-access article distributed under the terms of the Creative Commons Attribution License (http://creativecommons.org/licenses/by-nc/2.0/), which permits non-commercial use, distribution and reproduction in any medium, provided the original work is properly cited.

Downloaded from cvd.sagepub.com by guest on October 1, 2014

# EXHIBIT 25

**From the Birmingham Business Journal**
**:http://www.bizjournals.com/birmingham/stories/2001/07/02/story2.html**

# NFL Europe's injured flown to Birmingham

Jul 1, 2001, 11:00pm CDT

Gilbert Nicholson
    Staff

When a player in the NFL Europe League gets seriously injured, he's carted out of the stadium to a jumbo jet for a flight back to the United States. To the Football Capital of the South, to be exact.

The player's destination is HealthSouth, the Birmingham-based national rehabilitation hospital and clinic chain, which has a contract with the spring football league.

"We're real proud we've been able to bring the medical liability of the league down from $2.7 million in 1996 to between $900,000 and $1 million," says HealthSouth's Mayfield Armstrong, head athletic trainer for NFL Europe.

Armstrong has been working with the sports organization since its inception in 1991, when it was first called the World League of American Football, a developmental league for the NFL.

HealthSouth personnel have worked with about 70 players this year from the six-team European league, which this weekend plays the season-ending championship game in Amsterdam, dubbed the World Bowl. Thirty rehabilitated players have rejoined their teammates in Europe this season.

"We're managing the care of 400 professional football players, all employees of the same company who we teach to line up and knock the other guy down so he won't get up. It's a workmen's comp nightmare," Armstrong quips.

Players whose injuries are expected to keep them off the field for more than two weeks typically make the trip to Birmingham.

"Europe has excellent fracture and trauma people, but they're still behind us as far as sports medicine is concerned," Armstrong says.

A player's flight to Birmingham involves more than a comfy seat and a beverage,

"We just don't put a guy on a gurney and fly him back home," Armstrong says. "We don't want to put him on a plane for nine hours with a swollen (knee) joint. We'll immobilize his leg to keep it straight."

Given the cramped seating aboard airplanes, that can be a challenge.

"The airlines accommodate us well. We have to give them some notice, and with help from the skycaps, they'll usually move a guy to business class."

## Hurt on first play

One such player is Troy State grad Mareno Philyaw, 23, a receiver for the Barcelona Dragons who was allocated to Europe by the Atlanta Falcons.

"It was the first play of the first game of the season," Philyaw says, recalling that April 21 game against the Berlin Thunder. "I was on the kickoff return and a guy got hit and fell back in to my knee. I thought it may have just been a sprain."

An MRI, however, showed that Philyaw's ACL ligament was torn.

"It shook me up a little," he says. "I was a little bit disappointed. But I have to say that's part of the game."

A week later, Philyaw was in Birmingham for surgery and rehab.

Philyaw's toughest rehab exercise involves walking along a balance beam while snagging footballs tossed at him in rapid-fire fashion. Sound tough? It gets worse: A HealthSouth trainer is trying to pull him off with a rope attached to Philyaw's waist.

"Every now and then they'll get me off the beam," he says. "It's a good thing the beam is close to the ground."

Before being released, players undergo a rigorous exam that includes computerized testing. One exam, called the biodex test, measures leg strength in hundredths of percentage points.

"We (expect) the injured leg to be within 85 percent of the strength and agility of the well leg," Armstrong says.

Players are released only after getting the green light from Dr. Larry Lemak, a founding partner of Alabama Sports Medicine and Orthopedic Center who plays a key role with HealthSouth's NFL Europe efforts .

Two weeks ago Philyaw was sent to his home in Atlanta to continue rehabilitation at a HealthSouth facility there.

Armstrong, meanwhile, has just returned from Europe where he conducted exit physicals.

"If anyone is still hurting at the end of the season, they'll come to Birmingham for further treatment before they're allowed to go back to the NFL team that allocated them. Or, if they're a free agent and have no commitment, they're allowed to go home," he says.

"If you spend a little money on a plane ticket and have a good outcome where you can close the door on a complaint, it saves the NFL a lot in liability at the end" of the season," he says.

Contact reporter Gilbert Nicholson at (205) 443-5632 or by e-mail at gnicholson@bizjournals.com.