EXHIBIT 37

True Colors  (/newsletters/sign-up/)  Sign In (/users/login/?action=login)  Create Account

October 3, 2014

(http://www.huffingtonpost.com/sports)

Edition: U.S. ▾     Like  46k     Follow     Newsletters     Huffington Post Search

**FRONT PAGE**
(HTTP://WWW.HUFFINGTONPOST.COM) (HTTP://WWW.HUFFINGTONPOST.COM/POLITICS/) (HTTP://WWW.HUFFINGTONPOST.COM/BUSINESS/) (HTTP://WWW.HUFFINGTONP
**POLITICS**     **BUSINESS**     **ENTERTAI**

Sports  (http://www.huffingtonpost.com/sports/)  •  World Cup (http://data.huffingtonpost.com/2014/world-cup/)
• Donald Sterling (http://www.huffingtonpost.com/news/donald-sterling/) • NBA Playoffs (http://www.huffingtonpost.com/news/nba-playoffs/)
• NHL Playoffs (http://www.huffingtonpost.com/news/nhl-playoffs/) • MLB (http://www.huffingtonpost.com/news/mlb/) • NFL (http://www.huffingtonpost.com/news/nfl/)
• Soccer (http://www.huffingtonpost.com/news/soccer/) • Highlights (http://www.huffingtonpost.com/news/sports-highlights/) • Fails (http://www.huffingtonpost.com/news/sports-fails/)
• Athletes On Twitter (http://www.huffingtonpost.com/news/athletes-on-twitter/) • Sports Crime (http://www.huffingtonpost.com/news/sports-crime/)
• The Schultz Report (http://www.huffingtonpost.com/news/the-schultz-report/)     Sochi Olympics  (http://data.huffingtonpost.com/winter-olympics-sochi-2014)

# NFL: Nearly 3 In 10 Ex-Players Will Face Alzheimer's, Dementia Or Other Neurological Problems

AP | By MARYCLAIRE DALE

Posted: 09/12/2014 3:15 pm EDT | Updated: 09/12/2014 4:59 pm EDT



(javascript:void(0))

PHILADELPHIA (AP) — The NFL estimates that nearly three in 10 former players will develop debilitating brain conditions, and that they will be stricken earlier and at least twice as often as the general population.

The disclosure Friday comes in separate actuarial data the league and players' lawyers released as part of their proposed $765 million settlement of thousands of concussion lawsuits.

Both the league and lead players' lawyers expect about 6,000 of the 19,400 retired players, or 28 percent, to develop Alzheimer's disease or at least moderate dementia. Dozens more will be diagnosed with Lou Gehrig's or Parkinson's disease during their lives, according to the data.

The reports were prepared for Senior U.S. District Judge Anita B. Brody, who is presiding over the class-action lawsuit in Philadelphia that accuses the NFL of hiding information that linked concussions to brain injuries.

The NFL concussion settlement is based on the idea that concussion-related illnesses would come at "higher rates than those expected in the general population" and would come at "notably younger ages."

The proposed settlement includes $675 million for player awards, $75 million for baseline assessments, $10 million for research and $5 million for public notice. It wouldn't cover current players.

Both sides have insisted that $675 million would be enough to cover awards for 21,000 former players, given fund earnings estimated at 4.5 percent annually. Brody initially had concerns the money might run out, while critics complained the NFL's offering is a pittance given its $10 billion in annual revenues.

The NFL, in its report, said its estimates were "reasonable and conservative," and erred on the side of "overstating the number of players who will develop (illnesses)" to ensure the fund would be sufficient.

The league agreed this summer to remove the cap on its contributions, saying it would pay out more than $675 million if needed, and pay more over time if needed. Brody then granted preliminary approval of the plan and scheduled a fairness hearing on the proposed settlement for Nov. 19, when critics can challenge it.

"This report paints a startling picture of how prevalent neurocognitive diseases are among retired NFL players," lead player lawyers Christopher Seeger and Sol Weiss said in a statement.

Lawyers for some players have complained that the negotiations have been cloaked in secrecy, leaving them unsure of whether their clients should participate or opt out.

With an Oct. 14 deadline looming, "we still lack 'an informed understanding of the dynamics of the settlement discussions and negotiations.' Indeed, we have zippo understanding," lawyer Thomas A. Demetrio, who represents the family of Dave Duerson, wrote in a motion Thursday. Duerson, the popular Chicago Bears safety, committed suicide in 2011.

The family of former linebacker Junior Seau, who also committed suicide, has announced plans to opt out. He and Duerson are among about 60 former players diagnosed after their deaths with the brain decay known as chronic traumatic encephalopathy. Known as CTE, it can only be diagnosed after death.

Friday's release of the actuarial data was designed to address some of the complaints.

Critics also lament that the settlement plan offers no awards to anyone diagnosed with CTE in the future, and that the Alzheimer's and dementia awards are cut by 75 percent for players who also suffered strokes.

The plan would pay up to $5 million for players with amyotrophic lateral sclerosis, also known as Lou Gehrig's disease; $4 million for deaths involving CTE; $3.5 million for Alzheimer's disease; and $3 million for moderate dementia and other neurocognitive problems.

However, only men under 45 who spent at least five years in the league would get those maximum payouts. The awards are reduced, on a sliding scale, if they played fewer years or were diagnosed later in life.

The players' data therefore predicts the average payouts, in today's dollars, to be $2.1 million for ALS, $1.4 million for a death involving CTE, and $190,000 for Alzheimer's disease or moderate dementia. The average ex-player being diagnosed with moderate dementia is expected to be 77 with four years in the NFL.

Only 60 percent of those eligible for awards are expected to enter the program, based on prior class-action litigation. The payouts would top $900 million, adjusted for inflation.

The 21,000 class members also include the estates of 1,700 deceased players.

MORE: NFL Concussions , NFL , Nfl Players Alzheimer's , Nfl Players Dementia , NFL Brain Injuries , Dementia Nfl , Nfl Concussions Lawsuit , Alzheimer's Nfl

Suggest a correction

# EXHIBIT 38

# NFL

(http://www.foxsports.com/nfl)

**HOME** **(HTTP://WWW.FOXSPORTS.COM/NFL#COLUMNA)** **NEWS** **(HTTP://WWW.FOXSPORTS.COM/N**

# Data: 28 percent of NFL players will suffer Alzheimer's or dementia

**AP**

SEP 12, 2014 1:58P ET

  

PHILADELPHIA (AP) -- The NFL estimates that nearly three in 10 former players will develop debilitating brain conditions, and that they will be stricken earlier and at least twice as often as the general population.

The disclosure Friday comes in separate actuarial data the league and players' lawyers released as part of their proposed $765 million settlement of thousands of concussion lawsuits.

Both the league and lead players' lawyers expect about 6,000 of the 19,400 retired players, or 28 percent, to develop Alzheimer's disease or at least moderate dementia. Dozens more will be diagnosed with Lou Gehrig's or Parkinson's disease during their lives, according to the data.

The reports were prepared for Senior U.S. District Judge Anita B. Brody, who is presiding over the class-action lawsuit in Philadelphia that accuses the NFL of hiding information that linked concussions to brain injuries.

The NFL report said the ex-players' diagnosis rates would be "materially higher than those expected in the general population" and would come at "notably younger ages."

The proposed settlement includes $675 million for player awards, $75 million for baseline assessments, $10 million for research and $5 million for public notice. It wouldn't cover current players.

Both sides have insisted that $675 million would be enough to cover awards for 21,000 former players, given fund earnings estimated at 4.5 percent annually.

Brody initially had concerns the money might run out, while critics complained the NFL's offering is a pittance given its $10 billion in annual revenues.

The NFL, in its report, said its estimates were "reasonable and conservative," and erred on the side of "overstating the number of players who will develop (illnesses)" to ensure the fund would be sufficient.

The league agreed this summer to remove the cap on its contributions, saying it would pay out more than $675 million if needed, and pay more over time if needed. Brody then granted preliminary approval of the plan and scheduled a fairness hearing on the proposed settlement for Nov. 19, when critics can challenge it.

"This report paints a startling picture of how prevalent neurocognitive diseases are among retired NFL players," lead player lawyers Christopher Seeger and Sol Weiss said in a statement.

Lawyers for some players have complained that the negotiations have been cloaked in secrecy, leaving them unsure of whether their clients should participate or opt out.

With an Oct. 14 deadline looming, "we still lack `an informed understanding of the dynamics of the settlement discussions and negotiations.' Indeed, we have zippo understanding," lawyer Thomas A. Demetrio, who represents the family of Dave Duerson, wrote in a motion Thursday. Duerson, the popular Chicago Bears (/nfl/team/chicago-bears) safety, committed suicide in 2011.



## FOX SPORTS DAILY
### *NFL TEAM EDITION*

## NFL NEWS TO YOUR INBOX!

**CHOOSE YOUR TEAM(S)** ⌄

PLEASE ENTER YOUR EMAIL ADDRESS

*By clicking "SUBSCRIBE", you have read and agreed to the Fox Sports* **Privacy Policy** *(http://www.foxsports.com/privacypolicy)* and **Terms of Use (http://www.foxsports.com/termsofuse)**.

**SUBSCRIBE ()**

The family of former linebacker Junior Seau (/nfl/player/junior-seau/70621), who also committed suicide, has announced plans to opt out. He and Duerson are among about 60 former players diagnosed after their deaths with the brain decay known as chronic traumatic encephalopathy. Known as CTE, it can only be

Friday's release of the actuarial data was designed to address some of the complaints.

Critics also lament that the settlement plan offers no awards to anyone diagnosed with CTE in the future, and that the Alzheimer's and dementia awards are cut by 75 percent for players who also suffered strokes.

The plan would pay up to $5 million for players with amyotrophic lateral sclerosis, also known as Lou Gehrig's disease; $4 million for deaths involving CTE; $3.5 million for Alzheimer's disease; and $3 million for moderate dementia and other neurocognitive problems.

However, only men under 45 who spent at least five years in the league would get those maximum payouts. The awards are reduced, on a sliding scale, if they played fewer years or were diagnosed later in life.

The players' data therefore predicts the average payouts, in today's dollars, to be $2.1 million for ALS, $1.4 million for a death involving CTE, and $190,000 for Alzheimer's disease or moderate dementia. The average ex-player being diagnosed with moderate dementia is expected to be 77 with four years in the NFL.

Only 60 percent of those eligible for awards are expected to enter the program, based on prior class-action litigation. The payouts would top $900 million, adjusted for inflation.

The 21,000 class members also include the estates of 1,700 deceased players.

nfl (http://www.foxsports.com/tag/nfl)

     

/popup?template=colorbox&taboola_utm_source=foxsports&taboola_utm_medium=bytaboola&taboola_utm_content=ab_thumbs-2r_bigger-titles:article bottom:)

'popup?template=colorbox&taboola_utm_source=foxsports&taboola_utm_medium=bytaboola&taboola_utm_content=ab_thumbs-2r_bigger-titles:article bottom:)

# YOU MIGHT ALSO LIKE

# EXHIBIT 39

A U T O A C C I D E N T   I N J U R Y   C A R E

Oxon Hill Maryland Very Personal & Thorough Care.

# SportsDayDFW

Powered by *The Dallas Morning News*

COWBOYS    MAVERICKS    STARS    RANGERS    COLLEGES    HIGH SCHOOLS    MORE

# NFL: 3 in 10 ex-players face Alzheimer's, dementia

32    6    0    8+ Share   1    1    AA ▲ ▼

Associated Press
Published: 12 September 2014 01:05 PM
Updated: 12 September 2014 09:55 PM

PHILADELPHIA — The NFL estimates that nearly three in 10 former players will develop debilitating brain conditions, and that they will be stricken earlier and at least twice as often as the general population.

The disclosure Friday comes in actuarial data the league and players' lawyers released as part of their proposed $765 million settlement of thousands of concussion lawsuits.

Both the league and lead players' lawyers expect about 6,000 of the 19,400 retired players, or 28 percent, to develop Alzheimer's disease or at least moderate dementia. Dozens more will be diagnosed with Lou Gehrig's or Parkinson's disease during their lives, according to the data.

The reports were prepared for Senior U.S. District Judge Anita B. Brody, who is presiding over the class-action lawsuit in Philadelphia that accuses the NFL of hiding information that linked concussions to brain injuries.

The NFL report said the ex-players' diagnosis rates would be "materially higher than those expected in the general population" and would come at "notably younger ages."

The proposed settlement includes $675 million for player awards, $75 million for baseline assessments, $10 million for research and $5 million for public notice. It wouldn't cover current players.

Both sides have insisted that $675 million would be enough to cover awards for 21,000 former players, given fund earnings estimated at 4.5 percent annually. Brody initially had concerns the money might run out, while critics complained the NFL's offering is a pittance given its $10 billion in annual revenues.

The NFL, in its report, said its estimates were "reasonable and conservative," and erred on the side of "overstating the number of players who will develop (illnesses)" to ensure the fund would be sufficient.

The league agreed this summer to remove the cap on its contributions, saying it would pay out more than $675 million if needed, and pay more over time if needed. Brody then granted preliminary approval of the plan and scheduled a fairness hearing on the proposed settlement for Nov. 19, when critics can challenge it.

"This report paints a startling picture of how prevalent neurocognitive diseases are among retired NFL players," lead player lawyers Christopher Seeger and Sol Weiss said in a statement.

Lawyers for some players have complained that the negotiations have been cloaked in secrecy, leaving them unsure of whether their clients should participate or opt out.

With an Oct. 14 deadline looming, "we still lack 'an informed understanding of the dynamics of the settlement discussions and negotiations.' Indeed, we have zippo understanding," lawyer Thomas A. Demetrio, who represents the family of Dave Duerson, wrote in a motion Thursday. Duerson, the popular Chicago Bears safety, committed suicide in 2011.

The family of former linebacker Junior Seau, who also committed suicide, has announced plans to opt out. He and Duerson are

among about 60 former players diagnosed after their deaths with the brain decay known as chronic traumatic encephalopathy. Known as CTE, it can only be diagnosed after death.

Friday's release of the actuarial data was designed to address some of the complaints.

Critics also lament that the settlement plan offers no awards to anyone diagnosed with CTE in the future, and that the Alzheimer's and dementia awards are cut by 75 percent for players who also suffered strokes.

The plan would pay up to $5 million for players with amyotrophic lateral sclerosis, also known as Lou Gehrig's disease; $4 million for deaths involving CTE; $3.5 million for Alzheimer's disease; and $3 million for moderate dementia and other neurocognitive problems.

However, only men under 45 who spent at least five years in the league would get those maximum payouts. The awards are reduced, on a sliding scale, if they played fewer years or were diagnosed later in life.

The players' data therefore predicts the average payouts, in today's dollars, to be $2.1 million for ALS, $1.4 million for a death involving CTE, and $190,000 for Alzheimer's disease or moderate dementia. The average ex-player being diagnosed with moderate dementia is expected to be 77 with four years in the NFL.

Only 60 percent of those eligible for awards are expected to enter the program, based on prior class-action litigation. The payouts would top $900 million, adjusted for inflation.

The 21,000 class members also include the estates of 1,700 deceased players.

Did you see something wrong in this story, or something missing? Let us know.

## From Around the Web



€35m Man United & Chelsea target finally gets his wish; deal agreed
(GiveMeSport)



Yasiel Puig soaks FOX reporter Julie Stewart-Binks
(Fox Sports)



Marshawn Lynch Blooper Reel
(Vita Coco YouTube)



Manziel Trick Play Proves Browns Don't Know the NFL Rulebook
(The Cheat Sheet)

Recommended by

### More From the Web

Derek Jeter finishes in style; Hannah Davis is Fox-y  Fox Sports

Stunning AV systems installed at University of Oregon  Commercial Integrator

Watson hits back after Mickleson criticism  GiveMeSport

### More From *Dallasnews.com*

Texas quotable: Petty, high powered Baylor offense will be tough to stop; suspended players might return  College Sports Blog

Could Texas bring back Nelson Cruz in offseason? Other possible moves, including managerial search  Sports

Cowlishaw: What are Morris Claiborne's problems? A bit of everything  Sports

Recommended by

## Comments

To post a comment, log into your chosen social network and then add your comment below. Your comments are subject to our Terms of Service and the privacy policy and terms of service of your social network. If you do not want to comment with a social network, please consider writing a letter to the editor.

| | Write a comment |
|---|---|

**1 Comment**                                    Sort  Subscribe  RSS

**Delli Mathews**                                          18 days ago
Less than the general population.

Reply  Share                                                    0      0

# EXHIBIT 40

# ★ StarTribune

# NFL: 3 in 10 ex-players face Alzheimer's, dementia

Article by: MARYCLAIRE DALE

Associated Press

September 12, 2014 - 3:55 PM

PHILADELPHIA — The NFL estimates that nearly three in 10 former players will develop debilitating brain conditions, and that they will be stricken earlier and at least twice as often as the general population.

The disclosure Friday comes in separate actuarial data the league and players' lawyers released as part of their proposed $765 million settlement of thousands of concussion lawsuits.



The family of former NFL linebacker Junior Seau, who committed suicide, has announced plans to opt out of a proposed NFL concussion settlement.

file, Star Tribune

Both the league and lead players' lawyers expect about 6,000 of the 19,400 retired players, or 28 percent, to develop Alzheimer's disease or at least moderate dementia. Dozens more will be diagnosed with Lou Gehrig's or Parkinson's disease during their lives, according to the data.

The reports were prepared for Senior U.S. District Judge Anita B. Brody, who is presiding over the class-action lawsuit in Philadelphia that accuses the NFL of hiding information that linked concussions to brain injuries.

The NFL report said the ex-players' diagnosis rates would be "materially higher than those expected in the general population" and would come at "notably younger ages."

The proposed settlement includes $675 million for player awards, $75 million for baseline assessments, $10 million for research and $5 million for public notice. It wouldn't cover current players.

Both sides have insisted that $675 million would be enough to cover awards for 21,000 former players, given fund earnings estimated at 4.5 percent annually. Brody initially had concerns the money might run out, while critics complained the NFL's offering is a pittance given its $10 billion in annual revenues.

The NFL, in its report, said its estimates were "reasonable and conservative," and erred on the side of "overstating the number of players who will develop (illnesses)" to ensure the fund would be sufficient.

The league agreed this summer to remove the cap on its contributions, saying it would pay out more than $675 million if needed, and pay more over time if needed. Brody then granted preliminary approval of the plan and scheduled a fairness hearing on the proposed settlement for Nov. 19, when critics can challenge it.

"This report paints a startling picture of how prevalent neurocognitive diseases are among retired NFL players," lead player lawyers Christopher Seeger and Sol Weiss said in a statement.

Lawyers for some players have complained that the negotiations have been cloaked in secrecy, leaving them unsure of whether their clients should participate or opt out.

With an Oct. 14 deadline looming, "we still lack 'an informed understanding of the dynamics of the settlement discussions and negotiations.' Indeed, we have zippo understanding," lawyer Thomas A. Demetrio, who represents the family of Dave Duerson, wrote in a motion Thursday. Duerson, the popular Chicago Bears safety, committed suicide in 2011.

The family of former linebacker Junior Seau, who also committed suicide, has announced plans to opt out. He and Duerson are among about 60 former players diagnosed after their deaths with the brain decay known as chronic traumatic

encephalopathy. Known as CTE, it can only be diagnosed after death.

Friday's release of the actuarial data was designed to address some of the complaints.

Critics also lament that the settlement plan offers no awards to anyone diagnosed with CTE in the future, and that the Alzheimer's and dementia awards are cut by 75 percent for players who also suffered strokes.

The plan would pay up to $5 million for players with amyotrophic lateral sclerosis, also known as Lou Gehrig's disease; $4 million for deaths involving CTE; $3.5 million for Alzheimer's disease; and $3 million for moderate dementia and other neurocognitive problems.

However, only men under 45 who spent at least five years in the league would get those maximum payouts. The awards are reduced, on a sliding scale, if they played fewer years or were diagnosed later in life.

The players' data therefore predicts the average payouts, in today's dollars, to be $2.1 million for ALS, $1.4 million for a death involving CTE, and $190,000 for Alzheimer's disease or moderate dementia. The average ex-player being diagnosed with moderate dementia is expected to be 77 with four years in the NFL.

Only 60 percent of those eligible for awards are expected to enter the program, based on prior class-action litigation. The payouts would top $900 million, adjusted for inflation.

The 21,000 class members also include the estates of 1,700 deceased players.

© 2014 Star Tribune

EXHIBIT 41

# NFL takes aim at $25 billion, but at what price?



**Brent Schrotenboer, USA TODAY Sports**    *1:42 p.m. EST February 5, 2014*

*For the NFL to reach its revenue goal by 2027, fans, broadcasters and sponsors will have to pay more and more*



*(Photo: Kirby Lee, USA TODAY Sports)*

NEW YORK (Jan. 31) — Sunday's Super Bowl at MetLife Stadium in East Rutherford, N.J., might be the most popular and expensive television program in U.S. history – about 110 million viewers watching a football game that commands nearly $4 million for a 30-second commercial.

Tickets at the 50-yard line cost about $10,000. A 20-ounce cup of Bud Light will cost $14.

"Nothing is really sacred anymore," said John Vrooman, a sports economics professor at Vanderbilt University.

**TICKETS:** Market picking up steam late (http://ftw.usatoday.com/2014/01/super-bowl-ticket-prices/)

**MANNING:** Throws 'ducks' and proud of it (http://www.usatoday.com/story/sports/nfl/broncos/2014/01/30/peyton-manning-super-bowl-48-denver-richard-sherman/5051231/)

It won't stop there. The National Football League hopes to achieve $25 billion in annual revenue by 2027, up from about $10 billion now. Several analysts told USA TODAY Sports that the NFL can get there, but it will be an expensive journey. More palatial stadiums. Expanded playoffs. More exposure in more places, including smartphones, games in London and more Thursday night games sold to the highest-bidding network.

NFL Commissioner Roger Goodell gave the magic number at a meeting of NFL team owners in 2010: a goal of tripling league revenue in 17 years. If it happens, the NFL would have more income than the gross domestic products of dozens of small countries and would be in the same financial district currently occupied by gigantic global brands such as McDonald's, Nike and Goodyear Tire, each of which recently took in about $21 to $28 billion annually.

Who will pay the price? Fans, sponsors and broadcasters. The NFL remains the most popular sports league in America, and it commands a premium. If the average NFL fan thinks the cost of attending games is already too high, how about paying ever-higher prices to watch games on ESPN and the NFL Network? Cable and satellite TV providers pay ESPN an average of $6.04 per subscription per month, more than double from 10 years ago and dwarfing the likes of CNN (63 cents) and TBS (72 cents), according to SNL Kagan, a market research firm.

**COLUMN:** John Elway's risky double down looking Super (http://www.usatoday.com/story/sports/nfl/super/2014/01/30/super-bowl-denver-broncos-elway-trading-tebow/5064267/)

**FIRING BACK:** Colin Kaepernick pans Richard Sherman (http://ftw.usatoday.com/2014/01/richard-sherman-colin-kaepernick/)

"The standard (cable television) package that households receive is skyrocketing in cost at a point in the U.S. economy when we have increasingly lopsided distribution of income," sports economist Andrew Zimbalist told USA TODAY Sports. "Those two things have to collide."

**The future**

The NFL declined to release financial data, but an estimate of its revenue can be pieced together through various sources by economists and market researchers. That $10 billion pie is roughly sliced four ways, according to Navigate Research, a Chicago-based firm that specializes in the evaluation of sports and entertainment marketing investments.

- About $5 billion from media and television rights to broadcast games.
- About $1-2 billion in sponsorships, such as its long-running deal with PepsiCo, worth about $90 million to $100 million per year.
- About $2 billion related to attendance and ticket sales.
- About $1 billion in merchandise and licensing.

Growing to $25 billion annually will require compound annual growth of about 7 percent, around $1 billion per year.

CBS, Fox, NBC and ESPN provide the NFL with a total of about $5 billion to $6 billion annually from contracts that run through 2021-22. By 2027, Navigate Research predicts such media rights revenues could reach $17 billion.

That ambitious projection assumes that live NFL games will continue to be a golden goose for networks and their advertisers for one major reason: NFL games are one of the few remaining programs that huge audiences want to watch live instead of recording to watch later – fast-forwarding through the commercials that companies pay millions to air.

"We are firm believers that there is nothing more valuable in the world of TV than the NFL – nothing," said Michael Nathanson, a media analyst at MoffettNathanson, a stock research firm that specializes in the media and telecommunications industries. "Their ability to get to $25 billion is kind of predicated on the staying power of the product. I think they're going to ask for whatever they need to from their broadcast partners, their cable partners."

**UNFAIR?** Seahawks player questions marijuana suspension (http://www.usatoday.com/story/sports/nfl/super/2014/01/29/seattle-seahawks-super-bowl-brandon-browner-limbo/5036123/)

**STILL WAITING:** Will Manning's backup ever start for Denver? (http://www.usatoday.com/story/sports/nfl/broncos/2014/01/30/brock-osweiler-backup-super-bowl-peyton-manning-denver-russell-wilson/5068165/)

Vrooman, the Vanderbilt economist, says the NFL can get there primarily because it's a monopoly – the richest sports league on the planet with a business plan built largely through the Sports Broadcasting Act of 1961, which allows sports leagues to pool their television rights for sale to the highest bidder, protecting them from antitrust laws.

"The monopoly rule is to gouge half as many fans more than twice as much on everything," he said. He also predicts the league will become "increasingly more exclusive with the same general formula of fewer fans having access at higher prices to generate more certain media, venue and gate revenues."

The NFL disputes that, noting its commitment to broadcast some games on free over-the-air TV networks, which helps it reach bigger audiences. Even games on ESPN, for example, are available on free TV in local markets. But the league is not shy about its appetite for growth.

"We measure our business very simply: Is consumption going up, and is the economic pie growing?" said Brian Rolapp, the chief operating officer of NFL media.

Rolapp was involved in recent NFL deals with Verizon, Twitter, Microsoft and the television networks. He currently is involved in shopping a Thursday Night Football TV package and working on a new deal with DirecTV. He called the $25 billion goal an aspiration.

"In order to get to a number that lofty, it requires a lot of different things," Rolapp told USA TODAY Sports. "It requires, clearly, hard work. It requires different thinking. We are relatively strong in our business. We're strong as a league, but what we always say around here is complacency is our enemy."

**PHOTOS: ONE MEMORABLE SHOT FROM EVERY SUPER BOWL**

**The formula**



|  |  |  |  |  | _FULLSCREEN |
|---|---|---|---|---|---|

For better or worse, the road to $25 billion probably requires some variation of the following, analysts told USA TODAY Sports.

**ONE GREAT PHOTO FROM EVERY SUPER BOWL IN HISTORY**

**More new and upgraded stadiums.** This year's Super Bowl is in chilly New Jersey, a reward for the Jets and Giants building the swanky MetLife Stadium, which opened in 2010. Yet it has been 11 years since the Super Bowl was in 70-degree San Diego, where the Chargers still play in outdated Qualcomm Stadium.

To keep revenue growing, the NFL needs stadiums that are big moneymakers, such as AT&T Stadium, home of the Dallas Cowboys, where suites cost up to $500,000 per year and fans pay more than $80 for seats in the upper deck end zone. Levi's Stadium, the new $1.3 billion home of the San Francisco 49ers, opens later this year and will host the Super Bowl in 2016. Later that year, the Minnesota Vikings will open their new stadium.

The risk for the NFL is that it might price out everyday, jersey-wearing fans, who might decide they'd rather watch games on high-definition TV anyway. Attendance accounts for only about about 25 percent of NFL revenue, and at times there have been signs of sagging demand. Three of the NFL's four first-round playoff games this year struggled to sell out. Will fans keep going to games if the price keeps rising and the view is better on TV?

"That is a big concern," Rolapp said. "It will always be an important part of the revenue …We still believe it's still the best place to experience NFL football. I think it will be for some time, but we have to keep innovating so it remains that."

**More weeknight games, anyone?** The NFL has been shopping a Thursday night package to TV networks and could announce a buyer soon with possible simulcasting on the NFL Network, the league's cable outlet. NFL games once were mass-delivered for television consumption on Sunday afternoons and Monday night.

NBC, for example, pays about $1 billion per year for its package of Sunday night games and playoff games.

**More televised content.** If there's demand, create more supply. That's why the league is considering expanding the playoffs, creating another product to sell to networks eager to capture big live audiences. The NFL also is turning the offseason into a moneymaker by televising the NFL Combine in February and the NFL Draft in the spring, which has expanded from one day to three days, including two nights in prime time.

**New markets.** The NFL has been priming London as a market, with two sold-out games there last year and three games on tap in 2013. Meanwhile, Los Angeles hasn't had an NFL team since 1994. Moving existing teams from weak markets into bigger vacant markets might give team owners a better way to increase their shared revenue as opposed to adding more franchises to the 32-team league.

Conversely, Los Angeles has value to the NFL as a bargaining chip — the unstated threat of moving into that big, empty market can help existing franchises wring out taxpayer dollars for stadium upgrades and new construction.

Get ready for NFL teams to make "renewed threats of franchise relocation to leverage public money for private stadiums in the second venue revolution, just like the first (round of stadium upgrades) over the last two decades," Vrooman said. "Monopoly power over TV rights and franchise location is what provides the real engine for the economic growth of the most powerful sports league in the world."

**VIDEO — SUPER BOWL QBs: PROFESSOR VS. APPRENTICE**



Tom Pelissero, Rod Mackey, and Paul Silvi shine a magnifying glass at the QB match-up for the big game. Its old school vs new school Sunday at MetLife Stadium.

**Phones, Internet and new media.** More consumers get their news and information from their smartphones –a trend the NFL recognized with its recent $250 million annual deal with Verizon to stream games onto phone screens. The NFL also recently made deals with Twitter and Microsoft's Xbox, giving it new revenue streams in growing interactive and social media.

With more viewers consuming video content online instead of on cable, cable companies and cable channels could see subscription revenue plummet. Those channels — including ESPN and the NFL Network — can try to recoup that revenue through online content, but it might not be as lucrative.

"The established content suppliers — NFL, ESPN — are uneasy and so going very slowly," said Roger Noll, emeritus economics professor at Stanford. "They see the potential for a huge payoff, but also for a huge bursting of the bubble, and want to keep control until they know where things are likely to go."

**Television.** The NFL's TV rights contracts soon will be worth about $7 billion per year combined, with most of them starting this year and lasting through 2022. What happens in 2023?

"It's a new day after that," Rolapp said. "We'll just have to see. A lot of things we do digitally along the way are a great experiment for us to see what the world will look like. We will be prepared one way or the other to be able to shift to where the consumer is."

To get to $25 billion, the NFL probably needs about $15-17 billion from networks.

If networks pay it, those costs likely will be passed down to the consumer. ESPN likely would ask for higher rates from advertisers and higher subscriber fees from cable distributors, and even viewers who don't like football would pay more because cable channels are not offered a la carte.

"Everything else 10 years from now will be worth less relative to what the NFL is going to be worth," said Nathanson, the stock analyst. "No other sport has that kind of national draw to it."

As long as the NFL can bring big live audiences, it'll be hard for the likes of ESPN to avoid paying up, but the growing risk is viewers who could decide to cancel their cable subscriptions and use other devices to watch what they want.

The NFL said it is committed to staying on free television, not just cable, where it has its own network and can reap cable subscription revenue in addition to advertising revenue.

"It would have been very easy years ago to migrate our games to cable," Rolapp said. "In fact, we could have gotten more money in the short term, it could be argued, if we would have done that. But we really are committed to a reach model and free television."

**VIDEO: JERSEY HISTORY ON THE SEAHAWKS' SIDE**



The daily report for Jan. 30, 2014, from Jill Savage at the Super Bowl.

**Staying power**

Much of this, of course, assumes that the NFL can continue to bring those live audiences well into the next decade.

Another risk to the league's long-term popularity is the concussion crisis. Amid lawsuits from former players, the league has vowed to make the game safer. This could mean changes in equipment and more rules that restrict bone-jarring hits.

"To the extent the NFL tries to pass new rules to reduce the force of hitting or the kind of hits you can make, I think it hurts the game," Zimbalist said. "And there signs that parents no longer want their children playing this game. I don't mean to predict doom for the NFL. I don't think there is doom, but the notion that they're going to get to $25 billion seems to be excessively optimistic. I would not bet on that figure."

Rolapp, the Harvard-educated NFL executive, says the league maintains a "healthy paranoia" about all perceived risks, including pushing too much product onto fans. In the meantime, the NFL plans to stick to a simple formula.

"We're really in the business of aggregating America around events and around our game," Rolapp said. "There are fewer and fewer places that can do that. If you can aggregate audiences, you are going to be more and more valuable."

*Follow Brent Schrotenboer on Twitter @Schrotenboer (http://twitter.com/schrotenboer). E-mail: bschrotenb@usatoday.com*

EXHIBIT 42

# CBSSports.com

Sign In | Register    Help   Shop   TV   Radio   Mobile   🔍

NFL   MLB   NBA   NHL   NCAA FB   NCAA BB   GOLF   WORLD CUP   HIGH SCHOOL   VIDEO   MORE        FANTASY

NFL Home   Draft   Scores   Standings   Schedules   Stats   Teams   Players   Transactions   Rumors   Picks   Odds

Play the ultimate baseball simulation with the CBSSports.com Franchise Baseball game.



# Report: NFL paid Roger Goodell $35.1 million last year

By Ryan **Wilson** | CBSSports.com
February 14, 2014 3:25 pm ET

Like 233    Tweet 33    g+1 1        • Sha...



**Roger Goodell had a good 2013.** (USATSI)

Two years ago, when NFL commissioner Roger Goodell was thought to make only $20 million, Falcons wide receiver Roddy White sent this tweet:



Roddy White                              [Follow]
@roddywhiteTV

How in the hell can u pay a man this much money that
cant run tackle or catch RT @ProFootballTalk Goodell will
get ... tl.gd/ft77c4

1:03 PM - 13 Feb 2012

116 RETWEETS  16 FAVORITES

Got some bad news for you, Roddy. Goodell more than doubled his pay over the next 12 months.

### NEVER MISS A MOCK DRAFT

Sign up to our newsletter and find out who your team could be picking

**Login or Register to Sign Up**

### NFL VIDEO

July 3, 2014
**Arbitrator classifies Jimmy Graham as a tight end** (2:45)




1 July 3, 2014
**Ben Utecht on concussions and life after football**
(4:47)


2 July 1, 2014
**Top 100 players: Is Patrick Peterson better than Richard Sherman?**
(2:54)


3 July 1, 2014
**Top 100 players: Who's the better DT -- Ndamukong Suh or Gerald McCoy?**



(2:34)

## LATEST

**World Cup** | 9:00 am
2014 FIFA World Cup: Keys to the quarterfinal matches

**NFL** | 8:41 am
Vincent Jackson writes a book for kids of military parents

**NCAA Basketball** | 8:41 am
Hirings and firings: 2014 college basketball coaching changes

**NCAA Basketball** | 8:40 am
Grambling fires coach Joseph Price

**NBA** | 2:06 am
Free-agency grades for Wednesday, July 2: Lowry returns to Toronto

**Fantasy Football** | 1:10 am
2014 Fantasy Outlooks: Philadelphia Eagles

**MLB** | 1:04 am
Former Athletics lefty Mark Mulder live-tweets 'Moneyball'

**NBA** | 12:36 am
Report: Patty Mills agrees to three-year deal to remain with Spurs

**MLB** | 12:22 am
MLB rumors, injuries and news roundup for July 2

**NBA** | 12:13 am
Report: Bulls are at least moving towards amnestying Carlos Boozer



## MOST POPULAR

**1** Warren Sapp stiffs waitress for 'horrible' service; waitress responds

**2** Despite setbacks, World Cup shows Klinsmann has US on winning track

**3** Nets agree to deal with Lionel Hollins as next coach

**4** Ex-NFL GM Charley Casserly: Russell Wilson not a top-12 QB

**5** Arbitrator rules Jimmy Graham is a tight end

To be clear: That's $35.1 million -- plus another $9.1 million in deferred payments -- for the year that ended March 31, 2013.

So how do we come across this information every year? Turns out, the multibillion-dollar money-making machine that is the NFL is, in the eyes of the government, a nonprofit organization. Thanks to an exemption written into the tax code, the league is exempt from federal corporate taxes.

(If you're so inclined, US Senator Tom Coburn (R-Okla.) explained the particulars in Wastebook 2012.)

The downside -- if you want to call it that -- to being classifed as a nonprofit: this Tax exemption also makes Goodell's salary publicly available, circumstances no doubt eased by the fact that he made nearly $3 million a month.

in a letter obtained by Daniel Kaplan of the Sports Business Journal, NFL owners Arthur Blank, Robert Kraft and Jerry Richardson wrote to their fellow owners that "Goodell's compensation reflects our pay-for-performance philosophy and is appropriate given the fact that the NFL under his consistently strong leadership continues to grow."

Kaplan notes that the three owners comprise the league's compensation committee, adding that Goodell's salary almost certainly makes him the highest-paid sports executive.

Topics: Roddy White, Ryan Wilson, NFL



# EXHIBIT 43

Dow Jones Reprints: This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit www.djreprints.com

• See a sample reprint in PDF format.    • Order a reprint of this article now

NFL

# NFL: The League That Runs TV

*Owners Reach $27.9 Billion Deal With Fox, CBS and NBC*

By MATTHEW FUTTERMAN, SAM SCHECHNER and SUZANNE VRANICA

December 15, 2011



NBC scored in the ratings Sunday as the Giants played the Cowboys. *Getty Images*

National Football League owners voted to approve $27.9 billion of TV deals with Fox, CBS and NBC on Wednesday, confirming pro football as the driving force in an industry facing fundamental change.

As expected, the networks will pay 63% more on average to air NFL games from 2014 to 2022. Fox will pay an average of about $1.1 billion for the National Football Conference package, which includes many of the league's biggest markets, say people familiar with the talks. CBS will pay about $1 billion a year over the life of the deal for the American Football Conference package, which will include a handful of NFC games. And NBC will pay $950 million a year for nine years for the Sunday night prime-time package.

The networks' willingness to fork over such enormous sums reflects the reality of television today. Audiences are fragmenting among hundreds of channels and alternative viewing options, such as the Internet. Football remains one of the few programs that still draws tens of millions of viewers who watch



Vernon Davis of the San Francisco 49ers. *Getty Images*

live. That gives the networks much-needed leverage with both advertisers and cable operators, especially since the networks gained the right to stream the games on computers and tablets.

Overall annual broadcast revenue for the NFL will jump from an annual average of $1.9 billion in the 2007-2013 period to nearly $3.1 billion for 2014-22. Including deals with ESPN and satellite broadcaster DirecTV, the NFL will collect about $6 billion a year in total TV revenue beginning in 2014, a figure that will likely increase the following year after the DirecTV deal expires. NBC is a unit of Comcast Corp.'s majority-owned NBC Universal, while Fox is a unit of News Corp., which also owns The Wall Street Journal. CBS is a unit of CBS Corp., and ESPN is a unit of Walt Disney Co.

For many of the networks, the NFL is a break-even investment at best—but one they feel they have to make. NFL rights will account for roughly a quarter of the total programming spending by the four networks, including ESPN, by 2015, up from just over 20% in 2008, according to projections from SNL Kagan.

The NFL reached a $27.9 billion deal with Fox, CBS and NBC for the rights to broadcast games from 2014 to 2022, Matthew Futterman reports on Markets Hub. Photo: REUTERS.

**More NFL News**

**League Owners Signs Off on Jaguars Sale**

**Earlier:** NFL Near Major Media Deals

While TV advertising has generally grown slowly in recent years, advertising on NFL games has soared. Ad rates for NFL games rose 27% to $347,800 for a 30-second spot last season, compared with the 2007 season, according to WPP's Kantar Media. The cost of a similar nonsports prime-time ad, by contrast, fell 14% last year from 2007. And the total amount advertisers spent on NFL advertising last season, about $3.3 billion, is up over 20% since the 2007-2008 football season, according to Kantar. Overall TV advertising on U.S. broadcast and cable networks grew just 3.5% between 2007 and 2010 to $44.3 billion.

Experts don't see NFL ad demand slowing anytime soon. "It won't break until the consumer breaks with lack of interest and ratings fall," says Tony Ponturo, a sports marketing consultant and former media and sports marketing czar for Anheuser-Busch.

Mark Lazarus, the chairman of NBC Sports, says NFL football is simply too popular not to have. "We think it's one of, if not the, premier television property," he says. "It has value to us for reaching consumers, for diversifying our affiliates and giving our advertising sales team a mix."

So far this fall, NFL games have averaged 17.8 million viewers at any given minute, more than almost all regularly scheduled programs, according to Nielsen data. Importantly, many of those viewers are young men, who are hard for advertisers to reach through other programs. And the fact that most consumers watch NFL games live is important at a time when many viewers record shows and then skip the commercials when they watch them later.

The NFL "is almost a necessity for broadcast and cable networks in terms of maintaining the health of their business overall," says Kris Magel, director of national broadcast at Initiative, a media-buyingunit of

Interpublic Group of Cos.

At the same time, though, at least in some cases the NFL is eating up advertising dollars that would have ended up elsewhere on television. "For us it comes out of other TV budgets," says Steve Shannon, vice president of marketing for Hyundai Motor America. "Big important media properties are more valuable than ever."

Still another reason for networks to pay up for the NFL: The popularity of NFL games gives them a big weapon in disputes over subscription fees with cable, satellite and telecommunications companies that sell TV service. Big broadcast networks like Fox and CBS have increasingly sought those fees to supplement ad revenue, and CBS, for instance, has said it expects to bring in more than $250 million a year in subscription fees by the end of 2012.

"The subscription component is really important going forward, because that's how they're going to get more money out of cable companies," says Deana Myers, a senior analyst at SNL Kagan.

But sports fees are helping to drive up cable rates, raising concerns among media executives that consumers will soon balk at the increasing cost of television.

**Write to** Matthew Futterman at matthew.futterman@wsj.com, Sam Schechner at sam.schechner@wsj.com and Suzanne Vranica at suzanne.vranica@wsj.com

Copyright 2014 Dow Jones & Company, Inc. All Rights Reserved
This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law.
For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit
www.djreprints.com

# EXHIBIT 44

Case 2:12-md-02323-AB Document 6801-9 Filed 06/14/16 Page 28 of 29



SBJ/20100405/This Week's News

# Goodell sets revenue goal of $25B by 2027 for NFL

By Daniel Kaplan, Staff Writer

Published April 5, 2010

NFL Commissioner Roger Goodell wants the league to reach $25 billion in revenue by 2027, an amount that would mean adding nearly $1 billion in new revenue on average each year until then.

Goodell presented the futuristic figure late last month to owners at their annual league meeting in Orlando. While the number is designed to serve more as an ambitious goal than a true financial projection, it underscores the degree to which the NFL, under the nearly four-year tenure of Goodell, has sought to dramatically expand its business, whether in technology or overseas.

"It has happened in a lot of well-run businesses," New York Jets owner Woody Johnson said of the kind of revenue growth suggested by Goodell. "If we expend our capital, expand our stadiums, keep renovating and keep all of our capital equipment up to the highest standards, invest in technology, [invest] in the business, it could be done — or more."

Tripling revenue in a roughly 17-year time frame is something the NFL has already accomplished, though off a much smaller base. Precise comparable revenue figures could not be obtained, but growth can be seen in part by looking at the salary cap, which is based on a percentage of revenue. The cap in 1994 was $34.6 million. After several blockbuster national TV contracts and a surge in NFL popularity, league revenue last year hit $8.5 billion, lifting the cap to $128 million, a more than threefold increase from 1994.

"It is certainly an aggressive number," Dallas Cowboys Chief Operating Officer Stephen Jones said of the $25 billion figure, "but it is certainly one we would like to get to."

Tripling revenue over the next 17 years, however, could prove tougher than doing so from the mid-1990s until now. Fox Sports broke the bank in 1994 to become an NFL broadcaster in order to establish the channel's credibility, and DirecTV was added with its first out-of-home package. Only a few teams are currently in need of new stadiums whereas in the early to mid-1990s, the NFL's stadium boom had just begun. In addition, the U.S. sponsorship and advertising markets are more fully developed and committed to sports financially than they were in the 1990s, when sports as a business wasn't the size of industry it is today.

There would have to be similar events — and on larger scales — in the future for a comparable growth rate. Areas that hold potential include Internet, cell phone, satellite and international, as well as the NFL Network.

Case 2:12-md-02323-AB Document 6801-9 Filed 10/06/14 Page 29 of 29

"If you take the number of fans in the [United] States, 181 million, there is clearly massive upside internationally," said Mark Waller, the NFL's chief marketing officer, who is pushing for more foreign games. "We should be measuring our fan growth globally as we do in the U.S., and a key driver will be more games."

Another area is technology. The league just signed a four-year, $720 million sponsorship/media deal with Verizon that will see both games and the league's RedZone channel streamed to cell phones. Neither streaming to mobile nor RedZone were options just a few years ago, Johnson noted, saying that the revenue Goodell foresees could come from categories that do not exist today.



Roger Goodell's goal would mean an average revenue increase of $1 billion a year.

In addition, reaching a new labor deal is critical to the desired increase in revenue. The NFL and NFL Players Association are battling over the looming expiration of the collective-bargaining agreement next March, and a prolonged labor stoppage could damage the league. Also, the owners say the game will not grow without an economic deal that allows them to invest with a reasonable rate of return.

The union has responded that it is willing to provide the owners financial credits where the league can prove the money is being used to grow the sport, but to do this the NFL must provide audited financial reports, something Goodell and the owners have said no to so far.

**Related Topics:**                                                                                      Return to top
This Week's News