EXHIBIT 52

VOLUME 91
NUMBER 15

*PUNCH DRUNK—MARTLAND*

# PUNCH DRUNK *

### HARRISON S. MARTLAND, M.D.

NEWARK, N. J.

For some time fight fans and promoters have recognized a peculiar condition occurring among prize fighters which, in ring parlance, they speak of as "punch drunk." Fighters in whom the early symptoms are well recognized are said by the fans to be "cuckoo," "goofy," "cutting paper dolls," or "slug nutty."

Punch drunk most often affects fighters of the slugging type, who are usually poor boxers and who take considerable head punishment, seeking only to land a knockout blow. It is also common in second rate fighters used for training purposes, who may be knocked down several times a day. Frequently it takes a fighter from one to two hours to recover from a severe blow to the head or jaw. In some cases consciousness may be lost for a considerable period of time.

The early symptoms of punch drunk usually appear in the extremities. There may be only an occasional and very slight flopping of one foot or leg in walking, noticeable only at intervals; or a slight unsteadiness in gait or uncertainty in equilibrium. These may not seriously interfere with fighting. In fact, many who have only these early symptoms fight extremely well, and the slight staggering may be noticed only as they walk to their corners.

In some cases periods of slight mental confusion may occur as well as distinct slowing of muscular action. The early symptoms of punch drunk are well known to fight fans, and the gallery gods often shout "Cuckoo" at a fighter. I know of one fight that was stopped by the referee because he thought one of the fighters intoxicated.

Many cases remain mild in nature and do not progress beyond this point. In others a very distinct dragging of the leg may develop and with this there is a general slowing down in muscular movements, a peculiar mental attitude characterized by hesitancy in speech, tremors of the hands and nodding movements of the head, necessitating withdrawal from the ring.

Later on, in severe cases, there may develop a peculiar tilting of the head, a marked dragging of one or both legs, a staggering, propulsive gait with the facial characteristics of the parkinsonian syndrome, or a backward swaying of the body, tremors, vertigo and deafness. Finally, marked mental deterioration may set in necessitating commitment to an asylum.

Of course the symptoms produced by the late manifestations of epidemic encephalitis, by the juvenile and presenile types of paralysis agitans, by syphilis, brain tumors and other forms of cerebral injury may so closely resemble those of the condition punch drunk as to be differentiated only with extreme difficulty or not at all. Nevertheless, the occurrence of the symptoms in almost 50 per cent of fighters who develop this condition in mild or severe form, if they keep at the game long enough, seems to be good evidence that some special brain injury due to their occupation exists.

As far as I know this condition has practically not been described in medical literature. I am of the opinion that in punch drunk there is a very definite brain injury due to single or repeated blows on the head or jaw which cause multiple concussion hemorrhages in the deeper portions of the cerebrum. Such hemorrhages are very apt to occur in or near the corpora striata, in the corona radiata but almost never in the cerebral cortex or below the tentorium cerebelli. These hemorrhages are later replaced by a gliosis or a degenerative progressive lesion in the areas involved. Therefore, in late stages the symptoms often mimic those seen in diseases characterized by the parkinsonian syndrome. I realize that this theory, while alluring, is quite insusceptible of proof at the present time, but I am so convinced from my former studies on post-traumatic encephalitis that this is the logical deduction that I feel it my duty to report this condition.

### MULTIPLE CONCUSSION HEMORRHAGES

As this theory of punch drunk assumes that the basic lesion is due to traumatic multiple hemorrhages, it will be necessary to discuss briefly this type of brain injury.

In 1924 Cassasa [1] reported five autopsies showing what he called multiple traumatic cerebral hemorrhages. In all these cases there was a history of head injury. Three patients were momentarily unconscious at the time of injury. After a lucid interval varying from three to twenty-four hours there developed a period of marked irritability with increase of deep reflexes, which was followed by unconsciousness. At autopsy, sections of the brain showed multiple usually punctate hemorrhages scattered over various parts of the parenchyma of the brain. Lacerations of the scalp, fractures of the skull, cortical lacerations or hemorrhages except for occasional slight pia-arachnoid hemorrhages were not found. Microscopic examination showed these punctate hemorrhages to be located around the blood vessels in the perivascular spaces of Virchow-Robin. When large, they broke through into the surrounding parenchyma and often became confluent. Cassaca considered this type of traumatic cerebral hemorrhage as relatively rare, for he had found only these five cases during a period of ten years' work with Dr. Otto Schultze, former coroner's physician, and Dr. Charles Norris, chief medical examiner of New York City.

Cassasa's explanation of the mechanism of concussion depends on the existence of the so-called perivascular and perineuronal spaces and the identification of a network of fine fibrils connecting the external wall of the blood vessel with the surrounding brain tissues across the spaces of Virchow-Robin.

Cassasa says:

Sudden overfilling of the perivascular lymph space with cerebrospinal fluid conceivably could produce laceration of a vessel by the tearing of its wall in the neighborhood of such a fibrillar attachment. Otherwise, without such an attachment, the laceration of a vessel surrounded by fluid could not be produced by any pressure exerted through that fluid which would only tend to compress the vessel but not lacerate it. Such an increase of cerebrospinal fluid in one perivascular space could be caused by the cerebrospinal fluid from the surface of the brain being driven into it by pressure exerted by the change of shape of the skull—the result of a blow or fall. This change of shape under an area of violence is in the direction of flattening and diminution of space for the cerebrospinal fluid in that area. This fluid must find its way out of that area through the various sulci of the brain and in connection therewith such fluid as cannot find its way

---

* Read before the New York Pathological Society, at the New York Academy of Medicine, New York, May 10, 1928.
* From the pathologic department of the City Hospital, and the office of the chief medical examiner of Essex County, N. J.

1. Cassasa, C. B.: Multiple Traumatic Cerebral Hemorrhages, Proc. New York Path. Soc. **24**: 101 (Jan.-May) 1924.

Downloaded From: http://jama.jamanetwork.com/ by Anya Havriliak on 10/03/2014

*PUNCH DRUNK—MARTLAND* Jour. A. M. A.
Oct. 13, 1928

through these channels must find a way into the perivascular lymph spaces in the reverse direction of the normal flow of the cerebrospinal fluid in these channels.

The modus operandi of Cassasa's theory may be roughly illustrated in figure 1.

The existence of perivascular spaces is still questioned. Some observers think they are artefacts, and others assert that they exist only under pathologic conditions. The consensus, however, supports the original conception of His (1865) that there exists a system of richly intercommunicating spaces in the nerve tissues and around the blood vessels. The work of Weed in this connection is well known.

In 1927, Osnato and Giliberti [2] studied 100 clinical cases of concussion of the brain with or without fracture of the skull and one of Cassasa's cases from a histologic standpoint. They concluded that:

Anatomic and clinical investigations seem to show definitely that our conception of concussion of the brain must be modified. It is no longer possible to say that "concussion is an essentially transient state which does not comprise any evidence of structural cerebral injury." Not only is there actual cerebral injury in cases of concussion but in a few instances



SKULL
DURA
ARACHNOID
PIA
Perivascular Space
Cortex Cerebri
Nerve cell in perineuronal space
Socket foot Pericapillary Space
Astrocyte
NORMAL CONDITION

Cerebral vein
Pia mater
Lining cells of perivascular space
Ring hemorrhage
Concussion hemorrhage
Hydraulic Shock to neurone
Perineuronal space
Perivascular space
EFFECTS OF CONCUSSION

Fig. 1.—Schematic diagram of normal perivascular and perineuronal spaces on the left, and the probable mechanism of production of concussion and multiple concussion hemorrhages on the right.

complete resolution does not occur, and there is a strong likelihood that secondary degenerative changes develop. When this happens, we have a condition which, clinically at least, resembles some of the reactions seen in encephalitis. We feel, therefore, that the postconcussion neuroses should properly be called cases of traumatic encephalitis.

In 1927, Martland and Beling [3] reported their experience with consecutive cases of traumatic cerebral hemorrhage over a definite period of two years. During this period, 309 consecutive autopsies were analyzed of people dying as the result of cerebral injuries (exclusive of gunshot wounds of the head), occurring in a community of about 800,000 people and representing practically all the deaths due to cranial injury during that period. The number was sufficiently large to give a pretty good idea of the incidence of the various types of traumatic intracranial hemorrhages.

Extradural hemorrhage was found in twenty-five cases, or 8.2 per cent; cortical laceration and hemor-

rhage in 254 cases, or 82 per cent, while hemorrhages similar to those described by Cassasa and unassociated with fracture of the skull or other gross surface injuries occurred in nine cases, or 2.9 per cent. Unclassified subdural and pia-arachnoid hemorrhages and multiple, streaky, deep hemorrhages associated with cortical injuries were present in twenty-one cases, or 6.9 per cent.

Cortical laceration and hemorrhage characterized by laceration of the vessels of the leptomeninges with hemorrhage in the pia-arachnoid and cortex of the brain constituted by far the most frequent and important traumatic lesion within the cranial cavity. It was usually associated with a fracture of the vault, often running into the base of the skull.

The object of this paper was to call attention to the frequency of the type of hemorrhage described by Cassasa and to its great importance in relation to the various sequelae that often follow head injuries.

When the skull was fractured this type of hemorrhage did not occur, since the splitting of the skull at the time of the violence seemed to prevent the increased intracranial pressure with consequent displacement of cerebrospinal fluid. The frequency with which these hemorrhages occurred in or near the corpora striata was first noted, as well as their rarity in the cerebral cortex or below the tentorium cerebelli.

The location of these hemorrhages naturally must depend on the laws of hydrostatics as applied to the cranial cavity, about which there is still much to learn. Their frequency in or near the basal ganglions is probably explained by a displacement of spinal fluid from the cisterna interpeduncularis, by the effects of contrecoup, into the perivascular spaces running along the vessels supplying these parts. When the corona radiata is involved the fluid is probably displaced from the subarachnoid spaces over the outer surface of the brain by the direct or contrecoup effects of the violence.

The infrequency of these hemorrhages in the brain stem and cerebellum is due to the protective influence of the tense and firm tentorium cerebelli which takes the force and protects the underlying structures, and to the fact that in most cranial injuries the force is applied to the vault or sides of the skull.

While this type of traumatic hemorrhage was apparently recognized by those performing medicolegal autopsies, its significance from a clinical standpoint had not been appreciated.

The possibility of fat embolism causing some of these hemorrhages was first recognized by Cornwall,[4] who had examined one of Cassasa's cases and found evidence of such emboli in the brain. Fat embolism presents the only serious argument against the mechanical theory of Cassasa. It can be demonstrated at autopsy after nearly all fractures of the long bones, and also has been seen after operations on obese subjects, especially such as radical amputation of the breast and herniotomy for umbilical hernia. Bissell [5] believes that it may explain certain deaths following these operations formerly attributed to surgical shock. The increased

2. Osnato, Michael; and Giliberti, Vincent: Postconcussion Neurosis—Traumatic Encephalitis, Arch. Neurol. & Psychiat. **18**: 181-211 (Aug.) 1927.
3. Martland, H. S., and Beling, C. C.: Traumatic Cerebral Hemorrhage, read before the American Neurological Association in May, 1927, at Atlantic City, N. J.

4. Cornwall, L. H.: Personal communication to the author.
5. Bissell, W. W.: Pulmonary Fat Embolism: A Frequent Cause of Postoperative Surgical Shock, Surg. Gynec. Obst. **25**: 8-22 (July) 1917.

Downloaded From: http://jama.jamanetwork.com/ by Anya Havriliak on 10/03/2014

viscosity of the venous blood causes a rise in the venous pressure and a fall in arterial pressure similar to that seen in shock.

It is generally agreed, however, that fat embolism rarely causes serious symptoms or results fatally. Most of the fat reaches the lungs and is held there. As Shinkai[6] has shown, this is due to the high viscosity of the fat, to the tortuosity and distensibility of the capillaries of the lungs, to the low blood pressure in the pulmonary artery, and to the fact that the pulmonary circulation constitutes the first filter for fat which enters the venous circulation. At autopsy, oil droplets may be seen with the naked eye in the blood from the right heart, large veins and lungs, provided proper autopsy technic is used.

In some cases a considerable amount may reach the systemic circulation and cause petechiae in the skin and pleura and microscopic evidence of fat in the brain, spleen and kidneys. Systemic emboli are more likely to occur if the foramen ovale is patent and in such cases multiple, punctate hemorrhages have been seen throughout the white matter in enormous numbers after a simple fracture of the femur. In six of the nine cases reported by Martland and Beling the injuries were limited entirely to the head, and fat emboli were eliminated.

The mechanical theory of Cassasa best explains most of these hemorrhages, although fat embolism might occasionally produce similar lesions. The ringlike distribution of these hemorrhages about the vessels is not characteristic of trauma alone. A similar location is seen in fat embolism, arsenical encephalitis and hemorrhagic forms of influenza encephalitis. In epidemic encephalitis the ringlike perivascular arrangement of the inflammatory cellular, defense reaction is similar in its anatomic location.

It is conceivable that the milder forms of concussion may be attributed to distention of the perineuronal spaces causing hydraulic shock to the neurons without the occurrence of actual hemorrhages.

I believe that such hemorrhages form the foundation of a replacement gliosis which explains the occurrence of post-traumatic symptoms in many cases of head injury in which recovery occurs. It forms the best possible explanation of the large and important groups of postconcussion neuroses and psychoses and the so-called post-traumatic encephalitis.

Even at the present time there is a strong tendency among some writers to demarcate concussion from contusion both clinically and anatomically. This is based usually on the assumption that concussion is unaccompanied by demonstrable morphologic alterations. Miller[7] has recently stated that concussion is the result of disturbed equilibrium of the cortical cells especially. After producing unconsciousness in animals by repeated blows on the head and administering trypan blue intravenously, his failure to produce any staining of the brain was attributed to the absence of brain injury. Mention is not made of microscopic examinations of the brain in any of these animals, and the mechanism of the production of the unconscious state in animals by repeated blows on the head must be vastly different from that of a single blow applied to the human cranium.

6. Shinkai, T.: Experimental Fat Embolism, Beitr. z. path. Anat. u. z. allg. Path. **78**: 109 (Aug.) 1927.
7. Miller, G. G.: Cerebral Concussion, Arch. Surg. **14**: 891 (Jan.) 1927.

FATAL CASE ILLUSTRATING MULTIPLE CONCUSSION HEMORRHAGES

The following case, taken from the series reported by Martland and Beling, is abstracted here as an illustration.

CASE 1.—*History.*—A man, aged 76, while going upstairs, stumbled and struck his head. He became unconscious. He did not vomit. On admission to the hospital he was in coma. The pupils were small and unequal. There was a laceration over the left eyebrow with brush abrasions on the left side of the face. The upper and lower eyelids of the left eye showed ecchymosis, the ocular conjunctiva being free from hemorrhage. He died thirty hours after admission to the hospital with pulmonary edema, having never regained consciousness.

*Autopsy.*—There was a small amount of hemorrhage in the left temporal muscle and overlying scalp, and laceration of the outer part of the left eyebrow. The skull was not fractured. There was marked edema of the brain, with dilatation of the lateral ventricles. There was no laceration or hemor-



Fig. 2.—Brain in case 1: Multiple punctate concussion hemorrhages may be seen situated chiefly in the corona radiata of both frontal lobes and in the corpora striata. Other brain injury is absent.

rhage of the surface of the brain. In the corona radiata of both frontal lobes were multiple, punctate hemorrhages. There were innumerable small hemorrhages less than a pinhead in size in the white matter of the brain over the roofs of both lateral ventricles. There were a few similar areas in both corpora striata and over the ependyma of the third ventricle and in the posterior horns of the lateral ventricles.

PUNCH DRUNK AND ITS RELATION TO POST-TRAUMATIC ENCEPHALITIS

Unfortunately there is no previous record of any statistics compiled by competent medical authorities as to either the existence or the nonexistence or incidence of the condition known as punch drunk. There are no previous medical reports to my knowledge of its symptomatology, progress or end-results. We are placed in the position of accepting a series of objective symptoms described to us by laymen. There is undoubted proof that for years fighters, fight pro-

Downloaded From: http://jama.jamanetwork.com/ by Anya Havriliak on 10/03/2014

moters and the sporting world have recognized and talked about this condition. One sporting writer of note has recently stated that punch drunk was greatly exaggerated and that he had consulted eminent neurologists who had assured him that such a condition did not exist. I have found that the opinion of shrewd laymen, many of whom are making a living by observing the physical fitness, actions and characteristics of the professional fighter, is perhaps more substantial than the opinion of medical experts.

A fight promoter whose ability to judge the physical condition of fighters is unquestionable has given me the names of twenty-three fighters whom he considers punch drunk. Many of these men are scattered over the country and I have been unable to ascertain their exact condition at the present time, especially those who are in asylums. I have examined five of these men and they present the clinical pictures as described.

As an illustration I will report one case of advanced parkinsonian syndrome due to punch drunk:

CASE 2.—*History.*—N. E., aged 38, born in the United States, started to fight in 1906 when 16 years of age. He stopped fighting in 1913, when 23 years of age, because of a tremor in his left hand and an unsteadiness on his legs. During this period of fighting he was a professional featherweight and soon became a top notcher. He had fought such men as Charlie Griffin, Jack Britton, K. O. Brown, Tommy O'Toole, Harry Stone, Kid Burns, Kid Tuts, Johnny Baker, Teddy Maloney and Tommy Lang. He had been knocked out twice;



Fig. 3.—Low power photomicrograph of a section through the corpora striatum in case 1. Innumerable "ring hemorrhages" may be noted with their perivascular distribution.

once when 22 years of age he was out for an hour. He was never sick and seldom drank. On account of symptoms of tremor and unsteadiness, he was often wrongly accused of being intoxicated. Since 1913 his condition has slowly progressed until he now resembles a well marked case of paralysis agitans.

*Examination.*—The patient is a well nourished and apparently healthy man. His gait is staggering and propulsive, his facial expression masklike. There is marked stammering and hesitancy in speech. He has a fine tremor in his hands and tongue. The pupils are equal and react to light. The knee kicks are slightly exaggerated. Clonus and Babinski phenomenon are absent. The sensations are normal. The intelligence is normal. He has been under treatment in many clinics for paralysis agitans and told that his fighting did not have anything to do with his present condition. The blood Wassermann reactions have been repeatedly negative. Complete serologic examination of the spinal fluid was entirely negative.

From a neurologic aspect this case is one of paralysis agitans. It either is traumatic in origin or is a primary, essential form of paralysis agitans of the juvenile type. Epidemic encephalitis is eliminated in this case, since the first symptoms appeared in 1913, three years before epidemic encephalitis was first recorded in France at Bar le Duc, four years before it appeared in Vienna, and six years before cases were making their appearance in America.

## CONCLUSIONS

1. Very definite anatomic-pathologic proof exists that following a cranial injury death may occur in which the autopsy discloses no other lesions but multiple punctate hemorrhages in the deeper structures of

*List of Fighters Known by One Promoter to be "Punch Drunk"*

| No. | Initials | Class | Has Fought | Present Condition |
|---|---|---|---|---|
| 1 | B. N. | LHW | Joe Gans | Parkinsonian syndrome |
| 2 | J. D. | HW | Weinert, Fulton | Drags leg; bad shape |
| 3 | J. T. | LW | Leonard, Kansas, Dundee, Tendler | Drags leg; talks slow |
| 4 | B. B. | LW | Walker, Tendler | Punch drunk |
| 5 | W. J. | LW | Dundee, Leonard | Punch drunk |
| 6 | F. J. | HW | Willard, Weinert | Punch drunk |
| 7 | A. W. | LW | .................... | Asylum |
| 8 | B. M. | HW | Moran, Tunney | Asylum |
| 9 | J. G. | HW | Sharkey, Jeffries, Fitzsimmons, Johnson | Asylum |
| 10 | C. S. | MW | .................... | Asylum |
| 11 | J. C. | .... | .................... | Drags leg; talks slow; thinks slow |
| 12 | J. R. | .... | .................... | Punch drunk |
| 13 | M. D. | .... | .................... | Punch drunk; almost blind |
| 14 | C. C. | .... | .................... | Punch drunk |
| 15 | T. S. | .... | .................... | Punch drunk |
| 16 | J. S. | .... | .................... | Punch drunk |
| 17 | R. S. | .... | .................... | Punch drunk |
| 18 | S. M. | .... | .................... | Punch drunk |
| 19 | P. J. G. | .... | .................... | Punch drunk |
| 20 | T. T. | .... | .................... | Punch drunk |
| 21 | B. M. | .... | .................... | Punch drunk |
| 22 | J. H. | .... | .................... | Punch drunk |
| 23 | D. P. | .... | .................... | Punch drunk |

the brain. This type of hemorrhage does not occur when the skull is fractured. There is often not even a laceration of the scalp. Cortical laceration and hemorrhage is absent or there may be only a slight amount of thin pia-arachnoid bleeding. While this type of cranial injury was known to a few performing medicolegal autopsies, it has never attracted sufficient clinical attention. We are indebted to Cassasa for first describing it and to Osnato and Giliberti for first calling attention to its clinical importance.

2. The mechanical theory advanced by Cassasa offers the best explanation of the production of these hemorrhages. Fat embolism may produce similar hemorrhages in the brain which grossly and microscopically are so alike as to be practically indistinguishable. In such cases the anatomic proof of extensive fat embolism must be sought in the other viscera.

3. In a series of 309 consecutive cases of cranial injury coming to autopsy, Martland and Beling found this type of hemorrhage in nine cases, or 2.9 per cent. In six of these cases fat embolism was eliminated as the cause of the hemorrhages, and was not proven in the three remaining cases. They first called attention to the frequency of these hemorrhages in the basal nuclei, especially in and near the corpora striata, and to their rarity in the cortex of the cerebrum and below the tentorium cerebelli. They called them "concussion hemorrhages" because a purely mechanical theory seemed best to explain their production. They spoke of them as "ring hemorrhages" because on microscopic examination they appeared as small rings surrounding the vessel and filling the perivascular space of Virchow-Robin.

Downloaded From: http://jama.jamanetwork.com/ by Anya Havriliak on 10/03/2014

4. It is possible that, in cases of cerebral concussion ending in recovery and mild in nature, the symptoms may be attributed to hydraulic shock to the neurons by distention of the perineuronal spaces. Actual hemorrhages may not occur or may be only few in number.

5. It is easily conceivable also that, after many cranial injuries unassociated with fracture of the skull, the so-called concussion hemorrhages may be fewer and not in such vital places as in the fatal cases. Recovery, therefore, takes place. If this is true there is a purely morphologic lesion as the basis of many cases of post-concussion neuroses and psychoses. A replacement gliosis or even a progressive degenerative lesion may be the late manifestations of these former hemorrhages. It is not surprising, then, that some of these cases will mimic the juvenile and presenile forms of paralysis agitans or the late manifestations of epidemic encephalitis. Especially is this so when the frequent location of the hemorrhages in the corpora striata is recalled.

While the establishment of these facts is of enormous importance to the courts and to labor compensation boards in placing many cases of cranial injuries on a firm pathologic basis, it also will have its disadvantages. A very great field is opened for the so-called expert testimony, in which malingerers and those suffering from various forms of psychoses and neuroses may claim undue compensation. The correct diagnosis during life will always be extremely difficult, as the condition can only be proved by autopsy.

6. The condition of punch drunk has been described. While most of the evidence supporting the existence of this condition is based at this time on the observations of fight fans, promoters and sporting writers, the fact that nearly one half of the fighters who have stayed in the game long enough develop this condition, either in a mild form or a severe and progressive form which often necessitates commitment to an asylum, warrants this report. The condition can no longer be ignored by the medical profession or the public. It is the duty of our profession to establish the existence or non-existence of punch drunk by preparing accurate statistical data as to its incidence, careful neurologic examinations of fighters thought to be punch drunk, and careful histologic examinations of the brains of those who have died with symptoms simulating the parkinsonian syndrome. The late manifestations of punch drunk will be seen chiefly in the neurologic clinics and asylums, and such material will practically fall to the neuropathologist connected with such institutions.

Punch drunk bears the same relation to multiple concussion hemorrhages as do many of the postconcussion neuroses and psychoses that follow blows or falls on the head.

From the studies of Cassasa, Osnato and Giliberti, and Martland and Beling, it would seem that the older theories of cerebral concussion will have to be discarded. We now have the possibility of a definite type of brain injury explaining the various phases and late manifestations following many cases of cranial injuries.

The following extracts from a copyrighted story which appeared in the New York *Daily News*, Aug. 3, 1928, are of special interest in connection with the foregoing. In discussing his retirement from the prize ring, Gene Tunney said, in connection with his training for the second Dempsey fight: "I went into a clinch with my head down, something I never do. I plunged forward, and my partner's head came up and butted me over the left eye, cutting and dazing me badly. Then . . . he stepped back and swung his right against my jaw with every bit of his power. It landed flush and stiffened me where I stood. . . . That is the last thing I remembered for two days. That was that I finished out the round, knocking the man out." Tunney further stated that it was forty-eight hours before he knew who he was, and not until the seventh round of the Dempsey fight was he entirely normal. In concluding, he said: "From that incident was born my desire to quit the ring forever, the first opportunity that presented itself. . . . But most of all I wanted to leave the game that had threatened my sanity before I met with an accident in a real fight with six ounce gloves that would permanently hurt my brain."

---

# *Clinical Notes, Suggestions and New Instruments*

---

## PATENT DUCTUS ARTERIOSUS IN A WOMAN IN HER SIXTY-SIXTH YEAR

PAUL D. WHITE, M.D., BOSTON

Patent ductus arteriosus is not rare and its uncomplicated presence has always been believed to be compatible with an active and long life, but recorded instances of old people with the proved condition are very rare. In Dr. Maude Abbott's[1] most recent series of 850 cases of congenital cardiac defects, uncomplicated patent ductus arteriosus is noted as having been found in eighty-four. The range of age was from 2 weeks to 66 years, though it seems fairly certain that the condition may occur even at a much older age than 66.

In 5,000 consecutive autopsies at the Massachusetts General Hospital, patency of the ductus arteriosus was found ninety-six times but in only seven patients over 1 year old; the ages of these seven were 1¼, 2, 3, 7, 44, 50 and 55 years, respectively.

The present case is reported not only because of the age of the patient, 65 years 9 months, which is almost equal to that of the oldest patient in Dr. Abbott's series,[2] but also because the diagnosis was correctly made two years before death. In the older patient (Josefson's case) cited by Dr. Abbott the clinical diagnosis of mitral stenosis was incorrect.

### REPORT OF CASE

An unmarried woman, aged 64, was seen in consultation because of circulatory trouble which involved both the heart and the cerebral vessels. She had always been delicate in health from birth but she had not been a blue baby. Unable to play as vigorously as other children because of fatigue, she had lived a quiet life even in her youth. She had, however, never had any serious illness.

The family history was not important, except that her father had suffered from tuberculosis of the hip and one brother had died of tuberculous meningitis.

It was at the age of 40 that she first was told of any heart trouble, but what it was she did not know. Six months before coming to me for examination she had had a transient left hemiplegia lasting from ten to twelve days and clearing up completely except for a residual increased weakness. Since this hemiplegia she had been in bed off and on.

Her chief complaint at the time of examination was weakness. There were dyspnea, palpitation and precordial oppression at times on excitement but no asthma or clear angina pectoris. There had not been any edema and only rare cough, without sputum. Otherwise there were no symptoms.

On physical examination the patient appeared small and frail, with flushed cheeks and slight cyanosis of the mucous membranes. The mental condition was clear. There was no clubbing or cyanosis of the fingers, and no paralysis was evident. The lungs were clear and the abdomen was normal. The liver and spleen were not felt. There was no ascites or edema of the

1. Abbott, Maude, in Blumer's Bedside Diagnosis, Philadelphia, W. B. Saunders Company, 1928.
2. Josefson, A.: Offenstehender Ductus Botalli nebst Atherom in den Asten der Arteria pulmonalis, Nord. med. Ark. New Series 7, number 10, 1897, p. 1.

Downloaded From: http://jama.jamanetwork.com/ by Anya Havriliak on 10/03/2014

EXHIBIT 53

Chronic Traumatic Encephalopathy in Athletes: Progressive Tauopathy After Repetitive Head Injury
McKee, Ann C; et al. Journal of Neuropathology and Experimental Neurology; Jul 2009; 68, 7; ProQuest Central
pg. 709

Case 2:12-md-02323-AB Document 6201-11 Filed 10/06/14 Page 8 of 79

J Neuropathol Exp Neurol
Copyright © 2009 by the American Association of Neuropathologists, Inc.

Vol. 68, No. 7
July 2009
pp. 709–735

## REVIEW ARTICLE

# Chronic Traumatic Encephalopathy in Athletes: Progressive Tauopathy After Repetitive Head Injury

Ann C. McKee, MD, Robert C. Cantu, MD, Christopher J. Nowinski, AB, E. Tessa Hedley-Whyte, MD,
Brandon E. Gavett, PhD, Andrew E. Budson, MD, Veronica E. Santini, MD, Hyo-Soon Lee, MD,
Caroline A. Kubilus, and Robert A. Stern, PhD

**Abstract**

Since the 1920s, it has been known that the repetitive brain trauma associated with boxing may produce a progressive neurological deterioration, originally termed *dementia pugilistica*, and more recently, *chronic traumatic encephalopathy* (CTE). We review 48 cases of neuropathologically verified CTE recorded in the literature and document the detailed findings of CTE in 3 professional athletes, 1 football player and 2 boxers. Clinically, CTE is associated with memory disturbances, behavioral and personality changes, parkinsonism, and speech and gait abnormalities. Neuropathologically, CTE is characterized by atrophy of the cerebral hemispheres, medial temporal lobe, thalamus, mammillary bodies, and brainstem, with ventricular dilatation and a fenestrated cavum septum pellucidum. Microscopically, there are extensive tau-immunoreactive neurofibrillary tangles, astrocytic tangles, and spindle-shaped and threadlike neurites throughout the brain. The neurofibrillary degeneration of CTE is distinguished from other tauopathies by preferential involvement of the superficial cortical layers, irregular patchy distribution in the frontal and temporal cortices, propensity for sulcal depths, prominent perivascular, periventricular, and subpial distribution, and marked accumulation of tau-immunoreactive astrocytes. Deposition of β-amyloid, most commonly as diffuse plaques, occurs in fewer than half the cases. Chronic traumatic encephalopathy is a neuropathologically distinct slowly progressive tauopathy with a clear environmental etiology.

**Key Words**: Athletes, Concussion, Dementia, Encephalopathy, Neurodegeneration, Tau protein, Traumatic brain injury.

From the Departments of Neurology (ACM, BEG, AEB, VES, H-SL, CAK, RAS) and Pathology (ACM), Center for the Study of Traumatic Encephalopathy (ACM, RCC, CJN, RAS), Boston University School ofMedicine, Boston; Geriatric Research Education Clinical Center, Bedford Veterans Administration Medical Center, Bedford (ACM, AEB); Sports Legacy Institute, Waltham (RCC, CJN); Department of Neurosurgery, Boston University School of Medicine, Boston (RCC); Department of Neurosurgery, Emerson Hospital, Concord (RCC); and CS Kubik Laboratory for Neuropathology, Department of Pathology, Massachusetts General Hospital, Harvard Medical School, Boston (ETH-W), Massachusetts.

Send correspondence and reprint requests to: Ann C. McKee, MD, Bedford Veterans Administration Medical Center, 200 Springs Rd 182-B, Bedford, MA 01730; E-mail: amckee@bu.edu

This work was supported by the Boston University Alzheimer's Disease Center NIA P30 AG13846, supplement 0572063345-5, National Operating Committee on Standards for Athletic Equipment (NOCSAE), and by the Department of Veterans' Affairs.

## INTRODUCTION

During recent years, there has been increasing attention focused on the neurological sequelae of sports-related traumatic brain injury (TBI), particularly concussion. Concussion is a frequent occurrence in contact sports: 1.6 to 3.8 million sports-related concussions occur annually in the United States (1–3). Most sports-related head injury is minor, and although most athletes who have a concussion recover within a few days or weeks, a small number of individuals develop long-lasting or progressive symptoms. This is especially true in cases of repetitive concussion or mild TBI, in which at least 17% of individuals develop chronic traumatic encephalopathy (CTE) (4). The precise incidence of CTE after repetitive head injury is unknown, however, and it is likely much higher. It is also unclear what severity or recurrence of head injury is required to initiate CTE; no well-designed prospective studies have addressed these important public health issues (5–10).

Repetitive closed head injury occurs in a wide variety of contact sports, including football, boxing, wrestling, rugby, hockey, lacrosse, soccer, and skiing. Furthermore, in collision sports, such as football and boxing, players may experience thousands of subconcussive hits during the course of a single season (11, 12). Although the long-term neurological and neuropathologic sequelae associated with repetitive brain injury are best known in boxing, pathologically verified CTE has been reported in professional football players, a professional wrestler, and a soccer player, as well as in epileptics, head bangers, and domestic abuse victims (13–21). Other sports associated with a postconcussive syndrome include hockey, rugby, karate, horse riding, and parachuting (22–25), although the list is almost certainly more inclusive. Furthermore, additional large groups of individuals prone to repetitive head trauma, such as military veterans, may be at risk for CTE.

In this review, we present a summary of the 48 cases of neuropathologically verified CTE in the literature. We also report the clinical and immunocytochemical findings of CTE in 3 retired professional athletes, that is, 1 football player and 2 boxers, ranging in age from 45 to 80 years. Although the cases previously reported in the literature detailed some of the characteristic gross and histological features of CTE, the spectrum of unique regionally specific immunocytochemical abnormalities of phosphorylated tau

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

*McKee et al*                                                                 *J Neuropathol Exp Neurol* • Volume 68, Number 7, July 2009

that occur in this disorder has not been previously described. We demonstrate that although CTE shares many features of other neurodegenerative disorders, including Alzheimer disease (AD), progressive supranuclear palsy (PSP), postencephalitic parkinsonism, and the amyotrophic lateral sclerosis/Parkinson-dementia complex of Guam (ALS/PDC), CTE is a neuropathologically distinct progressive tauopathy with a clear environmental etiology.

## CLINICAL AND DEMOGRAPHIC FEATURES OF CTE

The concept of CTE was first introduced by Martland (26) in 1928, who introduced the term *punch-drunk* to a symptom complex that seemed to be the result of repeated sublethal blows to the head. This syndrome, long recognized in professional boxers, was termed *dementia pugilistica* by Millspaugh (27) and the *psychopathic deterioration of pugilists* by Courville (28). The symptoms of CTE are insidious, first manifested by deteriorations in attention, concentration, and memory, as well as disorientation and confusion, and occasionally accompanied by dizziness and headaches. With progressive deterioration, additional symptoms, such as lack of insight, poor judgment, and overt dementia, become manifest. Severe cases are accompanied by a progressive slowing of muscular movements, a staggered propulsive gait, masked facies, impeded speech, tremors, vertigo, and deafness (27). Corsellis et al (29) described 3 stages of clinical deterioration as follows. The first stage is characterized by affective disturbances and psychotic symptoms. Social instability, erratic behavior, memory loss, and initial symptoms of Parkinson disease appear during the second stage. The third stage consists of general cognitive dysfunction progressing to dementia and is often accompanied by full-blown parkinsonism, as well as speech and gait abnormalities. Other symptoms include dysarthria, dysphagia, and ocular abnormalities, such as ptosis (29). The severity of the disorder seems to correlate with the length of time engaged in the sport and the number of traumatic injuries, although whether a single TBI can trigger the onset of CTE remains a matter of speculation.

Of the 51 neuropathologically confirmed cases of CTE, 46 (90%) occurred in athletes. The athletes included 39 boxers (85%) who fought as amateurs and as professionals for varying lengths of time (range, 4–25 years; mean, 14.4 years), 5 football players (11%) whose playing time ranged between 14 and 23 years (mean, 18.4 years; SD, 3.9), 1 professional wrestler, and 1 soccer player. The athletes began their respective sports at young ages, that is, between 11 and 19 years (mean, 15.4 years; SD, 2.2) (Tables 1 and 2). The first symptoms of CTE were noticed at ages ranging from 25 to 76 years (mean, 42.8 years; SD, 12.7). One third were symptomatic at the time of their retirement from the sport, and half were symptomatic within 4 years of stopping play. Common presenting symptoms included memory loss, irritability, outbursts of aggressive or violent behavior, confusion, speech abnormalities, cognitive decline, gait abnormalities, unsteadiness, headaches, slurred speech, and parkinsonism. In 14 cases (30%), there was a prominent

mood disturbance, usually depression (28%); 1 boxer was described as having a "euphoric dementia" (31); another boxer was described as manic-depressive (35); and a football player was considered "bipolar" (40). In most of the reported cases, the disease slowly progressed for several decades (range, 2–46 years; mean, 18.6 years; SD, 12.6), with increasing abnormalities in behavior and personality, memory loss, cognitive decline, and visuospatial difficulties. Movement abnormalities were eventually found in 41.2% subjects consisting of parkinsonism; staggered, slowed, or shuffled gait; slowed, slurred, or dysarthric speech; ataxia; ocular abnormalities; and dysphagia. As Critchley (42) noted in 1957, "once established, it not only does not permit reversibility, but ordinarily advances steadily, even though the boxer has retired from the ring."

### CTE in Football Players

Five football players, including our Case A, had neuropathologically verified CTE at autopsy. All died suddenly in middle age (age at death, 36–50 years; mean, 44.0 years; SD, 5.0) and were younger at the time of death compared with boxers with CTE (age at death, 23–91 years; mean, 60.0 years; SD, 15.2). The duration of symptomatic illness was also shorter in the football players (range, 3–10 years; mean, 6.0 years; SD, 2.9) compared with the boxers (range, 5–46 years; mean, 20.6 years; SD, 12.3). All 5 football players played similar positions: 3 were offensive linemen, one was a defensive lineman, and the other was a linebacker. In the football players, the most common symptoms were mood disorder (mainly depression), memory loss, paranoia, and poor insight or judgment (each found in 80%), outbursts of anger or aggression, irritability, and apathy (each found in 60%), confusion, reduced concentration, agitation, or hyperreligiosity (each found in 40%). Furthermore, 4 of the 5 experienced tragic deaths, that is, 2 from suicide (16, 17), one during a high-speed police chase (40), and another from an accidental gunshot while cleaning his gun (Case A). Case A exemplifies these clinical features.

### Case A

A 45-year-old right-handed white man died unexpectedly as a result of an accidental gunshot wound to the chest while he was cleaning a gun. He was a retired professional football player who played football in high school, 3 years of college, and 10 years in the National Football League as a linebacker. According to his wife, he was concussed 3 times during his college football years and at least 8 times during his National Football League career; however, only 1 concussion was medically confirmed. He was never formally diagnosed as having postconcussive syndrome and never sought medical attention for residual cognitive or behavioral difficulties. There was no history of ever losing consciousness for more than a few seconds, and he never required being carried off the field or hospitalization.

At age 40 years, his family began to notice minor impairments in his short-term memory, attention, concentration, organization, planning, problem solving, judgment, and ability to juggle more than one task at a time. His spatial abilities were mildly impaired, and his language was unaffected.

© 2009 American Association of Neuropathologists, Inc.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

J Neuropathol Exp Neurol • Volume 68, Number 7, July 2009   *Chronic Traumatic Encephalopathy in Athletes*

**TABLE 1.** Demographic Information

| Case No. | Reference | Sex | Sport/Activity | Age Sport Begun, years | Years of Play | Age at Onset Symptoms, years | Interval Between Retirement and Symptoms, years | Interval Between Symptom Onset and Death, years | Age at Death, years | ApoE Genotype |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 30 | M | Boxing | 17 | 11 | 38 | 10 | 13 | 51 | |
| 2 | 31 | M | Boxing | 15 | 14 | 36 | 6 | 12 | 48 | |
| 3 | 32 | M | Boxing | 14 | 10 | 46 | 10 | 7 | 53 | |
| 4 | 32 | M | Boxing | 18 | 6 | 48 | 24 | 10 | 58 | |
| 5 | 28 | M | Boxing | | 4 | | | | 49 | |
| 6 | 33 | M | Boxing | | | | | | | |
| 7 | 33 | M | Boxing | | | | | | | |
| 8 | 34 | M | Boxing | 16 | 7 | 25 | 1 | 33 | 58 | |
| 9 | 35 | M | Boxing | 12 | 12 | 30 | 6 | | | |
| 10 | 35 | M | Boxing | 15 | 20 | 36 | 0 | 10 | 46 | |
| 11 | 35 | M | Boxing | 19 | 12 | 31 | 0 | 15 | 46 | |
| 12 | 35 | M | Boxing | 16 | 16 | 40 | 8 | 5 | 45 | |
| 13 | 35 | M | Boxing | 15 | 13 | 28 | 0 | 16 | 44 | |
| 14 | 35 | M | Boxing | 12 | 12 | | 4 | | 28 | |
| 15 | 29 | M | Boxing | 11 | 14 | 25 | 0 | 38 | 63 | |
| 16 | 29 | M | Boxing | | 20 | 50 | 20 | 27 | 77 | |
| 17 | 29 | M | Boxing | 16 | 14 | 30 | 0 | 33 | 63 | |
| 18 | 29 | M | Boxing | 15 | 25 | 35 | 0 | 34 | 69 | |
| 19 | 29 | M | Boxing | 18 | 18 | 36 | 0 | 25 | 61 | |
| 20 | 29 | M | Boxing | 13 | 25 | 37 | 0 | 46 | 83 | |
| 21 | 29 | M | Boxing | 16 | 20 | 54 | 18 | 8 | 62 | |
| 22 | 29 | M | Boxing | 17 | 23 | 60 | 20 | 11 | 71 | |
| 23 | 29 | M | Boxing | | >10 | 31 | 0 | 41 | 72 | |
| 24 | 29 | M | Boxing | | | 40 | | 27 | 67 | |
| 25 | 29 | M | Boxing | | | 48 | | 19 | 67 | |
| 26 | 29 | M | Boxing | 14 | 16 | 43 | 4 | 14 | 57 | |
| 27 | 29 | M | Boxing | 18 | 10 | | | | 61 | |
| 28 | 29 | M | Boxing | | | | | | 91 | |
| 29 | 29 | M | Boxing | | | | | | 58 | |
| 30 | 18 | F | Physical abuse | | | | | | 76 | |
| 31 | 14 | F | Autistic head banging | | | | | | 24 | |
| 32 | 36 | M | Boxing | | >25 | | | | 63 | |
| 33 | 36 | M | Boxing | | >25 | | | | 69 | |
| 34 | 19 | M | Circus clown | | 15 | | | | 33 | |
| 35 | 15 | M | Boxing | | >11 | 61 | 37 | 10 | 71 | |
| 36 | 13, 37 | M | Boxing | 11 | 12 | | | | 23 | ε3/ε4 |
| 37 | 13 | M | Boxing | 16 | 5 | | 0 | | 28 | |
| 38 | 13 | M | Head banging | | | | | | 28 | |
| 39 | 13 | M | Epilepsy | | | | | | 27 | |
| 40 | 13 | M | Soccer | | | | | | 23 | ε3/ε3 |
| 41 | 38 | M | Boxing | | 10 | 64 | | | 67 | ε3/ε4 |
| 42 | 39 | M | Boxing | | | 76 | | | 78 | |
| 43 | 17 | M | Football | 16 | 22 | | | | 50 | ε3/ε3 |
| 44 | 16 | M | Football | 18 | 14 | 35 | 2 | 10 | 45 | ε3/ε3 |
| 45 | 21 | M | Football | 15 | 23 | 38 | 0 | 6 | 44 | ε3/ε4 |
| 46 | 20 | M | Wrestling | 18 | 22 | 38 | 0 | 2 | 40 | ε3/ε3 |
| 47 | 40 | M | Football | 16 | 17 | 36 | 3 | 3 | 36 | |
| 48 | 41 | M | Boxing | 16 | 17 | 58 | | 13 | 61 | ε3/ε3 |
| 49 | Case A | M | Football | 16 | 16 | 40 | 9 | 5 | 45 | ε4/ε4 |
| 50 | Case B | M | Boxing | 17 | 5 | 63 | 33 | 17 | 80 | ε3/ε4 |
| 51 | Case C | M | Boxing | 11 | 22 | 58 | 25 | 15 | 73 | ε3/ε3 |

F, female; M, male.

*© 2009 American Association of Neuropathologists, Inc.*

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

*McKee et al*                                                      *J Neuropathol Exp Neurol* • Volume 68, Number 7, July 2009

**TABLE 2.** Clinical Manifestations

| Case No. | Initial Symptoms | I. Personality/Behavior Change | Dysphoria | Irritability | Confusion | Agitation | Paranoia |
|---|---|---|---|---|---|---|---|
| 1 | Memory, speech | x | | | | x | |
| 2 | Euphoria, dementia | x | x | | | | |
| 3 | | x | | x | | | x |
| 4 | Memory, confusion | x | x | x | x | | |
| 5 | Memory, confusion | x | | | x | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | Cognitive decline, hemiparesis | x | x | x | x | | x |
| 9 | Manic-depressive psychosis | x | x | | | | |
| 10 | Headaches | x | x | | x | | x |
| 11 | Headaches | x | x | | x | | |
| 12 | Slurred speech, gait change | x | x | | x | | |
| 13 | Punchy, unsteady | | | | | | |
| 14 | | | | | | | |
| 15 | Violent outbursts | x | | x | | | |
| 16 | Staggered gait, slowed speech | x | | x | x | | |
| 17 | Confusion, falls | x | | x | x | x | x |
| 18 | Unsteadiness | | | | | | |
| 19 | Irritability, memory loss, aggression | x | | x | | | |
| 20 | Gait, speech | x | | | | | x |
| 21 | Dysphoria, violence | x | | | x | | |
| 22 | Ataxia, falls, weakness | x | | | x | | |
| 23 | Tremor, slurred speech | x | | | | | |
| 24 | Memory loss | x | | | x | x | x |
| 25 | Confusion | x | | | x | | |
| 26 | Speech, delirium | x | | | x | | x |
| 27 | None | | | | | | |
| 28 | Aggression | x | | | | | |
| 29 | None | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| 32 | | x | x | | | | |
| 33 | | x | x | | | | |
| 34 | | x | | | | | |
| 35 | | | | | | | |
| 36 | | | | | | | |
| 37 | Paranoid schizophrenia | | | | | | |
| 38 | | | | | | | |
| 39 | | | | | | | |
| 40 | | | | | | | |
| 41 | Cognitive decline, ALS-like syndrome | x | | x | x | x | x |
| 42 | Cognitive decline, parkinsonism | | | | | | |
| 43 | Memory, dysphoria | x | x | | | | |
| 44 | Depression, erratic | x | x | x | | x | x |
| 45 | Headaches, poor decisions | x | x | | | | x |
| 46 | Depression, violent | x | x | | | | |
| 47 | Bipolar disorder | x | x | x | x | x | x |
| 48 | Memory loss | | | | | | |
| A* | Memory, confusion | x | x | x | x | | x |
| B* | Disorientation, confusion | x | | x | x | x | x |
| C* | Memory | x | x | x | x | x | x |

*New Cases A, B, and C of this series.
x, clinical feature was noted as present; blank, clinical feature was not mentioned.
ALS, amyotrophic lateral sclerosis.

© 2009 American Association of Neuropathologists, Inc.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

J Neuropathol Exp Neurol • Volume 68, Number 7, July 2009
*Chronic Traumatic Encephalopathy in Athletes*

**TABLE 2.** *(Continued)*

| Reduced Concentration | Aggression/ Violence | Poor Insight/ Judgment | Apathy | Hypersexuality | II. Somatic Symptoms | Headache | Dizziness | Insomnia |
|---|---|---|---|---|---|---|---|---|
| | x | x | | | | | | |
| | x | | | | x | x | | |
| x | x | | | | x | x | | x |
| x | x | | | | x | x | | x |
| | x | | | | | | | |
| | x | | | | | | | |
| | x | | | | | | | |
| | x | | | x | x | x | | |
| | x | | | | | | | |
| | x | | | | | | | |
| | x | | | | | | | |
| | x | | | | | | | |
| | x | | | | | | | |
| | x | x | | | | | | |
| | x | | | | | | | |
| x | x | x | | | | | | |
| | | x | | | | | | |
| x | x | x | | | | | | |
| | | x | x | | x | x | | |
| | x | | | | | | | |
| x | x | x | x | | | | | |
| x | x | x | | | | | | |
| x | x | x | | | | | | |
| x | x | x | x | | x | | x | |

© *2009 American Association of Neuropathologists, Inc.*

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

**TABLE 2.** (Continued)

| Case No. | Deafness | Epilepsy | III. Cognitive Changes | Memory Loss | Dementia | Visuospatial Abnormalities | IV. Movement Abnormalities | Parkinsonism | Decreased Facial Movement |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | x | x | x | | x | x | |
| 2 | | x | x | x | x | | x | x | |
| 3 | | | x | x | | | x | | |
| 4 | | | x | x | x | | | | |
| 5 | | | x | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | x | x | x | x | | x | x | x |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | x | x | | | x | x | |
| 12 | | | x | x | | | | | |
| 13 | | | x | | | | | | |
| 14 | | | | | | | x | x | |
| 15 | | | x | x | | | x | x | |
| 16 | | | x | x | x | | x | | |
| 17 | | | x | x | | | | x | x |
| 18 | | | x | x | x | | x | x | |
| 19 | | | x | x | | | | | |
| 20 | | | x | x | | | x | x | |
| 21 | | | x | x | x | | x | | |
| 22 | | | x | | | | x | x | |
| 23 | | | x | x | x | | x | x | x |
| 24 | | | x | x | x | | | | |
| 25 | | | x | x | x | | | | |
| 26 | | | x | x | x | | x | x | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | x | x | | | x | x | x |
| 33 | | | x | x | | | x | x | x |
| 34 | | | x | x | x | | | | |
| 35 | | | x | x | x | | | | |
| 36 | | | | | | | | | |
| 37 | | | | | | | | | |
| 38 | | | | | | | | | |
| 39 | | | | | | | | | |
| 40 | | | | | | | | | |
| 41 | | | x | x | x | | x | x | x |
| 42 | | | x | x | x | | x | x | |
| 43 | | | x | x | x | | x | x | |
| 44 | | | | | | | | | |
| 45 | | | x | x | | | | | |
| 46 | | | x | x | | | | | |
| 47 | | | x | x | x | | | | |
| 48 | | | x | x | | x | | | |
| A* | | | x | x | | x | | | |
| B* | | | x | x | x | x | x | | |
| C* | | | x | x | x | x | x | x | x |

© 2009 American Association of Neuropathologists, Inc.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

J Neuropathol Exp Neurol • Volume 68, Number 7, July 2009

*Chronic Traumatic Encephalopathy in Athletes*

**TABLE 2.** *(Continued)*

| Slowed Movements | Tremor | Rigidity | Falls | Ocular Abnormalities | Ptosis | Reduced Upgaze | Gait Problems | Staggered |
|---|---|---|---|---|---|---|---|---|
| x | | | | | | | | |
| | x | | | x | | x | x | |
| | | | | | | | x | |
| | | | x | | | | | |
| x | | | | | | | | |
| | | | | x | | | x | |
| | | | | | | | x | |
| | | | | | | | x | x |
| | | | | | | | x | x |
| | | | | x | x | | | |
| | x | | x | | | | x | x |
| | x | x | x | | | | x | x |
| x | | | | | | | x | |
| | | | | | | | x | x |
| | | | x | | | | x | |
| | x | | x | | | | x | |
| | x | x | x | | | | x | |
| x | | | | | | | | |
| | x | | | | | | x | |
| | x | | | | | | x | |
| | | | | | | | x | |
| | | | | | | | x | |
| | | | x | | | | x | x |
| | x | | | x | | x | x | |

© 2009 American Association of Neuropathologists, Inc.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

McKee et al                                                              *J Neuropathol Exp Neurol* • Volume 68, Number 7, July 2009

**TABLE 2.** (Continued)

| Case No. | Slowed | Shuffled | Ataxia | Reduced Coordination | Speech Changes | Slowed | Slurred | Dysarthria | Dysphagia | Spasticity |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 |  |  |  |  | x | x |  |  |  |  |
| 2 |  |  | x |  |  |  |  |  |  | x |
| 3 |  |  | x |  |  |  |  |  |  | x |
| 4 |  |  |  |  |  |  |  |  |  |  |
| 5 |  |  |  |  |  |  |  |  |  |  |
| 6 |  |  |  |  | x |  |  |  |  |  |
| 7 |  | x |  |  |  |  |  | x |  | x |
| 8 |  |  |  |  |  |  |  |  |  |  |
| 9 |  |  | x |  | x |  | x | x |  |  |
| 10 |  |  |  |  | x |  | x |  |  |  |
| 11 |  |  |  | x | x | x |  |  |  |  |
| 12 |  |  |  | x | x |  |  |  |  |  |
| 13 |  |  |  |  |  |  |  |  |  |  |
| 14 |  |  | x |  | x |  |  |  |  |  |
| 15 |  |  | x |  | x | x | x |  |  |  |
| 16 |  |  | x |  | x | x | x | x | x | x |
| 17 |  | x | x |  | x |  | x | x |  | x |
| 18 |  |  |  |  |  |  |  |  |  |  |
| 19 | x | x | x |  | x |  | x | x |  |  |
| 20 |  |  | x |  |  |  |  |  |  |  |
| 21 |  |  | x |  | x |  |  |  |  |  |
| 22 |  |  | x |  |  |  | x | x |  |  |
| 23 |  |  |  |  |  |  |  |  |  |  |
| 24 |  |  |  |  |  |  |  |  |  |  |
| 25 |  |  |  |  | x | x | x |  |  |  |
| 26 |  |  |  |  |  |  |  |  |  |  |
| 27 |  |  |  |  |  |  |  |  |  |  |
| 28 |  |  |  |  |  |  |  |  |  |  |
| 29 |  |  |  |  |  |  |  |  |  |  |
| 30 |  |  |  |  |  |  |  |  |  |  |
| 31 |  |  |  |  | x |  |  | x |  |  |
| 32 |  |  |  |  | x |  |  | x |  |  |
| 33 |  |  | x |  |  |  |  |  |  |  |
| 34 |  |  |  |  |  |  |  |  |  |  |
| 35 |  |  |  |  |  |  |  |  |  |  |
| 36 |  |  |  |  |  |  |  |  |  |  |
| 37 |  |  |  |  |  |  |  |  |  |  |
| 38 |  |  |  |  |  |  |  |  |  |  |
| 39 |  |  |  |  |  |  |  |  |  |  |
| 40 |  |  |  |  | x |  |  |  |  | x |
| 41 |  |  |  |  |  |  |  |  |  |  |
| 42 |  |  |  |  |  |  |  |  |  |  |
| 43 |  |  |  |  |  |  |  |  |  |  |
| 44 |  |  |  |  |  |  |  |  |  |  |
| 45 |  |  |  |  |  |  |  |  |  |  |
| 46 |  |  |  |  |  |  |  |  |  |  |
| 47 |  |  |  |  |  |  |  |  |  |  |
| 48 |  |  |  |  |  |  |  |  |  |  |
| A* |  |  |  |  |  |  |  |  |  |  |
| B* |  |  |  |  | x |  | x |  |  |  |
| C* | x | x |  |  | x |  | x |  |  |  |

© *2009 American Association of Neuropathologists, Inc.*

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

*J Neuropathol Exp Neurol* • Volume 68, Number 7, July 2009
*Chronic Traumatic Encephalopathy in Athletes*

He repeatedly asked the same questions over and over, he did not recall why he went to the store unless he had a list, and he would ask to rent a movie that he had already seen. These symptoms gradually increased and became pronounced by the end of his life 5 years later. Using a modification of the Family Version of the Cognitive Difficulties Scale (43, 44), he had a moderate amount of cognitive difficulties. On a modified AD8 informant interview for dementia, he received a total score of 4, which indicated "cognitive impairment is likely to be present" (45). By contrast, the Functional Activities Questionnaire (46), an informant-based measure of instrumental activities of daily living, did not indicate significant functional dependence despite his difficulty in assembling tax records, shopping alone, and understanding television (total Functional Activities Questionnaire score, 3). Moreover, he continued to perform his job as a hunting and fishing guide in a satisfactory manner.

Toward the end of his life, he tended to become angry and verbally aggressive over insignificant issues and was more emotionally labile. He also began to consume more alcohol but did not show other signs or symptoms of depression. He had no significant psychiatric history, and he had never taken performance-enhancing or illicit drugs. His family history was negative for dementia and psychiatric illness.

## CTE in Boxers

Boxing is the most frequent sport associated with CTE, and disease duration is the longest in boxers, with case reports of individuals living for 33, 34, 38, 41, and 46 years with smoldering, yet symptomatic, disease (29). Boxers with long-standing CTE are frequently demented (46%) and may be misdiagnosed clinically as AD (47), as occurred in Cases 2 and 3.

## Case B

An 80-year-old African American/American Indian man was first noted to have difficulty remembering things in his mid-20s. He began boxing when he was 17 years old, quickly rose to professional ranks, and fought professionally for 5 years until he retired at age 22 years. He had a mild head injury in his early teenaged years while moving farm equipment, although he did not lose consciousness or experience any permanent disability. By his mid-30s, he had brief occasional episodes of confusion and a tendency to fall. His wife attributed his occasional forgetfulness, falls, and confusion to being mildly "punch-drunk." His symptoms remained more or less stable during the following 4 decades except for an increased tendency to become disoriented when traveling to unfamiliar places. By age 70 years, he got lost driving on familiar roads; he became increasingly confused and disoriented and did not recognize his daughter. By age 78 years, he was paranoid, his memory loss had increased, his gait was unsteady, his speech slowed, and he frequently fell. He was easily agitated and required multiple hospitalizations for aggressive behaviors. He died at age 80 years of complications of septic shock.

He had a period of alcohol abuse as a young adult but was abstinent for the last 40 years of his life. He smoked cigarettes for 20 years. He was employed as a roofer for most

of his life and was in excellent physical condition, running miles and doing daily calisthenics. He had no history of depression or anxiety and was generally pleasant and eventempered. His family history was positive for a paternal grandfather with a history of cognitive decline and a brother with AD. Cerebral computerized axial tomography performed 2 and 3 years before death revealed progressive cerebral and cerebellar atrophy and mild ventricular enlargement.

## Case C

A 73-year-old white man began boxing at the age of 11 years and fought as an amateur boxer for 9 years and as a professional boxer for 13 years. He fought a total of 48 professional bouts, accumulating 2 world championships before retiring at the age of 33 years. In his late 50s, he became forgetful with mood swings and restlessness. He changed from his normally happy easy-going self to become apathetic, socially withdrawn, paranoid, irritable, and sometimes violently agitated. During the next 2 years, he began to confuse close relatives and developed increasing anxiety, aggression, and agitation; on occasion, he was verbally abusive toward his wife and tried to strike her. He required neuroleptics for control of his behavior. The following year, he had episodes of dizziness, which was suspected to be vertigo, and resulted in a hospital admission. Neurological examination found him to be disoriented, inattentive, with very poor immediate and remote memory, and impaired visuospatial skills. Neuropsychological testing showed deficits in all cognitive domains, including executive functioning, attention, language, visuospatial abilities, and profound deficits in learning and memory. Computed tomographic scan and magnetic resonance imaging (MRI) showed generalized cortical atrophy, enlargement of the cerebral ventricles, cavum septum pellucidum, and a right globus pallidus lacuna. An electroencephalogram, an MR angiogram, and a carotid ultrasound were normal. He smoked and drank alcohol occasionally until his early 50s. A first cousin developed dementia in her early 50s, and 3 uncles and 1 aunt (of 11 children) were demented.

During the following 2 years, he continued to decline in all cognitive domains. He frequently fell and developed a tremor of his left hand. Repeat neuropsychological testing at age 67 years revealed further global deficits, again with prominent impairments in memory. By age 70 years, he had severe swallowing difficulties, diminished upgaze, masked facies, garbled speech, and a slow shuffling gait. Mini-Mental Status Examination several months before death was 7 out of 30. He died at the age of 73 years of complications of pneumonia.

## CTE in Other Sports and Activities

Other sports associated with neuropathologically verified CTE are professional wrestling (20) and soccer (13). The first known case of CTE in a professional wrestler involved a 40-year-old white man who began professional wrestling at age 18 years and wrestled for the next 22 years (20). He was known for his rough aggressive style and had experienced numerous concussions and a cervical fracture during his career. At age 36 years, he began to experience problems in

© 2009 American Association of Neuropathologists, Inc.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

*McKee et al*   *J Neuropathol Exp Neurol* • Volume 68, Number 7, July 2009

**TABLE 3.** Gross Pathological Features: Atrophy

| Case No. | Brain Weight, g | Thickened Leptomeninges | Atherosclerosis | Arteriolosclerosis | Cerebral Atrophy | Frontal Lobe | Parietal Lobe | Temporal Lobe | Occipital Lobe |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | ++ | 0 | ++ | + | | | | |
| 2 | | | | | + | | | | |
| 3 | (Biopsy) | | | | | | | | |
| 4 | | | | | | +++ | | | |
| 5 | 1,120 | + | 0 | | | + | + | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | 1,180 | | | | + | | | | |
| 9 | | + | ++ | ++ | + | + | | | |
| 10 | | + | ++ | ++ | | | | | |
| 11 | | + | + | | | | | | |
| 12 | | + | + | | | | | | |
| 13 | | + | + | | | | | | |
| 14 | | + | | | | | | | |
| 15 | 1,310 | ++ | + | | | | | | |
| 16 | 960 | | + | ++ | +++ | +++ | | +++ | |
| 17 | 1,260 | | | | | | | | |
| 18 | 1,205 | + | | | + | + | | | |
| 19 | 1,095 | + | | | | ++ | | ++ | |
| 20 | 1,300 | + | | | | 0 | 0 | 0 | 0 |
| 21 | 1,090 | + | | | | | | | |
| 22 | 1,040 | | | | | +++ | | +++ | |
| 23 | 1,435 | | | | | | | | |
| 24 | 1,095 | | | | | | | | |
| 25 | 1,030 | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | 950 | | | | | + | | | |
| 28 | 1,395 | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | + | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | + | | | |
| 33 | | | | | | | | | |
| 34 | 1,833 | | 0 | | | | | | |
| 35 | | | | | | + | + | + | |
| 36 | | | | | | | | | |
| 37 | | | | | | | | | |
| 38 | | | | | | | | | |
| 39 | (Lobectomy) | | | | | | | | |
| 40 | | | | | | | | | |
| 41 | | | | | | + | | + | |
| 42 | | | | | | | | + | |
| 43 | 1,565 | | | | | 0 | 0 | 0 | 0 |
| 44 | | | | | | | | | |
| 45 | 1,535 | | | | | 0 | 0 | 0 | 0 |
| 46 | 1,510 | | | | | 0 | 0 | 0 | 0 |
| 47 | | | | | | | | | |
| 48 | | | | | | ++ | | ++ | |
| A* | (Fragments) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| B* | 1,360 | 0 | 0 | ++ | + | + | + | + | 0 |
| C* | 1,220 | + | + | + | ++ | ++ | ++ | ++ | + |

*New Cases A, B, and C of this series.
0, feature not present; +, mild; ++, moderate; +++, severe; blank, feature was not mentioned.

© 2009 American Association of Neuropathologists, Inc.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

J Neuropath Exp Neurol • Volume 68, Number 7, July 2009

*Chronic Traumatic Encephalopathy in Athletes*

**TABLE 3.** *(Continued)*

| Hippocampus | Entorhinal Cortex | Amygdala | Mammillary Bodies | Thalamus/Hypothalamus | Brainstem | Cerebellum | Olfactory Bulb | Corpus Callosum |
|---|---|---|---|---|---|---|---|---|
| | | | + | + | + | | | |
| | | | + | + | + | + | | + |
| | | | + | + | + | + | | |
| | | | | + | + | + | + | + |
| | | | | | | + | | + |
| | | | | + | | + | + | |
| | | | | | + | | | + |
| | | | | | + | | | |
| | | | | + | + | | | |
| | | | | | | | | + |
| | | | + | | | | | + |
| | | | | | | + | | |
| | | | | + | | +++ | | ++ |
| 0 | 0 | 0 | | | | | | |
| +++ | +++ | +++ | ++ | + | 0 | 0 | 0 | + |
| +++ | +++ | +++ | ++ | ++ | 0 | 0 | + | + |

© 2009 American Association of Neuropathologists, Inc.

719

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

*McKee et al*                                     *J Neuropathol Exp Neurol* • Volume 68, Number 7, July 2009

his marriage, with periods of depression and lapses of memory. During his 40th year, he had episodes of violent behavior; he ultimately killed his wife and son and committed suicide. He was believed to have used anabolic steroids and prescription narcotics. His medical history included a motor vehicle accident at age 6 years requiring 3 days of hospitalization for mild TBI without known neurological sequelae.

Geddes and colleagues (13) reported finding mild changes of CTE in a 23-year-old amateur soccer player who regularly "headed" the ball while playing and had a history of a single severe head injury. Williams and Tannenberg (19) reported the findings of CTE in a 33-year-old achondroplastic dwarf, with a long history of alcohol abuse, who worked for 15 years as a clown in a circus. He had been knocked unconscious "a dozen times" and participated in dwarf-throwing events.

## PATHOLOGICAL FEATURES OF CTE

### Gross Pathology

In their comprehensive description of the pathology, Corsellis and colleagues (29) summarized the most common gross neuropathologic findings including 1) a reduction in brain weight, 2) enlargement of the lateral and third ventricles, 3) thinning of the corpus callosum, 4) cavum septum pellucidum with fenestrations, and 5) scarring and neuronal loss of the cerebellar tonsils. The reduction in brain weight is generally mild (mean, 1261 g; range, 950–1,833 g) and associated with atrophy of the frontal lobe (36%), temporal lobe (31%), parietal lobe (22%), and less frequently, occipital lobe (3%) (Tables 3–6). With increasing severity of the disease, atrophy of the hippocampus, entorhinal cortex, and amygdala may become marked. The lateral ventricles (53%) and III ventricles (29%) are frequently dilated; rarely, there is dilation of the IV ventricle (4%). Cavum septum pellucidum is often present (69%), usually with fenestrations (49%). Other common gross features include pallor of the substantia nigra and locus caeruleus, atrophy of the olfactory bulbs, thalamus, mammillary bodies, brainstem, and cerebellum, and thinning of the corpus callosum. Many of these gross pathological features were found in our Cases B and C.

### Case B

The brain weighed 1,360 g. There was a mild yellow-brown discoloration in the leptomeninges over the temporal poles. There was mild atrophy of the frontal, parietal, and temporal lobes, most pronounced in the temporal pole. The floor of the hypothalamus was thinned and translucent, and the mammillary bodies were atrophic. The medial thalamus was atrophic and concave. The frontal, temporal, and occipital horns of the lateral and third ventricles were enlarged, with a 0.5-cm cavum septum pellucidum. The corpus callosum was thinned in its midportion. The anterior hippocampus, amygdala, and entorhinal cortex were severely atrophic. By contrast, the posterior hippocampus was only mildly atrophic. The substantia nigra and locus caeruleus were markedly pale.

### Case C

The brain weighed 1,220 g. There was moderate atrophy of the frontal, parietal, and temporal lobes, most pronounced in the temporal pole. The floor of the hypothalamus was markedly thinned, and the mammillary bodies were atrophic. The corpus callosum was thinned, most prominently in its anterior portion. There was a large cavum septum pellucidum (0.8 cm) with fenestrations. The frontal and temporal horns of the lateral ventricles and the third ventricle were moderately enlarged. The entorhinal cortex, hippocampus, and amygdala were markedly atrophic throughout their entire extent. The medial thalamus was atrophic and concave. The perivascular spaces of the temporal and frontal white matter were prominent. A 1.0-cm lacuna was present in the internal segment of the right globus pallidus. There was severe pallor of the substantia nigra and locus caeruleus, with discoloration and atrophy of the frontopontine fibers in the cerebral peduncle.

See the appendix for methods of analysis for Cases A to C.

### Microscopic Pathology

#### Neuronal Loss

A few reports in the literature (Cases 3, 4, 10, 12, 14, 29; Table 5) described neuronal loss and gliosis in the hippocampus, substantia nigra, and cerebral cortex without appreciable neurofibrillary pathology. Neuronal loss and gliosis most commonly accompany neurofibrillary degeneration, however, and are pronounced in the hippocampus, particularly the CA1 and subiculum, the entorhinal cortex, and amygdala. If the disease is advanced, neuronal loss is also found in the subcallosal and insular cortex and to a lesser degree in the frontal and temporal cortex. Other areas of neuronal loss and gliosis include the mammillary bodies, medial thalamus, substantia nigra, locus caeruleus, and nucleus accumbens. In Cases B and C, the cerebral cortex showed mild neuronal loss in the insular and septal cortices and moderate neuronal loss in the entorhinal cortex, amygdala, medial thalamus, mammillary bodies, substantia nigra pars compacta and pars reticulata, and to a lesser extent, locus caeruleus. In Case B, CA1 of the hippocampus showed moderate loss of neurons, and in Case C, CA1 and the subiculum of the hippocampus showed severe neuronal loss and gliosis.

#### Tau Deposition

Neurofibrillary tangles (NFTs), astrocytic tangles, and dotlike and spindle-shaped neuropil neurites (NNs) are common in the dorsolateral frontal, subcallosal, insular, temporal, dorsolateral parietal, and inferior occipital cortices. The tau-immunoreactive neurofibrillary pathology is characteristically irregular in distribution with multifocal patches of dense NFTs in the superficial cortical layers, often in a perivascular arrangement. This superficial distribution of neocortical NFTs was originally described by Hof and colleagues (47), who noted that the NFTs in CTE were preferentially distributed in layer II and the upper third of layer III in neocortical areas and generally more dense than in AD.

Geddes and colleagues (13, 37) drew attention to the perivascular distribution of NFTs in their description of the

720

© 2009 American Association of Neuropathologists, Inc.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

*J Neuropathol Exp Neurol* • Volume 68, Number 7, July 2009    *Chronic Traumatic Encephalopathy in Athletes*

**TABLE 4.** Gross Pathological Features: Other

| Case No. | II Ventricle Enlarged | III Ventricle Enlarged | IV Ventricle Enlarged | Cavum Septum | Fenestrations | SN Pallor | LC Pallor |
|---|---|---|---|---|---|---|---|
| 1 | + | + | | | | | |
| 2 | + | | | + | | | |
| 3 | | | | | | | |
| 4 | +++ | | | | | | |
| 5 | + | + | | | | | |
| 6 | | | | + | | | |
| 7 | | | | + | | | |
| 8 | | | | + | | +++ | |
| 9 | + | | | + | + | | |
| 10 | + | | | + | + | | |
| 11 | + | | | + | | | + |
| 12 | + | | | + | | | |
| 13 | + | | | + | + | | |
| 14 | + | | | + | | | |
| 15 | ++ | ++ | | +++ | + | ++ | |
| 16 | +++ | +++ | +++ | +++ | + | ++ | |
| 17 | ++ | ++ | | ++ | + | +++ | |
| 18 | ++ | ++ | | + | + | +++ | |
| 19 | ++ | ++ | + | +++ | + | + | |
| 20 | ++ | ++ | | ++ | + | +++ | |
| 21 | ++ | ++ | | ++ | + | | |
| 22 | ++ | ++ | + | ++ | + | | |
| 23 | ++ | | | ++ | + | +++ | |
| 24 | +++ | +++ | | +++ | + | | |
| 25 | ++ | | | +++ | + | | |
| 26 | + | | | + | | | |
| 27 | ++ | ++ | | ++ | + | | |
| 28 | ++ | ++ | | ++ | | | |
| 29 | | | | + | + | | |
| 30 | | | | +++ | + | | |
| 31 | | | | +++ | | | |
| 32 | | | | + | + | | |
| 33 | | | | | | | |
| 34 | +++ | +++ | | | + | | |
| 35 | | | | | + | | |
| 36 | | | | 0 | 0 | 0 | |
| 37 | | | | 0 | 0 | 0 | |
| 38 | | | | 0 | 0 | 0 | |
| 39 | | | | | | | |
| 40 | | | | 0 | 0 | 0 | |
| 41 | | | | + | | ++ | ++ |
| 42 | | | | + | | | |
| 43 | | | | | | + | |
| 44 | | | | | | | |
| 45 | | | | + | | | |
| 46 | | | | | | | |
| 47 | | | | | | | |
| 48 | ++ | | | + | + | | |
| A* | | + | | | | 0 | 0 |
| B* | + | + | | + | + | +++ | +++ |
| C* | ++ | ++ | | ++ | + | +++ | +++ |

*New Cases A, B, and C of this series.
0, feature not present; +, mild; ++, moderate; +++, severe; blank, feature was not mentioned.
LC, locus caeruleus; SN, substantia nigra.

*© 2009 American Association of Neuropathologists, Inc.*

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

*McKee et al*

*J Neuropathol Exp Neurol* • Volume 68, Number 7, July 2009

**TABLE 5.** Microscopic Pathological Features: Neuronal Loss

| Case No. | Frontal Cortex | Parietal Cortex | Temporal Cortex | Occipital Cortex | Hippocampus | Entorhinal Cortex | Amygdala | Cerebellum |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | +++ | +++ | +++ | | | | | |
| 4 | +++ | +++ | +++ | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | + | | | | | | | |
| 16 | +++ | +++ | +++ | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | + | + | + | + | | | | |
| 21 | | | | | | | | |
| 22 | + | + | + | + | | | | |
| 23 | + | + | + | + | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | +++ | +++ | +++ | +++ | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |
| 31 | | | | | | | | |
| 32 | | | | | | | | |
| 33 | | | | | | | | |
| 34 | | | | | | | | |
| 35 | | | | | | | | |
| 36 | | | | | | | | |
| 37 | | | | | | | | |
| 38 | | | | | | | | |
| 39 | | | | | | | | |
| 40 | | | | | | | | |
| 41 | | | | | | | | |
| 42 | | | | | | | | |
| 43 | | | | | | | | |
| 44 | | | | | | | | |
| 45 | | | | | | | | |
| 46 | | | | | | | | |
| 47 | | | | | | | | |
| 48 | ++ | ++ | ++ | ++ | ++ | | | |
| A* | 0 | 0 | 0 | 0 | + | + | + | |
| B* | + | + | + | + | ++ | ++ | ++ | |
| C* | ++ | ++ | ++ | ++ | +++ | +++ | +++ | |

*New Cases A, B, and C of this series.
0, feature not present; +, mild; ++, moderate; +++, severe; blank, feature was not mentioned.

© 2009 American Association of Neuropathologists, Inc.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

J Neuropathol Exp Neurol • Volume 68, Number 7, July 2009   *Chronic Traumatic Encephalopathy in Athletes*

**TABLE 6.** Microscopic Pathological Features: Other

| Case No. | NFT | | | | | | Septal Nuclei | Globus Pallidus | Caudate/ Putamen | Nucleus Basalis of Meynert | Mammillary Bodies |
| | Frontal | Parietal | Temporal | Occipital | Thalamus | Hypothalamus | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | + | + | + | + | | | | | | | |
| 2 | + | + | + | | + | + | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | + | + | + | | | | | | | | |
| 6 | + | + | + | | | | | | | | |
| 7 | + | + | + | | | | | | | | |
| 8 | + | | + | + | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | + | + | + | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | + | + | + | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | + | | | | | | | | | | |
| 16 | +++ | +++ | +++ | | | | | | | | |
| 17 | + | + | + | | | | | | | | |
| 18 | +++ | | +++ | | | | | | | | |
| 19 | +++ | +++ | +++ | +++ | | | | | | | |
| 20 | + | + | + | | | | | | | | |
| 21 | + | + | + | + | | | | | | | |
| 22 | ++ | ++ | ++ | ++ | | | | | | | |
| 23 | ++ | ++ | ++ | ++ | | | | | | | |
| 24 | | | + | | | | | | | | |
| 25 | | | + | | | | | | | | |
| 26 | +++ | +++ | +++ | +++ | | | | | | | |
| 27 | | | | | | | | | | | |
| 28 | + | + | + | + | | | | | | | |
| 29 | | | | | | | | | | | |
| 30 | ++ | + | + | | | | | | | | |
| 31 | | ++ | | | | | | | | | |
| 32 | + | | + | | | | | | | + | |
| 33 | | | + | | | | | | | | |
| 34 | | | + | | | | | | | | |
| 35 | | | | | | | | | | | |
| 36 | | | + | | | | | | | | |
| 37 | | | + | | | | | | | | |
| 38 | | | + | | | | | | | | |
| 39 | | | + | | | | | | | | |
| 40 | | | + | | | | | | | | |
| 41 | ++ | | + | | | | | ++ | ++ | | |
| 42 | + | | + | | | | | | | | |
| 43 | + | + | + | | | | | | | | |
| 44 | + | | + | | | | | | | | |
| 45 | +++ | | +++ | ++ | + | | | | + | | ++ |
| 46 | + | + | + | | | | | + | + | | |
| 47 | | | | | | | | | | | |
| 48 | ++ | ++ | ++ | 0 | | | | | | | |
| A* | +++ | ++ | +++ | ++ | + | +++ | +++ | 0 | + | +++ | +++ |
| B* | +++ | +++ | +++ | ++ | ++ | +++ | +++ | + | ++ | +++ | +++ |
| C* | +++ | +++ | +++ | ++ | +++ | +++ | +++ | + | ++ | +++ | +++ |

*New Cases A, B, and C of this series.
0, feature not present; +, mild; ++, moderate; +++, severe; blank, feature was not mentioned.
Aβ, β-amyloid; LC, locus caeruleus; NFT, neurofibrillary tangles; SN, substantia nigra; SP, senile plaques.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

McKee et al                                                                 *J Neuropathol Exp Neurol* • Volume 68, Number 7, July 2009

**TABLE 6.** *(Continued)*

| Case No. | Hippocampus | Entorhinal Cortex | Amygdala | Periventricular Gray | Midbrain Tegmentum | SN | LC | Basis Pontis | Medulla | Inferior Olive | Red Nucleus | Cranial Nerves 3, 4 Nuclei |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | +++ | | | | | | | | | | | |
| 2 | +++ | | | | | +++ | | | | | | |
| 3 | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | |
| 8 | +++ | +++ | +++ | +++ | +++ | +++ | +++ | | | | | |
| 9 | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | |
| 30 | + | | | | | + | | | | | | |
| 31 | | | | | | | | | | | | |
| 32 | | | | | | + | + | | | | | |
| 33 | | | | | | + | | | | | | |
| 34 | + | | | | | | | | | | | |
| 35 | + | | | + | | + | + | | | | | + |
| 36 | 0 | | | | | | | | | | | |
| 37 | 0 | | | | | | | | | | | |
| 38 | 0 | | | | | | | | | | | |
| 39 | 0 | | | | | | | | | | | |
| 40 | 0 | | | | | | | | | | | |
| 41 | +++ | | | | | | | | | | | |
| 42 | +++ | | | | | | | | | | | |
| 43 | 0 | | | | | | | | | | | |
| 44 | ++ | ++ | | | | + | + | + | + | | | |
| 45 | ++ | ++ | ++ | + | + | ++ | ++ | +++ | ++ | | | |
| 46 | | | | | | + | + | | | | | |
| 47 | | | | | | | | | | | | |
| 48 | +++ | | | | | + | + | | | | | |
| A* | ++ | +++ | ++ | + | + | ++ | | | | | | |
| B* | +++ | +++ | +++ | ++ | ++ | +++ | +++ | + | + | + | + | + |
| C* | +++ | +++ | +++ | ++ | ++ | +++ | +++ | ++ | ++ | ++ | ++ | ++ |

© 2009 American Association of Neuropathologists, Inc.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

J Neuropathol Exp Neurol • Volume 68, Number 7, July 2009

*Chronic Traumatic Encephalopathy in Athletes*

**TABLE 6.** (Continued)

| NFT | | | | Aβ | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cranial Nerve 12 Nucleus | Spinal Cord | Cerebellar Dentate | Olfactory Bulb | Diffuse Plaques | Neuritic Plaques | Congophilic Angiopathy | NFT Only | NFT + SP | SP Only | No NFT/No SP |
| | | | | +++ | ++ | ++ | | +++ | | |
| | | | | | | | +++ | | | |
| | | | | | | | | | | + |
| | | | | | | | | | | + |
| | | | | | | | + | | | |
| | | | | | | | + | | | |
| | | | | | | | + | | | |
| | | | | | | | + | | | |
| | | | | + | + | | | | + | |
| | | | | 0 | 0 | | | | | + |
| | | | | 0 | 0 | | + | | | |
| | | | | 0 | 0 | | | | | + |
| | | | | 0 | 0 | | + | | | |
| | | | | 0 | 0 | | | | | + |
| | | | | + | | | | + | | |
| | | | | + | | | | + | | |
| | | | | + | | | | + | | |
| | | | | + | | | | + | | |
| | | | | + | | | | + | | |
| | | | | + | + | | | + | | |
| | | | | + | + | | | + | | |
| | | | | + | | | | + | | |
| | | | | + | | | | + | | |
| | | | | + | | | | + | | |
| | | | | + | | | | + | | |
| | | | | + | | | | + | | |
| | | | | ++ | ++ | | | + | | |
| | | | | + | + | | | + | | + |
| | | | | + | + | | | + | | |
| | | | | +++ | ++ | | | + | | |
| | | | | 0 | 0 | 0 | | | | |
| | | | | 0 | 0 | 0 | | | | |
| | | | | + | + | + | | + | | |
| | | | | ++ | ++ | ++ | | + | | |
| | | | | | | | + | | | |
| | | | | | | | + | | | |
| | | | | | | | + | | | |
| | | | | | | | + | | | |
| | | | | | | | + | | | |
| | +++ | | | + | + | | | + | | |
| | | | | | | | + | | | |
| | | | | + | | | | + | | |
| | | ++++ | | + | + | | | + | | |
| | | | | | | | + | | | |
| | | 0 | ++ | 0 | 0 | 0 | + | | | |
| 0 | ++ | + | +++ | ++ | + | 0 | | + | | |
| +++ | ++ | ++ | +++ | 0 | 0 | 0 | + | | | |

© 2009 American Association of Neuropathologists, Inc.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

*McKee et al*   *J Neuropathol Exp Neurol* • Volume 68, Number 7, July 2009

neuropathologic alterations in the brain and frontal lobectomy specimens of 5 young men, ranging in age from 23 to 28 years. The 5 cases included 2 boxers, a soccer player, a person described as "mentally subnormal" with a long history of head banging, and a patient with epilepsy who frequently hit his head during seizures. Microscopically, all the brains showed argyrophilic tau-positive neocortical NFTs, strikingly arranged in groups around small intracortical blood vessels, associated with neuropil threads and granular tau-positive neurons. There were also NFTs along the basal surfaces of the brain, usually at the depths of sulci. The hippocampi of the 4 autopsy cases were normal.

In CTE, tau-immunoreactive protoplasmic astrocytes are interspersed throughout the superficial cortical layers appearing as plaquelike accumulations composed of primarily globular neurites. The corpus callosum and subcortical white matter of the cortex show NNs and fibrillar astrocytic tangles. The U-fibers are prominently involved. Subcortical white matter structures such as the extreme and external capsule, anterior and posterior commissures, thalamic fasciculus, and fornix also show NNs and astrocytic tangles.

Dense NFTs, ghost tangles, and astrocytic tangles are found in the olfactory bulbs, hippocampus, entorhinal cortex, and amygdala, often in greater density than is found in AD. Abundant NFTs and astrocytic tangles are also found in the thalamus, hypothalamus, mammillary bodies, nucleus basalis of Meynert, medial geniculate, substantia nigra (pars compacta more than the pars reticulata), locus caeruleus, superior colliculus, periaqueductal gray, medial lemniscus, oculomotor nucleus, trochlear nucleus, ventral tegmental area, dorsal and median raphe, trigeminal motor nucleus, pontine nuclei, hypoglossal nucleus, dorsal motor nucleus of the vagus, inferior olives, and reticular formation. The nucleus accumbens is usually moderately affected; the globus pallidus, caudate, and putamen are less involved. In the brainstem and spinal cord, midline white matter tracts show dense astrocytic tangles especially around small capillaries. Fibrillar astrocytic tangles are also common in the subpial and periventricular zones. Neurons in the spinal cord gray matter contain NFTs, and astrocytic tangles are frequent in the ventral gray matter. This unique pattern of tau-immunoreactive pathology was found in all 3 of our cases, with increasing severity from Case A to Case C.

## Case A

Neurofibrillary tangles immunopositive for tau epitopes (Appendix) were prominent in the inferior frontal, superior frontal, subcallosal, insular, temporal, and inferior parieto-temporal cortices (Fig. 1). Primary visual cortex showed no NFTs; anterior and posterior cingulate cortex showed only scant NFTs. Neurofibrillary tangles occurred in irregular patches, often greatest at the sulcal depths (Fig. 2). Tau-positive fibrillar astrocytes ("astrocytic tangles") were prominent in foci, especially in subpial regions and around small blood vessels (Figs. 2, 3). Neurofibrillary tangles were especially numerous in cortical laminae II and III, where a prominent perivascular distribution of neuronal NFTs and fibrillar astrocytic tangles was evident (Fig. 3). Although some neuronal NFTs showed multiple tau-positive perisomatic processes, most neuronal NFTs were morphologically similar to those found in AD. In the cortex, there were many tau-positive astrocytes bearing a corona of tau-positive processes. These tau-positive protoplasmic astrocytes were similar in appearance to the astrocytic plaques of corticobasal degeneration, except that the perikaryon was often tau positive (Fig. 3).

Neuropil neurites and astrocytic tangles were abundant in the frontal and temporal white matter (Fig. 3). Neuropil neurites were often dotlike and spindle-shaped, in addition to thread-like forms similar to those found in AD. The hippocampus, entorhinal, and transentorhinal cortex contained dense NFTs, ghost tangles, and NNs, including many ghost tangles in CA1 and subiculum; NFTs were denser in the anterior hippocampus compared with the posterior hippocampus. The amygdala showed dense tau immunoreactivity, including NFTs, astrocytic tangles, and NNs (Fig. 4). Neurofibrillary tangles were most frequent in the lateral nuclear group of the amygdala.

The nucleus basalis of Meynert, hypothalamic nuclei, septal nuclei, fornix, and lateral mammillary bodies showed dense NFTs and astrocytic tangles. Neurofibrillary tangles and astrocytic tangles were also found in the olfactory bulb, thalamus, caudate, and putamen. The globus pallidus and



**FIGURE 1.** Case A. Whole-mount 50-μm coronal sections immunostained for tau with monoclonal antibody AT8 and counterstained with cresyl violet showing irregular patchy deposition of phosphorylated tau protein in frontal, subcallosal, insular, temporal, and parietal cortices and the medial temporal lobe.

© 2009 American Association of Neuropathologists, Inc.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

*J Neuropathol Exp Neurol* • Volume 68, Number 7, July 2009

*Chronic Traumatic Encephalopathy in Athletes*



**FIGURE 2. (A–C)** Whole-mount 50-μm coronal sections of superior frontal cortex from Case A **(A)**, Case B **(B)**, and Case C **(C)** immunostained for tau with monoclonal antibody CP-13 showing extensive immunoreactivity that is greatest at sulcal depths (asterisks) and is associated with contraction of the cortical ribbon. **(D–F)** Microscopically, there are dense tau-immunoreactive neurofibrillary tangles (NFTs) and neuropil neurites throughout the cortex, Case A **(D)**, Case B **(E)**, and Case C **(F)**. There are focal nests of NFTs and astrocytic tangles around small blood vessels **(E**, arrow**)** and plaquelike clusters of tau-immunoreactive astrocytic processes distributed throughout the cortical layers **(F**, arrows**)**.

subthalamic nucleus were relatively spared. The lateral substantia nigra pars compacta showed mild neuronal loss, extraneuronal pigment deposition, and moderate numbers of NFTs and NNs. The pars reticulata was unremarkable. The cerebellar peduncle showed mild perivascular hemosiderin deposition. Neurofibrillary tangles were numerous in the dorsal and median raphe nuclei. The internal, external, and extreme capsules, fornix, and mammillothalamic tract showed moderate NNs, although in general, the white matter was less affected than adjacent gray matter.

### Case B

There were abundant tau-positive NFTs, glial tangles, and dotlike and spindle-shaped NNs in the superficial layers of cerebral cortex (I–III) (Fig. 3). Cortical tau pathology was most prominent in patchy areas of the superior frontal and temporal lobes, especially the medial temporal lobe, often in a vasocentric pattern. The olfactory bulb, hippocampus, entorhinal cortex, and amygdala showed extremely dense NFTs with many ghost tangles (Figs. 4–6). Tau-positive glia and NNs were also found in the subcortical white matter and corpus callosum. The olfactory bulb, thalamus, hypothalamus, nucleus basalis, striatum, globus pallidus, substantia nigra, raphe, periventricular gray, locus caeruleus, oculomotor nucleus, red nucleus, pontine base, tegmentum, reticular nuclei, inferior olives, and dentate nucleus showed dense NFTs and glial tangles. Spindle-shaped NNs and tau-positive glia were pronounced in the midline white matter tracts of the brainstem.

### Case C

Microscopic examination showed dense accumulations of tau-immunoreactive NFTs, astrocytic tangles, and NNs in irregular patches of the dorsolateral frontal, insular, subcallosal, inferior frontal, superior parietal, and posterior temporo-occipital cortices, and most severely in the medial temporal lobe. The hippocampus, entorhinal cortex, and amygdala contained extremely dense NFTs with ghost tangles and severe neuronal loss (Figs. 4, 6). Tau-positive glia and NNs were also found in the subcortical white matter, particularly in the subcortical U fibers. The olfactory bulb, thalamus, hypothalamus, nucleus basalis, striatum, globus pallidus, substantia nigra, raphe, periventricular gray, locus caeruleus, oculomotor nucleus, red nucleus, pontine base, pontine tegmentum, hypoglossal nuclei, reticular nuclei, inferior olives, midline tracts of the medulla, and dentate nucleus contained dense NFTs and astrocytic tangles (Figs. 5, 7). Subcortical white matter tracts including the anterior and posterior commissure, thalamic fasciculus, and external and extreme capsule also showed astrocytic tangles and NNs.

The abnormal tau proteins that are found in the glial and neuronal tangles in CTE are indistinguishable from NFTs in AD and are composed of all 6 brain tau isoforms (39). Neuropathologically, CTE resembles several other neurodegenerative diseases characterized by accumulations of hyperphosphorylated tau protein in neurons or glial cells, including ALS/PDC of Guam, postencephalitic parkinsonism, PSP, corticobasal degeneration, and frontotemporal

© 2009 American Association of Neuropathologists, Inc.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

*McKee et al*          *J Neuropathol Exp Neurol* • Volume 68, Number 7, July 2009



**FIGURE 3.** Whole-mount 50-μm sections from Cases A and B immunostained with anti-tau monoclonal antibody AT8. **(A)** Case B. There is a prominent perivascular collection of neurofibrillary tangles (NFTs) and astrocytic tangles evident in the superficial cortical layers with lesser involvement of the deep laminae. Prominent neuropil neurites (NNs) are found in the subcortical U-fibers (arrow). Original magnification: 150×. **(B)** Case A. There is a preferential distribution of NFTs in Layer II and NNs extending into the subcortical white matter even in mildly affected cortex. Original magnification: 150×. **(C)** Case A. Focal subpial collections of astrocytic tangles and NFTs are characteristic of chronic traumatic encephalopathy (CTE). Original magnification: 150×. **(D)** Case A. The shape of most NFTs and NNs in CTE is similar to those found in Alzheimer disease. Original magnification: 150×. Some NFTs have multiple perisomatic processes **(E)**, and spindle-shaped and dotlike neurites are found in addition to threadlike forms. **(E)** Case A. Original magnification: 350×. **(F)** Case A. Astrocytic tangles are interspersed with NFTs in the cortex (arrows). Original magnification: 350×. **(G)** Case A. Tau-immunoreactive astrocytes are common in periventricular regions. Original magnification: 150×. **(H, I)** Case A. Tau-immunoreactive astrocytes take various forms; some appear to be protoplasmic astrocytes with short rounded processes **(H, I)** double immunostained section with AT8 (brown) and anti-glial fibrillary acidic protein (red). **(H)** Original magnification: 350×. **(I)** Original magnification: 945×. **(J)** Case B. Dotlike or spindle-shaped neurites predominate in the white matter, although there are also some threadlike forms. Original magnification: 150×.

dementia with parkinsonism linked to chromosome 17 (FTDP-17) (36, 48–50). Similar to ALS/PDC of Guam, neurofibrillary tau pathology in CTE is found in the medial temporal lobe structures, cerebral cortex, and spinal cord, with only a subset of cases showing evidence of diffuse plaques (51). Similar to ALS/PDC and PSP, CTE preferentially involves the superficial cortical layers and involves the accumulation of tau-immunoreactive astrocytes (36). However, CTE differs from ALS/PDC of Guam and PSP in that the cortical involvement is irregular and patchy, greatest at sulcal depths, and distributed in a prominent perivascular, periventricular, and subpial pattern. Furthermore, there is a unique regional involvement of subcortical and brainstem structures in CTE (Tables 5, 6).

## β-Amyloid Deposition

β-Amyloid (Aβ) deposition is an inconstant feature in CTE. Fourteen of the 15 brains originally described by Corsellis et al (29) and 6 additional boxers were reexamined by Roberts and colleagues (18) using Aβ immunocytochemistry with formic acid pretreatment; 19 of the 20 cases showed widespread diffuse Aβ deposits. Similarly, Tokuda and colleagues (52) found abundant diffuse Aβ deposits in 8 cases of CTE and cerebrovascular Aβ deposits in 3 cases. In

728

© 2009 American Association of Neuropathologists, Inc.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

*J Neuropathol Exp Neurol* • Volume 68, Number 7, July 2009    *Chronic Traumatic Encephalopathy in Athletes*



**FIGURE 4.** **(A–C)** Whole-mount 50-μm-thick coronal sections immunostained for tau (AT8) from Case A **(A)**, Case B **(B)**, and Case C **(C)** counterstained with cresyl violet showing extremely dense deposition of tau protein in the amygdala with increasing severity from left to right. **(D–F)** Microscopically, there is a moderate density of neurofibrillary tangles and astrocytic tangles in Case A **(D)**, the density is increased in Case B **(E)**, and extremely marked in Case C **(F)**. Original magnification: 350×.

our series, only Case B showed moderate numbers of diffuse Aβ plaques in the frontal, parietal, and temporal cortices, and sparse neuritic plaques; there was no vascular amyloid. Of the 51 neuropathologically verified cases of CTE, diffuse plaques were found in 24 (47%), neuritic plaques in 13 (27%), and amyloid angiopathy in 3 (6%). There was also 1 report of a fatal cerebral hemorrhage from amyloid angiopathy associated with CTE (15).

## White Matter Changes and Other Abnormalities

Tau-positive fibrillar astrocytic tangles are found in the white matter, but the major abnormality is that of dotlike or spindle-shaped tau-positive neurites. The shape of the tau-immunoreactive neurites is distinct from the predominantly threadlike forms found in AD and suggests an axonal origin. Tokuda and colleagues (52) characterized the NNs in CTE as shorter and less prominent than the neuropil threads found in AD and not spatially related to senile plaques. Generally, tau abnormalities in the white matter are not as severe as in adjacent gray matter. Other abnormalities frequently found in the cerebral and cerebellar white matter include small arterioles with thickened fibrohyalinized walls with perivascular hemosiderin-laden macrophages, widened perivascular spaces, and white matter rarefaction. In our Cases A to C,



**FIGURE 5.** Whole-mount 50-μm coronal sections of Case B **(A)** and Case C **(B)** immunostained for tau (AT8) and counterstained with cresyl violet. There is extremely dense deposition of tau protein in the hippocampus and medial temporal lobe structures. There is also prominent tau deposition in the medial thalamus.

© *2009 American Association of Neuropathologists, Inc.*

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

*McKee et al*                                    *J Neuropathol Exp Neurol* • Volume 68, Number 7, July 2009



**FIGURE 6.** Tau-immunoreactive (AT8) neurofibrillary tangles (NFT), astrocytic tangles, and neuropil neurites are found in many subcortical nuclei including the substantia nigra (**[A]** Case C. Original magnification: 350×) and nucleus basalis of Meynert (**[B]** Case C. Original magnification: 350×). The NFTs are also abundant in the olfactory bulb (**[C]** Case B. Bielschowsky silver method. Original magnification: 150×) and thalamus (Case A. Original magnification: 350×. The AT8 immunostain counterstained with cresyl violet).

mild to moderate myelin and axonal losses were found in the corpus callosum and subcortical white matter of the frontal and temporal lobes and cerebellum, with mild perivascular hemosiderin deposition.

## α-Synuclein Staining

Extensive accumulation of α-synuclein has been found in axons after acute TBI (53), but α-synuclein immuno-staining was not a feature of any of the 51 cases of CTE, including our 3 cases.

## CLINICOPATHOLOGIC CONSIDERATIONS

The distribution of the tau abnormalities in CTE suggests distinctive core pathology within the amygdalo-hippocampal-septo-hypothalamic-mesencephalic continuum, that is, the Papez circuit (54, 55). The early involvement of these anatomical regions, sometimes referred to as *emotional* or *visceral* brain, may underlie many of the early behavioral symptoms, including the tendency toward emotional lability, aggression, and violent outbursts. The early involvement of the hippocampus, entorhinal cortex, and medial thalamus may explain episodic memory disturbance as a frequent presenting symptom (56). Neurofibrillary degeneration of the frontal cortex and underlying white matter most likely contributes to the dysexecutive symptoms. Although less common and generally less severe, neurofibrillary degeneration in the dorsolateral parietal, posterior temporal, and occipital cortices likely accounts for the visuospatial difficulties. The parkinsonian features found in 41.1% of cases are likely caused by degeneration of the substantia nigra pars compacta. The gait



**FIGURE 7.** Whole-mount tau (AT8)-immunostained 50-μm coronal sections of the brainstem from Case C showing severe involvement of the locus caeruleus, pontine tegmentum, pontine base, midline medulla, and hypoglossal nuclei.

© 2009 American Association of Neuropathologists, Inc.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

*J Neuropathol Exp Neurol* • Volume 68, Number 7, July 2009   *Chronic Traumatic Encephalopathy in Athletes*

disorder, variously described as staggered, slowed, shuffled, or frankly ataxic, may result from a combination of cortical and subcortical frontal damage, degeneration of cerebellar tracts in the brainstem, direct cerebellar injury, as well as parkinsonism from substantia nigra pathology. Similarly, speech abnormalities, most often described as slowed and slurred, likely reflect multiregional degeneration. Symptoms of dysarthria, dysphagia, and ocular abnormalities probably result from degeneration of brainstem nuclei, for example, the hypoglossal and oculomotor nuclei.

## POSSIBLE MECHANISMS OF CEREBRAL INJURY

Acceleration and deceleration forces are thought to be important events in concussion, particularly rotational acceleration and deceleration (57–59). Sagittal (front-to-back) injuries result in relatively good recovery, whereas lateral (side-to-side) injuries produce the most injury, with injury directed related to the severity of the generating force (58). Conceivably, a concussive impact imparts a fluid wave in the lateral ventricles that produces a shearing force on the septum pellucidum; this may explain the development of an enlarged cavum septum pellucidum and, if severe or repeated, fenestrations.

The patchy irregular location of the cortical NFTs and astrocytic tangles suggests that the distribution is related to direct mechanical injury from blows to the side or top of the head, given their multifocal dorsolateral frontal and parietal, inferior frontal and occipital, and lateral temporal distribution. The possibility that ischemia may contribute to the development of the tau pathology is suggested by the concentration of tau-immunoreactive pathology at the depths of sulci. Damage to the blood-brain barrier and release of local neurotoxins might explain some of the tendency toward perivascular nests of tau-immunoreactive NFT, tau-positive glia, and NNs (13). Buee et al (60) studied the microvasculature of several cases of dementia pugilistica and found decreased microvascular density and tortuosity, with a strong correlation between the laminar distribution of NFTs and pathological microvasculature. Buee and colleagues (60) suggested that the shear forces of repetitive head trauma might lead to vascular damage followed by perivascular NFT and NN formation. Further supporting a possible vascular connection to the pathological changes in CTE, Bouras et al (61) reported that, upon laser microprobe mass analysis, NFTs and nuclei of NFT-free neurons in CTE contained substantially higher amounts of iron and aluminum than NFTs in AD.

### Acute TBI

#### Axonal Injury

Acute concussion produces diffuse axonal injury (62). The "diffuse degeneration of the cerebral white matter" was first described by Strich (63) as the shearing or mechanical tearing of axons at the time of injury. It is now appreciated that axons are not sheared at the time of injury, except in the most severe instances of diffuse axonal injury, but instead undergo a series of changes that may result in a secondary axotomy within 24 hours (64). The axolemma is one of the initial sites of injury; the increased permeability, uncontrolled

influx of $Ca^{++}$, swelling of mitochondria, disruption of microtubules, and alterations in axonal transport that follow produce axonal swelling and secondary axotomy (64–66). Rapid axonal swelling, perisomatic axotomy, and Wallerian degeneration may also occur without changes in axolemmal permeability, suggesting that trauma may have diverse effects on axons. McKenzie et al (67) showed that 80% of patients who died of acute head injury showed immunocytochemical evidence of axonal injury within 2 hours of injury; after 3 hours of injury, axonal bulbs were identified, and as the survival time increased, the amount of axonal damage and axonal bulb formation increased. Axonal injury was found most frequently in the brainstem, followed by the internal capsule, thalamus, corpus callosum, and parasagittal white matter (67). Axonal damage may continue for weeks after the acute TBI (68).

### Deposition of Abnormal Proteins

In individuals undergoing surgical brain tissue resection for acute TBI, tau-immunoreactive dystrophic axons were found in the white matter, and diffuse tau immunoreactivity was found in some neuronal cell bodies, dendrites, and glial cells within 2 to 3 hours postinjury (67). Studies of acute TBI in experimental animal models and postmortem human brain also demonstrate that $A\beta$ deposition and amyloid precursor protein processing, production, and accumulation are increased after injury (69–78). Increased amyloid precursor protein production in experimental TBI has also been associated with heightened neuronal loss in the hippocampus (73, 79). In acute TBI, diffuse cortical $A\beta$ plaques have been found in 30% to 38% of cases as early as 2 hours after injury (73, 76, 80). In addition, individuals with cortical $A\beta$ plaques showed increased levels of soluble $A\beta_{42}$, and half were apolipoprotein E (ApoE) $\varepsilon$4 allele carriers (81). In acute TBI, $A\beta$ deposition is widely distributed throughout the neocortex without apparent association with the injury sites (82). The predominant form of $A\beta$ in acute TBI is $A\beta_{42}$, whereas the $A\beta_{40}$ form predominates in serum and cerebrospinal fluid, a situation similar to that in AD (83). A recent report also showed that interstitial soluble $A\beta$ concentrations in the brain seem to directly correlate with neurological outcome after TBI (84).

## NEURONAL DEATH IN ACUTE TBI AND RELATIONSHIP TO CTE

There are multiple reasons for neuronal loss in acute traumatic injury including neuronal death from direct physical damage, necrosis from the immediate release of excitatory transmitters such as glutamate, and diffuse delayed cell death involving both necrotic and apoptotic death cascades (85, 86). Other contributing factors include focal ischemia, breakdown of the blood-brain barrier, inflammation, and the release of cytokines. Experimental lateral percussive injury in the rat produces apoptotic and necrotic neuronal death that progresses for up to 1 year after injury, with degeneration of the cortex, hippocampi, thalami, and septum, ventriculomegaly, and impaired memory performance (62, 85, 87–89). The thalamic degeneration typically follows the cortical degeneration by weeks, suggesting that a secondary process

© *2009 American Association of Neuropathologists, Inc.*

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

such as deafferentation may play a role in the thalamic neuronal death. Neuronal loss in the hippocampus and thalamus has also been reported after blunt head injury in humans using stereological techniques (90, 91). One of the key features of CTE is that the disease continues to progress decades after the activity that produced traumatic injury has stopped. It is most likely that multiple pathological cascades continue to exert their effects throughout the individual's lifetime once they are triggered by repetitive trauma; the longer the survival after the initial events and the more severe the original injuries, the greater the severity of the neurodegeneration. It is clear that neuronal loss, cerebral atrophy, and ventricular enlargement all increase with longer survival and greater exposure to repetitive trauma.

## DIAGNOSIS OF CTE

Presently, there are no available biomarkers for the diagnosis of CTE. Although significant decreases in cerebrospinal fluid ApoE and Aβ concentrations have been reported that correlated with severity of the injury after TBI, there have been no similar studies in CTE (92). Nonetheless, advances in neuroimaging offer the promise of detecting subtle changes in axonal integrity in acute TBI and CTE. Standard T1- or T2-weighted structural MRI is helpful for quantitating pathology in acute TBI, but diffusion tensor MRI (DTI) is a more sensitive method to assess axonal integrity in vivo (93, 94). In chronic moderate-to-severe TBI, abnormalities on DTI have been reported in the absence of observable lesions on standard structural MRI (83). More severe white matter abnormalities on DTI have been associated with greater cognitive deficits by neuropsychological testing (94, 95), and increases in whole-brain apparent diffusion coefficient and decreases in fractional anisotropy using DTI have been found in boxers compared with controls (96, 97).

## GENETIC RISK AND THE ROLE OF APOE4

Apolipoprotein E genotyping has been reported in 10 cases of CTE, including our most recent cases. Five (50%) of the 10 cases of CTE carried at least 1 ApoE ε4 allele, and 1 was homozygous for ApoE ε4 (our Case A). The percentage of ApoE ε4 carriers in the general population is 15%; this suggests that the inheritance of an ApoE ε4 allele might be a risk factor for the development of CTE.

In acute TBI, there is accumulating evidence that the deleterious effects of head trauma are more severe in ApoE ε4–positive individuals (98–100). Acute TBI induces Aβ deposition in 30% of people (75, 76), and a significant proportion of these individuals are heterozygous for ApoE ε4 (101, 102). Apolipoprotein E4 transgenic mice experience greater mortality from TBI than ApoE ε3 mice (102). Furthermore, transgenic mice that express ApoE ε4 and overexpress amyloid precursor protein show greater Aβ deposition after experimental TBI (103).

## GUIDELINES FOR PREVENTION AND TREATMENT

Clearly, the easiest way to decrease the incidence of CTE is to decrease the number of concussions or mild TBIs.

In athletes, this is accomplished by limiting exposure to trauma, for example, by penalizing intentional hits to the head (as is happening in football and hockey) and adhering to strict "return to play" guidelines. Proper care and management of mild TBI in general and particularly in sports will also reduce CTE. No reliable or specific measures of neurological dysfunction after concussion currently exist, and most recommendations are centered on the resolution of acute symptoms such as headache, confusion, sensitivity to light, and so on (104). Asymptomatic individuals have been shown, however, to have persistent decreases in P300 amplitudes in response to an auditory stimulus at least 5 weeks after a concussion, thereby casting doubt on the validity of the absence of symptoms as a guidepost (105, 106). Neuropsychological tests have also helped provide estimates of the appropriate time for athletes to return to practice and play. Studies using event-related potentials, transcranial magnetic stimulation, balance testing, multitask effects on gait stability, positron emission tomography, and DTI MRI have all shown abnormalities in concussed athletes or nonathletes with TBI lasting for 2 to 4 weeks (105, 107–109). These studies indicate that safe return to play guidelines might require at least 4 to 6 weeks to facilitate more complete recovery and to protect from reinjury, as a second concussion occurs much more frequently in the immediate period after a concussion (106, 110). In addition, experimental evidence in animals suggests that there is expansion of brain injury and inhibition of functional recovery if the animal is subjected to overactivity within the first week (111).

## CONCLUSIONS

Chronic traumatic encephalopathy is a progressive neurodegeneration clinically associated with memory disturbances, behavioral and personality changes, parkinsonism, and speech and gait abnormalities. Pathologically, CTE is characterized by cerebral and medial temporal lobe atrophy, ventriculomegaly, enlarged cavum septum pellucidum, and extensive tau-immunoreactive pathology throughout the neocortex, medial temporal lobe, diencephalon, brainstem, and spinal cord. There is overwhelming evidence that the condition is the result of repeated sublethal brain trauma that often occurs well before the development of clinical manifestations. Repetitive closed head injury occurs in a wide variety of contact sports as well as a result of accidents or in the setting of military service. Pathologically, CTE shares some features of AD, notably tau-immunoreactive NFTs, NNs, and in approximately 40% of cases, diffuse senile plaques. Furthermore, the Aβ and NFTs found in CTE are immunocytochemically identical to those found in AD, suggesting a possible common pathogenesis. Multiple epidemiological studies have shown that head injury is a risk factor for AD, and there have been several case reports citing an association between a single head injury and the development of subsequent AD (112, 113). Just as acquired vascular injury may interact additively or synergistically with AD, traumatic injury may interact additively with AD to produce a mixed pathology with greater clinical impact or synergistically by promoting pathological cascades that result in either AD or CTE. In athletes, by instituting and following proper

732

*© 2009 American Association of Neuropathologists, Inc.*

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

*J Neuropathol Exp Neurol* • Volume 68, Number 7, July 2009 *Chronic Traumatic Encephalopathy in Athletes*

guidelines for return to play after a concussion or mild TBI, it is possible that the frequency of sports-related CTE could be dramatically reduced or, perhaps, entirely prevented.

## ACKNOWLEDGMENTS

*The authors thank Rafael Romero, MD, for his review of the clinical features of Case C.*

## REFERENCES

1. Thurman DJ, Branche CM, Sniezek JE. The epidemiology of sports-related traumatic brain injuries in the United States: Recent developments. J Head Trauma Rehabil 1998;13:1–8
2. Langlois JA, Rutland-Brown W, Wald MM. The epidemiology and impact of traumatic brain injury: A brief overview. J Head Trauma Rehabil 2006;21:375–78
3. Nowinski C. *Head Games: Football's Concussion Crisis From the NFL to Youth Leagues.* East Bridgewater, MA: Drummond Publishing Group; 2006
4. Roberts GW, Allsop D, Bruton C. The occult aftermath of boxing. J Neurol Neurosurg Psychiatry 1990;53:373–78
5. Webbe FM, Barth JT. Short-term and long-term outcome of athletic closed head injuries. Clin Sports Med 2003;22:577–92
6. Macciocchi SN, Barth JT, Alves W, et al. Neuropsychological functioning and recovery after mild head injury in collegiate athletes. Neurosurgery 1996;39:510–14
7. Collins MW, Lovell MR, Iverson GL, et al. Cumulative effects of concussion in high school athletes. Neurosurgery 2002;51:1175–79; [discussion 80–81]
8. Gaetz M, Goodman D, Weinberg H. Electrophysiological evidence for the cumulative effects of concussion. Brain Inj 2000;14:1077–88
9. Gaetz M, Weinberg H. Electrophysiological indices of persistent post-concussion symptoms. Brain Inj 2000;14:815–32
10. Bailes JE, Cantu RC. Head injury in athletes. Neurosurgery 2001;48:26–45
11. Beckwith JG, Chu JJ, Greenwald RM. Validation of a noninvasive system for measuring head acceleration for use during boxing competition. J Appl Biomech 2007;23:238–44
12. Greenwald RM, Gwin JT, Chu JJ, et al. Head impact severity measures for evaluating mild traumatic brain injury risk exposure. Neurosurgery 2008;62:789–98
13. Geddes JF, Vowles GH, Nicoll JA, et al. Neuronal cytoskeletal changes are an early consequence of repetitive head injury. Acta Neuropathol 1999;98:171–78
14. Hof PR, Knabe R, Bovier P, et al. Neuropathological observations in a case of autism presenting with self-injury behavior. Acta Neuropathol 1991;82:321–26
15. Jordan BD, Kanik AB, Horwich MS, et al. Apolipoprotein E epsilon 4 and fatal cerebral amyloid angiopathy associated with dementia pugilistica. Ann Neurol 1995;38:698–99
16. Omalu BI, DeKosky ST, Hamilton RL, et al. Chronic traumatic encephalopathy in a national football league player: Part II. Neurosurgery 2006;59:1086–92
17. Omalu BI, DeKosky ST, Minster RL, et al. Chronic traumatic encephalopathy in a National Football League player. Neurosurgery 2005;57:128–34
18. Roberts GW, Whitwell HL, Acland PR, et al. Dementia in a punch-drunk wife. Lancet 1990;335:918–19
19. Williams DJ, Tannenberg AE. Dementia pugilistica in an alcoholic achondroplastic dwarf. Pathology 1996;28:102–4
20. Cajigal S. Brain damage may have contributed to former wrestler's violent demise. Neurology Today 2007;7:1, 16
21. Schwarz A. Expert ties ex-player's suicide to brain damage [*New York Times* Web site]. January 18, 2007. Available at: http://www.nytimes.com/2007/01/18/sports/football/18waters.html. Accessed January 26, 2008.
22. Aotsuka A, Kojima S, Furumoto H, et al. [Punch drunk syndrome due to repeated karate kicks and punches]. Rinsho Shinkeigaku 1990;30:1243–46
23. Matser JT, Kessels AG, Jordan BD, et al. Chronic traumatic brain injury in professional soccer players. Neurology 1998;51:791–6
24. McCrory P, Turner M, Murray J. A punch drunk jockey? Br J Sports Med 2004;38:e3
25. Tysvaer AT, Storli OV, Bachen NI. Soccer injuries to the brain. A neurologic and electroencephalographic study of former players. Acta Neurol Scand 1989;80:151–56
26. Martland HS. Punch drunk. JAMA 1928;91:1103–7
27. Millspaugh JA. Dementia pugilistica. US Naval Med Bull 1937;35:297–303
28. Courville CB. Punch drunk. Its pathogenesis and pathology on the basis of a verified case. Bull Los Angel Neuro Soc 1962;27:160–68
29. Corsellis JA, Bruton CJ, Freeman-Browne D. The aftermath of boxing. Psychol Med 1973;3:270–303
30. Brandenburg W, Hallervorden J. [Dementia pugilistica with anatomical findings.]. Virchows Arch 1954;325:680–709
31. Grahmann H, Ule G. [Diagnosis of chronic cerebral symptoms in boxers (dementia pugilistica & traumatic encephalopathy of boxers)]. Psychiatr Neurol (Basel) 1957;134:261–83
32. Neubuerger KT, Sinton DW, Denst J. Cerebral atrophy associated with boxing. AMA Arch Neurol Psychiatry 1959;81:403–8
33. Mawdsley C, Ferguson FR. Neurological disease in boxers. Lancet 1963;2:799–801
34. Constantinidis J, Tissot R. [Generalized Alzheimer's neurofibrillary lesions without senile plaques (Presentation of one anatomo-clinical case)]. Schweiz Arch Neurol Neurochir Psychiatr 1967;100:117–30
35. Payne EE. Brains of boxers. Neurochirurgia (Stuttg) 1968;11:173–88
36. Hof PR, Delacourte A, Bouras C. Distribution of cortical neurofibrillary tangles in progressive supranuclear palsy: A quantitative analysis of six cases. Acta Neuropathol 1992;84:45–51
37. Geddes JF, Vowles GH, Robinson SF, et al. Neurofibrillary tangles, but not Alzheimer-type pathology, in a young boxer. Neuropathol Appl Neurobiol 1996;22:12–16
38. Newell KL, Drachman DA. Case records of the Massachusetts General Hospital. Weekly clinicopathological exercises. Case 12-1999. A 67-year-old man with three years of dementia. N Engl J Med 1999; 340:1269–77
39. Schmidt ML, Zhukareva V, Newell KL, et al. Tau isoform profile and phosphorylation state in dementia pugilistica recapitulate Alzheimer's disease. Acta Neuropathol 2001;101:518–24
40. Schwarz A. Lineman, dead at 36, exposes brain injuries [*New York Times* Web site]. June 15, 2007. Available at: http://www.nytimes.com/2007/06/15/sports/football/15brain.html. Accessed March 11, 2009
41. Areza-Fegyveres R, Rosemberg S, Castro RM, et al. Dementia pugilistica with clinical features of Alzheimer's disease. Arq Neuropsiquiatr 2007;65(3B):830–33
42. Critchley M. Medical aspects of boxing, particularly from a neurological standpoint. Br Med J 1957;1:357–62
43. McNair DM, Kahn RJ. Self-assessment of cognitive deficits. In: Crook T, Ferris S, Bartus R, eds. *Assessment in Geriatric Psychopharmacology.* New Canaan, CT: Mark Powley, 1984
44. Spitznagel MB, Tremont G. Cognitive reserve and anosognosia in questionable and mild dementia. Arch Clin Neuropsychol 2005;20:505–15
45. Galvin JE, Roe CM, Powlishta KK, et al. The AD8: A brief informant interview to detect dementia. Neurology 2005;65:559–64
46. Pfeffer RI, Kurosaki TT, Harrah CH Jr, et al. Measurement of functional activities in older adults in the community. J Gerontol 1982;37:323–29
47. Hof PR, Bouras C, Buee L, et al. Differential distribution of neurofibrillary tangles in the cerebral cortex of dementia pugilistica and Alzheimer's disease cases. Acta Neuropathol 1992;85:23–30
48. Feany MB, Mattiace LA, Dickson DW. Neuropathologic overlap of progressive supranuclear palsy, Pick's disease and corticobasal degeneration. J Neuropathol Exp Neurol 1996;55:53–67
49. Litvan I, Hauw JJ, Bartko JJ, et al. Validity and reliability of the preliminary NINDS neuropathologic criteria for progressive supranuclear palsy and related disorders. J Neuropathol Exp Neurol 1996;55:97–105
50. Perl DP, Hof PR, Purohit DP, et al. Hippocampal and entorhinal cortex neurofibrillary tangle formation in Guamanian Chamorros free of overt neurologic dysfunction. J Neuropathol Exp Neurol 2003;62:381–88
51. Hirano A. Amyotrophic lateral sclerosis and parkinsonism-dementia complex on Guam: Immunohistochemical studies. Keio J Med 1992; 41:6–9
52. Tokuda T, Ikeda S, Yanagisawa N, et al. Re-examination of ex-boxers' brains using immunohistochemistry with antibodies to amyloid beta-protein and tau protein. Acta Neuropathol 1991;82:280–85
53. Uryu K, Chen XH, Martinez D, et al. Multiple proteins implicated in

© 2009 American Association of Neuropathologists, Inc.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

*McKee et al*                                                        *J Neuropathol Exp Neurol* • Volume 68, Number 7, July 2009

neurodegenerative diseases accumulate in axons after brain trauma in humans. Exp Neurol 2007;208:185–92

54. Eggers AE. Redrawing Papez' circuit: A theory about how acute stress becomes chronic and causes disease. Med Hypotheses 2007;69:852–57

55. Papez JW. A proposed mechanism of emotion. 1937. J Neuropsychiatry Clin Neurosci 1995;7:103–12

56. Bird CM, Burgess N. The hippocampus and memory: Insights from spatial processing. Nat Rev Neurosci 2008;9:182–94

57. Gaetz M. The neurophysiology of brain injury. Clin Neurophysiol 2004;115:4–18

58. Holbourn AHS. Mechanics of head injury. Lancet 1943;2:438–41

59. Ommaya AK, Gennarelli TA. Cerebral concussion and traumatic unconsciousness. Correlation of experimental and clinical observations of blunt head injuries. Brain 1974;97:633–54

60. Buee L, Hof PR, Bouras C, et al. Pathological alterations of the cerebral microvasculature in Alzheimer's disease and related dementing disorders. Acta Neuropathol 1994;87:469–80

61. Bouras C, Giannakopoulos P, Good PF, et al. A laser microprobe mass analysis of brain aluminum and iron in dementia pugilistica: Comparison with Alzheimer's disease. Eur Neurol 1997;38:53–58

62. Graham DI, McIntosh TK, Maxwell WL, et al. Recent advances in neurotrauma. J Neuropathol Exp Neurol 2000;59:641–51

63. Strich SJ. Diffuse degeneration of the cerebral white matter in severe dementia following head injury. J Neurol Neurosurg Psychiatry 1956;19:163–85

64. Maxwell WL, McCreath BJ, Graham DI, et al. Cytochemical evidence for redistribution of membrane pump calcium-ATPase and ecto-Ca-ATPase activity, and calcium influx in myelinated nerve fibres of the optic nerve after stretch injury. J Neurocytol 1995;24:925–42

65. Giza CC, Hovda DA. The neurometabolic cascade of concussion. J Athl Train 2001;36:228–35

66. Hovda DA, Lee SM, Smith ML, et al. The neurochemical and metabolic cascade following brain injury: Moving from animal models to man. J Neurotrauma 1995;12:903–6

67. McKenzie KJ, McLellan DR, Gentleman SM, et al. Is beta-APP a marker of axonal damage in short-surviving head injury? Acta Neuropathol 1996;92:608–13

68. Blumbergs PC, Scott G, Manavis J, et al. Staining of amyloid precursor protein to study axonal damage in mild head injury. Lancet 1994;344:1055–56

69. Gentleman SM, Nash MJ, Sweeting CJ, et al. Beta-amyloid precursor protein (beta APP) as a marker for axonal injury after head injury. Neurosci Lett 1993;160:139–44

70. Graham DI, Gentleman SM, Lynch A, et al. Distribution of beta-amyloid protein in the brain following severe head injury. Neuropathol Appl Neurobiol 1995;21:27–34

71. Masumura M, Hata R, Uramoto H, et al. Altered expression of amyloid precursors proteins after traumatic brain injury in rats: In situ hybridization and immunohistochemical study. J Neurotrauma 2000;17:123–34

72. McKenzie JE, Gentleman SM, Roberts GW, et al. Increased numbers of beta APP-immunoreactive neurones in the entorhinal cortex after head injury. Neuroreport 1994;6:161–64

73. Murakami N, Yamaki T, Iwamoto Y, et al. Experimental brain injury induces expression of amyloid precursor protein, which may be related to neuronal loss in the hippocampus. J Neurotrauma 1998;15:993–1003

74. Pierce JE, Trojanowski JQ, Graham DI, et al. Immunohistochemical characterization of alterations in the distribution of amyloid precursor proteins and beta-amyloid peptide after experimental brain injury in the rat. J Neurosci 1996;16:1083–90

75. Roberts GW, Gentleman SM, Lynch A, et al. βA4 amyloid protein deposition in brain after head trauma. Lancet 1991;338:1422–23

76. Roberts GW, Gentleman SM, Lynch A, et al. Beta amyloid protein deposition in the brain after severe head injury: Implications for the pathogenesis of Alzheimer's disease. J Neurol Neurosurg Psychiatry 1994;57:419–25

77. Smith DH, Chen XH, Nonaka M, et al. Accumulation of amyloid beta and tau and the formation of neurofilament inclusions following diffuse brain injury in the pig. J Neuropathol Exp Neurol 1999;58:982–92

78. Uryu K, Laurer H, McIntosh T, et al. Repetitive mild brain trauma accelerates Abeta deposition, lipid peroxidation, and cognitive impairment in a transgenic mouse model of Alzheimer amyloidosis. J Neurosci 2002;22:446–54

79. Smith DH, Nakamura M, McIntosh TK, et al. Brain trauma induces massive hippocampal neuron death linked to a surge in beta-amyloid levels in mice overexpressing mutant amyloid precursor protein. Am J Pathol 1998;153:1005–10

80. Ikonomovic MD, Uryu K, Abrahamson EE, et al. Alzheimer's pathology in human temporal cortex surgically excised after severe brain injury. Exp Neurol 2004;190:192–203

81. DeKosky ST, Abrahamson EE, Ciallella JR, et al. Association of increased cortical soluble abeta42 levels with diffuse plaques after severe brain injury in humans. Arch Neurol 2007;64:541–44

82. Graham DI, Gentleman SM, Nicoll JA, et al. Altered beta-APP metabolism after head injury and its relationship to the aetiology of Alzheimer's disease. Acta Neurochir Suppl 1996;66:96–102

83. Gentleman SM, Greenberg BD, Savage MJ, et al. A beta 42 is the predominant form of amyloid beta-protein in the brains of short-term survivors of head injury. Neuroreport 1997;8:1519–22

84. Brody DL, Magnoni S, Schwetye KE, et al. Amyloid-beta dynamics correlate with neurological status in the injured human brain. Science 2008;321:1221–24

85. Geddes DM, LaPlaca MC, Cargill RS 2nd. Susceptibility of hippocampal neurons to mechanically induced injury. Exp Neurol 2003;184:420–27

86. Colicos MA, Dixon CE, Dash PK. Delayed, selective neuronal death following experimental cortical impact injury in rats: Possible role in memory deficits. Brain Res 1996;739:111–19

87. Bramlett HM, Kraydieh S, Green EJ, et al. Temporal and regional patterns of axonal damage following traumatic brain injury: A beta-amyloid precursor protein immunocytochemical study in rats. J Neuropathol Exp Neurol 1997;56:1132–41

88. Dixon CE, Kochanek PM, Yan HQ, et al. One-year study of spatial memory performance, brain morphology, and cholinergic markers after moderate controlled cortical impact in rats. J Neurotrauma 1999;16:109–22

89. Smith DH, Chen XH, Pierce JE, et al. Progressive atrophy and neuron death for one year following brain trauma in the rat. J Neurotrauma 1997;14:715–27

90. Maxwell WL, Domleo A, McColl G, et al. Post-acute alterations in the axonal cytoskeleton after traumatic axonal injury. J Neurotrauma 2003;20:151–68

91. Maxwell WL, MacKinnon MA, Smith DH, et al. Thalamic nuclei after human blunt head injury. J Neuropathol Exp Neurol 2006;65:478–88

92. Kay AD, Day SP, Kerr M, et al. Remodeling of cerebrospinal fluid lipoprotein particles after human traumatic brain injury. J Neurotrauma 2003;20:717–23

93. Hughes DG, Jackson A, Mason DL, et al. Abnormalities on magnetic resonance imaging seen acutely following mild traumatic brain injury: Correlation with neuropsychological tests and delayed recovery. Neuroradiology 2004;46:550–58

94. Kraus MF, Susmaras T, Caughlin BP, et al. White matter integrity and cognition in chronic traumatic brain injury: A diffusion tensor imaging study. Brain 2007;130:2508–19

95. Salmond CH, Menon DK, Chatfield DA, et al. Diffusion tensor imaging in chronic head injury survivors: Correlations with learning and memory indices. Neuroimage 2006;29:117–24

96. Chappell MH, Ulug AM, Zhang L, et al. Distribution of microstructural damage in the brains of professional boxers: A diffusion MRI study. J Magn Reson Imaging 2006;24:537–42

97. Zhang L, Ravdin LD, Relkin N, et al. Increased diffusion in the brain of professional boxers: A preclinical sign of traumatic brain injury? AJNR Am J Neuroradiol 2003;24:52–57

98. Ariza M, Pueyo R, Matarín Mdel M, et al. Influence of APOE polymorphism on cognitive and behavioural outcome in moderate and severe traumatic brain injury. J Neurol Neurosurg Psychiatry 2006;77:1191–93

99. Chiang MF, Chang JG, Hu CJ. Association between apolipoprotein E genotype and outcome of traumatic brain injury. Acta Neurochir (Wien) 2003;145:649–53

100. Friedman G, Froom P, Sazbon L, et al. Apolipoprotein E-epsilon4 genotype predicts a poor outcome in survivors of traumatic brain injury. Neurology 1999;52:244–48

734

© 2009 American Association of Neuropathologists, Inc.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

*J Neuropathol Exp Neurol* • Volume 68, Number 7, July 2009
*Chronic Traumatic Encephalopathy in Athletes*

101. Nicoll JA, Roberts GW, Graham DI. Apolipoprotein E epsilon 4 allele is associated with deposition of amyloid beta-protein following head injury. Nat Med 1995;1:135–37

102. Nicoll JA, Roberts GW, Graham DI. Amyloid beta-protein, APOE genotype and head injury. Ann N Y Acad Sci 1996;777:271–5

103. Hartman RE, Laurer H, Longhi L, et al. Apolipoprotein E4 influences amyloid deposition but not cell loss after traumatic brain injury in a mouse model of Alzheimer's disease. J Neurosci 2002;22:10083–87

104. Cantu RC. Recurrent athletic head injury: Risks and when to retire. Clin Sports Med 2003;22:593–603

105. Gosselin N, Theriault M, Leclerc S, et al. Neurophysiological anomalies in symptomatic and asymptomatic concussed athletes. Neurosurgery 2006;58:1151–61; [discussion 1151–61]

106. Mayers L. Return-to-play criteria after athletic concussion: A need for revision. Arch Neurol 2008;65:1158–61

107. Arfanakis K, Haughton VM, Carew JD, et al. Diffusion tensor MR imaging in diffuse axonal injury. AJNR Am J Neuroradiol 2002;23: 794–802

108. Bergsneider M, Hovda DA, Lee SM, et al. Dissociation of cerebral glucose metabolism and level of consciousness during the period of metabolic depression following human traumatic brain injury. J Neurotrauma 2000;17:389–401

109. De Beaumont L, Brisson B, Lassonde M, et al. Long-term electrophysiological changes in athletes with a history of multiple concussions. Brain Inj 2007;21:631–44

110. Guskiewicz KM, McCrea M, Marshall SW, et al. Cumulative effects associated with *recurrent* concussion in collegiate football players: The NCAA Concussion Study. JAMA 2003;290:2549–55

111. Kozlowski DA, James DC, Schallert T. Use-dependent exaggeration of neuronal injury after unilateral sensorimotor cortex lesions. J Neurosci 1996;16:4776–86

112. Corsellis JA, Brierley JB. Observations on the pathology of insidious dementia following head injury. J Ment Sci 1959;105:714–20

113. Rudelli R, Strom JO, Welch PT, et al. Posttraumatic premature Alzheimer's disease. Neuropathologic findings and pathogenetic considerations. Arch Neurol 1982;39:570–75

114. Klein RL, Lin WL, Dickson DW, et al. Rapid neurofibrillary tangle formation after localized gene transfer of mutated tau. Am J Pathol 2004;164:347–53

115. Weaver CL, Espinoza M, Kress Y, et al. Conformational change as one of the earliest alterations of tau in Alzheimer's disease. Neurobiol Aging 2000;21:719–27

116. Su JH, Cummings BJ, Cotman CW. Early phosphorylation of tau in Alzheimer's disease occurs at Ser-202 and is preferentially located within neurites. Neuroreport 1994;5:2358–62

117. Lewis J, McGowan E, Rockwood J, et al. Neurofibrillary tangles, amyotrophy and progressive motor disturbance in mice expressing mutant (P301L) tau protein. Nat Genet 2000;25:402–5

118. Lewis J, Dickson DW, Lin WL, et al. Enhanced neurofibrillary degeneration in transgenic mice expressing *mutant* tau and APP. Science 2001;293:1487–91

## APPENDIX

## Methods for Analysis of Cases A to C

The following anatomical regions were microscopically evaluated in paraffin sections in Cases A to C: olfactory bulb, midbrain at level of red nucleus, right motor cortex, right inferior parietal cortex (Brodmann Area [BA] 39, 40), right anterior cingulate (BA 24), right superior frontal (BA 8, 9), left inferior frontal cortex (BA 10, 11, 12), left lateral frontal (BA 45, 46), caudate, putamen, and accumbens (CAP), anterior temporal (BA 38), superior temporal (BA 20, 21, 22), middle temporal cortex, inferior temporal cortex, amygdala, entorhinal cortex (BA 28), globus pallidus, insula, substantia innominata, right hippocampal formation at the level of the lateral geniculate, hippocampus, thalamus with mammillary body, thalamus, posterior cingulate (BA 23, 31), calcarine cortex (BA 17,18), superior parietal cortex (BA 7B), cerebellar vermis, cerebellum with dentate nucleus, parastriate cortex (BA 19) pons, medulla, and spinal cord.

The sections were stained with Luxol fast blue and hematoxylin and eosin, Bielschowsky silver impregnation, and by immunohistochemistry with antibodies to phosphoserine 202 and phosphothreonine 205 of PHF-tau (mouse monoclonal AT8; Pierce Endogen, Rockford IL; 1:2000), α-synuclein (rabbit polyclonal; Chemicon, Temecula, CA; 1:15,000), Aβ (mouse monoclonal; Dako North America Inc, Carpinteria, CA; 1:2000) (after formic acid pretreatment), and Aβ 42 (rabbit polyclonal; Invitrogen [Biosource], Carpinteria, CA; 1:2000). In addition, multiple large coronal fragments were cut at 50 μm on a sledge microtome and stained as free-floating sections using a mouse monoclonal antibody directed against phosphoserine 202 of tau (CP-13; courtesy of Peter Davies; 1:200); this is considered to be the initial site of tau phosphorylation in NFT formation (114–118). Other monoclonal antibodies used for immunostaining were AT8, phosphoserine 396, and phosphoserine 404 of hyperphosphorylated tau (PHF-1; courtesy of Peter Davies; 1:1000) (114–118), glial fibrillary acidic protein (Chemicon; 1:2000), and HLA-DR-Class II major histocompatibility complex (LN3; Zymed, San Francisco, CA; 1:2000); some of these sections were counterstained with cresyl violet.

© 2009 American Association of Neuropathologists, Inc.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

EXHIBIT 54

**ISSUES AND POSITIONS**

# CHRONIC TRAUMATIC ENCEPHALOPATHY IN THE NATIONAL FOOTBALL LEAGUE

**Robert C. Cantu, M.D.**

Department of Surgery,
Emerson Hospital,
Concord, Massachusetts, and
Neurological Sports Injury Center,
Brigham and Women's Hospital,
Boston, Massachusetts

*Neurosurgery 61:223–225*   DOI: 10.1227/01.NEU.0000255514.73967.90   www.neurosurgery-online.com

**W**hen Andre Waters, a hard hitting National Football League (NFL) safety from 1984 to 1995, made the front page of the *New York Times* on Thursday, January 18, 2007, he became the third NFL player known to have died as a result of chronic traumatic encephalopathy (CTE) attributed to the multiple concussions he experienced while playing in the NFL. Preceding the 44-year-old Andre were Mike Webster, age 50, the Hall of Fame Pittsburgh Steelers center who died homeless, and Terry Long, age 42, who, like Waters, took his own life (6, 7).

All three of these athletes were known as iron men, hard hitters who never came out of the game, continuing to play through countless injuries, including concussions. All of these athletes, as well as Ted Johnson, whose front-page story was widely circulated February 2, 2007 in the *New York Times* and *Boston Globe*, shared symptoms of sharply deteriorated cognitive function, especially recent memory loss and psychiatric symptoms such as paranoia, panic attacks, and major depression after multiple concussions experienced in the NFL.

The brains of all of these deceased athletes were examined by Bennett Omalu, M.D., a forensic pathologist at the University of Pittsburgh, and shared common features of CTE including neurofibrillary tangles, neutrophil threads, and cell dropout. He likened Waters' brain to that of an "octogenarian Alzheimer's patient."

## ARE THE FINDINGS OF CTE IN THE BRAINS OF WEBSTER, LONG, AND WATERS A SURPRISE?

Certainly the Waters finding was no surprise to Julian Bailes, M.D., medical director, and Kevin Guskiewicz, Ph.D., the Director of the Study of Retired Athletes at the University of North Carolina at Chapel Hill. Their study of retired NFL players published in this journal found that those who had sus-

tained three or more concussions were three times more likely to experience "significant memory problems" and five times more likely to develop earlier onset of Alzheimer's disease (3). A study published this year by the same authors found a similar relationship between three or more concussions and clinical depression (4).

The NFL's own publications in this journal on concussion state that they had seen no cases of CTE in the NFL in (8–10). That finding is not a surprise as the NFL study included only active players in their 20s and 30s during a short 6-year window from 1996 to 2001. Other significant limitations of the NFL studies include the following:

1) History of concussion: previous concussions either in the NFL in the years before the study began or during their playing careers in high school, college, or other levels of football were not included.

2) The population of NFL players changes from year to year: new players enter the league, older players leave the league, and we do not know the number of players who constituted the 1996 population who are still in the league in subsequent years.

3) There was difficulty collecting data on loss of consciousness; the initial data collection sheet did not ask for data regarding loss of consciousness.

4) This was a multisite study with numerous different examiners; there was no uniform method of evaluation of concussion in this study.

5) Return to play data were collected on players with initial and repeat concussion: there are many other factors that go into the decision of whether or not the player should return to play, including the importance of the player to the team; the importance of the upcoming game to the team; and pressure from owners, players, and their families, coaches, agents, and media may certainly influence the final decision on when the player returns to play.

6) The results apply to mainly NFL-level players: extrapolation to younger players has not been demonstrated.

Should we be surprised that CTE has been reported in former NFL football players? I would echo Dr. Bailes and say "absolutely not," but for additional reasons. Before I enumerate, let us first go back to the definition of CTE.

CTE, or dementia pugilistica, was first described by Harrison S. Martland in his landmark *Journal of the American Medical Association* article published in 1928 (5) as being characteristic of boxers "who take considerable head punishment seeking only to land a knockout blow." It was also "common in second rate fighters used for training purposes." The early symptoms he described were a "slight mental confusion, a general slowing in muscular movement, hesitancy in speech, and tremors of the hands." Later, marked truncal ataxia, Parkinsonian syndrome, and marked mental deterioration may set in, "necessitating commitment to an asylum" (5, p 1103).

Although Martland first described the clinical syndrome of CTE and Roberts (11) echoed the dangers of chronic brain damages in boxers in 1969, it was Corsellis et al. who first identified the neuropathology of this syndrome in the brains of 15 deceased boxers, eight of whom were either world or national champions (1).

*Table 1* summarizes his findings of the four main components of this entity, areas of the brain damaged, and resultant signs and symptoms. It is critical to understand that although Corsellis pointed out four different areas of the brain and the resultant signs and symptoms, he did not state that all four areas needed to be involved for the diagnosis to be made. In fact, only eight out of 15 brains studied had all four areas of pathology present (2).

It was Corsellis who also reported CTE not only in boxers but other sports with a high risk of head injury, including those in which head injury occurred in declining frequency; among these were jockeys (especially steeplechasers), professional wrestlers, parachutists, and even a case of battered wife syndrome. With this history, it is no surprise to have cases from NFL football.

## SO WHAT ARE THE QUESTIONS TO BE ANSWERED?

The most pressing question to be answered concerns the prevalence of the problem. The Waters case came to light only because of Chris Nowinski, a former All-Ivy defensive tackle at Harvard and World Wrestling Entertainment professional wrestler who, after being forced to retire because of repeated concussions and postconcussion syndrome, researched and wrote a book on the subject of athletic concussions. Hearing of Waters' suicide and suspecting CTE, Nowinski convinced the Waters family to send a portion of Waters' brain to Dr. Omalu for neuropathological examination.

Since the Ted Johnson publicity in which this former New England Patriots star middle linebacker said, "I don't want anyone to end up like me," I have personally examined and spoken with a number of retired NFL players with postconcussion/CTE symptoms. Only an immediate prospective study will determine the true incidence of this problem. Although this study could be funded by the NFL charities, the NFL should refrain from introducing potential bias with regard to the team of neurosurgeons, neurologists, neuropsychiatrists, and neuropathologists with athletic head injury expertise chosen to carry out the study.

I also commend the fact that the brains of Webster, Long, and Waters have now been examined by other neuropathologists who concur with Omalu's findings. Obtaining second opinions on such a high profile issue is just common sense.

Finally, it is clear that not all players with long concussion histories have met premature and horrific ends to their lives. However, as the list of NFL players retired as a result of postconcussion symptoms (e.g., Harry Carson, Al Toon, Merrill Hodge, Troy Aikman, Steve Young, Ted Johnson, Wayne Chrebet) grows and as the number of documented CTE cases increases, the time for independent study of the problem as well as NFL recognition that there is a problem is now. Recognizing that soldiers were having problems with blast-related closed head injury, I have been a part of a team convened by the Department of Defense to write management algorithms and protocols in the past year. I believe the NFL would be prudent to assemble such an independent impeccably qualified "dream team" to tackle their problem with concussion and resultant CTE head on. Just as the National Association for Stock Car Auto Racing recently faced a problem, solved it, and became even more popular, I believe the NFL will lift this dark cloud if they confront the problem directly and honestly.

| TABLE 1. Four main components of chronic brain damage in dementia pugilistica | |
|---|---|
| **Area damaged** | **Clinical symptoms/signs** |
| Septum pellucidum, adjacent periventricular grey matter, frontal and temporal lobes | Altered affect (euphoria, emotional ability) and memory |
| Degeneration of the substantia nigra | Parkinson's syndrome of tremor, rigidity, and brachykinesia |
| Cerebellar scarring and nerve cell loss | Slurred speech, loss of balance and coordination |
| Diffuse neuronal loss | Loss of intellect, Alzheimer's syndrome |

## REFERENCES

1. Corsellis JA, Bruton CJ, Freeman-Browne D: The aftermath of boxing. **Psychol Med** 3:270–303, 1973.
2. Corsellis JA: Brain damage in sport. **Lancet** 1:401–402, 1976.
3. Guskiewicz KM, Marshall SW, Bailes J, McCrea M, Cantu RC, Randolph C, Jordan BD: Association between recurrent concussion and late-life cognitive impairment in retired professional football players. **Neurosurgery** 57:719–726, 2005.

CHRONIC TRAUMATIC ENCEPHALOPATHY IN THE NATIONAL FOOTBALL LEAGUE

4. Guskiewicz KM, Marshall SW, Bailes J, McCrea M, Harding HP, Matthews A, Mihalik JR, Cantu RC: Recurrent Concussion and Risk of Depression in Retired Professional Football Players. **Med Sci Sports Exerc** 39:903–909, 2007.

5. Martland HS: Punch drunk. **JAMA** 91:1103–1107, 1928.

6. Omalu BI, DeKosky ST, Minster RL, Kamboh MI, Hamilton RI, Wecht CH: Chronic traumatic encephalopathy in a National Football League player. **Neurosurgery** 57:128–134, 2005.

7. Omalu BI, DeKosky ST, Hamilton RL, Minster RL, Kamboh MI, Shakir AM, Wecht CH: Chronic traumatic encephalopathy in a national football league player: Part II. **Neurosurgery** 59:1086–1092, 2006.

8. Pellman EJ, Viano DC, Casson IR, Arfken C, Powell J: Concussion in professional football: Injuries involving 7 or more days out—Part 5. **Neurosurgery** 55:1100–1119, 2004.

9. Pellman EJ, Lovell MR, Viano DC, Casson IR, Tucker AM: Concussion in professional football: Neuropsychological testing—Part 6. **Neurosurgery** 55:1290–1303, 2004.

10. Pellman EJ, Lovell MR, Viano DC, Casson IR: Concussion in professional football: Recovery of NFL and high school athletes assessed by computerized neuropsychological testing—Part 12. **Neurosurgery** 58:263–274, 2006.

11. Roberts AH: *Brain Damage in Boxers*. London, Pitman Medical & Scientific Publishing, 1969, pp 61–99.



*Harlequin by Picasso, 1901. Oil on canvas. Courtesy of The Metropolitan Museum of Art, New York.*

EXHIBIT 55

**Kevin M. Guskiewicz, Ph.D., A.T.C.**

Departments of Exercise and Sport Science
and Orthopedics,
University of North Carolina
at Chapel Hill,
Chapel Hill, North Carolina,

**Stephen W. Marshall, Ph.D.**

Departments of Epidemiology and
Orthopedics,
University of North Carolina
at Chapel Hill,
Chapel Hill, North Carolina,

**Julian Bailes, M.D.**

Department of Neurosurgery,
West Virginia University
School of Medicine,
Morgantown, West Virginia

**Michael McCrea, Ph.D.**

Neuroscience Center,
Waukesha Memorial Hospital,
Waukesha, Wisconsin, and
Department of Neurology,
Medical College of Wisconsin,
Milwaukee, Wisconsin

**Robert C. Cantu, M.D.**

Neurosurgery Service,
Emerson Hospital,
Concord, Massachusetts, and
Neurological Sports Injury Center,
Brigham and Women's Hospital,
Boston, Massachusetts

**Christopher Randolph, Ph.D.**

Chicago Neurological Institute,
Chicago, Illinois, and
Department of Neurology,
Loyola University Medical School,
Maywood, Illinois,

**Barry D. Jordan, M.D., M.P.H.**

Memory Evaluation and Treatment
Service,
Burke Rehabilitation Hospital,
White Plains, New York

**Reprint requests:**
Kevin M. Guskiewicz, Ph.D.,
A.T.C.,
Sports Medicine
Research Laboratory,
Department of Exercise
and Sport Science,
211 Fetzer CB #8700,
University of North Carolina
at Chapel Hill,
Chapel Hill, NC 27599-8700.
Email: gus@email.unc.edu

**Received,** November 5, 2004.
**Accepted,** May 3, 2005.

# CLINICAL STUDIES

# Association between Recurrent Concussion and Late-Life Cognitive Impairment in Retired Professional Football Players

**OBJECTIVE:** Cerebral concussion is common in collision sports such as football, yet the chronic neurological effects of recurrent concussion are not well understood. The purpose of our study was to investigate the association between previous head injury and the likelihood of developing mild cognitive impairment (MCI) and Alzheimer's disease in a unique group of retired professional football players with previous head injury exposure.

**METHODS:** A general health questionnaire was completed by 2552 retired professional football players with an average age of 53.8 (±13.4) years and an average professional football playing career of 6.6 (± 3.6) years. A second questionnaire focusing on memory and issues related to MCI was then completed by a subset of 758 retired professional football players (≥50 yr of age). Results on MCI were then cross-tabulated with results from the original health questionnaire for this subset of older retirees.

**RESULTS:** Of the former players, 61% sustained at least one concussion during their professional football career, and 24% sustained three or more concussions. Statistical analysis of the data identified an association between recurrent concussion and clinically diagnosed MCI ($\chi^2 = 7.82$, $df = 2$, $P = 0.02$) and self-reported significant memory impairments ($\chi^2 = 19.75$, $df = 2$, $P = 0.001$). Retired players with three or more reported concussions had a fivefold prevalence of MCI diagnosis and a threefold prevalence of reported significant memory problems compared with retirees without a history of concussion. Although there was not an association between recurrent concussion and Alzheimer's disease, we observed an earlier onset of Alzheimer's disease in the retirees than in the general American male population

**CONCLUSION:** Our findings suggest that the onset of dementia-related syndromes may be initiated by repetitive cerebral concussions in professional football players.

**KEY WORDS:** Alzheimer, Concussion, Mild cognitive impairment, Retired professional football players

*Neurosurgery 57:719–726, 2005*     DOI: 10.1227/01.NEU.0000175725.75780.DD     www.neurosurgery-online.com

Traumatic brain injury (TBI) is an important public health concern, as each year more than 1.2 million Americans suffer head injury (26). More than 50,000 head-related injuries result in a fatality each year in the United States, whereas the overwhelming majority of head injuries are classified as mild traumatic brain injuries that can result in significant cognitive, emotional, and functional disabilities (26). TBI has been identified as a potential risk factor for the occurrence (or early expression) of neurodegenerative dementing disorders, including Alzheimer's disease (AD) disease and Parkinson's syndrome, and other psychiatric disorders such as clinical depression (8, 13, 21, 25, 28, 31, 35–37, 40). Still, other research findings have not shown this association between TBI and dementia (1, 3, 6, 7, 17, 19, 33, 42). Guo et al. (9) suggested that the severity of head injury is related to the magnitude of AD risk, and that the risk of AD associated with head injury involving loss of consciousness was approximately double that associated with head injury without loss of consciousness. However, they reported that even head injury without loss of conscious-

Copyright © Congress of Neurological Surgeons. Unauthorized reproduction of this article is prohibited.

GUSKIEWICZ ET AL.

ness significantly increased the risk of AD relative to no head injury (9).

Mild cognitive impairment (MCI) is a recently established diagnostic classification typically applied to older individuals who exhibit some evidence of cognitive decline (usually in the domain of memory) and perform below expected levels on formal neurocognitive testing, but who have not exhibited a sufficient degree of impairment and/or functional decline to meet diagnostic criteria for dementia (30). MCI is often conceptualized as a transitional state between the cognitive changes of normal aging and dementia, with most recent studies estimating that 10 to 20% of MCI patients convert to a more advanced stage labeled as "dementia" each year, compared with healthy controls who convert at a rate of 1 to 2% per year (5, 22, 39). The majority of patients with MCI who convert to dementia are subsequently diagnosed with probable AD, although a significant percentage is diagnosed with vascular dementia (23). The identification of risk factors for the onset of MCI, and for the conversion of MCI to dementia, is an important step in developing strategies for the prevention and early treatment of these disorders, especially with the emergence of various dementia treatment agents thought to provide the greatest therapeutic yield earliest in the disease process. Although head trauma has been linked to irreversible cognitive deficits (24, 29, 30), its role in causing eventual MCI or AD is less clear. Mayeux et al. (20) reported a 10-fold increase in the risk of developing AD among those individuals who tested positive for the ApoE e4 gene and had a history of TBI, compared with only a two-fold increase in risk with the ApoE e4 gene alone. Other authors have described a genetic vulnerability and redistribution of neurofilaments after TBI resulting from rotational acceleration of the head in the non-athletic population (12, 27).

The relatively high rate of concussive brain injuries in contact sports affords a unique opportunity for exploring both the immediate and long-term consequences of concussion. More than 300,000 sport-related concussions, many of which are recurrent injuries, occur annually in the United States (38). Unfortunately, the long-term effects of these concussions remain largely unclear. Organized sports, however, provides for a unique laboratory for studying the influence of recurrent mild TBI on dementia-related syndromes such as MCI and AD. The sports literature has connected ApoE e4 with chronic TBI in boxers (16), and other studies have shown that the repeated head trauma experienced by boxers can lead to the development of dementia pugilistica—punch drunk syndrome (32). This literature has also carefully defined the neuropathology of dementia pugilistica as involving numerous neurofibrillary tangles in the absence of plaques, in contrast to the profusion of tangles and plaques seen in AD. Lower cognitive performance has also been found in older football players with the ApoE e4 gene, suggesting that there may be an association between these dementia syndromes and either recurrent TBI or recurrent subconcussive contacts to the head (18). The purpose of our study was to investigate the association between previous head injury and the likelihood of developing MCI and/or AD in a unique group of individuals, namely retired professional football players, who have previous head injury exposure.

## PATIENTS AND METHODS

A diverse group of retired professional football players were studied, including recent retirees and those who played professional football before World War II. All participants played a minimum of two seasons of professional football. We studied this group using two self-report questionnaires: a general health survey and a follow-up instrument specifically targeting cognitive decline. It was explained at the beginning of the survey that participants would not be identified and that research records would be kept confidential. By completing and submitting the survey, participants were acknowledging that they agreed to take part in this research study.

### General Health Questionnaire

The general health questionnaire was first sent to all living members of the National Football League Retired Player's Association (n = 3683) through the Center for the Study of Retired Athletes. The questionnaire asked a variety of questions about musculoskeletal, cardiovascular, and neurological conditions that the retired player experienced during and after his football career. It included questions about the number of concussions sustained during their professional football career (concussion history) and the prevalence of diagnosed medical conditions such as depression, Parkinson's disease, AD, and schizophrenia. Previous concussion was based on the player's retrospective recall of injury events and was defined on the questionnaire as an injury resulting from a blow to the head that caused an alteration in mental status and one or more of the following symptoms: headache, nausea, vomiting, dizziness/balance problems, fatigue, trouble sleeping, drowsiness, sensitivity to light or noise, blurred vision, difficulty remembering, and difficulty concentrating. Additionally, the questionnaire included the SF-36 Measurement Model for Functional Assessment of Health and Well-Being, which addresses how well the retired athlete functions with activities of daily living (41). From the SF-36, we calculated a physical health composite score, which includes scores of physical functioning, role physical, bodily pain, and general health, as well as a mental health component score, which includes scores of vitality, social functioning, role emotional, and mental health. These scores were compared with age- and gender-specific population-based norms established by previous researchers (41).

We initially mailed the general health questionnaire in May 2001, followed by remailings to nonrespondents in August 2001 and February 2002. We then began telephoning nonrespondents at different times of the day and completed the questionnaire over the telephone. We then conducted a reliability check of the general health questionnaire by readministering the instrument to 25 of the original respondents 18 to

Copyright © Congress of Neurological Surgeons. Unauthorized reproduction of this article is prohibited.

24 months later to establish a high level of agreement between selected responses.

## Mild Cognitive Impairment Instrument

Approximately 4 months later, a second questionnaire focusing on memory and issues related to MCI was sent to a subset of 1754 retirees. The subset comprised all respondents from the original health questionnaire who aged 50 years or older. The same instrument was also sent to an informant (spouse or close relative) to collect data on any cognitive problems exhibited by the retiree that were not reported on the retiree's instrument. Results from the MCI questionnaire were then cross-tabulated with results from the original general health questionnaire. MCI was defined according to the following, outlined in the American Academy of Neurology Practice Parameter (30): memory complaint corroborated by a family member; objective memory impairment as determined by neurocognitive testing; intact activities of daily living; and does not meet accepted diagnostic criteria for probable AD or other forms of dementia.

### Statistical Analysis

$X^2$ tests of association were used to compare proportions in tables; Fisher's exact test was used when 80% of expected cell counts were less than five. Analysis of variance models were used to determine differences among the groups on selected variables. The groups were stratified by concussion history (none, one, two, and three or more). Because of the sample size, some analyses required us to collapse respondents with one and two previous concussions into a single group (one to two previous concussions). We used the Cochran-Armitage trend test to assess linear trends in the proportion of retirees reporting memory impairments and problems across strata of concussion history. Level of significance for all analyses was set a priori at $P < 0.05$. Estimates of the prevalence of AD in the general population of American men, stratified by age, were provided by researchers at the Johns Hopkins University (2).

## RESULTS

### General Health Questionnaire

Of the original 3683 general health surveys sent to retired players, 2552 (69.3%) were completed. The age of the respondents averaged 53.8 (±13.4) years, with an average professional football playing career of 6.6 (±3.6) years. Respondents reported having played organized football (junior high school, high school, college, armed service, and professional) for an average of 15.1 (± 4.3) years. When considering the prevalence of previous concussions, 1513 (60.8%) of the retired players reported having sustained at least one concussion during their professional playing career, and 597 (24%) reported sustaining three or more concussions. Of those retired players who had sustained a concussion during their professional career, more than half reported experiencing loss of consciousness (n = 817,

54.0%) or memory loss (n = 787, 52.0%) from at least one of their concussive episodes. We asked the retired athletes for their subjective assessment of the long-term consequences of their injuries. Of the retirees who sustained at least one concussion, 266 (17.6%) reported that they perceived the injury to have had a permanent effect on their thinking and memory skills as they have gotten older.

Only 33 (1.3%) retired players reported being diagnosed by a physician as having AD; 15 were undergoing medical treatment for the disease. We observed a higher prevalence of AD in the study population relative to the general American male population (*Fig. 1*). The overall age-adjusted prevalence ratio for AD was 1.37 (95% confidence interval 0.98–1.56), which indicates that the football retirees have higher prevalence than other American men of the same age. The AD prevalence in the football retirees was particularly increased in the younger age groups (≤70 yr), which suggests that this group may have an earlier onset of AD than the general American male population. The average age of the retired players with AD was 71.7 (± 7.62) years (range, 52–83 yr). There was, however, no association between number of concussions sustained as a professional player (none, one, two, and three or more) and a diagnosis of AD (Fisher's exact test, $P = 0.24$).

Mental Component Scale (MCS) scores on the SF-36 were similar between the NFL retirees and population-based normative values for all age groups ($P > 0.05$) (*Fig. 2*); however, retired players with a history of concussion, especially recurrent concussion, scored lower (worse) on the MCS than those without a history of recurrent concussion (F [3,2146] = 19.29, $P = 0.001$). The lowest MCS scores were observed in those with the most reported concussions (*Table 1*). The group who experienced three or more concussions also scored significantly worse than the normative group on the age-matched MCS (50.31 versus 52.42).

### Mild Cognitive Impairment Instrument

Results of the follow-up MCI and memory questionnaires were analyzed based on responses from 758 retired players (average age, 62.4 yr) and 641 retired players' spouses or close relatives. Our findings revealed 22 cases of physician-diagnosed MCI and 77 cases of retirees who have significant




**FIGURE 1.** *Alzheimer's disease prevalence ratios for the American male population and National Football League (NFL) retirees. Error bars indicate 95% confidence intervals.*

Copyright © Congress of Neurological Surgeons. Unauthorized reproduction of this article is prohibited.

GUSKIEWICZ ET AL.



**FIGURE 2.** *MCS scores for the NFL retirees and population norms by age. "Total" is age-standardized; error bars indicate 95% confidence intervals.*



**FIGURE 3.** *Percentage of retired players aged 50 years or older with a diagnosis of MCI and memory problems (self-reported and reported by a spouse or close relative) by concussion history (none, one, two, and three or more). Error bars indicate 95% confidence intervals. P < 0.007.*

**TABLE 1. Mental Component Scale score by concussion history in retired National Football League players aged 50 years or older[a]**

| No. of previous concussions | Mean MCS score and 95% CI | Standard deviation |
|---|---|---|
| 0 (n = 814) | 54.35 (53.77, 54.94) | (8.50) |
| 1 (n = 429) | 52.63 (51.73, 53.52) | (9.47) |
| 2 (n = 374) | 52.97 (52.03, 53.91) | (9.22) |
| 3+ (n = 533) | 50.31 (49.35, 51.27) | (11.26) |

[a] MCS, mental component scale; CI, confidence interval. $P < 0.001$; $\beta$ -1.51 (0.26).

memory impairment as determined by their spouse or close relative. Further analyses of these data identified an association between recurrent concussion and clinically diagnosed MCI ($\chi^2 = 7.82$, df = 2, $P = 0.02$); self-reported significant memory impairments ($\chi^2 = 19.75$, df = 2, $P = 0.001$); and spouse/relative-reported significant memory impairments ($\chi^2 = 6.05$, df = 2, $P = 0.04$). Retired players with three or more reported concussions had a fivefold prevalence of being diagnosed with MCI and a threefold prevalence of reported significant memory problems compared with those players without a history of concussion (*Fig. 3*). There was no association between MCI and other systemic factors such as coronary heart disease, hypertension, diabetes, or osteoarthritis. Although we found an association between diagnosis of MCI and stroke, this association does not detract from the association between MCI and concussion history. Only three (13.6%) of the 22 MCI cases involved stroke, and we do not know which diagnosis came first.

## DISCUSSION

These data suggest that a history of concussion, particularly recurrent concussion, may be a risk factor for the expression of late-life memory impairment, MCI, and AD. Although the clinical samples studied are relatively small, retired professional football players were found to have a progressive decline in mental health functioning and a higher rate of memory problems and cognitive decline associated with a history of concussion. Retired players with a history of three or more concussions were at highest risk of being diagnosed by a physician as having MCI and of having significant memory problems based on their own account and the observations of their spouse or caregiver.

Data from a small sample of retired athletes medically diagnosed with probable AD also suggests a trend toward earlier disease onset and higher disease prevalence in younger cohorts relative to the general population (*Fig. 1*). Despite the earlier onset of AD, we failed to find an association between previous concussion and lifetime onset of AD. The cumulative effect of sub-concussive and concussive contacts to the head sustained by professional football players may promote an earlier expression of AD; however, the factor of age eventually overwhelms this factor and prevents it from becoming an independent predictor of lifetime onset of AD. Thus, the lines in *Figure 1* representing the two groups (American male population and retired NFL players) eventually converge.

The number of individuals in the United States with AD was estimated at 2.32 million in 1997, and it is projected that the prevalence will nearly quadruple in the next 50 years, by which time 1 in 45 Americans will be afflicted with the disease (2). As a result, AD is sure to place a large burden on the country's health care system in the decades ahead. For this reason, identification of factors associated with precursor conditions to AD are of interest. The pathology is characterized by cerebral atrophy most severe in frontal, temporal, and parietal lobes resulting in a dramatic reduction of brain weight (normal, 1500–1800 g; AD, 850–1250 g). Microscopic findings include senile plaques, neurofibrillary tangles, and granulovascular degeneration. Biomechanically, there is a 50 to 90% reduction in choline acetyltransferase (5, 15, 17, 23, 36, 37, 39). Clinically, AD presents with a progressive decline in cortical functions principally affecting memory, language, and executive functioning, followed by increasing neurobehavioral and

Copyright © Congress of Neurological Surgeons. Unauthorized reproduction of this article is prohibited.

neuropsychiatric deficits in more advanced stages of the disease (2, 5, 6).

The study of MCI and AD is challenging because of the difficulties in diagnosing the conditions. Both conditions can be evaluated using several measures, but they cannot be diagnosed solely on neuropsychological assessment. Petersen et al. (29, 30) state that the usefulness of any neuropsychological battery for identifying cases of MCI depends on its composition, size, and supporting data. The battery should include measures of new learning, delayed recall, attention, and executive function. Neuroimaging is also considered a powerful tool for the differential diagnosis of cognitive impairment and tracking change (30). Hippocampal atrophy has been identified in amnestic MCI relative to cognitively intact controls, and it is believed that volumetric measurement of this atrophy can predict the rate of conversion from MCI to AD (15).

The human ApoE gene encodes a cholesterol carrier lipoprotein (apolipoprotein E) that is made in the liver and brain and is important in the transport of lipids in the brain. There are three allelic forms (ApoE e2, e3, e4) that give rise to six possible genotype combinations. ApoE plays an important role in the response of the brain to injury. After accelerator forces are imparted to the brain, there is an accumulation of beta amyloid and tau proteins within hours of injury within the neuronal body (12). Possession of the e2 allele is now believed to be underrepresented in AD and may be protective (22). On the other hand, possession of ApoE e4 increases the risk of AD, shifts onset to an earlier age, increases the accumulation of amyloid beta protein in AD and TBI, and decreases recovery after TBI (6, 7, 12, 19, 20).

The sports literature also suggests that possessing the ApoE e4 allele results in greater cognitive impairment after mild repetitive head injury. Older professional football players with the ApoE e4 allele score lower on cognitive tests than players without the allele or less experienced players of any genotype (18). The study clearly suggests that the cognitive status of athletes with repeated head trauma is influenced by age, inherited factors such as ApoE e4, and cumulative exposure to head contact.

Jordan et al. (16) came to similar conclusions in their study of boxers. The boxers with higher exposure (defined by number of bouts) had significantly higher chronic brain injury scores than those with low exposure. Boxers with low exposure had low chronic brain injury scores irrespective of ApoE e4 allele genotype, whereas those with high exposure and the ApoE e4 allele had higher chronic brain injury scores than boxers with high exposure and no ApoE e4 allele. Possession of the ApoE e4 allele was associated with an increased severity of neurological deficits in the high-exposure boxers.

To our knowledge, our study is unique in evaluating the risk of recurrent mild TBI in the development of later-life memory disorders and MCI. These data describe a significant association between recurrent concussion and MCI, as well as with self-reported memory impairments confirmed by a spouse or close relative. Retired professional football players with three or more concussions were twice as likely to be diagnosed with MCI as those with one or two previous concussions, and five times more likely than those with no previous concussions. This trend continued with respect to self-reported significant memory problems. These findings suggest that the clinical features of dementia-related syndromes, such as reductions in synaptic density, loss of neurons, and granulovacuolar degeneration, may be initiated by repetitive cerebral concussions. Other recent peer-reviewed studies of recurrent concussion have identified an acute cumulative effect of concussion as measured by increased symptomatology or slowed recovery on symptom checklists and neuropsychological tests after subsequent injuries in high school and collegiate athletes (4, 10, 11, 14). These acute or short-term consequences of recurrent concussion should be of great interest to the sports medicine community, especially given that they parallel our findings of more chronic consequences after years of playing football.

Our study is influenced by the limitations of any retrospective self-report study. The study is limited by the uncertainty of how well the retired players recalled the concussions sustained during their careers and the accuracy of reporting memory problems and diagnosis of MCI. Recent literature has reported selective preservation of older information in subjects with AD-related dementia, which suggests that recollection of events involving previous injuries is not unlikely in these retired athletes (34). The purpose of the spouse or close relative questionnaire was to confirm the retired players' memory status and any physician-diagnosed MCI. For cases in which there was disagreement in the responses of the retiree and the spouse or relative, phone calls and medical records were used to confirm the diagnosis. When the difference in responses could not be reconciled, the case was eliminated from the analyses. Another limitation of our study is that we do not currently know the ApoE allele form of these retired players, which might help to better understand some of these relationships.

## CONCLUSIONS

Despite the limitations, these data suggest some very interesting findings—that a history of recurrent concussions, and probably sub-concussive contacts to the head, may be risk factors for the expression of late-life memory impairment, MCI, and AD. Our findings demonstrate a dose-response relationship between concussion and an increased lifetime burden; however, prospective longitudinal cohort studies are necessary to determine causality. Future prospective studies should implement genetic testing, more rigorous diagnostic criteria, historical documentation, and extensive serial evaluations (e.g., neuropsychological testing, functional neuroimaging) to clarify the direct or mitigating effects of concussion on lifetime risk of dementia or other neurological disorders.

## REFERENCES

1. Broe GA, Henderson AS, Creasey H, McCusker E, Korten AE, Jorm AF, Longley W, Anthony JC: A case-control study of Alzheimer's disease in Australia. **Neurology** 40:1698–1707, 1990.

Copyright © Congress of Neurological Surgeons. Unauthorized reproduction of this article is prohibited.

2. Brookmeyer R, Gray S, Kawas C: Projections of Alzheimer's Disease in the United States and the public health impact of delaying disease onset. **Am J Public Health** 88:1337–1342, 1998.

3. Chandra V, Kokmen E, Schoenberg BS, Beard CM: Head trauma with loss of consciousness as risk factor for Alzheimer's disease. **Neurology** 39:1576–1578, 1989.

4. Collins MW, Lovell MR, Iverson G, Cantu RC, Maroon J, Field M: Cumulative effects of concussion in high school athletes. **Neurosurgery** 51:1175–1181, 2002.

5. Daly E, Zaitchik D, Copeland M, Schmahmann J, Gunther J, Albert M: Predicting conversion to Alzheimer disease using standardized clinical information. **Arch Neurol** 57:675–680, 2000.

6. Ferini-Strambi L, Smirne S, Garancini P, Franceshi M: Clinical and epidemiological aspects of Alzheimer's disease with presenile onset: A case-control study. **Neuroepidemiology** 9:39–49, 1990.

7. Fratiglioni L, Ahlbom A, Viitanen M, Winblad B: Risk factors for late-onset Alzheimer's disease: A population-based, case-control study. **Ann Neurol** 33:258–266, 1993.

8. Graves AB, White E, Koepsell TD, Reifler BV, van Belle G, Larson EB, Raskind M: The association between head trauma and Alzheimer's disease. **Am J Epidemiol** 131:491–501, 1990.

9. Guo Z, Cupples LA, Kurz A, Auerbach SH, Volicer L, Chui H, Green RC, Sadovnick AD, Duara R, DeCarli C, Johnson K, Go RC, Growdon JH, Haines JL, Kukull WA, Farrer LA: Head injury and the risk of AD in the MIRAGE study. **Neurology** 54:1316–1323, 2000.

10. Guskiewicz K, McCrea M, Marshall WM, Cantu RC, Randolph C, Barr W, Onate JA, Kelly JP: Cumulative effects associated with recurrent concussion in collegiate football players: The NCAA Concussion Study. **JAMA** 290: 2549–2555, 2003.

11. Guskiewicz K, Weaver N, Padua D, Garrett W: Epidemiology of concussion in collegiate and high school football players. **Am J Sports Med** 28:643–650, 2000.

12. Hamberger A, Huang YL, Zhu H, Bao F, Ding M, Blennow K, Olsson A, Hansson HA, Viano D, Haglid KG: Redistribution of neurofilaments and accumulation of beta-amyloid protein after brain injury by rotational acceleration of the head. **J Neurotrauma** 20:169–178, 2003.

13. Holsinger T, Steffens DC, Phillips C, Helms MJ, Havlik RJ, Breitner JC, Guralnik JM, Plassman BL: Head injury in early adulthood and the lifetime risk of depression. **Arch Gen Psychiatry** 59:17–22, 2002.

14. Iverson GL, Gaetz M, Lovell MR, Collins MW: Cumulative effects of concussion in amateur athletes. **Brain Injury** 18:433–443, 2004.

15. Jack CR Jr, Peterson RC, Xu YC, O'Brien PC, Smith GE, Ivnik RJ, Boeve BF, Waring SC, Tangalos EG, Kokman E: Prediction of AD with MRI-based hippocampal volume in mild cognitive impairment. **Neurology** 52:1397–1403, 1999.

16. Jordan BD, Relkin NR, Ravdin LD, Jacobs AR, Bennett A, Gandy S: Apolipoprotein E epsilon4 associated with chronic traumatic brain injury in boxing. **J Am Med Soc** 278:136–140, 1997.

17. Katzman R, Aronson M, Fuld P, Kawas C, Brown T, Morgenstern H, Frishman W, Gidez L, Eder H, Ooi WL: Development of dementing illnesses in an 80-year-old volunteer cohort. **Ann Neurol** 25:317–324, 1989.

18. Kutner KC, Erlanger DM, Tsai J, Jordan B, Relkin NR: Lower cognitive performance of older football players possessing apolipoprotein E epsilon4. **Neurosurgery** 47:651–658, 2000.

19. Launer LJ, Andersen K, Dewey ME, Letenneur L, Ott A, Amaducci LA, Brayne C, Copeland JR, Dartigues JF, Kragh-Sorensen P, Lobo A, Martinez-Lage JM, Stijnen T, Hofman A: Rates and risk factors for dementia and Alzheimer's disease: Results from EURODEM pooled analyses. EURODEM Incidence Research Group and Work Groups. European Studies of Dementia. **Neurology** 52:78–84, 1999.

20. Mayeux R, Ottman R, Maestre G, Ngai C, Tang MX, Ginsberg H, Chun M, Tycko B, Shelanski M: Synergistic effects of traumatic head injury and apolipoprotein-epsilon 4 in patients with Alzheimer's disease. **Neurology** 45:555–557, 1995.

21. Mayeux R, Ottman R, Tang MX, Noboa-Bauza L, Marder K, Gurland B, Stern Y: Genetic susceptibility and head injury as risk factors for Alzheimer's disease among community-dwelling elderly persons and their first-degree relatives. **Ann Neurol** 33:494–501, 1993.

22. Meyer J, Xu G, Thornby J, Chowdhury M, Quach M: Longitudinal analysis of abnormal domains comprising mild cognitive impairment (MCI) during aging. **J Neurol Sci** 201:19–25, 2002.

23. Meyer J, Xu G, Thornby J, Chowdhury MH, Quach M: Is MCI prodromal for vascular dementia like Alzheimer's disease? **Stroke** 33:1981–1985, 2002.

24. Morris JC, Storandt M, Miller JP, McKeel DW, Price JL, Rubin EH, Berg L: Mild cognitive impairment represents early-stage Alzheimer's disease. **Arch Neurol** 58:397–405, 2001.

25. Mortimer JA, French LR, Hutton JT, Schuman LM: Head injury as risk factor for Alzheimer's disease. **Neurology** 35:264–267, 1985.

26. National Center for Injury Prevention and Control: Traumatic brain injury. <http://www.cdc.gov/ncipc/dacrrdp/tbi/htm>. Accessed May 15, 2005.

27. Nathoo N, Chetty R, van Dellen JR, Barnett GH: Genetic vulnerability following traumatic brain injury: The role of apolipoprotein E. **Mol Pathol** 56:132–136, 2003.

28. O'Meara ES, Kukull WA, Sheppard L, Bowen JD, McCormick WC, Teri L, Pfanschmidt M, Thompson JD, Schellenberg GD, Larson EB: Head injury and risk of Alzheimer's disease by apolipoprotein E genotype. **Am J Epidemiol** 146:373–384, 1997.

29. Petersen RC, Doody R, Kurz A, Mohs RC, Morris JC, Rabins PV, Ritchie K, Rossor M, Thal L, Winblad B: Current concepts in mild cognitive impairment. **Arch Neurol** 58:1985–1992, 2001.

30. Petersen RC, Stevens JC, Ganguli M, Tangalos EG, Cummings JL, DeKosky ST: Practice parameter: Early detection of dementia—MCI (an evidence-based review). Report of the Quality Standards Subcommittee of the American Academy of Neurology. **Neurology** 56:1133–1142, 2001.

31. Rasmusson DX, Brandt J, Martin DB, Folstein MF: Head injury as a risk factor in Alzheimer's disease. **Brain Injury** 9:213–219, 1995.

32. Roberts GW, Allsop D, Bruton C: The occult aftermath of boxing. **J Neurol Neurosurg Psychiatry** 53: 373–383, 1990.

33. Ryan DH: A Scottish record linkage study of risk factors in medical history and dementia outcome in hospital patients. **Dementia** 5:339–347, 1994.

34. Sadek JR, Johnson SA, White DA, Salmon DP, Taylor KI, Delapena JH, Paulsen JS, Heaton RK, Grant I: Retrograde amnesia in dementia: Comparison of HIV-associated dementia, Alzheimer's disease, and Huntington's disease. **Neuropsychology** 2004; Oct; 18(4): 692–699.

35. Schofield PW, Tang M, Marder K, Bell K, Dooneief G, Chun M, Sano M, Stern Y, Mayeux R: Alzheimer's disease after remote head injury: An incidence study. **J Neurol Neurosurg Psychiatry** 62:119–124, 1997.

36. Shalat SL, Seltzer B, Pidcock C, Baker EL Jr: Risk factors for Alzheimer's disease: A case-control study. **Neurology** 37:1630–1633, 1987.

37. The Canadian Study of Health and Aging: Risk factors for Alzheimer's disease in Canada. **Neurology** 44:2073–2080, 1994.

38. Thurman D, Branche C, Sniezek JE: The epidemiology of sports-related traumatic brain injuries in the United States: Recent developments. **J Head Trauma Rehabil** 13:1–8, 1998.

39. Tierney MC, Szalai JP, Snow WG, Fisher RH, Nores A, Nadon G, Dunn E, St George-Hyslop PH: Prediction of probable Alzheimer's disease in memory-impaired patients: A prospective longitudinal study. **Neurology** 46:661–665, 1996.

40. van Duijn CM, Tanja TA, Haxma R, Schulte W, Saan RJ, Lameris AJ, Antonides-Hendriks G, Hofman A: Head trauma and the risk of Alzheimer's disease. **Am J Epidemiol** 135:775–782, 1992.

41. Ware JE Jr, Gandek B, Kosinski M, Aaronson NK, Apolone G, Brazier J, Bullinger M, Kaasa S, Leplege A, Prieto L, Sullivan M, Thunedborg K: The equivalence of SF-36 summary health scores estimated using standard and country-specific algorithms in 10 countries: results from the IQOLA Project: International Quality of Life Assessment. **J Clin Epidemiol** 51:1167–1170, 1998.

42. Williams DB, Annegers JF, Kokmen E, O'Brien PC, Kurland LT: Brain injury and neurologic sequelae: A cohort study of dementia, parkinsonism, and amyotrophic lateral sclerosis. **Neurology** 41:1554–1557, 1991.

## Acknowledgments

We thank Ron Brookmeyer, Ph.D., of the Johns Hopkins University, for providing data on the projected prevalence of Alzheimer's disease in the general American population.

Copyright © Congress of Neurological Surgeons. Unauthorized reproduction of this article is prohibited.

## COMMENTS

The significance of repeated concussions is a question of great interest to all athletes, from players in grade schools to professionals. Anecdotes suggest that repetitive concussions may have a detrimental effect, but more rigorous analyses of this question have been less conclusive. In this report, Dr. Guskiewicz et al. surveyed retired professional football players, first by asking them to complete a general health questionnaire and subsequently by sending them a second questionnaire focusing on memory problems and cognitive impairment. Their data suggest that recurrent concussions seem to be related to mild cognitive impairment diagnosed by a physician and to be related to self-reported memory problems. These associations seemed to be stronger in patients with three or more reported concussions. Alzheimer's disease may have occurred at an earlier age in former National Football League players than in the population as a whole, but the number of patients with this diagnosis was quite small.

Like all retrospective studies that rely upon self-reported medical histories and health problems, this one is subject to bias in the accuracy with which problems were recalled and reported. Nevertheless, these results are of considerable interest. The authors make appropriate recommendations for further prospective studies to include such factors as genetic testing, standardized diagnostic criteria, and more extensive evaluation of players with concussion, perhaps including neuropsychological testing and functional neuroimaging.

**Alex B. Valadka**
*Houston, Texas*

The safety of contact sports and likelihood of neurologic impairment occurring after retiring from the sport are of obvious concern to athletes and to parents deciding on which sports they should allow their kids to participate in. Studies such as this have the potential to provide important information in this regard. Unfortunately, this particular study is confounded by a critical design flaw of relying on retired athletes to accurately recall events from decades earlier and relating those events to their current memory problems. The study would have been much stronger had the authors corroborated the frequency and severity of concussions sustained with independent sources.

**Donald Marion**
*Boston, Massachusetts*

Thank you for the opportunity to comment on this excellent and extremely important study. The authors have used the tremendous resource of a database of the National Football League Retired Players Association, which contains 3683 individuals who played football at a high level for an average of 15 years (minimum six yrs of professional-level football). Using carefully constructed retrospective questionnaires, they have shown a strong association between three or more concussions sustained during a players' professional football career and mild cognitive impairment.

Although this evidence was the most compelling, they also showed an earlier onset and increased incidence of Alzheimer's disease in this group of professional football players who received concussions frequently than in the general age-matched male population in the United States.

This study has important and far-reaching implications. To my knowledge, this is one of few studies to show a positive association between repetitive concussion and long-term cognitive impairment and Alzheimer's disease (1–4). Therefore, this study documents the

dangers of contact sports, such as professional football. As professional football evolves, the speed of the plays appears to be increasing, the prowess, strength, and size of the athletes is measurably increasing, and, therefore, the potential for concussions, especially higher-impact energy concussions, is increasing. It is important to know whether the incidence of multiple concussions per player each year is increasing over time, and this invaluable cohort provides such details by including players with a history as far back as pre-World War II.

What are the implications for the future of the game? Possibly, rules could be tightened to limit the types of dangerous plays, but, in the "heat of the game," this may be unlikely. Helmet design has evolved tremendously in recent years (3), and, clearly, studies with kinematic accelerometers of the type used in crash-test dummies by the auto industry should be performed and correlated with the "action replays," which are such an exciting facet of modern televised football. In this way, it may be possible to modify the game in ways that are compatible with increased safety without decreasing the spectator appeal of the game. New types of energy-absorbing foam and plastic are becoming available for football helmets.

However, as with professional boxing, athletes who undertake high-impact sports need to be fully and demonstrably informed of the risks that they undertake in pursuit of their vocation. This important study will provide a basis upon which players' associations and teams can formulate decisions.

Do the implications of these data go further? Many have called for apolipoprotein E genotyping of professional boxers to reduce the risk of precipitating Alzheimer's disease in apolipoprotein E e4 homozygous boxers. Should the same apply to professional football players, ice hockey players, and rugby players?

The authors have demonstrated that they have access to an enormous "data mine" to test the role of long-term physical fitness upon the development of delayed degenerative joint disease, low back disorders, and cardiovascular mortality. Do the cumulative effects of strains, sprains, and fractures, which are the inevitable consequence of professional football, outweigh the beneficial effect of many years of peak physical fitness upon the musculoskeletal system?

**M.R. Ross Bullock**
*Richmond, Virginia*

1. Mortimer JA, French LR, Hutton JT, Schuman LM: Head injury as risk factor for Alzheimer's disease. **Neurology** 35:264–267, 1985.
2. Roberts GW, Allsop D, Bruton C: The occult aftermath of boxing. **J Neurol Neurosurg Psychiatry** 53:373–378, 1990.
3. Guskiewicz K, McCrea M, Marshall WM, Cantu RC, Randolph C, Barr W, Onate JA, Kelly JP: Cumulative effects associated with recurrent concussion in collegiate football players. The NCAA Concussion Study. **JAMA** 290:2549–2555, 2003.
4. Jordan BD, Relkin NR, Ravdin LD, Jacobs AR, Bennett A, Gandy S: Apolipoprotein E epsilon4 associated with chronic traumatic brain injury in boxing. **J Am Med Soc** 278:136–140, 1997.

Dr. Guskiewicz et al. have assessed by questionnaire a large number of retired professional football players to assess the incidence of concussions and more serious head injuries sustained during their playing careers and to determine whether such injuries influenced the subsequent development of Alzheimer's disease or mild cognitive impairment. Their results indicated that football players with repetitive concussion injuries (three or more) have a fivefold prevalence of mild cognitive impairment and a threefold increase in self-reported

Copyright © Congress of Neurological Surgeons. Unauthorized reproduction of this article is prohibited.

GUSKIEWICZ ET AL.

memory problems. The authors also suggest a 'soft' association between concussion and Alzheimer's disease.

This is an interesting paper that poses an intriguing hypothesis regarding the consequences of recurrent concussion, not only to create short-term problems, but also to accelerate the decline of cognitive function in later years. While tantalizing, the findings are soft. This data is derived from a questionnaire administered to a group that may have substantial bias, especially considering the recent reports and concerns expressed by physicians and the media. How did the authors pare down the original 2552 respondents to 758 whose memory questionnaires were analyzed? Figure one suggests an earlier onset of Alzheimer's disease in respondents aged less than 69 years, but the trend corrects by the age of 75. If the hypothesis is correct, why shouldn't this early separation persist or widen over time?

As usual, the data in sports medicine is difficult to control. Despite its shortcomings, it is reasonable that this paper should be published, not on the basis of its science, but on its conjecture and the need for neurosurgeons to be more aware of the current information in this area.

**Arthur L. Day**
*Boston, Massachusetts*

This latest manuscript on the relationship between cognitive impairment and recurrent concussion focuses on players from the National Football League. As in previous studies, there is an association between the frequency of recurrent concussion, the development of mild cognitive impairment, and the suggestion that Alzheimer's disease develops earlier in such patients. This trend is potentially of interest, but a larger sample is necessary.

One concern with the manuscript is the lack of controls in other sports where aggressive behavior is common but concussion is relatively rare, such as in wrestling. There may be genetic linkage to aggressive behavior and cognitive impairment later in life, which is separate from concussion. Perhaps the link is unlikely, but such controls in future studies would help support the hypothesis. Clearly, this is an area of continuing interest and the authors work is important.

**Lawrence F. Marshall**
*San Diego, California*

Unfortunately, this manuscript reflects the low priority our society places on the prevention of head injuries and the major sequelae. It attempts to address the significant concern that repeated head injury leads to brain damage. Injury prevention programs, such as ThinkFirst, confront the lack of accurate studies on the potential damage of head trauma such as those sustained by both amateur and professional athletes.

The present study does not dispel uncertainties regarding the relationship between repeated concussions and subsequent onset of brain disorders, most importantly Alzheimer's disease. The study suffers from lack of professionally obtained prospective data. The glaring deficiency of this study is its reliance on questionnaires from patients and relatives that were obtained retrospectively. Society must provide the author with the necessary funds and incentive to do the study correctly based on professionally obtained prospective data. Regrettably, the questions raised by the authors are of great importance to society and remain unanswered.

**Charles H. Tator**
*Toronto, Ontario, Canada*

This is an extremely valuable contribution. Most concussion studies focus on the days and weeks following the injury with the implicit assumption that recovery to preinjury levels is the end of the issue. The present paper provides strong suggestion that some residua of a concussion may not become manifest until decades after the injury. The study also provides a strong rationale for future studies focusing on the effects of concussion on cognitive reserves, rather than simply on performance in the immediate aftermath of injury. Moreover, because the present study demonstrates a dose-response relation between concussion and future cognitive disorder, it highlights the importance of reducing lifetime burden of concussion in athletes.

The authors are to be commended for clearly stating the limitations of their retrospective self-report experimental design. However, the 'gold-standard' methodology would require a multi-decade prospective study. While I think the present findings support the need for a prospective inception-cohort study on this question, this should not overshadow the importance of the present findings and the importance of additional follow-up studies exploring the pathophysiological underpinnings of the present findings.

**Joseph Bleiberg**
*Neuropsychologist*
*Washington, D.C.*

This is an important paper on the relationship between cerebral concussion and subsequent cognitive impairment in retired professional football players. Its major flaw, as the authors acknowledge, is that the history of previous concussion was based on the players' 'retrospective recall of injury events.' Nonetheless, their data strongly suggests there is a cumulative deleterious effect of repeated concussion on later cognitive function. It further emphasizes the need to enhance protective measures that minimize concussion in contact sports and to carefully follow players by documenting the number and severity of concussive events throughout their careers. Finally, given the increasing data concerning the long-term risk of greater cognitive impairment for concussed individuals carrying the apolipoprotein E e4 allele, genetic screening and counseling of individuals about to embark on a potentially long career of contact sports should be considered.

**Daniel F. Kelly**
*Los Angeles, California*



Copyright © Congress of Neurological Surgeons. Unauthorized reproduction of this article is prohibited.

EXHIBIT 56

**SPECIAL REPORT**

# Chronic Traumatic Encephalopathy in a National Football League Player

**Bennet I. Omalu, M.D., M.P.H.**

Departments of Pathology and Epidemiology, University of Pittsburgh, Pittsburgh, Pennsylvania

**Steven T. DeKosky, M.D.**

Departments of Human Genetics and Neurology, University of Pittsburgh, Pittsburgh, Pennsylvania

**Ryan L. Minster, M.S.I.S.**

Department of Human Genetics, University of Pittsburgh, Pittsburgh, Pennsylvania

**M. Ilyas Kamboh, Ph.D.**

Department of Human Genetics, University of Pittsburgh, Pittsburgh, Pennsylvania

**Ronald L. Hamilton, M.D.**

Department of Pathology, University of Pittsburgh, Pittsburgh, Pennsylvania

**Cyril H. Wecht, M.D., J.D.**

Departments of Pathology and Epidemiology, University of Pittsburgh, Pittsburgh, Pennsylvania

**Reprint requests:**
Bennet I. Omalu, M.D., M.P.H., Departments of Pathology and Epidemiology, University of Pittsburgh, 7520 Penn Bridge Court, Pittsburgh, PA 15221. Email: bennet.omalu@verizon.net

**Received,** August 30, 2004.
**Accepted,** February 10, 2005.

**OBJECTIVE:** We present the results of the autopsy of a retired professional football player that revealed neuropathological changes consistent with long-term repetitive concussive brain injury. This case draws attention to the need for further studies in the cohort of retired National Football League players to elucidate the neuropathological sequelae of repeated mild traumatic brain injury in professional football.

**METHODS:** The patient's premortem medical history included symptoms of cognitive impairment, a mood disorder, and parkinsonian symptoms. There was no family history of Alzheimer's disease or any other head trauma outside football. A complete autopsy with a comprehensive neuropathological examination was performed on the retired National Football League player approximately 12 years after retirement. He died suddenly as a result of coronary atherosclerotic disease. Studies included determination of apolipoprotein E genotype.

**RESULTS:** Autopsy confirmed the presence of coronary atherosclerotic disease with dilated cardiomyopathy. The brain demonstrated no cortical atrophy, cortical contusion, hemorrhage, or infarcts. The substantia nigra revealed mild pallor with mild dropout of pigmented neurons. There was mild neuronal dropout in the frontal, parietal, and temporal neocortex. Chronic traumatic encephalopathy was evident with many diffuse amyloid plaques as well as sparse neurofibrillary tangles and $\tau$-positive neuritic threads in neocortical areas. There were no neurofibrillary tangles or neuropil threads in the hippocampus or entorhinal cortex. Lewy bodies were absent. The apolipoprotein E genotype was E3/E3.

**CONCLUSION:** This case highlights potential long-term neurodegenerative outcomes in retired professional National Football League players subjected to repeated mild traumatic brain injury. The prevalence and pathoetiological mechanisms of these possible adverse long-term outcomes and their relation to duration of years of playing football have not been sufficiently studied. We recommend comprehensive clinical and forensic approaches to understand and further elucidate this emergent professional sport hazard.

**KEY WORDS:** Chronic traumatic encephalopathy, National Football League, Retired professional football players

*Neurosurgery* 57:128-134, 2005      DOI: 10.1227/01.NEU.0000163407.92769.ED      www.neurosurgery-online.com

Several professional players of the National Football League (NFL) have retired prematurely because of postconcussion syndrome (29), a possible outcome of repeated concussion of the brain. The NFL Committee on Mild Traumatic Brain Injury, which was formed in 1994 to study this trend, has replaced the terminology *postconcussion syndrome* with *mild traumatic brain injury* (MTBI). MTBI is defined as a "traumatically induced alteration in brain function that is manifested by a) alteration of awareness or consciousness, including but not limited to loss of consciousness, sensation of being dazed or stunned, sensation of wooziness or fogginess, seizure, or amnesic period; and b) signs and symptoms commonly associated with postconcussion syndrome, including persistent headaches, vertigo, lightheadedness, loss of balance, unsteadiness, syncope, near-syncope, cognitive dysfunction, memory disturbance, hearing loss, tinnitus, blurred vision, diplopia, visual loss, personality change, drowsiness, lethargy, fatigue, and inability to

Copyright © Congress of Neurological Surgeons. Unauthorized reproduction of this article is prohibited.

perform usual daily activities" (29). In 1995, the committee recommended that the NFL should fund independent scientific research to understand the causes of MTBI and elucidate ways of preventing MTBI. Despite this recommendation, which was made many years ago, the possible long-term cognitive and neurodegenerative sequelae of professional football as well as the underlying histological changes and pathobiological cascades associated with and likely induced by the trauma of professional football are little understood. This is especially true for the neuropathological changes, because no cases have come to autopsy.

We herein report the first documented case of long-term neurodegenerative changes in a retired professional NFL player consistent with chronic traumatic encephalopathy (CTE). This case draws attention to a disease that remains inadequately studied in the cohort of professional football players, with unknown true prevalence rates. Although clinical assessments can determine encephalopathy and dementia, and new neuroimaging methods may aid in the detection of amyloid plaques (23), autopsy examination is required to confirm the neuropathological basis of these changes. Autopsies aimed at diagnosing long-term central nervous system (CNS) sequelae of repeated brain concussions in NFL players are virtually nonexistent. Our case represents an extremely rare scenario whereby a complete autopsy was performed on a retired NFL player with a comprehensive neuropathological examination, which revealed changes consistent with CTE.

# CASE REPORT

## Premortem History

Our patient was a 50-year-old professional football player who died approximately 12 years after retirement from the NFL. He began playing football in high school and played for 3 years in college, where he was a team's most valuable player and a multiyear starter as a lineman in a Division I college. Drafted into the NFL at the age of 22 years, he played in 245 games in the NFL during 17 seasons. For 10 of those years, he played 177 consecutive games, principally as an offensive linseman. He was in the starting lineup in 150 consecutive games and played in 19 playoff games (15). After his retirement, he presented with a medical history that included atrial fibrillation and coronary atherosclerotic disease, which were treated with intraluminal stenting. Telephone interviews of surviving family members revealed a neuropsychiatric history that resembled a dysthymic disorder according to the criteria of the *Diagnostic and Statistical Manual of Mental Disorders*, 4th edition (2). Other medical history included a deficit in memory and judgment as well as parkinsonian symptoms. He died suddenly from clinically documented myocardial infarction. There was no known history of brain trauma outside professional football.

## Autopsy Findings

### General

External examination revealed the body of an adult Caucasian man who weighed 244 lb and measured 69 inches (body mass index, 36 kg/m$^2$ [Class II obesity]). There was no external evidence of recent trauma. The pericardium revealed diffuse fibrocalcific and adhesive pericardioepicarditis. The cardiovascular system revealed dilated cardiomyopathy with severe cardiomegaly (855 g), severe bilateral atrioventricular dilation; biventricular hypertrophy; and patchy subendocardial, endocardial, and valvular fibrosis. There was evidence of cardiogenic shock with centrilobular hepatocellular coagulative necrosis. There was chronic sinusoidal hepatic congestion with trabecular atrophy. There was severe atherosclerosis of the proximal and distal right coronary artery and the left anterior descending coronary artery, with approximately 95% multifocal intraluminal occlusion. The proximal left circumflex coronary artery revealed moderate atherosclerosis with 50 to 75% focal intraluminal occlusion. A metal intraluminal surgical stent was identified in the proximal right coronary artery. The myocardium revealed moderate interstitial and perivascular fibrosis. The respiratory system revealed moderate acute pulmonary edema and congestion with patchy, acute, and terminal bronchopneumonia.

### Gross CNS Findings

The dura mater and dural sinuses appeared unremarkable. The formalin-fixed whole brain weighed 1565 g, whereas the cerebellum and brainstem weighed 220 g. The leptomeninges were unremarkable. There was no cerebral atrophy. There were no cortical contusions, infarcts, or hemorrhages. There was moderate cerebral edema but no evidence of uncal or cerebellar tonsillar herniation. The cerebral blood vessels and circle of Willis revealed focal mild eccentric atherosclerosis of the left vertebral artery without aneurysms or other anomalies. The cranial nerves were normal.

Coronal sections of the cerebral hemispheres revealed no significant gross pathological changes of the cortex, white matter, or deep gray structures. The ventricles were not enlarged, and there was no atrophy of the hippocampi or the corpus callosum. The amygdala and piriform cortex demonstrated no atrophy. The mammillary bodies and hypothalamus appeared unremarkable.

The midbrain, pons, and medulla oblongata were grossly unremarkable, except for the pigmentation of the substantia nigra, which was attenuated for age, but the locus ceruleus appeared adequately pigmented. There were no infarcts in the cerebellum. There was mild atrophy of the anterior superior vermis. The dentate nucleus appeared normal. The pituitary gland and spinal cord were unremarkable.

### CNS Histomorphology

Primary hematoxylin and eosin stains were performed on all tissue sections. After they were reviewed, a panel of spe-

Copyright © Congress of Neurological Surgeons. Unauthorized reproduction of this article is prohibited.

cialized histochemical and immunohistochemical stains was applied. These specialized stains included β-amyloid protein (Beta-A4; Dako, Carpinteria, CA), neurofilament (Dako), α-synuclein (Zymed Laboratories, South San Francisco, CA), and τ-protein (Dako) immunostains as well as Bielschowsky's silver impregnation histochemical stains.

The frontal, parietal, and temporal neocortex revealed normal laminar and columnar organization, with mild neuronal dropout and astrogliosis. The penetrating parenchymal vessels revealed patchy perivascular hemosiderin-laden macrophages in the Virchow-Robin spaces. There was moderate cerebral edema. The centrum semiovale revealed no white matter rarefaction or perivascular pallor but demonstrated focal mural mineralization of deep penetrating blood vessels. There was no periventricular leukomalacia, and the subependymal white matter was nongliotic. The basal ganglia and subcortical white matter tracts were unremarkable. There was mild to moderate neuronal dropout of the nigral pars compacta and pars reticularis, accompanied by mild extraneuronal pigment and astrogliosis. There were no Lewy bodies. There was no mineralization of pallidal vessel walls. The hippocampus revealed mild neuronal dropout of the pyramidal neurons of Sommer's sector (CA-1) without selective neuronal necrosis. There were no Hirano bodies and no granulovacuolar neuronal degeneration. The subiculum, entorhinal cortex, and alveus were unremarkable, as were the amygdala and basal nucleus of Meynert. There were no lesions in the remaining brainstem structures. The cerebellar cortex revealed mild neuronal dropout and Bergmann astrogliosis of the Purkinje cell layer. This was accentuated in the superior anterior vermis, which also revealed mild atrophy of the internal granule cell layer. The cerebellar white matter and dentate nucleus were unremarkable. The adenohypophysis and neurohypophysis were normal. The cervical, thoracic, and lumbar segments of the spinal medulla were normal and demonstrated no signs of anterior horn cell dropout or degenerative changes.

### Specialized Stains

The battery of immunohistochemical stains revealed frequent diffuse extracellular amyloid plaques (Fig. 1A), sparse τ-positive neuritic threads (Fig. 1B), and sparse intraneuronal band-shaped and flame-shaped neurofibrillary tangles (NFTs) (Fig. 1C) in the frontal, temporal, parietal, occipital, and cingulate cortex and the insula. Cortical Lewy bodies were absent. Many neocortical perikarya revealed diffuse cytoplasmic immunopositivity for neurofilament protein. The hippocampal formation was spared of these pathological changes; the dentate gyrus, cornu ammonis, and subiculum demonstrated no diffuse amyloid plaques (Fig. 1D), NFTs, neuritic threads, or Lewy bodies. The subcortical nuclei and brainstem, including the substantia nigra, contained no diffuse amyloid plaques, NFTs, neuritic threads, or Lewy bodies. There was no histological evidence of cerebral amyloid angiopathy.



**FIGURE 1.** A, β-amyloid immunostain of the neocortex (original magnification, ×200) showing frequent diffuse amyloid plaques. B, τ immunostain of the neocortex (original magnification, ×200) showing sparse NFTs and many τ-positive neuritic threads. C, τ immunostain (original magnification, ×400) showing an NFT in a neocortical neuron with extending τ-positive dendritic processes. D, β-amyloid immunostain (original magnification, ×100) of the Sommer's sector (CA-1 region of the hippocampus) showing no diffuse amyloid plaques.

### Apolipoprotein E (ε) Genotyping

Genomic deoxyribonucleic acid (DNA) was extracted from 25-mg formaldehyde-fixed brain tissue with the QIAamp DNA Mini Kit (Qiagen, Valencia, CA) using the protocol for isolation of genomic DNA from formaldehyde-fixed tissues. Representative whole-genome amplification of the extracted DNA was accomplished using the GenomiPhi DNA Amplification Kit (Amersham Biosciences, Piscataway, NJ). Restriction fragment length polymorphism analysis was completed using previously published protocols (20). The genotype of the sample was determined to be E3/E3 (Fig. 2).

## DISCUSSION

Although head injury (repeated mild concussive brain injury or a single episode of severe diffuse brain injury) may increase the risk of sporadic Alzheimer's disease (AD), (14, 25) importantly, this case did not meet criteria for AD but met criteria for CTE. Cortical amyloid plaques and NFTs were unaccompanied by tangles in the entorhinal cortex or hippocampus, which is the usual starting point for neuropathological changes of sporadic AD. The first neuropathological report on the long-term effects of contact sport (boxing) was written by Brandenburg and Hallervorden (8) in 1954, in a 51-year-old retired boxer who manifested delayed posttraumatic dementia with AD pathological changes. In 1973,

Copyright © Congress of Neurological Surgeons. Unauthorized reproduction of this article is prohibited.



**FIGURE 2.** *Polyacrylamide gel electrophoresis showing DNA from decedent's brain under ultraviolet light. Lanes 1 and 2 contain duplicate samples of the DNA extracted from the brain sample amplified as described in the text and digested with HhaI to reveal the restriction fragment length polymorphism. Lane 3 is a sample known to be E2/E4 prepared in parallel with the samples from Lanes 1 and 2. Lane 4 is a negative template control. Lane 5 contains a 50- to 2000 base-pair (bp) ladder.*

Corsellis et al. (8) described the neurohistological substrate of CTE in the brains of 15 retired professional and amateur boxers. These reports and other subsequent reports (12–14, 34–36, 39, 41) have described characteristic neuropathological findings for CTE, especially in boxers, which comprise: 1) sparse to many τ-positive NFTs in the neocortex concentrated around penetrating parenchymal vessels, 2) neocortical τ-immunopositive neurites in the neuropil (neuropil threads), and 3) neocortical diffuse amyloid plaques with or without neuritic plaques. Neocortical changes seem to spare the hippocampus. The NFT distribution is notably different from that observed in normal aging and AD, in which there is early involvement of the entorhinal cortex and hippocampus with later involvement of the neocortex in advanced stages. Other reported delayed gross neuropathological changes in the brains of retired boxers have included cerebral atrophy, cerebral amyloid angiopathy, communicating hydrocephalus, fenestrations of the septum pellucidum, cavum septi pellucidi, cerebellar cortical atrophy, and degeneration of the substantia nigra (8, 10, 12, 34, 38, 39, 41). After an extensive search of the medical literature, we could not identify any study on the neuropathological substrate of delayed neurodegeneration in professional football players.

The pathological mechanisms for these delayed posttraumatic changes are thought to be biochemical cascades that are induced by cumulative effects of repeated low-grade concussive brain injury, especially changes like hyperphosphorylation of neuronal microtubule-associated protein and aberrant metabolism of amyloid precursor protein (13, 34, 38, 39). It has been suggested that repeated axonal injury, vascular injury, and ischemia trigger a cascade of molecular events involving derangement of neuronal cytoskeletal metabolism and accumulation of abnormal cytoskeletal proteins; increased expression of amyloid precursor protein; and a subsequent increase in the β-amyloid fragment, which is deposited in amyloid plaques.

The sport of American football has a high probability of impact to the head and concussion of the brain. There are up to 300,000 cases per year of MTBI or brain concussion in contact sports in the United States (29–32). There are approximately 0.41 concussions per NFL game of American football: 67.7% of concussions involve impact by another player's helmet, 20.9% involve impact by other body regions (e.g., a knee), and 11.4% involve impact on the ground (29, 31, 32, 40). It has been reported that 9.3% of the concussions involved loss of consciousness and 2.4% of the concussions resulted in hospitalization. Most (92%) of the players who sustain a concussion return to practice in less than 7 days; fewer (69%) of the players who experience loss of consciousness return to practice in less than 7 days. The relative risk of brain concussion in NFL players is associated with player position. Although every player position is at risk of brain concussion, quarterbacks, wide receivers, tight ends, and defensive backs have the highest relative risks (1.62, 1.23, 0.94, and 0.93 concussions per 100 games, respectively) (30–32). The most frequent position played by the patient was an offensive lineman. In a 17-year career as an offensive lineman, he sustained numerous episodes of mild traumatic and/or concussive brain injury, which is supported by the histological evidence of remote hemorrhages into the Virchow-Robin spaces of penetrating parenchymal vessels, with multiple perivascular hemosiderin-laden macrophages. These histological findings indicate microvascular injury that may be sustained from repetitive concussive brain injury.

Concussions in professional football are related to translational acceleration-deceleration, with considerable head impact velocity and velocity changes. The injury potential of these transferring inertial forces is ameliorated by the use of protective helmets. Since 1978, there has been a remarkable reduction in fatal head injuries (51%), concussions (35%), and cranial fractures (65%) in youth football, after the voluntary adoption of set standards for protective helmet manufacturers by the National Operating Committee on Standards for Athletic Equipment (29, 31, 32). The NFL has aggressively pursued the prevention of traumatic brain injury during play by the modification of play and rules of play as well as the introduction of improved standardized helmets, which have generated a marked reduction in the incidence of fatal and nonfatal head injuries (6). Although the technology and safety of football helmets have advanced in the past decades, this player's career spanned earlier decades in which helmets were not as protective as the ones in use today.

The acute sequelae of brain injury in professional football players have been elucidated and ameliorated, although there is less information about the chronic long-term sequelae of brain injury in retired football players. A variety of delayed clinical outcomes have been studied by radiological and neuropsychiatric testing, although without neuropathological evaluation. Such studies have suggested long-term impaired cognitive functioning (memory, planning, and visuoperceptual processing), electroencephalographic abnormalities, and cerebral atrophy in professional boxers, soccer players, football players, ice hockey players, karate players, lacrosse players, and rugby players (1, 3, 5, 7, 11, 22, 24, 33, 39, 42, 43). Possible symptoms of CTE may include recurrent headaches,

Copyright © Congress of Neurological Surgeons. Unauthorized reproduction of this article is prohibited.

OMALU ET AL.

irritability, dizziness, lack of concentration, impaired memory, and mental slowing; mood disorders, explosive behavior, morbid jealousy, and pathological intoxication and paranoia; tremor, dysarthria, and parkinsonian movement disorders (9, 18, 19, 26, 37). Postmortem telephone interviews of close family members of the patient in this case indicated a long-standing mood disorder that resembled a dysthymic disorder according to the criteria of the *Diagnostic and Statistical Manual of Mental Disorders*, 4th edition (3).

## Apolipoprotein E (ε) and CTE

We analyzed the apolipoprotein E (APOE) genotype of the patient in this case, because genotypic variation of APOE predisposes to or mitigates the development of AD and posttraumatic AD-like pathological changes (4, 16). The possession of the APOE4 allele by professional football players and boxers has been associated with chronic neurological deficits, lower scores in overall cognitive performance, and lower scores in cognitive domains (17, 21). The three APOE isoforms differ by only one or two amino acids but confer a three- to ninefold increase in the risk for developing these diseases (APOE4 > APOE3 > APOE2). Individuals who inherit one or two copies of APOE4 have an earlier age of onset for late-onset and sporadic AD and increased long-term sequelae of brain trauma (4). The presence of the APOE4 allele does not confer absolute predisposition to CTE and/or other sporadic or posttraumatic AD pathological changes, and absence of the APOE4 allele does not confer absolute protection from these diseases (4). Geddes et al. (12) reported the E3/E3 APOE genotype in two patients with repetitive head injury in contact sports who demonstrated neuronal cytoskeletal changes and CTE. The authors concluded that CTE can occur in the absence of APOE4 (12, 13). Our finding of the E3/E3 APOE genotype in our patient appears similar to the findings in the cases reported by Geddes et al. (12, 13).

## CONCLUSION

This case study by itself cannot confirm a causal link between professional football and CTE. However, it indicates the need for comprehensive cognitive and autopsy-based research on long-term postneurotraumatic sequelae of professional American football. Empirical, cognitive, and postmortem data on CTE are currently unavailable in the population cohort of professional NFL players. Our report therefore constitutes a forensic epidemiological sentinel case that draws attention to a possibly more prevalent yet unrecognized disease because of the rarity of CNS-targeted autopsies in the cohort of retired NFL players.

## REFERENCES

1. Abreau FTD, Schuyler BA, Hutchison HT: Neuropsychological assessment of soccer players. **Neuropsychology** 4:175–181, 1990.
2. American Psychiatric Association, American Psychiatric Association Task Force on DSM-IV: *Diagnostic and Statistical Manual of Mental Disorders: DSM-IV-TR.* Washington, DC, American Psychiatric Association, 2000.
3. Aotsuka A, Kojima S, Furumoto H, Hattori Y, Hirayama K: Punch drunk syndrome due to repeated karate kicks and punches [in Japanese]. **Rinsho Shinkeigaku** 30:1243–1246, 1990.
4. Bales KR, Dodart JC, DeMattos RB, Holtzman DM, Paul SM: Apolipoprotein E, amyloid, and Alzheimer disease. **Mol Interv** 2:363–375; 339, 2002.
5. Barth JT, Macciocchi SN, Giordani B, Rimel R, Jane JA, Boll TJ: Neuropsychological sequelae of minor head injury. **Neurosurgery** 13:529–533, 1983.
6. Cantu RC, Mueller FO: Brain injury-related fatalities in American football, 1945–1999. **Neurosurgery** 52:846–852, 2003.
7. Collins MW, Grindel SH, Lovell MR, Dede DE, Moser DJ, Phalin BR, Nogle S, Wasik M, Cordry D, Daugherty KM, Sears SF, Nicolette G, Indelicato P, McKeag DB: Relationship between concussion and neuropsychological performance in college football players. **JAMA** 282:964–970, 1999.
8. Corsellis JA, Bruton CJ, Freeman-Browne D: The aftermath of boxing. **Psychol Med** 3:270–303, 1973.
9. Dikmen SS, Bombardier CH, Machamer JE, Fann JR, Temkin NR: Natural history of depression in traumatic brain injury. **Arch Phys Med Rehabil** 85:1457–1464, 2004.
10. Editorial: Brain damage in sport. **Lancet** 1:401–402, 1976.
11. Erlanger DM, Kutner KC, Barth JT, Barnes R: Neuropsychology of sports-related head injury: Dementia Pugilistica to Post Concussion Syndrome. **Clin Neuropsychol** 13:193–209, 1999.
12. Geddes JF, Vowles GH, Nicoll JA, Revesz T: Neuronal cytoskeletal changes are an early consequence of repetitive head injury. **Acta Neuropathol (Berl)** 98:171–178, 1999.
13. Geddes JF, Vowles GH, Robinson SF, Sutcliffe JC: Neurofibrillary tangles, but not Alzheimer-type pathology, in a young boxer. **Neuropathol Appl Neurobiol** 22:12–16, 1996.
14. Gentleman SM, Graham DI, Roberts GW: Molecular pathology of trauma: Altered βAPP metabolism and the etiology of Alzheimer's disease, in Kogure K, Hossmann K-A, Siesjö BK (eds): *Progress in Brain Research.* New York, Elsevier, 1993, pp 237–246.
15. http://www.footballresearch.com/articles. February 20, 2004.
16. Jin ZQ, Fan YS, Ding J, Chen M, Fan W, Zhang GJ, Zhang BH, Yu SJ, Zhang YS, Ji WF, Zhang JG: Association of apolipoprotein E 4 polymorphism with cerebral infarction in Chinese Han population. **Acta Pharmacol Sin** 25:352–356, 2004.
17. Jordan BD, Relkin NR, Ravdin LD, Jacobs AR, Bennett A, Gandy S: Apolipoprotein E ε4 associated with chronic traumatic brain injury in boxing. **JAMA** 278:136–140, 1997.
18. Jorge R, Robinson RG: Mood disorders following traumatic brain injury. **Int Rev Psychiatry** 15:317–327, 2003.
19. Jorge RE, Robinson RG, Moser D, Tateno A, Crespo-Facorro B, Arndt S: Major depression following traumatic brain injury. **Arch Gen Psychiatry** 61:42–50, 2004.
20. Kamboh MI, Aston CE, Hamman RF: The relationship of APOE polymorphism and cholesterol levels in normoglycemic and diabetic subjects in a biethnic population from the San Luis Valley, Colorado. **Atherosclerosis** 112:145–159, 1995.
21. Kutner KC, Erlanger DM, Tsai J, Jordan B, Relkin NR: Lower cognitive performance of older football players possessing apolipoprotein E ε4. **Neurosurgery** 47:651–658, 2000.
22. Maddocks D, Saling M: Neuropsychological deficits following concussion. **Brain Inj** 10:99–103, 1996.
23. Mathis CA, Wang Y, Klunk WE: Imaging β-amyloid plaques and neurofibrillary tangles in the aging human brain. **Curr Pharm Des** 10:1469–1492, 2004.
24. Matser JT, Kessels AG, Jordan BD, Lezak MD, Troost J: Chronic traumatic brain injury in professional soccer players. **Neurology** 51:791–796, 1998.
25. McKenzie JE, Gentleman SM, Roberts GW, Graham DI, Royston MC: Increased numbers of βAPP-immunoreactive neurones in the entorhinal cortex after head injury. **Neuroreport** 6:161–164, 1994.
26. Mendez MF: The neuropsychiatric aspects of boxing. **Int J Psychiatry Med** 25:249–262, 1995.
27. Millar K, Nicoll JA, Thornhill S, Murray GD, Teasdale GM: Long term neuropsychological outcome after head injury: Relation to APOE genotype. **J Neurol Neurosurg Psychiatry** 74:1047–1052, 2003.
28. Nicoll JA, Roberts GW, Graham DI: Apolipoprotein E ε4 allele is associated with deposition of amyloid β-protein following head injury. **Nat Med** 1:135–137, 1995.
29. Pellman EJ: Background on the National Football League's research on concussion in professional football. **Neurosurgery** 53:797–798, 2003.

Copyright © Congress of Neurological Surgeons. Unauthorized reproduction of this article is prohibited.

30. Pellman EJ, Powell JW, Viano DC, Casson IR, Tucker AM, Feuer H, Lovell M, Waeckerle JF, Robertson DW: Concussion in professional football: Epidemiological features of game injuries and review of the literature—Part 3. **Neurosurgery** 54:81–96, 2004.

31. Pellman EJ, Viano DC, Tucker AM, Casson IR: Concussion in professional football: Location and direction of helmet impacts—Part 2. **Neurosurgery** 53:1328–1340, 2003.

32. Pellman EJ, Viano DC, Tucker AM, Casson IR, Waeckerle JF: Concussion in professional football: Reconstruction of game impacts and injuries. **Neurosurgery** 53:799–812, 2003.

33. Porter MD: A 9-year controlled prospective neuropsychologic assessment of amateur boxing. **Clin J Sport Med** 13:339–352, 2003.

34. Roberts GW: Immunocytochemistry of neurofibrillary tangles in dementia pugilistica and Alzheimer's disease: Evidence for common genesis. **Lancet** 2:1456–1458, 1988.

35. Roberts GW, Allsop D, Bruton C: The occult aftermath of boxing. **J Neurol Neurosurg Psychiatry** 53:373–378, 1990.

36. Roberts GW, Whitwell HL, Acland PR, Bruton CJ: Dementia in a punch-drunk wife. **Lancet** 335:918–919, 1990.

37. Ryan LM, Warden DL: Post concussion syndrome. **Int Rev Psychiatry** 15:310–316, 2003.

38. Smith DH, Chen XH, Nonaka M, Trojanowski JQ, Lee VM, Saatman KE, Leoni MJ, Xu BN, Wolf JA, Meaney DF: Accumulation of amyloid $\beta$ and $\tau$ and the formation of neurofilament inclusions following diffuse brain injury in the pig. **J Neuropathol Exp Neurol** 58:982–992, 1999.

39. Sortland O, Tysvaer AT: Brain damage in former association football players: An evaluation by cerebral computed tomography. **Neuroradiology** 31:44–48, 1989.

40. Tagliabue P: Tackling concussions in sports. **Neurosurgery** 53:796, 2003.

41. Tokuda T, Ikeda S, Yanagisawa N, Ihara Y, Glenner GG: Re-examination of ex-boxers' brains using immunohistochemistry with antibodies to amyloid $\beta$ protein and $\tau$ protein. **Acta Neuropathol (Berl)** 82:280–285, 1991.

42. Tysvaer AT, Storli OV: Soccer injuries to the brain: A neurologic and electroencephalographic study of active football players. **Am J Sports Med** 17:573–578, 1989.

43. Tysvaer AT, Storli OV, Bachen NI: Soccer injuries to the brain: A neurologic and electroencephalographic study of former players. **Acta Neurol Scand** 80:151–156, 1989.

## COMMENTS

This is the first publication of chronic traumatic encephalopathy (CTE) in a retired National Football League (NFL) player. It should come as no surprise, though, as a number of NFL players have had to retire from sequelae of multiple mild traumatic brain injuries. It is also consistent with the findings of Kevin Guskiewicz, Julian Bailes, and others at The Center for the Study of Retired Athletes at the University of North Carolina. These researchers found retired NFL players with three or more concussions had a fivefold prevalence toward mild cognitive impairment and a threefold prevalence toward significant memory problems compared with retirees with no history of concussion. Hopefully, in the years ahead, the center will be able to study these retirees so a better idea of the incidence of CTE in former NFL players becomes known, as well as how many years of participation may lead to this risk. I fully support the conclusions of Omalu et al.

**Robert C. Cantu**
*Concord, Massachusetts*

In this case report of CTE in a retired NFL player, the authors provide an in-depth description of the deceased player's neuropathological findings. The authors assert that the individual's premortem cognitive decline, depression, parkinsonism symptoms, and neuropathological findings were a manifestation of traumatic encephalopathy resulting from his many years of professional football. Although this is an interesting hypothesis and it is

likely he sustained several mild traumatic brain injuries over the course of his NFL career, this assertion appears to be somewhat presumptuous because they are only reporting associated findings in a single individual. It is notable that no mention is made of any concussions, mild or otherwise, in his premortem history, and that he played predominantly as an offensive lineman which is one of the player positions associated with the lowest frequency of concussion in the NFL. Additionally, this individual's apolipoprotein E genotype was not E4 which has been more strongly associated with the development of Alzheimer's disease. Ideally, the causal link suggested here between a career in professional football and CTE would result from postmortem assessments of a group of similar individuals from the NFL compared with another group of otherwise well-matched individuals whose careers did not involve repetitive contact sports. I encourage the authors to continue their investigations.

**Daniel F. Kelly**
*Los Angeles, California*

The authors provide a detailed analysis of the central nervous system histopathology in an offensive lineman who played for 17 seasons in the NFL and died from a myocardial infarction 12 years after retirement. The autopsy findings were consistent with CTE. This article complements the series of articles by Pellman et al. that have previously appeared in this journal regarding the neuropsychological abnormalities suffered by NFL players, and provides an important anatomic underpinning for those abnormalities. Unfortunately, Omalu et al. did not provide specific information about the neuropsychological deficits experienced by this athlete, other than to state that he met criteria for dysthymic disorder, had deficits in memory and judgment, and had parkinsonian symptoms. It is unlikely that detailed neuropsychological testing was routinely performed during his career, so such data was probably not available. The increasing use of detailed pre- and post-traumatic neuropsychological testing by the NFL and amateur football groups should provide an invaluable database of information that will allow for clinical-anatomic correlations not previously possible. Together with information obtained from functional magnetic resonance imaging studies, this data will significantly advance our understanding of the cellular and physiologic mechanisms of traumatic brain injury.

**Donald W. Marion**
*Boston, Massachusetts*

This article raises some interesting questions. However, in this case report, the scientific validity of the putative association between suspected repetitive mild traumatic brain injury in professional football players and histological findings consistent with chronic neurodegenerative processes is, at the very least, questionable. This report highlights the potential value of a prospectively administered database that might include athletes' medical histories and, when available, postmortem findings and results of cognitive testing. More abundant and more rigorously collected data of this type might enable us to provide better answers to the questions posed here.

**Alex B. Valadka**
*Houston, Texas*

Omalu et al. have added to our knowledge of neuropathological correlates of sports-related head injury. They provide a detailed postmortem analysis of a retired player who spent 17 years in the NFL. It is clear that we are just beginning to understand the myriad of biomechanical, physiological, neurogenetic, and neurocognitive sequelae of this condition. By providing the first reported case of autopsy-confirmed traumatic encephalopathy in a professional football player, these authors provide an initial

Copyright © Congress of Neurological Surgeons. Unauthorized reproduction of this article is prohibited.

Omalu et al.

window to structural changes of this condition. It is noted that the authors indicate that the player's encephalopathy occurred as a result of long-term repetitive concussive brain injury. However, they did not indicate the frequency of concussive events or the numbers of years over which concussive events occurred. Because concussive events were not recorded systematically at the time of this player's career, we cannot be sure that his encephalopathy was caused by either repetitive or long-term events.

**Kenneth C. Kutner**
*Neuropsychologist*
*Hackensack, New Jersey*

Omalu et al. have reported a sentinel case of a 50-year-old retired NFL player with 17 years experience as a professional football player. It provides a glimpse, for the first time, into the gross and microscopic pathological changes of this relatively young brain, which had extensive exposure to head impacts in football. These findings, which are not consistent with Alzheimer's disease or aging, but rather CTE, have been observed previously in autopsy material of retired boxers. These consist predominantly of markers of neuronal and axonal injury to the neocortex with relative sparing of the hippocampus, as well as hemorrhagic markers in the Virchow Robin spaces.

Despite attempts to enact rule changes and to improve helmet design, naturally there are still regular episodes of traumatic brain injury in contact sports such as football. Irrespective of design modifications in the football helmet, there still exists the regular occurrence of rapid acceleration-deceleration mechanisms of brain injury which are difficult to ameliorate or eliminate. In addition, recent reports have suggested that the true incidence of concussion in football, recognized or subclinical in nature, is higher than previously believed. Although earlier research has shown that contact athletes may later develop mental and cognitive impairment, this case report documents cerebral histopathological abnormalities and adds to our knowledge as we further study the long-term consequences of repetitive traumatic brain injury.

**Julian E. Bailes**
*Morgantown, West Virginia*

This article raises controversial questions concerning the potential risk of CTE in retired NFL players. The authors provide detailed and compelling neuropathological evidence supporting the presence of CTE in this particular case, but there is no documentation of concussion history during the athlete's sports career. As the authors openly note, this is a single case report and does not establish an empirically substantiated causal relation between participation in professional football and the development of CTE, even if previous concussion history had been recorded in this case. Clearly, further investigation with multiple subjects and a controlled experimental design is needed.

By reporting their case, the authors lay a solid groundwork for pursuing further neuropathology studies in professional football players. Based on the potential association between CTE and boxing, it is certainly conceivable that there is a link between the activities inherent in professional football and CTE. However, the rate at which a typical player sustains head injuries and the severity of those injuries are important factors that may differentially affect the likelihood of developing CTE. Thus, it will be important to note not only the length of career and the number of athlete exposures, but to also include reliable concussion history data in future studies. Empirical studies that include this information would portray a more complete picture of the risks of professional football, contribute knowledge of the possible etiologic factors of CTE, and convey precautionary measures, if needed, to minimize its occurrence.

The postmortem finding of CTE in a retired football player raises

the possibility that some of the cognitive, emotional, and neurological symptoms observed in retired NFL athletes may be manifestations of disease processes other than Alzheimer's disease, which has been more extensively documented in recent literature. The relation of CTE, Alzheimer's disease, and the Apolipoprotein E genotype in retired athletes is also fuel for future research. Although this article raises more questions than it answers, it provides a foundation indicating that these questions are important and worth pursuing.

**Joseph Bleiberg**
*Neuropsychologist*
*Washington, District of Columbia*

This article represents the first documented case of long-term neurodegenerative changes in a retired professional NFL player. The case report describes the complete autopsy and laboratory findings of a retired professional football player showing neuropathological changes consistent with long-term repetitive concussive brain injury. The report states that the deceased athlete "sustained numerous episodes of mild traumatic and concussive brain injury . . ." during his 17-year career as an offensive lineman. Although the report does not indicate an approximate number of suspected concussions, we are left to assume that it was well above the average of two concussions reported to the Center for the Study of Retired Athletes by retired NFL players with an average of 6.5 years in the league (1). Given that the deceased athlete played approximately three times longer than the retired NFL players in that study, we might predict that he experienced at least six concussions, and probably many more subconcussive impacts to the head during his professional football career.

The authors indicate that the deceased player demonstrated long-standing mood disorders that resembled a dysthymic disorder. This report parallels findings from the Center for the Study of Retired Athletes which suggest there is an association between recurrent concussions sustained during the professional playing years, and the likelihood of being diagnosed with clinical depression (1). As the authors state, the case study by itself cannot confirm a causal link between professional football and chronic neurodegenerative diseases such as CTE, however, it indicates the need for a more comprehensive study of both active and retired professional football players.

Furthermore, this case report calls to team physicians and athletic trainers for improved injury surveillance of concussions and other brain related traumas so future studies may be able to better understand the relationship between these injuries and the neurodegenerative changes described. For years there has been speculation of an increased risk for late life cognitive impairment in athletes with a history of multiple concussions. While this well written case report provides a good starting point for answering these important questions, future prospective studies implementing genetic testing, more rigorous diagnostic criteria, historical documentation, and extensive serial evaluations (e.g., neuropsychological testing and functional neuroimaging) will be necessary to clarify the direct or mitigating effects of head trauma on lifetime risk of such neurological disorders. The authors should be commended for providing the medical community with a very interesting paper that will make significant contributions to the literature on the topic of sport-related concussion and neurodegenerative disease, and will likely serve as an impetus for future study in this area.

**Kevin M. Guskiewicz**
*Chapel Hill, North Carolina*

1. http://www.csra.unc.edu/statistics.htm. Accessed June 13, 2005.

Copyright © Congress of Neurological Surgeons. Unauthorized reproduction of this article is prohibited.

EXHIBIT 57

**SPECIAL REPORT**

# Chronic Traumatic Encephalopathy in a National Football League Player: Part II

**Bennet I. Omalu, M.D., M.P.H.**

Departments of Pathology
and Epidemiology,
University of Pittsburgh,
Pittsburgh, Pennsylvania

**Steven T. DeKosky, M.D.**

Departments of Human Genetics
and Neurology,
University of Pittsburgh,
Pittsburgh, Pennsylvania

**Ronald L. Hamilton, M.D.**

Department of Pathology,
University of Pittsburgh,
Pittsburgh, Pennsylvania

**Ryan L. Minster, M.S.I.S.**

Department of Human Genetics,
University of Pittsburgh,
Pittsburgh, Pennsylvania

**M. Ilyas Kamboh, Ph.D.**

Department of Human Genetics,
University of Pittsburgh,
Pittsburgh, Pennsylvania

**Abdulrezak M. Shakir, M.D.**

Department of Pathology,
University of Pittsburgh,
Pittsburgh, Pennsylvania

**Cyril H. Wecht, M.D., J.D.**

Departments of Pathology
and Epidemiology,
University of Pittsburgh,
Pittsburgh, Pennsylvania

**Reprint requests:**
Bennet I. Omalu, M.D., M.P.H.,
7520 Penn Bridge Court,
Pittsburgh, PA 15221.
Email: bennet.omalu@verizon.net

**Received,** January 4, 2006.
**Accepted,** June 30, 2006.

**OBJECTIVE:** We present the second reported case of autopsy-confirmed chronic traumatic encephalopathy in a retired professional football player, with neuropathological features that differ from those of the first reported case. These differing pathological features underscore the need for further empirical elucidation of the pathoetiology and pathological cascades of long-term neurodegenerative sequelae of professional football.

**METHODS:** A psychological autopsy was performed with the next-of-kin and wife. Medical and hospital records were reviewed. A complete autopsy was accompanied by a comprehensive forensic neuropathological examination. Restriction fragment length polymorphism analysis was performed to determine apolipoprotein-E genotype.

**RESULTS:** Pertinent premortem history included a 14-year span of play in organized football starting from the age of 18 years. The subject was diagnosed with severe major depressive disorder without psychotic features after retirement, attempted suicide multiple times and finally committed suicide 12 years after retirement by ingestion of ethylene glycol. Autopsy revealed cardiomegaly, mild to moderate coronary artery disease, and evidence of acute ethylene glycol overdose. The brain showed no atrophy, a cavum septi pellucidi was present, and the substantia nigra showed mild pallor. The hippocampus and cerebellum were not atrophic. Amyloid plaques, cerebral amyloid angiopathy, and Lewy bodies were completely absent. Sparse to frequent τ-positive neurofibrillary tangles and neuropil threads were present in all regions of the brain. Tufted and thorn astrocytes, as well as astrocytic plaques, were absent. The apolipoprotein-E genotype was E3/E4.

**CONCLUSION:** Our first and second cases both had long careers without multiple recorded concussions. Both manifested Major Depressive Disorder after retirement. Amyloid plaques were present in the first case and completely absent in the second case. Both cases exhibited neurofibrillary tangles, neuropil threads, and coronary atherosclerotic disease. Apolipoprotein-E4 genotypes were different. Reasons for the contrasting features in these two cases are not clear. Further studies are needed to identify and define the neuropathological cascades of chronic traumatic encephalopathy in football players, which may form the basis for prophylaxis and therapeutics.

**KEY WORDS:** Chronic traumatic encephalopathy, National Football League, Professional football players

*Neurosurgery 59:1086-1093, 2006*     DOI: 10.1227/01.NEU.0000245601.69451.27     www.neurosurgery-online.com

I n 2005, we reported the first autopsy-confirmed case of chronic traumatic encephalopathy (CTE) in a National Football League (NFL) player (5, 27). The brain in that report showed diffuse amyloid plaques, neuropil threads (NT) and neurofibrillary tangles (NFT) in the neocortex. There were no diffuse amyloid plaques, NTs, or NFTs in the entorhinal cortex or hippocampus. We now report the second autopsy-confirmed case of CTE in another NFL player with neuropathological findings that are somewhat distinct from the initial reported case. In contrast to the first case, the brain in this second case revealed topographically distributed sparse to frequent NFT and NT in the neocortex, hippocampus,

subcortical ganglia, and brainstem. There were no diffuse amyloid plaques. Whereas the apolipoprotein-E (APOE) genotype of our first case was E3/E3, the APOE genotype of this second case was E3/E4.

Chronic neurodegenerative changes have been causally associated with contact sports, including boxing, soccer, and American football (7, 13–15, 39, 40, 43, 45, 53). Autopsies aimed at diagnosing CTE are virtually non-existent in active or retired NFL players. This has precluded definitive elucidation of pathological cascades of chronic neurodegenerative sequelae of professional football by direct tissue analyses. Since the 1995 recommendation of the NFL Committee on Mild Traumatic Brain Injury (MTBI) for the NFL to fund research into MTBI, significant progress has been made in understanding and ameliorating or preventing acute MTBI (28–37, 50–52). However, we currently know little regarding the chronic neurodegenerative outcomes of long-term play in professional football. The differing pathological findings in our two cases, especially the absence of amyloid plaques in the second case, underscore the urgent need for further information and possibly a prospective, longitudinal study of former professional football players. Such a study, combining neurological, neuropsychiatric, neuroimaging, and post-mortem neuropathological facets and findings, might form the basis for possible prophylaxis and therapeutics.

## Premortem History

A psychological autopsy of this 45-year-old African-American man was performed with his next-of-kin and wife. He had married twice and had no children. At the time of his death, he lived alone and was separated from his second wife. He enlisted in the United States Armed Forces in 1977 after high school and served for 2 years. He began playing football at the age of 18 years, while in the military, and played as an offensive tackle for 2 years. He entered college after military service and moved on to a college football scholarship, during which time he played as a starting offensive line tackle for 4 years (1980–1984). In 1984, he was drafted by the NFL as a right guard and played for 8 consecutive years (1984–1992). He sustained several musculoskeletal and cartilage injuries while playing professional football, which necessitated multiple knee, elbow, and shoulder surgeries. He had indicated to his second wife that he sustained repeated mild concussions of his head on numerous occasions during his football career.

During his childhood and during his amateur and professional football career, his wife and family did not observe any obvious psychosocial or behavioral abnormality. However, within several years of his retirement from the NFL, his wife reported that he became increasingly quiet and that he was afraid and fearful, with paranoid tendencies. On some occasions, he would sweat profusely in public settings and become agitated when approached by other people. At other times, he was noted to exhibit a reassured, confident, and approachable demeanor. In private, he sometimes became extremely reclusive and distanced himself from all personal interactions with family and friends, often locking himself in the house for 1 to 2 days. He would later seek companionship from family and friends as if nothing had happened. He manifested unpredictable fluctuations in mood and personality.

Before his retirement, the decedent had started a sole proprietorship business in 1988. He began working as a sales manager for another business entity in 1992. In 1993, he formed a second wholesale produce corporation. In 1994, he diversified his business and expanded into food processing and manufacturing and created yet another new corporation. His business activities and decisions were regarded as extraordinarily risky, ambitious, and rather irrational. In business dealings, he also exhibited sudden and unexpected fluctuations in mood and personality. At some times, he appeared hard working, ambitious, and highly driven, but at others, he exhibited sudden bouts of agitation and irritability with no clear instigator. He would lose his ability to focus and concentrate and would become highly emotional, which led to failure of his business operations. In 2000, he further expanded his food service business and formed another sole proprietorship entity.

He was described by the next-of-kin as having "extreme highs and lows." He became progressively incapable of mentally handling very complex rational thoughts in matters of daily living and business. He became increasingly impulsive and paranoid. His erratic behavior continued to worsen; he exhibited disinhibition, began having financial problems, and could not sustain his businesses.

He began outpatient psychotherapy in 1992 after his first suicide attempt in 1991 by ingestion of rat poison and cold medications, after suspension from the NFL for violating the NFL's steroid policy. He was diagnosed with adjustment disorder with depressed mood after this first suicide attempt. He made several subsequent suicide attempts by ingestion of prescription drugs and antifreeze. He verbalized thoughts of suicide and attempted suicide again in 2003, shortly after he was investigated for a fire that destroyed his business. In 2005, he was indicted for arson and wrongful business transactions for apparently setting fire to his factory plant. His behavior became increasingly characterized by constant thoughts of suicide, and he was admitted for psychiatric treatment three times. A few weeks after his last discharge from the hospital, he was found lying on a couch with altered mental status; he died at a local hospital several hours later. Laboratory analyses of his blood and urine samples performed before his death revealed metabolic acidosis with increased blood lactic acid, negative base excess, high anion gap, high serum osmolality, hypocalcemia, and positive urine oxalate crystals.

There was no contributory family history relative to significant medical problems or severe depression/suicide attempts. There was a documented single episode of a rollover of a sport utility vehicle which he was driving when he swerved to avoid hitting a deer. He experienced a brief loss of consciousness at the scene, but recovered completely. There was at least one clinically documented severe concussive brain injury during play of football in 1987, which necessitated removal from play for at least 1 week. He was hospitalized for one night and complained of lightheadedness, unsteadiness in gait, and difficulty

concentrating. These symptoms were present for at least several days. Medical records from a local psychiatric hospital, where the decedent received follow-up psychiatric treatment, revealed a primary psychiatric diagnosis of major depressive disorder, which was severe and without psychotic features. Other significant medical history included thyroidectomy (2 mo before death) for hyperthyroidism (Grave's disease).

### Relevant Findings on General Autopsy

A complete autopsy was performed at the Allegheny County Coroner's Office. External examination revealed a well-developed, well-nourished African-American man who weighed 275 pounds and measured 72 inches and seemed consistent with the stated age of 45 years. There was no evidence of recent blunt force, penetrating force, or projectile trauma. Internal examination revealed a heart weight of 580 g. The heart showed patchy myofibrillary hypertrophy with focal infiltration of the subendocardium by neutrophils. The coronary arteries showed mild to moderate eccentric, segmental atherosclerosis with 40 to 60% multifocal luminal occlusion. The lungs showed moderate acute pulmonary edema and congestion. The right and left kidneys appeared grossly unremarkable; however, numerous intratubular oxalate crystals were found in histology sections of the kidneys. Postmortem toxicological analyses of blood and urine revealed the presence of ethylene glycol in the urine, with a level of 460 mg/dl. There was no ethylene glycol detected in the blood (ethylene glycol has a short half-life, of 2.5–4.5 h).

### Neuropathological Findings

The dura mater revealed no hemorrhages, xanthochromia, or subdural membranes. The brain weighed 1535 g in the fresh state. The cerebral and cerebellar hemispheres appeared symmetrical and revealed no anomalous gyral-sulcal convolutions, atrophy, contusions, infarcts, or hemorrhages. There was global edema and congestive swelling. The leptomeninges appeared normal, as did the vessels of the circle of Willis and the basilar and vertebral arteries. The cranial nerves were normal.

The neocortical gray ribbon was intact and the gray-white matter demarcation distinct. The centrum semiovale and the periventricular white matter revealed diffuse edema and congestion without hemorrhages, infarcts, or demyelination. The ventricles contained no abnormal fluid, were symmetrically compressed, and showed normal ependymal lining. A cavum septi pellucidi was present, compressed, and measured $0.9 \times 0.1$ cm at the coronal level of the nucleus accumbens. The septum pellucidum showed no fenestrations. The choroid plexuses were congested. The lamina terminalis and superior and inferior medullary vela were intact. The corpus callosum was not atrophic and was without hemorrhage or demyelination. The caudate nucleus, putamen, globus pallidus, thalamus, and subthalamic nucleus were normal, without lacunar infarcts or hemorrhages. The substantia nigra showed mild pallor. The internal capsule, basal nucleus of Meynert, amygdala, and piriform cortex were intact and without atrophy. The hippocam-

pus and parahippocampal gyrus revealed no anomalies or gross atrophy. The mamillary bodies and hypothalamus were normal. The midbrain, pons, and medulla oblongata revealed no hemorrhages, infarcts, or demyelination. The pituitary gland was normal.

Sections from 23 brain areas were submitted for histological tissue processing and analysis, including the middle frontal gyrus, cingulate gyrus, anterior corpus callosum, caudate nucleus, insula cortex, putamen and globus pallidus, hippocampus at the level of the lateral geniculate body, thalamus, midbrain at the level of the red nucleus and the substantia nigra, pons at the level of the locus ceruleus, medulla at the level of the inferior olivary nucleus, cerebellum with dentate nucleus, basal nucleus of Meynert, amygdala, inferior parietal lobule, superior and middle temporal gyri, occipital lobe-calcarine cortex, superior cerebellar vermis, splenium of corpus callosum, mamillary body and hypothalamus, pituitary gland, and dura mater. The following histochemical and immunohistochemical stains were performed on each section of the brain: hematoxylin and eosin, β-A4 amyloid immunostain, τ protein immunostain, neurofilament immunostain, α-synuclein immunostain, ubiquitin immunostain, amyloid precursor protein immunostain, and Bielschowsky silver impregnation stain. The section of the dura mater was stained only with hematoxylin and eosin.

Microscopic examination revealed sparse to moderate infiltration of the leptomeninges by neutrophils, accompanied by acute congestion of the leptomeningeal vessels, consistent with ethylene glycol-induced chemical leptomeningitis (16). There was mild neocortical neuronal dropout in the frontal, parietal, and temporal lobes, with residual normal laminar and columnar organization. Swollen, achromasic, or ballooned neurons were absent. There was mild extracellular edema of the cortical gray and white matter. Very focal and sparse perivascular oxalate microcrystals were noted. The centrum semiovale and the corpus callosum revealed no demyelination, pallor, or axonal spheroids. The ependymal lining showed intermittent denudations with focal infiltration of the occipital horn by neutrophils. There was patchy subependymal gliosis. The globus pallidus showed mild neuronal dropout. The internal, external, and extreme capsules and claustrum revealed no demyelination or degeneration.

The Sommer's sector, presubiculum and subiculum revealed cytoplasmic eosinophilia of many pyramidal neurons without neuronal dropout. The basal nucleus of Meynert and the amygdala revealed no neuronal dropout. The substantia nigra revealed mild neuronal dropout accompanied by mild extraneuronal pigment. The locus ceruleus also revealed mild neuronal dropout. The medulla oblongata revealed mild neuronal dropout and astrogliosis of the dorsal inferior olivary nucleus. There was mild neuronal dropout of the Purkinje neurons, without acute eosinophilic degeneration, as well as mild Bergmann astrogliosis. There was mild neuronal dropout of the internal granule cell layer and the dentate nucleus, which revealed mild fibrillary astrogliosis. The adenohypophysis revealed focal interstitial fibrosis with very focal sparse infiltration by



**FIGURE 1.** *Photomicrograph (×100) of a section of the frontal neocortex immunostained for τ protein, showing frequent NFTs and NTs.*



**FIGURE 2.** *Photomicrograph (×100) of a section of the locus ceruleus immunostained for τ protein, showing frequent NFTs and NTs.*

lymphocytes. The neurohypophysis was unremarkable. The dura mater was congested and revealed no inflammation or remote hemorrhage.

## Immunohistochemical Findings

Diffuse or neuritic amyloid plaques and cerebral amyloid angiopathy were absent in all regions of the brain examined. τ-positive band- and flame-shaped small and large globose perikaryal NFT were topographically observed in several regions (*Figs. 1* and *2*). The NFTs were also accompanied by τ-positive NTs. Large globose NFTs were found only in the midbrain, pons, basal nucleus of Meynert, substantia nigra, mammillary bodies, and hypothalamus. *Table 1* shows the dis-

**TABLE 1. Summary of topographic distribution and density of neurofibrillary tangles and neuropil threads**[a]

| Region of the brain | Density of NFTs | Density of NTs |
|---|---|---|
| Frontal lobe, left | +++ | ++ |
| Cingulate gyrus, corpus callosum, and caudate nucleus, left | | |
|    *Cingulate cortex* | + | + |
|    *Caudate nucleus* | +* | +* |
| Insular cortex, putamen and globus pallidus, left | | |
|    *Insular cortex* | ++* | ++* |
|    *Putamen* | +* | +* |
|    *Globus pallidus* | 0 | 0 |
| Hippocampus, left | | |
|    *CA-1, CA-2, CA-3* | + | + |
|    *Subiculum, presubiculum* | + | + |
|    *Entorhinal cortex* | +++ | +++ |
| Thalamus, left | + | + |
| Midbrain, level of red nucleus | | |
|    *Superior colliculi/oculomotor nucleus* | + | + |
|    *Substantia nigra* | ++* | ++* |
| Pons, level of locus ceruleus | | |
|    *Locus ceruleus* | +++ | +++ |
|    *Other pontine tegmental nuclei* | + | + |
| Medulla | + | + |
| Cerebellum | 0 | 0 |
| Basal nucleus of Meynert | + | + |
| Amygdala | ++ | + |
| Inferior parietal lobule, left | ++ | + |
| Superior and middle temporal gyri, left | +++ | ++ |
| Occipital lobe, calcarine cortex, left | 0 | 0 |
| Superior cerebellar vermis | 0 | 0 |
| Splenium of corpus callosum | | |
|    *Posterior cingulate cortex* | + | +* |
|    *Corpus callosum* | n/a | 0 |
| Hippocampus, right | | |
|    *Cornu ammonis (CA1–3)* | ++ | ++ |
|    *Subiculum* | + | + |
|    *Entorhinal cortex* | ++ | ++ |
| Mamillary body and hypothalamus, left | ++ | ++ |
| Substantia nigra, cut left side | ++ | ++ |
| Rostral pons/caudal midbrain | | |
|    *Locus ceruleus* | +++ | +++ |
|    *Other tegmental nuclei* | + | + |
| Mid/caudal pons | | |
|    *Locus ceruleus* | +++ | +++ |
|    *Other tegmental nuclei* | + | + |

[a] NFTs, neurofibrillary tangles; NTs, neuropil threads; +, sparse density; ++, moderate density; +++, frequent density; ++*, sparse-to-moderate density; +*, very sparse; n/a, not applicable.

tribution and density of NFTs and NTs in the regions of the brain examined. The determination of the density of NFTs and NTs was adapted from the density distribution of neuritic plaques by the Consortium to Establish a Registry for Alzheimer's Disease, which is used for the neuropathological diagnosis of Alzheimer's disease (9, 12, 23). One or two astrocytes in the subcortical white matter showed focal cytoplasmic fibrillary τ immunoreactivity. τ-positive tufted astrocytes, thorn astrocytes, and astrocytic plaques were absent in all regions of the brain examined. Lewy bodies, Lewy-related neurites, α-synuclein-positive glial inclusions, and neuronal or glial ubiquitin-positive inclusions were absent in all regions of the brain examined.

Acute toxic axonal injury and cerebral edema caused by acute ethylene glycol intoxication was evinced by multifocal axonal white matter immunoreactivity for amyloid precursor protein in the subcortical white matter and brainstem (15, 25).

### APOE Genotyping

Genomic deoxyribonucleic acid (DNA) was extracted from whole blood using the QIAamp DNA Blood Mini Kit (Qiagen, Valencia, CA). Restriction fragment length polymorphism analysis with Hha I (New England Biolabs, Beverly, MA) was completed using previously published protocols (20, 27). The genotype of the sample was determined to be E3/E4 (*Fig. 3*).

## DISCUSSION

Major depression, dementia-related syndromes, and neuropsychological and sensory motor deficits have been reported in professional and amateur contact sport players, including NFL players (6, 8, 10, 17–19, 21, 22, 38, 46–49). The neuropathological findings responsible for these neuropsychiatric deficits have not been clearly defined because of the rarity of autopsies in retired NFL players.

Our case represents a retired professional player (who played a total of 14 yr of organized football) who had developed a progressive major depressive disorder after retirement from football, accompanied by repeated suicide attempts and a completed suicide by ingestion of ethylene glycol. Autopsy confirmed the presence of abnormal metabolism and widespread neuronal and neuropil accumulation of a cytoskeletal protein to form NFTs and



**FIGURE 3.** *Polyacrylamide gel electrophoresis showing DNA stained with ethidium bromide visualized with ultraviolet light. Lanes 1 and 2 contain duplicate samples of the DNA amplified as described in the text and digested with Hha to reveal the restriction fragment length polymorphism. Lane 3 is a sample known to be E2/E4 prepared in parallel with the samples from Lanes 1 and 2. Lane 4 is a negative template control. Lane 5 contains a 50 to 2000 basepair ladder.*

NTs. The major components of NFTs and NTs are hyperphosphorylated paired helical filaments of the microtubule-binding protein, τ (16).

Abnormal metabolism and accumulation of neuronal cytoskeleton and membrane proteins have been suggested to be pathoetiological components of delayed neurological sequelae of single or repeated MTBI sustained in contact sports (2, 13, 14, 41, 42). The morphophenotype of our case, i.e., the presence of NFTs without amyloid plaques, supports previous findings of Geddes et al. (13, 14) who found only NFTs in the brains of five young adults who had experienced mild chronic head injuries. Geddes et al. (13, 14) had hypothesized that repetitive head injury in young adults may be initially associated with neocortical NFT formation in the absence of β-amyloid.

The APOE genotypes of our two reported cases were different (E3/E3 and E3/E4). We currently do not have any explanation for this difference. However, it confirms what is already known regarding APOE genotype (3, 11, 24, 25, 44). Individuals who inherit one or two copies of APOE4 may exhibit a three- to

**TABLE 2. Common and contrasting features of two reported cases of chronic traumatic encephalopathy in two retired National Football League players[a]**

| Characteristics | Patient 1 | Patient 2 |
|---|---|---|
| Age at death | 50 years | 45 years |
| Approximate age when decedent was drafted into the NFL | 22 years | 25 years |
| Duration of professional play in the NFL | 17 years | 8 years |
| Approximate duration of play of football in high school, college, and/ or in the military | 5 years | 6 years |
| Interval between retirement from the NFL and death | 12 years | 12 years |
| History and diagnosis of major depressive disorder after retirement from the NFL | Present | Present |
| Gross atrophy of the brain and hydrocephalus ex vacuo | Absent | Absent |
| Fenestrations of the septum pellucidum | Absent | Absent |
| Cavum septi pellucidi | Absent | Present |
| Presence of diffuse amyloid plaques | Present | Absent |
| Presence of NFTs and NTs | Present | Present |
| APOE genotype | E3/E3 | E3/E4 |
| Postmortem diagnosis of coronary atherosclerotic disease | Present | Present |
| Premortem history of steroid use | Present | Present |

[a] NFL, National Football League; NFTs, neurofibrillary tangles; NTs, neuropil threads; APOE, apolipoprotein-E.

ninefold increase in developing chronic posttraumatic neurodegeneration. However, the presence of the APOE4 allele does not confer absolute predisposition to CTE, and absence of APOE4 does not confer absolute protection from CTE.

*Table 2* illustrates the common and contrasting features of our two reported cases of CTE in two NFL players. Both had long careers without multiple recorded concussions. Reasons for contrasting features in the two cases are not clear. There was a history of steroid use during play in the NFL in both cases. This observation may suggest that there is an unconfirmed possibility that steroid use may play a role in the pathoetiology of CTE. However, we cannot allude to this role of steroid use at this time. Further studies are needed to identify and define the pathoetiological factors and neuropathological cascades of CTE in retired football players.

The neuropsychiatric presentation and clinical course of CTE in football players and other contact-sport players including boxers (dementia pugilistica) may exhibit a spectrum of neuropsychiatric and neuropathological cascades. However, definitive characteristics of CTE in contact sports and American football should be determined by long-term, longitudinal, multi-institutional, and multidisciplinary studies, which will comprise genetic analysis and scheduled intermittent neuropsychiatric testing and follow-up, accompanied by neuroradiological monitoring of a specified cohort of professional contact-sport players, such as the players in the NFL Hall of Fame. Autopsies and comprehensive postmortem neuropathological examinations should be performed on all participants in these studies for brain tissue analysis and clinicopathological correlations.

# REFERENCES

1. Abreau F, Templer DI, Schuyler BA, Bradley A, Hutchison HT: Neuropsychological assessment of soccer players. **Neuropsychology** 4:175–181, 1990.
2. Allsop D, Haga S, Bruton C, Ishii T, Roberts GW: Neurofibrillary tangles in some cases of dementia pugilistica share antigens with amyloid beta-protein of Alzheimer's disease. **Am J Pathol** 136:255–260, 1990.
3. Bales KR, Dodart JC, DeMattos RB, Holtzman DM, Paul SM: Apolipoprotein E, amyloid, and Alzheimer disease. **Mol Interv** 2:363–375, 339, 2002.
4. Barth JT, Macciocchi SN, Giordani B, Rimel R, Jane JA, Boll TJ: Neuropsychological sequelae of minor head injury. **Neurosurgery** 13:529–533, 1983.
5. Casson IR, Pellman EJ, VianoDC: Chronic traumatic encephalopathy in a National Football League Player. **Neurosurgery** 58:E1003, 2006 (comment).
6. Collins MW, Grindel SH, Lovell MR, Dede DE, Moser DJ, Phalin BR, Nogle S, Wasik M, Cordry D, Daugherty KM, Sears SF, Nicolette G, Indelicato P, McKeag DB: Relationship between concussion and neuropsychological performance in college football players. **JAMA** 282:964–970, 1999.
7. Corsellis JA, Bruton CJ, Freeman-Browne D: The aftermath of boxing. **Psychol Med** 3:270–303, 1973.
8. Drew RH, Templer DI, Schuyler BA, Newell TG, Cannon WG: Neuropsychological deficits in active licensed professional boxers. **J Clin Psychol** 42:520–525, 1986.
9. Ellison D, Love S, Chimelli L, Harding BM, Rowe J, Vinters HV: *Neuropathology: A Reference Text of CNS Pathology.* Edinburgh and New York, Mosby, 2004, ed 2.
10. Erlanger DM, Kutner KC, Barth JT, Barnes R: Neuropsychology of sports-related head injury: Dementia pugilistica to post concussion syndrome. **Clin Neuropsychol** 13:193–209, 1999.
11. Friedman G, Froom P, Sazbon L, Grinblatt I, Shochina M, Tsenter J, Babaey S, Yehuda B, Groswasser Z: Apolipoprotein E-epsilon4 genotype predicts a poor outcome in survivors of traumatic brain injury. **Neurology** 52:244–248, 1999.
12. Gearing M, Mirra SS, Hedreen JC, Sumi SM, Hansen LA, Heyman A: The Consortium to Establish a Registry for Alzheimer's Disease (CERAD). Part X. Neuropathology confirmation of the clinical diagnosis of Alzheimer's disease. **Neurology** 45:461–466, 1995.
13. Geddes JF, Vowles GH, Nicoll JA, Revesz T: Neuronal cytoskeletal changes are an early consequence of repetitive head injury. **Acta Neuropathol (Berl)** 98:171–178, 1999.
14. Geddes JF, Vowles GH, Robinson SF, Sutcliffe JC: Neurofibrillary tangles, but not Alzheimer-type pathology, in a young boxer. **Neuropathol Appl Neurobiol** 22:12–16, 1996.
15. Gentleman SM, Graham DI, Roberts GW: Molecular pathology of trauma: Altered βAPP metabolism and the aetiology of Alzheimer's Disease, in Kogure K, Hossmann KA, Siesjö BK (eds): *Neurobiology of Ischemic Brain Damage (Progress in Brain Research).* Amsterdam, Elsevier, 1993, pp 237–246.
16. Greenfield JG, Graham DI, Lantos PL: *Greenfield's Neuropathology.* London, Arnold, 2002 vol 1, pp 823–898; vol 2, pp 195–272.
17. Guskiewicz KM, Marshall SW, Bailes J, McCrea M, Cantu RC, Randolph C, Jordan BD: Association between recurrent concussion and late-life cognitive impairment in retired professional football players. **Neurosurgery** 57:719–726, 2005.
18. Jorge R, Robinson RG: Mood disorders following traumatic brain injury. **Int Rev Psychiatry** 15:317–327, 2003.
19. Jorge RE, Robinson RG, Moser D, Tateno A, Crespo-Facorro B, Arndt S: Major depression following traumatic brain injury. **Arch Gen Psychiatry** 61:42–50, 2004.
20. Kamboh MI, Aston CE, Hamman RF: The relationship of APOE polymorphism and cholesterol levels in normoglycemic and diabetic subjects in a biethnic population from the San Luis Valley, Colorado. **Atherosclerosis** 112:145–159, 1995.
21. Maddocks D, Saling M: Neuropsychological deficits following concussion. **Brain Inj** 10:99–103, 1996.
22. Matser JT, Kessels AG, Jordan BD, Lezak MD, Troost J: Chronic traumatic brain injury in professional soccer players. **Neurology** 51:791–796, 1998.
23. Mirra SS, Heyman A, McKeel D, Sumi SM, Crain BJ, Brownlee LM, Vogel FS, Hughes JP, van Belle G, Berg L: The Consortium to Establish a Registry for Alzheimer's Disease (CERAD). Part II. Standardization of the neuropathologic assessment of Alzheimer's disease. **Neurology** 41:479–486, 1991.
24. Nathoo N, Chetry R, van Dellen JR, Connolly C, Naidoo R: Apolipoprotein E polymorphism and outcome after closed traumatic brain injury: Influence of ethnic and regional differences. **J Neurosurg** 98:302–306, 2003.
25. Nathoo N, Chetty R, van Dellen JR, Barnett GH: Genetic vulnerability following traumatic brain injury: The role of apolipoprotein E. **Mol Pathol** 56:132–136, 2003.
26. Omalu BI: Diagnosis of traumatic diffuse axonal injury. **Am J Forensic Med Pathol** 25:270, 2004.
27. Omalu BI, DeKosky ST, Minster RL, Kamboh MI, Hamilton RL, Wecht CH: Chronic traumatic encephalopathy in a National Football League player. **Neurosurgery** 57:128–134, 2005.
28. Pellman EJ: Background on the National Football League's research on concussion in professional football. **Neurosurgery** 53:797–798, 2003.
29. Pellman EJ, Lovell MR, Viano DC, Casson IR: Concussion in professional football: Recovery of NFL and high school athletes assessed by computerized neuropsychological testing—Part 12. **Neurosurgery** 58:263–274, 2006.
30. Pellman EJ, Lovell MR, Viano DC, Casson IR, Tucker AM: Concussion in professional football: Neuropsychological testing—Part 6. **Neurosurgery** 55:1290–1303, 2004.
31. Pellman EJ, Powell JW, Viano DC, Casson IR, Tucker AM, Feuer H, Lovell M, Waeckerle JF, Robertson DW: Concussion in professional football: Epidemiological features of game injuries and review of the literature—Part 3. **Neurosurgery** 54:81–94, 2004.
32. Pellman EJ, Viano DC, Casson IR, Arfken C, Feuer H: Concussion in professional football: Players returning to the same game—Part 7. **Neurosurgery** 56:79–90, 2005.

33. Pellman EJ, Viano DC, Casson IR, Arfken C, Powell J: Concussion in professional football: Injuries involving 7 or more days out—Part 5. **Neurosurgery** 55:1100–1119, 2004.

34. Pellman EJ, Viano DC, Casson IR, Tucker AM, Waeckerle JF, Powell JW, Feuer H: Concussion in professional football: Repeat injuries—Part 4. **Neurosurgery** 55:860–873, 2004.

35. Pellman EJ, Viano DC, Tucker AM, Casson IR; Committee on Mild Traumatic Brain Injury, National Football League: Concussion in professional football: Location and direction of helmet impacts—Part 2. **Neurosurgery** 53:1328–1340, 2003.

36. Pellman EJ, Viano DC, Tucker AM, Casson IR, Waeckerle JF: Concussion in professional football: Reconstruction of game impacts and injuries. **Neurosurgery** 53:799–812, 2003.

37. Pellman EJ, Viano DC, Withnall C, Shewchenko N, Bir CA, Halstead PD: Concussion in professional football: Helmet testing to assess impact performance—Part 11. **Neurosurgery** 58:78–96, 2006.

38. Porter MD: A 9-year controlled prospective neuropsychologic assessment of amateur boxing. **Clin J Sport Med** 13:339–352, 2003.

39. Roberts GW: Immunocytochemistry of neurofibrillary tangles in dementia pugilistica and Alzheimer's disease: Evidence for common genesis. **Lancet** 2:1456–1458, 1988.

40. Roberts GW, Allsop D, Bruton C: The occult aftermath of boxing. **J Neurol Neurosurg Psychiatry** 53:373–378, 1990.

41. Smith C, Graham DI, Murray LS, Nicoll JA: τ immunohistochemistry in acute brain injury. **Neuropathol Appl Neurobiol** 29:496–502, 2003.

42. Smith DH, Chen XH, Nonaka M, Trojanowski JQ, Lee VM, Saatman KE, Leoni MJ, Xu BN, Wolf JA, Meaney DF: Accumulation of amyloid β and τ and the formation of neurofilament inclusions following diffuse brain injury in the pig. **J Neuropathol Exp Neurol** 58:982–992, 1999.

43. Sortland O, Tysvaer AT: Brain damage in former association football players. An evaluation by cerebral computed tomography. **Neuroradiology** 31:44–48, 1989.

44. Teasdale GM, Nicoll JA, Murray G, Fiddes M: Association of apolipoprotein E polymorphism with outcome after head injury. **Lancet** 350:1069–1071, 1997.

45. Tokuda T, Ikeda S, Yanagisawa N, Ihara Y, Glenner GG: Re-examination of ex-boxers' brains using immunohistochemistry with antibodies to amyloid β-protein and τ protein. **Acta Neuropathol (Berl)** 82:280–285, 1991.

46. Tysvaer AT, Lochen EA: Soccer injuries to the brain. A neuropsychologic study of former soccer players. **Am J Sports Med** 19:56–60, 1991.

47. Tysvaer AT, Sortland O, Storli OV, Lochen EA: Head and neck injuries among Norwegian soccer players: A neurological, electroencephalographic, radiologic and neuropsychological evaluation [in Norwegian]. **Tidsskr Nor Laegeforen** 112:1268–1271, 1992.

48. Tysvaer AT, Storli OV: Soccer injuries to the brain. A neurologic and electroencephalographic study of active football players. **Am J Sports Med** 17:573–578, 1989.

49. Tysvaer AT, Storli OV, Bachen NI: Soccer injuries to the brain. A neurologic and electroencephalographic study of former players. **Acta Neurol Scand** 80:151–156, 1989.

50. Viano DC, Casson IR, Pellman EJ, Bir CA, Zhang L, Sherman DC, Boitano MA: Concussion in professional football: Comparison with boxing head impacts—Part 10. **Neurosurgery** 57:1154–1172, 2005.

51. Viano DC, Casson IR, Pellman EJ, Zhang L, King AI, Yang KH: Concussion in professional football: Brain responses by finite element analysis—Part 9. **Neurosurgery** 57:891–916, 2005.

52. Viano DC, Pellman EJ: Concussion in professional football: Biomechanics of the striking player—Part 8. **Neurosurgery** 56:266–280, 2005.

53. Zhang L, Ravdin LD, Relkin N, Zimmerman RD, Jordan B, Lathan WE, Ulug AM: Increased diffusion in the brain of professional boxers: A preclinical sign of traumatic brain injury. **AJNR Am J Neuroradiol** 24:52–57, 2003.

## COMMENTS

This is an interesting study linking the chronic head trauma in professional football players with chronic traumatic encephalopathy. There is a temporal association of the symptoms with the patient's football career. Also, it does not prove that head injury from playing football was the sole cause of this patient's disease; the association is intriguing and is important to report.

**Kenneth Aldape**
*Houston, Texas*

The authors have had the opportunity to perform neuropathological studies on the brains of two National Football League (NFL) players with significant neuropathological differences in terms of the genotype, the presence (and absence) of amyloid plaques, and history. They concluded that a specific cohort of football players, such as those elected to the NFL Hall of Fame, should have autopsies and comprehensive postmortem neuropathological examinations regardless of premorbid conditions. The purpose would be to determine whether or not chronic neurodegenerative changes can be causally related to football participation.

From a scientific perspective, the goal certainly seems laudable. This case, however, exemplifies the difficulty in such a study. In their premortem history, the authors state that, "within several years of his retirement from the NFL, his [present] wife reported that he became increasingly quiet, he was noted to be afraid and fearful with paranoid tendencies." They also report that he became extremely reclusive and distanced himself from all personal interactions with family and friends. Because the authors did not speak with his first wife, or obtain history from the players, trainers, and others with whom he associated in an intensely competitive environment for more than 8 years, the statement that abnormal behavior began "within several years of his retirement from the NFL" could certainly be challenged.

Indeed, after an automobile accident after his third year in the NFL, the authors state that medical records from a local psychiatric hospital indicated that he had the diagnosis of "a major depressive disorder, severe, without psychotic features." In 1990, 2 years before his retirement, he was suspended by the NFL for steroid abuse. The duration for which he used steroids is unrecorded or unknown.

In 1991, 1 year before his retirement, he attempted suicide by the ingestion of rat poison and cold medications, and, as the authors state, there were several other subsequent suicide attempts by ingestion of prescription drugs and antifreeze. After another suicide attempt in 2003 and the conviction for arson in 2005, he subsequently died from ingestion of ethylene glycol.

With such a multifactorial and incomplete history, I think it is extremely speculative to suggest that his psychosocial behavior and neuropathological findings are attributable to football-induced traumatic encephalopathy, especially because he demonstrated no residual evidence of a post concussion syndrome after his one documented cerebral concussion, after which he returned to full football participation for several years. Nevertheless, although more than daunting, to perform postmortem neuropathological examinations on all NFL Hall of Fame inductees would be of interest.

**Joseph C. Maroon**
*Pittsburgh, Pennsylvania*

Omalu et al. report the second case of a relatively young, retired NFL player whose autopsy showed widespread changes, which they speculate may have been related to episodes of mild traumatic brain injury (MTBI) during his many years of contact sport participation. Pathological brain findings included widespread accumulation of Ù-positive neurofibrillary tangles and neuropil threads, a cavum septum pellucidum, but no hippocampal or cerebellar atrophy. This athlete's medical history, having participated in organized football for

14 years, had numerous episodes of behavioral abnormalities, along with a progressive major depressive disorder, multiple suicide attempts, and a completed suicide. However, there is no information concerning whether or not there were documented occurrences of clinical concussion related to football or if there were instances of MTBI at other stages of his life.

This report follows upon the authors' initial study of a similarly aged, football experienced, and psychologically disturbed retired NFL player whose autopsy findings showed both similar and contrasting features. Differences in this second case, although unclear if pertinent, were absence of amyloid plaques, an E3/E4 genotype, and diffuse topographic distribution of sparse to frequent neurofibrillary tangles and neuropil threads in not only the neocortex, but also the hippocampus, subcortical ganglia, and brainstem.

We now appreciate that, after sports concussion, a transient hypermetabolic state, axonal injury, a lower threshold for recurrence, and cumulative effects may occur (2, 6, 8). The old standard of a negative neurological examination and computed tomographic study to exclude central nervous system damage is no longer valid. Newer evaluations, focusing on white matter injury, hold promise to detect the presence of injury (1). Also, as McKeag has recently pointed out, there has been a previous tendency to overgeneralize in our approach to athletic MTBI and in studying its effects, as a wide range of variability in the type and expression of injury to the human brain is to be expected (7). Our previous study of former NFL players suggested that there was a correlation between the exposure to athletic MTBI and mild cognitive impairment seen in the later years after retirement (5).

Following on their initial case report, this autopsy study is of interest and further raises the question of the possibility of chronic or cumulative effects of multiple, subclinical concussions resulting in neurodegenerative changes in the form of accumulation of neuronal cytoskeleton and membrane proteins. Notwithstanding the absence of documentation of multiple clinical concussive episodes, this case nonetheless stimulates the discussion of whether or not, in a small number of players, such football exposure can cause a widespread neurodegenerative process with ultimate clinical manifestations.

It is uncertain whether or not these two case reports, unprecedented for such athletes, represent random findings or if there is a posttraumatic state which is akin to, but dissimilar enough not to satisfy all the classic neuropathological findings of, dementia pugilistica (3, 4). It remains an important, but unanswered question, which will have to be addressed by future necropsy and longitudinal population studies of athletes' exposure to known MTBI and subclinical concussions and their subsequent clinical and neurocognitive outcomes in the years after retirement.

**Julian E. Bailes**
*Morgantown, West Virginia*

1. Bazarian JJ, Blyth B, Cimpello L: Bench to bedside: Evidence for brain injury after concussion—Looking beyond the computed tomography scan. **Acad Emerg Med** 13:199–214, 2006.
2. Collins MW, Lovell MR, Iverson GL, Cantu RC, Maroon JC, Field M: Cumulative effects of concussion in high school athletes. **Neurosurgery** 51:1175–1181, 2002.
3. Corsellis JA, Bruton CJ, Freeman-Browne D: The aftermath of boxing. **Psychol Med** 3:270–303, 1973.
4. Geddes JF, Vowles GH, Robinson SF, Sutcliffe JC: Neurofibrillary tangles, but not Alzheimer-type pathology in a young boxer. **Neuropathol Appl Neurobiol** 22:12–16, 1996.
5. Guskiewicz KM, Marshall SW, Bailes J, McCrea M, Cantu RC, Randolph C, Jordan BD: Association between recurrent concussion and late-life cognitive impairment in retired professional football players. **Neurosurgery** 57:719–726, 2005.
6. Hovda DA, Prins M, Becker DP, Lee S, Bergsneider M, Martin N: Neurobiology of concussion, in Bailes JE, Lovell MR, Maroon JC (eds): *Sports-related Concussion*. St Louis, Quality Medical Publishing, 1999, pp 12–51.
7. McKeag DB: Understanding sports-related concussion: Coming into focus but still fuzzy. **JAMA** 290:2604–2605, 2003.
8. Smith DH, Meaney DF: Axonal damage in traumatic brain injury. **Neuroscientist** 6:483–495, 2000.

This article adds to the increasing literature regarding cognitive deficits associated with low-grade repetitive head injury. Although, as a case report, no definitive statements can be made, it is important to have such cases presented and discussed. Although it is not possible to exclude a coincidental association of a psychiatric disorder in a professional NFL player, the degenerative pathology described would certainly be more in keeping with a traumatic etiology. Clearly, cases such as this provide an opportunity for more detailed studies looking at potential mechanisms underlying cognitive decline in chronic repetitive head injury, such as neuroinflammatory mechanisms. The genetic information relating to apolipoprotein E is of limited interest as a number of one (or two, when the previous report is included) is not informative.

**Colin Smith**
**Neuropathologist**
*Edinburgh, Scotland*

The authors present a case of autopsy-confirmed chronic traumatic encephalopathy in a retired professional football player with a history of neuropathological features. He had a 14-year history of involvement in organized football without multiple recorded concussions. After retirement, he was diagnosed with severe major depressive disorder and committed suicide 12 years after retirement. The contribution of anticoagulant rodenticide and ethylene glycol ingestion to his demise is unclear. The patient underwent an autopsy with restriction fragment length polymorphism analysis performed to determine apolipoprotein E genotype. His apolipoprotein E genotype was E3/E4, which would suggest, though not with certainty, a three- to ninefold increase in developing chronic posttraumatic neurodegeneration. Neurofibrillary tangles and neuropil threads were noted on evaluation of the cerebrum.

The authors compare and contrast this case with a previous case report. The relationship of the onset of his depressive disorder after his history of participation in football is purely temporal. This is a difficult relationship, given a potential history of antisocial behavior before his retirement. It becomes additionally more complex given a history of steroid use.

This report will hopefully bear subsequent studies, as the authors appropriately suggest, which will require long-term, longitudinal, multi-institutional and multi-disciplinary evaluation of genetic disposition, neuropsychiatric history, neuroradiological findings, clinical follow-up, and comprehensive postmortem neuropathological examinations.

**Min Park**
**Andy Nguyen**
**Michael L. Levy**
*San Diego, California*

# EXHIBIT 58

# NFL Concussions Fast Facts

*By CNN Library*
*updated 1:29 PM EDT, Mon July 21, 2014*

CNN.com

**(CNN)** -- Here's some background information about concussions in the NFL. Reports show an increasing number of retired NFL players who have suffered concussions developed memory and cognitive issues such as dementia, Alzheimer's, depression and chronic traumatic encephalopathy (CTE).

A concussion is a type of traumatic brain injury caused by a blow to the head.

## Facts:

Most concussions occur without losing consciousness.

Chronic traumatic encephalopathy (CTE) is a degenerative disease of the brain and is associated with repeated head traumas like concussions.

Among the plaintiffs in concussion-related lawsuits: Art Monk, Tony Dorsett, Jim McMahon, Jamal Anderson and Ray Easterling.

## Common Symptoms of Concussions: (The NFL Player Concussion Pamphlet)

Imbalance
Headache
Confusion
Memory loss
Loss of consciousness
Vision change
Hearing change
Mood change
Fatigue
Malaise

## Statistics: (NFL)

**2012 -** 261 diagnosed concussions during preseason and regular-season practices and games combined.

**2013 -** 228 diagnosed concussions during preseason and regular-season practices and games combined.

## Timeline:

**1994 -** NFL Commissioner Paul Tagliabue creates the Mild Traumatic Brain Injury Committee. Dr. Elliot Pellman is named chairman despite not having experience with brain injuries.

**2002 -** Dr. Bennet Omalu, a forensic pathologist and co-founder of the Brain Injury Research Institute, identifies chronic traumatic encephalopathy (CTE) in the brain of former Pittsburgh Steelers' center Mike Webster, 50, who committed suicide. Omalu is the first to identify CTE in American football players.

**January 2005 -** The NFL's Mild Traumatic Brain Injury Committee finds that returning to play after sustaining a concussion "does not involve significant risk of a second injury either in the same game or during the season."

**2005 and 2006 -** Dr. Omalu identifies chronic traumatic encephalopathy (CTE) in the brains of former Pittsburgh Steelers players Terry Long, 45, and Andre Waters, 44. Both had committed suicide.

**February 2007 -** Dr. Elliot Pellman steps down as chairman of the Mild Traumatic Brain Injury Committee but remains on the committee.

**June 2007 -** The NFL holds a medical conference on concussions.

**August 14, 2007 -** The NFL formalizes new concussion guidelines which include a telephone hotline to report when a player is being forced to play contrary to medical advice.

**October 28, 2009 -** Part I of the House Judiciary Committee hearing on Legal Issues Relating to Football Head Injuries. NFL Commissioner Roger Goodell defends the League's policy regarding concussions.

**January 4, 2010 -** Part II of the House Judiciary Committee hearing on Legal Issues Relating to Football Head Injuries. Dr. Ira Casson, one of the co-chairs of the Mild Traumatic Brain Injury Committee, denies a link between repeat head impacts and long-term brain damage.

**March 2010 -** The NFL's Mild Traumatic Brain Injury Committee is renamed the Head, Neck and Spine Committee. Two new co-chairs are selected, and Dr. Elliot Pellman is no longer a member of the panel.

**October 20, 2010 -** NFL Commissioner Goodell issues a memo to all 32 teams that warns of possible suspensions for offenders that violate the "playing rules that unreasonably put the safety of another player in jeopardy have no place in the game, and that is especially true in the case of hits to the head and neck."

**February 17, 2011 -** Former Chicago Bears defensive back Dave Duerson, 50, commits suicide with a gunshot wound to the chest rather than his head so his brain can be researched for chronic traumatic encephalopathy (CTE). Boston University researchers find CTE in Duerson's brain, the same disease found in other deceased NFL players.

**April 19, 2012 -** Former Atlanta Falcons safety Ray Easterling, 62, commits suicide. An autopsy finds signs of chronic traumatic encephalopathy (CTE). Easterling had been a plaintiff in a class action lawsuit against the NFL over concussion-related injuries filed in August 2011.

**May 2, 2012 -** Former NFL linebacker Junior Seau, 43, is found dead with a gunshot wound to the chest, classified as a suicide. Friends and family members say the suicide was brought on by multiple concussions, but an initial autopsy report finds no apparent brain damage. Portions of Seau's brain have been sent to the National Institutes of Health for further study.

**June 7, 2012 -** A unified lawsuit combining more than 80 concussion-related lawsuits on behalf of more than 2,000 National Football League players is filed in federal court in Philadelphia. The players accuse the NFL of negligence and failing to notify players of the link between concussions and brain injuries, in Multi-district Litigation Case No. 2323.

**August 30, 2012 -** The NFL files a motion to dismiss the concussion-related lawsuits filed by former players.

**September 5, 2012 -** The Foundation for the National Institutes of Health announces that the NFL has committed to donating $30 million to support research on medical conditions prominent in athletes.

**January 10, 2013 -** The National Institutes of Health releases the results of their analysis of Junior Seau's brain tissue confirming that Seau did suffer from chronic traumatic encephalopathy (CTE).

**January 23, 2013 -** Junior Seau's family files a wrongful death lawsuit against the NFL, claiming that Seau's suicide was the result of a brain disease caused by violent hits he endured while playing the game.

**August 29, 2013 -** The NFL and ex-players reach a deal in the class action lawsuit that calls for the NFL to pay $765 million to fund medical exams, concussion-related compensation, medical research for retired NFL players and their families, and litigation expenses, according to a court document filed in U.S. District Court in Philadelphia. The agreement still needs to be approved by the judge assigned to the case, which has grown to include more than 4,500 plaintiffs.

**December 13, 2013 -** The body of former NFL linebacker Jovan Belcher is exhumed in order to perform tests on his brain, a lawyer for the player's family tells the Kansas City Star. On December 1, 2012, Belcher, 25, shot his longtime girlfriend to death and then killed himself.

**December 2013 -** Ryan Freel is the first Major League Baseball player to be diagnosed with chronic traumatic encephalopathy (CTE), according to researchers at the Boston University School of Medicine. Freel committed suicide in December 2012 at the age of 36.

**January 14, 2014 -** A federal judge declines to approve a proposed $760 million settlement of claims arising from concussions suffered by NFL players, saying she didn't think it was enough money.

**May 28, 2014 -** Former Miami Dolphins quarterback Dan Marino, and 14 other former NFL players, sues the NFL over concussions. The lawsuit claims the NFL knew for years of the link between concussions and long-term health problems.

**June 3, 2014 -** It is reported that Dan Marino has withdrawn his name from the concussion lawsuit.

**July 17, 2014 -** Former NFL players Christian Ballard and Gregory Westbrooks file suit against the NFL Players Association, alleging the union withheld information about head injuries.

---

*© 2014 Cable News Network. Turner Broadcasting System, Inc. All Rights Reserved.*

# EXHIBIT 59

Neurosurg Focus 21 (4):E12, 2006

# Concussion in professional football

## Summary of the research conducted by the National Football League's Committee on Mild Traumatic Brain Injury

ELLIOT J. PELLMAN, M.D., AND DAVID C. VIANO, DR. MED., PH.D.

*Mild Traumatic Brain Injury Committee, National Football League, New York, New York; ProHEALTH Care Associates, Lake Success, New York; and ProBiomechanics, Bloomfield Hills, Michigan*

✓In 1994 the National Football League (NFL) initiated a comprehensive clinical and biomechanical research study of mild traumatic brain injury (TBI), a study that is ongoing. Data on mild TBIs sustained between 1996 and 2001 were collected and submitted by NFL team physicians and athletic trainers, and these data were analyzed by the NFL's Committee on Mild Traumatic Brain Injury. At the same time, analysis of game videos was performed for on-field mild TBIs to quantify the biomechanics involved and to develop means to improve the understanding of these injuries so that manufacturers could systematically improve and update their head protective equipment. The findings and analysis of the Committee have been presented in a series of articles in *Neurosurgery*.

KEY WORDS  •  traumatic brain injury  •  sports-related concussion  • neuropsychological assessment

I N 1992 Al Toon, who was a wide receiver for the New York Jets, was the first NFL player known to have retired because of postconcussion syndrome.[2] The year after Mr. Toon's retirement, another player, Merrill Hoge of the Chicago Bears, retired because of the same problem. Commissioner Paul Tagliabue, team physicians, and many others raised questions: was this a new problem or a misdiagnosed or unrecognized one? Was this a statistical anomaly or the beginning of an epidemic?

It was decided that a rigorous, scientific approach was necessary to gather the data to answer these questions for this high-profile professional sports league. In 1994, Commissioner Tagliabue approved the creation of the NFL's Committee on Mild Traumatic Brain Injury.[12] The Committee was composed of experts inside and outside the NFL. It was decided by the Committee that protection against injury as well as collection and analysis of injury data would be critical to the success of their mission. For the study, a reportable mild TBI was defined as a traumatically induced alteration in brain function manifested by an alteration of awareness and consciousness, including but not limited to an LOC, a "ding," a sensation of being dazed or stunned, a sensation of "wooziness" or "fogginess," a seizure or amnesic period, and by symptoms commonly associated with postconcussion syndrome, including persistent headaches, vertigo, lightheadedness, loss of balance, unsteadiness,

syncope, near-syncope, cognitive dysfunction, memory disturbances, hearing loss, tinnitus, blurred vision, diplopia, visual loss, personality change, drowsiness, lethargy, fatigue, and inability to perform usual daily activities.[10] The research summarized here was developed, supervised, and completed in response to the stated goals of the NFL's Committee on Mild Traumatic Brain Injury.

## Protection Against Mild TBI

### I: Helmet Standards

Next to impact avoidance, football helmets are the most important factor in protecting a player from mild TBI. In 1973, the NOCSAE established standards for the impact performance of football helmets.[9] The NOCSAE standard limited the SI, which is based on resultant head acceleration. All new football helmets available for use in high school and college football were then certified to the NOCSAE standard, and the wearing of such helmets was made mandatory for college players in 1978 and for high school players in 1980.

The certified helmets cut the SI score by half compared with the headgear worn before the establishment of the standard. By 1980, significant reductions in injuries were observed after the voluntary adoption of the standards by helmet manufacturers. The injury reduction was believed to be the result of the helmet design changes, which targeted serious brain injuries such as brain contusion. Despite the improvement of helmet design for the prevention of serious brain injury, little was known regarding the effectiveness of football helmets in protecting against mild TBI at the time of the initial research conducted by

---

*Abbreviations used in this paper:* CI = confidence interval; ImPACT = Immediate Postconcussion Assessment and Cognitive Testing; LOC = loss of consciousness; mph = miles per hour; NFL = National Football League; NOCSAE = National Operating Committee on Standards for Athletic Equipment; SI = severity index; TBI = traumatic brain injury.

the NFL's Committee on Mild Traumatic Brain Injury. Therefore, the Committee planned a series of research projects aimed at defining the biomechanics of concussive impacts in professional football.

After consideration of various alternatives, the effort focused on analyses of game videos of plays that had resulted in concussions. Experts in biomechanics proposed that, with multiple views of the impact and line markings on the field, the direction and speed of concussive impacts could be determined. Cinematographic analysis methods were developed to determine the actual speed at which players were moving before colliding (Fig. 1). This would allow laboratory reconstructions (reenactments) of the game impacts by using instrumented test dummies to simulate the helmeted players. The reenactments closely matched the situations on the field.

Reconstruction of the game impacts involved two Hybrid III anthropometric test devices. Two high-speed videos recorded head kinematics in the reconstruction. The cameras were positioned identically to the views from the game video to allow one-to-one comparison (Fig. 2). With the aid of transducers placed in the head of the dummy, the translational and rotational accelerations of the head could be determined in concussive and noninjurious impacts. Matching the available on-field injury video to clinically confirmed mild TBI made determination of an appropriate "event" possible and verifiable. All mild TBI events in the players were examined, confirmed, and recorded by NFL team physicians.

When a mild TBI occurred on the field, it was evaluated by a physician and athletic trainer, who completed forms describing the impact and the injury. Mild TBIs were also reported to a biomechanical engineering group contracted to analyze and reconstruct game impacts. Television network tapes of games were obtained from the NFL and analyzed.

The most striking observation in this study is that concussion in professional football involves a mean impact velocity of 9.3 m/second (20.8 mph) and a head velocity change of 7.2 m/second (16.1 mph). These are exceptionally high velocities and accelerations and long durations. Automotive crashes typically involve impact durations of less than 6 msec for head impacts with vehicle rails, pillars, and structures. The NFL results established new information on tolerances in the 15-msec range; there had been a virtual absence of scientific data on human tolerance. The NFL reconstruction data also supported a value of 70 to 75 G for concussion in padded impacts, which is at the high end of earlier tolerance ranges but is consistent with the Wayne State University concussion tolerance curve. Most important, the initial study demonstrated the strong correlation of concussion with translational acceleration, which should therefore be the primary measure for assessment of the performance of helmet protection systems.[10]

One conclusion of the initial biomechanical study was that the current NOCSAE SI and the more widely accepted Head Injury Criterion are adequate performance measures for helmet standards and that the added complexity of measuring rotational acceleration may not be needed





FIG. 1.   Still photographs from films showing game action and mathematical calculations of the vector of impacts. The impact velocity of the head hits was determined by analysis of two camera views of the collision.    *Upper:* The photos show the impact sequence from two views.    *Lower:* Graph showing the camera locations and the perspective of the two video images of the game impact. The two perspectives are mathematically merged as vectors that change with each time-step of the video. (Reprinted in modified form with permission from Pellman EJ, Viano DC, Tucker AM, Casson IR, Waeckerle JF: Concussion in professional football: reconstruction of game impacts and injuries. **Neurosurgery 53:** 799–814, 2003.)

Concussion in professional football



FIG. 2. Comparison of the laboratory reconstruction *(upper)* and still photos of the game impact *(lower)* from a case of concussion sustained in an NFL game. Refinements in the test setup were done until the helmet kinematics matched the game impact sequence. (Reprinted in modified form with permission from Pellman EJ, Viano DC, Tucker AM, Casson IR, Waeckerle JF: Concussion in professional football: reconstruction of game impacts and injuries. **Neurosurgery 53:** 799–814, 2003.)

for an improved or supplemental NOCSAE helmet standard. The results of this study provided a basis for new helmet evaluation methods, new helmet designs, and the prevention of concussions in football.

### II: Biomechanical Testing

It was recognized by the Committee that a greater understanding of the location and direction of helmet impacts was needed to give manufacturers the ability to develop newer, improved mild TBI–resistant helmets. Therefore, NFL game videos were further analyzed for the typical locations of severe helmet impacts in professional football. The magnitude and direction of force causing concussion were determined by the use of selected cases that were reconstructed in laboratory tests.

A request was made to have a biomechanical testing contractor reconstruct the impact in 31 cases by using at least two clear video reviews of the collision. Laboratory

tests would then be set up to reenact the game impacts with crash dummies and to measure head responses. The reconstruction emphasized helmet-to-helmet and helmet-to-ground impacts, because the video of other impacts was more obscured from clear view. Helmet contact of the struck player was categorized by the impact quadrant and head level for helmet contacts.

The study demonstrated the importance of face-mask injuries at an oblique angle, with the majority of contacts occurring below the head's center of gravity.[9] Another important aspect was that it described the quadrants on the helmet for which future NOCSAE standards may establish performance requirements (Fig. 3). By defining relevant quadrants, greater performance may be ensured over a segment of the helmet in which risks of concussion are higher in professional football, particularly low on the side and back and oblique to the face mask.

The laboratory reconstruction of game impacts provided the Committee with data identifying the location and direction of helmet impacts associated with concussion in NFL players. It also provided unique biomechanical data on head responses associated with concussion. The response data also allowed the determination of injury risk functions for concussion.

Using the Logist function, the probability of concussion p(x) was related to various biomechanical parameters (x) measured in the reenactment tests by using the following formula: $p(x) = [1 + \exp(\alpha - \beta x)]^{-1}$ where $\alpha$ and $\beta$ are parameters fit to the NFL data. The parameters determined for NFL concussion were as follows: $\alpha = 2.677$ and $\beta = 0.0111$ for the Head Injury Criterion; $\alpha = 4.678$ and $\beta = 0.0573$ for translational acceleration; and $\alpha = 5.231$ and $\beta = 0.000915$ for rotational acceleration.[10]

### III: Head-Down Tackling

For decades head-down tackling (or so-called spearing) has been a concern because it can result in catastrophic neck injuries in the striking player. The epidemiological and cinematographic analyses of neck injuries have shown that axial loading with flexion or extension causes the majority of cervical fracture–dislocations. This evidence has resulted in rules changes in high school, college, and professional football banning deliberate spearing



FIG. 3. *Upper:* Photographs of dummy heads showing location of initial helmet contacts for the struck players. Both concussive and nonconcussive impacts and falls to the ground are shown. *Lower:* The impact location for the striking players involved no concussions. The impact locations are all shown on the right side of the helmet, although the game impacts occurred on both sides. H-G = helmet-to-ground impact; H-H = helmet-to-helmet impact; MTBI = mild TBI. (Reprinted with permission from Viano DC, Pellman EJ: Concussion in professional football: biomechanics of the striking player—part 8. **Neurosurgery 56:** 266–280, 2005.)

and the use of the top of the helmet as an initial point of contact in a tackle. It was observed that players who suffered concussions were sometimes struck by players who were using head-down tackling techniques. The Committee decided to study the biomechanics of this form of injury both in the striking player ("nonconcussed") and the player who was struck ("concussed").

Once again, game film and video were collected from the NFL and correlated with clinical mild TBI data supplied by each club's team physicians. Laboratory reconstruction was performed using Hybrid III male dummies. In the dummy representing the striking player, a six-axis neck transducer was installed between the head and the top of the neck.

In helmet-to-helmet impacts, the striking player lowers the head, neck, and torso to deliver maximum force to the struck player, whose head and neck resist the impact.[15] This is the typical situation when the struck player does not see the tackle and does not prepare for the collision. The key to the concussive blow is the head-down position, which involves a 67% greater mass of the striking player by engaging his torso in the collision. Neck forces couple torso mass into the collision, which contributes to the higher effective mass of the striking player.

The prevention of concussion in the struck player provides another reason, besides preventing neck injuries in the striking one, to enforce rules against head-down tackling or spearing in football. Another means to lower concussion severity may be to reduce the stiffness of the top-crown portion of the helmet and to lower the mass of the helmet, although these changes may be less effective than enforcement of antispearing rules.

### IV: Boxing

Because boxing entails considerable risk of closed head trauma, comparisons are often made between this sport and football regarding mechanisms of injury. The risk of concussion is considerably greater in professional boxing compared with professional football. The clinical picture of more severe brain injury is different in football and boxing. Boxers are much more likely to suffer subdural hematomas and deaths from brain injury than are professional football players. A better understanding of the biomechanics of head responses and mechanisms of brain injury would continue to lay the foundation for better protective headgear for sports.

Eleven Olympic boxers were included in this study.[13] These athletes were instructed to strike an instrumented Hybrid III head with their gloved fist two times with four different punches (to the forehead and jaw and with a hook and an uppercut). The height and weight of each boxer were measured and anthropometric data for the dominant hand were collected to allow the effective hand–arm mass to be calculated. Instrumentation was placed in the boxer's clenched hand as well as in the Hybrid III head. A camera recorded the event at a lens speed of 4500 images per second. The punch and head inertial forces were measured.

There were three significant differences noted between the biomechanical forces exerted on the head and brain by boxing punches and the football helmet impacts in the NFL. The boxer's punches resulted in lower translational

accelerations in the struck head compared with the football impacts (Fig. 4). The boxer's punch applied a higher moment to the struck head than did the football impacts. This resulted in a higher rotational acceleration in the head that was struck than did the football impacts. Boxers sustain a brain injury by two mechanisms: translational and rotational accelerations of the brain, with a preponderance of the rotational component. Professional football players, on the other hand, sustain mild TBI mostly by translational forces because the shell of the helmet allows the players to slide relative to one another, limiting head rotational accelerations. These differences were further studied using finite element analysis of brain responses.[14] The localized strains in the brain and different biomechanical inputs help explain the clinical differences between head injuries in boxing and professional football.

Finite element modeling also showed that strains develop late, after the primary impact force, and focus on their response at the midbrain. This study shows a complicated interaction of the head kinematics, detailed geometrical and material properties of the brain, and the role of brain movement and deformation within the skull (Fig. 5).

### V: Impact Velocity

In our earlier studies, we found that concussions in NFL players occur at an impact velocity of $9.3 \pm 1.9$ m/second ($20.8 \pm 4.2$ mph) oblique on the face mask, side, and back of the helmet. There is a need for new testing methods to evaluate helmet performance in protecting against impacts causing concussion.

The NOCSAE certifies the helmets used by professional football players. The impact tests provide confidence that protective helmets are effective in reducing life-threatening head injuries. Data collected from the accelerometers used in the NOCSAE head drop test are used to assess the shock-attenuating properties of the helmet based on the head SI, in which the risk of serious head injury is



Fig. 4. Scatterplot showing individual data points for translational and rotational acceleration (Accel) of the Hybrid III head for NFL game impacts and four different Olympic boxing punches. (Reprinted with permission from Viano DC, Casson IR, Pellman EJ, Bir CA, Zhang L, Sherman DC, et al: Concussion in professional football: comparison with boxing head impacts—Part 10. **Neurosurgery 57:** 1154–1172, 2005.)

Concussion in professional football



| Rotation | 0 | 11° | 24° |
| Displacement | 0 | 42 mm | 115 mm |
| Time | 0 | 15 ms | 25 ms |

Fig. 5. Anatomical models showing the deformation pattern of the finite element brain from a frontal and superior view of the hemispheres at 0, 15, and 25 msec for one of the NFL concussion cases. The sequence shows the head kinematics and brain deformations. (Reprinted in modified form with permission from Viano DC, Casson IR, Pellman EJ, Zhang L, King AI, Yang KH: Concussion in professional football: brain responses by finite element analysis—part 9. **Neurosurgery 57:** 891–916, 2005.)

determined from the SI. This standard does not address helmet performance in reducing the risk of concussion.

It was believed by the members of the committee that the previous NFL mild TBI research findings would allow a recommendation to be made for a new methodology for testing helmets to reduce the risk of concussions.[11] The initial approach involved pendulum impactors that were used to simulate 7.4 and 9.3 m/second impacts causing concussion in NFL players. A helmet was placed on an instrumented Hybrid III head that was supported on the neck, which was fixed to a sliding table for frontal and lateral impacts. The testing evolved to a linear pneumatic impactor, which gives better control and a broader speed range for helmet testing. The NOCSAE has prepared a draft supplemental helmet standard for the 7.4- and 9.3-m/second impacts evaluated using the new impactor. The proposed NOCSAE standard is the first to address helmet performance in reducing the risk of concussion.

*VI: Performance of the Newer Helmets*

The new understanding of the biomechanics of concussion in NFL players has enabled football helmet manufacturers to make design changes, for the first time, specifically to reduce the risk of mild TBI. The NFL testing techniques addressing concussion were shared previously with the helmet manufacturers and NOCSAE. The Adams USA Pro Elite, Riddell Revolution, and Schutt Sport Air Varsity Commander and DNA helmets are examples of headgear designed using the new information. Using the new mild TBI testing methodology, the Committee believed it would be useful to test the performance of newer helmets in reconstructed game impacts to compare them with a more standard VSR-4 football helmet.

The aim of this most recent study[16] was to investigate the performance of newer football helmets under conditions causing concussion in NFL players. Ten cases of NFL

game concussions were selected for reenactment testing with newer helmets to investigate the equipment's effectiveness in reducing the risk of concussion. The range of impact speed was between 7.4 and 11.2 m/second for eight cases of helmet-to-helmet impacts. This was within one standard deviation of the average condition for concussion in the NFL. The two head-to-ground impact cases averaged 7.2 m/second. For each case of helmet-to-helmet impact, the striking and struck dummies were oriented to match the original laboratory reconstructions of NFL players' concussions. Verification tests ensured that the 10 reconstructed impacts from NFL games were set up similarly to the original testing. Identification on all helmets was obscured, and random tests were conducted.

Testing revealed that newer football helmets reduce concussion risks in collisions that were representative of NFL player experiences. Depending on the biomechanical response, the reductions are in the range of a 10 to 20% lower risk of concussion. The newer headgear reduces concussion risk by using thicker and more energy-absorbing padding on the side and back of the helmets and around the ears. This demonstrates an encouraging trend with the newer headgear; and we expect additional progress. The tests should help NOCSAE in its effort to finalize new helmet standards for preventing concussions.

### Injury Collection and Data Analysis

*I: Prevalence of Mild TBI*

Mild TBI is a major public health problem in the US, with an estimated annual incidence of 160 to 375 cases per 100,000 persons per year. Officials at the Centers for Disease Control and Prevention have estimated that the number of mild TBIs has reached 300,000 cases per year in all sports. In an attempt to better understand mild TBI in the NFL, the Committee supervised prospective collection of data on this condition in NFL players from 1996 to 2001.

All data were collected using standardized forms, and the information was assessed in a blinded fashion. In all, 787 game-related cases (1913 games) were reported, and all players were examined by team physicians, with information reported on player position, type of helmet, symptoms, medical actions, and playing days lost.[5] All patients were evaluated by physicians immediately after the injury and underwent follow-up physician evaluations until they returned to play. Forms were completed by the physicians, which increased the medical validity and reliability of the information collected. Because the Committee did not mandate case management for mild TBI, the patients' medical course reflects the true natural history of mild TBIs among professional football players during this 6-year period.

Mild TBIs are relatively common injuries sustained by professional football players. The data indicate that quarterbacks, wide receivers, defensive backs, and special-team players on kicking units are more likely to sustain these injuries than are offensive and defensive linemen (Table 1). The clinical information helped validate the biomechanical data on professional football–related mild TBIs derived from the earlier studies.

The most common initial symptoms for players who sustained concussions were headaches, dizziness, memory

TABLE 1
*Incidence of mild traumatic brain injury according to player position in National Football League games*

| Position | No. of Cases | Incidence(%) | No. of Game Positions | Risk per 100 game-positions[a] |
|---|---|---|---|---|
| High Risk | | | | |
| Offensive | | | | |
| Quarterback | 62 | 7.9% | 3,826 | 1.62(1.22, 2.02) |
| Wide Receiver | 94 | 11.9% | 7,652 | 1.23(0.98, 1.48) |
| Tight End | 36 | 4.6% | 3,826 | 0.94(0.63, 1.25) |
| Running Back | 69 | 8.8% | 7,652 | 0.90(0.69, 1.11) |
| Defensive | | | | |
| Secondary | 143 | 18.2% | 15,304 | 0.93(0.78, 1.08) |
| Moderate Risk | | | | |
| Offensive | | | | |
| Offensive Line | 56 | 7.1% | 19,130 | 0.29(0.21, 0.37) |
| Defensive | | | | |
| Linebacker | 52 | 6.6% | 11,478 | 0.45(0.33, 0.57) |
| Defensive Line | 67 | 8.5% | 15,304 | 0.44(0.34, 0.54) |
| Special Team | | | | |
| Return Ball Carrier | 22 | 2.8% | 3,826 | 0.58(0.34, 0.82) |
| Kick Unit | 131 | 16.6% | 38,260 | 0.34(0.28, 0.40) |
| Low Risk | | | | |
| Special Team | | | | |
| Punter | 7 | 0.9% | 3,826 | 0.18(0.05, 0.31) |
| Return Unit | 33 | 4.2% | 38,260 | 0.09(0.06, 0.12) |
| Kicker, FGA | 1 | 0.1% | 3,826 | 0.03(–0.02, 0.08) |
| Kicker, PAT | 1 | 0.1% | 3,826 | 0.03(–0.02, 0.08) |
| Holder | 1 | 0.1% | 3,826 | 0.03(–0.02, 0.08) |
| Unknown/Undesignated | 12 | 1.5% | | |
| Total | 787 | 100% | | 8.08 |

[a]Risk per 100 game-positions is the number of concussions divided by the number of times the position was played during the observed period of 3,826 games, multiplied by 100. Values in parentheses are 95% confidence intervals. FGA = field goal attempt; PAT = point after touchdown. Risk strata are approximate, because there is some overlap of confidence intervals.

(Table reproduced with permission from Pellman EJ, Powell JW, Viano DC, Casson IR, Tucker AM, Feuer H, et al: Concussion in professional football: epidemiological features of game injuries and review of the literature—part 3. **Neurosurgery 54:**81–96, 2004.)

problems, cognitive problems, and somatic complaints. Headaches were observed in 55% (95% CI 51.5–58.5%) of NFL players who suffered concussions.[5] For the great majority of these players, mild TBIs did not cause prolonged disability or prolonged absence from play. In the NFL, 56.5% of players with concussions returned to play on the day of the injury and 97.1% returned to play by Day 9 after the injury. Only 2.9% of the players missed more than 9 days before returning to play. This indicates that most mild TBIs sustained in the NFL are self-limiting and that players recover fully and spontaneously in a short time. Because a significant percentage of players returned to play in the same game and the overwhelming majority of players with concussions were kept out of football-related activities for less than 1 week, it can be concluded that mild TBIs in professional football are not serious injuries.

Only 9.3% (95% CI 7–11.6%) of the NFL players experienced an LOC as a result of severe concussive head impacts (58 of 623 reported cases of mild TBI). It is important for all physicians who care for athletes with head injuries to know that most of the concussions they treat are not associated with LOC, and that when this symptom occurs it is for a relatively short duration.

## II: Repeated Mild TBI

Despite the findings and conclusions in the preliminary clinical study, questions remained concerning NFL players who suffered repeated mild TBIs. Physicians have been concerned for many years about the possible deleterious effects of multiple concussions on the brains of athletes.[8] In this study, data on 887 concussions sustained in practices and games involving 650 players from all 30 NFL teams between 1996 and 2001 were prospectively collected and analyzed. A total of 160 players experienced repeated injury, with 51 suffering three or more concussions during the study period. The median time between injuries was 374.5 days, with only six concussions occurring within 2 weeks of the initial injury. Repeated concussions were more prevalent in the secondary, the kick unit on special teams, and in wide receivers.

There have been reports in which researchers have concluded that there may be an increased risk of repeated concussive injuries, and there may be a slower recovery of neurological function after repeated concussions in those who have a history of previous ones. The results of this study in professional football players do not support that conclusion. Although approximately one half of players returned to play during the same game or practice session, and approximately 90% returned within 1 week, recurrent injury caused by an increased vulnerability in the immediate postconcussion period does not seem to be a factor in professional football players.

No cases of "second-impact syndrome" were detected during the 6-year period of this NFL study. There were no deaths, prolonged comas, or evidence of diffuse cerebral

Concussion in professional football

edema in any player. Furthermore, there have been no case reports of second-impact syndrome in the history of the NFL. It is possible that this syndrome does not truly exist in this population of athletes. Many of the mild TBI guidelines have established exclusion periods based at least partially on the belief that everyone who experiences a symptomatic mild TBI is at risk for the development of second-impact syndrome. The absence of the syndrome in this patient population supports the suggestion that such arbitrary return-to-play guidelines may be too conservative for professional football.

Another often-expressed concern underlying the development of mild TBI guidelines is the occurrence of chronic brain damage as a result of multiple head injuries. A recent letter to the editor in *Neurosurgery* addressed the case of an NFL player who was alleged to have died of complications of chronic traumatic encephalopathy, underscoring this concern.[1] Chronic traumatic encephalopathy in boxers is a well-accepted and documented clinical and pathological syndrome. The clinical features include a combination of cerebellar, extrapyramidal, and pyramidal dysfunction, along with cognitive and personality changes. In the NFL study, none of these features was identified in any player, including those with repeated injury. There were no signs of chronic traumatic encephalopathy in this group of active, contemporary football players.

In players with four or more concussions there was a greater chance of personality change and fatigue, but the number did not reach statistical significance. The incidence of LOC at the time of mild TBI was no different with successive concussions. Overall, however, the signs and symptoms reported in the NFL study were very similar in players with single and multiple mild TBIs. There was no evidence of increased severity of injury in multiple compared with single mild TBI cases.

*III: Postconcussion Syndrome*

In the data analysis there were a small number of athletes in whom persistent postconcussion symptoms developed, and these individuals were unable to return to play for an extended period. Often the postconcussion symptoms were seen 1 or more weeks after the injury. The postconcussion syndrome follows head injury that is usually mild, and consists of any combination of the symptoms and signs that occur after mild TBI. The Committee decided to analyze the data obtained in players in whom postconcussion syndrome was diagnosed.[7]

When does cerebral concussion end and postconcussion syndrome begin? Very few data are available on the evolution of head injury to postconcussion syndrome in athletes. The purpose of this part of the study was to compare the small group of NFL players who did not return for more than 7 days after a mild TBI with the majority of NFL players who do return within 7 days. The 7-day dividing line between the groups does not reflect an arbitrary distinction. Because NFL teams play games once a week, the players in this study cohort all missed at least one game. The NFL teams play only 16 games per season. Therefore, missing one game involves a significant loss of playing time. The study cohort all had significant functional impairment caused by mild TBI.

There were 72 cases with more than 7 days away from

play among the 887 cases of mild TBI analyzed between 1996 and 2001. Of these injuries, 38 were single concussions experienced in the study period, eight were the first of repeated concussions, 16 were the second, seven were the third concussion, and so on in the study period. The median duration between the first injury and 7 or more days away from play was 364 days, and the median duration between the last injury and 7 or more days away was 329 days, which is statistically similar.

For the whole sample, there were 650 players who experienced 887 concussions during the study period, and the position they were playing was recorded in this analysis. Individually, the position groups most often associated with loss of 7 or more days are the defensive secondary (23.6%), kick unit (19.4 %), quarterbacks (12.5%), and wide receivers (12.5%). The fraction of players in a position with 7 or more days away from play compared with all in that group was highest for the quarterback (14.8%), the return unit on special teams (11.8%), and the secondary (10.8%), followed by the kick unit (10.4%) on special teams. Quarterbacks had the highest odds ratio of 7 or more days away from play with concussion, whereas running backs had the lowest relative risk.

The majority of players with concussions (88.9%) are rested, with 7 or more days out, compared with 90.7% with fewer than 7 days out. Overall, the data show a conservative treatment of concussion. There was no statistical difference in players' treatment in comparisons between the two groups.

Between the initial examination and the first follow-up review, most of the signs and symptoms started to decrease, except for increases in the general category of memory problems, fatigue, irritability, and sleep problems. By the fourth follow-up examination (median 4.7 days), all memory and cognitive problems had cleared. Nevertheless, some players still reported headaches, dizziness, and photophobia. Somatic complaints continued in some players, including personality change and fatigue. By the seventh examination (median 13 days) only headaches remained to clear.

The data analysis allowed the development of profiles for two groups of NFL players with concussions. The first group is the small minority of players who ultimately do not return to play for 7 or more days postinjury. They are more likely to experience LOC as a result of the head injury, and they are more likely to be hospitalized on the day of the injury. At the time of the initial evaluation, these players have a significantly increased number of the signs and symptoms of mild TBI. On initial examination, they are very likely to have retrograde amnesia, difficulties with immediate recall, and overall difficulties with cognition and general memory.

The results of this study and the previous ones prompted the Committee to perform a critical analysis of the widely promoted guidelines for the evaluation and management of concussion in sport. This 6-year study indicates that no NFL player experienced second-impact syndrome, chronic cumulative injury, or chronic traumatic encephalopathy from repeated injuries. These are a few of the expressed rationales for developing management guidelines. The proponents of these guidelines recommend grading the severity of concussion by a limited number of criteria, such as presence or absence of LOC, post-

traumatic amnesia at time of injury, confusion, and mental status changes soon after injury. The guidelines then make clinical management recommendations on the basis of the grade of concussion diagnosed using these criteria.

Analysis of the NFL data reveals that there are other prognostic factors of equal importance that are not included in the grading systems. These include photophobia, fatigue, and increased absolute numbers of signs and symptoms. Furthermore, the grading systems do not take into account factors such as the position played by the injured athlete and the type of play during which the injury occurred. In the NFL study we found that the presence of signs and symptoms such as fatigue, sleep disturbance, irritability, and/or cognitive or memory impairments on examination the day after the injury also has significant prognostic usefulness. None of the grading systems incorporate results from examinations performed other than on the day of the injury. Although the grading systems use some important prognostic findings, they are limited in their scope and fail to incorporate a number of other factors that have been demonstrated to be predictors of delayed recovery.

The NFL studies also support the contention that grading concussions immediately after injury is prone to error. A number of players with signs and symptoms suggesting a poor prognosis in fact recovered very quickly and returned to play on the day or within a few days of injury. Conversely, there were two players with minimal signs or symptoms, suggesting a good prognosis, who were ultimately kept out of play for 7 or more days after mild TBI. None of the prognostic factors or combinations of factors was 100% accurate in predicting recovery.

It followed from this analysis that the current attempts to link prospective grading of concussion symptoms to arbitrary, rigid management decisions are not consistent with scientific data. We believe that if one insists on grading concussion severity, the best way is retrospectively, on the basis of how long it actually takes the player to become asymptomatic, with normal results on neurological examination. It is the recommendation of the NFL's Committee on Mild Traumatic Brain Injury that team physicians treat their players on a case-by-case basis, using their best clinical judgment and basing their decisions on the most relevant, objective medical data obtained.

### IV: Neuropsychological Testing in Evaluating Mild TBI

The development and use of neuropsychological testing in the NFL has been rapid, and it has contributed to the implementation of this testing in other professional sports organizations, including ice hockey, automobile racing, and Australian Rules football. When used in concert with other medical information, neuropsychological test data contribute quantitative information regarding neurocognitive processes, such as attentional, memory, and cognitive processing speed. Neuropsychological testing can provide objective information regarding the recovery process and allows comparisons of the athlete's performance against normative data and the individual's preinjury level of performance.

The NFL's neuropsychological testing program was established as a clinical research program with the goal of investigating the use of such testing to assist team physicians in the return-to-play decision. Athletes in the NFL who underwent neuropsychological testing between 1996 and 2001 and who participated in the study were included.[4] Preseason normative data were collected in 655 NFL athletes. The overall sample of injured players who underwent testing consisted of 143 athletes. This sample represented 22% of the 650 NFL athletes who experienced 887 concussions during the study period. Because participation in the study was voluntary, not all athletes with mild TBI completed neuropsychological testing.

This study supports previous research that has shown that on-field signs of cognitive impairment, such as amnesia, are useful in determining the severity of brain injury.[4] Players identified as having cognitive and memory disturbances are likely to show neuropsychological impairments on follow-up testing. Athletes with no clinically recognized cognitive and memory impairments on physician examination did not, as a group, have more subtle changes in cognitive processes that were missed during the sideline clinical examination. This suggests that the on-field evaluation by team physicians is effective with regard to the identification of cognitive and memory impairments immediately after an injury.

On review of the data, the fact that there were no overall significant differences in test results between a group of injured NFL athletes who had previously undergone baseline neuropsychological testing suggests that NFL athletes with mild TBIs recover quickly after injury (Fig. 6). In contrast to previous studies in which cognitive difficulties lasting 1 week or more were suggested, NFL athletes demonstrated generally intact performance within several days relative to baseline performance levels.

The issue of the potential cumulative effects of sports-related mild TBI has been a particularly controversial one, and many studies have offered different views on the significance of multiple injuries. In this study we did not find a pattern of worse neuropsychological test scores in a group of professional athletes who received close follow-up care for 6 years. We also did not find worse neuropsychological performance in NFL athletes who were held back from play for 7 or more days compared with a group who returned within 1 week. It is noteworthy that in this group that was kept from play for 7 or more days, the results of neuropsychological tests and medical evaluation of cognitive and memory function were normal within several days of the injury. The results of this study indicate no evidence of worsening injury or chronic cumulative effects of multiple mild TBIs in NFL players.

On the basis of this study, the NFL's Committee on Mild Traumatic Brain Injury makes the following recommendations regarding the proper role of neuropsychological testing in the NFL. Neuropsychological testing is a tool that can assist the physician in evaluating and managing mild TBI. It definitely should not be used in isolation and cannot replace and should not be used to replace the clinical judgment of the treating physician in the diagnosis and management of mild TBI. The main value of neuropsychological testing in this setting is its ability to confirm and corroborate the results of clinical and mental status evaluation.

### V: The ImPACT Program

Concussion in professional football



FIG. 6. Bar graph showing the mean and standard deviation in Brief Visuospatial Memory Test-Revised (BVMT-R) (Total) neuropsychological test scores for NFL baselines, players with memory problems, more than three concussions, and out 7 or more days from play. Also shown are data (first two bars) from a sample of high school and college players at Penn State University. (Reprinted with permission from Pellman EJ, Lovell MR, Viano DC, Casson IR, Tucker AM: Concussion in professional football: neuropsychological testing—part 6. **Neurosurgery 55:** 1290–1305, 2004.)

Despite the initial findings, based on neuropsychological testing, that NFL players had a rapid return to baseline after a mild TBI, the Committee was aware that this was in contrast to several studies that found more long-lasting neuropsychological decrements in high school athletes. Members of the committee decided to perform an additional study, in which professional and younger athletes were compared using the same protocol and identical neurocognitive test battery.[3]

The ImPACT program is a computerized neuropsychological testing instrument used by some within the NFL neuropsychology program. The ImPACT program (version 2.0) consists of six neuropsychological tests designed to target different aspects of cognitive functioning, including attention, memory, processing speed, and reaction time. The results of ImPACT testing on NFL and high school players were compared.

In this study,[3] we found no significant neurocognitive deficits in the NFL sample within the 1st week postinjury, suggesting that NFL athletes with mild TBIs recover relatively quickly after injury. In contrast, we found residual difficulties in reaction time and memory in the high school sample but not in professional players. This raises the question of differential response to mild TBI in professional and high school athletes.

*VI: Return to Play*

There were concerns based on the results of the earlier studies of mild TBI that perhaps some players were being

returned to play too soon after injury, thus resulting in more prolonged postconcussion syndrome and perhaps creating the risk of more severe brain injury. The committee therefore decided to do a data analysis on NFL players who returned to play on the same day as their mild TBI.[6]

In the NFL players studied between 1996 and 2001, there were 135 (15.2%) who returned to play immediately after mild TBI and 304 (34.3%) who rested and returned to the same game after concussion. There were few differences in the player position or team activity related to the injury or action taken. However, players who suffered concussions and returned to the same game had fewer initial signs and symptoms than those who were removed from play.

Widely used concussion management guidelines state that athletes can return to play on the day of the injury if they become asymptomatic and if results of examinations performed within 15 minutes of their injury are normal. In the NFL database, 41% of players returned to the same game either immediately or after resting more than 15 minutes. Of those who returned immediately, 17.9% were out more than 15 minutes, and 51.7% of those who rested and returned were out for more than 15 minutes. The data showed no increased risk of repeated mild TBI, prolonged postconcussion syndrome, delayed return to play ($\geq$ 7 days out), second-impact syndrome, or catastrophic intracranial event. The NFL experience thus supports the suggestion that players who become asymptomatic and have normal results on examinations performed at any time after injury, while the game is still in progress, have

been and can continue to be safely returned to play on that day. The data also support the proposition that players who experienced LOC had no increased risk of repeated mild TBI or prolonged postconcussion syndrome compared with other players.

The results of this study indicate that many NFL players can be safely allowed to return to play on the day of the injury after sustaining a mild TBI. These players had to be asymptomatic, with normal results on clinical and neurological examinations, and be cleared by a knowledgeable team physician. There were no adverse effects, and the results once again are in sharp contrast to the recommendations in published guidelines and the standard of practice of most college and high school football team physicians. This data analysis was performed on information obtained in adult professional football players, and these findings are not meant to be carried over to any other patient population, including high school and college football players.

## Conclusions

The NFL study was conducted to increase the scientific information available to physicians and sports professionals based on prospective clinical information and contemporary, "real-time" biomechanical data. The NFL's Committee on Mild Traumatic Brain Injury is currently supervising work on an animal model of mild TBI, mouthpieces, and studies of retired players that we hope will continue to add information and shed light on the complicated clinical syndrome of mild TBI in athletes.

### References

1. Casson IR, Pellman EJ, Viano DC: Chronic traumatic encephalopathy in a National Football League player. **Neurosurgery 58:** E1003, 2006 (Letter)
2. Pellman EJ: Background on the National Football League's research on concussion in professional football. **Neurosurgery 53:**797–798, 2003
3. Pellman EJ, Lovell MR, Viano DC, Casson IR: Concussion in professional football: recovery of NFL and high school athletes assessed by computerized neuropsychological testing—part 12. **Neurosurgery 58:**263–274, 2006
4. Pellman EJ, Lovell MR, Viano DC, Casson IR, Tucker AM: Concussion in professional football: neuropsychological test-ing—part 6. **Neurosurgery 55:**1290–1305, 2004
5. Pellman EJ, Powell JW, Viano DC, Casson IR, Tucker AM, Feuer H, et al: Concussion in professional football: epidemiological features of game injuries and review of the literature—part 3. **Neurosurgery 54:**81–96, 2004
6. Pellman EJ, Viano DC, Casson IR, Arfken C, Feuer H: Concussion in professional football: players returning to the same game—part 7. **Neurosurgery 56:**79–92, 2005
7. Pellman EJ, Viano DC, Casson IR, Arfken C, Powell J: Concussion in professional football: injuries involving 7 or more days out—part 5. **Neurosurgery 55:**1100–1119, 2004
8. Pellman EJ, Viano DC, Casson IR, Tucker AM, Waeckerle JF, Powell JW, et al: Concussion in professional football: repeat injuries—part 4. **Neurosurgery 55:**860–876, 2004
9. Pellman EJ, Viano DC, Tucker AM, Casson IR: Concussion in professional football: location and direction of helmet impacts—part 2. **Neurosurgery 53:**1328–1341, 2003
10. Pellman EJ, Viano DC, Tucker AM, Casson IR, Waeckerle JF: Concussion in professional football: reconstruction of game impacts and injuries. **Neurosurgery 53:**799–814, 2003
11. Pellman EJ, Viano DC, Withnall C, Shewchenko N, Bir CA, Halstead PD: Concussion in professional football: helmet testing to assess impact performance—part 11. **Neurosurgery 58:** 78–96, 2006
12. Tagliabue P: Tackling concussions in sports. **Neurosurgery 53:** 796, 2003 (Editorial)
13. Viano DC, Casson IR, Pellman EJ, Bir CA, Zhang L, Sherman DC, et al: Concussion in professional football: comparison with boxing head impacts—part 10. **Neurosurgery 57:**1154–1172, 2005
14. Viano DC, Casson IR, Pellman EJ, Zhang L, King AI, Yang KH: Concussion in professional football: brain responses by finite element analysis—part 9. **Neurosurgery 57:**891–916, 2005
15. Viano DC, Pellman EJ: Concussion in professional football: biomechanics of the striking player—part 8. **Neurosurgery 56:**266–280, 2005
16. Viano DC, Pellman EJ, Withnall C, Shewchenko N: Concussion in professional football: performance of newer helmets in reconstructed game impacts—Part 13. **Neurosurgery 59:-** 591–606, 2006

Manuscript received June 22, 2006.

Accepted in final form October 2, 2006.

*Address reprint requests to:* David C. Viano, Dr. Med., Ph.D, ProBiomechanics, 265 Warrington Road, Bloomfield Hills, Michigan 48304. email: dviano@comcast.net.