UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>      Plaintiffs,<br><br>      v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>      Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**DECLARATION OF KAITLIN R. O'DONNELL**

Pursuant to 28 U.S.C. § 1746, Kaitlin R. O'Donnell declares as follows:

1. I am an associate at MoloLamken LLP.

2. Sean Morey has retained MoloLamken LLP in connection with the above-captioned matter, and I represent Mr. Morey in this matter.

3. Alan Faneca has retained MoloLamken LLP in connection with the above-captioned matter, and I represent Mr. Faneca in this matter.

4. Ben Hamilton has retained MoloLamken LLP in connection with the above-captioned matter, and I represent Mr. Hamilton in this matter.

1

5. Sean Considine has retained MoloLamken LLP in connection with the above-captioned matter, and I represent Mr. Considine in this matter.

6. Robert Royal has retained MoloLamken LLP in connection with the above-captioned matter, and I represent Mr. Royal in this matter.

7. Roderick "Rock" Cartwright has retained MoloLamken LLP in connection with the above-captioned matter, and I represent Mr. Cartwright in this matter.

8. Jeff Rohrer has retained MoloLamken LLP in connection with the above-captioned matter, and I represent Mr. Rohrer in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 6th day of October, 2014.

_Kaitlin R. O'Donnell_
Kaitlin R. O'Donnell