UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>    Plaintiffs,<br><br>    v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>    Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## DECLARATION OF WILLIAM T. HANGLEY

Pursuant to 28 U.S.C. § 1746, William T. Hangley declares as follows:

1.  I am a partner at Hangley Aronchick Segal Pudlin & Schiller LLP.

2.  I have been retained to represent Sean Morey in connection with the above-captioned matter, and I do represent Mr. Morey in this matter.

3.  I have been retained to represent Alan Faneca in connection with the above-captioned matter, and I do represent Mr. Faneca in this matter.

4.  I have been retained to represent Ben Hamilton in connection with the above-captioned matter, and I do represent Mr. Hamilton in this matter.

1

5.     I have been retained to represent Sean Considine in connection with the above-captioned matter, and I do represent Mr. Considine in this matter.

6.     I have been retained to represent Robert Royal in connection with the above-captioned matter, and I do represent Mr. Royal in this matter.

7.     I have been retained to represent Roderick "Rock" Cartwright in connection with the above-captioned matter, and I do represent Mr. Cartwright in this matter.

8.     I have been retained to represent Jeff Rohrer in connection with the above-captioned matter, and I do represent Mr. Rohrer in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 3rd day of October, 2014.

_____
William T. Hangley