UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

### ORDER

WHEREAS, on a telephone conference held on October 7, 2014 at 10:30 a.m. (ECF No. 6202), Counsel for the Myles Plaintiffs argued that objectors to the Settlement should be permitted to submit additional briefing following the Fairness Hearing (ECF No. 6202);

WHEREAS, Counsel for the Myles Plaintiffs, Co-Lead Class Counsel, and Counsel for the NFL Parties all agreed that, in the event that any objector with timely filed objections deems that further briefing on particular issues is called for following the Fairness Hearing, and the Court agrees, the objectors could provide such supplemental briefing to the Court, so long as the briefing period is short (i.e., less than two weeks) and Class Counsel and Counsel for the NFL Parties are permitted an opportunity to respond;

IT IS HEREBY ORDERED on this 9th day of October 2014 that any Settlement Class Members who file timely and valid objections to the Settlement may submit supplemental briefing on such matters requested by the objectors and agreed to by the Court at the Fairness Hearing in response to the issues addressed in papers filed in support of final approval of the Settlement, or at the Fairness Hearing, on or before **December 1, 2014**. Class Counsel and Counsel for the NFL Parties may file responses thereto on or before **December 11, 2014**.

**IT IS ORDERED.**

                                                      _S/ANITA B. BRODY_____
                                                      ANITA B. BRODY, J.
                                                      United States District Judge

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on ____ to: