UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

# ORDER

**AND NOW,** on this \_\_\_\_ day of October 2014, following oral argument at the telephone conference held on October 7, 2014 (ECF No. 6202),

The Court hereby **ORDERS** that the following motions are **DENIED**:

1. ECF No. 6172 (Duerson Motion)

2. ECF No. 6173 (Bush Motion)

3. ECF No. 6178 (Myles Motion)

4. ECF No. 6179 (Kansas City Chiefs Motion)

An opinion will follow.

\_S/ANITA B. BRODY,\_\_\_
Anita B. Brody
United States District Court Judge

Copies **VIA ECF** on _____ to:         Copies **MAILED** on _____ to: