IN THE UNITED SATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION  _____  THIS DOCUMENT RELATES TO: ALL ACTIONS | )  )  )  )  )  )  )  )  )  )  No. 2:12-md-02323-AB  MDL No. 2323 |

**NOTICE OF APPEARANCE OF COUNSEL**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Please note the appearance of Daniel S. Chamberlain, Esq. and the law firm of Cohen & Malad, LLP as counsel for Plaintiff, Arthur E. Schlichter (Player Identification No.: 110013160) in this matter.

All pleadings, motions and other documents to be served upon Plaintiff, Arthur E. Schlichter should be served upon Daniel S. Chamberlain and Cohen & Malad, LLP at the following address:

Daniel S. Chamberlain, #16375-49
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana  46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
Email: dchamberlain@cohenandmalad.com

Respectfully submitted,

COHEN & MALAD, LLP


*/s/  Daniel S. Chamberlain*
Daniel S. Chamberlain, #16375-49
Attorney for Plaintiff, Arthur E. Schlichter

One Indiana Square, Suite 1400
Indianapolis, Indiana  46204
(317) 636-6481 (phone)
(317) 636-2593 (fax)

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Appearance of Counsel was served on all counsel of record via the Court's ECF System, on October 10, 2014.

*/s/  Daniel S. Chamberlain*
Daniel S. Chamberlain

COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana  46204
(317) 636-6481 (phone)
(317) 636-2593 (fax)