# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>PLAINTIFFS' AMENDED MASTER ADMINISTRATIVE LONG FORM COMPLAINT<br><br>AND<br><br>BRENT BOYD, *et al*.,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, and NFL PROPERTIES LLC,<br><br>    Defendants. | Civil Action No. 12-cv-92 |

### NOTICE OF VOLUNTARY DISMISSAL ON BEHALF OF PLAINTIFF DOUGLAS COSBIE

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff **DOUGLAS COSBIE** hereby voluntarily dismisses his claims against all Defendants in the above-captioned actions, without prejudice. This notice of voluntary dismissal pertains to the claims of **DOUGLAS COSBIE** only and is not brought on behalf of any other plaintiff named in Civil Action No. 12-cv-92.

Neither the National Football League nor NFL Properties LLC, the named defendants in this action, have filed or served an answer or other responsive pleading in response to Plaintiffs' Complaint.

WHEREFORE, Plaintiff **DOUGLAS COSBIE** respectfully requests that this Court enter an order voluntarily dismissing his claims, without prejudice, against all Defendants named in the above-captioned action.

**DATED this 10th day of October 2014**.

> Respectfully submitted,
>
> **HAUSFELD LLP**
>
>   /s/ Jeannine Kenney
> Jeannine Kenney (PA # 307635)
> HAUSFELD LLP
> 325 Chestnut Street
> Suite 900
> Philadelphia, PA 19106
> Tel: (215) 985-3270
> Fax: (215) 985-3271
> jkenney@hausfeldllp.com
>
> Richard Lewis
> HAUSFELD LLP
> 1700 K Street NW, Suite 650
> Washington, DC 20006
> Tel: (202) 540-7200
> Fax: (202) 540-7201
> rlewis@hausfeldllp.com
>
> *Attorneys for Plaintiff*