UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> BRENT BOYD, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE, and NFL PROPERTIES LLC, <br><br>    Defendants. | Civil Action No. 12-cv-92 |

### NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT AS TO PLAINTIFF DOUGLAS COSBIE

Plaintiff **DOUGLAS COSBIE** and Sharon Cosbie, his wife, hereby withdraw their Short Form Complaint in this lawsuit without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

The complaint of **DOUGLAS COSBIE**, and Sharon Cosbie, his wife, was filed on January 9, 2012 in *Brent Boyd, et al. v. National Football League*, in the United States District Court for the Eastern District of Pennsylvania, Case No. 2:12-cv-00092-AB.  Consistent with the Court's Order, DOUGLAS COSBIE's Short Form Complaint was filed on July 14, 2012 as ECF No. 2408, in the MDL known as *In Re: National Football League Players' Concussion Injury Litigation*, Case No. 2:12-md-02323-AB; and on July 16, 2012, as ECF No. 123, in *Brent Boyd,*

*et al. v. National Football League*, Case No. 2:12-cv-00092-AB. Both filings were served on all Defendants.

This Notice hereby withdraws the Short Form Complaint of **DOUGLAS COSBIE** and Sharon Cosbie, his wife, as filed in both dockets referenced above.

**DATED this 10th day of October 2014**.

                                           Respectfully submitted,

                                           **HAUSFELD LLP**

                                           *__/s/ Jeannine Kenney*
                                           Jeannine Kenney (PA # 307635)
                                           HAUSFELD LLP
                                           325 Chestnut Street
                                           Suite 900
                                           Philadelphia, PA 19106
                                           Tel: (215) 985-3270
                                           Fax: (215) 985-3271
                                           jkenney@hausfeldllp.com

                                           Richard Lewis
                                           HAUSFELD LLP
                                           1700 K Street NW, Suite 650
                                           Washington, DC 20006
                                           Tel: (202) 540-7200
                                           Fax: (202) 540-7201
                                           rlewis@hausfeldllp.com

                                           *Attorneys for Plaintiff*