UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323<br><br>ENTRY OF APPEARANCE |
| SUSAN OWENS, WIDOW OF DECEASED NFL PLAYER RALEIGH CLEMENT("R.C.") OWENS<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, ET AL.,<br>No. 2:14-cv-03825-AB | |

ENTRY OF APPEARANCE
ON BEHALF OF SUSAN OWENS,
WIDOW OF DECEASED NFL PLAYER R.C. OWENS

**NOW COMES** the undersigned Marc Davies, Esq. who do hereby give this Court and all interested parties notice of this entry of appearance as trial counsel for all purposes on behalf of plaintiff Susan Owens, widow of deceased NFL player Raleigh Clement ("R.C.") Owens.  The undersigned's contact information is as follows:

    EDWARD STONE LAW P.C.
    175 West Putnam Avenue, 2nd Floor
    Greenwich, CT  06830
    Telephone:  203-504-8425
    Fax:  203-348-8477

    Marc Davies, Esq.
    Email:  marc@edwardstonelaw.com

Please mark your records accordingly.

Dated:  October 10, 2014  Respectfully submitted,

*/s/ Marc Davies*

Marc Davies (PA#81789), *Of Counsel*
Edward S. Stone
EDWARD STONE LAW P.C.
175 West Putnam Avenue, 2nd Floor
Greenwich, CT  06830
Telephone:  203-504-8425
Fax:  203-348-8477

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above document was served on all parties on this 10th day of October 2014, by filing the document in the Court's ECF filing system, which gives e-mail notice to all attorneys of record.

*/s/ Marc Davies*
Marc Davies, Esq.
*Attorney for Plaintiff*