# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) |
| | MDL No. 2323 |
| | |
| Susan Owens, Widow, of Deceased NFL Player Raleigh Clement ("R.C.") Owens, *on behalf of herself and others similarly situated* | Hon. Anita B. Brody |
| | |
| Plaintiff | |
| v. | CIVIL ACTION No. 14-00029-AB |
| National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc. | |
| Defendants | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## OBJECTION BY SUSAN OWENS, WIDOW OF DECEASED NFL PLAYER R.C. OWENS, TO PROPOSED SETTLEMENT

### 1.      INTRODUCTION

Susan Owens, widow of Deceased NFL player, Raleigh Clement ("R.C.") Owens hereby objects to the proposed Class Action Settlement ("Settlement") because the age bracket breakdown that is based upon the date of the diagnosis of a Qualifying Diagnosis does not take into account situations where, as here, there is credible evidence that the date of diagnosis is significantly later than the date of onset of the illness.  The NFL encouraged a warrior mentality, leading its players to ignore pain and eventually, the damaging symptoms of brain disease.  This Settlement attempts

1

to achieve just compensation for the qualifying diseases that former NFL players suffer, or suffered prior to their death. Due to the inflexibility of the current age bracket breakdowns, the monetary award to R.C.'s widow will be significantly less than it would have been had R.C. been diagnosed at the onset of his illness, rather than many years after the disease of Alzheimer's had reduced R.C. to an invalid requiring 24 hour care.  The court can correct for this inequitable result quite simply by assigning an age bracket that is one level higher (younger) than the assigned age bracket based on date of diagnosis, where there is credible evidence that the date of diagnosis is later than the date of onset.  In Mr. Owens case, he was not diagnosed until 2006, at which time he was in the 70-74 bracket, even though he showed clear signs of Alzheimer's while he was in the 65-69 age bracket and so, should be compensated using that higher bracket.  Many other players who suffered from an illness for many years, with credible evidence of such illness, but without an official diagnosis may also see reductions because of the age bracket breakdown. Susan Owens submits that, where credible evidence demonstrates that the player suffered from a Qualifying Diagnosis before any official diagnosis was rendered, the Settlement should include provisions for slotting that former NFL player in an age bracket based on the date of onset rather than date of diagnosis.

   2. **OBJECTION**

Susan Owens is the widow of a retired NFL Player, R.C. Owens, who played as a wide receiver with the San Francisco 49ers, Baltimore Colts, and New York Giants from 1957 through 1964. R.C Owens later joined the 49ers in 1979 in an administrative capacity.  R.C. Owens died in June, 2012 at the age of 77.

As can be seen in the passionate words of the widow of R.C. Owens, Susan Owens, which are attached hereto as Exhibit A, on behalf of R.C. Owens, we respectfully request that, where credible evidence demonstrates that the player suffered from a Qualifying Diagnosis before any

official diagnosis was rendered, the Settlement should include provisions for slotting that former

NFL player in an age bracket based on the date of onset of illness rather than date of diagnosis.


Dated:  October 10, 2014


Respectfully submitted,


/s/ Marc Davies
Marc Davies (PA#81789), *Of Counsel*
Edward S. Stone
EDWARD STONE LAW P.C.
175 West Putnam Avenue, 2nd Floor
Greenwich, CT  06830
eddie@edwardstonelaw.com
Telephone:  203-504-8425
Fax:  203-348-8477

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing Objection by Susan Owens, Widow of deceased NFL Player R.C. Owens, to Proposed Settlement was served on October 10, 2014 on all counsel of record by the Court's ECF system.

/s/ Marc Davies
Marc Davies