UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**MOTION OF SEAN MOREY, ALAN FANECA, BEN HAMILTON, ROBERT ROYAL, RODERICK CARTWRIGHT, JEFF ROHRER, AND SEAN CONSIDINE FOR LEAVE TO FILE A REPLY IN SUPPORT OF MDL DOCKET NO. 6169**
**(MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY)**

For the reasons set forth in the accompanying Memorandum of Law and pursuant to Paragraph 2 of the Court's General Motion Practices, Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick "Rock" Cartwright, Jeff Rohrer, and Sean Considine (the "Movants") respectfully move for leave to file a reply in support of Docket No. 6169, Movants' September 13, 2014 motion for leave to conduct limited discovery. A proposed reply memorandum is attached as Exhibit A.

WHEREFORE, for the reasons stated above and in the accompanying Memorandum of Law, Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick Cartwright, Jeff Rohrer, and Sean Considine respectfully request that this Court enter an order granting them leave to file a reply memorandum in support of their motion for limited discovery.

| | |
|---|---|
| Dated: October 13, 2014 | /s/ Steven F. Molo |
| William T. Hangley<br>Michele D. Hangley<br>HANGLEY ARONCHICK SEGAL<br>PUDLIN & SCHILLER<br>One Logan Square<br>18th & Cherry Streets<br>27th Floor<br>Philadelphia, PA 19103<br>(215) 496-7001 (telephone)<br>(215) 568-0300 (facsimile)<br>whangley@hangley.com<br>mdh@hangley.com | Steven F. Molo<br>Thomas J. Wiegand<br>Kaitlin R. O'Donnell<br>MOLOLAMKEN LLP<br>540 Madison Ave.<br>New York, NY 10022<br>(212) 607-8160 (telephone)<br>(212) 607-8161 (facsimile)<br>smolo@mololamken.com<br>twiegand@mololamken.com<br>kodonnell@mololamken.com<br><br>Martin V. Totaro<br>Eric R. Nitz<br>MOLOLAMKEN LLP<br>600 New Hampshire Ave., N.W.<br>Washington, DC 20037<br>(202) 556-2000 (telephone)<br>(202) 556-2001 (facsimile)<br>mtotaro@mololamken.com<br>enitz@mololamken.com<br><br>Linda S. Mullenix<br>2305 Barton Creek Blvd., Unit 2<br>Austin, TX 78735<br>(512) 263-9330 (telephone)<br>lmullenix@hotmail.com |

*Attorneys for Movants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2014, I caused the foregoing Motion for Leave to File Reply Brief, Memorandum of Law, Proposed Reply, and Proposed Order to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties.

/s/ Steven F. Molo