# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

### MEMORANDUM OF LAW IN SUPPORT OF MOVANTS' MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF MDL DOCKET NO. 6169 (MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY)

On September 13, 2014, Movants filed a motion for leave to conduct limited discovery for purposes of preparing for this Court's November 19, 2014 fairness hearing. Dkt. No. 6169. On October 2, 2014, the NFL and Class Counsel filed oppositions. Dkt. Nos. 6183, 6185.

Movants respectfully request leave to file a reply memorandum so that Movants may respond to and rebut the contentions raised in the oppositions to Movants' Motion for Leave to Conduct Limited Discovery. A reply is necessary because of the importance of the matter and to correct the misstatements of law and fact in Class Counsel's and the NFL's oppositions. The interests of justice therefore favor granting leave to file a reply. Movants' request for leave to

file a reply memorandum is also timely because it will not delay the Court's consideration of any pending motion and because it is filed within eight business days after the oppositions were filed.

| | |
|---|---|
| Dated: October 13, 2014 | /s/ Steven F. Molo |
| William T. Hangley<br>Michele D. Hangley<br>HANGLEY ARONCHICK SEGAL<br>PUDLIN & SCHILLER<br>One Logan Square<br>18th & Cherry Streets<br>27th Floor<br>Philadelphia, PA 19103<br>(215) 496-7001 (telephone)<br>(215) 568-0300 (facsimile)<br>whangley@hangley.com<br>mdh@hangley.com | Steven F. Molo<br>Thomas J. Wiegand<br>Kaitlin R. O'Donnell<br>MOLOLAMKEN LLP<br>540 Madison Ave.<br>New York, NY 10022<br>(212) 607-8160 (telephone)<br>(212) 607-8161 (facsimile)<br>smolo@mololamken.com<br>twiegand@mololamken.com<br>kodonnell@mololamken.com<br><br>Martin V. Totaro<br>Eric R. Nitz<br>MOLOLAMKEN LLP<br>600 New Hampshire Ave., N.W.<br>Washington, DC 20037<br>(202) 556-2000 (telephone)<br>(202) 556-2001 (facsimile)<br>mtotaro@mololamken.com<br>enitz@mololamken.com<br><br>Linda S. Mullenix<br>2305 Barton Creek Blvd., Unit 2<br>Austin, TX 78735<br>(512) 263-9330 (telephone)<br>lmullenix@hotmail.com |

*Attorneys for Movants*