# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIG., | ) ) ) ) | 2:12-md-02323-AB |

## NOTICE OF APPEARANCE

John J. Pentz hereby enters his appearance in this case on behalf of class members and objectors Cleo Miller, Judson Flint, Elmer Underwood, Vincent Clark, Sr., Fred Smerlas, Jim Rourke, Ken Jones, Lou Piccone, James David Wilkins II and Robert Jackson.

> */s/ John J Pentz*
> John J. Pentz
> 19 Widow Rites Lane
> Sudbury, MA 01776
> Phone: (978) 261-5725
> jjpentz3@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed via the ECF filing system on October 14, 2014, and that as a result electronic notice of the filing was served upon all attorneys of record.

> */s/ John J. Pentz*
> John J. Pentz