**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIG., | ) ) ) ) | 2:12-md-02323-AB |

## DECLARATION

I, John J. Pentz, hereby declare under the pains and penalties of perjury that I have been retained by the following class members to file objections on their behalf: Cleo Miller, Judson Flint, Elmer Underwood, Vincent Clark, Sr., Fred Smerlas, Jim Rourke, Ken Jones, Lou Piccone, James David Wilkins II and Robert Jackson.

Signed Under the Pains and Penalties of Perjury this 13th
day of October 2014.                             */s/ John J Pentz*