# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| | 12-md-2323 (AB) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| THIS DOCUMENT RELATES TO; | **JOINT MOTION TO SUBSTITUTE COUNSEL** |
| Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) | |
| **Steven Collier; Kathryn Komlo, as personal representative of the Estate of William Jeff Komlo; Matthew Rice; Reginald Bernard Slack; Linda Williams, individually and as surviving spouse of Delano Roper Williams** | |
| **Nos. 2:13-cv-04930-AB; 2:12-cv-06449-AB; 2:13-cv-04378-AB; 2:12-cv-03716-AB; 2:14-cv-01480-AB** | |

## JOINT MOTION TO SUBSTITUTE COUNSEL

Michael L. McGlamry of Pope, McGlamry, Kilpatrick, Morrison & Norwood, P.C. and Parag Shah, Esquire, file this joint motion, requesting permission of this Court that Parag Shah, Esquire be substituted as counsel for the Plaintiffs in the above-styled actions (Steven Collier; Kathryn Komlo, as personal representative of the Estate of William Jeff Komlo; Matthew Rice; Reginald Bernard Slack; Linda Williams, individually and as surviving spouse of Delano

Roper Williams), and also requesting that Pope, McGlamry, Kilpatrick, Morrison & Norwood, P.C. be relieved of all future responsibility as counsel in the above-styled case.

All pleadings, orders, and other papers in this action should be served on Parag Shah, Esquire, Shah Law Firm, 1355 Peachtree Street, Suite 1800, Atlanta, GA  30309 via the CM/ECF System.

This substitution of counsel has the approval of Plaintiffs, Steven Collier; Kathryn Komlo, as personal representative of the Estate of William Jeff Komlo; Matthew Rice; Reginald Bernard Slack; Linda Williams, individually and as surviving spouse of Delano Roper Williams and is not sought for the purpose of delay.

**WHEREFORE**, the Plaintiffs, respectfully request that the Joint Motion to Substitute Counsel be granted.  A proposed Order is attached.

Dated:	October 14, 2014

                                      Respectfully Submitted,

| Shah Law Firm | Pope, McGlamry, Kilpatrick, Morrison & Norwood, P.C. |
|---|---|
| 1355 Peachtree Street, Suite 1800<br>Atlanta, GA  30309<br>Telephone:  (404) 844-4874<br>Facsimile:  (404) 410-6933 | 3455 Peachtree Road, NE, Suite 925<br>Atlanta, GA  30326-3243<br>Telephone:  (404) 523-7706<br>Facsimile:   (404) 524-1648 |
| _/s/Parag Shah_____<br>Parag Shah | /s/ Michael L. McGlamry<br>Michael L. McGlamry |

Georgia Bar No. 648177           Georgia Bar No. 492515
E-mail: shah@shahlawfirm.com     E-mail:  efile@pmkm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Clerk of the court using the CM/ECF System, which will send a notice of electronic filing upon all Counsel of Record on October 14, 2014.

By: /s/ Michael L. McGlamry
Michael L. McGlamry
Georgia Bar No. 492515
E-mail: efile@pmkm.com

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br><br>12-md-2323 (AB) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - -<br><br>THIS DOCUMENT RELATES TO;<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)<br><br>**Steven Collier; Kathryn Komlo, as personal representative of the Estate of William Jeff Komlo; Matthew Rice; Reginald Bernard Slack; Linda Williams, individually and as surviving spouse of Delano Roper Williams**<br><br>**Nos. 2:13-cv-04930-AB; 2:12-cv-06449-AB; 2:13-cv-04378-AB; 2:12-cv-03716-AB; 2:14-cv-01480-AB** | **PROPOSED ORDER ON PLAINTIFFS' JOINT MOTION TO SUBSTITUTE COUNSEL** |

## PROPOSED ORDER ON PLAINTIFFS' JOINT MOTION TO SUBSTITUTE COUNSEL

**THIS COURT** has considered Plaintiffs' Joint Motion to Substitute Counsel. The Court is of the opinion that said motion is well taken and should be in all respects GRANTED. It is therefore,

**ORDERED AND ADJUDGED** by the Court that Michael L. McGlamry, Esquire and the firm of Pope, McGlamry, Kilpatrick, Morrison & Norwood, P.C. be withdrawn as counsel of record for Plaintiffs, Steven Collier; Kathryn Komlo,

as personal representative of the Estate of William Jeff Komlo; Matthew Rice; Reginald Bernard Slack; Linda Williams, individually and as surviving spouse of Delano Roper Williams and that Parag Shah, Esquire and the firm of Shah Law Firm, 1355 Peachtree Street, Suite 1800, Atlanta, GA 30309 be substituted as counsel of record.

**IT IS SO ORDERED.**

_____
HONORABLE JUDGE ANITA B. BRODY

Copies furnished to:

All counsel of record