# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br><br>12-md-2323 (AB) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - -<br><br>THIS DOCUMENT RELATES TO;<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)<br><br>**Steven Collier; Kathryn Komlo, as personal representative of the Estate of William Jeff Komlo; Matthew Rice; Reginald Bernard Slack; Linda Williams, individually and as surviving spouse of Delano Roper Williams**<br><br>**Nos. 2:13-cv-04930-AB; 2:12-cv-06449-AB; 2:13-cv-04378-AB; 2:12-cv-03716-AB; 2:14-cv-01480-AB** | **PROPOSED ORDER ON PLAINTIFFS' JOINT MOTION TO SUBSTITUTE COUNSEL** |

### PROPOSED ORDER ON PLAINTIFFS' JOINT MOTION TO SUBSTITUTE COUNSEL

**THIS COURT** has considered Plaintiffs' Joint Motion to Substitute Counsel. The Court is of the opinion that said motion is well taken and should be in all respects GRANTED. It is therefore,

**ORDERED AND ADJUDGED** by the Court that Michael L. McGlamry, Esquire and the firm of Pope, McGlamry, Kilpatrick, Morrison & Norwood, P.C. be withdrawn as counsel of record for Plaintiffs, Steven Collier; Kathryn Komlo,

as personal representative of the Estate of William Jeff Komlo; Matthew Rice; Reginald Bernard Slack; Linda Williams, individually and as surviving spouse of Delano Roper Williams and that Parag Shah, Esquire and the firm of Shah Law Firm, 1355 Peachtree Street, Suite 1800, Atlanta, GA 30309 be substituted as counsel of record.

**IT IS SO ORDERED.**

HONORABLE JUDGE ANITA B. BRODY

Copies furnished to:

All counsel of record