# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 <br><br> 12-md-2323 (AB) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - <br><br> THIS DOCUMENT RELATES TO; <br><br> Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) <br><br> **Steven Collier; Kathryn Komlo, as personal representative of the Estate of William Jeff Komlo; Matthew Rice; Reginald Bernard Slack; Linda Williams, individually and as surviving spouse of Delano Roper Williams** <br><br> **Nos. 2:13-cv-04930-AB; 2:12-cv-06449-AB; 2:13-cv-04378-AB; 2:12-cv-03716-AB; 2:14-cv-01480-AB** | **MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL FOR PLAINTIFFS** |

## MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

COMES NOW, Michael L. McGlamry of Pope, McGlamry, Kilpatrick, Morrison & Norwood, P.C. and moves this Honorable Court for permission to withdraw as counsel for Plaintiffs, Steven Collier; Kathryn Komlo, as personal representative of the Estate of William Jeff Komlo; Matthew Rice; Reginald Bernard Slack; Linda Williams, individually and as surviving spouse of Delano Roper Williams, and as grounds therefore states:

1.	Plaintiff's counsel filed a short form complaint for Plaintiff, Steven Collier, on September 16, 2013 [D.E. # 5300].

2.	Plaintiff's counsel filed a short form complaint for Plaintiff, Kathryn Komlo, as personal representative of the Estate of William Jeff Komlo, on December 12, 2012 [D.E. # 4239].

3.	Plaintiff's counsel filed a short form complaint for Plaintiff, Matthew Rice, on August 29, 2012 [D.E. # 3571].

4.	Plaintiff's counsel filed a short form complaint for Plaintiff, Reginald Bernard Slack, on July 16, 2012 [D.E. # 2561].

5.	Plaintiff's counsel filed a short form complaint for Plaintiff, Linda Williams, individually and as surviving spouse of Delano Roper Williams, on March 28, 2014 [D.E. # 5893].

6.	Since then, irreconcilable differences have arisen between Plaintiffs and undersigned.

7.	Plaintiffs' counsel properly notified Steven Collier; Kathryn Komlo, as personal representative of the Estate of William Jeff Komlo; Matthew Rice; Reginald Bernard Slack; Linda Williams, individually and as surviving spouse of Delano Roper Williams, of counsel's intention to withdraw from representing them in this matter.

8.     Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

**WHEREFORE**, Plaintiffs' counsel respectfully requests this Court for leave to withdraw as counsel for Steven Collier, in Case No. 2:13-cv-04930; Kathryn Komlo, as personal representative of the Estate of William Jeff Komlo, in Case No. 2:12-cv-06449; Matthew Rice, in Case No. 2:13-cv-04378; Reginald Bernard Slack, in Case No. 2:12-cv-03716; and Linda Williams, individually and as surviving spouse of Delano Roper Williams, in Case No. 2:14-cv-01480.

Dated:     October 14, 2014

Respectfully Submitted,

POPE, McGLAMRY, KILPATRICK,
MORRISON & NORWOOD, P.C.

/s/  Michael L. McGlamry
Michael L. McGlamry
Georgia Bar No. 492515
3455 Peachtree Road, NE, Suite 925
Atlanta, GA  30326
Tel. (404) 523-7706
Fax (404) 524-1648
efile@pmkm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Clerk of the court using the CM/ECF System, which will send a notice of electronic filing upon all Counsel of Record on October 14, 2014.

By: /s/ Michael L. McGlamry
Michael L. McGlamry
Georgia Bar No. 492515
E-mail: efile@pmkm.com

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br><br>THIS DOCUMENT RELATES TO;<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)<br><br>**Steven Collier; Kathryn Komlo, as personal representative of the Estate of William Jeff Komlo; Matthew Rice; Reginald Bernard Slack; Linda Williams, individually and as surviving spouse of Delano Roper Williams**<br><br>**Nos. 2:13-cv-04930-AB; 2:12-cv-06449-AB; 2:13-cv-04378-AB; 2:12-cv-03716-AB; 2:14-cv-01480-AB** | MDL No. 2323<br><br>12-md-2323 (AB)<br><br>**ORDER** |

## **ORDER**

AND NOW, this __ day of _____, 2014, upon consideration of Plaintiffs' counsel's Motion for Leave of Court to Withdraw as Counsel in relation to the claims of Steven Collier, in Case No. 2:13-cv-04930; Kathryn Komlo, as personal representative of the Estate of William Jeff Komlo, in Case No. 2:12-cv-06449; Matthew Rice, in Case No. 2:13-cv-04378; Reginald Bernard Slack, in Case No. 2:12-cv-03716; and Linda Williams, individually and as surviving spouse

of Delano Roper Williams, in Case No. 2:14-cv-01480 is hereby withdrawn as counsel.

_____
HONORABLE ANITA B. BRODY