# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>- - - - - - - - - - - - - - - - - - - - - - - - - - -<br><br>THIS DOCUMENT RELATES TO;<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)<br><br>**Steven Collier; Kathryn Komlo, as personal representative of the Estate of William Jeff Komlo; Matthew Rice; Reginald Bernard Slack; Linda Williams, individually and as surviving spouse of Delano Roper Williams**<br><br>**Nos. 2:13-cv-04930-AB; 2:12-cv-06449-AB; 2:13-cv-04378-AB; 2:12-cv-03716-AB; 2:14-cv-01480-AB** | MDL No. 2323<br><br>12-md-2323 (AB)<br><br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Please note the appearance of Parag Shah, Esq. and the Shah Law Firm as counsel for Plaintiffs, Steven Collier; Kathryn Komlo, as personal representative of the Estate of William Jeff Komlo; Matthew Rice; Reginald Bernard Slack; and Linda Williams, individually and as surviving spouse of Delano Roper Williams.

All pleadings, motions and other documents to be served upon Plaintiffs, Steven Collier; Kathryn Komlo, as personal representative of the Estate of William Jeff Komlo; Matthew Rice; Reginald Bernard Slack; and Linda Williams, individually and as surviving spouse of Delano Roper Williams should be served upon Parag Shah and the Shah Law Firm at the following address:

>Parag Shah
>SHAH LAW FIRM
>1355 Peachtree Street, Suite 1800
>Atlanta, GA  30309
>Telephone:  (404) 844-4874
>Facsimile:   (404) 410-6933

Dated:       October 14, 2014

>Respectfully Submitted,
>
>SHAH LAW FIRM
>
>/s/  Parag Shah
>Parag Shah
>Georgia Bar No. 648177

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Clerk of the court using the CM/ECF System, which will send a notice of electronic filing upon all Counsel of Record on October 14, 2014.

By:  /s/ Parag Shah
Parag Shah
Georgia Bar No. 648177
E-mail:  shah@shahlawfirm.com