IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br><br>12-md-2323 (AB) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br><br>THIS DOCUMENT RELATES TO;<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)<br><br>**Steven Collier; Kathryn Komlo, as personal representative of the Estate of William Jeff Komlo; Matthew Rice; Reginald Bernard Slack; Linda Williams, individually and as surviving spouse of Delano Roper Williams**<br><br>Nos. 2:13-cv-04930-AB; 2:12-cv-06449-AB; 2:13-cv-04378-AB; 2:12-cv-03716-AB; 2:14-cv-01480-AB | **DECLARATION OF PARAG SHAH** |

## DECLARATION OF PARAG SHAH

Pursuant to 28 U.S.C. § 1746, Parag Shah declares as follows:

1. I am a partner at The Shah Law Firm.

2. I have been retained to represent Steven Collier in connection with the above-captioned matter, and I do represent Steven Collier in this matter.

3. I have been retained to represent Kathryn Komlo, as personal representative of the Estate of William Jeff Komlo, in connection with the above-

captioned matter, and I do represent Kathryn Komlo, as personal representative of the Estate of William Jeff Komlo in this matter.

4. I have been retained to represent Matthew Rice in connection with the above-captioned matter, and I do represent Matthew Rice in this matter.

5. I have been retained to represent Reginald Bernard Slack in connection with the above-captioned matter, and I do represent Reginald Bernard Slack in this matter.

6. I have been retained to represent Linda Williams, individually and as surviving spouse of Delano Roper Williams, in connection with the above-captioned matter, and I do represent Linda Williams, individually and as surviving spouse of Delano Roper Williams in this matter.

I declare under penalty of perjury that the foregoing is true and correct, Signed this 14TH day of October, 2014.

_____
Parag Shah
Georgia Bar No. 648177
The Shah Law Firm
1355 Peachtree Street, Suite 1800
Atlanta, GA  30309
Tel. (404) 844-4874
Fax (404) 410-6933
Shah@shahlawfirm.com