UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Hon. Anita B. Brody<br><br>No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>All Actions<br><br>and<br><br>John Kinard, Representative Claimant of Decedent Frank M. "Bruiser" Kinard, *on behalf of himself and other similarly situated* | |

### NOTICE OF APPEARANCE

Paul D. Anderson, Andrew Schermerhorn, John Klamann, Kenneth McClain and Wm. Dirk Vandever hereby enter their appearance in this case on behalf of Class Member and Objector John Kinard, a Representative Claimant of deceased Retired NFL Football Player Frank M. "Bruiser" Kinard.

Dated: October 14, 2014

Respectfully Submitted,

THE KLAMANN LAW FIRM, P.A.

/s/ *Paul D. Anderson*
John M. Klamann, MO
Andrew Schermerhorn, MO
Paul D. Anderson, MO
4425 Main Street, Ste. 150
Kansas City, MO 64111
Telephone: (816) 421-2626
Facsimile: (816) 421-8686
jklamann@klamannlaw.com
aschermerhorn@klamannlaw.com

1

panderson@klamannlaw.com

HUMPHREY, FARRINGTON & McCLAIN, P.C.
Kenneth B. McClain, MO
Lauren E. McClain, MO
Timothy J. Kingsbury, MO
221 West Lexington, Suite 400
Independence, MO 64051
Telephone: (816) 836-5050
Facsimile: (816) 836-8966
kbm@hfmlegal.com
lem@hfmlegal.com
tjk@hfmlegal.com

THE POPHAM LAW FIRM, P.C.
Wm. Dirk Vandever, MO
712 Broadway, Suite 100
Kansas City, MO 64105
Telephone: (816) 221-2288
Facsimile: (816) 221-3999
dvandever@pophamlaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2014, I caused the foregoing Notice to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

/s/ *Paul Anderson*
Paul Anderson, MO