## Declaration of Paul D. Anderson

Paul D. Anderson affirms under the penalty of perjury the truth of the following facts:

1. This Objection is filed on behalf of John Kinard, a putative Settlement Class Member.

2. Mr. John Kinard, Esq. retained the law firms of Humphrey Farrington & McClain, The Klamann Law Firm and The Popham Law Firm to pursue a claim on behalf of his late father, Frank M. "Bruiser" Kinard.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury that the foregoing is true and correct:

_____  
Paul D. Anderson

10/14/14  
Date