IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br><br> MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., <br><br> Defendants. | Hon. Anita B. Brody <br><br> Civil Action No. 2:12-cv-03716 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### DECLARATION OF REGINALD BERNARD SLACK

Pursuant to 28 U.S.C. § 1746, Reginald Slack declares as follows:

1. I have three credited seasons playing in the NFL, as a quarterback.

2. I began my NFL career in 1990 with the Houston Oilers. I played for the Houston Oilers for three seasons, from 1990 until 1992.

3. I am also a veteran of NFL Europe. In 1992, the Oilers allocated me to the New York/New Jersey Knights, where I played quarterback.

4. Immediately following the end of the 1991 season with the Houston Oilers, I was sent to training camp in Florida in January 1992 to begin my season with the New York/New

Jersey Knights. I played the 1992 season with the Knights, which ran until June 1992. I then returned to the Houston Oilers for training camp for the 1992 NFL season, and subsequently played with the Oilers for the remainder of that season. Thus between the Houston Oilers and the New York/New Jersey Knights, I played approximately seventeen (17) straight months of football.

5. During training camp for and throughout the 1992 season I played for NFL Europe, I suffered repeated head trauma.

6. The NFL Europe season lasted ten games with one additional championship game. Additionally, all teams would have live scrimmages during training camp in Florida, which took place a few weeks before traveling to Europe for the season. In addition, some NFL Europe teams held "full contact" practices during the week throughout the season.

7. NFL Europe games were largely the same as NFL games played here in the United States. The field dimensions, duration of game, and principal rules were largely the same as those in the NFL.

8. The NFL Europe season did not overlap with the NFL season. Thus, some players played a full season in NFL Europe, went directly into NFL Training Camps, and played an entire season in the NFL in a single year. In 1992 for example, I played a three straight seasons: fall 1991 season with the Oilers, followed by the spring 1992 season with the New York/New Jersey Knights, and then back to the Oilers for the fall 1992 season.

9. NFL Europe was not equipped to provide the level of medical care necessary for

injured football players. In my opinion, the level of attention paid to injuries in NFL Europe was not as high as that paid to injuries in the NFL. NFL Europe did not have a neurological expert on the sideline and did not implement any concussion protocol.

I declare under penalty of perjury that the foregoing is true and correct,

Signed this 14th day of October, 2014.

*Reginald B. Slack*
Reginald Slack