# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | NO. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF APPEARANCE

To the Clerk and All Attorneys of Record:

Please enter the appearance of Scott D. Hillstrom of Guardian Law Group, LLC in the above-captioned action as counsel of record for Benjamin J. Utecht. All notices and copies of pleadings, papers and other materials relevant to this action that are not served via ECF should be directed to and served upon:

Scott D. Hillstrom
Guardian Law Group, LLC
527 Marquette Avenue South, Suite 1660
Minneapolis, MN 55402
scott.hillstrom@me.com

2

|  |  |
|---|---|
| Dated: October 14, 2014 | /s/ Scott D. Hillstrom |
|  | Scott D. Hillstrom |
|  | Guardian Law Group, LLC |
|  | 527 Marquette Avenue South, Suite 1660 |
|  | Minneapolis, MN 55402 |
|  | (612) 332-8063 (telephone) |
|  | (212) 401-2853 (facsimile) |
|  | scott.hillstrom@me.com |

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2014, I caused the foregoing Notice of Appearance to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

/s/ Scott D. Hillstrom
Scott D. Hillstrom