UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | NO. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## DECLARATION OF SCOTT D. HILLSTROM

Pursuant to 28 U.S.C. § 1746, Scott D. Hillstrom declares as follows:

1. I am President and owner of Guardian Law Group, LLC.

2. Benjamin J. Utecht has retained Guardian Law Group, LLC in connection with the above captioned matter and I represent Mr. Utecht in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 14, 2014.

_____
Scott D. Hillstrom