UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323<br><br>ENTRY OF APPEARANCE |
| Myron Bell, Jeff Blake, Ben T. Coates, Daunte Culpepper, Eric Curry, Edgerton Hartwell, II, Johnny McWilliams, Adrian Murrell, Marques Murrell, Derek Ross, Benjamin Rudolph, Anthony Smith, Fernando Smith, Anthony ("Tony") Smith, and Jonathan Wells, *on behalf of themselves and others similarly situated*<br><br>v.<br><br>**NATIONAL FOOTBALL LEAGUE, ET AL.,**<br>**No. 2:14-cv-03825-AB** | |

**ENTRY OF APPEARANCE**
**ON BEHALF OF MYRON BELL, JEFF BLAKE, BEN T. COATES, DAUNTE**
**CULPEPPER, ERIC CURRY, EDGERTON HARTWELL, II, JOHNNY MC WILLIAMS,**
**ADRIAN MURRELL, MARQUES MURRELL, DEREK ROSS, BENJAMIN RUDOLPH,**
**ANTHONY SMITH, FERNANDO SMITH ANTHONY ("TONY") SMITH AND**
**JONATHAN WELLS**

---

**NOW COMES** the undersigned Marc Davies, Esq. who do hereby give this Court and all interested parties notice of this entry of appearance as trial counsel for all purposes on behalf of plaintiffs Myron Bell, Jeff Blake, Ben T. Coates, Daunte Culpepper, Eric Curry, Edgerton Hartwell, II, Johnny McWilliams, Adrian Murrell, Marques Murrell, Derek Ross, Benjamin Rudolph, Anthony Smith, Fernando Smith, Anthony ("Tony") Smith, and Jonathan Wells.  The undersigned's contact information is as follows:

      EDWARD STONE LAW P.C.
      175 West Putnam Avenue, 2nd Floor
      Greenwich, CT  06830
      Telephone:  203-504-8425

Fax:  203-348-8477

Marc Davies, Esq.
Email:  marc@edwardstonelaw.com

Please mark your records accordingly.

Dated:  October 14, 2014                    Respectfully submitted,


                                            /s/ Marc Davies

Marc Davies (PA#81789), *Of Counsel*
Edward S. Stone
EDWARD STONE LAW P.C.
175 West Putnam Avenue, 2nd Floor
Greenwich, CT  06830
Telephone:  203-504-8425
Fax:  203-348-8477

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above document was served on all parties on this 14th day of October 2014, by filing the document in the Court's ECF filing system, which gives e-mail notice to all attorneys of record.

                                      */s/ Marc Davies*  
                                      Marc Davies, Esq.  
                                      *Attorney for Plaintiff*