**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION  §§§§§§§§ | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Please note the appearance of Christopher K. Gilbert and Boesen Law, LLC as counsel for Plaintiff James Garth Jax in this matter.

All pleadings, motions and other documents to be served upon Plaintiff James Garth Jax should be served upon Christopher K. Gilbert and Boesen Law, LLC at the following address:

Christopher K. Gilbert
Boesen Law, LLC
4100 E. Mississippi Ave., Ste. 1900
Denver, Colorado 80246
Telephone: (303) 999-9999
Facsimile: (303) 320-1915
E-mail:cgilbert@boesenlaw.com

Respectfully submitted,

/s/  *Christopher K. Gilbert*
Christopher K. Gilbert
**BOESEN LAW, LLC**
4100 E. Mississippi Ave., Ste. 1900
Denver, CO 80246
Telephone: (303) 999-9999
Facsimile: (303) 320-1915
Email: cgilbert@boesenlaw.com

**ATTORNEY FOR PLAINTIFF**
**JAMES GARTH JAX**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Appearance of Counsel was served on all counsel of record, via the Court's ECF System, on October 14, 2014.

                        /s/ *Christopher K. Gilbert*
                        Christopher K. Gilbert