UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB MDL No. 2323 |
| KEVIN TURNER and SHAWN WOODEN, on behalf of themselves and others similarly situated, | : : : : : | Civil Action No. 2:14-cv-00029-AB |
| Plaintiffs, | : : | |
| v. | : : | |
| NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES, LLC, successor-in-interest to NFL PROPERTIES, INC., | : : : : : | |
| Defendants. | : : | |
| THIS DOCUMENTS RELATES TO: ALL ACTIONS | : : : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Gary P. Lightman, of the law firm of Lightman &

Manochi, as counsel for objectors Craig and Dawn Heimburger in the above referenced action.

LIGHTMAN & MANOCHI

BY: _____
GARY P. LIGHTMAN, ESQUIRE
GLENN A. MANOCHI, ESQUIRE
Identification Nos. 28529 & 64223
1520 Locust Street, 12th Floor
Philadelphia, PA 19102
Telephone: 215-545-3000; Telecopy: 3001
garylightman@lightmanlaw.com
gmanochi@lightmanlaw.com

Date: October 14, 2014          Attorneys for Craig and Dawn Heimburger


E:\NFL CONCUSSION CLASS ACTION\DOCS\ENTRY OF APPEARANCE (GPL).DOC
0008-