UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|   |   |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| KEVIN TURNER and SHAWN WOODEN, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES, LLC, successor-in-interest to NFL PROPERTIES, INC.,<br><br>    Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENTS RELATES TO: ALL ACTIONS |   |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter the appearance of Glenn A. Manochi, Esquire, of the law firm of Lightman

& Manochi, as counsel for objectors Craig and Dawn Heimburger in the above referenced action.

LIGHTMAN & MANOCHI

BY: *[signature]*

GARY P. LIGHTMAN, ESQUIRE
GLENN A. MANOCHI, ESQUIRE
Identification Nos. 28529 & 64223
1520 Locust Street, 12th Floor
Philadelphia, PA 19102
Telephone: 215-545-3000; Telecopy: 3001
garylightman@lightmanlaw.com
gmanochi@lightmanlaw.com

Date: October 14, 2014         Attorneys for Craig and Dawn Heimburger

E:\NFL CONCUSSION CLASS ACTION\DOCS\ENTRY OF APPEARANCE (GAM).DOC
0008-