UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| KEVIN TURNER and SHAWN WOODEN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES, LLC, successor-in-interest to NFL PROPERTIES, INC.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENTS RELATES TO: ALL ACTIONS | |

## DECLARATION OF GARY P. LIGHTMAN, ESQUIRE CONCERNING OBJECTORS CRAIG AND DAWN HEIMBURGER

Pursuant to 28 U.S.C. § 1746, Gary P. Lightman, Esquire, declares as follows:

1. I am a licensed attorney in good standing to practice law in the Commonwealth of Pennsylvania and before this Court.

2. My law firm, Lightman & Manochi, and I have been retained to represent Craig Heimburger and his wife, Dawn Heimburger, in the above-captioned matter.

3. My law firm, Lightman & Manochi, and I represent Craig and Dawn Heimburger in the above-captioned matter.


4. I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14th day of October, 2014.

GARY P. LIGHTMAN, ESQUIRE
Lightman & Manochi
1520 Locust Street, 12th Floor
Philadelphia, PA 19102
Telephone: 215-545-3000
Telecopy: 215-545-3001
garylightman@lightmanlaw.com

Attorneys for Objectors
Craig and Dawn Heimburger

E:\NFL CONCUSSION CLASS ACTION\DOCS\DECLARATION OF GPL.DOC
0008-