## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| KEVIN TURNER and SHAWN WOODEN, on behalf of themselves and others similarly situated, | : : : : : | Civil Action No. 2:14-cv-00029-AB |
| Plaintiffs, | : : : | |
| v. | : : | |
| NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES, LLC, successor-in-interest to NFL PROPERTIES, INC., | : : : : : | |
| Defendants. | : : : | |
| THIS DOCUMENTS RELATES TO: ALL ACTIONS | : : : : | |

## DECLARATION OF GLENN A. MANOCHI, ESQUIRE CONCERNING OBJECTORS CRAIG AND DAWN HEIMBURGER

Pursuant to 28 U.S.C. § 1746, Glenn A. Manochi, Esquire, declares as follows:

1.     I am a licensed attorney in good standing to practice law in the Commonwealth of Pennsylvania and before this Court.

2.     My law firm, Lightman & Manochi, and I have been retained to represent Craig Heimburger and his wife, Dawn Heimburger, in the above-captioned matter.

3.     My law firm, Lightman & Manochi, and I represent Craig and Dawn Heimburger in the above-captioned matter.

4.      I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14th day of October, 2014.

GLENN A. MANOCHI, ESQUIRE
Lightman & Manochi
1520 Locust Street, 12th Floor
Philadelphia, PA 19102
Telephone: 215-545-3000
Telecopy: 215-545-3001
gmanochi@lightmanlaw.com

Attorneys for Objectors
Craig and Dawn Heimburger

E:\NFL CONCUSSION CLASS ACTION\DECLARATION OF GAM.DOC
0008-

2