# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL NO. 2323<br><br>No. 12-md-2323 (Ab) |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)<br><br>Michael and Rosita Bass, Benjamin and Leslie Rudolph, Anthony Smith, Fernando Smith, Reginald Stephens, Marques Sullivan and Solomon Page<br><br>Nos. 2:13-cv-05439-AB; 2:12-cv-04378-AB; 2:12-cv-05633-AB; 2:12-cv-06774-AB; 2:14-cv-07661-AB | MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL FOR PLAINTIFFS |

**MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

COMES NOW, Wendy R. Fleishman of Lieff Cabraser Heimann & Bernstein, LLP and moves this Honorable Court for permission to withdraw as counsel for Plaintiffs, Michael and Rosita Bass, Benjamin and Leslie Rudolph, Anthony Smith, Fernando Smith, Reginald Stephens, Marques Sullivan and Solomon Page, and as grounds therefore states:

1. Plaintiff's counsel filed a short form complaint for Plaintiffs Michael and Rosita Bass, on October 13, 2013 [D.E. # 5491].

2. Plaintiff's counsel filed a short form complaint for Plaintiffs Benjamin and Leslie Rudolph, on August 29, 2012 [D.E. # 3575].

3. Plaintiff's counsel filed a short form complaint for Plaintiff, Anthony Smith, on September 12, 2012 [D.E. # 3772].

1200442.1

4. Plaintiff's counsel filed a short form complaint for Plaintiff, Fernando Smith, on December 18, 2012 [D.E. # 4265].

5. Plaintiff's counsel filed a short form complaint for Plaintiff, Reginald Stephens, on September 10, 2012 [D.E. # 3707].

6. Plaintiff's counsel filed a short form complaint for Plaintiff, Marques Sullivan, on September 12, 2012 [D.E. # 3769].

7. Plaintiff's counsel filed a short form complaint for Plaintiff, Solomon Page, on January 31, 2014 [D.E. # 5770].

8. Since then, irreconcilable differences have arisen between Plaintiffs and undersigned.

9. Plaintiffs' counsel properly notified Michael and Rosita Bass, Benjamin and Leslie Rudolph, Anthony Smith, Fernando Smith, Reginald Stephens, Marques Sullivan and Solomon Page, notified counsel of their intention to discontinue attorney client relations with counsel.

10. Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiffs' counsel respectfully requests this Court for leave to withdraw as counsel for Michael and Rosita Bass, in Case No. 2:13-cv-05439; Benjamin and Leslie Rudolph, in Case No. 2:12-cv-04378; Anthony Smith, Reginald Stephens and Marques Sullivan, in Case No. 2:12-cv-05633; Fernando Smith, in Case No. 2:12-cv-06774; and Solomon Page, in Case No. 2:13-cv-07661.

Dated: October 14, 2014               Respectfully submitted,

                                      By:   */s/ Wendy R. Fleishman*
                                            Wendy R. Fleishman

>Wendy R. Fleishman (WF3017)
>Daniel R. Leathers (DL4995)
>wfleishman@lchb.com
>dleathers@lchb.com
>LIEFF CABRASER HEIMANN &
>BERNSTEIN, LLP
>250 Hudson Street, 8th Floor
>New York, NY  10013-1413
>Telephone:  (212) 355-9500
>Facsimile:   (212) 355-9592
>
>Elizabeth J. Cabraser
>ecabraser@lchb.com
>LIEFF CABRASER HEIMANN &
>BERNSTEIN, LLP
>275 Battery Street, 29th Floor
>San Francisco, CA  94111-3339
>Telephone:  (415) 956-1000
>Facsimile:   (415) 956-1008
>
>Elizabeth A. Alexander
>ealexander@lchb.com
>LIEFF CABRASER HEIMANN &
>BERNSTEIN, LLP
>One Nashville Place
>150 Fourth Avenue North, Suite 1650
>Nashville, TN  37219-2423
>Telephone:  (615) 313-9000
>Facsimile:   (615) 313-9965
>
>*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that, on this date, she caused to be served copies of the foregoing upon counsel of record by ECF.

Dated: October 14, 2014           By:   */s/ Wendy R. Fleishman*
                                              Wendy R. Fleishman

                                        Wendy R. Fleishman (WF3017)
                                        wfleishman@lchb.com

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL NO. 2323<br><br>No. 12-md-2323 (Ab) |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)<br><br>Michael and Rosita Bass, Benjamin and Leslie Rudolph, Anthony Smith, Fernando Smith, Reginald Stephens, Marques Sullivan and Solomon Page<br><br>Nos. 2:13-cv-05439-AB; 2:12-cv-04378-AB; 2:12-cv-05633-AB; 2:12-cv-06774-AB; 2:14-cv-07661-AB | **ORDER** |

## **ORDER**

AND NOW, this __ day of _____, 2014, upon consideration of Plaintiffs' counsel's Motion for Leave of Court to Withdraw as Counsel in relation to the claims of Michael and Rosita Bass, in Case No. 2:13-cv-05439; Benjamin and Leslie Rudolph, in Case No. 2:12-cv-04378; Anthony Smith, Reginald Stephens and Marques Sullivan, in Case No. 2:12-cv-05633; Fernando Smith, in Case No. 2:12-cv-06774; and Solomon Page, in Case No. 2:13-cv-07661 is hereby withdrawn as counsel.

_____
HONORABLE ANITA B. BRODY

1200442.1