**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>　　　　Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**DECLARATION OF SAM GANDY, M.D., PH.D.**

Sam Gandy, M.D., Ph.D., affirms under penalty of perjury the truth of the following facts:

1.　　I am the Mount Sinai Professor of Alzheimer's Disease Research, Professor of Neurology and Psychiatry, Associate Director of the Mount Sinai Alzheimer's Disease Research Center in New York City, and Chairman Emeritus of the National Medical and Scientific Advisory Council of the Alzheimer's Association.

2.　　My complete *curriculum vitae* is attached at Exhibit 1. Experience and training of particular relevance to this declaration includes certification by the American Board of Psychiatry and Neurology as a Diplomate in the specialty of Neurology and by my nomination and service as Official Delegate from the American Academy of Neurology as author and quality

assessor of items for the creation of new certification in Brain Injury Science by the American Board of Physical Medicine and Rehabilitation.

3.     I have reviewed generally the Class Action Settlement Agreement as of June 25, 2014, together with its exhibits (the "Settlement"), filed in the above captioned proceeding, with particular attention to Exhibits 1 and 2 of the Settlement.

4.     Pathologically, CTE involves build-up of phosphorylated tau protein in the brain. Higher levels of tau build-up are believed to associate with more advanced stages of CTE. CTE is the only neurodegenerative disease that has been linked to a specific acquired cause – repeated head trauma.   What sets CTE apart from other neurocognitive injuries is a relentlessly progressive course leading to a syndrome of psychological, mood, cognitive, and/or motor deficits that continue to progress even in the absence of further head trauma.

5.     The primary clinical features of CTE include impairment of cognition, mood, behavior and/or movement.   Individuals with neuropathologically confirmed CTE have significant problems with mood, behavior, and/or movement and not just problems with cognition.  These behavioral, mood, and movement disorders are serious and devastating; they are equally as important and can be equally as disabling as the cognitive disorders that can result from head impacts.

6.     For example, these mood and behavioral symptoms include impairment of executive function, poor impulse control, socially inappropriate, avolitional, and apathetic behaviors.  Damage to the orbitofrontal regions of the brain can result in significant personality changes, including apathy, impulsivity, aggression, and the "short fuse" explosive behaviors that are typical of CTE as the illness is known based on neuropathological indexing.   Such personality changes are consistent with the atrophy and other neuropathological changes of the

frontal lobes that have been described in nearly all reported cases of CTE. These mood and behavioral symptoms can have a devastating impact on an individual's life.

7.      These mood and behavioral symptoms of CTE typically present in mid-life after a latency period – as long as years or decades after the exposure. Because CTE symptoms present much earlier than the symptoms of other neurodegenerative diseases, individuals with CTE face decades of disability, a challenge that others afflicted with neurodegenerative disease do not face.

8.      As CTE progresses, individuals with CTE develop worsening memory impairment, language problems, motor dysfunction, and continued aggression. Dementia is evident in most individuals with CTE who survive to age 65.

9.      Some patients with CTE, however, may never reach dementia. The high rates of suicides, accidents, and drug overdoses often lead to death before the individual reaches age 65. Thus, many persons with neuropathologically confirmed CTE do not have dementia at time of death.

10.      Other cases of CTE may never advance past the mood and behavioral changes that are typical of how CTE first presents, at least in CTE as identified in neuropathological series. Even for those individuals whose CTE does not progress to dementia, the impact of CTE on a patient's ability to regulate his mood and behavior prior to ever reaching dementia can be devastating and totally incapacitating. For example, based on statements by family members that are published in the public domain, it is not clear that either Junior Seau and Dave Duerson would have qualified for dementia payments under the settlement. Both are former NFL players who displayed hallmark characteristics of CTE's mood and behavioral symptoms – hopelessness,

aggression, and poor impulse control.  Both eventually committed suicide and were found to have CTE.

11.     The Settlement does not compensate these mood, behavioral, or motor symptoms of CTE.

12.     Although a definitive diagnosis of CTE in the living is currently beyond the reach of present medical technology, there are recommended diagnostic protocols for individuals who may have CTE.  That recommended assessment includes neuropsychological evaluation, neurological examination, brain imaging, and blood and CSF biomarkers.  Particular attention should be paid to cognitive function, mood, personality, behavior, and olfaction.  The Settlement's testing protocol, however, does not meet this recommendation.  It lacks neurological examination, brain imaging, and blood and CSF biomarker testing.  It focuses only on cognitive function, not mood, personality, behavior, and olfaction.

13.     Recent developments in medical diagnostic imaging technology, moreover, are moving toward giving physicians the ability to detect and diagnose CTE in living people.  For example, PET tracers are available that bind to tau protein in the brain.  Those tracers can then be highlighted using standard imaging technology, such as a PET scan.  Combining those tau tracers with beta amyloid tracers can enable the clinician to distinguish between CTE and Alzheimer's.  An Alzheimer's patient will show build-up of both substances, while most CTE patients will show only tau build-up.

14.     Indeed, a research group in which I participated recently reported on the ability to use such PET tracers in a published, peer-reviewed paper.  That study used both tau and beta amyloid tracers to study two individuals, one of whom was suspected of having Alzheimer's.  The distribution of tau and beta amyloid, however, was more indicative of CTE than

4

Alzheimer's.  The clinical misdiagnosis of CTE as Alzheimer's is not unusual.  As research continues on these technologies, such tracers will become more sensitive, more accurate, and CTE diagnoses in living people will become more reliable.

15.    CTE is a distinct, neurodegenerative disease.   It is different from other neurodegenerative diseases, such as those that qualify for payment under the Settlement.  For example, the neuropathology of a brain with Alzheimer's is different than that of a brain with CTE.  Both brains show tau tangles but they differ in the frequency of presence of amyloid plaques.  Yet all four of these diseases – Parkinson's, ALS, Alzheimer's, and CTE – can be definitively determined through examination of brain tissue on autopsy following death.  Using currently approved technology, none of CTE, Alzheimer's, Parkinson's, or ALS can be definitively diagnosed during life.

16.    Dementia is neither a single illness nor a single disease.  Instead, it is a descriptor of a person's neurocognitive decline.   Thus, some neurodegenerative diseases can lead to dementia.   Alzheimer's, CTE, and Parkinson's, and ALS are all such diseases.   The brain pathologies of these diseases begin well before any symptoms and well before the onset of dementia.  Only after the disease has destroyed enough brain tissue in clinically important brain regions do the symptoms of dementia begin to present.   Initial symptoms are not technically "dementia."  Only when the disease has sufficiently progressed that a person's cognitive decline begins to interfere with independent functioning would an individual be characterized as having dementia.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury that the foregoing is true and correct:

Sam Gandy, M.D., Ph.D.

Date:   09 Oct 2014

# EXHIBIT 1

April 6, 2014

# CURRICULUM VITAE

## *Sam Gandy, M.D., Ph.D.*

**ACADEMIC APPOINTMENTS**

| | |
|---|---|
| 2007- Present | Mount Sinai Professor of Alzheimer's Research<br>Professor of Neurology and Psychiatry (Dual Primary)<br>Icahn School of Medicine at Mount Sinai, New York, NY |
| 2001-2007 | Paul C. Brucker, M.D., Professor of Neuroscience<br>Professor of Neurology, Biochemistry and Molecular Biology<br>Founding Director, Farber Institute for the Neurosciences<br>Thomas Jefferson University, Philadelphia, PA |
| 1999-2000 | Raine Foundation Visiting Distinguished Professor<br>University of Western Australia, Perth WA, Australia |
| 1997-2001 | Research Scientist<br>The Nathan S. Kline Institute for Psychiatric Research, Orangeburg, NY |
| 1997-2001 | Professor of Psychiatry and Cell Biology<br>New York University School of Medicine, New York, NY |
| 1997-Present | Adjunct Professor of Molecular and Cellular Neuroscience<br>The Rockefeller University, New York NY |
| 1993-97 | Associate Professor and Laboratory Director<br>Department of Neurology and Neuroscience<br>The New York Hospital Cornell Medical Center, New York, NY |
| 1993-97 | Adjunct Associate Professor<br>The Rockefeller University, New York, NY |
| 1992-93 | Assistant Professor and Laboratory Director<br>Department of Neurology and Neuroscience<br>The New York Hospital-Cornell Medical Center, New York, NY |
| 1991-92 | Assistant Professor, Laboratory of Molecular and Cellular Neuroscience<br>The Rockefeller University, New York, NY |

**HOSPITAL APPOINTMENTS**

| | |
|---|---|
| 2011-Present | Director, Center for Cognitive Health and NFL Neurological Center<br>Mount Sinai Hospital, New York NY |
| 2007-Present | Attending Neurologist, Mount Sinai Hospital, New York, NY |
| 2007-Present | Attending Neurologist<br>James J. Peters Veterans Affairs Medical Center, Bronx, NY |
| 2001-2007 | Attending Neurologist<br>Thomas Jefferson University Hospital, Philadelphia, PA |

Gandy, Sam 2

| | |
|---|---|
| 1986-88: | Attending Neurologist, The New York Hospital, New York, NY<br>General Neurology Clinic and Consult Service |
| 1983-86: | Resident and Clinical Associate in Neurology<br>The New York Hospital-Cornell Medical Center, New York, NY |
| 1982-83: | Intern, Department of Medicine, Presbyterian Hospital<br>Visiting Clinical Fellow, College of Physicians and Surgeons<br>Columbia University, Columbia-Presbyterian Medical Center, New York, NY |

## EDUCATION

| | |
|---|---|
| 1976: | B.S., *summa cum laude*, Charleston Southern University (Chemistry) |
| 1982: | M.D., Ph.D., Medical University of South Carolina (Molecular Cell Biology) |

## POSTDOCTORAL TRAINING

| | |
|---|---|
| 1982-83: | PGY 1 Intern, Columbia University College of Physicians and Surgeons,<br>Supervisor: John Bilizekian |
| 1983-86: | PGY 2-4 Resident in Neurology, Cornell University Medical College<br>Supervisor: Fred Plum |
| 1986-91: | Postdoctoral Research Associate, The Rockefeller University<br>Supervisor: Paul Greengard |

## CERTIFICATION

| | |
|---|---|
| 1988 | Diplomate in Neurology, American Board of Psychiatry and Neurology |

## LICENSURE

| | |
|---|---|
| 7/1/1983 | New York, License # 154552 |
| 2/8/2002 | Pennsylvania, License # MD418573 |
| 7/13/2007 | Georgia, License # 059726 |

## HONORS/AWARDS/PATENTS

| | |
|---|---|
| 1976 | B.S., *summa cum laude* |
| 1981 | Alpha Omega Alpha |
| 2008 | Arthur Cherkin Memorial Award in Geriatric Medicine<br>    University of California, Los Angeles |

### *Issued Patents*

| | |
|---|---|
| 5,385,915 | Treatment of amyloidosis associated with Alzheimer disease using modulators of protein phosphorylation<br>Issued: January 31, 1995 |
| 5,348,963 | Method of screening for modulators of amyloid formation<br>Issued: September 20, 1994 |

5,242,932     Treatment of amyloidosis associated with Alzheimer disease
Issued: September 7, 1993

4,874,694     Use of phosphoprotein patterns for diagnosis of neurological and psychiatric
disorders; Issued: October 17,1989

## OTHER PROFESSIONAL APPOINTMENTS

**1.**    **Committee Memberships**

     a. Regional and State:
     Ad Hoc Pilot Proposal Reviewer, Alzheimer Disease Core Center,
     New York University, 1991-2000
     b. Institutional:
     Appointments and Promotions, Thomas Jefferson University
     Committee on Special Awards, Mount Sinai School of Medicine

**2.**    **Current consultancies**

    Baxter Pharmaceuticals
    Amicus Therapeutics
    Janssen/Pfizer Alzheimer's Initiative
    Diagenic

**3.**    **Editorships and Editorial Boards**

    **Present**

    Associate Editor, *Alzheimer's Disease and Associated Disorders*, 1992-present
    Associate Editor, *Molecular Neurodegeneration*, 2005-present

    Editorial Advisory Board, *Neurodegenerative Diseases*, 2003-present
    Editorial Board, *Journal of Neuroinflammation*, 2004-present
    Editorial Board, *Public Library of Science: Medicine*, 2007-present
    Member, Faculty of 1000 Biology, 2008-present
    Editorial board, *The Journal of Biological Chemistry,* 2012-present

    **Past**

    Consulting Editor, *The Journal of Clinical Investigation*, 2003-2013

## ADMINISTRATIVE LEADERSHIP APPOINTMENTS

## INTERNAL

1992-1997     Designer, Neurology and Neuroscience Problem Based Curriculum
Weill Cornell Medical College

2001-2007     Founding Director, Farber Institute for Neurosciences
Founder, Alzheimer's Clinical Trials Program, Jefferson Medical College

2007-present     Committee for Special Awards, Icahn School of Medicine at Mount Sinai
Friedman Brain Institute, Faculty Search Committee

2007-present          Chief, Division of Neurodegeneration, Friedman Brain Institute

**EXTERNAL**

**National and International**

1993-2009          Ad Hoc IRG Member and Site Visitor, NINDS, NIA
1993-present       Ad Hoc Reviewer, The Wellcome Trust

1995-2001          Member, NIH, Neurological Sciences-1 Initial Review Group
1997-1998          Chair, NIH, Neurological Sciences-1 Initial Review Group (Study Section)

2000-2006          Chair, Rotary Club CART Grant Award Committee
2001-2006          Chair, Scientific Advisory Board, Elizabeth and Zachary Fisher Foundation for Alzheimer's Research
2005-2009          Chair, Alzheimer's Association National Medical and Scientific Advisory Council

**STUDENT TRAINING RECORD**

| NAME | LEVEL OF TRAINEE | ROLE IN TRAINING | TRAINING VENUE | TRAINEE'S CURRENT STATUS & INSTITUTION EMPLOYED |
|---|---|---|---|---|
| Gregg Caporaso | Ph.D. Student | Direct Supervision | Laboratory | Asst. Prof. Neurology, NYU |
| Joseph Buxbaum | Postdoctoral Fellow | Direct Supervision | Laboratory | Professor of Psychiatry, Mt. Sinai, NYC |
| Kerstin Iverfeldt | Postdoctoral Fellow | Direct Supervision | Laboratory | Professor, Chair, Neurochemistry, Stockholm University |
| Toshiharu Suzuki | Postdoctoral Fellow | Direct Supervision | Laboratory | Professor, Hokkaido University |
| Christer Nordstedt | Postdoctoral Fellow | Direct Supervision | Laboratory | VP Neuroscience, Astra Zeneca, Sodertalje, Sweden |
| Huaxi Xu | Postdoctoral Fellow | Direct Supervision | Laboratory | Professor, Burnham Institute |
| Suzana Petanceska | Postdoctoral Fellow | Direct Supervision | Laboratory | Program Officer, NIA |

Gandy, Sam 5

| Parvathy Sarapavanavananthan (deceased) | Postdoctoral Fellow | Direct Supervision | Laboratory | Research Associate, UCSF, at the time of death |
|---|---|---|---|---|
| Ralph Martins | Postdoctoral Fellow | Direct Supervision | Laboratory | Professor, Edith Cowan University |
| Gunnar Gouras | Postdoctoral Fellow | Direct Supervision | Laboratory | Professor, Lund University |
| Jan Naslund | Postdoctoral Fellow | Direct Supervision | Laboratory | Staff Scientist, Astra Zeneca, Sodertalje, Sweden |
| Dun Sheng Yang | Postdoctoral Fellow | Direct Supervision | Laboratory | Research Associate, NKI |
| Jun Yao | Postdoctoral Fellow | Direct Supervision | Laboratory | Research Associate, Columbia University |
| Joshua Gatson | Postdoctoral Fellow | Direct Supervision | Laboratory | Postdoctoral Fellow, University of North Texas |
| Rachel Lane | Postdoctoral Fellow | Direct Supervision | Laboratory | Program Officer, ADDF |
| Soong Ho Kim | Postdoctoral Fellow | Direct Supervision | Laboratory | MSSM |
| Serene Keilani | Postdoctoral Fellow | Direct Supervision | Laboratory | Retired |
| Eugene Hone | Postdoctoral Fellow | Direct Supervision | Laboratory | Postdoctoral Fellow, Edith Cowan University |
| John Steele | Predoctoral Fellow | Direct Supervision | Laboratory | Postdoctoral Fellow, The Rockefeller University |
| Ina Caesar | Postdoctoral Fellow | Direct Supervision | Laboratory | Fellow, Linkoping University |
| Hannah Brautigam | Predoctoral Fellow | Direct Supervision | Laboratory | Undecided |

| Elysse Knight | Postdoctoral Fellow | Direct Supervision | Laboratory | MSSM |
|---|---|---|---|---|

**DIDACTIC TEACHING ACTIVITIES**

| TEACHING ACTIVITY / TOPIC | LEVEL | ROLE | NUMBER OF LEARNERS | NUMBER OF HOURS PER WEEK / MONTH / YEAR | YEARS TAUGHT |
|---|---|---|---|---|---|
| Neurological Diagnosis | Medical School Course | Course Director and Lecturer | 100 | 5 hr/wk 9 mo/year | 1992-1995 |
| Problem Based Approach to Basic and Clinical Sciences | Medical School Course | Neurology and Neuroscience Section Head and PBL Leader | 100 | 5 hr/wk 9 mo/year | 1995-1997 |
| Molecular Basis of Neurological Disease Summer Course | Cold Spring Harbor Laboratory: Sub-specialty course | Course Director and Speaker | 25 | 18 hr/day 6 days/yr | 1996-2006 |
| Neuropsychiatric Research Course | Department of Psychiatry: Postgraduate Course | Course Director | 25 | 5 hr/wk 3 mo/year | 1997-2001 |
| Scientific Foundations of Clinical Medicine | Medical School Course | Course Director and Lecturer, Dementia Module | 100 | 5 hr/wk 3 mo/year | 2001-2007 |

| FUNDING SOURCE, PROJECT TITLE & NUMBER | ROLE IN PROJECT | DATES | DIRECT COSTS |
|---|---|---|---|
| NINDS 5 K08 NS001095<br>Characterization of a Neuron-specific phosphoprotein | PI | 7/1/86-6/30/91 | $80,000/Yr<br>5 Years |
| NIA Pilot Project<br>Neuron-Specific Phosphoproteins in Alzheimer CSF | PI | 1990-1992 | $50,000/Yr<br>2 Years |
| NIA 5 P01 AG010491<br>Interdisciplinary Approach to Alzheimer Drug Discovery | Program Co-Director | 1991-1996 | $900,000/Yr |
| NIA 5 P01 AG010491<br>Cell Biology of Amyloid Precursor Protein Processing in vitro, in vivo | Project Leader | 1991-1996 | $150,000/Yr |
| NIA 5 R01 AG011508<br>Molecular Cell Biology of Alzheimer Amyloidogenesis | PI | 1992-1997 | $120,000/Yr |
| NIA Pilot Project<br>Leadership & Excellence in Alzheimer's Disease | PI | 1993-1994 | $50,000/Yr |
| NIA ADRC P50 AG08702<br>Signal Transduction and Amyloid in Alzheimer's Disease | Co-Project Leader | 1994-1995 | $120,000/Yr |
| NIA R01 AG013780<br>Regulated Cleavage of Amyloid Precursor: Molecular Basis | PI | 1996-2001 | $150,000/Yr |
| NIA 5 P01 AG009464<br>Signal Transduction and Alzheimer's Disease – Cell Biological Studies | Deputy Program Director | 1990-2001<br>The Rockefeller University | $900,000/Yr |
| NIA 5 P01 AG009464<br>Cell Biological Studies of Amyloid Precursor Protein | Project Leader | | $150,000/Yr |
| NIA 5R01AG018237<br>Neuroanatomy of GABA$_A$ receptors in Alzheimer's Disease | PI | 2002-2005 | $120,000/Yr |
| NIA 5R01AG008206<br>Neurotransmitter Anatomy in Alzheimer's Disease | PI | 2002-2005 | $120,000/Yr |
| NINDS R01 NS41017<br>"Estrogen Modulation of Brain Abeta Metabolism *in vivo*" | PI | 2000-2007 | $706,500 |
| Cure Alzheimer's Fund<br>"Mouse Model of Intraneuronal and Vascular Abeta Oligomers" | PI | 11/01/07 - 10/31/09 | $100,000 |
| NIA R01 AG023611<br>"Presenilin Domains and Reconstitution of Catalysis" | PI | 7/1/05 - 06/30/10 | $828,833 |

Gandy, Sam 8

| FUNDING SOURCE, PROJECT TITLE & NUMBER | ROLE IN PROJECT | DATES | DIRECT COSTS/YR | SUPPLEMENTAL INFO |
|---|---|---|---|---|
| NIA P01 AG010491 "Interdisciplinary Approach to Alzheimer Drug Discovery" | Director | 9/30/05-8/31/12 | $977,663 | Active |
| Cure Alzheimer's Fund "SorCS1, Diabetes, and Alzheimer's" | PI | 4/1/11-3/31/12 | $100,000 | Active; renewable |
| Amicus Pharmaceuticals | P! | 9/1/10-12/31/12 | $100,000 | Active, renewable |
| VA MERIT "Mouse Model of Intraneuronal Amyloid Beta Oligomerization" | PI | 7/1/10 - 6/30/13 | $175,000 | Active; renewable |
| NIA P50 AG005138 "Alzheimer's Disease Research Center" | Associate Director | 5/1/97-3/31/15 | $200,381 | Active; renewable |
| NINDS R01 "SorCS1, Diabetes, and Alzheimer's" | PI | 1/1/12-12/31/15 | $1,200,000 | Active; renewable |
| NIA R21 "Generation of Alzheimer's Brain Cells" | PI | 7/1/12 - 6/30/14 | $175,000 | Active; renewable |
| Cure Alzheimer's Fund "Foundation Grant for CAF Stem Cell Consortium" | PI | 3/1/13 - 2/28/14 | $100,000 | Active; renewable |
| Baxter Pharmaceuticals "Effect of Gammagard Liquid on Oligomer-Only Mouse Model" | PI | 7/1/12 - 6/30/14 | $200,000 | Active; renewable |

Gandy, Sam 9

| Louis B. Mayer Foundation | PI | 3/1/12 - 12/31/13 | $25,000 | Active; renewable |
|---|---|---|---|---|
| Constellation Wines | PI | 3/1/12 - 2/28/14 | $230,000 | Active; renewable |
| NIA R01 "Integrative Approach to Alzheimer's Disease Complexity" | Multi PI | 09/01/13 - 08/31/18 | $200,000 | Active; renewable |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Gandy, Sam 10

**PUBLICATIONS**

**Peer Reviewed Original Contributions**

1. Bonnette, A.K. and **Gandy**, S. Isotopic exchange in Prussian blue. J. Chemical Education 1981; 58:355-357.

2. Crouch, R.K., **Gandy**, S., Kimsey, G., Galbraith R.A., Galbraith, G.M. and Buse, M.G. The inhibition of islet superoxide dismutase by diabetogenic drugs. Diabetes 1981; 30: 235-241.

3. **Gandy**, S.E., Buse, M.G. and Crouch, R.K. Protective role of superoxide dismutase against the beta cell toxicity of diabetogenic drugs in rats and isolated canine islets. J. Clin. Invest. 1982; 70: 650-658.

4. **Gandy**, S.E., Buse, M.G., Sorenson, J.R.J. and Crouch, R.K. Attenuation of streptozotocin diabetes with superoxide dismutase-like copper-(II)-(diisopropylsalicylate)2 in the rat. Diabetologia 1983; 24: 437-440.

5. Murray, G.J., Youle, R.J., **Gandy**, S.E., Zirzow, G.C. and Barranger, J.A. Purification of ß-glucocerebrosidase by preparative scale HPLC: The use of ethylene glycol containing buffers for chromatography of hydrophobic glycoprotein enzymes. Anal. Biochem. 1984; 147:301-310.

6. Crouch, R.K., **Gandy**, S.E., Patrick, J., Reynolds, S., Buse, M.G. and Simson, J.A. Localization of copper- zinc superoxide dismutase in the endocrine pancreas. Exp. and Molec. Pathol. 1984; 41: 377-383.

7. **Gandy**, S.E., Snow, R.B., Zimmerman, R.D. and Deck, M.D.F. Cranial nuclear magnetic resonance imaging in head trauma. Ann. Neurol. 1984; 16:254-257.

8. Snow, R.B., Zimmerman, R.D., **Gandy**, S.E. and Deck, M.D.F. Comparison of MRI and computed tomography in the evaluation of head injury. Neurosurgery 1986; 18:45-52.

9. **Gandy**, S.E. and Payne, R. Back pain in the elderly: updated diagnosis and management. Geriatrics 1986; 41(12): 59-62, 67-74.

10. Goldman, S.A. and **Gandy**, S.E. Squamous carcinoma as a late complication of intracerebroventricular epidermoid. J. Neurosurg. 1987; 66: 618-620.

11. **Gandy**, S.E. and Heier, L.A. Clinical features and magnetic resonance images of primary intracranial arachnoid cysts. Ann. Neurol. 1987; 21:342-348.

12. Feldmann, E., **Gandy**, S.E., Becker, R., Zimmerman, R., Thaler, H.T., Posner, J.B. and Plum, F. Magnetic resonance imaging demonstrates descending transtentorial herniation. Neurology 1988; 38: 697-701.

13. **Gandy**, S., Czernik, A., and Greengard, P. Phosphorylation of Alzheimer disease amyloid precursor peptide by protein kinase C and Ca+2/calmodulin-dependent protein

Gandy, Sam 11

kinase II. Proc. Natl. Acad. Sci. USA 1988; 85: 6218-6221.

14.   Buxbaum, J.D., *Gandy*, S.E., Cicchetti, P., Ehrlich, M.E., Czernik, A.J., Fracasso, P., Ramabhadran, T.V., Unterbeck, A.J., and Greengard, P. Processing of Alzheimer ß/A4 amyloid precursor protein:  Modulation by agents that regulate protein phosphorylation. Proc. Natl. Acad. Sci. USA 1990; 87:6003-6006.

15.   *Gandy*, S.E., Grebb, J.A., Rosen, N.L., Albert, K.A., Devinsky, O., Blumberg, H., Anderson, M.B., Cedarbaum, J.M., Porter, R.J., Sedvall, G., Posner, J.B. and Greengard, P. General assay for  phosphoproteins in CSF: A candidate marker for paraneoplastic cerebellar degeneration.  Annals of Neurology 1990; 28: 829-833.

16.   Cedarbaum, J.M., *Gandy*, S.E. and McDowell, F.H. "Early" initiation of levodopa treatment does not promote the development of motor response fluctuations, dyskinesias or dementia in Parkinson's disease.  Neurology 1991; 41: 622-629.

17.   Nordstedt, C., *Gandy*, S.E., Alafuzoff, I., Caporaso, G.L., Iverfeldt, K., Grebb, J.A., Winblad, B. and Greengard, P. Alzheimer ß/A4 amyloid precursor protein in human brain:  Aging-associated increases in holoprotein and proteolytic fragment.  Proc. Natl. Acad. Sci. 1991; 88:8910-8914.

18.   *Gandy*, S., Bhasin, R., Ramabhadran, T., Koo, E., Price, D., Goldgaber, D., and Greengard, P.  Alzheimer ß/A4 amyloid precursor protein: Evidence for putative amyloidogenic fragment.  J. Neurochem. 1992; 58: 383-386.

19.   Caporaso, G., *Gandy*, S., Buxbaum, J., and Greengard, P. Chloroquine inhibits intracellular degradation but not secretion of Alzheimer ß/A4 amyloid precursor protein. Proc. Natl. Acad. Sci. U.S.A. 1992; 89:  2252-2256.

20.   Caporaso, G., *Gandy*, S., Buxbaum, J., Ramabhadran, T., and Greengard, P. Protein phosphorylation regulates secretion of Alzheimer ß/A4 amyloid precursor protein.  Proc. Natl. Acad. Sci. U.S.A. 1992; 89, 3055-3059.

21.   Suzuki, T., Nairn, A., *Gandy*, S., and Greengard, P. Phosphorylation of Alzheimer amyloid precursor protein by protein kinase C.  Neuroscience 1992; 48:755-761.

22.   Buxbaum, J., Oishi, M., Chen, H., Pinkas-Kramarski, R., Jaffe, E., *Gandy*, S., and Greengard, P. (1992) Cholinergic agonists and interleukin 1 regulate processing and secretion of the Alzheimer ß/A4 amyloid protein precursor. Proc. Natl. Acad. Sci. U.S.A. 1992; 89:10075-10078.

23.   Nordstedt, C., Caporaso, G., Thyberg, J., *Gandy*, S., and Greengard, P.  Identification of Alzheimer ß/A4 amyloid precursor protein in clathrin coated vesicles purified from PC12 cells.  J. Biol. Chem. 1993; 268:608-612.

24.   Ramabhadran, T., *Gandy*, S., Ghiso, J., Czernik, A., Ferris, D., Bhasin, R., Goldgaber, D., Frangione, B.,  and Greengard, P.  Proteolytic processing of human amyloid ß protein precursor in insect cells: Major carboxyl terminal fragment is identical to its human counterpart.  J. Biol. Chem. 1993; 268:2009-2012.

Gandy, Sam 12

25. Knops, J., **Gandy**, S., Greengard, P., Lieberburg, I., and Sinha, S. Serine phosphorylation of the secreted extracellular domain of APP.  Biochem. Biophys. Res. Commun. 1993; 197: 380-385.

26. da Cruz e Silva, O., Iverfeldt, K., Oltersdorf, T., Sinha, S., Lieberburg, I., Ramabhadran, T., Suzuki, T., Sisodia, S., **Gandy**, S., Greengard, P. Regulated cleavage of Alzheimer ß-amyloid precursor protein in the absence of the cytoplasmic tail.  Neuroscience 1993; 57: 873-877.

27. Caporaso, G., Takei, K., **Gandy**, S., Matteoli, M., Mundigl, O., Greengard, P., de Camilli, P. Morphologic and biochemical analysis of the intracellular trafficking of the Alzheimer ß/A4 amyloid precursor protein.  J. Neuroscience 1994; 14:3122-3138.

28. Nordstedt, C., Naslund, J., Thyberg, J., Messamore, E., **Gandy**, S., Terenius, L. Human neutrophil phagocytic granules contain a truncated, soluble form of the Alzheimer ß/A4 amyloid precursor protein.  J. Biol. Chem. 1994; 269:9805-9810.

29. Cheung, T.T., Ghiso, J., Shoji, M., Cai, X.-D., Golde, T., **Gandy**, S., Frangione, B., Younkin, S. Characterization by radiosequencing of the carboxyl-terminal derivatives produced from normal and mutant amyloid ß protein precursors.  Amyloid 1994; 1:30-38.

30. Ouimet, C., Baerwald, K., **Gandy**, S., Greengard, P. Immunocytochemical localization of amyloid precursor protein in rat brain.  J. Comp. Neurol. 1994; 345:2-18.

31. Jaffe, A.B., Toran-Allerand, C.D., Greengard, P., and **Gandy**, S. Estrogen regulates metabolism of Alzheimer Aß-amyloid precursor protein.  J. Biol. Chem. 1994; 269: 13065-13068.

32. Naslund, J., Schierhorn, A., Hellman, U., Lannfelt, L., Roses, A.D., Tjernberg, L.O., Silberring, J., **Gandy**, S.E., Winblad, B., Greengard, P., Nordstedt, C., and Terenius, L. Primary structure and relative abundance of Alzheimer Aß amyloid peptide variants in Alzheimer disease and normal aging.  Proc. Natl. Acad. Sci. U.S.A. 1994; 91: 8378-8382

33. Zhang, H., Komano, H., Fuller, R., **Gandy**, S., and Frail, D. Proteolytic processing and secretion of human ß-amyloid precursor protein in yeast: Evidence for a yeast secretase activity.  J. Biol. Chem. 1994; 269: 27799-27802.

34. Calingasan, N., **Gandy**, S., Baker, H., Sheu, K.F.R., Kim, K.S., Wisniewski, H.M., and Gibson, G. Accumulation of amyloid precursor protein-like immunoreactivity in rat brain in response to thiamine deficiency.  Brain Research 1995; 677: 50-60.

35. Naslund, J., Thyberg, J., Tjernberg, L., Wernstedt, C., Karlstrom, A. R., Bogdanovic, N., **Gandy**, S., Lannfelt, L., Terenius, L., and Nordstedt, C. Characterization of stable complexes involving apolipoprotein E and the amyloid ß-peptide in Alzheimer disease brain.  Neuron 1995; 15:1-20.

Gandy, Sam 13

36. Martins, R. N., Clarnette, R., Fisher, C., Broe, G. A., Brooks, W. S., Montgomery, P., and **Gandy**, S. E.  *APOE* genotypes in Australia: Roles in early and late onset Alzheimer's disease and Down's Syndrome.  NeuroReport 1995; 6: 1513-1516.

37. Xu, H., Greengard, P., and **Gandy**, S. Regulated formation of Golgi secretory vesicles containing Alzheimer ß-amyloid precursor protein.  J. Biol. Chem. 1995; 270: 23243-23245.

38. Jordan, B., Kanik, A., Horwich, M., Sweeney, D., Relkin, N., Petito, C., and **Gandy**, S. Apolipoprotein ε4 and fatal cerebral amyloid angiopathy associated with dementia pugilistica.  Ann. Neurol. 1995; 38: 698-699.

39. Martins, R., Turner, B., Carroll, R., Sweeney, D., Kim, K., Wisniewski, H., Blass, J., Gibson, G., and **Gandy**, S. High levels of amyloid-ß protein from S182 (Glu246) familial Alzheimer's cells.  NeuroReport 1995; 7: 217-220.

40. Xu, H., Sweeney, D., Greengard, P., and **Gandy**, S. Metabolism of Alzheimer ß-amyloid precursor protein: Regulation by protein kinase A in intact cells and in a cell-free system.  Proc. Natl. Acad. Sci. U.S.A. 1996; 93: 4081-4084.

41. Position Statement of The National Institute on Aging/Alzheimer's Association Working Group, *APOE* Genotyping in Alzheimer's Disease. The Lancet, 1996.

42. Zhou, Z., Smith, J., Greengard, P., and **Gandy**, S. Alzheimer amyloid-ß peptide forms denaturant resistant complex with ε3 but not ε4 isoform of native apolipoprotein E. Molecular Medicine 1996; 2: 175-180.

43. Borchelt, D., Thinakaran, G., Eckman, C., Lee, M., Davenport, F., Ratovitsky, T., Prada, C.-M., Kim, G., Seekins, S., Yager, D., Slunt, H., Wang, R., Seeger, M., Levey, A., **Gandy**, S., Copeland, N., Jenkins, N., Price, D., Younkin, S., and Sisodia, S. Familial Alzheimer's disease-linked presenilin 1 variants elevate Aß 1-42/Aß 1-40 ratio in vitro and in vivo.  Neuron 1996; 17:1005-1013.

44. Doan, A., Thinakaran, G., Borchelt, D., Slunt, H., Ratovitsky, T., Podlisny, M., Selkoe, D., Seeger, M., **Gandy**, S., Price, D., and Sisodia, S. Protein topology of presenilin 1. Neuron 1996; 17: 1023-1030.

45. Thinakaran, G., Borchelt, D., Lee, M., Slunt, H., Spitzer, L., Kim, G., Ratovitsky, T., Davenport, F., Nordstedt, C., Seeger, M., Hardy, J., Levey, J., **Gandy**, S., Jenkins, N., Copeland, N., Price, D., and Sisodia, S. Endoproteolysis of presenilin 1 and accumulation of processed derivatives in vivo. Neuron 1996; 17: 181-190.

46. Relkin, N., Edgar, M., Gouras, G., **Gandy**, S., and Goldsmith, H.  Decreased senile plaque density in Alzheimer neocortex adjacent to an omental transposition.  Neurol. Res. 1996; 18: 291-294.

47. Calingasan, N., **Gandy**, S., Baker, H., Sheu, K., Smith, J., Lamb, B., Gearhart, J., Buxbaum, J., Harper, C., Selkoe, D., Price, D., Sisodia, S., and Gibson, G.  Novel neuritic clusters with accumulations of amyloid precursor protein and amyloid

Gandy, Sam 14

precursor-like protein 2 immunoreactivity in brain regions damaged by thiamine deficiency.  Am. J. Pathol. 1996; 149: 1063-1071.

48. Lee, M., Slunt, H., Martin, L., Thinakaran, G., Kim, G., *Gandy*, S., Seeger, M., Koo, E., Price, D., and Sisodia, S.  Expression of presenilin 1 and 2 (PS1 and PS2) in human and murine tissues.  J. Neurosci. 1996; 16: 7513-7525.

49. Van Setten, G., Nilsson, L., Hahne, S., Johnston, J., Kvanta, A., *Gandy*, S., Naslund, J., and Nordstedt, C.  ß-amyloid protein precursor expression in lacrimal glands and tear fluid.  Invest. Ophthalmol. Vis. Sci.  1996; 37: 2585-2593.

50. Wang, R., Sweeney, D., *Gandy*, S., and Sisodia, S. The profile of soluble amyloid beta protein in cultured cell media: Detection and quantification of amyloid beta protein and variants by immunoprecipitations-mass spectrometry.  J. Biol. Chem. 1996; 271: 31894-31902.

51. Seeger, M., Nordstedt, C., Petanceska, S., Kovacs, D., Gouras, G., Hahne, S., Fraser, P., Levesque, L., Czernik, A., St George-Hyslop, P., Sisodia, S., Thinakaran, G., Tanzi, R., Greengard, P., and *Gandy*, S. Evidence for phosphorylation and oligomeric assembly of presenilin 1.  Proc.  Natl.  Acad.  Sci. U. S. A. 1997; 94: 5090-5094.

52. Gouras, G. K., Relkin, N., Sweeney, D., Munoz, D., Mackenzie, I., and *Gandy*, S. Increased apolipoprotein E ε4 in epilepsy with senile plaques.  Ann Neurol 1997; 41: 402-404.

53. Yang, D., Smith, J., Zhou, Z., *Gandy*, S., and Martins, R. Characterization of the binding of amyloid-beta peptide to cell culture-derived native apolipoprotein ε2, ε3, and ε4 isoforms and to isoforms from human plasma. J. Neurochem.  1997; 68: 721-725.

54. Taddei, K., Clarnette, R., *Gandy*, S., and Martins, R. Increased plasma apolipoprotein E levels in Alzheimer's disease.  Neurosci. Letters 1997; 223: 29-32.

55. Jordan, B., Relkin, N., Jacobs, A., Ravdin, L., Bennett, A., Lewis, B., and *Gandy*, S. Apolipoprotein E ε4 associated with chronic brain injury in boxing.  JAMA 1997; 278: 136-140.

56. Walker, L., Parker, C., Lipinski, W., Callahan, M., Carroll, R., *Gandy*, S., Smith, J., Jucker, M., and Bisgaier, C. Cerebral lipid deposition in aged apolipoprotein E-deficient mice.  Am.  J. Pathol. 1997; 151: 371-1377.

57. Tjernberg, L., Naslund, J., Thyberg, J., *Gandy*, S., Terenius, L., and Nordstedt, C. Generation of Alzheimer amyloid beta peptide through nonspecific proteolysis.  J. Biol. Chem.  1997; 272: 870-1875.

58. Oishi, M., Nairn, A., Czernik, A., Lim, G., Isohara, T., *Gandy*, S., Greengard, P., and Suzuki, T. The cytoplasmic domain of Alzheimer's amyloid precursor protein is phosphorylated at Thr654, Ser655, and Thr668 in adult rat brain and cultured cells.  Mol Med 1997; 3: 111-123.

Gandy, Sam 15

59.  Suzuki, T., Ando, K., Isohara, T., Oishi, M., Lim, G., Satoh, Y., Wasco, W., Tanzi, R., Nairn, A., Greengard, P., *Gandy*, S., and Kirino, Y.  (Phosphorylation of Alzheimer beta-amyloid precursor-like proteins.  Biochemistry 1997; 36: 4643-4649.

60.  Lee, M., Borchelt, D., Kim, G., Thinakaran, G., Slunt, H., Ratovitski, T., Martin, L., Kittur, A., *Gandy*, S., Levey, A., Jenkins, N., Copeland, N., Price, D., and Sisodia, S. Hyperaccumulation of FAD-linked presenilin 1 variants in vivo.  Nat Med 1997; 3: 756-760.

61.  Calingasan, N., *Gandy*, S., and Gibson, G. Thiamine deficiency alters APP but not presenilin-1 immunoreactivity in vulnerable brain regions. NeuroReport 1997; 8: 2631-34.

62.  Xu, H., Sweeney, D., Wang, R., Thinakaran, G., Lo, A., Sisodia, S., Greengard, P., and *Gandy*, S.  Generation of Alzheimer's ß-amyloid protein in the trans-Golgi network in the apparent absence of vesicle formation.  Proc. Natl. Acad. Sci. U.S.A. 1997; 94: 3748-3752.

63.  Kwok, J., Taddei, K., Hallupp, M., Fisher, C., Brooks, W., Broe, G., Hardy, J., Fulham, M., Nicholson, G., Stell, R., St George-Hyslop, P., Fraser, P., Kakulas, B., Clarnette, R., Relkin, N., *Gandy*, S., Schofield, P., and Martins, R.  Two novel (M233& and R278T) presenilin-1 mutations in early-onset Alzheimer's disease pedigrees and preliminary evidence for association of presenilin-1 mutations with a novel phenotype. NeuroReport 1997; 8: 1537-1542.

64.  Gibson, G., Vestling, M., Zhang, H., Szolosi, S., Alkon, D., Lannfelt, L., *Gandy*, S., and Cowburn, R.  Abnormalities in Alzheimer's disease fibroblasts bearing the APP670/671 mutation.  Neurobiol. Aging. 1997; 18: 573-580.

65.  Xu, H., Gouras, G., Greenfield, I., Vincent, B., Naslund, J., Mazzarelli, L., Fried, G., Jovanovic, J., Seeger, M., Relkin, N., Liao, F., Checler, F., Buxbaum, I., Chait, B., Thinakaran, G., Sisodia, S., Wang, R., Greengard, P., and *Gandy*, S.  Estrogen reduces neuronal generation of Alzheimer ß-amyloid peptides. Nature Med. 1998; 4: 447-451.

66.  Komano, H., Seeger, M., *Gandy*, S., Wang, G., Krafft, G., and Fuller, R. Involvement of cell surface glycosyl-phosphatidylinositol-linked aspartyl proteases in α-secretase-type cleavage and ectodomain solubilization of human Alzheimer ß-amyloid precursor protein in yeast. J. Biol. Chem. 1998; 273: 31648-31651.

67.  Taddei, K., Yang, D., Fisher, C., Clarnette, R., Hallmayer, J., Barnetson, R., Maller, R., Brooks, W., Whyte, S., Nicholson, G., Masters, C., Broe, G., *Gandy*, S., and Martins, R. No association of presenilin-1 intronic polymorphism and Alzheimer's diseases in Australia.  Neurosci. Lett. 1998;  246: 178-180.

68.  Calingasan, N., Park, L., *Gandy*, S., and Gibson, G. Disturbances of the blood-brain barrier without expression of amyloid precursor protein-containing neuritic clusters or neuronal loss during late stages of thiamine deficiency in guinea pigs.  Dev. Neurosci.

1998; 20: 454-461.

69. Calingasan, N., Park, L., Calo, L., Trifiletti, R., **Gandy**, S., and Gibson, G.  Induction of nitric oxide synthase and microglial responses precedes selective cell death induced by chronic impairment of oxidative metabolism.  Am. J. Pathol. 1998; 153: 599-610.

70. Fraser, P., Levesque, L., Yu, G., Mills, L., Thirlwell, J., Frantseva, M., **Gandy**, S., Seeger, M., Carlen, P., St George-Hyslop, P.  Presenilin is actively degraded by the 26S proteasome.  Neurobiol. Aging 1998; 19: S19-S21.

71. Gouras, G., Xu, H., Jovanovic, J., Buxbaum, J., Wang, R., Greengard, P., Relkin, N., and **Gandy**, S.  Generation and regulation of beta-amyloid peptide variants by neurons. J.  Neurochem. 1998; 71: 1920-1925.

72. Petanceska S., and **Gandy** S. The phosphatidylinositol 3-kinase inhibitor wortmannin alters the metabolism of the Alzheimer's amyloid precursor protein. J Neurochem. 1999; 73(6):2316-20.

73. Greenfield J.P., Xu H., Greengard P., **Gandy** S., and Seeger M.  Generation of the amyloid-beta peptide N terminus in Saccharomyces cerevisiae expressing human Alzheimer's amyloid-beta precursor protein.  J Biol Chem. 1999; 26: 274(48): 33843-6.

74. Levesque L., Annaert W., Craessaerts K., Mathews P.M., Seeger M., Nixon R.A., Van Leuven F., **Gandy** S., Westaway D., St George-Hyslop P., De Strooper B., and Fraser P.E. Development expression of wild-type and mutant presenilin-1 in hippocampal neurons from transgenic mice: evidence for novel species-specific properties of human presenilin-1. Mol Med.1999; 5(8): 542-54.

75. Yang D.S., Small D.H., Seydel U., Smith J.D., Hallmayer J., **Gandy** S.E., Martins R.N. Apolipoprotein E promotes the binding and uptake of beta-amyloid into Chinese hamster ovary cells in an isoform-specific manner. Neuroscience. 1999; 90(4): 1217-26.

76. Fienberg A.A., Nordstedt C., Belting H.G., Czernik A.J., Nairn A.C., **Gandy** S., Greengard P., and Ruddle F.H., Phylogenetically conserved CK-II phosphorylation site of homeodomain protein Hoxb-6.  J Exp Zool 1999; 285 (1): 76-84.

77. Laws S.M., Taddei k., Martin G., Paton A. Fisher C., Clarnette R., Hallmayer J., Brooks W.S., **Gandy** S.E., and Martin R.N. The – 491AA polymorphism in the *APOE* gene is associated with increased plasma apoE levels in Alzheimer's diseases.    Neuroreport 1999; 10(4): 879-82.

78. Petanceska, SS, Nagy V, Frail D, and **Gandy** S. Ovariectomy and 17beta-estradiol modulate the levels of Alzheimer's amyloid beta peptides in brain. Exp Gerontol 2000; 35(9-10): 1317-1325.

79. Chen F, Yang DS, Petanceska S, Yang A, Tandon A, Yu G, Rozmahel R, Ghiso J, Nishimura M, Zhang DM, Kawarai T, Levesque G, Mills J, Levesque L, Song YQ, Rogaeva E, Westaway D, Mount H, **Gandy** S, St George-Hyslop P, and Fraser PE. Carboxyl-terminal fragments of Alzheimer beta-amyloid precursor protein accumulate in restricted and unpredicted intracellular compartments in presenilin 1-deficient cells.  J

Gandy, Sam 17

Biol Chem. 2000; 275(47): 36794-802.

80.   Petanceska S., Nagy V., Frail D., and **Gandy** S.  Ovariectomy and 17beta-estradiol modulate the levels of Alzheimer's amyloid beta-estradiol modulate the levels of Alzheimer's amyloid beta peptide in brain.  Neurology 2000; 54(12): 2212-7.

81.   Petanceska S., Seeger M., Checler F., and **Gandy** S.  Mutant presenilin 1 increase the levels of Alzheimer amyloid beta-peptide Abeta42 in late compartments of the constitutive secretory pathway.  J Neurochem. 2000;74(5): 1878-84.

82.   Boyt AA, Taddei K, Hallmayer J, Helmerhorst E., **Gandy** S.E., Craft S., and Martins R.N. The effect of insulin and glucose on the plasma concentration of Alzheimer's amyloid precursor protein.  Neuroscience 2000; 95(3): 727-34.

83.   **Gandy** SE, Almeida O, Fonte J, Lim D, Waterrus A, Spry N, Flicker L, Martins R. Chemical andropause and amyloid-β peptide.  JAMA 2001; 285:2195-2196.

84.   **Gandy** S, Naslund J, Nordstedt C. Molecular consequences of presenilin 1 mutation. Nature 2001; 411: 654-655.

85.   Zhou Z, Relkin N, Ghiso J, Smith JD, **Gandy** S.  Human cerebrospinal fluid apolipoprotein E isoforms are apparently inefficient at complexing with synthetic Alzheimer's amyloid-β peptide (Aβ1-40 ) in vitro. Mol Med. 2002; 8(7): 376-81.

86.   Laws SM, Hone E, Taddei K, Harper C, Dean B, McClean C, Masters C, Lautenschlager N, **Gandy** SE, Martins RN.  Variation at the *APOE* -491 promoter locus is associated with altered brain levels of apolipoprotein E. Mol Psychiatry 2002; 7(8): 886-90.

87.   Taddei K, Fisher C, Laws SM, Martins G, Paton A, Clarnette RM, Chung C, Brooks WS, Hallmayer J, Miklossy J, Relkin N, St George-Hyslop PH, **Gandy** SE, Martins RN. Association between presenilin-1 Glu318Gly mutation and familial Alzheimer's disease in the Australian population. Mol Psychiatry 2002; 7(7): 776-81.

88.   Laws SM, Clarnette RM, Taddei K, Martins G, Paton A, Hallmayer J, Almeida OP, Groth DM, **Gandy** SE, Forstl H, Martins RN.  *APOE*-epsilon4 and *APOE* -491A polymorphisms in individuals with subjective memory loss. Mol Psychiatry 2002; 7(7): 768-75.

89.   Hedley R, Hallmayer J, Groth DM, Brooks WS, **Gandy** SE, Martins RN.  Association of interleukin-1 polymorphisms with Alzheimer's disease in Australia. Ann Neurol. 2002; 51(6): 795-7.

90.   Yang DS, Tandon A, Chen F, Yu G, Yu H, Arawaka S, Hasegawa H, Duthie M, Schmidt SD, Ramabhadran TV, Nixon RA, Mathews PM, **Gandy** SE, Mount HT, St George-Hyslop P, Fraser PE. Mature glycosylation and trafficking of nicastrin modulate its binding to presenilins. J Biol Chem. 2002; 277(31): 28135-42.

91.   Kwok JB, Halliday GM, Brooks WS, Dolios G, Laudon H, Murayama O, Hallupp M,

Gandy, Sam 18

Badenhop RF, Vickers J, Wang R, Naslund J, Takashima A, **Gandy** SE, Schofield PR. Presenilin-1 mutation results in altered exon 8 splicing and Alzheimer's disease with non-cored plaques and no neuritic dystrophy. J Biol Chem. 2003; 278(9): 6748-54.

92. Lillehook C, Bozdagi O, Yao Y, Gomez M, Pastorino L, Zaidi N, Wasco W, **Gandy** S, Santucci A, Haroutunian V, Huntley G, Buxbaum JD.  Calsenilin/DREAM/kChIP3 regulates Aβ formation and long-term potentiation. J Neurosci 2003; 23(27): 9097-106.

93. Dean B, Laws SM, Hone E, Taddei K, Scarr E, Thomas EA, Harper C, McClean C,Masters C, Lautenschlager N, **Gandy** SE, Martins RN.  Increased levels of apolipoprotein E in the frontal cortex of subjects with schizophrenia. Biol Psychiatry 2003; 54(6): 616-22.

94. Thomas EA, Laws SM, Sutcliffe JG, Harper C, Dean B, McClean C, Masters C, Lautenschlager N, **Gandy** SE, Martins RN.  Apolipoprotein D levels are elevated in prefrontal cortex of subjects with Alzheimer's disease: no relation to apolipoprotein E expression or genotype. Biol Psychiatry. 2003; Jul 15; 54(2): 136-41.

95. **Gandy** S, DeMattos RB, Lemere CA, L. Heppner FL, Leverone J, Aguzzi A, Aguzzi WB, Dai J, Fraser P, Hyslop PSG, Holtzman DM, Walker LC, Keller ET.  Alzheimer's Aβ vaccination of rhesus monkeys.  Alzheimer Dis Assoc Disord 2004; 18(1): 44-46.

96. Carter TL, Rissman RA, Mishizen-Eberz AJ, Wolfe BB, Hamilton RL, **Gandy** S, Armstrong DM. Differential preservation of AMPA receptor subunits in the hippocampi of Alzheimer's disease patients according to Braak stage. Exp Neurol. 2004; 187(2):299-309.

97. Verdile G, Groth D, Mathews PM, St George-Hyslop P, Fraser PE, Ramabhadran TV, Kwok JB, Schofield PR, Carter T, **Gandy** S, Martins RN.  Baculoviruses expressing the human familial Alzheimer's disease presenilin 1 mutation lacking exon 9 increase levels of an amyloid beta-like protein in Sf9 cells. Mol Psychiatry 2004; 9(6): 594-602.

98. Carter TL, Verdile G, Groth D, Bogush A, Thomas S, Shen P, Fraser PE, Mathews P, Nixon RA, Ehrlich ME, Kwok JBJ, St George-Hyslop P, Schofield P, Li Y, Yang A, Martins RN, **Gandy** S.  Alzheimer Amyloid Precursor Aspartyl Proteinase Activity In CHAPSO Homogenates of *Sf9* cells. Alzheimer Dis Assoc Disord 2004; 18(4):261-3.

99. Laudon H, Karlstrom H, Mathews PM, Farmery MR, **Gandy** SE, Lundkvist J Lendahl U, Naslund J.  (2004) Functional domains in presenilin 1: the Tyr-288 residue controls gamma -secretase activity and endoproteolysis. J Biol Chem.  2004; 279(23): 23925-32.

100. Laudon H, Mathews PM, Karlstrom H, Bergman A, Farmery MR, Nixon RA, Winblad B, **Gandy** SE, Lendahl U, Lundkvist J, Naslund J.  Co-expressed presenilin 1 NTF and CTF form functional gamma-secretase complexes in cells devoid of full-length protein. J Neurochem. 2004; 89(1):44-53.

101. Parvathy S, Ehrlich M, Pedrini S, Diaz N, Refolo L, Buxbaum JD, Bogush A, Petanceska S, **Gandy** S.  Atorvastatin-induced  activation  of  Alzheimer's  alpha

Gandy, Sam 19

secretase is resistant to standard inhibitors of protein phosphorylation-regulated ectodomain shedding. J Neurochem 2004; 90(4):1005-10.

102. Ghiso J, Shayo M, Calero M, Ng D, Tomidokoro Y, **Gandy** S, Rostagno A, Frangione B. Systemic catabolism of Alzheimer's Abeta40 and Abeta42. J Biol Chem. 2004; 279(44):45897-908.

103. Sweeney D, Martins R, LeVine H 3rd, Smith JD, **Gandy** S. (2004) Similar promotion of Abeta1-42 fibrillogenesis by native apolipoprotein E ε3 and ε4 isoforms. J Neuroinflammation 2004; 1(1):15-20.

104. Yao J, Petanceska SS, Montine TJ, Holtzman DM, Schmidt SD, Parker CA, Callahan MJ, Lipinski WJ, Bisgaier CL, Turner BA, Nixon RA, Martins RN, Ouimet C, Smith JD, Davies P, Laska E, Ehrlich ME, Walker LC, Mathews PM, **Gandy** S. Aging, gender and *APOE* isotype modulate metabolism of Alzheimer's Abeta peptides and F2-isoprostanes in the absence of detectable amyloid deposits.J Neurochem. 2004; 90(4):1011-8.

105. Pedrini S, Carter TL, Prendergast G, Petanceska S, Ehrlich ME, **Gandy** S. Modulation of statin-activated shedding of Alzheimer APP ectodomain by ROCK. PLoS Med. 2005; 2(1):e18.

106. Hone E, Martins IJ, Jeoung M, Ji TH, **Gandy** SE, Martins RN. Alzheimer's disease amyloid-beta peptide modulates apolipoprotein E isoform specific receptor binding. J Alzheimers Dis. 2005; 7(4):303-14.

107. **Gandy**, S. Deciphering the role of amyloid-beta peptide in common forms of Alzheimer's disease. J Clin Invest. 2005;115(5):1121-9.

108. Lautenschlager NT, Wu JS, Laws SM, Almeida OP, Clarnette RM, Joesbury K, Wagenpfeil S, Martins G, Paton A, **Gandy** SE, Forstl H, Martins RN. Neurological soft signs are associated with *APOE* genotype, age and cognitive performance. J Alzheimers Dis. 2005; 7(4):325-30.

109. Balakrishnan K, Verdile G, Mehta PD, Beilby J, Nolan D, Galvao DA, Newton R, **Gandy** SE, Martins RN. Plasma Aβ42 correlates positively with increased body fat in healthy individuals. J Alzheimers Dis. 2005; 8(3):269-82.

110. Carter TL, Pedrini S, Ghiso J, Ehrlich ME, **Gandy** S. Brain neprilysin activity and susceptibility to transgene-induced Alzheimer amyloidosis. Neurosci Lett. 2006; 392(3):235-9.

111. Sano Y, Nakaya T, Pedrini S, Takeda S, Iijima-Ando K, Iijima K, Mathews PM, Itohara S, **Gandy** S, Suzuki T. Physiological Mouse Brain Abeta Levels Are Not Related to the Phosphorylation State of Threonine-668 of Alzheimer's APP. PLoS ONE. 2006; 1:e51.

112. Qin W, Yang T, Ho L, Zhao Z, Wang J, Chen L, Zhao W, Thiyagarajan M, MacGrogan D, Rodgers JT, Puigserver P, Sadoshima J, Deng H, Pedrini S, **Gandy** S, Sauve AA,

Pasinetti GM. Neuronal SIRT1 activation as a novel mechanism underlying the prevention of Alzheimer disease amyloid neuropathology by caloric restriction. J Biol Chem. 2006; 281(31):21745-54.

113. Qin W, Chachich M, Lane M, Roth G, Bryant M, de Cabo R, Ottinger MA, Mattison J, Ingram D, **Gandy** S, Pasinetti GM.  Caloric restriction attenuates Alzheimer's disease type brain amyloidosis in Squirrel monkeys (*Saimiri sciureus*). J Alzheimers Dis. 2006;10(4):417-22.

114. Greenberg SM, Rosand J, Schneider AT, Creed Pettigrew L, **Gandy** SE, Rovner B, Fitzsimmons BF, Smith EE, Edip Gurol M, Schwab K, Laurin J, Garceau D. A phase 2 study of tramiprosate for cerebral amyloid angiopathy. Alzheimer Dis Assoc Disord. 2006; 20(4):269-74.

115. **Gandy** S, Zhang Y-w, Ikin A, Schmidt SD, Levy E, Sheffield R, Nixon RA, Liao F-F, Mathews PM, Xu H, Ehrlich ME (2007) Alzheimer's presenilin 1 modulates sorting of APP and its carboxyl-terminal fragments in cerebral neurons in vivo.  J. Neurochemistry 2007; 102(3): 619–626.

116. Ikin A, Causevic M, Pedrini S, Benson LS, Buxbaum JD, Suzuki T, Lovestone S, Higashivama S, Mustelin T, Burgoyne RD, **Gandy** S.  Evidence against roles for phorbol binding protein Munc13-1, ADAM adaptor Eve-1, or vesicle trafficking phosphoproteins Munc18 or NSF as phosphor-state-sensitive modulators of phorbol/PKC-activated Alzheimer APP ectodomain shedding.  Mol Neurodegener. 2007; 2(23):1-11.

117. Karuppagounder SS, Xu H, Qingli S, Chen LH, Pedrini S, Pechman D, Baker H, Beal MF, **Gandy** SE, Gibson GE.  Thiamine deficiency induces oxidative stress and exacerbates the plaque pathology in Alzheimer's mouse model.  Neurobiol Aging. 2008 Apr 9. Epub ahead of print.

118. Gnjec A, D'Costa KJ, Laws SM, Hedley R, Balakrishnan K, Taddei K, Martins G, Paton A, Verdile G, **Gandy** SE, Broe GA, Brooks WS, Bennett H, Piguet O, Price P, Miklossy J, Hallmayer J, McGeer PL, Martins RN.  Association of alleles carried at TNFA -850 and BAT1 -22 with Alzheimer's disease.  J Neuroinflam. 2008 Aug 20;5:36.

119. Beeri MS, Schmeidler J, Silverman JM, **Gandy** SE, Wysocki M, Hannigan CM, Purohit DP, Lesser G, Grossman HT, Haroutunian V.  Insulin together with other diabetes medication is associated with less Alzheimer neuropathology.  Neurology. 2008 Sep 2;71(10):750-7.

120. Saito Y, Sano Y, Vassar R, **Gandy** S, Nakaya T, Yamamoto T, Suzuki T. X11 proteins regulate the translocation of APP into detergent resistant membrane and suppress the amyloidogenic cleavage of APP by BACE in brain.  J Biol Chem. 2008 Oct 9. [Epub ahead of print].

121. Qin W, Zhao W, Ho L, Wang J, Walsh K, **Gandy** S, Pasinetti GM. Regulation of forkhead transcription factor FoxO3a contributes to calorie restriction-induced prevention of Alzheimer's disease-type amyloid neuropathology and spatial memory

Gandy, Sam 21

deterioration. Ann N Y Acad Sci. 2008 Dec;1147:335-47.

122. da Cruz e Silva OA, Rebelo S, Vieira SI, **Gandy** S, da Cruz e Silva EF, Greengard P. Enhanced generation of Alzheimer's amyloid-beta following chronic exposure to phorbol ester correlates with differential effects on alpha and epsilon isozymes of protein kinase C. J Neurochem. 2009 Jan;108(2):319-30. Epub 2008 Dec 2.

123. Amadio M, Pascale A, Wang J, Ho L, Quattrone A, **Gandy** S, Haroutunian V, Racchi M, Pasinetti GM.  nELAV proteins alteration in Alzheimer's disease brain: a novel putative target for amyloid-beta reverberating on AbetaPP processing.  J Alzheimers Dis. 2009 Feb;16(2):409-19.

124. Bates KA, Sohrabi HR, Rodrigues M, Beilby J, Dhaliwal SS, Taddei K, Criddle A, Wraith M, Howard M, Martins G, Paton A, Mehta P, Foster JK, Martins IJ, Lautenschlager NT, Mastaglia FL, Laws SM, **Gandy** SE, Martins RN.  Association of Cardiovascular Factors and Alzheimer's Disease Plasma Amyloid-beta Protein in Subjective Memory Complainers.  J Alzheimers Dis. 2009 Mar 6. [Epub ahead of print]

125. Sakuma M, Tanaka E, Taru H, Tomita S, **Gandy** S, Nairn AC, Nakaya T, Yamamoto T, Suzuki T. Phosphorylation of the amino terminal region of X11L regulates its interaction with APP.  J Neurochem.  2009 Apr;109(2):465-75. Epub 2009 Feb 13.

126. Sohrabi HR, Bates KA, Rodrigues M, Taddei K, Laws SM, Lautenschlager NT, Dhaliwal SS, Johnston AN, Mackay-Sim A, **Gandy** S, Foster JK, Martins RN.  Olfactory Dysfunction is Associated with Subjective Memory Complaints in Community-Dwelling Elderly Individuals.  J Alzheimers Dis. 2009 May; 17(1): 135-42.

127. Aslund A, Sigurdson CJ, Klingstedt T, Grathwohl S, Bolmont T, Dickstein D, Glimsdal E, Prokop S, Lindgren M, Konradsson P, Holtzman DM, Hof PR, Heppner FL, **Gandy** S, Jucker M, Aguzzi A, Hammarström P, Nilsson KPR.  Novel pentameric thiophene derivatives for *in vitro* and *in vivo* optical imaging of a plethora of protein aggregates in cerebral amyloidoses.  ACS Chemical Biology. 2009 Aug 21;4(8):673-84.

128. Hata S, Fujishige S, Araki Y, Kato N, Araseki M, Nishimura M, Hartmann D, Saftig P, Fahrenholz F, Taniguchi M, Urakami K, Akatsu H, Martins RN, Yamamoto K, Maeda M, Yamamoto T, Nakaya T, **Gandy** S, Suzuki T.  Alcadein cleavages by APP {alpha}-and {gamma}-secretases generate small peptides p3-Alcs indicating Alzheimer disease-related {gamma}-secretase dysfunction.  J Biol Chem. 2009 Oct 28. [Epub ahead of print].

129. Grathwohl SA, Kälin RE, Bolmont T, Prokop S, Winkelmann G, Kaeser SA, Odenthal J, Radde R, Eldh T, **Gandy** S, Aguzzi A, Staufenbiel M, Mathews PM, Wolburg H,Heppner FL, Jucker M.  Formation and maintenance of Alzheimer's disease beta-amyloid plaques in the absence of microglia. Nat Neurosci. 2009 Nov;12(11): 1361-3. Epub 2009 Oct 18.

130. Franciosi S, Gama Sosa MA, English DF, Oler E, Oung T, Janssen WG, De Gasperi R, Schmeidler J, Dickstein DL, Schmitz C, **Gandy** S, Hof PR, Buxbaum JD, Elder GA

Gandy, Sam 22

Novel cerebrovascular pathology in mice fed a high cholesterol diet.  Mol Neurodegen 2009 Oct 24;4(1):42.

131. Pedrini S, Thomas C, Brautigam H, Schmeidler J, Ho L, Fraser P, Westaway D, St George Hyslop P, Martins RN, Buxbaum JD, Pasinetti GM, Dickstein DL, Hof PR, Ehrlich ME, **Gandy** S.  Dietary Composition modulates brain mass and amyloid beta levels in a mouse model of aggressive Alzheimer's amyloid pathology.   Mol Neurodegener 2009 Oct 21;4(1):40.

132. Sharman MJ, Guanghou S, Fernandis AZ, Lim, WLF, Berger T, Hone E, Taddei K, Martins IJ, Ghiso J, Buxbaum J, **Gandy** S, Wenk M, Martins RN. Profiling brain and plasma lipids in human *APOE* epsilon 2, epsilon 3 and epsilon 4 knock in mice using electrospray ionization mass spectrometry. Journal of Alzheimer's Disease. 2010;20(1):105-11.

133. Holland D, Brewer JB, Hagler DJ, Fenema-Notestine C, Dale AM; the Alzheimer's Disease Neuroimaging Initiative, Weiner M, Thal L, Petersen R, Jack CR Jr, Jagust W, Trojanowki J, Toga AW, Beckett L, Green RC, Gamst A, Potter WZ, Montine T, Anders D, Bernstein M, Felmlee J, Fox N, Thompson P, Schuff N, Alexander G, Bandy, D, Koeppe RA, Foster N, Reiman EM, Chen K, Shaw L, Lee VM, Korecka M, Crawford Neu S, Harvey D, Kornak J, Kachaturian Z, Frank R, Snyder PJ, Molchan S, Kaye J, Vorobik R, Quinn J, Schneider L, Pawluczyk S, Spann B, Fleisher AS, Vanderswag H, Heidebrink JL, Lord JL, Johnson K, Doody RS, Villanueva-Meyer J, Chowdhury M, Stern Y, Honig LS, Bell KL, Morris JC, Mintun MA, Schneider S, Marson D, Griffith R, Badger B, Grossman H, Tang C, Stern J, Detoledo-Morrell L, Shah RC, Bach J, Duara R, Isaacson R, Strauman S, Albert MS, Pedroso J, Toroney J, Rusinek H, de Leon MJ, De Santi SM, Doraiswamy PM, Petrella JR, Aiello M, Clark CM, Pham C, Nunez J, Smith CD, Given CA 2nd, Hardy P, Dekosky ST, Oakley M, Simpson DM, Ismail MS, Porsteinsson A, McCallum C, Cramer SC, Mulnard RA, McAdams-Ortiz C, Diaz-Arrastia R, Martin-Cook K, Devous M, Levey AI, Lah JJ, Cellar JS, Burns JM, Anderson HS, Laubinger MM, Bartzokis G, Silverman DH, Lu PH, Fletcher R, Parfitt F, Johnson H, Farlow M, Herring S, Hake AM, van Dyck CH, Macavoy MG, Bifano LA, Chertkow H, Bergman H, Hosein C, Black S, Graham S, Caldwell C, Feldman H,Assaly M, Hsiung GY, Kertesz A, Rogers J, Trost D, Bernick C, Gitelman D, Johnson N, Mesulam M, Sadowsky C, Villena T, Mesner S, Aisen PS, Johnson KB, Behan KE,Sperling RA, Rentz DM, Johnson KA, Rosen A, Tinklenberg J, Ashford W, Sabbagh M, Connor D, Obradov S, Killiany R, Norbash A, Obisesan TO, Jayam-Trouth A, Wang P, Auchus AP, Huang J, Friedland RP, Decarli C, Fletcher E, Carmichael O, Kittur S, Mirje S, Johnson SC, Borrie M, Lee TY, Asthana S, Carlsson CM, Potkin SG, Highum D, Preda A, Nguyen D, Tariot PN, Hendin BA, Scharre DW, Kataki M, Beversdorf DQ, Zimmerman EA, Celmins D, Brown AD, **Gandy** S, Marenberg ME, Rovner BW, Pearlson G, Blank K, Anderson K, Saykin AJ, Santulli RB, Pare N, Williamson JD, Sink KM, Potter H, Ashok Raj B, Giordano A, Ott BR, Wu CK, Cohen R, Wilks KL, Safirstein BE. Subregional neuroanatomical change as a biomarker for Alzheimer's disease. Proc Natl Acad Sci U S A. 2009 Dec 8;106(49):20954-20959. PubMed PMID: 19996185; PubMed Central PMCID: PMC2791580.

134.   Steele JW, Kim SH, Cirrito JR, Verges DK, Restivo JL, Westaway D, Fraser P, St

Gandy, Sam 23

George Hyslop P, Sano M, Bezprozvanny I, Ehrlich ME, Holtzman DM, **Gandy** S.Acute dosing of latrepirdine (DimebonTM), a possible Alzheimer therapeutic, elevates extracellular amyloid-beta levels in vitro and *in vivo*. Mol Neurodegener. 2009 7;4(1):51. PubMed PMID: 20017949.

135.   Kajiwara Y, Franciosi S, Takahashi N, Krug L, Schmeidler J, Taddei K, Haroutunian V, Fried U, Ehrlich M, Martins RN, **Gandy** S, Buxbaum JD. Extensive proteomic screening identifies the obesity-related NYGGF4 protein as a novel LRP1-interactor, showing reduced expression in early Alzheimer's disease. Mol Neurodegener. 2010 Jan 14;5:1. PubMed PMID: 20205790; PubMed Central PMCID: PMC2823744.

139.   Kim SH, Fraser PE, Westaway D, St George-Hyslop PH, Ehrlich ME, **Gandy** S. Group II metabotropic glutamate receptor stimulation triggers production and release of Alzheimer's amyloid(beta)42 from isolated intact nerve terminals. J Neurosci. 2010 Mar 17;30(11):3870-5. PubMed PMID: 20237257; PubMed Central PMCID: PMC2857209.

140.   Jenner AM, Lim WL, Ng MP, Wenk MR, Shui G, Sharman MJ, **Gandy** SE, Martins RN. The effect of *APOE* genotype on brain levels of oxysterols in young and old human *APOE* epsilon 2, epsilon 3 and epsilon 4 knock-in mice. Neuroscience. 2010 Aug 11;169(1):109-15. Epub 2010 Apr 21. PubMed PMID: 20416362.

141.   Sharman MJ, Morici M, Hone E, Berger T, Taddei K, Martins IJ, Lim WL, Singh S, Wenk MR, Ghiso J, Buxbaum JD, **Gandy** S, Martins RN. *APOE* genotype results in differential effects on the peripheral clearance of amyloid-beta{42} in *APOE* knock-in and knock-out mice. J Alzheimers Dis. 2010;21(2):403-9. [Epub ahead of print] PubMed PMID: 20555142.

142.   **Gandy** S, Simon AJ, Steele JW, Lublin AL, Lah JJ, Walker LC, Levey AI, Krafft GA, Levy E, Checler F, Glabe C, Bilker WB, Abel T, Schmeidler J, Ehrlich ME. Days to criterion as an indicator of toxicity associated with human Alzheimer amyloid-beta oligomers. Ann Neurol. 2010 Aug;68(2):220-30. PubMed PMID: 20641005.

143.   Lane RF, Raines SM, Steele JW, Ehrlich ME, Lah JA, Small SA, Tanzi RE, Attie AD, **Gandy** S . Diabetes-associated SorCS1 regulates Alzheimer's amyloid-beta metabolism: Evidence for involvement of SorL1 and the retromer complex.  The Journal of Neuroscience, 2010; 21(2): 403-9. PMID: 20881129

144.   Vieira SI, Rebelo S, Esselmann H, Wiltfang J, Lah JJ, Lane R, Small SA, **Gandy** S, da Cruz e Silva OAB.  Retromer-mediated Golgi retrieval of the Alzheimer's amyloid Precursor protein is S655 phosphorylation state-dependent.  Molecular

Neurodegeneration, 2010 Oct 11;5:40.

145.   Lane RF, Gatson JW, Small SA, Ehrlich ME, **Gandy** S. Protein kinase C and rho activated coiled coil protein kinase 2 (ROCK2) modulate Alzheimer's APP metabolism and phosphorylation of the Vps10-domain protein, SorL1. Mol Neurodegener. 2010 Dec 30;5:62. PubMed PMID: 21192821; PubMed Central PMCID: PMC3036620.

146.   Costanza A, Weber K, **Gandy** S, Bouras C, Hof PR, Giannakopoulos P, Canuto A.

Contact sport-related chronic traumatic encephalopathy in the elderly: clinical expression and structural substrates. Neuropathol Appl Neurobiol. 2011 Jun 23. doi: 10.1111/j.1365-2990.2011.01186.x. [Epub ahead of print] PubMed PMID: 21696410.

147. Hata S, Fujishige S, Araki Y, Taniguchi M, Urakami K, Peskind E, Akatsu H, Araseki M, Yamamoto K, Martins RN, Maeda M, Nishimura M, Levey A, Chung KA, Montine T, Leverenz J, Fagan A, Goate A, Bateman R, Holtzman DM, Yamamoto T, Nakaya T, **Gandy** S, Suzuki T. Alternative processing of γ-secretase substrates in  common forms of mild cognitive impairment and Alzheimer's disease: Evidence for γ-secretase dysfunction. Ann Neurol. 2011 Jun;69(6):1026-31. doi: 10.1002/ana.22343. PubMed PMID: 21681798.

148. Konno T, Hata S, Hamada Y, Horikoshi-Sakuraba Y, Nakaya T, Saito Y, Yamamoto T, Yamamoto T, Maeda M, Ikeuchi T, **Gandy** S, Akatsu H, Suzuki T; the Japanese Alzheimer's Disease Neuroimaging Initiative. Coordinated increase of γ-secretase  reaction products in the plasma of some female Japanese sporadic Alzheimer's disease patients: quantitative analysis of p3-Alcα with a new ELISA system. Mol Neurodegener. 2011 Nov 8;6(1):76. PubMed PMID: 22067061.

149. Hata S, Taniguchi M, Piao Y, Ikeuchi T, Fagan AM, Holtzman DM, Bateman R, Sohrabi HR, Martins RN, **Gandy** S, Urakami K, Suzuki T. Multiple gamma-secretase product peptides are coordinately increased in concentration in the cerebrospinal fluid of a subpopulation of sporadic Alzheimer's disease subjects. Mol Neurodegener. 2012 Apr 25;7(1):16. [Epub ahead of print] PubMed PMID: 22534039.

150. Keilani S, Lun Y, Stevens AC, Williams HN, Sjoberg ER, Khanna R, Valenzano KJ, Checler F, Buxbaum JD, Yanagisawa K, Lockhart DJ, Wustman BA, **Gandy** S. Lysosomal Dysfunction in a Mouse Model of Sandhoff Disease Leads to Accumulation of Ganglioside-Bound Amyloid-β Peptide. J Neurosci. 2012 Apr 11;32(15):5223-5236. PubMed PMID: 22496568.

151. Hata S, Taniguchi M, Piao Y, Ikeuchi T, Fagan AM, Holtzman DM, Bateman R, Sohrabi HR, Martins RN, **Gandy** S, Urakami K, Suzuki T; Japanese Alzheimer's Disease Neuroimaging Initiative. Multiple γ-secretase product peptides are coordinately increased in concentration in the cerebrospinal fluid of a subpopulation of sporadic Alzheimer's disease subjects. Mol Neurodegener. 2012 Apr 25;7:16. PubMed PMID: 22534039; PubMed Central PMCID: PMC3422204.

152. Sohrabi HR, Bates KA, Weinborn MG, Johnston AN, Bahramian A, Taddei K, Laws SM, Rodrigues M, Morici M, Howard M, Martins G, Mackay-Sim A, **Gandy** SE, Martins RN. Olfactory discrimination predicts cognitive decline among community-dwelling  older adults. Transl Psychiatry. 2012 May 22;2:e118. doi: 10.1038/tp.2012.43. PubMed PMID: 22832962; PubMed Central PMCID: PMC3365262.

153. Steele JW, Lachenmayer ML, Ju S, Stock A, Liken J, Kim SH, Delgado LM, Alfaro  IE, Bernales S, Verdile G, Bharadwaj P, Gupta V, Barr R, Friss A, Dolios G, Wang  R, Ringe D, Fraser P, Westaway D, St George-Hyslop PH, Szabo P, Relkin NR, Buxbaum JD, Glabe CG, Protter AA, Martins RN, Ehrlich ME, Petsko GA, Yue Z, **Gandy** S. Latrepirdine Improves cognition and arrests progression of neuropathology in an Alzheimer's mouse model. Mol Psychiatry. 2012 Jul 31. doi: 10.1038/mp.2012.106. [Epub ahead of print]

Gandy, Sam 25

PubMed PMID: 22850627.

154. Steele JW, Ju S, Lachenmayer ML, Liken J, Stock A, Kim SH, Delgado LM, Alfaro IE, Bernales S, Verdile G, Bharadwaj P, Gupta V, Barr R, Friss A, Dolios G, Wang R, Ringe D, Protter AA, Martins RN, Ehrlich ME, Yue Z, Petsko GA, **Gandy** S. Latrepirdine stimulates autophagy and reduces accumulation of α-synuclein in cells and in mouse brain. Mol Psychiatry. 2012 Aug 7. doi: 10.1038/mp.2012.115. [Epub ahead of print] PubMed PMID: 22869031; PubMed Central PMCID: PMC3523214.

155. Bharadwaj PR, Verdile G, Barr RK, Gupta V, Steele JW, Lachenmayer ML, Yue Z, Ehrlich ME, Petsko G, Ju S, Ringe D, Sankovich SE, Caine JM, Macreadie IG, **Gandy** S, Martins RN. Latrepirdine (Dimebon) enhances autophagy and reduces intracellular GFP-Aβ42 levels in yeast. J Alzheimers Dis. 2012;32(4):949-67. doi: 10.3233/JAD-2012-120178. PubMed PMID: 22903131; PubMed Central PMCID: PMC3529125.

156. Zhu L, Su M, Lucast L, Liu L, Netzer WJ, **Gandy** SE, Cai D. Dynamin 1 regulates amyloid generation through modulation of BACE-1. PLoS One. 2012;7(9):e45033. Epub 2012 Sep 14. PubMed PMID: 23024787; PubMed Central PMCID: PMC3443198.

157. Brautigam H, Steele JW, Westaway D, Fraser PE, George-Hyslop PH, **Gandy** S, Hof PR, Dickstein DL. The isotropic fractionator provides evidence for differential loss of hippocampal neurons in two mouse models of Alzheimer's disease. Mol Neurodegener. 2012 Nov 22;7:58. doi: 10.1186/1750-1326-7-58. PubMed PMID: 23173713; PubMed Central PMCID: PMC3551697.

158. De Gasperi R, Gama Sosa MA, Kim SH, Steele JW, Shaughness MC, Maudlin-Jeronimo E, Hall AA, Dekosky ST, McCarron RM, Nambiar MP, **Gandy** S, Ahlers ST, Elder GA. Acute blast injury reduces brain abeta in two rodent species. Front Neurol. 2012;3:177. doi:10.3389/fneur.2012.00177. PubMed PMID: 23267342; PubMed Central ID: PMC3527696.

159. Mitsis EM, Bender HA, Kostakoglu L, Machac J, Martin J, Woehr JL, Sewell MC, Aloysi A, Goldstein MA, Li C, Sano M, **Gandy** S. A consecutive case series experience with [18 F] florbetapir PET imaging in an urban dementia center: impact on quality of life, decision making, and disposition. Mol Neurodegener. 2014 Feb 3;9:10. doi: 10.1186/1750-1326-9-10.

160. Sproul AA, Jacob S, Pre D, Kim SH, Nestor MW, Navarro-Sobrino M, Santa-Maria I, Zimmer M, Aubry S, Steele JW, Kahler DJ, Dranovsky A, Arancio O, Crary JF, **Gandy** S, Noggle SA. Characterization and molecular profiling of PSEN1 familial Alzheimer's disease iPSC-derived neural progenitors. PLoS One. 2014 Jan 8;9(1):e84547. doi: 10.1371/journal.pone.0084547.

161. Steele JW, Brautigam H, Short JA, Sowa A, Shi M, Yadav A, Weaver CM, Westaway D, Fraser PE, George-Hyslop PH, **Gandy** S, Hof PR, Dickstein DL. Early fear memory defects are associated with altered synaptic plasticity and molecular architecture in the TgCRND8 Alzheimer's disease mouse model. J Comp Neurol. 2014 Jan 11. doi: 10.1002/cne.23536.

162. Zhu L, Zhong M, Zhao J, Rhee H, Caesar I, Knight EM, Volpicelli-Daley L, Bustos V,

Gandy, Sam 26

Netzer W, Liu L, Lucast L, Ehrlich ME, Robakis NK, **Gandy** SE, Cai D. Reduction of synaptojanin 1 accelerates Aβ clearance and attenuates cognitive deterioration in an Alzheimer mouse model. J Biol Chem. 2013 Nov 1;288(44):32050-63. doi: 10.1074/jbc.M113.504365.

163. Lane RF, Steele JW, Cai D, Ehrlich ME, Attie AD, **Gandy** S. Protein sorting motifs in the cytoplasmic tail of SorCS1 control generation of Alzheimer's amyloid-β peptide. J Neurosci. 2013 Apr 17;33(16):7099-107.

Gandy, Sam 27

**Other Peer Reviewed Publications, including Reviews and Book Chapters**

1. Sorenson, J.R.J., **Gandy**, S.E., Buse, M.G. and Crouch R.K. (1983) Copper- (II)-3,5-(diisopropylsalicylate)2 attenuates streptozotocin-induced diabetes. In Oxy Radicals and Their Scavenger Systems, Volume I: Molecular Aspects (G. Cohen and R. Greenwald, editors) Elsevier Science Publishing, New York, 372-375.

2. Buse, M.G., **Gandy**, S.E. and Crouch, R.K. (1983) SOD protects B-cells against the diabetogenic drug streptozotocin in rats and in isolated canine islets. In Oxy Radicals and Their Scavenger Systems, Volume II: Cellular and Medical Aspects (G. Cohen and R. Greenwald, editors) Elsevier Science Publishing, New York, 119-124.

3. **Gandy**, S.E., Buse, M.G. and Crouch, R.K. (1983) Alloxan produces H202-mediated inhibition of SOD in intact canine islets of Langerhans. In Oxy Radicals and Their Scavenger Systems, Volume II: Cellular and Medical Aspects (G.Cohen and R. Greenwald, editors) Elsevier Science Publishing, New York, 309-312.

4. Crouch, R.K., Redmond, R.M., **Gandy**, S.E., Coles, W.H., Buse, M.G. and Simson, J.A. (1983) Localization of SOD in the cornea and pancreas by light and electron microscopy. In Oxy Radicals and Their Scavenger Systems Volume II: Cellular and Medical Aspects (G. Cohen and R. Greenwald, editors) Elsevier Science Publishing, New York, 11-16.

5. **Gandy**, S.E. (1988) Tuberculosis of the central nervous system: Recent experience and reappraisal. In Advances in Contemporary Neurology (F. Plum, editor) F.A. Davis: New York, 153- 184.

6. **Gandy**, S.E., Buxbaum, J.D. and Greengard, P. (1991) Signal Transduction and the Pathobiology of Alzheimer's Disease. In Alzheimer's Disease: Basic Mechanisms, Diagnosis and Therapeutic Strategies (K. Iqbal, D.Crapper- McLachlan, B. Winblad, H.M. Wisniewski) John Wiley: New York, 155-172.

7. **Gandy**, S.E. and Greengard, P. Signal Transduction and Processing of the Alzheimer Amyloid Precursor Protein. AAN Annual Courses 1991; 340:103-122.

8. **Gandy**, S.E. and Greengard, P. Amyloidogenesis in Alzheimer Disease: Some Possible Therapeutic Opportunities. Trends in Pharmacol. Sci. 1992; 13: 108-113.

9. **Gandy**, S.E., Buxbaum, J.D. and Greengard, P. (1992) A Cell Biological Approach to the Therapy of Alzheimer-type Cerebral ß/A4 Amyloidosis. In Alzheimer's Disease: New Treatment Strategies (Z. Khachaturian and J. Blass, eds.) Marcel Dekker: New York, 175-192.

10. **Gandy**, S.E., Caporaso, G.L., Ramabhadran, T.V., Buxbaum, J.D., Suzuki, T., Nordstedt, C., Iverfeldt, K.,Czernik, A.J., Nairn, A.C., and Greengard, P. (1992) Protein phosphorylation regulates processing of the Alzheimer ß/A4 amyloid precursor protein. In: Heterogeneity of Alzheimer's Disease (F. Boller, Z. Khachaturian, F. Forette, M.

Gandy, Sam 28

Poncet, Y.Christen, eds.) Springer-Verlag: Heidelberg, 130-143.

11. ***Gandy***, S.E., Caporaso, G.L., Ramabhadran, T.V., Buxbaum, J.D., Suzuki, T., Nordstedt, C., Iverfeldt, K., Czernik, A.J., Nairn, A.C., and Greengard, P. (1992) Characterization of alternative routes for processing of the Alzheimer ß/A4 amyloid precursor protein: Differential effects of phorbol esters and chloroquine. In: Proteases and Proteolysis in Alzheimer's Disease (R. Nixon, C. Banner, eds.) Ann. N.Y. Acad.Sci.: 674: 203-217.

12. ***Gandy***, S., Caporaso, G., Buxbaum, J., da Cruz e Silva, O., Iverfeldt, K., Nordstedt, C., Suzuki, T., Czernik, A., Nairn, A., and Greengard, P. Protein phosphorylation regulates relative utilization of processing pathways for Alzheimer ßA4 amyloid precursor protein. Ann. N. Y. Acad. Sci. 1993; 695:117-121.

13. Ramabhadran, T.V., ***Gandy***, S.E., Greengard, P. (1993) APP intra-amyloid secretory cleavage activity: Phylogenetic conservation. In: Alzheimer's disease and related disorders. (M. Nicolini, P. Zatta, B. Corain, eds.) Pergamon: New York, 205-206.

14. ***Gandy***, S. (1993) Other degenerative disorders of the nervous system. In: Principles of Geriatric Medicine and Gerontology. (W. Hazzard, E. Bierman, J. Blass, W. Ettinger, J. Halter, R. Andres, eds.) McGraw-Hill: New York, 2022-2037.

15. Buxbaum, J., ***Gandy***, S.E., Oishi, M., Chen, H., Iverfeldt, K., and Greengard, P. (1993) Identification of intercellular signals which regulate processing of the ß/A4 amyloid protein precursor. In: Cardiovascular Drug Reviews. (A.Scriabine, ed.) Neva Press: Branford CT, 201-209.

16. Caporaso, G.L., ***Gandy***, S.E., Buxbaum, J.D., Suzuki, T., Nordstedt, C., Iverfeldt, K., Ramabhadran, T.V., Czernik, A.J., Nairn, A.C., and Greengard, P. (1993) Protein phosphorylation regulates the cellular trafficking and processing of the Alzheimer ß/A4 amyloid precursor protein. In: Molecular Mechanisms of Membrane Traffic (K. Howell, D. Morre, J. Bergeron, eds.) Springer-Verlag: New York, 74:201-202.

17. ***Gandy***, S., Caporaso, G., Buxbaum, J., Frangione, B., and Greengard, P. APP processing, Aß amyloidogenesis, and the pathogenesis of Alzheimer's disease. Neurobiology of Aging 1994; 15: 253-256.

18. ***Gandy***, S and Greengard, P. Processing of Aß-amyloid precursor protein: Cell biology, regulation, and role in Alzheimer disease. Intl Rev Neurobiol 1994; 36:29-50.

19. ***Gandy***, S., Greengard, P. Regulated cleavage of Alzheimer amyloid precursor protein: Molecular and cellular basis. Biochimie 1994; 76: 300-303.

20. ***Gandy***, S. Targets for Alzheimer disease research: From basic mechanisms to rational therapies. Neurobiol. Aging 1994; 15: S157-160.

21. Price, D. L., Sisodia, S. S., and ***Gandy***, S. Aß Amyloidosis in Alzheimer's disease.

Gandy, Sam 29

Curr. Opin. Neurobiol. 1995; 8(4): 268-74.

21. *Gandy*, S.  Neurohormonal Signaling Pathways and the Regulation of Alzheimer beta-Amyloid Precursor Metabolism. Trends Endocrinol Metab. 1999; 10(7):273-279.

22. *Gandy* S.  Alzheimer mice on the couch.  Neurobiolog Aging 2000; 21(6): 873.

23. *Gandy* S., and Petanceska S.  Neurohormonal signaling pathways and the regulation of Alzheimer beta-amyloid metabolism.  Novartis Foundation Symp. 2000; 230:239 – 253.

24. *Gandy* S., and Petanceska S.  Regulation of Alzheimer beta-amyloid precursor trafficking and metabolism.  Biochim Biophys Acta. 2000; 1502 (1): 44-52.

25. *Gandy* S., and Duff K., Post-menopausal estrogen deprivation and Alzheimer's disease. Exp Gerontol 2000; 35(4): 503-11.

26. *Gandy* S., Will "cerebral proteopathy" be a useful construct for discovering one drug that shows efficacy against multiple neurodegenerative diseases?  Neurobiol Aging. 2000; 21(4): 565;discussion 567.

27. *Gandy* S, Petanceska S.  Regulation of Alzheimer beta-amyloid precursor trafficking and metabolism. Adv Exp Med Biol. 2001; 487:85-100.

28. Beal, M.F., Becker, K.J., Blesch, A. Choi, D.W., Dawson, T.M, Dawson, V.L., Federoff, H.J., Feurestein, G.Z., Foster, A.C., *Gandy*, S., et al.  CNS Neuroprotection. Handbook of Experimental Pharmacology 2002; 155: 409-418.

29. *Gandy* S.  Molecular basis for anti-amyloid therapy in the prevention and treatment of Alzheimer's disease. Neurobiol Aging.  2002; 23(6): 1009-16.

30. *Gandy* S. Estrogen and neurodegeneration.  Neurochem Res. 2003; 28(7):1003-8.

31. Laws SM, Hone E, *Gandy* S, Martins RN. Expanding the association between the *APOE* gene and the risk of Alzheimer's disease: possible roles for *APOE* promoter polymorphisms and alterations in *APOE* transcription. J Neurochem. 2003; 84(6): 1215-36.

32. *Gandy* S, Martins RN, Buxbaum J. Molecular and cellular basis for anti-amyloid therapy in Alzheimer disease.  Alzheimer Dis Assoc Disord. 2003; 17(4): 259-66.

33. *Gandy*, S. Cerebral Abeta Amyloidosis and post-menopausal hormone deficiency: roses in the genesis of Alzheimer's disease. Human Pathology 2004; 35(3) 271-274.

34. *Gandy*, S.  (2004) "Alzheimer's disease."  The World Book Encyclopedia.

35. Heppner FL, *Gandy* S, McLaurin,J.  Current Concepts and Future Prospects for

Gandy, Sam 30

Alzheimer's Disease Vaccines. Alzheimer Dis Assoc Disord. 2004; 18(1): 38-43.

36. **Gandy** S and Walker L.  Toward modeling hemorrhagic and encephalitic complications of Alzheimer amyloid-beta vaccination in nonhuman primates.  Curr Opin Immunol. 2004; 16(5):607-15.

37. Walker LC, Ibegbu CC, Todd CW, Robinson HL, Jucker M, LeVine III H, **Gandy** S. Emerging prospects for the disease-modifying treatment of Alzheimer's disease. Biochemical Pharmacology. 2005; 69(7); 1001-1008.

38. **Gandy**, S.  (2005) Deciphering the role of amyloid-beta peptide in common forms of Alzheimer's disease.  J Clin Invest. May;115(5):1121-9.

39. **Gandy** S, Heppner FL. (2005) Breaking up (amyloid) is hard to do. PLoS Med. 2(12):e417.

40. **Gandy** S, Heppner FL. (2005) Alzheimer's amyloid immunotherapy: quo vadis? Lancet Neurol. 4(8):452-3.

41. **Gandy** S, Doeven MK, Poolman B. (2006) Alzheimer disease: presenilin springs a leak. Nature Med. 12(10):1121-3.

42. Small SA, **Gandy** S. (2006) Sorting through the cell biology of Alzheimer's disease: intracellular pathways to pathogenesis. Neuron. 52(1):15-31.

43. Martins IJ, Hone E, Foster JK, Sunram-Lea SI, Gnjec A, Fuller SJ, Nolan D, **Gandy** SE, Martins RN. (2006) Apolipoprotein E, cholesterol metabolism, diabetes, and the convergence of risk factors for Alzheimer's disease and cardiovascular disease. Mol Psychiatry. 11(8):721-36.

44. Verdile G, **Gandy** SE, Martins RN. (2007) The role of presenilin and its interacting proteins in the biogenesis of Alzheimer's beta amyloid. Neurochem Res. 32(4-5):609-23.

45. Lublin AL, **Gandy** S. Amyloid-beta oligomers: possible roles as key neurotoxins in Alzheimer's Disease. Mt Sinai J Med. 2010 Jan;77(1):43-9. Review. PubMed PMID: 20101723.

46. Dickstein DL, Walsh J, Brautigam H, Stockton SD Jr, **Gandy** S, Hof PR. Role of vascular risk factors and vascular dysfunction in Alzheimer's disease. Mt Sinai J Med. 2010 Jan;77(1):82-102. Review. PubMed PMID: 20101718; PubMed Central PMCID: PMC2918901.

47. Kaufer D, **Gandy** S. *APOE* {epsilon}4 and bapineuzumab: Infusing pharmacogenomics into Alzheimer disease therapeutics. Neurology. 2009 Dec 15;73(24):2052-3. PubMed PMID: 19923549.

48. **Gandy** S, da Cruz e Silva O, da Cruz e Silva E, Suzuki T, Ehrlich M, Small S.  (2009) Amyloid Precursor Protein Sorting and Processing: Transmitters, Hormones, and Protein

Gandy, Sam 31

Phosphorylation Mechanisms.  In: *Intracellular Traffic and Neurodegenerative Disorders*, Research and Perspectives in Alzheimer's Disease.  (P. St. George-Hyslop, W.C. Mobley, Y. Christen, eds.) Springer-Verlag: Berlin Heidelberg, 1-9.

49. DeKosky ST, Ikonomovic MD, **Gandy** S. Traumatic brain injury: football, warfare, and long-term effects. N Engl J Med. 2010 Sep 30;363(14):1293-6. Epub 2010 Sep 22. PubMed PMID: 20879875.

50. Sohrabi HR, Weinborn M, Badcock J, Bates KA, Clarnette R, Trivedi D, Verdile G, Sutton T, Lenzo NP, **Gandy** SE, Martins RN. New lexicon and criteria for the diagnosis of Alzheimer's disease. Lancet Neurol. 2011 Apr;10(4):299-300.  PubMed PMID: 21435594.

51. Steele JW, **Gandy** S. Apomorphine and Alzheimer Aβ: roles for regulated α cleavage, autophagy, and antioxidation?  Ann Neurol.  2011  Feb;69(2):221-5.  doi: 10.1002/ana.22359. PubMed PMID: 21387363; PubMed Central PMCID: PMC3071294.

52. **Gandy** S, Wustman B. New pathway links γ-secretase to inflammation and memory while sparing notch. Ann Neurol. 2011 Jan;69(1):5-7. doi: 10.1002/ana.22310. PubMed PMID: 21280069.

53. **Gandy** S. Perspective: Prevention is better than cure. Nature. 2011 Jul 13;475(7355):S15. doi: 10.1038/475S15a. PubMed PMID: 21760576.

54. Ehrlich ME, **Gandy** S. Chromatin plasticity and the pathogenesis of Huntington disease.  Proc Natl Acad Sci U S A. 2011 Oct 11;108(41):16867-8. Epub 2011 Oct 3.  PubMed PMID: 21969556; PubMed Central PMCID: PMC3193199.

55. Costanza A, Weber K, **Gandy** S, Bouras C, Hof PR, Giannakopoulos P, Canuto A. Review: Contact sport-related chronic traumatic encephalopathy in the elderly: clinical expression and structural substrates. Neuropathol Appl Neurobiol. 2011 Oct;37(6):570-84. doi: 10.1111/j.1365-2990.2011.01186.x. PubMed PMID: 21696410; PubMed Central PMCID: PMC3166385.

56. Caesar I, **Gandy** S. Evidence that an *APOE* epsilon4 "double whammy" increases risk for Alzheimer's disease. BMC Med. 2012 Apr 13;10(1):36. [Epub ahead of print] PubMed PMID: 22502767.

57. Lane RF, St George-Hyslop P, Hempstead BL, Small SA, Strittmatter SM, **Gandy** S. Vps10 family proteins and the retromer complex in aging-related neurodegeneration and diabetes. J Neurosci. 2012;32(41):14080-6. doi: 10.1523/JNEUROSCI.3359-12.2012.

58. **Gandy** S. Lifelong management of amyloid-beta metabolism to prevent Alzheimer's disease. N Engl J Med. 2012 Aug 30;367(9):864-6. doi: 10.1056/NEJMe1207995.  PubMed PMID: 22931321.

59. **Gandy** S, DeKosky ST. *APOE* ε4 status and traumatic brain injury on the gridiron or the battlefield. Sci Transl Med. 2012 May 16;4(134):134ed4. doi:10.1126/scitranslmed. 3004274. PubMed PMID: 22593171.

Gandy, Sam 32

60.  ***Gandy*** S, Haroutunian V, DeKosky ST, Sano M, Schadt EE. CR1 and the "Vanishing Amyloid" Hypothesis of Alzheimer's Disease. Biol Psychiatry. 2013 Mar 1;73(5):393-5. doi: 10.1016/j.biopsych.2013.01.013. PubMed PMID: 23399469.

61.  Steele JW, ***Gandy*** S. Latrepirdine (Dimebon (®), a potential Alzheimer therapeutic, regulates autophagy and neuropathology in an Alzheimer mouse model.  Autophagy. 2013 Feb 4;9(4). [Epub ahead of print] PubMed PMID: 23380933.

62.  ***Gandy*** S, DeKosky ST. Toward the treatment and prevention of Alzheimer's disease: rational strategies and recent progress. Annu Rev Med. 2013 Jan 14;64:367-83. doi: 10.1146/annurev-med-092611-084441. PubMed PMID: 23327526.

63.  ***Gandy*** S, DeKosky ST. 2012: the year in dementia. Lancet Neurol. 2013 Jan;12(1):4-6. doi: 10.1016/S1474-4422(12)70284-3. PubMed PMID: 23237888.

64.  Dekosky ST, ***Gandy*** S. Environmental exposures and the risk for Alzheimer disease: can we identify the smoking guns? JAMA Neurol. 2014 Mar;71(3):273-5. doi: 10.1001/jamaneurol.2013.6031. PubMed PMID: 24473699.

65.  ***Gandy*** S. Alzheimer's Disease: New Data Highlight Nonneuronal Cell Types and the Necessity for Presymptomatic Prevention Strategies. Biol Psychiatry. 2014 Apr 1;75(7):553-557. doi: 10.1016/j.biopsych.2013.11.019. Epub 2013 Nov 28. Review. PubMed PMID: 24373429.

66.  Bharadwaj PR, Bates KA, Porter T, Teimouri E, Perry G, Steele JW, ***Gandy*** S, Groth D, Martins RN, Verdile G. Latrepirdine: molecular mechanisms underlying potential therapeutic roles in Alzheimer's and other neurodegenerative diseases.  Transl Psychiatry. 2013 Dec 3;3:e332. doi: 10.1038/tp.2013.97. PubMed PMID: 24301650.

67.  ***Gandy*** S, Heppner FL. Microglia as dynamic and essential components of the amyloid hypothesis. Neuron. 2013 May 22;78(4):575-7. doi: 10.1016/j.neuron.2013.05.007. PubMed PMID: 23719156.

68.  DeKosky ST, Blennow K, Ikonomovic MD, ***Gandy*** S. Acute and chronic traumatic encephalopathies: pathogenesis and biomarkers. Nat Rev Neurol. 2013 Apr;9(4):192-200. doi: 10.1038/nrneurol.2013.36. Review. PubMed PMID: 23558985.