IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | § § § § § § § § | No. 12-md-2323 (AB)  MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | | |

## DECLARATION OF RICHARD L. COFFMAN

Pursuant to 28 U.S.C. § 1746, I, Richard L. Coffman, declare as follows:

1. I am an attorney licensed to practice law in the State of Texas. I am also admitted to practice in the United States District Courts for the Eastern, Western, Northern and Southern Districts of Texas, the Central District of Illinois, the Eastern District of Michigan, the United States Court of Appeals for the First, Third, Fifth, Seventh and Ninth Circuits, the United States Court of Federal Claims and the United States Supreme Court.

2. I am a shareholder in, and President of, the Coffman Law Firm in Beaumont, Texas. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, I could, and would, testify competently to them. I make this Declaration pursuant to Section 14.3(b) of the June 25, 2014 Class Action Settlement Agreement (Doc. #6087) in support of the Armstrong Objectors' Amended Objection to the June 25, 2014 Class Action Settlement Agreement.

3. I have filed a Notice of Appearance in this matter (Doc. #6161) and hereby attest that I represent Ramon Armstrong, Nathaniel Newton, Jr., Larry Brown, Kenneth Davis, Michael McGruder, Clifton L. Odom, George Teague, Drew Coleman, Dennis DeVaughn, Alvin Harper,

Ernest Jones, Michael Kiselak, Jeremy Loyd, Gary Wayne Lewis, Lorenzo Lynch, Hurles Scales, Gregory Evans, David Mims, Evan Oglesby, Phillip E. Epps, Charles L. Haley, Sr., Kevin Rey Smith, Darryl Gerard Lewis, Curtis Bernard Wilson, Kelvin Mack Edwards, Sr., Dwayne Levels, Solomon Page, and Tim McKyer (collectively, the "Armstrong Objectors") in this matter, all of whom are Settlement Class Members on whose behalf I filed an Amended Objection to the June 25, 2014 Class Action Settlement Agreement.

I declare under penalty of perjury the foregoing is true and correct.

Executed: October 13, 2014.

Richard L. Coffman
THE COFFMAN LAW FIRM
505 Orleans St., Ste. 505
Beaumont, TX 77701
Telephone: (409) 833-7700
Facsimile: (866) 835-8250
Email: rcoffman@coffmanlawfirm.com

**Counsel for Ramon Armstrong, Nathaniel Newton, Jr., Larry Brown, Kenneth Davis, Michael McGruder, Clifton L. Odom, George Teague, Drew Coleman, Dennis DeVaughn, Alvin Harper, Ernest Jones, Michael Kiselak, Jeremy Loyd, Gary Wayne Lewis, Lorenzo Lynch, Hurles Scales, Gregory Evans, David Mims, Evan Oglesby, Phillip E. Epps, Charles L. Haley, Sr., Kevin Rey Smith, Darryl Gerard Lewis, Curtis Bernard Wilson, Kelvin Mack Edwards, Sr., Dwayne Levels, Solomon Page, and Tim McKyer**