IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION | § § § § § § § § § |
| | No. 12-md-2323 (AB) |
| | MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## DECLARATION OF JASON C. WEBSTER

Pursuant to 28 U.S.C. § 1746, I, Jason C. Webster, declare as follows:

1. I am an attorney licensed to practice law in the State of Texas. I am also admitted to practice in the United States District Courts for the Northern and Southern Districts of Texas, the Supreme Court of Pennsylvania, the Eastern, Western, and Middle Districts of Pennsylvania, the New York Court of Appeals, the Supreme Court of Mississippi, the Supreme Court of Oklahoma, the Supreme Court of Illinois, and the Fifth Circuit Court of Appeals.

2. I am the sole shareholder of The Webster Law Firm in Houston, Texas. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, I could, and would, testify competently to them. I make this Declaration pursuant to Section 14.3(b) of the June 25, 2014 Class Action Settlement Agreement (Doc. #6087) in support of the Armstrong Objectors' Amended Objection to the June 25, 2014 Class Action Settlement Agreement.

3. I have filed a Notice of Appearance in this matter (Doc. #6161) and hereby attest that I represent Ramon Armstrong, Nathaniel Newton, Jr., Larry Brown, Kenneth Davis, Michael McGruder, Clifton L. Odom, George Teague, Drew Coleman, Dennis DeVaughn, Alvin Harper, Ernest Jones, Michael Kiselak, Jeremy Loyd, Gary Wayne Lewis, Lorenzo Lynch, Hurles Scales,

Gregory Evans, David Mims, Evan Ogelsby, Phillip E. Epps, Charles L. Haley, Sr., Kevin Rey Smith, Darryl Gerard Lewis, Curtis Bernard Wilson, Kelvin Mack Edwards, Sr., Dwayne Levels, Solomon Page, and Tim McKyer (collectively, the "Armstrong Objectors") in this matter, all of whom are Settlement Class Members on whose behalf I filed an Amended Objection to the June 25, 2014 Class Action Settlement Agreement.

I declare under penalty of perjury the foregoing is true and correct.

Executed: October 13, 2014.

_____
Jason Webster
THE WEBSTER LAW FIRM
6200 Savoy, Suite 515
Houston, TX 77036
Telephone: (713) 581-3900
Facsimile: (713) 409-6464
Email: jwebster@thewebsterlawfirm.com

**Counsel for Ramon Armstrong, Nathaniel Newton, Jr., Larry Brown, Kenneth Davis, Michael McGruder, Clifton L. Odom, George Teague, Drew Coleman, Dennis DeVaughn, Alvin Harper, Ernest Jones, Michael Kiselak, Jeremy Loyd, Gary Wayne Lewis, Lorenzo Lynch, Hurles Scales, Gregory Evans, David Mims, Evan Ogelsby, Phillip E. Epps, Charles L. Haley, Sr., Kevin Rey Smith, Darryl Gerard Lewis, Curtis Bernard Wilson, Kelvin Mack Edwards, Sr., Dwayne Levels, Solomon Page, and Tim McKyer**