# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden,<br>*On behalf of themselves and others similarly situated,*<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>National Football League and<br>NFL Properties, LLC,<br>successor-in-interest to<br>NFL Properties, Inc.,<br><br>　　　　Defendants. | CIVIL ACTION NO: 14-cv-0029 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## NOTICE OF APPEARANCE

To the Clerk and All Attorneys of Record:

　　　　Please enter the appearance of Don K. Ledgard of Capretz & Associates in the above-captioned action as counsel of record for Preston Jones and Katherine Jones. All notice and copies of pleadings, papers and other material relevant to this action that are not served via ECF should be directed to and served upon:

　　　　Don K. Ledgard
　　　　Capretz & Associates
　　　　5000 Birch Street, Suite 2500
　　　　Newport Beach, California 92660
　　　　dledgard@capretz.com

Dated:  October 14, 2014                    /s/ Don K. Ledgard
                                            Don K. Ledgard
                                            Capretz & Associates
                                            5000 Birch Street, Suite 2500
                                            Newport Beach, California 92660
                                            (949) 724-3000 (telephone)
                                            (949) 209-2090 (facsimile)
                                            dledgard@capretz.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2014, I caused the foregoing Notice of Appearance to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

/s/ Don K. Ledgard
Don K. Ledgard