IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION | § § § § § § § § | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | | |

## JAMES GARTH JAX'S F.R.C.P. 20 MOTION TO JOIN THE ARMSTRONG OBJECTORS' AMENDED OBJECTION

Pursuant to F.R.C.P. 20, Settlement Class Member James Garth Jax files this Motion to Join the Armstrong Objectors' Amended Objection to the June 25, 2014 Class Action Settlement Agreement [Doc. No. 6233], stating as follows:

James "Garth" Jax is a former National Football League ("NFL") player who played ten seasons as a defensive back with the Dallas Cowboys and then the Phoenix/Arizona Cardinals. Mr. Jax began his NFL career with the Dallas Cowboys in 1986 after playing for Florida State University. Mr. Jax's last season was in 1995 with the Arizona Cardinals before retiring from the NFL. Mr. Jax is now a general manager for a hardware and industrial supply company and also a high school football official.

Mr. Jax now seeks to join in the Armstrong Objectors' Amended Objection to the June 25, 2014 Class Action Settlement Agreement [Doc. No. 6233], for the reasons set forth in that objection. A copy of that pleading is attached hereto as Exhibit A and incorporated by reference as if set forth fully herein. Mr. Jax's Declaration is attached hereto as Exhibit B.

For the reasons set forth in the Armstrong Objectors' Amended Objection, Mr. Jax is

entitled to relief against the NFL Defendants jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series thereof, and any question of law or fact common to all Settlement Class Members and/or Objectors will arise in the action. Severance of Mr. Jax's claims would result in duplication of testimony, unnecessary delay, inconvenience to the parties and the Court, increased litigation expenses and court costs, and waste of judicial resources.

Federal Rules of Civil Procedure Rule 20 is intended to promote trial convenience and expedite the final determination of disputes, thereby preventing multiple lawsuits. C. Wright, A. Miller and M. Kane, Federal Practice and Procedure § 1652 (2ed. 1986). In fact, the Supreme Court of the United States has noted, "joinder of claims, parties and remedies is strongly encouraged." *United Mine Workers of America v. Gibbs,* 383 U.S. 715, 724 (1966). Therefore, Jax's permissive joinder in the Armstrong Objectors' Amended Objection to the June 25, 2014 Class Action Settlement Agreement is proper.

WHEREFORE, James Garth Jax respectfully requests this Court enter an Order GRANTING Jax's Motion to Join the Armstrong Objectors' Amended Objection to the June 25, 2014 Class Action Settlement Agreement, allowing Jax to join in that amended objection and for all pleadings filed by the Armstrong Objectors to be treated as if filed on behalf of the Armstrong Objectors and Jax.

Respectfully submitted: October 14, 2014.

_____
Christopher K. Gilbert
**BOESEN LAW, LLC**
4100 E. Mississippi, Ste. 1900
Denver, CO 80246
Telephone: (303) 999-9999
Facsimile: (303) 320-1915
Email: cgilbert@boesenlaw.com

**Counsel for James Garth Jax**

2

## CERTIFICATE OF SERVICE

I certify that a true copy of James Garth Jax's Motion to Join the Armstrong Objectors' Amended Objection to the June 25, 2014 Class Action Settlement Agreement with exhibits and Proposed Order was filed directly with the Court via overnight delivery on October 14, 2014.

_____
Christopher K. Gilbert