Under 28 U.S.C. § 1746, I declare that I am a Settlement Class Member, I agree with the above and foregoing Amended Objection to the June 25, 2014 Class Action Settlement Agreement in this matter, and I authorize my above-listed Counsel to file the Amended Objection on my behalf.

_____     10 · 7 · 2014
James Garth Jax (DOB: September 16, 1963)      Date
12014 E. Lake Cir.
Greenwood Village, CO 80111
(720) 670-9092

PLAINTIFF'S EXHIBIT B