IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION | § § § § § § § § | No. 12-md-2323 (AB)  MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | | |

## DECLARATION OF CHRISTOPHER K. GILBERT

Pursuant to 28 U.S.C. § 1746, I, Christopher K. Gilbert, declare as follows:

1. I am an attorney licensed to practice law in the States of Colorado, Texas, and New York. I am also admitted to practice in the United States District Courts for the Eastern and Southern Districts of Texas, the Eastern and Southern Districts of New York, the District of Colorado and the United States Supreme Court.

2. I am an attorney with Boesen Law, LLC in Denver, Colorado. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, I could, and would, testify competently to them. I make this Declaration pursuant to Section 14.3(b) of the June 25, 2014 Class Action Settlement Agreement [Doc. #6087] in support of the Armstrong Objectors' Amended Objection to the June 25, 2014 Class Action Settlement Agreement [Doc. #6233].

3. I have filed a Notice of Appearance in this matter [Doc. #6227] and hereby attest that I represent James "Garth" Jax in this matter, a Settlement Class Member on whose behalf I filed an F.R.C.P. Rule 20 Motion to Join the Armstrong Objectors' Amended Objection to the June 25, 2014 Class Action Settlement Agreement.

I declare under penalty of perjury the foregoing is true and correct.

Executed: October 14, 2014.

                                                  _____
Christopher K. Gilbert
**BOESEN LAW, LLC**
4100 E. Mississippi, Ste. 1900
Denver, CO 80246
Telephone: (303) 999-9999
Facsimile: (303) 320-1915
Email: cgilbert@boesenlaw.com

**Counsel for James Garth Jax**

## CERTIFICATE OF SERVICE

I certify that a true copy of the Declaration of Christopher K. Gilbert was filed directly with the Court via overnight delivery on October 14, 2014.

_____
Christopher K. Gilbert