IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |

### [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2014, after consideration of Settlement Class Member James Garth Jax's F.R.C.P. 20 Motion to Join the Armstrong Objectors' Amended Objection to the June 25, 2014 Class Action Settlement Agreement [Doc. No. 6233], it is hereby ORDERED that the Motion is GRANTED in all respects; James Garth Jax may join in the Armstrong Objectors' Amended Objection and that pleadings filed by the Armstrong Objectors shall be treated as if filed on behalf of the Armstrong Objectors and James Garth Jax.

BY THE COURT:

_____
ANITA A. BRODY
United States District Judge