## DECLARATION OF REPRESENTATION TO OBJECTION TO NFL CONCUSSION SETTLEMENT PURSUANT TO SECTION 14.3(b)

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I represent each Settlement Class Member on whose behalf this objection is being filed.

_____
Adam Q. Voyles
Texas State Bar No.: 24003121
LUBEL VOYLES  LLP
Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 284-5200
Facsimile: (713) 284-5250
Email: lance@lubelvoyles.com