Oct. 13. 2014  2:35PM   KROGER 009

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.  I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

Signature

Date  10/13/14

Printed Name:  Liyongo Patrise Alexander
Address:  3306 Darthmouth
Field Lane Fresno TX

Telephone:
Date of Birth:  ███████████████

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

_____          _____
Signature                                                          Date  10-13-14

Printed Name:  _Charlie Anderson_

Address:  _10 Aliano Ct_
_Missouri City, TX 77459_

Telephone:  _____

Date of Birth:  ████████████

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

_Charles E. Arbuckle_
Signature

_10/13/14_
Date

Printed Name: _Charles E. Arbuckle_
Address: _11524 Providence Rd 0283_
_Charlotte, NC 28277_

Telephone:
Date of Birth:

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

_Cassandra Bailey_
Signature          _10_ / _12_ / _14_
                                                    Date

Printed Name: _Cassandra Bailey_
Address: _14623 Meredith Gate Cir._
_Houston, Texas_

Telephone:
Date of Birth:

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

      Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

_____          _10 – 13 – 14_____
Signature                                             Date

Printed Name: _Ben Bronson____
Address: _9550 Mayer Forest Dr____
_# 1742    Hou. Tx 77096_

Telephone: ████████████
Date of Birth: ████████████

# DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

Signature

Date 10/13/14

Printed Name: CURTIS CEASER JR

Address: 1039 AUBURN VIEW LN
FRESNO, TX. 77545

Telephone:

Date of Birth:

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

Signature _____  Date __10-13-2014__

Printed Name: LARRY CENTERS

Address: 5623 SCHOLCOACH WAY

GRAND PRAIRIE, TX 75052

Telephone: ████████████

Date of Birth: ████████████

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

_Darrell Colbert_
Signature

_10-10-14_
Date

Printed Name: _Darrell Colbert_
Address: _6514 River Bluff Dr._
_Houston, Tx 77085_

Telephone: _____
Date of Birth: _____

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

_____       10/10/14 _____
Signature                                                     Date

Printed Name: Harry Colon
Address: 10337 Alvarado Way
Charlotte, NC 28277
Telephone:
Date of Birth:

# DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

Signature _____  Date 10/12/2014

Printed Name: Christopher D. Croons

Address: 23 Valera Ridge Dr.
The Woodlands, TX 77389

Telephone: ▮▮▮▮▮▮▮▮▮▮

Date of Birth: ▮▮▮▮▮▮▮▮▮▮

# DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

Signature _Jerry W. Davis_

Date _10/11/14_

Printed Name: _Jerry W. Davis_
Address: _800 Hawke Bluff_

Telephone:
Date of Birth:

# DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.  I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.


Signature                                                    Date   10-13-14

Printed Name:   Tim Denton
Address:   7120 Village way #1020
           Houston, Tx  77087

Telephone:
Date of Birth:

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

_____     Date 10/13/14
Signature                                              Date

Printed Name: MICHAEL Dumas
Address: 1800 Austin PKwy #1809
         Sugar Land, TX 77479

Telephone: ████████████
Date of Birth: ████████████

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

Signature

Date 10/11/14

Printed Name: Corris Ervin
Address: 10025 Tikimber Ln
Orlando FL 32825

Telephone:
Date of Birth:

**DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT**

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

Signature _____  Date __10/9/14__

Printed Name: Doak Field
Address: 3 Shooting Club Road South
Boerne, Texas 78006

Telephone: ████████████
Date of Birth: ████████████

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

_Baldwin Malcolm Frank_                _October 11, 2014_
Signature                                                         Date

Printed Name:  _Baldwin Malcolm Frank_
Address:  _865 Fulton St._
_Beaumont, Texas 77701_

Telephone:  ███████████
Date of Birth:  ███████████



## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

Signature _____          Date _____

Printed Name: _____

Address: _____

Telephone: _____

Date of Birth: _____

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.   I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

_Clyde P. Glosson_
Signature

_10/12/2014_
Date

Printed Name: _Clyde P. Glosson_
Address: _5803 Lake Falls, San Antonio, Tx. 78222_

Telephone: ▮▮▮▮▮
Date of Birth: ▮▮▮▮▮

# DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

_____
Signature

10/13/14
_____
Date

Printed Name: Roderick Harris
Address: 1217 Creek Valleyyed
Mesquite TX 75181

Telephone:
Date of Birth:

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

Signature _Wilmer K. Hicks Jr_  Date _10-19-2018_

Printed Name: Wilmer K Hicks, Jr.
Address: 10149 Kempforest Dr.
Houston, TX 77080

Telephone: ▮▮▮▮▮▮▮▮▮▮
Date of Birth: ▮▮▮▮▮▮▮▮▮▮

# DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

Signature

Date 10/11/2014

Printed Name: PATRICK W. JACKSON
Address: 3112 Caribou Ct.
Mesquite, TX. 75181

Telephone:
Date of Birth:

# DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.  I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

Signature

Printed Name:  Gary D. Jones

Address:  2218 Arbor ST, Apt. A
Houston, Tx 77004

Telephone:

Date of Birth:

10/12/2014
Date

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

Signature

Date 10/13/14

Printed Name: RYAN McCoy
Address: 3711 RORY CT.
MISSOURI CITY, TK 77459

Telephone:
Date of Birth: ███████████

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

Signature _____     Date _October 13, 2014_

Printed Name: Jerry Moses
Address: 8181 El Mundo St. #103
Houston TX 77054

Telephone: _____
Date of Birth: ████████████

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.  I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

Signature _____        Date _10-10-14_____

Printed Name: _Anthony E. Newsom_
Address: _908 Telluride Dr._
_Arlington, Tx. 76001_

Telephone: ▉▉▉▉▉▉▉▉▉▉
Date of Birth: ▉▉▉▉▉▉▉▉▉▉

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

Signature

Date 10/9/14

Printed Name: RANCE OLison
Address: 6118 Buffalo Bayou Rd.
SA, TX 78251

Telephone:
Date of Birth:

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

_____          _____10/11/14_____
Signature                                                         Date

Printed Name:  John Owens
Address:  6818 Milam Branch LN
          Rosenberg, TX 77471

Telephone:  ▉▉▉▉▉▉▉▉▉▉
Date of Birth:  ▉▉▉▉▉▉▉▉▉▉

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

Signature _____   Date _10/13/14_____

Printed Name: _Robert (Bob) Pollard_
Address: _8987 Washington Blvd._
_Beaumont, TX 77707_

Telephone:
Date of Birth: ████████████

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

_____          10-10-14 _____
Signature                                Date

Printed Name: Derrick Pope
Address: 4831 Chase Moke Dr
Baclif TX 77518

Telephone:
Date of Birth: ████████████

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.   I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

Signature _____

Date                 10/10/2014

Printed Name:      GLEN SANDERS
Address:            2131 Broken Bend Ln
                    Frisco, TX 75034
Telephone:          ███████████████
Date of Birth:      ███████████████

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

_____          10/13/14
Signature                          Date

Printed Name: Thomas Sanders
Address: 2030 Appleton Dr
         Missouri City Tx 77489

Telephone: ▮▮▮▮▮▮▮▮▮
Date of Birth: ▮▮▮▮▮▮▮▮▮

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.   I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

10-10-14

Dwight A. Scales
729-B Simonetti Dr.
Austin, TX. 78748

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

Signature _____     Date __10/13/14__

Printed Name: _Todd C. Scott_
Address: _2213 Calypso Bay_
_Pearland TX 77584_

Telephone: ███████████
Date of Birth: ███████████

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

Signature _____     Date __10/13/14__

Printed Name: Frankie L. Smith Jr.
Address: 511 Henderson Blvd.
Groesbeck, Tx. 76642

Telephone: ███████████

Date of Birth: ███████████

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.   I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

_____          ____10/12/14_____
Signature                                                        Date

Printed Name: _Jermaine Smith_____
Address: _2605 Business Center Dr #7117_
_Pearland , TX 77584_

Telephone: _____
Date of Birth: ████████████████

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.   I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

Signature

October 13, 2014
Date

Printed Name:   Tyrone A. Smith
Address:   3906 Wrenfield Court
Katy, Texas 77449

Telephone:
Date of Birth:

## DECLARATION OF OBJECTION TO NFL CONCUSSION SETTLEMENT

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. I am a Settlement Class Member (a Retired NFL Football Player), I agree with the above and foregoing Objection to the June 25, 2014 Revised Class Settlement in this matter, and I authorize my above-listed Counsel to file the Objection on my behalf.

Signature

Date: 10/9/2014

Printed Name: James A. Young Sr.

Address: P.O Box 1044
Alief, TX 77411

Telephone:

Date of Birth: