IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION | § § § | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Adam Q. Voyles, enters his appearance in the above-entitled action as counsel for MURRAY E. GARRETT, for the purpose of receiving all future pleadings, correspondence, notices, and any other pertinent information concerning the above-referenced matter.

Dated: October 14, 2014            Respectfully submitted,

                                                           LUBEL VOYLES **LLP**

                                         By: /s/   Adam Q. Voyles
                                                   Lance H. Lubel
                                                   Texas State Bar No.: 12651125
                                                   Adam Q. Voyles
                                                   Texas State Bar No.: 24003121
                                                   5020 Montrose Blvd., Suite 800
                                                   Houston, Texas 77006
                                                   Telephone No.: (713) 284-5200
                                                   Facsimile No.: (713) 284-5250
                                                   Email: lance@lubelvoyles.com
                                                                    adam@lubelvoyles.com

WASHINGTON & ASSOCIATES, PLLC
Mickey L. Washington
Texas State Bar No.: 24039233
1314 Texas Avenue, Suite 811
Houston, Texas 77002
Telephone No.: (713) 225-1838
Facsimile No.: (713) 225-1866
Email: mw@mickeywashington.com

MCGINNIS FEATHERSTON & CANADY
James Carlos Canady
Texas State Bar No.: 24034357
1080 W. Sam Houston Pkwy. W, Suite 260
Houston, Texas 770043
Telephone No.: (713) 973-2050
Facsimile No.: (713) 973-2060
Email: carlos@lawfirm2012.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, 2014, a true and correct copy of the foregoing *Notice of Appearance* has filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice of all counsel of record.

/s/ Adam Q. Voyles
McKenna Harper