# 6282949        WTG\mab\12S-1000

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>       Plaintiffs,<br><br>              v.<br><br>National Football League and NFL Propoerties, LLC, Sucessor-in-interest to NFL Properties, Inc.,<br><br>       Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**NOTICE OF APPEARANCE**

To the Clerk and All Attorneys of Record:

       Please enter the appearance of William T. Gibbs in the above-captioned action as counsel of record for The Estate of David Duerson, Deceased, The Estate of Forrest Blue, Deceased, Tom DeLeone, Gerald Sullivan, Barry Darrow, Ray Austin, Bruce Herron, John Cornell, Tori Noel and Mike Adamle. All notice and copies of pleadings, papers and other material relevant to this action that are not served via ECF should be directed to and served upon:

William T. Gibbs
Corboy & Demetrio. P.C.
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
wtg@corboydemetrio.com

Dated: October 14, 2014

/s/ William T. Gibbs
William T. Gibbs
Corboy & Demetrio, P.C.
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
(312) 346-3191
(312) 346-5562 Fax
wtg@corboydemetrio.com