**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2014, I caused the foregoing Notice of Appearance to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

/s/ William T. Gibbs
William T. Gibbs