# 611506          TAD\mab\12S-1000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden,<br>*on behalf of themselves and*<br>*others similarly situated*, | Civil Action No. 2:14-cv-00029-AB |
| Plaintiffs, | |
| v. | |
| National Football League and<br>NFL Propoerties, LLC,<br>Sucessor-in-interest to<br>NFL Properties, Inc., | |
| Defendants. | |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## NOTICE OF APPEARANCE

To the Clerk and All Attorneys of Record:

Please enter the appearance of Thomas A. Demetrio in the above-captioned action as counsel of record for The Estate of David Duerson, Deceased, The Estate of Forrest Blue, Deceased, Tom DeLeone, Gerald Sullivan, Barry Darrow, Ray Austin, Bruce Herron, John Cornell, Tori Noel and Mike Adamle. All notice and copies of pleadings, papers and other material relevant to this action that are not served via ECF should be directed to and served upon:

Thomas A. Demetrio
Corboy & Demetrio. P.C.
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
wtg@corboydemetrio.com

Dated: October 14, 2014

                                    /s/ Thomas A. Demetrio
                                    Thomas A. Demetrio
                                    Corboy & Demetrio, P.C.
                                    33 North Dearborn Street, 21st Floor
                                    Chicago, Illinois 60602
                                    (312) 346-3191
                                    (312) 346-5562 Fax
                                    wtg@corboydemetrio.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2014, I caused the foregoing Notice of Appearance to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.


/s/ Thomas A. Demetrio
Thomas A. Demetrio