**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION

No. 2:12-md-02323-AB
MDL No. 2323

Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,

Plaintiffs,

v.

National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,

Defendants.

Civil Action No. 2:14-cv-00029-AB

THIS DOCUMENT RELATES TO:
ALL ACTIONS

**DECLARATION OF ROBERT A. STERN, PH.D.**

Robert A. Stern, Ph.D., affirms under penalty of perjury the truth of the following facts:

1. I am a Professor of Neurology, Neurosurgery, and Anatomy & Neurobiology at Boston University School of Medicine. My complete *curriculum vitae* is attached at Tab A, and I highlight here some of my experience, research, and qualifications relevant to the opinions expressed below.

2. I am a licensed Clinical Psychologist (Massachusetts License number 7238), with a specialty in Clinical Neuropsychology. I have been licensed as a Clinical Psychologist since 1990 and have been a Registrant of the National Register of Health Service Providers in Psychology since 1992. During that time, I was Director of the Memory and Cognitive Assessment Program at Rhode Island Hospital.

3. Prior to that, I had been Assistant Professor of Psychiatry at the University of North Carolina (UNC) School of Medicine at Chapel Hill, North Carolina, where I had been on the faculty since 1990. During that time, I was Director of the Neurobehavioral Assessment Laboratory as well as the Associate Director of the federally-funded Mental Health Clinical Research Center.

4. I received my Ph.D. in Clinical Psychology from the University of Rhode Island (dissertation titled, "Mood Disorders following Stroke"), completed my pre-doctoral internship training in Clinical Neuropsychology at the Boston Veterans Administration Medical Center, and completed my post-doctoral fellowship research and clinical training in both Neuropsychology and Psychoneuroendocrinology at UNC School of Medicine.

5. I am a Fellow of both the American Neuropsychiatric Association and the National Academy of Neuropsychology. I sit on the editorial boards of several leading medical and scientific journals, and on the grant review committees of several international, national (e.g., National Institutes of Health, NIH), and foundation funding agencies. I am a member of the medical and scientific advisory boards of the MA/NH Chapter of the Alzheimer's Association, the National Grave's Disease Foundation, and Sports Legacy Institute, and am also a member of the Mackey White Traumatic Brain Injury Committee of the National Football League Players Association.

6. Throughout my 25 year career, I have taught medical students and young physicians (neurology residents, psychiatry residents, and geriatrics fellows) through courses and required training seminars in the areas of neurobehavioral mental status examination, brain-behavior relationships, assessment of dementia, the diagnosis and treatment of Alzheimer's disease and related disorders, chronic traumatic encephalopathy (CTE), and similar areas of their formal training.

7. I have been a lecturer in, and a course director of, several continuing medical education (CME) courses for physicians, both locally and nationally.

8. I have been an invited lecturer (and keynote lecturer) for numerous national and international medical and scientific meetings, speaking primarily in the area of Alzheimer's disease, CTE, and issues pertaining to the evaluation and assessment of the cognitive, mood, and behavioral aspects of neurodegenerative disease.

9. I have also been the mentor for numerous undergraduate students, graduate students (Ph.D. students, master's degree students, medical students, M.D./Ph.D. students), and post-doctoral fellows, and have been the primary mentor of many masters theses and Ph.D. dissertations.

10. One of my areas of specialization and expertise includes the assessment and evaluation of neurocognitive functioning. I have published extensively in this area and have also been the primary author of several widely used, standardized neuropsychological tests, including the 33 tests of memory, language, attention, executive functioning, and spatial skills that make up the *Neuropsychological Assessment Battery* (NAB).

11. I have directed predoctoral and postdoctoral training programs in Clinical Neuropsychology, and have served as the mentor for numerous trainees learning to become neuropsychologists.

12. I have given invited lectures at the New York Academy of Sciences and for the Coalition Against Major Diseases in Washington, DC, providing guidance and education to members of the Federal Drug Administration, senior thought leaders in the pharmaceutical industry, and fellow scientists about neurocognitive assessment issues for Alzheimer's disease clinical trials.

13. As a clinical neuropsychologist with a specialty in the evaluation and diagnosis of neurodegenerative diseases, I conduct clinical examinations of patients referred to me by neurologists, geriatricians, psychiatrists, primary care physicians, and others, for diagnostic impressions and treatment recommendations.

14. My clinical neuroscience research focuses on the risk factors for, and the diagnosis and treatment of, neurodegenerative diseases and other causes of cognitive, mood, and behavior change in aging. Currently, I am the Clinical Core Director of the Boston University (BU) Alzheimer's Disease Center (ADC), one of 27 research centers across the country funded by the National Institute on Aging (NIA) of the National Institutes of Health (NIH). In this capacity, I oversee all clinical research (i.e., research conducted on living humans) pertaining to Alzheimer's disease, including studies aimed at the early diagnosis of Alzheimer's disease, genetics, and clinical trials of new medicines to prevent or treat Alzheimer's disease.

15. As part of my role as Clinical Core Director of the BU ADC, I oversee a weekly multidisciplinary diagnostic consensus conference involving neurologists, neuropsychologists, psychiatrists, geriatricians, and others, at which we review the histories, medical tests (including neuroimaging), clinical evaluations, and neuropsychological test performance of research participants and determine the specific

diagnosis (e.g., Alzheimer's disease dementia, Frontotemporal Dementia, Vascular Dementia, Mild Cognitive Impairment, Chronic Traumatic Encephalopathy) of each individual.

16. My other area of currently NIH-funded research includes the cognitive effects of chemotherapy in older breast cancer patients; my co-principal investigators on this grant are from the Georgetown Lombardi Comprehensive Cancer Center and the Memorial Sloan Kettering Cancer Center.

17. Since 2008, my primary area of research has been the long-term consequences of repetitive brain trauma in athletes (see listing of publications below). I was a co-founder of the BU Center for the Study of Traumatic Encephalopathy (CSTE, now "CTE Center") and I serve as the leader of clinical research for the CTE Center. I have received R01 grant funding from NIH (the first grant ever funded by NIH for the study of CTE) to develop biomarkers for the *in vivo* (i.e., during life) detection and diagnosis of CTE.

18. This project, called the Diagnosis and Evaluation of Traumatic Encephalopathy using Clinical Tests (DETECT) study, involves the examination of 100 former professional football players (selected based on positions played, their overall exposure to repetitive brain trauma using data from helmet sensors, and existing clinical symptoms) and 50 same-age non-contact sport elite athletes. All research participants (approximately 100 to date) undergo extensive brain scans, lumbar punctures (to measure proteins in cerebrospinal fluid), electrophysiological studies, blood tests (e.g., for genetic studies and other state-of-the-art biomarkers), and in-depth neurological, neuropsychological, and psychiatric evaluations. For this project, I oversee a talented multidisciplinary group of investigators with specialties in neurology, psychiatry, neuroimaging, radiology, genetics, and biostatistics.

19. In addition, I have recently received Department of Defense funding (with my co-principal investigator, Dr. Martha Shenton from Harvard Medical School) to examine a new Positron Emission Tomography (PET) ligand (T807) that is specific to the abnormal forms of tau protein found in CTE.

20. Relatedly, I am principal investigator of a new study funded by Avid Radiopharmaceuticals to examine that same PET ligand (and another PET ligand for the amyloid protein found in AD) in participants in the DETECT study. I view these two studies of the T807 PET test as the most important investigations in the field of CTE research.

21. I am also the principal investigator of a telephone- and web-based longitudinal study (Longitudinal Evaluation to Gather Evidence of Neurodegenerative Disease; LEGEND) of over 600 adult former and current athletes across all sports and levels of play (including collegiate) to assess risk factors (including brain trauma exposure, genetics, and lifestyle) and clinical course of CTE and other short-term and long-term consequences of repetitive brain trauma.

22. I have conducted over 100 in-depth retrospective clinical interviews with the next-of-kin of the deceased athletes (and others) in Dr. Ann McKee's VA-BU-SLI brain bank. For these cases, I also reviewed all of the available medical records. I currently am a co-investigator of Dr. McKee's NIH-funded U01 project aimed at defining the neuropathology of CTE. For that study, I am a member of the multidisciplinary group of clinicians and scientists who review the clinical history of every new case in the brain bank in order to determine the clinical diagnosis prior to being provided with the neuropathological diagnosis for the case.

23. Based on these experiences, I am confident that I have the same or more experience than any other scientist or clinician in the world examining the clinical history and presentation of athletes (including former NFL players) with post-mortem diagnosed CTE, through detailed interviews and discussions with the decedents' family members, friends, significant others, and physicians.

24. Based on the data gathered through these interviews and medical records, I have published (as first or second author) the largest case series of the clinical presentation of neuropathologically-confirmed CTE (Stern et al., 2013; McKee, Stern, et al., 2013).

25. I am the senior author of an important new journal article (Montenigro et al., 2014) that describes the first clinical diagnostic criteria for CTE and Traumatic Encephalopathy Syndrome (TES), based, in part, on the information gathered from the post-mortem family interviews of over 75 neuropathologically confirmed cases of CTE, and on an extensive review of the world's literature on CTE and "dementia pugilistica."

26. Our group of researchers at BU has been playing a central role nationally and internationally in the area of CTE and the long-term consequences of repetitive brain trauma, including concussions and subconcussive blows. I was the co-director of the first ever national scientific meeting on CTE and have been an invited speaker at numerous national and international conferences, including the first two workshops held

by NIH on this topic. I have published extensively in this area of research including several empirical papers in high impact peer-reviewed scientific journals. I am the invited editor of a special series on CTE and traumatic brain injury (TBI) for the journal, *Alzheimer's Research and Therapy*. I recently testified about this issue before the US Senate Special Committee on Aging.

27. My experience has included extensive clinical- and research-based interviews with former professional football players and their relatives regarding the mid to late life changes in cognition, behavior, mood and daily functioning observed in these persons.

28. My statements and views included in this declaration are mine alone and do not reflect those of Boston University or any of the departments and centers with which I am involved. Specifically, they do not reflect the views of the Boston University Alzheimer's Disease Center, the Boston University CTE Center, or the Boston University Center for the Study of Traumatic Encephalopathy; nor do they reflect any of the faculty, staff, or administration associated with any of these organizations.

29. I have not received any financial payments for preparing this Declaration from any source, including any attorney or plaintiff in this case. Furthermore, I am not retained by, nor receive any payments from plaintiff attorneys in this case for the purpose of this case.

## I. CLASS MEMBERS WHO SUFFER FROM MANY OF THE MOST DISTURBING AND DISABLING SYMPTOMS OF CTE WOULD NOT BE COMPENSATED UNDER THE SETTLEMENT

30. I have reviewed the Class Action Settlement Agreement as of June 25, 2014, together with its exhibits (the "Settlement"), filed in the above captioned proceeding. I have paid particular attention to Articles III through IX, and Exhibits 1, 2, and 3, of the Settlement, relating to testing and compensation of the class of retired NFL football players and their families.

31. The primary clinical features of CTE include impaired cognition, mood, and behavior (e.g., Stern et al., 2013). However, the Baseline Neuropsychological Test Battery set forth in Exhibit 2 of the Settlement (the "Test Battery") is focused primarily on the assessment of cognitive impairment, and excludes problems in mood and behavior in the algorithm used to define Neurocognitive Impairment Levels 1, 1.5, or 2.

32. The behavioral and mood disorders associated with head impacts in former professional football players are just as important, just as serious, and just as amenable to detection and diagnosis, as cognitive disorders. Individuals with neuropathologically confirmed CTE have had significant problems with mood and behavior and not just problems with cognition. In the study from my research team (Stern et al., 2013) published in the journal, Neurology, 22 of 33 deceased former athletes with neuropathologically confirmed CTE (and no other abnormal brain findings) were reported to have behavior or mood problems as their initial difficulties, prior to any cognitive impairment. Only 10 of 33 were ever diagnosed with dementia at any time prior to death. These numbers are provided not as an estimate of expected future diagnoses or as an estimate of the prevalence of dementia amongst all individuals with CTE. Rather, they are presented to underscore the findings from our group and from all other descriptions of CTE that dementia and cognitive impairment are not the only life-altering problems experienced by individuals with CTE.

33. Individuals with impairments in mood and behavior, but without significant cognitive impairment can still experience devastating changes in their lives. Based on my review of the medical and scientific literature and on my interviews of living research participants, informal discussions with former players and/or their family members, and formal interviews with family members of deceased former players with neuropathologically confirmed CTE, it is my scientific opinion that many former NFL players have significant changes in mood and behavior (e.g., depression, hopelessness, impulsivity, explosiveness, rage, aggression), resulting, in part, from their repetitive head impacts in the NFL, that have, in turn, led to significant financial, personal, and medical changes, including, but not limited to: the inability to maintain employment, homelessness, social isolation, domestic abuse, divorce, substance abuse, excessive gambling, poor financial decision-making, and death from accidental drug overdose or suicide.

34. The significant changes in mood and behavior relatively early in life can lead to significant distress for the individual with CTE as well as their family, friends, and other loved ones. I have learned about the tremendous pain and suffering the family members experienced while their loved one's life was destroyed by the progressive destruction of the brain. I have interviewed the adult children of former professional and college football and rugby players whose fathers had dramatic changes in personality, the development of

aggressive and out-of-control behavior, and suicidal thoughts. And, I have spoken with the parents of young athletes in their 20's and 30's who impulsively took their own lives.

35. Several well-known former NFL players who were diagnosed neuropathologically with CTE following death did not have dementia and would not have been found impaired under the proposed Baseline Assessment Program of the Settlement (the "BAP"). For example, based on publicly available information, Junior Seau (diagnosed with CTE by a group of independent neuropathologists coordinated by the NIH), and Dave Duerson (diagnosed with CTE by Dr. McKee at BU), both died from suicide reportedly after years of significant changes in mood and behavior, including depression, hopelessness, aggression, and poor impulse control. Based on public reports of their functioning by their family members and friends, it is unlikely that their cognitive skills were impaired to the degree of meeting the criteria for Level 1.5 or Level 2 Neurocognitive Impairment. Rather, their primary symptoms involved mood and behavioral disturbance, neither of which is compensable in the Settlement. Notwithstanding important limitations and criticisms of the test battery and criteria described below, Level 1.5 and Level 2 Neurocognitive Impairment do not include any impairment in mood or behavior. Thus if either of these individuals died on July 8, 2014 or later, their families would not receive any compensation under the Settlement.

36. CTE is a unique neurodegenerative disease. It is not Alzheimer's disease (AD), Parkinson's disease, or ALS. All of these diseases are diagnosed through careful neuropathological examination of brain tissue following death.

37. AD cannot accurately be diagnosed during life, although there have been tremendous strides over the past decade in developing specific, objective biological markers (biomarkers) that improve the predictive accuracy of the diagnosis during life. These biomarkers are now used routinely in research studies and are beginning to be used in clinical settings.

38. CTE also cannot accurately be diagnosed during life, although there are methods being developed at this time by my research team and by others that are meant to improve our ability to do so and to distinguish CTE from AD and other brain diseases and conditions. Based on the scientific and medical literature, my own first-hand knowledge of the current state of the scientific field, and on my own research, I am

confident that within the next five to ten years there will be highly accurate, clinically accepted, and FDA-approved methods to diagnose CTE during life. Based on my involvement in, and understanding of, current ongoing research, it is my scientific opinion that the understanding of neurodegenerative conditions and the capabilities of diagnostic tests will advance rapidly over the next 65 years.

39. Dementia is not an illness or disease. Dementia is a clinical syndrome diagnosed when there are cognitive symptoms that interfere with the ability to function at work or at usual activities, and the patient exhibits a decline from previous levels of functioning that is not explained by delirium or major psychiatric disorder (McKhann et al., 2011; National Institute on Aging and the Alzheimer's Association workgroup).

40. There are several neurodegenerative diseases that can lead to dementia. AD, CTE, and Parkinson's all are neurodegenerative diseases that can lead to dementia. These diseases begin many years or decades prior to any symptoms. When enough brain tissue is destroyed by the disease, symptoms begin to develop. When the symptoms begin, they would not be considered "dementia." When there are cognitive impairments, but not to the degree of interfering with daily functioning, the clinical syndrome of Mild Cognitive Impairment (MCI) may be diagnosed; MCI is not a disease, it is merely a clinical syndrome. It is only when these diseases progress further and the symptoms become bad enough to interfere with the ability to function independently that the individual would be diagnosed with dementia. That is, AD, CTE, and Parkinson's disease each are independent brain diseases that eventually can lead to dementia, later in the course of the disease.

41. The only symptoms related to CTE that are compensable (other than those that overlap with Alzheimer's disease, ALS or Parkinson's) are cognitive difficulties, and only cognitive difficulties that are severe enough that the Class Member would have significant impairments in critical aspects of daily living and independence. Several key symptoms of CTE that are identified in the scientific and medical literature and in my clinical and research experience are not compensable.

42. Class members who clearly have dementia but whose doctors have determined, by appropriate and currently approved medical tests, that they likely have CTE and not Alzheimer's disease as the cause of the dementia would receive substantially less compensation than Class members whose doctors do not order the

tests to assist in the diagnosis. At this time, there are two U.S. Food and Drug Administration (FDA)-approved PET scan tests for patients being evaluated for Alzheimer's disease and dementia: Amyvid (Florbetapir F 18 injection) and Vizamyl (flutemetamol F 18 injection). The following is from an FDA Press Release dated October 25, 2013: "'Many Americans are evaluated every year to determine the cause of diminishing neurologic functions, such as memory and judgment, that raise the possibility of Alzheimer's disease,' said Shaw Chen, M.D., deputy director of the Office of Drug Evaluation IV in the FDA's Center for Drug Evaluation and Research. 'Imaging drugs like Vizamyl provide physicians with important tools to help evaluate patients for AD and dementia…A negative Vizamyl scan means that there is little or no beta amyloid accumulation in the brain and the cause of the dementia is probably not due to AD.'"

As an exemplar, I will compare two hypothetical cases, both age 62 with the same number of qualifying seasons in the NFL. They both have had a progressive history of cognitive, behavioral, and mood symptoms and are now having difficulties carrying out daily activities. They receive the exact same test scores on the Neuropsychological Test Battery and meet the criteria for Neurocognitive Impairment 1.5. They are examined by two different neurologists. Both neurologists conduct neurological evaluations, order the blood tests, and order the same MRI scans. The findings of all these tests come back similarly negative. Both cases are diagnosed by their neurologists as having "dementia." However, Case A's neurologist diagnoses him with Alzheimer's disease. Case B's neurologist decides to order a Florbetapir (Amyvid) PET scan. That specific FDA-approved test is labeled by the FDA to be used to help rule out Alzheimer's disease in cases when the differential diagnosis may be questionable. That is, if the test is found to be negative (indicating little or no abnormal beta amyloid protein build up in the brain), the patient unlikely has Alzheimer's disease as the cause of their dementia. For Case B, because the neurologist knew that CTE was a possible cause for dementia in an individual with a history of repetitive brain trauma, the neurologist felt that the Florbetapir PET scan would be helpful in clarifying the diagnosis. The result of the scan came back negative, resulting in the neurologist determining that the patient does not have Alzheimer's disease. Case A, with a diagnosis of Alzheimer's disease as the cause of dementia, would be eligible for compensation of $950,000 according to the Settlement's Monetary Award Grid. Case B, with a diagnosis of Probable CTE as the cause of dementia (the neurologist

could not give a diagnosis of Alzheimer's based on the negative Florbetapir scan), would not be covered for anything other than Neurocognitive Impairment Level 1.5 and would be eligible for compensation of $290,000. That is, two individuals with identical histories and clinical presentations would receive strikingly disparate compensation solely because of the decision of one of the neurologists to use a very appropriate, FDA-approved test to make a more accurate diagnosis (i.e., not Alzheimer's disease). The former NFL player who received that accurate diagnosis would receive $660,000 less than the former NFL player with the imprecise/incomplete diagnosis.

## II. THE BASELINE NEUROPSYCHOLOGICAL TEST BATTERY IS INAPPROPRIATE FOR THE EVALUATION OF THE CLASS MEMBERS FOR WHOM IT IS MEANT TO BE USED

43. The Test Battery, set forth in Exhibit 2 of the Settlement, is not appropriate for evaluating whether retired professional football players have neurodegenerative diseases such as CTE or Alzheimer's disease. Rather, it is appropriate only for the evaluation of a younger traumatic brain injury patient. The specific tests selected, and the length of the battery would not be consistent with that given by the large majority of neuropsychologists who specialize in neurodegenerative disease and who evaluate patients for Mild Cognitive Impairment and Alzheimer's disease dementia.

44. Based on information provided by the test publishers and by my extensive clinical experience with dementia patients, it is estimated that the Test Battery in the Settlement would take approximately five hours without any break. For patients with the level of severity required for compensation (i.e., Level 1.5 or 2 Neurocognitive Impairment), this length of testing would be excessive, would result in refusals to complete the evaluation, and would result in inaccurate results.

45. The Test Battery includes two measures of "Mental Health" even though the results of those tests are not included anywhere in the criteria for impairment. In addition, based on the scientific and medical literature and on my clinical and research experience, the two tests are not appropriate for the detection and diagnosis of the specific types of behavioral and mood disorders linked to a history of head impacts in former professional football players. One of these two tests, the Mini International Neuropsychiatric Interview (M.I.N.I.), is not sufficient to evaluate specific areas of impairments, such as impulsivity, rage, and aggression.

Case 2:12-md-02323-AB Document 6201-16 Filed 10/06/14 Page 12 of 61

Further, its inclusion in the battery is unnecessary because the results are not used in any way to determine compensable diagnosis. The second of these tests, the MMPI-2RF, is inappropriate for patients with dementia. Even if the results were to be used for any reason, they would likely be inaccurate or incomplete in that the test requires the patient to complete 338 yes-no questions about psychological state and personality; such a task would not be possible by the majority of patients with the severity of dementia included in the compensable diagnoses. As described above, it is my opinion that there must be an appropriate evaluation of mood and behavioral impairment as part of the BAP evaluation, and in the proposed Settlement none exists and there is no inclusion of any mood or behavioral impairment in the definitions of compensable diagnoses.

46. The Test Battery includes extensive testing for performance validity in order to assure that the Class Member's test data represent a valid reflection of the former player's optimal level of functioning, even though patients with moderate dementia have been found to perform poorly (i.e., false positives) on effort testing. Although it is appropriate to consider suboptimal effort in any neuropsychological evaluation for possible compensation, it should be noted that the only compensable findings of the evaluation are Level 1.5 and 2 Neurocognitive Impairment. These represent mild to moderate stages of dementia and require significant impairment on numerous tests in the battery. There have been several studies that indicate that recommended cut-off scores on at least one of the effort tests included in the battery (Test of Memory Malingering) are not appropriate for use in patients with dementia due to an excessive number of false positives (e.g., Bortnick et al., 2013; Teichner & Wagner, 2004). That is, because patients with dementia are so impaired cognitively, they may perform poorly on the effort test due to their actual cognitive impairment rather than poor effort or malingering. It is my scientific opinion, based on the medical and scientific literature and on my own clinical and research experience, that reliance on the effort measures included in the Neuropsychological Test Battery would unfairly deprive at least some otherwise eligible persons with measurable cognitive deficits of compensation.

## III. THE HIGH THRESHOLD FOR COMPENSATION BASED ON LEVEL OF COGNITIVE IMPAIRMENT DEFINED BY THE SPECIFIC TEST FINDINGS AND ALGORITHM DETAILED IN EXHIBIT 2 OF THE SETTLEMENT WOULD DEPRIVE PERSONS WITH DOCUMENTED COGNITIVE DEFICITS OF COMPENSATION.

47. To be eligible for compensation under Neurocognitive Impairment Level 1.5 or 2.0, the Class Member would have to be so severely impaired in several areas of cognitive functioning that they would require assistance in many activities of daily living (in Level 1.5) or be almost fully dependent on another person for most activities of daily living, such as bathing and toileting (for Level 2.0). Specifically, the definitions of Level 1.5 Neurocognitive Impairment and Level 2 Neurocognitive impairment require that the Class Member exhibits functional impairment consistent with the criteria set forth in the National Alzheimer's Coordinating Center's (NACC) Clinical Dementia Rating (CDR) scale. For Level 1.5 Neurocognitive Impairment, the Class Member must meet criteria for CDR Category 1.0 in the areas of Community Affairs, Home & Hobbies, and Personal Care. For Level 2 Neurocognitive Impairment, the Class Member must meet criteria for CDR Category 2.0 in the areas of Community Affairs, Home & Hobbies, and Personal Care. According to the CDR, Category 1.0 would require the individual to be unable to function independently at a job, shopping, and volunteer and social groups; to have mild but definite impairment in functioning independently at home, with more difficult chores abandoned, and more complicated hobbies and interests abandoned; and would need prompting for personal care functions, such as dressing, toileting, and bathing. CDR Category 2.0 would require the individual to have no pretense of independent functioning outside home; would only have simple chores preserved; would have very restricted interests; and would require assistance in dressing, hygiene, and keeping of personal effects (Morris, 1993; NACC, https://www.alz.washington.edu/NONMEMBER/UDS/DOCS/VER2/ivpguide.pdf).

48. The algorithm used in the Settlement to translate test performance into compensable Neurocognitive Impairment categories is not one that is used in any known or published set of criteria for the determination of dementia, and utilizes a threshold of impairment that would exclude many Class Members with dementia. To clarify the specific content of Exhibit 2 of the Settlement and understand the algorithm used, it is important to understand the statistical terminology used in the criteria. Neuropsychological tests are developed to result in test scores that are roughly distributed as a normal ("bell-shaped") curve. The tests are typically standardized on a large group of healthy individuals who do not have any known neurological disorder or other possible cause of cognitive impairment. That "normative group" is made up of individuals across

different age and educational levels, as well as gender and sometimes ethnic, racial, and geographical groups. The results of the normative group's performance on the test are used to create standardized scores, such that when the test is administered to a patient (or in this case a former NFL player), that person's raw score (e.g., the number correct or the time to completion) is compared to the scores from the appropriate reference group from the normative sample. The raw score is then transformed to a standardized score that is then used to interpret the level of performance.

49. A T score is one of the types of standardized scores used to determine the level of performance on the test by the patient. A T score has a mean of 50 (i.e., the average score of the reference normative group is 50) and a standard deviation of 10. A standard deviation is a measure of the distribution of scores in the normative group, such that approximately 68% of the normative group scored within one standard deviation of the mean. That translates into 68% of the healthy normative group having T scores between 40 and 60. Another way to interpret this is that a T score of 40 would be equivalent to approximately the 16th percentile, i.e., only 16 percent of the "normal" healthy population would be expected to score below that level. A T score of 30 (i.e., two standard deviations below the mean) would indicate that only 2.3 percent of the healthy population would be expected to score below that level.

50. As described in Exhibit 2 of the Settlement, the "basic principle for defining impairment on testing is that there must be a pattern of performance that is approximately … 1.7-1.8 standard deviations (for Level 1.5 Impairment) or 2 standard deviations (for Level 2 Impairment) below the person's expected level of premorbid functioning." (Settlement, Exhibit 2, p. 5). Using the tables provided in Exhibit 2 of the Settlement, a Class Member with Average Estimated Intellectual Functioning, for example, would be required to perform worse than 97 percent of same age peers in the published normative reference group on two or more (of six) Learning and Memory tests AND two or more (of four) Executive Function tests, in order to qualify for benefits under the Settlement. As seen in several studies comparing cognitively healthy elderly controls with patients diagnosed with moderate dementia, and often even with severe dementia, it is not common for dementia patients to score consistently more than two standard deviations below healthy controls (e.g., Caccappolo-Van Vliet et al., 2003; de Jager et al., 2003). However, the criteria used in the Settlement would require that the

Class Member's test performance be even more impaired than what is often seen in well-diagnosed cases of moderate stage dementia.

51. The algorithm used to translate test performance into compensable Neurocognitive Impairment categories is arbitrary, nonstandard, and not supported by any scientific literature. There are three different tables in Exhibit 2 of the Settlement used to determine the specific levels of test performance required to meet the categories of Neurocognitive Impairment based on three different levels of "Estimated Intellectual Functioning." That is, the specific number of impaired tests per cognitive domain (e.g., 3 or more versus 2 or more) and the specific level of impairment (e.g., T Score below 35 versus below 37) is different based on whether a Class Member is determined to have Below Average, Average, or Above Average Estimated Intellectual Functioning. Although it is common practice in neuropsychological assessment to compare an individual's performance to expected premorbid levels for that individual, it is uncommon to create distinct criteria tables for levels of impairment based on a single estimate of premorbid functioning to be used across large groups of individuals. And, most importantly, for an algorithm to be used for any decision-making purpose (e.g., determination of large sums of compensation), it must be shown to be valid and reliable in the specific population for which it is being used, a process that requires extensive research. There is no mention in the description of this algorithm that it has undergone any research to determine its appropriateness for this use.

52. As defined in Exhibit 2 of the Settlement, Estimated Premorbid Intellectual Ability is determined by the Test of Premorbid Functioning (TOPF), which "provides three models for predicting premorbid functioning: (a) demographics only, (b) TOPF only, and (c) combined demographics and TOPF prediction equations" (Settlement Exhibit 2, p. 4).

53. Based on the TOPF, Class Members would be categorized into one of the following three categories of Estimated Intellectual Functioning: (1) Below Average (estimated IQ below 90); (2) Average (estimated IQ between 90 and 109); and (3) Above Average (estimated IQ above 110). A Class Member who, based solely on the TOPF predictions of premorbid functioning, is in the Below Average category would have to perform more poorly on more tests than a Class Member who is in the Average or Above Average categories. As an additional exemplar, I will compare two hypothetical cases who receive the exact same test scores on the

Neuropsychological Test Battery with the exception of TOPF scores. Based on the TOPF, the first case would be classified as having Below Average Estimated Intellectual Functioning, whereas the second case would be classified as having Above Average Estimated Intellectual Functioning. The age of both cases is the same, as is the number of qualifying seasons in the NFL. In both cases, the two worse areas of performance are in Learning and Memory and Executive Function. Both cases had two Learning and Memory tests with T scores of 34 and one Learning and Memory test with a T score of 36; all other Learning and Memory tests had better scores (i.e., T scores above 37). Both cases also had two Executive Function tests with T scores of 35 and one Executive Function test with a T score of 36; all other Executive Function tests had better scores (i.e., T scores above 40). Therefore, with the exact same performance on the exact same tests (other than the TOPF word pronunciation test), the first case would not qualify for any compensable diagnosis, whereas the second case would qualify for financial compensation with a diagnosis of Level 1.5 Neurocognitive Impairment.

**References Cited**

Bortnik KE, Horner MD, Bachman DL. (2013). Performance on Standard Indexes of Effort among Patients with Dementia. Applied Neuropsychology- Adult. Mar 28. [Epub ahead of print]

Caccappolo-Van Vliet, E., Manly, J., Tang, M.X., et al. (2003).The neuropsychological profiles of mild Alzheimer's disease and questionable dementia as compared to age-related cognitive decline. Journal of the International Neuropsychological Society, 9, 720–732.

De Jager, C. A., Hogervorst, E., Combrinck, M., & Budge, M.M. (2003).Sensitivity and specificity of neuropsychological tests for mild cognitive impairment, vascular cognitive impairment and Alzheimer's disease. Psychological Medicine, 33, 1039–1050

McKee, A., Stern, R., Nowinski, C., Stein, T., Alvarez, V., Daneshvar, D., Lee, H., Wojtowicz, S., Hall, G., Baugh, B., Riley, D., Kubilis, C., Cormier, K., Jacobs, M., Martin, B., Abraham, C., Ikezu, T., Reichard, R., Wolozin, B., Budson, A., Goldstein, G., Kowall, N., & Cantu, R. (2013). The spectrum of disease in chronic traumatic encephalopathy. Brain, 136, 43-64.

McKhann GM, Knopman DS, Chertkow H, et al. (2011).The diagnosis of dementia due to Alzheimer's disease: Recommendations from the National Institute on Aging-Alzheimer's Association workgroups on diagnostic guidelines for Alzheimer's disease. Alzheimer's and Dementia, 7, 263-269.

Montenigro, P.H., Baugh, C.M., Daneshvar, D.H., Mez, J., Budson, A.E., Au, R., Katz, D., Cantu, R.C., & Stern, R.A. (2014). Clinical subtypes of chronic traumatic encephalopathy: Literature review and proposed research diagnostic criteria for Traumatic Encephalopathy Syndrome. Alzheimer's Research and Therapy, 6, 68.

Morris, J.C. (1993). The Clinical Dementia Rating (CDR): Current vision and scoring rules Neurology, 43:2412-2414

Stern, R.A., Daneshvar, D.H., Baugh, C.M., Seichepine, D.R., Montenigro, P.H., Riley, D.O., Fritts, N.G., Stamm, J.M., Robbins, C.A., McHale, L., Simkin, I., Stein, T.D., Alvarez, V., Goldstein, L.E., Budson, A.E., Kowall, N.W., Nowinski, C.J., Cantu, R.C., & McKee, A.C. (2013). Clinical presentation of Chronic Traumatic Encephalopathy. Neurology, 81, 1122-1129.

Teichner, G.L., &Wagner, M.T. (2004).The Test of Memory Malingering (TOMM): normative data from cognitively intact, cognitively impaired, and elderly patients with dementia. Archives of Clinical Neuropsychology, 19, 455-464.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury that the foregoing is true and correct:

________________
Robert A. Stern, Ph.D.

Date: October 6, 2014

# Curriculum Vitae

**Robert A. Stern, PhD**
Alzheimer's Disease Center and CTE Center
Boston University School of Medicine
72 East Concord St., B7380
Boston, MA 02118-2526
Telephone: (617) 638-5678
Fax: (617) 638-5679
Email: bobstern@bu.edu
Web Sites: www.bu.edu/cte
www.bu.edu/alzresearch
October 2014

## ACADEMIC TRAINING:

1980 B.A. — Wesleyan University, Middletown, CT
1984 M.A. — University of Rhode Island, Kingston, RI, Psychology
1988 Ph.D. — University of Rhode Island, Kingston, RI, Clinical Psychology (Clinical Neuropsychology Specialization);
1986-1987 — Pre-Doctoral Internship in Clinical Neuropsychology; Mentor Edith Kaplan, Ph.D.; Department of Veterans Affairs Medical Center, Boston, MA

## POSTDOCTORAL TRAINING:

1988-1990 — Fellow in Neuropsychology and Psychoneuroendocrinology; Mentor Arthur J. Prange, Jr., MD; University of North Carolina School of Medicine, Chapel Hill, NC

## ACADEMIC APPOINTMENTS:

1988-1990 — Clinical Instructor of Psychiatry, University of North Carolina School of Medicine
1990-1993 — Assistant Professor of Psychiatry, University of North Carolina School of Medicine
1991-1993 — Clinical Assistant Professor of Speech and Hearing Sciences, University of North Carolina School of Medicine
1991 - 1993 — Research Scientist, Brain and Development Research Center University of North Carolina School of Medicine
1993-1996 — Assistant Professor of Psychiatry and Human Behavior, Brown Medical School
1993-1996 — Assistant Professor of Clinical Neurosciences (Neurology), Brown Medical School
1994-2004 — Adjunct Assistant Professor, Behavioral Neuroscience Program, Division of Graduate Medical Sciences, Boston University School of Medicine
1996-2003 — Associate Professor of Psychiatry and Human Behavior, Brown Medical School
1996-2003 — Associate Professor of Clinical Neurosciences (Neurology), Brown Medical School
1997-2004 — Graduate Faculty Member, University of Rhode Island
2002-2003 — Faculty Member, Brain Science Program, Brown University
2005-Present — Faculty Member, Behavioral Neuroscience Program, Division of Graduate Medical Sciences, Boston University School of Medicine
2005-2011 — Associate Professor of Neurology, Boston University School of Medicine
2011-Present — Professor of Neurology and Neurosurgery, Boston University School of Medicine
2014-Present — Professor of Neurology, Neurosurgery, and Anatomy and Neurobiology, Boston University School of Medicine

**HOSPITAL APPOINTMENTS:**

1986-1988 Assistant in Neuropsychology, McLean Hospital, Belmont, MA
1990-1993 Clinical Neuropsychologist; Director, Adult Neuropsychology Laboratory; UNC Hospitals, Chapel Hill, NC
1993-2003 Clinical Neuropsychologist, Women's and Infants Hospital, Providence, RI
1993-2003 Clinical Neuropsychologist, Rhode Island Hospital, Providence, RI
1994-1995 Supervising Neuropsychologist, Slater Hospital, Cranston, RI
1994-2003 Director, Memory and Cognitive Assessment Program, Rhode Island Hospital, Providence, RI
1997-2003 Director, Neuropsychology Program; Rhode Island Hospital, Providence, RI
2004-Present Clinical Neuropsychologist, Boston Medical Center (Boston University Neurology Associates), Boston, MA
2014-Present Core Faculty Member, Boston Medical Center Injury Prevention Center

**HONORS:**

1980 Honors in Psychology, Wesleyan University, Middletown, CT
1980 Heidman Prize (for Community Service), Wesleyan University, Middletown, CT
1984 Psi Chi National Honor Society in Psychology
1988 Phi Kappa Phi National Honor Society
1997 Master of Arts *ad eundem*, Brown University, Providence, RI
1997 Independent Investigator Award, National Alliance for Research on Schizophrenia & Depression (NARSAD)
1999 Outstanding Teaching Award in Psychology, Brown University School of Medicine, Providence, RI
2001 Fellow, American Neuropsychiatric Association
2001 Fellow, National Academy of Neuropsychology
2008 National Research Award, Alzheimer's Association MA/NH Chapter

**LICENSES AND CERTIFICATION:**

1990-1994 Licensed Psychologist, North Carolina License # 1560
1993-2008 Licensed Psychologist, Rhode Island # 491
1992-Present Registrant, National Register of Health Service Providers in Psychology
1997-Present Licensed Psychologist HSP, Massachusetts # 7238

**DEPARTMENTAL AND UNIVERSITY COMMITTEES:**

1994-1995 Leadership Committee, Department of Psychiatry, Rhode Island Hospital
1994-1996 Committee for the Protection of the Rights of Human Subjects (IRB), Rhode Island Hospital
1994-1997 Research Committee, Department of Psychiatry and Human Behavior, Brown Medical School, RI
1995-1996 IRB Executive Committee Member, Rhode Island Hospital
1995-2003 Brown University Geriatric Neuropsychiatry Research and Treatment Program, Brown Medical School, RI
1998-2000 Continuing Medical Education Subcommittee, Department of Psychiatry, Rhode Island Hospital
1999-2002 Library Committee, Lifespan (Rhode Island Hospital and Miriam Hospital)
2001-2002 Training Committee, Brown University Clinical Psychology Training Consortium, Brown Medical School, RI
2004-Present Executive Committee, Alzheimer's Disease Center, Boston University School of Medicine

Case 2:12-md-02323-AB Document 6201-16 Filed 10/06/14 Page 20 of 61


| | |
|---|---|
| 2006-2012 | Executive Committee, Alzheimer's Disease Advisory (Philanthropic) Board, Boston University School of Medicine |
| 2012-present | Faculty Appointment and Promotions Committee, Boston University School of Medicine |

## TEACHING EXPERIENCE AND RESPONSIBILITIES:

| | |
|---|---|
| 1990-1993 | Member, Clinical Psychology Training Program, UNC School of Medicine |
| 1990-1993 | Regular Lecturer for Internship Seminar Series, UNC School of Medicine |
| 1990-1993 | Mentor and Supervisor, Neuropsychology Clinical Post-doctoral Fellows and Pre-doctoral Interns, Dept. of Psychiatry, UNC School of Medicine |
| 1990-1993 | Mentor for Psychiatry Research Fellows, Research Fellowship Training Program, UNC School of Medicine |
| 1990-1993 | Member, Training Faculty Institutional National Research Service Award Fellowship Training Program; Brain and Development Research Center, UNC School of Medicine |
| 1990-1993 | Co-director, Neuropsychiatry Seminar Series, UNC School of Medicine |
| 1990-1993 | Regular lecturer, Consult/Liaison Seminar Series, UNC Psychiatry Residency Training Program, UNC School of Medicine |
| 1990-1993 | Co-director, "Brain-Behavior Relationships", 3rd year medical school course; UNC School of Medicine |
| 1990-1993 | Regular Lecturer, 1st year Neurobiology Course, UNC School of Medicine |
| 1990-1993 | Regular Lecturer, "Adult Language Disorders" Course, Division of Speech and Hearing Sciences; UNC School of Medicine |
| 1990-1993 | Regular Lecturer, Graduate Neuropsychology Course, UNC |
| 1990-1993 | Regular Lecturer, Undergraduate Neuropsychology Seminar, UNC |
| 1993 | Non-faculty member of Ph.D. Dissertation Committees; Suffolk University, North Carolina State University, University of Alabama, University of New South Wales, Australia |
| 1993-2003 | Member, Neuropsychology Training Faculty; mentored clinical and research neuropsychology fellows and interns; Brown University |
| 1993-2003 | Supervised research placements for neuropsychology pre-doctoral interns; Brown University |
| 1993-2003 | Regular lecturer for Neuropsychology Seminar Series, Brown Medical School |
| 1993-2003 | Regular lecturer for Neuropsychology Rounds, Brown Medical School |
| 1993-2003 | Training Faculty, Neuropsychiatry/Behavioral Neurology Fellowship, Depts. Of Psychiatry & Human Behavior and, Department of Clinical Neurosciences, Brown Medical School |
| 1993-2003 | Regular lectures for Post-doctoral Fellow Lecture Series; Clinical Psychology Training Consortium, Brown Medical School |
| 1993-2003 | Lecturer for Psychiatry Residency Training Program for PGY 1, 2, 3 and 4 Lecture Series, Brown Medical School |
| 1993-2003 | Lecturer for First Year Medical Students Medical Interviewing Seminar, Brown Medical School |
| 1993-2003 | Mentor for Undergraduate Independent Study Courses, Departments of Neuroscience, Psychology, and others, Brown University |
| 1993-2004 | Supervised Practicum Training Site for Clinical Psychology Graduate Students, Undergraduate Psychology Internship Placement; URI |
| 1994-Present | Annual lecturer for Basic Neurosciences Course, Behavioral Neurosciences Program, BUSM |
| 1999-2007 | Clinical Practicum Supervisor; Suffolk University Clinical Psychology Program |
| 2001–2002 | Coordinator, Internship Training Program Neuropsychology Track, Brown University Clinical Psychology Training Consortium |

Case 2:12-md-02323-AB Document 6201-16 Filed 10/06/14 Page 21 of 61


| | |
|---|---|
| 2001-2002 | Training Committee Member; Brown University Clinical Psychology Training Consortium |
| 2003 | Core Faculty Member, Brown University T32 Dementia Research Training Program |
| 2004-Present | Annual lecturer for Human Neuropsychology Seminar, Behavioral Neurosciences Program, BUSM |
| 2004-Present | Lecturer for Neurology Residency Training Program Lecture Series |
| 2005-2007 | Advisor (for 40 graduate students), BUSM Graduate Medical Sciences Masters Program |
| 2005-Present | Director, Post-Doctoral Neuropsychology Training Program, Alzheimer's Disease Center, BUSM |
| 2005-Present | Director and Lecturer for Neuropsychology and Dementia Seminar Series, Geriatric Medicine, Dentistry & Psychiatry Fellowship Program |
| 2005-Present | Consulting Neuropsychologist and Research Mentor, APA Accredited Internship and Fellowship Clinical Neuropsychology Training Program; Bedford (MA) Veterans Affairs Medical Center |
| 2006-2008 | Course Co-Director, Neuropsychological Assessment, Behavioral Neurosciences Program, BUSM |
| 2007-2008 | Lecturer for Biology of Disease (Neurology) Course, BUSM Preclinical Medical School Course |
| 2010-Present | CME Annual Course Co-Director, Brain Trauma and the Athlete, BUSM |
| 2011-Present | Core Faculty Member, Alzheimer's Disease Translational Research Training Program (National Institute on Aging T32), BUSM |
| 2012-Present | CME Course Co-Director, Chronic Traumatic Encephalopathy, co-sponsored by BUSM and the Cleveland Clinic Lou Ruvo Center for Brain Health; Las Vegas, September 30-October 1, 2012 |

**MAJOR MENTORING ACTIVITIES:**

Undergraduate Honors Theses Supervised

1991 Wendy Cox, "Effects of Physostigmine on Mood and Sustained Attention," Psychology Department, University of North Carolina

1992 Boykin Robinson, "Self-Report of Emotional and Cognitive Complaints in Individuals with Graves' Disease: A Survey Study," Psychology Department, University of North Carolina

1996 Mara Lowenstein, "Neuropsychological Functioning in Alzheimer's Disease and Vascular Dementia: A Qualitative Assessment of the Rey-Osterrieth Complex Figure," Psychology Department, Brown University

1997 Yamini Subramanian, "The Thyroid Axis and Seizure Threshold: Examining a Mechanism of Thyroid Hormone Augmentation of ECT," Neuroscience Department, Brown University

2002 Anna Podolanczuk, "Thyroid Hormone Levels in Post-Mortem Alzheimer's and Control Brains," Neuroscience Department, Brown University

Master's Theses Supervised

1998 Jennifer Latham, "The Visual Analog Mood Scales for Adolescents : A Preliminary Examination of Reliability and Validity," Psychology Department, University of Rhode Island

2000 Jessica Somerville, "A Comparison of Administration Procedures for the Rey-Osterrieth Complex Figure: Flow-Charts Vs. Pen-Switching," Psychology Department, University of Rhode Island

2000 Susan L. Legendre, "The Influence of Cognitive Reserve on Memory After Electroconvulsive Therapy," Psychology Department, University of Rhode Island

2005 Veronica Santini, "Thyroid-Neurobehavioral Relationships in the Elderly," Division of Graduate Medical Sciences, Boston University School of Medicine

2006 Daniel Daneshvar, "Association between Smoking, APOE, and Risk for Mild Cognitive Impairment and Alzheimer's Disease," Division of Graduate Medical Sciences, Boston University School of Medicine

2006 Laura Ridgely, "The Public Health Risk of Unsafe Elderly Drivers and Drivers with Dementia: Current Problems and Steps to be Taken," Division of Graduate Medical Sciences, Boston University School of Medicine

2007 David Essaff, "Executive Dysfunction in Early Alzheimer's Disease (AD) and Mild Cognitive Impairment: A Potential Cognitive Marker for Preclinical AD," Division of Graduate Medical Sciences, Boston University School of Medicine

2007 Meghan Lembeck, "Racial Disparities and Mild Cognitive Impairment Diagnosis: The Effects of Literacy Correction on Neuropsychological Test Scores," Division of Graduate Medical Sciences, Boston University School of Medicine

2008 Jessica A. Riggs, "Current Approaches to Alzheimer's Disease Treatment: A Focus on Passive Immunotherapy," Division of Graduate Medical Sciences, Boston University School of Medicine

2009 Vlada Doktor, "Clinical utility of Self and Informant's Complaint in Mild Cognitive Impairment and the Rate of Progression to Alzheimer's Disease," Division of Graduate Medical Sciences, Boston University School of Medicine

2011 John Picano, "Defining Concussions: A Literary and Empirical Analysis of Sports-Related Concussion."

2013 Alexandra Bourlas, "The Effects of Level and Duration of Play on Cognition, Mood and Behavior Among Former Football Players."

Doctoral Dissertations Supervised

1991 Susan L. Silva, "The Effects of Physostigmine on Cognition, Mood, and Behavior," Department of Psychology, North Carolina State University

1993 Mark L. Prohaska, "Thyroid, Lithium, and Cognition: The Use of Thyroid Hormone Augmentation in the Reduction of Cognitive Side Effects Associated with Lithium Maintenance," Psychology Department, University of Alabama

1999 Debbie J. Javorsky, "A Validation Study of the Boston Qualitative Scoring System (BQSS) for the Rey-Osterrieth Complex Figure," Psychology Department, University of Rhode Island

2003 Susan L. Legendre, "The Influence of Cognitive Reserve on Neuropsychological Functioning After Coronary-Artery Bypass Grafting (CABG)," Psychology Department, University of Rhode Island

2004 Jessica Somerville Ruffolo, "Visuoconstructional Impairment: What Are We Assessing and How Are We Assessing It?," Psychology Department, University of Rhode Island

2014 Stacy Anderson, "Episodic Memory and Executive Function in Familial Longevity" (Second Reader), Behavioral Neurosciences Program, Boston University School of Medicine.

Current PhD and MD/PhD Students

Julie Stamm (Mentor for NIH F31 Grant 1F31NS081957; 2013-Present; PhD candidate, Dept of Anatomy and Neurobiology)

Philip Montenigro (MD/PhD candidate, Dept. of Anatomy and Neurobiology)

Daniel Corps (visiting PhD student from Melborne, Australia)

Case 2:12-md-02323-AB Document 6201-16 Filed 10/06/14 Page 23 of 61


Post-Doctoral Fellows Trained

1991-1993 Susan Silva, Ph.D., now Research Associate Professor at Duke University
1992-1993 Mareah Steketee, Ph.D., now Adjunct Associate Professor at UNC-Chapel Hill
1993-1995 Mark Prohaska, Ph.D., now Director, Neuropsychology Clinic, Alabama
1994-1996 James Arruda, Ph.D., now Associate Professor at University of West Florida
1994-1996 Garrie Thompson, Ph.D., now Clinical Neuropsychologist, Florida
1996-1998 Geoffrey Tremont, Ph.D., now Associate Professor at Brown University
1998-2000 Holly Westervelt, Ph.D., now Clinical Assistant Professor at Brown University
1998-2000 Debbie Javorsky, Ph.D., now Clinical Neuropsychologist, New Hampshire
2000-2001 Michael Ropacki, Ph.D., now Medical Director, Global Medical Affairs, Janssen Alzheimer Immunotherapy
2000-2002 Caitlin Macaulay, Ph.D., now Clinical Neuropsychologist at Lahey Clinic, Massachusetts
2001-2004 Jennifer Duncan Davis, Ph.D., now Assistant Professor at Brown University
2002-2003 Richard Temple, Ph.D., now Vice President of Clinical Operations at Core Health Care
2003-2004 Laura Brown, Ph.D., now Clinical Neuropsychologist, Rhode Island
2003-2004 Mary Beth Spitznagel, Ph.D., now Assistant Professor at Kent State University
2004-2005 Angela Jefferson, Ph.D., now Associate Professor at Vanderbilt University
2005-2007 Lee Ashendorf, Ph.D., now Clinical Neuropsychologist at Bedford VAMC
2007-2009 Brandon Gavett, Ph.D., now Assistant Professor at Univ. of Colorado, Colorado Springs
2010-2011 Katherine Gifford, Ph.D., now Fellow at Vanderbilt University
2012-2013 Daniel Seichepine, Ph.D.
2012-2014 Elizabeth Vassey, Ph.D.
2013-Present Todd Solomon, Ph.D.

**MAJOR ADMINISTRATIVE RESPONSIBILITIES:**

| | |
|---|---|
| 1991-1993 | Director, Neurobehavioral Assessment Core, NIMH-funded Mental Health Clinical Research Center, UNC School of Medicine |
| 1992-1993 | Acting Director, Data Management/Biostatistics Core, NIMH-funded Mental Health Clinical Research Center, UNC School of Medicine |
| 1992-1993 | Associate Center Director, NIMH-funded Mental Health Clinical Research Center, UNC School of Medicine |
| 1995-1996 | Vice Chair, Committee for the Protection of the Rights of Human Subjects (IRB), Rhode Island Hospital |
| 2001-2002 | Coordinator of Neuropsychology Track, Internship Training Program, Brown Clinical Psychology Training Consortium, Brown Medical School |
| 2004-Present | Director of Neuropsychology, Alzheimer's Disease Clinical and Research Program, Boston University School of Medicine (BUSM) |
| 2004-2008 | Associate Director, Alzheimer's Disease Center (NIA-Funded) Clinical Core, BUSM |
| 2004-2006 | Associate Director, Alzheimer's Disease Clinical and Research Program, BUSM |
| 2006-2010 | Co-Director, Alzheimer's Disease Clinical and Research Program, BUMC |
| 2008-2012 | Co-Director, Center for the Study of Traumatic Encephalopathy, BUSM |
| 2009-2010 | Acting Director, Alzheimer's Disease Clinical and Research Program, BUMC |
| 2009 | Acting Director, Alzheimer's Disease Center (NIA-Funded) Clinical Core, BUSM |
| 2010-Present | Director, Alzheimer's Disease Center (NIA-Funded) Clinical Core, BUSM |
| 2011-2012 | Director, Alzheimer's Disease Clinical and Research Program, BUMC |
| 2011-2012 | Co-Chair, Global Advisory Committee, INternational Registry Of Alzheimer's Disease patientS (INROADS), Janssen Alzheimer Immunotherapy |
| 2011-Present | Site Director (BU) and Steering Committee Member, Alzheimer's Disease Cooperative Study (NIA-Funded) |
| 2014-Present | Director of Clinical Research, CTE Center, BUSM |

## OTHER PROFESSIONAL ACTIVITIES:

**PROFESSIONAL SOCIETIES: MEMBERSHIPS, OFFICES, AND COMMITTEE ASSIGNMENTS**

International Neuropsychological Society (Member, 1987-Present)
- Member, Scientific Program Committee, 1997-1999
- Meeting Development Coordinator, 1999-2001

American Psychological Association Division 40, Clinical Neuropsychology (Member, 1988-Present)
- Member, Scientific Advisory Committee, 1995-1997

American Psychological Association Division 12, Clinical Psychology (Member, 1988-Present)

National Academy of Neuropsychology (Member, 1990-Present)
- Fellow, Appointed 2001

American Neuropsychiatric Association (Member, 1995-Present)
- Fellow, Appointed 2001
- Member, Scientific Program Committee, 1995-1999
- Co-Director, Annual Meetings, 1997-1999
- Member, Awards Committee, 2006-Present

Massachusetts Neuropsychological Society (Member, 2007-Present)

International Society to Advance Alzheimer Research and Treatment (Member, 2008-Present)

Case 2:12-md-02323-AB Document 6201-16 Filed 10/06/14 Page 25 of 61


**EDITORIAL BOARDS:**

| | |
|---|---|
| 1998-Present | Associate Editor, *Journal of Neuropsychiatry and Clinical Neurosciences* |
| 2001-2003 | Consulting Editor, *Assessment* |
| 2008-Present | Editorial Board Member, *Archives of Clinical Neuropsychology* |
| 2010-Present | Review Editor, *Frontiers in Neurotrauma* |
| 2011-Present | Review Editor, *Frontiers in Sports Neurology* |
| 2012-Present | Series Editor, Traumatic Brain Injury Series, *Alzheimer's Research and Therapy* |

**JOURNAL REVIEWER**

Alzheimer's Disease and Associated Disorders
Archives of Neurology
Brain and Cognition
Cognitive and Behavioral Neurology
Injury Epidemiology
International Journal of Geriatric Psychiatry
International Review of Psychiatry
Journal of Clinical and Experimental Neuropsychology
Journal of the International Neuropsychological Society
Journal of the Neurological Sciences
Journal of Nutrition, Health and Aging
Neurology
Neurology: Clinical Practice
Neurology Psychiatry & Brain Research
Neuropsychology
Neuroscience & Biobehavioral Reviews
PLOS ONE
The Clinical Neuropsychologist

Case 2:12-md-02323-AB Document 6201-16 Filed 10/06/14 Page 26 of 61


## MAJOR COMMITTEE ASSIGNMENTS:

**Federal Government**

1998 - 1999 Independent Neuropsychological Review Committee V.A. Cooperative Study #029, "Evaluation of a Computer-Assisted Neuropsychological Screening Battery", Department of Veterans Affairs

2012 – Present Member, Advisory Board, DoD ADNI (Effects of traumatic brain injury and post traumatic stress disorder on Alzheimer's disease in Veterans using ADNI; PI: MW Weiner)

**Private/Foundation**

1993-Present Member, Medical Advisory Board, National Graves' Disease Foundation

2007-Present Member, Medical Advisory Board, Sports Legacy Institute

2007-Present Member, Medical & Scientific Advisory Committee, Massachusetts/New Hampshire Chapter, Alzheimer's Association

2010-Present Member, Mackey-White Traumatic Brain Injury Committee, National Football League Players Association; Co-Chair of Subcommittee on Former Player Research

**Study Sections**

*National Institutes of Health*

1993 Ad hoc Reviewer, Mental Health AIDS and Immunology Review Committee: Psychobiological, Biological, and Neuroscience Subcommittee

1995 Ad hoc Reviewer, Mental Health Small Business Research Review

1995-1996 Reviewers Reserve (NRR; Study Sections) Member

1996-1998 Mental Health Small Business Research Review Committee Member

1999 Ad hoc Reviewer, Small Business Research Review Committee

2000 Ad hoc Reviewer, Special Emphasis Panel – ZMH1-CRB-B01

2013 Ad hoc Reviewer, Special Emphasis Panel - ZRG1 BBBP-D02

*Other National Review Committees*

1998-Present Initial Review Board of the Medical and Scientific Advisory Council, Alzheimer's Association

2013 Reviewer, US Army Medical Research and Materiel Command (USAMRMC)

*International*

2013 External Advisor, Wellcome Trust Strategic Award Committee (SAC)

## CONSULTANT ACTIVITIES:

1991-1992 Cato Research, Ltd. (Clinical Trials Design and Implementation) Durham, NC

1995-2003 "HIV: Neuropsychiatric and Psychoimmune Relationships" (Dwight Evans, PI; R01 Grant), Department of Psychiatry, University of Pennsylvania

2004-2006 "A Telephone Intervention for Dementia Caregivers" (Geoffrey Tremont, PI; R21 Grant), Rhode Island Hospital/Brown Medical School

2004-2006 "A Longitudinal Study of Hazardous Drivers with Dementia" (Brian Ott, PI; R01 Grant), Memorial Hospital of Rhode Island/Brown Medical School

2007-2009 Outcome Science (for Forest Laboratories), Cambridge, MA

2009 Elan Pharmaceuticals, San Francisco, CA

2011 Neuronix, Yokneam, Israel

2012 Lilly (*Expert Advisor*), Indianapolis, IN

2011-2012 Janssen Alzheimer Immunotherapy, San Francisco, CA

2013-Present Athena Diagnostics (Quest), Worcester, MA

Case 2:12-md-02323-AB Document 6201-16 Filed 10/06/14 Page 27 of 61


## CURRENT OTHER SUPPORT:

2014-2015 2R56NS078337-04, **PI: Stern**, Chronic Traumatic Encephalopathy: Clinical Presentation and Biomarkers (competing continuation), Total Costs: $785,813.

2014-2018 ADCS-Toyama Chemical Partnership; **Site PI: Stern**, A Phase 2 multi-center, randomized, double blind, placebo-controlled, parallel group study to evaluate the efficacy and safety of T-817MA in patients with mild to moderate Alzheimer's Disease (US202), Total Costs: $473,346.

2014-2015 Avid Radiopharmaceuticals; **PI: Stern**, 18F-AV-1451 and Florbetapir F 18 PET Imaging in Subjects with Repetitive Brain Trauma at High Risk for Chronic Traumatic Encephalopathy, Total Costs: $243,263.

2014-2015 R56NS089607, mPI: Au/McClean/Grafman **(Stern Co-Investigator)**, Precursors and Prognosis of Traumatic Brain Injury in Young to Middle Aged Adults, Total Costs: $634,227

2014-2016 Avid Radiopharmaceuticals; **Site PI: Stern**, 18F-AV-1451-A05: An open label, multicenter study, evaluating the safety and imaging characteristics of 18F-AV-1451 in cognitively healthy volunteers, subjects with Mild Cognitive Impairment, and subjects with Alzheimer's disease, Total Costs: $395,222.

2014-2019 Alzheimer's Disease Cooperative Study (ADCS), **Site PI: Stern**, Anti-Amyloid Treatment in Asymptomatic Alzheimer's Disease (A4 Study), Total Costs: $464,479.

2014-2019 Eli Lilly, **Site PI: Stern**, Effect of Passive Immunization on the Progression of Mild Alzheimer's Disease: Solanezumab (LY2062430) Versus Placebo, Total Costs: $395,270

2014-2016 Amarantus Holdings, Inc., **PI: Stern**, Amarantus LymPro Cell Cycle Dysfunction Blood Biomarker for AD and CTE, Total Costs: 54,600

2013-2016 DoD W81XWH-13-2-0064; Traumatic Brain Injury Research Award; **Co-PI: Stern** (Co-PI: M. Shenton), Tau Imaging of Chronic Traumatic Encephalopathy, Total Costs: $992,727

2013-2015 Eisai, Inc., **Site PI: Stern**, A Placebo-controlled, double-blind, parallel-group, Baysian Adaptive Randomization Design and Dose Regimen-finding study to evaluate safety, tolerability and efficacy of BAN2401 in subjects with early Alzheimer's disease, Total Costs: $391,342.

2013-2017 U01-NS086659; PI: McKee (**Stern, Co-Investigator**), CTE and Posttraumatic Neurodegeneration: Neuropathology and Ex Vivo Imaging, Total Costs: $6,000,000

2011-2015 R01NS078337-01A1, **PI: Stern**, Chronic Traumatic Encephalopathy: Clinical Presentation and Biomarkers, Total Costs: $ 2,035,330.

2011-2016 P30-AG13846, PI: N. Kowall; **Clinical Core Director: Stern**; Boston University Alzheimer's Disease Core Center; Total Costs: $5,986,877.

2010-2015 D01 HP08796, PI: S. Chao; **Neuropsychology Director: R.A. Stern**; Geriatric Medicine, Dentistry and Psychiatry Fellowship at Boston University; Total Direct Costs: $1,044,630

2009-2015 R01CA129769, **PI: Stern** (mPI: Mandelblatt, Ahles), Older Breast Cancer Patients: Risk for Cognitive Decline, Total Costs: $ 3,186,605

## Past Other Support

2008-2014 R01MH080295, PI: Stern (MPI: R. Joffe), Subclinical Hypothyroidism: Mood, Cognition and the Effect of L-Thyroxine Treatment, Total Costs: $ 2,229,240

2009-2013 Medivation, Inc. Protocol No. DIM18EXT, Site PI: R.A. Stern, Concert Plus: An Open-Label Extension of the Concert Protocol (DIM18) Evaluating Dimebon (Latrepirdine) in Patients with Alzheimer's Disease, Total Direct Costs: $30,768

2009-2013 Wyeth/Pfizer Pharmacuticals, Site PI: R.A. Stern, A Phase 3, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel Group, Efficacy and Safety Trial of Bapineuzumab (AAB-001, ELN115727) in Patients with Mild to Moderate Alzheimer's Disease who are Apolipoprotein E 4 Carriers (Protocol 3133K1-3001-US), Total Direct Costs: $265,380

2008-2012 Elan Pharmaceuticals (now Janssen Alzheimer's Immunotherapy), Site PI: R.A. Stern, A Phase 3, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel Group, Efficacy and Safety Trial of Bapineuzumab (AAB-001, ELN115727) in Patients with Mild to Moderate Alzheimer's Disease who are Apolipoprotein E 4 Non-Carriers (Protocol ELN115727-301) and Carriers (Protocol ELN115727-302), Total Direct Costs: $500,000

2007-2012 U01 AG10483, ADCS Contract (CFDA #93.866), Site PI: R.A. Stern, Multi-Center Trial to Evaluate Home-Based Assessment Methods for Alzheimer 's Disease Prevention Research in People Over 75 Years Old, Total Direct Costs: $117,750

2009-2011 5U01AG015477-07 ARRA. PI: J. Breitner; Site Director: R.A. Stern, Prevention of Alzheimer's Disease and Cognitive Decline, Total Direct Costs (Boston Site): $145,432

2009-2011 National Operating Committee on Standards for Athletic Equipment Investigator Initiated Grant, PI: A.C. McKee & R.A. Stern, Neuropathological and Clinical Consequences of Repetitive Concussion in Athletes; Total Direct Costs: $249,992

2008-2011 IIRG-08-89720 (Alzheimer's Association), PI: R.A. Stern, Assessment of Driving Safety in Aging, MCI and Dementia, Total Direct Costs: $240,000

2008-2011 Alzheimer's Association Subcontract, PI: G. Feke; Site PI: R.A. Stern, Objective Biomarkers for Alzheimer's Disease in the Retina, Total Costs: $81,000 Subcontract

2009-2010 P30-AG13846 Supplement to P30 Center Grant, PI: R.A. Stern & A.C. McKee (N. Kowell, P30 PI); Development of Pathology Diagnostic Criteria for Chronic Traumatic Encephalopathy, Total Direct Costs: $83,287

2008-2009 P30-AG13846 Supplement to P30 Center Grant, PI: R.A. Stern & A.C. McKee (N. Kowell, P30 PI); Neuropathologic Examination of Traumatic Encephalopathy in Athletes with Histories of Repetitive Concussion, Total Direct Costs: $100,000

2004-2009 U01 AG023755, PI: T. Perls, Exceptional Survival and Longevity in New England, Total Direct Costs: $2,073,781

2006-2009 R01 HG/AG02213, PI: R.C. Green, Risk Evaluation and Education for Alzheimer's Disease (REVEAL III), Total Direct Costs: $1,992,415

2000-2007 U01 AG15477, PI: J. Breitner, The ADAPT Study: Alzheimer's Disease Anti-inflammatory Prevention Trial, Total Direct Costs to Boston Site: $561,246

2004-2006 Massachusetts Institute of Technology AgeLab and The Hartford, PI: R.A. Stern; Driving and Dementia Total Direct Costs: $162,082

2004-2005 Boston University Alzheimer's Disease Core Center Pilot Project Grant, PI: R.A. Stern Triiodothyronine Treatment of Alzheimer's Dementia, Total Direct Costs: $29,989

2001-2004 R21MH062561, PI: G. Tremont, A Telephone Intervention for Dementia Caregivers, Total Direct Costs: $375,000

2001-2005 5R01AG016335, PI: B. Ott, A Longitudinal Study of Hazardous Drivers with Dementia, $103,008, Subcontract

1998-2004 5R01NS037840, PI: Ivan Miller. Title: Efficacy of a Family Telephone Intervention for Stroke, Total Direct Costs: $1,516,615

2000-2003 Eisai, Inc. and Pfizer, Inc Investigator Initiated Grant, PI: R.A. Stern; Title: Clinical Trial of Donepezil Hydrochloride (Aricept) in Diminishing the Cognitive Impairment Associated with Electroconvulsive Therapy; Total Direct Costs: $108,854

1999-2003 Alzheimer's Association Individual Research Grant; PI: R.A. Stern; Title: A Double-Blind Study of Donepezil with and without Thyroid Hormone in the Treatment of Alzheimer's Dementia Total Direct Costs; $163,626

2000-2002 R44 MH58501, PI: T. White. Project PI: R.A. Stern; Title: A Modular Neuropsychological Test Battery (Subcontract with Psychological Assessment Resources, Inc) Total Direct Costs: $272,487, Subcontract (Project Total Direct: $1,305,245)

1999-2000 Psychological Assessment Resources, Inc. Contract; PI: R.A. Stern; Title: Development of a Modular Neuropsychological Test Battery; Total Direct Costs: $48,084

1999-2004 Thyroid Research Advisory Council (TRAC) Individual Grant; PI: Geoffrey Tremont; Title: Cerebral Perfusion and Neuropsychological Functioning in Thyrotoxic Graves' Disease Patients; Total Direct Costs: $55,139

1997-2000 National Alliance for Research on Schizophrenia and Depression Independent Investigator Award; PI: R.A. Stern; Title: Thyroxine Treatment of the Neurocognitive Side Effects of Lithium; Total Direct Costs: $92,592

1998 R43 MH58501-01; PI: T. White; A Modular Neuropsychological Test Battery (subcontract) Total Direct Costs: $23,463, Subcontract

1997-1998 Research Fellowship Training Grant, Brown University Department of Psychiatry and Human Behavior; PI: Geoffrey Tremont and R.A. Stern; Psychiatric and Neuropsychologic Consequences of Graves' Disease; Total Direct Costs: $15,888

1996-1997 Contract, Milkhaus Laboratory; PI: R.A. Stern; An Open-Label Treatment of 2CVV in the Amelioration of Neuropsychological and Psychiatric Symptoms Associated with Chronic Fatigue Syndrome (CFS); Total Direct Costs: $10,000

1995-1996 Contract, Milkhaus Laboratory; PI: R. A. Stern; 2CVV in the Amelioration of Neuropsychological and Psychiatric Symptoms in Outpatients with Chronic Fatigue Syndrome: A Phase 1/2, Double-Blind, Placebo-Controlled Study; Total Direct Costs: $9575

1994-1995 Research Fellowship Training Grant (PI: James Arruda, Ph.D., Fellow); Title: Neurobehavioral Functioning in Women Infected with HIV-1; Total Direct Costs: $17,500

1992-1997 5R01MH048578-05; PI: R.A. Stern; Combined Thyroid Hormone and Electroconvulsive Therapy; Total Direct Costs: $471,021

1992-1994 5R01MH043231-02; PI: J.J.Haggerty; Co-PI: R.A. Stern; Neuropsychiatric Aspects of Marginal Hypothyroidism; Total Direct Costs: $174,413

1992-1997 5P50MH033127; PI: A.J. Prange, Jr.; Neurobehavioral Assessment Core Director: R.A. Stern; Psychoendocrinology: Children and Adults, Total Direct Costs: $4,641,038 total project; $256,624 subproject [core] *role in project ended 7/93 due to leaving UNC*

Case 2:12-md-02323-AB Document 6201-16 Filed 10/06/14 Page 30 of 61


1992-1993 UNC University Research Council Pilot Project Award Grant; PI: R. A. Stern; Influence of L-triiodothyronine (T3) on Memory following Repeated Electroconvulsive Shock (ECS) in Rats; Total Direct Costs: $3000

1992-1993 The Psychological Corporation Contract; PI: R.A. Stern; Validation of the Microcog Computerized Neuropsychological Screening Test in HIV-Infected Gay Men; Total Direct Costs: $3600

1991-1992 UNC Medical Faculty Research Pilot Project Award Grant; PI: R.A. Stern; Physostigmine as a Psychodiagnostic Tool: The Effects of Physostigmine on Cognition, Mood, and Behavior in Normal Volunteers; Total Direct Costs: $3000

1990-1992 The Foundation of Hope for Research and Treatment of Mental Illness Pilot Project Award; PI: R.A. Stern; Neuropsychological Correlates of Pregnancy and the Early Puerperium; Total Direct Costs: $16,000

1990-1992 The North Carolina Foundation for Mental Health Research, Inc. Pilot Project Award; PI: R.A. Stern; Physostigmine as a Psychodiagnostic Tool: The Effects of Physostigmine on Cognition, Mood and Behavior; Total Direct Costs: $1200

1989-1991 The Foundation of Hope for Research and Treatment of Mental Illness Pilot Project Award; PI: R.A. Stern; Neuropsychological Correlates of Alterations in Thyroid State; Total Direct Costs: $26,317

1989-1994 R01MH044618; PI: D. Evans; HIV: Neuropsychiatric and Psychoimmune Relationships; Total Direct Costs: $1,293,290 (subcontract)

## CONGRESSIONAL TESTIMONY

June 25, 2014 Special Committee on Aging, United States Senate Hearing on "State of Play: Brain Injuries and Diseases of Aging"

## INVITED LECTURES AND PRESENTATIONS

*(Does not include frequent invited community lay lectures, including lectures for the MA/NH Chapter of the Alzheimer's Association)*

May 16, 1989 *Mood Disorders and Cerebrovascular Disease*. Department of Psychiatry, Rhode Island Hospital, Brown University School of Medicine, Providence, RI,.

Dec. 8, 1989 *Mood Disorders following Stroke*. Continuing Education Course, Greensboro (NC) Area Health Education Center,

January 4, 1990 *Assessment and Diagnosis of Post-Stroke Mood Disorders*. Continuing Education Course, Westboro (MA) State Hospital

March 3, 1990 *How to Design a Clinical Trial*. Third annual meeting of the Southern Association for Research in Psychiatry. Chapel Hill, NC.

May 25, 1990 *Assessment and Diagnosis of Post-Stroke Mood Disorders*. Whittiker Rehabilitation Center, Bowman-Gray Medical Center, Winston-Salem, NC

Aug 17, 31 1990 *Neurobehavioral Syndromes: Assessment and Diagnosis*. Continuing Education Workshop, Mountain Area Health Education Center, Asheville, NC

September 22, 1990 *Theories and Models of Human Cognition: Learning and Memory*. Advanced Workshops in Traumatic Brain Injury Rehabilitation, Peace Rehabilitation Center, Greenville, SC.

Case 2:12-md-02323-AB Document 6201-16 Filed 10/06/14 Page 31 of 61


October 19, 1990 *Neurobehavioral Syndromes*. Continuing Education Course, Broughton Hospital, Morganton, NC

December 11, 1990 *Neuropsychology of Aging*. Continuing Education Workshop, Mountain Area Health Education Center, Asheville, NC

Feb 24-Mar 1, 1991 *States of Mind*. Series of lectures on brain-behavior relationships to selected educators during week-long seminar/retreat, The North Carolina Center for the Advancement of Teaching, Cullowhee, NC

March 1, 1991 *How to Design a Clinical Trial*. Psychiatry Grand Rounds, Bowman-Gray School of Medicine, Winston-Salem, NC

March 14, 1991 *Mood Disorders Following Stroke*. Psychiatry Grand Rounds, University of North Carolina School of Medicine, Chapel Hill, NC

July 26, 1991 *Normal and Pathological Aging: Neurocognitive Functioning*. Continuing Education Course, Broughton Hospital, Morganton, NC

September 12, 1991 *Neurobehavioral Functioning in a Non-Confounded Cohort of Asymptomatic HIV Seropositive Gay Men*. National Institute of Mental Health (NIMH) sponsored meeting, Neurobehavioral Findings in AIDS Research, Washington, DC

April 2, 1992. *Neuropsychiatric Disorders: Post-Stroke Depression and AIDS-Related Neurobehavioral Impairment*. Annual meeting of the North Carolina Speech and Hearing Association, Wilmington, NC,

September 18, 1992 *Neurobehavioral Syndromes*. Continuing Education Course, Johnston County (NC) Mental Health Center.

October 13, 1993 *Neurobehavioral Aspects of HIV Infection: Children and Adults.* Child Psychiatry Grand Rounds, Brown University School of Medicine, Providence, RI

December 14, 1993 *New Directions in Psychoneuroimmunology: Neuropsychiatric Correlates of HIV Infection.* Boston Behavioral Immunology Study Group, Boston, MA

March 3, 1994 *Neuropsychiatric Aspects of Thyroid Disorders*. Endocrinology Grand Rounds, Rhode Island Hospital, Providence, RI

March 23, 1994 *Post-Stroke Mood Disorders*. Neurology Grand Rounds, Brown University School of Medicine, Providence, RI

April 29, 1994 *Behavioral Abnormalities in Dementia*. Gerontology '94: Brain and Behavior, a conference sponsored by the Rhode Island Department of Elderly Affairs, Cranston, RI

June 3, 1994 *Differential Diagnosis of Psychiatric Disorders in Neurologic Patients: Assessment of Mood*. Applications of Neuropsychological Expertise to Clinical Practice in Psychology. Boston Department of Veterans Affairs Medical Center and Tufts New England Medical Center, Boston, MA

November 15, 1994 *Brain-Behavior Relationships: Appropriate Use and Benefits of Neuropsychological Evaluation*. Grand Rounds. Department of Medicine, Rhode Island Hospital, Providence, RI

November 17, 1994 *Neuropsychiatric Aspects of HIV and AIDS*. General Internal Medicine Research Seminar. Rhode Island Hospital, Providence, RI.

March 5, 1996 *Thyroid Disorders and Psychiatry*. Grand Rounds, St. Luke's Hospital, New Bedford, MA

March 26, 1996 *Neurobehavioral Aspects of Thyroid Disorders*. Lecture Series, Department of Endocrinology, University of Virginia School of Medicine, Charlottesville, VA

April 10, 1996 *Neuropsychiatric Aspects of Thyroid Disorders*. Psychiatry Lecture Series, Rhode Island Hospital, Providence, RI

April 19, 1996 *Neurobehavioral Aspects of Graves' Disease*. Keynote Address, Third Annual Meeting of the New England Thyroid Club, Westborough, MA

May 7, 1996 *Neuropsychological Evaluation of Executive Functioning*. "Neuropsychiatry for Clinicians" section of the *Psychiatry Update* session of the 149th Annual Meeting of the American Psychiatric Association, New York

June 19, 1997 *Assessment of Mood State and Depression in Neurodegenerative Disease*. Geriatric Case Conference and Journal Club. Butler Hospital

November 2, 1997 *The Thyroid Axis in Mood Disorders: Thoughts About Therapy* (Discussant). The 14th Annual George C. Ham Symposium (A Festschrift Celebrating the Career of Arthur J. Prange, Jr.). Chapel Hill, NC

December 19, 1997 *Neuropsychiatric Manifestations of HIV Infection*. Psychiatry Grand Rounds. Department of Veterans Affairs Medical Center. Providence, RI

May 5, 1998 *Quantifying the Qualitative Features of Rey-Osterrieth Complex Figure Performance: The Boston Qualitative Scoring System (BQSS)*. Continuing Education Lecture. Massachusetts Neuropsychological Society, Boston, MA

November 8, 1998 *Assessment of Mood State and Depression in Aphasia*. Aphasia: Assessment, Treatment, and Emotional Issues Symposium. 19th Annual Neurorehabilitation Conference on Traumatic Brain Injury and Stroke. (Sponsored by the Healthsouth Braintree Rehabilitation Hospital.) Cambridge, MA

April 27, 1999 *Assessment of Mood and Depression in Neurologic Disease.* Spring Lecture Series. Department of Communicative Disorders, University of Rhode Island, Kingston, RI

June 16, 1999 *The Use of Thyroid Hormone to Diminish the Cognitive Side Effects of Psychiatric Treatment*. Psychiatry Grand Rounds, McMaster University Medical Center, Hamilton, Ontario, Canada

Nov. 13, 1999 *Cognitive Rehabilitation: A Neuropsychological Perspective.* "Frontiers of Hope;" Annual National Meeting for Patients, Families, and Health Care Professionals; Brain Tumor Society, Providence, RI

March 1, 2000 *Neurobehavioral Functioning in Thyroid Disease*. Neurology Grand Rounds, Brown University School of Medicine, Rhode Island Hospital, Providence, RI

June 14, 2000 *Surviving a Brain Tumor: Understanding Changes in Thinking and Memory*. Featured speaker for an international educational teleconference for brain tumor survivors and family members, co-sponsored by the Brain Tumor Society, the American Brain Tumor Association, the National Brain Tumor Foundation, and Cancer Care, Inc.

December 14, 2000 *The Use of Thyroid Hormone to Diminish the Cognitive Side Effects of ECT and Lithium*. Geriatric Psychiatry Case Conference and Journal Club (CME activity), Butler Hospital, Providence, RI

April 29, 2002 *The Thyroid-Brain Connection: Neuropsychological and Behavioral Aspects of Thyroid Disorders*. Keynote Speaker, Psi Chi Induction Ceremony, Providence College, Providence, RI

September 21, 2002 *The Invisible Disability: Living with the Cognitive and Behavioral Changes from a Brain Tumor*. "Living Beyond a Brain Tumor 2002: A brain tumor symposium for patients, families, and healthcare professionals. Brain Tumor Society, Quincy, MA

Case 2:12-md-02323-AB Document 6201-16 Filed 10/06/14 Page 33 of 61


December 5, 2002 *Neuropsychology of Thyroid Disease*. Behavioral Neuroscience Seminar Series. Brigham and Women's Hospital, Harvard Medical School, Boston, MA

June 16, 2003 *The Role of Thyroid Functioning in the Aging Brain and Dementia*. Seminar Series, Alzheimer's Disease Center, Boston University School of Medicine, Boston, MA

December 12, 2003 *The Neuropsychological Assessment Battery (NAB)*. Continuing Education Workshop, Colorado Neuropsychological Society, Denver, CO

January 23, 2004 *The Neuropsychological Assessment Battery (NAB)*. Continuing Education Workshop, Georgia Psychological Association, Emerald Pointe, GA,.

January 24, 2004 *The Neuropsychological Assessment Battery (NAB): Development and Psychometric Properties*. Continuing Education Workshop, 1st Professional Neuropsychology Weekend Conference, Coalition of Clinical Practitioners in Neuropsychology, Las Vegas, NV

January 24, 2004 *The Neuropsychological Assessment Battery (NAB): Administration, Scoring, and Interpretation*. Continuing Education Workshop, 1st Professional Neuropsychology Weekend Conference, Coalition of Clinical Practitioners in Neuropsychology, Las Vegas, NV

April 1, 2004 *The Utility of the Neuropsychological Assessment Battery (NAB) in the Evaluation of Adult Neurodevelopment Disabilities*. Continuing Education Workshop, Annual Conference of Contemporary Applications of Psychological Testing, Harvard Medical School, Boston, MA

October 8, 2004 *The Neuropsychological Assessment Battery (NAB).* Workshop presented at the annual meeting of the International Test Commission, Williamsburg, VA

December 8, 2004 *The Role of Thyroid Functioning in the Aging Brain and Dementia*. Psychiatry Grand Rounds, Edith Norse Veterans Administration Medical Center, Bedford, MA

February 5, 2005 *Neurobehavioral Functioning in Thyroid Disorders*. Continuing Education Seminar presented at the 32nd Annual Conference of the International Neuropsychological Society, Las Vegas, NV

March 15, 2005 *Thyroid-Brain Relationships in Aging and Dementia*. Neurology Grand Rounds, Boston University School of Medicine, Boston, MA

March 22, 2005 *Cognitive & Memory Changes in Aging & Dementia*. Mini-Med School, Boston University School of Medicine, Boston, MA

May 12, 2005 *Alzheimer's Disease Research in 2005: Where are we and Where are we Going?* Keynote Address, 5th Annual Boston Alzheimer's Partnership Legislative Breakfast. Dorchester, MA

June 7, 2005 *Alzheimer's Disease Research in 2005*. Keynote Address, "Alzheimer's Disease: Finding New Pathways," Berkshire Area Health Education Center Conference, Hancock, MA.

May 3, 2006 *Research Update.* Alzheimer's Association annual "Map Through the Maze," Marlboro, MA

June 4, 2006 *Advances in Alzheimer's Disease: Diagnosis and Care of Women*. 14th Annual Congress on Women's Health, Hilton Head, SC

January 16, 2007 *New Discoveries and Directions in Alzheimer's Disease Research and Care*. A Briefing for the Bipartisan Congressional Task Force on Alzheimer's Disease. The Rayburn House Office Building, Washington, DC,

May 2, 2007 *Research Update.* Alzheimer's Association annual "Map Through the Maze," Marlboro, MA

June 29, 2007 *Driving and Dementia*. Social Work Practice with Older Adults: A Continuing Education and Certificate Training Opportunity, Boston College Graduate School of Social Work, Boston, MA

February 28, 2008 *Medical Advances in Research and Treatment*, Keynote Address for the Dementia/Alzheimer's Disease Training Session, Massachusetts Assisted Living Facilities Association (MassALFA), Waltham, MA.

May 14, 2008 *Driving and Dementia: Balancing Personal Independence and Public Safety.* Alzheimer's Association annual "Map Through the Maze," Marlboro, MA

June 27, 2008 *Elderly Drivers: A Difficult Balance of Personal Independence & Public Safety*. Women's Health and Older Adult Conference, Nurse Practitioner Associates Continuing Eduction (NPACE), Falmouth, MA

March 6, 2009 *Chronic Traumatic Encephalopathy: Progressive Tauopathy following Repetitive Concussion in Athletes*, Pediatric Neurology Grand Rounds, Boston University School of Medicine

May 13, 2009 *Research Update.* Alzheimer's Association annual "Map Through the Maze," Marlboro, MA

October 2, 2009 *Chronic Traumatic Encephalopathy and the Athlete*. Concussion and the Athlete CME Conference, Foxboro, MA

October 7, 2009 *Alzheimer's Disease Research Update*. Massachusetts Councils on Aging Annual Conference, Sturbridge, MA

November 12, 2009 *Recognizing, Diagnosing, and Treating Alzheimer's Disease*. Pri-Med East CME Conference, Boston, MA

November 13, 2009 *Alzheimer's Disease Research Update 2009: Where are we Now and Where are we Going?* Keynote Address at the 12th Annual Alzheimer's Awareness Conference, Alzheimer's Services of Cape Cod and the Islands, Mashpee, MA

March 17, 2010 *Chronic Traumatic Encephalopathy*. Briefing to the Congressional Brain Injury Task Force, Washington, DC

June 23, 2010 *Chronic Traumatic Encephalopathy and Repetitive Brain Trauma in Athletes*, Institute of Medicine Committee on Nutrition, Trauma and the Brain, Washington, DC

October 1, 2010 *Long-Term Effects of Repetitive Concussive and Subconcussive Brain Trauma: Chronic Traumatic Encephalopathy (CTE)*. 2010 Head Trauma and the Athlete CME Conference, Waltham, MA

October 28, 2010 *The Role of Thyroid Functioning in the Aging Brain*. Psychiatry Grand Rounds, Edith Norse Veterans Administration Medical Center, Bedford, MA

November 6, 2010 *Head Games: Chronic Traumatic Encephalopathy Following Repetitive Brain Trauma in Athletes*. Keynote Address at the 31st Annual Braintree Neurorehabilitation Conference, Cambridge, MA

November 18, 2010 *Alzheimer's Disease 2010: A Time for Hope*, Keynote Address for the Dementia/Alzheimer's Disease Training Session, Massachusetts Assisted Living Facilities Association (MassALFA), Hopkinton, MA.

Case 2:12-md-02323-AB Document 6201-16 Filed 10/06/14 Page 35 of 61


February 2, 2011 — *Chronic Traumatic Encephalopathy: Long-term Consequences of Repetitive Brain Trauma*. Continuing Education Course at the 39th Annual Meeting of the International Neuropsychological Society, Boston, MA.

March 19, 2011 — *Chronic Traumatic Encephalopathy*, Keynote Speaker, "New Frontiers in Traumatic Brain Injury: Update 2011 Essential Information for the Clinical Neurologist," sponsored by the Massachusetts Neurologic Association and the Massachusetts Medical Society, Boston, MA.

March 25, 2011 — *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Impact of Repetitive Brain Trauma in Athletes*, Luncheon Keynote Address, American Neuropsychiatric Association, Denver, CO

April 28, 2011 — *Sports Concussions: The Hidden Risks*, Invited Speaker for Brain Trauma Symposium, The Neuroscience Institute at the University of Tennessee Health Science Center, Memphis, TN.

April 29, 2011 — *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes.* Neurology Grand Rounds, University of Tennessee Health Sciences Center.

May 11, 2011 — *Driving and Dementia: A Difficult Balance of Personal Independence and Public Safety*. Alzheimer's Association annual "Map Through the Maze," Marlboro, MA.

August 5, 2011 — *Chronic Traumatic Encephalopathy: The Synergy of Science and Journalism in Creating Culture Change*. Invited Lecture at the Annual Meeting of the American Psychological Association, Washington, DC.

September 24, 2011 — *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes*. Keynote Speaker for the Baptist Hospital Annual Brain Injury Symposium, Coconut Grove, FL.

October 19, 2011 — *Head Games: Chronic Traumatic Encephalopathy and the Long Term Effects of Repetitive Brain Trauma in Athletes*. Grand Rounds Speaker, Beth Israel Deaconess Medical Center-Needham, Needham, MA

October 20, 2011 — Panelist, "Alzheimer's Forum," WBUR (NPR), Boston, MA

November 5, 2011 — *Alzheimer's disease: Research Updates on Diagnosis, Treatment and Prevention*. Keynote Speaker, Alzheimer's Association, Chicopee, MA

January 19, 2012 — *Chronic Traumatic Encephalopathy*. Invited Lecture, Boston Society of Neurology and Psychiatry, Boston, MA

March 5, 2012 — *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes*. Invited Speaker, Boston Surgical Society, Boston, MA

March 28, 2012 — Moderator, Annual Alzheimer's Association (MA/NH Chapter) Research Day, Lexington, MA

April 11, 2012 — *Alzheimer's Disease 2012: A Reason for Hope*. Keynote Speaker, Annual Research Program, Alzheimer's Association, Worcester, MA

April 17, 2012 — *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes*. Grand Rounds Speaker, Good Samaritans Medical Center, Brockton, MA

Case 2:12-md-02323-AB Document 6201-16 Filed 10/06/14 Page 36 of 61


April 26, 2012 *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes*. Invited Speaker, CME Series, Vista Health System, Waukegan, IL

April 28, 2012 *Alzheimer's Disease: Research Updates on Diagnosis, Treatment and Prevention*. Keynote Speaker, Alzheimer's Partnership, Andover, MA

May 16, 2012 *Driving and Dementia: A Difficult Balance of Personal Independence and Public Safety*. Alzheimer's Association annual "Map Through the Maze," Marlboro, MA.

May 24, 2012 *Chronic Traumatic Encephalopathy: Long-Term Effects of Repetitive Brain Trauma in Athletes and the Military*. Invited Speaker, Alzheimer's Disease: Update and Research, Treatment, and Care, Annual Conference sponsored by the Shiley-Marcos Alzheimer's Disease Research Center, University of California, San Diego, San Diego, CA

June 13, 2012 *Head Games: Long-term Consequences of Repetitive Brain Trauma*. Keynote Speaker, Traumatic Brain Injury Conference, Sunnybrook Hospital, Toronto, Canada

June 15, 2012 *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes*. Keynote Speaker, "Effects of Multiple ABI—Preventing Further Injury" Conference, Brain Injury Association, London, Ontario, Canada

August 3, 2012 *Chronic Traumatic Encephalopathy*. Plenary Speaker, Annual Meeting of the American Psychological Association, Orlando, FL

October 1, 2012 *Clinical Presentation of CTE : Combining Clinical and Biomarker Data for Accurate Diagnosis*. Invited Speaker (and Conference Co-Chair), Inaugural Chronic Traumatic Encephalopathy (CTE) Conference, Jointly Sponsored by Boston University and the Lou Ruvo Center for Brain Health, Las Vegas, NV

October 13, 2012 *Differentiating chronic traumatic encephalopathy from Alzheimer's disease and other neurodegenerative conditions*. Invited Speaker, Fred Kavli Public Symposium, Society for Neuroscience, New Orleans, LA

October 26, 2012 *Chronic Traumatic Encephalopathy: Clinical Presentation*. Invited Speaker (and Conference Co-Chair), 2012 Brain Trauma and the Athlete Conference, CME Conference Sponsored by Boston University School of Medicine, Waltham, MA

October 29, 2012 *Understanding the Continuum of MCI due to AD & Dementia due to AD*. Invited Speaker, Aging or Alzheimer's Disease? How to Detect and Treat Memory Loss in the Primary Care Setting, CME Conference by Boston University Alzheimer's Disease Center, Waltham, MA.

November 10, 2012 *Alzheimer's Disease 2012: Reasons for Hope*. Keynote Speaker, NH Alzheimer's Association Conference: Care to Cure, Concord, NH.

December 1, 2012. *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes*. Invited Speaker, 59th Annual Meeting of the Massachusetts Chapter of the American College of Surgeons, Boston, MA

December 5, 2012 *Clinical Presentation of CTE*: Invited Speaker, 1st NIH Workshop on the Neuropathology of Chronic Traumatic Encephalopathy, Bethesda, MD.

December 11, 2012 *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes*. Invited Speaker, Clinical Neurosciences Grand Rounds, Boston University School of Medicine, Boston, MA

March 6, 2013 *Clinical Presentation of Chronic Traumatic Encephalopathy*, Invited Speaker, 3rd Traumatic Brain Injury Conference, Arlington, VA

Case 2:12-md-02323-AB Document 6201-16 Filed 10/06/14 Page 37 of 61


March 17, 2013 *Efforts toward earlier Alzheimer's Treatment*, Invited Panelist, Health Journalism 2013 (American Health Care Journalists), Boston, MA

April 17, 2013 *Head Games: Chronic Traumatic Encephalopathy and the Long Term Consequences of Repetitive Brain Trauma in Athletes*. Invited Webinar Speaker, Rose® Webinar Series.

May 4, 2013 *CTE and Late Life Issues*, Invited Speaker, International Sports Concussion Symposium, Minneapolis, MN

May 10, 2013 BU A Leader in Sports-Related Head Injury: Long Term Consequences, Invited Speaker, Medical Grand Rounds, Boston University School of Medicine, Boston, MA

May 13, 2013 *Clinical Presentation and Diagnosis of Chronic Traumatic Encephalopathy*, Invited Speaker, World Brain Mapping Conference, Baltimore, MD

May 31, 2013 *Chronic Traumatic Encephalopathy*, Invited Speaker, "Dementia: A Comprehensive Update" Continuing Medical Education Course, Harvard Medical School, Boston, MA.

June 3, 2013 *The Future of Contact Sports: Concussions May Be the Tip of the Iceberg*. Invited Panelist and Speaker, The German Center for Research and Innovation and Ludwig-Maximilians-Universität München, New York, NY

June 10, 2013 *Clinical efficacy – how do we observe a potential treatment effect?* Invited Speaker, Workshop: Prevention of Alzheimer's Disease – What will it take? (New York Academy of Sciences), New York, NY

June 20, 2013 *CTE: Point/Counterpoint Presentation*, Invited Speaker, 11th Annual American Academy of Clinical Neuropsychology Conference, Chicago, IL

October 24, 2013 *Concussion and Action Points* Symposium, The Association of Ringside Physicians 2013 Annual Medical Seminar, Las Vegas, NV

November 12, 2013 *Unmet Needs in Neurodegeneration: Focus on Endpoints*, Keynote Speaker, 2nd Annual Meeting of the Coalition Against Major Diseases, Bethesda, MD

November 12, 2013 *Chronic Traumatic Encephalopathy: Public Health Consequences of Repetitive Brain Trauma in Sports*, Keynote Speaker, 2nd Annual Research Day, Boston University School of Public Health, Boston, MA

December 5, 2013 *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes*, Grand Rounds, Department of Neurology, Medical University of South Carolina, Charleston, SC

January 17, 2014 *Brain Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma*, Distinguished Lecturer for Grand Rounds, Department of Physical Medicine and Rehabilitation, Harvard Medical School, Spaulding Rehabilitation Hospital, Boston, MA

January 29, 2014 *Clinical Presentation and Diagnosis of Chronic Traumatic Encephalopathy: What We Think We Know and What We Need to Know Next*, Invited Lecture, C4CT Summit, United Nations, New York, NY

January 30, 2014 *Brain Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma*, Visiting Speaker, Mayo Clinic, Scottsdale, AZ

March 19-23, 2014 *Chronic Traumatic Encephalopathy*, Invited Symposium Organizer and Speaker, 10th World Congress on Brain Injury, San Francisco, CA

Case 2:12-md-02323-AB Document 6201-16 Filed 10/06/14 Page 38 of 61


| | |
|---|---|
| March 28, 2014 | *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes*, Invited Speaker, Grand Rounds, Department of Medicine, Tufts Medical School, Boston, MA |
| April 16-17, 2014 | *Chronic Traumatic Encephalopathy Clinical Presentation and Biomarkers: What We Know and What We Do Not Know*, Invited Speaker, 4rd Traumatic Brain Injury Conference, Washington, DC |
| May 2, 2014 | *Chronic Traumatic Encephalopathy: What We Think We Know and What We Need to Know*, Plenary Speaker, 8th Annual National Summit on Sports Concussion, Los Angeles, CA |
| May 13, 2014 | *Brain Games: Chronic Traumatic Encephalopathy and the Long Term Consequences of Repetitive Concussive and Subconcussive Brain Trauma in Athletes*. Keynote Speaker, NYC MedTech Program, New York, NY |
| May 30, 2014 | *Chronic Traumatic Encephalopathy*, Invited Speaker, "Dementia: A Comprehensive Update" Continuing Medical Education Course, Harvard Medical School, Boston, MA. |
| June 30, 2014 | *Overview of recent/current research in clinical endpoint development*, "Pre-Dementia Clinical Outcome Assessment Tool (pCOA) Stage 2 Meeting, Coalition Against Major Diseases, Bethesda, MD |
| July 31, 2014 | *Brain Trauma Leading to Alzheimer's Disease and Chronic Traumatic Encephalopathy: What We Know and What We Need to Know*, Invited Lecture, C4CT Summit, United Nations, New York, NY |
| November 12, 2014 | *Brain Games: What We Now Know and What We Must Know Next about Chronic Traumatic Encephalopathy*, Opening Keynote Address, 2014 Annual Conference of the National Academy of Neuropsychology, Puerto Rico. |

## MEDIA EXPERIENCE AND APPEARANCES:

| | |
|---|---|
| Media Training: | Fleishman-Hillard International Communications, New York, February 2009 |
| Print Media: | Interviewed and quoted in national and international newspapers and news magazines, including the New York Times, Washington Post, Boston Globe, LA Times, Time Magazine, USA Today, and others. |
| Broadcast Media: | Interviews on ABC World News Tonight, CBS Evening News, NBC Nightly News, Good Morning America, Nightline, CNN, Fox News, National Public Radio, ESPN, CTV's Canada AM, ABC Radio Australia, ABC TV Australia, and numerous local affiliate radio and television news interviews. |
| Documentaries: | Appeared in Feature Length Film Documentary, "I Remember Better When I Paint" (2009), French Connection Films and the Hilgos Foundation. |
| | Appeared in Feature Length Film Documentary, "Head Games" (2012), Variance Films, Directed by Steven James. |
| | Appeared in Feature Length Television Documentary, "League of Denial" (2013), *Frontline*, Public Broadcasting System (PBS), Directed by Michael Kirk. |

## ORIGINAL, PEER REVIEWED ARTICLES:

*(Past and present students, fellows, and other trainees italicized)*

1. Elder, J.P., & **Stern, R.A.** (1986). The ABC's of adolescent smoking prevention: An environment and skills model. Health Education Quarterly, 13, 181-191.

2. Elder, J.P., **Stern, R.A.**, Anderson, M., Hovell, M.F., Molgaard, C.A., & Seidman, R. (1987). Contingency-based strategies for the prevention of alcohol, drugs, and tobacco use: Missing or unwanted components of adolescent health promotion? Education and Treatment of Children, 10, 30-47.

3. **Stern, R.A.**, Prochaska, J.O., Velicer, W.F., & Elder, J.P. (1987). Stages of adolescent smoking acquisition: Measurement and sample profiles. Addictive Behaviors, 12, 319-329.

4. Elder, J.P., de Moor, C., Young, R.L., Wildey, M.B., Molgaard, C.A., Golbeck, A.L., Sallis, J.F., & **Stern, R.A.** (1990). Stages of adolescent tobacco-use acquisition. Addictive Behaviors, 15, 449-454.

5. Simmons, R.B., **Stern, R.A.**, Teekhassaenee, C., & Kenyon, K.R. (1990). Elevated intraocular pressure following penetrating keratoplasty. Transactions of the American Ophthalmological Society, 87, 79-93.

6. Simmons, R.B., Shields, M.B., Blasini, M., Wilkerson, M., & **Stern, R.A.** (1991). A clinical evaluation of transscleral Neodymium:YAG cyclophotocoagulation with a contact lens. American Journal of Ophthalmology, 112, 671-677.

7. **Stern, R.A.**, & Bachman, D.L. (1991). Depressive symptoms following stroke. American Journal of Psychiatry, 148, 351-356.

8. **Stern, R.A.**, Nevels, C.T., Shelhorse, M.E., *Prohaska, M.L.*, Mason, G.A., & Prange, A.J., Jr. (1991). Antidepressant and memory effects of combined thyroid hormone treatment and electroconvulsive therapy: Preliminary findings. Biological Psychiatry, 30, 623-627.

9. Keenan, P., **Stern, R.A.**, Janowsky, D.S., & Pedersen, C.A. (1992). Psychological aspects of premenstrual syndrome I: Cognition and memory. Psychoneuroendocrinology, 17, 179-187.

10. **Stern, R.A.**, *Singer, N.G., Silva, S.G.,* Rogers, H.J., Perkins, D.O., Hall, C.D., van der Horst, C.M., & Evans, D.L. (1992). Neurobehavioral functioning in a nonconfounded group of asymptomatic HIV seropositive homosexual men. American Journal of Psychiatry, 149, 1099-1102.

11. **Stern, R.A.**, van der Horst, C.M., Hooper, S.R., Bloodgood, K.M., & High, K.A. (1992). Zidovudine overdose in an asymptomatic HIV seropositive patient with hemophilia. Psychosomatics, 33, 454-457.

12. Girdler, S.S., Pedersen, C.A., **Stern, R.A.**, & Light, K.C. (1993). The menstrual cycle and premenstrual syndrome: Modifiers of cardiovascular reactivity in women. Health Psychology, 12, 180-192.

13. Haggerty, J.J. Jr., **Stern, R.A.**, Mason, G.A., Beckwith, J., *Morey, C.E.*, & Prange, A.J. Jr. (1993). Subclinical hypothyroidism: A modifiable risk factor for depression. American Journal of Psychiatry, 150, 508-510.

14. Pedersen, C.A., **Stern, R.A.**, *Pate, J.*, Senger, M.A., Bowes, W.A., & Mason, G.A. (1993). Thyroid and adrenal measures during late pregnancy and the puerperium in women who have been major depressed or who become dysphoric postpartum. Journal of Affective Disorders, 29, 201-211.

15. Robertson, K.R., **Stern, R.A.**, Hall, C.D., Perkins, D.O., Wilkins, J.W., *Gortner, D.T.*, Donovan, M.K., Messenheimer, J.A., Whaley, R., & Evans, D.L. (1993). Vitamin $B_{12}$ deficiency and nervous system disease in HIV infection. Archives of Neurology, 50, 807-811.

16. **Stern, R.A.**, *Steketee, M.S.*, Durr, A., Prange, A.J. Jr., & Golden, R.N. (1993). Combined use of thyroid hormone and ECT. Convulsive Therapy, 9, 285-292.

17. Perkins, D.O., **Stern, R.A.**, Golden, R.N., Murphy, C., *Naftalowitz, D*., & Evans, D.L. (1994). Mood disorders in HIV infection: Prevalence and risk factors in a non-epicenter of the AIDS epidemic. American Journal of Psychiatry, 151, 233-236.

18. **Stern, R.A.** (1994). Neuropsychiatric and psychoneuroimmune aspects of HIV infection and AIDS. Advances, 10 (4), 28-31.

19. **Stern, R.A.**, *Singer, E.A., Duke, L.M., Singer, N.G., Morey, C.E., Daughtrey, E.W.,* & Kaplan, E. (1994). The Boston Qualitative Scoring System for the Rey-Osterrieth Complex Figure: Description and interrater reliability. The Clinical Neuropsychologist, 8, 309-322.

20. Echelman, D.A., **Stern, R.A.**, Shields, S.R., Simmons, R.B., & Shields, M.B. (1995). Variability of contact transscleral neodymium:YAG cyclophotocoagulation. Investigative Ophthalmology & Visual Science, 36, 497-502.

21. Evans, D.L., Leserman, J., Perkins, D.O., **Stern, R.A.**, Murphy, C., Tamul, K., Liao, D., van der Horst, C.M., Hall, C.D., Folds, J.D., Golden, R.N., & Petitto, J.M. (1995). Stress associated reductions of cytotoxic T lymphocytes and natural killer cells in asymptomatic human immunodeficiency virus infection. American Journal of Psychiatry, 152, 543-550.

22. Perkins, D.O., Leserman, J., **Stern, R.A.**, *Baum, S.F*., Liao, D., Golden, R.N., & Evans, D.L. (1995). Somatic symptoms and HIV-1 infection: Relationship to depressive symptoms and indicators of HIV disease. American Journal of Psychiatry, 152, 1776-1781.

23. *Prohaska, M.L*., **Stern, R.A.**, *Steketee, M.C*., & Prange, A.J. Jr. (1995). Lithium, thyroid hormones, and neuropsychological functioning: A review and hypothesis. Depression, 2, 241-251.

24. **Stern, R.A.**, *Whealin, J.M*., Mason, G.A., Noonan, L.R., *Silva, S.G., Arruda, J.E*., & Prange, A.J. Jr. (1995). Influence of L-triiodothyronine on memory following repeated electroconvulsive shock in rats: Implications for human electroconvulsive therapy. Biological Psychiatry, 37, 198-201.

25. *Arruda, J.E*., **Stern, R.A.**, & *Legendre, S.A.* (1996). Assessment of mood state in patients undergoing electroconvulsive therapy: The utility of Visual Analogue Mood Scales developed for cognitively-impaired patients. Convulsive Therapy, 12, 207-212.

26. *Arruda, J.E*., Weiler, M.D., Valentino, D.S., Willis, W.G., Rossi, J.S., **Stern, R.A.**, Gold, S.G., & Costa, L. (1996). A guide for applying principal components analysis and confirmatory factor analysis to quantitative electroencephalogram data. International Journal of Psychophysiology, 23, 63-81.

27. *Cahn, D.A*.., Marcotte, A.C., **Stern, R.A.**, *Arruda, J.E*., Akshoomoff, N.A., & *Leshko, I.C.* (1996). The Boston Qualitative Scoring System for the Rey-Osterrieth Complex Figure: A study of children with Attention Deficit Hyperactivity Disorder. The Clinical Neuropsychologist, 10, 397-406.

28. *Prohaska, M.L.* **Stern, R.A.**, Nevels, C.T., Mason, G.A., & Prange, A.J. Jr. (1996). The relationship between thyroid status and neuropsychological performance in psychiatric outpatients maintained on lithium. Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 9, 30-34.

29. **Stern, R.A.**, *Robinson, B., Thorner, A.R., Arruda, J.E*., *Prohaska, M.L.,* & Prange, A.J. Jr. (1996). A survey study of neuropsychiatric complaints in patients with Graves' disease. Journal of Neuropsychiatry and Clinical Neurosciences, 8, 181-185.

30. **Stern, R.A.**, *Silva, S.G., Chaisson, N.*, & Evans, D.L. (1996). Influence of cognitive reserve on neuropsychological functioning in asymptomatic Human Immunodeficiency Virus-1 infection. Archives of Neurology, 53, 148-153.

31. **Stern, R.A.** (1996). Assessment of mood states in neurodegenerative disease: Methodological and diagnostic recommendations. Seminars in Clinical Neuropsychiatry, 1, 315-324.

32. *Costa, L., Arruda, J.E.,* **Stern, R.A.,** *Somerville, J.A.,* & Valentino, D. (1997). Asymptomatic HIV infected women: A preliminary study of quantitative EEG activity and performance on a continuous performance test. Perceptual and Motor Skills, 85, 1395-1408.

33. Evans, D.L., Leserman, J., Perkins, D.O., **Stern, R.A.**, Murphy, C., Zheng, B., Gettes, D., Longmate, J.A., Silva, S.G., van de Horst, C.M., Hall, C.D., Folds, J.D., Golden, R.N., & Petitto, J.M. (1997). Severe life stress as a predictor of early disease progression in HIV infection. American Journal of Psychiatry, 154, 630-634.

34. Nyenhuis, D.L., **Stern, R.A.**, Yamamoto, C., Luchetta, T., & *Arruda, J.E.* (1997). Standardization and validation of the Visual Analog Mood Scales. The Clinical Neuropsychologist, 11, 407-415.

35. **Stern, R.A.**, *Arruda, J.E.*, Hooper, C.R., Wolfner, G.D., & *Morey, C.E.* (1997). Visual Analogue Mood Scales to measure internal mood state in neurologically impaired patients: Description and initial validity evidence. Aphasiology, 11, 59-71.

36. **Stern, R.A.**, *Arruda, J.E., Somerville, J.A.*, Cohen, R.A., Boland, R.J., Stein, M.I., & Martin, E.M. (1998). Neurobehavioral functioning in asymptomatic HIV-1 infected women. Journal of the International Neuropsychological Society, 4, 172-178.

37. *Arruda, J.E.,* **Stern, R.A.**, & *Somerville, J.A.* (1999). Measurement of mood states in stroke patients: Validation of the Visual Analog Mood Scales. Archives of Physical Medicine and Rehabilitation, 80, 676-680.

38. **Stern, R.A.** (1999). Assessment of mood state in aphasia. Seminars in Speech and Language, 20, 33-50.

39. Freeman, R.Q., Giovannetti, T., Lamar, M., Cloud, B.S., **Stern, R.A.**, Kaplan, E., & Libon, D.J. (2000). Visuoconstructional problems in dementia: Contribution of executive systems functions. Neuropsychology, 14, 415-426.

40. Petitto, J.M., Leserman, J., Perkins, D., **Stern, R.A.**, Gettes, D., Folds, J.D., Golden, R.N., & Evans, D.L. (2000). High versus low basal cortisol secretion in asymptomatic, medication-free HIV infected men: Differential effects of severe life stress on parameters of immune status. Behavioral Medicine, 25, 143-151.

41. Schreiber, H.E., *Javorsky, D.J.*, Robinson, J., & **Stern, R.A**. (2000). Rey-Osterrieth Complex Figure Performance in Adults with Attention Deficit Hyperactivity Disorder: A Validation Study of the Boston Qualitative Scoring System. The Clinical Neuropsychologist, 14, 509-520.

42. *Somerville, J.A.*, Tremont, G., & **Stern, R.A.** (2000). The Boston Qualitative Scoring System (BQSS) as a measure of executive functioning in Rey-Osterrieth Complex Figure performance. Journal of Clinical and Experimental Neuropsychology, 22, 613-621.

43. Tremont, G., *Halpert, S., Javorsky, D.J.,* & **Stern, R.A.** (2000). Differential impact of executive dysfunction on verbal list learning and story recall. The Clinical Neuropsychologist, 14, 295-302.

44. Tremont, G., & **Stern, R.A.** (2000). Minimizing the cognitive effects of lithium therapy and electroconvulsive therapy using thyroid hormone. International Journal of Neuropsychopharmacology, 3, 175-186.

45. *Ruffolo, J.A., Javorsky, D.J.*, Tremont, G., *Westervelt, H.J.*, & **Stern, R.A.** (2001). A comparison of administration procedures for the Rey-Osterrieth Complex Figure: Flowcharts vs. pen switching. Psychological Assessment, 13, 299-305.

46. Paul, R.H., Cohen, R.A., & **Stern, R.A.** (2002). Neurocognitive manifestations of Human Immunodeficiency Virus. CNS Spectrums, 7, 860-866.

47. Tremont, G., Westervelt, H.J., Javorsky, D., *Podolanczuk, A.*, & **Stern, R.A.** (2002). Referring physicians' perceptions of the neuropsychological evaluation: How are we doing? The Clinical Neuropsychologist, 16, 551-554.

48. *Bishop, C.L.*, *Temple, R.O.*, Tremont, G., Westervelt, H.J., & **Stern, R.A.** (2003). Utility of the inpatient neuropsychological evaluation in an acute medical hospital. The Clinical Neuropsychologist, 17, 468-473.

49. Cahn-Weiner, D.A., Williams, K., Grace, J., Tremont, G., Westervelt, H., & **Stern, R.A.** (2003). Discrimination of dementia with lewy bodies from Alzheimer disease and Parkinson disease using the clock drawing test. Cognitive and Behavioral Neurology, 16, 85-92.

Case 2:12-md-02323-AB Document 6201-16 Filed 10/06/14 Page 42 of 61


50. *Davis, J.D.*, **Stern, R.A.**, & Flashman, L. (2003). Cognitive and neuropsychiatric aspects of subclinical hypothyroidism: Significance in the elderly. Current Psychiatry Reports, 5, 384-390.

51. *Legendre,* S.A., **Stern, R.A.**, Solomon, D.A., Furman, M.J., & *Smith, K.E.* (2003). The influence of cognitive reserve on memory following electroconvulsive therapy. Journal of Neuropsychiatry and Clinical Neurosciences, 15, 333-339.

52. Tremont, G., **Stern, R.A.**, Westervelt, H., *Bishop, C.L, & Davis, J.D.* (2003). Neurobehavioral functioning in thyroid disorders. Medicine and Health Rhode Island, 86, 318-322.

53. Westervelt, H.J., **Stern, R.A.**, & Tremont, G. (2003). Odor identification deficits in diffuse lewy body disease. Cognitive and Behavioral Neurology, 16, 93-99.

54. *Temple, R.O.* **Stern, R.A.**, *Latham, J., Ruffolo, J.S.,* Arruda, J.E. & Tremont, G. (2004). Assessment of Mood State in Dementia by Use of the Visual Analog Mood Scales (VAMS). American Journal of Geriatric Psychiatry, 12. 527-530.

55. **Stern, R.A.,** *Davis, J.D., Rogers, B.L., Smith, K.M.*, Harrington, C.J., Ott, B.R., Jackson, I.M.D., & Prange, A.J. Jr. (2004). Preliminary study of the relationship between thyroid status and cognitive and neuropsychiatric functioning in euthyroid patients with Alzheimer's dementia. Cognitive and Behavioral Neurology, 17, 219-223.

56. *Brown, L.B.,* **Stern, R.A.**, Cahn-Weiner, D.A., *Rogers, B.,* Davis, M.A., Lannon, M.C., Maxwell, C., Souza, T., White, T., & Ott, B.R. (2005). Driving Scenes test of the Neuropsychological Assessment Battery (NAB) and on-road driving performance in aging and very mild dementia. Archives of Clinical Neuropsychology, 20, 209-215.

57. Jefferson, A.L., *Wong, S., Bolen, E.*, Ozonoff, A., Green, R.C., & **Stern, R.A.** (2006). Cognitive correlates of HVOT performance differ between patients with mild cognitive impairment and normal controls. Archives of Clinical Neuropsychology, 21, 405-412.

58. Westervelt, H.J., Brown, L.B, Tremont, G., Javorsky, D.J., & **Stern, R.A.** (2006). Patient and family perceptions of the neuropsychological evaluation: How Are We Doing? The Clinical Neuropsychologist, 20, 1385-4046

59. Bhalla, R.K., Papandonatos, G.D., **Stern, R.A.**, & Ott, B.R. (2007). Alzheimer's disease patients' anxiety prior to and following a standardized on-road driving test. Alzheimer's and Dementia, 3, 33-39.

60. Jefferson, A.L., *Wong, S., Gracer, T.S.* Ozonoff, A., Green, R.C., & **Stern, R.A.** (2007). Geriatric performance on an abbreviated version of the Boston Naming Test. Applied Neuropsychology, 14, 215-223.

61. *Ropacki, S.A.L.,* Bert, A.A., Ropacki, M.T., Rogers, B.L., & **Stern, R.A.** (2007). The influence of cognitive reserve on neuropsychological functioning after coronary artery bypass grafting (CABG). Archives of Clinical Neuropsychology, 22, 73-85.

62. *Ashendorf A.* Jefferson AL, O'Connor MK, Chaisson C, Green RC, & **Stern, RA**. (2008). Trail Making Test errors in normal aging, mild cognitive impairment, and dementia. Archives of Clinical Neuropsychology, 23, 129-137.

63. *Davis, J.D., Podolanczuk, A.,* Donahue, J.E., Stopa, E., Hennessey, J.V., Luo, L.G., Lim, Y-P., & **Stern, R.A.** (2008). Thyroid hormone levels in the prefrontal cortex of post-mortem brains of Alzheimer's disease patients. Current Aging Science, 1, 175-181.

64. *Hubbard EJ, Santini, V, Blankevoort CG, Volkers, KM, Barrup, MS, Byerly L,* Chaisson C, Jefferson AL, Kaplan, E, Green, RC, **Stern RA**. (2008). Clock Drawing Performance in Cognitively Normal Elderly. Archives of Clinical Neuropsychology, 23, 295-327.

65. Posternak, M.A., Novak, S.P., **Stern, R.A.**, Hennessey, J.V., Joffe, R., Prange, A.J. Jr, & Zimmerman, M. (2008). A pilot effectiveness study: placebo-controlled trial of adjunctive L-triiodothyronine (T3) used to accelerate and potentiate the antidepressant response. The International Journal of Neuropsychopharmacology, 11, 15-25.

Case 2:12-md-02323-AB Document 6201-16 Filed 10/06/14 Page 43 of 61


66. **Stern, R.A.**, D'Ambrosio, L.A., Mohyde, M., *Carruth, A*., Tracton-Bishop, B., *Hunter, J.D., Daneshvar, D.H.*, & Coughlin, J.F. (2008). At the Crossroads: Development and evaluation of a dementia caregiver group intervention to assist in driving cessation. Gerontology and Geriatrics Education, 29, 363-382.

67. *Ashendorf, L.*, Jefferson, A.L., Green, R.C., & **Stern, R.A.** (2009). Test-retest stability on the WRAT-3 Reading subtest in geriatric cognitive evaluations. Journal of Clinical and Experimental Neuropsychology, 31, 605-610. **DOI:** 10.1080/13803390802375557

68. *Chung, W.W.*, Chen, C.A., Cupples, L.A., Roberts, J.S., Hiraki, S.C., Nair, A.K., Green, R.C., & **Stern, R.A.** (2009). A new scale measuring psychological impact of genetic susceptibility testing for Alzheimer's disease. Alzheimer's Disease and Associated Disorders, 23, 50-56.

69. D'Ambrosio, L.A., Coughlin, J.F., Mohyde, M., *Carruth, A., Hunter, J.D.*, & **Stern, R.A**. (2009). Caregiver communications and the transition from driver to passenger among people with dementia. Geriatric Rehabilitation, 25, 34–43.

70. *Gavett, B.E., Poon, S.J.,* Ozonoff, A., Jefferson, A.L., Nair, A.K., Green, R.C., and **Stern, R.A.** (2009). Diagnostic utility of a list learning test in Alzheimer's disease and mild cognitive impairment. Journal of the International Neuropsychological Society, 15, 121-129.

71. McKee, A.C., Cantu, R.C., *Nowinski, C.J.,* Hedley-Whyte, E.T., Lee, H.S., Kubilus, C.A., *Gavett, B.E.*, Romero, R., Budson, A.E., Ryu, H., *Santini, V.E.,* & **Stern, R.A.** (2009). Chronic Traumatic Encephalopathy in athletes: Progressive tauopathy following repetitive concussion. Journal of Neuropathology and Experimental Neurology, 68,709-735.

72. *Eggermont, L.H., Gavett, B.E., Volkers, K.M., Blankevoort, C.G.,* Scherder, E.J., Jefferson, A.L., Steinberg, E., Nair, A., Green, R.C., & **Stern, R.A.** (2010). Lower extremity function in normal cognitive aging, mild cognitive impairment, and Alzheimer's disease. Archives of Physical Medicine and Rehabilitation, 91, 584-588.

73. Gavett BE, Ozonoff A, *Doktor V,* Palmisano J, Nair AK, Green RC, Jefferson AL, **Stern RA.** (2010). Predicting cognitive decline and conversion to Alzheimer's disease in older adults using the NAB List Learning test. Journal of the International Neuropsychological Society, 16, 651-660.

74. Gavett, B.E., **Stern, R.A**., Cantu, R.C., *Nowinski, C.J.,* & McKee, A.C. (2010). Mild traumatic brain injury: A risk factor for neurodegeneration. Alzheimer's Research and Therapy, 2, 18-21.

75. McKee, A.C., Gavett, B.E., **Stern, R.A.,** *Nowinski, C.J.,* Cantu, R.C., Kowall, N.W., Perl, D., Hedley-Whyte, E.T., Price, B., Sullivan, C., Morin, P., Lee, H.S., Kubilus, C.A., *Daneshvar, D., Wulff, M*., & Budson, A.E. (2010). TDP-43 proteinopathy and motor neuron disease in chronic traumatic encephalopathy. Journal of Neuropathology and Experimental Neurology. 69, 918-929.

76. Nair, A., *Gavett, B.E., Damman, M., Dekker, W.,* Green, R.C., Mandel, A., Auerbach, S., Steinberg, E., *Hubbard, E.*, and **Stern, R.A**. (2010). Clock Drawing Test ratings by practicing dementia specialists: Inter-rater reliability and diagnostic accuracy. Journal of Neuropsychiatry and Clinical Neurosciences. 22, 85-92.

77. *Daneshvar, D.H., Baugh, C.M., Nowinski, C.J*., McKee, A.C., **Stern, R.A.,** & Cantu, R.C. (2011). Helmets and mouth guards: The role of personal equipment in preventing sport-related concussions. Clinics in Sports Medicine, 30, 145-163.

78. *Daneshvar, D.H., Riley, D.O., Nowinski, C.J.,* McKee, A.C., **Stern, R.A.**, & Cantu, R.C. (2011). Long-term consequences: Effects on normal development profile after concussion. Physical Medicine and Rehabilitation Clinics of North America, 22, 683–700.

79. *Gavett, B.E.*, Cantu, R.C., Shenton, M., Lin, A., *Nowinski, C.J.,* McKee, A.C., & **Stern, R.A.** (2011). Clinical appraisal of chronic traumatic encephalopathy: Current perspectives and future directions. Current Opinion in Neurology, 24, 525–531.

80. Gavett, B.E., **Stern, R.A.**, & McKee, A.C. (2011). Chronic Traumatic Encephalopathy: A potential late effect of sport-related concussive and subconcussive head trauma. Clinics in Sports Medicine, 30, 179-188.

81. Naj, A.C., Jun, G., Beecham, G.W., Wang, L.S., Vardarajan, B.N., Buros, J., Gallins, P.J., Buxbaum, J.D., Jarvik, G.P., Crane, P.K., Larson, E.B., Bird, T.D., Boeve, B.F., Graff-Radford, N.R., De Jager, P.L., Evans, D., Schneider, J.A., Carrasquillo, M.M., Ertekin-Taner, N., Younkin, S.G., Cruchaga, C., Kauwe, J.S.K., Nowotny, P., Kramer, P., Hardy, J., Huentelman, M.J., Myers, A.J., Barmada, M.M., Demirci, F.Y., Baldwin, C.T., Green, R.C., Rogaeva, E., St. George-Hyslop, P., Arnold, S.E., Barber, R., Beach, T., Bigio, E.H., Bowen, J.D., Boxer, A., Burke, J.R., Cairns, N.J., Carlson, C.S., Carney, R.M., Carroll, S.L., Chui, H.C., Clark, D.G., Corneveaux, J., Cotman, C.W., Cumming, J.L., DeCarli, C., DeKosky, S.T., Diaz-Arrastia, R., Dick, M., Dickson, D.W., Eillis, W.G., Faber, K.M., Fallon, K.B., Farlow, M.R., Ferris, S., Frosch, M.P., Galasko, D.R., Ganguli, M., Gearing, M., Geschwind, D.H., Ghetti, B., Gilbert, J.R., Gilman, S., Giordani, B., Glass, J.D., Growdon, J.H., Hamilton, R.L., Harrell, L.E., Head, E., Honig, L.S., Hulette, C.M., Hyman B.T., Jicha, G.A., Jin, L.W., Johnson, N., Karlawish, J., Karydas, A., Kaye, J.A., Kim, R., Koo, E.H., Kowall, N.W., Lah, J.J., Levey, A.I., Lieberman, A.P., Lopez, O.L., Mack, W.J., Marson, D.C., Martiniuk, F., Mash, D.C., Masliah, E., McCormick, W.C., McCurry, S.M., McDavid, A.N., McKee, A.C., Mesulam, M., Miller, B.L., Miller, C.A., Miller, J.W., Parisi, J.E., Perl, D.P., Peskind, E., Petersen, R.C., Poon, W.W., Quinn, J.F., Rajbhandary, R.A., Raskind, M., Resiberg, B., Ringman, J.M., Roberson, E.D., Rosenberg, R.N., Sano, M., Schneider, L.S., Seeley, W., Shelanski, M.L., Slifer, M.A., Smith, C.D., Sonnen, H.V., Spina, S., **Stern, R.A.,** Tanzi, R.E., Trojanowski, J.Q., Troncoso, J.C., Van Deerlin, V.M., Vinters, H.V., Vonsattel, J.P., Weintraub, S., Welsh-Bohmer, K.A., Williamson, J., Woltjer, R.L., Cantwell, L.B., Dombrowski, B.A., Beekly, D., Lunetta, K.L, Martin, E.R, Kamboh, M.I., Saykin, A.J., Reiman, E.M., Bennett, D.A., Morris, J.C., Montine, T.J., Goate, A.M., Blacker, D., Tsuang, D.W., Hakonarson, H., Kukull, W.A., Foroud, T.M., Haines, J.L., Mayeux, R., Pericak-Vance, M.A., Farrer, L.A., & Schellenberg, G.D. (2011). Common variants in *MS4A4/MS4A6E*, *CD2AP*, *CD33*, and *EPHA1* are associated with late-onset Alzheimer's disease. Nature Genetics, 43, 436–441

82. Ready, R.E., Carvalho, J.O., Green, R.C., Gavett, B.E., & **Stern, R.A.** (2011). The structure and validity of self-reported affect in mild cognitive impairment and mild Alzheimer's disease. International Psychogeriatrics, 23, 887-898.

83. **Stern, R.A**., *Riley, D.A., Daneshvar, D.H., Nowinski, C.J.*, Cantu, R.C. & McKee, A.C. (2011). Long-term consequences of repetitive brain trauma: Chronic traumatic encephalopathy. Physical Medicine and Rehabilitation, 3, S460-S467.

84. *Baugh, C.M., Stamm, J.M., Riley, D.O.,* Gavett, B.G., Shenton, M.E., Lin, A.L., Cantu, R.C., McKee, A.C., & **Stern, R.A.** (2012). Chronic Traumatic Encephalopathy: Neurodegeneration following repetitive concussive and subconcussive brain trauma. Brain Imaging and Behavior, 6, 244-254.

85. Gavett, B.E., *Lou, K.R., Daneshvar, D.H.,* Green, R.C., Jefferson, A.L., & **Stern, R.A.** (2012). Diagnostic accuracy statistics for seven Neuropsychological Assessment Battery (NAB) Test variables in the diagnosis of Alzheimer's disease. Applied Neuropsychology, 19, 108-115.

86. Gavett, B.E., & **Stern, R.A.** (2012). Dementia has a categorical, not dimensional, latent structure. Psychology and Aging, 27, 791–797.

87. Goldstein, L.E., Fisher, A.M., Tagge, C.A., Zhang, X.-L., Velisek, L., Sullivan, J. A. Upreti, C., Kracht, J. M., Ericsson, M., Wojnarowicz, M.W., Goletiani, C.J., Maglakelidze, G.M., Casey, N., Moncaster, J.A., Minaeva, O., Moir, R.D., *Nowinski, C.J.*, **Stern, R.A.,** Cantu, R.C., Geiling, J., Blusztajn, J.K., Wolozin, B.L., Ikezu, T., Stein, T.D., Budson, A.E., Kowall, N.W., Chargin, D. Sharon, A., Saman, S., Hall, G.F., Moss, W.C., Cleveland, R.O., Tanzi, R.E., Stanton, P.K., & McKee, A.C. (2012). Chronic Traumatic Encephalopathy in Blast-Exposed Military Veterans and a Blast Neurotrauma Mouse Model. Science Translational Medicine, 4, 1946-6234.

88. Niewoehner, P.M., Henderson, R.R., Dalchow, J., Beardsley, T.L., **Stern, R.A.**, & Carr, D.B. (2012). Predicting road test performance in adults with cognitive or visual impairment referred to a VA driving clinic. Journal of the American Geriatrics Society, 60, 2070-2074

Case 2:12-md-02323-AB Document 6201-16 Filed 10/06/14 Page 45 of 61



89. Shenton ME, Hamoda HM, Schneiderman JS, Bouix S, Pasternak O, Rathi Y, Vu MA, Purohit MP, Helmer K, Koerte I, Lin AP, Westin CF, Kikinis R, Kubicki M, **Stern RA**, & Zafonte R. (2012). A review of magnetic resonance imaging and diffusion tensor imaging findings in mild traumatic brain injury. Brain Imaging and Behavior, 6, 137–192.

90. Holton P, Ryten M, Nalls M, …**Stern RA**, … Wright CB, & Younkin SG (2013). Initial assessment of the pathogenic mechanisms of the recently identified Alzheimer risk Loci. Annals of Human Genetics, 77, 85-105.

91. Joffe, R.T., Pearce, E.N., Hennessey, J.V., Ryan, J.J., & **Stern, R.A.** (2013). Subclinical hypothyroidism, mood, and cognition in the elderly: A review. International Journal of Geriatric Psychiatry. 28, 111-118.

92. Mandelblatt, J.S., Hurria, A., McDonald, B.C., Saykin, A.J., **Stern, R.A**., VanMeter, J.W., McGuckin, M., Traina, T., Denduluri, N., Turner, S., Howard, D., Jacobsen, P.B., Ahles, T., for the Thinking and Living With Cancer Study (2013). Cognitive effects of cancer and its treatments at the intersection of aging: What do we know; what do we need to know? Seminars in Oncology, 40, 709-725.

93. McKee, A., **Stern, R.**, *Nowinski, C.,* Stein, T., Alvarez, V., *Daneshvar, D.*, Lee, H., Wojtowicz, S., Hall, G., *Baugh, B., Riley, D.*, Kubilis, C., Cormier, K., Jacobs, M., Martin, B., Abraham, C., Ikezu, T., Reichard, R., Wolozin, B., Budson, A., Goldstein, G., Kowall, N., & Cantu, R. (2013). The spectrum of disease in chronic traumatic encephalopathy. Brain. 136, 43-64.

94. Mez, J., **Stern, R.A**., & McKee, A.C. (2013). Chronic traumatic encephalopathy: Where are we and where are we going? Current Neurology and Neuroscience Reports. 13, 407.

95. *Seichepine, D.R., Stamm, J.M., Daneshvar, D.H., Riley, D.O., Baugh, C.M.*, Gavett, B.E., Tripodis, Y., Martin, B., Chaisson, C., McKee, A.C., Cantu, R.C., *Nowinski, C.J.*, & **Stern, R.A.** (2013). Profile of self-reported problems with executive functioning in college and professional football players. Journal of Neurotrauma. 30, 1299-1304.

96. **Stern, R.A.**, *Daneshvar, D.H., Baugh, C.M., Seichepine, D.R., Montenigro, P.H., Riley, D.O., Fritts, N.G., Stamm, J.M., Robbins, C.A.*, McHale, L., Simkin, I., Stein, T.D., Alvarez, V., Goldstein, L.E., Budson, A.E., Kowall, N.W., *Nowinski, C.J.*, Cantu, R.C., & McKee, A.C. (2013). Clinical presentation of Chronic Traumatic Encephalopathy. Neurology, 81, 1122-1129.

97. *Baugh, C.M., Robbins, C.A,* McKee, A.C. & **Stern, R.A**. *(*2014*)*. Current understanding of Chronic Traumatic Encephalopathy. Current Treatment Options in Neurology. Sep;16(9):306. doi: 10.1007/s11940-014-0306-5.

98. Mandelblatt, J.S., **Stern, R.A.,** Luta, G., McGuckin, M., Clapp, J.D., Hurria, A., Jacobsen, P.J., Faul, L.A., Isaacs, C., Denduluri, N., Gavett, B., Traina, T.A., Johnson, P., Silliman, R.A., Turner, R.S., Howard, D., VanMeter, J.W., Saykin, A., & Ahles, T. (2014). Cognitive impairments in older breast cancer patients prior to systemic therapy: Is there an interaction between cancer and comorbidity? Journal of Clinical Oncology. 32, 1909-18.

99. *Montenigro, P.H., Baugh, C.M., Daneshvar, D.H.*, Mez, J., Budson, A.E., Au, R., Katz, D., Cantu, R.C., & **Stern, R.A.** (2014). Clinical subtypes of chronic traumatic encephalopathy: Literature review and proposed research diagnostic criteria forTraumatic Encephalopathy Syndrome. Alzheimer's Research and Therapy, 6, 68.

100. *Robbins, C.A., Daneshvar, D.H., Picano, J.D.*, Gavett, B.E., *Baugh, C.M., Riley, D.O.*, *Nowinski, C.J.,* McKee, A.C., Cantu, R.C., & **Stern, R.A**. (2014). Self-reported concussion history: Impact of providing a definition of concussion. Open Access Journal of Sports Medicine. 5, 99-103

Case 2:12-md-02323-AB Document 6201-16 Filed 10/06/14 Page 46 of 61


101. Qiu, W.Q., Au, R., Zhu, H., Wallack, M., Liebson, E., Li, H., Rosenzweig, J., Mwamburi, M., & **Stern, R.A**. (2014). Positive association between plasma amylin and cognition in a homebound elderly population. Journal of Alzheimer's Disease. Jun 4. [Epub ahead of print] PMID:24898659

102. Zhu, H., Wang, X., Wallack, M., Li, H., Carreras, I., Dedeoglu, A., Hur, J.Y., Zheng, H., Li, H., Find, R., Mwamburi, M., Sun, X., Kowall, N., **Stern, R.A**. & Qiu, W.Q. (2014). Intraperitoneal injection of the pancreatic peptide amylin potently reduces behavioral impairment and brain amyloid pathology in murine models of Alzheimer's disease. Molecular Psychiatry, Mar 11. doi: 10.1038/mp.2014.17. [Epub ahead of print] PMID: 24614496

103. *Baugh, C.M., Kiernan, P.T.*, Kroshus, E., *Daneshvar, D.H., Montenigro, P.H.*, McKee, A.C., & **Stern, R.A.** (in press). Frequency of head impact related outcomes by position in NCAA Division I collegiate football players. Journal of Neurotrauma.

104. *Baugh, C.M.,* Kroshus, E., *Daneshvar, D.H.,* & **Stern, R.A.** (in press). Perceived coach support and concussion symptom-reporting: differences between freshmen and non-freshmen college football players. Journal of Law Medicine and Ethics.

105. Lin, A.P., Ramadan, S., **Stern, R.A.,** Box, H.C., *Nowinski, C.J*., Ross, B.D., & Mountford, C.E. (in press). Changes in the neurochemistry of athletes with repetitive brain trauma: Preliminary results using 2D correlated spectroscopy. Alzheimer's Research and Therapy.

106. *Riley, D.O., Robbins, C.A.,* Cantu, R.C., & **Stern, R.A**. (in press). Chronic traumatic encephalopathy: Contributions from the Boston University Centre for the Study of Traumatic Encephalopathy. Brain Injury.

107. Qiu, W.Q., Lai, A., Mon, T., Mwamburi, D.M., Taylor, W., Rosenzweig, J., Kowall, N., **Stern, R.A.,** Zhu, H., & Steffens, D.C. (in press). Angiotensin Converting Enzyme Inhibitors and Alzheimer's disease in the Presence of Apolipoprotein E4 Allele. American Journal of Geriatric Psychiatry.

108. Qiu, W.Q, Mwamburi, M., Besser, L.M., Zhu, H., Li, H., Wallack, M., Phillips, L., Qiao, L., Budson, A., **Stern, R.A.**, & Kowall, N. (in press). Angiotensin Converting Enzyme inhibitors and the reduced risk of Alzheimer's disease in the absence of Apoliprotein E4 allele. Journal of Alzheimer's Disease.

109. Koerte, I.K., Lin, A.P., Muehlmann, M., Merugumala, S., Liao, H., Starr, T., Kaufmann, D., Mayinger, M., Steffinger, D., Fisch, B., Karch, S., Heinen, F., Ertl-Wagner, B., Reiser, M., **Stern, R.A**., Zafonte, R., & Shenton, M.E. (under review). Altered neurochemistry in former professional soccer players without a history of concussion. Cerebral Cortex.

110. Stamm, J.M., Bourlas, A.P., Baugh, C.M., Fritts, N.G., Daneshvar, D.H., Martin, B.M., McClean, M.D., Tripodis, Y., & **Stern, R.A**. (under review). Age of first exposure to football and later-life cognitive impairment in former NFL players. Neurology.

## RESEARCH PUBLICATIONS WITHOUT NAMED AUTHORSHIP

1. Aisen, P.S., Schneider, L.S., Sano, M., Diaz-Arrastia, R., van Dyck, C.H., Weiner, M.F., Bottiglieri, T., Jin, S., Stokes, K.T., Thomas, R.G., Thal, L.J. & **Alzheimer Disease Cooperative Study** (2008). High-dose B vitamin supplementation and cognitive decline in Alzheimer disease: a randomized controlled trial. Journal of the American Medical Association, 300, 1774-1783.

2. **ADAPT Research Group**, Martin, B.K., Szekely, C., Brandt, J., Piantadosi, S., Breitner, J.C., Craft, S., Evans, D., Green, R., Mullan, M. (2009). Cognitive function over time in the Alzheimer's Disease Anti-inflammatory Prevention Trial (ADAPT): results of a randomized, controlled trial of naproxen and celecoxib. Archives of Neurology, 65, 896-905.

3. Jun G, Naj AC, Beecham GW, …**Alzheimer's Disease Genetics Consortium,…** Pericak-Vance MA, & Schellenberg GD (2010). Meta-Analysis confirms *CR1*, *CLU*, and *PICALM* as Alzheimer's disease risk loci and reveals interactions with *APOE* genotypes. Archives of Neurology, 67, 1473-1484.

4. Jun G, Vardarajan BN, Buros J, …**Alzheimer's Disease Genetics Consortium**, … Schellenberg GD, & Farrer LA. (2012). Comprehensive search for Alzheimer disease susceptibility loci in the APOE region. Archives of Neurology, 69, 1270-9.

5. Whitcomb, D., LaRusch, J., Krasinskas, A.M., …**Alzheimer's Disease Genetics Consortium**, … Yadav, D., & Devlin, B. (2012). Common genetic variants in the CLDN2 and PRSS1-PRSS2 loci alter risk for alcohol-related and sporadic pancreatitis. Nature Genetics, 44, 1349–1354.

6. Zou, F., Chai, H.S., Younkin, C.S., …**Alzheimer's Disease Genetics Consortium**, …Younkin, S.G., & Nilüfer Ertekin-Taner, N. (2012). Brain expression genome-wide association study (eGWAS) identifies human disease-associated variants. PloS Genetics, 8(6): e1002707.

7. **Alzheimer's Disease Anti-inflammatory Prevention Trial Research Group**. (2013). Results of a follow-up study to the randomized Alzheimer's Disease Anti-inflammatory Prevention Trial (ADAPT). Alzheimer's & Dementia, 9, 714-23. PMID: 23562431

8. Cruchaga, C., Kauwe, J.S.K., Harari, O., …**Alzheimer Disease Genetic Consortium** & Goate, A.M. (2013). GWAS of cerebrospinal fluid tau levels identifies risk variants for Alzheimer's disease. Neuron, 78, 256–268.

9. Holton, P., Ryten, M., Nalls, M., … **Alzheimer's Disease Genetics Consortium**, … Hardy, J., & Guerreiro, R. (2013). Initial assessment of the pathogenic mechanisms of the recently identified Alzheimer risk Loci. Annals of Human Genetics, 77, 85-105.

10. Miyashita, A., Koike, A., Jun, G., … **The Alzheimer's Disease Genetics Consortium**, … Farrer, L.A., and Kuwanzo, R. (2013). SORL1 is genetically associated with late-onset Alzheimer's disease in Japanese, Koreans and Caucasians. PLoS One, 8(4):e58618.

11. Reitz, C., Jun, G., Naj, A., …& **Alzheimer Disease Genetics Consortium.** (2013). Variants in the ATP-binding cassette transporter (ABCA7), apolipoprotein E ϵ4, and the risk of late-onset Alzheimer disease in African Americans. JAMA, 309(14), 1483-92.

12. Reitz C., Mayeux, R., & **Alzheimer's Disease Genetics Consortium.** (2013). TREM2 and neurodegenerative disease. New England Journal of Medicine, 369, 1564-5.

13. Lambert, J.C., Ibrahim-Verbaas, C.A., Harold, D., …**Alzheimer's Disease Genetic Consortium**,… Schellenberg, G.D., & Amouyel, P. (2013). Meta-analysis of 74,046 individuals identifies 11 new susceptibility loci for Alzheimer's disease. Nature Genetics, 45,1452-1458.

14. Sano, M. Egelko, S., Donohue, M., Ferris, S., Kaye, J., Hayes, T.L., Mundt, J.C., Sun, C., Paparello, S., Aisen, P.S., and the **Alzheimer Disease Cooperative Study Investigators** (2013). Developing dementia prevention trials: Baseline report of the Home-Based Assessment Study. Alzheimer Disease and Associated Disorders, 27, 356–362

15. Allen, M., Zou, F., Chai, H.S., …**Alzheimer's Disease Genetics Consortium**, …Younkin, S.G, & Ertekin-Taner, N. (in press). Novel late-onset Alzheimer's disease loci variants associate with brain gene expression. Neurology.

16. **Alzheimer's Disease Anti-inflammatory Prevention Trial Research Group**. (in press). Follow-up evaluation of cognitive function in the randomized Alzheimer's Disease Anti-inflammatory Prevention Trial (ADAPT) and its Follow-up Study (ADAPT-FS). Alzheimer's & Dementia.

17. Escott-Price, V., Bellenguez, C., Wang, L… **Alzheimer's Disease Genetics Consortium** .. & Williams, J. (in press). Gene-wide analysis detects two new susceptibility genes for Alzheimer's disease. PLOS ONE.

18. Jun, G., Vardarajan, B.N., Buros, J., …**The Alzheimer's Disease Genetics Consortium**, … Schellenberg, G.D., & Farrer, L.A. (in press). A comprehensive search for Alzheimer disease susceptibility loci in the APOE region. Archives of Neurology.

19. Miyashita, A., Koike, A., Jun, G., … **The Alzheimer's Disease Genetics Consortium**, …(in press). SORL1 is genetically associated with late-onset Alzheimer's disease in Japanese, Koreans and Caucasians. GWAS.

20. Reitz, C., Tosto, G., Vardarajan, B.N., … & **Alzheimer's Disease Genetics Consortium**. (under review). Independent and epistatic effects of variants in VPS10 sortilin receptors on Alzheimer's disease risk and processing of the amyloid precursor protein (APP). Annals of Neurology.

## CASE REPORTS, REVIEWS, CHAPTERS, EDITORIALS AND OTHER PUBLICATIONS

### Proceedings of Meetings & Invited Papers

*(Past and present students, fellows, and other trainees italicized)*

1. Raymond, P.F., **Stern, R.A.**, Authelet, A.M., & Penny, D. (1987). A comparison of California Verbal Learning Test performance among patients with multiple sclerosis, vascular lesions, and normal controls. Journal of Clinical and Experimental Neuropsychology, 9, 49.

2. **Stern, R.A.** (1988). Mood disorders following stroke. Doctoral Dissertation, University of Rhode Island, Kingston. Abstracted in Dissertation Abstracts International.

3. Raymond, P.A., Authelet, A.M., **Stern, R.A.**, & Penny, D. (1989). Patterns of memory dysfunction in multiple sclerosis. Journal of Clinical and Experimental Neuropsychology, 11, 49.

4. **Stern, R.A.**, & Bachman, D.L. (1989). Dysphoric mood and vegetative disturbance following stroke: Patterns of lesion localization. Journal of Clinical and Experimental Neuropsychology, 11, 97-98.

5. Keenan, P., **Stern, R.A.**, Janowsky, D.S., & Pedersen, C.A. (1990). Verbal learning and affective state in premenstrual syndrome. Journal of Clinical and Experimental Neuropsychology, 12, 76-77.

6. Keenan, P., **Stern, R.A.**, Janowsky, D.S., & Pedersen, C.A. (1990). Cognitive functioning across the menstrual cycle in women with and without premenstrual syndrome. Journal of Clinical and Experimental Neuropsychology, 12, 76.

7. **Stern, R.A.**, Bachman, D.L., Valentino, D.A., & Raymond, P.M. (1990). Aphasia and mood disorders. Journal of Clinical and Experimental Neuropsychology, 12, 32.

8. **Stern, R.A.**, Hooper, C.R., & *Morey, C.E.* (1990). Development of visual analogue scales to measure mood in aphasia. The Clinical Neuropsychologist, 4, 300.

9. **Stern, R.A.**, *Morey, C.E.*, Perry, J.R., McCartney, W.H., Mason, G.A., & Prange, A.J. Jr. (1990). Neuropsychological and psychiatric correlates of hyperthyroidism: Preliminary findings. NeuroEndocrinology Letters, 12, 273.

10. **Stern, R.A.**, Nevels, C.T., Shelhorse, M.E., *Prohaska, M.L.*, Mason, G.A., & Prange, A.J. Jr. (1990). Triiodothyronine potentiation of electroconvulsive therapy: Preliminary findings. NeuroEndocrinology Letters, 12, 362.

11. Girdler, S.S., Pedersen, C.A., **Stern, R.A.**, & Light, K.C. (1991). Menstrual cycle and premenstrual syndrome: Modifiers of cardiovascular reactivity in women. Psychophysiology (Suppl.), 28, S25.

12. Haggerty, J.J. Jr., **Stern, R.A.**, Beckwith, J., *Morey, C.E.*, Mason, G., & Prange, A.J. Jr. (1991). A controlled evaluation of psychiatric and neuropsychological function in subclinical hypothyroidism. Biological Psychiatry, 29, 153A.

13. **Stern, R.A.**, & Bachman, D.L. (1991). Depressive Symptom nach cerebrovaskularem insult [Depressive symptoms following stroke]. Exacta Psychiatrica, 5, 15.

14. **Stern, R.A.**, & Bachman, D.L. (1991). Depressive symptoms following stroke. Digest of Neurology and Psychiatry, Series, 59, 125.

15. **Stern, R.A.**, & Bachman, D.L. (1991). Depressive symptoms following stroke. Focus on Depression, 2, 93-94.

Case 2:12-md-02323-AB Document 6201-16 Filed 10/06/14 Page 50 of 61


16. **Stern, R.A.**, & Bachman, D.L. (1991). Depressive symptoms following stroke. Psychiatry Digest, 8, 22-23.

17. **Stern, R.A.**, Davidson, E.J., *Singer, N.G.*, Perkins, D.O., *Silva, S.G.*, & Evans, D.L. (1991). The role of vitamin B12 deficiency in the early neurobehavioral impairments seen in asymptomatic HIV seropositive gay men. Biological Psychiatry, 29, 155A-156A.

18. **Stern, R.A.**, Nevels, C.T., Shelhorse, M.E., *Prohaska, M.L.*, & Prange, A.J. Jr. (1991). The effects of combined electroconvulsive therapy and thyroid hormone treatment on verbal memory and depressive symptomatology: Preliminary report. Journal of Clinical and Experimental Neuropsychology, 13, 31.

19. **Stern, R.A.**, Rosenbaum, J., White, R.F., & *Morey, C.E.* (1991). Clinical validation of a visual analogue dysphoria scale for neurologic patients. Journal of Clinical and Experimental Neuropsychology, 13, 106.

20. **Stern, R.A.**, *Singer, N.G., Morey, C.E., Silva, S.G.*, Wilkins, J.W., & Kaplan, E. (1991). A qualitative scoring system for the Rey-Osterrieth Complex Figure. Journal of Clinical and Experimental Neuropsychology, 13, 89.

21. **Stern, R.A.**, *Singer, N.G., Silva, S.G.*, Rogers, H.J., Perkins, D.O., Hall, C.D., van der Horst, C.M., & Evans, D.L. (1991). Motor dysfunction in early asymptomatic HIV infection. Society for Neuroscience Abstracts, 17, 487.13.

22. Evans, D.L., Petitto, J., Leserman, J., Perkins, D.O., **Stern, R.A.**, Folds, J. Ozer, H., Golden, R.N., (1992). Stress, depression and natural killer cells: Potential clinical relevance. Clinical Neuropharmacology, 15, 656A-657A.

23. Haggerty, J.J., **Stern, R.A.**, Mason, G.A., Marquardt, M., & Prange, A.J. Jr. (1992). Subclinical hypothyroidism: recognition, significance, management. Clinical Neuropharmacology, 15, 386A.

24. Pedersen, C.A., **Stern, R.A.**, *Pate, J.*, & Mason, G.A. (1992). Depression history and changes in the adrenal and thyroid axes during the puerperium. Biological Psychiatry, 31, 126A.

25. *Silva, S.G.*, **Stern, R.A.**, Golden, R.N., Davidson, E.J., & Janowsky, D.S. (1992). The effects of physostigmine on behavioral inhibition, cognition, and mood in healthy males. Biological Psychiatry, 31, 111A-112A.

26. *Silva, S.G.*, **Stern, R.A.**, Golden, R.N., Davidson, E.J., Mason, G.A., & Janowsky, D.S. (1992). Physostigmine effects on neuropsychological performance and mood in healthy males. The Clinical Neuropsychologist, 6, 346.

27. **Stern, R.A.**, *Duke, L.M., Pate, J.D., Silva, S.G.*, Bowes, W.A., & Pedersen, C.A. (1992). Neuropsychological correlates of pregnancy and the early postpartum period. The Clinical Neuropsychologist, 6, 349.

28. **Stern, R.A.**, Nevels, C.T., Shelhorse, M.E., *Prohaska, M.L.*, Mason, G.A., & Prange, A.J. Jr. (1992). The use of T3 to enhance the effects of ECT. Clinical Neuropharmacology, 15, 387A-388A.

29. **Stern, R.A.**, *Silva, S.G., Gortner, D.T., Daughtrey, E.W.*, Perkins, D.O., Leserman, J., Hall, C.D., & Evans, D.L. (1992). Neurobehavioral functioning as a predictor of immunosuppression in asymptomatic HIV seropositive gay men. Biological Psychiatry, 31, 238A.

30. Forman, L.M., *Silva, S.G.*, & **Stern, R.A.**, & *Pate, J.* (1993). Bromocriptine augmentation of neuroleptic treatment in schizophrenia. Journal of Neuropsychiatry and Clinical Neurosciences, 5, 453.

31. Pedersen, C.A., Evans, D.L., Ozer, H., Folds, J., *Pate, J.*, Senger, M.A., & **Stern, R.A.** (1993). Natural killer cell activity is decreased in postpartum dysphoria. Biological Psychiatry, 33, 85A.

32. *Silva, S.G.*, **Stern, R.A.**, *Daughtrey, E.W.*, Perkins, D.O., Leserman, J., & Evans, D.L. (1993). Disrupted mood and information processing speed interactions in asymptomatic HIV-1 seropositive gay men. Journal of Neuropsychiatry and Clinical Neurosciences, 5, 450-451.

33. *Silva, S.G.*, **Stern, R.A.**, *Steketee, M.C., Daughtrey, E.W., Chaisson, N.*, & Evans, D.L. (1993). Twelve-month decline in general intellectual ability in asymptomatic HIV-1 seropositive gay men with early neurobehavioral impairments. Clinical Neuropathology, 12, S34.

34. *Steketee, M.C.*, **Stern, R.A.**, *Silva, S.G., Daughtrey, E.W., Chaisson, N.*, & Evans, D.L. (1993). Factor and cluster analyses of neuropsychological performance in a sample of asymptomatic HIV-seropositive gay men. Clinical Neuropathology, 12, S34.

35. **Stern, R.A.** *Silva, S.G., Daughtrey, E.W., Gortner, D.T.*, Mason, G.A., & Evans, D.L. (1993). Endocrine correlates of neuropsychological functioning in asymptomatic HIV-1 seropositive gay men. Journal of Clinical and Experimental Neuropsychology, 15, 96.

36. **Stern, R.A.**, *Silva, S.G., Gortner, D.T., Daughtrey, E.W., Bostancic, F.*, & Evans, D.L. (1993). Neuropsychological functioning in asymptomatic HIV-1 seropositive gay men: A principal components analysis. Journal of Clinical and Experimental Neuropsychology, 15, 96-97.

37. *Prohaska, M.L.*, **Stern, R.A.**, & Prange, A.J. Jr. (1994). The role of thyroid status in the neuropsychological side effects of lithium. Journal of Neuropsychiatry and Clinical Neurosciences, 6, 323.

38. *Silva, S.G.*, **Stern, R.A.**, *Chaisson, N., Baum, S.F.*, Perkins, D.O., Golden, R.N., & Evans, D.L. (1994). Apathy and neurobehavioral functioning in asymptomatic HIV-seropositive gay men. Journal of Neuropsychiatry and Clinical Neurosciences, 6, 311.

39. *Silva, S.G.*, **Stern, R.A.**, *Chaisson, N., Baum, S.F., Singer, E.*, Golden, R.N., & Evans, D.L. (1994). Stable manual dexterity disturbance in asymptomatic HIV-1 seropositive gay men: A twelve-month follow-up. Biological Psychiatry, 35, 638A.

40. *Silva, S.G.*, **Stern, R.A.**, Hall, M.J., & Janowsky, D.S. (1994). Physostigmine: Dissociation of mood and psychomotor effects in healthy males. Biological Psychiatry, 35, 666A

41. **Stern, R.A.**, & Bachman, D.L. (1994). Discrepancy between self-report and observer rating of mood in stroke patients: Implications for the differential diagnosis of post-stroke depression. Journal of Neuropsychiatry and Clinical Neurosciences, 6, 319.

42. **Stern, R.A.**, *Singer, E.A, Duke, L.M., Silva, S.G.*, Bowes, W., *Leshko, I.C.*, & Pedersen, C. (1994). Neuropsychiatric functioning in women taking oral contraceptives: A preliminary study. Journal of Neuropsychiatry and Clinical Neurosciences, 6, 323.

43 *Arruda, J.E.*, Valentino, D., **Stern, R.A.**, & Costa, L. (1995). Confirmatory factor analysis of quantified electroencephalogram measured during a continuous performance test. Journal of the International Neuropsychological Society, 1, 126.

44. *Prohaska, M.L.*, **Stern, R.A.**, Mason, G.A., Nevels, C.T., & Prange, A.J. Jr. (1995). Thyroid hormone and lithium-related neuropsychological deficits: A preliminary test of the Lithium-Thyroid Interactive Hypothesis. Journal of the International Neuropsychological Society, 1, 134.

45. *Silva, S.G.*, **Stern, R.A.**, *Chaisson, N., Singer, E.A., Baum, S.F.*, Golden, R.N., & Evans, D.L. (1995). The effects of cognitive reserve on neurobehavioral functioning in asymptomatic HIV-seropositive gay men. Journal of the International Neuropsychological Society, 1, 162.

46. *Silva, S.G.,* **Stern, R.A.**, *Chaisson, N., Singer, E.A.*, Gaver, V., Watson, J.B., Golden, R.N., & Evans, D.L. (1995). Evidence of mild visuoconstructive impairments in HIV infection using the Boston Qualitative Scoring System for the Rey-Osterrieth Complex Figure. Journal of the International Neuropsychological Society, 1, 138.

47. *Silva, S.G.,* **Stern, R.A.**, Durr, A.L., *Hall, M.J.*¸ Davis, S.S., & Haggerty, J.J. Jr. (1995). Neuropsychiatric functioning in subclinical hypothyroidism. Journal of Neuropsychiatry and Clinical Neurosciences, 7, 408.

48. **Stern, R.A.** (1995). Neuropsychological functioning in hyperthyroidism. The Clinical Neuropsychologist, 9, 296.

49. **Stern, R.A.**, *Singer, E.A., Duke, L.M., Singer, N.G., Morey, C.E., Daughtrey, E.W.*, & Kaplan, E. (1995). The Boston Qualitative Scoring System for the Rey-Osterrieth Complex Figure: Description and inter-rater reliability. Journal of the International Neuropsychological Society, 1, 357.

50. *Suhr, J.A.*, **Stern, R.A.**, *Leshko, I.C., Singer, E.A., Franco, A., Lee, B., Pacheco, G.M.,* & Kaplan, E. (1995). The Boston Qualitative Scoring System for the Rey-Osterrieth Complex Figure: Preliminary validity findings. Journal of the International Neuropsychological Society, 1, 125.

51. *Whealin, J.M*, **Stern, R.A.**, Mason, G.A., Noonan, L.R., Overstreet, D.H., *Silva, S.G.,* & Prange, A.J. Jr. (1995). Influence of L-triiodothyronine on memory functioning following repeated electroconvulsive shock in rats: Implications for human electroconvulsive therapy. Journal of the International Neuropsychological Society, 1, 382.

52. *Arruda, J.E.*, **Stern, R.A.**, Hooper, C.R., Wolfner, G., *Somerville, J.,* & Bishop, D. (1996). Visual Analogue mood scales to measure internal mood state in aphasic patients: Description and initial validity evidence with normal and neurologically impaired subjects. Archives of Clinical Neuropsychology, 11, 364.

53. *Cahn, D.A.*., Marcotte, A.C., **Stern, R.A.**, *Arruda, J.E.*, Akshoomoff, N.A., & *Leshko, I.C.* (1996). Qualitative features of visuoconstructional performance in children with Attention Deficit Hyperactivity Disorder. Archives of Clinical Neuropsychology, 11, 374-375.

54. Nyenhuis, D.L., **Stern, R.A.**, Yamamoto, C., Terrien, A., Parmentier, A., Luchetta, T, & *Arruda, J.E.* (1996). A standardization, further validation and principal component analysis of the Visual Analogue Mood Scales. Journal of the International Neuropsychological Society, 2, 4.

55. *Silva, S.G.,* Jackson, E., *Chaisson, N.*, **Stern, R.A.**, Golden, R.N., Petitto, J., & Evans, D.L. (1996). DHEA-S and decline in HIV-1 associated cognitive/motor functioning. Biological Psychiatry, 39, 663.

56. *Silva, S.G.,* **Stern, R.A.**, *Chaisson, N., Singer, E.A., Baum, S.F.*, Golden, R.N., & Evans, D.L. (1996). Influence of cognitive reserve on neuropsychological functioning in asymptomatic HIV-seropositive gay men. Journal of Neuro-AIDS, 2, 178.

57. **Stern, R.A.**, *Arruda, J.E., & Legendre, S.A.* (1996). Assessment of mood state in patients undergoing electroconvulsive therapy: The utility of Visual Analog Mood Scales designed for cognitively-impaired patients. Convulsive Therapy, 12, 74-75.

58. *Arruda, J.E.*, **Stern, R.A.**, *Somerville, J.A.*, & Bishop, D.S. (1997). Description and initial reliability and validity evidence for the Visual Analogue Mood Scales in a neurologically-impaired patient population. Journal of Neuropsychiatry and Clinical Neurosciences, 9, 152.

59. *Arruda, J.E.*, **Stern, R.A.**, *Somerville, J.A.*, Cohen, R., Stein, M.I., & Martin, E.M. (1997). Neurobehavioral functioning in asymptomatic HIV-1 infected women: Preliminary findings. Journal of the International Neuropsychological Society, 3, 14.

Case 2:12-md-02323-AB Document 6201-16 Filed 10/06/14 Page 53 of 61


60. *Arruda, J.E.*, Valentino, D.A., Weiler, M.D., & **Stern, R.A.** (1997). A further validation of a right hemisphere vigilance system as measured by factor analyzed quantitative electroencephalogram. Journal of Neuropsychiatry and Clinical Neurosciences, 9, 699-700.

61. Silva, S.G., Jackson, E.D., **Stern, R.A.**, Leserman, J., Perkins, D.O., Golden, R.N., & Evans, D.L. (1997). Depressed mood and neurocognitive functioning in HIV-1 infection: Relationship to cognitive reserve. Journal of Neuropsychiatry and Clinical Neurosciences, 9, 167.

62. *Singer Harris, N.*, **Stern, R.A.**, Marcotte, A.C., Stern, C., Huntzinger, R.M., *Somerville, J.A.*., Holler, K.A., Beetar, J.T., & Wilson, J.M. (1997). Assessment of mood states in children referred for neuropsychological evaluation: The Visual Analog Mood Scales-Children's Version. Journal of Neuropsychiatry and Clinical Neurosciences, 9, 667. (*Based on this abstract, Naomi Singer Harris was the recipient of an American Neuropsychiatric Association Young Investigator Award.)*

63. **Stern, R.A.**, *Arruda, J.E., Somerville, J.A.,* Cohen, R.A., & Boland, R.J. (1997). Neuropsychiatric functioning in asymptomatic HIV-1 infected women. Journal of Neuropsychiatry and Clinical Neurosciences, 9, 147-148.

64. **Stern, R.A.**, *Robinson, B., Thorner, A.R., Arruda, J.E., Prohaska, M.L.,* & Prange, A.J. Jr. (1997, February). A survey study of neuropsychiatric complaints in patients with Graves' disease. Psychiatry Digest, 1, 20-22.

65. *Thompson, G.B., Arruda, J.E., Javorsky, D.J., Dahlen, K., Somerville, J.A.*, Guilmette, T.J., & **Stern, R.A.** (1997). The effects of coaching on the detection of malingering using the Abbreviated Hiscock Forced-Choice Procedure. Archives of Clinical Neuropsychology, 12, 414-415.

66. *Tremont, G.*, **Stern, R.A.**, Abuelo, D.N., Geffroy, G.A.E., Walsh, A.J., & Salloway, S.P. (1997). Early-onset Alzheimer's dementia in a mentally-retarded adult associated with novel Presenilin-1 mutations. Journal of Neuropsychiatry and Clinical Neurosciences, 9, 697.

67. Freeman, R.Q., Carew, T.G., Lamar, M., Cloud, B.S., Resh, R., **Stern, R.**, & Libon, D.J. (1998). Visuoconstructional impairment in dementia. Archives of Clinical Neuropsychology, 13, 40-41.

68. *Thompson, G.B., Arruda, J.E., Tremont, G., Javorsky, D.J., Somerville, J.A.*, & **Stern, R.A.** (1998). Detection of malingering with the Boston Qualitative Scoring System for the Rey-Osterrieth Complex Figure. Archives of Clinical Neuropsychology, 13, 98-99.

69. *Harris, N.S.*, Bernstein, J.H., Waber, D.P., & **R.A. Stern** (1999). Comparison of two qualitative scoring systems for the Rey-Osterrieth Complex Figure: The DSS and BQSS. Journal of the International Neuropsychological Society, 5, 120.

70. *Javorsky, D.* & **Stern, R.A.** (1999). Validity of the Boston Qualitative Scoring System (BQSS) for the Rey-Osterrieth Complex Figure in discriminating between Alzheimer's and vascular dementia. Journal of the International Neuropsychological Society, 5, 120.

71. *Latham, J.A.*, Tremont, G., *Somerville, J.A.*, Arruda, J.E., & **Stern, R.A.** (1999). Assessing internal mood state in dementia: Validation of the Visual Analog Mood Scales. Journal of Neuropsychiatry and Clinical Neurosciences, 11, 148.

72. Silva, S.G., Jackson, E.D., Lanning, K.M., Leserman, J., Perkins, D.O., **Stern, R.A.**, Golden, R.N., & Evans, D.L. (1999). Cognitive reserve and HIV-1 disease progression: The differential effects of neurologic versus psychosocial factors. Journal of Neuropsychiatry and Clinical Neurosciences, 11, 162-163.

73. *Somerville, J.A., Tremont, G.*, & **Stern, R.A.** (1999). The Boston Qualitative Scoring System (BQSS) for the Rey-Osterrieth Complex Figure as a Measure of Executive Functioning: A Convergent Validity Study. Journal of the International Neuropsychological Society 5, 118.

74. *Javorsky, D*., Rosenbaum, J., & **Stern, R.A.** (1999). Utility of the Boston Qualitative Scoring System (BQSS) for the Rey-Osterrieth Complex Figure in the evaluation of traumatic brain injury. Archives of Clinical Neuropsychology, 14, 789-790.

75. Tremont, G., *Somerville, J.A.*, & **Stern, R.A.** (1999). Neuropsychological performance in Graves' hyperthyroidism: Evidence for executive dysfunction. Archives of Clinical Neuropsychology, 14, 652-653.

76. *Halpert, S*., Tremont, G., *Javorsky, D.*, & **Stern, R.A.** (2000). Differential impact of executive dysfunction on the California Verbal Learning Test and Logical Memory. Journal of the International Neuropsychological Society 6, 138.

77. *Javorsky, D*., Silva, S.G., & **Stern, R.A.** (2000). Utility of the Boston Qualitative Scoring System (BQSS) in evaluating the Rey-Osterrieth performance of asymptomatic HIV seropositive men. Journal of the International Neuropsychological Society, 6, 232.

78. Racenstein, J.M., Martin, E.M., Reed, R., Carson, V., Harris, T.E., Pitrak, D., Arruda, J.E., *Somerville, J.A.*, & **Stern, R.A.** (2000). Gender differences in spatial working memory in HIV positive individuals. Journal of the International Neuropsychological Society, 6, 135.

79. *Somerville, J.A., Javorsky, D,* Tremont, G., *Westervelt, H.*, & **Stern, R.A.** (2000). Flow-charts vs. pen-switching: A comparison of administration procedures for the Rey-Osterrieth Complex Figure. Journal of the International Neuropsychological Society, 6, 144.

80. **Stern, R.A**., *Legendre, S., Thorner, A.*, Solomon, D., Tremont, G., *Arruda, J.A.,* Furman, M., *Somerville, J.A.*, & Prange, A.J. Jr. (2000). Exogenous thyroid hormone diminishes the amnestic side effects of electroconvulsive therapy. Journal of the International Neuropsychological Society, 6, 235.

81. **Stern, R.A.** & White, T. (2000). Survey of neuropsychological assessment practices. Journal of the International Neuropsychological Society, 6, 137.

82. Tremont, G., *Somerville, J.A., Pettibon, W.H., Javorsky, D.J.,* & **Stern, R.A.** (2000). A Quick Scoring Guide for the Boston Qualitative Scoring System for the Rey-Osterrieth Complex Figure. Journal of the International Neuropsychological Society, 6, 144.

83. Tremont, G., *Somerville, J.A., Smith, K.E.,* Hennessey, J.V., Noto, R.V., Jackson, I.M.D., & **Stern, R.A.** (2000). Cerebral hypoperfusion and neuropsychological deficits in patients with Graves' hyperthyroidism. Archives of Clinical Neuropsychology, 15, 665-666.

84. *Westervelt, H., Somerville, J.A.,* Tremont, G., & **Stern, R.A.** (2000). The impact of organizational strategy on recall of the Rey-Osterrieth Complex Figure. Archives of Clinical Neuropsychology 15, 684.

85. *Legendre, S.A., Ropacki, M.T., Sourathathone, C.M.,* Tremont, G., & **Stern, R.A.** (2001). Comparison of the Hopkins Verbal Learning Test and Randt Short Stories in assessing memory after ECT. Archives of Clinical Neuropsychology, 16, 798.

86. *Legendre, S.A*., **Stern, R.A.**, Solomon, D.A., Furman, M.J., & *Smith, K.E.* (2001). The influence of cognitive reserve on memory following electroconvulsive therapy. Journal of Neuropsychiatry and Clinical Neurosciences, 13, 133. (*Based on this abstract, Susan Legendre was the recipient of an American Neuropsychiatric Association Young Investigator Award.)*

87. *Somerville, J.A.*, & **Stern, R.A.** (2001). Effects of length of delay on Rey-Osterrieth Complex Figure Recall. Journal of the International Neuropsychological Society 7, 132.

Case 2:12-md-02323-AB Document 6201-16 Filed 10/06/14 Page 55 of 61


88. *Sourathathone, C.M., Legendre, S., Ropacki, M.,* Westervelt, H., Tremont, G., & **Stern, R.A.** (2001). Relationship between verbal fluency measures and the Boston Naming Test (BNT). Archives of Clinical Neuropsychology, 16, 807-808.

89. *Sourathathone, C.M., Westervelt, H.J.*, **Stern, R.A.**, & Tremont, G. (2001). Qualitative analysis of errors on the Paced Auditory Serial Addition Task (PASAT). Journal of Neuropsychiatry and Clinical Neurosciences, 13, 135.

90. Tremont, G., Westervelt, H., *Podolanczuk, A.,* Javorsky, D., & **Stern, R.A.** (2001). Referring physician's perceptions of the neuropsychological evaluation: How are we doing? Archives of Clinical Neuropsychology, 16, 808.

91. *Westervelt, H.*, Tremont, G., *Somerville, J., Padolanczuk, A.*, & **Stern, R.A.** (2001). Why are some amnestic patients oriented? Journal of the International Neuropsychological Society, 7, 133-134.

92. *Rilling, L.M.*, Tremont, G., *Podolanczuk, A.*, & **Stern, R.A.** (2002). The validity and classification accuracy of the Wisconsin Card Sorting Test-64. Journal of the International Neuropsychological Society, 8, 154.

93. *Williams, K.,* Cahn-Weiner, D.A., Grace, J., Tremont, G., Westervelt, H., & **Stern, R.A.** (2002). Quantitative and qualitative features of clock drawing performance in Alzheimer's disease, Parkinson's disease, and Dementia with Lew Bodies. Archives of Clinical Neuropsychology, 17, 737.

94. *Bishop, C.,* **Stern, R.,** & Javorsky, D. (2003). Nine-year longitudinal case study of progressive dementia pugilistica. Journal of the International Neuropsychological Society, 9, 165.

95. *Bishop, C.L.*, Westervelt, H.J., & **Stern, R.A.** (2003). Severe, refractory depression and the development of a buccofacial movement disorder in a patient with vascular dementia secondary to polycythemia vera: A case study. Journal of Neuropsychiatry and Clinical Neurosciences, 15, 268.

96. *Davis, J.D.* & **Stern, R.A.** (2003). A case of apparent progressive cognitive decline in an older woman with multiple treated endocrinopathies: Importance of considering endocrine status in diagnosing dementia. Journal of Neuropsychiatry and Clinical Neurosciences, 15, 268.

97. *Podolanczuk, A., Davis, J.D.*, Stopa, E., Hennessey, J.V., Luo, L., Lim, Y., & **Stern, R.A.** (2003). Thyroid hormone concentrations in prefrontal cortex of post mortem brains of Alzheimer's disease patients and controls. Journal of Neuropsychiatry and Clinical Neurosciences, 15, 272.

98. **Stern, R.**, *Bender, A.,* Furman, M., *Smith, K., Rogers, B.,* Browning, R., Raufi, N., & Solomon, D. (2003). The use of Aricept (Donepezil) in electroconvulsive therapy (ECT). Journal of the International Neuropsychological Society, 9, 327-328.

99. **Stern, R.A.,** *Davis, J.D., Rogers, B.L., Smith, K.M.*, Harrington, C.J., Ott, B.R., Prange, A.J. Jr. (2003). A double-blind study of thyroxine in the treatment of Alzheimer's dementia. Journal of Neuropsychiatry and Clinical Neurosciences, 15, 272.

100. **Stern, R.,** Helm-Estabrooks, N., *Ruffolo, J.,* Leitten, C., & White, T. (2003). The NAB Narrative Writing Test: Description and interrater reliability. Journal of the International Neuropsychological Society, 9, 242.

101. **Stern, R.,** *Ruffolo, J., Van Meter, A.,* Leitten, C., & White, T. (2003). The NAB Figure Drawing Test: Description and interrater reliability. Journal of the International Neuropsychological Society, 9, 242.

102. **Stern, R.,** *Van Meter, A., Lang, K.,* Westervelt, H., Leitten, C., Hethcox, A., & White, T. (2003). The NAB Judgment Test: Description and interrater reliability. Journal of the International Neuropsychological Society, 9, 241.

103. Tremont, G., *Ruffolo, J., Bender, A., Podolanczuk, A.,* Hennessey, J., Noto, R., & **Stern, R.** (2003). Association between brain SPECT and neuropsychological functioning in Graves' disease. Journal of the International Neuropsychological Society, 9, 299.

104. Westervelt, H.J., **Stern, R.**, & Tremont, G. (2003). Odor identification deficits in Diffuse Lewy Body disease. Journal of the International Neuropsychological Society, 9,164.

105. *Bishop, C.L., Temple, R.O.,* Tremont, G., Westervelt, H.J., & **Stern, R.A.** (2003). Utility of inpatient neuropsychological consultation in an acute medical hospital. Archives of Clinical Neuropsychology, 18, 793.

106. **Stern, R.A.**, & White, T. (2003). The Neuropsychological Assessment Battery (NAB): Development and psychometric properties. Archives of Clinical Neuropsychology, 18, 805.

107. *Legendre, S.A.*, **Stern, R.A.**, Bert, A.A., & *Rogers, B.L.* (2003). The influence of cognitive reserve on neuropsychological functioning after CABG. Archives of Clinical Neuropsychology, 18, 726. (*Based on this abstract, Susan Legendre was the recipient of a Student Poster Award from the National Academy of Neuropsychology.)*

108. *Temple, R.O.*, & **Stern, R.A.** (2003). Marchiafava-Bignami disease: A case report. Archives of Clinical Neuropsychology 18, 732-733.

109. Tremont, G., Westervelt, H.J., *Davis, J.D., Macaulay, C.* & **Stern, R.A.** (2003). Effect of the neuropsychological evaluation on self-report of cognitive difficulties in early dementia. Archives of Clinical Neuropsychology, 18, 703-704.

110. *Brown, L.B.*, **Stern, R.A.**, Cahn-Weiner, D.A., *Rogers, B.*, Davis, M.A., Lannon, M.C., Maxwell, C., Souza, T., White, T., & Ott, B.R. (2004). Ecological validity of the Neuropsychological Assessment Battery (NAB) Driving Scenes test. Journal of Neuropsychiatry and Clinical Neurosciences, 16, 232-233.

111. Ledbetter, M.F., Davis, M.A., White, T., & **Stern, R.A.** (2004). Reliability of the Neuropsychological Assessment Battery (NAB). Journal of the International Neuropsychological Society, 10(S1), 106.

112. Ledbetter, M.F., White, T., & **Stern, R.A.** (2004). Validity evidence based on the internal structure of the Neuropsychological Assessment Battery (NAB). Journal of the International Neuropsychological Society, 10 (S1), 106.

113. *Macaulay, C.*, **Stern, R.A.**, & White, T. (2004). Validity evidence for the Neuropsychological Assessment Battery (NAB): How does the NAB compare to existing tests?. Journal of the International Neuropsychological Society, 10(S1), 106.

114. *Spitznagel, M.B.*, Tremont, G., Westervelt, H.J. & **Stern, R.A.** (2004). Does cognitive reserve play a role in anosognosia in dementia? Journal of the International Neuropsychological Society, 10(S1), 10.

115. **Stern, R.A.** & White, T. (2004). Introduction to the Neuropsychological Assessment Battery (NAB). Journal of the International Neuropsychological Society, 10(S1), 105.

116. **Stern, R.A.**, White, T., & Ledbetter, M.F. (2004). Validity evidence for the Neuropsychological Assessment Battery (NAB): Sensitivity, specificity, and clinical profiles. Journal of the International Neuropsychological Society, 10(S1), 106-107.

117. White, T., Davis, M.A., & **Stern, R.A.** (2004). Standardization and norming of the Neuropsychological Assessment Battery (NAB). Journal of the International Neuropsychological Society, 10(S1), 106.

Case 2:12-md-02323-AB Document 6201-16 Filed 10/06/14 Page 57 of 61


118. Westervelt, H J, Tremont G, *Spitznagel MB,* Howard JM, & **Stern RA.** (2005). Differential Odor Identification Performance in Dementia Subtypes. Journal of the International Neuropsychological Society, 11(S1), 107.

119. Westervelt, H.J., *Brown, L.B.,* Tremont, G., & **Stern, R.A.** (2005). Patient and family perceptions of the neuropsychological evaluation: How are we doing? Archives of Clinical Neuropsychology, 20, 895.

120. Jefferson, A.L., *Wong, S., Bolen, E.*, Ozonoff, A., Levenson, S., Green, R.C., & **Stern, R.A.** (2006). Cognitive predictors of Hooper Visual Organization Test (HVOT) performance differ between patients with mild cognitive impairment (MCI) and geriatric normal controls (NC). Journal of the International Neuropsychological Society, 12(S1), 115.

121. Jefferson, A.L., *Wong, S., Gracer, T.S.*, Ozonoff, A., Levenson, S., Green, R.C., & **Stern, R.A.** (2006). Geriatric performance on the 30-item even version of the Boston Naming Test (BNT): A comparison of normal controls (NC), mild cognitive impairment (MCI), and Alzheimer's disease (AD). Journal of the International Neuropsychological Society, 12(S1), 26.

122. *Santini, V.*, **Stern, R.A.**, & Green, R.C. (2006). Relationship between thyroid status and neuropsychological performance in healthy elderly euthyroid controls. Journal of the International Neuropsychological Society, 12(S1), 144.

123. *Ashendorf, L.*, Jefferson, A.L., Green, R.C., & **Stern, R.A.** (2007). Test-retest consistency of the WRAT-3 Reading Subtest among older adults. Journal of the International Neuropsychological Society, 13(S1), 80.

124. *Ashendorf, L.,* Jefferson, A.L., Green, R.C., & **Stern, R.A.** (2007). Grooved Pegboard Test Performance Among Cognitively Normal Elders and Individuals with MCI. Journal of the International Neuropsychological Society, 13(S1), 105.

125. *Ashendorf, L.,* O'Connor, M.K., Green, R.C., Jefferson, A.L., & **Stern, R.A.** 2007). Utility of Trail Making Test errors in MCI and AD. Journal of the International Neuropsychological Society, 13(S1), 80.

126. *Ashendorf, L.,* O'Connor, M.K., Green, R.C., Jefferson, A.L., & **Stern, R.A.** (2007). Older adult normative data for Trail Making Test errors. Journal of the International Neuropsychological Society, 13(S1), 31.

127. *Gavett, B.E., Barrup, M., Gonzalez, B.,* Nair, A.K., Green, R.C., Jefferson, A.L., & **Stern, R.A**. (2008). Rates of Impaired Episodic Memory on a Modified Logical Memory Test Compared to the CERAD Word Recall Test. Archives of Clinical Neuropsychology, 23, 713.

128. McKee, A., **Stern, R.A.**, *Gavett, B.*, & Cantu, R. (2008). The distinct pattern of tau degeneration in dementia pugilistica. Federation of American Societies for Experimental Biology Journal, 22,173.11.

129. *Gavett, B.E.,* **Stern, R. A.**, Nowinski, C. J., Cantu, R. C., & McKee, A. C. (2009). Clinical and Neuropathological Findings in Chronic Traumatic Encephalopathy: A Case Series. Archives of Clinical Neuropsychology, 24, 525.

130. *Lou, K. R., Gavett, B. E.,* Jefferson, A. L., Nair, A. K., Green R. C., & **Stern, R. A.** (2009). Sensitivity and specificity of select Neuropsychological Assessment Battery (NAB) subtests in the diagnosis of Alzheimer's disease. Archives of Clinical Neuropsychology, 24, 439-440.

131. *Pimontel, M., Gavett, B. E.,* Jefferson, A. L., Nair, A. K., Green, R. C., & **Stern, R. A.** (2009). Cognitive assessment of older adults using WAIS-R Digit Symbol: Normative data concerns. Archives of Clinical Neuropsychology, 24, 439.

Case 2:12-md-02323-AB Document 6201-16 Filed 10/06/14 Page 58 of 61


132. Gavett BE, Kowall NK, Qiu W, Green RC, Jefferson AL, **Stern RA.** (2010, October). Lack of equivalence between the Mini-Mental State Examination (MMSE) and the Clinical Dementia Rating (CDR) in very mild to moderate stage dementia. Archives of Clinical Neuropsychology.

133. Lin A.P., Ramadan, S., Box, H., Stanwell, P. & **Stern, R.A**. Neurochemical Changes in Athletes with Chronic Traumatic Encephalopathy. Paper presented at the Annual Meeting of the Radiological Society of North America; December 1, 2010; Chicago, IL

134. *Feke, G.T., Hyman, B.T.,* ***Stern, R.A.,*** *& Pasquale, L.R. (2011).* Retinal Blood Flow and Nerve Fiber Layer Thickness in Patients with Mild Cognitive Impairment or Probable Alzheimer's Disease. Poster presented at the Annual Meeting of the Association for Research in Vision and Ophthalmology (ARVO), May 1-5, 2011, Fort Lauderdale, FL.

Case 2:12-md-02323-AB Document 6201-16 Filed 10/06/14 Page 59 of 61


### Textbook Chapters

1. Evans, D.L., **Stern, R.A.**, Golden, R.N., Haggerty, J.J. Jr., Perkins, D., Simon, J.S., & Nemeroff, C.D. (1990). Neuroendocrine and peptide challenge tests in primary and secondary depression. In C.B. Nemeroff (Ed.) Neuropeptides and Psychiatric Disorders. Washington, D.C.: American Psychiatric Association Press, pp. 279-298.

2. Perkins, D.O., **Stern, R.A.**, Golden, R.N., Miller, H.L., & Evans, D.L. (1991). Use of neuroendocrine tests in the psychiatric assessment of the medically ill patient. In J.A. McCubbin, P.G. Kaufmann, and C.B. Nemeroff (Eds). Stress, Neuropeptides, and Systemic Disease. New York: Academic Press, pp. 199-217.

3. Prange, A.J. Jr., & **Stern, R.A.** (1995). Pharmacologic use of thyroid hormones in psychiatry. In H.I. Kaplan & B.J. Sadock (Eds.). Comprehensive Textbook of Psychiatry/VI. Baltimore: Williams and Wilkins, pp. 2083-2088.

4. **Stern, R.A.**, Perkins, D.O., & Evans, D.L. (1995). Neuropsychiatric aspects of HIV-1 infection and AIDS. In F.E. Bloom & D.J. Kupfer (Eds.). Psychopharmacology: The Fourth Generation of Progress. New York: Raven Press, pp. 1545-1558. URL: http://www.acnp.org/citations/GN401000149.

5. **Stern, R.A.**, & Prange, A.J. Jr. (1995). Neuropsychiatric aspects of endocrine disorders. In H.I. Kaplan & B.J. Sadock (Eds.). Comprehensive Textbook of Psychiatry/VI. Baltimore: Williams and Wilkins, pp. 241-251.

6. **Stern, R.A.**, & *Prohaska, M.L.* (1996). Neuropsychological evaluation of executive functioning. In L.J. Dickstein, M.B. Riba, & J.M. Oldham (Eds.). American Psychiatric Press Review of Psychiatry, Vol. 15. Washington, D.C.: American Psychiatric Press, pp. 243-266.

7. Connors, C.K., Epstein, J., **Stern, R.A.**, March, J., Sparrow, E., & *Javorsky, D.J.* (2003). Subtyping Attention-Deficit/Hyperactivity Disorder (ADHD): Use of the ROCF. In J. Knight & E. Kaplan (Eds.). The Handbook of Rey-Osterrieth Complex Figure Usage: Clinical and Research Applications. Lutz, Florida: Psychological Assessment Resources, pp. 411-431.

8. Libon, D.J., Freeman, R.Q., Giovannetti, T., Lamar, M., Cloud, B.S., **Stern, R.A.**, & Kaplan, E. (2003). The ROCF and visuoconstructional impairment in cortical and subcortical dementia. In J. Knight & E. Kaplan (Eds.). The Handbook of Rey-Osterrieth Complex Figure Usage: Clinical and Research Applications. Lutz, Florida: Psychological Assessment Resources, pp. 583-596.

9. Boyle, P., *Ropacki, S.A.L.*, & **Stern, R.A.** (2007). Electroconvulsive therapy and coronary artery bypass grafting surgery: Pseudoexperimental paradigms for studying cognitive reserve. In Y. Stern (Ed.). Cognitive Reserve: Theory and Applications. New York: Taylor and Francis, pp. 117-130.

10. Iverson, G.L., Brooks, B.L., White, T., & **Stern, R.A.** (2007). Neuropsychological Assessment Battery (NAB): Introduction and advanced interpretation. In: A.M. Horton (Ed.). The Neuropsychology Handbook (3rd Ed.). New York: Springer, pp. 279-343.

11. **Stern, R.A**. *Daneshvar, D. & Poon, S.* (2010). Visual Analogue Mood Scales. In S. Brumfitt (Ed.). Psychological Well-Being in the Person with Acquired Communication Problems. New York: John Wiley & Sons, pp. 116-136.

12. **Stern, R.A.**, *Anderson, S. & Gavett, B.* (2011). Frontal Systems and Executive Functioning. In A. Budson & N. Kowall (Eds.). The Handbook of Alzheimer's Disease and Other Dementias. New York: Wiley-Blackwell.

13. Stamm, J. & **Stern, R.A.** (in preparation). Chronic Traumatic Encephalopathy. In B.L. Miller & J.L. Cummings (Eds.). The Human Frontal Lobes, 3rd Edition. New York: The Guilford Press.

14. Koerte, I.K., Lin, A., Muehlmann, M., Rauchmann, B., Cooper, K., Mayinger, M., **Stern, R.A**., & Shenton, M.E. (in press). Post-Traumatic Cognitive Disorders. In S. Kanekar (Ed.) Imaging Of Neurodegenerative Disorders, New York: Thieme Publishers.

**Letters and Other Publications**

1. Haggerty, J.J. Jr., **Stern, R.A.**, Mason, G., & Prange, A.J. Jr. (1994). In reply to: The prevalence of goiter in psychiatric outpatients suffering from affective disorder [letter]. American Journal of Psychiatry, 151, 454.

2. Tremont, G., & **Stern, R.A.** (2001). Minimizing the cognitive effects of lithium therapy and electroconvulsive therapy using thyroid hormone. .Biologine Psichiatrija ir Psichofarmakologija (Lithuanian journal; “Biological Psychiatry and Psychopharmacology”), 3, 5-11.

3. **Stern, R.A.**, Gavett, B.E., *Baugh, C.*, Nowinski, C.J., Cantu, R.C., & McKee, A.C. (2011). Recurrent Sports-Related Traumatic Brain Injury and Tauopathy. In Nutrition and Traumatic Brain Injury: Improving Acute and Subacute Health Outcomes in Military Personnel, edited by J. Erdman, M. Oria, and L. Pillsbury. Washington, DC: The National Academies Press. pp. 305-310.

**Published Tests, Instruments, and Manuals:**

1. **Stern, R.A.** (1997). Visual Analog Mood Scales, Psychological Assessment Resources (PAR), Odessa, FL.

2. **Stern, R.A.**, *Javorsky, D.J., Singer, E.A., Singer, N.G., Duke, L.M., Somerville, J.A.*, Thompson, J.A., & Kaplan, E. (1999). Boston Qualitative Scoring System (BQSS) for the Rey-Osterrieth Complex Figure, Psychological Assessment Resources (PAR), Odessa, FL.

3. **Stern, R.A.** & White, T. (2003). Neuropsychological Assessment Battery (NAB), Psychological Assessment Resources (PAR), Lutz, FL.

   In addition to the entire battery, the following individual tests and modules are available from the publisher:

   NAB Screening Module
   NAB Attention Module
   NAB Language Module
   NAB Memory Module
   NAB Spatial Module
   NAB Executive Functions Module
   NAB Auditory Comprehension Test
   NAB Categories Test
   NAB Design Construction Test
   NAB Digits Forward/Digits Backward Test
   NAB Mazes Test
   NAB Naming Test
   NAB Numbers and Letters Test
   NAB Orientation Test
   NAB Visual Discrimination Test
   NAB Writing Test

4. **Stern, R.A.** & White, T. (2003). NAB Administration, Scoring, and Interpretation Manual, Psychological Assessment Resources (PAR), Lutz, FL.

5. White, T. & **Stern, R.A.** (2003). NAB Psychometric and Technical Manual, Psychological Assessment Resources (PAR), Lutz, FL.

6. White, T. & **Stern, R.A.** (2003). NAB Demographically Corrected Norms Manual, Psychological Assessment Resources (PAR), Lutz, FL.

7. White, T. & **Stern, R.A.** (2003). NAB U.S. Census-Matched Norms Manual, Psychological Assessment Resources (PAR), Lutz, FL.

8. Mohyde, M., Tracton-Bishop, B., Coughlin, J. D'Ambrosio, L., & **Stern, R.A**. (2007). At the Crossroads: The Support Group Kit on Alzheimer's Disease, Dementia & Driving. The Hartford, Hartford, CT.

   The kit was developed collaboratively by BU School of Medicine, MIT AgeLab, The Hartford Financial Services Group the three organizations, based on materials developed for a research study (**PI R. Stern**) of dementia caregivers and driving. Other major contributors include from the MIT AgeLab. The support group kit was the recipient of a *Today's Caregiver* Magazine's "2011 Caregiver Friendly" Award.