**CERTIFICATE OF SERVICE**

_____I hereby certify that on October 14, 2014, I caused the foregoing Objection to the June 25, 2014 Class Action Settlement and supporting documents to be filed with the United State District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice fo all counsel of record.

/s/ William T. Gibbs
William T. Gibbs