# EXHIBIT 2

9/3/2014 NFL Lawsuits | Football Concussions 1/2

Case 2:12-md-02323-AB Document 6342-2 Filed 10/14/14 Page 2 of 3
Case 2:12-md-02323-AB Document 6201-2 Filed 10/06/14 Page 2 of 1

# SEEGERWEISS LLP

Call Us Toll Free:
**888-584-0411**

HOME | OUR FIRM | ATTORNEYS | PRACTICES | NEWS | BLOG | OUR OFFICES | CONTACT US



Google +

## Up-to-Date Information on NFL Football Concussions

After years of denying the scientific evidence that links repeated football concussions with long-term brain damage, the NFL is currently in the hot seat. A flood of multi-district NFL lawsuits are finally making this powerful organization take notice.

As Plaintiffs' Co-Lead Counsel, we deeply care about this topic—and about keeping the public up-to-date on the latest findings and pursuit of justice. We encourage those of you who would like to simply stay abreast of this volatile topic or those who want helpful information for a possible lawsuit, to bookmark this page.

### What's Currently Happening?

- Thousands of players who have suffered football concussions are filing NFL lawsuits.
- Christopher A. Seeger has been appointed as Co-Lead of the multi-district litigation (MDL) effort. More

### In the News

- Recent news has been flooded with terrible stories of former football players who have suffered tragic ends.
- In 1994, The National Football League created the Mild Traumatic Brain Injury Committee to investigate the effects of concussions in football.
- On December 6, 2011, Seeger Weiss reports representing 11 former NFL players suffering from football concussion-related health issues. New release
- On December 21, 2011, the NFL reported that an independent trainer would be at each NFL game to watch for potential football concussions. Read more

### An Act of Negligence

While knowing the real truth behind concussions in football, the NFL concealed the truth to profit at the expense of the players' health. The damage caused by this fraud and negligence has caused painful and irreversible damage to many players and their families.

The NFL, which formed its own institute to study the effects of football concussions, is believed to have misled players about the harms of football concussions for their own financial gain. A culture was created where players were encouraged by coaches and franchises to play hurt and to contribute at any possible cost. Repeated football concussions have serious long-term consequences and have negatively affected the quality of life of many former players.

### Link to CTE and Alzheimer's

Frequent brain trauma or multiple football concussions, at the rate of former professional football players who are filing NFL lawsuits, has shown to cause serious mental health problems. Thousands of football players, many of whom are thought to have suffered more than one hundred mild traumatic brain injuries, are dealing with horrible

### Don't Suffer Alone

Are you a professional football player who has suffered from a concussion-related disease?

## Free Case Evaluation

Recipient of The National Law Journal's Plaintiffs Hot List

Full Name

Email | Phone

Have you experienced health problems due to a NFL concussion?
◉ Yes  ○ No

Please provide any other information you would like us to know in the box below

Align the slider to the arrow





 

 

and debilitating symptoms.

Multiple medical studies have found direct correlation between football concussions and suffering from symptoms of chronic traumatic encephalopathy, also known as CTE. CTE is believed to be the most serious and harmful disease that results from NFL and concussions. CTE is a progressive degenerative disease that causes damage to the brain tissue and the accumulation of Tau Proteins. Tau proteins aid in the onset of dementia and have been linked to the development of Alzheimer's disease. Symptoms of CTE include:

- Dementia
- Memory loss
- Depression
- Aggression
- And difficulty controlling impulses

### Some Players Experienced More Than 100 Mild Brain Injuries

Football concussions interfere with normal brain function and cause a variety of physical, cognitive, and emotional symptoms. The most common and immediate symptoms of a concussion are a headache, dizziness, vomiting, and temporary breakdown in motor coordination.

Confusion, disorientation, and difficulty focusing can also be NFL and concussion related side-effects as well.

When a concussion in football occurs, the force is strong enough that the cerebrospinal fluid (which protects each of our brains) cannot protect the brain from absorbing the force. A football concussion doesn't necessarily occur from direct trauma to the head, but can also result from an impulsive force like whiplash. Diagnosis of a football concussion is based on a combination of physical and neurological examinations.

[Seeger Weiss LLP](#)

Seeger Weiss - 77 Water Street, 26th Floor New York, NY 10004 888-584-0411 | Contact Us | Site Map | Privacy Policy

