UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>      Plaintiffs,<br><br>      v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>      Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## STATEMENT OF BENJAMIN J. UTECHT

I, Benjamin J. Utecht, am a Settlement Class Member, as that term is defined in the Class Action Settlement Agreement dated as of June 25, 2014 (the "Settlement") because I am a "Retired NFL Football Player" under the Settlement in that I retired before July 7, 2014, from playing for a past or present member club of the National Football League (the "NFL"). I played for the following NFL member clubs:

1. Indianapolis Colts from 2005-2007.

2. Cincinnati Bengals from 2008-2009.

Date:  October 13, 2014

Signature:  _____

Name (printed):   Benjamin J. Utecht

Address:   12058 Lucerne Trail
Lakeville, Minnesota 55044

Telephone:   (952) 469-2868

My Date of Birth:   June 30, 1981