UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

**ORDER**

AND NOW, THIS 15th day of October 2014, it is **ORDERED** that the following motions are **DENIED**:

1. ECF No. 6102 (Duerson's Second Motion for dissemination of data)

2. ECF No. 6165 (Duerson's Motion to depose Chris Seeger)

3. ECF No. 6169 (Morey Plaintiffs' Motion for limited discovery)

It is **FURTHER ORDERED** that the following motions are **DENIED AS MOOT:**

1. ECF No. 6101 (ESPN and Bloomberg's Motion for actuarial data)

2. ECF No. 6115 (24 Class Plaintiffs' Motion for actuarial data)

_____
Anita B. Brody
United States District Court Judge

Copies **VIA ECF** on _____ to:         Copies **MAILED** on _____ to:

1