# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW,** on this __15TH__ day of October 2014, it is **ORDERED** that the Dent Plaintiffs' motion to withdraw (ECF No. 6189) their motion to intervene (ECF No. 6131) is **GRANTED.**

S/ANITA B. BRODY

_____

Anita B. Brody
United States District Court Judge

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

1