# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIG., | ) ) ) ) | 2:12-md-02323-AB |

## NOTICE OF APPEARANCE

George W. Cochran hereby enters his appearance in this case on behalf of class member and objector Curtis L. Anderson.

                                                                                          */s/ George W. Cochran*
                                          George W. Cochran (92855)
                                          1385 Russell Drive
                                          Streetsboro, Ohio 44241
                                          Tel:    (330) 626-5600
                                          Fax:   (330) 230-6136
                                          Email: lawchrist@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed via the ECF filing system on October 16, 2014, and that as a result electronic notice of the filing was served upon all attorneys of record.

                                                            */s/ George W. Cochran*
                                                            George W. Cochran