**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | ) | |
| **IN RE: NATIONAL FOOTBALL LEAGUE** | ) | **2:12-md-02323-AB** |
| **PLAYERS' CONCUSSION INJURY LITIG.,** | ) | |
| | ) | |

## DECLARATION

I, George W. Cochran, hereby declare under the pains and penalties of perjury that I have

been  retained by the following class member to file objections on his behalf: Curtis L. Anderson.

Signed Under the Pains and Penalties of Perjury this 16th
day of October 2014.                                                    */s/ George W. Cochran*