# 611506          TAD\WTG\2012S-1000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, | Civil Action No. 2:14-cv-00029-AB |
| Plaintiffs, | |
| v. | |
| National Football League and NFL Propoerties, LLC, Sucessor-in-interest to NFL Properties, Inc., | |
| Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**MOTION OF ESTATE OF DAVID DUERSON, ESTATE OF FORREST BLUE, THOMAS DELEONE, GERALD SULLIVAN, BARRY DARROW, RAY AUSTIN, BRUCE HERRON, JOHN CORNELL, TORI NOEL and MIKE ADAMLE FOR SCHEDULING CONFERENCE**

      The Estate of David Duerson, Deceased, The Estate of Forrest Blue, Deceased, Thomas DeLeone, Gerald Sullivan, Barry Darrow, Ray Austin, Bruce Herron, John Cornell, Tori Noel, and Mike Adamle (the "Movants") respectfully move for this Court to order the parties to participate in a scheduling conference before this Court's November 19, 2014 fairness hearing, for purposes of setting a schedule for the fairness hearing, and state:

      1.     This Court has scheduled a fairness hearing for November 19, 2014 to determine whether the Settlement should be approved. ECF. No. 6084 at 7.

2.      At this fairness hearing, the NFL and Class Counsel intend to present all evidence supporting the fairness and adequacy of the proposed Settlement. *See* ECF No. 6183 at 22 ("At the fairness hearing, the undersigned will provide the Court with all its needs to determine whether the proposed Settlement should be finally approved"); ECF No. 6185 at 2 ("Class Counsel and the NFL Parties will submit and present to the Court ample evidence to support the fairness of the Class Action Settlemenet, including affidavits, briefing, and testimony.").

3.      Under Fed R. Civ. P. 23(d)(1), the Court may make "appropriate orders ... determining the course of proceedings or prescribing measures to prevent undue repetition or complication in the presentation of evidence or argument." The purpose of Rule 23(d) is to achieve "the fair and efficient conduct of the action" by directing courts to "consider how the proceedings are to be arranged in sequence and what measures should be taken to simplify the proof and argument." Fed. R. Civ P. 23(d) Advisory Committee Notes (1966).

4.      Rule 23(d) also recognizes that the management of a class action case is an evolutionary process and that, in the course of that evolution, the Court must have the freedom to entertain motions from counsel that will facilitate such goals:

> Federal courts have considerable powers to organize, manage, and control the pretrial proceedings in cases and to set the order and mode of proof at trial. Beyond those general powers, Rule 23(d) specifically authorizes federal courts to issue orders determining the course of the proceedings, or to prescribe measures to prevent undue repetition or complication in the presentation of evidence or argument in class-action proceedings. By their very nature, class actions involve the interests of many people. ... By exercising control over the course of the proceedings, a court can expedite the disposition of the case, reduce the cost of litigation, and protect the interests of absent class members. A court should use its authority under Rule 23(d)(1) to streamline the proof and argument and carefully manage pretrial and trial proceedings.

5-23 Moore's Federal Practice, Civil § 23.141 (footnotes omitted); *See also Christman v. Brauvin Realty Advisors, Inc.*, 191 F.R.D. 142, 154–55 (N.D. Ill. 1999) (indicating that, if necessary, the

court would use Rule 23(d)(1) to make further rulings to maintain an orderly process and prevent duplicative presentation of the evidence).

5. Given the long and complex nature of the Settlement, in addition to the amount of evidence being presented for the first time by the NFL and Class Counsel at the fairness hearing, this Court should utilize its authority under Fed. R. Civ. P. 23(d)(1) to issue an Order that the parties participate in a scheduling conference before this Court's November 19, 2014 fairness hearing, for purposes of setting a schedule for the fairness hearing.

WHEREFORE, for the reasons stated above, The Estate of David Duerson, Deceased, The Estate of Forrest Blue, Deceased, Thomas DeLeone, Gerald Sullivan, Barry Darrow, Ray Austin, Bruce Herron, John Cornell, Tori Noel, and Mike Adamle respectfully request that the Court set a scheduling conference before the November 19, 2014 fairness hearing for purposes of addressing the manner in which the fairness hearing will proceed, and to the extent the Court will allow, for purposes of addressing outstanding discovery motions before the fairness hearing.

Respectfully submitted,

*/s/ Thomas A. Demetrio*  
Thomas A. Demetrio  
Corboy & Demetrio, P.C.  
33 North Dearborn Street  
Suite 2100  
Chicago, Illinois 60602  
(312) 346-3191  
(312) 346-5562 Fax  
tad@corboydemetrio.com

*/s/ William T. Gibbs*  
William T. Gibbs  
Corboy & Demetrio, P.C.  
33 North Dearborn Street  
Suite 2100  
Chicago, Illinois 60602  
(312) 346-3191  
(312) 346-5562 Fax  
wtg@corboydemetrio.com

## CERTIFICATE OF SERVICE

    I hereby certify that on October 16, 2014, I caused the foregoing Motion for Scheduling Conference and Proposed Order to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties.

/s/ William T. Gibbs  
William T. Gibbs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>       Plaintiffs,<br><br>       v.<br><br>National Football League and NFL Propoerties, LLC, Sucessor-in-interest to NFL Properties, Inc.,<br><br>       Defendants.<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | No. 2:12-md-02323-AB<br>MDL No. 2323<br><br>Civil Action No. 2:14-cv-00029-AB |

**PROPOSED ORDER**

AND NOW, this _____ day of _____, 2014, after consideration of the Motion for Scheduling Conference of The Estate of David Duerson, Deceased, The Estate of Forrest Blue, Deceased, Thomas DeLeone, Gerald Sullivan, Barry Darrow, Ray Austin, Bruce Herron, John Cornell, Tori Noel, and Mike Adamle, and any responses thereto, it is hereby ORDERED that the Motion is GRANTED. The parties are ordered to participate in a scheduling conference on _____, 2014.

BY THE COURT:

_____
ANITA B. BRODY
United States District Judge