## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2014, I caused the foregoing Motion for Scheduling Conference and Proposed Order to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties.

/s/ William T. Gibbs
William T. Gibbs
