UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE )<br>PLAYERS' CONCUSSION INJURY )<br>LITIGATION )<br> )<br> )<br>-------------------------------------------------- )<br>THIS DOCUMENT RELATES TO: )<br> )<br>Plaintiffs' Master Administrative Long- )<br>Form Complaint and John Brodie, et al. v. )<br>NFL, USDC, EDPA, NO. 12-CV-00861 )<br> )<br>GEORGE ROGERS )<br>_____ ) | MDL No. : 2323<br><br>Case No. 2:12-CV-00861-AB |

### Notice of Withdrawal as Class Action Member

Now comes the Plaintiff, George Rogers and Loretta Rogers, through their Attorney of record, who requests that they be removed as a member of the class of the pending lawsuit.

Hence, Plaintiff withdraws their participation and involvement, and accepts non-suit as to their interest.

By:   /s/Steve C. Davis
STEVE C. DAVIS
scdavis@homesc.com
431 E. Main Street/Post Office Box 1168
Moncks Corner, SC 29461
(843) 761-7727 (phone)
(843) 761-7406 (facsimile)

Moncks Corner, South Carolina
October 14, 2014

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE ) <br> PLAYERS' CONCUSSION INJURY ) <br> LITIGATION ) <br> ) <br> ) <br> -------------------------------------------------- ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> Plaintiffs' Master Administrative Long- ) <br> Form Complaint and John Brodie, et al. v. ) <br> NFL, USDC, EDPA, NO. 12-CV-00861 ) <br> ) <br> GEORGE ROGERS ) <br> _____ ) | MDL No. : 2323 <br><br> Case No. 2:12-CV-00861-AB |

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of October 2014 a true and correct copy of the Notice of Withdrawal as Class Action Member is being to mailed to Clerk of District Court, NFL Concussion Settlement, U.S. Courts of Pennsylvania, 601 Market Street, Philadelphia, PA 19106-179722