UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**PROPOSED ORDER**

AND NOW, this _____ day of _____, 2014, after consideration of the Motion for Production of Evidence, and any responses thereto, it is hereby ORDERED that the Motion is GRANTED. Class Counsel and the NFL are ordered to produce to Movants the evidence they relied on when they agreed to the Settlement and the evidence upon which they intend to rely at the November 19, 2014 fairness hearing, including: (i) the names, contact information, and a summary of testimony of any witness they intend to call; (ii) a declaration of any expert setting forth the basis for that expert's testimony; and (iii) any documents they intend to introduce, by _____, 2014.

BY THE COURT:

_____
ANITA B. BRODY
United States District Judge