UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : No. 2:12-md-02323-AB : : MDL No. 2323 : |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : Hon. Anita B. Brody : : : : |

## CO-LEAD CLASS COUNSEL'S MOTION TO STRIKE THE LATE-FILED OBJECTION OF CURTIS L. ANDERSON

Co-Lead Class Counsel move to strike the late-filed objection of Curtis L. Anderson [ECF No. 6248]. As set forth in the accompanying memorandum of law in support of this motion, Mr. Anderson's objection fails to comply with this Court's Preliminary Approval Order of July 7, 2014, and, therefore, should be stricken from the record.

Dated: October 21, 2014                                   Respectfully submitted,

/s/ Christopher A. Seeger
Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

**Co-Lead Class Counsel**

Sol Weiss
ANAPOL SCHWARTZ
1710 Spruce Street
Philadelphia, PA 19103
Phone: (215) 735-1130
Fax: (215) 735-2024
sweiss@anapolschwartz.com

**Co-Lead Class Counsel**