# EXHIBIT B



10/331

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE, FENFLURAMINE, DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO: | **FILED** |
| SHEILA BROWN, et al. | MAY - 8 2000 |
| v. | MICHAEL E. KUNZ, Clerk<br>By _____ Dep. Clerk |
| AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION NO. 99-20593 |

**PRETRIAL ORDER NO. 1295**

AND NOW, TO WIT, this 8TM day of May, 2000, upon consideration of the motion to intervene of: Phyllis M. Rodriguez, Frances Rammage, Sherri D. Wieneke, Pam Butler, Lynn Reed, Carl Wolf, Ted Doak, Sherrie Brichetto and Kim Heaton (Document #201703), IT IS ORDERED that said motion is DENIED.

The above motion seeks intervention by class members to the nationwide class action settlement. To the extent that class members have submitted objections to the settlement pursuant to Pretrial Order No. 997, formal intervention by class members is unnecessary. Any objections properly submitted by class members pursuant to Pretrial Order No. 997 will be considered by the

court at the fairness hearing, commencing May 2, 2000. In addition, objectors and other eligible parties are already entitled to participate in discovery relating to the fairness and adequacy of the settlement without the need to intervene. <u>See</u> Pretrial Order Nos. 1071 and 1109. Thus, the court denies the motion to intervene.

BY THE COURT:

LOUIS C. BECHTLE, J.