UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : No. 2:12-md-02323-AB :<br>: MDL No. 2323 :<br>: Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | :<br>:<br>:<br>: |

## **ORDER**

AND NOW, on this _____ day of _____, 2014 upon consideration of Co-lead Class Counsel's Motion to Strike the Late-filed Objection of Curtis L. Anderson, it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED.

BY THE COURT:

_____
Anita B. Brody, J.