## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that a true copy of the foregoing was served electronically via the

Court's electronic filing system on the 21st day of October, 2014, upon all counsel of record.

Dated: October 21, 2014

/s/ Christopher A. Seeger

Christopher A. Seeger
