UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *On behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | CIVIL ACTION NO: 14-cv-0029 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## DECLARATION OF JAMES T. CAPRETZ

Pursuant to 28 U.S.C. § 1746, James T. Capretz declares as follows:

1. I am the principal attorney at the law firm of Capretz & Associates.

2. Preston Jones and Katherine Jones have retained Capretz & Associates in connection with the above-captioned matter and I represent them in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 21, 2014

_____
James T. Capretz