IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : No. 2:12-md-02323-AB<br>:<br>: MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>    Plaintiffs,<br><br>    v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>    Defendants. | : Hon. Anita B. Brody<br>:<br>:<br>:<br>: CIVIL ACTION No. 14-00029-AB<br>:<br>:<br>:<br>:<br>: |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | :<br>:<br>: |

## NOTICE OF INTENT TO APPEAR AT FAIRNESS HEARING

TO THE CLERK OF THE COURT:

The undersigned intends to appear at the Fairness Hearing on behalf of Settlement Class Member ANDREW STEWART.

Dated: October 23, 2014

/s/ *Michael H. Rosenthal*
Michael H. Rosenthal (ID No. 48231)
ROENTHAL LURIE LLC
1500 JFK Blvd., STE 1230
Philadelphia, PA 19102
(P) 215.496.9404
(F) 215.600.1728
Michael@RosenthalLurie.com
***Attorneys for Andrew Stewart***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Intention to Appear at Fairness Hearing was served on October 23, 2014 on all counsel of record by the Court's ECF system.

                                                   */s/ Michael H. Rosenthal*
                                                   Michael H. Rosenthal