UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : No. 2:12-md-02323-AB<br>:<br>: MDL No. 2323<br>:<br>: Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | :<br>:<br>:<br>: |

CO-LEAD CLASS COUNSEL'S MOTION FOR
AN ORDER PROHIBITING IMPROPER
COMMUNICATIONS WITH THE CLASS BY MOLOLAMKEN LLP

Co-Lead Class Counsel submit this Motion for an Order Prohibiting Improper Communications with the Class by MoloLamken, LLP. Pursuant to Fed.R.Civ.P. 23(d), and for the reasons set forth in the accompanying Memorandum of Law, the Motion should be granted.

Dated: October 24, 2014                    Respectfully submitted,

/s/ Christopher A. Seeger
Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

**Co-Lead Class Counsel**

Sol Weiss
ANAPOL SCHWARTZ
1710 Spruce Street
Philadelphia, PA 19103
Phone: (215) 735-1130
Fax: (215) 735-2024
sweiss@anapolschwartz.com

**Co-Lead Class Counsel**