# EXHIBIT B

**HOW TO PARTICIPATE IN, OPT-IN, OPT-OUT AND OBJECT**

October 14, 2014 Is The Deadline To Object Or Opt-Out
Letter to the NFL Players | What Is Wrong With The Settlement
What If I Did Not Receive the Notice | Who Is Part of the Settlement
Payoff Table | NFL Settlement Calculator | Important Dates
How to Participate in, Opt-In, Opt-Out and Object | For Active NFL Players | For Family Members

# How to Participate in, Opt-In, Opt-Out and Object

Follow @NFLObjectors

Class members who believe that the Settlement provides them with adequate compensation for the injuries they have suffered and who want to participate in the Settlement need to nothing until after the Court decides whether to approve the Settlement. If approved, participating class members will have to register with the claims administrator as required by the Settlement procedures. If you decide to participate in the Settlement, you will be eligible to receive an award and qualify for the Baseline Assessment Program, but you will not be able to sue the NFL for any injuries related to MTBI-even injuries not compensated under the Settlement and even injuries that you do not yet know of.

Class members who want to exclude themselves from the class must submit an opt-out request by October 14, 2014. If you opt-out, you will not be bound by the Settlement Agreement. Thus, you could bring (or continue) your own lawsuit against the NFL for your MTBI-related injuries. If you late receive a qualifying diagnosis, however, you will not be eligible for payment under the Settlement. Nor will you be able to participate in the Baseline Assessment Program.

To opt out of the settlement class, you must submit a written request to the Claims Administrator. That request should include:

- Your name, address, telephone number, and date of birth;
- A copy of your driver's license or other government issued identification;
- A statement saying, "I wish to exclude myself from the Settlement Class in *In re: National Football League Players' Concussion Injury Litigation*, No. 2:12-md-2323"; and
- Your signature by hand, and the date on which you signed.

You should mail your request no later than October 14, 2014, and you should send it to:

NFL Concussion Settlement
P.O. Box 25369
Richmond, VA 23260

Class members who are unhappy with the Settlement and who would like to explain to the Court the problems they see in the Settlement can submit an objection. Only individuals who have not yet submitted an opt-out request can submit an objection. A written objection must include:

- The name and number of the case, which is *In re: National Football League Players' Concussion Injury Litigation,* No. 2:12-md-2323;
- Your name, address, telephone number, and date of birth;

- A written statement or evidence establishing how you are a class member;
- A detailed statement of your objections, providing the specific reasons for each objection and including any facts or law that you would like to bring to the Court's attention;
- Any other supporting papers, materials or briefs that you want the Court to consider;
- Your signature by hand, and the date on which you signed.

Click here for a complete guide to both the objection and joining the effort

You should mail your objection no later than October 14, 2014, and you should send it to:

Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-179722

**Updated - Oct. 6, 2014** | Contact Us at info@nflconcussionsettlementfacts.com

```
 1  <!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN"
 2          "http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">
 3  <html xmlns="http://www.w3.org/1999/xhtml">
 4  <head>
 5  
 6  <!-- Start of StatCounter Code for BBEdit (Mac) -->
 7  <script type="text/javascript">
 8  var sc_project=10059282;
 9  var sc_invisible=1;
10  var sc_security="b86e63c1";
11  var scJsHost = (("https:" == document.location.protocol) ?
12  "https://secure." : "http://www.");
13  document.write("<sc"+"ript type='text/javascript' src='" +
14  scJsHost+
15  "statcounter.com/counter/counter.js'></"+"script>");
16  </script>
17  <noscript><div class="statcounter"><a title="web analytics"
18  href="http://statcounter.com/" target="_blank"><img
19  class="statcounter"
20  src="http://c.statcounter.com/10059282/0/b86e63c1/1/"
21  alt="web analytics"></a></div></noscript>
22  <!-- End of StatCounter Code for BBEdit (Mac) -->
23  
24  
25  <link href="styles/nflconcussion_style.css" rel="stylesheet" type="text/css" />
26  
27  <style type="text/css">
28  </style>
29  
30  <title>NFL Concussion Settlement Facts - How to Participate in, Opt-In, Opt-Out and Ob
31      <meta name="generator" content="BBEdit 8.2" />
32      <meta name="description" content="NFL Concussion Settlement Facts - How to Partici
33      <meta name="keywords" content="NFL Concussion Settlement Facts - How to Participate
34  </head>
35  <body>
36      <div id="wrapper">
37  
38          <div id="bannertop">
39              <div id="curloc">How to Participate in, Opt-In, Opt-Out and Object</div>
40          </div> <!-- for banner_top -->
41  
42          <div id="navigation"><center>
43              <ul>
44                  <li><a href="../index.html">Letter to the NFL Players</a></li>
45                  <li class="last_list_item"><a href="what_is_wrong_with_the_settlement.
46              </ul>
47              <ul>
48                  <li><a href="what_if_i_did_not_receive_the_notice.html">What If I Did 
49                  <li class="last_list_item"><a href="who_is_part_of_the_settlement.html
50              </ul>
51              <ul>
52                  <li><a href="payoff_table.html">Payoff Table</a></li>
53                  <li><a href="NFLSettlementCalculator.html">NFL Settlement Calculator</a
54                  <li class="last_list_item"><a href="important_dates.html">Important Da
55              </ul>
56              <ul>
57                  <li><!-- a href="how_to_optin.html" -->How to Participate in, Opt-In, 
58                  <li><a href="for_active_nfl_players.html">For Active NFL Players</a></
59                  <li class="last_list_item"><a href="for_family_members.html">For Famil
60              </ul>
61              </center>
62          </div> <!-- for navigation -->
```

```
 63
 64
 65              <div id="content">
 66                   <div id="sideimage_a"><a href="https://www.twitter.com/NFLObjectors" Ta
 67
 68          <H1>How to Participate in, Opt-In, Opt-Out and Object</H1>
 69            <p>Class members who believe that the Settlement provides them with adequa
 70
 71            <p>Class members who want to exclude themselves from the class must submit
 72
 73           <p>To opt out of the settlement class, you must submit a written request to
 74
 75               <ul id="bulletpts">
 76                   <li>Your name, address, telephone number, and date of birth;</li>
 77                   <li>A copy of your driver's license or other government issued ide
 78                   <li>A statement saying, "I wish to exclude myself from the Settlem
 79                   <li>Your signature by hand, and the date on which you signed.</li>
 80               </ul>
 81
 82               <p>You should mail your request no later than October 14, 2014, and yo
 83                     NFL Concussion Settlement<br>
 84                     P.O. Box 25369<br>
 85                     Richmond, VA 23260 </p>
 86
 87               <p>Class members who are unhappy with the Settlement and who would lik
 88
 89               <ul id="bulletpts">
 90                   <li>The name and number of the case, which is <i>In re: National F
 91                   <li>Your name, address, telephone number, and date of birth;</li>
 92                   <li>A written statement or evidence establishing how you are a cla
 93                   <li>A detailed statement of your  objections, providing the specif
 94                   <li>Any other supporting papers, materials or briefs that you want
 95                   <li>Your signature by hand, and the date on which you signed.</li>
 96               </ul>
 97
 98               <p><a href="http://www.mololamken.com/nfl-concussion-litigation.html" 
 99
100               <p>You should mail your objection no later than October 14, 2014, and 
101
102            <p>
103                  Clerk of the District Court/NFL Concussion Settlement
104                  U.S. District Court for the Eastern District of Penns
105                  United States Courthouse <br>
106                  601 Market Street<br>
107                  Philadelphia, PA 19106-179722 <br></p>
108          </div>   <!-- content -->
109
110          <div id="bottomfooter">
111              <ul>
112                  <li>Updated - Oct. 6, 2014</li>
113                  <li class="last_list_item">Contact Us at info@nflconcussionsettlementf
114              </ul>
115           </div>   <!-- div for footer -->
116
117     </div>   <!--DIV for wrapper-->
118
119
120
121 </body>
122 </html>
123
```