# EXHIBIT C



# Join in the Objection to the Proposed NFL Concussion Litigation Settlement

If you want to support the Objection, we attach a form below that can be used for submitting your Objection.  It is important to **follow the Court's instructions**, as set forth in the July 7, 2014 Order, included again below.

‣ **July 7, 2014 Court Order re: Submitting an Objection**

‣ **Form — Supporting Our Objection**

All objections should be **postmarked no later than October 14, 2014** and mailed to:

Clerk of the District Court/NFL Concussion Settlement

U.S. District Court for the Eastern District of Pennsylvania

United States Courthouse

601 Market Street

Philadelphia, PA 19106-1797

**NOTE:   In supporting our Objection, you will not automatically establish an attorney-client relationship with MoloLamken LLP.  At this time you will have to enter into a separate written agreement with MoloLamken for the firm to be your lawyer.  You can still support the Objection without the firm being your lawyer.**

Contact Us

HOME   CONTACT   SITE MAP   DISCLAIMER   PRIVACY   © 2014 MOLO LAMKEN LLP   ATTORNEY ADVERTISING

 NEW YORK    WASHINGTON, D.C.   CHICAGO

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, Plaintiffs, v. National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## OBJECTION TO JUNE 25, 2014 CLASS SETTLEMENT

The undersigned Settlement Class Member hereby objects to the Class Action Settlement Agreement dated as of June 25, 2014 (the "Settlement").  For the substance of my objection, I adopt the content of the Objection of Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick "Rock" Cartwright, Jeff Rohrer, and Sean Considine to Class Settlement, which was filed with the Court on October 6, 2014, Docket No. 6201.

I am a Settlement Class Member, as that term is defined in the Settlement, because I am [check the box that applies]:

☐   A "Retired NFL Football Player" under the Settlement in that I retired before July 7, 2014, from playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]:

_____

_____ .

☐   A "Representative Claimaint" under the Settlement in that I am the authorized representative of _____ [name of player], who is/was a Retired NFL Football Player under the Settlement, because he retired before July 7, 2014, from playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]: _____

_____ .

☐   A "Derivative Claimaint" under the Settlement in that I am a [circle one] spouse, parent, dependent child, or otherwise eligible to sue independently under state law because of my relationship to _____ [name of player], who is/was a Retired NFL Football Player under the Settlement, because he retired before July 7, 2014, from playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]:

_____

_____ .

2

Date: _____, 2014

Signature: _____

Name (printed): _____

Address: _____

_____

_____

Telephone: _____

My Date of Birth: _____

# MOLOLAMKEN
### LLP

# NFL Concussion Litigation

On October 6, 2014, MoloLamken LLP filed an Objection to the proposed Settlement agreement on behalf of seven former NFL players because the Settlement is unfair, inadequate, and unreasonable.

These seven players are collegiate All-Americans, team captains, Pro-Bowlers, and Super Bowl Champions who played on average eight years in the NFL.  On their behalf we previously criticized the Settlement through earlier court filings accessible below.  Among the challenges to the Settlement that we raise are:

- Players who suffered from CTE and died before July 7, 2014 can receive up to $4 million – but no compensation is paid for all current and future cases of CTE;
- Players who suffer a single traumatic brain injury or stroke outside of football have any compensation reduced by 75%;
- Time playing in NFL Europe does not qualify as an "eligible" reason for which compensation is paid, yet all NFL Europe veterans waive their rights to pursue a claim; and
- Players who do qualify for compensation must survive a complex claim submission, evaluation, and appeal process that could result in players being denied any compensation.

The Court has set an **October 14, 2014** deadline for any Objection or opt-out from the proposed settlement class. The details of how to object or opt out can be found in the Court's July 7, 2014 Order or at the Class Action Administrator's website, linked below.

Former NFL players and their family members who decide to object are invited to review our Objection.  If you support our Objection, we encourage you to let the Court know.  We include below a form that can assist you in objecting, which you can access by clicking Join in the Objection.

Note that objections must be postmarked no later than **October 14, 2014.**

- **Objection to Proposed Class Settlement filed October 6, 2014**
- **Proposed Class Action Settlement Agreement as of June 25, 2014**
- **NFL Concussion Settlement Program Website**
- **July 7, 2014 Court Order re: Submitting an Objection**
- **Other Filings**
- **News Stories**
- **Join in the Objection**
- **Contact Us**

**NOTE:   In supporting our Objection, you will not automatically establish an attorney-client relationship with MoloLamken LLP.  At this time you will have to enter into a separate written agreement with MoloLamken for the firm to be your lawyer.  You can still support the Objection without the firm being your lawyer.**

HOME   CONTACT   SITE MAP   DISCLAIMER   PRIVACY    © 2014 MOLO LAMKEN LLP    ATTORNEY ADVERTISING

NEW YORK    WASHINGTON, D.C.    CHICAGO