# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : No. 2:12-md-02323-AB<br>:<br>: MDL No. 2323<br>:<br>: Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | :<br>:<br>:<br>: |

## PROPOSED ORDER

AND NOW THIS _____ day of _____, 2014 upon consideration of Co-Lead Class Counsel's Motion for an Order Prohibiting Improper Communications with the Class by MoloLamken, LLP it is hereby ORDERED that said motion is GRANTED. MoloLamken, LLP is hereby ordered to cease and desist all improper communications with class members through the use of the website www.nflconcussionsettlementfacts.com.  MoloLamken is further ordered to either take down the website, www.nflconcussionsettlementfacts.com, or submit an affidavit declaring under penalty of perjury that none of the lawyers from that firm, or its co-counsel, had any involvement with the registering, maintaining or providing content to that website, and that their clients have been instructed to remove any links to the firm's website.

SO ORDERED

_____
                                                                    J.