# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : |  |

## ORDER

**AND NOW,** this ___27th____ day of ___October_____, 2014, it is **ORDERED** that all Responses to Co-Lead Class Counsel's Motion for an Order Prohibiting Improper Communications with the Class (ECF No. 6257) shall be filed **on or before October 31, 2014.**

                                                     s/Anita B. Brody

                                                     ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                      Copies **MAILED** on _____ to: