IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO<br><br>All Actions | : : : : : | |

**[Proposed] O R D E R**

AND NOW this _____ day of _____, 2014, upon consideration of Brain Injury Association of America's Motion for leave to file reply brief in support of its motion for leave to file *amicus curiae* brief, it is hereby ORDERED and DECREED that Movant Brain Injury Association of America's Motion is GRANTED.  The proposed Memorandum of Law attached to the Motion is considered filed as of October 27, 2014.

BY THE COURT

_____
Anita B. Brody, J.