IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO<br><br>All Actions | : : : : : | |

CERTIFICATE OF SERVICE

I, Christopher J. Wright, hereby certify that on October 27, 2014, I caused the Brain Injury Association of America's Motion for Leave to file Reply Memorandum of Law in Support of its Motion for Leave to File an *Amicus Curiae* Brief to be electronically filed with the Clerk of Court through ECF and be available for viewing and downloading from the ECF system, and that ECF will send an electronic notice of electronic filing to counsel of record in the above-captioned case.

/s/ Christopher J. Wright
*Attorney for Proposed Amicus Curiae Brain Injury Association of America*
Admitted *pro hac vice* (DC Bar No. 367384)
Harris, Wiltshire & Grannis LLP
1919 M Street, NW, 8th Floor
Washington, DC 20036
(202) 730-1300
(202) 730-1301 (fax)
cwright@hwglaw.com