UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION : : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS : : : : | |

**CO-LEAD CLASS COUNSELS' MOTION FOR LEAVE TO FILE A
REPLY MEMORANDUM IN FUTHER SUPPORT OF
THEIR MOTION TO STRIKE LATE-FILED OBJECTION**

For the reasons set forth in the accompanying Memorandum of Law, and pursuant to ¶ 2 of this Court's General Motion Practices, Co-Lead Class Counsel move for leave to file a reply in further support of ECF No. 6253, Motion to Strike the Late-Filed Objection of Curtis L. Anderson, and in response to Anderson's Response to [CO-Lead Class Counsel's] Motion To Strike the Late-Filed Objection of Curtis L. Anderson.  Co-Lead Class Counsel's proposed Reply Memorandum is attached as Exhibit A.

WHEREFORE, Co-Lead Class Counsel respectfully requests that the Court grant leave to file the  Reply Memorandum.

Dated:  October 27, 2014

                                                                                   Respectfully submitted,

                                                                                  /s/ Christopher A. Seeger
                                                                                  Christopher A. Seeger
                                                                                   SEEGER WEISS LLP
                                                                                   77 Water Street
                                                                                   New York, NY 10005
                                                                                   Phone: (212) 584-0700

Fax: (212) 584-0799
cseeger@seegerweiss.com

**Co-Lead Class Counsel**

Sol Weiss
ANAPOL SCHWARTZ
1710 Spruce Street
Philadelphia, PA 19103
Phone: (215) 735-1130
Fax: (215) 735-2024
sweiss@anapolschwartz.com

**Co-Lead Class Counsel**

## CERTIFICATE OF SERVICE

I, Christopher A. Seeger, hereby certify that on the 27th day of October 2014, I electronically transmitted a true and correct copy of the foregoing document to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all attorneys of record who are ECF registrants.

/s/Christopher A. Seeger
Christopher A. Seeger
