UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : : | |

**[PROPOSED] ORDER**

AND NOW, on this _____ day of _____, 2014, after consideration of Co-Lead Class Counsel's Motion for Leave To File a Reply Memorandum in Further Support of Their Motion To Strike Late-Filed Objection of Curtis L. Anderson [ECF No. 6253], and any responses thereto, it is hereby ORDERED that the Motion is GRANTED and that Co-Lead Class Counsel are granted leave to file their Reply Memorandum, attached as Exhibit A to Their Motion for Leave To File a Reply Memorandum.


_____
ANITA B. BRODY
UNITED STATES DISTRICT JUDGE