**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: NATIONAL FOOTBALL LEAGUE | ) | 2:12-md-02323-AB |
| PLAYERS' CONCUSSION INJURY LITIG., | ) | |
| | ) | |

## NOTICE OF INTENT TO APPEAR AT FAIRNESS HEARING

John J. Pentz hereby gives notice of his intent to appear and argue at the November 19, 2014 fairness hearing on behalf of class members and objectors Cleo Miller, Judson Flint, Elmer Underwood, Vincent Clark, Sr., Fred Smerlas, Jim Rourke, Ken Jones, Lou Piccone, James David Wilkins II and Robert Jackson.

> /s/ John J Pentz
> John J. Pentz
> 19 Widow Rites Lane
> Sudbury, MA 01776
> Phone: (978) 261-5725
> jjpentz3@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed via the ECF filing system on October 27, 2014, and that as a result electronic notice of the filing was served upon all attorneys of record.

> /s/ John J. Pentz
> John J. Pentz