IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | No. 2:12-md-02323 (AB)<br>MDL No. 2323 |

**NOTICE OF INTENTION TO APPEAR AT FAIRNESS HEARING AND JOINDER OF MOTION TO SCHEDULE CONFERENCE**

**I.   INTENTION TO APPEAR**

Dwight Bostwick, a partner at Zuckerman Spaeder LLP, hereby provides notice that he intends to appear and to address the Court and/or question witnesses and present evidence at the fairness hearing on behalf of the sixteen former NFL players on whose behalf he filed an objection to the proposed settlement (ECF No. 6242).  Zuckerman Spaeder LLP represents the following objectors as clients in civil actions that are before the Court in MDL No. 2323:

*Stabler v. NFL*, **No. 2:12-cv-04186-AB**
- Aloyouis Chesley
- Delbert Cowsette
- James "Scottie" Graham
- Frank Grant
- Spain Musgrove
- Lonnie Perrin
- Ricky Ray
- Virgil Seay
- John Stufflebeem
- Ted Vactor
- Michael Wilcher

*Chambers v. NFL*, **No. 2:12-cv-07153-AB**
- Dustin Fox
- Herb Mul-key
- Kurt Pierce

1

*Budness v. NFL*, **No. 2:13-cv-05078-AB**
- Jimmie Jones

In addition to those clients, Mr. Bostwick intends to appear on behalf of Jesse Solomon, who has requested to join this objection and is otherwise represented by Rose, Klein, & Marias LLP in civil action *Barnes v. NFL*, No. 2:11-cv-08396-R-MAN, that is before the Court in MDL No. 2323, and is represented by Zuckerman Spaeder LLP with regard to an NFL disability claim.

## II.     JOINDER OF MOTION FOR SCHEDULING CONFERENCE

The undersigned joins, and asks to participate in, the motion to hold a scheduling conference filed on October 15, 2017 (ECF No. 6244).  It is in the interest of judicial economy to hold such a conference to identify the disputed issues and the argument and evidence relevant to those issues that counsel in support of the settlement and counsel whose clients have filed oppositions to the settlement intend to present, and to provide a structure and schedule for appearances, argument, and presentation of any evidence.

s/ Dwight P. Bostwick
Dwight P. Bostwick
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036
Tel:  (202) 778-1800
Fax:  (202) 822-8106
E-mail:  dbostwick@zuckerman.com

*Attorney for Plaintiffs*

Dated: October 28, 2014

**CERTIFICATE OF SERVICE**

I, Dwight P. Bostwick, hereby certify that on this 28th day of October, 2014, a true and correct copy of the foregoing **NOTICE OF INTENTION TO APPEAR AT FAIRNESS HEARING AND JOINDER OF MOTION TO SCHEDULE CONFERNCE**, was served electronically upon all counsel of record via the Court's ECF filing system.

/s/ Dwight P. Bostwick