# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIG., | 2:12-md-02323-AB |

## NOTICE OF INTENT TO APPEAR AT FAIRNESS HEARING

George W. Cochran hereby gives notice of his intent to appear and argue at the November 19, 2014 fairness hearing on behalf of class member and objector Curtis L. Anderson.

>  /s/ George W. Cochran
> George W. Cochran (92855)
> 1385 Russell Drive
> Streetsboro, Ohio 44241
> Tel:   (330) 626-5600
> Fax:   (330) 230-6136
> Email:  lawchrist@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed via the ECF filing system on October 28, 2014, and that as a result electronic notice of the filing was served upon all attorneys of record.

>  /s/ George W. Cochran
> George W. Cochran