# 611506                TAD\WTG\2012S-1000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, | Civil Action No. 2:14-cv-00029-AB |
| Plaintiffs, | |
| v. | |
| National Football League and NFL Propoerties, LLC, Sucessor-in-interest to NFL Properties, Inc., | |
| Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF INTENT TO APPEAR

I, THOMAS A. DEMETRIO, hereby give notice of my intent to appear at the *In re: National Football League Players' Concussion Injury Litigation*, No. 2:12-md-02323 Fairness Hearing on Wednesday, November 19, 2014 at 10:00 a.m, and state:

1. I am an attorney at Corboy & Demetrio, P.C.

2. I represent the following Plaintiffs in connection with the above-captioned matter: The Estate of David Duerson, Deceased, The Estate of Forrest Blue, Deceased, Thomas DeLeone, Gerald Sullivan, Barry Darrow, Ray Austin, Bruce Herron, John Cornell, Tori Noel, and Mike Adamle. (*See* Notice of Appearance, ECF No. 6240.)

3. I filed an Objection to the Proposed Settlement Agreement on behalf of the above-referenced Plaintiffs on October 14, 2014 (ECF No. 6241), stating, among other things, that:

   a. This case is not a proper class action lawsuit;

   b. The current and future CTE cases were not adequately represented, resulting in an unfair Settlement that places arbitrary caps on existing Wrongful Death cases and estops future cases entirely without any explanation as to why;

   c. The Proposed Settlement ignores the vast percentage of players living with CTE who suffer from mood and behavioral impairments;

   d. Even those who are supposed to be covered by this Settlement are short-changed, as only 3% of living former NFL players will be paid in the first year of this settlement, and only 18% over its lifetime;

   e. The 'age at time of diagnosis or death' factor is a thinly veiled attempt to perpetuate the NFL's denial;

   f. The Baseline Assessment Program is fundamentally flawed;

   g. The science is frozen in place;

   h. There is no compensation for a diagnosis of Epilepsy;

   i. The 75% reduction for a TBI or Stroke is unfounded and unfair; and

   j. The eligible seasons reductions should be eliminated.

4. I intend to raise these objections, among others, at the Fairness Hearing.

5. My required personal information is as follows:

   a. Name: Thomas A. Demetrio

   b. Address: 33 North Dearborn Street
      Suite 2100
      Chicago, IL, 60602

   c. Telephone: (312) 346-3191

6. This Notice complies with all requirements outlined in the Long-Form Notice and the court ordered deadline of November 3, 2014.

7. I hereby request permission from the Court to speak at the Fairness Hearing.

8. I have filed concurrently with this Notice a Motion for Scheduling Conference, for purposes of setting a schedule for the fairness hearing.

Dated: October 15, 2014

Thomas A. Demetrio
Corboy & Demetrio, P.C.
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
(312) 346-3191
(312) 346-5562 Fax
tad@corboydemetrio.com