## **CERTIFICATE OF SERVICE**

      I, Thomas A. Demetrio, hereby certify that the foregoing document was filed via the ECF filing system on October 29, 2014, and that as a result electronic notice of the filing was served upon all attorneys of record.

                                                         */s/ Thomas A. Demetrio*
                                                         William T. Gibbs

Dated: October 29, 2014