# 611506       TAD\WTG\2012S-1000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, | Civil Action No. 2:14-cv-00029-AB |
| Plaintiffs, | |
| v. | |
| National Football League and NFL Propoerties, LLC, Sucessor-in-interest to NFL Properties, Inc., | |
| Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF INTENT TO APPEAR

I, TREGG DUERSON, Personal Representative of the Estate of David R. Duerson, deceased, hereby give notice of my intent to appear at the *In re: National Football League Players' Concussion Injury Litigation*, No. 2:12-md-02323 Fairness Hearing on Wednesday, November 19, 2014 at 10:00 a.m, and state:

1. I am a Plaintiff in the current MDL Litigation No. 2323. *See Tregg Duerson, Estate of David Duerson v. National Football League et al.*, No. ILN/1:12-cv-02513, ECF 4106.

2. I am represented by Corboy & Demetrio, P.C.

3. I filed an Objection, by and through my attorneys at Corboy & Demetrio, P.C., on

October 14, 2014 (ECF No. 6241), stating, among other things, that:

    a. The current and future CTE cases were not adequately represented, resulting in an unfair Settlement that places arbitrary caps on existing Wrongful Death cases and estops future cases entirely without any explanation as to why;

    b. The Proposed Settlement ignores the vast percentage of players living with CTE who suffer from mood and behavioral impairments; and

    c. The science is frozen in place.

4. I intend to voice my objections at the Fairness Hearing.

5. My required personal information is as follows:

    a. <u>Name</u>: Tregg Duerson

    b. <u>Address</u>: 172 West Burton Place, Garden Unit, Chicago, IL 60610

    c. <u>Telephone</u>: (312) 655-5314 (Work) | (312) 502-5933 (Cell)

6. This Notice complies with all requirements outlined in the Long-Form Notice and the court ordered deadline of November 3, 2014.

7. I hereby request permission from the Court to speak at the Fairness Hearing.

Dated: October 16, 2014

Tregg Duerson, Personal Representative of the Estate of David R. Duerson, deceased