## **CERTIFICATE OF SERVICE**

      I, Tregg Duerson, hereby certify that the foregoing document was filed via the ECF filing system on October 29, 2014, and that as a result electronic notice of the filing was served upon all attorneys of record.

                                                                  */s/ Tregg Duerson*
                                                                  Tregg Duerson

Dated: October 29, 2014