## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION | § § § § | |
| _____ | § | No. 12-md-2323 (AB) |
| | § | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | § § § § | MDL No. 2323 |

---

### NOTICE OF INTENTION TO SPEAK AT FAIRNESS HEARING

---

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Presiding before the Court is a proposed Class Action Settlement Agreement that has been preliminarily approved. On October 14, 2014, the undersigned counsel filed an Objection [Doc. #6237] to the proposed Class Action Settlement in compliance with Section 14.3 on behalf of Settlement Class Members Liyongo Patrise Alexander, Charlie Anderson, Charles E. Arbuckle, Cassandra Bailey, as Representative of the Estate of Johnny Bailey Jr., deceased, Ben Bronson, Curtis Ceaser, Jr., Larry Centers, Darrell Colbert, Harry Colon, Christopher Crooms, Jerry W. Davis, Tim Denton, Michael Dumas, Corris Ervin, Doak Field, Baldwin Malcolm Frank, Derrick Frazier, Murray E. Garrett, Clyde Glosson, Roderick Harris, Wilmer K. Hicks, Jr., Patrick W. Jackson, Gary D. Jones, Ryan McCoy, Jerry James Moses, Anthony E. Newsom, Rance Olison, John Owens, Robert Pollard, Derrick Pope, Glenell Sanders, Thomas Sanders, Dwight Scales, Todd C. Scott, Frankie Smith, Jermaine Smith, Tyrone Smith, James A. Young Sr. (collectively, the "Alexander Plaintiffs/Objectors").

As counsel representing the objecting Alexander Plaintiffs/Objectors, Lance Lubel, Adam Voyles and Mickey Washington request an opportunity to appear and argue at the Fairness

Hearing.  Pursuant to the Court's Order dated July 7, 2014 [Doc. #6084], Section 4(i), counsel

provides written notice of his intention to speak at the Fairness Hearing.

Date:   October  29 , 2014                          Respectfully Submitted,

Mickey Washington
Texas State Bar No.: 24039233
WASHINGTON & ASSOCIATES, PLLC
1314 Texas Ave., Suite 811
Houston, Texas 77002
Telephone: (713) 225-1838
Facsimile: (713) 225-1866
Email: mw@mickeywashington.com

James Carlos Canady
Texas State Bar No.: 24034357
MCGINNIS FEATHERSTON CANADY
1080 W Sam Houston Pkwy N., Suite 260
Houston, Texas 77043
Telephone: (713) 973-2050
Facsimile: (713) 973-2060
Email: carlos@lawfirm2012.com

Lance H. Lubel
Texas State Bar No.: 12651125
Adam Voyles
Texas State Bar No.: 24003121
LUBEL VOYLES  LLP
Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 284-5200
Facsimile: (713) 284-5250
Email: lance@lubelvoyles.com
adam@lubelvoyles.com

ATTORNEYS FOR THE ALEXANDER PLAINTIFFS/OBJECTORS

## CERTIFICATE OF SERVICE

I hereby certify that on this 29 day of October, 2014, a true and correct copy of the foregoing ***Notice of Intention to Speak at the Fairness Hearing*** has filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record and a copy is also being served by First Class Mail on:

Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphía, PA 19106-1797

Adam Q. Voyles