UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## NOTICE OF INTENT TO APPEAR AT FAIRNESS HEARING

TO THE CLERK OF THE COURT:

The undersigned intends to appear at the Fairness Hearing on behalf of Settlement Class Member BENJAMIN J. UTECHT.

DATED: October 28, 2014

Scott D. Hillstrom, *pro hac vice*
GUARDIAN LAW GROUP, LLC
527 Marquette Avenue South, Suite 1660
Minneapolis, MN 55402
Phone:
Email: scott.hillstrom@me.com

*Attorney for Benjamin J. Utecht*

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Guardian Law Group, LLC and that on October 29, 2014, I caused the foregoing NOTICE OF INTENT TO APPEAR AT FAIRNESS HEARING dated October 28, 2014 to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record and by First Class U.S. Mail to:

Clerk of the District Court / NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

_____
Andrew R. Lewis