UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## NOTICE OF INTENT TO APPEAR AT FAIRNESS HEARING

I, Benjamin J. Utecht, hereby request to speak at the *In re: National Football League Players' Concussion Injury Litigation*, No. 2:12-md-02323 Fairness Hearing scheduled for Wednesday, November 19, 2014 at 10:00 a.m. EST at the United States Courthouse, 601 Market Street, Philadelphia, PA 19106 in Courtroom 7B.

I am a Settlement Class Member, as that term is defined in the Class Action Settlement Agreement dated as of June 25, 2014 (the "Settlement") because I am a "Retired NFL Football Player" under the Settlement in that I retired before July 7, 2014, from playing for a past or

present member club of the National Football League (the "NFL"). I played for the following NFL member clubs:

1. Indianapolis Colts from 2005-2007.

2. Cincinnati Bengals from 2008-2009.

Date: October 28, 2014

Signature: _____

Name (printed):   Benjamin J. Utecht

Address:   12058 Lucerne Trail
Lakeville, Minnesota 55044

Telephone:   (952) 469-2868

My Date of Birth:   June 30, 1981

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Guardian Law Group, LLC and that on October 29, 2014, I caused the foregoing NOTICE OF INTENT TO APPEAR AT FAIRNESS HEARING dated October 28, 2014 to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record and by First Class U.S. Mail to:

Clerk of the District Court / NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

_____
Andrew R. Lewis