# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br><br>12-md-2323 (AB) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| THIS DOCUMENT RELATES TO; | **NOTICE OF INTENT TO APPEAR AT FAIRNESS HEARING** |
| Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) | |
| **Steven Collier; Kathryn Komlo, as personal representative of the Estate of William Jeff Komlo; Matthew Rice; Reginald Bernard Slack; Linda Williams, individually and as surviving spouse of Delano Roper Williams** | |
| **Nos. 2:13-cv-04930-AB; 2:12-cv-06449-AB; 2:13-cv-04378-AB; 2:12-cv-03716-AB; 2:14-cv-01480-AB** | |

## NOTICE OF INTENT TO APPEAR AT FAIRNESS HEARING

The undersigned intends to appear at the Fairness Hearing on behalf of Settlement Class Members Steven Collier; Kathryn Komlo, as personal representative of the Estate of William Jeff Komlo; Matthew Rice; Reginald Bernard Slack; Linda Williams, individually and as surviving spouse of Delano Roper Williams.

This, the 30th day of October 2014.

Respectfully Submitted,

/s/ Parag Y. Shah
Parag Y. Shah, esq.
SHAH LAW FIRM
1355 Peachtree Street, Suite 1800
Atlanta, GA  30309
Telephone:  (404) 844-4874
Facsimile:   (404) 410-6933

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed

electronically with the Clerk of the court using the CM/ECF System, which will

send a notice of electronic filing upon all Counsel of Record on October 30, 2014.


By:   /s/ Parag Y. Shah
      Parag Y. Shah
      Georgia Bar No. 648177
      E-mail:  shah@shahlawfirm.com