UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and John Brodie, et al. v. NFL, USDC, EDPA, No. 2:12-cv-00861-AB<br><br>**CURTIS SHANE NELSON AND SHANNON NELSON** | **NOTICE OF WITHDRAWAL OF APPEARANCE OF CRAIG R. MITNICK, ESQUIRE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of Craig R. Mitnick on behalf of plaintiffs, CURTIS SHANE NELSON AND SHANNON NELSON ONLY in *John Brodie, et al. v. NFL,* USDC, EDPA, No. 2:12-cv-00861-AB, and *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB is hereby WITHDRAWN.

                                                                      RESPECTFULLY SUBMITTED

                                                                       **MITNICK LAW OFFICE, LLC**

October 29, 2014                               **BY:**    /s/ *Craig R. Mitnick*
                                                                          Craig R. Mitnick, Esq.
                                                                          35 Kings Highway East
                                                                          Haddonfield, N.J. 08033
                                                                          P. 856.427.9000
                                                                          F. 856.427-0360
                                                                          craig@mitnicklawoffice.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 29, 2014, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

      **MITNICK LAW OFFICE, LLC**

      **BY:** /s/ *Craig R. Mitnick*
      Craig R. Mitnick, Esq.
      35 Kings Highway East
      Haddonfield, N.J. 08033
      P. 856.427.9000
      F. 856.427-0360
      craig@mitnicklawoffice.com