UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| **This relates to:** | **NOTICE OF WITHDRAWAL OF APPEARANCE OF CRAIG R. MITNICK, ESQUIRE** |
| **Plaintiffs' Master Administrative Long-Form Complaint and Carl Hairston, et al. v. NFL, USDC, EDPA, No. 2:12-cv-00989-AB** | |
| **DAN LAROSE AND JANET LAROSE** | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of Craig R. Mitnick on behalf of

plaintiffs, DAN LAROSE AND JANET LAROSE ONLY in *Carl Hairston, et al. v. NFL*,

USDC, EDPA, No. 2:12-cv-00989-AB, and *In Re: National Football League Players'*

*Concussion Injury Litigation*, No 2:12-MD-02323-AB is hereby WITHDRAWN.

RESPECTFULLY SUBMITED

**MITNICK LAW OFFICE, LLC**

October 29, 2014

**BY:**____/s/_*Craig R. Mitnick*_____
            Craig R. Mitnick, Esq.
            35 Kings Highway East
            Haddonfield, N.J. 08033
            P. 856.427.9000
            F. 856.427-0360
            craig@mitnicklawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2014, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

**MITNICK LAW OFFICE, LLC**

**BY:**    /s/ *Craig R. Mitnick*
Craig R. Mitnick, Esq.
35 Kings Highway East
Haddonfield, N.J. 08033
P. 856.427.9000
F. 856.427-0360
craig@mitnicklawoffice.com