UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| ———————————————— This relates to: **Plaintiffs' Master Administrative Long-Form Complaint and Jeff Hostetler, et al. v. NFL, USDC, EDPA, No. 2:12-cv-02199-AB** **DONALD JONES AND KAREN JONES** | **NOTICE OF WITHDRAWAL OF APPEARANCE OF CRAIG R. MITNICK, ESQUIRE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of Craig R. Mitnick on behalf of plaintiffs, DONALD JONES AND KAREN JONES ONLY in *Jeff Hostetler, et al. v. NFL, USDC, EDPA, No. 2:12-cv-02199-AB,* and *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB is hereby WITHDRAWN.

RESPECTFULLY SUBMITTED

**MITNICK LAW OFFICE, LLC**

October 29, 2014      **BY:** ___/s/ *Craig R. Mitnick*___
Craig R. Mitnick, Esq.
35 Kings Highway East
Haddonfield, N.J. 08033
P. 856.427.9000
F. 856.427-0360
craig@mitnicklawoffice.com

## CERTIFICATE OF SERVICE

     I hereby certify that on October 29, 2014, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

**MITNICK LAW OFFICE, LLC**

October 29, 2014        **BY:**   /s/ *Craig R. Mitnick*
                                       Craig R. Mitnick, Esq.
                                       35 Kings Highway East
                                       Haddonfield, N.J. 08033
                                       P. 856.427.9000
                                       F. 856.427-0360
                                       craig@mitnicklawoffice.com