UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and Jethro Pugh, et al. v. NFL, USDC, EDPA, No. 2:12-cv-01165-AB<br><br>MARVIN COBB | **NOTICE OF WITHDRAWAL OF APPEARANCE OF CRAIG R. MITNICK, ESQUIRE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of Craig R. Mitnick on behalf of plaintiff, MARVIN COBB ONLY in *Jethro Pugh, et al. v. NFL,* USDC, EDPA, No. 2:12-cv-01165-AB, and *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB is hereby WITHDRAWN.

                                              RESPECTFULLY SUBMITED

                                              **MITNICK LAW OFFICE, LLC**

October 29, 2014                    **BY:**   /s/ *Craig R. Mitnick*

                                                           Craig R. Mitnick, Esq.
                                                           35 Kings Highway East
                                                           Haddonfield, N.J. 08033
                                                           P. 856.427.9000
                                                           F. 856.427-0360
                                                           craig@mitnicklawoffice.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2014, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

        **MITNICK LAW OFFICE, LLC**

        **BY:** /s/ *Craig R. Mitnick*
        Craig R. Mitnick, Esq.
        35 Kings Highway East
        Haddonfield, N.J. 08033
        P. 856.427.9000
        F. 856.427-0360
        craig@mitnicklawoffice.com