UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and Hugh (Pat) Richter, et al. v. NFL, USDC, EDPA, No. 2:12-cv-06369-AB<br><br>THOMAS L. RENTZEL | **NOTICE OF WITHDRAWAL OF APPEARANCE OF CRAIG R. MITNICK, ESQUIRE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that the appearance of Craig R. Mitnick on behalf of plaintiff, THOMAS L. RENTZEL ONLY in *Hugh (Pat) Richter, et al. v. NFL,* USDC, EDPA, No. 2:12-cv-06369-AB, and *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB is hereby WITHDRAWN.

                    RESPECTFULLY SUBMITED

                    **MITNICK LAW OFFICE, LLC**

October 29, 2014          **BY:** ___/s/ *Craig R. Mitnick*___
                    Craig R. Mitnick, Esq.
                    35 Kings Highway East
                    Haddonfield, N.J. 08033
                    P. 856.427.9000
                    F. 856.427-0360
                    craig@mitnicklawoffice.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 29, 2014, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

              **MITNICK LAW OFFICE, LLC**

              **BY:**   /s/ *Craig R. Mitnick*
                Craig R. Mitnick, Esq.
                35 Kings Highway East
                Haddonfield, N.J. 08033
                P. 856.427.9000
                F. 856.427-0360
                craig@mitnicklawoffice.com