UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| **This relates to:** | **NOTICE OF WITHDRAWAL OF APPEARANCE OF CRAIG R. MITNICK, ESQUIRE** |
| **Plaintiffs' Master Administrative Long-Form Complaint and Carl Hairston, et al. v. NFL, USDC, EDPA, No. 2:12-cv-00989-AB** | |
| **WOODROW L. CAMPBELL AND CHERYL Y. CAMPBELL** | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of Craig R. Mitnick on behalf of

plaintiffs, WOODROW L. CAMPBELL AND CHERYL Y. CAMPBELL ONLY in *Carl*

*Hairston, et al. v. NFL,* USDC, EDPA, No. 2:12-cv-00989-AB, and  *In Re: National Football*

*League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB is hereby

WITHDRAWN.

RESPECTFULLY SUBMITTED

**MITNICK LAW OFFICE, LLC**

October 29, 2014

**BY:**____/s/ *Craig R. Mitnick*_____

Craig R. Mitnick, Esq.
35 Kings Highway East
Haddonfield, N.J. 08033
P. 856.427.9000
F. 856.427-0360
craig@mitnicklawoffice.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2014, I caused the foregoing Notice of Withdrawal of

Appearance to be served via the Electronic Case Filing (ECF) system in the United States

District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in

the above-captioned matter.

**MITNICK LAW OFFICE, LLC**

**BY:**    /s/ *Craig R. Mitnick*

Craig R. Mitnick, Esq.
35 Kings Highway East
Haddonfield, N.J. 08033
P. 856.427.9000
F. 856.427-0360
craig@mitnicklawoffice.com