UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| – – – – – – – – – – – – – – – – – – – – – – – – | |
| **This relates to:** | **NOTICE OF WITHDRAWAL OF APPEARANCE OF DAVID D. LANGFITT, ESQUIRE** |
| **Plaintiffs' Master Administrative Long-Form Complaint and John Brodie, et al. v. NFL, USDC, EDPA, No. 2:12-cv-00861-AB** | |
| **CURTIS SHANE NELSON AND SHANNON NELSON** | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

　　**PLEASE TAKE NOTICE** that the appearance of David D. Langfitt on behalf of

plaintiffs, CURTIS SHANE NELSON AND SHANNON NELSON ONLY in *John Brodie, et al.*

*v. NFL,* USDC, EDPA, No. 2:12-cv-00861-AB, and *In Re: National Football League Players'*

*Concussion Injury Litigation*, No 2:12-MD-02323-AB is hereby WITHDRAWN.

　　　　　　　　　　　　　　　RESPECTFULLY SUBMITED

　　　　　　　　　　　　　　　**LOCKS LAW FIRM**

October 29, 2014　　　　　　　　**BY:**　　 /s/ *David D. Langfitt*

　　　　　　　　　　　　　　　David D. Langfitt, Esquire
　　　　　　　　　　　　　　　601 Walnut Street, Suite 720 East
　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　215-893-0100 (tel.)
　　　　　　　　　　　　　　　215-893-3444 (fax)
　　　　　　　　　　　　　　　dlangfitt@lockslaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 29, 2014, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

**LOCKS LAW FIRM**

**BY:**   /s/ *David D. Langfitt*

David D. Langfitt, Esquire
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
dlangfitt@lockslaw.com