UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____<br><br>This relates to:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and Jeff Hostetler, et al. v. NFL, USDC, EDPA, No. 2:12-cv-02199-AB<br><br>DONALD JONES AND KAREN JONES | NOTICE OF WITHDRAWAL OF APPEARANCE OF DAVID D. LANGFITT, ESQUIRE |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of David D. Langfitt on behalf of plaintiffs, DONALD JONES AND KAREN JONES ONLY in *Jeff Hostetler, et al. v. NFL,* USDC, EDPA, No. 2:12-cv-02199-AB, and *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB is hereby WITHDRAWN.

                                              RESPECTFULLY SUBMITED

                                              **LOCKS LAW FIRM**

October 29, 2014                              **BY:**   /s/ *David D. Langfitt*
                                                                  David D. Langfitt, Esquire
                                                                  601 Walnut Street, Suite 720 East
                                                                  Philadelphia, PA 19106
                                                                  215-893-0100 (tel.)
                                                                  215-893-3444 (fax)
                                                                  dlangfitt@lockslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2014, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

**LOCKS LAW FIRM**

**BY:** /s/ *David D. Langfitt*

David D. Langfitt, Esquire
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
dlangfitt@lockslaw.com