UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>**This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Jethro Pugh, et al. v. NFL, USDC, EDPA, No. 2:12-cv-01165-AB**<br><br>**JON ARNETT AND JANE ARNETT** | **NOTICE OF WITHDRAWAL OF APPEARANCE OF DAVID D. LANGFITT, ESQUIRE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of David D. Langfitt on behalf of plaintiffs, JON ARNETT AND JANE ARNETT ONLY in *Jethro Pugh, et al. v. NFL,* USDC, EDPA, No. 2:12-cv-01165-AB, and *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB is hereby WITHDRAWN.

RESPECTFULLY SUBMITTED

**LOCKS LAW FIRM**

October 29, 2014      **BY:** ___/s/ *David D. Langfitt*___
          David D. Langfitt, Esquire
          601 Walnut Street, Suite 720 East
          Philadelphia, PA 19106
          215-893-0100 (tel.)
          215-893-3444 (fax)
          dlangfitt@lockslaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 29, 2014, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

**LOCKS LAW FIRM**

**BY:**   /s/ *David D. Langfitt*
      David D. Langfitt, Esquire
      601 Walnut Street, Suite 720 East
      Philadelphia, PA 19106
      215-893-0100 (tel.)
      215-893-3444 (fax)
      dlangfitt@lockslaw.com