UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and William Patrick Kenney, et al. v. NFL, USDC, EDPA, No. 2:13-cv-00473-AB<br><br>THOMAS A. BAUGH AND JEAN M. BAUGH | **NOTICE OF WITHDRAWAL OF APPEARANCE OF DAVID D. LANGFITT, ESQUIRE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of David D. Langfitt on behalf of plaintiffs, THOMAS A. BAUGH AND JEAN M. BAUGH ONLY in *William Patrick Kenney, et al. v. NFL,* USDC, EDPA, No. 2:13-cv-00473-AB, and *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB is hereby WITHDRAWN.

RESPECTFULLY SUBMITTED

**LOCKS LAW FIRM**

October 29, 2014
BY:   /s/ *David D. Langfitt*
David D. Langfitt, Esquire
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
dlangfitt@lockslaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 29, 2014, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

                                            **LOCKS LAW FIRM**

                           **BY:**   /s/ *David D. Langfitt*
                                            David D. Langfitt, Esquire
                                            601 Walnut Street, Suite 720 East
                                            Philadelphia, PA 19106
                                            215-893-0100 (tel.)
                                            215-893-3444 (fax)
                                            dlangfitt@lockslaw.com