UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and Chuck Foreman, et al. v. NFL, USDC, EDPA, No. 2:12-cv-04160-AB<br><br>ANTHONY RONALD YARY AND JAMIE SUZANNE YARY | NOTICE OF WITHDRAWAL OF APPEARANCE OF MICHAEL B. LEH, ESQUIRE |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of Michael B. Leh on behalf of plaintiffs, ANTHONY RONALD YARY AND JAMIE SUZANNE YARY ONLY in *Chuck Foreman, et al. v. NFL,* USDC, EDPA, No. 2:12-cv-04160-AB, and *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB is hereby WITHDRAWN.

                                        RESPECTFULLY SUBMITTED

                                        **LOCKS LAW FIRM**

October 29, 2014                             **BY:**   /s/ *Michael B. Leh*
                                                                   Michael B. Leh, Esquire
                                                                   601 Walnut Street, Suite 720 East
                                                                   Philadelphia, PA 19106
                                                                   215-893-0100 (tel.)
                                                                   215-893-3444 (fax)
                                                                   mleh@lockslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2014, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

**LOCKS LAW FIRM**

**BY:** /s/ *Michael B. Leh*

Michael B. Leh, Esquire
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
mleh@lockslaw.com