UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>**This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Jeff Nixon, et al. v. NFL, USDC, EDPA, No. 2:12-cv-03352-AB**<br><br>**PAUL PALMER** | **NOTICE OF WITHDRAWAL OF APPEARANCE OF MICHAEL B. LEH, ESQUIRE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that the appearance of Michael B. Leh on behalf of plaintiff, PAUL PALMER ONLY in *Jeff Nixon, et al. v. NFL,* USDC, EDPA, No. 2:12-cv-03352-AB, and *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB is hereby WITHDRAWN.

                        RESPECTFULLY SUBMITED

                        **LOCKS LAW FIRM**

October 29, 2014            **BY:**   /s/ *Michael B. Leh*
                                      Michael B. Leh, Esquire
                                      601 Walnut Street, Suite 720 East
                                      Philadelphia, PA 19106
                                      215-893-0100 (tel.)
                                      215-893-3444 (fax)
                                      mleh@lockslaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 29, 2014, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

                                      **LOCKS LAW FIRM**

                                    **BY:** /s/ *Michael B. Leh*
                                              Michael B. Leh, Esquire
                                              601 Walnut Street, Suite 720 East
                                              Philadelphia, PA 19106
                                              215-893-0100 (tel.)
                                              215-893-3444 (fax)
                                              mleh@lockslaw.com