UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _____<br><br>**This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Hugh (Pat) Richter, et al. v. NFL, USDC, EDPA, No. 2:12-cv-06369-AB**<br><br>**WALKER LEE ASHLEY, JR.** | **NOTICE OF WITHDRAWAL OF APPEARANCE OF MICHAEL B. LEH, ESQUIRE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of Michael B. Leh on behalf of plaintiff, WALKER LEE ASHLEY, JR. ONLY in *Hugh (Pat) Richter, et al. v. NFL,* USDC, EDPA, No. 2:12-cv-06369-AB, and *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB is hereby WITHDRAWN.

RESPECTFULLY SUBMITED

**LOCKS LAW FIRM**

October 29, 2014         **BY:** ___/s/ *Michael B. Leh*___
                        Michael B. Leh, Esquire
                        601 Walnut Street, Suite 720 East
                        Philadelphia, PA 19106
                        215-893-0100 (tel.)
                        215-893-3444 (fax)
                        mleh@lockslaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 29, 2014, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

          **LOCKS LAW FIRM**

          **BY:** /s/ *Michael B. Leh*

          Michael B. Leh, Esquire
          601 Walnut Street, Suite 720 East
          Philadelphia, PA 19106
          215-893-0100 (tel.)
          215-893-3444 (fax)
          mleh@lockslaw.com