UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| ———————————————<br>This relates to:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and Carl Hairston, et al. v. NFL, USDC, EDPA, No. 2:12-cv-00989-AB<br><br>WOODROW L. CAMPBELL AND CHERYL Y. CAMPBELL | NOTICE OF WITHDRAWAL OF APPEARANCE OF MICHAEL B. LEH, ESQUIRE |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of Michael B. Leh on behalf of plaintiffs, WOODROW L. CAMPBELL AND CHERYL Y. CAMPBELL ONLY in *Carl Hairston, et al. v. NFL,* USDC, EDPA, No. 2:12-cv-00989-AB, and *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB is hereby WITHDRAWN.

RESPECTFULLY SUBMITTED

**LOCKS LAW FIRM**

October 29, 2014                    **BY:** ___/s/ *Michael B. Leh*___
                        Michael B. Leh, Esquire
                        601 Walnut Street, Suite 720 East
                        Philadelphia, PA 19106
                        215-893-0100 (tel.)
                        215-893-3444 (fax)
                        mleh@lockslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2014, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

**LOCKS LAW FIRM**

**BY:** ___/s/ *Michael B. Leh*___
    Michael B. Leh, Esquire
    601 Walnut Street, Suite 720 East
    Philadelphia, PA 19106
    215-893-0100 (tel.)
    215-893-3444 (fax)
    mleh@lockslaw.com