UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and Jethro Pugh, et al. v. NFL, USDC, EDPA, No. 2:12-cv-01165-AB<br><br>JON ARNETT AND JANE ARNETT | **NOTICE OF WITHDRAWAL OF APPEARANCE OF GENE LOCKS, ESQUIRE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that the appearance of Gene Locks on behalf of plaintiffs, JON ARNETT AND JANE ARNETT ONLY in *Jethro Pugh, et al. v. NFL,* USDC, EDPA, No. 2:12-cv-01165-AB, and *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB is hereby WITHDRAWN.

                                      RESPECTFULLY SUBMITED

                                      **LOCKS LAW FIRM**

October 29, 2014                    **BY:** \_\_\_/s/ *Gene Locks*_____
                                              Gene Locks, Esquire
                                              601 Walnut Street, Suite 720 East
                                              Philadelphia, PA 19106
                                              215-893-0100 (tel.)
                                              215-893-3444 (fax)
                                              glocks@lockslaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 29, 2014, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

                                                 **LOCKS LAW FIRM**

                                        **BY:**   /s/ *Gene Locks*
                                                   Gene Locks, Esquire
                                                   601 Walnut Street, Suite 720 East
                                                   Philadelphia, PA 19106
                                                   215-893-0100 (tel.)
                                                   215-893-3444 (fax)
                                                   glocks@lockslaw.com