UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION <br><br> ———————————————— <br><br> **This relates to:** <br><br> **Plaintiffs' Master Administrative Long-Form Complaint and Hugh (Pat) Richter, et al. v. NFL, USDC, EDPA, No. 2:12-cv-06369-AB** <br><br> **THOMAS L. RENTZEL** | MDL No. 2323 <br><br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE OF GENE LOCKS, ESQUIRE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of Gene Locks on behalf of plaintiff, THOMAS L. RENTZEL ONLY in *Hugh (Pat) Richter, et al. v. NFL,* USDC, EDPA, No. 2:12-cv-06369-AB, and *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB is hereby WITHDRAWN.

RESPECTFULLY SUBMITTED

**LOCKS LAW FIRM**

October 29, 2014                **BY:** ___/s/ *Gene Locks*___
                                         Gene Locks, Esquire
                                         601 Walnut Street, Suite 720 East
                                         Philadelphia, PA 19106
                                         215-893-0100 (tel.)
                                         215-893-3444 (fax)
                                         glocks@lockslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2014, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

**LOCKS LAW FIRM**

**BY:** /s/ *Gene Locks*

Gene Locks, Esquire
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com