UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒<br>**THIS DOCUMENT RELATES TO:**<br><br>**Plaintiffs' Master Administrative Long Form Complaint and:**<br><br>**BEN UTECHT, Only**<br>**v. National Football League,** *et al.*,<br>**No. 12-cv-4180-AB (E.D.P.A.)** | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF BEN UTECHT** |

   AND NOW come Sol H. Weiss and Larry E. Coben of Anapol Schwartz ("Plaintiffs' Counsel"), moving this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court For the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of BEN UTECHT only in this action, and states as follows:

1. Plaintiffs' Counsel filed the action *Alt, et al. v. National Football League*, No. 12-cv-4180-AB, in the Eastern District of Pennsylvania on July 23, 2012, for the benefit of several retired National Football League players, including Plaintiff Ben Utecht.

2. Plaintiffs' Counsel filed a short form complaint for Plaintiff Ben Utecht on July 27, 2012 [D.E. #2908].

3. Plaintiff Ben Utecht was referred to Anapol Schwartz by Scott Hillstrom, Esq.

4. Mr. Hillstrom has actively participated in the management of Ben Utecht's individual case against the National Football League.

5. From time to time, Mr. Hillstrom has set up conference calls with Anapol Schwartz to discuss issues pertinent to Plaintiff Ben Utecht's claim.

6. Mr. Hillstrom has been encouraged by moving plaintiff's counsel to offer his advice to Plaintiff Ben Utecht on whether to stay in, object, or opt out of the Settlement with the NFL.

7. Mr. Hillstrom recently filed objections to the settlement on behalf of Plaintiff Ben Utecht.

8. Plaintiffs' Counsel now seeks to withdraw as counsel for Ben Utecht.

9. Because of Mr. Hillstrom's active participation, there will be no material adverse effect on the interests of Plaintiff Ben Utecht if Plaintiffs Counsel's Motion for Leave to Withdraw is granted.

WHEREFORE, undersigned counsel asks this Court for leave to withdraw as counsel for Ben Utecht ONLY in this action.

DATED: October 30, 2014

RESPECTFULLY SUBMITTED,

*/s/ Sol H. Weiss*_____
Sol H. Weiss, Esquire (I.D. 15925)
Larry E. Coben, Esquire (I.D. 17523)
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, Pennsylvania 19103
(215) 735-1130 Telephone
sweiss@anapolschwartz.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing was served electronically via the Court's electronic filing system on the 30th day of October, 2014, upon all counsel of record.

Dated: October 30, 2014

                                                /s/ Sol H. Weiss_____
                                                 Sol H. Weiss, Esquire