# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL
LEAGUE PLAYERS' CONCUSSION
INJURY LITIGATION

No. 12-md-2323 (AB)

MDL No. 2323

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**THIS DOCUMENT  RELATES TO:**

**Plaintiffs' Master Administrative Long
Form Complaint and:**

**BEN UTECHT, Only_____
v. National Football League,** *et al.*,
No. **12-cv-4180-AB (E.D. PA)**

## ORDER

AND NOW, this _____ day of _____, 2014, upon consideration of the motion by

Sol H. Weiss and Larry E. Coben of Anapol Schwartz, to withdraw as counsel in

relation to the claims of Ben Utecht ONLY in this action, and for good cause shown, said

motion is granted. The above-listed counsel are hereby granted leave to withdraw as counsel for

Ben Utecht.

_____
ANITA B. BRODY, J.

Copies via ECF on_____