**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>        Plaintiffs,<br><br>            v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>        Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**PROPOSED ORDER**

AND NOW, this _____ day of _____, 2014, after consideration of Co-Lead Class Counsel's Motion for an Order Prohibiting Improper Communications with the Class and Objectors' Opposition thereto, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

_____
ANITA B. BRODY
United States District Judge