UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| KEVIN TURNER and SHAWN WOODEN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES, LLC, successor-in-interest to NFL PROPERTIES, INC.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## NOTICE OF INTENTION TO APPEAR AND SPEAK AT FAIRNESS HEARING

TO THE HONORABLE UNITED STATES DISTRICT COURT:

On October 14, 2014, the law firm of Lightman & Manochi filed an Objection [Doc. No. 6230] to the proposed Class Action Settlement on behalf of Settlement Class Members Craig and Dawn Heimburger (collectively, the "Heimburger Objectors").

As counsel representing the Heimburger Objectors, Gary P. Lightman, Esquire and Glenn A. Manochi, Esquire notify the Court of their appearance at the Fairness Hearing and request the opportunity to argue at the Fairness Hearing on their behalf.

LIGHTMAN & MANOCHI

BY: *[signature]*

GARY P. LIGHTMAN, ESQUIRE
GLENN A. MANOCHI, ESQUIRE
Identification Nos. 28529 & 64223
1520 Locust Street, 12th Floor
Philadelphia, PA 19102
Telephone: 215-545-3000; Telecopy: 3001
garylightman@lightmanlaw.com
gmanochi@lightmanlaw.com

Attorneys for Craig and Dawn Heimburger

Date: October 30, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2014, a true and correct copy of the foregoing Notice of Intention to Appear and Speak at the Fairness Hearing (the "Notice") was filed with the Court via the Court's CM/ECF system (which will provide electronic notice to all counsel of record) and a copy of the Notice was also served by U.S. first class mail on:

Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

_____
GLENN A. MANOCHI, ESQUIRE

E:\NFL CONCUSSION CLASS ACTION\DOCS\NOTICE OF INTENTION TO SPEAK 103014.DOC
2280-004