# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br><br> MDL No. 2323 <br><br> Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | |

### CO-LEAD CLASS COUNSEL'S MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF MOTION FOR AN ORDER PROHIBITING IMPROPER COMMUNICATIONS WITH THE CLASS BY MOLOLAMKEN LLP

For the reasons set forth in the accompanying Reply Memorandum, and pursuant to ¶ 2 of this Court's General Motion Practices, Co-Lead Class Counsel move for leave to file a reply in further support of Motion for an Order Prohibiting Improper Communications with the Class by MoloLamken LLP [ECF No. 6257], and in response to MoloLamken LLP's Memorandum in Opposition to Co-Lead Counsel's Motion for an Order Prohibiting Improper Communications with the Class [ECF No. 6328]. Co-Lead Class Counsel's proposed Reply Memorandum is attached as Exhibit A.

WHEREFORE, Co-Lead Class Counsel respectfully request that the Court grant leave to file the Reply Memorandum.

Dated:  October 31, 2014

Respectfully submitted,

/s/ Christopher A. Seeger
Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

**Co-Lead Class Counsel**

Sol Weiss
ANAPOL SCHWARTZ
1710 Spruce Street
Philadelphia, PA 19103
Phone: (215) 735-1130
Fax: (215) 735-2024
sweiss@anapolschwartz.com

**Co-Lead Class Counsel**

## CERTIFICATE OF SERVICE

I, Christopher A. Seeger, hereby certify that on the 31st day of October 2014, I electronically transmitted a true and correct copy of the foregoing document to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all attorneys of record who are ECF registrants.

/s/Christopher A. Seeger
Christopher A. Seeger