UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**[PROPOSED] ORDER**

AND NOW, on this _____ day of _____, 2014, after consideration of Co-Lead Class Counsel's Motion for Leave To File a Reply Memorandum in Further Support of Their Motion for an Order Prohibiting Improper Communications with the Class by MoloLamken LLP, and any responses thereto, it is hereby ORDERED that the Motion is GRANTED and that Co-Lead Class Counsel are granted leave to file their Reply Memorandum, attached as Exhibit A to Their Motion for Leave To File a Reply Memorandum.

```
                                         _____
                                         ANITA B. BRODY
                                         UNITED STATES DISTRICT JUDGE
```