UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br>                    Plaintiffs,<br><br>            v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                    Defendants. | CIVIL ACTION NO: 14-cv-0029<br><br><br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**[PROPOSED] ORDER DENYING MOTIONS FOR SCHEDULING CONFERENCE (DOC. NOS. 6244, 6249) AND TO ORDER CLASS COUNSEL AND THE NFL TO PRODUCE EVIDENCE (DOC. NO. 6252)**

AND NOW, this _____ day of _____, 2014, after consideration of (a) the Motion for a Scheduling Conference and the Motion to Order Class Counsel and the NFL to Produce Evidence, filed by Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick Cartwright, Jeff Rohrer and Sean Considine (Doc. Nos. 6244, 6252), and (b) the Motion for a Scheduling Conference filed by The Estate of David Duerson, Deceased, The Estate of Forrest Blue,

Deceased, Thomas DeLeone, Gerald Sullivan, Barry Darrow, Ray Austin, Bruce Herron, John Cornell, Tori Noel, and Mike Adamle, (Doc. No. 6249), and any responses thereto, it is hereby ORDERED that the Motions are DENIED.

BY THE COURT:

_____
ANITA B. BRODY
United States District Judge