**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | CIVIL ACTION NO: 14-cv-0029<br><br>**Hon. Anita B. Brody** |

**[PROPOSED] ORDER DENYING MOTIONS FOR SCHEDULING CONFERENCE [ECF NOS. 6244, 6249] AND TO ORDER CLASS COUNSEL AND THE NFL TO PRODUCE EVIDENCE [ECF NO 6252]**

AND NOW, this _____ day of _____, 2014, after consideration of (a) the Motion for a Scheduling Conference and the Motion to Order Class Counsel and the NFL to Produce Evidence, filed by Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick Cartwright, Jeff Rohrer and Sean Considine [ECF Nos. 6244, 6252], and (b) the Motion for a Scheduling Conference filed by The Estate of David Duerson, Deceased, The Estate of Forrest Blue, Deceased, Thomas DeLeone, Gerald Sullivan, Barry Darrow, Ray Austin, Bruce Herron, John Cornell, Tori Noel, and Mike Adamle [ECF No. 6249], and any responses thereto, it is hereby ORDERED that the Motions are DENIED.

BY THE COURT:

_____
ANITA B. BRODY
United States District Judge