# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| | : : | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : | |

## ORDER

**AND NOW,** this __31st_____ day of ____October_____, 2014, it is **ORDERED** that Co-Lead Class Counsel's Motion for an Order Prohibiting Improper Communications with the Class (ECF No. 6257) is **DENIED AS MOOT.**

                                        s/Anita B. Brody

                                        _____
                                        ANITA B. BRODY, J.


Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to: