UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *On behalf of themselves and others similarly situated,* <br><br> Plaintiffs <br><br> v. <br><br> National Football League and NFL Properties, LLC, Successor-in-interest to NFL Properties, Inc., <br><br> Defendants. <br><br> THIS DOCUMENT RELATES TO: All Actions <br><br> and <br><br> John Kinard, Representative Claimant of Decedent Frank M. "Bruiser" Kinard, *on behalf of himself and other similarly situated* | No. 12-md-2323-AB <br> MDL No. 2323 <br><br> Civil Action No. 2:14-cv-00029-AB |

## NOTICE OF INTENT TO APPEAR

I, Paul D. Anderson, hereby give notice of my intent to appear at the *In re: National Football League Players' Concussion Injury Litigation,* No. 2:12-md-02323 Fairness Hearing on Wednesday, November 19, 2014 at 10:00 am, and state:

1.   I am an attorney at The Klamann Law Firm, P.A.

2.   I represent John Kinard, Representative Claimant of Decedent Frank M. "Bruiser" Kinard. (*See* Notice of Appearance ECF No. 6218).

1

    3.     I filed an Objection to the Proposed Settlement Agreement on behalf of Mr. Kinard on October 14, 2014 (ECF No. 6219).

    4.     I intend to raise this Objection at the Fairness Hearing.

    5.     My required personal information is as follows:

        a.     <u>Name</u>: Paul D. Anderson

        b.     <u>Address</u>: 4435 Main Street, Suite 150, Kansas City, MO 64111

        c.     <u>Telephone</u>: (816) 421-2626

    6.     This Notice complies with all requirements outlined in the Long-Form Notice and the Court ordered deadline of November 3, 2014.

    7.     I hereby request permission from the Court to speak at the Fairness Hearing.

    8.     I also request to participate in any scheduling conference this Court may set prior to the Fairness Hearing.

Dated: October 31, 2014                Respectfully Submitted,

                                                  THE KLAMANN LAW FIRM, P.A.

/s/ *Paul D. Anderson*
John M. Klamann, MO
Andrew Schermerhorn, MO
Paul D. Anderson, MO
4425 Main Street, Ste. 150
Kansas City, MO 64111
Telephone: (816) 421-2626
Facsimile: (816) 421-8686
jklamann@klamannlaw.com
aschermerhorn@klamannlaw.com
panderson@klamannlaw.com

HUMPHREY, FARRINGTON & McCLAIN, P.C.
Kenneth B. McClain, MO
Lauren E. McClain, MO
Timothy J. Kingsbury, MO

>221 West Lexington, Suite 400
>Independence, MO 64051
>Telephone: (816) 836-5050
>Facsimile: (816) 836-8966
>kbm@hfmlegal.com
>lem@hfmlegal.com
>tjk@hfmlegal.com
>
>THE POPHAM LAW FIRM, P.C.
>Wm. Dirk Vandever, MO
>712 Broadway, Suite 100
>Kansas City, MO 64105
>Telephone: (816) 221-2288
>Facsimile: (816) 221-3999
>dvandever@pophamlaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2014, I caused the foregoing Notice to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

>/s/ *Paul Anderson*
>Paul Anderson, MO

3