UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *On behalf of themselves and others similarly situated,*<br><br>Plaintiffs<br><br>v.<br><br>National Football League and NFL Properties, LLC, Successor-in-interest to NFL Properties, Inc.,<br><br>Defendants.<br><br>THIS DOCUMENT RELATES TO:<br>All Actions<br><br>and<br><br>John Kinard, Representative Claimant of Decedent Frank M. "Bruiser" Kinard, *on behalf of himself and other similarly situated* | No. 12-md-2323-AB<br>MDL No. 2323<br><br>Civil Action No. 2:14-cv-00029-AB |

### NOTICE OF INTENT TO APPEAR

I, Kenneth B. McClain, hereby give notice of my intent to appear at the *In re: National Football League Players' Concussion Injury Litigation,* No. 2:12-md-02323 Fairness Hearing on Wednesday, November 19, 2014 at 10:00 am, and state:

   1.   I am an attorney at Humphrey, Farrington & McClain, P.C.

   2.   I represent John Kinard, Representative Claimant of Decedent Frank M. "Bruiser" Kinard. (*See* Notice of Appearance ECF No. 6218).

1

3. I filed an Objection to the Proposed Settlement Agreement on behalf of Mr. Kinard on October 14, 2014 (ECF No. 6219).

4. I intend to raise this Objection at the Fairness Hearing.

5. My required personal information is as follows:

    a. <u>Name</u>: Kenneth B. McClain

    b. <u>Address</u>: 221 West Lexington, Suite 400, Independence, MO 64051

    c. <u>Telephone</u>: (816) 836-5050

6. This Notice complies with all requirements outlined in the Long-Form Notice and the Court ordered deadline of November 3, 2014.

7. I hereby request permission from the Court to speak at the Fairness Hearing.

8. I also request to participate in any scheduling conference this Court may set prior to the Fairness Hearing.

Dated: October 31, 2014                       Respectfully Submitted,

                                              HUMPHREY, FARRINGTON & McCLAIN, P.C.

                                              /s/ *Kenneth McClain*
Kenneth B. McClain, MO
Lauren E. McClain, MO
Timothy J. Kingsbury, MO
221 West Lexington, Suite 400
Independence, MO 64051
Telephone: (816) 836-5050
Facsimile: (816) 836-8966
kbm@hfmlegal.com
lem@hfmlegal.com
tjk@hfmlegal.com

THE KLAMANN LAW FIRM, P.A.

John M. Klamann, MO
Andrew Schermerhorn, MO

2

>Paul D. Anderson, MO
>4425 Main Street, Ste. 150
>Kansas City, MO 64111
>Telephone: (816) 421-2626
>Facsimile: (816) 421-8686
>jklamann@klamannlaw.com
>aschermerhorn@klamannlaw.com
>panderson@klamannlaw.com
>
>THE POPHAM LAW FIRM, P.C.
>Wm. Dirk Vandever, MO
>712 Broadway, Suite 100
>Kansas City, MO 64105
>Telephone: (816) 221-2288
>Facsimile: (816) 221-3999
>dvandever@pophamlaw.com

**ATTORNEYS FOR MR. KINARD**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2014, I caused the foregoing Notice to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

>/s/ *Kenneth McClain*
>Kenneth McClain, MO