UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *On behalf of themselves and others similarly situated,*<br><br>Plaintiffs<br><br>v.<br><br>National Football League and NFL Properties, LLC, Successor-in-interest to NFL Properties, Inc.,<br><br>Defendants.<br><br>THIS DOCUMENT RELATES TO: All Actions<br><br>and<br><br>John Kinard, Representative Claimant of Decedent Frank M. "Bruiser" Kinard, *on behalf of himself and other similarly situated* | No. 12-md-2323-AB<br>MDL No. 2323<br><br>Civil Action No. 2:14-cv-00029-AB |

## NOTICE OF INTENT TO APPEAR

I, Andrew J. Schermerhorn, hereby give notice of my intent to appear at the *In re:*

*National Football League Players' Concussion Injury Litigation,* No. 2:12-md-02323 Fairness

Hearing on Wednesday, November 19, 2014 at 10:00 am, and state:

    1.    I am an attorney at The Klamann Law Firm, P.A.

    2.    I represent John Kinard, Representative Claimant of Decedent Frank M. "Bruiser"

Kinard. (*See* Notice of Appearance ECF No. 6218).

1

3. I filed an Objection to the Proposed Settlement Agreement on behalf of Mr. Kinard on October 14, 2014 (ECF No. 6219).

4. I intend to raise this Objection at the Fairness Hearing.

5. My required personal information is as follows:

    a. <u>Name</u>: Andrew J. Schermerhorn

    b. <u>Address</u>: 4435 Main Street, Suite 150, Kansas City, MO 64111

    c. <u>Telephone</u>: (816) 421-2626

6. This Notice complies with all requirements outlined in the Long-Form Notice and the Court ordered deadline of November 3, 2014.

7. I hereby request permission from the Court to speak at the Fairness Hearing.

8. I also request to participate in any scheduling conference this Court may set prior to the Fairness Hearing.

Dated: October 31, 2014                    Respectfully Submitted,

                                                THE KLAMANN LAW FIRM, P.A.

                                                /s/ *Andrew Schermerhorn*
                                                John M. Klamann, MO
                                                Andrew Schermerhorn, MO
                                                Paul D. Anderson, MO
                                                4425 Main Street, Ste. 150
                                                Kansas City, MO 64111
                                                Telephone: (816) 421-2626
                                                Facsimile: (816) 421-8686
                                                jklamann@klamannlaw.com
                                                aschermerhorn@klamannlaw.com
                                                panderson@klamannlaw.com

                                                HUMPHREY, FARRINGTON & McCLAIN, P.C.
                                                Kenneth B. McClain, MO
                                                Lauren E. McClain, MO
                                                Timothy J. Kingsbury, MO

        221 West Lexington, Suite 400
        Independence, MO 64051
        Telephone: (816) 836-5050
        Facsimile: (816) 836-8966
        kbm@hfmlegal.com
        lem@hfmlegal.com
        tjk@hfmlegal.com

        THE POPHAM LAW FIRM, P.C.
        Wm. Dirk Vandever, MO
        712 Broadway, Suite 100
        Kansas City, MO 64105
        Telephone: (816) 221-2288
        Facsimile: (816) 221-3999
        dvandever@pophamlaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 31, 2014, I caused the foregoing Notice to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

        /s/ *Andrew Schermerhorn*
        Andrew Schermerhorn, MO