# 611506     TAD\WTG\2012S-1000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden,<br>*on behalf of themselves and others similarly situated*,<br><br>        Plaintiffs,<br><br>        v.<br><br>National Football League and<br>NFL Propoerties, LLC,<br>Sucessor-in-interest to<br>NFL Properties, Inc.,<br><br>        Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

### NOTICE OF INTENT TO APPEAR

I, ALICIA DUERSON, hereby give notice of my intent to appear at the *In re: National Football League Players' Concussion Injury Litigation*, No. 2:12-md-02323 Fairness Hearing on Wednesday, November 19, 2014 at 10:00 a.m, and state:

    1.    I am the former spouse of David Duerson, and the mother of David Duerson's children. *See Tregg Duerson, Estate of David Duerson v. National Football League et al.*, No. ILN/1:12-cv-02513, ECF 4106.

    2.    On behalf of our children, I intend to appear and testify at the Fairness Hearing.

3. My required personal information is as follows:

   a. <u>Name</u>: Alicia Duerson

   b. <u>Address</u>: 4940 South East End Avenue, Unit 18A, Chicago, Illinois 60615

   c. <u>Telephone</u>: (847) 370-4993

4. This Notice complies with all requirements outlined in the Long-Form Notice and the court ordered deadline of November 3, 2014.

5. I hereby request permission from the Court to speak at the Fairness Hearing.

Dated: November 3, 2014

*Alicia Duerson* (signature)
Alicia Duerson