## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2014, I caused the foregoing Notice of Intent to Appear at November 19, 2014 Fairness Hearing with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties.

/s/ William T. Gibbs