UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ) ) ) ) ) ) | Hon. Anita B. Brody<br><br>No. 12-md-2323 (AB)<br><br>MDL NO. 2323 |

_____/

### NOTICE OF INTENT TO APPEAR
_____

    I the undersigned, Norman A. Abood, Esq. hereby gives notice of my intent to appear at the Fairness Hearing in the above captioned case scheduled for Wednesday, November 19, 2014, at 10:00 am (EST, and state that:

1. I am an attorney at The Law Office of Norman A. Abood.
2. I represent JEREMY E. BRIDGES, BRENDA L. BRIDGES, RAYMOND L. BUCHANAN, BETHLEHEM D. BUCHANAN, ANTWAAN L. RANDLE EL, ELIZABETH J. RANDLE EL, DANTE J. WESLEY, & RENETTA L. WESLEY.
3. My personal information is as follows:
   a. Name: Norman A. Abood
   b. Address:   201 Fort Industry Square
                 151 N. Summit Street
                 Toledo, Ohio 43604
   c. Telephone:   419.724.3700
4. This Notice complies with the requirements set forth in the Long-Form Notice and the Court ordered deadline of November 3, 2014.
5. I hereby request permission to speak at the fairness hearing and to be heard on the issue of qualifying diagnosis for benefits, specifically the issue of qualification by way of prior award for neuro-concussive injury.
6. I also request permission to participate in any scheduling conference this Court may set prior to the Fairness Hearing.

1

| | |
|---|---|
| Dated: November 3, 2014 | Respectfully Submitted,<br>THE LAW OFFICE OF NORMAN A. ABOOD<br>/s/ *Norman A. Abood*<br>Norman A. Abood, Esq. (0029004)<br>203 Fort Industry Square<br>152 N. Summit Street<br>Toledo, OH  43604<br>Ph.             (419) 724-3700<br>Fax.            (419) 724-3701<br>Email:          norman@nabood.com |

### Certificate of Service

The undersigned hereby certifies that the above document was served on all parties on this 3rd day of November, 2014, by filing the document in the Court's ECF filing system, which gives e-mail notice to all attorneys of record.

/s/ *Norman A. Abood*
Norman A. Abood. Esq