UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Plaintiffs' Master Administrative Long Form Complaint and:**<br><br>**BEN UTECHT, Only**_____<br>**v. National Football League, *et al.*,**<br>**No. <u>12-cv-4180-AB (E.D.P.A.)</u>** | DECLARATION OF<br>SCOTT D. HILLSTROM |

Pursuant to 28 U.S.C. § 1746, Scott D. Hillstrom declares as follows:

1. I am licensed to practice law in the State of Minnesota and before the Minnesota federal district court.

2. Ben Utecht has retained me as his personal business lawyer.

3. I do not have experience in either personal injury or class action litigation and, therefore, have declined to represent Mr. Utecht in the NFL concussion litigation (case no 12-md-2323 (AB)) presently pending before this Court.  I will not accept representation of Mr. Utecht in place of Sol Weiss and Anapol Schwartz.

4. I have, nonetheless, appeared in the NFL concussion litigation (case no. 12-md-2323 (AB)) for the limited purpose of posing objections to the proposed settlement agreement based upon contract interpretation issues, an area of the law in which I do have

experience. Mr. Weiss does not agree with the objections and, thus, could not file them himself on Mr. Utecht's behalf.

5. Furthermore, I did not represent Mr. Utecht in his grievance arbitration with the NFL.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 31, 2014

*Scott D. Hillstrom*

Scott D. Hillstrom

2