UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>**THIS DOCUMENT  RELATES TO:**<br><br>**Plaintiffs' Master Administrative Long Form Complaint and:**<br><br>**BEN UTECHT, Only**_____<br>**v. National Football League,** *et al.***,**<br>**No. 12-cv-4180-AB (E.D. PA)** | |

## ORDER

AND NOW, this _____ day of _____, 2014, upon consideration of the *Motion for Leave to Withdraw as Counsel for Plaintiff Ben Utecht* (the "Motion") by Sol H. Weiss and Larry E. Coben of Anapol Schwartz, and any responses thereto, it is hereby ORDERED that:

1. The Motion is DENIED; and

2. Sol H. Weiss and Larry E. Coben of Anapol Schwartz will continue to represent Mr. Utecht in accordance with the *Contingent Fee Agreement/Power of Attorney* dated July 17, 2012, they entered into with Mr. Utecht and his wife, Karyn.

BY THE COURT:

_____
ANITA B. BRODY, J.

Copies via ECF on_____