IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| | : | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : | |

## NOTICE

In light of the potential for duplicative argument by objectors, and in order to promote an orderly and efficient consideration of the issues, I have asked Steven Molo of MoloLamken LLP and William Hangley of Hangley Aronchick Segal Pudlin & Schiller to coordinate the arguments of the objectors who wish to be heard at the November 19, 2014 Fairness Hearing. Anyone, however, who has given timely notice of intent to appear at the Fairness Hearing and still wishes to speak will have the opportunity to be heard.

s/Anita B. Brody
_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:       Copies **MAILED** on _____ to: