7/3/2014
National Football League Players'
Concussion Injury Litigation
No. 2:12-md-02323



Clerk of the District Court/NFL Concussion Settlement
United States District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse,
601 Market Street,
Philadelphia, PA 19106-1797

Honorable Judge Brody;

My name is Eric Williams and I'm a former, 10 year, NFL  Defensive Lineman. I played 6 years for the Detroit Lions, 1984 to 1990. Was traded to the Washington Redskins in 1990 and played there, another four years, till injury caused me to retire in 1994.

I'm guessing the timing of my career is somewhat unique with regards to this case. Because, six out of the ten seasons I played, were without a CBA in place. To add more uniqueness; I'm one of the few ex players, diagnosed with CTE, while they are living (UCLA: NFL Subject 4)

The reason for my letter is to: 1. Give you some background and knowledge of my post NFL, neurocognitive adventure. 2. Illustrate through my real life example, that  this agreement still has some holes that need to be filled. 3. Expose some unanswered questions, no one seems to be asking. 4. Implore you to have these holes filled, before you give this proposed agreement your blessing.

**Medical History.**

**Before Age 50**
2000:
- Diagnosed with a learning disability. (6+ years after I retired from the NFL)

**2008  NFL**
- Awarded Total and Permanent disability by the NFL (Based upon Physical disabilities only)

RECEIVED
⁷ 2014
By _____

**2010  Amen Clinic**
- Diagnosed with cognitive impairment/
- I was asked to take part in the Amen Clinic's former NFL player study. They were interested scanning the three generations of my family that have played in the NFL.
- Prescribed, vitamins, HBOT treatment, diet changes and offered magnetic therapy for depression. I still take their supplements.
- Dr. Amen suggested I apply for Social Security Disability because of my cognitive impairment.

**2011 Awarded Social Security Disability (Neurocognitive)**
- Required me to see their independent doctor for Neurocognitive testing.(Dr. Sandy Harper)
- After her testing/report, I was immediately accepted by social security.

**Age 50**
2012: UCLA
- Diagnosed with CTE. Subject NFL4
- Diagnosed with Cognitive impairment, in multiple domains beyond memory.
- UCLA  referred me to local neurologist for further testing and possible Alzheimers medication.

**2012: Dr. Richard Tyer**
- Further testing. EEG, etc
- Diagnosed with cognitive impairment, in multiple domains beyond memory.
- Prescribed Alzheimers medication.

**2013: University of Michigan Depression Center**
- Dr. Richard Dopp

**2013: Center for Neurological Studies (Dr. Randall Benson)**
- MRI's
- Neurocognitive Testing

**2014: Dr. Nasir Haque**
- HGH Treatment to replace the hormones that my brain no longer produce.
- Cost: $1,500-$2,000/month

**2014: Upledger Institute Clinic**

- I've been invited to explore their brain damage solution, July 13th-18th
- CranioSacral Therapy, Visceral Manipulation, Neural Manipulation

**Caught In the middle**

Based upon my knowledge of the agreement.. A player even with all my documentation and testing, won't qualify for any or much relief if any at all. This is compounded with the current NFL rules, making brain damage related help, impossible to get.

**CTE**

- Players diagnosed with CTE (living) today, have to kill themselves or die for their family to ever benefit.
- In my case, based upon all my other reports. There is an overwhelming chance, my family have a lifetime of medical bills, including long term care, on its horizon. But the only time the family can get relief is after I'm dead?.
- **Is any of the above, even logical? There has to be a better way address this issue and still accomplish both parties objectives.**

**Alzheimers**

- I've been on Alzheimers meds since the age of 50.
- Since I'm in between normal and full blown Alzheimer's, what's my injury classification?
- How are players like myself covered in this agreement?

**Long Term Care**

- Based upon all the cumulative reports from many independent sources. Odds are that players with a similar mental health trajectories, will require long term care, earlier than the normal population.
- Though the NFL offers to pay for a long term care insurance policy. Based on physical damage alone, no one I know, can even qualify to get the policy underwritten. When you add CTE and cognitive impairment along with physical issues to the underwriting conversation. The NFL's gesture, seem extremely insincere and very disheartening. It's a great offer, but in it's real life application, who can actually qualify for the benefit?
- **In this agreement, how is long term care being addressed?**

**NFL Disability Conflict**

- Players awarded full NFL disability, are forbidden to even apply for the 88 Plan's neurocognitive relief.
- Conversely, people qualified for the 88 plan, qualify for this agreements', higher classifications. (which they should)
- Just because a player has physical disabilities, doesn't exclude them from having a cognitive impairment.
- In this current agreement, without a player qualifying for CTE/Death, ALS, etc. <u>This proposed agreement, magnifies the inequity, the current, arbitrary, 88plan/ NFL rules have in place.</u>
- Again, not logical.

**Future Treatment**

- What treatment will be covered?
- Every entity that desires to help players, have a different approach. Actual treatment that work are in their infancy, clearly without consensus. (HBOT, Vitamins, diet, HGH, magnets for depression, counseling, CranioSacral Therapy, etc)
- Most entities out there, are more interested in securing NFL dollars for research only.
- The HGH treatment **by far is best I've experienced** to date. Especially for changes to quality of life, mood, depression, etc. But at a cost of 2K/month, for the rest of my life. Does this agreement cover this programs I'm already in?
- I believe there is only 3 of us in this study and from what I hear, all are making strides. What happens if this treatment is determined to be the best and the initial three, turn into three thousand? Then again, what governing body will determine what treatments will be covered and what is not?
- My whole point, is that without an agreed upon treatment process. How can this agreement cover the unknown, undefined, treatment and it's associated cost? Especially for the thousands of players, that may need help, but do not qualify for the ALS/Dementia categories. (caught in the middle)

## Conclusion

The last thing I want to do is delay this case any further. Because of my personal, disability experience with Roger Goodell. I truly believe, the commissioner cares and is doing his best to make this right, without harming the future of the league.

With all that said, I'm encouraging you and your team to explore throwing some, real life, non-88 plan players (with needs) into this agreement and see how they fare. Odds are, it will resemble other NFL offered programs, (vesting for pension, long term care etc) All the good intentions and blank checks in the world, won't have any meaning at all, if very few will ever be able to qualify to benefit.

Thank you for your consideration,

Respectfully,

Eric Williams                    7/3/2014

2112 Jarrel Ave
Tyler, TX 75701
903-399-1415
DOB: 2/24/1962