August 3, 2014

Clerk of the District Court/National Football League Concussion Settlement
U. S. District Court for the Eastern District of Pennsylvania
United States District Court House
601 Market Street
Philadelphia, PA 19106-1797

In Re: NFL Players' Concussion Injury Litigation
No. 2:12-md-02323

Daniel J. Grimm
2514 Smith Harbour Dr.
Denver, NC 28037
DOB: 02/07/1941
I.D. No. 100005947

After reviewing the documents received in the above matter and the information from the website, I have concluded that this settlement is inadequate to serve the needs of myself and many other NFL players. I am speaking as a Parkinson's and dementia patient and, using my information as an example, it looks like I would receive a $450,000 settlement, which after income taxes would be half of that amount. At a rate of $100,000 per year to live on and pay medical expenses, the costs of caregivers, etc., my benefit from the settlement would in reality last only two years which is hardly acceptable given that I am only 73.

I played 7 seasons in the NFL and am currently receiving the small Bert Bell pension monthly, which was another example of the NFL trying to pacify their retired players by tacking on an Old Timers endorsement after the players objected to the original amount they expected us to accept. I believe the settlement in this matter before the Court is more of the same on the part of the NFL.

RECEIVED

Thank you for your consideration of my comments and objections.

Sincerely,

*[signature: David J. Grimm]*

Daniel J. Grimm