# William Duff
7723 Kitner Blvd. – North Field, OH   44067 – Tel:  856-630-4087

September 3, 2014

Clerk of the District Court/NFL Concussion Settlement
US District Court Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA   19106-1797



Re: National Football League Players' Concussion Injury Litigation
Case No. 2:12-md-02323
Retired Player:  William Duff
DOB: February 24, 1974

Dear Judge Brody:

    This letter is written in disagreement with the settlement of the NFL concussion class action suit I am a part of.  My main point of contention is regarding NFL Europe play being excluded from the suit.  NFLE was fully funded and endorsed by all NFL teams. They allocated players to the European teams and had brutal training camps along with seasons.  Having played for the Browns for one full vested season then playing for the Berlin Thunder I can tell you the hits did not change.  The head trauma was the same. I would even say since there have been several all pro players that emerged from NFLE the level of play was consistent with NFL season games.

    Having a sliding scale of responsibility that excludes NFLE seasons from players' benefits is a gross neglect of responsibility in this lawsuit.  According to the current scale a player (such as myself) who spent 2 seasons in NFLE went through four NFL training camps but only has one vested season in the NFL, would only be eligible for 10% of total benefits.

    My timeline was as follows:

        1998 49ers training camp
        1999 Browns full season roster
        2000 Browns sent me to NFLE Europe to play with Berlin
        2000 Browns training camp
        2001 XFL
        2002 NFLE Berlin Thunder
        2002 Lions training camp
        2003-05 Arena football League

Clerk of the District Court/NFL Concussion Settlement
September 3, 2014
Page 2

---

    This lawsuit settlement is meant to protect those affected by head trauma from NFL play, and to state that they had no responsibility or hand in NFLE is a farce and misleading principle. I am not the only player who spent time bouncing around NFL rosters and over in Europe so I know some of my fellow football alumni would agree with me in my disagreement.

Regards,

*[signature]* 9/3/14

William Duff
Wbduff50@msn.com
856-630-4087