From: mldraiderman36 <mldraiderman36@aol.com>
To: mldraiderman36 <mldraiderman36@aol.com>
Subject: Objection letter
Date: Wed, Sep 10, 2014 1:31 pm

National Football League Players' Concussion Injury Litigation
No. 2:12 -md - 02323;

Michael L. Davis
37039 N.109th St.
Scottsdale, AZ. 85262

Home tele. 480 575 7053
cell 480 678 8364
DOB: April 15 1956



My name is Michael ( Mike) L. Davis  I  played as a Professional Football Player in The National Football League from
1977 - 1987. Ten years for the Oakland / L.A Raiders, One for the San Diego Chargers.

I want to clearly state I'm not opting out of this litigation, I'm objecting to what's not included in this settlement stating concussion injuries.
I completely agree with all stated injuries manifested from concussions.
At present I'm totally and permanently disabled since July 1999, and are receiving disability from the Bert Bell / Pete Rozelle  Benefits plan office.

On the onset of my hearing loss I had to access my medical records from the  Raiders to start my benefits paperwork so I could find out what & why I was losing my hearing at such a rapid rate. This process took at least 6 months, all the while I'm losing my hearing with no medical care. At this point I used my savings to get medical opinions & care which mounted to more than I could afford at the time. The Raiders refused to forward my medical records to the Doctors I was seeing. These Doctors could not go forward with my care to determine why I'm having such rapid hearing loss. It was suggested I subpoena The Raiders for my medical records. This I did. Upon the Doctors receiving the medical records they all concluded My rapid hearing loss that turned to total deafness was caused by repeated concussions and trauma, nine that were recorded in the medical records.

The Clinics & Hospitals that made evaluations and treated me are:
1) San Diego Nerve study center  ( Scripps clinic)
Jonathan A. Schleimer M.D.
Diplomat American Board of Neurology
9850 Genesee Ave.  Suite 750
La Jolla, CA.92037
4060 Forth Ave. Suite 330 San Diego, CA.92108

2) House Ear Clinic
Dr. Ralph A. Nelson M.D.
2100 West Third St.
L.A. CA. 90057

3) Kaiser Permanente Hospital
Dr. Fred DiTirro M.D.

I can provide all medical records from these Doctors / Clinics / Hospitals as well as the benefits plan office stating the Cause of my total deafness is due to multiple concussions. These concussions were not known to me or discussed to me or the fact I had sustained any concussions at all. To see my medical report I was in total shock and extremely upset to know I was deceived & lied to. Had I was properly informed of the concussions and the dangers of it and long tern dangers and illnesses I, God as my witness, I know I would have not continued on in games and would have taken time to ask a different Doctor outside of football for guidance & education on how to cope with a concussion.

My objection, Is this settlement does not address players in my category, I have proven injuries now from multiple concussions in the form of being totally deaf, dizzy spells, passing out, vertigo, balance problems, loss of taste, insomnia & vision issues.
Are these injuries not caused from concussions? Surely they are, so why are they not addressed in this settlement?
Judge, It's my prayer you ask this question of all the attorneys present. *It's my prayer you make ready awards for players like me. I have a decent budget for my family, But for example should I need a hearing processor for hearing based on Cochlear implants which are bionic chips implanted in your skull, The external processor is $15,000 and the cost to maintain this type of surgery & equipment gets higher every year.*

*This is my objection, I want my category included for immediate payout upon completion of this settlement agreement.*

*Thank you Judge*

*Michael L. Davis*
*37039 N.109th St.*
*Scottsdale, AZ. 85262*

*Michael L. Davis* (signature)

**From:** mldraiderman36 <mldraiderman36@aol.com>
**To:** mldraiderman36 <mldraiderman36@aol.com>
**Subject:** Objection letter
**Date:** Wed, Sep 10, 2014 2:00 pm

Judge and all concerned

Please accept this letter of objection as is. I live in a community full of retirees & "snowbirds"

The Mailbox is a community type. The mailperson is often wrong more than right when putting mail in the slots.

Again I apologize to the court for not having certain documents with this letter, reason is I just received the NFL concussion settlement benefits and legal rights booklet yesterday from a neighbor yesterday Sept 9 2014.

I want to get this letter of objection as quickly as possible to you for your review as I will be having surgery soon. I included Names of all Doctors involved and their address if that's a help. I will also request these records if they are needed.

Otherwise I grant full permission for my medical records to be released in your care. I will sign this letter as for permission to do so.
Thank you.

Michael L. Davis

*[signature: Michael L. Davis]*