September 21, 2014

Clerk of the District Court/NFL Concussion Settlement

U.S. District Court for the Eastern District of Pennsylvania

United States Courthouse

601 Market Street

Philadelphia, Pennsylvania

19106-1797



- In re: National Football Players' Concussion Injury Litigation, No. 2:12-md-02323
- Sally Miketa Stern 602 East Loomis Street Ludington, Michigan 49431
- Phone #231-690-9045  DOB: July 12, 1957
- My father, Andrew Miketa, is the Retired NFL Football Player.
- I am represented by Kriendler & Kriendler Law Firm. My contact people at Kriendler and Kriendler are Lucille Sharp or Evan Katin-Borland. My ID # is 950000011.
- My father played for the Detroit Lions during their 1953-1954 seasons. He was the Lions first-string center. Being the National Championship team's first string center means he was hit hard on every play of the game, over and over again while many other players simply sat on the bench not receiving ANY hits or contact at all. My father only played two seasons with the Lions. The Lions wanted him to stay but he decided to leave because of the amount of concussions he had experienced and concern about the future brain injuries. He recalls playing in a championship game against the Cleveland Browns in 1954 where he experienced a concussion, went back in and had his eye socket smashed, went back in and broke his nose all the while being dizzy and nauseous. Throughout his two years with the Lions playing first string center with Bobby Layne and Doak Walker, My father received untold numbers of concussions. Do you remember the type of safety equipment these players wore? Their helmets had no protection at all and they made very little money.

I believe my father's brain, cognitive impairment began with his first concussion yet your settlement will disqualify him for a huge portion of any award because he "only" played two years and he never went to the doctor to get diagnosed. Like most men of his generation going to the doctor was for women and children not men but my father's behavior and life choices will prove he was suffering from cognitive impairment.

My father died April 4, 2010. He had been living on his Social Security for 25 years. He was destitute. He lived in unheated, sub-standard rentals because this was all he could afford. He died without any life insurance, without a cent to his name, owning nothing. I had to ask the NFL to pay for his cremation. My father had spent years wandering around aimlessly, climbing into dumpsters.

Several years before my dad died I asked the NFL to help with his care. I dealt with a woman named Eden Halliday. I explained to her my dad's situation. She told me the NFL would help even though my dad had played for only two years. She told me to begin looking into an Alzheimer's facility for my dad. I found one in North Carolina, where my dad lived. Then after two weeks or so, Eden called to tell me the NFL had changed their mind. They thought taking care of my dad would be "too much of a liability since no-one knew how long my dad might live." I was stunned. She had told me I could secure a place for my dad. So, because of this decision made by the NFL my dad spent another 5 years homeless. My dad never went to the doctor to be diagnosed. Homeless individuals with no-one to take care of them don't go to the doctor so now I cannot prove to the courts that my dad had Alzheimer's since he was 50 years old or perhaps younger.

After leaving the NFL, my dad went to dental school. He managed to get through school but his decision making does not make any sense. He worked hard all his life and gave every cent he ever earned away but refused to pay his income taxes. He did so many strange things I could write a book. He stayed in debt all his life. We lost our home because of the taxes and all his children were farmed out to relatives. We were basically homeless, all six of us. My father's offspring, me being the third child, have all been very psychologically damaged because of my father's ways of thinking. None of us were made to go to school; we all grew up like weeds. None of my siblings were able to take care of themselves much less take care of my dad.

Because the NFL refused to pay for my father to enter an Alzheimer's facility, my dad eventually had to leave the town he had lived in for 50 years and come to Michigan to say with me. He was forced into a vehicle and driven up here. He did not sleep for three days after he arrived and tore my house apart. He wandered around and was picked up by the police. He tried to hitchhike back to North Carolina several times. I was told that I couldn't allow him to wander but I did not have the funds to place him in a quality Alzheimer's facility. My father's Alzheimer's was extremely exacerbated by this tremendous life change. Any type of change for an Alzheimer's person is not good but in particular a perceived negative change. Everything in his environment was unfamiliar to him.

My father died a week after he arrived at my house. He spent his last week trying to hitch hike back to North Carolina from Michigan because the muti-billion dollar endowed NFL thought he was "too much of a liability" to care for.

I cannot present my case to you in any type of legal format. I hope you can read my statement and understand how much pain my family, both my parents, myself and my five siblings have withstood because of my father's early onset Alzheimer's and Cognitive Brain Impairment.

Two years of constantly being hit in the head should qualify my father for the maximum award. He gave football his all, getting nothing but rejection in return. He never made any money from playing football like the players of today.

The NFL is offering within the settlement: Baseline Assessment Program, up to $75 million. My father will not receive any of these funds.

Education Programs promoting safety, $10 million. My father will not benefit from this.

And because he was so impaired by the Alzheimer's and Traumatic Brain Injury from playing football he was destitute and homeless so he never went to the doctor and will be penalized for not going to the doctor and having his impairments documented.

The NFL is also penalizing him for leaving the NFL after two seasons because of all the concussions and injuries he experienced.

- You requested any other supporting papers, material or briefs. I have newspaper clippings from when my dad played for the Lions documenting how well he played and how banged up he got along with mention of his concussions. I have a sympathy letter from the NFL administrative offices offering their condolences when they learned of his death. The note stated how old players like him are what made the NFL what it is today. Too bad they thought he was "too much of a liability" when he was alive and needed their help.

Picture this. When my dad died up here in Michigan, a thousand miles away from what he thought of as home, he did not have a cent to his name and no life insurance. Homeless people don't carry life insurance. So, as I said I had to call the NFL for help. I had to have my dad cremated and had to fly back to North Carolina with his ashes inside an urn. My aunt and uncle paid to have a mass for him. This is all that was left of a person who gave everything he had away and whose judgment caused irreparable consequences to his children. Does this sound like a person with a mind/brain functioning as it should? Do you really need a neurologist to diagnose and verify my father's condition?

By asking for documentation of an illness from a homeless person you disqualify that person. They do not have documentation. My fathers' driver's license in his wallet when he died was over 20 years

expired. In the wallet were two dollar bills, a yellow feather and a small, white piece of paper with my phone number on it.

I wish I could provide you with a stack of formal papers from a doctor documenting the state of his mind but my dad never showed up for this. He couldn't have found the phone number or dialed it either. The best of his mind was destroyed by football.

Sincerely,

Sally Miketa Stern

September 21, 2014

Stern
602 E Loomis
Ludington, ME
[PA 43]

To: Clerk of The District Court/NFL Concussion
U.S District Court for the Eastern District of PA Settlement
United States Courthouse
601 Market St.
Philadelphia, PA 19106-1797