Honorable Judge Brody
U.S. District Court Room 7613
601 Market Street
Philadelphia, PA 19106

SEP 25 2014

Honorable Judge Brody:

My late husband, Daniel Brabham, was a linebacker in the NFL for several years. He exhibited what I now know are symptoms of CTE for much of his adult life. The numerous symptoms of anger, abuse, dementia, etc worsened as he aged and both I and my children have suffered gravely. Upon his death in 2011, Boston University confirmed, based on tissue samples, that he had CTE more severe than 75% of the cases they had seen.

I am among the original 4500 players/families who filed suit against the NFL. I have followed the matter closely and appreciate your efforts to ensure the settlement is a fair one and not dragged out for years and years. I am writing you today in regards to how the attorneys are being compensated. My attorney, Gene Locks, is among the group entitled to a share of the $120 million dollar fund set aside for attorney fees. I take issue with the fact that in addition to that sum, he is also entitled to 1/3 of what may be awarded to me and my three children.

My request is that you stipulate as part of the settlement that attorneys who receive compensation from the $120 million dollar fund not also be allotted 1/3 of their client's monetary award. As it stands, the 4500 players who originally sued the NFL (many of whom are among the most severely debilitated) and made this settlement possible stand to receive less than the 18,000+ who have now been included and will potentially benefit if the settlement is approved.

Thank you for considering my concerns and for your time and patience in handling this case.

Sincerely,
*Mrs. Daniel Brabham*
Mrs. Daniel Brabham
874 Swan Landing Ln.
Allen, TX 75013
bunnybrabham@eatel.net