John Sawyer
9242 Arleen Ave.
Zachary, La 70791
(225) 721-1964
DOB: 7/26/53

OCT - 3 2014

Clerk of the District Court
NFL Concussion Settlement
U.S. District Court of the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

National Football League Players Concussion Injury
Litigation, No. 2:12-md-02323

Honorable Judge Boody:

I am writing this letter on behalf of my husband, John W. Sawyer. He is a retired NFL player who played eleven years, from 1975 to 1986. He is represented by Pope, McGlamry, Kilpatrick, Morrison & Norwood, P.C. and would like to express his opposition to the concussion settlement.

The following are a few of the symptoms he experiences on a daily basis: restless sleep patterns; memory loss; ringing in ears; and light-headedness. He was diagnosed in 2010 by a certified neurologist with Moderate Brain Trauma.

He feels that this settlement is trying to "put a Band-Aid on a cancer." The NFL never acknowledges any wrong doing, which he has witnessed during his years of playing ball.

The NFL is only putting this "Band-Aid on the Cancer"; waiting for all of the retired players to die. As the players get older, the symptoms which many of these former players have will only progress. If John's understanding of the settlement is correct, the older one gets the less money one is entitled to. The NFL is not willing to help the retired players until they, in his words, are "bed-ridden, slobbering on themselves, or having a limited quality of life."

He strongly opposes attorneys getting paid $112 million by the NFL when a retired player, having played 10 plus years, gets nothing in spite of their obvious, continuing health problems. If a player does receive compensation, the player must still pay the attorney 30-40% from their settlement, on top of the money the attorney has already received from the NFL. He strongly disagrees with this.

As his wife, I have noticed a change in him in the last 4-5 years. He is becoming much more forgetful as he gets older, and this happens quite often. For instance, he will start a conversation and suddenly stop talking. When I ask him to finish the story, he can't remember what he was talking about. His headaches are becoming more frequent and his sleeping patterns are interrupted on almost a daily basis.

When reading the settlement, it states, "required exams are not sufficient to diagnose Alzheimer's, Parkinson's, or ALS. Former players who worry they may have those conditions will have to pay for additional testing themselves, while the NFL can make unlimited appeals of award claims free of charge, retirees must pay $1000 fee to contest those appeals." This seems, to me, that the NFL has all of the control, and once again, the players are being "thrown under the bus."

John strongly suggests that you deny this settlement because it will do absolutely nothing for the 4500 players that are having problems at this time.

Thank you for your attention to this matter,

Beth Sawyer

John Sawyer

John Savoye
16071 Brown Rd.
Baker, LA 70714

Clerk of the District Court
NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA
19106-1736

Attention: Honorable Judge Brody