October 07, 2014

OCT - 8 2014

Honorable Judge Brody:

I am writing to you in re: NFL class action lawsuit. I am very concerned with the settlement proposed for the deceased, former and current players of the NFL. I do not believe the settlement is fair and encourage you to keep the lawsuit open for further medical payments for the players who may be affected by past, current and future health issues. I also believe the players who are having health issues now also need the medical care and would benefit from immediate compensation. To this date the NFL has not made the research in re: head trauma and concussions public and until this research is made public this is not fair to the past, present and future players.

The reason I have an interest in this matter is, two years ago, I lost my son, Joseph Chernach, age 25, to suicide, he was later diagnosed with CTE, stage two to three. My son did not play college or professional sports. He played sports in high school. He started playing football at a young age from pop warner through high school. I am furious with the NFL for keeping this research from the public. The NFL sponsors these young kids in pop-warner through high school. I and every parent along with the players had and have a right to know of the dangers of playing football along with the brain diseases and brain trauma our children could possibly suffer in the future.

I do not know whether you are married or have children, I'm sure you can relate to my pain and suffering even to imagine what life would be without your child or spouse and watch them suffer from a brain disease or head trauma due to the negligence of an organization to fail to release information to prevent the suffering and death of many. Had the research been made public many years ago, these tragedies could have been prevented. I look forward to the day that those who knew of the dangers and let people suffer and die will be banned from the NFL and prosecuted.

My family is devastated and every day we have to live without Joseph is painful. The day I found my son hanging was the day a part of me died and at times I feel I only exist in this world. I have other children and now am worried what kind of brain damage they will have from playing football. I have never felt so much pain in my life and the pain will be with me forever. I will continue to make my voice heard for those who have and will suffer from these health problems. I hope you will make a fair decision for all.

Thank You

Debra Pyka

W14770 Burton Rd

Hixton, WI 54635

Pg 1 of 2
10/08/14

Judge Anita Wlody
James Scheidt

1-267-299-7438

From:
Debra Pyka
W14770 Burton Rd.
Hixton, WI 54635
phone: 715 896-4512