To: The Honorable Judge Anita Brody

From: Ted Petersen

    17074 east 1250 north road

    Momence, Illinois  60954

    815-472-6243

    Birthdate 2/7/55

    Representing Law Firm: Pope, McGlamry, Kilpatrick, Morrison, and Norwood, P.C.

Regarding: National Football League Players' Concussion Injury Litigation, No. 2:12-md02323.

OCT - 9 2014

Dear Judge Brody,

My name is Ted Petersen and I am a 9 year NFL veteran. I played 8 years with the Pittsburgh Steelers and split a year with the Browns and Colts. I have some great memories with my days with the Steelers in particular which include two Super Bowls. I am however, very concerned regarding the fact that as an offensive lineman, we hit our opponents helmet to helmet on most every play! Frankly, I am afraid of the distinct possibility of developing a neurological disease! I am pleased that you are looking out for our wellbeing and our family's, but I do have some concerns. I played many years with Mike Webster who was diagnosed with C.T.E. and I recently talked with former teammate Franco Harris who stated it is not a matter of _if_ we develop problems but rather _when_ and how bad. I really appreciate your concern for us which has been obvious. We need you to make sure that the neurological exams are the best available and covered under the plan, the claims process is manageable, and the appeals process is at no additional costs to us. Finally, it is sad to say I really have no faith in the fact that when this is all laid out that me or my family will ever really benefit from this settlement! Combine that with the fact that our

attorneys stand to be paid almost $112 million dollars makes it even harder to comprehend this whole process. I do not think this is fair that I put my health on the line for 9 years and my compensation is pie in the sky, whereas our attorneys get paid upfront! The only fair way would be for all of us to get paid equally for our years of service covering the damage done to our bodies. The attorneys have so much to gain that they could very well sell us short because they get paid right after the settlement. We have to wait and it might never happen. I do trust you Judge Brody, to look out for our welfare however and I ask you to move slowly to make sure the settlement is a fair one!

Sincerely,

*[signature]*   October 6th, 2014

Ted Petersen

Ted Peterson
KCC
Kankakee Community College
100 College Drive
Kankakee, IL 60901-6505

7011 2970 0001 9571 8970

UNITED STATES POSTAL SERVICE
1000
19106

U.S. POSTAGE PAID
KANKAKEE, IL 60901
OCT 06, 14
AMOUNT $3.79
00047279-07

Clerk of the District Court / NFL Concussion Settlement
U.S. District Court for the Eastern District of PA
United States Courthouse
601 Market Street
Philadelphia, PA
19106-1797