September 20th, 2014

OCT - 9 2014

To Whom It May Concern,

My name is Jean Wilson and I am writing on behalf of my husband Gerald R. Wilson (Jerry) in regards to the National Football League Player's Concussion Injury litigation, No. 2:12-md-02323. While I very much appreciate your acting on behalf of the former NFL players, my husband included, I have a few concerns and questions that I would like to address.

1. Why does the amount paid increase or decrease according to the years he played? My husband Jerry has Parkinson's and is on medication for dementia. He played for the Philadelphia Eagles from 1959-1960 and was traded mid season to the San Francisco 49ers where he stayed for the rest of the year. After being called to active duty with the National Guard and serving in Europe for 8 months, he returned to play in the CFL. What difference could it possibly make whether he played 2 years or 10? The damage was still done and he is suffering the consequences.

2. In a somewhat related question, why does the amount decrease with age? The doctor said my husband could live to be in his 90's and he is in his 70's now. Again, the determined amounts should not put limits on life expectancies. No one can accurately predetermine an individual's need for long term care. It is my hope and prayer that my husband live a long, happy, independent life. But the reality is that the costs of medicine, doctors, hospitals and care facilities can be astronomical.

3. Also a related question is this, why is there such a long term pay out? While I do appreciate what this would mean for my family in the future, I am more concerned with my husband and how it can affect his situation in the next 10-15 years.

4. It concerns me that the Canadian Football League (CFL) is not addressed in this lawsuit. Jerry played in the CFL for 2 years after returning from active military service.
Are there plans in the future to file separately?

Again, I appreciate your efforts on behalf of my husband and our family. Please feel free to contact me with any questions or concerns and to discuss this matter further.

Sincerely,

*Jean Wilson* Oct. 7, 2014
Jean Wilson

Gerald R. and Jean Wilson
2117 Mountain View Drive
Vestavia Hills, AL 35216
205-822-3471
jjwilson12@aol.com

Gerald R. Wilson, DOB- 12/09/1936
NFL years 1959-1960
National Football League Players Concussion Injury Litigation
No. 2:12-md-02323

Jerry R & Jean B Wilson
2117 Mountain View Dr
Birmingham AL 35216-2023

Clerk of The District Court/NFL Concussion Settlement
U.S. District Court For The Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, Pa 19106-1797

BIRMINGHAM, AL
35216
OCT 07 14
AMOUNT
$5.75
00082244-02

9114 9999 4423 8887 1910 31