Louise A. O'Hanley
17 George Aggott Road
Needham, MA 02492-3220

October 7, 2014



Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

In re:  **National Football League Player Concussion Injury Litigation, No. 2:12-md-02323**

## OBJECTION TO SETTLEMENT

Dear Clerk,

    I am the widow of Ross O'Hanley, a former member of the New England Patriots and Miami Dolphins who died on April 2, 1982 at age 33 without having been diagnosed with CTE. My husband suffered multiple concussions during his 7 playing years and died from a brain tumor. Prior to the discovery of the tumor, he suffered from significant neurocognitive impairment. It was only long after his death that attention was directed at concussion-related football injuries.

    I object to the settlement because it does not provide for circumstances where, as here, no diagnosis of CTE was made before his death and too much time has elapsed to examine his body to obtain a definitive diagnosis.

    The objective data clearly demonstrates that his injuries were the result of concussions sustained during his playing years and allowance should be made in the settlement for cases such as his.

Respectfully submitted,

*Louise A. O'Hanley*
Louise A. O'Hanley
17 George Aggott Road
Needham, MA 02492-3220
I.D. Number: 190000007
Telephone: 978-621-3569
Date of Birth: 6/25/38

cc:    Arnold Levin, Esquire