October 2, 2014

U.S. District Court for the Eastern District of Pennsylvania

Re: National Football League Concussion Injury Litigation, No. 2:12-md-02323;

Claudie D. Minor Jr.
4034 South Quince St
Denver, Colorado 80237
303.408.4106 Cell
DOB; 4/21/51

My name is Claudie D. Minor Jr. and I played for the Denver Broncos for 9 years as an offensive lineman and I started as a rookie, missing two games from 1974 through 1982 season. With play-off games, including a Super Bowl game, I believe I played in around 150 games including pre-seasons.
During my final year with the Broncos I founded an energy service company in the Rocky Mountain Region. I subsequently founded a natural gas company of which purchased, transported and resold to commercial end-users as well as the utility communities from coast to coast.
As time went along, my executive cognitive abilities declined which adversely affected my ability to provide for my family as accustomed. I am not alone in experiencing impaired cognitive ability that adversely impacts the ability to provide emotional, financial support for our families. The court should know that this decline occurs slowly without anyone realizing its adverse affect. Even those who share pillow talk with us (our wives) they are not suspecting any changes either.

In this class action lawsuit, my legal council has already established their consideration for taking on this case therefore, it is my belief that the preamble condition to the four afflictions, Parkinson's, Alzheimer's, ALS and Dementia disease and Levels 1.5 and levels 2 respectfully fall short in establishing the cognitive impairment damages realized by NFL Retired players. By the time the diagnosis is in the above afflicted areas are in fact acknowledged, the player, in many cases is already divorced, bankrupt and living under a bridge often in the same cities they once played. While I seek not to opt-out in this class action, I am praying that the court will consider what my legal council has not represented, "a funding mechanism to support this adverse initial impact the retired player and his family are so desperately needing."

This class action suit is welcomed on many levels however, it does not provide for the many who suffer cognitive impairment prior to early dementia of early onset of Alzheimer's, ALS, Parkinson's disease and the two subsequent levels 1.5 and levels 2. Damages are occurring long before the above afflictions are determined by a qualified Neurologist and before the player and his family realized the decline in cognitive impairment. While I have my current level of cognitive ability, I felt compelled to address this court at this time. Thank you for listening to this request.

Best regards,

*[signature]*
Claudie D. Minor Jr.

10/7/14

E. Minor JR.
4034 S. Quincest
Denver, CO 80237

Clerk of The District Court / NFL Concussion Settlement
U.S. District Court for The Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797