October 9, 2014

Scott Gilchrist
59 Royalavon Crescent
Toronto Ontario
Canada
M9A 2E7

To whom it may concern

My father's estate, Carlton Chester Gilchrist, would like to object to the NFL Concussion Settlement for the following reasons.

1. CTE is a direct result of head trauma.  I feel it should be ahead of ALS because it has not been proven that ALS is a direct result of head trauma where CTE <u>has</u> been proven to be a direct result from head trauma.  My father was in stage 4 of CTE.
2. My father's problems that he had in the last 40 years of his life not only dramatically impacted on his quality of life but affected his children's quality of life as well.  I feel that the years that were lost should be compensated for.  It was a terrible price to pay for being a football player and to that of his family.
3. I feel that years of service in the CFL should be included for all players.
4. Eligible seasons should not be capped at 4.5 seasons.  It should include many more years. My father signed a deal in 1954 when he was 18 with the Cleveland Browns and continued to play for 14 years.

Thank you for considering the above,

Regards,

*[signature]*

Scott Gilchrist
(Son of the late Carlton Chester Gilchrist)

(416)234-1966 home, (416) 606-8139 cell

GILCHRIST, CARLTON (COOKIE)  RB        NONE

Signed Buffalo,FA,8/4/62;filed 8/8/62-$20,000
Placed on Reserve, 12/17/62
Signed Buffalo 4/16/63;filed 4/17/63-$23,000
Signed Buffalo 5/27/64;filed 6/2/64-$27,000
WAIVERS 11/17/64   EXPIRE 4 P.M. 11/18/64
Claimed by Oakland, New York, & Boston, 11/18/64
Recalled by Buffalo, 11/19/64
Traded to Denver for RB Billy Joe, 3/2/65
Signed Denver 6/23/65;filed6/27/65; 2 yrs no-cut:
    $37,500 for 1965 and 1966.
Placed on Reserve, retired, 8/2/66
Traded to Miami for 3rd & 5th draft choices;
    activated, 10/18/66
1966 Denver contract transferred to Miami
Traded to Denver with QB G. Wilson, Jr., G E.Park

DE E. Faison (condtl-returned) for RB A. Haynes
DE D. LaRose, DT J. Hopkins & 6th drft ch6/30/67
Signed Denver 7/16/67;filed 7/23/67-$35,000
    for 1967
WAIVERS 9/11/67   EXPIRE 4 P.M. 9/12/67
Assigned to Cinn in AFL expan. draft, 1/16/68
Placed on Reserve, retired, 3/27/68

WAIVERS NOV 20 1975  EXPIRE 4 P.M. NOV 24 1975 NO RECALL

Scott Gilvist
59, Rapianian Cres
Tornto Ont, CANADA
M9A-2E7

Clerk of the District Court / NFL Concussion Settlement
United States District Court for the East. District of PA
James A. Byrne US Courthouse)
601 Market St.
Philadelphia, PA   19106-1797

<u>Objection to June 25, 2014 Case Settlement In regards to the Players Concussion Injury</u>
<u>Litigation        No. 2:12 md-02323-AB-MDL No. 2323</u>
<u>Civil Action No: 2114-CV-000-29-AB</u>
<u>Hon. Anita B. Brody</u>

October 14, 2014

Scott Gilchrist
59 Royalavon Crescent
Toronto Ontario
Canada
M9A 2E7



I am the administrator of my Father's Estate in which my brother has signed over his rights to me in a Petition for Probate and Grant Letter.

My father's estate, Carlton Chester Gilchrist, would like to object to the NFL Concussion Settlement for the following reasons.

1. CTE is a direct result of head trauma.  I feel it should be ahead of ALS because it has not been proven that ALS is a direct result of head trauma where CTE <u>has</u> been proven to be a direct result from head trauma.  My father was in stage 4 of CTE. Five players have been diagnosed with ALS where 76 players out of 79 brain donations have been diagnosed with CTE.
2. My father's problems that he had in the last 40 years of his life not only dramatically impacted on his quality of life but affected his children's quality of life as well.  I feel that the years that were lost should be compensated for.  It was a terrible price to pay for being a football player and to that of his family.
3. I feel that my fathers' years of service in the CFL should be included. He signed a NFL contract on May 8, 1954 when he was 18 years of age with the Cleveland Browns which was against NFL regulations.  He went to Canada shortly thereafter because it was against NFL policy and he didn't make the cut and was told to go to Canada.
4. My father played 56 minutes of football per game in the CFL both offence and defence, field goals and punting hence the more time and longer that you play in a football game the more likely to incur head trauma which was a point noted by Dr. Stern.
5. Eligible seasons should not be capped at all.  It should include many more years. My father signed a deal in 1954 when he was 18 with the Cleveland Browns and continued to play for 14 years.

Thank you for considering the above,

Regards,

Scott Gilchrist (date of birth: May 7, 1961)


(Son of the late Carlton Chester Gilchrist)

(416)234-1966 home, (416) 606-8139 cell

400 South Beverly Drive
Suite 215
Beverly Hills, CA 90212

July 20, 1973


Mr. Pete Rozelle
Commissioner
National Football League
410 Park Avenue
New York, New York 10022

Dear Mr. Rozelle:

Thank you for returning my call on Thursday.  I am
enclosing a copy of the program which I described to you.
I have had occassion to speak with a number of athletes
as well as sports writers who, as you, whole heartedly
agree that some steps must be taken to relieve this
problem.

You will note that the program calls for this
effort out of your office.  It was felt that to be effective,
such a program needs the support and sanction of your office.

I would appreciate an opportunity to discuss this fur-
ther with you at your convenience.

Again, many thanks for your support.

Sincerely yours,

"Cookie" Gilchrist

CG/jgl

Encl:



10 oct 1973 – Denver Post

# A Smart Cookie Wants to Help

## ........ Assistant Sports Editor

COOKIE GILCHRIST would stand out in a stadium filled with thousands. In fact, he has, looming like an ebony Presence over the early years of the American Football League where he shattered noses and pride and records in a brilliant, cellophane-like career.

It lasted a relatively brief five years in the old AFL, after nine incredible seasons in Canada, where he played everything but a Mountie in a one-man snow that may never be duplicated. Cookie place-kicked, played defense, offense and, given half an opening, general manager.

Now, as they say in Boston, the last hurrah has faded. It sounded after the Boston game opened Denver's 1967 season. Cookie's knees, pounded over 14 seasons, showed the wear and tear. They were finished. And Cookie, now merely mortal, was left with that classic dilemma of the aging sports superstar, adjusting to a world that no longer offered him its choicest smiles.

"From what I have witnessed, and from what I have felt myself, I would imagine an athlete goes through the same withdrawal symptoms a heroin addict does." Gilchrist said in an interview here last week from the perspective of six years on the sidelines.

He still dominates any gathering. At 34, he's 15 pounds under his last playing weight of 255. The turtleneck sweater seems to strain to contain the huge chest, powerful arms.

The wire runs give him almost a scholarly look. It's not inappropriate. Whatever else, Carlton Chester (Cookie) Gilchrist always has thought for himself. And his most prominent current thought is the state in which many athletes find themselves when it's all over.

Characteristically, he has a plan, a good one. It's called United Professional Athletes Coalition of America, Inc. Also characteristically, he doesn't have the funds to get it under way yet.

Gilchrist envisions his

## Rejection by Masses Who Applauded

"It's the over-all rejection by the same masses that once applauded, cheered, catered to, pampered, loved, hated these 'men,'" Cookie observed. "All of a sudden one day, you're walking down the street and nobody recognizes who you are. All of a sudden, you go into a bank and try to borrow money for a business venture, and you can't. All of a sudden you discover the lack of education is a very monumental fact. All of a sudden you realize your kids are not there — they are growing up in some other section of the country, in some other house.

"All of a sudden, you realize, 'Wow, I spent my life entertaining people. Sure, I made money but it was all taxable without any real deductible benefits. And it's gone.'

"And all of a sudden, you realize you acquired certain tastes for life that you can't afford anymore."

There are other things that return like half-forgotten dreams. A son, 15, is hostile. You have missed too many birthdays, too many times when you should have been there but were at practice, or traveling, or somewhere.

"We're working that out. It's getting better," Gilchrist says of his two sons by his first marriage. They are growing up in Toronto.

Money was always easy. It bought Cadillacs, or the latest clothes, or often to business relationships. The name along was worth personal appearance money. For years, it has been one sublime, delicious ego trip with all the costs postponed until some future date.

And then, with the last cheer shouted, the final contract expired, the last locker-room door closed behind you, the child grown into a teen-ager, it's all due.

## Devious Ways to Sustain Yourself

"You find yourself thinking of devious ways to sustain yourself and the life you once lived," Gilchrist said. "What ways are open? Drugs are open. Mugging is open. Stealing is open. What avenues do I have now that I've been rejected? Unfortunately, that's the pattern for too many athletes. Did I consider it? Sure. Sure I did. I considered all of them. But I've been fortunate in a sense. I've always been involved in business. I've always had something going. I've always been able to stand on my own.

"But what about those who come out of this unreal world and can't handle what they find?" He cites ex-Oakland Raider star Warren Wells and Max Anderson as examples of this. "I talked to Max Anderson the other day. He played for Buffalo. He's back in Arizona. His voice was so depressed, so down. When I got off the phone, I thought, 'Wow, just to have to hear dejection in a young man who is only 27, 28.'

He has appealed both to ............ National Football League and to the players' association, with no results. He has incorporated in Colorado, and will headquarter in Denver.

Gilchrist doesn't argue there are vast segments of our society desperate for attention. He just happens to know this problem best.

## Won't Wind Up in Rundown Hotel

Gilchrist, who once had something called a "nonjuror meandering" clause and a Cadillac written into his contract, who once set an AFL record with 243 yards and five touchdowns in one game, has no intention of winding up "in some rundown hotel."

He is bitter only against those who characterized him as a troublemaker over the years for arguing over money. "I felt was due him. It has, he insists, tainted his reputation and even, affected his sons' lives. That he can't forgive.

"But for the rest, even a game he feels dehumanizes, insisting on compliance, he wants to contribute. "I want to make a greater contribution than I did as a player. I did and don't make a contribution to mankind. I was a king of burden. The laugh's quick, the wit rapid, the ideas spill out as they always have.

Only the legs are gone, and glad now in corduroy somewhere, since neither the league nor the players association is doing it, there ought to be room for "his 'house'" for athletes coming out.

And if he ever finishes his autobiography, buy it. It's he called, "Kings Sometimes Walk While Slaves Ride White Horses."

called 'Pride After The Shock.' Hey, .......... heavy title..." ........ tribe exactly what ....

Reversed, it's also a heavy way t ....... Gilchrist would like to counter with the program he hopes to start: Shock After The Pride.

Football, Gilchrist feels, has turned its back on those who played it to prominence. He would not permit his son to play professional ball, he says in an article on him in the same issue: "I'd shoot the man who tried to sign them."

"I know a great back, a Hall-of-Famer, who is sleeping on a park bench in the same city where he was a slave. Big Daddy Lipscomb died of an overdose of heroin. Lenny Dawson ... died drunk and broke in some rundown hotel."

THE NATIONAL **NFL** FOOTBALL LEAGUE

410 PARK AVENUE,                NEW YORK, N.Y. 10022 · PLaza 3-1500

25 September 1973

Mr. "Cookie" Gilchrist
400 South Beverly Drive
Suite 215
Beverly Hills, California 90212

Dear "Cookie":

As I told you on the telephone, your plan for player
counseling is a most constructive one, but not feas-
ible for financial participation by this office now.

It would not be possible for me to secure budget
approval for an expenditure of this size so far into
the year.  The reasons for this are the fact that we
now have Buddy Young and Bill Granholm aiding
players on a full time basis from this office, a
Security Department that serves as a business and
investment checking service for the players and
because relations between the club presidents and
the people operating the Players Association are
strained.

Should this situation change in the future, I feel the
type of program you suggest would be extremely
worthwhile.

Regards,

PETE ROZELLE
Commissioner

PR:te

**WILLIAM MORRIS AGENCY,** INC.
151 EL CAMINO • BEVERLY HILLS, CALIFORNIA 90212 • 274-7451

NEW YORK
BEVERLY HILLS
LONDON
ROME
PARIS
MADRID
MUNICH

ARTISTS MANAGER
XXXX
ESTABLISHED 1898

Cable Address
"WILLMORRIS"

October 30, 1973

Mr. Cookie Gilcrest
787 Olive Street
Denver, Colorado

Dear Cookie:

It was a pleasure for me talking to you last night.

Having been an athlete myself I understand the problems
an athlete faces when he retires and tries to adjust
back into society.

Your idea to help active and former athletes is an ex-
cellent one.   I whole-heartedly endorse your program
and will be available to help you any way I can.

I would like to set up at your convenience a meeting
with Ed Garvey of the Players Association.   I am sure
such a meeting would be beneficial to both of you.

Cookie, I called Alan Barron from Black Sports Magazine
and told him about your project.   You should be hearing
from him real soon.

The information you sent me concerning the possibility
of a book has been sent to our literary department in
New York.   I'll get in touch with you as soon as I hear
from them.

Sincerely,

JOHN MACKEY
WMA SPORTS INC.

JM:MK

COOKIE GILCHRIST AND THE
UNITED ATHLETES COALITION
OF AMERICA, INC

HON. JACK F. KEMP
OF NEW YORK

. THE HOUSE OF REPRESENTATIVES
Thursday, February 14, 1974

Mr. KEMP, Mr. Speaker, Cookie Gilchrist and I were teammates with the Buffalo Bills and I admired him as a teammate and as a great fullback, but even more as a man who wants to help other people.

Today he is actively nurturing a vision he has long held to help ease the difficult transition of athletes from the playing field to the business world of American life which many times is difficult indeed and leads to some real life tragedies.

The Colorado nonprofit corporation he has helped establish, United Athletes Coalition of America, Inc., will attack the problems created by the tremendous popularity of athletics in the United States: first, problems of their possible overemphasis and consequent distortion of values by young people; second, problems in the maintenance of personal and financial perspective by active professional athletes; and third, problems in the transition by athletes from participation in professional sports to the mainstream of American life at the conclusion of their athletic careers.

UACA will direct its efforts toward:

First. Education and guidance of athletes at the preprofessional levels by using individual present and retired athletes to express their experiences through visitations to colleges and high schools and elementary educational institutions; through financial assistance to worthy and needy athletes pursuing educational goals in nonathletic areas.

Second. Education and rehabilitation of ex-athlety establishing information and counseling cen n key cities in order to direct ex-athletes in financial, legal, medical, psychological, and career counseling; make available direct financial assistance to appropriate ex-athletes and their families in the form of controled grants for alleviating severe personal problems.

Third. Education and guidance of current professional athletes by (a) disseminating information regarding education and vocational training; (b) disseminating information concerning legal, financial, social problems common to professional athletes; (c) establishing in key cities local offices manned by qualified ex-athletes to give one-to-one counseling and advice regarding problems affecting all areas of life which may be particular to athletes; (d) make available professional expertise concerning personal and financial management for athletes through educational group seminars.

The objectives toward which Cookie Gilchrist and the UACA are working make it important that my colleagues become aware of this effort. The Buffalo Courier-Express recently carried an article about Cookie and the UACA which I include at this point and commend to the attention of my colleagues in the Congress:

COOKIE WORKS TO HELP OVER-THE-HILL
ATHLETES

DENVER.—Fourteen years of professional football gave Cookie Gilchrist fleeting fame, a pair of bad knees and the devastating realization that he was fundamentally unprepared for life off the gridiron.

But Gilchrist survived in the real world and now is nursing a vision he hopes will make the transition easier for other athletes.

It's called the United Athletes Coalition of America and that's what Carlton Chester Gilchrist, 38, is devoting his energies to these days.

"What we're interested in is trying to rehabilitate athletes once they're finished playing. We're trying to salvage the lives of individuals," Gilchrist says, sounding more like a social worker than the 6-foot-3, 255-pound fullback who once set an AFL record with 243 yards and five touchdowns in one game.

Gilchrist wants to assemble volunteer professional counselors in such areas as finance, career planning, law, psychology, and he's not only interested in dealing with the ex-athlete but also in educating and advising current athletes and youngsters.

Gilchrist says being a professional athlete can become essentially an ego trip, and the comedown, for too many, is hard and fast. The athlete suddenly finds he can't borrow money, people don't recognize him on the street anymore, and all the money from those huge player salaries has been squandered.

"On the field, court or whatever, an athlete is as sleek, quick, instinctive as any animal in the jungle," Gilchrist explains. "But an athlete's instincts to survive in the everyday world are dulled by adulation, acceptance, what he reads in the papers and hears on radio and TV.

"Having been exposed to such a high, fast way of living, he sometimes finds he'll do almost anything to sustain himself. He becomes vulnerable to con men— who rape him of all the things he's worked hard for. Or he becomes an alcoholic, drug addict, criminal."

Gilchrist can document such cases, "I know a great back, a Hall of Famer, who is sleeping on a park bench in the same city where he was a star. Big Daddy Lipscomb died of an overdose of heroin. Lenny Ford died drunk and broke in some rundown hotel."

Gilchrist remembers Warren Wells, former Oakland wide receiver.

Wells, dogged by a police record, served out a prison term and attempted a comeback in 1972. But after a minor altercation with police, he found his parole in jeopardy last May.

"I went to Oakland and found Wells couldn't put together a sentence," Gilchrist says. "All he could talk about was that he didn't understand what they were doing to him and that he just wanted to play football. He couldn't adjust to the idea that he was no longer just Warren Wells, the football player. He's now in a psychiatric ward in Houston."

That experience is what gave birth last July to the UACA.

"I got together with Ernie Barnes, Dick Bass and other players in the L.A. area to sign an agreement that we need some kind of a system to keep from falling into a bottomless pit, to quit pretending that the world will always do things for us."

What his organization needs, he says, is "support, volunteers, money, and we need to know where athletes are that need help." Gilchrist says he has received little response from such groups as the National Football League and the NFL Players' Association but is confident he'll make in-roads.

He also firmly believes much of the billions of dollars in the sports industry is being misspent and could better be used by an organization such as UACA—for the benefit of players, owners and fans.

"The fan, in particular, should realize that this athlete entertained him for a number of years, and the man is worthy of more than outright rejection once his playing days are over," he says.

It now has been six years since Gilchrist's sometimes controversial and off-beat career ended after playing for teams in Canada and for Buffalo, Denver and Miami. And, although he found the game dehumanizing, he feels an obligation to leave it something.

"I want to make a greater contribution than I did as a player."

MIAMI DOLPHINS, LTD.
330 BISCAYNE BOULEVARD
MIAMI, FLORIDA 33132
(305) 379-1851

JOSEPH ROBBIE
Managing General Partner

February 20, 1974

Mr. Cookie Gilchrist
United Athletes Coalition of America, Inc.
3000 East Girard, Suite 201
Denver, Colorado 80231

Dear Cookie:

I have your letter concerning formation of the United
Athletes Coalition of America.

I think that this is a most constructive effort. I will try
to be present in Denver March 3rd. If I am unable to be with
you, I will nevertheless make a contribution.

You are welcome to stop by and see us whenever you are in
Miami. We did have some rather hectic times together. We
shared the early difficulties of the creation of a new
franchise.

You can take great satisfaction in the marvelous football
career that you had.

Sincerely,

Joseph Robbie
Managing Partner

JR:mk

1972 - 1973 WORLD CHAMPIONS

MARCH 16, 1983


Pete Rozelle
Commissioner
National Football League
410 Park Avenue
New York, New York 10022

Dear Mr. Rozelle,

We are writing to request a copy of the original
contract Chester Gilchrist signed with the Cleveland
Browns Professional Football Club on Monday, May 17,
1954.

Thanking you in advance for your assistance.


Sincerely,


Audrey A. Gilchrist

# Congress of the United States
## House of Representatives
### Washington, D.C. 20515

March 17, 1983

Mr. Jim Bailey
Vice President and General Counsel
Cleveland Browns
Tower B, Cleveland Stadium
Cleveland, Ohio   44114

Dear Mr. Bailey:

I am writing this letter on behalf of Mr. Chester C. Gilchrist  (Cookie), who signed a contract to play professional football for the Cleveland Browns. Mr. Gilchrist, to the best of my knowledge, signed the contract on or about May 17, 1954.  I understand that Mr. Edward Ulinski, an assistant coach for the Cleveland Browns, signed the contract for the team.

I am writing to request that a copy of that contract be forwarded to me. Thank you for your anticipated cooperation in this matter.

Sincerely,

/s/

Tom Carper
Member of Congress

TC/aml

cc:  Chester C. Gilchrist

THOMAS R. CARPER
DELAWARE, AT-LARGE

COMMITTEES ON
BANKING, FINANCE
AND URBAN AFFAIRS

COMMITTEE ON
MERCHANT MARINE
AND FISHERIES

Congress of the United States
House of Representatives
Washington, D.C. 20515

1030 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, D.C. 20515
(202) 225-4165

DISTRICT OFFICES:

5021 J. CALEB BOGGS
FEDERAL OFFICE BUILDING
844 KING STREET
WILMINGTON, DELAWARE 19801
(302) 573-6181

J. ALLEN FREAR FEDERAL BUILDING
300 S. NEW STREET
DOVER, DE 19901
(302) 736-1666
(GEORGETOWN (302) 856-9554

April 8, 1983

Mr. Chester C. Gilchrist
2835 West Oakland Drive
Wilmington, Delaware   19808

Dear Mr. Gilchrist:

I am writing this letter to apprise you of the progress
so far in obtaining a copy of the contract which you signed to
play professional football for the Cleveland Browns.

My staff attempted to contact Pete Rozelle, Commissioner
of the National Football League on March 16, 1983, but Mr. Rozelle
was out of town.  Instead, my office spoke with Joel Bussert,
Director of Player Personnel from whom we requested a copy of the
contract you signed with the Cleveland Browns.  Mr. Bussert in-
formed my staff that his office no longer has a copy of the con-
tract because it was signed over 30 years ago.  They do have, how-
ever, an index card on file indicating that you did sign a contract.
Enclosed is a copy of that card.

Additionally, this office has contacted the administrative
offices of the Cleveland Browns and spoken with Jim Bailey, Vice
President and General Counsel to the organization.  Mr. Bailey has
informed us that he would send a copy of the contract, but because
the contract was signed over thirty years ago, it would take them
some time to find your file.  Once he has located the contract, a
copy will be mailed to my office and I will forward it to you.

Thank you for your patience and cooperation in this matter.

Sincerely,

Tom Carper
Member of Congress

TC/ls
ENCLOSURE

# The Cleveland Browns

JAMES N. BAILEY
VICE PRESIDENT AND
GENERAL COUNSEL

May 6, 1983

The Honorable Thomas R. Carper
House of Representatives
Washington, D.C.   20515

Dear Congressman Carper:

I want to reply formally to your letter of March 17, 1983,
requesting on behalf of Cookie Gilchrist a copy of the contract
he signed with the Cleveland Browns in 1954.

Since (and before) receiving your letter, we have been in
communication with Mr. Lawrence Smith.  As we have explained
to Mr. Smith, we have been unable to locate files or records
dating back that far.  We have now completed a thorough search
of every conceivable location in which such files might be
maintained and have come away empty-handed.  I hope you will
appreciate that 1954 predated the current ownership of the
Browns and that there have been several changes in administra-
tion.  I can only conclude that, somewhere along the line,
our past records pertaining to the early 1950's were destroyed.

I am sorry that we cannot be of assistance to you and Mr. Gilchrist.
I believe that the best information concerning his contract
would be available in the National Football League office in
New York.  I understand that they do not have an actual copy
of the contract but should be able to provide you with the
salary figures and other terms that would have been in effect.

Very truly yours,

James N. Bailey
Vice President and
General Counsel

JNB:kk

cc:  Lawrence Smith

Cleveland Stadium   Cleveland  Ohio 44114   216/696-5555

**Paul E. Brown**      Riverfront Stadium    Cincinnati, Ohio   45202

*Recorded*

November 2, 1983

Mr. Chester Carlton Gilchrist
Cookie Gilchrist Consultants
   International, Inc.
Post Office Box 5109
Wilmington, Delaware 19808

Dear Cookie:

I received your letter and it was good to hear from you.

Thirty years is a long time to remember some of the details of the past. It was always my understanding that the man who accompanied you to Hiram was your father. If this is not true, I apologize for the error.

I have great admiration for you as a player over the years. There was a time when we thought we might have you here with the Bengals. You were allocated to us in the player distribution by the Denver Broncos when the franchise was formed. In the meantime, however, they hired you for a promotion and PR job that kept you with Denver, so we never had a chance to have you with us.

I wish you every success in your consulting business.

Sincerely,

Paul E. Brown

PB/jc

GILCHRIST, CARLTON          B        NO COLLEGE
ADDRESS:  868 Fourth Ave., Brackenridge, Penna.

Signed as free agent by Browns 5/8/54.-$500 ser.
(Inf. pertaining to eligibility of this boy in
his own folder)
Waivers 8/4/54; expire 8/9/54 at 9:00 A. M.

MONSIGNOR CHARLES OWEN RICE
400 Hoodridge Drive
Pittsburgh, Pennsylvania 15234

(412) 531-5964

April 30, 1988

To Whom It May Concern:

When I was pastor of St. Joseph's Parish, Natrona, Harrison Township, Allegheny County, Pa., I heard of this marvelous Black high school athlete, a football player, known as Cookie Gilchrist and playing for HarBrac High School.  The lad was huge, well coordinated, fast and agile, a powerful player.

When he was still in 11th grade, he was recruited by the Cleveland Browns, he played in the Canadian League and eventually returned to star in the National Football League.  The details of his recruitment I do not know first hand.

What I do know first hand is that Cookie was a victim of racial persecution.  He dared to date white girls.  For this he was arrested and some of the girls were arrested.  This happened in the neighboring Westmoreland County.

Parents of two sisters from Tarentum came to me; their children were being confined (for dating Black athletes) and the parents were being pressured to lodge a charge of incorrigibility, which I advised them not to do.  I called the DA and warned him about the illegality of what he was doing.  The girls were released, and one of them came to thank me.

Another young woman was brought to me by the local police for having been caught in a car along with a Black athlete.  I was to scold the girl but scolded the police officer, Ziggy Walkewich.

Gilchrist lived on Fourth Ave., a small black ghetto in downtown Brackenridge.  This street was eventually razed under the cover of industrial expansion.

Gilchrist, and another young Black man, Barry Johnson, came to the parish house to thank me for my intervention.

The point is that this lad was extremely vulnerable and under pressure.  An offer to abandon his education and get out of the area was irresistible under the circumstances.

I shall be willing to testify to what I know.

Sincerely Yours,

Msgr. Charles O. Rice

Sworn to and Subscribed before me
this 2nd of May 1988.

COR:gm

JERRY F. BRYAN, NOTARY PUBLIC
CASTLE SHANNON BORO, ALLEGHENY COUNTY
MY COMMISSION EXPIRES MAY 6, 1988
Member, Pennsylvania Association of Notaries

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,* | Civil Action No. 2:14-cv-00029-AB |
| Plaintiffs, | |
| v. | |
| National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., | |
| Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## OBJECTION TO JUNE 25, 2014 CLASS SETTLEMENT

The undersigned Settlement Class Member hereby objects to the Class Action Settlement Agreement dated as of June 25, 2014 (the "Settlement"). For the substance of my objection, I adopt the content of the Objection of Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick "Rock" Cartwright, Jeff Rohrer, and Sean Considine to Class Settlement, which was filed with the Court on October 6, 2014, Docket No. 6201.

I am a Settlement Class Member, as that term is defined in the Settlement, because I am [check the box that applies]:

☐ A "Retired NFL Football Player" under the Settlement in that I retired before July 7, 2014, from playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]:

_____

_____

☐ A "Representative Claimaint" under the Settlement in that I am the authorized representative of _____ [name of player], who is/was a Retired NFL Football Player under the Settlement, because he retired before July 7, 2014, from playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]: _____

_____

☑ A "Derivative Claimaint" under the Settlement in that I am a [circle one] spouse, parent, (dependent child) or otherwise eligible to sue independently under state law because of my relationship to Carlton Gilchrist [name of player], who is/was a Retired NFL Football Player under the Settlement, because he retired before July 7, 2014, from playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]:

Buffalo Bills 8/4/1962-1963-1964 Denver Broncos 1965· Miami 1966 Denver 1967 Assigned to Cincinnati 1-16-1968 Retired 3-27-1968

2

Date: _Oct 14-2014_____, 2014

Signature: _Scott Gilchrist_

Name (printed): _Scott Gilchrist_

Address: _59 Royalavon Crescent_

_Etobicoke Ontario_

_Canada M9A-2E7_

Telephone: _416-234-1966_

My Date of Birth: _May 07 /961_

3



Objection

PFL Concussion

Cantor Gilchrist

0  63491 07516  2

- Buy now, ship anytime, one flat rate
- On-time delivery guarantee — Subject to published service standards
- For complete terms and conditions consult the Canada Postal Guide at www.canadapost.ca

Sender warrants that this envelope contains documents only, and does not contain dangerous goods or anything of commercial value.

May be opened by Customs official/y.

Review terms and conditions on Customer Receipt.

L'expéditeur garantit que cet envoi n... contient pas de matières dangereuses ni b u...

Peut être ouvert d'office par les douanes.

Reportez-vous aux conditions sur le reçu du client.

Abolissez maintenant, expédiez plus tard, à un seul tarif forfaitaire

Garantie de livraison à temps - Sous réserve des normes de service publiées

Pour connaître les modalités complètes, consultez le Guide des postes du Canada l'adresse www.canadapost.ca

Letter 318 x 241 mm | Format lettre 318 x 241 mm   Maximum weight - 500 g | Poids

**EMS**

**EMS**

**EMS**

Documents Only
Documents seulement

De / From
Scott Gilchrist
59 Royal York Cres
Toronto ON Canada
M8A 2E7

À /
Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797



**Xpresspost** USA - E.U.

**USPS SIGNATURE TRACKING™ #**



EG 021 414 325 CA



NON - DELIVERY INSTRUCTIONS / DIRECTIVES RELATIVES À NON - LIVRAISON

A  Return at SENDER'S EXPENSE.
   Renvoyez AUX FRAIS DE L'EXPÉDITEUR.

B  ABANDON
   ABANDON

Recipient's Name

Signature of Recipient

Delivery Date

Signature de l'expéditeur

Signature

CN22 Customs Declaration / Déclaration en douane CN22



RECYCLED
FSC
100% Recycled
Recycled Paperboard
FSC C017586

The carbon footprint of this envelope has been offset by ZeroFootprint.

© 2008, ZeroFootprint Inc., All rights reserved.

TM – Trademark of Canada Post Corporation

MC – Marque de commerce de la Société canadienne des postes

© 2008, ZeroFootprint Inc. Tous droits réservés.

Copy of DVD

Misunderstood

THe Cookie Gilchrist

STory

That came with objection

Letter #18

for MDL 2012-2323

HONORABLE ANITA B. BRODY
U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1744

