Harry Hamilton, Esq.
167 Oak Street
P.O. Box 1737
Wilkes-Barre, PA 18702
973-951-9091
October 14, 2014

OCT 1 4 2014

Honorable Anita B. Brody
Eastern Federal District Court
601 Market Street, Suite 7613
Philadelphia, PA 19106
Via Facsimile (215) 580-2356
 and Regular Mail

Re: In Re National Football League Players' Concussion Injury Litigation No. 2:12-md-02323-AB MDL 2323 - Letter Complaint – Jury Demand

Dear Judge Brody:

Ma'am, kindly accept this letter in lieu of a more formal submission before this Honorable Court in accordance with all applicable Rules of Federal Procedure as well as case specific mandates on the referenced case. While conspicuously timed to reach you prior to the deadline to opt out of settlement, I write to urge extending the time for opting out and to submit objections primarily due to an absence of knowledge. Additionally, having seen 242 suits on yesterday's internet search, I would have to incorporate by reference as if more fully set forth herein the allegations of those suits insofar as it pertains to concussions and the negligence, fraud, deception, and failures of all defendants. I sustained more than my share of concussions and this letter could be construed to be suit 243, listing me, my brother Lance Hamilton, Esq. who has fewer symptoms, his wife, and our children as plaintiffs.

I am aware that you have denied recent extension requests that no doubt have contained well-founded and supported reasons for extension. I am also aware, or otherwise believe, that you have keenly weighed all sides to the settlement (and I must quietly applaud your need for further consideration of adequacy and permitting objections). Nonetheless, I feel compelled to write to respectfully make this request for extension, document objection, and demand $5,000,000. The basis for the request and objection has more to do with who I am, who I want my children to see, and what I see as the most logical and necessary move at this time given what I think I know about the referenced class action lawsuit.

For considerable time I have hoped to place before you some elaborately-worded filing that would reveal some undeniable and compelling rationale for objection. All my life, I have challenged in some small way conventional thoughts (publicly questioned players' motives for the 1987 strike in a league with few Black African Americans in coaching). My brother Lance (also a member of the class) has also made challenges to conventional thoughts). Faced with a slow decline of mental functioning that I have tried to describe as an extended concussion spanning now 15 years since I first mentioned losing recall abilities that had not failed me prior

Re: In Re National Football League Players' Concussion Injury Litigation No. 2:12-md-02323-AB MDL 2323 - Letter Complaint – Jury Demand
PAGE TWO

(and had helped me tremendously in my professional life – our names will not jump to mind because of our extraordinary athletic ability and I could not have made it through school without my recall abilities), I fear the future. Through the years, I have felt, I have known, and now the very lawsuit before you gives credence to that which I have felt slowly happening to me over the last 15 years.

I have been advised against opting out while at the same time I have been asked (perhaps in some request-for-representation sort-of way) would I opt out to pursue something for those who may never reach even level one but are owed something more than difficult-to-obtain health benefits. I have reached for help in terms of 'something, anything' and for nearly two years, nothing. Maybe my persistence is lacking but I know that something more should be done. My requests for help should not be falling on deaf ears or blind eyes especially given the knowledge of what is happening to so many as evidenced by the sheer number of lawsuits. Why would I not receive some reasonable accommodation from my employer who knows of this suit, my missed court dates and forgetting aspects of procedure more times in the last 18 months to 2 years than any time prior regardless of my inability to be diagnosed or otherwise treated? At this point, I am simply hoping to just make it to minimum retirement eligibility before I am removed for something that should be excusable. Then what happens to the family I support? I feel like I am headed down the same road as Fred McNeil whom I read about and I am hollering, "help me!" I want my children around me as much as possible right now. I wonder if those that took their life had domestic issues at the core or base of that which drove them over the edge. No one would talk about it for fear of 'blaming' the family. I know that my struggle to maximize my time with my sons gnaws at me daily.

Ma'am, the bottom line is that I simply do not know enough at this time to opt out. Am I making the right choice? I had my head split open on the turf of Giants Stadium on a Thursday night game in what was more like a car accident type injury than anything I have ever seen before or after that injury. I was playing in weeks and the concussion aspect was minimized or otherwise of negligible concern to my employer at the time. I should be helped to retire in these last few years of adequate mental functioning so that I can support my children with some sense of dignity. The handwriting is on the wall so to speak/write, my temper is quicker, my tolerance is lower, and my recall is waning to the point I am unsure how much longer I will be able to perform the essential aspects of my current job. It simply seems to me that any settlement ought to help with that transition for so many of us and not just with medical monitoring. Respectfully, I think in much the same way returning soldiers are questioned, there is constant monitoring and counseling; there needs to be something set up immediately for every player leaving the game (and those that have already left) to ascertain exactly where each of us are. Just in looking at recent headlines (domestic violence, self-destruction, suicides, etc.), there is a need for transitioning and monitoring with periodic checks to see what is the current status of those leaving this violent game we all love(d) and for those of us who have left. Would a mentoring program funded by the League, the Player's Association, advertisers, and this lawsuit give those of us who have left the game some financial means as we transition, some dignity and self-worth,

Re: In Re National Football League Players' Concussion Injury Litigation No. 2:12-md-02323-AB MDL 2323 - Letter Complaint – Jury Demand
PAGE THREE

in addition to providing young athletes mentors to perhaps avoid the headline grabbing incidents? I know I would feel pretty good about trying to secure retirement and become a paid mentor to some of the young athletes in and recently leaving the game. My rough suggestion simply makes sense given the most recent and very telling disclosures about Chronic Traumatic Encephalopathy (CTE), domestic implications, and the athletes affected.

Ma'am, I respectfully submit CTE is at the root of so much that we have not even touched upon in much the same way as we have failed in many aspects of mental health. I respectfully request that you send them back; the lawyers who may benefit up to 1/3 (I do not know and do not read much about what the lawyers intend to do with their share) and the lawyers representing the League. They must come up with something that helps us transition; helps those who may not reach the designated levels. How much does a car note or mortgage balance cost to avoid homelessness, an inability to reach places for treatment, meet with a mentor to direct services?

I have timed this letter that I have written in my mind countless times to meet the 'opt out' deadline but it is meant more to object because I do not have sufficient information or legal advice to know if opting out is best for me and my children. I do object having identified that the settlement does not sufficiently compensate those that have been affected, may likely lose jobs, get arrested, or otherwise become adversely affected with CTE as the root cause, or more specifically the failure to warn and adequately treat concussions. I have attempted to identify a solution and I am willing to work with the lawyers to further develop a solution.

Thank you for taking the time to consider reconsidering your denial of extension for time to opt out and the inadequacy of the settlement for those who are far removed and may never reach the levels deemed worthy of compensation. We should not be left with only some difficult and perhaps inadequate monitoring. Hence, $5,000,000 is hereby respectfully requested from defendants.

Respectfully submitted,

In the Interest,
/s/ Harry Hamilton
Harry Hamilton
hehamilton@hotmail.com

cc: To Be Made Available to All Counsel of Record
    Through Applicable Electronic Service
    Middle Federal District Court