**Mary M. Dutton Hughes**
**3146 Weymouth Drive**
**Marietta, GA 30062**
**placitas@gmail.com**
**727-735-1265**

OCT 1 5 2014

October 10, 2014

Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Attention: The Honorable Judge Anita B. Brody

> Regarding: Objection to proposed settlement - In re: National Football League Players' Concussion Injury Litigation, No. 2:12-md-02323

Dear Judge Brody:

I am writing this letter on behalf of my sister, Barbara Dutton Scheer, and myself regarding the pending finalization of the settlement in the case In re: National Football League Players' Concussion Injury Litigation, No. 2:12-md-02323 regarding my former-NFL football player father's premature death in 1951 as a direct result of a head injury that he sustained while playing professional football.

Barbara Dutton Scheer (DOB 08/01/1949) (Telephone Number 814-213-00410) and I (DOB 09/22/1947) (Telephone Number (727-735-1265) are the surviving daughters of William Earl Dutton and we are Representative and Derivative Claimant.

My father was a healthy athletic man who played football at the University of Pittsburgh and served in the Navy in WWII. He was never in poor health until his head injury occurred playing professional football.

My father, William ("Wild Bill") Earl Dutton, played after WWII for one season with the Pittsburgh Steelers in 1946. He played an abbreviated season the next year which terminated abruptly in Nov of 1947 for the New York Yankees football team, (now defunct.). The end of his football career was because of his head injury resulting in grand mal seizures. He was killed in a car accident in 1951 due to a grand mal seizure. According to my mother, now deceased, he had been on daily Phenobarbital for seizures. I witnessed his seizures as a child.

No disability benefits were ever offered to players of my father's era that I am aware of. My dad made very little money playing pro football. He tended bar in the off season. There were no injury awards or pensions offered by the team owners in those days for these pioneers of professional football as we know it today. His protective equipment was a leather helmet and that was about it.

My father's premature death, besides profound grief, left my mother destitute. Her own health had been compromised by rheumatic heart disease as a child and she died from heart disease in 1961. She was left to live off of the largesse of her parents. My sister and I lost a loving father. Our lives were never the same. My father, who like so many of his era played for the love of the sport, as it wasn't for the money, deserves to be considered in this settlement.

I am appealing to you and counsel for the Plaintiffs and the NFL to broaden the scope of the settlement and, as necessary, the Settlement Class and Subclass memberships to include Me and my sister. My father's contribution, as well as other players with similar head injury circumstances, from his era, deserve to be recognized.

I am enclosing relevant documentation supporting my father's football career, his fatal car accident and most relevant a police investigation statement that a football injury related grand mal seizure was the primary cause of his death.

Sincerely,

*Mary M. Dutton Hughes*

Mary M. Dutton Hughes


cc: Christopher A. Seeger, Esq., Sol Weiss, Esq., Steven C. Marks, Esq., Gene Locks, Esq., Arnold Levin, Esq., Dianne M. Nast Esq.

PAGE 6   FRIDAY, AUGUST 3, 1951
PITTSBURGH SUN-TELEGRAPH

# Bill Dutton Services Tuesday

High mass of requiem for William E. Dutton Jr., former star halfback for Pitt and the Pittsburgh Steelers, will be sung at 10 a. m. Tuesday in St. Bernard's Church, Mt. Lebanon.

Dutton, 32, died in South Side Hospital yesterday, eight hours after his convertible sheared off a utility pole and overturned on Banksville Rd. He suffered a fractured skull and internal injuries.

The coroner said today that witnesses estimated Dutton was driving more than 80 miles an hour at the time of the accident.

### EN ROUTE TO WORK

His wife, the former Mary Martha Coyne, said today that her husband was en route to work from their home at 1108 Cochran Rd., Mt. Lebanon. He was employed as a laboratory technician by the Turnpike Commission.

Mrs. Dutton, a niece of former State Senator James Coyne, was at their Conneaut Lake cottage at the time of the accident. With her were her two daughters, Mary Margaret, 4, and Barbara, 2.

A native of Morgantown, W. Va., Dutton won national gridiron fame as a halfback in four years at Pitt. During 30 months in the Navy, he continued to star with the undefeated Bainbridge Naval team.

### STEELER PLAYER

After his discharge from the Navy, Dutton played professional football with the Chicago Cardinals, the Pittsburgh Steelers and New York Yankees.

A brother, Robert, also shared the football limelight as fullback on the West Virginia University team. Robert has been coaching at Weirton, W. Va., High School, but will go to Parkersburg, W. Va., this fall as coach.

Their parents, Mr. and Mrs. William P. Dutton, still live in Morgantown.

Dutton's body was taken to the Beinhauer Mortuary, 2630 West Liberty Ave.

## 52 Dog Owners Facing Fines

# Bill Dutton Signs Pact With Steelers

### Former Pitt Star Among Seven After Right Half Post

By Jack Sell

Candidate No. 53 for the Pittsburgh Steelers pro grid squad has been signed in the person of Right


Bill Dutton

Halfback Bill Dutton. The former Pitt and Bainbridge Naval star will go to camp at Cambridge Springs, Pa., with the rest of Rooney-McGinley U. aspirants next Sunday.

Dutton is the second veteran right halfback to rejoin the Steelers, the other being Max Kielbasa from Duquesne University. This pair made its debut in pro ranks under Dr. Jock Sutherland last autumn. Others who appeared at the post included Marlow Curtis, now an assistant coach with the Los Angeles Dons; Steve Lach, who shifted to fullback after the first few games; Cullen Rodgers and Ernie Bonelli, who failed to last out the campaign.

The 28-year-old Dutton and Kielbasa will have competition from five rookie right halfbacks this year. They include Harmon Rowe from San Francisco U.; Dan Coers from Colorado College; Joe Glamp from Louisiana State; Larry Bruno from Geneva College and Don Brown from Northwestern.

Although he had to divide his post with four others in 1946, the hard-running Dutton emerged as the third leading ground-gainer from scrimmage among Dr. Jock Sutherland's first Steeler cast. Left Halfback Bill Dudley and Fullback Tony Campagno were the only ones to do better. Dutton carried the ball 53 times, gained 169 yards, averaged 3.2 per try and had a long trek of 38 yards. He tallied two touchdowns for a 12-point total for the season.

Left Halfback Bill Dudley, most valuable player of the National League last year and who has announced retirement from the pro game, will join the ranks of the benedicts today. He will be married to Miss Elizabeth Leininger at the latter's home in Lynchburg, Va.

# CITY OF PITTSBURGH

TO Andrew Charles    DEPARTMENT Acting Supt of Police.

FROM Frank Ferris    DEPARTMENT Inspt 7th Dist.

DATE 8-2-51

SUBJECT accident.

At 7.00PM Ptlm. Jake Fitzgerald & Doyle-conveyed in car 9-a from 800 block of Banksville Road, an Earl Dudley age unknown of 1108 Cochran Rd. who was operating his Olds. 6, Penna. lic.# 668 north on Banksville road, when he lost control of car and crashed into a Neon Light Pole property of Broadway Maint. Corp. Attended to by Dr. Ferrel, at South Side Hospital for Fractured Skull condition Serious detained. victim suffers from Epileptic fits.

Homicide Notified.

Car towed to City Garage.

Respectfully Submitted

*T. Fitzgerald*
Acting Lieut #9 Station

Frank Ferris              Insp.              7th Dist.

Sunday, August 2, 1931

Mr. Alan A. Galbraith, Insp.,　　　　　Re: Fatal Auto Accident Centerville
Bureau of Detectives,　　　　　　　　　Victim— William L. Sutton — 0
Pittsburgh, Pa.　　　　　　　　　　　　37 years, white, married, of
　　　　　　　　　　　　　　　　　　　2343 Cochran Blvd, Roburno.

Dear Sir:

On Thursday August 2, 1931 at 2:10 A.M. Undersigned Detectives L. Hamel and M. Corcoran received a call from the No. 6 Stn relative to the above accident. We were advised the victim was in the South Side Hospital.

Upon arrival at the scene we noted the following: The car had been going North on Perrysville Road. Marks on the road way indicated that the car started to skid out of control about 47 yards south of the pole the car struck. Point on the road way indicated the car turned over before it hit the pole. The pole struck was in the center of the divider in the highway. The car traveled south after striking the pole and knocking it down. The car went another 10 yards and came to rest on it top with the wheels up. The victims body was found 34 yards north of the car.

We then went to interviewed Stephen ___ Lobar ___ age of ___ address ___. He stated he was about a block away and he heard some thing going through the air. He looked up and saw a light. He was standing ___ and he saw an auto go up in the air and come over turned and then explode on the highway. He stated there was a second man, the one who was killed that came with him and later he stated the other man had on a sweater with a design and and had on a checked cap over ___.

We inquired to learned from the victim was seriously injured, and evidenced by later ___ would had a fracture of the skull, and abrasions of the body, and internal injuries. His condition critical. At the hospital we also learned the victim had been transported to the hospital by ambulance and was named by officers Mangrelli and Sponzoni.

At No. 6 Station we learned that officers Fulkner and Doyle made the report and the following condition existed at the time of the accident.
Weather - - - - - - - - - - - - Clear
Traffic Control - - - - - - - - None at this point
Light Condition - - - - - - - - Daylight
Road Condition - - - - - - - - Good
Road Surface - - - - - - - - - 47
Time of Accident - - - - - - - 1:50 A.M.
Place of Accident - - - - - - - About 300 feet south of Centergrin alley
                                at 923 Perrysville Road.

Car owned by Chas. Howard.

We later learned from the hospital that William Sutton was pronounced dead at the South Side Hospital at 3:10 P.M. on August 2, 1931 by Doctor Anderson. The body was turned over to the Schirmer Funeral Home.

Respectfully submitted
Martin Corcoran   Louis Hamel

Mary M. Dutton Hughes
3146 Weymouth Drive
Marietta, GA 30062

Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797
Attention: The Honorable Judge Anita B. Brody

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Express Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; Oct. 2008; All rights reserved.