8323 Oktoc Road
Starkville, MS 39759

Phone: 662-617-3840
Fax: 662-510-0212
E-Mail: rndaniel@bellsouth.net

# Ruth N. Daniel, Certified Public Accountant

October 7, 2014

*In re: National Football League Players' Concussion Injury Litigation*, No. 2:12-md-02323

Ruth N. Daniel, 8323 Oktoc Road, Starkville, MS 39759
Telephone 662-617-3840
Date of Birth: April 1, 1939
Spouse of William P. Daniel

William P. Daniel
Carrington Nursing Home, 307 Reed Road, Starkville, MS 39759
Telephone: N/A
Date of Birth: November 10, 1937
Settlement Identification Number: 100003540



Judge Brody:

First, let me state that I am writing this as a representative of my husband, who is completely incapacitated. I a in support of the settlement and have made a decision to stay in the settlement.

The settlement states that a diagnosis of Alzheimer's disease must be made by a Board-Certified Neurologist. I object to this decision for the following reasons:

The onset of Alzheimer's disease is known to be an insidious disease, causing harm in a way that is gradual or not easily noticed. Most people with symptoms of Alzheimer's disease have suffered for a long time prior to diagnosis.

Most of the older retired players, at some point, go to their family doctor for a diagnosis, and do not feel the need to go to a specialist.

This creates two issues: The age at diagnosis, and the diagnosis by a physician other than a neurologist.

Now that the lawsuit has been filed, and preliminarily approved, a retired player with symptoms of Alzheimer's disease will go immediately to a Board-Certified Neurologist for a diagnosis. This means that these players will qualify for a much larger award.

I have no objection to these younger retired players becoming eligible for a larger award. My objection is that this ruling means that some of the older, retired players will receive a much lesser monetary award.

My husband has been incapacitated for five years and has lived in a nursing home. For several years before he as moved, we had caregivers in our home. And for years before that, we lived with the knowledge that something terrible was wrong with him—but during those years, we lived in a state of denial, not wanting to accept what the future would hold.

8323 Oktoc Road
Starkville, MS 39759

Phone: 662-617-3840
Fax: 662-510-0212
E-Mail: rndaniel@bellsouth.net

**Ruth N. Daniel, Certified Public Accountant**

In today's world, our thought process would be totally different. We would know the conclusion of the settlement, and would make our decisions accordingly.

My husband did see a Board-Certified Neurologist several years after he was diagnosed with Alzheimer's disease. But many of the older guys that are suffering from brain issues have only been diagnosed by their primary physician, and not until they had suffered for many years.

I appreciate your consideration of my objection.

Sincerely,

*Ruth N. Daniel*   10-07-2014

Ruth N. Daniel


William K. Daniel, son, who holds the Power of Attorney for William P. Daniel

WILLIAM PAUL DANIEL
W K W Daniel POA   10/7/14

HAUSFELD LLP

Clerk of
U.S. Dist Court for the Eastern
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

CERTIFIED MAIL

7013 3020 0000 7169 8784

M.D. Settlement X-Ray of Pennsylvania

$006.48