I, John Lohmeyer, am a former National Football League player. I played for the Kansas City Chiefs my entire career during the years 1973 through 1977. I am not represented by an attorney.

During that time, I believe I incurred numerous concussions that went undiagnosed by the team's medical doctor(s) and staff. At 63 years of age, I may be suffering from concussion related symptoms due to my playing/practice injuries in the NFL.

I have previously forwarded to the Court a Notice of Intention to Opt Out of the National Football League players' concussion lawsuit settlement process. I felt that placing a ceiling on the amount of the settlement would seriously disadvantage those players that are ultimately medically diagnosed with concussion related illnesses. Now after learning this previous settlement ceiling amount was removed, I favor the Court's new settlement.

Effective this date, October 10, 2014, I am hereby withdrawing, revoking and rescinding my Notice of Intention to Opt Out of the aforementioned settlement and putting the parties on notice that I wish to opt in to the settlement and avail myself of all the benefits available to me pursuant to the settlement. I execute this document freely and voluntarily.

My address is 7830 SW Urish Road, Auburn Kansas 66402. My personal cell number is 785-820-0205, business cell phone number is 620-757-0186, and my email address is john.c.lohmeyer@gmail.com.

Oct 10. 2014
DATE

JOHN LOHMEYER

RECEIVED

Lanier
7830 S. Wanamaker Road
Auburn, KS 66402

Clerk of District Court/NFL Concussion Settlement
US District Court for Eastern District of Pennsylvania
United States Court House
601 Market Street
Philadelphia, PA. 19106-1797

