NATIONAL FOOTBALL LEAGUE PLAYERS CONCUSSION INJURY LITIGATION
NO. 2:12 - md - 02323

Name        Larry Edward Barnes
Address:    410 Navajo Ave., P.O. Box 426
            Simla, Colorado 80835-0426
Date of Birth: October 6, 1931

*Phone 1-719-2478 L.E.B.*

Enclosed please find the number that was assigned to me by the NFL Players Association:   ID NO. 900000934,   signifying that I am a Settlement Class Member and former player.

My basic objection to the BAP (Baseline Assessment Program) is the time invested in the league and the age at the time of the concussion(s) being the determining factors in considering the amount of the reward.

After considerable research, and based on my own experience with symptoms over the years, it is clear that concussions do not just disappear. The symptoms continue and worsen with the passing of time. Therefore, the years of suffering should not be disregarded.

Many players who have suffered concussions at a younger age did not realiaze that their continuing problems were associated with those concussions. They were told, "You just got dinged" You just got your bell rung" - "You'll be okay - shake it off and get back in the game." Then they had to take you out of the game because you couldn't remember your plays!

It is very convenient to blame the symptoms of a concussion and transfer them to a disease. A concussion is <u>not</u> a ~~disease~~. It is a <u>concussion</u>, an injury to the brain. Most of the diseases listed in order to discredit the original and continuing problems associated with the concussions are normally diagnosed at a time later in life. So, why are the men who have experienced ongoing concussion problems become so depressed and desperate to escape them that they decide to commit suicide, believing it to be their only alternative, by middle age , or even younger?

Page 1

Responsability for a player's health and physical welfare has been extremely lacking since the beginning, from the equipment used to attitude. The old but true expression of, "They use you, abuse you, and throw you out" was known by all and experienced by most. Doing the "right" thing cost too much, and money was, and is now, the name of the game. Injured players are expendable.

In my own experience, I have suffered from many of the symptoms listed by esperts on concussions. Among those symptoms are:

    constant gnawing headaches (unbearably painful at times)
    dementia and memory loss
    dizziness and light-headedness
    loss of balance/unsteadiness and weakness
    fainting attacks and falls
    hearing loss
periodic ringing in the ears
blurred vision and double vision - trouble focusing
visual loss at times
depression - confusion - cognitive impairment
personality changes - social phobias - explosive behaviors
                                (paranoia and rage)

Only recently has the problem of concussions come to be recognized, seriously researched and written about; and even today, many in the medical field are unaware of the seriousness of this terrible epidemic that has destroyed and ultimately taken so many lives. Because of this, good doctors have been unable to find an answer to the symptoms being suffered. Concussions are never suspected, just as the victim himself does not realize that the continuing results of the concussions he received as a player have been responsible for his debilitating challenges through the years.

Attached please find three sources of my personal attempts to find the truth on this subject. Thank you in advance for your consideration of the truths they reveal, assuming the courage and integrity required to determine the real truth of this issuse.

                                        Respectfully submitted,

                                        *Larry E. Barnes* (signature)

                                        Larry E. Barnes

                                        Date 10 - 11 - 14

ATTACHED SOURCES TO CONSIDER IN SUPPORT OF MY OBJECTION

1. Book: "Play Hard, Die Young" by Bennet Omalu, MD
    (with an MPH degree, also certified in
        anatomic pathology,
        clinical pathology,
        forensic pathology, and
        neuropathology

2. Book: "The Concussion Crisis: Anatomy of a Silent Epidemic"
        by Linda Carroll and David Rosner
    (Research/Journalism for NY Times and
    Managing Editor for the magazine,
    "Neuropathology Patients"

3. DVD: "League of Denial: The NFL's Concussion Crisis" (PBS)
        -approximately 120 minutes long-

Page 3

Larry Edward Barnes
410 Navajo Ave., P.O. Box 426
Simla, Colorado 80835-0426

DENVER CO 802
31 OCT 2014 PM 6 L

Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797