UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIG., | )<br>)   2:12-md-02323-AB<br>)<br>) |

## NOTICE OF INTENT TO APPEAR AT FAIRNESS HEARING

Marc Davies and Edward Stone, *pro hac vice* pending hereby give their notice of intent to appear and argue at the November 19, 2014 fairness hearing on behalf of class members and objectors Michael Barber, Myron Bell, Jeff Blake, Larry Bowie, Ben T. Coates, Daunte Culpepper, Edgerton Hartwell II, Johnny McWilliams, Adrian Murrell, Marques Murrell, Derek Ross, Benjamin Rudolph, Anthony Smith, Fernando Smith, and Anthony ("Tony") Smith on behalf of themselves and others similarly situated.

Dated:  November 5, 2014                    Respectfully submitted,


                                            */s/ Marc Davies*

                                            Marc Davies (PA#81789), *Of Counsel*
                                            Edward S. Stone, *Pro Hac Vice* pending
                                            EDWARD STONE LAW P.C.
                                            175 West Putnam Avenue, 2nd Floor
                                            Greenwich, CT  06830
                                            Telephone:  203-504-8425
                                            Fax:  203-348-8477
                                            *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above document was served on all parties on this 5th day of November, 2014, by filing the document in the Court's ECF filing system, which gives e-mail notice to all attorneys of record.

                                            */s/ Marc Davies*

                                            Marc Davies (PA#81789), *Of Counsel*
                                            *Attorney for Plaintiffs*