UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB  |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## OBJECTION TO JUNE 25, 2014 CLASS SETTLEMENT

The undersigned Settlement Class Member hereby objects to the Class Action Settlement Agreement dated as of June 25, 2014 (the "Settlement"). For the substance of my objection, I adopt the content of the Objection of Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick "Rock" Cartwright, Jeff Rohrer, and Sean Considine to Class Settlement, which was filed with the Court on October 6, 2014, Docket No. 6201.

I am a Settlement Class Member, as that term is defined in the Settlement, because I am [check the box that applies]:

☑ A "Retired NFL Football Player" under the Settlement in that I retired before July 7, 2014, from playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]: Chicago Bears (8/03 - 4/07), Miami Dolphins (4/07 - 4/08) NY Jets (6/08 - 9/08), Chicago Bears (12/08 - 3/09).

☐ A "Representative Claimaint" under the Settlement in that I am the authorized representative of _____ [name of player], who is/was a Retired NFL Football Player under the Settlement, because he retired before July 7, 2014, from playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]: _____

_____.

☐ A "Derivative Claimaint" under the Settlement in that I am a [circle one] spouse, parent, dependent child, or otherwise eligible to sue independently under state law because of my relationship to _____ [name of player], who is/was a Retired NFL Football Player under the Settlement, because he retired before July 7, 2014, from playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]:

_____

_____.

Date: __October 14__, 2014

Signature: _____

Name (printed): __Cameron Worrell__

Address: __2827 E. Christopher Dr.__
__Fresno, CA 93720__

Telephone: __(559) 793-3528__

My Date of Birth: __12/14/1979__

