October 13, 2014

Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797



Re: *National Football League Players' Concussion Injury Litigation*, No. 2:12-md-02323

Dear Sir/Madam,

The undersigned Settlement Class Member hereby objects to the Class Action Settlement Agreement dated as of June 25, 2014 (the "Settlement"). I object to the proposed settlement primarily because it does not include compensation for future CTE, especially in light of the high incidence of mental issues, many of which result in suicide. Old research noted that CTE detection could only be confirmed via an autopsy. However, current research has developed testing that can confirm CTE in living adults and is within 2 years of completing clinical testing for acceptance. In light of recent advances relative to CTE, the 65 year length of the proposed settlement, and the impact to retired players and their families, I object in hope that the issue of CTE will be reconsidered in the settlement.

For the broader substance of my objection, I agree with the content of the Objection of Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick "Rock" Cartwright, Jeff Rohrer, and Sean Considine to Class Settlement, which was filed with the Court on October 6, 2014, Docket No. 6201.

    I am a Settlement Class Member, as that term is defined in the Settlement, because I am [check the box that applies]:

☒ A "Retired NFL Football Player" under the Settlement in that I retired before July 7, 2014, from playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]:
__**Minnesota Vikings from 1982 through 1994**_____.

☐ A "Representative Claimaint" under the Settlement in that I am the authorized representative of _____ [name of player], who is/was a Retired NFL Football Player under the Settlement, because he retired before July 7, 2014, from playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]:

_____
_____

☐ A "Derivative Claimaint" under the Settlement in that I am a [circle one] spouse, parent, dependent child, or otherwise eligible to sue independently under state law because of my relationship to _____ [name of player], who is/was a Retired NFL Football Player under the Settlement, because he retired before July 7, 2014, from playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]:

_____
_____

Date: __October 13__, 2014

Signature: _____[signature]_____

Name (printed): __Steven R Jordan_____

Address: __581 W San Marcos Dr_____
         __Chandler, AZ 85225_____

Telephone: ___(602) 206-6668_____

My Date of Birth: ___1-10-1961_____



Steven Jordan
581 W San Marcos Dr.
Chandler, AZ 85225-9555



Clerk of the ~~X-RAY~~ Court /
U.S.M.S.
NFL Concussion Settlement
U.S. District Court for the Eastern Div. of Penn.
US Courthouse
601 Market St.
Philadelphia, PA 19106