## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB  |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### OBJECTION TO JUNE 25, 2014 CLASS SETTLEMENT

The undersigned Settlement Class Member hereby objects to the Class Action Settlement Agreement dated as of June 25, 2014 (the "Settlement"). For the substance of my objection, I adopt the content of the Objection of Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick "Rock" Cartwright, Jeff Rohrer, and Sean Considine to Class Settlement, which was filed with the Court on October 6, 2014, Docket No. 6201.

I am a Settlement Class Member, as that term is defined in the Settlement, because I am a "Retired NFL Football Player" under the Settlement in that I retired before July 7, 2014, from

playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]: GB Packers (2008-NFL), Cleveland Browns (2009-2012), Seattle Seahawks (2012-NFL), Philadelphia Eagles (2012-NFL)

Date: October 14, 2014

Signature: _[signed]_

Name (printed): Evan J Moore

Address: 600 Marguerite Ave. Corona del Mar, CA 92625

Telephone: (650) 380-3702

My Date of Birth: 1-3-85

2

E. Moore
600 Marguerite Ave.
Corona del Mar, CA 92625

U.S.M.S.
X-RAY

Clerk of the District Court, Concussion Settlement
U.S. District Court for Eastern District of Pennsylvania
U.S. Courthouse
601 Market St.
Philadelphia, PA 19106

19106$1755