## NFL Concussion Settlement Objection

National Football League Players' Concussion Injury Litigation, No. 2:12-md-02323

Justin Green
128 W Hillcrest Dr.
Missoula, Montana 59803
(406) 214-4540
DOB 04/30/1982



I was drafted by the Baltimore Ravens in 2005 and played for them from 2005-2008. I also played for the Arizona Cardinals in 2010. I retired in 2011.

I am objecting to the settlement for numerous reasons. With new diagnoses' and "illnesses" arriving on the scene daily, monthly and yearly, this settlement is too specific and not open ended. It leaves no room for other potential brain and body issues that could happen to a player in the future to be covered. What if one has symptoms of degeneration, but it may not be enough to qualify for the things listed in the settlement. Even if these symptoms play a major role in affecting ones life negatively, physically, mentally, emotionally, based on the rules of the settlement, there is nothing they can do to receive help. And who knows if the symptoms of cognitive impairment will show up in enough time to help a player before they get a diagnosis and before it's too late.

Also, the fact that only a diagnoses of CTE AFTER death before July of this year is the only thing paid out for is ridiculous. With all the research done these days, CTE could possibly be able to be diagnosed BEFORE death. In the suit, though, it is specific in saying "AFTER" death. CTE should be number one on the list of diseases that are helped.

There are also many other emotional and physical symptoms that one could have due to concussions outside of the diseases and cognitive impairments listed in the settlement. Depression, rage, and even minor memory loss can have a major detrimental effect on ones well being. And, unfortunately, those things are probably what the majority of the players who have had brain traumas deal with. And they are all something that could be helped with treatment. It is unfair to limit us from treatment for not having an outward and physical dehabilitating issue.

While the thought of the suit is great, there are many things about it that are unfair to our future. Not only is it not fair to us as a player, but to our families as well. I hope whoever is reading over these objections really considers the words of the players who have written in.

Thank you.

*[signature]*

Justin Green

Green
128 W Hillcrest Dr
Missoula, MT 59803

MISSOULA MT 598

14 OCT 14 PM 02 F

U.S.M.S.

Clerk of the District ~~Court~~ **X** COURT AM Concussion Settlement
US District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797