UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |



## OBJECTION TO JUNE 25, 2014 CLASS SETTLEMENT

The undersigned Settlement Class Member hereby objects to the Class Action Settlement Agreement dated as of June 25, 2014 (the "Settlement"). For the substance of my objection, I adopt the content of the Objection of Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick "Rock" Cartwright, Jeff Rohrer, and Sean Considine to Class Settlement, which was filed with the Court on October 6, 2014, Docket No. 6201.

I am a Settlement Class Member, as that term is defined in the Settlement, because I am a "Retired NFL Football Player" under the Settlement in that I retired before July 7, 2014, from

playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]: New York Jets 2002-2004 ; Detroit Lions 2005-2006 Kansas City Chiefs ; 2007-2011

Date: Oct 14, 2014

Signature: /s/ Jonathan McGraw

Name (printed): Jonathan (Jon) McGraw

Address: 6605 W. 146th St.
Overland Park, KS 66223

Telephone: 316.200.3200

My Date of Birth: 4/2/79



