10-10-2014

National Football League PLAYERS Concussion Injury Litigation

# 2:12-md-02323

I.D.# 250007121

John BERNARD ERICKSON
1300 Co.Rd 602
BURLESON, Tx 76028

817-295-1383
817 586-5234

B.D. 10-16-44

PLAYED for THE SanDiego CHARGERS 1967 1968

John Bernard Erickson

RECEIVED

By _____

*(the Statement of deposition...)*

This is a quick STATEMENT of what happened.
The concussion occured in my second year of
playing for the San Diego Chargers. (1st game against
the Denver Broncos.) I hit a Denver Bronco
head on, very hard, but another player also hit
me on the side of the head at the exact
same time. The coaches (Jackie Simpson, Joe Madro,
+ Bum Phillips) told me it was the side of the
head hit that gave me the concussion, I was
a "Robot" I guess then, because I called the defensive
signals for one series of plays. After this on the
sidelines I made no sense to the coach and he realized
I was not right. That night at the San Diego airport,
they paged me twice, but my NAME meant nothing
to me. They told my room mate (Ron McCall) to watch
me and call if he needed to. I began to slowly
remember my name at about 12:00 (midnight).
Most of my memory slowly came back over the next
week. There is more to the story, but in summary the
team Doctor told me it could be worse if I got
hit again like that. I was never evaluated or
tested by anyone after this, or told to see a Doctor.
I knew that I could not play linebacker without
using my head. My carrier was over.

⭐ I object to the fact that although the concussion
actually disabled me I recieve no retire ment
benefits. The offensive line coach above told
(Joe Madro) me it would be one of the great
ones to play linebacker + not let any thing
take away my focus. We never thought of
a concussion.

John Bernard Edwards "Beat"

Odell Edward Erickson
1300 Co. Rd. 602
Burleson, Tx 76028
I.# 23000 7121

Clerk of Court this concerns consultative men
U.S. District Court the Eastern District of Pennsylvania
2.N. District Court
Rachel Hughes Courthouse
601 Market Street
Philadelphia, PA 19106-1797

In re: National Football League Players' Concussion Injury Litigation, No.2:12-md-02323

**My objections**
**From:   John Bernard Erickson (beast) 1300 County Rd 602, Burleson TX 76028, 817-586-5234**

To whom it may concern

After I read the temporary settlement agreement, I object to the following 2 points:

**1st objection:** Chapter 2, paragraph 14

> **Explanation:**  I think qualifying diagnoses can be done or provided by any board certified physician, not just the board certified neurologists etc. Because NFL was formed in 1920 while American Board of Psychiatry and Neurology launched the first exam in 1935. So there is no any kind of board certified neuro-specialist physicians in these 15 years.

> The second reason is because if some players have obvious syndrome of the brain disease, the board certified physician can handle. So the player may not seek neurologist help, which is more expensive and hard to get. The study[1] shows that even in 2013, 100,000 people share 2.6 certified neurologists in some states. The situation is much much worse many years ago. It is almost impossible to get a neurologist because of the shortage.

> So any board certified physician should be able to carry out the qualifying diagnoses.

**2nd objection:** Chapter 2, paragraph 18

> **Explanation:** Some players retired because of the bad performance, some players retired because of the concussion. I think if the player retired because of the concussion, there should not be any reduction.

Regards,

_Signature of John Bernard Erickson (Oct 16, 1944)_

10-10-2014
Date

---

[1] Reference will be provided as requested.

In re: National Football League Players' Concussion Injury Litigation, No.2:12-md-02323

**My statement**
**From:   John Bernard Erickson (beast) 1300 County Rd 602, Burleson TX 76028, 817-586-5234**

To whom it may concern

In 1967, I was drafted in in the fifth round by the San Diego Chargers. The concussion incur in my second year in the twelfth game against the Denver Broncos. I was calling the defensive signals, I hit a Denver bronco very hard head on, although another player hit me in the side of the head at exactly the same time. The coaches (Jackie Simpson, Joe Madro & Bum Phillips) told me that it was the side of the head "hit" that did the damage most likely. I was a robot I guess then because I called the defensive signal for one series of plays. After, on the sidelines I made no sense to the coach and he realized I was not right. It was a Sunday afternoon game at Denver. That night at the airport they paged me several times, but my name meant nothing to me. I was watched by my roommate Ron McCall. My football career was kind of over since, although I stayed with team till the end of the season. I am not sure after how long my memory came by but it came little by little.

I was once told by offensive line coach Joe Madro that I would be one of the great ones to play my position a couple days before the Denver game. But the concussion ended my football career. I suffered deep depression after this for a long time.

