UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

No. 2:12-md-02323-AB
MDL No. 2323

Civil Action No. 2:14-cv-00029-AB

IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY
LITIGATION

Kevin Turner and Shawn Wooden,
*on behalf of themselves and
others similarly situated*,



   Plaintiffs,

   v.

National Football League and
NFL Properties, LLC,
successor-in-interest to
NFL Properties, Inc.,

   Defendants.

THIS DOCUMENT RELATES TO:
ALL ACTIONS

**OBJECTION to june 25, 2014 class settlement**

The undersigned Settlement Class Member hereby objects to the Class Action Settlement Agreement dated as of June 25, 2014 (the "Settlement"). For the substance of my objection, I

adopt the content of the Objection of Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick "Rock" Cartwright, Jeff Rohrer, and Sean Considine to Class Settlement, which was filed with the Court on October 6, 2014, Docket No. 6201.

I am a Settlement Class Member, as that term is defined in the Settlement, because I am [check the box that applies]:

A "Retired NFL Football Player" under the Settlement in that I retired before July 7, 2014, from playing for a past or present member club of one or more of the (National Football League,) the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]: 2001-2006 Arizona Cardinals 2007-2010 Dallas Cowboys 2011 Detroit Lions, 2012 San Francisco 49ers.

A "Representative Claimaint" under the Settlement in that I am the authorized representative of Leonard Davis [name of player], who is/was a Retired NFL Football Player under the Settlement, because he retired before July 7, 2014, from playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]: _____

A "Derivative Claimaint" under the Settlement in that I am a [circle one] spouse, parent, dependent child, or otherwise eligible to sue independently under state law because of my relationship to _____ [name of player], who is/was a Retired NFL Football Player under the Settlement, because he retired before July 7, 2014, from playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]:

Date: October 14, 2014

Signature: _____

Name (printed): Leonard B. Davis

Address: 24012 S. 150th St.

Chandler, AZ 85249

Telephone: 972-900-1142

My Date of Birth: 9-5-1978



ARIZONA
Identification Card

LEONARD BARNETT DAVIS
24012 S 150TH ST
CHANDLER AZ 85249

Class I
Eyes BRO   Sex M
Hair BK    Height 5-06
           Weight 365

Number   D01831842
Expires
Date of Birth  09/05/1978
Issued         11/29/2005

Leonard Davis
4013 S. 150th St.
Chandler, AZ 85249

U.S. POSTAGE $0.49
85248
Date of sale 10/14/14
06 2S00
083335960

Clerk of the District Court / NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797