UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

No. 2:12-md-02323-AB
MDL No. 2323

Civil Action No. 2:14-cv-00029-AB

IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY
LITIGATION

Kevin Turner and Shawn Wooden,
*on behalf of themselves and*
*others similarly situated*,

    Plaintiffs,

    v.

National Football League and
NFL Properties, LLC,
successor-in-interest to
NFL Properties, Inc.,

    Defendants.



THIS DOCUMENT RELATES TO:
ALL ACTIONS

## OBJECTION to June 25, 2014 Class Settlement

The undersigned Settlement Class Member hereby objects to the Class Action Settlement Agreement dated as of June 25, 2014 (the "Settlement"). For the substance of my objection, I

adopt the content of the Objection of Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick "Rock" Cartwright, Jeff Rohrer, and Sean Considine to Class Settlement, which was filed with the Court on October 6, 2014, Docket No. 6201.

I am a Settlement Class Member, as that term is defined in the Settlement, because I am A "Retired NFL Football Player" under the Settlement in that I retired before July 7, 2014, from playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]:

Miami Dolphins 2001-2006
St. Louis Rams 2007, 2008

Date: October 12, 2014

Signature: _____

Name (printed): Travis Minor

Address: P.O. Box 1635
Hallandale, FL 33008

Telephone: (954) 605-7174

My Date of Birth: June 30, 1979



