National football League Players' Concussion Injury Litigation
No. 2:12-md-02323

Karen LaPlatney
(POA & Daughter of Joseph P. O'Malley)
2771 Fernway Drive
Montgomery, Alabama 36111
404-668-8565
date of birth: 7/20/1961



    My father, Joe O'Malley was drafted by the Chicago Bears and traded to the Pittsburgh Steelers. He played in the NFL for 2 years (1955 & 1956) before a catastrophic knee injury forced him to quit playing for the Steelers. The NFL paid for his knee surgery but my father receives no retirement.

    I object to the settlement outlined for older players. I also object to the reduction in settlement for players who did not become fully vested. At 82, my father is one of the oldest living NFL players. He has severe Alzheimer's. He was diagnosed over 10 years ago. He has 6 siblings, none of them have any form of dementia. It does not run in his family.

    The settlement does not fairly compensate the older players who cannot take care of themselves. My father is a perfect example. Almost 2 years ago we tried to place him in an Alzheimer's/memory care unit. After JUST 36 hours I was called and told that my dad could not stay there. He is a big man (like all NFL players) He is also belligerent and aggressive. We were forced to bring him home and hire caregivers in the house. 24 hour care, 7 days a week at just $11 an hour is $96,096 per year. This is just for care....it does not include medical, food, housing or diapers. We have no choice....a nursing home costs $6,400 per month. I have tried to get him admitted but since he is still somewhat mobile they will not accept him without an aide (which would be an addition charge of $12/hour). A nursing home costs $76,800 a year! Then i would need to hire an aide for additional pay! Under the NFL grid my Dad would receive about $130,000 since he was diagnosed around 72 years. My father needs 24 hour care. The players that develop severe cognitive impairment will also need 24 hour care. How can this settlement be fair? Who can afford this?

My father played when coaches told players to get back on the field or turn in their helmets after a hard hit. This was a job. NFL football players hit and were hit to get a paycheck. Dad used to chuckle and tell us stories about how the players were treated. The NFL should compensate these older players who paved the way for the financial success the NFL enjoys today. My dad no longer knows my name. His language no longer makes sense. He wears a diaper. He is pitiful. I pray for him to pass yet he lingers in this horrible state. I grieve for my father because he has been mentally gone for a long, long time. He and other older players should be compensated. The golden years are not golden when you are a former NFL player.

*[signature]*

October 14, 2014

# Peachtree Neurological Clinic

A PROFESSIONAL CORPORATION

WILLIAM H. STUART, M.D.
ROBERT W. GILBERT, M.D.
ELLIS V. HEDAYA, M.D.
DOUGLAS S. STUART, M.D.
CHRISTOPHER S. RUSSELL, M.D.
JEFFREY B. ENGLISH, M.D.
ANDREI I. SERBANESCU, M.D.
LAWRENCE G. SEIDEN, M.D.
DAVID P. WILLIAMS, M.D.

95 COLLIER ROAD, N.W.
ATLANTA, GEORGIA 30309
(404) 351-2270

550 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA 30308
(404) 221-1899

3200 DOWNWOOD CIRCLE, SUITE 550
ATLANTA, GEORGIA 30327
(404) 351-0205

ELECTROENCEPHALOGRAPHY
ELECTROMYOGRAPHY
EVOKED POTENTIALS
NEUROIMAGING

September 18, 2014

Re: Joseph O'Malley (dob 01/01/1932)

To Whom It May Concern,

Mr. Joseph O'Malley is a patient who was first evaluated by me on December 8, 2006 for memory failure. In retrospect, he had a one to two-year prior history of progressive memory difficulty and at the time of my first interview he appeared to be suffering from early Alzheimer's disease. Confirmatory testing with imaging and blood work supported this diagnosis and he has had the expected progression of a long-term neurodegenerative dementia consistent with Alzheimer's disease since that time. This would date his first symptoms of dementia being in 2004, in my opinion. As a former player in the National Football League with the frequent exposure to repetitive head trauma typical of that sport, he should qualify for inclusion in the present legal action on behalf of former players with regard to trauma and subsequent dementia.

Sincerely,

Douglas Stuart MD

DIPLOMATES: AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY





LaPointe
3771 Lapower Park
Montgomery, Alabama 36111

POSTAGE PAID
MONTGOMERY, AL
36122
NOV 14.14
AMOUNT $4.49
J023489-08

7013 3020 0001 4879 8379

CERTIFIED MAIL

7013 3020 0001 4879 8379

U.S. MAIL
X-RAY

Clerk of the District Court
NFL Concussion Settlement
U.S. District Court for the
Eastern District of Pennsylvania
United States Courthouse
601 Market St.
Philadelphia, Pennsylvania 19106-1797