Chad Levitt
1539 South Street, Unit B
Philadelphia, PA 19146
chadlevitt@comcast.net

October 13, 2014



Claims Administrator
Clerk of the District Court/NFL Concussion Settlement
US District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   *In re: National Football League Players' Concussion Injury Litigation*, No. 2:12-md-02323

Dear Claims Administrator:

I am a retired NFL Player that played in 1997 and 1999. Counsel filed a Short Form Complaint on my behalf on July 27, 2012, Document No. 2903.

I wish to object to the pending settlement because it does not compensate people who suffer depression and other problems caused by CTE. I wish to join in with the Objections filed by Sean Morey.

My identifiable information as required by the Settlement Agreement in Section 14.3(b) is as follows: Chad Aaron Levitt, 1539 South Street, Unit B, Philadelphia, PA 19146. My date of birth is November 21, 1975 and my telephone number is (215) 740-0938. I have also enclosed a copy of my driver's license.

Thank you.

Sincerely,

Chad Levitt



Mr. Chad A. Levitt
1539 South St. Apt. B
Philadelphia, PA 19146-1635



PHILADELPHIA PA 191
14 OCT 2014 PM 4 L

Claims Administrator
Clerk of the District Court/NFL Concussion Settlement
US District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106

