ALEXANDER    STEWART
7440 Fraser St.
Suite 309  Vancouver British Columbia
                                        V5X-3W4
I am a representative Claimant.

RECEIVED
OCT 14 2014
By _____

Alexander Stew
10/3/14

To whom this may concern

My name is Alexander Stewart . I am writing this letter in regards to the N F L concussion claim. I am a former pro football player. And  someone who is suffering from post multiple concussions syndrome - including all things that go along with that diagnosis. Symptoms, including,headaches, blury vision, depression and mood swings,. Also forgetfulness and brain fog.

There has been, recently a new document,that was mailed out to former players,like my self. Who are on the concussion settlement list. This, so called template document, That was mailed  to me ,reduces ones potential settlement. For someone who is 49 years old.

Which happen to be my age. From 3 million dollars to 1.9 million dollars, which happens to be a third reduction, from the original 3 million dollars. A persons age should not be part of a template to decrease or increase one's award – because one's brain injury from concussion can be an acute and life long experience of suffering.

Regardless of the age or the time of diagnosis, or however long the former player lives, or the average life span in relation to the template

Judge Anita Brody this template differs from how the NFL has normally credited players on a yearly basis. This new template has made it harder for the average player to get a credited season by requiring them to have played the first 3 games, as well as the last 3 games – even if they are on the injured reserve list.

The current NFL rules state that if any player is seriously injured, and is not able to continue to play for the remainder of the season – that player is entitled to his full salary.

Your honor, I suffered a severe concussion as well as a broken hand in the first game of the season, and missed only 3 games. Why am I not getting any credit whatsoever for that season? It's because rules and regulations have changed to make it more difficult for players to get compensation.

.In the early 90's doctors and trainers rarely if ever diagnoses or documents "concussions".

Your honor I'm asking you to please disregard this new template because it narrows every players ability to get a fair settlement.

10/3/ 14



Jim Mitchell
Paralegal
jmitchell@hausfeldllp.com
202.540.7148 ph
202.540.7201 fax

1700 K Street, NW
Suite 650
Washington, DC 20006

September 26, 2014

Alexander Stewart
7440 Fraser Street
Suite 309
Vancouver, BC, V5X3W4
CANADA

> Re:   *In re National Football League Players' Concussion Injury Litigation*;
> Case No.: 12-md-2323; MDL No.: 2323
> Client: Alexander Stewart

Dear Mr. Stewart:

Enclosed please find United States District Court Judge Anita Brody's Order Granting Preliminary Approval of the Settlement Agreement, in the above referenced litigation. Rich Lewis said you requested instructions on filing an objection and speaking at the hearing on November 19, 2014, in the Eastern District of Pennsylvania.

Below I have outlined the Objection Instructions from the Notice, which can also be found by visiting www.nflconcussionsettlement.com.

OBJECTION INSTRUCTIONS:

If you have not excluded yourself (opted out), you may object to the Settlement or any part of it. The Court will consider your views. To object to the Settlement, you or your attorney must submit your written objection to the Court. The objection must include the following:

• The name of the case and multidistrict litigation, In re: National Football League Players' Concussion
  Injury Litigation, No. 2:12-md-02323;

• Your name, address, telephone number, and date of birth;

• If you are a Representative Claimant or Derivative Claimant, the name of the Retired NFL Football Player to whom you are related;

Alexander Stewart
September 26, 2014
Page 2

• Written statement or evidence establishing how you are a Settlement Class Member;

• A detailed statement of your objections, and the specific reasons for each such objection, including any facts or law you wish to bring to the Court's attention;

• Any other supporting papers, materials or briefs that you want the Court to consider in support of your objection; and

• Your signature by hand, and the date on which you signed it (even if represented by an attorney).

You must mail your objection, postmarked on or before October 14, 2014, to:
Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

    Please let us know if you have any questions or concerns.

                                   Sincerely,

                                   Jim Mitchell


Enclosure

cc: Richard Lewis

TEMPLATE

# OBJECTING TO THE SETTLEMENT

**35. How do I tell the Court if I do not like the Settlement?**

If you have not excluded yourself (opted out), you may object to the Settlement or any part of it. The Court will consider your views. To object to the Settlement, you or your attorney must submit your written objection to the Court. The objection must include the following:

- The name of the case and multidistrict litigation, *In re: National Football League Players Concussion Injury Litigation,* No. 2:12-md-02323;

- Your name, address, telephone number, and date of birth;

- If you are a Representative Claimant or Derivative Claimant, the name of the Retired NFL Football Player to whom you are related;

- Written statement or evidence establishing how you are a Settlement Class Member;

- A detailed statement of your objections, and the specific reasons for each such objection, including any facts or law you wish to bring to the Court's attention;

- Any other supporting papers, materials or briefs that you want the Court to consider in support of your objection; and

- Your signature by hand, and the date on which you signed it (even if represented by an attorney).

Attorneys filing objections on behalf of Settlement Class Members must follow the requirements in Section 14.3(b) of the Settlement Agreement.

You must mail your objection, postmarked on or before **October 14, 2014**, to:

| COURT |
|---|
| Clerk of the District Court/NFL Concussion Settlement |
| U.S. District Court for the Eastern District of Pennsylvania |
| United States Courthouse |
| 601 Market Street |
| Philadelphia, PA 19106-1797 |

**36. What is the difference between objecting to the Settlement and excluding myself (opting out)?**

Objecting is simply telling the Court that you do not like something about the Settlement or want it to say something different. You can object only if you do not exclude yourself (opt out) from the Settlement Class. Excluding yourself (opting out) is telling the Court that you do not want to be part of the Settlement Class and you do not want to receive any Settlement benefits. If you exclude yourself (opt out), you have no basis to object because the case no longer affects you.

QUESTIONS? CALL 1-800-000-0000 OR VISIT WWW.NFLCONCUSSIONSETTLEMENT.COM

Exhibit 5                                                                 Page 18

Air Mail   Par avion

Alexander Stewart
7440 Fraser St #304
Vancouver
B.C. Canada
V5X 1...

Clerk of the Dist...
NFL Concussion
U.S. District Court Eastern District
Pennsylvania
U.S. Courthouse
601 Market Street
Philadelphia, PA
19106 - 1797

CANADA