UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## OBJECTION TO JUNE 25, 2014 CLASS SETTLEMENT

The undersigned Settlement Class Member hereby objects to the Class Action Settlement Agreement dated as of June 25, 2014 (the "Settlement"). For the substance of my objection, I adopt the content of the Objection of Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick "Rock" Cartwright, Jeff Rohrer, and Sean Considine to Class Settlement, which was filed with the Court on October 6, 2014, Docket No. 6201.

I am a Settlement Class Member, as that term is defined in the Settlement, because I am [check the box that applies]:



☑ A "Retired NFL Football Player" under the Settlement in that I retired before July 7, 2014, from playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]: Cinci Bengals and Oakland Raiders

☐ A "Representative Claimaint" under the Settlement in that I am the authorized representative of _____ [name of player], who is/was a Retired NFL Football Player under the Settlement, because he retired before July 7, 2014, from playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]: _____

☐ A "Derivative Claimaint" under the Settlement in that I am a [circle one] spouse, parent, dependent child, or otherwise eligible to sue independently under state law because of my relationship to _____ [name of player], who is/was a Retired NFL Football Player under the Settlement, because he retired before July 7, 2014, from playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]:

Date: Oct. 14, 2014

Signature: _____

Name (printed): Chinedum Kingsley Ndukwu

Address: 1279 E. Dublin-Granville Rd
Columbus, OH 43229

Telephone: 614-753-1491

My Date of Birth: _____



**Extremely Urgent**

This envelope is for use with the following services:
UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®

Apply shipping documents on this side.

Do not use this envelope for:
UPS Ground
UPS Standard
UPS 3 Day Select®
UPS Worldwide Expedited®

CHINEDUM K NDUKWE
(614) 753-1491
THE UPS STORE #2306
1933 E DUBLIN GRANVILLE RD
COLUMBUS OH 43229-3508

1.0 LBS LTR 1 OF 1
SHP WT: 1 LBS
DATE: 14 OCT 2014

SHIP NFL CONCUSSION SETTLEMENT
TO: CLERK OF THE DISTRICT COURT PA
LBBY
601 MARKET ST

PHILADELPHIA PA 19106-1737

PA 191 9-40

UPS NEXT DAY AIR
TRACKING #: 1Z 6F0 770 01 7273 2243          1

BILLING: P/P

ISH 13.00N E2844 54 5V 7/2014

theupsstore.com or call 1-800-PICK-UPS® (1-800-742-5877)
d a location near you.

**ic Shipments**
alify for the Letter rate, UPS Express Envelopes may only contain
spondence, urgent documents, and/or electronic media, and must
h 8 oz. or less. UPS Express Envelopes containing items other than
listed or weighing more than 8 oz. will be billed by weight.

**ational Shipments**
JPS Express Envelope may be used only for documents of no commercial
. Certain countries consider electronic media as documents. Visit
om/importexport to verify if your shipment is classified as a document

alify for the Letter rate, the UPS Express Env.
Express Envelopes weighing more than 8 oz.

xpress Envelopes are not recommended for
ing sensitive personal information or break
equivalent.