UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**OBJECTION TO JUNE 25, 2014 CLASS SETTLEMENT**

The undersigned Settlement Class Member hereby objects to the Class Action Settlement Agreement dated as of June 25, 2014 (the "Settlement"). For the substance of my objection, I adopt the content of the Objection of Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick "Rock" Cartwright, Jeff Rohrer, and Sean Considine to Class Settlement, which was filed with the Court on October 6, 2014, Docket No. 6201.

I am a Settlement Class Member, as that term is defined in the Settlement, because I am a "Retired NFL Football Player" under the Settlement in that I retired before July 7, 2014, from

playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]:

Cincinnati Bengals (1996), Indianapolis Colts (1996, 1997, 1998), Carolina Panthers (1999, 2000, 20..
St. Louis Rams (2002) Oakland Raiders (2003, 2004) S.F 49ers (2005, 2006)

Date: October 14, 2014

Signature: Ch Het

Name (printed): Chris Hetherington

Address: 8229 Lookout Mountain Ave
Los Angeles, CA 90046

Telephone: (602) 920-4414

My Date of Birth: 11/27/72

2

FedEx Express airbill (rotated, largely illegible scan)

Tracking #: 8062 6884 3533
XB BBXA
WED - 15 OCT
STANDARD OVERNIGHT
19106 PA-US PHL