

202.540.7200 ph
202.540.7201 fax

1700 K Street, NW
Suite 650
Washington, DC 20006

Richard Lewis
rlewis@haufseldllp.com

October 16, 2014

**VIA U.S. MAIL AND FEDERAL EXPRESS**

Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

To Whom It May Concern:

    We write this letter on behalf of Duane "Troy" Johnson, date of birth 10/20/1962, who wishes to file an objection to the settlement in *In re: National Football League Players' Concussion Injury Litigation,* No. 2:12-md-02323.

    We have enclosed Mr. Johnson's objection letter. Due to unforeseen circumstances, Mr. Johnson was unable to mail his objection by the October 14, 2014 deadline. Despite the 48-hour delay, we ask that you please consider Mr. Johnson's objection. Mr. Johnson raises a similar objection to that of Sean Morey (filed on October 6, 2014 as Docket Number 6201 (Objection of Sean Morey, et al. to Class Action Settlement)). Mr. Johnson's objection states that the brain dieseases covered by the settlement are less prevalent than other neurocognitive diseases not eligible for compensation under the settlement, an objection also presented by the Morey group.

    Thank you for your attention to this matter.

Sincerely,

*Richard Lewis*

Richard S. Lewis
Stephanie M. Berger

*Attorneys for Duane "Troy" Johnson*

10/8/2014

Dear Honorable Judge Brody:

First, I would like to thank the court for reviewing my objection to the settlement.

I think the settlement consists of a huge net, yet I do believe that net has some huge holes in it. ALS, Parkinson's and the other neurological diseases noted in the settlement are beneficial for some players.

But, many players, who like myself do not have those severe neurological problems still exhibits symptoms of memory lost, blurred vision, headaches etc., which can be directly attributed to concussions, yet because we don't have the following diseases or fall within the parameters of 1 or 1.5 on the scale, many of us with these problems will not be compensated.

I played a total of 5 NFL seasons. According to the settlement, I will be compensated for 4. My second pre-season game in 1990, I was hit in a game, rendered unconscious, and had 3 broken ribs and a punctured lung which I stayed in the hospital for 7 days. That was the end of my NFL career.

Yet, if a player only played in pre-season, for one game, not a full year and is diagnosed with one of the 5 neurological findings, he will be compensated and I will not, though I played longer and have some symptoms.

Also, many players with inherit those diseases and they will have no direct correlation to concussions. Therefore many players will receive compensation and their injuries or concussions will not be proved, but since they were on a preseason roster, they are entitled to compensation.

I feel the bar should be lowered even more below the standard 1.0 or 1.5 to ensure players like myself who played more than 3 seasons and have some symptoms are treated fairly.

Your honor I feel this settlement is rushed on the players and it is not fair for those of us who gave so much to this game. There should be a standard compensation for players who played 4 or more years and who have symptoms related to concussions. The average life span of an NFL player is 3 years.

The bar is too high for those of us who played this game and may not have ALS, but we are still having problems in our daily activities because of memory lost, headaches etc.

Once again, there is a net, but it has a huge hole in it and many players will fall through who need help and played the game more than just a preseason tryout.

Sincerely,

Troy Johnson  86-87, St. Louis Cardinals

88, Pittsburgh Steelers

89, Detroit Lions

90, San Diego Chargers

FedEx US Airbill

Tracking Number: 8747 8599 5614

FedEx Express

FRI – 17 OCT 8:00A
FIRST OVERNIGHT

19106 PHL
PA-US

TRK# 8747 8599 5614
E1 BBXA

SHIP DATE: 16OCT14
ACTWGT: 0.2 LB
CAD: /OFFC1522
DIMS: 0x0x0 IN

BILL SENDER

ORIGIN ID:BZSA   (202) 540-7200
HAUSFELD LLP
1700 K ST NW STE 650

WASHINGTON, DC 200063826
UNITED STATES US

TO  CLERK OF THE DIST. COURT (NFL)
    US DISTRICT COURT OF THE EAST
    601 MARKET ST
    NFL CONCUSSION SETTLEMENT
    PHILADELPHIA PA 19106
    (215) 597-2995