# OBJECTION

**RE: National Football League Players' Concussion Injury Litigation, No. 2:12-md-02323**

**Former Player: Willie T. Taylor**
          47 Indiana Circle
          Lemoyne, PA 17043
          (717) 554-5426
          12/09/1955



I played for 4 NFL teams over a two year period. I was drafted by Tampa Bay Buccaneers in 1978. And was put on the Green Bay Packers' injured reserve list after the first game, in which I sustained a serious concussion.

My objection to the settlement is that my situation is different because I did not have a long career, by my choice. And there is an economic loss due to me having to retire early due to my inability to perform my job duties. I chose not to pursue a career in football because of the vicious hits and concussions that I received in training camps and pre-season and regular season games. I knew my body would not hold-up to such violent collisions. I played wide receiver and at the time defensive players could hit you using there helmet, which led to head to head hits. This occurred frequently. So, I made a decision to go to graduate school and get a Master's degree. Upon getting my degree,

(2)

I landed a job in the Commonwealth of PA as a Computer Systems Analyst/Project Manager. My last year of playing professional football was in 1980. In the mid to late 90s, I began to experience headaches, anxiety, sleepiness. The medical records that are attached document when and what symptoms I was experiencing. As time went on, the symptoms got worse and I was told that technically I was disabled. For more than 20 years my performance was commendable to outstanding. And my final performance review was satisfactory. I knew I had to retire. During this time, I was put on various antidepressants. I could not concentrate, felt irritable and had no patience with my employees. I did not know then, but I know now that it was due to having had concussions.

In conclusion, my pain and suffering plus the loss to my retirement for the last 5 years before normal retirement are the tangible things that I need to be compensated for. I don't need medical coverage because I was able to get my medical for the rest of my life because I worked for 26 years. Now am being told that I have to be evaluated yet again using neurological tests, when my medical records indicate that there is neurocognitive impairment with symptoms dating back to 1994. In an early letter it indicated that documentation would be enough. Dr. Lawson at Community Medical is my family doctor who is very aware of how I have suffered over the last 19 years, and I have had my professional career cut short due to

(3)

repeated concussions received during my brief NFL career. And the current settlement does not cover it! I have included my records and do not want my medical records released without my permission. The records are only for the purpose of this objection.

*Willie T. Taylor*  10/14/14

Willie T. Taylor

Confidential Medical Records Not Filed