# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB<br><br> |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## OBJECTION TO JUNE 25, 2014 CLASS SETTLEMENT

The undersigned Settlement Class Member hereby objects to the Class Action Settlement Agreement dated as of June 25, 2014 (the "Settlement").  For the substance of my objection, I adopt the content of the Objection of Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick "Rock" Cartwright, Jeff Rohrer, and Sean Considine to Class Settlement, which was filed with the Court on October 6, 2014, Docket No. 6201.

I am a Settlement Class Member, as that term is defined in the Settlement, because I am [check the box that applies]:

☒ A "Retired NFL Football Player" under the Settlement in that I retired before July 7, 2014, from playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]:

New England Patriots April 2009-August 2009    New Orleans Saints August 2009-February 2013

_____

_____

☐ A "Representative Claimaint" under the Settlement in that I am the authorized representative of _____ [name of player], who is/was a Retired NFL Football Player under the Settlement, because he retired before July 7, 2014, from playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]: _____

_____

☐ A "Derivative Claimaint" under the Settlement in that I am a [circle one] spouse, parent, dependent child, or otherwise eligible to sue independently under state law because of my relationship to _____ [name of player], who is/was a Retired NFL Football Player under the Settlement, because he retired before July 7, 2014, from playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]:

_____

_____

Date: _October 14_____, 2014

Signature: _~David Thomas~_____

Name (printed): _David Thomas_____

Address: _2700 University Club Dr._____

_Austin, TX 78732_____

_____

Telephone: _512-450-8700_____

My Date of Birth: _7/5/83_____

**Texas**

US
TX

**DRIVER LICENSE**

4d DL **18784137**     9 Class **C**
4a Iss **06/11/2013**     4b Exp **07/05/2019**
3 DOB **07/05/1983**
1 THOMAS
2 JOHN DAVID

8 2700 UNIVERSITY CLUB DR
AUSTIN TX 78732-0000

12 Restrictions **NONE**     9a End **NONE**
16 Hgt **6-03**     15 Sex **M**     18 Eyes **BRO**  DONOR
5 DD 216193801666131938866

TEXAS
ASSOCIATES
INSURORS
A Member of the
Insurors Group, LLC.

1120 Capital of Texas Highway South
Building 3, Ste. 300
Austin, Texas 78746

Clerk of the District Court/NFL Concussion Settlement
US District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market St
Philadelphia, PA 19106-1797722