Eric Steinbach
175 Arbor dr
Lake Bluff IL, 60044
30
847/604-4173

National Football League Concussion
Injury Litigation, N. 2:12-md-2323

Dear Judge Brody,

I have been told that it's highly probable that you will approve without changes to this settlement. Before you do I wanted to object to the terms of the settlement as it relates to those of us with serious post concussion symptoms. The settlement provides no monetary or medical value to former players suffering violent mood swings, depression, anxiety or suicidal thoughts. I believe these conditions should be a part of the settlement. Instead, it appears to be a NFL dynasty or greater settlement.

Therefore I feel the court should order both parties back to the round table to negotiate additional terms that provide us a greater value to those of us with concussions.

Sincerely,

Eric Steinbach

Its Ward Jr
Lake Bluff IL, 60044

Clerk of the District Court/NFL Concussion
Settlement US District court for the Eastern District
of Pennsylvania United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797?



U.S. POSTAGE
PAID
LAKE BLUFF, IL
60044
OCT 14, 14
AMOUNT
$0.49
0004527-04