UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB  |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## OBJECTION TO JUNE 25, 2014 CLASS SETTLEMENT

The undersigned Settlement Class Member hereby objects to the Class Action Settlement Agreement dated as of June 25, 2014 (the "Settlement"). For the substance of my objection, I adopt the content of the Objection of Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick "Rock" Cartwright, Jeff Rohrer, and Sean Considine to Class Settlement, which was filed with the Court on October 6, 2014, Docket No. 6201.

I am a Settlement Class Member, as that term is defined in the Settlement, because I am [check the box that applies]:

☒ A "Retired NFL Football Player" under the Settlement in that I retired before July 7, 2014, from playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]: Phoenix/Arizona Cardinals 89-92 / KC Chiefs 93-96 Tampa Bay Bucs - Pre-Season 96

☐ A "Representative Claimaint" under the Settlement in that I am the authorized representative of _____ [name of player], who is/was a Retired NFL Football Player under the Settlement, because he retired before July 7, 2014, from playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]: _____

☐ A "Derivative Claimaint" under the Settlement in that I am a [circle one] spouse, parent, dependent child, or otherwise eligible to sue independently under state law because of my relationship to _____ [name of player], who is/was a Retired NFL Football Player under the Settlement, because he retired before July 7, 2014, from playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]: _____

OCTOBER
Date: ~~10~~, 10, 2014

Signature: _____

Name (printed): JAY TAYLOR

Address: PO BOX 1991
Gilbert, AZ, 85299

Telephone: 480-220-0211

My Date of Birth: 11-8-67

I am objecting to the parameters being used for the CTE portion of the claim. I feel this whole process has went much faster than it should especially since there is new information coming out on how CTE affects players and the fact that every player that has donated their brain after death, no matter if they are young like Chris Henry of the Bengal's 26 or older like Dave Dureson/Junior Seau mid 40's and older have all had CTE. The NFL is all about itself and would never agree to a deal so quickly if it did not benefit them. I hope you will give this some serious consideration because excluding this piece could have the effect of making it much harder for guys to get help. Also if info comes out later that confirms what we have suspected with CTE you will have given the NFL another pass on something they have known and should be responsible for. If you ever wonder why guys have been committing suicide it's because we feel no one is ever there to just help us but to just get over on us, that we are to just tough it out or best yet there is nothing wrong with us. The NFL has chewed up players and spit them out without a hesitation and then when you come back asking for help because of the injury you got on the job they chose to litigate you until you give up, which sadly leads to the suicides. As many guys have been talking they feel helpless and hopeless that the right thing will be done, please make sure to allow for more time or at least leave a provision that will include the CTE more than the short span of 2006-2014 for deaths only, because I really fear that as soon as you close the door on this we will see real tangle-able evidence and the league will have dodged a bullet and they can keep more of their non-profit win fall while the players that helped build the brand with their bodies just wither away. Judge thank you for your time

JAY TAYLOR

Taylor
PO Box 1991
Hiscot, AZ, 85297

Clerk of The X̶ X̶s̶t̶r̶e̶a̶m̶e̶l̶ concussion settlement
U.S. District court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA, 19106-1797

U.S. POSTAGE PAID
MESA, AZ
OCT 14 14
AMOUNT
$0.49
00035427-07