UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## OBJECTION TO JUNE 25, 2014 CLASS SETTLEMENT

The undersigned Settlement Class Member hereby objects to the Class Action Settlement Agreement dated as of June 25, 2014 (the "Settlement").

I am a Settlement Class Member because I am a "Retired NFL Football Player" under Settlement terms. I retired before July 7, 2014 from playing for a past/present member club of the National Football League, American Football League, World League of American Football, NFL Europe League or the NFL Europa League, as follows (teams, leagues, dates):

*Baltimore Colts 1969, Miami Dolphins 1970*
*San Diego Chargers 1971-1974, Houston Oilers 1975 & 1976*

I believe the proposed Class Action Settlement is not fair, reasonable and adequate because:

I think the court should appoint someone to run the settlement other than any NFL Personnel or NFL Doctors or studies performed by NFL people." I don't trust the NFL to do the right thing." I spent 34 years as a player & coach. All of the NFL players that took their own lives had plenty of symptoms of CTE besides ALS, Alzheimers & Parkinson. They had anxiety, mood swings, confusion, memory loss that were signs of CTE & their families should be compensated." Even though they weren't diagnosed with CTE until an autopsy was performed after their death."

Date: Oct. 15, 2014

Signature: Carl F. Mauck

Name (printed): CARL F. MAUCK

Address: 2139 Winthrop Hill Rd
Argyle, TX 76226

Telephone: 734-578-5311

Date of Birth: 7-7-1947

Mail your Objection by U.S. Mail to:

Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse, 601 Market Street
Philadelphia, PA 19106-1797



From:
Carl Maurick
2129 Winthrop Kind
Dallas, TX
75226

To: Clerk of the District Court
NFL Concussion Settlement
U.S. District Court for the
Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106

U.S.M.S. X-RAY

U.S. POSTAGE PAID
ARGYLE, TX
76226
$0.49