## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL
LEAGUE PLAYERS' CONCUSSION
INJURY LITIGATION

No. 2:12-md-02323-AB
MDL No. 2323

Kevin Turner and Shawn Wooden,
*on behalf of themselves and
others similarly situated,*

Civil Action No. 2:14-cv-00029-AB

Plaintiffs,

v.

National Football League and
NFL Properties, LLC,
successor-in-interest to
NFL Properties, Inc.,

Defendants.



THIS DOCUMENT RELATES TO:
ALL ACTIONS

## OBJECTION TO JUNE 25, 2014 CLASS SETTLEMENT

The undersigned Settlement Class Member hereby objects to the Class Action Settlement

Agreement dated as of June 25, 2014 (the "Settlement").  For the substance of my objection, I

adopt the content of the Objection of Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal,

Roderick "Rock" Cartwright, Jeff Rohrer, and Sean Considine to Class Settlement, which was

filed with the Court on October 6, 2014, Docket No. 6201.

I am a Settlement Class Member, as that term is defined in the Settlement, because I am

[check the box that applies]:

☑ A "Retired NFL Football Player" under the Settlement in that I retired before July 7, 2014, from playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]:

Green Bay NFC 2006-2007, Miami Dolphins AFC 2008-2013

_____

☐ A "Representative Claimant" under the Settlement in that I am the authorized representative of _____ [name of player], who is/was a Retired NFL Football Player under the Settlement, because he retired before July 7, 2014, from playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]: _____

_____

☐ A "Derivative Claimant" under the Settlement in that I am a [circle one] spouse, parent, dependent child, or otherwise eligible to sue independently under state law because of my relationship to _____ [name of player], who is/was a Retired NFL Football Player under the Settlement, because he retired before July 7, 2014, from playing for a past or present member club of one or more of the National Football League, the American Football League, the World League of American Football, the NFL Europe League, or the NFL Europa League, as follows [state team, league, and dates played]:

_____

_____

2

Date: October 14 , 2014

Signature: 

Name (printed): Lanell T Culver Jr

Address: 1051 Chenille Circle

Weston, FL 33327

Telephone: 920·664·5004 or 920·338·8000

My Date of Birth: 07 - 06 - 1983

3



Ms. Jessica Culver
1051 Chenille Cir
Weston, FL 33327

7013 3020 0001 8773 3928

U.S. POSTAGE
PAID
FORT LAUDERDALE,FL
33326
OCT 14, 14
AMOUNT
$6.49
00111841-16

1000    19106

Clerk of the District Court (NFL)
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

X-RAYS