UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB  |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## OBJECTION TO JUNE 25, 2014 CLASS SETTLEMENT

The undersigned Settlement Class Member hereby objects to the Class Action Settlement Agreement dated as of June 25, 2014 (the "Settlement").

I am a Settlement Class Member because I am a "Retired NFL Football Player" under Settlement terms. I retired before July 7, 2014 from playing for a past/present member club of the National Football League, American Football League, World League of American Football, NFL Europe League or the NFL Europa League, as follows (teams, leagues, dates):

(NFL) Kansas City Chiefs 1970 1977
2 years/seasons

I believe the proposed Class Action Settlement is not fair, reasonable and adequate because:

I FEEL THE ELIMINATION OF THE MEDICAL CONDITION OF CTE AND IT'S MEANING IS BEING HIPOCRITICAL. IF IT'S MONETARY ACCEPTABLE FOR THOSE WHO SUFFERED BEFORE July 7th, 2014 BUT NOT FOR THOSE DIAGNOSED AFTER THIS DATE? CTE IS THE RESULT OF MULTIPLE Head Trauma. WHAT IS THE NFL SAYING HERE???

THE NFL DISABILITY BOARD HAS A LONG LONG HISTORY OF DENYING DISABILITY BENEFITS especially FOR THOSE WHO PLAYED BEFORE 1993. THE DENIALS INCLUDE MANY "HALL OF FAME" PLAYERS WITH SERIOUS DISABILITIES!!

Date: OCT. 17, 2014

Signature: Clyde Werner

Name (printed): CLYDE L. WERNER

Address: 3009 ISLANDVIEW COURT
GIG HARBOR, WA 98335

Telephone: (253) 858-6919

Date of Birth: DEC. 10, 1947

**Mail your Objection by U.S. Mail to:**

Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse, 601 Market Street
Philadelphia, PA  19106-1797

2

Case 2:12-md-02323-AB Document 6412 Filed 11/03/14 Page 3 of 3



**PRIORITY MAIL ★ PRESS™**

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE

PRIORITY MAIL ★

LABEL HERE

$19.99

---

WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE.

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE (  )

PAYMENT BY ACCOUNT (if applicable)

☐ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE (  )

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

LABEL 11-B, JANUARY 2014   PSN 7690-02-000-9996   3-ADDRESSEE COPY

---

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.