# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | |

## ORDER

AND NOW, on this _____ day of _____, 2014 upon consideration of Co-Lead Class Counsel's Motion to Strike the Barber Objectors' Late-Filed Notice of Intent to Appear and to Preclude Their Counsel From Appearing at the Fairness Hearing, it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED

BY THE COURT:

_____
Anita B. Brody, J.

1