UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**OBJECTION TO JUNE 25, 2014 CLASS SETTLEMENT**

The undersigned Settlement Class Member hereby objects to the Class Action Settlement Agreement dated as of June 25, 2014 (the "Settlement"). For the substance of my objection, I adopt the content of the Objection of Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick "Rock" Cartwright, Jeff Rohrer, and Sean Considine to Class Settlement, which was filed with the Court on October 6, 2014, Docket No. 6201.

I am a Settlement Class Member, as that term is defined in the Settlement, because I am a "Retired NFL Football Player" under the Settlement in that I played in the NFL from 1979 to 1988, for Dallas Cowboys, and retired in 1989.

Date: OCT. 24 , 2014

        Signature: *[signature]*

        Name: Douglas Cosbie

        Address: 199 KE ALA OLA RD. #14A
Honolulu, HI 96817

        Telephone: 310-701-1331

        My Date of Birth: 03/27/1956

199 Ke Ala Ola Pl. #144
Honolulu, HI 96817

Clerk of the District Court / NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797