# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION : : : : : THIS DOCUMENT RELATES TO: ALL ACTIONS : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |

## ORDER

**AND NOW,** this ___10th__ day of _____November_____, 2014, it is **ORDERED** that Public Citizen, Inc.'s Motion for Leave to Participate as Amicus Curiae at the November 19, 2014 Fairness Hearing is (ECF No. 6271) is **DENIED.**

                                                **s/Anita B. Brody**

                                          _____<br>
                                          ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                  Copies **MAILED** on _____ to: