## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL | : | No. 2:12-md-02323-AB |
| LEAGUE PLAYERS' CONCUSSION | : | |
| INJURY LITIGATION | : | MDL No. 2323 |
|  | : | |
|  | : | **Hon. Anita B. Brody** |
|  | : | |
| THIS DOCUMENT RELATES TO: | : | |
| ALL ACTIONS | : | |

## <u>ORDER</u>

**AND NOW,** this ___10th____ day of _____November_____, 2014, it is **ORDERED** that all Responses to Co-Lead Class Counsel's Motion to Strike the Barber Objectors' Late-Filed Notice of Intent to Appear (ECF No. 6413) shall be filed **on or before November 12, 2014.**

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                 Copies **MAILED** on _____ to: