# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 12-MD-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> Plaintiffs' Master Administrative Long Form Complaint and Barnes, et al, v. The National Football League, No.2:11-cv-08396 USDC, EDPA 2:12-CV-01024-AB <br><br> JOSEPH PHILLIPS | The Hon. Hon. Anita B. Brody <br><br> NOTICE OF WITHDRAWAL OF APPEARANCE |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that the appearance of David A. Rosen and Rose, Klein & Marias LLP, on behalf of plaintiff, JOSEPH PHILLIPS, ONLY, in *Barnes, et al vs. The National Football League, No. 2:11-cv-08396 USDC, EDPA 2:12-cv-01024-AB, and in Re National Football League Players' Litigation*, No. 2:12-MD-02323-AB is hereby WITHDRAWN.

DATED: November 10, 2014

By: _____

Respectfully submitted,

David A. Rosen; State Bar Number 101287
d.rosen@rkmlaw.net
Rose, Klein & Marias LLP
801 S. Grand, 11th Floor.
Los Angeles, Califonia 90017
(213) 626-0571
(213) 623-7755