UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| ---------------------------------------------------- <br><br> THIS DOCUMENT RELATES TO: <br><br> AL NOGA | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Jason E. Luckasevic as counsel of record for former NFL player, AL NOGA, in the above-referenced action.  All notices and copies of pleadings, papers, and other materials relevant to this action that are not served via the ECF system should be directed to and served upon:

    Jason E. Luckasevic, Esquire
    Goldberg, Persky & White, P.C.
    1030 Fifth Avenue
    Pittsburgh, PA  15219
    Telephone:  (412) 471-3980
    Facsimile: (412) 471-8308
    Email:  jluckasevic@gpwlaw.com


Dated:  November 11, 2014    Respectfully submitted

                                    By: s/  *Jason E. Luckasevic*
                                    Jason E. Luckasevic, Esquire
                                    (PA Bar No. 85557)
                                    1030 Fifth Avenue
                                    Pittsburgh, PA  15219
                                    Telephone:  (412) 471-3980
                                    Facsimile: (412) 471-8308

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2323, on this 11th day of November, 2014.

s/ Jason E. Luckasevic
Jason E. Luckasevic, Esquire