<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on November ___, 2014, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

By: _____
           David A. Rosen