UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | No. 12-md-2323 (AB)<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |

### BARBER OBJECTORS' RESPONSE TO CO-LEAD CLASS COUNSELS' MOTION TO STRIKE THE BARBER OBJECTORS' LATE-FILED NOTICE OF INTENT TO APPEAR AND TO PRECLUDE THEIR COUNSEL FROM APPEARING AT THE <u>FAIRNESS HEARING</u>

The undersigned attorneys for Michael Barber, *et al* (the "Barber Objectors") hereby respond to the motion of Co-Lead Class Counsel to strike the notice of intent to appear at the November 19, 2014, Fairness Hearing and to preclude their counsel from appearing at the Fairness Hearing [ECF No. 6370]. As set forth in the accompanying memorandum of law in response to this motion, the Barber objectors' notice should be accepted to avoid prejudice and to uphold the presentation schedule established by the group that this Court tasked with coordinating objections to ensure the orderly presentation of arguments and to avoid duplication.

Dated: November 12, 2014

Respectfully submitted,

*/s/ Marc Davies*
Marc Davies (PA#81789), *Of Counsel*
Edward S. Stone
EDWARD STONE LAW P.C.
175 West Putnam Avenue, 2nd Floor
Greenwich, CT  06830
Telephone:  203-504-8425
Fax:  203-348-8477

*Attorneys for Plaintiffs Barber, et al*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above document was served on all parties on this 12th[th] day of November 2014, by filing the document in the Court's ECF filing system, which gives e-mail notice to all attorneys of record.

                                                  */s/ Marc Davies*
                                                  Marc Davies, Esq.
                                                  *Attorneys for Plaintiffs, Michael Barber, et al*