# EXHIBIT 1

# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. PENN.)

| NFL 1002 | CLAIMS ADMINISTRATOR UPDATE (THROUGH 11/9/14) | | | | | |
|---|---|---|---|---|---|---|
| **TABLE 1** | **WEBSITE VISITORS BY STATE** | | | | | |
| Row | Location | Unique Visitors | Visits | Average Actions[1] Per Visit | Average Time (Minutes) | Bounce Rate[2] |
| 1. | California | 5,762 | 6,014 | 2 | 1 | 76.3% |
| 2. | Texas | 4,169 | 4,422 | 2 | 1 | 73.6% |
| 3. | Florida | 3,969 | 4,185 | 2 | 1 | 77.0% |
| 4. | New York | 3,606 | 3,858 | 2 | 1 | 73.7% |
| 5. | Illinois | 2,331 | 2,406 | 2 | <1 | 79.9% |
| 6. | Pennsylvania | 2,298 | 2,363 | 2 | <1 | 78.6% |
| 7. | Georgia | 2,076 | 2,212 | 2 | 1 | 73.6% |
| 8. | Virginia | 1,945 | 2,026 | 2 | <1 | 80.8% |
| 9. | New Jersey | 1,867 | 1,935 | 2 | <1 | 80.2% |
| 10. | Ohio | 1,856 | 1,916 | 2 | 1 | 76.5% |
| 11. | North Carolina | 1,802 | 1,895 | 2 | 1 | 78.8% |
| 12. | Michigan | 1,746 | 1,798 | 2 | <1 | 79.1% |
| 13. | Unknown | 7,930 | 8,680 | 3 | 3 | 73.7% |
| 14. | Other | 23,370 | 24,196 | 2 | <1 | 78.7% |
| 15. | **Totals** | **64,727** | **67,906** | **2** | **1** | **77.0%** |

[1] An action occurs anytime the visitor views a new webpage, follows a link or takes any other action on the website.
[2] The Bounce Rate is the percentage of visitors who leave website after viewing only one page.

### CHART 1: WEBSITE VISITS FREQUENCY MAP



| NFL 1002 | CLAIMS ADMINISTRATOR UPDATE (THROUGH 11/9/14) | | | | | |
|---|---|---|---|---|---|---|
| **TABLE 2** | **SIGN-UPS FOR FUTURE INFORMATION** | | | | | |
| Row | Sign-Up Method | Retired Player | Authorized Rep | Attorney for Player or Family | Family Member | Other/ Unknown | Total |
| 1. | Website | 2,350 | 247 | 85 | 718 | 189 | 3,589 |
| 2. | Call Center | 1,093 | 11 | 18 | 635 | 121 | 1,878 |
| 3. | P.O. Box | 13 | 0 | 4 | 8 | 0 | 25 |
| 4. | Email | 17 | 1 | 9 | 14 | 2 | 43 |
| 5. | **Totals** | **3,473** | **259** | **116** | **1,375** | **312** | **5,535** |
| 6. | Change Since Last Report | 23 | 2 | 5 | 13 | 3 | 46 |



**CHART 2: WEEKLY INFORMATIONAL SIGN-UPS**

| | 7/14 | 7/21 | 7/28 | 8/4 | 8/11 | 8/18 | 8/25 | 9/1 | 9/8 | 9/15 | 9/22 | 9/29 | 10/6 | 10/13 | 10/20 | 10/27 | 11/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Email | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 3 | 4 | 11 | 3 | 7 | 4 | 6 |
| P.O. Box | 0 | 0 | 5 | 4 | 1 | 5 | 0 | 4 | 1 | 1 | 1 | 0 | 0 | 1 | 2 | 0 | 0 |
| Call Center | 3 | 5 | 626 | 259 | 225 | 184 | 104 | 69 | 71 | 55 | 58 | 69 | 42 | 56 | 26 | 26 | 0[3] |
| Website | 17 | 129 | 984 | 424 | 370 | 321 | 179 | 131 | 123 | 116 | 90 | 106 | 131 | 92 | 78 | 264 | 34 |
| Total | 20 | 154 | 1,769 | 2,456 | 3,052 | 3,562 | 3,845 | 4,049 | 4,244 | 4,421 | 4,573 | 4,752 | 4,936 | 5,088 | 5,201 | 5,495 | 5,535 |

| TABLE 3 | CLAIMANT CORRESPONDENCE AND CLAIMS ADMINISTRATOR RESPONSES | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Row | Representation Status | Letters / Emails Received | Responses Sent | Response Not Required | Response FAQs[4] | | | |
| | | | | | FAQ 6 | FAQ 14 | FAQ 21 | FAQ 26 | Other |
| 1. | Pro Se or Unknown | 73 | 58 | 15 | 11 | 1 | 4 | 12 | 3 |
| 2. | Represented | 17 | 12 | 5 | 1 | 0 | 0 | 3 | 0 |
| 3. | **Totals** | **90** | **70** | **20** | **12** | **1** | **4** | **15** | **3** |
| 4. | Change Since Last Report | 5 | 5 | 0 | 2 | 0 | 1 | 0 | 1 |

| TABLE 4 | POTENTIAL OPT-OUT SUMMARY | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Row | Representation Status | Total Received | Elements Included with Opt-Out Request | | | | | |
| | | | Printed Name | Address | Phone Number | DOB | Gov't ID | Dated Personal Signature |
| 1. | Pro Se or Unknown | 144 | 144 | 143 | 132 | 139 | 137 | 140 |
| 2. | Represented | 90 | 90 | 89 | 80 | 88 | 87 | 89 |
| 3. | **Totals** | **234** | **234** | **232** | **212** | **227** | **224** | **229** |
| 4. | Change Since Last Report | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

---

[3] Call Center sign-ups for the prior week were not available at the time of the report. Sign-up information for the week of 11/3 - 11/9 will be updated in the following report.

[4] The sum of all Response FAQs will not equal the total number of responses sent, because some responses require reference to multiple FAQs and other responses do not require any reference to FAQs.