# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br>Plaintiffs, | CIVIL ACTION NO: 14-cv-0029 |
| v. | |
| National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br>Defendants. | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **DECLARATION OF JULIE ANN SCHNEIDER, M.D.** |

I, JULIE ANN SCHNEIDER, M.D., hereby declare as follows:

1.      If called as a witness, I could and would testify competently to the facts herein.

## I.      Qualifications

2.      I am a Professor of Pathology (Neuropathology) and of Neurological Sciences at Rush University Medical Center in Chicago, Illinois.   In addition to my teaching responsibilities, I also am a researcher and clinical neuropathologist and neurologist who diagnoses neurodegenerative diseases and other neuropathologies.   My complete *curriculum vitae* is attached as Exhibit A.   I highlight

here some of my qualifications, experience, and research relevant to the opinions I express below.

   3. I obtained a Bachelor of Science in Biology-Psychology from the University of Illinois in 1983, *magna cum laude*.  I obtained a Doctor of Medicine with Honors from the University of Illinois, School of Medicine in 1987.  I completed my residency training in Neurology at the University of Chicago in 1991.  I completed a fellowship in Neuropathology at the University of Chicago and at Emory University in Atlanta, Georgia in 1993, where I focused on neurodegenerative diseases.  I also received a Master of Science in Clinical Research with a special emphasis in Epidemiology from Rush University Medical Center in 2003.

   4. I am licensed by the National Board of Medical Examiners and am board certified in both Neuropathology and Neurology.

   5. I have been on the faculty at Rush University Medical Center since 1996.  Currently, I train pathology residents to diagnose neurodegenerative and other complex pathologic diseases in dementia and movement disorders by examining patients that come to the autopsy service at Rush University Medical Center.  I also teach neuropathology to pathology, neurology, and neurosurgical medical residents.

   6. In addition to my responsibilities as a university professor, as a clinical neuropathologist, I regularly examine brains of deceased patients with complex neurodegenerative diseases and the brains of deceased participants of longitudinal studies on aging and dementia.  I also pathologically diagnose both common and rare neurodegenerative diseases related to cognitive and motor impairments.  As a board certified neurologist I also see patients with memory complaints and neurobehavioral disorders at the Rush Memory Clinic, where I have been an attending physician for the past 18 years.

7.     I serve as Associate Director, Neuropathology Core Leader, and Senior Neuropathologist of the Rush Alzheimer's Disease Center, one of 29 Alzheimer's Disease Centers in the nation funded by the National Institutes of Health ("NIH").

8.     I currently am part of 17 investigative teams with grants from various organizations, including five projects being funded by NIH.  I am the principal investigator in an epidemiologic study of TDP-43 in aging and dementia designed to determine whether age-related TDP-43 pathology represents a separate pathologic process associated with a dementia syndrome with a distinct cognitive phenotype and specific genetic risk factors that are separate from Alzheimer's disease.  TDP-43 is a protein that deposits in frontotemporal lobar degeneration, amyotrophic lateral sclerosis ("ALS"), and Alzheimer's disease and aging, and that also has been associated with chronic traumatic encephalopathy ("CTE").  I also am part of investigative teams studying the clinical profile of Parkinson's disease pathology (Lewy body pathology), the optimization of neuropathological assessment of Alzheimer's disease, and the risk factors, pathology and clinical expressions of Alzheimer's disease.

9.     I am an invited member of the expert panel that convened to provide new guidelines for the criteria for a pathologic diagnosis of Alzheimer's disease in 2012.  B.T. Hyman, et al., *National Institute on Aging-Alzheimer's Association Guidelines for the Neuropathologic Assessment of Alzheimer's Disease*, 8 Alzheimers Dement. 1 (2012).

10.     I am on the editorial boards of three scientific journals, including the Journal of Neuropathology and Experimental Neurology.  I peer-review manuscripts for over 25 scientific journals, including Neurology, Lancet, the Journal of the America Medical Association ("JAMA"), and Annals of Neurology.

11.     I serve on the external advisory boards of five organizations, including the University of California San Francisco Neurodegenerative Brain Bank, the

New York University Alzheimer's Disease Core Center, and the Boston University Alzheimer's Disease Core Center.

12.     I am an author of over 180 peer-reviewed scientific articles. Recently, Thomson Reuters recognized me for being among the top 1% of highly cited researchers in the world in the area of neuroscience and behavior.

13.     In my role as a consulting expert for the NFL Parties in this litigation, I am being compensated for my time at my standard hourly rate.

**II.     Assignment and Summary of Opinions**

14.     I have reviewed the Settlement Agreement and Exhibits 1, 2, and 3 to the Settlement Agreement—the Injury Definitions, the Test Battery and Specific Impairment Criteria, and the Monetary Award Grid.   I also have reviewed certain objections to the proposed Settlement relating to medical or scientific issues, including the supporting declarations of Dr. Robert Stern, Dr. Samuel Gandy, and Drs. Brent Masel and Gregory O'Shanick.

15.     I have been asked to provide medical and scientific testimony regarding the challenges of proving a causal link between concussions or subconcussive hits, i.e., mild repetitive traumatic brain injury ("TBI"), and CTE.  I also have been asked to provide medical and scientific testimony relating to some of the objections regarding CTE.

16.     As discussed in detail below, it is my opinion, based on the state of the science regarding the clinical pathologic syndrome known as CTE, that there are very significant gaps in the understanding of the possible association between mild repetitive TBI and the clinical syndrome and brain pathology reported as CTE.  In addition, there are significant gaps in our understanding of the presumed risk factors for CTE, and the diagnostic and clinical profile of presumed CTE.  Therefore, from a scientific standpoint, I think it would be difficult for plaintiffs to establish a causative relationship between their mild repetitive TBI during NFL play and the clinical and pathologic changes

reported to be associated with CTE.  Similarly, even more difficult would be for plaintiffs to establish from a scientific standpoint that mood and behavioral symptoms that they may be experiencing are being caused by CTE.  Finally, it is my opinion that, putting aside issues of causation, if the Settlement provided compensation for mood and behavior changes, a large number of players who are not truly manifesting symptoms of CTE while living would be compensated.  Indeed, this is also true for cognitive symptoms currently reported to be associated with CTE, given that dementia, Alzheimer's disease, and other comorbid conditions are extraordinarily common in aging in the absence of CTE.

17.    All of the opinions expressed herein are offered to a reasonable degree of medical certainty and are consistent with opinions that I would offer in my clinical practice.

### III.    Opinions

#### A.   The Scientific Community's Understanding of the Association Between TBI and CTE

18.    I have reviewed the objections regarding CTE, including the medical declarations in support of those objections.  I understand that certain objectors criticize the fact that brain changes of CTE are not compensated under the settlement after July 7, 2014.  I also understand that if these cases proceeded through litigation, the retired NFL players would be required to prove that the concussions and subconcussive hits, *i.e.*, mild repetitive TBI, that they experienced while playing football in the NFL caused them to develop the brain changes and impairments reported to be associated with CTE.  As described in more detail below, it is my scientific opinion that the retired players would face difficulties in establishing a causal relationship between mild repetitive TBI and the brain changes of CTE.  This is largely because the scientific community's understanding of CTE is preliminary and, in my opinion, we do not yet understand the association between mild repetitive TBI and CTE.  Specifically, we as a

scientific community do not know whether athletes, both with and without TBI, and both with and without cognitive impairment, may harbor these brain changes. Thus, the scientific community has not established a specific association between mild repetitive TBI and the brain changes of CTE.

19.     In describing the challenges that I believe the retired players would have in proving that mild repetitive TBI causes the brain changes of CTE, I will first explain the state of the science with respect to CTE. I will then contrast the state of the science regarding CTE with the state of the science regarding Alzheimer's disease, which I believe is a useful comparison for understanding the challenges faced by retired players in establishing causation. Finally, I will explain why, in my scientific opinion, I believe that the Settlement compensates the key symptoms currently reported to be associated with CTE to date.

i.     **The State of the Science Regarding CTE**

20.     The state of science regarding repetitive head trauma and CTE is incomplete. This applies both on a neuropathological level, in terms of understanding how repetitive head trauma and CTE impacts the brain, and on a clinical level, in terms of understanding the risk factors for CTE, its clinical expression (what symptoms the disease manifests), and how to establish a diagnosis of CTE in living individuals based on a specific clinical profile. Because the research in these areas is incomplete, I believe that we as a scientific community cannot yet make definite conclusions as to the impact of CTE on the brain, the risk factors of CTE, or the clinical expression of CTE.

21.     From a neuropathological perspective, as of today, CTE can only be diagnosed post-mortem. This simply means that a neuropathologist must physically look at an individual's brain post-mortem (after death), determine if something called the "tau protein" (abnormally phosphorylated tau protein) is present, and assess whether the tau protein is present in a reportedly unique distribution pattern. It is important to note that abnormal tau protein is also a primary component of other neurodegenerative

diseases, most notably Alzheimer's disease and frontotemporal lobar degeneration, as well as the fact that these neurodegenerative diseases have been reported in conjunction with CTE.

22.     CTE is reportedly characterized by distinct neuropathological findings. *See* Baugh, C., *et al.*, *Chronic Traumatic Encephalopathy: Neurodegeneration Following Repetitive Concussive and Subconcussive Brain Trauma*, 6 BRAIN IMAGING & BEHAVIOR 244 (2012). The most important of these findings is that CTE is neuropathologically characterized by aggregation and accumulation of variations of a protein known as tau, specifically hyperphosphorylated tau. *See id.*

23.     However, aside from the existence, prevalence, and pattern of the abnormal tau protein accumulation, there are still many uncertainties as to the neuropathology of CTE. To date, there are very few studies that have attempted to create pathological classifications of CTE. These studies have reached similar conclusions regarding neuropathological findings, but have also found some significant differences, including the hallmark features of CTE, the location of the accumulation of tau in the brain, and the neuropathological impact of the alleged progression of CTE. *See* Gardner, *et al.*, *Chronic Traumatic Encephalopathy in Sport: A systematic Review*, 48 Br. J. Sports Med. 84 (2014) (the "Gardner Study") (comparing the findings of doctors from Boston University, including Dr. McKee and Dr. Stern, with findings of Dr. Omalu).

24.     In addition to not yet fully understanding the neuropathology of CTE, many other questions regarding CTE remain unanswered, including the risk factors for CTE, the relationship between TBI and CTE, and the diagnostic and clinical profile of CTE. These questions remain because clinical studies regarding CTE, though evolving, to date have been incomplete. In fact, there have only been a handful of clinical studies relating to CTE. These studies are extremely important in guiding future research, but there are two main issues with these studies. The first is that, put simply, there are just too few studies using state of the art scientific and medical methods to make sound

conclusions.  The second limitation is that the studies—because they are case reports—are inherently limited and prone to bias.  I will address each limitation in turn.

25.    First, the scientific community agrees that in terms of sheer numbers, there have not yet been enough well conducted studies with large enough numbers to understand CTE with scientific certainty.  *See, e.g.*, Report on the Neuropathology of Chronic Traumatic Encephalopathy Workshop, National Institutes of Health,          (Dec.          5-6,          2012),          *available*          *at* http://www.ninds.nih.gov/news_and_events/proceedings/201212_CTE_work shop_report.htm ("[V]ery few studies have looked at biomarkers that address the long-term disease processes of CTE.  Much work remains to identify useful, validated biomarkers that provide information about the injury mechanisms of CTE.").  CTE has only been studied on fewer than 200 brains in a very limited number of retrospective studies in the past ten years.  Moreover, sample sizes in individual studies are too small and methodologies too inadequate for the scientific community to make key conclusions regarding CTE and prospective studies are needed.

26.    Second, the studies associated with CTE, to date, are inherently limited and likely to suffer from multiple types of bias that are inherent to retrospective studies and studies without controls (*e.g.*, recall bias and selection bias).  There are no published double-blind randomized control trials, prospective studies, cross-sectional studies, or even case control studies regarding CTE.  The handful of studies that have been conducted relating to CTE are case reports or case series.  These studies are important for generating scientific hypotheses to be tested in long-term, prospective studies.  However, it is important to understand that the scientific community does not typically make medical or scientific conclusions based on case series or case reports alone.  Some of the typical limitations associated with case series include selection bias, a lack of a proper control group, retrospective collection of data, and information bias.

27.     Because of the limited number of studies available, and the nature of the case reports that have been published, it is my opinion that we do not know enough about CTE to adequately understand its risk factors, the relation between repetitive TBI and CTE, or the diagnostic and clinical profile of CTE.  Thus, one should be cautious making assumptions about a causal association between mild repetitive TBI, *i.e.*, concussions or subconcussive brain injuries, and CTE until well-designed scientific studies are conducted.  Similarly, one should be cautious making assumptions regarding symptoms that constitute the diagnostic and clinical profile of CTE until well-designed scientific studies are conducted.

28.     My opinions are shared by the scientific community, *i.e.*, that "[o]wing to the nature of the case reports and pathological case series that have been published it is not possible to determine the causality or risk factors [of CTE] with any certainty."  P. McCrory, et al*., Consensus statement on concussion in sport: the 4th International Conference on Concussion in Sport held in Zurich*, 250 Br. J. Sports Med. 58 (2013) (the "McCrory Study") ("[T]he speculation that repeated concussion or subconcussive impacts cause CTE remains unproven. The extent to which age-related changes, psychiatric or mental health illness, alcohol/drug use or co-existing medical or dementing illnesses contribute to this process is largely unaccounted for in the published literature."); *see also Sports Related Concussions in Youth: Improving the Science, Changing the Culture, Institute of Medicine*, (Oct. 30, 2013), *available at* http://www.iom.edu/Reports/2013/Sports-Related-Concussions-in-Youth-Improving-the-Science-Changing-the-Culture/Report Brief103013.aspx ("[I]t remains unclear whether repetitive head impacts and multiple concussions sustained in youth lead to long-term neurodegenerative diseases, such as chronic traumatic encephalopathy.").

ii.  **The State of the Science Regarding The Alleged Symptoms of CTE**

29.    I have reviewed the objections regarding CTE, and I understand that certain objectors argue that mood and behavioral symptoms are part of the diagnostic and clinical profile of CTE and, therefore, should be compensated under the Settlement Agreement.  As discussed above, it is my opinion that assumptions regarding symptoms that constitute the diagnostic and clinical profile of CTE are premature.  Thus, it is premature to consider mood and behavioral symptoms as part of the diagnostic and clinical profile of CTE.

30.    I have reviewed the declaration of Dr. Robert Stern, the primary expert who filed a declaration in support of the objections.  In his declaration, Dr. Stern describes the alleged clinical and diagnostic profile of CTE.  Dr. Stern's research, which is conducted with other doctors at Boston University, including Dr. Ann McKee, constitutes important research in the field of CTE at this time.  However, the studies that he has conducted with his colleagues are case reports that suffer from the kinds of limitations described above.  I will provide a brief discussion of the limitations of those studies as well.

31.    The first study, the McKee Study, *see* Ann McKee, Robert Stern, et al., *The Spectrum of Disease in Chronic Traumatic Encephalopathy*, 136 BRAIN 43 (2013) ("McKee Study"), included an analysis of the brains of 85 subjects, including former athletes, military veterans and civilians with a history of repetitive mild TBI.  *See* McKee Study at 55.  Eighteen gender-matched individuals without a history of repetitive mild TBI served as the control group.  *See id.*  The study found evidence of CTE in 68 subjects' brains.  Symptoms relating to these subjects were recounted from the subjects' family (this was conducted as to only approximately half of the 85 individuals; the other approximately half of the subjects were excluded from consideration, possibly because the researchers were unable to speak to the subjects' next of kin).  A medical record

review of each of the 45 subjects was also conducted.  *Id.*   The study broke CTE into four progressive stages.  Based on interviews of the family members, the study attempted to assess what symptoms were associated with each stage of CTE.  Ultimately, the study concluded that although CTE Stages III and IV progress to dementia, *see id.* at 55-63, CTE I and II were associated with mood and behavioral symptoms and some cognitive impairments.  The study did find that many of the subjects that had CTE also had co-morbid disease, which includes Alzheimer's, Parkinson's, ALS and frontotemporal dementia.

32.     The second study, the Stern Study, *see* Robert Stern, et al., *Clinical Presentation of Chronic Traumatic Encephalopathy*, 81 NEUROLOGY 1122 (2013) (the "Stern Study"),  used the same methodology as the McKee Study to assess the clinical symptoms allegedly associated with individuals diagnosed post-mortem with CTE.  The Stern Study also relied largely on the same subjects as the McKee Study for the diagnosis of CTE.    The brains of 81 subjects were examined post-mortem for neuropathology consistent with CTE.  The authors then contacted the next of kin for a retrospective report of the subjects' symptoms.  However, like in the McKee Study, only certain subjects' families were contacted regarding the subjects' symptoms.   In addition, a number of potential subjects were excluded from this aspect of the study, including individuals with the presence of comorbid disease.  Despite the fact that the study concluded that there "may be 2 different clinical presentations of CTE, with one initially exhibiting behavioral or mood changes, and the other initially exhibiting cognitive impairment," *see id.* at 1124, of the 33 symptomatic patients in the group, many, if not most, experienced some combination of memory impairment, executive dysfunction, attention and concentration difficulties, language impairment and visuospatial difficulties—which are addressed under the Settlement.

33.     Both studies—the McKee Study and the Stern Study—are of limited value in allowing the scientific and medical communities to make conclusions

about the diagnostic and clinical profile of CTE (or the causes of CTE) because both studies are case series, which, as discussed above, are more useful in generating hypotheses than testing them. The limitations of the McKee and Stern Study are inherent in the methodology employed in both studies.

34.     First, the sample of patients examined in each study is a limitation. In both studies, the participants were self-selected because they (or their families) donated their brains to the brain bank at Boston University to determine whether the subjects had CTE in their brains. This type of self-selection is referred to as selection bias in the scientific and medical communities. This study design severely limits the ability to draw any definitive conclusions

35.     Second, the studies did not have proper control subjects to compare against the participating subjects. More specifically, the studies did not include a comparison group of non-athletes who experienced head trauma, athletes without TBI, athletes without CTE, or even athletes with TBI but without concerns regarding impairment. Understanding how the symptoms and brain changes of the self-selected subjects compare to the symptoms and brain changes of proper controls is essential to understanding the diagnostic and clinical profile of CTE.

36.     Third, the process through which information was collected regarding subjects' symptoms was inherently limited. Next of kin, without any medical training in assessing symptoms, were asked to recall symptoms that occurred months or years earlier. Moreover, the family members who were interviewed likely suspected that their deceased relatives had CTE because of concerns about cognition or behavior, which creates potential bias in their recollections. This is known as information or recall bias. Information and recall bias is likely to overestimate the presence and prevalence of risk factors and cognitive/behavioral changes.

37.     Fourth, the studies do not control for other confounding factors, such as genetic predisposition, sleep apnea, higher BMI, lifestyle change, obesity, age,

substance abuse, or cerebrovascular or cardiovascular disease.  Until further prospective studies can examine these associations more closely, and control for these additional possible risk factors, it will be difficult for the scientific community to reach a consensus regarding the diagnostic and clinical profile of CTE.

38.     Finally, the studies on their own do not answer key questions necessary to understand essential aspects of CTE, including the diagnostic and clinical profile of CTE:  What is the prevalence and incidence of CTE in the general population? What is the prevalence and incidence of CTE in a randomly selected group of athletes with and without repetitive head trauma?  How frequently is the pattern of abnormal tau protein considered consistent with a neuropathological diagnosis of CTE found in a patient's brain who was asymptomatic during life?  How often are cognitive changes in athletes with repetitive TBI unrelated to CTE but rather related to alternative risk factors and other prevalent diseases, such as Alzheimer's disease? Until these questions, and many others, are answered, the scientific and medical communities will be unable to form conclusions about the possible causes and risk factors of CTE, the association between repetitive head injury and CTE, or the diagnostic and clinical profile of CTE.

39.     Even assuming that these studies were later proven to be true (*i.e.*, that the diagnostic and clinical profile of CTE includes mood and behavioral symptoms), there is the added concern that many of the reported neurobehavioral symptoms are quite common in the general population.  For example, headaches, depression, aggression, explosivity, and even cognitive impairment could have been due to any number of other, independent risk factors, including, but not limited to the risk factors referenced above, such as genetic predisposition, sleep apnea, higher BMI, lifestyle change, obesity, age, substance abuse or cerebrovascular or cardiovascular disease.  Even where CTE is present, and even assuming the diagnostic and clinical profile of CTE includes mood and behavioral symptoms, any one of these independent risk factors could have caused the subjects' mood and behavioral symptoms reported in the McKee Study and the Stern

Study.  Because of this, it would be difficult, if not impossible, to say that CTE caused or materially contributed to these symptoms in any individual case.  As an example, and as described below in more detail below, some of the neurobehavioral symptoms that traditionally have been believed to be part of the spectrum of clinical Alzheimer's disease are now considered risk factors for cognitive decline rather than part of the disease process.  This is true of depression which is very common in aging and is a risk factor for cognitive decline and AD but is not associated with the pathology (plaques and tangles) or clinical progression of the disease.

40.     Overall, based on the above, it is my opinion that the scientific community does not understand the risk factors for CTE, the association between mild repetitive TBI and alleged clinical or pathologic changes associated with CTE, or the diagnostic and clinical profile of CTE.  Therefore, from a scientific standpoint, I think it would be difficult for plaintiffs to establish that mild repetitive TBI during NFL play was a primary cause of clinical symptoms and brain changes reported as CTE.  I also think it would be enormously difficult for plaintiffs to establish from a scientific standpoint that mood and behavioral symptoms that they may be experiencing, such as depression, headaches, and aggressiveness, are being caused by CTE, even if a clear diagnostic profile of CTE was later established.

### iii.   The State of Science Regarding Alzheimer's Disease

41.     In my opinion, the state of the science regarding Alzheimer's disease serves as a useful contrast to the state of the science regarding CTE.  Unlike CTE, Alzheimer's disease has been studied across tens of  thousands of subjects for decades in numerous long-term, prospective studies with proper controls.

42.     In my opinion, the scientific community's early understanding of Alzheimer's disease was similar to the scientific community's current understanding of CTE.  In early studies, cases with clinical symptoms thought to be Alzheimer's disease were studied pathologically (case reports and case series).  Similar to CTE, a diagnosis of

Alzheimer's disease could initially only be made post-mortem by reviewing the neuropathology of a patient's brain. In Alzheimer's disease, the relevant proteins are the beta-amyloid protein and the abnormal tau protein (the same protein used to diagnose CTE). Because the first brain examined was in a younger person, it was first thought that Alzheimer's disease was a "presenile dementia", or early onset dementia, starting before the age of 60 years. This was later found to be erroneous, and we now know that early onset Alzheimer's disease is relatively rare and much more commonly inherited as an autosomal dominant trait (familial Alzheimer's disease), compared to the very common late onset disease. It is noteworthy that Alzheimer's disease and other dementias are present in over 10% of the persons over the age of 65 years, and rises to almost 50% after the age of 85 years old. *See* Denis A. Evans, *Prevalence of Alzheimer's Disease in a Community Population of Older Persons. Higher than Previously Reported*, 262 JAMA 2551, 2551 (1989) (finding that "[o]f those over the age of 65 years, an estimated 10.3% . . . had probable" AD, and "47.2%" of those "over 85 years" had probable AD). Thus, dementia is a very common condition even in non-athletes. Over time, the scientific community's understanding of Alzheimer's disease has evolved as new, long-term prospective studies have been completed. Today, based on these long-term, prospective studies, the diagnostic and clinical profile of Alzheimer's disease is much better understood. Based on this clinical profile, clinicians can diagnose Alzheimer's disease in living patients, *i.e.*, without a post-mortem neuropathological diagnosis, with approximately 80 to 90 percent accuracy, depending on the level of expertise of the physician.

43. Even though our understanding of Alzheimer's disease has improved markedly over the past decades, it has become clear that Alzheimer's disease is just one of many pathologies that is related to cognitive impairment in aging. This is relevant to CTE in that it is likely that persons with presumed CTE may very commonly have other brain pathologies that could independently be related to cognitive impairment.

One example is cerebrovascular disease (infarcts and vessel disease). Indeed, memory loss, the *sine qua non* of Alzheimer's disease, is now known to be a common manifestation of brain vascular diseases other than Alzheimer's disease. *See, e.g.*, Minke Kooistra, et al., *Vascular Brain Lesions, Brain Atrophy, and Cognitive Decline. The Second Manifestations of ARTerial Disease—Magnetic Resonance (SMART-MR) Study*, 35 Neurobiol. Aging 35, 35 (2014) (brain vascular diseases are associated with cognitive impairment ("e.g., memory performance, executive functioning, and information processing speed"), not only "in patients with clinical manifestations of vascular disease" but also in "healthy middle-aged and older populations."); Philip B. Gorelick, et al., *Vascular Contributions to Cognitive Impairment and Dementia: A Statement for Healthcare Professionals from the American Heart Association/American Stroke Association*, 42 Stroke 2672, 2674 (2011) ("Gorelick Study") ("Although Alzheimer disease is the most commonly diagnosed cause of cognitive dysfunction among the aged, cognitive impairment caused by vascular disease, including subclinical brain injury, silent brain infarction (SBI), and clinically overt stroke are important as independent causes and contributors to cognitive dysfunction."); Zoe Arvanitakis, et al., *Microinfarct Pathology, Dementia, and Cognitive Systems*, 42 Stroke 722, 722 (2011) (noting that brain infarcts are "common in older persons," and are associated with "lower cognition, specifically perceptual speed and semantic and episodic memory"). Adding more diagnostic complexity, we now know that older persons often have multiple pathologies in their brains (mixed pathologies) contributing to memory loss and cognitive impairment, very commonly Alzheimer's disease and infarcts, and these infarcts are often too small to be visualized by routine neuroimaging (MRI). It is often difficult during life to know whether one or multiple of these pathologies is contributing to an individual's cognitive impairment.

44. Also relevant to CTE is the fact that we also now know that one-third of older persons who die without cognitive impairment have full Alzheimer's

disease pathology, undiagnosed, in their brains.  *See, e.g.*, D. A. Bennett, et al., *Neuropathology of Older Persons Without Cognitive Impairment from Two Community-Based Studies*, 66 Neurology 1837, 1841 (2006) (finding that about one-third of persons without obvious signs of dementia had intermediate or high likelihood AD); Howard Jay Aizenstein, et al., *Frequent Amyloid Deposition Without Significant Cognitive Impairment Among the Elderly*, 65 Arch. Neurol. 1509 (2008) (finding that in a community-based sample of individuals from 65 to 88 years who did not show signs of AD or mild cognitive impairment, twenty-one percent showed evidence of amyloid deposition, which is consistent with AD); Reisa A. Sperling, et al., *Toward Defining the Preclinical Stages of Alzheimer's Disease: Recommendations from the National Institute on Aging-Alzheimer's Association Workgroups on Diagnostic Guidelines for Alzheimer's Disease*, 7 Alzheimers Dement. 280, 285 (2011) (noting that ongoing studies have provided preliminary evidence "that biomarker abnormalities consistent with AD pathophysiological process are detectable before the emergence of overt clinical symptomatology and are predictive of subsequent cognitive decline.").  It is believed that these individuals have cognitive reserve and are able to compensate for pathology without showing clinical symptoms.  This is also relevant to CTE.  It is currently not known whether some athletes in specific sports will have the reported brain changes of CTE, but not exhibit symptoms during life.  Given my experience with Alzheimer's disease and other brain diseases, in my opinion it is quite likely that there can be the reported pathology of CTE without symptoms.

45.     It is noteworthy that our understanding of the diagnostic and clinical profile of Alzheimer's disease continues to evolve and aspects of the profile are not easily understood by the scientific and medical communities.  One example, which I believe is relevant to the complaints raised by the objectors, involves mood symptoms.  For many years, the scientific and medical communities believed that changes in mood, specifically depression, were part of the diagnostic and clinical profile of Alzheimer's

disease. Today that belief has been refuted and the scientific and medical communities now understand that depressive symptoms are not part of the diagnostic and clinical profile of Alzheimer's disease. *See, e.g.*, R. S. Wilson, et al., *Change in Depressive Symptoms During the Prodromal Phase of Alzheimer Disease*, 65 Arch. Gen. Psychiatry 439, 439-45 (2008) (showing no systematic change in depressive symptoms during the prodromal or early stages of AD); R.S. Wilson, G.M. Hoganson, et al., *Temporal Course of Depressive Symptoms During the Development of Alzheimer Disease*, 75 Neurology 21, 21-26 (2010) (showing barely perceptible depressive symptoms presymptomatic and in symptomatic AD); R.S. Wilson, A. W. Capuano, et al., *Clinical-Pathologic Study of Depressive Symptoms and Cognitive Decline in Old Age*, 83 Neurology 702, 702-09 (2014) (finding that none of the neuropathologic markers of dementia was related to the level of depressive symptoms or change in symptoms).

46.     I also note that there is still much to be learned about Alzheimer's disease, including the cause or causes of Alzheimer's disease, which are still not well-understood by the scientific community. In fact, despite how much is known about Alzheimer's disease today, NIH alone funds over $500 million per year in Alzheimer's-related research. *See* Estimates of Funding for Various Research, Condition, and Disease Categories (RCDC), U.S. Dept. of Health & Human Services (Mar. 7, 2014), *available at* http://report.nih.gov/categorical_spending.aspx. This is true despite the many years of extensive research into the disease.

47.     Finally, I have reviewed certain objections that emphasize that the scientific community will soon be able to diagnose CTE in living people because a compound—known as a biomarker—soon will be identified that will allow for the identification of the tau protein in living people who take a PET scan. This may be true, but based on Alzheimer's disease research, the presence of a biomarker for a protein does not  currently tell us whether an individual is exhibiting symptoms or the likelihood that he will experience symptoms. As noted above, neuropathologists, including myself,

regularly find amyloid protein consistent with Alzheimer's disease in the brains of patients who are asymptomatic during their lives and who never experience the symptoms of Alzheimer's disease. Moreover, the abnormal tau protein is present in multiple neurodegenerative diseases and in aging which may make interpretation of biomarker studies difficult. Finally, the tau biomarker has not been FDA approved and remains under investigation.

### B.   The Settlement Compensates the Key Alleged Symptoms of CTE

48.     Thus far, I have explained why I do not believe that the scientific and medical communities understand the cause or causes of CTE or the diagnostic and clinical profile of CTE (*i.e.*, CTE's associated symptoms). However, even if one assumes that there is a causal relationship between mild repetitive TBI and CTE—as alleged by several objectors—in my opinion, the Settlement, which provides compensation for dementia, Alzheimer's disease, Parkinson's disease, and ALS, compensates the key alleged impairments associated with CTE based on the current state of the science.

49.     The McKee Study is particularly important for understanding this opinion. As stated above, in the McKee Study, the authors found that the symptoms most associated with CTE III and CTE IV were memory problems, attention and learning problems, and executive dysfunction. McKee Study at 55-63. They found that subjects with CTE III and IV essentially had progressed to dementia. *Id.* at 59. They also found that many of the subjects had comorbid, *i.e.*, co-occurring, disease with CTE. Those comorbid diseases were Alzheimer's disease, Parkinson's disease, ALS, and frontotemporal dementia. *Id.* Thus, by compensating for dementia and other conditions that have been identified as comorbid with CTE, the vast majority of retired players who manifest symptoms of CTE while living will be compensated according to the studies relied upon by objectors.

50.     Objectors maintain that a vast number of mood and behavioral symptoms, which they claim are part of the diagnostic and clinical profile of CTE, remain

uncompensated in the Settlement.  But many of these mood and behavioral symptoms are associated with dementia, and are covered under the cognitive domain, which are tested for in the Settlement—namely, learning and memory impairment, impaired concentration and attention, executive dysfunction, language impairment, and visuospatial difficulties. (*See* Exhibit 2 to Settlement Agreement (Test Battery).)  Tellingly, based on the McKee Study and the Stern Study, it appears that almost all players with CTE have some impairment in these cognitive domains.

51.     I also note the McKee Study concluded that the vast majority of retired football players in the study had CTE III or IV or CTE plus co-morbid disease. *See* McKee Study at 59.  These retired players would have been compensated under the settlement while living based on my review of the injury definitions and test battery.

52.     Therefore, even based on the limited information available to us today, the Settlement compensates symptomatic players with CTE by compensating for dementia and other conditions that have been identified as comorbid with CTE.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  Chicago, Illinois

November 12, 2014

Julie Ann Schneider, M.D.

EXHIBIT  A

# CURRICULUM VITAE

# JULIE ANN SCHNEIDER, M.D., M.S.

OFFICE ADDRESS

Rush Alzheimer's Disease Center
Rush University Medical Center
600 S. Paulina St., Suite 1022F AAC
Chicago, Illinois 60612
312-942-2360

LABORATORY ADDRESS

Rush Alzheimer's Disease Center Laboratory
Rush University Medical Center
1735 W. Harrison St., Cohn 436
Chicago, IL 60612
(312) 563-3550

CLINIC ADDRESS

Rush Memory Clinic
Rush University Medical Center
600 S. Paulina, Ste 130
Chicago IL 60612
312-942-3333

## CURRENT POSITIONS

Professor of Pathology (Neuropathology), Department of Pathology, Rush University Medical Center

Professor of Neurological Sciences, Department of Neurological Sciences, Rush University Medical Center

Associate Director, Neuropathology Core Leader, Senior Neuropathologist, Rush Alzheimer's disease Center, Rush University Medical Center

## BOARDS AND LICENSURE

Licensure - Physician and Surgeon, State of Illinois

Diplomate, American Board of Psychiatry and Neurology, Neurology (1993)

Diplomate, American Board of Pathology, Neuropathology (1995)

Certified, United Council for Neurologic Subspecialties (UCNS), Geriatric Neurology (2011)

EDUCATION

Lane Technical High School; Chicago, Illinois, 1979

University of Illinois; Champaign-Urbana; Biology and Psychology  B.S., 1983

University of Illinois, School of Medicine; Chicago, M.D. 1987.,

Rush University Medical Center; Master of Science in Clinical Research  (7/2000- 6/2003)
(K30 – National Institute of Health sponsored program), M.S. 6/14/2003

HONORS

Phi Beta Kappa, University of Illinois, Champaign-Urbana, 1983

Magna Cum Laude, University of Illinois, Champaign-Urbana, 1983

Alpha Omega Alpha, University of Illinois School of Medicine, Chicago, 1985

PROFESSIONAL  EXPERIENCE

Medical Internship, Department of Internal Medicine, Michael Reese Hospital, Chicago  IL.
July 1987 - June 1988

Neurology Residency, Department of Neurology, University of Chicago, Chicago, IL.  July
1988 - June 1991

Neuropathology Fellowship, Department of Pathology (Neuropathology), University of Chicago,
Chicago, IL.  July 1991 - June 1993

Mount Sinai Hospital and Neurosciences Limited, Chicago Illinois  (Part-time clinical
neurology), 1991 - 1993

Neuropathology Fellowship, Department of Pathology and Laboratory Medicine
(Neuropathology), Emory University School of Medicine, Atlanta  GA.  July 1993-June 1994

Instructor of Pathology (Neuropathology), Department of Pathology and Laboratory Medicine,
Emory University School of Medicine, Atlanta.  July 1994-May 1995

Instructor of Neurology (joint appointment), Department of Neurology, Emory University School of Medicine, Atlanta.  July 1994-May 1995

Emory Neurobehavioral Program, Wesley Woods Geriatric Hospital.  Memory Assessment Clinic (outpatient clinic) Geriatric Neurology/Neuropsychiatry Inpatient Service.  July 1994 -July 1996

Assistant Professor of Neuropathology, Department of Pathology & Laboratory Medicine, Emory University School of Medicine, Atlanta.  June 1995 -July 1996

Assistant Professor of Neurology (joint appointment), Department of Neurology, Emory University School of Medicine, Atlanta.  July 1995-July 1996

Assistant Professor of Neurology, Rush Alzheimer's Disease Center, Department of Neurological Sciences, Rush University Medical Center; August 1996-present.

Assistant Professor of Pathology (Neuropathology) (joint appointment), Department of Pathology, Rush University Medical Center.  August 1996- November 2005.

Associate Professor of Pathology (Neuropathology), Department of Pathology, Rush University Medical Center;  November 2005 -2012.

Associate Professor of Neurology, Rush Alzheimer's Disease Center, Department of Neurological Sciences, Rush University Medical Center; April 2006 -2012.

Associate Director, Neuropathology Core Leader, Rush Alzheimer's disease Core Center [NIH P30AG10161 (Bennett)]  September 2011 – current.

Professor of Pathology (Neuropathology), Department of Pathology, Rush University Medical Center.  2013- current

Professor of Neurological Sciences (joint appointment), Department of Neurological Sciences, Rush University Medical Center. 2013 - current


GRANTS AND FUNDING (CURRENT)

1R01AG042210 (Schneider)                                        07/1/12- 06/30/17
   *Epidemiologic Study of TDP-43 Pathology in Aging and Dementia*
   Major goal is to determine whether age-related TDP-43 pathology represents a separate
   pathologic process associated with a dementia syndrome with a distinct cognitive
   phenotype and specific genetic risk factors that are separate from AD.
   Role:  Principal investigator

R01NS078009 (Buchman)                                      9/15/12-6/30/17
    NINDS
    *The Clinical Profile of Parkinson's Disease (PD) Pathology*
    The overall goal is to characterize the clinical profile of PD pathology in older persons
    without a diagnosis of PD.
    Role: co-investigator

R01AG043379 (Buchman)                                      9/30/12-8/31/17
    NIA
    *Brain and Spinal Cord Microvascular Pathology in Late-Life Motor Impairment*
    The overall goal is to test the hypothesis that specific microvascular pathologies in the
    brain and spinal cord contribute to late-life motor impairment.

U01AG016976 (Kukull/Montine)                               7/1/12-6/30/13
    NIA (Pilot)
    *Optimization of Neuropathologic Assessment of Alzheimer's Disease*
    The overall goal is to optimize neuropathologic diagnosis of Alzheimer's disease for
    uniformity and accurancy across centers
    Role:  Site Principal Investigator

P30 AG10161 (Bennett)                                      9/30/91-6/30/16
    *Rush Alzheimer's Disease Core Center*
    Major goals to provide core infrastructure support for research regarding
    aging/dementia/AD.
    Role:  Associate Director, Core Leader: Neuropathology Core

R01 AG031553 (Morris)                                      3/15/08 – 2/28/13
    *Epidemiologic Study of Brain Vitamin E, Diet, and Age-Related Neurologic Diseases;*
    Major goal is analyze Vitamin E in brain, CSF, serum, and diet and compare to
    neuropathology and dementia.
    Role: Co-Principal Investigator

R01 AG17917 (Bennett)                                      9/30/01-6/30/13
    *Epidemiologic Study of Neural Reserve and Neurobiology of Aging;*
    Major goals are to identify structural bases of reserve and examine mechanisms risk
    factors lead to age-related functional impairment.
    Role: Co-Investigator

R01 AG15819 (Bennett)                                      7/1/98 – 6/30/13
    *Risk Factors, Pathology and Clinical Expressions of AD*
    The major goals of this project are to examine the pathologic mechanisms through which
    risk factors lead to clinical AD.
    Role: Co-investigator

P01 AG14449 (Mufson)                                       9/1/97 – 3/31/13
    *Neurobiology of Mild cognitive impairment in the Elderly;*

The major goals are to identify neurobiologic  substrates of mild cognitive impairment.
Role:  Co-investigator (Neuropathologist)

R01AG033678-01 (Boyle)                                      9/15/2009 - 6/30/14
Epidemiologic study of impaired decision making in preclinical Alzheimer's disease.
The overall goal of the proposed epidemiologic study is to examine the causes and
consequences of impaired decision-making in old age.
Role:  Neuropathologist


R01AG034374 (Boyle)                                         8/15/2009 -7/31/14
Characterizing the behavior profile of healthy cognitive aging.
Goal is to use innovative statistical approaches to characterize the profile of healthy
cognitive aging defined as age-related cognitive change not accounted for by the
presence of common neuropathologies (i.e., Alzheimer's disease, cerebral infarcts, and
the Lewy body diseases) or terminal decline.
Role:  Neuropathologist.

P01 AG09466 (deToledo-Morrell)                              4/1/1991-8/31/12
Anatomic, Physiologic, Cognitive Pathology of AD; major goals- to identify
neurobiologic, radiologic, physiologic, cognitive markers with AD;
Role: Co-Investigator; Neuropathologist, Administrative Core

R01 AG36042 (Bennett)                                       9/15/09-8/31/14
Exploring the Role of the Brain Epigenome: Cognitive Decline and Life Experiences
The goal of the study is to examine the relation of DNA methylation to cognitive decline
and life experiences.
Role:  Neuropathologist

R01 HL096944 (Levine)                                       9/1/09 – 6/30/13
Stroke and aPL: Community-Based Clinicopathologic Study
The major goal of this project is to investigate the role and mechanisms of
antiphospholipid antibodies (aPL) in the development of pathologically-proven ischemic
brain infarction.
Role: Neuropathologist

R01AG040039 (Arvanitakis)                                   9/30/11-8/31/16
National Institute on Aging
Vascular Cognitive and Motor Decline: Impact of aPL
The major goal of this project is to investigate the role and mechanisms of
antiphospholipid antibodies (aPL) in the development of cognitive and motor decline in
aging.

R01AG039478 (Arnold)                                        4/1/11-3/31/16
National Institute on Aging
Targeted Proteomics of Resilient Cognition in Aging

The major goal of the study is to identify candidate proteins and pathways that best confer cognitive resilience despite the accumulation of neurodegenerative disease pathology.
Role:  Neuropathologist

R01AG036836 (De Jager)                                    9/15/11-8/31/15
National Institute on Aging
Exploring the Role of the Brain Transcriptome in Cognitive Decline
The major goal is to investigate the transcriptome of human brain tissue to identify molecular pathways that contribute to cognitive decline.
Role:  Neuropathologist


GRANTS AND FUNDING (PAST)

R01 AG030146 (Evans)                                    9/30/07 – 7/31/12

Genetic Epidemiology of Cognitive Decline in an Aging Population Sample
The major goal is to conduct a genome-wide association scan of 550,000 SNPs to identify loci associated with cognitive decline.
Role: Co-Investigator


R01 AG011101 (Evans)                                    3/1/93 – 8/31/12

Risk Factors for Incident Alzheimer's Disease in a Biracial Community
The major goal is to identify potentially reversible risk factors for Alzheimer's disease and MCI in a biracial longitudinal population-based study.
Role: Co-Investigator

RC2 AG36547 (Bennett)                                    9/30/09-8/31/12
Cognitive Decline and Dementia: Life Experiences and the Brain Histone Epigenome
The goal of the study is to examine the relation of histone acetylation to cognitive decline and life experiences.
Role:  Neuropathologist

R21 AG030346 (Kelly)                                    9/30/08 – 8/31/12
*Relationship Between AD Clinicopathological Changes and CNS Sex Steroid Hormones*;
Major goal is to determine the relationship between brain tissue hormone levels and cognitive impairment, and AD pathology.
Role: Neuropathologist

R01 AG024480 (Buchman)                                    7/1/05 – 6/30/12
*Risk Factors and the Neurobiologic Substrate of Frailty*
Major goals of this project are to identify the neurobiologic substrate of physical frailty and identify risk factors for frailty.
Role:  Co-Investigator

R01 AG24871 (Wilson)                                                    7/1/06 – 4/30/11
    *Neurobiologic Study of Psychological Distress & Dementia;*
     Major goal to identify the mechanisms underlying the association of chronic
    psychological distress with dementia.
    Role: Co-investigator (Neuropathologist)

R21 AG30765 (Bennett)                                                   9/1/07 – 6/30/10
    *Degraded Rationality: Subclinical Neuropathology and Neuroeconomic Behavior in*
    *Older Persons*
    Role: Co-Investigator

K- 23 AG23675 (Arvanitakis)                                             01/15/05 – 12/31/09
    National Institute on Aging
    *Oxidative Stress, Aging, and Alzheimer's Disease*
    Role:  Consultant

K23 - AG023040 (Boyle)                                                  5/1/04 - 4/30/09
    National Institute on Aging
    Role: Mentor
    *Effects of Vascular Disease in Mild Cognitive Impairment*
    The major goals are to examine the correlates, predictors, and consequences of mild
    cognitive impairment with an emphasis on vascular disease.
    Role:  Consultant

R01 AG021972 (Morris)                                                   8/15/04 – 7/31/09
    *Long-Term Dietary Risk Factor Assessment and Incident AD;*
    Major goals of this project are to determine the relationship between dietary Vitamin E
    patterns from foods and supplements and the subsequent risk of incident Alzheimer's
    disease.
    Role: Co-Investigator

Rush Scientific Leadership Council Grant Awards (Schneider)             7/1/2008
    Translational Science Consortium, Capital Equipment Grant Award
    Capital Research Equipment (Leica BOND[TM] Fully integrated IHC and ISH)

K08 AG00849 (Schneider)                                                 3/01/00-2/28/05
    *Epidemiology, Pathology and Parkinsonism in Aging.*
    Major goals: Examine the relation of nigral pathology to parkinsonism in aging and AD.
    Role:  Principal Investigator

P30AG10161  NACC Collaborative Grant (Weintraub)                        7/01/05 – 6/30/07
    National Alzheimer's Coordinating Centers Collaborative Grants
    Clinical Phenotypes of FTD are Determined by Neuropathologic and Biochemical
    Features

Role:  Site principal investigator

P30 AG10161 Rush Alzheimer's disease Pilot Award (Schneider)          7/01/05-6/30/06
*Vitamin E, the Aging Brain, and Cognitive and Motor Impairment in Aging*
Major goals:  Investigate brain Vitamin E and the relationship between Vitamin E and brain pathology and neural reserve.
Role:  Principal Investigator

P30AG10161 NACC Collaborative Grant (Kowal)          7/00/00 - 6/30/01
National Alzheimer's Coordinating Centers Collaborative Grants
NACC Vascular pathology Consortium
Role:  Site principal investigator

Illinois Department of Public Health; AD Research Funds (Schneider)          7/1/98-6/30/00.
A beta 40 and A beta 42  and memory impairment in aging and Alzheimer's disease.
Role: Principal investigator: FY98-00

P30AG010130 NIA Emory Alzheimer's disease center (Mirra)          7/1/94-6/30/96
Role:  Co-investigator:  Neuropathology and Clinical Cores

## PROFESSIONAL ORGANIZATIONS

McKinley Health and Advisory Board; Voting member, Publicity, Needs Assessment, and Search Committees,  1981 - 1983

Secretary and Treasurer of Alpha Chapter, Alpha Omega  Alpha , 1986

American Academy of Neurology (AAN), 1990 – present

Behavioral Neurology Section of the AAN, 1995 - present

Geriatric Neurology Section of AAN, 2005 – present

Ethics Section of AAN, 2006 - present

American Association of Neuropathologists, 1994 – present

American Heart Association, 2014 – present

Board of trustees, International CAA Society, 2014 - present

## PROFESSIONAL ACTIVITIES

Manuscript peer review
Alzheimer's disease and Associated Disorders

American Journal of Neuroradiology
American Journal of Pathology
Annals of Neurology
BMC Neurology
Brain
Brain pathology
Current Alzheimer's Research
Dementia and Geriatric Cogn. Dis.
European Journal of Neurology
FASEB Journal
JAMA
Journal of Alzheimer's disease
Journal of Experimental Neurology
Journal of Geriatric Psychiatry and Neurology
Journal of the American Geriatrics Society
Journal of Gerontology
Journal of Histochemistry and Cytochemistry
Journal of Neurology
Journal of Neuropathology and Experimental Neurology
Lancet
Lancet Neurology
Molecular Psychiatry
Movement Disorders
Nature Reviews Neurology
Neurology
Dementia and Geriatric Cognitive Disorders
Stroke

Editorial Boards

| | |
|---|---|
| 2005- | Monitoring editor, Journal Histochemistry and Cytochemistry |
| 2008- | Editorial Board, International Journal of Clinical and Experimental Pathology  (IJCEP, ISSN 1936-2625) |
| 2010-2011 | Associate editor, Journal of  Alzheimer's Disease |
| 2013 | Guest editor, Alzheimer Disease & Associated Disorders - An International Journal |
| 2013- | Editorial Board, Journal of Neuropathology and Experimental Neurology. |

NIH grant reviews

| | |
|---|---|
| 2006 | National Institute on Aging; Training (T32-T35) Grant Review Committee, ad-hoc member |

| | |
|---|---|
| 2008 | National Institute on Aging; Alzheimer' Disease Research Center (ADRC) Grant Review Committee |
| 2009 | National Institute on Aging, P01 Review Committee (Einstein Aging Study, Richard Lipton) |
| 2009 | National Institute on Aging; Alzheimer' Disease Research Center (ADCC) Grant Review Committee |
| 2009 -13 | Standing member, National Institute on Aging; Neuroscience of Aging Review Committee |
| 2012-2013 | Chair,  National Institute on Aging; Neuroscience of Aging Review Committee |
| 2014 | National Institute on Aging; Alzheimer' Disease Research Center (ADRC and ADCC) Grant Review Committee |

Other Grant peer review

| | |
|---|---|
| 1998 | Blowitz-Ridgeway Foundation |
| 1999 | Loyola School of Medicine Intramural Grants |
| 1999- 2007 | Alzheimer's Association Grant review |
| 2001 | The Retirement Research Foundation Grants |
| 2001 | Basic Life Sciences UIC Campus Research Board (CRB |
| 1999- 2008 | Alzheimer's Disease Research Fund Review Panel, Illinois Department of Public  Health |
| 2014 | Wellcome Trust Grant review, ad hoc |

Abstract peer review

| | |
|---|---|
| 2008-2010 | Aging and Dementia abstracts; American Academy of Neurology Annual Meetings. |
| 2011,2013 | VASCOG Society: The International Society of Vascular Behavioural and Cognitive Disorders. |
| 2012-2014 | American Association of Neuropathologists Meeting |

| | |
|---|---|
| 2013 | Alzheimer's Association International Conference (AAIC), Boston July 13-18 |
| 2014 | Alzheimer's Imaging Consortium (AIC) preconference to AAIC, Copenhagen |

Elected committees:

| | |
|---|---|
| 2001- 2002 | Awards committee, American Association of Neuropathologists |
| 2011- | Program Committee, American Association of Neuropathologists |
| 2011- | Neuropathology Core Steering Committee; National Alzheimer's Disease Centers |

Rush University Medical Center:

| | |
|---|---|
| 1996-2009 | Neuropathology Quality Assurance Committee |
| 1997 | Committee for Rush Medical Student applicant interviews |
| 1997- present | Rush Alzheimer's Disease Center Tissue Distribution Committee |
| 1997- 2005 | Woman's Health Initiative – Memory Study; Examining Neurologist for Rush site |
| 2000- present | Rush Alzheimer's Disease Center Executive Committee |
| 7/2005 – 12/2008 | Department of Neurological Sciences Advisory Committee |
| 5/2007 - present | Rush Biospecimen Storage Committee |
| 9/2011- present | Neuropathologist, Rush Hospital and Medical Center Brain Autopsy Service |
| 1/2011- present | Rush Scientific Leadership Council and Pilot Grant Committee |

Other Academic Activities

| | |
|---|---|
| 7/1/2006 | Invited Member, Alzheimer's Disease Center *Biospecimen Task Force*, National Institute on Aging |
| 8/2007 | Invited participant, *NIA Genetics of Alzheimer's Disease Planning Meeting*, Bethesda, National Institute on Aging |

| | |
|---|---|
| 12/2007 | Consultant, Neuropathology subcommittee for the AD Genetics Consortium (ADGC) |
| 4/2008 | Invited auditor, American Academy of Neurology Annual Meeting;Program 5PS.005: Poster Session 5; Poster Grouping: Aging and Dementia: Pathology 91 – 100 |
| 4/2008 | Co-chair, American Academy of Neurology Annual Meeting; Session S11: Aging and Dementia: Basic Science/Neuropathology |
| 10/2008- | Neuropathology consultant, AVID radiopharmaceuticals |
| 2009 -2012 | Neuropathologist, Bielschowsky Histology Core laboratory for Avid AV-45-A07, A16 Phase 3 Clinical Trial - Autopsy Protocol Study. |
| 11/2008- 12 | Geriatric Neurology Examination Committee – United Council for Neurologic Subspecialties |
| 3/2009 | Co-chair; 7th Annual Mild Cognitive Impairment (MCI) Symposium Sponsored by the Behrman Center for Medical Education at Mount Sinai Medical Center, Miami FL; Session; LBD and Vascular Cognitive Impairment. |
| 10/2009 | AHA writing committee initiated by the Stroke and EPI Councils on the topic of vascular cognitive impairment (officially titled "Vascular Contributions to Cognitive Impairment and Dementia") |
| 8/2009 | Invited Reviewer; Continuum: Lifelong Learning in Neurology, a program of the American Academy of Neurology; Special issue Dementia. |
| 3/2010 | Invited Speaker and Participant,  Vascular mechanisms in Brain Aging UK-USA (LLHW-NIA) Centres Workshop. |
| 4/2010 | Co-chair, American Academy of Neurology Annual Meeting; Session S. Toronto, Canada |
| 5/2010 | Consultant, Advisory Board on "Alzheimer's diagnosis and the role of Amyloid Imaging", GE Healthcare |
| 9/2011 | Steering Committee, National Institute of Aging/ Alzheimer's Association sponsored revision of the NIA-Reagan criteria for a pathologic diagnosis of Alzheimer's disease. |

| | |
|---|---|
| 6/2011 | Scientific Committee; VASCOG conference 2011 Lille France; |
| 7/2012 | Chair; Alzheimer's Association International Conference (AAIC) session entitled Related Dementias 2: Frontotemporal Dementia and Dementia with Lewy Bodies.  Vancouver, British Columbia, Canada. |
| 7/2013 | Invited, Scientific Committee; VASCOG conference 2013 Toronto, Canada |
| 6/2014 | Consultant, Navidea Biopharmaceuticals Inc. |
| 10/2014 | Alzheimer's expert panel, CME video expert panel; "Advances in Alzheimer's Disease: Early Imaging and Therapeutics",  sponsored by Eli Lily Corporation. |

## EXTERNAL ADVISORY BOARDS

| | |
|---|---|
| 11/2004 - 2013 | External Advisor for P01 AG12435; National Institute on Aging; *Aging  Brain: Vasculature, Ischemia*, and Behavior – Principal Investigator: Dr. Helena Chui 9/30/04 – |
| 10/2008 - present | Scientific External Advisory Board  (U01) National Institute on Aging; *University of Washington/Group Health Alzheimer's Disease Patient Registry/Adult Changes in Thought study.*– Principal Investigator: Dr. Eric Larson |
| 3/2011-present | External Advisor Committee, University of California San Francisco Neurodegenerative Brain Bank (NDBB) |
| 11/2011-present | External Advisory Board, Committee, New York     University – Alzheimer's Disease Core Center |
| 1/2012-present | External Advisory Board, Boston University – Alzheimer's Disease Core Center. |
| 1/2013- present | Cell Bank Advisory Committee, National Cell Repository for Alzheimer's Disease (PI: Tatiana Foroud). |

## ADDITIONAL TEACHING  EXPERIENCE

Lecturer and Laboratory Assistant, Clinical Pathophysiology  Course (Neuropathology), second
year medical student lectures, University of Chicago, 1993
Laboratory Teaching Assistant, Neurobiology Course (Neuroanatomy), first year medical student
course, University of Chicago, 1993

Neuropathology and clinical conferences, for neurology and pathology residents and faculty,
University of Chicago, 1991-1993

Neuropathology course for neurology, neurosurgery, and pathology residents, University of
Chicago, 1992-1993

Neuropathologic correlation at weekly Neurology/ Neurosurgery/ Neuroradiology, and Pediatric
conferences, Emory University School of Medicine and Egleston Children's Hospital.
1993 -1996

Faculty Lecturer, Neuropathology Section, Pathology 615 - second year medical school course,
Emory University School of Medicine, 1994-1996

Brain cutting conference, weekly conference /microscopic sign out with residents, Emory
University School of Medicine, 1994 -1996

Tutor, problem based learning, sophomore medical students, Emory University School of
Medicine, 1996

Faculty Presenter, *Role of Interdisciplinary Teams in working with patients and families with
dementia,* Geriatric Interdisciplinary Team Training Program, 2000

Faculty Lecturer, Medical Student Pathology Laboratory, Brain Pathology; Rush University
Medical Center; 2004 – 2009

Faculty Lecturer, Neuropathology course for Neurosurgery residents at Rush University Medical
Center, 2001-present.

Faculty Lecturer, Neuropathology course for Neurology residents at Rush University Medical
Center, 2009-present.


THESIS COMMITTEES

Member, Thesis Committee (Brinda Desai, PhD candidate, Rush University Neuroscience
Graduate Program).  Thesis successfully defended 1/2009

Member, Thesis Committee (Aditi Patel, PhD candidate, Rush University Neuroscience
Graduate Program.  Thesis successfully defended 7/2011

<u>INVITED PRESENTATIONS (RUSH UNIVERSITY MEDICAL CENTER)</u>

Speaker, *Neuropathology of Dementia*, Pfizer Educational Conferences, Rush University Medical Center and Rush Alzheimer's Disease Center, 1997.

Speaker, *Neuropathology of Dementia*, Bayer Educational Conferences, Rush University Medical Center and Rush Alzheimer's Disease Center, 1998.

Speaker, *Treatment of Alzheimer's disease,* sponsored by Pfizer Inc.; Rush University Medical Center Internal Medicine; Round table discussion. Chicago IL 1998

Speaker, *Alzheimer's disease and related disorders*, Leadership of Dementia Special Care Units Certificate Course, , Rush University Medical Center and Rush Alzheimer's Disease Center, 1999.

Speaker, *NonAlzheimer's Dementias Workshop:* Neurology for the Non-Neurologists Annual Conference, sponsored by Dept of Neurological Sciences, Rush University Medical Center 2000-2001

Speaker, *The Neuropathology of Alzheimer's disease,* Preparing Leaders for the Future of Dementia Care: Dementia Special Care Unit Director Certificate Course at Rush University Medical Center. 2002-2004

Speaker, *Parkinsonian Signs in Older Persons, Epidemiology and Pathology*, Grand Rounds, Department of Neurological Sciences, Rush University Medical Center 2003.

Speaker, *The Neuropathology of Alzheimer's disease,* Primary Provider Group at Rush-Presbyterian-St. Luke's Medical Center.  Sponsored by the Rush Alzheimer's Disease Center. 2001 – 2004

Speaker, *Apolipoprotein E, Alzheimer's Disease  Pathology, and Cerebral Infarctions*, Grand Rounds, Department of Neurological Sciences, Rush University Medical Center 2004.

Speaker, *The Neuropathology of Dementia*; Annual Unit Director's Course, Rush University Medical Center 5/2005

Speaker, *The Neuropathology of Cognitive Impairment and Dementia, an Update from the Religious Orders Study.* Grand Rounds, Department of Neurological Sciences. Rush University Medical Center 1/2006

Speaker, *The Neuropathology of Parkinsonism in older Persons (data from K08 AG00849)* . Research on Aging Conference, Rush University Medical Center and Rush Alzheimer's Disease Center. 1/06

Speaker, *The Neuropathology of Dementia*; Annual Unit Director's Course, Rush University Medical Center 5/2006

Speaker, *Frontotemporal and other atypical dementias-Part II-the neuropathologic perspective* Grand Rounds, Department of Neurological Sciences. Rush University Medical Center 8/2006

Speaker, *The aging brain and risk factors for dementia,* ASSIST meeting for Rush Alzheimer's disease Center, Rush University Medical Center, Chicago IL 3-2008

Speaker, *The Neuropathology of Dementia*; Annual Unit Director's Course, Rush University Medical Center 5/2008

Speaker, *Mixed Pathology in Probable Alzheimer's disease and Mild Cognitive Impairment* Grand Rounds, Department of Neurological Sciences, Rush University Medical Center 5/2008.

Speaker,  *Alzheimer's disease; Where we are and Where are we going,* Annual CNA conference for Rush Alzheimer's disease center, Rush University Medical Center, Chicago IL March 2008

Speaker, *The Neuropathology of Dementia*; Annual Unit Director's Course, Rush University Medical Center 5/2009

Speaker, *Genetics of Alzheimer's Disease;* Without Warning Annual Conference, Rush Alzheimer's disease center and Rush University Medical Center 10-24-2009

Speaker, Rush Rounds Lecture Series; *Alzheimer's disease*; hosted by Rush Philanthropy and President; 10-05-09

Speaker (Keynote speaker), *Brain autopsy*, Inside Highlights, Rush Alzheimer's disease Center, Rush University Medical Center. December 2009

Speaker, An epidemiologic study of TDP-43 in aging.  Neuroepidemiology conference.  Rush Alzheimer's disease Center.  09-20-2012

Speaker, "Special Topics Course on Aging"; Department of Immunology/Microbiology & Medicine 4/2014

INVITED PRESENTATIONS (OUTSIDE RUSH)

Speaker, *Brain Tumors*, Psychiatry Board Review Course, Chicago IL 1993

Speaker, *Creutzfeldt-Jakob Disease*, Eye Bank of America, Atlanta GA, 1995

Speaker, *What is new in Alzheimer's disease?*  Jewish Family Services, Milwaukee, WI, 1996

Speaker, *Overview of Alzheimer's disease and related dementias, Pharmacologic Management of Behavioral disorders in Alzheimer's disease, The Religious Orders Study and Aging in the 21st century,*  Educational Conferences for Members and Staff of Communities participating in the

Religious Study, and Educational Courses for Family Caregivers and Professionals,  Dubuque Iowa and St. Cloud MN, 1997 – 1999

Speaker, *Current Trends in Dementia Research and Care*, 5 session course for Family Caregivers and Professionals, Condell Day Center, IL  1999

Speaker (Guest Faculty Lecturer), *Alzheimer's disease,* Medical Neuroscience course, Finch University of Health Sciences/The Chicago Medical School, 1999

Speaker, *Dementia and Alzheimer's disease: A review and update.*  Illinois Masonic Department of Internal Medicine Grand Rounds  1999.

Speaker, *Applying post-mortem neurobiologic indices in epidemiologic studies of Alzheimer's disease.*  Buck Center, Research in Aging.  San Francisco CA.  2000

Speaker, *Update on Alzheimer's Disease:* Midwest Clinical Conference 2001 – Strategic Healthcare for a Diverse Population.  Chicago Medical Society.  Navy Pier – Chicago.

Speaker, *Risk factors for dementia - How neuropathology can provide clues in epidemiologic studies*, Cellular and Behavioral Mechanisms of Aging and Dementia, Northwestern University Chicago IL 3/2005

Speaker, *The Aging Brain and Risk Factors for Cognitive Impairment in Older Persons*, 2nd Annual Regional CME meeting: Providing Quality Dementia Care:  The Critical Role of the Primary Care Clinician; Washington University School of Medicine, St. Louis. 6/2005

Invited Faculty Course Speaker, *Vascular Dementia and Dementia with Lewy bodies*, in 7BS.005 Dementia Evaluation in the Office, Breakfast Seminar for American Academy of Neurology Educational Conference, Annual Meeting 2006-2008.  4/15/2005-7                                     .

Speaker, *Co-existence of Vascular and Alzheimer Pathology in Cognitively Impaired Individuals.* 4th Annual Mild Cognitive Impairment (MCI) Symposium.  Sponsored by the Behrman Center for Medical Education at Mount Sinai Medical Center, Miami FL.  Feb 24-26, 2006.

Speaker (Keynote Speaker), *The Aging Brain and Risk Factors for Cognitive Impairment in Older Persons*,  11th Annual Conference on Alzheimer Disease and Related Disorders, Springfield, Illinois (Sponsored by Southern Illinois University School of Medicine, Center for Alzheimer Disease and Related Disorders; Illinois Department on Aging and the Alzheimer's Association).  May 25, 2006

Symposium Speaker,  *Mixed Pathologies In Alzheimer's Disease And Mild Cognitive Impairment*, International Conference on Alzheimer's Disease and Related Disorders.  Chicago IL 7/2008

Speaker (Keynote), Update on Research – *Alzheimer's disease and Frontotemporal dementias; Annual Research Update.*  Alzheimer's Association, St. Louis Chapter November 5th, 2008

Speaker, The *neuropathology of MCI and probable Alzheimer's disease* 7th Annual Mild Cognitive Impairment (MCI) Symposium.  Sponsored by the Behrman Center for Medical Education at Mount Sinai Medical Center, Miami FL.  March 27-28, 2009.

Speaker, *Biological metals, fatty acids, and cognitive function in older persons,* Biological Applications of X-Ray Microprobes, sponsored by Argonne National Laboratory, National Center for Research Resources, BioCAT.  Prentice Women's Hospital, Chicago, IL.  Nov 15-16[th], 2007.

Speaker, ARCS Foundation, Chicago Chapter; *Cognitive and Motor Changes with Aging* 11-09

Speaker, *Vascular mechanisms in Brain Aging*. UK-USA (LLHW-NIA) Centres Workshop. Atlanta Georgia; March 15-16, 2010

Invited Faculty Course Speaker, *Neuropathological correlates of normal aging and MCI*, in 1PC.002.  Is it normal aging or MCI?  Half-day course; American Academy of Neurology; Annual Meeting, Hawaii 2011.

Speaker, (Keynote); Where Alzheimer's disease meets vascular disease;  Second International Symposium of the Alzheimer & Dementia Center at the Methodist Neurological Institute in Houston, Texas, March-6-2012;

Speaker, "What Every Neuropathologist Needs to Know: NIA-AA Revised Guidelines for the Diagnosis of Alzheimer's Disease. Eighty-Eighth Annual Meeting of the American Association of Neuropathologists. Chicago IL, June 23, 2012.

Speaker, "Microvascular disease and Cognition" 3rd International CAA Conference. Cerebral Amyloid Angiopathy and Related Microangiopathies. Leiden University Medical Center, Leiden, The Netherlands.  October 2012.

Speaker, "Epidemiology of Vascular Contributions to Alzheimer's disease & Dementia"; Vascular Contributions to Alzheimer's & Dementia meeting.  Alzheimer's Association developed in collaboration with the National Institute of Neurological Disorders, Chicago; December 17, 2013.

Speaker, Vascular Dementias Committee, AD-Related Dementias Workshop, National Institute of Aging, May 1-2 2013

Speaker, "The impact of small vessel disease on Cognition in patients with Alzheimer's disease". International Stroke Conference 2/2014, San Diego CA.

Speaker,  Cognitive Impairment In Aging: What We Have Learned From Longitudinal Clinical-Pathologic Studies., 9th BARCELONA-PITTSBURGH Conference Program 4/23/2014

Speaker, "Hippocampal Sclerosis of Aging".  Alzheimer's Association International Conference. Copenhagen, Denmark.  7/2014

Speaker, "Update on National Alzheimer's Centers Coordinating Center Neuropathologic data collection guidelines".  Alzheimer's disease Neuropathology Core Meeting, Baltimore 10/21/14.

Speaker, "Overlapping Neuropathologies in AD: Impact on Drug Development", Alzheimer's Association Research Roundtable. 10/2014

PEER-REVIEWED PUBLICATIONS

1. Carter CS, Witt D, **Schneider J**.  Male stimuli are necessary for female sexual behavior and uterine growth in prairie voles. Hormones and Behavior 1987;21:74-82.

2. Ovsiew F, **Schneider J**. Schizophrenia and atypical motor features in a case of progressive supranuclear palsy. Behav Neurol 1993;6:243-247.

3. **Schneider JA,** Mirra SS.  Neuropathologic correlates of persistent neurologic deficit in lithium intoxication.  Annals Neurol 1994;36:928-931.

4. Gearing M, **Schneider JA**, Robbins R, Rebeck GW, Hyman BT, Mirra SS. Alzheimer's disease with and without Parkinson's disease changes: Apolipoprotein E genotype and neuropathologic correlates. Neurology 1995;45:1985-1990.

5. **Schneider JA**, Gearing M, de l'Aune W, Robbins R, Mirra SS. The apolipoprotein E ε4 allele in diverse neurodegenerative disorders. Annals Neurol 1995;38:131-135.

6. Gearing M, **Schneider JA**, Robbins R, Hollister RD, Hyman BT, Mirra SS. Regional variation in the distribution of apolipoprotein E and Amyloid in Alzheimer's disease. J Neuropath Exp Neurol 1995;54:833-841.

7. Qureshi Al, Wilmot G, Dihenia B, **Schneider JA**, Krendal DA. Motor neuron disease with Parkinsonism. Arch Neurol 1996:53:987-991.

8. Devine SM, Newman NJ, Siegel JL, Joseph GJ, Geis TC, **Schneider JA**, Geller RB, and Wingard JR. Tacrolimus (FK506)-induced cerebral blindness following bone marrow transplantation.  Bone Marrow Transplantation 1996;18:569-572.

9. **Schneider JA**, Watts RL, Gearing M, Brewer RP and Mirra SS. Corticobasal degeneration: Neuropathological and clinical heterogeneity. Neurology. 1997;48:959-969.

10. Melov S, **Schneider JA**, Crapo JD, Day BJ, Hinerfeld DA, Jun AS, Huang TT and Wallace DC. Attenuation of the lethal phenotype of mice lacking Mn superoxide dismutase by treatment with a superoxide dismutase mimetic. Nature Genet 1998;18:159:-163

11. Melov S, **Schneider JA**, Coskun PE, Bennett DA, Wallace DC.   Mitochondrial rearrangements in aging human brain and in situ PCR of mtDNA.  Neurobiology of Aging. 1999;20:565-571

12. Wilson RS, Bennett DA, Gilley DW, Beckett LA, **Schneider JA**, Evans DA.  Progression of Parkinsonism and Loss of Cognitive Function in Alzheimer's Disease.   Arch Neurol. 2000;57:855-860.

13. Wilson RS, Bennett DA, Gilley DW, Beckett LA, **Schneider JA**, Evans DA. Progression of parkinsonian signs in Alzheimer's disease.  Neurology. 2000;54:1284-1289.

14.  Mitchell TW, Nissanov J, Han L, Mufson EJ, **Schneider JA**, Cochran EJ, Bennett DA, Lee VM.-Y., Trojanowski JQ, Arnold SE.  Quantification of Neuropil Thread Burden in Aging and Individuals with Cognitive Impairment. J of Histochem Cytochem 2000;48:1627-1637.

15.  Wilson RS, Beckett LA, Barnes LL, **Schneider JA**, Bach J, Evans DA, Bennett DA. Individual Differences in Rates of Change in Cognitive Abilities of Older Persons. Psychology and Aging 2002  17(2):179-93

16.  **Schneider JA**, Bienias JL, Gilley DW, Mufson E, Wilson RS, Kvarnberg DE, and Bennett DA. Improved Detection of Nigral Pathology in AD. J. Histochem. Cytochem. 2002 50: 99

17. Simon Melov, Susan R. Doctrow, **Julie A. Schneider**, Joanna Haberson, Manisha Patel, Pinar E. Coskun, Karl Huffman, Douglas C. Wallace, Bernard Malfroy. Lifespan extension and rescue of spongiform encephalopathy in Superoxide dismutase 2 nullizygous mice treated with superoxide dismutase –catalase mimetics.  J Neurosc 2001;21(2):8348-8353.

19. Mitchell TW, Mufson EJ, **Schneider JA**, Cochran EJ, Nissanov J, Han L-Y, Bienias JL, Lee VM-Y, Trojanowski JQ, Bennett DA, Arnold SE.  Parahippocampal Tau Pathology in Healthy Aging, Mild Cognitive Impairment, and Early Alzheimer's Disease. Ann Neurol 2002;51:182-189.

20. Wilson RS, Mendes de Leon C, Barnes LL, **Schneider JA**, Bienias JL, Aggarwal NT, Evans DA, and Bennett DA.  Participation in Cognitively Stimulating Activities and Risk of Incident Alzheimer's Disease.  JAMA. 2002;287:742-748.

21. Bennett DA, Wilson RS, **Schneider JA**, Evans DA, Beckett LA, Aggarwal NT, Barnes LL, Fox JH, Bach J.  Natural History of Mild Cognitive Impairment.  Neurology 2002;59:198-205.

22. Wilson RS, **Schneider JA**, Barnes LL, Beckett LA, Aggarwal NT, Cochran EJ, Berry-Kravis E, Bach J, Fox JH, Evans DA, and Bennett DA..  The apolipoprotein E ε4 allele and decline in different cognitive systems during a 6 year period.  Arch Neurol.  2002;59:1154-1160.

23. Wilson RS, **Schneider JA**, Beckett LA, Evans DA, and Bennett DA.  Progression of Gait Disorder and Rigidity and Risk of Death in Older Persons.  Neurology. 2002;58:1815-1819.

24. Wilson RS, Barnes LL, Mendes de Leon C, Aggarwal NT, **Schneider JA**, Bach J, Pilat J, Beckett LA, Arnold SE, Evans DA, and Bennett DA.  Depressive symptoms, Cognitive decline, and risk of Alzheimer's disease in older persons.  Neurology 2002;59:364-370.

25. Wilson RS, Bennett DA, Bienias JL, Aggarwal NA, Mendes de Leon C, Morris MC, **Schneider JA**, Evans DA.  Cognitive Activity and Incident Alzheimer's disease in a Population-Based Sample of Older Persons. Neurology  2002;59:1910-1914.

26. Wilson RS, Beckett LA, Barnes LL, **Schneider JA**, Bach J, Evans DA, and Bennett DA.  Individual differences in rates of change in cognitive function of older persons.  Psychology and Aging 2002:17:179-183.

27. Morris MC, Evans DA, Bienias JL, Tangey CC, Bennett DA, Aggarwal NA, **Schneider JA** , RS Wilson.  Dietary Fat and the risk of incident Alzheimer's disease. Archives of Neurology. 2003;60:194-200.

28. Evans DA, Bennett DA, Wilson RS, Bienias JL, Morris MC, Scherr PA, Hebert LE, Aggarwal NA, Beckett LA, Joglekar R, Berry-Kravis E, and **Schneider JA**.  Incidence of Alzheimer's Disease in a Biracial Urban Community:  Relation to Apolipoprotein E allele status.  Archives of Neurology  2003;60:185-189.

29. Morris MC, Evans DA, Bienias JL, Tangey CC, Bennett DA, Wilson RS, Aggarwal NA, **Schneider JA** and RS Wilson. Consumption of Fish and N-3 Fatty Acids and the Risk of Incident Alzheimer's disease. Archives of Neurology. Archives of Neurology 2003;60:539-544.

30. Wilson RS, **Schneider JA**, Bienias JL, Evans DA, and Bennett DA.  Parkinsonian-like signs and risk of incident Alzheimer's disease in older persons.  Archives of Neurology.  In press.

31. **Schneider JA**, Wilson RS, Cochran EJ, Bienias JL, Evans DA, Bennett DA.  Relation of cerebral infarctions to dementia and cognitive function in older persons.  Neurology 2003;60:1082-1089.

32. Barnes LL, Wilson RS, **Schneider JA**, Bienias JL, Evans DA, Bennett DA. Gender, Cognitive Decline, and Risk of Alzheimer's disease in Older Persons.  Neurology 2003;60:1777-1781.

33. Bennett DA, Wilson RS, **Schneider** JA, Evans DA, Aggarwal NT, Arnold SE, Cochran EJ, Berry-Kravis E,  Bienias JL.  Apolipoprotein E e4 allele, AD pathology, and the clinical expression of Alzheimer's disease. Neurology 2003;60:246-252.

34. Bennett DA, Wilson RS, **Schneider JA**, Evans DA, Mendes de Leon CF, Arnold SE, Barnes LL, Bienias JL. Education modifies the relation of Alzheimer's disease pathology to level of cognitive function.  Neurology 2003;60:1909-1915.

35. Wilson RS, Evans DA, Bienias JL, Mendes de Leon CF, **Schneider JA**, and Bennett DA. Proneness to Psychological distress is associated with risk of Alzheimer's disease. Neurology in press.

36. Wilson RS, **Schneider JA**, Bienias JL, Arnold S, Evans DA, and Bennett DA. Depressive symptoms, clinical AD, and cortical plaques and tangles in older persons. Neurology 2003;61:1102-1107.

37. Bennett DA, Wilson RS, **Schneider JA**, Bienias JL, Arnold SE. Cerebral infarctions and the relationship of depressive symptoms to level of cognitive function in older persons. Am J Geriat Psychiatry 2004;12:2

38. **Schneider JA**, Wilson RS, Bienias JL, Evans DA, and Bennett DA. Cerebral infarctions and the likelihood of dementia from Alzheimer's disease pathology. *Neurology* 2004;62:1148-1156.

39. Bennett, D. A., **Schneider, J. A**., Wilson, R. S., Bienias, J. L., & Arnold, S. E. (2004). Relation of amyloid load and neurofibrillary tangles to AD and level of cognitive function in older persons with and without dementia. Archives of Neurology, 61, 378-384.

40. Arvanitakis Z, Wilson RS, **Schneider JA**, Bienias JL, Evans DA, Bennett DA. Diabetes mellitus and progression of rigidity and gait disturbance in older persons. Neurology 2004;63:996-1001.

41. Morris MC, Evans DA, Bienias JL, Tangey CC, Hebert LE, Scherr PA, Troen AM, **Schneider JA** . Dietary Folate and Vitamin B-12 and cognitive decline among community dwelling older persons. Archives of Neurology 2005; 62;641-645.

42. Barnes LL, Wilson RS, Bienias JL, **Schneider JA,** Evans DA, Bennett DA. Sex differences in the Clinical Manifestations of Alzheimer's disease pathology. Archives of General Psychiatry; 2005; 62:1-8.

43. **Schneider JA**, Bienias JL, Wilson RS, Berry-Kravis E, Evans DA, Bennett DA. Apolipoprotein E ε4 increases the odds of chronic cerebral infarctions detected at autopsy. Stroke 2005;36:954-959.

44. Bennett DA, **Schneider JA**, Bienias JL, Evans DA, Wilson RS. Mild cognitive impairment is related to Alzheimer disease pathology and cerebral infarctions. Neurology. 2005 Mar 8;64(5):834-41.

45. Bennett, D. A., **Schneider, J. A**., Wilson, R. S., Bienias, J. L., Berrry-Kravis, Arnold SE. Amyloid mediates the association of apolipoprotein E ε4 Allele to cognitive function in older persons. Journal of Neurology, Neurosurgery, and Psychiatry 2005 Sep;76(9):1194-9.

46. Bennett, D. A., **Schneider, J. A**., Buchman A. S., Mendes de Leon, C, Bienias, J. L, Wilson, R.S.  The Rush Memory and Aging Project:  Study design and baseline characteristics of the study cohort.  Neuroepidemiology 2005;25(4):163-75.

47. Fleischman DA, Wilson RS, Gabrieli JDE, **Schneider JA**,  Bienias JL, and Bennett DA.  Implicit Memory and Alzheimer's Disease Neuropathology.  Brain 2005 Sep;128(Pt 9):2006-15.

48. Bennett DA, **Schneider JA**, Wilson RS, Bienias JL, Arnold SE. Education modifies the association of amyloid but not tangles with cognitive function.  Neurology 2005;Sep 27;65(6):953-5.

49. Schipper HM, Bennett DA, Lieberman A, Bienias JL, **Schneider JA**, Kelly JF, Arvanitakis Z. Glial heme oxygenase-1 expression in Alzheimer's disease and mild cognitive impairment. Neurobiol Aging. 2006 Feb;27(2):252-261.

50. **Schneider JA** , Li J-L, Li Y, Wilson RS, Kordower JH, Bennett DA.  Substantia nigra tangles are related to gait impairment in older persons.  Ann Neurol 2006;59:166-173.

51. Aggarwal NT, Evans DA, Bienias JL, Bennett DA, Wilson RS, Morris MC, **Schneider JA**. The relation of smoking and incident Alzheimer's disease in a biracial urban community. Neuroepidemiology 2006;26:140-146.

52. Bennett DA, **Schneider JA**, Tang Y, Arnold SE, Wilson RS. The effect of social networks on the relation between Alzheimer's disease pathology and level of cognitive function in old people: a longitudinal cohort study.
Lancet Neurol. 2006; 5(5):406-12.

53. **Schneider JA**, Tangney CC, Morris MC.  Folic Acid and Cognition in older persons.  Expert Opinion Drug Safety 2006 5(4):511-522

54. Bennett DA, **Schneider JA**, Arvanitakis Z, Kelly JF, Aggarwal NT, Shah RC, Wilson RS. Neuropathology of older persons without cognitive impairment from two community-based studies.  Neurology 2006:66:1837-1844.

55. Koliatsos VE, Kecojevic A, Troncoso JC, Gastard MC, Bennett DA, **Schneider JA**.  Early involvement of small inhibitory cortical interneurons in Alzheimer's disease.  Acta Neuropathol. 2006 Aug;112(2):147-62. Epub 2006 Jun 7.

56. Morris MC, Evans DA, Tangney CC, Bienias JL, **Schneider JA**, Wils**on RS, Scher**r PA. Dietary copper in conjunction with high saturated/trans fats associated with cognitive decline. Arch of Neurology  2006;63:1085-1088.

57. Kelly J.F., Bienias J.L., Shah, A., Meeke, K.A., **Schneider, J.A.**, Soriano, E. and Bennett, D.A. Levels of Estrogen Receptors in Frontal Cortex of Patients with Alzheimer's Disease: Relationship to Mini-Mental State Examination Score**s.** Curr Alzheimer Res. 2008 Feb;5(1):45-51.

58. Morris MC, Evans DA, **Schneider JA**, Tangney CC, Bienias JL, Aggarwal NT. Dietary folate and vitamins B12 not associated with incident Alzheimer's Disease. J Alzheimers Dis. 2006 Aug;9(4):435-43.

59. Barnes LL, **Schneider JA**, Boyle PA, Bienias JL, Bennett DA. Memory complaints are related to Alzheimer's disease pathology in older persons. Neurology 2006 Nov 14;67(9):1581-5.

60. Li Y, **Schneider JA**, Bennett DA. Estimation of the mediation effect with a binary mediator. Stat Med. 2007 Aug 15;26(18):3398-414.

61. Fleischman DA, Wilson RS, **Schneider JA**, Bienias JL, and Bennett DA. Parkinsonian Signs and Functional Disability in Old Age. Experimental Aging Research **2007 Jan-Mar**;33(1):59-76.

62. Wilson RS, Arnold SE, **Schneider JA**, Tang Y, Bennett DA. The relation of cerebral Alzheimer's disease pathology to odor identification in old age. J Neurol Neurosurg Psychiatry. 2007 Jan;78(1):30-5. Epub 2006 Sep 29.

63. Arvanitakis A, **Schneider JA**, Wilson RS, Li Y, Arnold SE, Wang Z, Bennett DA. Diabetes is related to Cerebral infarction but not to AD pathology in older persons. Neurology. 2006 Dec 12;67(11):1960-5.

64. Buchman AS, **Schneider JA**, Wilson RS, Bienias JL, Bennett DA. Body mass index in older persons is associated with Alzheimer disease pathology. Neurology. 2006 Dec 12;67(11):1949-54.

65. Wilson RS, Arnold SE, **Schneider JA**, Kelly J, Tang Y, Bennett DA. Chronic Psychological Distress and Risk of Alzheimer's Disease in Old Age. Neuroepidemiology. 2006;27(3):143-53. Epub 2006 Sep 13.

66. Bennett DA, **Schneider JA**, Aggarwal NT, Arvanitakis Z, Shah R, Kelly JF, Fox JH, Cochran EJ, Arends D, Treinkman A, Wilson RS. Decision rules guiding the clinical diagnosis of Alzheimer's disease in two community-based cohort studies compared to standard practice in a clinic-based cohort study. Neuroepidemiology. 2006;27(3):169-76. Epub 2006 Oct 10.

67. **Schneider JA**, Boyle PA, Arvanitakis Z, Bienias JL, Bennett DA. Subcortical infarcts, Alzheimer's disease pathology, and memory function in older persons. Ann Neurol. 2007 Jul;62(1):59-66
.

68. Wilson RS, Arnold SE, **Schneider JA**, Li Y, Bennett DA. Chronic Distress, Age-Related Neuropathology, and Late Life Dementia. Psychosom Med. 2007 Jan-Feb;69(1):47-53.

69. Wilson RS, **Schneider JA,** Arnold SE, Tang Y, Boyle PA, Bennett DA. Olfactory identification and incidence of mild cognitive impairment in older age. Arch Gen Psychiatry. 2007 Jul;64(7):802-8.

70. **Schneider JA**, Arvanitakis Z, Bang W, Bennett DA.  Mixed Brain Pathologies Account for Most Dementia Cases in Community-Dwelling Older Persons.   Neurology. 2007 Dec 11;69(24):2197-204

71. Wilson RS, **Schneider JA**, Boyle PA, Arnold SE, Tang Y, Bennett DA.  Chronic distress and incidence of mild cognitive impairment.  Neurology. 2007 Jun 12;68(24):2085-92.

72. Wilson RS, Scherr PA, **Schneider JA**, Tang Y, Bennett DA.The relation of cognitive activity to risk of developing Alzheimer's disease.  Neurology  2007 Nov 13;69(20):1911-20.

73. Cairns NJ, Neumann M, Bigio EH, Holm IE, Troost D, Hatanpaa KJ, Foong C, White CL, **Schneider JA,** Kretzschmar HA, Carter D, Taylor-Reinwald L, Paulsmeyer K, Strider J, Gitcho M, Goate AM, Morris JC, Mishra M, Kwong LK, Stieber A, Xu Y, Forman MS, Trojanowski JQ, Lee VM, Mackenzie IR.  TDP-43 in Familial and Sporadic Frontotemporal Lobar Degeneration with Ubiquitin Inclusions.  Am J Pathol. 2007 Jul;171(1):227-40.

74. Wang S, Simon BP, Bennett DA, **Schneider JA**, Malter JS, Wang DS.  The significance of Pin1 in the development of Alzheimer's disease.  J Alzheimer's Dis. 2007 Mar;11(1):13-23.

75. Cairns NJ, Bigio EH, Mackenzie IR, Neumann M, Lee VM, Hatanpaa KJ, White CL 3rd, **Schneider JA**, Grinberg LT, Halliday G, Duyckaerts C, Lowe JS, Holm IE, Tolnay M, Okamoto K, Yokoo H, Murayama S, Woulfe J, Munoz DG, Dickson DW, Ince PG, Trojanowski JQ, Mann DM.  Neuropathologic diagnostic and nosologic criteria for frontotemporal lobar degeneration: consensus of the Consortium for Frontotemporal Lobar Degeneration.  Acta Neuropathol (Berl). 2007 Jul;114(1):5-22. Epub 2007 Jun 20.

76. Wilson RS, **Schneider JA**, Arnold SE, Bienias JL, Bennett DA. Conscientiousness and the incidence of Alzheimer disease and mild cognitive impairment.  Arch Gen Psychiatry. 2007 Oct;64(10):1204-12.

77. Arvanitakis Z, **Schneider JA**, Wilson RS, Bienias JL, Kelly JF, Evans DA, Bennett DA.  Statins, incident Alzheimer disease, change in cognitive function, and neuropathology.  Neurology. 2008 May 6;70(19 Pt 2):1795-802. Epub 2008 Jan 16.

78. Wang D-S, Uchi**kado H, Benn**ett DA, **Schneider JA**, Mufson, EJ, Wu J, Dickson DW.  Cognitive performance correlates with cortical isopeptide immunoreactivity as well as Alzheimer type pathology. J Alzheimers Dis. 2008 Feb;13(1):53-66.

79. Kelly JF, Bienias JL, Shah A, Meeke KA, **Schneider JA**, Soriano E, Bennett DA.  Levels of Estrogen Receptors alpha and beta in Frontal Cortex of Patients with Alzheimer's Disease: Relationship to Mini-Mental State Examination Scores.   Curr Alzheimer Res. 2008 Feb;5(1):45-51.

80. Boyle PA, Wilson RS, **Schneider JA**, Bienias JL, Bennett DA.  Processing resources reduce the effect of Alzheimer pathology on other cognitive systems.   Neurology. 2008 Apr 22;70(17):1534-42. Epub 2008 Mar 19

81. **Schneider JA.**  Lewy body dementia. BMJ Point of Care (peer-reviewed on-line resource). https://online.epocrates.com/home.  07-31-2008

82. Buchman AS, **Schneider JA**, Leurgans S, Bennett DA.  Physical frailty in older persons is associated with Alzheimer disease pathology.  Neurology. 2008 Aug 12;71(7):499-504.

83. Arvanitakis Z, Grodstein F, Bienias JL, **Schneider JA**, Wilson RS, Kelly JF, Evans DA, Bennett DA.  Relation of NSAIDs to incident AD, change in cognitive function, and AD pathology. Neurology. 2008 Jun 3;70(23):2219-25.

84. Dawe RJ, Bennett DA, **Schneider JA**, Vasireddi SK, Arfanakis K.  Postmortem MRI of human brain hemispheres: T(2) relaxation times during formaldehyde fixation.  Magn Reson Med. 2009 Apr;61(4):810-8.

85. **Schneider JA**, Arvanitakis Z, Leurgans SE, Bennett DA.  Mixed pathologies in Probable Alzheimer's disease and Mild Cognitive Impairment.  Ann Neurol. 2009 Aug;66(2):200-8.

86. Desai BS, **Schneider JA**, Li J, Carvey PM, Hendey B.  Evidence of angiogenic vessels in Alzheimer's disease. J Neural Transm. 2009 May;116(5):587-97. Epub 2009 Apr 16.

87. Bennett DA, DeJager PI, Leurgans SE, **Schneider JA.**  Neuropathologic intermediate phenotypes enhance association to Alzheimer's susceptibility alleles.  Neurology. 2009 Apr 28;72(17):1495-503.

88. **Schneider JA**, Aggarwal NT, Barnes LA,  Boyle PA, Bennett DA. The Neuropathology of Older Persons with and without dementia  from Community vs. Clinic Cohorts. J Alzheimers Dis. 2009 Nov;18(3):691-701.

89. Wilson RS, Arnold SE, **Schneider JA**, Boyle PA, Buchman AS, Bennett DA.  Olfactory impairment in presymptomatic Alzheimer's disease.  Ann N Y Acad Sci. 2009 Jul;1170:730-5.

90. Soetanto A, Wilson RS, Talbot K, Un A, **Schneider JA**, Sobiesk M, Kelly J, Leurgans S, Bennett DA, Arnold SE.   Anxiety and Depression are associated with MAP2 and Synaptopodin Immunolabeled Dendrite and Spine Densities in Hippocampal CA3 of Older Humans.  Arch Gen Psychiatry. 2010;67(5):448-457.

91. James BD, **Schneider JA**: Increasing incidence of dementia in the oldest old: evidence and implications. Alzheimer's Research & Therapy 2010, 2:9 doi:10.1186/alzrt32.

92. Van Deerlin VM, Sleiman PM, Martinez-Lage M, Chen-Plotkin A, Wang LS, Graff-Radford NR, Dickson DW, et al. Common variants at 7p21 are associated with frontotemporal lobar degeneration with TDP-43 inclusions.  Nat Genet. 2010 Mar;42(3):234-9. Epub 2010 Feb 14.

93. Wilson RS, Leurgans SE, Boyle PA, **Schneider JA**, and Bennett DA.   Neurodegenerative Basis of Age-Related Cognitive Decline.   Neurology. 2010 Sep 15. 75(12) 1070-8 PMCID: PMC2942064

94. Arvanitakis Z, Leurgans SE, Wang Z, Wilson RS, Bennett DA, **Schneider JA.**   Cerebral Amyloid Angiopathy and Cognitive Domains in Older Persons.   Ann Neurol. 2011 Feb;69(2):320-7. doi: 10.1002/ana.22112. Epub 2010 Nov 8.

95. Kejal Kantarci, Chunhui Yang, **Julie A. Schneider**, Matthew L. Senjem, Denise A. Reyes, Val J. Lowe, Lisa L. Barnes, Neelum T. Aggarwal, David A. Bennett, Glenn E. Smith, David S. Knopman, Ronald C. Petersen, Clifford R. Jack, Jr. , Bradley F. Boeve.  Antemortem PiB binding     correlates with postmortem amyloid density in a case with DLB on region of interest analysis.   Neurobiology of Aging, 2010. Neurobiol Aging. 2010 Oct 18. [Epub ahead of print].

96. Shulman JM, Chibnik LB, Aubin C, **Schneider JA**, Bennett DA, De Jager PL.   Intermediate phenotypes identify divergent pathways to Alzheimer's disease.   PLoS One. 2010 Jun 21;5(6):e11244. PMCID: PMC2888589

97. Dowling NM, Tomaszewski Farias S, Reed BR, Sonnen JA, Strauss ME, **Schneider JA**, Bennett DA, Mungas D.  Neuropathological Associates of Multiple Cognitive Functions in Two Community-Based Cohorts of Older Adults.  J Int Neuropsychol Soc. 2010 Nov 22:1-13. [Epub ahead of print].

98. Arvanitakis Z, Leurgans SE, Barnes LL, Bennett DA, **Schneider JA**.  Microinfarct pathology, dementia, and cognitive systems.  Stroke. 2011 Mar;42(3):722-7. Epub 2011 Jan 6.

99. **Schneider JA**, Bennett DA. Where vascular meets neurodegenerative disease. Stroke. 2010;41:S144-S146. PMCID: PMC2967303

100. Negash S, Bennett DA, Wilson RS, **Schneider JA**, Arnold SE.   Cognition and Neuropathology in Aging: Multidimensional Perspectives from the Rush Religious Orders Study and Rush Memory and Aging Project.  Curr Alzheimer Res. 2011 Jan 11. [Epub ahead of print].

101. Shulman JM, Chipendo P, Chibnik LB, Aubin C, Tran D, Keenan BT, Kramer PL, **Schneider JA**, Bennett DA, Feany MB, De Jager PL.Functional Screening of Alzheimer Pathology Genome-wide Association Signals in Drosophila. Am J Hum Genet. 2011 Feb 11;88(2):232-8. Epub 2011 Feb 3.

102. Wilson RS, Yu L, **Schneider JA**, Arnold SE, Buchman AS, Bennett DA.  Lewy Bodies and Olfactory Dysfunction in Old Age.  Chem Senses. 2011 May;36(4):367-73. Epub 2011 Jan 21.

103. Clark CM, **Schneider JA,** Bedell BJ, Beach TG, Bilker WB, Mintun MA, Pontecorvo MJ, Hefti F, Carpenter AP, Flitter ML, Krautkramer MJ, Kung HF, Coleman RE, Doraiswamy PM, Fleisher AS, Sabbagh MN, Sadowsky CH, Reiman PE, Zehntner SP, Skovronsky DM; AV45-

A07 Study Group.  Use of florbetapir-PET for imaging beta-amyloid pathology.  JAMA. 2011 Jan 19;305(3):275-83.

104. Chibnik LB,  Shulman JM,  Leurgans SE,  **Schneider JA** ,  Wilson RS,  Tran D, Aubin C, Buchman AS, Heward CB, Myers AJ , Hardy JA,  Huentelman MJ, Corneveaux JJ, Reiman EM,  Evans DA,   Bennett DA, De Jager PL. *CR1* is associated with amyloid plaque burden and age-related cognitive decline. Ann Neurol. 2011 Mar;69(3):560-9. doi: 10.1002/ana.22277. Epub 2011 Mar 9.

105. Buchman AS, Leurgans SE, Boyle PA, **Schneider JA**, Arnold SE, Bennett DA. Combinations of motor measures more strongly predict adverse health outcomes in old age: the rush memory and aging project, a community-based cohort study. BMC Med. 2011 Apr 20;9:42

106. Naj AC, Jun G, Beecham GW, Wang LS, Vardarajan BN, Buros J, Gallins PJ, Buxbaum JD, Jarvik GP, Crane PK, Larson EB, Bird TD, Boeve BF, Graff-Radford NR, De Jager PL, Evans D, **Schneider JA**, et al.  Common variants at MS4A4/MS4A6E, CD2AP, CD33 and EPHA1 are associated with late-onset Alzheimer's disease.  Nat Genet. 2011 May;43(5):436-41. Epub 2011 Apr 3.

107. Wilson RS, Begeny CT, Boyle PA, **Schneider JA**, Bennett DA. Vulnerability to stress, anxiety, and development of dementia in old age. Am J Geriatr Psychiatry. 2011 Apr;19(4):327-34.

108. Hensley K, Barnes LL, Christov A, Tangney C, Honer WG, **Schneider JA**, Bennett DA, Morris MC. Analysis of Postmortem Ventricular Cerebrospinal Fluid from Patients with and without Dementia Indicates Association of Vitamin E with Neuritic Plaques and Specific Measures of Cognitive Performance. J Alzheimers Dis. 2011;24(4):767-74.

109. Buchman AS, Leurgans SE, Nag S, Bennett DA, **Schneider JA**.  Cerebrovascular Disease Pathology and Parkinsonian Signs in Old Age. Stroke. 2011 Nov;42(11):3183-9. Epub 2011 Sep 1.

110. Gorelick PB, Scuteri A, Black SE, Decarli C, Greenberg SM, Iadecola C, Launer LJ, Laurent S, Lopez OL, Nyenhuis D, Petersen RC, **Schneider JA**, Tzourio C, Arnett DK, Bennett DA, Chui HC, Higashida RT, Lindquist R, Nilsson PM, Roman GC, Sellke FW, Seshadri S; American Heart Association Stroke Council, Council on Epidemiology and Prevention, Council on Cardiovascular Nursing, Council on Cardiovascular Radiology and Intervention, and Council on Cardiovascular Surgery and Anesthesia. Vascular contributions to cognitive impairment and dementia: a statement for healthcare professionals from the american heart association/american stroke association.  Stroke. 2011 Sep;42(9):2672-713. Epub 2011 Jul 21.

111. Desai Bradaric B, Patel A, **Schneider JA**, Carvey PM, Hendey B. Evidence for angiogenesis in Parkinson's disease, incidental Lewy body disease, and progressive supranuclear palsy. J <u>J</u> Neural Transm. 2012 Jan;119(1):59-71. Epub 2011 Jul 12.

112. Hensley K, Barnes LL, Christov A, Tangney C, Honer WG, **Schneider JA**, Bennett DA, Morris MC.  Analysis of Postmortem Ventricular Cerebrospinal Fluid from Patients with and without Dementia Indicates Association of Vitamin E with Neuritic Plaques and Specific Measures of Cognitive Performance.  J Alzheimers Dis. 2011;24(4):767-74.

113. Buchman AS, Leurgans SE, Nag S, Bennett DA, **Schneider JA.**  Cerebrovascular disease pathology and parkinsonian signs in old age. Stroke. 2011 Nov;42(11):3183-9. Epub 2011 Sep 1 PMCID: PMC3202031

114. Dawe RJ, Bennett DA, **Schneider JA**, Arfanakis K. Neuropathologic correlates of hippocampal atrophy in the elderly: a clinical, pathologic, postmortem MRI study. PLoS One. 2011;6(10):e26286. Epub 2011 Oct 17.

115. Montine TJ, Phelps CH, Beach TG, Bigio EH, Cairns NJ, Dickson DW, Duyckaerts C, Frosch MP, Masliah E, Mirra SS, Nelson PT, **Schneider JA**, Thal DR, Trojanowski JQ, Vinters HV, Hyman BT.  National Institute on Aging-Alzheimer's Association guidelines for the neuropathologic assessment of Alzheimer's disease: a practical approach. Acta Neuropathol. 2012 Jan;123(1):1-11. Epub 2011 Nov 20.

116. Yu L, Shulman JM, Chibnik L, Leurgans S, **Schneider JA**, De Jager PL, Bennett DA.  The CETP I405V polymorphism is associated with an increased risk of Alzheimer's disease. Aging Cell. 2012 Apr;11(2):228-33. doi: 10.1111/j.1474-9726.2011.00777.x. Epub 2011 Dec 29.

117. Aggarwal NT, **Schneider JA**, Wilson RS, Beck TL, Evans DA, De Carli C. Characteristics of MR Infarcts Associated with Dementia and Cognitive Function in the Elderly. Neuroepidemiology. 2011 Dec 17;38(1):41-47. [Epub ahead of print]

118. Smith EE, **Schneider JA**, Wardlaw JM, Greenberg SM.  Cerebral Microinfarcts: The Invisible Lesions".  Lancet Neurol. 2012 Mar;11(3):272-82.

119. Choi SR, **Schneider JA**, Bennett DA, Beach TG, Bedell BJ, Zehntner SP, Krautkramer MJ, Kung HF, Skovronsky DM, Hefti F, Clark CM.  Correlation of Amyloid PET Ligand Florbetapir F 18 Binding With Aβ Aggregation and Neuritic Plaque Deposition in Postmortem Brain Tissue.  Alzheimer Dis Assoc Disord. 2012 Jan;26(1):8-16.

120. Cunnane SC, **Schneider JA**, Tangney C, Tremblay-Mercier J, Fortier M, Bennett DA, Morris MC.  Plasma and Brain Fatty Acid Profiles in Mild Cognitive Impairment and Alzheimer's Disease.  J Alzheimers Dis. 2012;29(3):691-7.

121. Hyman BT, Phelps CH, Beach TG, Bigio EH, Cairns NJ, Carrillo MC, Dickson DW, Duyckaerts C, Frosch MP, Masliah E, Mirra SS, Nelson PT, **Schneider JA**, Thal DR, Thies B, Trojanowski JQ, Vinters HV, Montine TJ. National Institute on Aging-Alzheimer's Association guidelines for the neuropathologic assessment of Alzheimer's disease. Alzheimers Dement. 2012 Jan;8(1):1-13.

122. Biffi A, Shulman JM, Jagiella JM, Cortellini L, Ayres AM, Schwab K, Brown DL, Silliman SL, Selim M, Worrall BB, Meschia JF, Slowik A, De Jager PL, Greenberg SM, **Schneider JA**, Bennett DA, Rosand J.  Genetic variation at CR1 increases risk of cerebral amyloid angiopathy.  Neurology. 2012 Jan 31;78(5):334-41. Epub 2012 Jan 18.

123. Buchman AS, Shulman JM, Nag S, Leurgans SE, Arnold SE, Morris MC, **Schneider JA**, Bennett DA.  Nigral pathology and parkinsonian signs in elders without Parkinson disease. Ann Neurol. 2012 Feb;71(2):258-66. doi: 10.1002/ana.22588.

124. Talbot K, Wang HY, Kazi H, Han LY, Bakshi KP, Stucky A, Fuino RL, Kawaguchi KR, Samoyedny AJ, Wilson RS, Arvanitakis Z, **Schneider JA**, Wolf BA, Bennett DA, Trojanowski JQ, Arnold SE. Demonstrated brain insulin resistance in Alzheimer's disease patients is associated with IGF-1 resistance, IRS-1 dysregulation, and cognitive decline. J Clin Invest. 2012 Apr 2;122(4):1316-38.

125. Barnes LL, Shah RC, Aggarwal NT, Bennett DA, Schneider JA Barnes LL, Shah RC, Aggarwal NT, Bennett DA, **Schneider JA**. The Minority Aging Research Study: Ongoing Efforts to Obtain Brain Donation in African Americans without Dementia.  Curr Alzheimer Res. 2012 Jul;9(6):734-45.

126. Bennett DA, **Schneider JA**, Buchman AS, Barnes LL, Boyle PA, Wilson RS. Overview and Findings From the Rush Memory and Aging Project. Curr Alzheimer Res. 2012 Jul;9(6):646-63.

127. Bennett DA, **Schneider JA**, Arvanitakis Z, Wilson RS. Overview and Findings from the Religious Orders Study. Curr Alzheimer Res. 2012 Jul;9(6):628-45.

128. James BD, Bennett DA, Boyle PA, Leurgans S, **Schneider JA**. Dementia from Alzheimer's and mixed pathologies in the oldest old.  JAMA. 2012 May 2;307(17):1798-800.

129. Boyle PA, Buchman AS, Wilson RS, Yu L, **Schneider JA**, Bennett DA.  Effect of purpose in life on the relation between Alzheimer disease pathologic changes on cognitive function in advanced age.  Arch Gen Psychiatry. 2012 May;69(5):499-504.

130. Arnold SE, Louneva N, Cao K, Wang LS, Han LY, Wolk DA, Negash S, Leurgans SE, **Schneider JA**, Buchman AS, Wilson RS, Bennett DA. Cellular, synaptic, and biochemical features of resilient cognition in Alzheimer's disease. Neurobiol Aging. 2013 Jan;34(1):157-68.

131. Nelson PT, Alafuzoff I, Bigio EH, Bouras C, Braak H, Cairns NJ, Castellani RJ, Crain BJ, Davies P, Del Tredici K, Duyckaerts C, Frosch MP, Haroutunian V, Hof PR, Hulette CM, Hyman BT, Iwatsubo T, Jellinger KA, Jicha GA, Kövari E, Kukull WA, Leverenz JB, Love S, Mackenzie IR, Mann DM, Masliah E, McKee AC, Montine TJ, Morris JC, **Schneider JA**, Sonnen JA, Thal DR, Trojanowski JQ, Troncoso JC, Wisniewski T, Woltjer RL, Beach TG. Correlation of Alzheimer disease neuropathologic changes with cognitive status: a review of the literature. J Neuropathol Exp Neurol. 2012 May;71(5):362-81.

132. Boyle PA, Buchman AS, Wilson RS, Yu L, **Schneider JA**, Bennett DA. Purpose in life reduces the effect of Alzheimer's disease pathology on cognitive function in advanced age.  Archives of General Psychiatry. 2012;69:499-504.

133. Honer WG, Barr AM, Sawada K, Thornton AE, Morris MC, Leurgans SE, **Schneider JA,** Bennett DA. Cognitive reserve, presynaptic proteins and dementia in the elderly. Translational Psychiatry. 2012;2:2114.

134. Bennett DA, Wilson RS, Arvanitakis Z, Boyle PA, de Toledo-Morrell L, **Schneider JA**.  Selected findings from the Religious Orders Study and Rush Memory and Aging Project.  Journal of Alzheimer's Disease. In press.

135. Bennett DA, Wilson RS, Boyle PA, Buchman AS, **Schneider JA**. Relation of neuropathology to cognition in persons without cognitive impairment. Ann Neurol. 2012 Oct;72(4):599-609.

136. Wilson RS, Boyle PA, Levine SR, Yu L, Anagnos SE, Buchman AS, **Schneider JA,** Bennett DA. Emotional neglect in childhood and cerebral infarction in old age. Neurology. 2012 Oct 9;79(15):1534-9.

137. **Schneider JA**, Arvanitakis Z, Yu L, Boyle PA, Leurgans SE, Bennett DA.  Cognitive impairment, decline, and fluctuations in older community-dwelling persons with Lewy bodies.  Brain. 2012 Oct;135(Pt 10):3005-14.

138. Arvanitakis Z, Brey RL, Rand JH, **Schneider JA**, Leurgans SE, Yu L, Buchman AS, Arfanakis K, Fleischman DA, Boyle PA, Bennett DA, Levine SR.  Antiphospholipid Antibodies, Brain Infarcts and Cognitive and Motor Decline in Aging (ABICMA): Design of a Community-Based, Longitudinal, Clinical-Pathological Study. Neuroepidemiology. 2012 Oct 24;40(2):73-84.

139. Buchman AS, Nag S, Shulman JM, Lim AS, Vanderhorst VG, Leurgans SE, **Schneider JA**, Bennett DA.  Locus coeruleus neuron density and parkinsonism in older adults without Parkinson's disease. Mov Disord. 2012 Oct 4. doi: 10.1002/mds.25142. [Epub ahead of print].

140. Larson M, Sherman MA, Amar F, Nuvolone M, **Schneider JA**, Bennett DA, Aguzzi A, Lesné SE.  The complex PrP(c)-Fyn couples human oligomeric Aβ with pathological tau changes in Alzheimer's disease.  J Neurosci. 2012 Nov 21;32(47):

141. Tsuang D, Leverenz JB, Lopez OL, Hamilton RL, Bennett DA, **Schneider JA**, Buchman AS, Larson EB, Crane PK, Kaye JA, Kramer P, Woltjer R, Kukull W, Nelson PT, Jicha GA, Neltner JH, Galasko D, Masliah E, Trojanowski JQ, Schellenberg GD, Yearout D, Huston H, Fritts-Penniman A, Mata IF, Wan JY, Edwards KL, Montine TJ, Zabetian CP. GBA mutations increase risk for Lewy body disease with and without Alzheimer disease pathology. Neurology. 2012 Nov 6;79(19):1944-1950.

142. Shah RC, **Schneider JA**, Leurgans S, Bennett DA.  Association of lower hemoglobin level and neuropathology in community-dwelling older persons.  J Alzheimers Dis. 2012 Jan 1;32(3):579-86.

143.  Larson ME, Sherman MA, Greimel S, Kuskowski M, **Schneider JA**, Bennett DA, Lesné SE.  Soluble α-synuclein is a novel modulator of Alzheimer's disease pathophysiology.  J Neurosci. 2012 Jul 25;32(30):10253-66.

144.  Clark CM, Pontecorvo MJ, Beach TG, Bedell BJ, Coleman RE, Doraiswamy PM, Fleisher AS, Reiman EM, Sabbagh MN, Sadowsky CH, **Schneider JA**, Arora A, Carpenter AP, Flitter ML, Joshi AD, Krautkramer MJ, Lu M, Mintun MA, Skovronsky DM; AV-45-A16 Study Group.  Cerebral PET with florbetapir compared with neuropathology at autopsy for detection of neuritic amyloid-β plaques: a prospective cohort study.  Lancet Neurol. 2012 Aug;11(8):669-78.

145. Buchman AS, Yu L, Boyle PA, Levine SR, Nag S, **Schneider JA**, Bennett DA.  Microvascular brain pathology and late-life motor impairment.  Neurology. 2013 Feb 19;80(8):712-8.

146. Tsuang D, Leverenz JB, Lopez OL, Hamilton RL, Bennett DA, **Schneider JA**, Buchman AS, Larson EB, Crane PK, Kaye JA, Kramer P, Woltjer R, Trojanowski JQ, Weintraub D, Chen-Plotkin AS, Irwin DJ, Rick J, Schellenberg GD, Watson GS, Kukull W, Nelson PT, Jicha GA, Neltner JH, Galasko D, Masliah E, Quinn JF, Chung KA, Yearout D, Mata IF, Wan JY, Edwards KL, Montine TJ, Zabetian CP. APOE ε4 increases risk for dementia in pure synucleinopathies.  JAMA Neurol. 2013 Feb;70(2):223-8

147. Buchman AS, Yu L, Wilson RS, **Schneider JA**, Bennett DA.  Association of brain pathology with the progression of frailty in older adults.  Neurology. 2013 May 28;80(22):2055-61. doi: 10.1212/WNL.0b013e318294b462. Epub 2013.

148. Lesné SE, Sherman MA, Grant M, Kuskowski M, **Schneider JA**, Bennett DA, Ashe.  Brain amyloid-β oligomers in ageing and Alzheimer's disease.  Brain. 2013 May;136(Pt 5):1383-98.

149. Westover MB, Bianchi MT, Yang C, **Schneider JA**, Greenberg SM.  Estimating cerebral microinfarct burden from autopsy samples.  Neurology. 2013 Apr 9;80(15):1365-9.

150. Yu L, Boyle P, **Schneider JA**, Segawa E, Wilson RS, Leurgans S, Bennett DA.  APOE ε4, Alzheimer's Disease Pathology, Cerebrovascular Disease, and Cognitive Change Over the Years Prior to Death.  Psychol Aging. 2013 May 6. [Epub ahead of print]

151. Lurain NS, Hanson BA, Martinson J, Leurgans SE, Landay AL, Bennett DA, **Schneider JA**.  Virological and Immunological Characteristics of Human Cytomegalovirus Infection Associated With Alzheimer Disease.  J Infect Dis. 2013 Jun 5. [Epub ahead of print].

152. Bradshaw EM, Chibnik LB, Keenan BT, Ottoboni L, Raj T, Tang A, Rosenkrantz LL, Imboywa S, Lee M, Von Korff A; The Alzheimer Disease Neuroimaging Initiative, Morris

MC, Evans DA, Johnson K, Sperling RA, **Schneider JA**, Bennett DA, De Jager PL.  CD33 Alzheimer's disease locus: altered monocyte function and amyloid biology.  Nat Neurosci. 2013 May 23. doi: 10.1038/nn.3435. [Epub ahead of print].

153. Wilson RS, Nag S, Boyle PA, Hizel LP, Yu L, Buchman AS, **Schneider JA**, Bennett DA.Neural reserve, neuronal density in the locus ceruleus, and cognitive decline.  Neurology. 2013 Mar 26;80(13):1202-8.

154. Boyle PA, Wilson RS, Yu L, Barr AM, Honer WG, **Schneider JA**, Bennett DA. Much of late life cognitive decline is not due to common neurodegenerative pathologies. Ann Neurol. 2013 Jun 24. doi: 10.1002/ana.23964. [Epub ahead of print].  PMID:23798485

155. Sadleir KR, Bennett DA, **Schneider JA**, Vassar R. Elevated Aβ42 in Aged, Non-demented Individuals with Cerebral Atherosclerosis. Curr Alzheimer Res. 2013 Aug 6. [Epub ahead of print] PMID: 23919773

156. Negash S, Wilson R, Leurgans S, Wolk D, **Schneider J**, Buchman A, Bennett D, Arnold S.  Resilient Brain Aging: Characterization of Discordance between Alzheimer's Disease Pathology and Cognition. Curr Alzheimer Res. 2013 Aug 6. [Epub ahead of print] PMID:23919768

157. Benitez BA, Karch CM, Cai Y, Jin SC, Cooper B, Carrell D, Bertelsen S, Chibnik L, **Schneider JA**, Bennett DA; Alzheimer's Disease Neuroimaging Initiative (ADNI); Genetic and Environmental Risk for Alzheimer's Disease Consortium (GERAD1), Fagan AM, Holtzman D, Morris JC, Goate AM, Cruchaga C. The PSEN1, p.E318G Variant Increases the Risk of Alzheimer's Disease in APOE-ε4 Carriers. PLoS Genet. 2013 Aug;9(8):e1003685. doi: 10.1371/journal.pgen.1003685. Epub 2013 Aug 22. PMID:23990795

158. Shulman JM, Chen K, Keenan BT, Chibnik LB, Fleisher A, Thiyyagura P, Roontiva A, McCabe C, Patsopoulos NA, Corneveaux JJ, Yu L, Huentelman MJ, Evans DA, **Schneider JA**, Reiman EM, De Jager PL, Bennett DA.  Genetic Susceptibility for Alzheimer Disease Neuritic Plaque Pathology.JAMA Neurol. 2013 Jul 8:1-7. doi: 10.1001/jamaneurol.2013.2815. [Epub ahead of print] PMID: 23836404

159. Wilson RS, Boyle PA, Yu L, Barnes LL, **Schneider JA**, Bennett DA. Life-span cognitive activity, neuropathologic burden, and cognitive aging. Neurology. 2013 Jul 23;81(4):314-21. doi: 10.1212/WNL.0b013e31829c5e8a. Epub 2013 Jul 3.  PMID: 23825173.

160. Lim AS, Yu L, Kowgier M, **Schneider JA**, Buchman AS, Bennett DA. Modification of the relationship of the apolipoprotein E ε4 allele to the risk of Alzheimer disease and neurofibrillary tangle density by sleep. JAMA Neurol. 2013 Dec;70(12):1544-51.

161. Morris MC, Schneider JA, Li H, Tangney CC, Nag S, Bennett DA, Honer WG, Barnes LL. Brain tocopherols related to Alzheimer's disease neuropathology in humans.  Alzheimers Dement. 2014 Feb 28.

162. Dugger BN, Clark CM, Serrano G, Mariner M, Bedell BJ, Coleman RE, Doraiswamy PM, Lu M, Fleisher AS, Reiman EM, Sabbagh MN, Sadowsky CH, **Schneider JA**, Zehntner SP,

Carpenter AP, Joshi AD, Mintun MA, Pontecorvo MJ, Skovronsky DM, Sue LI, Beach TG. Neuropathologic heterogeneity does not impair florbetapir-positron emission tomography postmortem correlates. J Neuropathol Exp Neurol. 2014 Jan;73(1):72-80

163. Serrano GE, Sabbagh MN, Sue LI, Hidalgo JA, Schneider JA, Bedell BJ, Van Deerlin VM, Suh E, Akiyama H, Joshi AD, Pontecorvo MJ, Mintun MA, Beach TG. Positive Florbetapir PET Amyloid Imaging in a Subject with Frequent Cortical Neuritic Plaques and Frontotemporal Lobar Degeneration with TDP43-Positive Inclusions. J Alzheimers Dis. 2014 Jan 1;42(3):813-21.

164. Mungas D, Tractenberg R, **Schneider JA**, Crane PK, Bennett DA. A 2-process model for neuropathology of Alzheimer's disease. Neurobiol Aging. 2014 Feb;35(2):301-8.

165. Greenberg SM, Al-Shahi Salman R, Biessels GJ, van Buchem M, Cordonnier C, Lee JM, Montaner J, Schneider JA, Smith EE, Vernooij M, Werring DJ. Developing biomarkers for cerebral amyloid angiopathy trials: do potential disease phenotypes hold promise? - authors' reply. Lancet Neurol. 2014 Jun;13(6):540.

166. Buchman AS, Yu L, Wilson RS, Boyle PA, **Schneider JA**, Bennett DA. Brain Pathology Contributes to Simultaneous Change in Physical Frailty and Cognition in Old Age. J Gerontol A Biol Sci Med Sci. 2014 Aug 18. pii: glu117. [Epub ahead of print]

167. Lim AS, Ellison BA, Wang JL, Yu L, **Schneider JA**, Buchman AS, Bennett DA, Saper CB. Sleep is related to neuron numbers in the ventrolateral preoptic/intermediate nucleus in older adults with and without Alzheimer's disease. Brain. 2014 Oct;137(Pt 10):2847-61. doi: 10.1093/brain/awu222. Epub 2014 Aug 20

168. Wilson RS, Capuano AW, Boyle PA, Hoganson GM, Hizel LP, Shah RC, Nag S, **Schneider JA**, Arnold SE, Bennett DA. Clinical-pathologic study of depressive symptoms and cognitive decline in old age. Neurology. 2014 Aug 19;83(8):702-9.

169. De Jager PL, Srivastava G, Lunnon K, Burgess J, Schalkwyk LC, Yu L, Eaton ML, Keenan BT, Ernst J, McCabe C, Tang A, Raj T, Replogle J, Brodeur W, Gabriel S, Chai HS, Younkin C, Younkin SG, Zou F, Szyf M, Epstein CB, **Schneider JA**, Bernstein BE, Meissner A, Ertekin-Taner N, Chibnik LB, Kellis M, Mill J, Bennett DA. Alzheimer's disease: early alterations in brain DNA methylation at ANK1, BIN1, RHBDF2 and other loci. Nat Neurosci. 2014 Sep;17(9):1156-63. doi: 10.1038/nn.3786. Epub 2014 Aug 17.

170. Wilson RS, Boyle PA, Levine SR, Yu L, Hoganson GM, Buchman AS**, Schneider JA**, Bennett DA. Harm avoidance and cerebral infarction. Neuropsychology. 2014 Mar;28(2):305-11.

171. Ohta Y, Tremblay C, **Schneider JA**, Bennett DA, Calon F, Julien JP. Interaction of transactive response DNA binding protein 43 with nuclear factor kappaB in mild cognitive impairment with episodic memory deficits. Acta Neuropathol Commun. 2014 Apr 1;2(1):3

172. Yu L, Boyle PA, Leurgans S, **Schneider JA**, Bennett DA. Disentangling the effects of age and APOE on neuropathology and late life cognitive decline. Neurobiol Aging. 2014 Apr;35(4):819-26.

173. Nelson PT, Estus S, Abner EL, Parikh I, Malik M, Neltner JH, Ighodaro E, Wang WX, Wilfred BR, Wang LS, Kukull WA, Nandakumar K, Farman ML, Poon WW, Corrada MM,

Kawas CH, Cribbs DH, Bennett DA, **Schneider JA**, Larson EB, Crane PK, Valladares O, Schmitt FA, Kryscio RJ, Jicha GA, Smith CD, Scheff SW, Sonnen JA, Haines JL, Pericak-Vance MA, Mayeux R, Farrer LA, Van Eldik LJ, Horbinski C, Green RC, Gearing M, Poon LW, Kramer PL, Woltjer RL, Montine TJ, Partch AB, Rajic AJ, Richmire K, Monsell SE; Alzheimer' Disease Genetic Consortium, Schellenberg GD, Fardo DW.  ABCC9 gene polymorphism is associated with hippocampal sclerosis of aging pathology.  Acta Neuropathol. 2014 Apr 27.

174. Shulman JM, Yu L, Buchman AS, Evans DA, Schneider JA, Bennett DA, De Jager PL. Association of Parkinson disease risk Loci with mild parkinsonian signs in older persons. JAMA Neurol. 2014 Apr 1;71(4):429-35.

175. Bit-Ivan EN, Suh E, Shim HS, Weintraub S, Hyman BT, Arnold SE, McCarty-Wood E, Van Deerlin VM, **Schneider JA**, Trojanowski JQ, Frosch MP, Baker MC, Rademakers R, Mesulam M, Bigio EH.  A Novel GRN Mutation (GRN c.708+6_+9delTGAG) in Frontotemporal Lobar Degeneration With TDP-43-Positive Inclusions: Clinicopathologic Report of 6 Cases.  J Neuropathol Exp Neurol. 2014 May;73(5):467-73.

176. Greenberg SM, Al-Shahi Salman R, Biessels GJ, van Buchem M, Cordonnier C, Lee JM, Montaner J, **Schneider JA**, Smith EE, Vernooij M, Werring DJ.  Outcome markers for clinical trials in cerebral amyloid angiopathy.   Lancet Neurol. 2014 Apr;13(4):419-28.

177. Crystal H, **Schneider J**, Bennett D, Leurgans S, Levine S.  Associations of Cerebrovascular and Alzheimer"s Disease Pathology with Brain Atrophy.  Curr Alzheimer Res. 2014 Mar 2

178. Dawe RJ, Bennett DA, **Schneider JA**, Leurgans SE, Kotrotsou A, Boyle PA, Arfanakis K. Ex vivo T2 relaxation: associations with age-related neuropathology and cognition. Neurobiol Aging. 2014 Jul;35(7):1549-61.

179. Beecham GW, Hamilton K, Naj AC, Martin ER, Huentelman M, Myers AJ, Corneveaux JJ, Hardy J, Vonsattel JP, Younkin SG, Bennett DA, De Jager PL, Larson EB, Crane PK, Kamboh MI, Kofler JK, Mash DC, Duque L, Gilbert JR, Gwirtsman H, Buxbaum JD, Kramer P, Dickson DW, Farrer LA, Frosch MP, Ghetti B, Haines JL, Hyman BT, Kukull WA, Mayeux RP, Pericak-Vance MA, **Schneider JA**, Trojanowski JQ, Reiman EM; Alzheimer's Disease Genetics Consortium (ADGC), Schellenberg GD, Montine TJ.  Genome-wide association meta-analysis of neuropathologic features of Alzheimer's disease and related dementias. PLoS Genet. 2014 Sep 4;10(9):

180. Naj AC, Jun G, Reitz C, Kunkle BW, Perry W, Park YS, Beecham GW, Rajbhandary RA, Hamilton-Nelson KL, Wang LS, Kauwe JS, Huentelman MJ, Myers AJ, Bird TD, Boeve BF, Baldwin CT, Jarvik GP, Crane PK, Rogaeva E, Barmada MM, Demirci FY, Cruchaga C, Kramer PL, Ertekin-Taner N, Hardy J, Graff-Radford NR, Green RC, Larson EB, St George-Hyslop PH, Buxbaum JD, Evans DA, **Schneider JA,** Lunetta KL, Kamboh MI, Saykin AJ, Reiman EM, De Jager PL, Bennett DA, Morris JC, Montine TJ, Goate AM, Blacker D, Tsuang DW, Hakonarson H, Kukull WA, Foroud TM, Martin ER, Haines JL, Mayeux RP, Farrer LA, Schellenberg GD, Pericak-Vance MA; and the Alzheimer Disease Genetics Consortium.Effects of Multiple Genetic Loci on Age at Onset in Late-Onset Alzheimer Disease: A Genome-Wide Association Study.  JAMA Neurol. 2014 Sep 8. doi: 10.1001/jamaneurol.2014.1491

181. Beach TG, **Schneider JA**, Sue LI, Serrano G, Dugger BN, Monsell SE, Kukull W. Theoretical Impact of Florbetapir (18F) Amyloid Imaging on Diagnosis of Alzheimer Dementia and Detection of Preclinical Cortical Amyloid.  J Neuropathol Exp Neurol. 2014 Oct;73(10):948-53

182. Tangney CC, Li H, Wang Y, Barnes L, **Schneider JA**, Bennett DA, Morris MC.  Relation of DASH- and Mediterranean-like dietary patterns to cognitive decline in older persons. Neurology. 2014 Oct 14;83(16):1410-6.

183. Arvanitakis Z, Brey RL, Rand JH, **Schneider JA**, Capuano AW, Yu L, Leurgans SE, Bennett DA, Levine SR.  Relation of Antiphospholipid Antibodies to Postmortem Brain Infarcts in Older Persons.  Circulation. 2014 Oct 9. pii: CIRCULATIONAHA.114.012479. [Epub ahead of print].

184. Crary JF, Trojanowski JQ, **Schneider JA**, Abisambra JF, Abner EL, Alafuzoff I, Arnold SE, Attems J, Beach TG, Bigio EH, Cairns NJ, Dickson DW, Gearing M, Grinberg LT, Hof PR, Hyman BT, Jellinger K, Jicha GA, Kovacs GG, Knopman DS, Kofler J, Kukull WA, Mackenzie IR, Masliah E, McKee A, Montine TJ, Murray ME, Neltner JH, Santa-Maria I, Seeley WW, Serrano-Pozo A, Shelanski ML, Stein T, Takao M, Thal DR, Toledo JB, Troncoso JC, Vonsattel JP, White CL 3rd, Wisniewski T, Woltjer RL, Yamada M, Nelson PT.  Primary age-related tauopathy (PART): a common pathology associated with human aging.  Acta Neuropathol. 2014 Oct 28. [Epub ahead of print]

## INVITED EDITORIALS AND OTHER MANUSCRIPT PUBLICATIONS

**1. Schneider JA.,** Bennett DA. The Cholinergic System in Alzheimer's Disease. Neurology Network Commentary 2001;4(3):2.

2. Morris MC, **Schneider JA**, Tangney CC. Invited Commentary: Thoughts on B-Vitamins. J Alzheimers Dis. 2006 Aug;9(4):429-33. Review

3.   **Schneider JA.**   Brain microbleeds and cognitive function. Editorial; Stroke. 2007 Jun;38(6):1730-1.

4.   **Schneider JA.**   Elevated Blood Pressure and Microinfarcts: A link between vascular risk factors, dementia and clinical AD.  Editorial.  J Am Geriatr Soc. 2009 Nov;57(11):2146-7.

5. Shulman JM and **Schneider JA**.  Editorial:  Molecular mechanisms of cortical degeneration in Parkinson's disease.  Neurology. 2012 Oct 23;79(17):1750-1.

6.  Lurain NS, Hanson BA, Martinson J, Leurgans SE, Landay AL, Bennett DA, **Schneider JA**. Reply to Itzhaki and Klapper. J Infect Dis. 2014 Mar;209(6):974.

## BOOK CHAPTERS
1. Mirra SS, **Schneider JA**, Gearing M.  Chapter 9.  The neuropathology of movement disorders: An overview.  Watts RL and Koller WC (eds).  *Movement disorders:  neurologic Principles and Practice.*  McGraw Hill, 1997, pp 125-134.

2. Watts RC, Brewer R, **Schneider JA**, Mirra SS.  Chapter 46.  Corticobasal degeneration.  Watts RL and Koller WC (eds).  *Movement Disorder:  Neurologic Principles and Practice.*  McGraw Hill, 1997, pp 611-621.

**3. Schneider JA**, Montine TJ, Sperling RA, Bennett DA.  Chapter 3: Neuropathological basis of AD and AD diagnosis. *Advances in Biological Psychiatry.*  Hampel H, Carillo M (eds). S. Karger AG; 2012 pp.49-70

**4. Schneider JA**, Yang C.  Chapter 2.  Neuropathologic Changes Associated with the Aging Nervous System.  *The Handbook of Geriatric Neurology*.  Nair A, Sabbagh M (eds). FT Press Science; in press.