UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | NO. 12-MD-2323 (AB)<br><br>MDL NO. 2323<br><br>Hon. Anita B. Brody |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | |

**COMPENDIUM OF EXHIBITS FOR MEMORANDUM OF LAW IN SUPPORT OF MOTION OF CO-LEAD CLASS COUNSEL FOR AN ORDER GRANTINGFINAL APPROVAL OF SETTLEMENT AND CERTIFICATION OF CLASS AND SUBCLASS**

**Exhibit Name**                                                                                                        **Exhibit No.**

Declaration of Co-Lead Class Counsel Christopher A. Seeger in Support of Final
   Approval of Settlement and Certification of Class and Subclasses ................................1
- Attachment – Media Analysis and Circulation Report

Affidavit of Matthew L. Garretson ..................................................................................... 2
- Exhibit A – Graphic detailing GRG's scope of services and depicting how they interrelate
- Exhibit B – Comprehensive list of GRG's engagements
- Exhibit C – Garretson biography
- Exhibit D – Jason Wolf Biography
- Exhibit E – Qualifications of GRG's team

Declaration of Orran L. Brown, Sr. ..................................................................................... 3
- Attachment 1 – Brown Biography
- Attachment 2 – BrownGreer Summary
- Attachment 3 – Dataset by Source and Title/ Shows Number of Players and/or relatives and the type of information each included in each dataset
- Attachment 4 – Mailing List Statistics Report
- Attachment 5 – Screen Captures of Website Home, Notice Materials, Court Documents, Frequently asked questions and Sign up for Future Information
- Attachment 6 – 41 Current FAQs and answers available on the Website
- Attachment 7 – Website visitor activity and sign-ups

- Attachment 8 – BrownGreer normal response to questions answered by existing FAQ

Supplemental Declaration of Mediator and Former United States District Court Judge Layn R. Phillips in Support of Final Approval of Settlement and Certification Of Class and Subclasses ............................................................................... 4

Affidavit of Kevin Turner in Support of Final Approval of Settlement and Certification of Class and Subclasses ............................................................................ 5

Affidavit of Shawn Wooden in Support of Final Approval of Settlement and Certification of Class and Subclasses ............................................................................ 6

Declaration of Robert H. Klonoff Relating to the Proposed Class Settlement in the Nation Football League Players' Concussion Injury Litigation .......................... 7
- Exhibit A – Klonoff Curriculum Vitae

Declaration of Subclass 1 Counsel Arnold Levin in Support of Final Approval of Settlement and Certification of Class and Subclasses ........................................................ 8

Declaration of Subclass 2 Counsel Dianne M. Nast in Support of Final Approval of Settlement and Certification of Class and Subclasses ........................................................ 9

Declaration of Katherine Kinsella ........................................................................................ 10
- Exhibit 1 – Copy of Notice
- Exhibit 2 – Copy of Envelope
- Exhibit 3 – Summary Notice
- Exhibit 4 – TV Spot Script
- Exhibit 5 – Radio Spot Script
- Exhibit 6 – Banner advertisements
- Exhibit 7 – Cover Letter
- Exhibit 8 – Outreach Report

Declaration of Edward J. Radetich, Jr. ................................................................................ 11
- Exhibit A – Heffler Profile
- Exhibit B – Script for Message Recording to website
- Exhibit C – IVR Script

Chart of Objections .............................................................................................................. 12

Philadelphia Inquirer Op-ed by Arthur R. Miller, entitled "Proposed NFL settlement is good for players." Dated September 10, 2014 ........................................................... 13

Excerpt from www.playerinjury.com detailing Players' comments on Settlement ............ 14

Declaration of Kenneth C. Fischer, M.D. ............................................................................15
- Attachment – Fischer Curriculum Vitae

Declaration of Christopher C. Giza, M.D. .........................................................................16
- Tab A – Giza Curriculum Vitae

Declaration of David Allen Hovda, Ph.D. .........................................................................17
- Tab A – Hovda Curriculum Vitae

Declaration of John G. Keilp, Ph.D. ..................................................................................18
- Attachment – Keilp Curriculum Vitae

Declaration of Thomas Vasquez, Ph.D. ..............................................................................19
- Exhibit A – Curriculum Vitae
- Exhibit B – NFL Concussion Liability Forecast, dated Feb. 14, 2014

Imprelis Class Action Settlement Web Site .......................................................................20

Deep Water Horizon Court-Supervised Settlement Program Web Site .............................21

AHP Diet Drugs Settlement Claims Administration Web Site ..........................................22

Declaration of Richard Allen Hamilton, Ph.D. ..................................................................23
- Exhibit 1 – Hamilton Curriculum Vitae