# Exhibit 12

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
**OBJECTIONS**

## Objections

| # | Date | ECF No. | Objector | Lead Objector | Attorney |
|---|---|---|---|---|---|
| 1. | 2014/09/22 | 6175 | Stewart, Andrew | Stewart, Andrew | Michael Rosenthal<br>Rosenthal Lurie LLC |
| 2. | 2014/10/06 | 6201 | Faneca, Alan; Rohrer, Jeff; Considine, Sean *(ECF No. [6232], Supplemental Objection Filed on 2014/10/14)(Cartwright, Roderick "Rock"; Hamilton, Ben; Morey, Sean; Royal, Robert later opted out) (See also late-filed objection ECF No. [6420])* | Morey, Sean | Steven F. Molo, Thomas J. Wiegand, Kaitlin R. O'Donnell<br>MoloLamken LLP<br>Martin V. Totaro, Eric R. Nitz<br>MoloLamken LLP<br>Linda S. Mullenix<br>William T. Hangley, Michele D. Hangley<br>Hangley Aronchick Segal Pudlin & Schiller |
| 3. | 2014/10/10 | 6210 | Owens, Susan<br>(Widow of R.C. Owens) | Owens, Susan<br>(Widow of R.C. Owens) | Marc Davies<br>Edward S. Stone<br>Edward Stone Law P.C. |
| 4. | 2014/10/14 | 6213 | Miller, Cleo; Flint, Judson; Underwood, Elmer; Clark, Sr., Vincent; Smerlas, Fred; Jones, Ken; Rourke, Jim; Piccone, Lou; Wilkins II, James David; Jackson, Robert *(ECF No. [6347], Letter sent to Court by Flint Judson on 2014/08/25)* | Miller, Cleo | John J. Pentz<br>Edward W. Cochran |
| 5. | 2014/10/14 | 6219 | Kinard, John<br>(Claimant of Frank M Kinard) | Kinard, John (Claimant of Frank M Kinard) | John M. Klamann, Andrew Schermerhorn, Paul D. Anderson<br>The Klamann Law Firm<br>Kenneth B. McClain, Lauren E. McClain, Timothy J. Kingsbury<br>Humphrey, Farrington & McClain<br>William Dirk Vandever<br>The Popham Law Firm |
| 6. | 2014/10/14 | 6220 | Collier, Steven | Collier, Steven | Parag Shah<br>The Shah Law Firm |
| 7. | 2014/10/14 | 6221 | Williams, Delano Roper | Williams, Delano Roper | Parag Shah<br>The Shah Law Firm |
| 8. | 2014/10/14 | 6222 | Komlo, William "Jeff" | Komlo, William "Jeff" | Parag Shah<br>The Shah Law Firm |
| 9. | 2014/10/14 | 6223 | Slack, Reginald; Rice, Matthew | Slack, Reginald | Parag Shah<br>The Shah Law Firm |
| 10. | 2014/10/14 | 6226 | Barber, Michael; Bell, Myron; Blake, Jeff; Bowie, Larry; Coates, Ben T.; Culpepper, Duante; Curry, Eric; Hartwell II, Edgerton; McWilliams, Johnny; Murrell, Adrian; Murrell, Marques; Ross, Derek; Rudolph, Benjamin; Smith, Anthony; Smith, Fernando; Smith, Anthony "Tony"; Wells, Jon | Barber, Michael | Marc Davies, Edward Stone<br>Edward Stone Law PC |
| 11. | 2014/10/14 | 6230 | Heimburger, Craig; Heimburger, Dawn | Heimburger, Craig | Gary P. Lightman, Glenn A. Manochi<br>Lightman and Manochi |

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
**OBJECTIONS**

| # | Date | ECF No. | Objector | Lead Objector | Attorney |
|---|---|---|---|---|---|
| 12. | 2014/10/14 | 6233 | Armstrong, Ramon; Newton Jr., Nathaniel; Brown, Larry; Davis, Kenneth; McGruder, Michael; Odom, Clifton L.; Teague, George; Coleman, Drew; DeVaughn, Dennis; Harper, Alvin; Jones, Ernest; Kiselak, Michael; Loyd, Jeremy; Lewis, Gary Wayne; Lynch, Lorenzo; Scales, Hurles; Evans, Gregory; Mims, David; Oglesby, Evan; Epps, Phillip E.; Haley Sr., Charles L.; Smith, Kevin Rey; Lewis, Darryl Gerard; Wilson, Curtis Bernard; Edwards Sr., Kelvin Mack; Levels, Dwayne; Page, Solomon; McKyer, Tim *(ECF No. [6353] Original Objection mailed to Court on 2014/09/10 included only: Armstrong, Ramon; Newton Jr., Nathaniel; Brown, Larry; Davis, Kenneth; McGruder, Michael; Odom, Clifton L.; Teague, George)* | Armstrong, Ramon | Richard L. Coffman<br>The Coffman Law Firm<br>Mitchell A. Toups<br>Weller, Green, Toups & Terrell, LLP<br>Jason Webster<br>The Webster Law Firm<br>Mike Warner<br>The Warner Law Firm |
| 13. | 2014/10/14 | 6235 | Jones, Preston; Jones, Katherine | Jones, Preston | James T. Capretz, Don K. Ledgard<br>Capretz & Associates |
| 14. | 2014/10/14 | 6236 | Jax, James Garth | Jax, James Garth (Motion to Join Armstrong Objection) | Christopher K. Gilbert<br>Bosen Law, LLC |
| 15. | 2014/10/14 | 6237 | Alexander, Liyongo Patrise; Anderson, Charlie; Arbuckle, Charles E.; Bailey, Cassandra (Estate of Johnny Bailey, Jr.); Bronson, Ben; Ceaser Jr., Curtis; Center, Larry; Colbert, Darrell; Colon, Harry; Crooms, Christopher; Davis, Jerry W.; Denton, Tim; Dumas, Michael; Ervin, Corris; Field, Doak; Frank, Baldwin Malcolm; Frazier, Derrick; Garrett, Murray E.; Glosson, Clyde; Harris, Roderick; Hicks Jr., Wilmer K..; Jackson, Patrick W.; Jones, Gary D.; McCoy, Ryan; Moses, Jerry James; Newsom, Anthony E.; Olison, Rance; Owens, John; Pollard, Robert; Pope, Derrick; Sanders, Glenell; Sanders, Thomas; Scales, Dwight; Scott, Todd C.; Smith, Frankie; Smith, Jermaine; Smith, Tyrone; Young Sr., James A. | Alexander, Liyongo Patrise | Lance H. Lubel, Adam Voyles<br>Lubel Voyles LLP<br>Mickey Washington<br>Washington & Associates, PLLC<br>James Carlos Canady<br>McGinnis Featherson Canady |
| 16. | 2014/10/14 | 6241 | Estate of Dave Duerson; Estate of Forrest Blue; Deleone, Thomas; Sullivan, Gerald; Darrow, Barry; Austin, Ray; Herron, Bruce; Cornell, John; Noel, Tori; Adamle, Mike | Estate of Dave Duerson | Thomas A. Demetrio, William T. Gibbs<br>Corboy & Demetrio, P.C. |
| 17. | 2014/10/14 | 6242 | Chelsey, Aloyouis; Cowsette, Delbert; Fox, Dustin; Graham, James "Scottie"; Grant, Frank; Jones, Jimmie; Mul-key, Herb; Musgrove, Spain; Perrin, Lonnie; Pierce, Kurt; Ray, Ricky; Seay, Virgil; Solomon, Jesse; Stufflebeem, John; Vactor, Ted; Wilcher, Michael | Chelsey, Aloyouis | Dwight P. Bostwick<br>Zuckerman Spaeder LLP |
| 18. | 2014/10/14 | 6243 | Utecht, Benjamin J. | Utecht, Benjamin J. | Scott D. Hillstrom<br>Guardian Law Group, LLC |
| 19. | 2014/07/07 | 6345 | Williams, Eric | Williams, Eric | Pro Se |
| 20. | 2014/08/07 | 6346 | Grimm, Daniel J. | Grimm, Daniel J. | Pro Se |

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
**OBJECTIONS**

| # | Date | ECF No. | Objector | Lead Objector | Attorney |
|---|---|---|---|---|---|
| 21. | 2014/09/10 | 6348 | Duff, William | Duff, William | Pro Se |
| 22. | 2014/09/15 | 6354 | Davis, Michael L. | Davis, Michael L. | Pro Se |
| 23. | 2014/09/25 | 6355 | Stern, Sally Miketa (Daugheter of Andrew Miketa) | Stern, Sally Miketa (Daughter of Andrew Miketa) | Pro Se |
| 24. | 2014/09/25 | 6356 | Brabham, Mrs. Daniel (Wife of Daniel Brabham) | Brabham, Mrs. Daniel (Wife of Daniel Brabham) | Pro Se |
| 25. | 2014/10/06 | 6357 | Duncan, Brian James | Duncan, Brian James | Pro Se |
| 26. | 2014/09/29 | 6358 | Sawyer, Beth (Wife of John W. Sawyer) | Sawyer, Beth (Wife of John W. Sawyer) | Pro Se |
| 27. | 2014/10/06 | 6360 | Peterson, Ted | Peterson, Ted | Pro Se |
| 28. | 2014/10/07 | 6361 | Wilson, Jean (Wife of Gerald R. Wilson) | Wilson, Jean (Wife of Gerald R. Wilson) | Pro Se |
| 29. | 2014/10/09 | 6362 | Louise O'Hanley (wife of Ross O'Hanley) | Louise O'Hanley (wife of Ross O'Hanley) | Pro Se |
| 30. | 2014/10/10 | 6363 | Minor, Jr., Claudie D. | Minor, Jr., Claudie D. | Pro Se |
| 31. | 2014/10/10 | 6364 | Gilchrist, Scott (Son of Carlton Chester Gilchrist) | Gilchrist, Scott (Son of Carlton Chester Gilchrist) | Pro Se |
| 32. | 2014/10/10 | 6366 | Hughes, Mary M. Dutton; Scheer, Barbara Dutton | Hughes, Mary M. Dutton (Behalf of Father William Dutton) | Pro Se |
| 33. | 2014/10/10 | 6367 | Daniel, Ruth N. (Wife of William P. Daniel) | Daniel, Ruth N. (Wife of William P. Daniel) | Pro Se |
| 34. | 2014/10/11 | 6369 | Barnes, Larry E. | Barnes, Larry E. | Pro Se |
| 35. | 2014/10/13 | 6371 | Perfetto, Eleanor M. (wife of Ralph R. Wenzel) | Perfetto, Eleanor M. (wife of Ralph R. Wenzel) | Pro Se |
| 36. | 2014/10/14 | 6372 | Villapiano, Philip J. | Villapiano, Philip J. | Pro Se |
| 37. | 2014/10/14 | 6373 | Hawkins, Mary (Wife of Ross C. Hawkins) | Hawkins, Mary (Wife of Ross C. Hawkins) | Pro Se |
| 38. | 2014/10/14 | 6374 | Worrell, Cameron | Worrell, Cameron | Pro Se |
| 39. | 2014/10/14 | 6375 | Jordan, Steven R. | Jordan, Steven R. | Pro Se |
| 40. | 2014/10/14 | 6376 | Moore, Evan J. | Moore, Evan J. | Pro Se |
| 41. | 2014/10/14 | 6377 | Green, Justin | Green, Justin | Pro Se |
| 42. | 2014/10/14 | 6378 | McGraw, Jonathan | McGraw, Jonathan | Pro Se |
| 43. | 2014/10/13 | 6379 | Barton, Eric<br>Wire, Coy<br>Lerer, Ben<br>Fujita, Scott | Barton, Eric | Pro Se |
| 44. | 2014/10/10 | 6380 | Erickson, John Bernard | Erickson, John Bernard | Pro Se |
| 45. | 2014/10/11 | 6381 | Quillan, Frederick David | Quillan, Frederick David | Pro Se |
| 46. | 2014/10/14 | 6382 | Cleeland, Mindy W. (Wife of Cameron Cleeland) | Cleeland, Mindy W. (Wife of Cameron Cleeland) | Pro Se |
| 47. | 2014/10/14 | 6383 | Davis, Leonard B. | Davis, Leonard B. | Pro Se |
| 48. | 2014/10/13 | 6384 | Saturday, Jeffrey | Saturday, Jeffrey | Pro Se |
| 49. | 2014/10/14 | 6385 | Trejo, Stephen | Trejo, Stephen | Pro Se |

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
**OBJECTIONS**

| #   | Date        | ECF No. | Objector                                              | Lead Objector                                         | Attorney                                               |
|-----|-------------|---------|-------------------------------------------------------|-------------------------------------------------------|--------------------------------------------------------|
| 50. | 2014/10/14  | 6386    | Zeno, Lance                                           | Zeno, Lance                                           | Pro Se                                                 |
| 51. | 2014/10/14  | 6387    | Evans, Troy                                           | Evans, Troy                                           | Pro Se                                                 |
| 52. | 2014/10/14  | 6388    | Mayberry, James                                       | Mayberry, James                                       | Pro Se                                                 |
| 53. | 2014/10/12  | 6389    | Minor, Travis                                         | Minor, Travis                                         | Pro Se                                                 |
| 54. | 2014/10/14  | 6390    | LaPlatney, Karen (Daughter of Joe O'Malley)           | LaPlatney, Karen (Daughter of Joe O'Malley)           | Pro Se                                                 |
| 55. | 2014/10/14  | 6391    | Levitt, Chad                                          | Levitt, Chad                                          | Pro Se                                                 |
| 56. | 2014/10/09  | 6392    | Stewart, Alexander                                    | Stewart, Alexander                                    | Richard S. Lewis, Stephanie M. Berger Hausfeld LLP     |
| 57. | 2014/10/14  | 6393    | Ndukwe, Chinedum K                                    | Ndukwe, Chinedum K                                    | Pro Se                                                 |
| 58. | 2014/10/14  | 6396    | Jones, Kirk C.                                        | Jones, Kirk C.                                        | Pro Se                                                 |
| 59. | 2014/10/14* | 6397    | Taylor, Willie T.                                     | Taylor, Willie T.                                     | Pro Se                                                 |
| 60. | 2014/10/14* | 6398    | Thomas, David                                         | Thomas, David                                         | Pro Se                                                 |
| 61. | 2014/10/14  | 6399    | Moore, Eugene                                         | Moore, Eugene                                         | Pro Se                                                 |
| 62. | 2014/10/14  | 6400    | McFarland, James D.                                   | McFarland, James D.                                   | Pro Se                                                 |
| 63. | 2014/10/14  | 6401    | Steinbach, Eric                                       | Steinbach, Eric                                       | Pro Se                                                 |
| 64. | 2014/10/14  | 6402    | Romberg, Brett                                        | Romberg, Brett                                        | Pro Se                                                 |
| 65. | 2014/10/14  | 6403    | Taylor, Jay                                           | Taylor, Jay                                           | Pro Se                                                 |
| 66. | 2014/10/14  | 6404    | Polk, DaShon                                          | Polk, DaShon                                          | Pro Se                                                 |
| 67. | 2014/10/14  | 6406    | Neufeld, Ryan                                         | Neufeld, Ryan                                         | Pro Se                                                 |
| 68. | 2014/10/14  | 6407    | Culver, Jr. Lanell T.                                 | Culver, Jr. Lanell T.                                 | Pro Se                                                 |
| 69. | 2014/10/14  | 6408    | Meinert, Carmerita (Representative of Dale Meinert)   | Meinert, Carmerita (Representative of Dale Meinert)   | Pro Se                                                 |
| 70. | 2014/10/14  | 6409    | Carrington, Darren Russell                            | Carrington, Darren Russell                            | Pro Se                                                 |
| 71. | 2014/10/14  | 6410    | Ndukwe, Ikecheku                                      | Ndukwe, Ikecheku                                      | Pro Se                                                 |
| 72. | 2014/10/13  | 6411    | Charleston, Jeff                                      | Charleston, Jeff                                      | Pro Se                                                 |

*No postmark or Other Evidence of Timely Mailing

4

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
**OBJECTIONS**

## Late-Filed Objections

| # | Date | ECF No. | Objector | Lead Objector | Attorney |
|---|---|---|---|---|---|
| 73. | 2014/10/16 | 6248 | Anderson, Curtis L. | Anderson, Curtis L. | George W. Cochran |
| 74. | 2014/10/15 | 6394 | Hetherington, Chris | Hetherington, Chris | Pro Se |
| 75. | 2014/10/17 | 6395 | Johnson, Duane Troy | Johnson, Duane Troy | Richard S. Lewis, Stephanie M. Berger<br>Hausfeld LLP |
| 76. | 2014/10/15 | 6405 | Mauck, Carl F. | Mauck, Carl F. | Pro Se |
| 77. | 2014/10/21 | 6412 | Werner, Clyde L. | Werner, Clyde L. | Pro Se |
| 78. | 2014/10/24 | 6414 | Cosbie, Douglas | Cosbie, Douglas | Pro Se |
| 79. | 2014/11/11 | 6420 | Morey, Sean; Faneca, Alan; Hamilton, Ben; Royal, Robert; Cartwright, Roderick; Rohrer, Jeff; Considine, Sean | Morey, Sean | Steven F. Molo, Thomas J. Wiegand, Kaitlin R. O'Donnell<br>MoloLamken LLP<br>Martin V. Totaro, Eric R. Nitz<br>MoloLamken LLP<br>Linda S. Mullenix<br>William T. Hangley, Michele D. Hangley<br>Hangley Aronchick Segal Pudlin & Schiller |

## Objectors Who Later Opted Out of the Settlement

| # | Date | ECF No. | Objector | Lead Objector | Attorney |
|---|---|---|---|---|---|
| 80. | 2014/10/06 | 6201 | Cartwright, Roderick "Rock"; Hamilton, Ben; Morey, Sean; Royal, Robert *(ECF No. [6232], Supplemental Objection Filed on 2014/10/14)(See also late-filed objection ECF No. [6420])* | Morey, Sean | Steven F. Molo, Thomas J. Wiegand, Kaitlin R. O'Donnell<br>MoloLamken LLP<br>Martin V. Totaro, Eric R. Nitz<br>MoloLamken LLP<br>Linda S. Mullenix<br>William T. Hangley, Michele D. Hangley<br>Hangley Aronchick Segal Pudlin & Schiller |
| 81. | 2014/10/14 | 6364 | Hamilton, Harry | Hamilton, Harry | Pro Se |

## Non-Paties/Non-Objectors

| # | Date | ECF No. | Objector | Lead Objector | Attorney | |
|---|---|---|---|---|---|---|
| 82. | 2014/10/08 | 6359 | Pyka, Debra (Mother of Joseph Chemach) | Pyka, Debra (Mother of Joseph Chemach) | Pro Se | Not a Class Member; her son played high school football, committed suicide and allegedly had documented CTE |
| 83. | 2014/10/10 | 6368 | Lohmeyer, John | Lohmeyer, John | Pro Se | Sent an Intention to Opt Out to Court prior to Preliminary Approval; Now he wants to opt back in |

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
**OBJECTIONS**

## Requests for Designation as Amicus Curiae

| #   | Date       | ECF No. | Proposed Amicus Curiae             | Attorney                           |
|-----|------------|---------|------------------------------------|------------------------------------|
| 84. | 2014/09/30 | 6180    | Brain Injury Association of America | Christopher Wright, Stephen Miller |
|     |            |         |                                    | Harris, Wiltshire & Grannis LLP    |
| 85. | 2014/10/17 | 6214    | Public Citizen                     | Allison M. Zieve                   |
|     |            |         |                                    | Public Citizen Lit. Group          |
|     |            |         |                                    | Alan B. Morrison                   |
|     |            |         |                                    | George Washington Univ. Law School |