# Exhibit 17

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Hon. Anita B. Brody<br><br>Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## DECLARATION OF DAVID ALLEN HOVDA, PhD.

DAVID ALLEN HOVDA, PhD., hereby declares as follows:

1.      I have personal knowledge concerning the matters addressed herein, and submit this declaration in connection with Plaintiffs' motion for approval of the proposed settlement of claims in this litigation. If called as a witness, I could and would testify competently to the facts and opinions expressed herein. All of the opinions expressed in this declaration I hold to a reasonable degree of scientific certainty.

2.      I currently serve as a Professor in the Departments of Neurosurgery and Molecular and Medical Pharmacology at the David Geffen School of Medicine at UCLA, Los Angeles, California. I also currently serve as the Vice Chair of Academic Affairs, in

the Department of Neurosurgery at the David Geffen School of Medicine at UCLA. My

complete curriculum vitae is attached as Tab A. I highlight below some of my

experience, research, and qualifications relevant to the opinions expressed herein.

3.      I have multiple degrees in Psychobiology and a postdoctoral degree in

Neurophysiology. I am the Director of the UCLA Brain Injury Research Center and have

served in that capacity since 1992. Over the course of my tenure as Director of the BIRC,

I have managed a $5 million per year budget, overseeing traumatic brain injury research

from as many as 25 faculty from 8 different departments throughout the University.

During my tenure, I have launched the University of California Neurotrauma Research

Program that actively funds research proposals from all University of California

campuses. In my capacity as Vice Chair of Academic Affairs Department, I am

responsible for overseeing all academic personnel matters for the Department of

Neurosurgery. This includes, but not limited to, the supervision of dossier preparation,

writing letters of review for candidates, and advising the Chairman regarding matters

associated with the University of California Academic Personnel guidelines and

procedures.

4.      As Director of the UCLA Brain Injury Research Center, I oversee research

training for graduate and post-graduate students. I also help in the construction of grant

applications, review manuscripts prior to submission for publication and coordinating the

general neuroscientific education of the faculty and residents associated with the UCLA

Brain Injury Research Center.

5.      I have served as the Chair of the National Institutes of Health Study

Section NSD-A (2001-2003), Brain Injury and Neurovascular Pathologies (2005-2008)

2

and Multi-Drug Combinations to Promote Neurological Recovery in Traumatic Brain Injury (2009) for NINDS. I have held numerous positions in National and International Societies, including serving as President of the National (2008-2009 and 2009-2011) and International (2009-2011) Neurotrauma Societies.

6.     I have held numerous positions on National and International Committees, including the following positions: Defense and Veterans Brain Injury Center: Member, Scientific Advisory Board International Scientific Advisory Board – Uppsala University, Uppsala, Sweden Brain and Spinal Injury Center: Scientific Advisor, ICP 2007 Brain Injury Association of California, Board of Directors Department of Defense, Defense Health Board, Traumatic Brain Injury: External Advisory Subcommittee Department of Defense Post-Traumatic Stress Disorder and Traumatic Brain Injury Clinical Consortium (INTRuST): Scientific Advisory Board Brain Injury Association of America Board of Directors Department of Defense, Defense Health Board University of Maryland External Advisory Committee Department of Defense, U.S. Army Medical Research and Materiel Command, Combat Casualty Care Research Program, Neurotrauma Steering Committee National Academy of Neuropsychology Foundation, Board of Trustees Cohen Veterans Center, Advisory Board Pediatric Neurocritical Care Research Group

7.     I serve as a member of the Editorial Board of several brain-injury related organizations and act as a peer publication reviewer for dozens of journals, including the Journal of Neuroscience, Neurology, Journal of Neuroscience Research, Brain, Journal of Neurosurgery, and the New England Journal of Medicine.

8.     I have served in the past and continue to serve as a Consultant and Advisor to many organizations, including the National Football League (1998-1999), the World

Boxing Council, the New Jersey Commission on Brain Injury Research, the Medical

Advisory Board, Sports Legacy Institute, and the U.S. Department of Defense,

TBI/PTSD Advisory Panel, 2009 to the present.

9.      Current pertinent research grants include: "UCLA Program in Memory

Restoration", Dept. of Defense, "TBI-Induced Cerebral Metabolic Depression and

Recovery", NIH, and "Using glutametergic pharmacotherapy to optimize TBI recovery",

NIH.

10.     I have been an invited lecturer or speaker at hundreds of professional

meetings involving a host of topics related to brain injury. Some of the more recent and

relevant topics include: "Updates and Advances in the Neuroscience of Concussion",

Sports Psychology Society Meeting and Symposium, 2013; "The Neurometabolic

Cascade of Traumatic Brain Injury", American Association of Neuropathologists, 2013;

"Mild TBI and Mental Health", US Secretary of Defense Symposium on Traumatic Brain

Injury, The Pentagon, 2013; "Metabolic Management of Brain Injury", University of

Texas Southwestern Medical Center, 2014; and, "The Neurochemical and

Neurometabolic Cascade of TBI and its Effect on Long Term Outcome", Casa Colina

Centers for Rehabilitation, 2014.

11.     I have published at this date 175 peer reviewed papers and many of them

relate to research and clinical work regarding brain injury and the physical and

developmental outcome, including the neurophysiology of concussion and the physical

and psychological outcome from chronic traumatic brain injury.

12.     Throughout my career, I have taught medical students and physicians and

psychologists through courses and training sessions in the areas of anatomy,

4

neuroanatomy, psychobiology, neurophysiology, neuroimaging, neuroscience, neurosurgery, histology, behavioral analysis, statistical analysis, and electrophysiology. I have been involved in the training of neurosurgical residents and others. Many of the topics I have taught relate to my professional work regarding brain injury, concussion, TBI, and the resulting physical and psychological issues associated with long-term outcome for patients with TBI.

13.     My statements and views included in this declaration are mine alone and do not reflect those of UCLA or any of the departments or centers with which I am associated. I have not received any financial payments for preparing this Declaration from any source, including any attorney or plaintiff in this case. I have requested that any monies paid for the work conducted in this matter be made payable to the Regents of the University of California which allows the money to be used for research and teaching activities.

14.     A concussion is an active physiological process induced by biomechanical forces that result in brain dysfunction. It is a 'brain movement injury'. This dysfunction commonly manifests with headaches, confusion, memory impairment, dizziness, slowed responsiveness, incoordination, and personality change. A concussion does not require a loss of consciousness. A concussive event can occur from a direct impact to the head or from an indirect impact causing motion of the head, resulting in translational and/or angular acceleration of the brain.

15.     Upon concussion (or mild traumatic brain injury) there is a massive flux of ions that is related to a discharge of neurons resulting in the release of the excitatory amino acid glutamate. This produces an energy crisis in the brain and results in

5

depolarization, which is responsible for the neurological deficits experienced.

16.     There is no scientifically determined threshold of impact force or acceleration to the brain to predict or diagnose that a person has suffered a concussion. A person's susceptibility to suffer a concussion is extremely variable. Epidemiological studies demonstrate that female athletes are more prone to concussion than male athletes. Younger athletes (high school age) appear to take longer to recover from concussions than do older (adult/college) athletes.

17.     Following a concussion, cerebral physiology can be adversely affected for days or weeks. Symptoms of concussion can include confusion, disorientation, unsteadiness, dizziness, headache, and visual disturbances. These symptoms often arise without a detectable anatomic pathology and often resolve completely over time, suggesting that they are based on temporary neuronal dysfunction rather than cell death. However, some individuals (approximately 15-20%) have reported to experience post-concussive symptoms for extended period of time with women being more sensitive than men. The reason for these individual differences is as yet unclear.

18.     Current research confirms that a person who has suffered a concussion is at increased risk to sustain additional injury, including another concussion. Some of this risk is due to recoverable factors, like biological vulnerability, impaired reaction time, in coordination, and cognitive slowing, which may dissipate with time and healing. Some of the risk for recurrent concussion may be independent of concussion care, for example, genetic vulnerabilities. Lastly, some risks for repeat concussion are bio-behavioral, that is, aggressive styles of play or poor playing style—these would not get better on their own, but could conceivably improve if identified and minimized through proper coaching

and training. Those who have sustained multiple concussions are also more likely to require longer to recover, providing a second rationale to the mantra "when in doubt, sit it out". By identifying concussions early and removing players from contact risk, the likelihood of second concussions or other injuries can be reduced.

19.     Current research and mainstream medical literature confirm that a person who has suffered a moderate to severe level of traumatic brain injury may have an increased propensity for later-in-life cognitive slowing and an increased risk for early onset Alzheimer's disease and/or dementia, Parkinson's disease, and ALS. Mortimer et al., 1991; Bower et al., 2003; Lehman, Hein et al., 2012. Repeat concussions that occur close in time can result in a moderate or severe level of injury (second impact syndrome). However, it must be noted that although concussion is a mild traumatic brain injury, brain movement that does not reach a level that would induce a concussion (sometimes referred to as a sub-concussive event), has yet to be defined in terms of neuroscientific consequences. Therefore, a direct correlation between sub-concussive events or one or more concussive events and long-term cognitive slowing and other neurological disorders is not a certainty because of the multiple disparate premorbid risk factors and comorbidities that can contribute to neuropsychiatric problems such as apoe4 allele genotype, drug abuse, alcohol dependence and other medical problems. Repeated blows to the head that result in a general brain movement injury have been determined to produce dementia pugilistica (or punch drunk syndrome as described in boxing).

20.     Over the last few years, neuropathologists have described a tauopathy in postmortem tissue of individuals who have a history of being exposed to sports or military activities that presented these individuals with an increased risk of repeated

7

concussions and mTBI. Termed Chronic Traumatic Encephalopathy (CTE), the neuroanatomical findings are striking. However, currently, CTE does not appear to advance in a predictable and sequential series of stages and progression of physical symptoms—although there are reports that many of the deceased patients who exhibit CTE postmortem did have neurological and neuropsychological impairments prior to their death. The current description of CTE is based on the presence or absence of tauopathy that can be seen in postmortem material. There are some experimental findings reflecting images of phosphorylated tau using positron emission tomography, though, given the absence of substantial research studies, this is not a medically/scientifically accepted method of ascertaining CTE (let alone CTE due to concussions). At present, CTE is only ascertained pathologically and postmortem.

21.     Indeed, the majority of the data collected to date is retrospective in nature and restricted to a subset of subjects. Thus, the reported clinical observations (i.e., aggression, disinhibition, suicidality, etc.) are likely to be skewed by selection bias. Just as important is the state of medical and epidemiological science that has yet to systematically study the presence or absence of CTE pathology in non-concussed men and women in a reasoned effort to determine what causal inferences can appropriately be made based on a finding of CTE in decedents who were exposed to concussive events.

22.     There are no published epidemiological, cross-sectional, or prospective studies relating to CTE. One of the latest reviews (Jordan BD., The Clinical spectrum of sport-related traumatic brain injury. Nat Rev Neurol 2013; 9:222-30) has observed that because of the lack of currently available biomarkers to observe the natural history of CTE, characterization of preclinical and prodromal CTE is premature.

23.     Inferring the presence of CTE pathology from the presence of various clinical and symptomatic manifestations in living patients is, in my opinion, scientifically unsupported. Likewise, assuming that the presence of certain tau pathology in selected player patients is causally associated with, and foretells, various clinical and symptomatic manifestations and risk in those patients is, in my opinion, similarly speculative and scientifically premature. Well-controlled and prospective/longitudinal studies have not yet been conducted.

24.     Alzheimer's disease is a useful point of reference. Tremendous research and thousands of clinical studies on hundreds of thousands (if not millions) of individuals over the past fifty years has been conducted, yet much uncertainty as to its causes and effects continues to exist. And it took decades of prospective studies involving such patients before the diagnostic and clinical profile of Alzheimer's was understood in the scientific community. Relatedly, it is wise to resist inferring too much from the presence or absence of particular pathology. We know from studies of Alzheimer's disease that there are those patients with Alzheimer's pathology post-mortem that were asymptomatic while alive; the reverse is likewise true, i.e., there are those with Alzheimer's symptomology while living that do not show characteristic pathology on death.

25.     There are studies, which link traumatic brain injury to increased risk for dementia, as well as Parkinson's disease and amyotrophic lateral sclerosis (Mortimer et al., 1991; Bower et al., 2003; Lehman, Hein et al., 2012). Currently, the medical and, scientific research organizations have not generally accepted the proposition that CTE is diagnosable in living persons. While there are a few papers recounting the use of non-scientific familial accountings of behavioral patterns pre-death as a tool to account for

post-mortem findings of levels of CTE, the peer literature has not drawn a consensus regarding the etiology of CTE, nor is there a consensus regarding a causal connection between CTE and any particular behavioral or cognitive maladies. Some researchers who have published their findings of the diagnosis of CTE on autopsy predicated upon finding tauopathy. Of course, there are a number of neurological diseases that have tauopathy as a primary finding, thereby raising issues regarding the causal connection between this finding and concussive events.

26.     It has not been established scientifically that CTE is a unique neurodegenerative disease, especially the modern version of CTE put forward by the Omalu et al. and McKee et al. research groups. There are longstanding, internationally-recognized criteria for diagnosing possible Alzheimer's disease, Parkinson's disease, and ALS. In contrast to CTE, there are thousands of publications on these diseases from researchers around the world. It would be difficult to accept that CTE is an established and unique neurodegenerative disease considering the gaps in our knowledge listed below.

   a. There are no clearly defined and agreed upon neuropathological criteria for CTE.  Some investigators have used the presence of tauopathy as a criteria for CTE, however this is not specific.

   b. There is no clearly defined methodology for coding and reporting  the gross microscopic features that are _not_ unique to CTE.

   c. There is no agreed upon and codified region of interest, sampling, and staining techniques for neuropathologists to use to diagnose CTE.

   d. There have been no neuropathological studies of appropriate control subjects to determine if they show any of the pathological features believed to be unique to CTE. Studies of men in their 50s and 60s who have a history of chronic depression, substance abuse, and cardiovascular disease, with no known history of neurotrauma or participation in contact sports, are urgently needed.

10

e.   There is no classification system for research or in the health care system, for clinical features of possible or probable CTE.

f.   There are no large clinical studies with former athletes and non-athletes to determine if a history of MTBI or repetitive non-concussive neurotrauma associated with contact sports is *independently* associated with depression, suicidality, irritability and emotional dyscontrol, or cognitive impairment after controlling for other factors known to be associated with these clinical symptoms.

27.     The identifiable disorders and functional disabilities that the Settlement identifies as qualifying diagnoses in living players of neurocognitive impairments and other diseases/disorders (ALS, Alzheimer's disease, and Parkinson's disease), together with the plan to allow players over the next 65 years to file for a payment if and when their respective circumstances worsen, is an appropriate method to address the deficits, functional limitations, and diseases that players with these findings may experience over their lifetime.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 11, 2014
         Los Angeles, CA

_____
                David A. Hovda, PhD.

# TAB A

Revised October 1, 2014

# DAVID ALLEN HOVDA, PhD

# CURRICULUM VITAE

## PERSONAL INFORMATION

Business Address:    Department of Neurosurgery
David Geffen School of Medicine at UCLA
10833 Le Conte Avenue, Room 18-228A
Box 957039
Los Angeles, California, 90095-7039

Phone Numbers:    Laboratory (310) 825-8646
Office (310) 206-3480
FAX (Laboratory) (310) 206-3732
FAX (Office) (310) 794-2147

E-Mail Address:    dhovda@mednet.ucla.edu

Birth Date:    June 6, 1953

Birth Place:    Tomah, Wisconsin, USA

Marital Status:    Married July 7, 1979 (Cydney C. Stewart, MD)

## EDUCATION:

1979    BA, Psychology, University of New Mexico, Albuquerque, NM
1982    MS, Psychobiology, University of New Mexico, Albuquerque, NM
1985    PhD, Psychobiology, University of New Mexico, Albuquerque, NM
1987    Postdoctoral Degree, Neurophysiology, Mental Retardation Research Center,
Neuropsychiatric Institute, UCLA, Los Angeles, CA

## PROFESSIONAL EXPERIENCE:

1978 - 1985    Research Assistant, Laboratory of Dr. Dennis M. Feeney, Department of Psychology,
University of New Mexico, Albuquerque, NM
1980 - 1984    Coordinator of Freshman Experimental Psychology Laboratories, Department of
Psychology, University of New Mexico, Albuquerque, NM
1985 - 1987    Postdoctoral Fellow, Laboratory of Dr. Jaime R. Villablanca, Mental Retardation
Research Center, Department of Psychiatry and Neurobehavioral Science, School of
Medicine, UCLA, Los Angeles, CA
1987 - 1989    Assistant Researcher, Laboratories of Drs. Jaime R. Villablanca and Harry T.
Chugani, School of Medicine, UCLA, Los Angeles, CA
1989 - Present    Director of the Neurotrauma Laboratory, Department of Neurosurgery, David Geffen
School of Medicine at UCLA, Los Angeles, CA
1989 - 1994    Assistant Professor – In Residence, Department of Surgery, Division of

David A. Hovda, PhD

|  | Neurosurgery, School of Medicine, UCLA, Los Angeles, CA |
|---|---|
| 1990 - Present | Member of the Brain Research Institute, UCLA, Los Angeles, CA |
| 1992 - Present | Director of Brain Injury Research Center, Department of Neurosurgery, David Geffen School of Medicine at UCLA, Los Angeles, CA |
| 1994 - 2000 | Associate Professor, Department of Surgery, Division of Neurosurgery, UCLA School of Medicine, Los Angeles, CA |
| 1994 - 2000 | Associate Professor, Department of Molecular and Medical Pharmacology, UCLA School of Medicine, Los Angeles, CA |
| 2000 — Present | Professor, Department of Neurosurgery, David Geffen School of Medicine at UCLA, Los Angeles, CA |
| 2000 — Present | Professor, Department of Molecular and Medical Pharmacology, David Geffen School of Medicine at UCLA, Los Angeles, CA |
| 2003 — 2008 | Vice-Chief of Research, Division of Neurosurgery, David Geffen School of Medicine at UCLA, Los Angeles, CA |
| 2008 — Present | Vice-Chair of Research, Department of Neurosurgery, David Geffen School of Medicine at UCLA, Los Angeles, CA |
| 2014 — Present | Vice-Chair of Academic Affairs, Department of Neurosurgery, David Geffen School of Medicine at UCLA, Los Angeles, CA |

## ADMINISTRATIVE EXPERIENCE

**Director, UCLA Brain Injury Research Center (1992 — Present) -** Over the course of my tenure as Director, I have managed a $5 million per year budget, overseeing traumatic brain injury research from as many as 25 faculty from 8 different departments throughout the University.  In addition to monitoring performance issues, overseeing the allocation of space, recruiting new faculty and coordinating grant applications, I have been heavily involved in public relations.  During my tenure, I have launched the University of California Neurotrauma Research Program that actively funds research proposals from all University of California campuses.  In addition, I have launched a series of workshops related to neuroscientific techniques, providing funds for equipment and renovation of space in several laboratories throughout the University of California.  This UC Neurotrauma program has also been responsible for managing the annual University of California Neurotrauma Meeting.  Every year, it has been my responsibility to set the venue, assign the lectures and provide the funding for this event.  This meeting consists of a three-day symposium that features the best in neuroscience research throughout the University of California as it is related to traumatic brain injury and recovery of function.  Finally, I have been actively involved in fund raising acquiring support from individuals, corporations and sports organizations.  Over the years, this has resulted in several million dollars provided to the Brain Injury Research Center to support both research and teaching activities.

**Vice Chair of Research, Department of Neurosurgery, David Geffen School of Medicine at UCLA, Los Angeles, California (2003 — Present)** - Serving at the pleasure of the Department Chair (Dr. Neil Martin), I am responsible for overseeing all neuroscience research for the Department of Neurosurgery.  This includes, but not limited to, the supervision of research training for the residents, supporting the applications of grants, reviewing manuscripts prior to submission for publication and coordinating the general neuroscientific education of the faculty and residents.

**Chair, National Institutes of Health Study Section NSD-A  (2001 — 2003), Brain Injury and Neurovascular Pathologies  (2005 — 2008), Multi-Drug Combinations to Promote Neurological Recovery in Traumatic Brain Injury (2009) for NINDS** - I was responsible for

2

David A. Hovda, PhD

review and oversight of Program Project, Training, R01, R21, Conference and Center grant applications.  Meetings were held three times each year, during which it was my responsibility to resolve differences of opinions regarding scientific merit and methodology, helping to bring the Committee to a consensus of opinion in terms of recommendation for level of enthusiasm.  In addition, it was my responsibility to confront reviewers whose comments to the individual investigators did not match the scores they submitted to the Committee, thereby bringing into alignment their communication to the applicant with the final score calculated in terms of enthusiasm.  Finally, I dealt with several issues raised by investigators and reviewers related to conflict of interest, intellectual property and scientific misconduct.

**Chairman, UCLA Chancellor's Committee for Animal Research (1991 - 2001)** - Along with chairing meetings twice a month, I was responsible for recruiting faculty and outside members.  In addition, I was responsible for all correspondence from the Committee to investigators regarding their protocols, alleged infractions, inspection and certifications.  Meeting regularly with the Vice Chancellor for Research, I lobbied for resources and initiated changes related to maintaining Association for the Assessment and Accreditation of Laboratory Animal Care (AAALAC).  Finally, it was my responsibility to help resolve conflicts between the Department of Laboratory Animal Medicine and individual faculty members through coordinating meetings with the Chief Veterinarian of UCLA.

### *TEACHING EXPERIENCE*

| | |
|---|---|
| 1980 - 1984 | Teaching Assistant & Introductory Lab Coordinator, Department of Psychology, University of New Mexico, Albuquerque, NM |
| 1982 - 1983 | Teaching Assistant, Gross Anatomy, Department of Anatomy, School of Medicine, University of New Mexico, Albuquerque, NM |
| 1983 | Teaching Assistant, Integrative Neurophysiology, Departments of Physiology and Psychology, University of New Mexico, Albuquerque, NM |
| 1984 | Teaching Assistant, Psychobiology of Motivation, Department of Psychology, University of New Mexico, Albuquerque, NM |
| 1985 - 1989 | Teaching Assistant, Basic Neurology Course, School of Medicine, UCLA, Los Angeles, CA |
| 1992 - 2007 | Gross Anatomy 102, David Geffen School of Medicine at UCLA, Los Angeles, CA |
| 1993 - 1994 | Course Co-Coordinator Gross Anatomy 102, Department of Anatomy, UCLA School of Medicine, Los Angeles, CA |
| 1997 - 1999 | Biomed 218, Gross Anatomy, UCLA School of Medicine, Los Angeles, CA |
| 1998 – 2000 | Pharmacology 234B, Laboratory Techniques, David Geffen School of Medicine at UCLA, Los Angeles, CA |
| 1998 - 2000 | Neuroscience 211, Neuroimaging, UCLA School of Medicine, Los Angeles, CA |
| 1998 - Present | Neuroscience 207, Integrity of Scientific Investigation, Education, Research, and Career Implications, David Geffen School of Medicine at UCLA, Los Angeles, CA |
| 2013 – Present | Neuroscience 250, Seminar in Neural Development, Degeneration and Repair |

**PSYCHOLOGY:**  My teaching experience also includes: Introduction to Psychology, Physiological Psychology, Psychopharmacology and Psychobiology of Motivation.  Additionally, I have taught upper division lab sections for students interested in the Neurosciences.  The topics I have taught include: neurosurgery (stereotaxic and general), electrophysiology, histology, behavioral analysis, statistical analysis and computer science.

3

David A. Hovda, PhD

**ANATOMY:**  I have taught gross anatomy, including neuroanatomy.

**PHYSIOLOGY:**  I have taught, and am currently teaching, neurophysiology to graduate and medical students interested in neuroscience covering such areas as sensory/motor systems, recovery of function, vision, pain and sleep.

## Neurosurgical Residents Trained (Current Positions)
Benham Badie, M.D.; Department of Neurological Surgery, City of Hope, Duarte, CA
Monica Wehby, M.D.; Pediatric Neurosurgeon, Legacy Health, Portland, OR
Martin Holland, M.D.; Director & Chief, Department of Neurosurgery, Trinity Mother Frances
    Neuroscience Institute, Tyler, TX
P. David Adelson, M.D.; Director, Phoenix Children's Neuroscience Institute, Phoenix, AZ
Curtis E. Doberstein, M.D.; Assistant Professor of Neurosurgery, Brown University, Providence, RI
David Tandian, M.D.; Neurosurgeon in Indonesia
Igor Fineman, M.D.; Huntington Memorial Hospital, Pasadena, CA
Aman Patel, M.D.; Departments of Neurosurgery and Radiology, Mt. Sinai Hospital, New York, NY
Andrew Cannestra, M.D, Ph.D.; Lyerly Neurosurgery, Jacksonville, FL
Joshua Dusick, M.D.; David Geffen School of Medicine at UCLA

## Postdoctoral Fellows Trained
Kenneth D. Steinsapir, MD; 1995, Cosmetic, Facial, & Ophthalmic Plastic Surgery, Diplomate,
 American Board of Ophthalmology, Jules Stein Eye Institute, UCLA
Stefan M. Lee, PhD, 1996, Associate Professor of Neurosurgery, University of Southern California
Dorothy A. Kozlowski, PhD; 1997, Assistant Professor of Research, Department of Biological
 Sciences, DePaul University
Mayumi L. Prins, PhD; 1998, Associate Professor, Department of Neurosurgery, UCLA
Amir Samii, MD; Professor & Vice Director, Dept of Neurosurgery, International Neuroscience
 Institute, Hannover, Germany
Christopher Giza, MD; Associate Professor, Department of Neurosurgery, UCLA
Takeshi Maeda, MD, PhD: Associate Professor, Nihon University, Tokyo, Japan
Naoki Aoyama, MD, PhD: Assistant Professor, Nihon University, Tokyo, Japan
Tatsuro Kawamata, MD, PhD; Associate Professor of Neurosurgery, Nihon University, Tokyo, Japan
Haruhiko Ogawa, MD, PhD; Private practice, Tokyo, Japan
Atsuo Yoshino, MD, PhD; Associate Professor, Nihon University, Tokyo, Japan
Elisa Roncati-Zanier, MD; Ospedale Maggiore Policlinico IRCCS (Neurocritical Care Unit), Milan, Italy
Brenda Bartnik, PhD; Assistant Professor, Loma Linda University, Loma Linda, California
Masamichi Fukushima, MD; Associate Professor, Nihon University, Tokyo, Japan
Nobuhiro Moro, MD, PhD; Nihon University, Tokyo, Japan
Ying Bryant, PhD; Walter Reed Army Institute of Research, Silver Springs, Maryland
Katsunori Shijo, MD, PhD; Nihon University, Tokyo, Japan
Tiffany Greco, PhD University of Maryland (In Training)
Nobuo Kutsuna, MD, PhD; Nihon University, Tokyo, Japan (In Training)

## Graduate Students Trained
Mayumi L. Prins; PhD; Graduated 1997, Associate Professor, Dept of Neurosurgery, UCLA
Amy Moore; PhD; Graduated 1999, Assistant Professor, Santa Clara University
Cheri Osteen, PhD; Graduated 2002, Science Medical Writer, Amgen, Thousand Oaks, CA
Emily (Shieh) Ip, PhD; Graduated 2002, Scientist, Pre-Clinical Project Management, Anacor
 Pharmaceuticals, CA

4

David A. Hovda, PhD

Gene Gurkoff, PhD; Graduated 2006, Assistant Professional Researcher, Dept of Neurological
    Surgery, UC Davis
Maxine Reger, PhD; Graduated 2011, Postdoctoral Fellow, National Institutes of Health/NIAAA
Naomi Santa Maria, Graduated 2012, Postdoctoral Fellow, Cal Tech

**Medical Students Trained**
Igor Fineman; Huntington Memorial Hospital, Pasadena, CA
Amir Samii; Professor & Vice Director, Dept of Neurosurgery, International Neuroscience Institute,
    Hannover, Germany
Bahman Badie; Department of Neurological Surgery, City of Hope, Duarte, CA
Deidre Fisher; Northside Hospital, Atlanta, GA
Karin Fu; Department of Radiation Oncology, UC San Francisco, CA


*UNIVERSITY COMMITTEE ASSIGNMENTS*
Graduate Training Committee for the Department of Molecular and Medical Pharmacology
Eastside Master Planning Committee on the Vivarium (Co-Chair)
Specialty Training and Advanced Research (STAR) Committee
Master Plan II Vivarium Planning Committee
Committee for Evaluation of a Neuroscience Graduate Students Progress
School of Medicine Space Committee
Space Committee for the Brain Research Institute
Veterinarian Search Committee
Committee for Esprit de Corps for the Brain Research Institute
Interdepartmental Neuroscience Program's Advising Committee
Committee for the UCLA Medical School's "Frontiers in Science" (Program, 1991)
Chancellor's Committee for Animal Research (Chairman) (1991 – 2001)
Appointments and Promotions Committee for the Department of Surgery (2002 – 2010)
Council on Academic Personnel, Ad Hoc Review Committee (2003)
Selection Committee for the John H. Walsh Young Investigator Research Prize (2004 – Present)
Academic Senate Committee on Committees (2005 – 2007)
Working Group on Threats to Research (2009 – Present)
UCLA Council on Academic Personnel (2010 – 2014)
University of California Council on Academic Personnel (2011 – 2012)
Operations Sub-Committee: Clinical Operations, Operation Mend (2012 – Present)
Integrated Center for Neural Repair Steering Committee (2012 – Present)
UCLA Human Pluripotent Stem Cell Research Oversight (hPSCRO) Committee (2012 – Present)
UCLA Council on Academic Personnel (Chair) (2013 – 2014)
UCLA Neuroscience Planning Committee (2014 – Present)

Graduate Student Committee for Doctoral Candidacy:
        Bioengineering
                Ms. Naomi Santa Maria (2012)
        Integrative Biology and Physiology
                Ms. Cheri Osteen (2002)
                Ms. Shoshanna Vaynman (2005)
        Molecular and Medical Pharmacology
                Ms. Lorraine Hanssen (2002)
                Mr. Dennis Harvey (2003)

David A. Hovda, PhD

       Ms. Amy Shu-Jung Yu (2011)
Neurobiology:
       Ms. Mayumi Prins (1997)
       Ms. Dorothy Harris (2007)
Neuroscience:
       Mr. Mike De Rosa (1992)
       Ms. Gina R. Poe (1993)
       Mr. Douglas Nitz (1993)
       Ms. Anne Blood (1994)
       Ms. Amy Moore (1999)
       Ms. Emily Shieh (2002)
       Mr. Sameer Sheth, (2003)
       Mr. Jeff Gotts (2003)
       Mr. Erh-Fang Lee (2007)
       Mr. Che Hutson (2009)
       Dr. Jason S. Hauptman (2011)
       Mr. Jaehoon Choe (2014)
       Ms. Daya Alexander (In Training)
       Mr. Derek Verley (In Training)
Nursing:
       Ms. Norma McNair (2012)
Psychology:
       Ms. Stacey L. Young (1993)
       Mr. Alan S. Keys (1994)
       Ms. Aimee Hunter (2001)
       Mr. Michael Rowe (2002)
       Ms. Maxine Reger (2011)


***PROFESSIONAL ACTIVITIES:***
**Positions in National and International Societies**

| | |
|---|---|
| 1999 – 2002 | Councilor for the National Neurotrauma Society |
| 1995 - 1996 | Vice President, National Neurotrauma Society |
| 1996 - 1997 | President, National Neurotrauma Society |
| 2001 – 2002 | Co-Chairperson, Women in Neurotrauma Research |
| 2004 – Present | Councilor, National Neurotrauma Society |
| 2006 – 2010 | Secretary, International Neurotrauma Society |
| 2007 – 2009 | President-Elect, International Neurotrauma Society |
| 2008 – 2009 | President, National Neurotrauma Society |
| 2009 – 2011 | President, International Neurotrauma Society |

**Memberships in Academic Societies**
Society for Neuroscience
American Association for the Advancement of Science
The Scientific Research Society of Sigma Xi
British Brain Research Association
European Brain and Behavior Society
International Brain Research Organization
The National Neurotrauma Society

6

David A. Hovda, PhD

The Society of Cerebral Blood Flow and Metabolism
The International Neurotrauma Society

**National and International Committee Assignments**
External Advisory Committee: Program Project, Kansas Center for Mental Retardation and Human Development, The University of Kansas Medical Center (1992 – 1999)
External Advisory Committee: Program Project, Division of Neurosurgery, University of Pennsylvania (1993-1999)
National Neurotrauma Society Nominating Committee (1993)
International Advisory Committee for the International Neurotrauma Society (1994)
National Neurotrauma Society Abstract Selection Committee Chairman (1996)
Kentucky Spinal Cord and Head Injury Research Board (1997 – Present)
Reviewer for the State of Kentucky Neurotrauma Research Initiative (1999 – Present)
1st Joint Symposium of the National & International Neurotrauma Societies Program Committee (2001 – 2004)
National Neurotrauma Society: 2003 NNTS Meeting Program Committee (2002 – 2003)
Brain Injury Association of America: Blue Ribbon Panel Review of Brain Injury Risk of Amusement Park Rides (2002)
Defense and Veterans Brain Injury Center: Member, Scientific Advisory Board (2004 – Present)
International Scientific Advisory Board – Uppsala University, Uppsala, Sweden (2005 – Present)
Brain and Spinal Injury Center: Scientific Advisor, ICP 2007 (2006 – Present)
Brain Injury Association of California, Board of Directors (2006 – 2013)
Department of Defense, Defense Health Board, Traumatic Brain Injury: External Advisory Subcommittee (2008 – 2011)
Department of Defense Post-Traumatic Stress Disorder and Traumatic Brain Injury Clinical Consortium (INTRuST): Scientific Advisory Board (2008 – Present)
Brain Injury Association of America Board of Directors (2009 – Present)
Department of Defense, Defense Health Board (2011 – Present)
University of Maryland External Advisory Committee (2011 – Present)
Department of Defense, U.S. Army Medical Research and Materiel Command, Combat Casualty Care Research Program, Neurotrauma Steering Committee (2012 – Present)
National Academy of Neuropsychology Foundation, Board of Trustees (2013 – Present)
Cohen Veterans Center, Advisory Board (2013 – Present)
UNM Alumni Association Board of Directors (2013 – Present)
Pediatric Neurocritical Care Research Group (2013 – Present)


*NATIONAL INSTITUTES OF HEALTH COMMITTEE ASSIGNMENTS*
NINDS Neurological Disorders (Stroke & Trauma) Site Visit Team (1991)
NINDS Neurological Disorders (Stroke & Trauma) Site Visit Team (1991)
NINDS Neurological Disorders (Stroke & Trauma) Site Visit Team (1993)
NINDS Neurological Disorders (Stroke & Trauma) Ad Hoc (1996)
NINDS Neurological Disorders (Stroke & Trauma), Neurological Sciences and Disorders A (NSD-A) Committee Member (1998 – 2003); Chairman (2001 – 2003)
NINDS Neurological Disorders (Stroke & Trauma) Reverse Site Visit Team (2001)
National Institute of Child Heath and Human Development, National Center for Medical Rehabilitation Research, Cooperative Multicenter TBI Clinical Trials Network, Advisory Board Member (2002 – Present)
TBI Clinical Trials Network, Steering Committee Member (2004 – Present)

David A. Hovda, PhD

Brain Disorders and Clinical Neuroscience (BDCN), Committee Member (2005 – 2008)
Brain Injury and Neurovascular Pathologies (BINP), Committee Member (2006 – 2011); Chairman (2006 – 2008)
Multi-Drug Combinations to Promote Neurological Recovery in Traumatic Brain Injury, Chairman (2009)
Eunice Kennedy Shriver National Institute of Child Health and Human Development, Chairman (April, 2009)
RC4 Editorial Board Reviewer (2010)


*EDITORIAL MEMBERSHIP*
Restorative Neurology and Neuroscience, Elsevier
Developmental Brain Dysfunction, S. Karger AG
Journal of Neurotrauma, Mary Ann Liebert
Developmental Neurorehabilitation, Informa Healthcare
Eye and Brain, Dove Medical Press
Experimental Neurology, Elsevier


*SCIENTIFIC REVIEWS*
**Journals**:

Brain Research
Journal of Neurotrauma
Restorative Neurology & Neuroscience
Psychological Review
Life Sciences
Journal of Neuroscience
Experimental Neurology
Journal of Cerebral Blood Flow & Metabolism
NeuroImage
Proceedings of the National Academy of Science
Neurology
Journal of Neuroscience Research
Surgical Neurology
Current Pharmaceutical Design
Brain Pathology
Behavioural Brain Research
Annals of Neurology
Archives of Physical Medicine And Rehabilitation
Molecular and Cellular Biochemistry
Neuroscience Letters
Brain
Nature Reviews Neuroscience

Journal of Pediatrics
Brain Research Bulletin
Journal of Neurosurgery
Developmental Brain Dysfunction
Journal of Applied Physiology
Journal of Physiology
Pharmacology Biochemistry & Behavior
Neuroscience
Journal of the Institute for Laboratory Animal Research
Critical Care Medicine
NS Drugs
Regional Immunology
Journal of Neurochemistry
European Journal of Neuroscience
Journal of Alzheimer Disease Assoc. Disorders
Journal of Neuroimaging
Neuroscience & Biobehavioral Reviews
Developmental Neuroscience
Acta Neurochirurgica
Journal of Neuroscience Methods
Surgical Neurology International
Molecular and Cellular Biochemistry
New England Journal of Medicine

**Books**:
Neural Transplantation and Regeneration, G. D. Das and R. B. Wallace (eds.), *Journal of*

8

David A. Hovda, PhD

Electrophysiological Techniques, 1986

Trauma Section, Youmans Textbook of Neurosurgery (6th Edition), Elsevier Publishers, 2010

## CONSULTATION AND ADVISORY SERVICES
Knoll AG, CNS-Research, Knollstrasse, Ludwigshafen, Germany, December 10, 1991
NEUREX Corporation, Brain Injury Research, Menlo Park, California, March 4, 1992
Astra Corporation, Traumatic Brain Injury Symposium, Anaheim, California, February 9-10, 1997
Neurocrine Biosciences, San Diego, California, 1997-1998
National Football League, New York, NY, August 14-17, 1998
National Football League, Phoenix, AZ, August 24-25, 1998
World Boxing Council, 1989 – Present
Perot Family Center for Brain and Nerve Injuries at Children's Medical Center (External Advisory Board), Dallas, Texas, 2003 – Present
New Jersey Commission on Brain Injury Research (New Jersey Department of Health), Trenton, New Jersey, 2006 – Present
Innogene Kalbiotech Pte. Ltd., Jakarta 13210, Indonesia 2006 – 2008
Medical Advisory Board, Sports Legacy Institute, Waltham, MA, 2008 – 2011
Injury and Traumatic Stress Consortium (INTRuST), Scientific Advisory Committee, 2008 – Present
US Department of Defense, TBI/PTSD Advisory Panel, 2009 – Present
State of California, Senate Health Committee Hearing, January 13, 2010
Neural Analytics, Advisory Board (2013 – Present)

### Granting Agencies:
American Institute of Biological Sciences (AIBS), 1999
Department of Veterans Affairs, 1999
Kentucky Spinal Cord and Head Injury Research Board
The Wellcome Trust, London, England
The American Heart Foundation
UCLA Stein/Oppenheimer Foundation
Mission Connect
US MEXUS-CONACYT
Uniformed Services University of the Health Sciences
National Institutes of Health: National Institute of Neurological Disorders and Stroke
Scientific Peer Advisory and Review Services (US Army Medical Research and Material Command, Department of Defense Congressionally Directed Medical Research Program/TBI)
Centers for Disease Control and Prevention, Coordinating Center for Environmental Health/ATSDR and Injury Prevention
Program Merit Review Committee, Norman Hackerman Advanced Research Program (State of Texas)
2013 Oppenheimer Program

## HONORS
| | |
|---|---|
| 1985 | Benjamin Franklin Haught Memorial Award |
| 1985 - 1987 | National Institutes of Health Postdoctoral Traineeship |
| 1987 | Giannini Foundation Postdoctoral Scholar Award |
| 1991 | The National Head Injury Foundation Young Investigator Award |

9

David A. Hovda, PhD

| 1992 | Lind Lawrence Eminent Scholar |
| 2006 | Women in Neurotrauma Research for Support of Students |
| 2009 | Sarah Jane Brain Foundation David Hovda Angel Award |
| 2011 | Strength of the Nation Award (US Army) |
| 2012 | University of New Mexico Alumni Association's James Zimmerman Award |
| 2014 | 2014 National Training Center Award (Ft. Irwin, CA) |
| 2014 | Keynote Speaker, Graduate Commencement Ceremony, University of New Mexico |

## NAMED LECTURES

| 2008 | 1st Annual Deborah L Warden Lectureship |
| 2011 | 1st Annual Mark P. Clio MD Lectureship |

## RESEARCH INTERESTS

Incorporating both basic and clinical neuroscience, my interests are primarily in the areas of neuroplasticity and recovery of function after brain injury.  Specifically, my research activity has dealt with the following areas: (1) Recovery of function after brain injury; (2) Electro-physiological characteristics of the injured brain; (3) The biochemical and morphological analysis of the brain in response to injury; (4) Neurotransplantation; (5) Metabolic changes after brain injury; and (6) Effects of brain injury upon development.

## RESEARCH AWARDS GRANTED

Program Director, UCLA Brain Injury Research Center
University of California, Office of the President
Permanent augmentation of support awarded in perpetuity                $ 5,000,000*/
State of California, 1999 – Present                                                               per year
*Reduced to $2,200,000 in 2005 due to State Budget Cuts


Investigator
"UCLA Program in Memory Restoration"
Department of Defense, DARPA-14-08-RAM-PA-010 (PI – Fried)
09/01/14 – 08/31/18                                                              $ 3,877,959/year

Program Director/Principal Investigator
"TBI-Induced Cerebral Metabolic Depression and Recovery"
National Institutes of Health, 1 P01 NS 058489
04/01/09 – 03/31/14                                                              $ 1,348,087/year

Principal Investigator, "Using glutamatergic pharmacotherapy to optimize TBI recovery"
National Institutes of Health, 1 R01 NS27544
07/01/13 – 06/30/18                                                              $  218,750/year

Mentor, "UCLA Neurosurgery Research Education Program"
National Institutes of Health, 1 R25 NS079198

10

David A. Hovda, PhD

07/01/12 – 06/30/17                                                                    $     91,642/year

Investigator, "Propylene Glycol after Traumatic Brain Injury (TBI):
Biomarker of Altered Brain Metabolism"
National Institutes of Health, 1 R21 NS057252-01A1 (PI – Glenn)
04/01/08 – 03/31/10                                                                    $   150,000/year

Principal Investigator, "Loss of Developmental Plasticity after Head Injury"
National Institutes of Health, 1 R01 NS27544
01/19/06 – 12/31/09                                                                    $   309,000

Investigator, "Axon Plasticity and Recovery of Function after
Traumatic Brain Injury"
National Institutes of Health, 1 R01 NS055910-01A1 (PI – Harris)
06/01/07 – 05/31/11                                                                    $   304,171

Investigator, MRS Detects Metabolic Dysfunction After Brain Injury
National Institutes of Health, R01 NS 49471 (PI – Vespa)
01/01/06 – 12/31//09                                                                   $   248,000

Investigator, Age-Dependent Ketone Metabolism After Brain Injury
National Institutes of Health, 1 R01 NS052406 (PI – Prins)
7/1/05 – 6/30/08                                                                       $   250,097

Investigator, Voluntary Exercise Therapy after Traumatic Brain Injury
National Institutes of Health, 1 R21 NS48535 (PI – Griesbach)
4/1/05 – 1/31/07                                                                       $   392,663

Collaborator, In Vivo Imaging of Post-Traumatic Cerebral Amyloid Deposition
National Institutes of Health
R21 (Bergsneider)

Investigator, NCRR Shared Instrument Grant entitled "Research Animal
Magnetic Resonance Imaging Instrument"
NIH RR13065, 5/15/99 – 5/14/00                                                         $   400,000

Sponsor, The Role of Endothelin in Experimental Brain Hemorrhage:
Influence on Blood Flow and Metabolism, Tom Glenn.  1173-FI1,
American Heart Association, 7/1/98 - 6/30/00                                           $    25,600

Principal Investigator, Project III, Traumatic Brain Injury Induced Cellular
Vulnerability:  Relationship Between Cerebral Blood Flow and Metabolism.
Program Project entitled:  "The Neurometabolic Pathobiology of Traumatic
Brain Injury", Program Project Director, Donald P. Becker, NS30308-6
National Institute of Health, 7/1/97 - 6/30/04                                         $1,088,045

Co-Program Director, Program Project entitled: "The Neurometabolic
Pathobiology of Traumatic Brain Injury", Program Project Director,
Donald P. Becker, MD, NS30308-06A2, National Institutes of Health,

11

David A. Hovda, PhD

| | |
|---|---|
| 7/1/98-6/30/04. | $3,748,094 |

Investigator, Delayed Cell Death Following Traumatic Brain Injury.
Principal Investigator, Stefan M. Lee, Ph.D.
NIH R29 NS37363-01, 12/01/98 - 11/30/01                                    $  498,143

Principal Investigator, The 15th Annual National Neurotrauma Symposium,
NIH 1-R13-NS37076-1, 9/15/97 - 8/31/98                                      $   15,000

Principal Investigator, Excitotoxic and Neuronal Dysfunction in Brain Injury,
NIH RO1-NS27544, 9/1/96 - 8/31/99                                           $  534,251

Principal Investigator, Omega-Conopeptides Reduces the Ionic and Metabolic
Dysfunction Following Fluid Percussion Brain Injury In Rat,
NEUREX Corp., 1992-1994                                                     $   40,000

National Institutes of Health Training Grant (# HD07416)
Program Director: Dr. Bruce Dobkin, 9/30/91 - 9/29/96                       $  656,907

Principal Investigator, Calcium Accumulation Following Traumatic Brain
Injury.  Brain Trauma Foundation, 7/1/91 - 6/31/92                          $   50,000

Principal Investigator, Metabolic Dysfunction Following Fluid Percussion
Brain Injury in Rat.  Project in a center grant entitled "UCLA Head
Injury Research Center". Program Director, Donald P. Becker.   NIH
NS30308, 1/1/92 - 12/31/96                                                  $  353,224

Principal Investigator, Vulnerability in Brain Injury: Thresholds for Recovery.
Project in a center grant entitled "UCLA Head Injury Research Center".
Program Director, Donald P. Becker.   Depart. Health and Human Services,
Public Health Service, NS30308, 1/1/92 - 12/31/96                           $  558,057

Co-Principal Investigator, Excitotoxic Ionic Fluxes and Neuronal
Dysfunction in Traumatic Brain Injury, NIH 5 RO1 NS27544,
4/1/90 - 3/31/93                                                            $  382,553

Co-investigator, Biochemical Analysis of Traumatic Brain Injury using
Microdialysis Probes, Research and Education Institute, Inc.
Harbor-UCLA Medical Center, 9/1/90 - 8/31/91                                $    3,000

Co-Principal Investigator, Brain Injury and Recovery of Function
Lind Lawrence Foundation, 10/8/90 - Present                                 $  125,000/yr

Co-Principal Investigator, Recovery of Function After Brain Injury
Annie Laurie Aitken Charitable Trust, 6/1/90 - 5/31/92                      $  188,100

Principal Investigator, Measurement of Cerebral Calcium Following
Brain Injury in the Rat.  Committee on Research: UCLA 7/1/89 - 6/30/90  $    1,900

12

David A. Hovda, PhD

Co-investigator of a supplement to a program project, entitled,
"Neuroscience Research With PET", Dr. Michael E. Phelps, P.I.
NIH P01 NS15654, 5/1/88 - 8/31/89                                           $   315,603

Principal Investigator, Neonatal Cerebral Hemispherectomy and Visual
Field Impairments. The Giannini Foundation, 1987 - 1988                      $    17,000

Principal Investigator, Neonatal Hemispherectomy and Integrity of
the Visual Fields.  Neuropsychiatric Institute Biomedical
Research Support Grant 10/31/86 - 10/31/87                                   $     4,016

Principal Investigator, Anatomical Brain Reorganization in Cats with
Neonatal or Adult Hemispherectomy. Neuropsychiatric Institute Biomedical
Research Support Grant 10/31/85 - 10/31/86                                   $     4,463

## *LECTURES AND PRESENTATIONS:*

1. Feeney DM, Gonzalez A, Law WA, **Hovda DA**.  Amphetamine, haloperidol and experience affect rate of recovery after motor cortex injury. 13th International congress of Neuropsychopharmacology, 1982, Jerusalem, Israel.

2. Feeney DM, Boyeson MG, **Hovda DA**, Salo AA.  Catecholamines affect recovery from brain injury. 5th International Catecholamine Symposium, 1983, Goteborg, Sweden.

3. Sutton RL, Dail WG, **Hovda DA**, Feeney DM.  Chromaffin cell autografts in cats with cortical injury, VA/PVA International Symposium on Neural Regeneration, The Asilomar Conference Center, Pacific Grove, California, December 8-12, 1985.

4. Villablanca JR, Shook BL, **Hovda DA**.  Fetal neocortex transplant into degenerating kitten thalamus.  Schmitt Neurological Sciences Symposium, 1987, Rochester, New York.

5. Villablanca JR, Hovda **DA**.  Sparing from neuronal degeneration matches recovery of function in neonatal versus adult cerebral hemispherectomized cats.  OASI Institute for Research and Prevention of Mental Retardation and Aging, 1988, Troina, Italy.

6. **Hovda DA**, Kawamata T, Yoshino A., Katayama Y, Becker DP.  Administration of excitatory amino acid antagonists via microdialysis prevents the increase in glucose utilization seen after concussive brain injury. Excitatory Amino Acid Receptors in the Brain; Functions and Disorders, 1990, Montreal, Canada.

7. Kawamata T, Katayama Y, Yoshino A., **Hovda DA**, Becker DP.  Administration of kynurenic acid via microdialysis prevents the increase in glucose utilization seen immediately following traumatic brain injury.   American Association of Neurological Surgeons, 1990, Nashville, TN.

8. **Hovda DA**, Yoshino A, Kawamata T, Katayama Y, Becker DP.  Dynamic changes in local cerebral glucose utilization following fluid percussion injury: Evidence of a hyper- and subsequent hypometabolic state.  American Association of Neurological Surgeons, 1990, Nashville, TN.

9. Kawamata T, Katayama Y, **Hovda DA**, Yoshino A., Becker DP.  Administration of kynurenic acid

13

David A. Hovda, PhD

via microdialysis attenuates lactate accumulation following concussive brain injury in rats. Neurotrauma Society Meeting, 1990.

10. Yoshino A, **Hovda DA**, Katayama Y, Kawamata T, Becker DP.  Hippocampal CA3 lesion prevents the post-concussive increase in glucose metabolism in CA1. Neurotrauma Society Meeting, 1990.

11. Smith M, Fineman I, **Hovda DA**, Kawamata T, Yoshino A, Becker DP.  Intracellular calcium accumulates for at least 48 hours following fluid percussion brain injury in the rat. Neurotrauma Society Meeting, 1990.

12. Tandian D, Romhanyi RS, **Hovda DA**, Yoshino A, Kawamata T, Balady NF, Becker DP. Amphetamine enhances both behavioral and metabolic recovery following fluid percussion brain injury. Neurotrauma Society Meeting, 1990.

13. Romhanyi RS, Tandian D, **Hovda DA**, Kawamata T, Yoshino A, Cristescu SV, Becker DP. Catecholaminergic stimulation enhances recovery of function following concussive brain injury. Neurotrauma Society Meeting, 1990.

14. Becker DP, Hovda **DA**.  Concussive Unconsciousness: or "When can a football player who has been knocked out return to competition".  36th Annual Western Neurosurgical Society Meeting, 1990, Honolulu, HI.

15. **Hovda DA**, Yoshino A, Fineman I, Smith M, Becker DP. Intracellular calcium accumulates for at least 48 hours following fluid percussion brain injury in rat. American Association of Neurological Surgeons, 1991, New Orleans, LA.

16. Yoshino A, **Hovda DA**, Katayama Y, Kawamata T, Becker DP.  Hippocampal CA3 lesion prevents the post-concussive metabolic derangement in CA1. American Association of Neurological Surgeons, 1991, New Orleans, LA.

17. Romhanyi RS, **Hovda DA**, Tandian D, Becker DP.  Diffuse and prolonged inhibition of protein synthesis following fluid percussion injury: In vivo measurements using [$^{14}$C]leucine autoradiography. American Association of Neurological Surgeons, 1991, New Orleans, LA.

18. Kawamata T, Katayama Y, **Hovda DA**, Yoshino A, Becker DP.  Post-traumatic lactate accumulation is a result of ionic fluxes via excitatory amino acid activated channels. American Association of Neurological Surgeons, 1991, New Orleans, LA.

19. **Hovda DA**, Katayama Y, Yoshino A, Kawamata T, Becker DP.  Metabolic derangement following concussive brain injury. First International Neurotrauma Meeting, May 14-17, 1991, Fukushima, Japan.

20. Adelson PD, **Hovda DA**, Villablanca JR, Tatsukawa K.  Sparing of visual fields after neonatal cerebral hemispherectomy: Reorganization of the cortical-tectal pathway.  Congress of Neurological Surgeons (1991).

21. Brown D, Chen S, Tatsukawa K, Nassir Y, **Hovda DA**, Villablanca J, Chugani H. Muscarinic cholinergic receptor binding following neonatal or adult hemispherectomy in the cat.  American Epilepsy Society (1991).

14

David A. Hovda, PhD

22. Loopuijt LD, Efrahim A, **Hovda DA**, Villablanca JR,  Chugani HT.  D2 Receptor densities of striatum in adult and neonatal hemispherectomized cats.  7th International Catecholamine Symposium, 1992.

23. Becker DP, **Hovda DA**.  Metabolic derangement following concussive brain injury.  1992 Winter Conference on Brain Research, January, 1992, Steamboat Springs, CO.

24. Badie H, **Hovda DA**, Becker DP.  Glial fibrillary acidic protein expression following concussive brain injury: A quantitative study of the effects of a second insult.  American Association of Neurological Surgeons, April 11-16, 1992.

25. Thomas S, **Hovda DA**, Samii M, Becker DP.  Fluid-percussion injury in the developing rat pup: Studies of cerebral metabolism.  American Association of Neurological Surgeons, April 11-16, 1992.

26. Badie B, Karimi S, Fineman I, Ross RA, **Hovda DA**, Becker DP, Martin N.  Metabolic alterations accompany ionic disturbances during hypoxic insult to the retina: An in vitro study.  American Association of Neurological Surgeons, April 11-16, 1992.

27. Adelson PD, Ogawa H, **Hovda DA**, Becker DP, Caron MJ.  Acute alterations in cerebral metabolism and glutamate concentrations following suction/ablation injury.  American Association of Neurological Surgeons, April 11-16, 1992.

28. Fu K, Smith M, Thomas S, **Hovda DA**, Becker DP.  Cerebral concussion produces a state of vulnerability lasting for as long as 5 hours.  American Association of Neurological Surgeons, April 11-16, 1992.

29. **Hovda DA**.  Microdialysis in epilepsy, trauma and ischemia.  26th Winter Conference on Brain Research, Whiltler, BC, Canada, January 23-30, 1993.

30. **Hovda DA**.  Head Injury: Modeling and Mechanisms.  4th Annual Spring Brain Conference, Orlando, FL, March 18-21, 1993.

31. Fisher D, Velarde F, Adelson PD, **Hovda DA**, Becker DP.  Fluid percussion injury induces prolonged changes in cerebral blood flow.  American Association of Neurological Surgeons, April 24-29, 1993.

32. Doberstein C, Fineman I, **Hovda DA**, Martin N, Becker DP.  Metabolic alterations accompany ionic disturbances during a hypoxic insult to the retina: An *in vitro* study.  American Association of Neurological Surgeons, April 24-29, 1993.

33. Ogawa H, **Hovda DA**, Becker DP.  Cerebral protein synthesis in the rat: Further studies following fluid percussion injury.  American Association of Neurological Surgeons, April 24-29, 1993.

34. Lee SL, Sindt R, von Stück SL, **Hovda DA**, Becker DP.  Quantitative morphological analysis of cortical contusion injuries in rats.  American Association of Neurological Surgeons, April 22-27, 1995.

35. Lee SL, **Hovda DA**, Becker DP.  Core of degenerating neurons in parietal cortex induces spreading depression immediately following traumatic brain injury.  American Association of Neurological Surgeons, April 22-27, 1995.

36. Bergsneider M, Kelly DF, Shalmon E, Caron MJ, Mazziotta J, Phelps ME, **Hovda DA**, Becker DP.  Remote metabolic depression following traumatic brain injury: Results from human positron emission tomography.  American Association of Neurological Surgeons, April 22-27, 1995.

37. Lee SM, Lifshitz J, Le HM, Smith ML, **Hovda DA**, Becker DP.  Uncoupling of glucose metabolism and blood flow in degenerating cortical and hippocampal areas following unilateral cortical contusion.  American Association of Neurological Surgeons, April 22-27, 1995.

38. Shalmon E, Kelly DF, Bergsneider M, Caron MJ, Smith MS, Iocolano SE, **Hovda DA**, Becker DP.  Human cerebral microdialysis: Dynamic changes in EAA following severe brain injury.  American Association of Neurological Surgeons, April 22-27, 1995.

39. Frazee JG, Luo X, Shiroishi MS, **Hovda DA**.  Delayed treatment of prolonged ischemia by retrograde transvenous neuroperfusion prevents stroke. American Association of Neurological Surgeons, April 22-27, 1995.

40. Lee SM, Smith ML, **Hovda DA**, Becker DP.  Concussive brain injury results in chronic vulnerability to post-traumatic seizures.  7th Annual Spring Brain Conference, March 6-10, 1996.

41. **Hovda DA**, Bergsneider M, Kelly D, Martin N, Vespa P, Becker DP.  Metabolic dysfunction following brain injury.  7th Annual Spring Brain Conference, March 6-10, 1996.

42. Thomas S, **Hovda DA**, Becker DP, Samii M.  Glucose metabolism in the developing rat pup following diffuse brain injury. Joint Meeting of the German and British Neurosurgical Societies, September 14-17, 1996.

43. Vespa PM, Bergsneider M, **Hovda DA**, Prins M, Becker DP.  Transient Glutamate Fluctuations after Traumatic Brain Injury associated with Altered Regional Glucose Metabolism:  A combined Microdialysis and Positron Emission Tomography study.  Fiftieth Annual Meeting of the American Academy of Neurology, Minneapolis, MN, April 28-30, 1998.

44. Bergsneider M, **Hovda DA**, Lee SM, Kelly DF, Huang SC, McArthur DL, Bookheimer SY, Vespa PM, Shalmon E, Phelps ME, Becker DP.  Depression of Cerebral Glucose Metabolism Following Human Traumatic Brain Injury:  A Functional and Regional Analysis Using Positron Emission Tomography.  American Association of Neurological Surgeons Annual Meeting, New Orleans, LA, April 24 - 29, 1999.

45. Bergsneider M, Vespa PM, Sehati N, Shalmon E, Kelly DF, Huang SC, Phelps ME, **Hovda DA**, Becker DP.  Early Fluorodeoxyglucose Pet is Predictive of Delayed Neuroanatomical Findings Following Human Traumatic Brain Injury.  American Association of Neurological Surgeons Annual Meeting, New Orleans, LA, April 24-29, 1999.

46. Nenov VI, Etchepare M, Yamaguchi Y, McArthur D, Vespa P, Buxey F, Martin N, **Hovda DA**, Kraus J, Becker DP.  Automated Data Capture and Analysis at UCLA's Neurosurgical Intensive Care Unit.  American Association of Neurological Surgeons Annual Meeting, San Francisco, CA,

David A. Hovda, PhD

April 8-13, 2000.

47. Glenn TC, Samii A, Patel A, Lee SM, DeJesus C, Sugay J, Martin NA, **Hovda DA**.  Induced Subarachnoid Hemorrhage is a Significant Secondary Insult as Determined in a Lateral Fluid Percussion Model of Traumatic Brain Injury. American Association of Neurological Surgeons Annual Meeting, San Francisco, CA, April 8-13, 2000.

48. Maeda T, Samii A, **Hovda DA**, Lee SM.  Restoration of Near-Normal rCBF using Verapamil and Vasopressors Following Traumatic Brain Injury in Rats. American Association of Neurological Surgeons Annual Meeting, San Francisco, CA, April 8-13, 2000.

49. Giza CC, Lee SM, Kremen TJ, **Hovda DA**, Becker DP.  Concussion in the developing rat triggers NMDA receptor dysfunction by altering subunit composition in cortex and hippocampus. American Association of Neurological Surgeons Annual Meeting, Toronto, Ontario, Canada, April 21-26, 2001.

50. Lee SM, Moore AH, Shieh E, **Hovda DA**, Becker DP.  Acute Depression of Oxidative Metabolism Following Experimental Concussion. American Association of Neurological Surgeons Annual Meeting, Toronto, Ontario, Canada, April 21-26, 2001.

51. Maeda T, Glenn TC, **Hovda DA**, Lee SM, Becker DP.  Real Time Laser-Doppler Perfusion Imaging of Experimental Traumatic Brain Injury in Rats. American Association of Neurological Surgeons Annual Meeting, Toronto, Ontario, Canada, April 21-26, 2001.

52. Glenn TC, Vespa PA, Kelly DF, Oertel M, Boscardin J, Matharu S, **Hovda DA**, Martin NA.  Does Lactate Uptake Occur in Human Brain Following Traumatic Brain Injury?  Evidence from a Modified Kety-Schmidt Technique. American Association of Neurological Surgeons Annual Meeting, Toronto, Ontario, Canada, April 21-26, 2001.

53. Glenn TC, Vespa PA, Kelly DF, Oertel M, Boscardin J, Matharu S, **Hovda DA**, Martin NA. Confirmation of Cerebral Hyperglycolysis Following Human Traumatic Brain Injury as Demonstrated by a Modified Kety-Schmidt Method.  American Association of Neurological Surgeons Annual Meeting, Toronto, Ontario, Canada, April 21-26, 2001.

54. Giza CC, Lee SM, Kremen TJ, **Hovda DA**, Becker DP.  Concussion in the Developing Rat Triggers NMDA Receptor Dysfunction by Altering Subunit Composition in Cortex and Hippocampus. American Association of Neurological Surgeons Annual Meeting, Toronto, Ontario, Canada, April 21-26, 2001.

55. Li HH, Lee SM, **Hovda DA**, Ying ZL, Gomez-Pinilla F.  Up-Regulation of Genes Related to Synaptic Plasticity in Rats Exposed to Music Revealed by Microarray.  Society for Neuroscience 31st Annual Meeting, San Diego, CA, November 10-15, 2001

56. **Hovda DA**. Effects of TBI: Biomechanics and Pathophysiology. State of New Mexico's Aging and Long-Term Services Department, On-Line and DVD Continuing Medical Education course entitled "The Silent Epidemic: Mild Traumatic Brain Injury: Part 1: Identification and Diagnosis", August 14, 2008

57. **Hovda DA**. What's so mild about mild traumatic brain injury?  UCLA Department of

17

David A. Hovda, PhD

Neuropsychology Seminar Series, March 18, 2010

58. **Hovda DA**. Metabolic Dysfunction after Traumatic Brain Injury. Department of Defense TBI Grand Rounds (Teleconference), December 18, 2013

59. **Hovda DA**. The Neurobiology of Concussion and the Consequences of Repeat Injury. Defense and Veterans Brain Injury Center (Webinar), January 16, 2014

## *CHAIRMAN OF SCIENTIFIC SESSIONS FOR PROFESSIONAL SOCIETIES AND MEETINGS*

1. "Head Injury"; 8th International Symposium on Intracranial Pressure, ICP and Craniospinal Dynamics, Rotterdam, The Netherlands, June 19, 1991.

2. "Clinical Outcome Measures"; The 1st International Neurotrauma Symposium, Fukushima City, Fukushima Japan, May 17, 1991.

3. "Trauma".  Annual Meeting for the Society for Neuroscience, Anaheim, California, October 29, 1992.

4. "Imaging".  9th International Symposium on Intracranial Pressure; ICP And Its Related Problems, Nagoya, Japan; Chairman of Session O-14, May 16-19, 1994.

5. "Remote Mechanisms of Cellular Dysfunction". 6th Annual Spring Brain Conference, Sedona, Arizona, March 1-5, 1995.

6. 3rd International Neurotrauma Symposium, Toronto, Ontario, Canada, Chairman of the Workshop: Pharmacological Treatment of Experimental Head Injury, July 22-37, 1995.

7. "Imaging Strategies in Clinical and Preclinical TBI; Involvement of Blood Brain Barrier in TBI". Astra      Corporation, Anaheim, CA, February 10, 1997.

8. "Open Communications".  17th Annual National Neurotrauma Symposium, Miami Beach, Florida, October 22-23, 1999.

9. "The University of California Neurotrauma Research Initiative", The Inaugural University of California Neurotrauma Meeting, Quail Lodge, Carmel, CA, August 1-3, 2000

10. "How Relevant are our Models?"  18th Annual National Neurotrauma Symposium, New Orleans, LA, November 3-4, 2000.

11. 2nd Annual University of California Neurotrauma Symposium, Ojai Valley Inn, Ojai, CA, August 8-10, 2001

12. "Patient Presentation" 19th Annual National Neurotrauma Symposium, San Diego, CA, November 9-10, 2001.

13. 3rd Annual University of California Neurotrauma Symposium, Silverado Resort, Napa Valley, CA, August 7-9, 2002

David A. Hovda, PhD

14. 4th Annual University of California Neurotrauma Symposium, Hilton La Jolla Torrey Pines, La Jolla, CA, August 20-22, 2003

15. 5th Annual University of California Neurotrauma Symposium, Quail Lodge, Carmel, CA, August 18-20, 2004

16. 6th Annual University of California Neurotrauma Symposium, Ojai Valley Inn, Ojai, CA, August 10-12, 2005

17. 7th Annual University of California Neurotrauma Symposium, Quail Lodge, Carmel, CA, August 2-4, 2006

18. 8th Annual University of California Neurotrauma Symposium, Fess Parker's DoubleTree Resort, Santa Barbara, CA, September 23-25, 2007

19. 9th Annual University of California Neurotrauma Symposium, Quail Lodge, Carmel, CA, June 23-25, 2008

20. 2nd Joint Symposium of the International and National Neurotrauma Societies, Fess Parker's DoubleTree Resort, Santa Barbara, CA, September 7-11, 2009

21. 11th Annual University of California Neurotrauma Symposium, Toll House, Los Gatos, CA, August 22-24, 2010

22. 12th Annual University of California Neurotrauma Symposium, Fess Parker's DoubleTree Resort, Santa Barbara, CA, September 25-27, 2011

23. 13th Annual University of California Neurotrauma Symposium, DoubleTree by Hilton Sonoma Wine Country, Rohnert Park, CA, September 9-11, 2012

24. 14th Annual University of California Neurotrauma Symposium, Fess parker's DoubleTree Resort, Santa Barbara, CA, September 22-24, 2013

25. 15th Annual University of Califiornia Neurotrauma Symposium, Quail Lodge, Carmel, CA, September 14-16, 2014


**INVITED LECTURES, VISITING PROFESSORSHIPS, SEMINARS AND COLLOQUIUMS; INVITED AS FACULTY FOR NATIONAL AND INTERNATIONAL SYMPOSIUMS**

1. *Recovery of Function After Brain Injury*, University of New Mexico, Albuquerque, NM, April 23, 1985

2. *The Neuroscience of Psychiatry*. Memorial Hospital, Albuquerque, NM, May 6, 1986

3. *Neonatal cerebral hemispherectomy blocks development of binocular depth perception in cat.* Neuropsychiatric Institute, UCLA, Los Angeles, CA, June 12, 1986

4. *Recovery of function following brain injury: Studies of diaschisis*. Department of Neurosurgery, School of Medicine, UCLA, Los Angeles, CA, June 10, 1987

David A. Hovda, PhD

5. *Metabolic maturation of the brain: A study of local cerebral glucose utilization in the cat*. Neuropsychiatric Institute, UCLA, Los Angeles, CA, June 11, 1987

6. *Recovery of function following neonatal and adult cerebral hemispherectomy in the cat: Anatomical and behavioral measures*.  Department of Zoology, Arizona State University, Phoenix, AZ, February 10, 1988

7. *Metabolic studies of brain maturation and plasticity in the cat*.  Department of Neurology, UCLA, Los Angeles, CA, December 7, 1988

8. *Reorganization of brain anatomy and behavior after neonatal or adult cerebral hemispherectomy. II. Visual System*.  Jules Stein Eye Institute, UCLA, Los Angeles, CA, December 16, 1988

9. *Sparing of visual field perception following neonatal cerebral hemispherectomy in the cat*. Mental Retardation Research Center Annual Conference, Arrowhead, CA, October 21, 1989

10. *Metabolic and anatomical aspects of recovery of function following brain injury*.  Neuroscience Grand Rounds, UCLA, Los Angeles, CA, March 7, 1990

11. *Ionic flux and metabolic demands affect recovery following traumatic brain injury*.  University of New Mexico School of Medicine, Albuquerque, NM, March 23, 1990

12. *Pharmacological treatment of head injury*.  New Medico Community Re-Entry Center, Apple Valley, CA. July 11, 1990

13. *Biochemistry of brain injury*.  UCLA Harbor Neurology Grand Rounds, Los Angeles, CA, August 24, 1990

14. *Metabolism and recovery of function following brain injury: Effects of ionic flux and age-at-lesion*.  Theoretical and Experimental Basis for Pharmacological and Rehabilitation Strategies.  CNR Research Institute, Indianapolis, IN, October 24-26, 1990

15. *Surgical Approaches to the Skull Base, "Anatomical Review"*.  UCLA School of Medicine, Los Angeles, CA, September 12, 1991

16. *Cerebral metabolism following hemispherectomy: A Reflection of Neuroplasticity*.  UCLA Mental Retardation Research Center, Annual Conference, Arrowhead, CA, October 13, 1991

17. *Metabolic derangements in the injured brain*. Daniel Freeman Memorial Hospital, Los Angeles, CA, October 15, 1991

18. *Investigational aspects of brain trauma*.  III International Course on Clinical Neurosurgery, Krankenhaus Nordstadt, Hannover Germany, December 6, 1991

19. *Brain trauma - biochemical consequences and pharmacological implications*. 3rd International Course on Clinical Neurosurgery, "Brain Injury", Neurochirurgische Klinik, Krankenhaus Nordstadt, Hannover, Germany, December 10, 1991

David A. Hovda, PhD

20. *The neurochemical and neurometabolic consequence of brain injury.*  Department of Neurosurgery, Nihon University, School of Medicine, Tokyo, Japan, February 6, 1992

21. *Computational Technologies for Substitution of Impaired Brain Function.* International Workshop on Neurobionics, Goslar, Germany, February 28 - March 1, 1992

22. *The neurochemical and neurometabolic consequence of brain injury.* NEUREX Corporation, Menlo Park, CA, March 4, 1992

23. *Pharmacology of cerebral protection.* The Southern California Neurosurgical Society, Santa Monica, CA, March 11, 1992

24. *The neurochemical and neurometabolic consequence of traumatic brain injury.*  The University of Kansas Medical Center, Kansas City, KS, April 3, 1992

25. *Workshop on Animal Models of Traumatic Brain Injury (TBI).*  Richmond, VA, April 8, 1992

26. *1st International Skull Base Congress.*  Hannover, Germany, June 14-20, 1992

27. *Cerebral metabolism: A reflection of neural plasticity.*  10th Anniversary of the Queen Reina Sofia Award for Medical Science.  Madrid, Spain, October 19, 1992

28. *Sparing of neurobehavioral function following neonatal, compared to adult cerebral hemispherectomy.*  Department of Neurology, UCLA School of Medicine, Los Angeles, CA, December 7, 1992

29. *Trauma Session.*  Brain Edema 1993, The 9th International Symposium.  Tokyo, Japan, May 16-29, 1993

30. *Experimental Research: State of the Art.* 6th International Course on Clinical Neurosurgery, Hannover, Germany, June 5, 1993

31. *Matching Models to Man: Which Models in the 1990's?* 2nd International Neurotrauma Symposium.  Glasgow, Scotland, July 4-9, 1993

32. *Ionic flux and metabolic dysfunction following traumatic brain injury: A period of cellular vulnerability.*  3rd Annual Meeting of the International Association for the Study of Traumatic Brain Injury (IASTBI), Tokyo, Japan, September 8-11, 1993

33. *The Animal Research Committee - A Faculty and Administrative Perspective.*  Animal Care and Use Symposium, UCLA School of Medicine, Los Angeles CA, October 12, 1993

34. *Metabolic dysfunction following traumatic brain injury.*  11th Annual Neurotrauma Symposium, Washington, DC, November 6, 1993

35. *Neural Trauma.*  UCLA Clinical Neuroscience Grand Rounds, UCLA, Los Angeles, CA, February 16, 1994

36. *Neurochemical changes after traumatic brain injury.*  1994 Center Symposium, Center for

David A. Hovda, PhD

Network Neuroscience, University of North Texas, Denton, TX, March 11, 1994

37. *Neonatal vs. adult cerebral hemispherectomy: Recovery of Function*.  16th International Symposium: Development and Plasticity of the Visual System, Montreal, Canada, May 10, 1994

38. *Cerebral Microdialysis: Moving from Animal to Man*.  The International Symposium on Neurochemical Brain Monitoring, Tokyo, Japan, May 21, 1994

39. *Metabolic Dysfunction Following Brain Injury*.  Dental Research Institute Seminar, UCLA, Los Angeles CA, October 18, 1994

40. *Mechanisms of brain damage and opportunities for Neuroprotection in patients with head injury*, Neuroprotection Meeting, Medical College of Virginia, Virginia Commonwealth University, Richmond, VA, November 2-4, 1994

41. *Basic and Clinical Head Injury Research: New Directions and Implications for Treatment*, School of Medicine, University of California, Irvine, CA, November 23, 1994

42. *Basic Neurochemical and Neurometabolic Consequences of Traumatic Brain Injury*, Annual Neurosurgical Symposium: Neurosurgical Emergencies, The Huntington Library, San Marino, CA, May 3, 1995

43. *The Neurochemical and Neurometabolic Cascade Following Traumatic Brain Injury: Implications for Recovery of Function*, Department of Physiology, University of New Mexico, Albuquerque, NM, May 11, 1995

44. *What is a Psychologist doing in Neurosurgery?*, Department of Psychology, University of New Mexico, Albuquerque, NM, May 12, 1995

45. *Head Injury in Sports*, Sports Lawyers Association Conference, Boston, MA, May 18-20, 1995

46. *Neurochemical and Metabolic Response to Brain Injury*, The Department of Molecular and Medical Pharmacology, UCLA, Los Angeles, CA, October 4, 1995

47. *Clinical Metabolic and Neurochemical Update*, The Neurotrauma Society Annual Meeting, San Diego, CA, November 11, 1995

48. *Metabolic and Blood Flow Studies in Brain Injury: Linking Laboratory to Bedside*, The 1996 Advances in Acute Neurotrauma Conference, University of Pennsylvania, Philadelphia, PA, January 20, 1996

49. *Uncoupling of Glucose and Oxidative Metabolism:  The Cellular Pathophysiology of Brain Injury*, 1st Conference on Cerebral Oxygenation, Erasmus University, Rotterdam, the Netherlands, February 24, 1996

50. *Injury-Induced Metabolic Uncoupling:  Basic and Clinical Evidence for Defining Vulnerability, Pathophysiology of Secondary Brain Injury and Implications for Contemporary Treatment*, University of Pittsburgh Medical Center, Pittsburgh, PA, May 17-18, 1996

David A. Hovda, PhD

51. *Clinical and Laboratory Studies of Disturbances in Cerebral Blood Flow and Metabolism Coupling Following Traumatic Brain injury*, 14th Annual Neurotrauma Symposium, Washington, DC, November 15-16, 1996

52. *Vascular and Metabolic Changes Following Traumatic Brain Injury.* 14th Annual Neurotrauma Symposium, Washington, DC, November 15-16, 1996

53. *Pharmacology of Head Injury*, Department of Molecular and Medical Pharmacology, UCLA, Los Angeles, CA, November 27, 1996

54. *Recovery of Function*, Biomedical Physics Interdepartmental Graduate Program, UCLA, Los Angeles, CA, December 5, 1996

55. *Recent Developments in Head Trauma Research*, National Science Teacher's Association Conference, San Francisco, CA, December 28, 1996

56. *Mechanisms of Traumatic Brain Injury: Lessons from the Animal Family.* Society of Critical Care Medicine's 26th Educational & Scientific Symposium, San Diego, CA, February 8, 1997

57. C*erebral Blood Flow and Metabolism: Influence on pathology, outcome, and therapeutic strategy*, Astra Corporation, Anaheim, CA, February 10, 1997

58. *Metabolic Dysfunction Following Traumatic Brain Injury*, The Blood-Brain Barrier Conference, UCLA, Los Angeles, CA, February 12, 1997

59. *Head Injuries: Fact and Fiction*, American Medical Society for Sports Medicine 6th Annual National Meeting, Colorado Springs, CO, April 5-9, 1997

60. *Cerebral Blood Flow and Metabolism Following Traumatic Brain Injury*, Joint Section on Neurotrauma and Critical Care, 65th Annual Meeting of The American Association of Neurological Surgeons Denver, CO, April 12-17, 1997

61. *Microdialysis and PET*, 2nd International Symposium on Clinical Microdialysis, Uppsala, Sweden, April 23-25, 1997

62. *Pathophysiology of Concussive Injury*, World Boxing Council, First Medical World Boxing Congress, "Facing the 21st Century," Aruba, Mexico, April 30-May 4, 1997

63. *Hyperglycolysis and Brain Injury*, Allegheny University Department of Neurosurgery Conference, Allegheny University of the Health Sciences, Philadelphia, PA, August 5, 1997

64. *Metabolic Dysfunction Following Traumatic Brain Injury: Reflections of Vulnerability in Recovery of Function*, University of California, San Diego, Division of Neurological Surgery Grand Rounds, San Diego, CA, Thursday, August 20, 1997

65. *Secondary Injury and Acidosis.* 4th International Neurotrauma Symposium. Seoul, Korea, August 23-28, 1997

66. *Cerebral Hyperglycolysis Following Severe Traumatic Brain Injury in Humans: A Positron*

*Emission Tomography Study*.  6th Vienna Shock Forum in association with the European Shock Society, Vienna, Austria, Sunday, November 9, 1997

67. *Neurobiology of Traumatic Brain injury*.  Harbor-UCLA Medical Center, Pediatric Critical Care Group, Torrance, CA, November 20, 1997

68. *Introduction of the Revised AC-2 Form*.  UCLA Chancellor's Animal Research Committee (ARC), Office for Protection of Research Subjects (OPRS), Training and Information Workshop, Los Angeles, CA, November 25, 1997

69. *Transition from Preclinical to Clinical Trials*. Brain Injury Association on Clinical Trials.  University of Virginia, December 5-7, 1997

70. *Metabolic Dysfunction*.  The American Orthopaedic Society for Sports Medicine Head Injury Workshop, Chicago, IL, December 10-12, 1997

71. *The Metabolic Basis of Concussion*.  Sports Related Concussion Conference, Orlando, FL, March 6-9, 1998

72. *The Neuroscience of Neurosurgery*.  Gurdjian Lecture Series, Wayne State University, Detroit, MI, May 12-13, 1998

73. *The Pathobiology of Traumatic Brain Injury: Relevance to Cellular Vulnerability*.  Gurdjian Lecture Series, Wayne State University, Detroit, MI, May 12-13, 1998

74. *Neurophysiology of MTBI*.  National Football League Physicians Conference, MTBI and Cervical Spine Conferences, Essex House, New York, NY, August 18, 1998

75. *Neurophysiology of MTBI*.  National Football League Physicians Conference, MTBI and Cervical Spine Conferences, Arizona Biltmore, Phoenix, AZ, August 25, 1998

76. *The Neurobiology of Concussion: Vulnerability and Secondary Risks*.  4th Detroit Neurosurgery Symposium, Neural Injury: Advanced Brain Life Support.  Atheneum Suite Hotel and Convention Center, Detroit, MI, November 12-15, 1998

77. *Neurobiology of Traumatic Head Injury: From the Laboratory to the Clinic*, The Robert and Phyllis Levitt Department of Neuroscience and the University of Florida Brain Institute Seminar, Gainesville, FL, December 11, 1998

78. *The Neurobiology of Concussion*.  UCLA Sports Medicine Conference Series, UCLA Medical Plaza, Los Angeles, CA, March 3, 1999

79. *Pathobiology of Traumatic Brain Injury*.  Kaiser Permanente, CME Program, Woodland Hills, CA, March 10, 1999

80. *Physiological Impact of Mild Concussion*.  Sixth Annual Conference on Neurobehavioral Rehabilitation for Acquired Brain Injury, Acquired Brain Injury Program, Hamilton Health Sciences Corporation, Hamilton, Ontario Canada, May 6-7, 1999

David A. Hovda, PhD

81. *Mild Traumatic Brain Injury: Effects on Cerebral Development and Plasticity.* Sixth Annual Conference on Neurobehavioral Rehabilitation for Acquired Brain Injury, Acquired Brain Injury Program, Hamilton Health Sciences Corporation, Hamilton, Ontario Canada, May 6-7, 1999

82. *Pathophysiology of Concussion: Effects of Concussion on the Brain.* Sports Head Injury Symposium 1999, West Coast Sports Medicine Foundation, Westwood, CA, June 12, 1999

83. *Mild Traumatic Brain Injury: Effect on Neuroplasticity and Development.* The American Orthopaedic Society for Sports Medicine Head Injury Workshop, Traverse City, MI, June 20-22, 1999

84. *Mechanisms of Head Injury,* The American Orthopaedic Society for Sports Medicine Head Injury Workshop, Traverse City, MI, June 20-22, 1999

85. *Traumatic Brain Injury and Metabolic Diaschisis: Implications for Secondary Injury*, University of Pittsburgh Brain Research Center, Department of Neurosurgery, Pittsburgh, PA, July 14, 1999

86. *Traumatic Brain Injury: Pathobiology and Effects on Long Term Plasticity.* University of Virginia, Department of Neurosurgery, Charlottesville, VA, October 29, 1999

87. *Traumatic Brain Injury: How Sweet it is.* UCLA Department of Surgery Grand Rounds, UCLA School of Medicine, Los Angeles, CA, January 26, 2000

88. *Cerebrovascualar Disease, Interactive Discussion.* 22nd Princeton Conference on Cerebrovascular Disease. Hotel Sofitel, Redwood City, CA, March 10-12, 2000

89. *Traumatic Brain Injury: How Sweet it is.* University of Texas, Houston, Department of Neurobiology and Anatomy Grand Rounds, University of Texas, Houston Health Science Center, Houston, TX, April 7, 2000

90. *Introduction to the UCLA Brain Injury Research Center*, The Inaugural University of California Neurotrauma Meeting, Quail Lodge, Carmel, CA, August 1-3, 2000

91. *Head Trauma*, West Los Angeles Veteran's Administration Hospital Grand Rounds, West Los Angeles, CA, August 11, 2000

92. *Function and Derangements of the Cerebral Energy Metabolism in Brain Injury.* 5th International Neurotrauma Symposium, Garmisch, Germany, October 1-5, 2000

93. *Sports and Head Injury in Children.* Child Neurology Society Meeting, St. Louis, MO, October 25-28, 2000

94. *Metabolic Dysfunction Following CNS Trauma*, Neural Repair Course, UCLA, Los Angeles, CA, February 26, 2001

95. *Acute Pathophysiology Following Traumatic Brain Injury in Animals and Humans.* 12th Annual Spring Brain Conference, Sedona, AZ, March 7-11, 2001

96. *The Pathophysiology of Traumatic Brain Injury: Cellular Vulnerability and Plasticity.* Medical

25

David A. Hovda, PhD

College of Virginia, Department of Neurosurgery, Richmond, VA, April 10-12, 2001

97.  *Imaging the Neurobiology of TBI: PET Studies in Animal and Man.*  Temple University Neurotrauma Research Lab Seminar Series, Philadelphia, PA, May 10-11, 2001

98.  *The Metabolic Cascade of Traumatic Brain Injury: Reflections on Cellular Vulnerability and Plasticity.*  International Trauma Anesthesia and Critical Care Society Meeting, San Diego, CA, May 17-19,2001

99.  *Cellular Energy Crisis Following Traumatic Brain Injury: Reflections on Cellular Vulnerability and Plasticity.* University of Kentucky Medical Center, Spinal Cord and Brain Injury Research Center Seminar, Lexington, KY, May 20-22, 2001

100.   *The Cellular Response to Traumatic Brain Injury: Basic and Clinical Update.* University of Tennessee Health Science Center, Departments of Neurosurgery and of Anatomy and Neurobiology, Memphis, TN, May 25, 2001

101.   *Imaging the Pathobiology of Mild Traumatic Brain Injury.*  American College of Sports Medicine Conference, Baltimore, MD, May 30-June 1, 2001

102.   *Cerebral Metabolic Crisis Following Traumatic Brain Injury.*  Brain 01, Taipei, Taiwan, June 9-13, 2001

103.   *The Brain's Response to Injury: Biomechanics and Biology: Animal Studies.* Neuropsychological Consequences of Head Impact in Youth Soccer, Washington, DC, October 12, 2001

104.   *It Was Just a Bump on the Head.*  Social Services Administration, County of Orange, CA, November 6, 2001

105.   *Energy Crisis After Traumatic Brain Injury: Reflections of Cellular Vulnerability and Dysfunction.*  Loma Linda University, Loma Linda, CA, December 19, 2001

106.   *Energy Crisis after Traumatic Brain Injury.*  Amgen, Thousand Oaks, CA, January 8, 2002

107.   *Energy Crisis in Traumatic Brain Injury.*  UCLA, Los Angeles, CA, January 27, 2002

108.   *What is Needed to Validate/Refine Animal Models of TBI.*  NINDS Brain Banking Workshop, Bethesda, MD, March 11 & 12, 2002

109.   *Imaging the Pathobiology of Traumatic Brain Injury.*  Lawrence Berkeley National Laboratories, Berkeley, CA, June 4, 2002

110.   *Imaging the Neurobiology of Traumatic Brain Injury.*  University of New Mexico, Albuquerque, NM, June 14 & 15, 2002

111.   *The Pathophysiology of Traumatic Brain Injury: Imaging Cellular Vulnerability and Recovery of Function.*  Children's Hospital & Research Center at Oakland, Oakland, CA, August 6, 2002

David A. Hovda, PhD

112.    *Mild Traumatic Brain Injury.* 1st Joint Symposium of the National and International Neurotrauma Societies.  Tampa, FL, October 26-31, 2002

113.    *The Cerebral Energy of Recovery from Traumatic Brain Injury.* Center for Traumatic Brain Injury Studies and the Comprehensive Center for Pain Research at the University of Florida, February 28, 2003

114.    *Innovative Concepts in Traumatic Brain Injury: Neurobiological and Neurobehavioral Aspects.* Walter Reed Institute for Post Graduate Study in Neurobehavior, Spring 2003 Conference, at Walter Reed Army Medical Center, Washington, DC, April 30 & May 1, 2003

115.    *Concussion and Cerebral Energy Failure.* American Osteopathic Academy of Sports Medicine 18th Annual Clinical Conference.  San Diego, CA, April 30–May 3, 2003

116.    *Traumatic Brain Injury Early in Life: Cerebral Energy, Metabolism and the Subsequent Effects on Neuroplasticity.*  National Children's Study Workshop, Bethesda, MD, September 11 & 12, 2003

117.    *Concussion in the Developing Brain: The Cost to Neuroplasticity.* 23rd Annual National Academy of Neuropsychology Conference.  Dallas, TX, October 15-18, 2003

118.    *Metabolic Crisis Following Traumatic Brain Injury.*  12th Annual Meeting of the Rachidian Society, Kona, HI, February 22 – 26, 2004.

119.    *Mild Traumatic Brain Injury Reduces the Capacity for Experience Dependent Plasticity in the Developing Rat.*  12th Annual Meeting of the Rachidian Society, Kona, HI, February 22–26, 2004.

120.    *Metabolic Crisis Following Traumatic Brain Injury.* 15th Annual Spring Brain Conference, Sedona, AZ, March 10-13, 2004.

121.    *Metabolic Crisis Following Traumatic Brain Injury.* 27th Annual Meeting of the Japan Society of Neurotraumatology.  Tokyo, Japan, March 26, 2004

122.    *Post-Traumatic Cerebral Metabolic Dysfunction and Its Impact on Neuronal Plasticity.*  Neural Repair Seminar, University of California, Los Angeles, CA, April 2, 2004.

123.    *Alterations in Brain Energy Metabolism Following TBI.*  Grand Rounds, University of California, Davis, CA, April 14, 2004.

124.    *Metabolic Crisis Following Traumatic Brain Injury.  An Introduction to Metabolic Therapy.* Neurological PET: Expanding Neurology Workshop, Arlington, VA, April 17, 2004.

125.    *Metabolic Therapy for Recovery of Function From Traumatic Brain Injury.*  Grand Rounds, University of California, Irvine, CA, May 5, 2004.

126.    *Brain Trauma and Ischemia: Similarities and differences.* XV SMART Congress.  Milan, Italy, May 12-14, 2004

127.    *Energy Crisis and Recovery of Function Following Traumatic Brain Injury.*  University of

David A. Hovda, PhD

Florida, Gainesville, FL, May 24, 2004.

128.    *Energy Crisis and Fuel Use After TBI: A New Approach to Metabolic Therapy.*  Grand Rounds, Safar Center for Resuscitation Research, University of Pittsburgh, PA, June 2, 2004

129.    *The Brain Injured Client: A Primer.*  22nd Annual Consumer Attorneys Association of Los Angeles Convention, Las Vegas, NV, August 26-29, 2004

130.    *Biological Basis of CNS Trauma and future Directions.* AANS/CNS Section on Pediatric Neurological Surgery Annual Meeting. San Francisco, CA, December 8-11, 2004

131.    *Clinical Application of Non-Invasive Imaging Techniques to Study Recovery Following Brain Injury (Quantitative Positron Emission Tomography).*  CVCSN 17th Annual Symposium, Virginia Commonwealth University (Medical College of Virginia), Richmond, VA, March 14, 2005

132.    *Cerebral Metabolism in Trauma.*  2005 Academy of Molecular Imaging Annual Conference, Orlando, FL, March 19-23, 2005

133.    *TBI-Induced Developmental Disability.*  University of California, San Francisco, CA, April 12, 2005.

134.    *Cerebral Metabolism and TBI.*  6th Annual University of California Neurotrauma Meeting, Ojai, CA, August 12, 2005

135.    *Challenges for Experience-Dependent Plasticity Following a Traumatic Brain Injury: A Roadblock for Rehabilitation.* Spinal Cord and Brain Injury Neuro-Rehabilitation Symposium and Spinal Cord Injury Association of Kentucky Summit, Lexington, KY, September 30, 2005

136.    *The Metabolic Cost of Recovery of Function After Traumatic Brain Injury.*  Licht Lecture for the Department of Physical Medicine and Rehabilitation, University of Minnesota, Minneapolis, MN, October 6, 2005

137.    *Nonconvulsive Seizures Result in Metabolic Distress After TBI.*  4th Meeting of Co-Operative Study on Brain Injury Depolarizations (COSBID), Walter Reed Army Institute of Research, Silver Spring, MD, November 12, 2005

138.    *Traumatic Brain Injury and Metabolic Diaschisis.*  University of California, Irvine, CA, January 20, 2006

139.    *Cerebral Metabolic Diaschisis After Traumatic Brain Injury.*  University of Maryland, Baltimore, MD, March 7, 2006

140.    *Redefining Cerebral Metabolism Following Traumatic Brain Injury: Translational Research Using Positron Emission Tomography.* The Perot Brain & Nerve Injury Center's Pediatric Brain Injury Symposium, Children's Medical Center of Dallas, TX, March 31, 2006

141.    *Recovery of Function after Traumatic Brain Injury in Humans and Rodent Experimental Models: The Role of Energy and Input.*  Southern Illinois University, Carbondale, IL, April 21, 2006

David A. Hovda, PhD

142.   *The Metabolic Response to Traumatic Brain Injury: Issues of Cellular Vulnerability and Recovery of Function.* American Association of Neurological Surgeons 2006 Congress, San Francisco, CA, April 22–27, 2006

143.   *Effect of Environmental Enrichment on Cognitive Function after Early Lesion of the Brain.* University Medical Center, Groningen, The Netherlands, May 11-13, 2006

144.   *Plasticity and enriched Environment after Experimental Pediatric TBI: Implications for Treatment and Rehabilitation.* 8th International neurotrauma Symposium, Rotterdam, The Netherlands, May 21-25, 2006

145.   *Cerebral Metabolic Therapy and Recovery of Function.* 7th Annual State of the Art Medical and Rehabilitative Care in Brain Injury: Clinical and Legal Implications Conference, Napa Valley, CA, September 2, 2006

146.   *The Cellular Pathophysiology of Concussion.* World Boxing Council 2nd Medical Congress, Cancun, Mexico, April 25, 2007

147.   *What is so Mild about Mild Traumatic Brain Injury?* California Society of Physical Medicine & Rehabilitation Annual Meeting, Anaheim, CA, May 5, 2007

148.   *Biomechanical, Neurobiological, and Behavioral Correlates of Transient Brain Injury.* Society for the Advancement of Brain Analysis, Avalon, Catalina Island, May 20, 2007

149.   *Traumatic Brain Injury: A Question of Fuel and Energy.* Grand Rounds, The Veterans' Administration Healthcare System, Los Angeles, CA, June 22, 2007

150.   *Traumatic Brain Injury: Medicine for Lawyers.* 25th Annual Consumer Attorneys Association of Los Angeles Convention, Las Vegas, NV, September 6-9, 2007

151.   *Neurobiology of Traumatic Brain Injury Sustained During Cerebral Development.* New Frontiers in Pediatric Traumatic Brain Injury, San Diego, CA, November 8-10, 2007

152.   *What's so Mild about Mild Traumatic Brain Injury?* 8th Annual Sate of the Art Medical and Rehabilitative Care in Brain Injury: Clinical and Legal Implications Conference, Napa Valley, CA, November 16-17, 2007

153.   *The Neurobiology of Traumatic Brain Injury: Neuropathology and Recovery of Function.* Grand Rounds, Dept. of Pathology, University of New Mexico, Albuquerque, NM, December 13, 2007

154.   *Neurobiology of Traumatic Brain Injury.* AIMBE TATRC Neurotrauma Bioengineering Meeting, Washington, DC, February 20-22, 2008

155.   *The Neurobiology of Traumatic Brain Injury.* University of Hawaii, Honolulu, HI, March 3, 2008

156.   *What is so Mild about Mild Traumatic Brain Injury?* Brain Injury Association of America 2008 Brain Injury Litigation Strategies Conference, Las Vegas, NV, April 4, 2008

David A. Hovda, PhD

157.   *Advances in Understanding the Pathobiology of Concussion.*  Sports Concussion Summit, Marina del Rey, CA, April 18, 2008

158.   *Pathophysiology and Treatment of Traumatic Brain Injury.* Brain Injuries Conference, Seattle, WA, May 5-7, 2008

159.   *Flow and Metabolism in the Acute Phase after TBI: Is the Brain in Shock?* International Shock Congress-2008, Cologne, Germany, June 28-July 2, 2008

160.   *Pathophysiology of mTBI.* New Developments in Sports-Related Concussion Conference, Pittsburgh, PA, July 24-25, 2008

161.   *Metabolic Management of Traumatic Brain Injury: Current Status and Emerging Concepts.* 26th Annual National Neurotrauma Symposium, Buena Vista, FL, July 27-30, 2008

162.   *Traumatic Brain Injuries: Medicine for Lawyers.* 26th Annual Consumer Attorneys Association of Los Angeles Convention, Las Vegas, NV, August 28-31, 2008

163.   *Metabolic Management of Traumatic Brain Injury: Current Status and Emerging Concepts to Enhance Recovery of Function.* Dr. Deborah L Warden Lectureship, 2nd Annual TBI Military Training Conference, Washington, DC, September 25-26, 2008

164.   *PET and Neurochemistry in TBI.* Blast-Related Brain Injury, Imaging for Clinical and Research Applications, St. Louis, MO, October 2-4, 2008

165.   *New Research Findings in Understanding the Brain after Mild TBI.* International Conference on Behavioral Health and Traumatic Brain Injury, Paterson, NJ, October 12-15, 2008

166.   *Neurometabolic Cascade in Concussion.* Sports Concussion Symposium, 28th Annual Conference of the National Academy of Neuropsychology, New York, NY, October 21-25, 2008

167.   *The Neurobiology of Mild Traumatic Brain Injury: The Neuroscience of Concussion and the Cost of Neuroplasticity in the Developing Brain.* 28th Annual Conference of the National Academy of Neuropsychology, New York, NY, October 21-25, 2008

168.   *The Neuroscience of Brain Injury: Future Directions and Hope for the Future.* 28th Annual Conference of the National Academy of Neuropsychology, New York, NY, October 21-25, 2008

169.   *Head Trauma: What can TBI tell us about ICH?* International Stroke Conference 2009, San Diego, CA, February 18-20, 2009

170.   *The Vulnerability of the Developing Brain.* Central Virginia Chapter of the Society for Neuroscience Annual Symposium, Richmond, VA, March 13, 2009

171.   *Sugar Coating TBI.* Grand Rounds, Greater Los Angeles VA Medical Center, Los Angeles, CA, March 27, 2009

172.   *Biomechanical, Neurobiological and Behavioral Correlates of Transient Brain Injury.* Ochs Labs

30

David A. Hovda, PhD

Annual Conference, Los Gatos, CA, April 24-26, 2009

173.    *Brain Anatomy*. Brain Injury Association of America 2009 Brain Injury Litigation Strategies Conference, Las Vegas, NV, April 30-May 1, 2009

174.    *Concussion Update*. Department of Sports Medicine, David Geffen School of Medicine at UCLA, Los Angeles, CA, May 6, 2009

175.    *Advances in the Biology of Traumatic Brain Injury*. National Summit on Concussion and Other Sports Medicine Injuries, Los Angeles, CA, May 15, 2009

176.    *Concussion in the Developing Brain: A Cost to Neuroplasticity*. Association for Psychological Science National Convention, San Francisco, CA, May 22-25, 2009

177.    *The Neurobiology of TBI: Metabolic Demands and Consequences for Recovery of Function*. Grand Rounds, Department of Psychiatry, David Geffen School of Medicine at UCLA, Los Angeles, CA, November 3, 2009

178.    *The Cerebral Metabolic Response to Traumatic Brain Injury: Effects on Neuroplasticity and Recovery of Function*. Department of Neurobiology, A. I. Virtanen Institute for Molecular Sciences, University of Kuopio, Kuopio, Finland, November 12, 2009

179.    *Cerebral Metabolic Needs for Recovery of Function*. 10th Annual Sate of the Art Medical and Rehabilitative Care in Brain Injury: Clinical and Legal Implications Conference, Napa Valley, CA, November 20-21, 2009

180.    *Novel Next Generation Treatments in TBI*. Neurocritical Care in the ICU of the Future Symposium, University of California, Los Angeles, CA, January 28-29, 2010

181.    *The Cerebral Metabolic Response to Traumatic Brain Injury: Effects on Neuroplasticity and Recovery of Function*. Phoenix Children's Hospital, Arizona State University, Phoenix, AZ, February 19, 2010

182.    *The Cerebral Metabolic Response to Traumatic Brain Injury: Effects on Neuroplasticity and Recovery of Function*. University of Kentucky, Lexington, KY, March 11, 2010

183.    *The Cerebral Metabolic Response to Traumatic Brain Injury: Effects on Neuroplasticity and Recovery of Function*. Brain Injury Litigation Strategies Conference, Brain Injury Association of America, Las Vegas, NV, April 30, 2010

184.    *The Neurophysiology of Brain Injury: What Do We Know Today?* Brain Injury Conference, San Antonio, TX, May 1, 2010

185.    *Metabolic Changes in the Brain Following Traumatic Brain Injury*. 5th Pannonian Symposium on CNS Injury, Pécs, Hungary, May 13-15, 2010

186.    *The Cerebral Metabolic Response to Traumatic Brain Injury: Effects on Neuroplasticity and Recovery of Function*, Wayne State University, Detroit, MI, October 28, 2010

David A. Hovda, PhD

187.    *TBI Early in Life: The Cost of Recovery of Function*. California Brain Injury Association Annual Sate of the Art Medical and Rehabilitative Care in Brain Injury: Clinical and Legal Implications Conference, Napa, CA, November 5, 2010

188.    *Translational Research to Develop Effective Therapies for TBI: Current Initiatives from UCLA's Brain Injury Research Center (BIRC)*. Battlefield Heathcare Series Summit, San Antonio, TX, December 6, 2010

189.    *Translational Research in Traumatic Brain Injury*. ICU of the Future, University of California, Los Angeles, CA, January 20, 2011

190.    *The Pathophysiology of Mild Traumatic Brain Injury*. Challenges and Controversies in Research, Toronto Rehabilitation Institute, Toronto, Ontario, Canada, February 4, 2011

191.    *Clinical Relevance of Pathophysiology following mTBI*. Challenges and Controversies in Research, Toronto Rehabilitation Institute, Toronto, Ontario, Canada, February 4, 2011

192.    *The Neurobiology of Traumatic Brain Injury: Implications for Rehabilitation Medicine*. The Mark P. Clio MD Lectureship, Craig Hospital, Englewood, CO, February 25, 2011

193.    *The Neurophysiology of Brain Injury: What do we know today?* (Keynote) From Concussion and Coma to Community, XIX Annual Providers' Conference, Brain Injury Association of Iowa, Des Moines, IA, March 10, 2011

194.    *The Neurophysiology of Brain Injury: Applications for the Clinician*. From Concussion and Coma to Community, XIX Annual Providers' Conference, Brain Injury Association of Iowa, Des Moines, IA, March 10, 2011

195.    *Advances in Understanding the Pathobiology of Concussion*. 43rd Annual Educational Meeting, American Association of Neuroscience Nurses, Kansas City, MO, March 20, 2011

196.    *Altered Brain Metabolism without Ischemia*. 10th International Neurotrauma Symposium, Shanghai, China, April 29, 2011

197.    *Strategies for Recovery of Function Targeting Neuroanatomical Development and Neurophysiological Function during Chronic Rehabilitation*. 3rd Federal Interagency Conference on TBI, Washington, DC, June 15, 2011

198.    *Mechanisms of Concussion*. 29th Annual National Neurotrauma Symposium, Hollywood Beach, FL, July 13, 2011

199.    *The Pathobiology of Sports Concussion*. 12th Annual Neuroscience of Brain Injury Conference, Brain Injury Association of America, Napa, CA, November 4, 2011

200.    *Neurometabolic Cascade of Traumatic Brain Injury*. Riverside County Public Defender's Office, Riverside, CA, November 18, 2011

201.    *Neurobiology of Traumatic Brain Injury Plasticity and Recovery*. 2012 Brain Injury Summit: A Meeting of the Minds, Beaver Creek, CO, January 9-11, 2012

32

David A. Hovda, PhD

202.    *Neurotrauma – Designing a Novel Treatment.* ICU of the Future, University of California, Los Angeles, January 19, 2012

203.    *Neurochemistry of Concussion.* Bridging the Gap: Current Science and Management of Concussion, Baltimore, MD, January 28, 2012

204.    *Cerebral Effort in Terms of Traumatic Brain Injury and Recovery of Function.* Gail F. Beach Visiting Lecture, Miami Project to Cure Paralysis, Lois Pope LIFE Center, University of Miami, February 3, 2012.

205.    *Metabolic Therapy for TBI.* 2nd Annual California Trauma and Resuscitation Conference, San Diego, CA, February 11, 2012

206.    *The Neurophysiology of Brain Injury: What Do We Know Today?* New Frontiers in the Translational Science, Clinical Management, and Prevention of Traumatic Brain Injury, Medical College of Wisconsin, May 17, 2012

207.    *The Neurometabolic Cascade of Concussion.* Third Biennial Pediatric Neurosciences Conference, Minneapolis, MN, June 1, 2012

208.    *Metabolic Dysfunction after Brain Injury.* Concussion in Athletics: From Brain to Behavior, Penn State University Park, State College, PA, October 12, 2012

209.    *The Energy Crisis of Traumatic Brain Injury.* Fuller Graduate School of Psychology, Fuller Theological Seminary, Pasadena, CA, October 29, 2012

210.    *The Neuroscience of Traumatic Brain Injury.* 169th Annual Society of Clinical Surgery Meeting, University of California, Los Angeles, CA, November 2, 2012

211.    *Pathophysiology of Traumatic Brain Injury.* Medical Research Council Trauma Network Workshop, University of Birmingham, Birmingham, England, November 30, 2012

212.    *Metabolic Dysfunction after Traumatic Brain Injury.* Grand Rounds, United States Army, Los Angeles, CA, December 18, 2012

213.    *The Neurobiology of Mild Traumatic Brain Injury.* 2013 Baseball Medicine Conference, Injury Prevention and Treatment Techniques, Baltimore, MD, January 3, 2013

214.    *The Pathophysiology of Mild Traumatic Brain Injury.* Concussion: What You Don't Know CAN Hurt You, Oakland, CA, February 9, 2013

215.    *The Neuroscience of Traumatic Brain Injury.* New York Neuropsychology Group Annual Spring Conference, New York, NY, March 9, 2013

216.    *Metabolic Signatures of Repair.* Spring Brain Conference, Sedona, AZ, March 21, 2013

217.    *Concussion: The Good, the Bad and the Ugly.* American Medical Society for Sports Medicine Annual Meeting, San Diego, CA, April 18, 2013

33

David A. Hovda, PhD

218.   *Updates and Advances in the Neuroscience of Concussion.* Inaugural Sports Psychology Society Meeting and Symposium, Minneapolis, MN, May 4, 2013

219.   *Mild TBI and Mental Health.* US Secretary of Defense Symposium on Traumatic Brain Injury, The Pentagon, Washington, DC, June 12, 2013

220.   *The Neurometabolic Cascade of Traumatic Brain Injury.* American Association of Neuropathologists Annual Meeting, Charleston, SC, June 20, 2013

221.   *The Cost of Saving the Brain after TBI.* The 6th Annual Neuroscience Symposium of the Central Coast, Santa Barbara, CA, October 12, 2013

222.   *Blast Injury, Neurotrauma, Cellular Vulnerability and the Cost of Recovery.* 72nd Annual Meeting of the Japan Neurosurgical Society, Yokohama, Japan, October 16, 2013

223.   *The Neurobiology of Traumatic Brain Injury.* Mission Connect Annual Scientific Symposium, Houston, TX, December 6, 2013

224.   *Metabolic Implications of Concussion.* Major League Baseball 2013 Winter Meetings, Orlando, FL, December 7, 2013

225.   *Metabolic Management of Brain Injury.* University of Texas Southwestern Medical Center Annual Symposium, Dallas, TX, May 1, 2014

226.   *The Neurochemical and Neurometabolic Cascade of TBI and its Effect on Long Term Outcome.* Casa Colina Centers for Rehabilitation, Pomona, CA, September 4, 2014

David A. Hovda, PhD

## PUBLISHED MANUSCRIPTS IN REFEREED JOURNALS

1.  Feeney DM, **Hovda DA**. Amphetamine and apomorphine restore tactile placing after motor cortex injury in the cat. Psychopharmacology, 79(1):67-71, 1983

2.  Walker AE, Feeney, DM, **Hovda DA**. The electroencephalographic characteristics of the rhombencephalectomized cat. Electroencephalography and Clinical Neurophysiology, 57(2):156-165, 1984

3.  **Hovda DA**, Feeney DM. Amphetamine with experience promotes recovery of locomotor function after unilateral frontal cortex injury in the cat. Brain Research, 298(2):358-361, 1984

4.  Feeney DM, **Hovda DA**. Reinstatement of binocular depth perception by amphetamine and visual experience after visual cortex ablation. Brain Research, 342(2):352-356, 1985

5.  Feeney DM, Sutton RL, Boyeson MG, **Hovda DA**, Dail WG. The locus coeruleus and cerebral metabolism: Recovery of function after cortical injury. Physiological Psychology, 13(3):197-203, 1985

6.  Feeney DM, Bailey BY, Boyeson MG, **Hovda DA**, Sutton RL. The effect of seizures on recovery of function following cortical contusion in the rat. Brain Injury, 1(1):27-32, 1987

7.  **Hovda DA**, Sutton RL, Feeney DM. Recovery of tactile placing after visual cortex ablation in cat: A behavioral and metabolic study of diaschisis. Experimental Neurology, 97(2):391-402, 1987

8.  Villablanca JR, Gómez-Pinilla F, Sonnier BJ, **Hovda DA**. Bilateral pericruciate cortical innervation of the red nucleus in cats with adult or neonatal cerebral hemispherectomy. Brain Research, 453(1-2):17-31, 1988

9.  Fisher RS, Sutton RL, **Hovda DA**, Villablanca JR. Corticorubral connections: Ultrastructural evidence for homotypical synaptic reinnervation after developmental deafferentation. Journal of Neuroscience Research, 21(2-4):438-446, 1988

10. **Hovda DA**, Villablanca JR. Depth perception in cats after cerebral hemispherectomy: Comparisons between neonatal- and adult-lesioned animals. Behavioural Brain Research, 32(3):231-240, 1989

11. Teresi LM, **Hovda DA**, Seeley AB, Nitta K, Lufkin RB. MR imaging of experimental demyelination. American Journal of Roentgenology, 152(6):1291-1298, 1989

12. **Hovda DA**, Sutton RL, Feeney DM. Amphetamine-induced recovery of visual cliff performance after bilateral visual cortex ablation in cats: Measurements of death perception thresholds. Behavioural Neuroscience, 103(3):574-584, 1989

13. Sutton RL, **Hovda DA**, Feeney DM. Amphetamine accelerates recovery of locomotor function following bilateral frontal cortex ablation in cats. Behavioural Neuroscience, 103(4):837-841, 1989

14. Sutton RL, **Hovda DA**, Feeney DM. Intracerebral chromaffin cell autografts accelerate

David A. Hovda, PhD

functional recovery in adult cats with unilateral frontal cortex ablation. Brain Dysfunction, 2:201-210, 1989

15. **Hovda DA**, Villablanca JR. Quantitative study of neural degeneration following neonatal or adult cerebral hemispherectomy in cats. I. Retrograde effects in the medial geniculate thalamic nucleus. Brain Dysfunction, 2:221-236, 1989

16. Villablanca JR, **Hovda DA**. Quantitative study of neural degeneration following neonatal or adult cerebral hemispherectomy in cats. II. Transsynaptic effects in the superior colliculus and mammillary nuclei. Brain Dysfunction, 2:237-254, 1989

17. Villablanca JR, Shook BL, **Hovda DA**, Sutton RL. Transplantation of fetal frontal cortex onto degenerating thalamus of cats and kittens. Developmental Neuroscience, 12(1):1-10, 1990

18. **Hovda DA**, Villablanca JR. Sparing of visual field perception in neonatal but not adult cerebral hemispherectomized cats. Relationship with oxidative metabolism of the superior colliculus. Behavioural Brain Research, 37(2):119-132, 1990

19. Katayama Y, Becker DP, Tamura T, **Hovda DA**. Massive increases in extracellular potassium and the indiscriminate release of glutamate following concussive brain injury. Journal of Neurosurgery, 73(6):889-900, 1990

20. Chugani HT, **Hovda DA**, Villablanca JR, Phelps ME, Xu WF. Metabolic maturation of the brain: A study of local cerebral glucose utilization in the developing cat. Journal of Cerebral Blood Flow and Metabolism, 11(1):35-47, 1991

21. Katayama Y, Kawamata T, Tamura T, **Hovda DA**, Becker DP, Tsubokawa T. Calcium-dependent glutamate release concomitant with massive potassium flux during cerebral ischemia in vivo. Brain Research, 558(1):136-140, 1991

22. Yoshino A, **Hovda DA**, Kawamata T, Kayatama Y, Becker DP. Dynamic changes in local cerebral glucose utilization following cerebral concussion in rats: Evidence of a hyper- and subsequent hypometabolic state. Brain Research, 561(1):106-119, 1991

23. **Hovda DA**, Yoshino A, Kawamata T, Katayama Y, Becker DP. Diffuse prolonged depression of cerebral oxidative metabolism following concussive brain injury in the rat: A cytochrome oxidase histochemistry study. Brain Research, 567(1):1-10, 1991

24. Kawamata T, Kayatama Y, **Hovda DA**, Yoshino A, Becker DP. Administration of excitatory amino acid antagonists via microdialysis attenuates the increase in glucose utilization seen following concussive brain injury. Journal of Cerebral Blood Flow and Metabolism, 12(1):12-24, 1992

25. **Hovda DA**, Villablanca JR, Adelson PD. Anatomical and metabolic corticotectal neuroplasticity after neonatal cerebral hemispherectomy: Correlations with visual field sparing. Brain Dysfunction, 5:3-26, 1992

26. **Hovda DA**, Becker DP, Katayama Y. Secondary injury and acidosis. Journal of Neurotrauma, 9(1):S47-S60, 1992

David A. Hovda, PhD

27.  **Hovda DA**, Chugani HT, Villablanca JR, Badie B, Sutton RL. Maturation of cerebral oxidative metabolism in the cat:  A cytochrome oxidase histochemistry study. Journal of Cerebral Blood Flow and Metabolism, 12(6):1039-1048, 1992

28.  Yoshino A, **Hovda DA**, Katayama Y, Kawamata T, Becker DP. Hippocampal $CA_3$ lesion prevents the postconcussive metabolic dysfunction in $CA_1$. Journal of Cerebral Blood Flow and Metabolism, 12(6):996-1006, 1992

29.  Doberstein CE, **Hovda DA**, Becker DP. Clinical considerations in the reduction of secondary brain injury. Annals of Emergency Medicine, 22(6):993-997, 1993

30.  Fineman I, **Hovda DA**, Smith M, Yoshino A, Becker DP. Concussive brain injury is associated with a prolonged accumulation of calcium: A $^{45}Ca$ autoradiography study. Brain Research, 624(1-2):94-102, 1993

31.  Villablanca JR, **Hovda DA**, Jackson GF, Gayek R. Neurological and behavioral effects of a unilateral frontal cortical lesions in fetal kittens: I. Brain morphology, movement, posture, and sensorimotor tests. Behavioural Brain Research, 57(1):63-77, 1993

32.  Villablanca JR, **Hovda DA**, Jackson GF, Infante, C. Neurological and behavioral effects of a unilateral frontal cortical lesion in fetal kittens: II. Visual system tests, and proposing an "optimal developmental period" for lesion effects. Behavioural Brain Research, 57(1):79-92, 1993

33.  Villablanca JR, **Hovda DA**, Harrison JB. Administration of a monosialoganglioside (GM1) failed to enhance recovery of function after cerebral hemispherectomy in neonatal or adult cats. Developmental Brain Dysfunction, 7:211-229, 1994

34.  Kawamata T, Katayama Y, **Hovda DA**, Yoshino A, Becker DP. Lactate accumulation following concussive brain injury: The role of ionic fluxes induced by excitatory amino acids. Brain Research, 674:196-204, 1995

35.  Loopuijt LD, Villablanca JR, **Hovda DA**. Morphological changes in the thalamus and neocortex of the cat brain after a restricted unilateral prenatal neocortical lesion. Developmental Brain Research, 85:259-272, 1995

36.  Adelson PD, **Hovda DA**, Villablanca JR, Tatsukawa K. Development of a crossed corticotectal pathway following cerebral hemispherectomy in cats: A quantitative study on the projecting neurons. Developmental Brain Research, 86:81-93, 1995

37.  Martin NA, Doberstein C, Alexander M, Khanna R, Benalcazar H, Alsina G, Zane C, McBride D, Kelly D, **Hovda DA**, Becker D, McArthur D, Zaucha K. Posttraumatic cerebral arterial spasm. Journal of Neurotrauma, 12(5):897-901, 1995

38.  **Hovda DA**, Lee SM, Smith ML, von Stück S, Bergsneider M, Kelly D, Shalmon E, Martin N, Caron M, Mazziotta J, Phelps M, Becker DP. The neurochemical and metabolic cascade following brain injury:  Moving from animal models to man. Journal of Neurotrauma, 12(5):903-906, 1995

David A. Hovda, PhD

39. Wehby-Grant MC, Olmstead CE, Peacock WJ, **Hovda DA**, Gayek RJ, Fisher RS. Metabolic responses of the neonatal rabbit brain to hydrocephalus and shunting. <u>Pediatric Neurosurgery</u>, 24:79-91, 1996

40. **Hovda DA**, Villablanca JR, Chugani HT, Phelps ME. Cerebral metabolism following neonatal or adult hemineodecortication in Cats: I. Effects on glucose metabolism using [$^{14}$C]2-deoxy-D-glucose autoradiography. <u>Journal of Cerebral Blood Flow and Metabolism</u>, 16:134-146, 1996

41. Gorman LK, Fu K, **Hovda DA**., Murray M, Traystman RJ. Effects of traumatic brain injury on the cholinergic system in the rat. <u>Journal of Neurotrauma</u>, 18(8):457-463, 1996

42. Law MM, **Hovda DA**, Cryer HG. Fluid-percussion brain injury adversely affects control of vascular tone during hemorrhagic shock. <u>Shock</u>, 6(3):213-217, 1996

43. Prins ML, Lee SM, Cheng CLY, Becker DP, **Hovda DA**. Fluid percussion brain injury in the developing and adult rat: a comparative study of mortality, morphology, intracranial pressure and mean arterial blood pressure. <u>Developmental Brain Research</u>, 95:272-282, 1996

44. Kelly DF, Kordestani R, Martin NA, Nguyen T, **Hovda DA**, Bergsneider M, McArthur D, Becker DP. Hyperemia following traumatic brain injury: relationship to intracranial hypertension and outcome. <u>Journal of Neurosurgery</u>, 85:762-771, 1996

45. Bergsneider M, **Hovda DA**, Shalmon E, Kelly DF, Vespa P, Martin NA, Phelps ME, McArthur DL, Caron MJ, Krause JF, Becker DP. Cerebral hyperglycolysis following severe traumatic brain injury in humans: A positron emission tomography study. <u>Journal of Neurosurgery</u>, 86:241-251, 1997

46. Loopuijt LD, Villablanca JR, **Hovda DA**, Huang E, Mancuso S. The effect of neocortical lesions on the number of cells in neonatal or adult feline caudate nucleus: Comparison to fetal lesions. <u>Neuroscience</u>, 77(2):403-418, 1997

47. Kelly DF, Martin NA, Kordestani R, Counelis GJ, **Hovda DA**, Bergsneider M, McBride DQ, Shalmon E, Herman D, Becker DP. Cerebral blood flow as a predictor of outcome following traumatic brain injury. <u>Journal of Neurosurgery</u>, 86:633-641, 1997

48. Kelly DF, Lee SM, Pinanong PA, **Hovda DA**. Paradoxical effects of acute ethanolism in experimental brain injury. <u>Journal of Neurosurgery</u>, 86:876-882, 1997

49. Martin NA, Patwardhan RV, Alexander MJ, Africk CZ, Lee JH, Shalmon E, **Hovda DA**, Becker DP. Characterization of cerebral hemodynamic phases following severe head trauma: hypoperfusion, hyperemia, and vasospasm. <u>Journal of Neurosurgery</u>, 87:9-19, 1997

50. Lee JH, Martin NA, Alsina G, McArthur DL, Zaucha K, **Hovda DA**, Becker DP. Hemodynamically significant cerebral vasospasm and outcome after head injury: A prospective study. <u>Journal of Neurosurgery</u>, 87:221-233, 1997

51. Villablanca JR, Carlson-Kuhta P, Schmanke TD, **Hovda DA**. A critical maturational period of reduced brain vulnerability to developmental injury: I. Behavioral studies in cats.

David A. Hovda, PhD

Developmental Brain Research, 105:309-324, 1998

52.   Loopuijt LD, **Hovda DA**, Ebrahim A, Villablanca JR, Chugani HT. Differences in $D_2$ dopamine receptor binding in the neostriatum between cats hemidecorticated neonatally or in adulthood. Developmental Brain Research, 107:113-122, 1998

53.   Satz P, Forney DL, Zaucha K, Asarnow RR, Light R, McCleary C, Levin H, Kelly D, Bergsneider M, **Hovda DA**, Martin N, Namerow N, Becker D. Depression, cognition, and functional correlates of recovery outcome after traumatic brain injury. Brain Injury, 12(7):537-553, 1998

54.   Satz P, Forney DL., Zaucha K, McCleary C, Asarnow RF, Light R, Levin H, Kelly D, Bergsneider M, **Hovda DA**, Martin N, Caron MJ, Namerow N, Becker D. Neuropsychological, psychosocial and vocational correlates of the Glasgow Outcome Scale at 6 months post-injury: A study of moderate to severe traumatic brain injury patients. Brain Injury, 12(7):555-567, 1998

55.   Frazee JG, Luo X, Luan G, Hinton DS, **Hovda DA**, Shiroishi MS, Barcliff LT. Retrograde transvenous neuroperfusion – A back door treatment for stroke. Stroke, 29:1912-1916, 1998

56.   **Hovda DA** and Villablanca JR. Cerebral metabolism following neonatal or adult hemineodecortication in cats: Effect on oxidative capacity using cytochrome oxidase histochemistry. Developmental Brain Research, 110:39-50, 1998

57.   Prins ML, **Hovda DA**. Traumatic brain injury in the developing rat: Effects of maturation on Morris water maze acquisition. Journal of Neurotrauma, 15(10):799-811, 1998

58.   Vespa P, Prins M, Ronne-Engstrom E, Caron M, Shalmon E, **Hovda DA**, Martin NA, Becker DP. Increase in extracellular glutamate caused by reduced cerebral perfusion pressure and seizures after human traumatic brain injury: A microdialysis study. Journal of Neurosurgery, 89:971-982, 1998

59.   Lee SM, Wong MD, Samii A, **Hovda DA**. Evidence for energy failure following irreversible traumatic brain injury. Ann. NY Acad. Sci., 893:337-340, 1999

60.   Moore AH, Cherry SR, Pollack DB, **Hovda DA**, Phelps ME. Application of positron emission tomography to determine cerebral glucose utilization in conscious infant monkeys. Journal of Neuroscience Methods, 88:123-133, 1999

61.   Samii A, Badie H, Fu K, Luther R, **Hovda DA**. Effects of an N-type calcium channel antagonist (SNX-111; Ziconotide) on $^{45}$Calcium accumulation following fluid percussion injury. Journal of Neurotrauma, 16(10):879-892, 1999

62.   Villablanca JR, Schmanke TD, **Hovda DA**. Effects of a restricted unilateral neocortical lesion upon cerebral glucose and oxidative metabolisms in fetal and neonatal cats. Developmental Brain Research, 117:1-13, 1999

63.   Vespa PM, Nuwer MR, Nenov V, Ronne-Engstrom E, **Hovda DA**, Bergsneider M, Kelly DF, Martin NA, Becker DP. Increased incidence and impact of nonconvulsive and convulsive seizures after traumatic brain injury as detected by continuous electroencephalographic monitoring. Journal of Neurosurgery, 91:750-760, 1999

David A. Hovda, PhD

64. Steinsapir KD, Goldberg RA, Sinha S, **Hovda DA**. Methylprednisolone exacerbates axonal loss following optic nerve trauma in rats. <u>Restorative Neurology and Neuroscience</u>, 17:157-163, 2000

65. Villablanca JR, **Hovda DA**. Developmental neuroplasticity in a model of cerebral hemispherectomy and stroke. <u>Neuroscience</u>, 95(3):625-637, 2000

66. Sutton RL, **Hovda DA**, Chen MJ, Feeney DM. Alleviation of brain injury-induced cerebral metabolic depression by amphetamine: A cytochrome oxidase histochemistry study. <u>Neural Plasticity</u>, 7(1-2):109-125, 2000

67. Kelly DF, **Hovda DA**, Kozlowski DA, Haddad E, Echiverri A, Lee SM. Ethanol reduces metabolic uncoupling following experimental head injury. <u>Journal of Neurotrauma</u>, 17(4):265-276, 2000

68. Moore AH, **Hovda DA**, Cherry SR, Villablanca JP, Pollack DB, Phelps ME. Dynamic changes in cerebral glucose metabolism in conscious infant monkeys during first year of life as measured by positron emission tomography. <u>Developmental Brain Research</u>, 120:141-150, 2000

69. Bergsneider M, **Hovda DA**, Vespa PM, Lee SM, Kelly DF, Huang S.-C., Phelps ME, Martin NA, Becker DP, McArthur D. Dissociation of cerebral glucose metabolism and level of consciousness during the period of metabolic depression following human traumatic brain injury. <u>Journal of Neurotrauma</u>, 17(5):389-401, 2000

70. Thomas S, Prins ML, Samii M, **Hovda DA**. Cerebral metabolic response to traumatic brain injury sustained early in development: A 2-deoxy-D-glucose autoradiographic study. <u>Journal of Neurotrauma</u>, 17(8):649-665, 2000

71. Fineman I, Giza CC, Nahed BV, Lee SM, **Hovda DA**. Inhibition of neocortical plasticity during development by a moderate concussive brain injury. <u>Journal of Neurotrauma</u>, 17(9):739-749, 2000

72. Moore AH, Osteen CL, Chatziioannou AF, **Hovda DA**, Cherry SR. Quantitative assessment of longitudinal metabolic changes *In Vivo* following traumatic brain injury in the adult rat using FDG-MicroPET. <u>Journal of Cerebral Blood Flow and Metabolism</u>, 20:1492-1501, 2000

73. Prins ML, **Hovda DA**. Mapping cerebral glucose metabolism during spatial learning: Interactions of development and traumatic brain injury. <u>Journal of Neurotrauma</u>, 18(1):31-46, 2001

74. Marklund N, Clausen F, Lewen A, **Hovda DA**, Olsson Y, Hillered L. α-Phenyl-*tert*-N-Butyl Nitrone (PBN) improves functional and morphological outcome after cortical contusion injury in the rat. <u>Acta Neurochir</u> (Wien), 143:73-81, 2001

75. Osteen CL, Moore AH, Prins ML, **Hovda DA**. Age-dependency of $^{45}$Calcium accumulation following lateral fluid percussion: Acute and delayed patterns. <u>Journal of Neurotrauma</u>, 18(2):141-162, 2001

76. Bergsneider M, **Hovda DA**, McArthur DL, Etchepare M, Huang S-C, Sehati N, Satz P, Phelps

40

David A. Hovda, PhD

ME, Becker DP. Metabolic recovery following human traumatic brain injury based on FDG-PET: Time course and relationship to neurological disability. Journal of Head Trauma Rehabilitation, 16(2):135-148, 2001

77.  Giza CC and **Hovda DA**. The neurometabolic cascade of concussion. Sport-Related Concussion:  Journal of Athletic Training, 36(3):228-235, 2001

78.  Peek-Asa C, McArthur D, **Hovda DA**, Kraus J. Early predictors of mortality in penetrating compared with closed brain injury. Brain Injury, 15 (9): 801-810, 2001

79.  Giza CC, Prins ML, **Hovda DA**, Herschman HR, Feldman JD. Genes preferentially induced by depolarization after concussive brain injury: Effects of age and injury severity. Journal of Neurotrauma, 19(4): 387-402, 2002

80.  Glenn TC, Patel AA, Martin NA, Samii A, de Jesus C, **Hovda DA**. Subarachnoid hemorrhage induces dynamic changes in regional cerebral metabolism in rats. Journal of Neurotrauma, 19(4): 449-466, 2002

81.  Narayan RK, Michel ME, Ansell B, Baethmann A, Biegon A, Bracken MB, Bullock MR, Choi SC, Clifton GL, Contant CF, Coplin WM, Dietrich WD, Ghajar J, Grady SM, Grossman RG, Hall ED, Heetderks W, **Hovda DA**, Jallo J, Katz RL, Knoller N, Kochanek PM, Maas AI, Majde J, Marion DW, Marmarou A, Marshall LF, McIntosh TK, Miller E, Mohberg N, Muizelaar JP, Pitts LH, Quinn P, Riesenfeld G, Robertson CS, Strauss KI, Teasdale G, Temkin N, Tuma R, Wade C, Walker MD, Weinrich M, Whyte J, Wilberger J, Young AB, Yurkewicz L. Clinical trials in head injury. Journal of Neurotrauma, 19(5); 503-557, 2002

82.  Ip EY, Giza CC, Griesbach GS, **Hovda DA**. Effects of enriched environment and fluid percussion injury on dendritic arborization within the cerebral cortex of the developing rat. Journal of Neurotrauma, 19(5): 573-585, 2002

83.  Griesbach GS, **Hovda DA**, Molteni R, Gomez-Pinilla F. Alterations in BDNF and Synapsin I within the occipital cortex and hippocampus after mild traumatic brain injury in the developing rat: Reflections of injury-induced neuroplasticity. Journal of Neurotrauma, 19(7): 803-814, 2002

84.  Vespa PM, Boscardin WJ, **Hovda DA**, McArthur DL, Nuwer MR, Martin NA, Nenov V, Glenn TC, Bergsneider M, Kelly DF, Becker DP. Early and persistent impaired percent alpha variability on continuous electroencephalography monitoring is predictive of poor outcome after traumatic brain injury. Journal of Neurosurgery, 97:84-92, 2002

85.  Oertel M, Kelly DE, Lee JH, McArthur DL, Glenn TC, Vespa PM, Boscardin WJ, **Hovda DA**, Martin NA. Efficacy of hyperventilation, blood pressure elevation, and metabolic suppression therapy in controlling intracranial pressure after head injury. Journal of Neurosurgery, 97:1045-1053, 2002

86.  Taylor AN, Romeo HE, Beylin AV, Tio DL, Rahman SU, **Hovda DA**. Alcohol consumption in traumatic brain injury (TBI): Attenuation of TBI-Induced hyperthermia and neurocognitive deficits. Journal of Neurotrauma, 19(12):1597-1608, 2002

David A. Hovda, PhD

87. Wu H-M, Bergsneider M, Glenn T, Yeh E, **Hovda DA**, Phelps ME, Huang S-C. Measurement of the global lumped constant for 2-deoxy-2-[$^{18}$F]Fluoro-D-glucose in normal human brain using [$^{15}$O]Water and 2-Deoxy-2-[$^{18}$F]Fluoro-D-glucose positron emission tomography imaging: A method with validation based on multiple methodologies. <u>Molecular Imaging and Biology</u>, 5(1):32-41, 2003

88. Prins ML, **Hovda DA**. Developing experimental models to address traumatic brain injury in children. <u>Journal of Neurotrauma</u>, 20(2):123-137, 2003

89. Roncati-Zanier E, Lee SM, Vespa PM, Giza CC, **Hovda DA**. Increased hippocampal CA3 vulnerability to low-level glutamate analogue following lateral fluid percussion injury. <u>Journal of Neurotrauma</u>, 20(5):409-420, 2003

90. Vespa PM, McArthur D, O'Phelan K, Glenn T, Etchepare M, Kelly D, Bergsneider M, Martin NA, **Hovda DA**. Persistently low extracellular glucose correlates with poor outcome at six months after human traumatic brain injury despite a lack of increased lactate: A microdialysis study. <u>Journal of Cerebral Blood Flow and Metabolism</u>, 23(7):865-877, 2003

91. Ip EY, Roncati Zanier E, Moore AH, Lee SM, **Hovda DA**. Metabolic, neurochemical, and histological responses to vibrissa motor cortex stimulation following traumatic brain injury. <u>Journal of Cerebral Blood Flow and Metabolism</u>, 23(8):900-910, 2003

92. Glenn TC, Kelly DF, Boscardin WJ, McArthur DL, Vespa PM, Oertel M, **Hovda DA**, Bergsneider M, Hillered L, Martin NA. Energy dysfunction as a predictor of outcome after moderate or severe head injury: Indices of oxygen, glucose and lactate metabolism. <u>Journal of Cerebral Blood Flow & Metabolism</u>, 23(10):1239-1250, 2003

93. Hattori N, Huang S-C, Wu H-M, Yeh E, Glenn TC, Vespa PM, Phelps ME, **Hovda DA**, Bergsneider M. Correlation of regional metabolic rates of glucose with Glasgow coma scale following traumatic brain injury. <u>Journal of Nuclear Medicine</u> 44(11):1709-1716, 2003

94. Griesbach GS, **Hovda DA**, Molteni R, Wu A, Gomez-Pinilla F. Voluntary exercise following traumatic brain injury: BDNF upregulation and recovery of function. <u>Neuroscience</u>, 125(1):128-139, 2004

95. Osteen CL, Giza CC, **Hovda DA**. Injury-Induced alterations in NMDA receptor subunit composition contribute to prolonged $^{45}$Calcium accumulation following lateral fluid percussion. <u>Neuroscience</u>, 128(2):305-322, 2004

96. Wu H-M, Huang S-C, Hattori N, Glenn TC; Vespa PM, Yu C-L, **Hovda DA**, Phelps ME, Bergsneider M. Selective metabolic reduction in gray matter acutely following human traumatic brain injury. <u>Journal of Neurotrauma</u>, 21(2):149-161, 2004

97. Vespa P, McArthur DL, Alger J, O'Phelan K, Hattori N, Wu C, Glenn T, Bergsneider M, Martin NA, **Hovda DA**. Regional Heterogeneity of Post-Traumatic Brain Metabolism as Studied by Microdialysis, Magnetic Resonance Spectroscopy and Positron Emission Tomography. <u>Brain Pathology</u>, 14:210-214, 2004

98. Hattori N, Huang S-C, Wu H-M, Glenn TC, Vespa PM, Phelps ME, **Hovda DA**, Bergsneider M.

David A. Hovda, PhD

Accuracy of a method using short inhalation of $^{15}O\text{-}O_2$ for measuring cerebral oxygen extraction fraction with PET in healthy humans. Journal of Nuclear Medicine, 45(5):765-770, 2004

99.   Hattori N, Huang S-C, Wu H-M, Liao W, Glenn TC, Vespa PM, Phelps ME, **Hovda DA**, Bergsneider M. Acute changes in regional cerebral FDG kinetics in patients with traumatic brain injury. Journal of Nuclear Medicine, 45(5):775-783, 2004

100.  Kozlowski DA, Nahed B, **Hovda DA**, Lee SM. Paradoxical effects of cortical impact injury on environmentally-enriched rats. Journal of Neurotrauma, 21(5):513-519, 2004

101.  Prins ML, Lee SM, Fujima LS, **Hovda DA**. Increased cerebral uptake and oxidation of exogenous ß-hydroxybutyrate improves ATP following traumatic brain injury in adult rats. Journal of Neurochemistry, 90:666-672, 2004

102.  Griesbach GS, Gomez-Pinilla F, **Hovda DA**. The upregulation of plasticity related proteins following TBI is disrupted with acute voluntary exercise. Brain Research, 1016:154-162, 2004

103.  Lifshitz J, Sullivan PG, **Hovda DA**, Wieloch T, McIntosh TK. Mitochondrial damage and dysfunction in traumatic brain injury. Mitochondrion, 4:705-713, 2004

104.  Li HH, Lee SM, Cai Y, Sutton R, **Hovda DA**. Differential gene expression in hippocampus following experimental brain trauma reveals distinct features of moderate and severe injuries. Journal of Neurotrauma, 21(9):1141-1153, 2004

105.  Wu HM, Huang SC, Hattori N, Glenn TC, Vespa PM, **Hovda DA**, Bergsneider M. Subcortical white matter metabolic changes remote from focal hemorrhagic lesions suggest diffuse injury after human traumatic brain injury. Neurosurgery, 55(6):1306-1317, 2004

106.  Hillered L, Vespa PM, **Hovda DA**. Translational neurochemical research in acute human brain injury: The current status and potential future for cerebral microdialysis. Journal of Neurotrauma, 22(1):3-41, 2005

107.  Thompson HJ, Lifshitz J, Marklund N, Grady MS, Graham DI, **Hovda DA**, McIntosh TK. Lateral fluid percussion brain injury: A 15-year review and evaluation. Journal of Neurotrauma, 22(1):42-75, 2005

108.  Giza CC, Griesbach GS, **Hovda DA**. Experience-Dependent behavioral plasticity is disturbed following traumatic injury to the immature brain. Behavioural Brain Research, 157(1):11-22, 2005

109.  Vespa P, Bergsneider M, Hattori N, Wu C, Huang S-C, Martin NA, Glenn T, McArthur DL, **Hovda DA**. Metabolic crisis without brain ischemia is common after traumatic brain injury: A combined microdialysis and positron emission tomography study. Journal of Cerebral Blood Flow & Metabolism, 25(6):763-774, 2005

110.  Maeda T, **Hovda DA**, Lee SM. Restoration of cerebral vasoreactivity by an L-type calcium channel blocker following fluid percussion brain injury. Journal of Neurotrauma, 22(7):763-771, 2005

111. Nuwer MR, **Hovda DA**, Schrader LM, Vespa PM. Routine and Quantitative EEG in Mild Traumatic Brain Injury. Clinical Neurophysiology, 116(9):2001-2025, 2005

112. Bartnik BL, Sutton RL, Fukushima M, Harris NG, **Hovda DA**, Lee SM. Upregulation of pentose phosphate pathway and preservation of tricarboxylic acid cycle flux after experimental brain injury. Journal of Neurotrauma, 22(10):1052-1065, 2005

113. Prins ML, Fujima LS, **Hovda DA**. Age-dependent reduction of cortical contusion volume by ketones following traumatic brain injury. Journal of Neuroscience Research, 82:413-420, 2005

114. Vespa P, Boonyaputthikul R, McArthur DL, Miller C, Etchepare M, Bergsneider M, Glenn T, Martin N, **Hovda D**. Intensive insulin therapy reduced microdialysis glucose values without altering glucose utilization or improving the lactate/pyruvate ratio after traumatic brain injury. Critical Care Medicine, 34(3):850-856, 2006

115. Gurkoff GG, Giza CC, **Hovda DA**. Lateral fluid percussion injury in the developing rat causes an acute, mild behavioral dysfunction in the absence of significant cell death. Brain Research , 1077(1):24-36, 2006

116. Rassovsky Y, Satz P, Alfano MS, Light RK, Zaucha K, McArthur DL, **Hovda D**. Functional outcome in TBI I: Neuropsychological, emotional, and behavioral mediators. Journal of Clinical and Experimental Neuropsychology, 28(4):567-580, 2006

117. Rassovsky Y, Satz P, Alfano MS, Light RK, Zaucha K, McArthur DL, **Hovda D**. Functional outcome in TBI II: Verbal memory and information processing speed mediators. Journal of Clinical and Experimental Neuropsychology, 28(4):581-591, 2006

118. Giza CC, Santa Maria NS, **Hovda DA**. N-methyl-D-aspartate receptor subunit changes following traumatic injury to the developing brain. Journal of Neurotrauma, 23(6):950-961, 2006

119. Ben Simon GJ, **Hovda DA**, Harris NG, Gómez-Pinilla F, Goldberg RA. Traumatic brain injury induced neuroprotection of retinal ganglion cells to optic nerve crush. Journal of Neurotrauma, 23(7):1072-1082, 2006

120. Myer DJ, Gurkoff GG, Norton D, Lee SM, **Hovda DA**, Sofroniew MV. Essential protective roles of reactive astrocytes in traumatic brain injury. Brain, 129(Pt 10):2761-2772, 2006

121. **Hovda DA**, Villablanca JR, Chugani HT, Barrio JR. Metabolic maturation of the brain: A study of local cerebral protein synthesis in the developing cat. Brain Research, 1113(1):54-63, 2006

122. Bartnik BL, Bassilian S, **Hovda DA**, Lee WNP. Glucose metabolism after traumatic brain injury: Estimation of pyruvate carboxylase and pyruvate dehydrongenase flux by mass isotopomer analysis. Journal of Neurotrauma, 24(1):181-194, 2007

123. Vespa PM, O'Phelan K, McArthur D, Miller C, Eliseo M, Hirt D, Glenn T, **Hovda DA**. Pericontusional brain tissue exhibits persistent elevation of lactate/pyruvate ratio independent of cerebral perfusion pressure. Critical Care Medicine, 35(4):1153-1160, 2007

124. Bartnik BL, Lee SM, **Hovda DA**, Sutton RL. The fate of glucose during the period of decreased metabolism after fluid percussion injury: A $^{13}$C NMR study. Journal of Neurotrauma, 24(7):1079-1092, 2007

125. Griesbach GS, Gómez-Pinilla F, **Hovda DA**. Time window for voluntary exercise-induced increases in hippocampal neuroplasticity molecules after traumatic brain injury is severity dependent. Journal of Neurotrauma, 24(7):1161-1171, 2007

126. Dusick J, Glenn T, Lee W-N, Vespa P, Kelly D, Lee S, **Hovda D**, Martin N. Increased pentose phosphate pathway flux following clinical traumatic brain injury: A [1,2-13C2]-glucose labeling study in humans. Journal of Cerebral Blood Flow & Metabolism, 27(9):1593-1602, 2007

127. Vespa PM, Miller C, McArthur D, Eliseo M, Etchepare M, Hirt D, Glenn TC, Martin N, **Hovda D**. Nonconvulsive electrographic seizures after traumatic brain injury result in a delayed, prolonged increase in intracranial pressure and metabolic crisis. Critical Care Medicine, 35(12):2830-2836, 2007

128. Griesbach GS, **Hovda DA**, Gómez-Pinilla F, Sutton RL. Voluntary exercise or amphetamine, but not the combination, increases hippocampal BDNF and synapsin 1 following cortical contusion injury in rats. Neuroscience, 154(2):530-540, 2008

129. O'Phelan K, McArthur DL, Chang CW, Green D, **Hovda DA**. The impact of substance abuse on mortality in patients with severe traumatic brain injury. Journal of Trauma, 65(3):674-677, 2008

130. Aoyama N, Lee SM, **Hovda DA**, Sutton RL. Duration of ATP reduction affects extent of CA1 cell death in rat models of fluid percussion injury combined with secondary ischemia. Brain Research, 1230:310-319, 2008

131. Marcoux J, McArthur DA, Miller C, Glenn TC, Villablanca P, Khorami R, Martin NA, **Hovda DA**, Alger JR, Vespa P. Persistent metabolic crisis as measured by elevated cerebral microdialysis lactate-pyruvate ratio predicts chronic frontal lobe brain atrophy after traumatic brain injury. Critical Care Medicine, 36(10):2871-2877, 2008

132. Griesbach GS, Sutton RL, **Hovda DA**, Ying Z, Gómez-Pinilla F. Controlled contusion injury alters molecular systems associated with cognitive performance. Journal of Neuroscience Research, 87(3):795-805, 2009

133. Appelberg KS, **Hovda DA**, Prins ML. The effects of a ketogenic diet on behavioral outcome after controlled cortical impact injury in the juvenile and adult rat. Journal of Neurotrauma, 26(4):497-506, 2009

134. Prins ML, **Hovda DA**. The effects of age and ketogenic diet on local cerebral metabolic rates of glucose after controlled cortical impact injury in rats. Journal of Neurotrauma, 26(7):1083-1093, 2009

135. Fukushima M, Lee SM, Moro N, **Hovda DA**, Sutton RL. Metabolic and histologic effects of sodium pyruvate treatment in the rat after cortical contusion injury. Journal of Neurotrauma,

David A. Hovda, PhD

26(7):1095-1110, 2009

136. Marklund N, Sihver S, **Hovda DA**, Langstrom B, Watanabe Y, Ronquist G, Bergström M, Hillered L. Increased cerebral uptake of [$^{18}$F]fluoro-deoxyglucose but not [1-$^{14}$C]glucose early following traumatic brain injury in rats. <u>Journal of Neurotrauma</u>, 26(8):1281-1293, 2009

137. Griesbach GS, **Hovda DA**, Gómez-Pinilla F. Exercise-induced improvement in cognitive performance after traumatic brain injury in rats is dependent on BDNF activation. <u>Brain Research</u>, 1288:105-115, 2009

138. Harris NG, Carmichael ST, **Hovda DA**, Sutton RL. Traumatic brain injury results in disparate regions of chondroitin sulphate proteoglycan expression that are temporally limited. <u>Journal of Neuroscience Research</u>, 87(13):2937-2950, 2009

139. Gurkoff GG, Giza CC, Shin D, Auvin S, Sankar R, **Hovda DA**. Acute neuroprotection to pilocarpine-induced seizures is not sustained after traumatic brain injury in the developing rat. <u>Neuroscience</u>, 164(2):862-876, 2009

140. Reger ML, **Hovda DA**, Giza CC. Ontogeny of rat recognition memory measured by the novel object recognition task. <u>Developmental Psychobiology</u>, 51(8):672-678, 2009

141. Prins ML, Hales A, Reger M, Giza CC, **Hovda DA**. Repeat traumatic brain injury in the juvenile rat is associated with increased axonal injury and cognitive impairments. <u>Developmental Neuroscience</u>, 32(5-6):510-518, 2010

142. Babikian T, Prins ML, Cai Y, Barkhoudarian G, Hartonian I, **Hovda DA**, Giza CC. Molecular and physiological responses to juvenile TBI: Focus on growth and metabolism. <u>Developmental Neuroscience</u>, 32(5-6):431-441, 2010

143. Harris NG, Mironova Y, **Hovda DA**, Sutton RL. Pericontusion axon sprouting is spatially and temporally consistent with a growth-permissive environment after TBI. <u>Journal of Neuropathology & Experimental Neurology</u>, 69(2):139-154, 2010

144. Xu Y, McArthur D, Alger J, Etchepare M, Glenn T, Huang S-C, Dinov I, **Hovda D**, Vespa P. Early non-ischemic oxidative metabolic dysfunction leads to chronic brain atrophy in traumatic brain injury. <u>Journal of Cerebral Blood Flow & Metabolism</u>, 30(4):883-894, 2010

145. Vespa PM, McArthur DL, Xu Y, Eliseo M, Etchepare M, Dinov I, Alger J, Glenn TC, **Hovda D**. Nonconvulsive seizures after traumatic brain injury are associated with hippocampal atrophy. <u>Neurology</u>, 75(9):792-798, 2010

146. Harris NG, Mironova YA, **Hovda DA**, Sutton RL. Chondroitinase ABC enhances pericontusion axonal sprouting but does not confer robust improvements in behavioral recovery. <u>Journal of Neurotrauma</u>, 27(11):1971-1982, 2010

147. Bartnik-Olson BL, Oyoyo U, **Hovda DA**, Sutton RL. Astrocyte oxidative metabolism and metabolite trafficking following fluid percussion brain injury in adult rats. <u>Journal of Neurotrauma</u>, 27(12):2191-2202, 2010

148. Barkhoudarian G, **Hovda DA**, Giza CC. The molecular pathophysiology of concussive brain injury. <u>Clinics in Sports Medicine</u>, 30(1):33-48, 2011

149. Cazalis F, Babikian T, Giza C, Copeland S, **Hovda D**, Asarnow RF. Pivotal role of anterior cingulated cortex in working memory after traumatic brain injury in youth. <u>Frontiers in Neurotrauma</u>, 1:158, 2011

150. Moro N, Ghavim SS, **Hovda DA**, Sutton RL. Delayed sodium pyruvate treatment improves working memory following experimental traumatic brain injury. <u>Neuroscience Letters</u>, 491(2):158-162, 2011

151. Griesbach GS, **Hovda DA**, Tio D, Taylor AN. Heightening of the stress response during the first weeks after a mild traumatic brain injury. <u>Neuroscience</u>, 178:147-158, 2011

152. Marion DW, Curley KC, Schwab K, Hicks RR, mTBI Diagnostics Workgroup (**Hovda DA**). Proceedings of the military mTBI Diagnostics Workshop, St. Pete Beach, August 2010. <u>Journal of Neurotrauma</u>, 28(4):517-526, 2011

153. Hutson CB, Lazo CR, Mortazavi F, Giza CC, **Hovda DA**, Chesselet MF. Traumatic brain injury in adult rats causes progressive nigrostriatal dopaminergic cell loss and enhanced vulnerability to the pesticide paraquat. <u>Journal of Neurotrauma</u>, 28(9):1783-1801, 2011

154. Deng-Bryant Y, Harris NG, Prins ML, **Hovda DA**. Ketogenic diet prevents alterations in brain metabolism in young but not adult rats after traumatic brain injury. <u>Journal of Neurotrauma</u>, 28(9):1813-1825, 2011

155. Irimia A, Chamers MC, Alger JR, Filippou M, Prastawa MW, Wang B, **Hovda DA**, Gerig G, Toga AW, Kikinis R, Vespa PM, Van Horn JD. Comparison of acute and chronic traumatic brain injury using semi-automatic multimodal segmentation of MR volumes. <u>Journal of Neurotrauma</u>, 28(11):2287-2306, 2011

156. Glenn TC, Sherma AK, McArthur DL, Hu X, Hanuscin CR, Furreedan MS, **Hovda DA**, Vespa PM, Martin NA. The linear relationship between transcranial Doppler pulsatility indices and intracranial pressure is influenced by traumatic brain injury and vasospasm. <u>Acta Neurochirurgica Suppl</u>., 114:11-15, 2012

157. Reger ML, Poulos AM, Buen F, Giza CC, **Hovda DA**, Fanselow MS. Concussive brain injury enhances fear learning and excitatory processes in the amygdala. <u>Biological Psychiatry</u>, 71(4):335-343, 2012

158. Irimia A, Chambers MC, Torgerson CM, Filippou M, **Hovda DA**, Alger JR, Gerig G, Toga AW, Kikinis R, Van Horn JD. Patient tailored connectomics visualization for the assessment of white matter atrophy in traumatic brain injury. <u>Frontiers in Neurotrauma</u>, 3:10:1-21, 2012

159. Griesbach GS, Vincelli J, Tio DL, **Hovda DA**. Effects of acute restraint-induced stress on glucocorticoid receptors and BDNF after mild traumatic brain injury. <u>Neuroscience</u>, 210:393-402, 2012

160. Vespa P, McArthur DL, Stein N, Huang SC, Shao W, Filippou M, Etchepare M, Glenn T, **Hovda**

**DA**. Tight glycemic control increases metabolic distress in traumatic brain injury: A randomized controlled within-subjects trial. Critical Care Medicine, 40(6):1923-1929, 2012

161. Irimia A, Wang B, Aylward SR, Prastawa MW, Pace DF, Gerig G, **Hovda DA**, Kikinis R, Vespa PM, Van Horn JD. Neuroimaging of structural pathology and connectomics in traumatic brain injury: toward personalized outcome prediction. NeuroImage: Clinical, 1(1):1-17, 2012

162. Choe MC, Babikian T, DiFiori J, **Hovda DA**, Giza CC. A pediatric perspective on concussion pathophysiology. Current Opinion in Pediatrics, 24(6):689-95, 2012

163. Prins M, Alexander D, Giza C, **Hovda DA**. Repeated mild traumatic brain injury: mechanisms of cerebral vulnerability. Journal of Neurotrauma, 30(1):30-38, 2013

164. Glenn TC, Hirt D, Mendez G, McArthur DL, Sturtevant R, Wolahan S, Fazlollahi F, Ordon M, Bilgin-Freiert A, Ellingson B, Vespa P, **Hovda DA**, Martin NA. Metabolomic analysis of cerebral spinal fluid from patients with severe brain injury. Acta Neurochir Suppl, 118:115-19, 2013

165. Griesbach GS, Tio DL, Nair S, **Hovda DA**. Temperature and heart rate responses to exercise following mild traumatic brain injury. Journal of Neurotrauma, 30(4):281-91, 2013

166. Di Pietro V, Amorini AM, Tavazzi B, **Hovda DA**, Signoretti S, Giza CC, Lazzarino G, Vagnozzi R, Lazzarino G, Belli A. Potentially neuroprotective gene modulation in an in vitro model of mild traumatic brain injury. Molecular and Cellular Biochemistry, 375(1-2):185-98, 2013

167. Wu HM, Huang SC, Vespa P, **Hovda DA**, Bergsneider M. Redefining the pericontusional penumbra following traumatic brain injury – Evidence of deteriorating metabolic derangements based on positron emission tomography. Journal of Neurotrauma, 30(5):352-60, 2013

168. Wright MJ, McArthur DL, Alger JR, Van Horn J, Irimia A, Filippou M, Glenn TC, **Hovda DA**, Vespa P. Early metabolic crisis-related brain atrophy and cognition in traumatic brain injury. Brain Imaging Behavior, 7(3):307-15, 2013

169. Moro N, Ghavim S, Harris NG, **Hovda DA**, Sutton RL. Glucose administration after traumatic brain injury improves cerebral metabolism and reduces secondary neuronal injury. Brain Research, 1535:124-36, 2013

170. Greco T, **Hovda D**, Prins M. The effects of repeat traumatic brain injury on the pituitary in adolescent rats. Journal of Neurotrauma, 30(23):1983-90, 2013

171. Griesbach GS, Taylor A, Tio DL, Nair S, **Hovda DA**. Recovery of stress response coincides with responsiveness to voluntary exercise after traumatic brain injury. Journal of Neurotrauma, 31(7):674-82, 2014

172. Thomsen GM, Le Belle JE, Harnisch JA, McDonald W, **Hovda DA**, Sofroniew MV, Kornblum HI, Harris NG. Traumatic brain injury reveals novel cell lineage relationships within the subventricular zone. Stem Cell Research, 31(7):674-82, 2014

173. Poulos AM, Reger M, Mehta N, Zhuravka I, Sterlace SS, Gannam C, **Hovda DA**, Giza CC, Fanselow M. Amnesia for early life stress does not preclude the adult development of PTSD

David A. Hovda, PhD

symptoms in rats. Biological Psychiatry, 76(4):306-14, 2014

174. Giza CC, **Hovda DA**. The new neurometabolic cascade of concussion. Neurosurgery, 75(Supp 4):S24-33, 2014

175. Greco T, **Hovda DA**, Prins ML. Adolescent TBI-induced hypopituatarism causes sexual dysfunction in adult male rats. Developmental Neurobiology, (In Press)


*MANUSCRIPTS SUBMITTED FOR PUBLICATION*
1. Santa Maria NS, Reger ML, Cai Y, Baquing MAT, Buen F, Ponnaluri A, **Hovda DA**, Giza CC. D-cycloserine restores experience-dependent neuroplasticity after TBI in the developing rat brain. Brain,

2. Glenn T, Martin N, McArthur D, Hovda D, Vespa P, Horning M, Brooks G. Lactate: Brain fuel in human traumatic brain injury. A comparison to normal healthy control subjects. Journal of Clinical Investigation,


*MANUSCRIPTS IN PREPARATION*
1. Deng-Bryant Y, Giza CC, **Hovda DA**, Prins ML. Changes in vascular MCT1 and GLUT1 transporters following traumatic brain injury.

2. Hutson CB, Lazo CR, Mortazavi F, Giza CC, **Hovda DA**, Chesselet MF. Lateral fluid percussion brain injury produces chronic sensorimotor deficits in young developing rat pups: Comparisons to adults.

3. Glenn TC, Mendez GA, Ordon M, Kelly DF, Brooks G, Boscardin WJ, Vespa P, McArthur DL, **Hovda DA**, Martin NA. Acute cerebral uptake of lactate following human traumatic brain injury.


*BOOKS PUBLISHED*
Becker DP, Doberstein D, **Hovda DA**. Craniocerebral Trauma:  Mechanisms, Management and the Cellular Response to Injury, Upjohn, 1994


*BOOK CHAPTERS*
1. Fisher RS, Sutton RL, **Hovda DA**, Villablanca JR. Corticorubral Connections: Ultrastructural Evidence For Homotypical Synaptic Reinnervation After Developmental Deafferentation.  In J. de Vellis, G. Ciment and J. Lauder (Eds) Neuroembryology. Cellular and Molecular Approaches, A.R. Liss, New York, 1989

2. Caron MJ, **Hovda DA**, Becker DP. Changes in the Treatment of Head Injury, In: H.R. Winn & M.R. Mayberg (Consulting Eds.); H.M. Eisenberg  and E.F. Francois (Guest Editors), Neurosurgery Clinics of North America, Management of Head injury, W.B. Saunders Company, Philadelphia, 2(2):483-491, 1991

3. Peacock WJ, Comair YG, **Hovda DA**. Hemispherectomy for Intractable Seizures of Childhood. In M.L.J.  Apuzzo (ed)  Neurosurgical Aspects of Epilepsy, American Association of Neurological

49

Surgeons, Park Ridge, Illinois, Chapter 13, 187-198, 1991

4. **Hovda DA**, Katayama Y, Yoshino A, Kawamata T, Becker DP. Pre- or Postsynaptic Blocking of Glutamatergic Functioning Prevents the Increase in Glucose Utilization Following Concussive Brain Injury. In M. Globus and W.D. Dietrich, (Eds)  The Role of Neurotransmitters in Brain Injury, Plenum Press, 327-332,1992

5. Doberstein CE, **Hovda DA**, Becker DP. Clinical Considerations in the Reduction of Secondary Brain Injury. Annals of Emergency Medicine, 22(6):993-997, 1993

6. **Hovda DA**. Cerebral Metabolism Following Neonatal Cerebral Hemispherectomy: Reflections of Neuroplasticity. Documento, 40:121-136, 1993

7. Law MM, Cryer HG, **Hovda DA**. Concussive Brain Injury Adversely Affects Hemodynamic Compensation During Hemorrhagic Shock, American College of Surgeons 1993 Surgical Forum, Volume XLIV, Chapter II, 32-34, 1993

8. **Hovda DA**. Neurochemical and Metabolic Dysfunction Following Concussive Brain Injury.  In H.W. Bothe, M. Samii, R. Eckmiller (Eds) Neurobionics, Elsevier Science Publishers, B.V., 125-130, 1993

9. **Hovda DA**. Metabolic Dysfunction.  In R.K. Narayan, J.E. Wilberger and J.T. Povlishock (Eds.) Neurotrauma, McGraw-Hill, Inc., New York, Chapter 108, 1459-1478, 1996

10. **Hovda DA**, Prins M, Becker DP, Lee S, Bergsneider M, Martin N. Neurobiology of Concussion.  In J Bailes, M Lovell and J Maroon (Eds.) Sports Related Concussion, Quality Medical Publishing, St. Louis, MO, Chapter 2, 12-51, 1998

11. Bergsneider M, Becker DP, **Hovda DA**. Brain Trauma. In: G. Adelman & B. Smith (eds.) Elsevier's Encyclopedia of Neuroscience, Elsevier Science B.V., 286-288, 1999

12. **Hovda DA**. The Neurobiology of Cerebral Concussion:  Why is the Brain so Vulnerable After a Concussion?, Concussion in Sports Workshop, Sponsored by The American Orthopaedic Society for Sports Medicine, 5-10, 2000

13. Giza CG and  **Hovda DA**. Ionic and Metabolic Consequence of Concussion.  R.C. Cantu (Ed.) Neurologic Athletic Head and Spine Injuries, Saunders Company, Chapter 9, 80-100, 2000

14. Samii A, Moore AH, Giza C, **Hovda DA**. Contribution of Ionic Alterations to Metabolic Dysfunction Following Brain Injury, In:  L.P. Miller & R.L. Hayes (eds.) Head Trauma: Basic, Preclinical and Clinical Aspects, John Wiley & Sons, Inc., 203-218, 2001

15. Giza CC and **Hovda DA**. The Neurometabolic Cascade of Concussion.  Sport-Related Concussion: Journal of Athletic Training 2001, 36(3):228-235, 2001

16. Giza CC and **Hovda DA**. The Pathophysiology of Traumatic Brain Injury.  M.R. Lovell, R.J. Echemendia, J.T. Barth, M.W. Collins (Eds.)  Traumatic Brain Injury in Sports, Swets & Zeitlinger, Chapter 4, 45-70, 2004

David A. Hovda, PhD

17. Prins ML, Giza CC, **Hovda DA**. Neurobiology of TBI Sustained During Development. Anderson and Yeates (eds.) <u>Pediatric Traumatic Brain Injury, New Frontiers in Clinical and Translational Research</u>, Cambridge University Press, Chapter 2, 18-35, 2010

18. Bullock MR and **Hovda DA**. Introduction to Traumatic Brain Injury. H.R. Winn, M. S. Berger, R.G. Dacey, Jr. (eds). <u>Youmans Neurological Surgery</u>, Sixth Edition, Elsevier Saunders, Volume 4, Section XI, Chapter 322, 3267-3270, 2011

19. **Hovda DA** and Glenn TC. Human Cerebral Blood Flow and Traumatic Brain Injury. EH Lo, J Lok, MM Ning, MJ Whalen (eds.) <u>Vascular Mechanisms in CNS Trauma</u>, Springer, Chapter 3, 47-54, 2013

20. **Hovda DA**, Giza CC, Bergsneider, M, Vespa PM. Metabolic Dysfunction Following Traumatic Brain Injury. SM Slobounov, WJ Sebastianelli (eds.) <u>Concussions in Athletics</u>, Springer, Chapter 11, 205-215, 2014

21. Griesbach GS and **Hovda DA**. Cellular and Molecular Neuronal Plasticity. JH Grafman, AM Salazar (eds.) <u>Traumatic Brain Injury, Handbook of Clinical Neurology</u>, Elsevier (In Press)

22. **Hovda DA**. The Neurophysiology of Concussion. Niranjan A and Lundsford LD (eds.) <u>Concussion</u>, Progress in Neurological Surgery, Karger, Vol 28, 28-37, 2014

## PUBLISHED MONOGRAPHS

Adelson PD, Thomas S, **Hovda DA**, Becker DP. Boxing Fatalities and Brain Injury. <u>Perspectives in Neurological Surgery</u>, 2(2):167-186, 1991

**Hovda DA**. The Neurobiology of Traumatic Brain Injury: Why is the Brain So Vulnerable After Injury? <u>Brain Injury Source</u>, Volume 2, Issue 2, 22-25, 42, 1998

**Hovda DA**, Sutton RL. Thirty Years of Discovery on a Path of Hope. <u>THE Challenge</u>, 3(7):13-15. 2010

## EDITORIALS

**Hovda DA**. Effect of hyperglycemia after cortical injury. <u>Critical Care Medicine</u> 25(8):1267-1268, 1997

**Hovda DA**. Oxidative need and oxidative capacity following traumatic brain injury. <u>Critical Care Medicine</u> 35(2):663-664, 2007

Slobounov S, Bazarian J, Bigler E, Cantu R, Hallett M, Harbaugh R, **Hovda D**, Mayer AR, Nuwer MR, Kou Z, Lazzarino G, Papa L, Vagnozzi R. Sports-related concussion: Ongoing debate. <u>British Journal of Sports Medicine</u>, 48(2):76-76, 2014

## PUBLISHED ABSTRACTS

1. Feeney DM, **Hovda DA**. Restoration of tactile placing by amphetamine after motor cortex lesions. <u>American Association for the Advancement of Science</u>, 15:63, 1980

51

David A. Hovda, PhD

2.  Feeney DM, **Hovda DA**. Amphetamine restores tactile placing after motor cortex lesions. Federation of American Societies for Experimental Biology, 39:1095, 1980

3.  **Hovda DA**, Feeney DM. A single dose of d-amphetamine produces an enduring recovery of locomotion after motor cortex injury in cat. Society for Neuroscience, 7:283, 1981

4.  **Hovda DA**, Feeney DM. Multiple doses of amphetamine combined with locomotor experience produce a marked acceleration of recovery of locomotion following motor cortex injury in cat. Society for Neuroscience, 8:358, 1982

5.  Feeney DM, **Hovda DA**, Salo AA. Phenoxybenzamine reinstates all motor and sensory deficits in cats fully recovered from sensorimotor cortex ablations. Federation of American Societies for Experimental Biology, 42:1157, 1983

6.  **Hovda DA**, Bailey B, Montoya S, Salo AA, Feeney DM. Phentermine accelerates recovery of function after motor cortex injury in rats and cats. Federation of American Societies for Experimental Biology, 42:1157, 1983

7.  Walker AE, Feeney DM, **Hovda DA**. The electroencephalographic characteristics in the rhombencephalectomized cat. American Society of Electroencephalography, 22:25, 1983

8.  Feeney DM, Brock KR, **Hovda DA**. Amphetamine produces an enduring restoration of binocular depth perception in cats after bilateral visual cortex ablation only if visual experience is given during intoxication. Society for Neuroscience, 9:1224, 1983

9.  Boyeson MG, **Hovda DA**, Feeney DM. Endogenous asymmetries and changes in levels of dopamine in the striata of sham-operated and motor cortex injured rats. Society for Neuroscience, 9:992, 1983

10. **Hovda DA**, Feeney DM, Salo, A. A.  Boyeson, M. G. Phenoxybenzamine but not haloperidol reinstates all motor and sensory deficits in cats fully recovered from sensorimotor cortex ablations. Society for Neuroscience, 9:1002, 1983

11. Feeney DM, Rodriguez MA, **Hovda DA**, Boyeson MG. Remote functional depression of glucose metabolism after cortical injury is altered by amphetamine. Society for Neuroscience, 10:67, 1984

12. Sutton RL, **Hovda DA**, Feeney DM. Multiple doses of d-amphetamine accelerates recovery of locomotion following bilateral frontal cortex injury in cat. Society for Neuroscience, 10:67, 1984

13. **Hovda DA**, Feeney DM. Haloperidol blocks amphetamine-induced recovery of binocular depth perception after bilateral visual cortex ablation. Proceedings of the Western Pharmacological Society, 28:209-211, 1985

14. Sutton RL, **Hovda DA**, Feeney DM, Dail WG. Intracerebral autografts of adrenal medulla chromaffin cells in adult cats with unilateral frontal cortex ablations (UFCA):  Beneficial effects on recovery of locomotor and tactile placing (TP) abilities. Society for Neuroscience, 11:614, 1985

David A. Hovda, PhD

15. **Hovda DA**, Sutton RL, Feeney DM. Asymmetry of bilateral visual cortex lesions effect amphetamine's ability to produce recovery of depth perception. Society for Neuroscience, 11:1016, 1985

16. **Hovda DA,** Villablanca JR. Differential brain stem nuclei degeneration after neonatal or adult cerebral hemispherectomy in cats. Anatomical Record, 214:56A, 1986

17. Sutton RL, Chen MJ, **Hovda DA**, Feeney DM. Effects of amphetamine on cerebral metabolism following brain damage as revealed by quantitative cytochrome oxidase histochemistry. Society for Neuroscience, 12:1404, 1986

18. Benedetti F, **Hovda DA**, Villablanca JR. Differential degeneration of the mediodorsal thalamic nucleus after neonatal or adult cerebral hemispherectomy. Society for Neuroscience, 12:869, 1986

19. **Hovda DA**, Villablanca JR, Phillips MV. Neonatal cerebral hemispherectomy blocks development of binocular depth perception in cat. Society for Neuroscience, 12:1374, 1986

20. Chugani HT, **Hovda DA**, Phelps ME, Villablanca JR. Metabolic maturation of the brain: A study of local cerebral glucose utilization in the cat. Society for Neuroscience, 13:1139, 1987

21. Shook BL, Villablanca JR, **Hovda DA**. Prenatal unilateral frontal cortex ablation in cats. Society for Neuroscience, 13:1116, 1987

22. **Hovda DA**, Villablanca JR, Shook BL. Sparing of the visual field is associated with less metabolic depression in the superior colliculus of neonatal vs. adult hemispherectomized cats. Society for Neuroscience, 13:1692, 1987

23. Sutton RL, **Hovda DA**, Fisher RS, Villablanca JR.  Ultrastructural evidence that the decussated corticorubral projection in cats with neonatal hemispherectomy is synaptic.  Anatomical Record, 220:93A, 1988

24. **Hovda DA**, Sutton RL, Khan S, Fisher RS. Commissural corticocortical projections originate from pyramidal and nonpyramidal cells in the sensorimotor neocortex of cats. Anatomical Record, 220:46A, 1988

25. **Hovda DA**, Chugani HT, Badie B, Phelps ME, Villablanca JR. Cerebral maturation of oxidative metabolism in the cat. Society for Neuroscience, 14:48, 1988

26. Villablanca JR, **Hovda DA**. Sparing from neuronal degeneration matches recovery of function in neonatal versus adult cerebral hemispherectomized cats. Brain Dysfunction, 1:207-208, 1988

27. Jabour BA, **Hovda DA**, Korogi Y, Lufkin R, Villablanca JR. Thalamic changes in neonatal and adult hemispherectomized cats: Evaluation by MRI. SMRI Seventh Annual Meeting, 7(1):127, 1989

28. **Hovda DA**, Chugani HT, Badie B, Villablanca JR. Metabolic maturation of the brain: A study of oxidative metabolism utilizing cytochrome oxidase histochemistry in cat.  Journal of Cerebral

53

David A. Hovda, PhD

Blood Flow and Metabolism, 9:S27, 1989

29. Fisher RS, Sutton RL, **Hovda DA**. Anatomy of neocortical inputs: Different types of corticipetal neurons in basal forebrain demonstrated by combined WGA-HRP/Golgi methods. Anatomical Records, 223:39A, 1989

30. Villablanca JR, **Hovda DA**, Burgess JW, Shook BL, Benedetti F. There is sparing from neuronal degeneration in cats with neonatal versus adult cerebral hemispherectomy. Proceedings of XXXI International Congress of Physiological Sciences, 17:394, 1989

31. Sutton RL, **Hovda DA**, Chugani HT. Time course of local cerebral glucose utilization (LCGU) alterations after motor cortex ablation in the rat. Society for Neuroscience, 15:128, 1989

32. Kerrigan JF, Chugani HT, **Hovda DA**, Villablanca JR, Huang S-C, Barrio J, Phelps ME. Local cerebral protein synthesis in the cat during normal development. Society for Neuroscience, 15:854, 1989 [Also published as: Changes in local cerebral protein synthesis during normal development in the cat, Child Neurology Abstracts]

33. **Hovda DA**, Villablanca JR. Bilateral corticotectal projection following neonatal cerebral hemispherectomy in the cat. Society for Neuroscience, 15:1338, 1989

34. Gorman LK, Fu K., **Hovda DA**, Becker DP Katayama Y.  Analysis of acetylcholine release following concussive brain injury in the rat. Journal of Neurotrauma, 6:203, 1989

35. Kawamata T, Katayama Y, Becker DP, Yoshino A, **Hovda DA**. Diffuse prolonged depression of cerebral glucose utilization after traumatic brain injury in the rat. Journal of Neurotrauma, 6:203, 1989

36. **Hovda DA**, Villablanca JR. Sparing of visual field perception following neonatal cerebral hemispherectomy in the cat is associated with anatomical and metabolic changes in the superior colliculus. Journal of Neurotrauma, 6:203-204, 1989

37. **Hovda DA**, Yoshino A, Kawamata T, Katayama Y, Fineman I, Becker DP. The increase in local cerebral glucose utilization following fluid percussion brain injury is prevented with kynurenic acid and is associated with an increase in calcium. Acta Neurochirurgica, 51(1):331-333, 1990

38. Kawamata T, **Hovda DA**, Yoshino A, Katayama Y, Becker DP. Administration of excitatory amino acid antagonists via microdialysis prevents the increase in glucose utilization seen immediately following concussive brain injury. Society for Neuroscience, 16:778, 1990

39. Fineman I, **Hovda DA**, Kawamata T, Yoshino A, Becker DP. Calcium accumulates for at least 48 hours following fluid percussion brain injury in the rat. Society for Neuroscience, 16:778, 1990

40. Yoshino A, **Hovda DA**, Kawamata T, Katayama Y, Becker DP. Dynamic changes in local cerebral glucose utilization following fluid percussion injury: Evidence of a hyper- and subsequent hypometabolic state. Society for Neuroscience, 16:778, 1990

41. Loopuijt LD, Villablanca JR, **Hovda DA**. Morphology of caudate nucleus changes after prenatal unilateral neocortical lesion. Society for Neuroscience, 16:778, 1990

54

David A. Hovda, PhD

42. **Hovda DA**, Becker DP. Concussion produces dynamic changes in metabolism and calcium accumulation resulting in prolonged neurological deficits. Nimodipine: Pharmacological and Clinical Results in Cerebral Ischemia, A. Scriabine, G.M. Teasdale, D. Tettenborn, & W. Young (Eds.) Proceedings of the Second International Symposium on Nimodipine, Miami Beach, Florida, USA, April 25-28, 235-240, 1990

43. Yoshino A, **Hovda DA**, Katayama Y, Kawamata T, Becker DP. Hippocampal CA3 lesion prevents the post-concussive metabolic derangement in CA1.  Journal of Cerebral Blood Flow and Metabolism, 11(2):S343, 1991

44. **Hovda DA**, Katayama Y, Kawamata T, Yoshino A, Becker DP.  In situ administration of the excitatory amino acid antagonist kynurenic acid prevents the increase in glycolysis following concussive brain injury.  Journal of Cerebral Blood Flow and Metabolism, 11(2):S315, 1991

45. Thomas S, Yoshino A, **Hovda DA**, Becker DP. Adaptation of the fluid percussion device reduces the formation of contusions in a model of traumatic brain injury. Society for Neuroscience, 17:166, 1991

46. **Hovda DA**, Chugani HT, Villablanca JR. Lack of asymmetry in cerebral glucose metabolism in neonatal as compared to adult cerebral hemispherectomized cats. Society for Neuroscience, 17:894, 1991

47. Nassir Y, Tatsukawa KJ, Brown D, Edrahim A, Chen S, **Hovda DA**, Villablanca JR, Chugani HT. Increased $^3$H-flunitrazepam binding in visual structures of adult cerebral hemispherectomized compared to neonatally hemispherectomized cats. Society for Neuroscience, 17:894, 1991

48. Adelson PD, **Hovda DA**, Villablanca JR, Tatsukawa K. Neuronal hypertrophy in the novel bilateral corticotectal pathway following neonatal cerebral hemispherectomy in the cat. Society for Neuroscience, 17:1135, 1991

49. Villablanca JR, Harrison JB, Jackson GF, **Hovda DA**, Infante C. Greater neurological impairments in prenatal versus neonatal cortically-lesioned kittens. Society for Neuroscience, 17:894, 1991

50. Loopuijt LD, Villablanca JR, Gayek R, **Hovda DA**. Decrease in thalamic and neocortical volumes after a small prenatal cortex lesion in the cat. Society for Neuroscience, 17:1124, 1991

51. Jiang JY, Lyeth BG, **Hovda DA**, Phillips, LL, Hamm, RJ, and Jenkins LW. Hypothermia (30-33°C) reduces acute hypertension following traumatic brain injury in rats. Journal of Neurotrauma, 9:63, 1992

52. Adelson PD, Ogawa H, **Hovda DA**, Caron MJ, Becker DP. Acute alterations in cerebral metabolism and glutamate concentrations following suction-ablation injury. Journal of Neurotrauma, 9:56, 1992

53. Badie H, **Hovda DA**, Becker DP. Glial fibrillary acidic protein (GFAP) expression following concussive brain injury: A quantitative study of the effects of a second insult. Journal of Neurotrauma, 9:56, 1992

55

54. Fu K, Smith M, Thomas S, **Hovda DA**, Becker DP. Cerebral concussion produces a state of vulnerability lasting for as long as 5 hours. Journal of Neurotrauma, 9:59, 1992

55. Fineman I, Karimi S, Badie B, Ross RA, **Hovda DA**, Martin NA, Becker DP. Metabolic alterations accompany ionic disturbances during a hypoxic insult to the retina: An *in vitro* study. Journal of Neurotrauma, 9:59, 1992

56. Thomas S, **Hovda DA**, Samii M, Becker DP. Fluid percussion injury in the developing rat pup: Studies of cerebral metabolism. Journal of Neurotrauma, 9:71, 1992

57. Yoshino A, Katayama Y, **Hovda DA**, Kawamata T, Becker DP. Isolated metabolic dysfunction of the hippocampus following concussive brain injury: Physiological correlate of amnesia? Journal of Neurotrauma, 9:72, 1992

58. Loopuijt LD, Villablanca JR, **Hovda DA**, Scola R. Changes in caudate nucleus morphology after neocortical lesions in cats. Society for Neuroscience, 18:49, 1992

59. Steinsapir KD, Wirta DL, **Hovda DA**, and Goldberg RA. Recovery of metabolism in the lateral geniculate nucleus and superior colliculus following experimental optic nerve injury. Society for Neuroscience, 18:1087, 1992

60. Fineman I, Doberstein C, Badie B, **Hovda DA**, Martin N, Becker DP. Metabolic alterations accompany ionic disturbances during a hypoxic insult to the retina: An *in vitro* study. Society for Neuroscience, 18:175, 1992

61. Doberstein C, Velarde F, Badie H, **Hovda DA**, Becker DP. Changes in local cerebral blood flow following concussive brain injury. Society for Neuroscience, 18:175, 1992

62. Ebrahim A, Tatsukawa KJ, Loopuijt LD, Chen S, **Hovda DA**, Villablanca JR, Chugani HT. Effects of adult and neonatal hemidecortication on muscarinic and D2 receptor binding in the cat neostriatum. Society for Neuroscience, 18:772, 1992

63. Velarde F, Fisher DT, **Hovda DA**, Adelson PD, Becker DP. Fluid percussion injury induces prolonged changes in cerebral blood flow. Journal of Neurotrauma, 9:402, 1992

64. Steinsapir KD, Nguyen BT, Wirta DL, **Hovda DA**, Goldberg RA. Cerebral metabolism following optic nerve trauma. Journal of Neurotrauma, 9:401, 1992

65. Ogawa H, **Hovda DA**, Becker DP. Cerebral protein synthesis in the rat: Further studies following fluid percussion injury. Journal of Neurotrauma, 9:395, 1992

66. Caron MJ, Mazziotta J, Woods R, **Hovda DA**, Phelps ME, Becker DP. Comparison of positron emission tomography and computerized axial tomography in lesion identification in brain injured humans. Journal of Neurotrauma, 9:382, 1992

67. Steinsapir KD, Nguyen BT, **Hovda DA**, Goldberg RA. Dynamic changes in cerebral glucose metabolism following optic nerve injury. Journal of Cerebral Blood Flow and Metabolism, 13(1):S570, 1993

68. **Hovda DA**, Chugani HT, Villablanca JR, Tan L. Sustained cerebral glucose metabolism following neonatal cerebral hemispherectomy in the cat. <u>Journal of Cerebral Blood Flow and Metabolism</u>, 13(1), S573, 1993

69. Ogawa H, **Hovda DA**, Badie H, Becker DP. $^{14}C$-leucine incorporation following fluid percussion injury: No definitive role for glutamate. <u>Journal of Cerebral Blood Flow and Metabolism</u>, 13(1):S575, 1993

70. Caron MJ, Mazziotta JC, **Hovda DA**, Shalmon E, Woods RR, Phelps ME, Becker DP. Quantification of cerebral glucose metabolism in brain injured humans utilizing positron emission tomography. <u>Journal of Cerebral Blood Flow and Metabolism</u>, 13(1):S379, 1993

71. **Hovda DA**, Sutton RL, Adelson PD, Velarde F, Badie H, Caron MJ, Benzel E, Becker DP. Dynamic changes in cerebral glucose metabolism and blood flow following cerebral cortical contusion. <u>Journal of Cerebral Blood Flow and Metabolism</u>, 13(1):S574, 1993

72. Lee SM, Velarde F, **Hovda DA**, Karimi A, Becker DP. Assessment of cognitive performance in the Morris Water Maze following traumatic brain injury. <u>Society for Neuroscience</u>, 19:1882, 1993

73. Querido K., Lee SM, **Hovda DA**, Becker DP. Fluid percussion brain injury selectively destroys parvalbumin containing cells in rat parietal cortex. <u>Society for Neuroscience</u>, 19:1878, 1993

74. Badie H, Smith ML, **Hovda DA**, Fu K, Pinanong P, Samii A, Becker DP. Omega-Conopeptide reduces the extent of calcium accumulation following traumatic brain injury. <u>Society for Neuroscience</u>, 19:1485, 1993

75. Wehby MC, Olmstead CE, Peacock WJ, **Hovda DA**, Black KL, Gayek RJ, Fisher RS. Metabolic demonstration of retained cortical function in an animal model of infantile hydrocephalus. <u>Society for Neuroscience</u>, 19:183, 1993

76. Ogawa H, **Hovda DA**, Badie H, Becker DP. Local cerebral protein synthesis following fluid percussion injury: No definitive role for glutamate  <u>Journal of Neurotrauma</u>, 10:S173, 1993

77. Badie H, Fu K, Samii A, **Hovda DA**. A selective N-channel calcium blocker attenuates the injury-induced accumulation of calcium following experimental traumatic brain injury. <u>Journal of Neurotrauma</u>, 10:S61, 1993

78. **Hovda DA**, Sutton, RL, Adelson PD, Velarde F, Badie H, Caron M, Benzel E, Becker DP. Cortical contusion produces dynamic changes in cerebral glucose metabolism and blood flow. <u>Journal of Neurotrauma</u>, 10:S74, 1993

79. Caron MJ, **Hovda DA**, Mazziotta JC, Shalmon E, Phelps ME, Becker DP. The structural and metabolic anatomy of traumatic brain injury in humans: A computerized tomography and positron emission tomography analysis. <u>Journal of Neurotrauma</u>, 10:S58, 1993

80. Doberstein C, Fineman I, Keenly L, **Hovda DA**, Martin N, Becker DP. Metabolic alterations accompany ionic disturbances and cellular swelling during a hypoxic insult to the retina: An in

David A. Hovda, PhD

vitro study. <u>Acta Neurochirurgica</u>, 60:41-44, 1994

81. Sutton RL, **Hovda DA**, Adelson PD, Benzel EC, and Becker DP. Metabolic changes following cortical contusion: Relationships to edema and morphological changes. <u>Acta Neurochirurgica</u>, 60:446-448, 1994

82. **Hovda DA**, Fu K, Badie H, Samii A, Smith ML, Pinanong P, Becker DP. Administration of an omega-conopeptide one hour following traumatic brain injury reduced [45]Calcium accumulation. <u>Acta Neurochirurgica</u>, 60:521-523, 1994

83. Shalmon E, Caron MJ, Martin NA, Blander ES, **Hovda DA**, Becker DP. The relationship between cerebral blood flow and metabolism in severely head-injured patients. <u>Intracranial Pressure</u>, IX:357-361, 1994

84. Shalmon E, Caron MJ, Martin NA, **Hovda DA**, Becker DP. High cerebral perfusion pressure is not a synonym to preserved cerebral blood flow. <u>Intracranial Pressure</u>, IX:348-352, 1994

85. von Stück SL, Tishler TA, Sindt R, Smith ML, Lee SM, **Hovda DA**, Becker DP. Quantitative morphological analyses and acute disruption in cerebral protein synthesis following cortical contusion. <u>Journal of Neurotrauma</u>, 12:147, 1995

86. Smith ML, Lee SM, Chang CLY, **Hovda DA**, Becker DP. Measurements of ICP following mild, moderate and severe concussive head injuries in neonatal and adult rats. <u>Journal of Neurotrauma</u>, 12:143, 1995

87. Shalmon E, Bergsneider M, Kelly DF, Caron MJ, Iocolano SE, **Hovda DA**, Martin NA, Mazziotta JC, Phelps ME, Becker DP. Existence of regional coupling between cerebral blood flow and glucose metabolism following brain injury. <u>Journal of Neurotrauma</u>, 12:141, 1995

88. Shalmon E, Kelly DF, Bergsneider M, Caron MJ, Smith M, Iocolano SE, **Hovda DA**, Becker DP. Human cerebral microdialysis: Dynamic changes in EAA following severe brain injury. <u>Journal of Neurotrauma</u>, 12:140, 1995

89. Patwardhan RV, Martin NA, **Hovda DA**, Thomas-Lukes K. Can transcranial Doppler measurements be used to estimate cerebral blood flow? <u>Journal of Neurotrauma</u>, 12:134, 1995

90. Lifshitz J, Le HM, Lee SM, **Hovda DA**, Becker DP. Regional uncoupling of cerebral blood flow and metabolism in degenerating cortical areas following a lateral cortical contusion. <u>Journal of Neurotrauma</u>, 12:129, 1995

91. Kelly DF, Bergsneider M, Shalmon E, Caron MJ, Mazziotta JC, Phelps ME, **Hovda DA**, Becker DP. Temporal changes in cerebral and cerebellar cortical glucose metabolism following head injury as measured by positron emission tomography. <u>Journal of Neurotrauma</u>, 12:125, 1995

92. Gorman LK, Fu K, **Hovda DA**, Joung KP, Traystman R. Effects of traumatic brain injury on NMDA receptor binding in the rat. <u>Journal of Neurotrauma</u>, 12:120, 1995

93. Bergsneider M, Kelly DF, Caron MJ, Mazziotta JC, Phelps ME, **Hovda DA**, Becker DP. Remote metabolic depression following human traumatic brain injury: A positron emission tomography

David A. Hovda, PhD

(PET) study. Journal of Neurotrauma, 12:110, 1995

94. Alsina GA, Martin NA, Thomas-Lukes K, **Hovda DA**, Becker DP. Traumatic vasospasm - a prospective study of 116 patients. Journal of Neurotrauma, 12:109, 1995

95. Panigraphy A., Lee SM, Balady N, **Hovda DA**, Becker DP. Amphetamine enhances metabolic recovery following moderate and severe concussive head injures in adult rats. Society for Neuroscience, 21:2119, 1995

96. Lee SM, Smith ML, **Hovda DA**, and Becker DP. Concussive brain injury results in chronic vulnerability of post-traumatic seizures. Society for Neuroscience, 21:762,1995

97. Kelly DF, Pinanong P, Lee SM, **Hovda DA**, Becker DP. Presence of ethanol dramatically reduces the lesion size and functional recovery time following traumatic brain injury. Society for Neuroscience, 21:763, 1995

98. von Stück SL, Lee SM, **Hovda DA**, Becker DP. Measurements of delayed cell death following cortical contusion injury in rats. Society for Neuroscience, 21:2119, 1995

99. Bergsneider M, Kelly DF, Shalmon E, Mazziotta JC, Phelps ME, **Hovda DA**, Becker DP. Neurological deterioration following mild and moderate human traumatic brain injury: Evidence of metabolic dysfunction based on positron emission tomography. Society for Neuroscience, 21:762, 1995

100. Smith ML, Lee SM, Thomas, S, **Hovda DA**. Physiological and metabolic changes following fluid percussion brain injury in the developing rat. Journal of Cerebral Blood Flow and Metabolism, 15(1):S723, 1995  Craniocerebral Trauma: Mechanisms, Management, and the Cellular Response to Injury

101. Bergsneider M, Kelly DF, Shalmon E, Caron, MJ, Bookheimer S, Mazziotta JC, Phelps ME, Becker DP, **Hovda DA**. Dynamic changes in cerebral cortical glucose metabolism following severe head injury as measured by positron emission tomography. Journal of Cerebral Blood Flow and Metabolism, 15(1):S26, 1995

102. Lee SM, Lifshitz J, **Hovda DA**, Becker DP. Focal cortical-impact injury produces immediate and persistent deficits in metabolic autoregulation. Journal of Cerebral Blood Flow and Metabolism, 15(1):S722, 1995

103. **Hovda DA**,  Le HM, Lifshitz J, Berry JA, Badie H, Yoshino A, Lee SM, Becker DP. Long-term changes in glucose metabolism following mild, moderate, and severe concussive head injuries in adult rats. Journal of Neurosurgery, 376A, 1995

104. Prins ML, Payrovi S, **Hovda DA**. Lack of cognitive deficits following traumatic brain injury in the developing rat. Society for Neuroscience, 22(3):744.18, 1996

105. Kozlowski DA, von Stück SL, Lee SM, **Hovda DA**, Becker DP. Behaviorally-induced contusions following traumatic brain injury: Use-dependent secondary insults. Society for Neuroscience, 22(3):744.17, 1996

59

106. Vespa P, Prins ML, Lee SM, **Hovda DA**, Shalmon E, Martin N, Glenn T, Bergsneider M, Kelly D, Becker DP. Evidence of transient increases in glutamate associated with decreases in CPP below 60 TORR after human head injury. Society for Neuroscience, 22(3):744.14, 1996

107. Bergsneider M, Kelly DF, Shalmon E, Vespa P, Yang B, Bookheimer SY, Mazziotta JC, Phelps ME, **Hovda DA**, Becker DP. The extent of cerebral glucose metabolism depression following human traumatic brain injury is not related to functional state. Society for Neuroscience, 22(3):743.17, 1996

108. von Stück, SL, Lee SM, **Hovda DA**, Becker DP. L-Arginine increases cerebral blood flow following cortical contusion injury: Implications regarding vulnerability. Society for Neuroscience, 22(3):743.16, 1996

109. Wong, GK, **Hovda DA**, Toga AW. Optical intrinsic imaging of the barrel field cortex vascular response after lateral fluid percussion brain injury. Society for Neuroscience, 22(3):743.15, 1996

110. Carlson-Kuhta P, Villablanca JR, Schmanke TD, **Hovda DA**. Early-brain lesion effect: Which is the postnatal age-at-lesion limit for greater recovery/sparing in cats? Society for Neuroscience, 22(1):162.11, 1996

111. **Hovda DA**, Villablanca JR, Schmanke TD. A neocortical lesion sustained during the late fetal period induces a widespread enduring reduction in cerebral metabolism in cats. Society for Neuroscience, 22(1):126.10, 1996

112. Kozlowski DA, von Stück SL, Lee SM, **Hovda DA**, Becker DP. Behaviorally-Induced secondary insults: Lesion versus traumatic brain injury models. Journal of Neurotrauma, 13(10):620, 1996

113. Shalmon E, Bergsneider M, Kelly DF, Glenn T, Martin NA, Phelps ME, **Hovda DA**, Becker DP. Regional metabolic autoregulation following human brain injury: A positron emission tomography and cerebral blood flow study. Journal of Neurotrauma, 13(10):618, 1996

114. von Stück SL, Lee SM, **Hovda DA**, Becker DP. L-Argenine increases cerebral blood flow following cortical contusion injury: Implications regarding vulnerability. Journal of Neurotrauma, 13(10):618, 1996

115. Prins ML, Vespa P, **Hovda DA**, Shalmon E, Martin N, Glenn T, Bergsneider M, Kelly D, Becker DP. Evidence of transient increases in glutamate associated with decreases in CPP below 60 torr after human head injury. Journal of Neurotrauma, 13(10):614, 1996

116. Wong GK, Toga AW, **Hovda DA**. Lack of CBF response to vibrissae stimulation following fluid percussion injury: Optical intrinsic signaling studies. Journal of Neurotrauma, 13(10):613, 1996

117. Prins ML, **Hovda DA**. Traumatic brain injury early in life produces enduring changes in the metabolic map of spatial learning. Journal of Neurotrauma, 13(10):611, 1996

118. Prins ML, **Hovda DA**, Payrovi S. Lack of cognitive deficits following traumatic brain injury in the developing rat. Journal of Neurotrauma, 13(10):611, 1996

119. Vespa PM, Bergsneider M, Kelly DF, **Hovda D**, Shalmon E, Becker DP, Mazziotta JC, Nuwer MR. Effect of early seizures on cerebral metabolism in severe brain trauma. Electroencephalography and Clinical Neurophysiology 102:9P-10P, 1997

120. Wong G, **Hovda DA**, Toga AW. Optical imaging of neuronal and cerebral vascular responsiveness acutely following traumatic brain injury. Society for Neuroscience, 24:251, 1998

121. Moore AH, Villablanca JP, Cherry SE, Pollack DB, **Hovda DA**. Quantitative developmental MRI analysis in the Vervet monkey does not explain metabolic changes as measured by FDG-PET. Society for Neuroscience, 24:431, 1998

122. Glenn TC, Patel AB, **Hovda DA**, Martin NA. Experimental subarachnoid hemorrhage induces time dependent changes in cytochrome oxidase activity and glucose utilization of rat brain. Society for Neuroscience, 24:739, 1998

123. Samii A, Lee SM, **Hovda DA**. Delayed increases in glucose utilization following cortical impact injury. Society for Neuroscience, 24:738, 1998

124. Nahed BV, Kozlowski DA, Lee SM, **Hovda DA**. Effects of developmental rearing conditions on traumatic brain injury. Society for Neuroscience, 24:737, 1998

125. Prins ML, Osteen C, Moore AH, and **Hovda DA**. Lateral fluid percussion injury in the developing rat:  No evidence for an enduring calcium accumulation. Society for Neuroscience, 24:737, 1998

126. Wong GK, Toga AW, **Hovda DA**. High speed optical imaging of neuronal and cerebral vascular coupling following traumatic brain injury. Journal of Neurotrauma, 15(10):902, 1998

127. Samii A, Lee SM, **Hovda DA**. Evidence of delayed increases in glucose utilization following cortical impact injury. Journal of Neurotrauma, 15(10):894, 1998

128. Nahed BV, Kozlowski DA, Lee SM, **Hovda DA**. Effects of developmental rearing conditions on traumatic brain injury. Journal of Neurotrauma,15(10):887, 1998

129. Moore AH, Prins ML, **Hovda DA**. Dynamic changes in cerebral glucose metabolism and protein synthesis following unilateral electrolytic lesion to the sensorimotor cortex. Journal of Neurotrauma, 15(10):886, 1998

130. Osteen C, Prins ML, Moore ML, **Hovda DA**. $^{45}Ca^{++}$ accumulation following lateral fluid percussion injury in the developing rat. Journal of Neurotrauma, 15(10):889, 1998

131. Bergsneider M, **Hovda D**, Kelly DF, McArthur DL, Phelps ME, Becker DP. Post-Traumatic metabolic depression is unrelated to severity of injury. Journal of Neurotrauma, 15(10):859, 1998

132. Fineman I, Nahed BV, Prins ML, Lee SM, and **Hovda DA**. Fluid percussion injury in the young rat inhibits cortical plasticity induced by enriched environment. Journal of Neurotrauma, 15(10):868, 1998

David A. Hovda, PhD

133. Patel AB, Glenn TC, **Hovda DA**, Martin NA. Dynamic changes in cerebral cytochrome oxidase activity and glucose utilization following experimental subarachnoid hemorrhage in rats. Journal of Neurotrauma, 15(10):890, 1998

134. Vespa PM, Bergsneider M, **Hovda DA**, Prins M, Shalmon E, Caron M, Martin NA, Becker DP. Transient glutamate fluctuations after traumatic brain injury are associated with hyperglycolysis: A combined human cerebral microdialysis and positron emission tomography study. Neurology 50(Suppl. 4):A258, 1998

135. Vespa PM, Nuwer MR, Nenov V, Hovda DA, Bergsneider M, Kelly DF, Martin NA, Becker DP. Ability of continuous quantitative EEG to determine outcome early after traumatic brain injury. Critical Care Medicine, 27:A118, 1999

136. Vespa PM, Nuwer MR, Nenov V, Salinas A, Martin NA, **Hovda DA**, Bergsneider M, Kelly DF, Becker DP. Continuous quantitative EEG percentage alpha variability and determination of outcome early after traumatic brain injury. AANS, 1999

137. Bergsneider M, **Hovda DA**, Lee SM, Kelly DF, McArthur DL, Vespa PM, Lee JH, Sehati N, Huang S.-C., Martin NA, Phelps ME, Becker DP. CMRglc is independent of level of consciousness within the first 30 days following severe traumatic brain injury in humans. Brain '99, 19(Suppl. 1):S360, 1999

138. Moore AH, Lee SM, Cherry SR, **Hovda DA**. Utilization of microPET to detect metabolic depression after fluid percussion injury in the rat brain. Brain '99, 19(Suppl. 1):S387, 1999

139. Moore AH, Cherry SR, Annala AJ, **Hovda DA**. Quantitative assessment of FDG-PET studies in rat brain using microPET. Brain '99, 19(Suppl. 1):S764, 1999

140. Lee SM, Wong MD, Samii A, **Hovda DA**. Evidence for energy failure following irreversible traumatic brain injury. Brain '99, 19(Suppl. 1):S386, 1999

141. Giza CC, Lee SM, Fineman I, Nahed BV, Moore AH, **Hovda DA**. Loss of plasticity after traumatic brain injury in the developing rat: Anatomic behavioral and metabolic changes. Brain '99, 19(Suppl. 1):S392, 1999

142. Samii A, Lee SM, **Hovda DA**. Consequences of secondary injuries during periods of depressed cerebral oxidative metabolism. Brain '99, 19(Suppl. 1):S366, 1999

143. Glenn TC, Samii A, Patel AA, Martin NA, **Hovda DA**. Subarachnoid hemorrhage potentiates depression of cerebral glucose metabolism following fluid percussion injury. Brain '99, 19(Suppl. 1):S361, 1999

144. Feldman JD, Prins ML, Herschman HR, **Hovda DA**. Developmental differences in gene expression after fluid percussion brain injury in rats. The American Pediatric Society and the Society for Pediatric Research, 1999

145. Rowe M, **Hovda DA**, Minor T. Blood glucose concentrations following restraint, escapable and inescapable shock. Society for Neuroscience, 25(1):1126, 1999

146. Osteen CL, Moore AH, Prins ML, **Hovda DA**. Delayed $^{45}$Calcium accumulation following traumatic brain injury is age-dependent and reflects secondary cell death in the thalamus. <u>Society for Neuroscience</u>, 25(1):537, 1999

147. Giza CC, Echiverri A, Lee SM, **Hovda DA**. N-methyl-D-aspartate (NMDA) receptor antagonism prevents neuroanatomic plasticity associated with rearing in an enriched environment. <u>Society for Neuroscience</u>, 25(2):1787, 1999

148. Maeda T, Samii A, **Hovda DA**, Lee SM. Hemodynamic depression due to vasoconstriction following traumatic brain injury: Effect of verapamil in rats. <u>Journal of Neurotrauma</u>, 16(10): 992, 1999

149. Osteen CL, Moore AH, **Hovda DA**. Cerebral metabolic rates predict behavioral recovery in the adult rat following LTP: A longitudinal microPET & MWM study. <u>Journal of Neurotrauma</u>, 16(10): 993, 1999

150. Giza CC, Lee SM, Echiverri A, **Hovda DA**. N-methyl D-aspartate (NMDA) receptor blockade inhibits enriched environment (EE)-induced anatomic plasticity. <u>Journal of Neurotrauma</u>, 16(10): 1008, 1999

151. **Hovda DA**, Giza CC, Lee SM. Alterations in N-methyl D-aspartate (NMDA) receptors following developmental brain injury implications for plasticity. <u>Journal of Neurotrauma</u>, 16(10): 1016, 1999

152. Osteen CL, Giza CC, **Hovda DA**. Changes in N-methyl-D-aspartate receptor (NMDAR) subunit composition after fluid percussion (FP) injury appear to prepare the hippocampus for neuroplasticity in the adult rat. <u>Restorative Neurology and Neuroscience</u>, 16(3,4):210, 2000

153. Griesbach GS, Ying L, Gomez-Pinilla F, **Hovda DA**. Changes in Synapsin I and BDNF after fluid-percussion brain injury: An indicator of contralateral plasticity. <u>National Neurotrauma Society</u>, 17(10):986, 2000

154. Maeda T, Glenn TC, **Hovda DA**, Lee SM. Continuous monitoring of post-traumatic cerebral blood flow using scanning laser-Doppler in rats. <u>National Neurotrauma Society</u> 17(10):995, 2000

155. Shieh EY, Giza CC, Griesbach GS, **Hovda DA**. Lateral fluid percussion injury followed by rearing in enriched environment increases cortical dendritic density. <u>National Neurotrauma Society</u>, 17(10):986, 2000

156. Osteen CL, Giza CC, **Hovda DA**. Lateral fluid percussion (LFP) injury induces changes in NMDA receptor subunit composition that may reflect vulnerability or neuroplasticity. <u>National Neurotrauma Society</u>, 17(10):958, 2000

157. Giza CC, Lee SM, **Hovda DA**. Increased N-methyl D-aspartate (NMDA) receptor NR2A:NR2B subunit ratio induced by rearing in an enriched environment (EE). <u>Society for Neuroscience</u>, A599.12, 2000

158. Shieh EY, Moore AH, Lee SM, **Hovda DA**. Response to motor cortex vibrissa representation stimulation after TBI as measured by fluorodeoxyglucose autoradiography. <u>Brain '01; Journal of</u>

David A. Hovda, PhD

Cerebral Blood Flow and Metabolism, 21(S1) S187, 2001

159. Hattori N, Huang SC, Wu HM, Yeh E, Glenn TC, Oertel M, Vespa PM, Phelps M, **Hovda DA**, Bergsneider M. Cerebral metabolic rate of glucose of the brain stem measured by PET correlates with whole brain values in patients acutely following traumatic brain injury. Brain '01; Journal of Cerebral Blood Flow and Metabolism, 21(S1) S174, 2001

160. Glenn TC, Boscardin WJ, Vespa PA, Kelly DF, Bergsneider M, Oertel M, **Hovda DA**, Martin NA. Cerebral lactate uptake following human traumatic brain injury: evidence from a modified Kety-Schmidt technique. Brain '01; Journal of Cerebral Blood Flow and Metabolism, 21(S1) S177, 2001

161. Wu HM, Bergsneider M, Yeh E, Glenn T, Phelps ME, Oertel M, Vespa PM, **Hovda DA**, Huang SC. The FDG lumped constant is stable following traumatic brain injury. Brain '01; Journal of Cerebral Blood Flow and Metabolism, 21(S1) S180, 2001

162. Giza CC, Prins ML, **Hovda DA**, Herschman HR, Feldman JD. Genes preferentially induced by depolarization have age- and severity-dependent expression patterns after fluid percussion injury (FPI). Brain '01; Journal of Cerebral Blood Flow and Metabolism, 21(S1) S188, 2001

163. Yeh E, Glenn T, Bergsneider M, Wu HM, Hattori N, **Hovda DA**, Martin NA, Huang SC. Comparison of regional cerebral blood flow values between Xenon-133 and O-15 $H_2O$ PET parametric images. Brain '01; Journal of Cerebral Blood Flow and Metabolism, 21(S1) S537, 2001

164. Taylor AN, Tio DL, Rahman SU, Tang TTL, Kim JH, Edpao WM, Romeo HE, Hovda DA. Chronic alcohol consumption and the febrile response to traumatic brain injury. Society for Neuroscience, Annual Meeting Abstracts Volume, 2001

165. Li HH, Lee SM, Hovda DA, Ying Z, Gomez-Pinilla F. Up-regulation of genes related to synaptic plasticity in rats exposed to music revealed by microarray. Society for Neuroscience, Annual Meeting Abstracts Volume, 2001

166. Taylor AN, Romeo HE, Tio DL, Rahman SU, Tang TT-L, Kim JH, Edpao WM, **Hovda DA**. The acute-phase response (APR) to traumatic brain injury (TBI) in chronic alcoholic rats. Journal of Neurotrauma, 18(10):1129, 2001

167. Giza CC, Farmani N, Shieh EY, **Hovda DA**. Changes in hippocampal dendritic branching following fluid percussion injury in the immature rat. Journal of Neurotrauma, 18(10):1142, 2001

168. Griesbach GS, Molteni R, **Hovda DA**, Gomez-Pinilla F. Dynamic changes in cortical BDNF following FPI in the developing rat. Journal of Neurotrauma, 18(10):1151, 2001

169. Bergsneider M, Huang SC, Wu CM, Hattori N, Glenn T, Vespa PM, Oertel M, Wang L, Yeh E, **Hovda DA**. Pericontusional edema is oligemic but not ischemic assessed by positron emission tomography. Journal of Neurotrauma, 18(10):1187, 2001

170. Huang SC, Wu CM, Glenn T, Hattori N, Oertel M, Yeh E, Vespa PM, **Hovda DA**, Bergsneider M.

64

David A. Hovda, PhD

How accurate is FDG-PET in determining cerebral metabolic rate of glucose following human traumatic brain injury? Journal of Neurotrauma, 18(10):1187, 2001

171. Wu HM, Bergsneider M, **Hovda DA**, Phelps ME, Huang SC. Selective metabolic dysfunction in cortical gray matter following human traumatic brain injury. Journal of Neurotrauma, 18(10):1187, 2001

172. Hattori N, Huang SC, Wu HM, Yeh E, Glenn TC, Oertel M, Vespa PM, Phelps M, **Hovda DA**, Bergsneider M. Cerebral metabolic rate of glucose of the brain stem in patients with traumatic brain injury. Journal of Neurotrauma, 18(10):1187, 2001

173. Vespa P, Martin NA, Nenov V, Glenn T, Bergsneider M, Kelly D, Becker DP, **Hovda DA**. Delayed increase in extracellular glycerol with post-traumatic electrographic epileptic activity: Support for the theory that seizures induce secondary injury. Acta Neurochir (Suppl) 81:355-357, 2002

174. Hattori N, Huang SC, Wu HM, Liao WH, Glenn TC, Vespa PM, Phelps M, **Hovda DA**, Bergsneider M. Regional hyperglycolysis is characterized by decreased glucose transport and preserved hexokinase activity following traumatic head injury. Journal of Neurotrauma, 19(10):1273, 2002

175. Griesbach GS, Molteni R, Gomez-Pinilla F, **Hovda DA**. Voluntary exercise therapy after TBI: A critical window of opportunity. Journal of Neurotrauma, 19(10):1276, 2002

176. **Hovda DA**, Griesbach GS, Giza CC. Experience-Dependent loss of plasticity is restored after delayed exposure to an enriched environment. Journal of Neurotrauma, 19(10):1303, 2002

177. Gurkoff GG, Giza CC, **Hovda DA**. Behavioral deficits following lateral fluid percussion injury in the rat pup due to cellular dysfunction and not cell death. Journal of Neurotrauma, 19(10):1320, 2002

178. Aoyama N, Lee SM, **Hovda DA**. Secondary cerebral ischemia-induced CA1 hippocampal cell death: Lateral vs. central fluid percussion injury in rat. Journal of Neurotrauma, 19(10):1328, 2002

179. Roncati-Zanier E, Lee S, Vespa P, Giza C, **Hovda DA**. Increased hippocampal CA3 vulnerability to low level glutamate analogue, following lateral fluid percussion injury. Journal of Neurotrauma, 19(10):1329, 2002

180. Vespa P, Roncati-Zanier E, Shieh E, **Hovda DA**. Mild fluid percussion injury lowers the threshold to kainic acid-induced seizures which in turn elicit recurrent demand in vulnerable tissue. Journal of Neurotrauma, 19(10):1331, 2002

181. Benae JL, Glenn TC, Vespa PM, Song F, Kelly DF, **Hovda DA**, Martin NA. Cerebral Metabolic and Blood Flow Differences Between Traumatic Head Injured Patients: Influence of Cocaine. Journal of Neurotrauma, 19(10):1338, 2002

182. Boscardin WJ, Kelly DF, Glenn TC, McArthur DL, Vespa PM, **Hovda DA**, Martin NA. Acute Metabolic Deviation from Normal Predicts Long Term Outcome After TBI. Journal of Neurotrauma, 19(10):1338, 2002

183. Glenn TC, Lee YC, Hwang JS, **Hovda DA**, Martin NA, Lee SM. Extracellular Calcium Fluctuations Affect Vascular Tone in Isolated Rat Middle Cerebral Arteries. Journal of Neurotrauma, 19(10):1338, 2002

184. Ip EY, Roncati Zanier E, Lee SM, **Hovda DA**. Cyclosporin A Does Not Ameliorate the Anaerobic Glycolysis Response to Vibrissa Motor Cortex Stimulation Following Traumatic Brain Injury. Journal of Neurotrauma, 19(10):1338, 2002

185. Kelly DF, Glenn TC, Boscardin WJ, McArthur DL, Vespa PM, **Hovda DA**, Martin NA. Oxygen, glucose and lactate metabolism as predictors of outcome after traumatic brain injury. Journal of Neurotrauma, 19(10):1339, 2002

186. O'Phelan K, Glenn TC, Martin NA, Bergsneider M, **Hovda DA**, Vespa PM. Pericontusional tissue displays vulnerability to reduction in cerebral perfusion pressure without microdialysis evidence of ischemia. Journal of Neurotrauma, 19(10):1339, 2002

187. Wong MD, Ghavim S, Beemer JM, **Hovda DA**, Lee SM. Simultaneous quantitative measurements of glucose metabolism, cerebral blood flow and adenosine triphosphate (ATP) levels following traumatic brain injury. Journal of Neurotrauma, 19(10):1339, 2002

188. Wu HM, Huang SC, Hattori N, Glenn TC, Liao WH, Yu CL, **Hovda DA**, Phelps ME, Bergsneider M. Do neurons utilize alternative fuels acutely following human traumatic brain injury? Journal of Neurotrauma, 19(10):1339, 2002

189. Giza CC, Li HH, Prins ML, **Hovda DA**. Microarray gene expression analysis of postnatal day 19 rat cortex after lateral fluid percussion injury. Journal of Neurotrauma, 19(10):1340, 2002

190. Cai Y, Li HH, Lee SM, **Hovda DA**. Differential expression of genes related to cellular signaling, synaptic functioning and ion channels post-injury: A comparison of moderate and severe injury effect on gene expression in hippocampus. Journal of Neurotrauma, 19(10):1378, 2002

191. Li HH, Cai Y, Lee SM, **Hovda DA**. Gene expression profiles following moderate and severe brain injury in rats: Implication of energy shortage and cellular vulnerability immediately after injury. Journal of Neurotrauma, 19(10):1379, 2002

192. Prins ML, Li HH, Giza CC, **Hovda DA**. Microarray gene expression analysis of postnatal day 26 rat cortex after lateral fluid percussion injury. Journal of Neurotrauma, 19(10):1379, 2002

193. Osteen CL, Giza CC, **Hovda DA**. Injury-Induced changes in NMDA receptor subunit composition contribute to prolonged calcium-45 accumulation in intact cortex. Journal of Neurotrauma, 19(10):1384, 2002

194. Aoyama N, Gurkoff GG, Lee SM, **Hovda DA**. Secondary cerebral ischemia enhances energy depletion in hippocampal CA1 following lateral fluid percussion injury in rat. Brain '03: Journal of Cerebral Blood Flow and Metabolism, 23(S1):114, 2003

195. Li HH, Lee SM, **Hovda DA**, Cai Y. Altered expression of genes related to energy metabolism following traumatic brain injury. Brain '03: Journal of Cerebral Blood Flow and Metabolism, 23(S1):123, 2003

196. Bergsneider M, Wu HM, Huang SC, Hattori N, Glenn T, Vespa PM, Phelps ME, **Hovda DA**. Subcortical white matter is hypermetabolic following traumatic brain injury (TBI). Brain '03: Journal of Cerebral Blood Flow and Metabolism, 23(S1):388, 2003

197. Glenn TC, Soustiel JF, Vespa P, Rinsky B, Hanuscin C, **Hovda DA**, Martin NA. Measurement of cerebral blood flow in humans: Comparison of 133-xenon cerebral blood flow to the dual beam Doppler cerebral blood volume. Brain '03: Journal of Cerebral Blood Flow and Metabolism, 23(S1):393, 2003

198. Glenn TC, Obrist WD, Vespa P, Lee SJ, **Hovda DA**, Martin NA. Onset of cerebral vasospasm following acute brain injury is associated with diminished cerebral metabolic rate of oxygen. Brain '03: Journal of Cerebral Blood Flow and Metabolism, 23(S1):394, 2003

199. Hattori N, Huang SC, Rassovsky Y, Wu HM, Glenn TC, Vespa PM, Phelps ME, **Hovda DA**, Bergsneider M. Impairment of executive functions may be resulted from acute hypometabolism of cingulate gyrus after traumatic brain injury. Brain '03: Journal of Cerebral Blood Flow and Metabolism, 23(S1):395, 2003

200. Hu HM, Bergsneider M, Hattori N, Glenn T, Vespa PM, **Hovda DA**, Phelps ME, Huang SC. Loss of gray-white contrast on FDG-PET predicts the outcome of patients following traumatic brain injury (TBI). Brain '03: Journal of Cerebral Blood Flow and Metabolism, 23(S1):405, 2003

201. Vespa PM, Hattori N, Huang SC, Wu HS, Liao W, Yu CL, Glenn TC, Phelps ME, **Hovda DA**, Bergsneider M. Neurochemical markers of energy crisis in extracellular fluid are correlated with non-ischemic alterations of oxygen/glucose metabolic ratio in human traumatic brain injury. Brain '03: Journal of Cerebral Blood Flow and Metabolism, 23(S1):412, 2003

202. Wu HM, Huang SC, Hattori N, Glenn T, Vespa PM, **Hovda DA**, Phelps ME, Bergsneider M. Investigation of regional difference in the FDG lumped constant (LC) values between gray and white matter following traumatic brain injury (TBI). BrainPET '03: Journal of Cerebral Blood Flow and Metabolism, 23(S1):665, 2003

203. Griesbach GS, Gomez-Pinilla F, Chang B, **Hovda DA**. Neuronal plasticity related proteins are upregulated following fluid-percussion injury: Interaction with acute exercise. Journal of Neurotrauma, 20(10):1056, 2003

204. Hattori N, Huang SC, Wu HM, Glenn TC, Vespa PM, Phelps ME, **Hovda DA**, Bergsneider M. Differential gray-white matter variability of regional blood flow and oxygen extraction fraction acutely after traumatic brain injury. Journal of Neurotrauma, 20(10):1092, 2003

205. Wu HM, Huang SC, Hattori N, Yu CL, Glenn TC, Phelps ME, **Hovda DA**, Bergsneider M. Anaerobic glycolysis in pericontusional tissue following human traumatic brain injury. Journal of Neurotrauma, 20(10):1092, 2003

206. Li HH, Griesbach GS, Gomez-Pinilla F, **Hovda DA**. Traumatic brain injury and voluntary exercise induce the activation of NADPH oxidase in rats. Journal of Neurotrauma, 20(10):1092, 2003

207. Bartnik BL, Sutton RL, **Hovda DA**, Lee SM. [13]C nuclear magnetic resonance spectroscopy as a

David A. Hovda, PhD

method of assessing metabolic function after traumatic brain injury. Journal of Neurotrauma, 20(10):1093, 2003

208. Gurkoff GG, Hoffmann JR, Giza CC, **Hovda DA**. Injury severity does not predict outcome in a model of developmental lateral fluid percussion. Journal of Neurotrauma, 20(10):1093, 2003

209. Prins ML, **Hovda DA**, Lee SM. Astrocyte contribution to cerebral metabolism during stimulation: $^{18}$F-FDG and $^{14}$C-acetate double label autoradiography. Journal of Neurotrauma, 20(10):1094, 2003

210. **Hovda DA**, Griesbach GS, Hoffmann JR, Giza CC. Post-weaning fluid percussion injury results in a Morris water maze acquisition deficit: Interaction with enriched environment. Journal of Neurotrauma, 20(10):1095, 2003

211. Aoyama N, Lee SM, Sutton RL, **Hovda DA**, Kayayama Y. Concomitant measurement of cellular viability and ATP levels in the hippocampal CA1 region following a post-TBI secondary ischemia. Journal of Neurotrauma, 20(10):1095, 2003

212. Vespa PM, McArthur DA, Alger JR, Glenn TC, Martin NA, **Hovda DA**. Regional reductions in N-acetyl-aspartate (NAA) levels are correlated with elevated lactate/pyruvate ratio (LPR) after traumatic brain injury: A combined cerebral microdialysis and H-Magnetic resonance spectroscopy (MRS) study. Journal of Neurotrauma, 20(10):1101, 2003

213. Giza CC, Li HH, Prins ML, **Hovda DA**. Gene expression profiling after lateral fluid percussion injury in the immature rat suggests multiple mechanisms of neural dysfunction. Journal of Neurotrauma, 20(10):1101, 2003

214. Hattori N, Huang S-C, Wu H-M, Liao W, Yu C-L, Glenn TC, Vespa PM, Phelps ME, **Hovda DA**, Bergsneider M. Reduced oxygen metabolism in pericontusional low-density areas acutely after traumatic brain injury. Society for Nuclear Medicine (submitted)

215. Hattori N, Huang S-C, Rassovsky Y, Wu H-M, Glenn TC, Vespa PM, Phelps ME **Hovda DA**, Bergsneider M.  FDG PET may predict long-term neuropsychological outcome after traumatic brain injury.  Society for Nuclear Medicine (submitted)

216. Prins ML, Fujima L, **Hovda DA**. Neuroprotective effects of ketogenic diet following traumatic brain injury in juvenile rats. Journal of Neurotrauma, 21(9):1288, 2004

217. Bartnik BL, Sutton RL, Harris NG, Fukushima M, **Hovda DA**, Lee SM. Evidence for altered metabolic pathways in animals following traumatic brain injury: A $^{13}$C Study. Journal of Neurotrauma, 21(9):1318, 2004

218. Santa Maria NS, **Hovda DA**, Giza CC. Alteration in N-methyl-D-aspartate receptor subunit composition and impaired neuroplasticity after fluid percussion injury in the developing rat. Journal of Neurotrauma, 21(9):1329, 2004

219. Ogbeide UE, Glenn TC, Vespa PM, Boscardin WJ, Lee SJ, **Hovda DA**, Martin NA. Possible causes of depressed cerebral metabolic rate of oxygen after severe brain injury. Journal of Neurotrauma, 21(9):1335, 2004

David A. Hovda, PhD

220. Gurkoff GG, Shin D, Giza CC, Sankar R, **Hovda DA**. Lateral fluid percussion sustained early in life protects hippocampal cells from secondary seizure. Journal of Neurotrauma, 21(9):1341, 2004

221. Griesbach GS, Gomez-Pinilla F, Chang B, **Hovda DA**. The effects of voluntary exercise on neuronal plasticity is dependent on injury severity. Journal of Neurotrauma, 21(9):1347, 2004

222. Santa Maria NS, **Hovda DA**, Giza CC. Traumatic brain injury, enriched environment and N-methyl-D-aspartate receptor-mediated neuroplasticity in the immature rat. Annals of Neurology, 58(S9):S82, 2005

223. Gurkoff GG, Shin D, Giza CC, **Hovda DA**. Concussive brain injury produces a state of anatomical and behavioral preconditioning to seizures in the developing rat brain. Journal of Neurotrauma, 22(10):1167, 2005

224. Wu HM, Huang SC, Yu CL, Glenn TC, Vespa PM, Phelps ME, **Hovda DA**, Bergsneider M. Evidence of long term diffuse white matter injury following traumatic brain injury: A FDG-PET study. Journal of Neurotrauma, 22(10):1178, 2005

225. Fukushima M, Lee SM, **Hovda DA**, Sutton RL. Sodium pyruvate treatment after controlled cortical impact injury in the rat. Journal of Neurotrauma, 22(10):1189, 2005

226. Cazalis F, Newman N, Babikian T, Marion S, Black D, Reger ML, **Hovda DA**, Giza CC, Asarnow R. FMRI Study of adolescent traumatic brain injury. Journal of Neurotrauma, 22(10):1201, 2005

227. Reger ML, Gurkoff GG, **Hovda DA**, Giza CC. The novel object recognition task detects a transient cognitive deficit after developmental TBI. Journal of Neurotrauma, 22(10):1206, 2005

228. Griesbach GS, **Hovda DA**, Sutton RL. Amphetamine treatment increases levels of hippocampal BDNF following controlled cortical impact injury. Journal of Neurotrauma, 22(10):1212, 2005

229. Glenn TC, Hirt D, Eliseo M, Boscardin WJ, Berg J, Vespa P, **Hovda DA**, Martin NA. Molecular differences in cerebrospinal fluid from "normal" and traumatic brain injury patients: An H-NMR study. Journal of Neurotrauma, 22(10):1223, 2005

230. Harris NG, Aguilar J, Cai Y, Carmichael ST, **Hovda DA**. Growth-inhibitory chondroitin sulphate proteoglycans are up-regulated following experimental brain contusion injury. Journal of Neurotrauma, 22(10):1228, 2005

231. Prins ML, Giza C, **Hovda DA**. Age-dependent increase in monocarboxylate transporter expression following traumatic brain injury. Journal of Neurotrauma, 22(10):1230, 2005

232. Li Q, Spigelman, I, **Hovda DA**, Giza CC. Decreased MNDA receptor mediated synaptic currents in CA1 neurons following fluid percussion injury in developing rats. Journal of Neurotrauma, 22(10):1249, 2005

233. Bartnik BL, Lee SM, **Hovda DA**, Sutton RL. Increased pyruvate recycling in animals with traumatic brain injury. A $^{13}$C NMR study. Journal of Neurotrauma, 22(10):1252, 2005

David A. Hovda, PhD

234. Santa Maria NS, Ip EY, Lozado A, **Hovda DA**, Giza CC. Enriched environment promotes recovery in basal hippocampal ca3 dendrites following lateral fluid percussion injury in the immature rat. Journal of Neurotrauma, 23(6):998, 2006

235. Sutton RL, Fukushima M, **Hovda DA**, Lee S. Sodium pyruvate reduces cortical damage after mild cortical contusion and spreading depression injury in the rat. Journal of Neurotrauma, 23(6):1004, 2006

236. Harris N, Aguilar J, **Hovda D**. Cortical sprouting and growth inhibitory proteins occur in spatially disparate regions after experimental tbi. Journal of Neurotrauma, 23(6):1019, 2006

237. Sutton RL, Bartnik BL, **Hovda DA**. Differential neuron and astrocyte metabolism following traumatic brain injury. Journal of Neurotrauma, 23(6):1024, 2006

238. Breault J, Yudovin S, McArthur D, **Hovda D**, Giza CC. Pediatric traumatic brain injury (tbi) clinic: cohort characteristics, neuroimaging abnormalities and outcome. Journal of Neurotrauma, 23(6):1031, 2006

239. Gurkoff GG, Shin D, Auvin S, Giza CC, Sankar R, **Hovda D**. Concussive brain injury and status epilepticus: acute preconditioning does not translate to long-term hippocampal protection from seizures. Journal of Neurotrauma, 23(6):1031, 2006

240. Griesbach GS, **Hovda D**, Ohanian E, Sutton RL. Oxidized proteins decrease with amphetamine or exercise treatment after a cortical impact injury. Journal of Neurotrauma, 23(6):1035, 2006

241. O'Phelan K, Chang C, Green D, Jiang C, **Hovda D**. The impact of methamphetamine on mortality and outcome at discharge in patients with severe traumatic brain injury. Journal of Neurotrauma, 23(6):1037, 2006

242. Giza CC, Breault JE, Yudovin S, Ferraro M, Morrison P, **Hovda DA**, McArthur DL. Pediatric traumatic brain injury (TBI) clinic: Caring for children with forgotten medical needs. Annals of Neurology, 60(S10):S128, B-24, 2006

243. Hutson C, Gurkoff G, Giza C, **Hovda D**, Chesselet MF. Multiple risk factors for Parkinson's Disease: Pesticide exposure and traumatic brain injury. Journal of Neurotrauma, 24(7):1232, 2007

244. Breault J, Cai Y, **Hovda DA**, Giza CC. AMPA receptor subunit changes after lateral fluid percussion injury in the immature rat. Journal of Neurotrauma, 24(7):1240, 2007

245. Santa Maria N, Reger M, **Hovda D**, Giza C. D-Cycloserine administration promotes NR2A recovery and increases exploratory behavior following lateral fluid percussion injury in the immature rat. Journal of Neurotrauma, 24(7):1267, 2007

246. Prins M, Fong Y, Appelberg S, **Hovda D**. Changes in cerebral microvessel expression of MCT1 and GLUT1 following controlled cortical impact in juvenile and adult rats. Journal of Neurotrauma, 24(7):1267, 2007

David A. Hovda, PhD

247. Appelberg S, Crowleye E, Fong A, **Hovda D**, Prins M. Ketogenic diet improves recovery of function after traumatic brain injury in juvenile rats. Journal of Neurotrauma, 24(7):1267, 2007

248. Moro N, **Hovda D**, Sutton R. Neuroprotection conferred by sodium or ethyl pyruvate after cortical contusion in the rat. Journal of Neurotrauma, 24(7):1267, 2007

249. Giza C, Santa Maria N, Li Q, Reger M, Spigelman I, **Hovda D**. Glutamatergic dysfunction underlies impaired neuroplasticity following traumatic injury to the developing brain. Developmental Neurorehabilitation, 10(4):301, 2008

250. Reger M, Santa Maria N, **Hovda D**, Giza C. NMDA agonist attenuates exploratory and anxiety related behavioral deficits after lateral fluid percussion injury in immature rats. Developmental Neurorehabilitation, 10(4):301-02, 2008

251. Copeland SA, Cazalis F, Giza CC, **Hovda DA**, Asarnow R. White matter recovery after traumatic brain injury in adolescents: A longitudinal DTI study. Developmental Neurorehabilitation, 10(4):309, 2008

252. Appelberg S, **Hovda D**, Prins M. Ketogenic diet improves recovery of function after traumatic brain injury in juvenile rats. Developmental Neurorehabilitation, 10(4):309-10, 2008

253. Lin S, Sutton R, **Hovda D**, Harris N. "False" regions of brain activation observed with functional glucose autoradiography after cortical contusion injury: Contribution of underlying pathology. Journal of Neurotrauma, 25(7):860, 2008

254. Harris N, **Hovda D**, Sutton R. A critical window for axon sprouting opens during a net reduction in the amount and structural arrangement of CSPG growth-inhibitory proteins after brain trauma. Journal of Neurotrauma, 25(7):880, 2008

255. Reger M, Poulos A, **Hovda D**, Giza C, Fanselow M. Contextual fear enhancement following concussive injury in rats. Journal of Neurotrauma, 25(7):884, 2008

256. Deng-Bryant Y, Appelberg S, **Hovda D**, Prins M. Changes in cytosolic GAPDH activity following controlled cortical impact in juvenile and adult rat brains. Journal of Neurotrauma, 25(7):898, 2008

257. Santa Maria N, Baquing M, **Hovda D**, Giza C. Restoration of impaired experience-dependent plasticity by enhancing NMDA receptor mediated synaptic transmission after developmental TBI. Journal of Neurotrauma, 25(7):911, 2008

258. Sutton RL, Ghavim S, Moro N, Tan A, Smith DC, **Hovda DA**. Mild improvement in cerebral glucose metabolism with vagus nerve stimulation after fluid percussion brain injury in rats. Journal of Neurotrauma, 25(7):913, 2008

259. Miller G, Le Belle J, **Hovda D**, Kornblum H, Harris N. Effect of traumatic brain injury on the normally quiescent population of neural stem cells in the adult mouse SVZ. Journal of Neurotrauma, 25(7):921, 2008

260. Moro N, Ghavim S, **Hovda D**, Sutton R. Transient hyperglycemia improves cerebral glucose

David A. Hovda, PhD

metabolism and reduces hippocampal cell damage after cortical contusion injury in the rat. Journal of Neurotrauma, 25(7);933, 2008

261. Moro N, **Hovda DA**, Sutton RL. Massive flux of the gliotransmitter ATP into the extracellular space following traumatic brain injury in the rat. Journal of Neurotrauma, 26(8); A-6, 2009

262. Miller G, Le Belle J, **Hovda D**, Kornblum H, Harris N. Endogenous SVZ neural stem and progenitor cells are stimulated to divide and generate new cortical cells following traumatic brain injury. Journal of Neurotrauma, 26(8); A-6, 2009

263. Giza C, Santa Maria N, Griesbach G, Cai Y, **Hovda D**. Fluid percussion injury in the immature rat causes a sustained reduction of hippocampal BDNF independent of environmental housing conditions. Journal of Neurotrauma, 26(8); A-7, 2009

264. Prins M, Appelberg S, Deng-Bryant Y, **Hovda D**. Increase in glucose 6-phosphate dehydrogenase activity after controlled cortical impact injury in rat cortex. Journal of Neurotrauma, 26(8); A-14, 2009

265. Xu K, Appelberg S, Deng-Bryant Y, **Hovda D**, Prins M. Therapeutic window for administration of ketone bodies after trauma in the juvenile brain. Journal of Neurotrauma, 26(8); A-27, 2009

266. Barkhoudarian G, Baquing MA, Okikawa D, **Hovda D**, Giza C, Cai Y. Lateral fluid percussion mortality is increased with MK801 pretreatment in P19 rat pups. Journal of Neurotrauma, 26(8); A-34, 2009

267. Harris N, Mironova Y, Neman J, **Hovda D**, Sutton R. Acute deficits in transcallosal connectivity endure chronically after experimental brain injury in the rat: a DTI tractography study. Journal of Neurotrauma, 26(8); A-37, 2009

268. Reger M, Poulos A, Santa Maria N, Cai Y, **Hovda D**, Fanselow M, Giza C. Increased NR2A subunit expression within amygdalar NMDA receptors in rats exhibiting enhanced fear conditioning following diffuse brain injury. Journal of Neurotrauma, 26(8); A-42, 2009

269. Mironova Y, Sutton R, **Hovda D**, Harris N. Reduction in growth-inhibitory CSPGs enhances cortical pericontusional sprouting but does not confer any behavioral improvement after CCI brain injury. Journal of Neurotrauma, 26(8); A-43, 2009

270. Santa Maria NS, Harris NG, **Hovda DA**, Giza CC. Reduced glutamatergic activation after developmental fluid percussion injury mapped by pharmacological MRI (phMRI) . Journal of Neurotrauma, 26(8); A-44, 2009

271. Deng-Bryant Y, **Hovda D**, Prins M, Harris N. Metabolic and bioenergetic changes with ketogenic diet vs. standard diet after controlled cortical impact in juvenile rat brains measured by *in vitro* magnetic resonance spectroscopy. Journal of Neurotrauma, 26(8); A-80, 2009

272. Xu Y, McArthur D, Alger J, Etchepare M, **Hovda D**, Glenn T, Vespa P. Early non-ischemic oxidative metabolic dysfunction leads to brain atrophy in traumatic brain injury. Journal of Neurotrauma, 26(8); A-81, 2009

David A. Hovda, PhD

273. Garfinkel D, Griesbach GS, Cai Y, Giza C, **Hovda DA**. Differences in responsiveness to exercise after TBI in immature and adult rats. <u>Journal of Neurotrauma</u>, 26(8); A-97, 2009

274. Santa Maria N, Buen F, Ponnaluri A, Cai Y, **Hovda DA**, Giza CC. D-cycloserine improves novel object recognition after fluid percussion injury sustained early in life. <u>Journal of Neurotrauma</u>, 27(5):A-3, 2010

275. Buen F, Reger M, Poulos A, Fanselow M, **Hovda D**, Giza C. Establishing a link between PTSD and TBI: TBI induced fear conditioning enhancement corresponds to TBI induced loss of inhibitory neurotransmission. <u>Journal of Neurotrauma</u>, 27(5):A-6, 2010

276. Giza C, Glenn T, Povlishock J, Ashley M, **Hovda D**, McArthur D. Neurotrauma basic research and neurorehabilitation: Results from the Neurotrauma 2009 interactive survey. <u>Journal of Neurotrauma</u>, 27(5):A-12, 2010

277. Griesbach G, **Hovda D**, Tio D, Taylor A. Glucocorticoid dysregulation following mild traumatic brain injury. <u>Journal of Neurotrauma</u>, 27(5):A-35, 2010

278. Barkhoudarian G, Babikian T, Prins M, Cai Y, Hartoonian I, **Hovda D**, Giza C. Molecular and physiological responses to juvenile TBI: Focus on growth and metabolism. <u>Journal of Neurotrauma</u>, 27(5):A-39, 2010

279. Sherma A, Glenn T, Giza C, Holly L, Fehlings M, **Hovda D**, McArthur D. Acute spinal cord injury management: Results from the 2009 International neurotrauma Society Meeting survey. <u>Journal of Neurotrauma</u>, 27(5):A-56, 2010

280. Glenn T, Giza C, Martin N, **Hovda D**, McArthur D. Acute TBI patient management: Results from the 2009 International Neurotrauma Society Meeting survey. <u>Journal of Neurotrauma</u>, 27(5):A-57, 2010

281. Buen F, Cai Y, Santa Maria N, **Hovda D**, Giza C. Lateral FPI in developing rats disrupts activation of PCAMKII and PERK1/2: Implications for TBI-induced loss of neuroplasticity. <u>Journal of Neurotrauma</u>, 27(5):A-76, 2010

282. Garfinkel D, Griesbach G, Tio D, **Hovda D**. Exploring responsiveness to voluntary and forced exercise after traumatic brain injury. <u>Journal of Neurotrauma</u>, 27(5):A-84, 2010

283. Alexander D, **Hovda D**, Prins M. Repeat TBI: Duration of vulnerability is related to duration of decreased cerebral glucose metabolism in the juvenile rat. <u>Journal of Neurotrauma</u>, 28(6):A-12, 2011

284. Saez P, Wright M, McArthur D, Alger J, **Hovda D**, Vespa P. Early metabolic crisis-related brain atrophy and neuropsychological functioning. <u>Journal of Neurotrauma</u>, 28(6):A-50, 2011

285. Wanner IB, Kwon E, Fernandez AB, Czerwieniec G, Sondej MA, Paez PM, Bullock RM, Dietrich DW, Glenn TC, **Hovda D**, Loo JA, Sofroniew MV. Mining the astrocytes traumatome for biomarkers of CNS injury. <u>Journal of Neurotrauma</u>, 28(6):A-78, 2011

286. Sutton RL, Moro N, Ghavim S, **Hovda D**, Harris NG. Neuroprotection and improved brain

73

metabolism results from ethyl pyruvate treatment after cortical contusion injury. <u>Journal of Neurotrauma</u>, 28(6):A-78, 2011

287. Ponnaluri A, Santa Maria N, **Hovda D**, Giza C. Decreased fractional anisotrophy in corpus callosum following lateral fluid percussion injury in the immature rat. <u>Journal of Neurotrauma</u>, 28(6):A-79, 2011

288. Tio D, Nair S, Taylor A, **Hovda D**, Griesbach G. Differential effects of voluntary and forced exercise after mild traumatic brain injury on BDNF and stress responses. <u>Journal of Neurotrauma</u>, 28(6):A-80, 2011

289. Thomsen G, Le Belle J, Harnisch J, **Hovda D**, Kornblum H, Harris N. Non-proliferative expansion of SVZ astrocytes and activated stem cell populations occurs as EGFR$^+$ cells become less proliferative after brain injury. <u>Journal of Neurotrauma</u>, 28(6):A-80, 2011

290. Nogueira M, Verley D, **Hovda D**, Sutton R, Harris N. Enhanced brain activation following removal of axon-growth inhibition in the brain injured rat. <u>Journal of Neurotrauma</u>, 28(6):A80-A81, 2011

291. Verley D, **Hovda D**, Sutton R, Harris N. Time-course of sensorimotor brain activation after traumatic brain injury in the rat. <u>Journal of Neurotrauma</u>, 28(6):A-81, 2011

292. Wright MJ, Glenn TC, Siders CA, Woo E, McArthur DL, **Hovda DA**, Vespa P, Martin NA. The frontotemporal signature of TBI-induced acute cerebral metabolic crisis. <u>Journal of the International Neuropsychological Society</u>, 18(Suppl S1):163, 2012

293. Fazlollahi F, Faull KF, Ringman JM, McArthur DL, Martin N, **Hovda DA**, Glenn TC. A metabolomics approach to investigating the link between Alzheimer's disease and human traumatic brain injury in the acute phase. <u>Journal of Neurotrauma</u>, 29(10):A-7, 2012

294. Irimia A, Chambers M, Wang B, Prastawa M, Vespa P, **Hovda DA**, Alger J, Gerig G, Toga A, Kikinis R, Van Horn J. Systematic connectomic analysis of white matter atrophy associated with severe traumatic brain injury. <u>Journal of Neurotrauma</u>, 29(10):A-8-9, 2012

295. Greco T, **Hovda DA**, Prins M. The effects of repeat TBI on juvenile pituitary. <u>Journal of Neurotrauma</u>, 29(10):A-111-112, 2012

296. Shijo K, Ghavim S, Moro N, **Hovda DA**, Harris NG, Sutton RL. Effects of glucose on oxidative stress after cortical contusion injury in rats. <u>Journal of Neurotrauma</u>, 29(10):A-160-161, 2012

297. Ordon M, Brooks G, Horning M, Johnson M, McArthur KL, Vespa P, **Hovda DA**, Martin N, Glenn TC. Lactate fuels the brain and body following human traumatic brain injury. <u>Journal of Neurotrauma</u>, 29(10):A-190-191, 2012

298. Alexander D, Clark K, **Hovda DA**, Prins M. Repeat mild traumatic brain injury is associated with acute white matter abnormalities in the juvenile rat. <u>Journal of Neurotrauma</u>, 29(10):A-208, 2012

299. Biswas C, Giza CC, Cai Y, **Hovda DA**. A longitudinal evaluation of working memory deficits due

David A. Hovda, PhD

to mild and moderate fluid percussion injury using quantified novel object recognition. <u>Journal of Neurotrauma</u>, 30(15):A-25-26, 2013

300. Glenn TC, Brooks GA, Horning M, Vespa P, **Hovda DA**, Martin N. Safety and efficacy of lactate support for the injury human brain. <u>Journal of Neurotrauma</u>, 30(15):A-37, 2013

301. Alexander, D, Clark K, **Hovda DA**, Prins ML. Atlas-based diffusion tensor imaging analysis reveals diffusivity changes in the juvenile rat acutely following repeat mild traumatic brain injury. <u>Journal of Neurotrauma</u>, 30(15):A-111-112, 2013

302. Greco T, **Hovda DA**, Prins ML. Effects of juvenile RTBI on testosterone and penile response in the adult rat. <u>Journal of Neurotrauma</u>, 30(15):A-147-148, 2013

David A. Hovda, PhD

## REFERENCES

Donald P. Becker, M.D.
Professor, Department of Neurosurgery, David Geffen School of Medicine at UCLA, 74-140 Center for Health Sciences, Los Angeles, CA 90095-6901

Dennis M. Feeney, Ph.D.
Professor, Departments of Psychology and Physiology, University of New Mexico, Albuquerque, NM 87131

Neil A. Martin, M.D.
Professor and Chair, Department of Neurosurgery, David Geffen School of Medicine at UCLA, 757 Westwood Blvd, Suite 6236, Los Angeles, CA 90095-7436

Michael E. Phelps, Ph.D.
Jennifer Jones Simon Professor, Chairman, Department of Molecular and Medical Pharmacology, David Geffen School of Medicine at UCLA, 23-138 Center for the Health Sciences, Los Angeles, CA 90095-1735

Jaime R. Villablanca, M.D.
Professor, Departments of Psychiatry and Anatomy, Intellectual and Developmental Disabilities Research Center, David Geffen School of Medicine at UCLA, 58-258B Semel Institute, Los Angeles, CA  90095-1759