# Exhibit 20



## Welcome

## Imprelis® Class Action Settlement

*This is the official court-approved website for the Imprelis® Class Action Settlement.*

A class action settlement provides money and other compensation for damage to trees and other vegetation that was caused by an herbicide (weed-killer) called Imprelis®.

Imprelis® was applied by lawn care professionals on residential and commercial properties, as well as by licensed "self-applicators" on golf courses and other properties. Imprelis® was approved for application across the country - except in California and New York - between August 31, 2010, and August 21, 2011.

This Settlement provides compensation to three groups, called classes, of individuals and businesses. Select one of the classes for more details.



#### Notice of Final Settlement

The Settlement is now final.  The settlement became final on June 16, 2014.  A notice of Final Settlement has been sent according to the terms of the Agreement.

If you have already received a Claim Resolution Agreement (CRA) that you have not yet signed and returned, you may have one or more of the following options:

(1) sign and return your CRA; (2) submit a written objection to your CRA by the deadline set forth therein; or (3) file a Notice of Intent to Appeal to the three arborist Appeals Panel.

Class members also may be eligible to file warranty claims.  More details about options available to class members are set forth in these FAQs.

If you have not received a response from DuPont concerning an existing claim or warranty claim, please be advised that DuPont is continuing to process existing claims and conduct site inspections.

## Disclaimer

This site is hosted and maintained by the court-appointed Settlement Administrator, and is supervised by the attorneys that negotiated the Settlement.

View the **Privacy Policy**

HOME

CLASS 1 HOME

QUICK INFORMATION ABOUT
SETTLEMENT

FREQUENTLY ASKED
QUESTIONS

DETAILED NOTICE

DEADLINES AND IMPORTANT
DATES

IMPRELIS DAMAGE PHOTOS
AND VIDEO

COVERED TREES AND NON-
TARGET VEGETATION

TREE COMPENSATION
SCHEDULE

TREE REPLACEMENT
INFORMATION

CLAIMS PROCESS

OBJECTION PROCESS

APPEAL PROCESS

WARRANTY PROGRAM

SETTLEMENT AGREEMENT
AND COURT DOCUMENTS

CONTACT US

Download Acrobat Reader

Adobe Reader is free and is required to
view and print documents on this site.

# Class 1 (Residential and Commercial Property Owners)

The Settlement includes compensation for three groups, called classes, of individuals and businesses. Class 1 includes Property Owners who own or owned property in the U.S.:

1) Where Imprelis® was applied, or

2) Adjacent to a property where Imprelis® was applied, and whose trees show damage from Imprelis® by February 11, 2013.

Imprelis® applications covered by the Settlement occurred across the country — except in California and New York — only between August 31, 2010, and August 21, 2011.

If you are included in Class 1, you could be entitled to several types of compensation for tree damage, including:

1) Tree removal;

2) Cash payments for tree replacement and care; and

3) A limited warranty for any future Imprelis® tree damage.

If you are a current authorized property owner and you plan to transfer your property within thirty (30) days of receiving your Agreement, please read and submit a signed copy of the form below -- along with all pages of your agreement -- to the address listed on the form.

Authorized Property Owner Pre-Property Transfer Signature Page

For more information about this Settlement and the legal rights and options it provides, please select from the options in the navigation bar on the left of your screen.

*This is the court-approved website for the Imprelis® Class Action Settlement, Class 1 (Property Owners).*

## Disclaimer

This site is hosted and maintained by the court-appointed Settlement Administrator, and is supervised by the attorneys that negotiated the Settlement.

View the **Privacy Policy**

## Class 2 (Lawn Care Professionals)

HOME

CLASS 2 HOME

QUICK INFORMATION ABOUT
SETTLEMENT

FREQUENTLY ASKED
QUESTIONS

DETAILED NOTICE

DEADLINES AND IMPORTANT
DATES

IMPRELIS DAMAGE PHOTOS
AND VIDEO

QUALIFIED TREE PROVIDER
PROGRAM

REIMBURSEMENT DETAILS

TREE REMOVAL FEE
SCHEDULE

TREE CARE AND
MAINTENANCE FEE
SCHEDULE

RETURN AND REFUND
PROGRAM

ASSISTING YOUR
CUSTOMERS WITH THE
SETTLEMENT CLAIM

SETTLEMENT AGREEMENT
AND COURT DOCUMENTS

CONTACT US

The Settlement includes compensation for three groups, called classes, of individuals and businesses. Class 2 includes Imprelis® Applicators (Lawn Care Professionals) that:

1) Purchased Imprelis® or received Imprelis® from a purchaser, and

2) Applied Imprelis® on property owned by another person or entity in the U.S. as part of their normal business.

If you or your business are included in Class 2, you could be entitled to several types of compensation, including cash payments for:

1)  Customer site visits, field work, and expenses incurred prior to September 6, 2011 in investigating and documenting Imprelis® damage on customers' properties;

2) Returning unused Imprelis®; and

3) Assisting your customers with the Settlement Claims Process, if approved.

**LCOs who (1) have customers still awaiting initial site inspections, and (2) wish to perform site inspections and complete claim forms for those customers, were required to submit a completed on-line form to DuPont by August 29, 2014 in order to participate in this process.** (Note that the ability to participate in site inspections applies only to initial inspections and not to inspections related to warranty claims. Most properties already have received initial site inspections. Therefore, participation necessarily will be limited.) **The deadline to register for participation in this process has passed, and enrollment is now closed.**

**For more information about this Settlement and the legal rights and options it provides, please select from the options in the navigation bar on the left of your screen.**

*This is the court-approved website for the Imprelis® Class Action Settlement, Class 2 (Lawn Care Professionals).*

Download Acrobat Reader

Adobe Reader is free and is required to
view and print documents on this site.

## Disclaimer

This site is hosted and maintained by the court-appointed Settlement Administrator, and is supervised by the attorneys that negotiated the Settlement.

HOME

CLASS 3 HOME

QUICK INFORMATION ABOUT
SETTLEMENT

FREQUENTLY ASKED
QUESTIONS

DETAILED NOTICE

DEADLINES AND IMPORTANT
DATES

IMPRELIS DAMAGE PHOTOS
AND VIDEO

COVERED TREES AND NON-
TARGET VEGETATION

TREE COMPENSATION
SCHEDULE

TREE REPLACEMENT
INFORMATION

RETURN AND REFUND
PROGRAM

CLAIMS PROCESS

OBJECTION PROCESS

APPEAL PROCESS

WARRANTY PROGRAM

SETTLEMENT AGREEMENT
AND COURT DOCUMENTS

CONTACT US

Download Acrobat Reader

Adobe Reader is free and is required to
view and print documents on this site.

# Class 3 (Golf Courses and Other Self-Applicators)

The Settlement includes compensation for three groups, called classes, of individuals and businesses.  Class 3 includes Golf Courses and Other Imprelis® Self-Applicators that:

1)  Purchased Imprelis® or received Imprelis® from a purchaser, and

2)  Applied Imprelis® on property in the U.S. that they own or owned.

Imprelis® applications covered by the Settlement occurred across the country — except in California and New York — only between August 31, 2010, and August 21, 2011.

If you or your business or other entity are included in Class 3, you could be entitled to several types of compensation, including:

1)  Tree removal;

2)  A limited warranty for any future Imprelis® tree damage; and

3)  Cash payments for:

   a.  Tree replacement and care;

   b.  Time spent and expenses incurred in assessing Imprelis® damage; and

   c.  Returning unused Imprelis®.

If you are a current authorized property owner and you plan to transfer your property within thirty (30) days of receiving your Agreement, please read and submit a signed copy of the form below -- along with all pages of your agreement -- to the address listed on the form.

Authorized Property Owner Pre-Property Transfer Signature Page

For more information about this Settlement and the legal rights and options it provides, please select from the options in the navigation bar on the left of your screen.

*This is the court-approved website for the Imprelis® Class Action Settlement, Class 3 (Golf Courses and Other Imprelis® Self-Applicators).*

# Disclaimer

This site is hosted and maintained by the court-appointed Settlement Administrator, and is supervised by the attorneys that negotiated the Settlement.

View the **Privacy Policy**