# Exhibit 21

# Deepwater Horizon
# Court-Supervised Settlement Program

ENGLISH | EN ESPAÑOL | BẰNG TIẾNG VIỆT

*MDL 2179 In re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010 – Official Court-Authorized Website.*

| Home | Key Dates | Notices | Settlement Agreements | Court Documents | |
|------|-----------|---------|----------------------|-----------------|---|

## If you or your business were harmed by the Deepwater Horizon Oil Spill, you may be able to get payments and other benefits from two separate legal settlements.

You may be eligible to participate in one or both settlements. Class members have separate rights and options with respect to each settlement including filing one or more claims, opting out of or objecting to each settlement.

For information on each settlement, please read the Detailed Notices available under the "Notices" tab above.

December 21, 2012 Update: On this date, the Court issued an Order and Reasons and Order and Judgment certifying the Economic and Property Settlement Class and granting final approval of the Economic and Property Damages Settlement Agreement.

**February 12, 2014 Update**: For the Medical Benefits Settlement, the remaining appeals that were pending before the U.S. Court of Appeals for the Fifth Circuit were dismissed on February 11, 2014. Therefore, the Effective Date of the Medical Benefits Settlement is February 12, 2014.

View television spot

To learn more about either settlement, click the links below. These sites provide claim forms, detailed claim protocols, answers to frequently asked questions, maps, important documents and other information. If you have questions, the websites provide information on how to get further assistance with respect to each settlement.

**Economic and Property Damages Claims**

**Medical Claims**

© Hilsoft Notifications, An Epiq Systems Company | Privacy Policy | Last Updated December 22, 2012

- English |
- En Español |
- Bằng Tiếng Việt

# DEEPWATER HORIZON

# CLAIMS CENTER

## ECONOMIC & PROPERTY DAMAGE CLAIMS

## MDL 2179 In re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010 – Official Court-Authorized Website.

- Home
- Alerts
- FAQs
- Claim Forms
- Maps
- Court Documents
- Reporting/ Appeals
- Contact Us
- Go To Medical Settlement Website

**Welcome to the Claims Administration Website**
**for the Deepwater Horizon Economic & Property Damages Settlement**

---

### Information Regarding Policy 70 v.2

On July 24, 2014, the Claims Administrator approved Policy 70 v.2, following deferral by Class Counsel and BP. The goal of this Policy is to provide the Claims Administrator with the ability to confirm the veracity of Tax Information Documentation submitted by a Claimant in support of a claim, as permitted within several Exhibits to the Settlement Agreement (e.g., Exhibits 4A, 8A, and 10). According to this Policy, all Claimants 1) that file new claims on or after July 24, 2014 and 2) that rely upon Tax Information Documentation in support of those new claims, will be required to file a signed and contemporaneously dated IRS Form 4506 and Form 4506-T, authorizing the Claims Administrator to verify the Tax Information Documentation with the IRS. Moreover, as to all claims filed prior to July 24, 2014, Claimants will be required to provide Forms 4506 and 4506-T only upon specific request by the Claims Administrator, as the Claims Administrator determines to be necessary or desirable in his discretion, which process is consistent with Policy 70 v.1. You can access a copy of the Policy 70 v.2 here.

---

### Important Announcement Regarding Approved Policies

Under the terms of the Deepwater Horizon Economic and Property Damage Settlement Agreement ("Settlement Agreement"), the Claims Administrator is charged with the duty to "faithfully implement and administer the Settlement, according to its terms and procedures, for the benefit of the Economic Class, consistent with this Agreement, and/or as agreed to by the Parties and/or as approved by the Court." (Section 4.3.1 of the Settlement Agreement). Further, the Claims Administrator is charged with the responsibility to "work with Economic Class Members . . . to facilitate . . . assembly and submission of Claims Forms, including all supporting documentation necessary to process Claims Forms under the applicable Claims Processes . . . [and to] provide Economic Class Members with assistance, information, opportunities and notice so that the Economic Class Member has the best opportunity to be determined eligible for and receive the Settlement Payment(s) to which the Economic Class Member is entitled under the terms of this Agreement." (Section 4.3.7 of the Settlement Agreement). In accordance with these provisions, the Claims Administrator has adopted numerous policies affecting the administrator of claims under the Settlement Program. Click Here for more information regarding these Approved Policies.

### Orders Regarding Adoption of Policy No. 495 and Dissolution of the Preliminary Injunction

On May 5, 2014, the District Court approved Policy 495, which policy was developed and adopted by the Claims Administrator to administer BEL claims in which the claimant's financial records do not match revenue with corresponding variable expenses, pursuant to directives of the Fifth Circuit Court of Appeals. Subsequently, on May 28, 2014, consistent with judgments entered by the Fifth Circuit Court of Appeals on the same date, the District Court issued an Order dissolving its preliminary injunction related to BEL claims, which Order included instructions for the implementation of Policy 495. You can access a copy of the District Court's orders here. Click here to read the complete Alert with additional information.

### Fifth Circuit Court of Appeals Ruling on the Approval of the Settlement Agreement

The District Court issued an Order on 12/21/12 certifying the Economic and Property Settlement Class and granting final approval of the Economic and Property Damages Settlement Agreement. On 1/10/14, a three judge panel for the Fifth Circuit Court of Appeals affirmed the District Court's Order. Click here to read the Fifth Circuit Court of Appeals ruling.

### Important Announcement Regarding Structured Settlement Option

On January 30, 2013, the Court issued an Order Providing for Structured Settlement Option and Amendment to Release, which will provide claimants with payable claims with the option to elect a Structured Settlement. For more information about this Structured Settlement option click here. If you are considering this Structured Settlement option, you must read the instructions before responding to your Eligibility Notice.

The Economic & Property Damages Settlement resolves certain economic loss and property damage claims related to the 2010 Deepwater Horizon oil spill. If you are included in this Settlement, you could receive money if you were harmed by the oil spill in one or more of the following categories:

> Seafood Compensation Program
> Individual Economic Loss
> Individual Periodic Vendor or Festival Vendor Economic Loss
> Business Economic Loss
> Start-up Business Economic Loss
> Failed Business Economic Loss

> Coastal Real Property Damage
> Wetlands Real Property Damage
> Real Property Sales Loss
> Subsistence Loss
> VoO Charter Payment
> Vessel Physical Damage

On December 21, 2012, the Court issued an [Order and Reasons](#) and [Order and Judgment](#) certifying the Economic and Property Settlement Class and granting final approval of the Economic and Property Damages Settlement Agreement.

| | |
|---|---|
| [Click Here to Submit Your Claim Online](#) | [Check My Zone](#) |
| [Check My Status](#) | |

If you received a 60% Final Payment Offer during the GCCF/Transition and would like information on your options, including how to request the 40% balance now in exchange for an Executed Release, [click here](#).

If you were a clean-up worker or a resident of certain coastal areas after the Deepwater Horizon oil spill, you may also be included in the Medical Benefits Settlement. To learn more, click "Go to Medical Settlement Website" in the bar above.

*　　*　　*　　*　　*

Email any questions you have about the Economic & Property Damages Settlement to [Questions@dhecc.com.](#)

# Learn More

## Claimant Resources

- [Claimant Assistance Centers](#)
- [Structured Settlement Option and Instructions](#)
- [Deceased, Minor or Incompetent Claimant Signature Documentation](#)
- [Online Filing Tutorials](#)
- [Report Fraud](#)

## Other Forms

- [Attorney Representation Forms](#)
- [Personal Representative Forms](#)
- [Subsistence Interview Form](#)
- [Sworn Written Statements and Authorizations](#)
- [Tax Forms](#)

[Privacy Policy](#) | All Rights Reserved © 2014

**MULTILINGUAL TOLL FREE: 1-866-992-6174 | TTY: 1-888-584-7624**

Deepwater Horizon Settlement Home

English (United States) ▼

**MDL 2179 In re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010 – Official Court-Authorized Website.**

| Home | Alerts | FAQ | Court Documents | File Claim | Maps | Contact Us | Gulf Region Health Outreach Program Library | Go To Economic and Property Damage Website |

# *Welcome to the Deepwater Horizon Medical Settlement Web Site*

---

**ADVISORY**

The deadline for Class Members to submit Proof of Claim Forms seeking compensation for a Specified Physical Condition or participation in the Periodic Medical Consultation Program is **February 12, 2015**. Click here to read the Order and Reasons and click here to read the Order and Judgment certifying the Medical Benefits Settlement Class and granting final approval of the Medical Benefits Class Action Settlement Agreement.

---

**Important Announcement**

**July 23, 2014 Update:** The Court entered an order on July 23, 2014 affirming that all physical conditions first diagnosed after April 16, 2012 shall be classified as Later-Manifested Physical Conditions, regardless of whether any such conditions are of the type listed in the SPC Matrix and otherwise meet the manifestation requirements set forth in Exhibit 8. Click here for more information.

**February 2014 Update:** On February 11, 2014, the appeal as to appellants M. Sturdivant, P. Sturdivant, Forsyth and Kirby was dismissed. The Effective Date for the Medical Settlement Agreement is **February 12, 2014**.

---

A Medical Benefits Class Action Settlement has been reached related to the Deepwater Horizon incident. This Settlement offers benefits to qualifying people who resided in the United States as of April 16, 2012, who were either "Clean-Up Workers" or who were residents in certain defined beachfront areas and wetlands ("Zones") during certain time periods in 2010.

**The Medical Class includes all people who resided in the United States as of April 16, 2012 and who:**

- **Were "Clean-Up Workers" between April 20, 2010 and April 16, 2012; or**
- **Resided in "Zone A" (specified beachfront areas) for some time on each of at least sixty days between April 20, 2010 and September 30, 2010 ("Zone A Resident"), and have had a "Specified Physical Condition" prior to September 30, 2010; or**
- **Resided in "Zone B" (specified wetlands) for some time on each of at least sixty days between April 20, 2010, and December 31, 2010 ("Zone B Resident").**

This Medical Settlement Web Site has detailed descriptions and maps to help you determine whether a geographic location may be included in one of these zones. In general, the zones include certain beachfront areas within at least 1/2 mile of the water and wetlands areas within at least 1 mile of the water.

The Medical Benefits Settlement will provide the following benefits: 1) a compensation program for Specified Physical Conditions; 2) a Periodic Medical Consultation Program; and/or 3) a provision of Back End Litigation Option process for Later-Manifested Physical Conditions.

To request Specified Physical Condition and/or Periodic Medical Consultation Program benefits, you must complete and submit a Proof of Claim Form. You will also need to include supporting documents for the Proof of Claim Form to be accepted.

**You may elect to complete and submit a Proof of Claim Form 1) by requesting a notice packet and then returning the Proof of Claim Form to us via mail OR 2) by downloading the PDF Proof of Claim Form available on this site and then returning to us via mail. For detailed instructions on these options, please visit our File Claim page.**

A Medical Class Member who is diagnosed with a Later-Manifested Physical Condition may be able to bring an individual lawsuit against BP under the Back-End Litigation Option process. Click here for information on the Back-End Litigation Option process.

In addition to the Benefits described above, the Settlement created a Gulf Region Health Outreach Program for the benefit of Class Members and the general public. This Program consists of integrated projects to strengthen healthcare capacity and increase health literacy in the Gulf Coast areas of Louisiana, Mississippi, Alabama, and the Florida Panhandle. An on-line library of health and environmental-related materials pertaining to the Deepwater Horizon Incident is also being funded.

The deadline for Class Members to exclude themselves from the Settlement has passed. Click here for information on How to Revoke an Opt Out or contact us.

To read the Court directed Notice in its entirety, click here.

# Learn More

---

## Claimant Resources

## Other Forms

- Class Member Services Center
- File Claim
- Report Fraud
- FAQ

- Proof of Claim Form
- Data Disclosure Form
- Request for Review Form
- Notice of Intent to Sue
- Mediation Information Form
- Class Membership Challenge Form

**GRG - ALL RIGHTS RESERVED © 2012 | PRIVACY POLICY**

**TOLL FREE: 1-877-545-5111 | TTY: 1-800-877-8973 |** LOGIN