# Exhibit 22

# AHP DIET DRUG SETTLEMENT
### Administered By The AHP Settlement Trust



- **WELCOME**
- **SEVENTH AMENDMENT**
- **EIGHTH AMENDMENT**
- **NINTH AMENDMENT**
- **TENTH AMENDMENT**
- **CONTACT US**
- **SETTLEMENT DOCUMENTS**
- **PRETRIAL ORDER INDEX**
- **REPORTS**
- **AUDIT PROCESS**
- **ARBITRATION PROCESS**
- **FORMULARIOS**
- **FORMS**

# WELCOME
## TO THE DIET DRUGS CLAIMS ADMINISTRATION WEB SITE

**AHP Settlement Trust**
**1100 E. Hector St.**
**Suite 450**
**Conshohocken, PA 19428**
**800-386-2070 or 610-729-1000**

---

### UN-CASHED BENEFIT CHECKS for Drug Refund, CMS, and/or Category Two

The lists below represent benefit checks that were issued by the Trust and are un-cashed. NOTE: Checks are stale-dated and void after 180 days. If your claim number is listed and your check is stale-dated, please call the Trust as soon as possible at 1-800-386-2070 so that the initial check can be voided and a new check issued.

(click here) for Un-cashed Drug Refund Checks
(click here) for Un-cashed CMS Checks
(click here) for Un-cashed Category Two Checks

---

### CLAIMS ON RETURN MAIL HOLD (click here for the Return Mail Hold List.)

The Trust has compiled a list of Claim Numbers that are currently on Return Mail Hold. Claimants should review this list carefully. If your Claim Number is listed, you should call the Trust as soon as possible, at 1-800-386-2070, to update your address information. As long as your Claim is on Return Mail Hold, it cannot be processed.

---

Welcome to the web site of the AHP Settlement Trust (the "Trust"). The Trust has been established by order of the United States District Court for the Eastern

District of Pennsylvania to administer the Claims and payments of benefits to class members who have registered under the Nationwide Class Action Settlement Agreement with American Home Products Corporation (the "Settlement Agreement") dated November 18, 1999, as amended. The Settlement Agreement provides for a variety of benefits, including refunds for the costs of Pondimin® and Redux™, medical monitoring and some medical treatment or payment for monitoring and treatment, and compensation for specifically defined valvular heart conditions that are evaluated on a scientifically established matrix.

**The purpose of this web site is to supply useful information, summaries of the Settlement Agreement and links to relevant documents for Class Members and others interested in the Settlement. This web site is not intended to describe or summarize all of the terms and conditions of the Settlement. The complete Settlement Agreement and recent amendments and court orders (click here) define all of those details and governs the rights and liabilities of Class Members and AHP. If there is any conflict between the provisions of this web site, or the provisions of any forms contained on this web site, and the terms of the Settlement Agreement, the terms of the Settlement Agreement control.  Legal developments and amendments to the Settlement Agreement may cause information on this web site to become outdated.**

**Use of this web site is subject to the "Terms of Use" and the "Privacy Policy," which may be accessed via the link at the bottom of this page.**

**Benefits**
Under the Settlement Agreement:

1. Diet Drug Prescription Refunds
2. Cash/Medical Services
3. Matrix Compensation

The Trust calculates and pays out each of the above benefits separately.  Benefits are calculated separately because the Trust needs less information to calculate some benefits than it does for others.  For example, a Claimant might have submitted Diet Drug prescription records with a claim, but not an echocardiogram report or tape.  In this case, the Diet Drug Prescription Refund could be paid, but the Trust may need more information to pay the other benefits.

Because the Trust pays benefits separately, Claimants who are entitled to more than one benefit will get more than one check from the Trust.  These checks generally come at different times, depending upon when the Trust has enough information to calculate the individual benefits.

By cashing a check for any one of the benefits, Claimants do not waive rights to other benefits under the Settlement Agreement.  In addition, Claimants who timely register for benefits retain rights to supplement claims by sending the Trust additional information that documents how a qualifying medical condition has progressed.

**The Trust**
By Approval of the Ninth Amendment (see PTO 5398) on July 1, 2005, the Court

appointed a single Trustee for the purposes of administering the terms of Settlement, as amended, pursuant to the terms of the Amended and Restated AHP Settlement Agreement. The Ninth Amendment Trustee has hired a staff and contractors to work on the administration of the Settlement Agreement.

Terms of Use / Privacy Policy