IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : | |

## ORDER

**AND NOW,** this _ 17th _ day of ____November __, 2014, it is **ORDERED** that:

- Co-Lead Class Counsel's Motion to Strike the Barber Objectors' Late-Filed Notice of Intent to Appear (ECF No. 6413) is **GRANTED**.  Marc E. Davies, Esq., and Edward Stone, Esq., will not be permitted to appear at the November 19 Fairness Hearing.

- Co-Lead Class Counsel's Motion to Strike the Late-Filed Objection of Curtis L. Anderson (ECF No. 6253) is **GRANTED**.  Because he no longer has a recognized objection, George W. Cochran, Esq., will not be permitted to appear at the November 19 Fairness Hearing.


s/Anita B. Brody

_____
ANITA B. BRODY, J.


Copies **VIA ECF** on _____ to:            Copies **MAILED** on _____ to: