UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**MOTION OF PARENTS CONCUSSION COALITION
FOR LEAVE TO FILE MEMORANDUM AS AMICUS CURIAE
WITH RESPECT TO APPROVAL OF CLASS ACTION SETTLEMENT**

The Parents Concussion Coalition ("PCC") is an organization which advocates for concussion education, prevention, and management for student-athletes, parents, and schools. The PCC is composed of parents whose children have sustained life-altering concussions while playing high school and youth sports, including youth football. The PCC's mission is to reduce the prevalence of such devastating injuries in children through education programs as well as the implementation of better concussion safety, prevention, and management protocols. Although the PCC does not have an interest in the outcome of the instant litigation, the PCC does have a special interest in the debate concerning concussion-related injuries, and, as such, in the issues before the Court in the current class action and the preliminarily-approved class action settlement agreement.

The PCC represents parents and their children who have been affected by concussions. It represents mothers and fathers whose children play in youth football leagues, on soccer teams, lacrosse teams, and who participate in many other sports and athletic programs where concussions are prevalent. It represents those individuals and families whose lives have been disrupted, often severely, by concussive and sub-concussive injuries. The parents of the PCC bring a valuable and unique perspective to the discussion concerning concussive injuries in sports and the effect such injuries have on the lives of children and the families who care for them. The PCC can also speak

to the damage caused when misinformation concerning concussions is disseminated by purportedly trusted sources, such as the NFL. The NFL long denied a link between mild traumatic brain injuries ("MTBI") and brain damage, particularly chronic traumatic encephalopathy ("CTE"). This only exacerbated the problem of properly educating the public about such injuries and delayed school districts and athletic programs instituting and adopting appropriate concussion safety and prevention policies.

In light of the foregoing, the PCC respectfully seeks permission from this Court for leave to file an *amicus curie* brief in advance of the Fairness Hearing currently scheduled for November 19, 2014. The PCC offers its memorandum to aid the Court in evaluating the fairness of the class action settlement in this matter. The PCC's special interest in this case warrants its contribution and participation in this proceeding. Specifically, the PCC can present the Court with a broader context against which to evaluate the settlement and the impact the NFL's actions – or non-actions – have had on educating all those involved in youth athletics about concussions. Further, a settlement at this early stage in the case, before discovery has taken place, precludes the opportunity to examine the full scope of the health risks to which NFL players were exposed, and of which the NFL was arguably aware much earlier than previously acknowledged. Had the NFL disclosed what it knew about the connection between MTBI and CTE, not only NFL players but all those involved in youth athletics could have: (1) made better informed decisions about the dangers of participating in contact sports; (2) developed appropriate concussion education and safety programs much earlier; and (3) implemented policies to protect players and children from concussion-related injuries, brain diseases, and even death.

For the foregoing reasons, and as more fully set forth in the accompanying memorandum, the PCC respectfully requests that this Court grant its motion for leave to file its memorandum as *amicus curiae* with respect to approval of class action settlement.

Dated: November 17, 2014.

                                              Respectfully Submitted,

                                              KUBLANOVSKY LAW LLC

                          By:    /s/  Eugene D. Kublanovsky

                                              Eugene D. Kublanovsky
                                              817 Broadway, 5th Floor
                                              New York, NY 10003
                                              Tel: (212) 729-4707
                                              Fax: (973) 762-4032
                                              Email: eugene@edklaw.com

                                              *Counsel for Amicus Curiae*
                                              *Parents Concussion Coalition*