## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

### [Proposed] ORDER

THIS MATTER comes before the Court by way of the Parents Concussion Coalition's motion for leave to file memorandum as *amicus curiae* with respect to approval of class action settlement in this matter. The Court has considered the Parents Concussion Coalition's submissions, and for the reasons set forth herein, and for good cause shown:

IT IS on this _____ day of _____, 2014,

ORDERED that the Parents Concussion Coalition's motion is GRANTED.

_____
HON. ANITA B. BRODY
UNITED STATES DISTRICT JUDGE