## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## CERTIFICATE OF SERVICE

I, Eugene D. Kublanovsky, hereby certify that on November 17, 2014, I caused the following documents: (1) **Motion of Parents Concussion Coalition for Leave to File Memorandum as Amicus Curiae with Respect to Approval of Class Action Settlement**; (2) **Memorandum in Support of Parents Concussion Coalition's Motion for Leave to File as Amicus Curiae with Respect to Approval of Class Action Settlement**; and (3) **[Proposed] Order**, to be electronically filed with the Clerk of the Court through ECF and be available for viewing and downloading from the ECF system, and that ECF will send an electronic notice of electronic filing to counsel of record in the above captioned action.

Dated: November 17, 2014.

                                               KUBLANOVSKY LAW LLC

                             By:     /s/ Eugene D. Kublanovsky

                                               Eugene D. Kublanovsky
                                               817 Broadway, 5th Floor
                                               New York, NY 10003
                                               Tel: (212) 729-4707
                                               Fax: (973) 762-4032
                                               Email: eugene@edklaw.com

                                               *Counsel for Amicus Curiae*
                                               *Parents Concussion Coalition*