## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB |
|  | MDL No. 2323 |
|  | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS |  |

## <u>NOTICE</u>

The following counsel have filed timely notice and will be permitted to speak at the

November 19 Fairness Hearing:

| Counsel | Allocated Time |
|---|---|
| Christopher Seeger | 90 Minutes |
| Brad Karp | 30 Minutes |
| Steven Molo | 55 Minutes |
| Martin Totaro | 5 Minutes |
| Thomas Demetrio | 10 Minutes |
| William Gibbs | 5 Minutes |
| Thomas Wiegand | 10 Minutes |
| John Pentz | 10 Minutes |
| Lance Lubel | 15 Minutes |
| Michael Rosenthal | 5 Minutes |
| Parag Shah | 5 Minutes |
| Glenn Manochi | 10 Minutes |

The following Retired NFL Players, Representative Claimants, and Derivative Claimants

have filed timely notice and will be permitted to speak at the November 19 Fairness Hearing:

| Individual | Allocated Time |
|---|---|
| Eugene Moore | 5 Minutes |
| Mary Hawkins | 5 Minutes |
| Eleanor Perfetto | 5 Minutes |
| Benjamin J. Utecht | 5 Minutes |
| John B. Erickson | 5 Minutes |
| Rebecca Carpenter | 5 Minutes |

Mr. Seeger and Mr. Karp will also have 45 minutes combined to respond to the positions of the objectors.

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to: