IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION | § § § § § § § § | 
| | No. 12-md-2323 (AB) |
| | MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**MOTION FOR EXPEDITED HEARING ON OBJECTION AND MOTION FOR CONTINUANCE OF THE NOVEMBER 19, 2014 FAIRNESS HEARING**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

In connection with this motion, Settlement Class Members Liyongo Patrise Alexander, Charlie Anderson, Charles E. Arbuckle, Cassandra Bailey, as Representative of the Estate of Johnny Bailey Jr., deceased, Ben Bronson, Curtis Ceaser, Jr., Larry Centers, Darrell Colbert, Harry Colon, Christopher Crooms, Jerry W. Davis, Tim Denton, Michael Dumas, Corris Ervin, Doak Field, Baldwin Malcolm Frank, Derrick Frazier, Murray E. Garrett, Clyde Glosson, Roderick Harris, Wilmer K. Hicks, Jr., Patrick W. Jackson, Gary D. Jones, Ryan McCoy, Jerry James Moses, Anthony E. Newsom, Rance Olison, John Owens, Robert Pollard, Derrick Pope, Glenell Sanders, Thomas Sanders, Dwight Scales, Todd C. Scott, Frankie Smith, Jermaine Smith, Tyrone Smith, James A. Young Sr. (collectively, the "Alexander Objectors") are filing an objection to and motion for continuance of the November 19, 2014 Fairness Hearing, which is incorporated herein by reference. The Alexander Objectors respectfully request that the Court set their objection and motion for continuance for an expedited hearing, to precede the November 19, 2014 Fairness Hearing.

For the reasons stated above, and in their Objection and Motion for Continuance, the

Alexander Objectors respectfully request that the Court enter an order granting this motion for expedited consideration, and thereafter continuing the Fairness Hearing. The Alexander Objectors further request all such other and further relief the Court deems just and proper.

Date:   November 17, 2014                            Respectfully Submitted,

| | |
|---|---|
| Mickey Washington | /s/ Lance H. Lubel |
| Texas State Bar No.: 24039233 | Lance H. Lubel |
| WASHINGTON & ASSOCIATES, PLLC | Texas State Bar No.: 12651125 |
| 1314 Texas Ave., Suite 811 | Adam Voyles |
| Houston, Texas 77002 | Texas State Bar No.: 24003121 |
| Telephone: (713) 225-1838 | LUBEL VOYLES  LLP |
| Facsimile: (713) 225-1866 | Montrose Blvd., Suite 800 |
| Email: mw@mickeywashington.com | Houston, TX 77006 |
| | Telephone: (713) 284-5200 |
| | Facsimile: (713) 284-5250 |
| James Carlos Canady | Email: lance@lubelvoyles.com |
| Texas State Bar No.: 24034357 | adam@lubelvoyles.com |
| MCGINNIS FEATHERSTON  CANADY | |
| 1080 W Sam Houston Pkwy N., Suite 260 | |
| Houston, Texas 77043 | |
| Telephone: (713) 973-2050 | |
| Facsimile: (713) 973-2060 | |
| Email: carlos@lawfirm2012.com | |

ATTORNEYS FOR THE ALEXANDER PLAINTIFFS/OBJECTORS

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for the Alexander Objectors attempted to confer by telephone with Class Counsel, Mr. Christopher Seeger, and counsel for the NFL Parties, Mr. Brad Karp, regarding the relief requested in this motion. Mr. Seeger was out of the office. Accordingly, it is unknown whether Class Counsel opposes this motion. Counsel for the NFL Parties has advised that the NFL Parties are opposed. Accordingly, this matter is presented to the Court for resolution.

/s/ Lance H. Lubel
Lance H. Lubel

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 17th day of November, 2014, a true and correct copy of the foregoing *Motion for Expedited Hearing on Objection amd Motion for Continuance of the November 19, 2014 Fairness Hearing* has filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record and a copy is also being served by First Class Mail on:

  Clerk of the District Court/NFL Concussion Settlement
  U.S. District Court for the Eastern District of Pennsylvania
  United States Courthouse
  601 Market Street
  Philadelphia, PA 19106-1797

            /s/ Adam Q. Voyles
            Adam Q. Voyles