STATE OF LOUISIANA
CERTIFICATE OF DEATH

BOOK 280   PAGE 345
STATE FILE NO. 119

IMPORTANT:
Black Ink or Typewriter Ribbon Mandatory by State Law.

(Type or print ONLY. Do not use numerals for month of birth.) Please abbreviate month. (Ex.: Jan., Feb., etc.)

**PERSONAL DATA OF DECEASED**
- 1A. LAST NAME OF DECEASED: Williams
- 1B. FIRST NAME: Delano
- 1C. SECOND NAME: Roper
- 2A. DATE OF DEATH: Nov. 28, 1984
- 2B. HOUR OF DEATH: 8:05 A.M.
- 3. SEX: Male
- 4. COLOR OR RACE: White
- 5. Never Married
- 6. SURVIVING SPOUSE: Linda Finlayson
- 7. DATE OF BIRTH OF DECEASED: November 9, 1945
- 8. AGE OF DECEASED: 39 / 0 / 19
- 9A. BIRTHPLACE: Live Oak, Florida
- 9B. CITIZEN OF WHAT COUNTRY: U.S.A.
- 10A. USUAL OCCUPATION: Self-Employed
- 10B. KIND OF BUSINESS OR INDUSTRY: Retail Auto Sales
- 10C. EVER IN U.S. ARMED FORCES: No
- 11. SOCIAL SECURITY NUMBER: 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

**PLACE OF DEATH**
- 12A. CITY, TOWN, OR LOCATION OF DEATH: New Orleans
- 12B. PARISH OF DEATH: Orleans
- 12C. NAME OF HOSPITAL OR INSTITUTION: Southern Baptist Hospital
- 12D. Inpatient
- 12E. IS PLACE OF DEATH INSIDE CITY LIMITS? Yes

**USUAL RESIDENCE OF DECEASED**
- 13A. CITY OR TOWN: Slidell
- 13B. PARISH: St. Tammany
- 13C. STATE: Louisiana
- 13D. STREET ADDRESS: 604 Swallow Court
- 13E. IS RESIDENCE INSIDE CITY LIMITS: No

**PARENTS**
- 14A. FATHER'S NAME: Williams, Alton Kendrick
- 14B. FATHER'S PLACE OF BIRTH: (unknown), Georgia
- 15A. MOTHER'S MAIDEN NAME: Roper, Genevieve Loretta
- 15B. MOTHER'S PLACE OF BIRTH: (unknown), Arizona

**INFORMANT'S CERTIFICATION**
- 16A. SIGNATURE AND ADDRESS OF INFORMANT: Mrs. Linda F. Williams, 604 Swallow Court, Slidell, La.
- 16B. DATE OF SIGNATURE: 11/29/84

**CAUSE OF DEATH**
- PART I. DEATH WAS CAUSED BY:
  - (A) Immediate cause: Cardiac arrest
  - (B) Due to: Respiratory acidosis
  - (C) Due to: Amyotrophic lateral sclerosis
- 18A. AUTOPSY: No

**DEATH DUE TO EXTERNAL VIOLENCE**
(blank)

**PHYSICIAN'S CERTIFICATION**
- 20. I CERTIFY THAT I ATTENDED THE DECEASED From 11/5/84 To 11/28/84
- 21A. SIGNATURE AND ADDRESS OF PHYSICIAN: John Thiele, M.D., 2700 Napoleon
- 21B. DATE: 11/28/84

**FUNERAL DIRECTOR'S CERTIFICATION**
- 22A. BURIAL XX / CREMATION / REMOVAL — DATE THEREOF: 12/1/84
- 22B. NAME AND LOCATION OF CEMETERY OR CREMATORY: Rosemary Baptist Church Cemetery, Live Oak, Florida
- 23A. SIGNATURE AND ADDRESS OF FUNERAL DIRECTOR: Honaker Funeral Home, Inc. (767) Slidell, La. — Perry F. Frenchurch
- 23B. LICENSE NUMBER: E-1874

**BURIAL TRANSIT PERMIT**
- 24. BURIAL TRANSIT PERMIT NUMBER: 040792
- 25. PARISH OF ISSUE: St. Tammany
- 26. DATE OF ISSUE: November 29, 1984
- 27. SIGNATURE OF LOCAL REGISTRAR: Agnes L. Parker

PHS 16 - (Rev. 3/80)
DHHR, OFFICE OF HEALTH SERVICES AND ENVIRONMENTAL QUALITY, VITAL RECORDS REGISTRY

DEC 4 1984

IN ACCORDANCE WITH LSA-R.S. 40:50(C), I CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF A DEATH CERTIFICATE IN MY CUSTODY.

Agnes L. Parker
LOCAL REGISTRAR

002117
FILED IN THE OFFICE OF THE CLERK OF CIRCUIT COURT OF SUWANNEE COUNTY, FLORIDA
MAR 21 4 03 PM '85
JERRY A. SCARBOROUGH, CLERK
AND RECORDED IN OFFICIAL RECORD 280 ON PAGE 345