

This copy is for your personal, noncommercial use only. You can order presentation-ready copies for distribution to your colleagues, clients or customers, please click here or use the "Reprints" tool that appears next to any article. Visit www.nytreprints.com for samples and additional information. Order a reprint of this article now. »



November 30, 1984

# DEL WILLIAMS

AP

**NEW ORLEANS, Nov. 29**— Del Williams, a former star offensive guard at Florida State University and with the New Orleans Saints, died Wednesday at age 39 of amyotrophic lateral sclerosis, the illness known as Lou Gehrig's disease. Williams was a third-round choice of the Saints in the team's first National Football League draft, in 1967, and became a starter in his rookie season. He played in New Orleans until the Saints released him in 1973, then spent a year with the World Football League team in Jacksonville, Fla.

Copyright 2014 | The New York Times Company | Home | Privacy Policy | Search | Corrections | XML | Help | Contact Us | Back to Top