

Request an Appointment
Find a Doctor
Find a Job
Give Now

Log in to Patient Account
Translated Content

| PATIENT CARE & HEALTH INFO | DEPARTMENTS & CENTERS | RESEARCH | EDUCATION | FOR MEDICAL PROFESSIONALS | PRODUCTS & SERVICES | GIVING TO MAYO CLINIC |

### Appointments at Mayo Clinic

Mayo Clinic offers appointments in Arizona, Florida and Minnesota and at Mayo Clinic Health System locations.

Request Appointment

Diseases and Conditions                                                                                 Print
# Amyotrophic lateral sclerosis

Basics | Care at Mayo Clinic | In-Depth | Expert Answers | Expert Blog | Multimedia | Resources | News From Mayo Clinic

- Definition
- Symptoms
- Causes
- Risk factors
- **Complications**
- Preparing for your appointment
- Tests and diagnosis
- Treatments and drugs
- Coping and support

Products and services



## Complications

Advertisement

By Mayo Clinic Staff

As the disease progresses, people with ALS experience complications, which may include:

### Breathing problems

Over time, ALS paralyzes the muscles needed to breathe. Some devices to assist your breathing are worn only at night and are similar to devices used by people with sleep apnea. For example, you may be given noninvasive positive pressure ventilation to assist with your breathing at night.

In the latter stages of ALS, some people choose to have a tracheostomy — a surgically created hole at the front of the neck leading to the windpipe (trachea) — to enable the full-time use of a respirator that inflates and deflates their lungs.

The most common cause of death for people with ALS is respiratory failure. On average, death occurs within three to five years after symptoms begin.

### Speaking problems

Most people with ALS will develop trouble speaking over time. This usually starts as some mild slurring of words, often intermittently, but progresses over time to be more severe. With time, speech becomes more difficult for others to understand, and people with ALS often rely on other communication technologies



Mayo Clinic is a not-for-profit organization. Proceeds from website advertising help support our mission. Mayo Clinic does not endorse non-Mayo products and services.

**Advertising & Sponsorship**
Policy | Opportunities

**Mayo Clinic Store**

Check out these best-sellers and special offers on books and newsletters from Mayo Clinic.

NEW! Mayo Clinic Going Gluten-Free
Reduce the impact of stress on your health

to communicate.

### Eating problems

When the muscles that control swallowing are affected, people with ALS can develop malnutrition and dehydration. They are also at higher risk of getting food, liquids or saliva into the lungs, which can cause pneumonia. A feeding tube can reduce these risks.

### Dementia

Some people with ALS experience problems with memory and making decisions, and some are eventually diagnosed with a form of dementia called frontotemporal dementia.

**Free E-newsletter**

**Subscribe to Housecall**

Our general interest e-newsletter keeps you up to date on a wide variety of health topics.

Sign up now

Risk factors

Preparing for your appointment

Share     Tweet

Apr. 09, 2014

References

Mayo Clinic is a not-for-profit organization. Make a difference today.

Learn more

Control fibromyalgia with a three-step action plan

Try Mayo Clinic Health Letter FREE!

The Mayo Clinic Diet Book — Eat well. Enjoy life. Lose weight.

Ads by Google



**Public Police Records**
beenverified.com/Police_Records
Search Any Name for Free! Step 1) Enter Name. 2) View Police Records

**High Cholesterol?**
clinlife.com/High_Cholesterol
Learn more about a Research Study for Heart Related Conditions.

**Walk-In Tubs And Showers**
safesteptub.com/Free-Estimates
High Quality Tubs, Made In The USA! Up To $1500 Off-Financing Available

**Rent to Own Homes**
getrenttoown.com/Rent-to-Own
Search Rent to Own Listings For $1. Cheap Homes, Bad Credit Accepted.

### Products and Services

1. Newsletter: Mayo Clinic Health Letter
2. Book: Mayo Clinic Family Health Book, 4th Edition

### See also

ALS Gene
ALS Stem Cell Trial
Compassionate use

Typing with Brain Waves

Stem cells: What they are and what they do

Urinalysis

MRI

Show more

# Other Topics in Patient Care & Health Info

| **Healthy Lifestyle** | **Symptoms A-Z** | **Diseases and Conditions A-Z** | **Tests and Procedures A-Z** |

| **Drugs and Supplements A-Z** | **Appointments** | **Patient and Visitor Guide** | **Patient Online Services** |

Home    Amyotrophic lateral sclerosis    Basics    Complications                              CON-20024397

REQUEST APPOINTMENT    GIVE NOW    CONTACT US    ABOUT MAYO CLINIC    EMPLOYEES    SITE MAP    ABOUT THIS SITE

Any use of this site constitutes your agreement to the Terms and Conditions and Privacy Policy linked below.

Terms and Conditions
Privacy Policy
Notice of Privacy Practices

A single copy of these materials may be reprinted for noncommercial personal use only. "Mayo," "Mayo Clinic," "MayoClinic.com," "EmbodyHealth," "Enhance your life," and the triple-shield Mayo Clinic logo are trademarks of Mayo Foundation for Medical Education and Research.



We comply with the HONcode standard for trustworthy health information: verify here.

© 1998-2014 Mayo Foundation for Medical Education and Research. All rights reserved.