UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden,<br>*on behalf of themselves and*<br>*others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and<br>NFL Properties, LLC,<br>successor-in-interest to<br>NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**SUPPLEMENT TO OCTOBER 6, 2014 OBJECTION AND OCTOBER 14, 2014
SUPPLEMENTAL OBJECTION OF SEAN MOREY, ALAN FANECA,
BEN HAMILTON, ROBERT ROYAL, RODERICK CARTWRIGHT, JEFF ROHRER,
AND SEAN CONSIDINE**

Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick "Rock" Cartwright, Jeff Rohrer, and Sean Considine (collectively, "Objectors") submit this motion in further support of their Objection filed on October 6, 2014, Dkt. No. 6201, and their October 14, 2014 Supplemental Objection, Dkt. No. 6232. Objectors supplement their objections to include the Supplemental Declaration of Sam Gandy, attached as Exhibit A.

<div style="display: flex;">

<div>

Dated: November 18, 2014

William T. Hangley  
Michele D. Hangley  
HANGLEY ARONCHICK SEGAL  
PUDLIN & SCHILLER  
One Logan Square  
18th & Cherry Streets  
27th Floor  
Philadelphia, PA 19103  
(215) 496-7001 (telephone)  
(215) 568-0300 (facsimile)  
whangley@hangley.com  
mdh@hangley.com  

</div>

<div>

/s/ Steven F. Molo

Steven F. Molo  
Thomas J. Wiegand  
Kaitlin R. O'Donnell  
MOLOLAMKEN LLP  
540 Madison Ave.  
New York, NY 10022  
(212) 607-8160 (telephone)  
(212) 607-8161 (facsimile)  
smolo@mololamken.com  
twiegand@mololamken.com  
kodonnell@mololamken.com  

Martin V. Totaro  
Eric R. Nitz  
MOLOLAMKEN LLP  
600 New Hampshire Ave., N.W.  
Washington, DC 20037  
(202) 556-2000 (telephone)  
(202) 556-2001 (facsimile)  
mtotaro@mololamken.com  
enitz@mololamken.com  

Linda S. Mullenix  
2305 Barton Creek Blvd., Unit 2  
Austin, TX 78735  
(512) 263-9330 (telephone)  
lmullenix@hotmail.com  

</div>

</div>

*Attorneys for Objectors*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2014, I caused the foregoing Supplemental Objection to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties.

/s/ Steven F. Molo

# Exhibit A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>　　　　　Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## SUPPLEMENTAL DECLARATION OF SAM GANDY, M.D., PH.D.

Sam Gandy, M.D., Ph.D., affirms under penalty of perjury the truth of the following facts:

1. I am the Mount Sinai Professor of Alzheimer's Disease Research, Professor of Neurology and Psychiatry, Associate Director of the Mount Sinai Alzheimer's Disease Research Center in New York City, and Chairman Emeritus of the National Medical and Scientific Advisory Council of the Alzheimer's Association.

2. On October 9, 2014, I submitted a Declaration in support of the October 6, 2014 Objection of Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick Cartwright, Jeff Rohrer, and Sean Considine. *See* Dkt. No. 6232-1.

3. I have not received any financial payments for preparing my October 9, 2014 Declaration or my November 18, 2014 Supplemental Declaration from any source, including any attorney or plaintiff in this case. Furthermore, I am not retained by, nor do I receive any payments from plaintiff attorneys in this case for the purpose of this case.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury that the foregoing is true and correct:

*[signature]*
Sam Gandy, M.D., Ph.D.

Date:   18 Nov 2014