MOLOLAMKEN

Steven F. Molo
Molo Lamken LLP
540 Madison Avenue
New York, NY 10022
T: 212.607.8160
F: 212.607.8161
smolo@mololamken.com
www.mololamken.com

November 18, 2014

The Honorable Anita B. Brody
U.S. District Judge
7613 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

    Re:    *In re National Football League Concussion Injury Litigation*,
           No. 2:12-md-2323

Dear Judge Brody:

    In this Court's November 17, 2014 Notice (Doc. No. 6428) addressing time allocation at the November 19, 2014 fairness hearing, Martin Totaro is allocated 5 minutes of argument time and Thomas Wiegand is allocated 10 minutes of argument time.  At the Court's November 17, 2014 phone conference, however, the Court decided that Mr. Totaro would be allocated 10 minutes of argument time and Mr. Wiegand would be allocated 5 minutes of argument time.  Consistent with that phone conference, we respectfully request that Mr. Totaro be allowed to speak for 10 minutes and Mr. Wiegand be allowed to speak for 5 minutes at the November 19 fairness hearing.


                        Respectfully submitted,


                        /s/ Steven F. Molo
                        Steven F. Molo

Cc:    Christopher Seeger (via ECF)
       Brad Karp (via ECF)