# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL
LEAGUE PLAYERS' CONCUSSION
INJURY LITIGATION

No. 12-md-2323 (AB)

MDL No. 2323

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**THIS DOCUMENT RELATES TO:**

**Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)**

**Mindy Cleeland; William Duff; and Chris Hetherington,**

**Nos. 2:12-01027 (E.D. Pa.); 13-cv-02109 (E.D. Pa.); 13-cv-05192 (E.D. Pa)**

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL FOR CERTAIN PLAINTIFFS**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of Stephen Rosenthal, Ricardo Martinez-Cid and Steven C. Marks of Podhurst Orseck, P.A., on behalf of the following objector Plaintiffs: Mindy Cleeland (only) in Case No. 12-cv-01027 and *In Re: National Football League Players' Concussion Injury Litigation*, No. 12-md-02323-AB; William Duff and Jenifer Duff, his wife, in Case No. 13-cv-05192 and *In Re: National Football League Players' Concussion Injury Litigation*, No. 12-md-02323-AB; and Chris Hetherington, in Case No. 13-cv-02109 and *In Re: National Football League Players' Concussion Injury Litigation*, No. 12-md-02323-AB is hereby withdrawn.

DATED this 18th day of November, 2014.

Respectfully submitted,

**PODHURST ORSECK, P.A.**
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800
Fax: (305) 358-2382

By:  /s/ Stephen F. Rosenthal
STEPHEN F. ROSENTHAL
Fla. Bar No. 0131458
Email: srosenthal@podhurst.com
RICARDO M. MARTÍNEZ-CID
Fla. Bar No. 383988
Email: rmcid@podhurst.com
STEVEN C. MARKS
Fla. Bar. No. 516414
Email: smarks@podhurst.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2014, I caused the foregoing Notice of Withdrawl of Appearance as Counsel for Certain Plaintiffs to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

By:  /s/ Stephen F. Rosenthal
STEPHEN F. ROSENTHAL
RICARDO M. MARTÍNEZ-CID
STEVEN C. MARKS
**PODHURST ORSECK, P.A.**
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800
Fax: (305) 358-2382