**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB  MDL No. 2323 |
| THIS DOCUMENT RELATES TO:  ALL ACTIONS | : : : : : | Hon. Anita B. Brody |

**THIRD OPT OUT REPORT**
**SUBMITTED BY THE CLAIMS ADMINISTRATOR**

BrownGreer PLC ("BrownGreer"), the Claims Administrator under the proposed Class Action Settlement Agreement ("Settlement Agreement") in this matter, submits this Third Opt Out Report to supplement the initial Opt Out Report filed on November 3, 2014 (Document 6340, "First Opt Out Report") and the Second Opt Out Report filed on November 13, 2014 (Document 6424, "Second Opt Out Report"):

    **1.** *First Opt Out Report by the Claims Administrator.* Pursuant to Paragraph 4.j of the July 7, 2014 Preliminary Approval Order (Document 6084, "Preliminary Approval Order"), BrownGreer filed its First Opt Out Report on November 3, 2014, to describe the process by which we reviewed and reported on Opt Out requests submitted to the Claims Administrator and identify the Opt Out requests received by that date.

    **2.** *Second Opt Out Report by the Claims Administrator.* After the filing of the First Opt Out Report, we received additional correspondence and inquiries from certain Class Members whose Opt Out requests had been identified in the First Opt Out Report. We analyzed all such inquiries and conducted additional research where appropriate to assess the proper

1

classification of Opt Out requests as timely or untimely. The Second Opt Out Report summarized the results of that analysis, including the reclassification of five Opt Out requests from those appearing to be untimely to those appearing to be timely, based upon information provided to us after the First Report.

3.  *Revocations of Opt Out Requests.* Since the filing of the Second Opt Out Report, the Parties to the Settlement Agreement have agreed to grant the revocation requests made by two Class Members who had submitted timely Opt Outs. BrownGreer has notified each of these Class Members of that decision. Exhibit 1 to this Third Report now identifies the remaining 223 Opt Out requests that appear to be timely, after removing those two revoked Opt Out requests. Exhibit 2, which has not changed since the Second Report, lists the 10 Opt Out requests that appear to be untimely. This table summarizes the two Exhibits and the statistics on Opt Out requests as of the date of this Third Report:

| | **OPT-OUT REQUESTS:  SUMMARY OF SECOND REPORT** | |
|---|---|---|
| | **A.  TIMELY OPT OUT REQUESTS (See Exhibit 1)** | |
| 1. | **Retired NFL Football Players** | 199 |
| 2. | **Relatives of a Retired NFL Football Player** | 22 |
| 3. | **Unable to Identify Settlement Class Member Type** | 2 |
| 4. | **TOTAL** | 223 |
| | **B.  UNTIMELY OPT-OUT REQUESTS (See Exhibit 2)** | |
| 5. | **Retired NFL Football Players** | 9 |
| 6. | **Relative of a Retired NFL Football Player** | 1 |
| 7. | **TOTAL** | 10 |

                                                Respectfully submitted,

                                                **CLAIMS ADMINISTRATOR**

                                                By:  /s/ Orran L. Brown
                                                Orran L. Brown
                                                VSB No. 25832
                                                BROWNGREER PLC
                                                250 Rocketts Way
                                                Richmond, VA  23231
                                                Telephone:  (804) 521-7201
                                                Facsimile:  (804) 521-7299
Date:  November 18, 2014            Email:  obrown@browngreer.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Third Opt Out Report was filed electronically this 18th day of November, 2014, and was served electronically upon Class Counsel, counsel for the NFL Parties and all counsel of record by the United States District Court for the Eastern District of Pennsylvania's electronic filing system.

/s/ **Orran L. Brown**
Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia  23231
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com