# EXHIBIT 1



| EXHIBIT 1 | | TIMELY OPT OUT REQUESTS | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1. Settlement Class Member Name | 2. Settlement Class Member Type | 3. Address Provided? | 4. Phone Number | 5. DOB Provided? | 6. Government ID Provided? | 7. Personal Signature | 8. Signature Date | 9. Postmark Date |
| | A. Retired NFL Football Players | | | | | | | | |
| 1. | Abdullah, Hamza | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 9/15/14 |
| 2. | Acks, Ronald William | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 3. | Ahanotu, Chidi | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 4. | Alexander, Jr., Charles F. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/10/14 |
| 5. | Anderson, Ottis J. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 6. | Arnett, Jon Dwane | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/7/14 |
| 7. | Ashley Jr., Walker Lee | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |
| 8. | August, Steve Paul | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 9. | Bain, William Ernest | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 10. | Ballard, Howard | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 11. | Banaszak, Andrew Peter | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/11/14 |
| 12. | Barnes, Billy Ray | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/7/14 |
| 13. | Barnett, Timothy | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |
| 14. | Bass, Michael Thomas | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/10/14 |
| 15. | Baugh, Thomas Anthony | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 16. | Baumgartner, Steven | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 17. | Beban, Gary J. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 8/15/14 |
| 18. | Bebout, Nick | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 19. | Bell, Bobby L. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/10/14 |
| 20. | Bell, Gregory Leon | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/11/14 |
| 21. | Bernard, Walter | Retired NFL Football Player | Yes | No | Yes | Yes | Yes | No | 10/14/14 |
| 22. | Berton, Sean | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/8/14 |
| 23. | Bethea, Elvin L. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 24. | Bielski, Richard Adam | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/10/14 |
| 25. | Bing, Darnell L. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/6/14 |
| 26. | Bingham, Gregory Raleigh | Retired NFL Football Player | Yes | No | Yes | Yes | Yes | Yes | 10/13/14 |
| 27. | Blackshear, Rodney T. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 28. | Blair, Michael | Retired NFL Football Player | Yes | No | Yes | Yes | Yes | No | 10/14/14 |
| 29. | Bonness, Richard K. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 30. | Brannon, Robert | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 31. | Brightful, Lamont | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/13/14 |
| 32. | Brooks IV, Robert L. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 33. | Brown, Corwin | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/20/14 |
| 34. | Brown, Mike | Retired NFL Football Player | No | No | No | No | No | No | Email 10/13/14 |

| | 1. Settlement Class Member Name | 2. Settlement Class Member Type | 3. Address Provided? | 4. Phone Number | 5. DOB Provided? | 6. Government ID Provided? | 7. Personal Signature | 8. Signature Date | 9. Postmark Date |
|---|---|---|---|---|---|---|---|---|---|
| 35. | Brown, Ronald | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 36. | Bryant, Trent B. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |
| 37. | Bush, Lewis F. | Retired NFL Player -Filed by Representative | Yes | No | No | Yes | Yes | Yes | 10/14/14 |
| 38. | Campbell, Woodrow Lamar | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/10/14 |
| 39. | Carter, Tyrone | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 40. | Cartwright, Roderick R. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |
| 41. | Carver, Shante | Retired NFL Football Player | Yes | No | Yes | Yes | Yes | Yes | 10/8/14 |
| 42. | Clapp, II, Thomas P. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 43. | Cline, Jr., Anthony Francis | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 44. | Cobb, Marvin Lawrence | Retired NFL Football Player | Yes | Yes | Yes | No | Yes | Yes | 10/7/14 |
| 45. | Commiskey, Charles E. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/7/14 |
| 46. | Cooper, Alexander Louis | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |
| 47. | Cordileone, Louis | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 48. | Cosbie, Douglas | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/10/14 |
| 49. | Cribbs, Joshua Jamall | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 50. | Cromartie, Keaton | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 51. | Crumpler, Algernon D. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/10/14 |
| 52. | Crumpler, Carlester T. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/10/14 |
| 53. | Darling, Devard | Retired NFL Football Player | Yes | No | Yes | Yes | Yes | Yes | 10/14/14 |
| 54. | David, Jason | Retired NFL Football Player | Yes | No | Yes | Yes | Yes | Yes | 10/14/14 |
| 55. | Davis, Terrell Lamar | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 56. | DeCarlo, Sr., Arthur A. | Retired NFL Player -Filed by Representative | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 57. | DeLamielleure, Joseph | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 58. | Dennis, III, Albert R. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 59. | Dorris, Andrew Michael | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 60. | Dorsett, Tony | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 61. | Douglas, Cody | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 62. | Douglass, Bobby | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 63. | Earl, Glenn Eugene | Retired NFL Football Player | Yes | Yes | Yes | No | Yes | Yes | 10/14/14 |
| 64. | Eber, Richard Lee | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 65. | Edelman, Bradley Mart | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 66. | Fahnhorst, Keith V. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 67. | Fanning, Michael Lavern | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/10/14 |
| 68. | Fantetti, Ken | Retired NFL Football Player | Yes | No | Yes | Yes | Yes | Yes | 10/14/14 |
| 69. | Flatley, Paul R. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 70. | Ford, Bernard | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 71. | Forsberg, Fred C | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/8/14 |
| 72. | Gabriel, Roman | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/7/14 |
| 73. | Gayle, Shaun | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 74. | Grant, Robert B. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/9/14 |
| 75. | Gray, Quinn F. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |

TIMELY OPT-OUT REQUESTS

| | 1. Settlement Class Member Name | 2. Settlement Class Member Type | 3. Address Provided? | 4. Phone Number | 5. DOB Provided? | 6. Government ID Provided? | 7. Personal Signature | 8. Signature Date | 9. Postmark Date |
|---|---|---|---|---|---|---|---|---|---|
| 76. | Green, Roy | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |
| 77. | Grier, Roosevelt | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/6/14 |
| 78. | Griffin, Jr., Leonard James | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |
| 79. | Griffin, Raymond E. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 8/19/14 |
| 80. | Hackett, Barry Dean | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |
| 81. | Hamilton, Ben | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |
| 82. | Hamilton, Harry E. | Retired NFL Football Player | Yes | Yes | No | No | Yes | Yes | 10/14/14 |
| 83. | Harrison, Jerome Charles | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 84. | Harry, Emile Michael | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |
| 85. | Healy Jr., William R. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 86. | Hicks, Dwight | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/11/14 |
| 87. | Hill, Calvin | Retired NFL Football Player | Yes | Yes | Yes | No | Yes | Yes | 10/14/14 |
| 88. | Hill, Kent | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 89. | Hill, Marcus A. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 90. | Hilliard, Lex Douglas | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 91. | Hoover, Bradley Ray | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 92. | Iorio, Joseph W. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/9/14 |
| 93. | Izzo, Larry | Retired NFL Football Player | Yes | No | Yes | Yes | No | Yes | 10/14/14 |
| 94. | Jarvis, John Bruce | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/7/14 |
| 95. | Jefferson, Jr., Roy Lee | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 96. | Johnson Jr., Ted C. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 97. | Jones, Donald Ray | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 98. | Jones, Frederick Cornelius | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |
| 99. | Kelly, Eric Francheste | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 100. | Kelly, II, Patrick | Retired NFL Player -Filed by Representative | Yes | Yes | No | Yes | Yes | Yes | 10/14/14 |
| 101. | Kennedy, Jr., Jimmy Wayne | Retired NFL Football Player | Yes | No | Yes | Yes | Yes | Yes | 10/10/14 |
| 102. | Kenney, Stephen F. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/10/14 |
| 103. | Kenney, William Patrick | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 104. | Kingsriter, Douglas James | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/13/14 |
| 105. | Koncar, Mark | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/8/14 |
| 106. | Kosar, Bernard J. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 107. | Krakau, Mervin F. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 108. | Krause, Paul James | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/7/14 |
| 109. | Kunz, George J. | Retired NFL Football Player | Yes | Yes | Yes | Yes | No | No | 10/14/14 |
| 110. | Lanier, Sr., Willie Edward | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 111. | LaRose, Marvin Daniel | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 112. | Larson, Gregory K. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/11/14 |
| 113. | Lewis, Albert R. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |

| | 1. Settlement Class Member Name | 2. Settlement Class Member Type | 3. Address Provided? | 4. Phone Number | 5. DOB Provided? | 6. Government ID Provided? | 7. Personal Signature | 8. Signature Date | 9. Postmark Date |
|---|---|---|---|---|---|---|---|---|---|
| 114. | Lowe, Woodrow | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/11/14 |
| 115. | Lurtsema, Robert Ross | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/10/14 |
| 116. | Lynch, Benjamin John | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/9/14 |
| 117. | Maas, William Thomas | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/2/14 |
| 118. | Martin, Christopher | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |
| 119. | Martin, Robbie L | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/8/14 |
| 120. | Massaquoi, Mohamed Jah | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/9/14 |
| 121. | Maxwell Jr., Vernon Leroy | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 122. | May, Jr., Bert Deems | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 123. | McAlister, Christopher James | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 124. | McAllister, Dulymus J. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 125. | McDougle Jr., Jerome | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 126. | McNair, Todd D. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |
| 127. | Meisner, Lee Edward | Retired NFL Football Player | Yes | No | Yes | Yes | Yes | Yes | 7/31/14 |
| 128. | Merritt Sr., David L. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/6/14 |
| 129. | Mincy, Charles | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |
| 130. | Minter, Cedric | Retired NFL Football Player | Yes | No | Yes | No | Yes | Yes | 7/30/14 |
| 131. | Miree, Brandon C. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | No | 10/14/14 |
| 132. | Morey, Sean J. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |
| 133. | Morton, Larry Craig | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/8/14 |
| 134. | Nelson, Curtis Shane | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 135. | Nelson, Jimmie Dirk | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 7/29/14 |
| 136. | Niswanger, Rudolph N. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 137. | Oliver, Darryl H. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 138. | Oliver, Paul J. | Retired NFL Football Player | Yes | Yes | No | Yes | Yes | Yes | 10/8/14 |
| 139. | Olkewicz, Neal | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/11/14 |
| 140. | Owens, Brigman | Retired NFL Football Player | Yes | No | Yes | Yes | Yes | Yes | 10/14/14 |
| 141. | Owens, Mel T. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 142. | Palmer, Paul W. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |
| 143. | Parker, J'vonne | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 144. | Parrish, Bernard P. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/7/14 |
| 145. | Pastorini, Dan | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/7/14 |
| 146. | Patrick, Allen | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 147. | Pearson, Jayice | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |
| 148. | Peters, Scott | Retired NFL Football Player | Yes | Yes | Yes | No | Yes | Yes | 10/9/14 |
| 149. | Phillips, Joseph Gordon | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 7/22/14; 7/23/14; 10/14/14 |

| | 1. Settlement Class Member Name | 2. Settlement Class Member Type | 3. Address Provided? | 4. Phone Number | 5. DOB Provided? | 6. Government ID Provided? | 7. Personal Signature | 8. Signature Date | 9. Postmark Date |
|---|---|---|---|---|---|---|---|---|---|
| 150. | Porter, Kevin | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |
| 151. | Preece, Steven Packer | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 152. | Pritchard, Ronald David | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/9/14 |
| 153. | Ragon, Randy D. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/10/14 |
| 154. | Reed, Andre D. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 155. | Rentzel, Thomas L. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 156. | Riggins, Robert John | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 157. | Robinson, Johnny Nolan | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 158. | Rogers, George W. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 159. | Royal, Jr., Robert S. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |
| 160. | Rudnay, John Carl | Retired NFL Football Player | Yes | No | Yes | Yes | Yes | Yes | 10/14/14 |
| 161. | Schaefering, Brian Christopher | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 162. | Scott III, Jacob E | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/6/14 |
| 163. | Scott, Edward | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |
| 164. | Seals, George E. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 165. | Seau, Jr., Tiaina B. | Retired NFL Player -Filed by Representative | Yes | Yes | Yes | Yes | Yes | Yes | 10/11/14 |
| 166. | Senser, Joseph M. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 167. | Sharpe, Luis | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 168. | Sherk, Jerry Martin | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 169. | Simonini, Ed | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/10/14 |
| 170. | Sims, Jr., George Pollard | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/8/14 |
| 171. | Smith, Chris M. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |
| 172. | Smith, Jesse Daley | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/8/14 |
| 173. | Smith, John Thomas | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |
| 174. | Smith, Neil O. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |
| 175. | Stant, Patrick M. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 176. | Steagall, Derrick | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | No | 10/14/14 |
| 177. | Steed, Joel E. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 178. | Stein, Robert Allen | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 179. | Still, Arthur B. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |
| 180. | Tant, Jay W. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |
| 181. | Terry, Douglas Maurice | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |
| 182. | Thomas, Charles G. | Retired NFL Football Player | Yes | No | Yes | Yes | Yes | Yes | 10/14/14 |
| 183. | Toefield, LaBrandon | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 184. | Truax, III, William F. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |

| | 1. Settlement Class Member Name | 2. Settlement Class Member Type | 3. Address Provided? | 4. Phone Number | 5. DOB Provided? | 6. Government ID Provided? | 7. Personal Signature | 8. Signature Date | 9. Postmark Date |
|---|---|---|---|---|---|---|---|---|---|
| 185. | Trufant, Marcus Lavon | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 186. | Vanover, Tamarick | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 187. | Voigt, Stuart A. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 188. | Walker, George | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/10/14 |
| 189. | Walls, Charles Wesley | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 190. | Walter, Tyson Barrett | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 191. | Washington, Mark H. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/11/14 |
| 192. | Westbrook, Michael | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 193. | White, Edward Alvin | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 194. | Wilbur, John | Retired NFL Player -Filed by Representative | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 195. | Williams, Ralph | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 196. | Williams, Roosevelt | Retired NFL Football Player | Yes | No | No | No | Yes | Yes | 10/9/14 |
| 197. | Wright, Jeffrey Ralph | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/7/14 |
| 198. | Yary, Anthony Ronald | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 199. | Youngblood, George Alton | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/13/14 |
| | **Subtotal of Retired NFL Football Players** | | | | | 199 | | | |

### B. Relatives of a Retired NFL Football Player

| | 1. Settlement Class Member Name | 2. Settlement Class Member Type | 3. Address Provided? | 4. Phone Number Provided? | 5. DOB Provided? | 6. Government ID Provided? | 7. Personal Signature Provided? | 8. Signature Date Provided? | 9. Postmark Date |
|---|---|---|---|---|---|---|---|---|---|
| 200. | Baugh, Jean M. | Derivative/Family - Thomas Baugh | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 201. | Bush, Danielle | Derivative/Family - Lewis Bush | Yes | No | Yes | Yes | Yes | Yes | 10/14/14 |
| 202. | Bush, Deedee | Derivative/Family - Lewis Bush | Yes | No | Yes | Yes | Yes | Yes | 10/14/14 |
| 203. | Bush, Jr., Lewis F. | Derivative/Family - Lewis Bush | Yes | No | Yes | Yes | Yes | Yes | 10/14/14 |
| 204. | Bush, Makai | Derivative/Family - Lewis Bush | Yes | No | Yes | Yes | Yes | Yes | 10/14/14 |
| 205. | Davis, Roberta Lee | Derivative/Family - Douglas S. Davis | Yes | Yes | Yes | Yes | Yes | Yes | 8/1/14 |
| 206. | Kelly, III, Patrick | Derivative/Family - Patrick Kelly | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 207. | Kelly, Kari | Derivative/Family - Patrick Kelly | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 208. | Kenney, Sandra Louise | Derivative/Family - William P. Kenney | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 209. | Lamana, Virginia P | Derivative/Family - Peter Lamana | Yes | Yes | Yes | Yes | Yes | Yes | 8/5/14 |
| 210. | Lesane, Elizabeth Turner | Derivative/Family - James Lesane | Yes | Yes | Yes | Yes | Yes | Yes | 9/11/14 |
| 211. | Oliver, Chelsea C. | Derivative/Family - Paul Oliver | Yes | Yes | Yes | Yes | Yes | Yes | 10/8/14 |

| | 1. Settlement Class Member Name | 2. Settlement Class Member Type | 3. Address Provided? | 4. Phone Number | 5. DOB Provided? | 6. Government ID Provided? | 7. Personal Signature | 8. Signature Date | 9. Postmark Date |
|---|---|---|---|---|---|---|---|---|---|
| 212. | Oliver, Silas J. | Derivative/Family - Paul Oliver | Yes | Yes | Yes | Yes | Yes | Yes | 10/8/14 |
| 213. | Oliver, Simeon J. | Derivative/Family - Paul Oliver | Yes | Yes | Yes | Yes | Yes | Yes | 10/8/14 |
| 214. | Seau, Hunter | Derivative/Family - Tiaina B. Seau, Jr. | Yes | Yes | Yes | Yes | Yes | Yes | 10/11/14 |
| 215. | Seau, Jake R. | Derivative/Family - Tiaina B. Seau, Jr. | Yes | Yes | Yes | Yes | Yes | Yes | 10/11/14 |
| 216. | Seau, Luisa | Derivative/Family - Tiaina B. Seau, Jr. | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 217. | Seau, Sydney B. | Derivative/Family - Tiaina B. Seau, Jr. | Yes | Yes | Yes | Yes | Yes | Yes | 10/11/14 |
| 218. | Seau, Tiaina | Derivative/Family - Tiaina B. Seau, Jr. | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| 219. | Seau, Tyler C. | Derivative/Family - Tiaina B. Seau, Jr. | Yes | Yes | Yes | Yes | Yes | Yes | 10/11/14 |
| 220. | Smith, Dione Elizabeth | Derivative/Family - John Wilbur | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14; 10/21/14 |
| 221. | Tant, Natalie | Derivative/Family - Jay Tant | Yes | Yes | Yes | Yes | Yes | Yes | Delivery 10/14/14 |
| | **Subtotal of Relatives of a Retired NFL Football Player** | | **22** | | | | | | |

| C. Unable to Identify Settlement Class Member Type |||||||||| 
|---|---|---|---|---|---|---|---|---|---|
| | 1. Settlement Class Member Name | 2. Settlement Class Member Type | 3. Address Provided? | 4. Phone Number Provided? | 5. DOB Provided? | 6. Government ID Provided? | 7. Personal Signature Provided? | 8. Signature Date Provided? | 9. Postmark Date |
| 222. | Phillips, Elizabeth D. | Unable to Identify | Yes | Yes | Yes | Yes | Yes | Yes | 10/13/14 |
| 223. | Simpson, William C. | Unable to Identify | Yes | Yes | Yes | Yes | Yes | Yes | 10/14/14 |
| | **Subtotal of Unable to Identify Settlement Class Member Type** | | **2** | | | | | | |
| | **Total Timely Opt Out Requests** | | **223** | | | | | | |