IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION | § § § § § § § § | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| _____ | | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | | |

## NOTICE OF APPEARNCE OF COUNSEL

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Please note the appearance of Richard L. Coffman and The Coffman Law Firm as counsel for Objector Larry E. Barnes in this matter. Larry E. Barnes, who timely filed an objection to the proposed settlement in this matter, should be included as a member of the Armstrong Objectors.

All pleadings, motions and other documents to be served upon Objector Larry E. Barnes should be served upon Richard L. Coffman and The Coffman Law Firm at the following address:

Richard L. Coffman
The Coffman Law Firm
First City Building
505 Orleans St., Suite 505
Beaumont, Texas  77701
Telephone: (409) 833-7700
Facsimile: (866) 835-8250
E-mail: rcoffman@coffmanlawfirm.com
E-mail: apace@coffmanlawfirm.com

Date:  November 20, 2014

Respectfully submitted,

/s/  Richard L. Coffman
Richard L. Coffman
**THE COFFMAN LAW FIRM**
First City Building
505 Orleans Street, Suite 505
Beaumont, TX 77701
Telephone: (409) 833-7700
Facsimile: (866) 835-8250
Email: rcoffman@coffmanlawfirm.com

**ATTORNEYS FOR OBJECTOR
LARRY E. BARNES**

### CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Appearance of Counsel was served on all counsel of record, via the Court's ECF System, on November 20, 2014.

/s/  *Richard L. Coffman*
Richard L. Coffman