IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION | § § § § No. 12-md-2323 (AB) § § MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | § § |

**NOTICE OF APPEARNCE OF COUNSEL**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Please note the appearance of Mitchell A. Toups and Weller, Green, Toups & Terrell, L.L.P., as counsel for Objector Larry E. Barnes in this matter. Larry E. Barnes, who timely filed an objection to the proposed settlement in this matter, should be included as a member of the Armstrong Objectors.

All pleadings, motions and other documents to be served upon Objector Larry E. Barnes should be served upon Mitchell A. Toups and Weller, Green, Toups & Terrell, L.L.P., at the following address:

Mitchell A. Toups
Weller, Green, Toups & Terrell, L.L.P.
P.O. Box 350
Beaumont, Texas  77704
Telephone: (409) 838-0101
Facsimile: (409) 832-8577
E-mail: matoups@wgttlaw.com
E-mail: jgordon@wgttlaw.com

Date:  November 20, 2014

Respectfully submitted,

*/s/ Mitchell A. Toups*
**WELLER, GREEN, TOUPS & TERRELL, L.L.P.**
Post Office Box 350
Beaumont, Texas 77704-0350
Telephone: (409) 838-0101
Facsimile: (409) 832-8577
Email: matoups@wgttlaw.com

**ATTORNEYS FOR OBJECTOR
LARRY E. BARNES**

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Appearance of Counsel was served on all counsel of record, via the Court's ECF System, on November 20, 2014.

/s/ Mitchell A. Toups
Mitchell A. Toups