IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL<br><br>NO. 2012-2323 |

O R D E R

AND NOW, this **19th** day of **November, 2014**, it is Ordered that the side-bar of the proceedings held on **11-19-2014** at time interval 3:18:19 to 3:20:59 is placed **UNDER SEAL**.

ATTEST:                              or        BY THE COURT

BY:_____                    _____
    Deputy Clerk                                  Judge

Civ 12 (9/83)

Copies ecmf on _____ to:            Copies mailed on _____ to: