IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| | : | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : | |

## ORDER

Pursuant to Steven Molo's request for extension of time, on this ____24th___ day of __November__, 2014 it is **ORDERED** that my October 9, 2014 Order regarding supplemental briefing (ECF No. 6203) is **AMENDED** as follows:

- Settlement Class members who have filed timely and valid objections may submit supplemental briefing at or before **5:00 p.m., Tuesday, December 2, 2014.**

- Class Counsel and Counsel for the NFL Parties may file responses thereto at or before **5:00 p.m., Friday, December 12, 2014.**

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to: