UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL<br>LEAGUE PLAYERS' CONCUSSION<br>INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden,<br>on behalf of themselves and<br>others similarly situated, | Civil Action No. 2:14-cv-00029-A |
|         Plaintiffs,<br>  v.<br>National Football League and<br>NFL Properties, LLC,<br>successor-in-interest to<br>NFL Properties, Inc.,<br>        Defendants. | |

### MOTION OF PUBLIC CITIZEN, INC.
### FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM
### AS AMICUS CURIAE

On October 14, 2014, Public Citizen, Inc. filed a motion for leave to file a memorandum (attached to that motion) as amicus curiae with respect to the pending motion to certify the proposed class and to approve the proposed settlement. That motion has not been opposed, but the Court has yet to rule on it. On November 12, 2014, class counsel and defendant NFL filed their memoranda and supporting evidence in support of the proposed settlement, including material responding to points made in our amicus submission. Public Citizen now moves for leave to file a short supplemental memorandum to respond to the most significant points raised by the nearly 1,000 pages of supporting papers filed on November 12.

The attached memorandum deals solely with what Public Citizen believes is the central issue before the Court: whether class counsel can adequately represent all 20,000 class members

1

in connection with a settlement that sharply differentiates among class members with regard to the benefits available to different categories of injured class members. As the attached memorandum explains, the declarations filed by class and sub-class counsel on November 12, together with their supporting memorandum, make clear that the allocation decisions contained in the settlement agreement were made by class counsel based on a variety of factors that they considered relevant, a fact that bears directly on the adequacy of representation issue.

For the foregoing reasons, the motion of Public Citizen for leave to file the attached supplemental memorandum as amicus curiae should be granted.

December 1, 2014                                                                                  Respectfully submitted,

                                                                                                  */s Alan B. Morrison*
Allison M. Zieve                                                                                  Alan B. Morrison
Scott L. Nelson                                                                                   George Washington University
Public Citizen Litigation Group                                                                    Law School
1600 20th Street NW                                                                               2000 H Street NW
Washington, DC 20009                                                                              Washington, DC 20052
(202) 588-1000                                                                                    (202) 994-7120
                                                                                                  abmorrison@law.gwu.edu

Counsel for Amicus Curiae
Public Citizen, Inc.