**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., <br><br> Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**DECLARATION OF Patrick R. Hof, MD**

Patrick R. Hof affirms under penalty of perjury the truth of the following facts:

1.      I am the Regenstreif Professor of Neuroscience at the Icahn School of Medicine at Mount Sinai, New York.  My *curriculum vitae* is attached as Exhibit A.

2.      I have been asked to submit this declaration in support of the objection to the proposed class action settlement in the above captioned case filed by the MoloLamken LLP law firm.  I am not being compensated for my work in doing so.

3.      Chronic traumatic encephalopathy (or CTE) is a unique neurodegenerative disease that is known to exist outside of ALS, Alzheimer's disease, or Parkinson's disease.

4.      Repetitive brain trauma is a necessary condition for developing CTE.

5.      ALS, Alzheimer's disease, and Parkinson's disease are found in the general population of individuals who have not suffered repetitive brain trauma.  Suicidality does not present as a symptom of these diseases.

6.      Mood and behavioral impairments such as depression, suicidality, hopelessness, impulsivity, explosiveness, rage, and aggression, although present in the general population, appear more frequently in individuals suffering from CTE than in the general population.

7.      The mood and behavioral impairments associated with CTE can present prior to the onset of CTE-related dementia and can be the cause of significant disability and distress for the patient.

8.      Based on my experience and knowledge of the clinical and scientific literature, I believe that a reliable, valid, and clinically accepted diagnosis of CTE, based, in part, on objective biomarkers, will likely be possible in the next decade, if not sooner, and long before the 65-year term of the proposed NFL Concussion Litigation Settlement expires.

9.      I am not aware of the use of the diagnostic or classification categories of "Neurocognitive Impairment Level 1.0," "Neurocognitive Impairment Level 1.5," or "Neurocognitive Impairment Level 2.0" anywhere in the medical or scientific community.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury that the foregoing is true and correct.

Dated:  November 25, 2014                          Patrick R. Hof, MD

# Exhibit A

# CURRICULUM  VITAE
# PATRICK R.  HOF, MD

Date of Birth:              August 25, 1960, Geneva, Switzerland
Citizenship:                Geneva, Switzerland
Visa status:                Permanent Resident in the USA
Marital status:             Married to Esther A. Nimchinsky, MD, PhD
Children:                   One child, Jonathan Étienne, born December 15, 2002
Private address:            203-12 West Shearwater Court, Jersey City, NJ 07305, USA
Professional address:       Fishberg Department of Neuroscience
                            Icahn School of Medicine at Mount Sinai
                            Hess Center for Science and Medicine, 10-118
                            One Gustave L. Levy Place, Box 1639
                            New York, NY 10029-6574, USA
                            Phone: 1-212-824-9302; Fax: 1-646-537-9585
                            E-mail: patrick.hof@mssm.edu
                            Web: http://neuroscience.mssm.edu/hof/
                                 http://www.mssm.edu/cnic/


## EDUCATION
1979            Humanities (classical studies, BA degree),
                College Calvin, Geneva, Switzerland
1985            Swiss Federal Medical Diploma (MBBCh degree),
                University of Geneva School of Medicine, Switzerland
1987            Medical Doctorate (MD degree),
                University of Geneva School of Medicine, Switzerland

Spoken languages:  French, English, German


## FIELDS OF INTEREST
Experimental neuropathology, brain aging, dementia, autism, schizophrenia
Functional anatomy of the cerebral cortex, comparative neuroanatomy
Brain evolution, primate aging biology, marine mammals biology
Computer-assisted morphometry, stereology, advanced confocal and electron microscopy
Magnetic resonance microscopy, functional brain imaging


## PROFESSIONAL TRAINING
1982-1985       Intern, Department of Pharmacology, University of Geneva, Switzerland
1985-1987       Assistant, Department of Pharmacology, University of Geneva, Switzerland
1987-1989       Postgraduate Fellow, Division of Preclinical Neuroscience and Endocrinology,
                Research Institute of Scripps Clinic, La Jolla, USA
1989-1990       Senior Research Associate, Fishberg Research Center for Neurobiology,
                Mount Sinai School of Medicine, New York, USA

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1990-1999 | Assistant Professor of Neurobiology (1990), Geriatrics (1991), and Ophthalmology (1996), Fishberg Research Center for Neurobiology, Department of Geriatrics and Adult Development, and Department of Ophthalmology, Mount Sinai School of Medicine, New York, USA |
| 1997-1999 | Assistant Professor, Kastor Neurobiology of Aging Laboratories, Mount Sinai School of Medicine, New York, USA |
| 1999-2002 | Associate Professor of Neurobiology, Geriatrics, and Ophthalmology, Kastor Neurobiology of Aging Laboratories, Fishberg Research Center for Neurobiology, Department of Geriatrics and Adult Development, and Department of Ophthalmology, Mount Sinai School of Medicine, New York, USA |
| 2000-2009 | Co-Director, Computational Neurobiology and Imaging Center, Mount Sinai School of Medicine, New York, USA |
| 2002-2007 | Member, Advanced Imaging Program, Mount Sinai School of Medicine, New York, USA |
| 2002-present | Irving and Dorothy Regenstreif Research Professor of Neuroscience (Neurobiology), Icahn School of Medicine at Mount Sinai, New York, USA |
| 2002-2005 | Tenured Associate Professor of Neuroscience, Departments of Neuroscience, Geriatrics and Adult Development, and Ophthalmology, Mount Sinai School of Medicine, New York, USA |
| 2005-present | Tenured Professor of Neuroscience, Departments of Neuroscience, Geriatrics and Palliative Medicine, and Ophthalmology, Icahn School of Medicine at Mount Sinai, New York, USA |
| 2006-present | Vice-Chair for Translational Neuroscience (and Acting Chair, 2008), Department of Neuroscience, Icahn School of Medicine at Mount Sinai, New York, USA |
| 2007-present | Associate Director, Alzheimer's Disease Research Center, Icahn School of Medicine at Mount Sinai, New York, USA |
| 2008-present | Director, the Kastor Neurobiology of Aging Laboratories and Center of Excellence on Brain Aging, Friedman Brain Institute, Icahn School of Medicine at Mount Sinai, New York, USA |
| 2009-present | Director, Computational Neurobiology and Imaging Center, Icahn School of Medicine at Mount Sinai, New York, USA |
| 2009-present | Director, Laboratory of Neuromorphology, Icahn School of Medicine at Mount Sinai, New York, USA |
| 2011-present | Vice-Chair for Mentoring, Department of Neuroscience, Icahn School of Medicine at Mount Sinai, New York, USA |
| 2013-present | Director, Physician Scholars Program, Graduate School of Biomedical Sciences at Mount Sinai, New York, USA |
| | |
| 1992-1999 | Doctoral Faculty, The Graduate School and University Center, City University of New York, NY |
| 1992-1997 | Visiting Scientist, Laboratory of Memory and Cognition, National Institutes of Mental Health, Bethesda, MD |
| 1992-2003 | Affiliated Teaching Faculty, City College, City University of New York, NY |
| 2003-present | Visiting Research Collaborator, Department of Molecular Biology, Princeton University, Princeton, NJ |
| 2006-2008 | Visiting Professor, Department of Psychiatry and Neuropsychology, Maastricht University, Maastricht, The Netherlands |
| 2009-present | Member, UCSD/Salk Center for Academic Research and Training in Anthropogeny, La Jolla, CA |
| 2011-present | Adjunct Professor, Department of Anatomy, Ludwig-Maximilians University, Münich, Germany |

| | |
|---|---|
| 1991-1996 | Member, Geriatric Fellows Research Committee, Department of Geriatrics and Adult Development, Mount Sinai School of Medicine, New York |
| 1995-2007 | Member (*ex officio* since 2007), Institutional Animal Care and Use Committee (IACUC), Mount Sinai School of Medicine, New York |
| 1999-2000 | Member, Search Committee for a Director of the Center for Comparative Medicine and Surgery, Mount Sinai School of Medicine, New York |
| 2000 | Member, Schizophrenia Search Committee, Department of Psychiatry, Mount Sinai School of Medicine, New York |
| 2000 | Member, Institute for Translational Research Programming Committees, Animal Care Subcommittee, Mount Sinai School of Medicine, New York |
| 2001 | Member, Task Force on Reconstruction of the Center for Comparative Medicine and Surgery, Mount Sinai School of Medicine, New York |
| 2001-2004 | Member, Graduate School Biostatistics Committee, Mount Sinai School of Medicine, New York |
| 2001-2007 | Member, Advisory Board of the Advanced Imaging Program, Mount Sinai School of Medicine, New York |
| 2002-2011 | Member (*ex officio* since 2011), Committee on Special Awards, Mount Sinai School of Medicine, New York |
| 2002-present | *Ad hoc* Member, Medical Scientist Training Program Admissions Committee, Icahn School of Medicine at Mount Sinai, New York |
| 2002-2003 | Member, Biostatistics Search Committee, Mount Sinai School of Medicine, New York |
| 2003 | Member, Liaison Committee on Medical Education, Subcommittee IV of the Self-Study Task Force, Mount Sinai School of Medicine, New York |
| 2003 | Member, Neuroscience Workgroup, Strategic Initiatives Planning, Mount Sinai School of Medicine, New York |
| 2003 | Member, Basic Sciences Faculty Advisory Group to the Dean, Mount Sinai School of Medicine, New York |
| 2003-2005 | Member, Neuroscience Search Committee, Mount Sinai School of Medicine, New York |
| 2003-2005 | Member, Tenured Faculty Steering Committee, Mount Sinai School of Medicine, New York |
| 2004-present | *Ad hoc* Member, Graduate Program in Biological Sciences Admissions Committee, Icahn School of Medicine at Mount Sinai, New York |
| 2005-2006 | Member, Chair of the Department of Psychiatry Search Committee, Mount Sinai School of Medicine, New York |
| 2005-2007 | Member, Scientific Advisory Committee, In Vivo Molecular Imaging Research Facility, Mount Sinai School of Medicine, New York |
| 2006-2012 | Member, Steering Committee of the Graduate School of Biological Sciences, Mount Sinai School of Medicine, New York |
| 2006-2007 | Member, Imaging Facilities and CMS Building Operations Committees, Mount Sinai School of Medicine, New York |
| 2006-2010 | Member, Faculty Council Awards Selection Committee, Mount Sinai School of Medicine, New York |
| 2006-present | Member, Appointments and Promotions Committee, Icahn School of Medicine at Mount Sinai, New York |
| 2007-present | Member, Committee on International Affairs, Icahn School of Medicine at Mount Sinai, New York |
| 2007 | Member, Subcommittee on Advising, Graduate School of Biological Sciences, Mount Sinai School of Medicine, New York |

| | |
|---|---|
| 2008 | Member, Subcommittee on Teaching Resources, Graduate School of Biological Sciences, Mount Sinai School of Medicine, New York |
| 2008-present | Member, Executive Committee, Translational and Molecular Imaging Institute, Icahn School of Medicine at Mount Sinai, New York |
| 2008-present | Member, Selection Committee, Medical School Admissions, Icahn School of Medicine at Mount Sinai, New York, USA |
| 2008-2009 | Member, Translational Neuroimaging Search Committee, Mount Sinai School of Medicine, New York |
| 2008-2009 | Chair, Neuroscience Search Committee, Mount Sinai School of Medicine, New York |
| 2008-2009 | Member, Chair of the Department of Neurology Search Committee, Mount Sinai School of Medicine, New York |
| 2008-2009 | Member, Chair of the Department of Psychiatry Search Committee, Mount Sinai School of Medicine, New York |
| 2008-2009 | Member, Investigation of Scientific Misconduct Committee, Mount Sinai School of Medicine, New York |
| 2009-present | Member, Advisory Committee for the Biorepository Cooperative/Histology Shared Resource Facility, Icahn School of Medicine at Mount Sinai, New York |
| 2009-present | Member, Director of Brain Imaging Search Committee, Icahn School of Medicine at Mount Sinai, New York |
| 2009-present | Member, Friedman Brain Institute Faculty Search Committee, Icahn School of Medicine at Mount Sinai, New York |
| 2009-2011 | Chair, Neurocomputing Search Committee, Mount Sinai School of Medicine, New York |
| 2010-2012 | Member, Neuropathology Director Search Committee, Icahn School of Medicine at Mount Sinai, New York |
| 2011 | Chair, Committee on Publications and Authorships, Mount Sinai School of Medicine, New York |
| 2012-present | Member, Diversity Council (Chair, Data Committee), Icahn School of Medicine at Mount Sinai, New York |
| 2012 | Member, Alzheimer's Disease Research Search Committee, Icahn School of Medicine at Mount Sinai, New York |
| 2013-present | Member, Advisory Committee for the Brain Bank, Icahn School of Medicine at Mount Sinai, New York |
| 2014-present | Member, Master's in Biological Sciences Admissions Committee, Icahn School of Medicine at Mount Sinai, New York |

## HONORS

| | |
|---|---|
| 1988 | "Prix de la Faculté de Médecine" Award from the University of Geneva School of Medicine for the best thesis published in 1987 |
| 1991 | Nominated Brookdale National Fellow |
| 1992 | Young Scientist Award from the Swiss Society for Biological Psychiatry |
| | Moore Award from the American Association of Neuropathologists |
| | Elected to the Western Pacific Neurological Society (Guam, Mariana Islands) |
| 1995 | National Glaucoma Research Award from the American Health Assistance Foundation |
| 1999 | Nominated Brookdale Senior Fellow |
| | Elected to the New York Consortium in Evolutionary Primatology |
| | Elected to the LJB&T Club |
| 2001 | Appointed Curator of the Morgane-Jacobs-Glezer marine mammals brain collection |

| 2002 | Named Irving and Dorothy Regenstreif Research Professor of Neuroscience (Neurobiology), Mount Sinai School of Medicine, New York, NY |
| 2006-2008 | Appointed Visiting Professor, Maastricht University, The Netherlands |
| 2008 | James Arthur Lecturer, the American Museum of Natural History, New York, NY |
| 2011 | Elizabeth Dunaway Burnham Visiting Lecturer, Dartmouth University, Dartmouth, NH |
| 2011 | Appointed Adjunct Professor, Ludwig-Maximilians University, Münich, Germany |
| 2011 | Appointed Editor-in-Chief of the Journal of Comparative Neurology |
| 2012 | Appointed to the Board of the Cajal Club, Irvine, CA |
| 2013 | Recipient of the Faculty Council Award for Academic Excellence by a Senior Faculty Member, Icahn School of Medicine at Mount Sinai, New York, NY |
| | Elected Member of the Dana Alliance for Brain Initiatives, New York, NY |

## FUNDING SOURCES

| 1986-1987 | **Center for Medical Research Carlos and Elsie de Reuter Foundation**: *Neurotransmission and epilepsy: cerebral energy metabolism in epileptic mouse mutants*, $25,000 |
| 1987-1988 | **Swiss National Scientific Research Foundation, Young Scientist Fellowship 83.495.0.87**: *Immunohistochemical analysis of neuronal markers in Alzheimer's disease*, $36,000 |
| 1991-1993 | **American Health Assistance Foundation**: *Determinants of cellular vulnerability in Alzheimer's disease* (Co-principal investigator with Dr J.H. Morrison), $100,000 |
| 1991-1994 | **Brookdale National Fellowship Program (Medicine and Science)**: *Quantitative immunohistochemical analysis of neurodegenerative disorders in aging*, $65,000 |
| 1995-1999 | **National Institutes of Health, NIA P50 AG005138 (Alzheimer's Disease Research Center)**: *Cellular and molecular correlates of vulnerability in Alzheimer's disease* (Co-principal investigator with Dr J.H. Morrison), $125,000 |
| 1996-1997 | **Subcontract from George Washington University Medical Center**: *Analysis of neuronal damage related to ischemic surgery*, $6,500 |
| 1996-1998 | **American Health Assistance Foundation (National Glaucoma Research Award)**: *Selective neuronal damage in experimental glaucoma*, $50,000 |
| 1996-1998 | **American Federation for Aging Research**: *Retinal ganglion cell vulnerability in a non-human primate model of glaucoma*, $50,000 |
| 1998-1999 | **National Institutes of Health, NIA P50 AG005138 (Alzheimer's Disease Research Center) Pilot Project**: *Age-related changes in cortical neurons in very old macaque monkeys*, $25,000 |
| 1998-1999 | **The Brookdale Foundation, Advancement in Leadership Program**: *Age-related changes in glutamate receptor proteins in primate neocortex*, $15,000 |
| 1998-1999 | **The Mount Sinai School of Medicine**: *Age-related cortical alterations in great apes*, $25,000 |
| 1998-1999 | **YBM Software Associates and Elsevier Science Publishers**: *Development of virtual mouse brain atlases*, $5,000 |
| 1999-2004 | **National Institutes of Health, NIA P50 AG005138 (Alzheimer's Disease Research Center) Project 2**: *Quantitative indices of neocortical vulnerability in Alzheimer's disease*, $124,000 |
| 1999-2004 | **National Institutes of Health, NIA P01 AG002219 (Clinical and Biological Studies of Early Alzheimer's Disease) Project 5**: *Neurobiological indices of cognitive decline in aging* (Co-principal investigator with Dr J.H. Morrison), $120,000 |
| 1999-2004 | **National Institutes of Health, NIMH P50 MH508911 (Conte Center for the Neuroscience of Mental Disorders)**: *Quantitative morphology core*, $70,000 |

| 2000-2002 | **Howard Hughes Medical Institute/Mount Sinai School of Medicine Pilot Project Grant**: *Mathematical analysis and modeling of dendritic branching and spine distribution as correlates of neural integration and age-related deficits in working memory* (Co-principal investigator with Dr S.L. Wearne), $50,000 |
| 2000-2002 | **National Alzheimer's Coordinating Center**: *Morphometric analyses of neuropathologic lesions in Alzheimer's disease* (Co-principal investigator with Dr D.P. Perl), $90,000 |
| 2001 | **National Institutes of Health, NCRR S10 RR016754**: *Acquisition of a SGI Onyx 3400 supercomputer for data visualization and mathematical modeling* (Co-principal investigator with Dr S.L. Wearne), $500,000 |
| 2002-2004 | **Howard Hughes Medical Institute/Mount Sinai School of Medicine Pilot Project Grant**: *Implementation of segmentation procedures for high field MR imaging in vivo and in vitro* (Co-principal investigator with Dr C.Y. Tang), $50,000 |
| 2002-2004 | **National Institutes of Health, NIMH R21 MH067034**: *Automated neuronal reconstruction from multiphoton images* (Co-principal investigator with Dr S.L. Wearne), $169,500 |
| 2002-2006 | **National Institutes of Health, NIMH P50 MH066392 (Conte Center for the Neuroscience of Mental Disorders) Project 1**: *An investigation of oligodendroglia in schizophrenia*, $149,800 |
| 2004-2009 | **National Institutes of Health, NIMH P50 MH058911 (Conte Center for the Neuroscience of Mental Disorders)**: *Quantitative morphology core*, $85,000 |
| 2004-2009 | **National Institutes of Health, NIA P01 AG002219 (Clinical and Biological Studies of Early Alzheimer's Disease) Project 1**: *Quantitative analysis of microvascular changes in the aging brain*, $144,000 |
| 2005-2008 | **The James S. McDonnell Foundation**: *The neurobiology of social cognition and its disorders* (Co-principal investigator with Dr J.M. Allman), Research Project 22002078, Mount Sinai component, $119,000 |
| 2005-2010 | **National Institutes of Health, NIA P50 AG005138 (Alzheimer's Disease Research Center) Project 1**: *Selective neuronal vulnerability in the development of dementia*, $138,000 |
| 2005-2010 | **National Institutes of Health, NIMH R01 MH071818**: *Development of automated 3D software for dendrite and spine analysis*, $292,000 (Principal investigator 2009-2010) |
| 2007-2012 | **National Institutes of Health, NIMH P50 MH066392 (Conte Center for the Neuroscience of Mental Disorders) Project 1**: *Oligodendrocyte and neuron pathology in cingulate cortex*, $152,000 |
| 2008-2011 | **The Simons Foundation**: *The role of SHANK3 in autism spectrum disorders* (Co-principal investigator with Dr J.D. Buxbaum), Project 2, $75,000 |
| 2009-2011 | **Autism Speaks**: *Neuropathologic correlates of alterations in higher cognitive functions in autism: analysis of cortical regions in the framework of the Autism Brain Atlas Project and the Autism Celloidin Library*, Project ACL 2009, $125,000 |
| 2009 | **National Institutes of Health, NCRR S10 RR025041**: *Acquisition of a 7 T Bruker MR scanner for brain microimaging* (Co-principal investigator with Dr C.Y. Tang), $2,000,000 |
| 2009-2013 | **The James S. McDonnell Foundation**: *The neurobiology of social cognition: evolutionary anatomy and genomics* (Co-principal investigator with Dr J.M. Allman), Research Project 22002078, Mount Sinai component, $125,000 |
| 2010-2011 | **Mount Sinai School of Medicine**: *Modeling cellular determinants of cognitive decline in aging*, $110,000 |
| 2010-2013 | **Australian Research Council**: *New mathematics of fractional diffusion for understanding cognitive impairment at the neuronal level* (Co-principal investigator with Dr B.I. Henry, University of New South Wales, Sydney, |

|  | Australia), Project DP1094680, AUS$100,000 |
|---|---|
| 2010-2015 | **National Institutes of Health, NIA P50 AG005138 (Alzheimer's Disease Research Center) Project 1**: *Alcadein processing and broad endophenotype of γ-secretase dysfunction* (Co-project leader with Drs S. Gandy and D.L. Dickstein; Associate Director with Drs S. Gandy and M. Sano), $138,000 |
| 2010-2015 | **National Institutes of Health, NIA R01 AG035071**: *Modeling cellular determinants of cognitive decline in aging*, $300,000 (Principal Investigator) |
| 2011-2016 | **National Institutes of Health, NIMH R01 MH093725**: *SHANK3 role in autism spectrum disorders*, $300,000 (Co-principal investigator with Drs J.D. Buxbaum and J. Crawley) |
| 2012-2015 | **National Institutes of Health, NIMH R44 MH093011**: *Automated 3D quantitative analysis of dendritic spines imaged with light microscopy*, Mount Sinai component, $150,000 (Phase I), $185,000 (Phase II) |
| 2014-2019 | **The Simons Foundation and Autism Speaks**: *Autism BrainNet, a new brain-banking network to promote autism research* (Principal investigator and Director, Mount Sinai node) $300,000 |
| 2014-2019 | **National Institutes of Health, NIMH R01 MH101584**: *Prefrontal function in the Shank-3-deficient rat: a first rat model for ASD*, $338,000 (Co-principal investigator with Dr J.D. Buxbaum) |
| Pending | **National Institutes of Health, NIA P50 AG005138: (Alzheimer's Disease Research Center)**, *Competitive renewal*, (Associate Director with Drs S. Gandy and M. Sano) $1,500,000 |
| Pending | **National Institutes of Health, NIA T32 AG049688**: *Research training in the neuroscience of aging*, $185,000 (Co-principal investigator with Dr M.G. Baxter) |
| In revision | **National Institutes of Health, NINDS R01 NS083879**: *Development of probabilistic multi-field MRI-based mouse and rat brain atlases*, $110,000 (Mount Sinai component (Co-principal investigator with Drs S.J. Blackband and H. Benveniste) |
| In revision | **National Institutes of Health, NINDS R01 NS086801**: *A low-energy brain blast rat model: functional relevance for PTSD*, $250,000 (Principal investigator) |
| In revision | **National Institutes of Health, NIA P01 AG048819 (Mechanistic investigation of polyphenol bioactivities in Alzheimer's disease) Project 1**: *Preservation of synaptic plasticity and neuronal integrity in models of AD*, $208,600 (Co-project leader with Dr G.M. Pasinetti) |
| In revision | **National Institutes of Health, NIA R01 AG049691**: *Preventing Alzheimer's pathology and memory loss in a preclinical mouse model*, $250,000 (Co-principal investigator with Dr P. Shaw) |
| In revision | **National Institutes of Health, NIA R01 AG049710**: *Neural substrates of cognitive decline and curcumin intervention in aging monkeys*, $450,000 (Co-principal investigator with Dr J.I. Luebke) |
| Submitted | **National Institutes of Health, NIA R01 AG051035**: *Comprehensive molecular characterization of neocortical pyramidal neurons; implications for selective cellular vulnerability in Alzheimer's disease*, $450,000 (Co-principal investigator with Dr D. Meyer) |
| Planned | **National Institutes of Health, NIA/NINDS P01**: *Molecular and MultiOmyx signature of neurodegenerative disorders*, $250,000 (Project leader, Project 1) |
| Planned | **National Institutes of Health, NIMH R01**: *Cortical gradients and age-related changes in neuron numbers and size in autism,* (Co-principal investigator with Dr E. Courchesne) |

## CONSULTING

| | |
|---|---|
| 1997-1998 | Neuroanatomy consultant on the development of a computer-assisted quantitative microscopy tool for biological structure analysis and interactive databasing, YBM Software Associates Inc., San Diego, CA |
| 1997-2000 | Comparative neuroanatomy consultant on a comparative biology of aging resource, Bioqual Inc., Rockville, MD |
| 1998 | Development of an interactive atlas of the mouse brain, Elsevier Science Publishers, Amsterdam, The Netherlands |
| 1998-2000 | Neuroanatomy consultant on a multimedia neuroscience methodology resource, Biosis Inc., Philadelphia, PA |
| 1998-present | Member of the Board of Directors, Cingulum Neurosciences Institute Inc., Syracuse, NY |
| 1999-present | Chairman of the Scientific Advisory Board and Member of the Board of Directors of the Foundation for Conservation and Comparative Biology, Needmore, PA |
| 2001-2004 | Comparative neuroanatomy consultant on a primate molecular genetics resource, Bioqual Inc., Rockville, MD |
| 2001-2012 | Member of the External Advisory Committee, NIH P01 AG00001 (Principal investigator, Dr D.L. Rosene), Boston University, Boston, MA |
| 2001-2006 | Neuroanatomy and microscopy consultant, Neurome Inc., San Diego, CA |
| 2002-2006 | Member of the Scientific Advisory Board, ScienCentral-NSF Public Understanding of Research (PUR) Project, New York, NY |
| 2003-present | Member of the Advisory Board, Human Brain Project, University of Southern California, Los Angeles, CA |
| 2005-2007 | Member of the Program Advisory Committee of Howard University Specialized Neuroscience Research Program, Howard University, Washington, DC |
| 2006-2012 | Member of the External Advisory Board of the Brain Architecture Project, Cold Spring Harbor Laboratory, Cold Spring Harbor, NY |
| 2006-2007 | Member of the Division of Anthropology Visiting Committee, American Museum of Natural History, New York, NY |
| 2007 | Consultant, The Stanley Medical Research Institute, Bethesda, MD |
| 2007-present | Neuroanatomy Consultant, the Allen Institute for Brain Science, Seattle, WA |
| 2007-2013 | Chair of the Advisory Board, Human Brain Mapping Project, the Allen Institute for Brain Science, Seattle, WA |
| 2008 | Consultant, The Alzheimer's Study Group, Washington, DC |
| 2008-2011 | Consultant, LabSuite BrainNavigator Project, Elsevier Science Publishers, Amsterdam, The Netherlands |
| 2008-2012 | Consultant, The Yerkes National Primate Research Center, Atlanta, GA |
| 2009-present | Member, Tissue Advisory Board, Autism Speaks, San Diego, CA |
| 2011-present | Editor-in-Chief, The Journal of Comparative Neurology, Wiley-Liss Publishers, Hoboken, NJ |
| 2012-present | Consultant, MBF Bioscience, Williston, VT |
| 2012 | Consultant, Paul, Weiss, Rifkind, Wharton & Garrison LLP, Washington, DC |
| 2013-2014 | Consultant, Down Syndrome Biobank, DownSyndrome Achieves, Columbus, OH |
| 2013-present | Interim Chair (2013-2014) and Member of the Advisory Board, Human Cell Types Project, the Allen Institute for Brain Science, Seattle, WA |
| 2014-present | Consultant, General Electrics Global Research, Niskayuna, NY |

## SOCIETIES
Society for Neuroscience (USA)
Association for Research in Vision and Ophthalmology (USA)
American Association of Neuropathologists (USA)
American Association of Anatomists (USA)
American Association of Physical Anthropologists (USA)
American Society of Primatologists (USA)
New York Consortium in Evolutionary Primatology (USA)
New York Academy of Sciences (USA)
Society for the Study of Mammalian Evolution (USA)
J.B. Johnston Club (USA)
Cajal Club (USA)
Dana Alliance for Brain Initiatives (USA)
Sigma Xi (USA)
American Association of French Speaking Health Professionals (USA)
Western Pacific Neurological Society (Guam, Mariana Islands)
International Society for Autism Research
International Brain Research Organization
International Society of Neuropathology
International Primatological Society
International Society for Stereology


## PEER-REVIEW ACTIVITIES
• Reviewer for the National Institutes of Health (former Member, Developmental Brain Disorders ZRG1 DBD, Molecular Biology ZRG1 MDCN-L, Brain Disorders and Clinical Neurosciences ZRG1 BDCN-F01; *ad hoc* member Beeson Career Development Awards ZAG1 ZIJ-9, and Loan Repayment Program ZAG1 ZIJ-2, Conflict ZRG1 BDCN-N, Challenge Grant ZRG1 BDCN-T58 Study Sections, and *ad hoc* reviewer, Mental Health and Neurodegenerative Disorders, Molecular Biology and Molecular Neuropharmacology, Director's New Innovator Award Program, and Signaling Study Sections), the National Science Foundation (Sensory Systems, Physical Anthropology, and Instruments and Instrumentation Development Sections), the National Research Council (National Academy of the Sciences of the USA), the Human Frontier Science Program, the Brookdale Foundation, the Larry L. Hillblom Foundation, the Sandoz Foundation for Gerontological Research, the Research into Ageing Programme, the American Federation for Aging Research (Member, National Scientific Advisory Council), the Alzheimer's Association, the Swiss National Scientific Research Foundation, the National Research Foundation of the Republic of South Africa, the City University of New York (Intramural Programs), Vanderbilt University (Diabetes Research Program), Katholieke Universiteit Leuven (Intramural Programs), the Fonds de la Recherche sur la Nature et les Technologies du Québec, and the University of Witwatersrand (Intramural Programs)
• Editor-in-Chief, The Journal of Comparative Neurology (2011-); Interdisciplinary Topics in Gerontology (1999-2010)
• Member of the editorial boards of Brain Structure and Function (Section Editor, Neuroanatomy of Brain Dysfunction, 2007-), Neurobiology of Aging (2001-; Reviewing Editor, Structure, 2014-), Frontiers in Neuroscience (Associate Editor, Frontiers in Neuroanatomy, 2007-; Member, Frontiers in Aging Neuroscience, 2013-), Molecular Autism (2009-; Associate Editor, 2012-), Translational Neuroscience (Senior Advisory Editor, 2009-); Acta Neuropathologica (2006-), Acta Neuropathologica Communications (2013-), Anatomical Record (2010-), Experimental Neurology (2001-), Journal of Chemical Neuroanatomy (2001-; Associate Editor, 2003-2008), Journal of Comparative Neurology (2002-), Neuroscience (2003-); Brain Research

(Senior Editor, Structural Organization of the Brain Section, 2005-2010), Brain Research Reviews (Senior Editor, 2005-2010), Primates (2004-2008)
• Reviewer for the following journals and publishers: Acta Neuropathologica, Acta Neuropathologica Communications, Alzheimer's Disease and Associated Disorders, American Journal of Pathology, American Journal of Primatology, American Journal of Psychiatry, Annals of the New York Academy of Sciences, Anatomy and Embryology, Anatomical Record, Annals of Neurology, Archives of General Psychiatry, Behavioral and Brain Sciences, Biological Psychiatry, BMC Neuroscience, Brain, Brain Behavior and Evolution, Brain Pathology, Brain Research, Brain Research Bulletin, Brain Research Interactive, Brain Research Protocols, Brain Research Reviews, Brain Structure and Function, British Journal of Pharmacology, Cell and Tissue Research, Cell Transplantation, Cerebral Cortex, Developmental Brain Research, Discussions in Neuroscience, European Journal of Neuroscience, Experimental Gerontology, Experimental Neurology, Frontiers in Aging Neuroscience, Frontiers in Neuroanatomy, Hippocampus, Histochemical Journal, Investigative Ophthalmology and Visual Sciences, Journal of Anatomy, Journal of Autism and Developmental Disorders, Journal of Chemical Neuroanatomy, Journal of Cognitive Neuroscience, Journal of Comparative Neurology, Journal of Gerontology, Journal of Histochemistry and Cytochemistry, Journal of Morphology, Journal of Neurobiology, Journal of Neurology, Journal of Neuropathology and Experimental Neurology, Journal of Neuroscience, Journal of Neuroscience Methods, Journal of Neuroscience Research, Molecular Autism, Molecular Psychiatry, Molecular Vision, Nature Neuroscience, Neurobiology of Aging, Neurobiology of Disease, Neurochemical Research, NeuroImage, NeuroMolecular Medicine, Neuron, Neuropathology and Applied Neurobiology, Neuropsychologia, Neuropsychopharmacology, Neuroscience, Neuroscience and Biobehavioral Reviews, Neuroscience Letters, Optometry and Vision Science, PLoS Biology, Primates, Proceedings of the National Academy of Sciences of the USA, Psychiatry Research, Schizophrenia Research and Treatment, Translational Neuroscience, Science, The New Anatomist, The New England Journal of Medicine, Vision Research, Visual Neuroscience; Academic Press, Cambridge University Press, Elsevier Science Publishers, Johns Hopkins University Press, Oxford University Press, Wiley-Blackwell Publishing

## TEACHING AND MENTORING

| | |
|---|---|
| 1982-1987 | Teaching Assistant, Gross Anatomy, Histology, and Neuroanatomy courses, Department of Morphology, University of Geneva, Switzerland |
| 1986-1987 | Lecturer, Pharmacology for dentistry students, Department of Pharmacology, University of Geneva, Switzerland |
| 1990-2012 | Faculty, Brain and Behavior, Neurobiological Methods (1990-1993), Neurobiology of Aging, Molecular Bases of Disease, Neurodevelopment, and Principles of Neurobiology courses; Mount Sinai School of Medicine, New York |
| 1992-1993 | Faculty, Neurobiology course, City University of New York Graduate Center, New York |
| 1992-2003 | Faculty, Neurosciences course, Sophie Davis School of Biomedical Education, City College of the City University of New York, New York |
| 1998-2006 | Course Director, Advanced Neuroanatomy course, Graduate School of Biomedical Sciences at Mount Sinai, New York, USA |
| 1999 | Lecturer, Salk School of Science, New York |
| 2000-2012 | Course Co-Director, Systems Neuroscience (Neuroscience Core I) course, Graduate School of Biomedical Sciences at Mount Sinai, New York, USA |
| 2001 | Co-organizer and Faculty, Neurostereology course, University of Aachen, Germany |
| 2005 | Faculty, Neurostereology course, Maastricht University, The Netherlands |

| 2007-present | Director, Friedman Brain Institute Translational Neuroscience Seminar Series, Icahn School of Medicine at Mount Sinai, New York |
|---|---|
| 2010 | Co-Organizer, Brain Research conference *The Emerging Neuroscience of Autism Spectrum Disorders: Etiologic Insights, Treatment Opportunities*, San Diego |
| 2011 | Faculty, Allen Institute for Brain Science Molecular Neuroanatomy Workshop, Okinawa Institute of Science and Technology, Okinawa, Japan |
| 2011-present | Vice-Chair for Mentoring, Fishberg Department of Neuroscience, Icahn School of Medicine at Mount Sinai, New York |
| 2013-present | Director, Physician Scholars Program, Graduate School of Biomedical Sciences at Mount Sinai, New York, USA |
| 2014-present | Course Co-Director, Evolutionary Neuroscience course, Graduate School of Biomedical Sciences at Mount Sinai, New York, USA |
| | |
| 1990-present | Member of the PhD thesis examination committees of Stephen D. Ginsberg (1993), Steven J. Siegel (1994), Esther A. Nimchinsky (1995), David A. Jaeger (1997), Angela Ho (1998), Geo Serban (2000), Cynthia A. Sailstad (2002), Sara F. Farrell (2003), I-Wei Shu (2004), Christina M. Copland (2005), Tara Lauriat (2007), Jul-Lea Shamy (2007), C. Sehwan Park (2007), Elizabeth Kichula (2008), Erin Rich (2008), Devorah Segal (2008), Deena Goldwater (2008), Yuji Kajiwara (2008), Afia Akram (2010), Patrick Coskren (2011), Xiaosi Gu (2011), Erik Bloss (2011), John Steele IV (2011), Danae Papapetrou (2013), Megan Bailey (2013), Rhonda Charles (2013), Sarah Crowe (2013), Angila Sewal (2013), Neha Uppal (2013), Hannah Brautigam (2013), Noël Warren (2014), Tuyen Nguyen (2012-), and Cheng Jiang (2013-), Icahn School of Medicine at Mount Sinai, New York |
| | Member of the student advisory committees of Esther A. Nimchinsky (1991-1995), Adam H. Gazzaley (1992-1994), Brett M. Morrison (1993-1998), Bindiya Moorjani (1994-1998), Cynthia A. Sailstad (1996-2002), Huiling Duan (1997-2003), Sara F. Farrell  (2000-2003), Tara Lauriat (2001-2007), Joseph R. Ashour (2002-2003), C. Sehwan Park (2002-2007), Doron Kabaso (2002-2007), Elizabeth Watson (2003-2005), Patrick Coskren (2003-2011), Afia Akram (2003-2010), Tony Flores (2004-2005), Jul-Lea Shamy (2004-2007), Elizabeth Kichula (2004-2008), Yuji Kajiwara (2004-2008), Devorah Segal (2004-2008), Erin Rich (2005-2008), Deena Goldwater (2005-2008), Jason Schneiderman (2005-2008), David Carpenter (2005-2008), Ilana Seror (2006-2009), Dani Dumitriu (2006-2010), Minhua Zhang (2007-2009), Steven D. Stockton Jr. (2008-2010), James Reilly (2007-2011), Ittai Bushlin (2008-2010), Jessica Nikitczuk (2008-2011), Megan Bailey (2008-2013), Xiaosi Gu (2009-2011), Erik Bloss (2009-2011), John Steele IV (2009-2011), Danae Papapetrou (2009-2013), Rhonda Charles (2009-2013), Neha Uppal (2009-2013), Hannah Brautigam (2009-2013), Sarah Crowe (2010-2013), Noël Warren (2010-2014), Tuyen Nguyen (2010-), Bridget Marcellino (2011-2012), and Cheng Jiang (2013-), Icahn School of Medicine at Mount Sinai, New York |
| 1991-1995 | Co-Advisor (with Dr J.H. Morrison) of the PhD thesis project of Esther A. Nimchinsky, Mount Sinai School of Medicine, New York |
| 1996-1998 | Advisor of the MA thesis project of Kristen R. Fisher, City University of New York, New York |
| 1997-2003 | Advisor of the PhD thesis project of Huiling Duan, Mount Sinai School of Medicine, New York |
| 1999 | Advisor of the MS thesis project of Nazlie Sadeghi, New York University, New York |

| | |
|---|---|
| 2003-2010 | Co-Advisor (with Dr V. Haroutunian) of the PhD thesis project of Afia Akram, Mount Sinai School of Medicine, New York |
| 2004-2008 | Advisor of the PhD thesis project of Devorah Segal, Mount Sinai School of Medicine, New York |
| 2005-2008 | Mentor of the NRSA Fellowship of Devorah Segal (NIH grant F31 MH082286) |
| 2008-2010 | Advisor of the MS thesis project of Jessica J. Walsh, Mount Sinai School of Medicine, New York |
| 2009-2010 | Advisor of the MS thesis project of Yuan Gao, Mount Sinai School of Medicine, New York |
| 2009-2010 | Advisor of the MS thesis project of Neha Uppal, Mount Sinai School of Medicine, New York |
| 2009-2011 | Co-Advisor (with Dr J. Fan) of the PhD thesis project of Xiaosi Gu, Mount Sinai School of Medicine, New York |
| 2009-2011 | Advisor of the PhD thesis project of Patrick C. Coskren, Mount Sinai School of Medicine, New York |
| 2009-2013 | Co-Advisor (with Dr J.D. Buxbaum) of the PhD thesis project of Danae Papapetrou, Icahn School of Medicine at Mount Sinai, New York |
| 2009-2013 | Co-Advisor (with Dr S. Gandy) of the PhD thesis project of Hannah Brautigam, Icahn School of Medicine at Mount Sinai, New York |
| 2010-2013 | Co-Advisor (with Dr J.D. Buxbaum) of the PhD thesis project of Neha Uppal, Icahn School of Medicine at Mount Sinai, New York |
| 2010-2012 | Co-Advisor (with Dr D.L. Dickstein) of the MS thesis project of Sawitree Fon Kangmuang, Mount Sinai School of Medicine, New York |
| 2011-2014 | Co-Mentor (with Dr S. Gandy) of the NRSA Fellowship of Hannah Brautigam (NIH grant F31 AG039890), Icahn School of Medicine at Mount Sinai, New York |
| 2013-2015 | Advisor of the MS thesis project of Angelique Petropouleas, Icahn School of Medicine at Mount Sinai, New York |
| 2012- | Co-Advisor (with Dr J. Fan) of the PhD thesis project of Tuyen Nguyen, Icahn School of Medicine at Mount Sinai, New York |
| | |
| 1990-1992 | Executive member (rapporteur) of Luc Buée PhD thesis committee, Université des Sciences et Technologies de Lille, France |
| 1999-2000 | Member of the PhD thesis examination committee of Vincent Mittoux, Université Paris XII, France |
| 2000-2003 | Member of the PhD thesis examination committee and co-mentor (with Dr R. Holloway) of Chester C. Sherwood, Department of Anthropology, Columbia University, New York |
| 2003-2008 | Member of the PhD thesis examination committee of Alexandra A. de Souza, Department of Anthropology, George Washington University, Washington, DC |
| 2003-2005 | Member of the PhD thesis examination committee of Bart P.F. Rutten, Department of Psychiatry and Neuropsychology, Maastricht University, The Netherlands |
| 2005-2008 | Member of the PhD thesis examination committee of Pawel Kreczmanski, Department of Psychiatry and Neuropsychology, Maastricht University, The Netherlands |
| 2006-2007 | Examiner of the PhD thesis of Muhammad Spocter, Faculty of Sciences, University of the Witwatersrand, South Africa |
| 2006-2007 | Member of the PhD thesis examination committee of Sandy Jacobs, Department of Biology, Katholieke Universiteit Leuven, Belgium |
| 2006-2009 | Member of the PhD thesis examination committee and co-mentor (with Dr B. Cozzi) of Camilla Butti, Department of Experimental Veterinary Science, University of Padova, Italy |

| | |
|---|---|
| 2010-2014 | Member of the PhD thesis examination committee of Amy L. Bauernfeind, Department of Anthropology, George Washington University, Washington, DC |
| 2012-2014 | Member of the PhD thesis examination committee of Marissa J. Schafer, Department of Basic Medical Science, New York University, New York, NY |
| | |
| 1999-2001 | Mentor of the postdoctoral fellowship of Thierry Bussière, PhD, Mount Sinai School of Medicine, New York |
| 2002-2006 | Mentor of the postdoctoral fellowship of Anne B. Rocher, PhD, Mount Sinai School of Medicine, New York |
| 2003-2004 | Mentor of the postdoctoral fellowship of Claire-Bénédicte Rivara, MD, Mount Sinai School of Medicine, New York |
| 2003-2004 | Supervisor of the visiting fellowship of Armin von Gunten, MD, Mount Sinai School of Medicine, New York, and University of Lausanne, Switzerland |
| 2005-2007 | Supervisor of the visiting fellowship of Estelle Van der Gucht, PhD, Mount Sinai School of Medicine, New York, and Katholieke Universiteit Leuven, Belgium |
| 2005-2007 | Mentor of the postdoctoral fellowship of Dara L. Dickstein, PhD, Mount Sinai School of Medicine, New York |
| 2008-2010 | Mentor of the postdoctoral fellowship of A. Malin Höistad, PhD, Mount Sinai School of Medicine, New York |
| 2009-2011 | Mentor of the postdoctoral fellowship of Micaela Santos, MD, Mount Sinai School of Medicine, New York |
| 2009-2011 | Mentor of the postdoctoral fellowship of Camilla Butti, PhD, Mount Sinai School of Medicine, New York |
| 2009-2012 | Mentor of the postdoctoral fellowship of Aniruddha Yadav, PhD, Mount Sinai School of Medicine, New York |
| 2011 | Supervisor of the research internship of Sarah Jacot-Descombes, MD, Mount Sinai School of Medicine, New York, and University of Geneva, Switzerland |
| 2013-2014 | Co-supervisor (with Dr D.L. Dickstein) of the visiting fellowship of Maciej Lazarczyk, MD, PhD, Icahn School of Medicine at Mount Sinai, New York, and University of Geneva, Switzerland |
| 2013- | Mentor of the postdoctoral fellowship of Timothy Rumbell, PhD, Icahn School of Medicine at Mount Sinai, New York |
| 2014- | Co-mentor (with Dr D.L. Dickstein) of the postdoctoral fellowship of Merina Varghese, PhD, Icahn School of Medicine at Mount Sinai, New York |
| | |
| 1998 | Mentor of the Sigma Xi Fellowship of Kathleen A. O'Donnell (BA student) |
| 1999 | Mentor of the Hartford/AFAR Fellowship of Tanya L. Page (MD student) |
| 2000 | Mentor of the Hartford/AFAR Fellowship of Michael Einstein (MD student) |
| 2001 | Mentor of the Hartford/AFAR Fellowship of Lara Marcuse (MD student) |
| 2001 | Mentor of the Hartford/AFAR Fellowship of Joshua Steinerman (MD student) |
| 2001-2003 | Mentor of the SURP Fellowships of Tony Flores (BS student) |
| 2002 | Mentor of the Samuels/Hartford/AFAR Fellowship of Aisha Macedo (MD student) |
| 2003-2005 | Mentor of the Doris Duke Clinical Research Fellowship and Bristol Myers Squibb Medical Research Fellowship of Thomasina Bailey (MS/MD student) |
| 2003-2004 | Mentor of the Siemens and Intel Projects of Abba and Shoshana Leffler (Bronx High School of Science undergraduate students) |
| 2004 | Mentor of the Hartford/AFAR Fellowship of Melissa Kujawski (MD student) |
| 2005-2006 | Mentor of the Intel Project of Rebecca Chanis (Bronx High School of Science undergraduate student) |
| 2007 | Mentor of the SURP Fellowship of Hannah Brautigam (BS student) |
| 2008 | Mentor of the SURP Fellowship of Zoe Evans (BS student) |

| | |
|---|---|
| 2008-2009 | Mentor of the Biomedical Sciences Exchange Program Fellowship of Alexander Kern (MD student, Johann Wolfgang Goethe University, Frankfurt, Germany) |
| 2009-2010 | Mentor of the Doris Duke Clinical Research Fellowship of Elizabeth Schwartz (MS/MD student) |
| 2011-2012 | Co-Mentor (with Dr D.L. Dickstein) of the MS internship of Julia Kemmler from the University of Konstanz, Germany |
| 2012 | Mentor of the SURP Fellowship of Mengxi Shi (BS student) |
| 2014 | Mentor of the research internship of Julian Knopf (MD student, Johann Wolfgang Goethe University, Frankfurt, Germany) |

## LECTURES AND SEMINARS

| | |
|---|---|
| 1985 | Department of Pharmacology, University of Geneva, Switzerland |
| 1987 | Department of Pharmacology, University of Geneva, Switzerland |
| 1989 | Department of Pharmacology, University of Geneva, Switzerland |
| | Department of Psychiatry, University of Geneva, Switzerland |
| | Division of Preclinical Neuroscience and Endocrinology, Research Institute of Scripps Clinic, La Jolla, CA |
| | Institute of Anatomy, University of Lausanne, Switzerland |
| | Institute of Physiology, University of Fribourg, Switzerland |
| | Scripps Research Institute, La Jolla, CA |
| 1990 | Institute of Neurobiology Santiago Ramón y Cajal, Madrid, Spain |
| | Department of Psychiatry, Mount Sinai Hospital, New York, NY |
| | Institute of Histology, University of Fribourg, Switzerland |
| 1991 | Department of Pharmacology, University of Geneva, Switzerland |
| | Department of Psychiatry, University of Geneva, Switzerland |
| | Glaxo Institute for Molecular Biology, Geneva, Switzerland |
| | The Brookdale Foundation, New York, NY |
| | Department of Geriatrics, Mount Sinai Hospital, New York, NY |
| | Annual Workshop of the School of Pharmacy, University of Lausanne, Switzerland |
| 1992 | Swiss Society for Biological Psychiatry, Zürich, Switzerland |
| | Conference on Neurodegenerative Disorders in the Western Pacific Region, Guam |
| | Glaxo Institute for Molecular Biology, Geneva, Switzerland |
| | The Brookdale Foundation, New York, NY |
| | Fishberg Research Center for Neurobiology, Mount Sinai School of Medicine, New York, NY |
| | Institute of Histology and Society of Medicine, University of Fribourg, Switzerland |
| | Department of Physiology and Pharmacology, Bowman-Gray School of Medicine, Winston-Salem, NC |
| 1993 | Department of Geriatrics, Mount Sinai Hospital, New York, NY |
| | The Brookdale Foundation, New York, NY |
| | Institute of Histology, University of Fribourg, Switzerland |
| 1994 | The Brookdale Foundation, New York, NY |
| | Department of Geriatrics, Mount Sinai Hospital, New York, NY |
| | School of Journalism, Columbia University, New York, NY |
| | Third Lille Neuroscience Workshop, Lille, France |
| 1995 | Department of Neurology, Mount Sinai Hospital, New York, NY |
| | The Brookdale Foundation, New York, USA |
| | Human Brain Project Spring Conference, NIH, Bethesda, USA |
| | The Institute of Ophthalmology, London University, London, UK |
| 1996 | Department of Psychiatry, University of Geneva, Switzerland |

Human Brain Project Spring Conference, NIH, Bethesda, MD
IPSEN Foundation, Paris, France
INSERM U422, Lille, France
Department of Neurology, Mount Sinai Hospital, New York, NY
Institute of Cell Biology and Morphology, University of Lausanne, Switzerland
1997    FASEB Annual Meeting, New Orleans, LA
Society of Neuroscientists of Africa Conference, Capetown, Republic of South Africa
European Congress of the World Psychiatric Association, Geneva, Switzerland
Department of Geriatrics, Mount Sinai Hospital, New York, NY
Department of Geriatrics, University of Geneva, Switzerland
1998    Department of Physiology and Biophysics, State University of New York, Buffalo, NY
Age-Related Neurobehavioral Research Workshop, NIH, Bethesda, MD
14th Annual Alzheimer's Disease Symposium, Gatlinburg, TN
American Society of Primatologists, Georgetown, MD
Society for Neuroscience 1998 Short Course, Los Angeles, CA
Conference on Age-Related Neurodegenerative Disorders in Micronesia, Guam
1999    Bioqual Inc., Rockville, MD
Yerkes Primate Research Center, Atlanta, GA
Mayo Clinic Jacksonville, Jacksonville, FL
Vogt-Brodmann Symposium on Brain Mapping, Düsseldorf-Jülich, Germany
American Society of Primatologists, New Orleans, LA
J.B. Johnston Club and Karger Workshop on Brain Evolution, Miami Beach, FL
Division of Experimental Diabetes and Aging, Mount Sinai School of Medicine,
  New York, NY
2000    Foundation for Conservation and Comparative Biology, Frostburg, MD
Department of Anesthesiology, University of Maryland, Baltimore, MD
Department of Neurology, Mount Sinai Hospital, New York, NY
Département de Recherche Médicale, Service Hospitalier Frédéric Joliot, Orsay,
  France
Department of Psychiatry, University of Geneva, Switzerland
Department of Biology and Anatomical Sciences, City University of New York,
  New York, NY
6th Annual Stereology Workshop, New Orleans, LA
Courant Institute for Mathematics, New York University, New York, NY
COE International Symposium on Primate Development and Aging, Kyoto University
  Primate Research Center, Inuyama, Japan
2001    18th Congress of the International Primatological Society, Adelaide, Australia
9th IBC International Conference on Alzheimer's Disease, Atlanta, GA
Sackler Institute for Developmental Psychobiology, Cornell University School of
  Medicine, and Rockefeller University, New York, NY
8th Annual Meeting of the Cognitive Neuroscience Society, New York, NY
Foundation for Conservation and Comparative Biology, Blacksburg, VA
Department of Neurology, University of Aachen, Germany
Cajal Club Meeting, Instituto Cajal, Madrid, Spain
30th Annual Meeting of the American Aging Association, Madison, WI
California Institute of Technology, Pasadena, CA
Department of Anatomy and Neurobiology, Boston University, Boston, MA
2002    Brain Awareness Week Lecture, Department of Psychiatry and Behavioural Neuro-
  sciences, McMaster University, Hamilton, ON, Canada
Department of Molecular Biology, Princeton University, Princeton, NJ
Cajal Club Meeting, Presidential Symposium, New Orleans, LA
LOH Conference on Origins of Humans, La Jolla, CA

| 2003 | International Conference on Schizophrenia Research, Colorado Springs, CO |
|------|---|

2003    International Conference on Schizophrenia Research, Colorado Springs, CO
        Sanders-Brown Research Center on Aging, University of Kentucky, Lexington, KY
        Annual Meeting of the Federation of American Societies of Experimental Biology,
          San Diego, CA
        Translational Neuroscience Interdepartmental Seminar, Mount Sinai School of
          Medicine, New York, NY
        Committee of 1000, Mount Sinai School of Medicine, New York, NY
        Alzheimer's Association Zenith Award Meeting, Mount Sinai School of Medicine, New
          York, NY
2004    Department of Psychiatry, Mount Sinai School of Medicine, New York, NY
        Cold Spring Harbor Laboratory, Cold Spring Harbor, NY
        Brookhaven National Laboratory, Upton, NY
2005    Yerkes National Primate Research Center, Emory University, Atlanta, GA
        Center for Brain Health, New York University, New York, NY
        Annual Meeting of the Federation of American Societies of Experimental Biology,
          San Diego, CA
        EURON Neurostereology Meeting and Training Course, Maastricht, The Netherlands
        Annual Meeting of the Society of Biological Psychiatry, Atlanta, GA
2006    5th Dutch Endo-Neuro-Psycho Meeting, Doorwerth, The Netherlands
        California Institute of Technology, Pasadena, CA
        Sackler Colloquia of the National Academy of Sciences, Beckman Center, Irvine, CA
2007    31st Winter Conference on the Neurobiology of Learning and Memory, Park City, UT
        Allen Institute for Brain Science, Seattle, WA
        Center for Molecular and Behavioral Neuroscience, Rutgers University, Newark, NJ
        Barrow Neurological Institute, Phoenix, AZ
        Department of Experimental Veterinary Medicine, University of Padova, Italy
        James S. McDonnell Foundation Network Meeting, San Francisco, CA
        The Stanley Medical Research Institute, Bethesda, MD
2008    32nd Winter Conference on the Neurobiology of Learning and Memory, Park City, UT
        The American Museum of Natural History, James Arthur Lecture on Human Brain
          Evolution, New York, NY
        Department of Neurobiology, Yale University, New Haven, CT
        New York State Institute for Brain Research, Staten Island, NY
2009    Advances in Autism Conference, Mount Sinai School of Medicine, New York, NY
        Therapeutics for Cognitive Aging Symposium, New York Academy of Sciences, New
          York, NY
        32nd Annual Meeting of the American Society of Primatologists, San Diego, CA
        Department of Neuroscience, Mount Sinai School of Medicine, New York, NY
2010    Amicus Neuroscience, La Jolla, CA
        Department of Surgery Grand Rounds, Mount Sinai School of Medicine, New York, NY
        Department of Psychiatry, Mount Sinai School of Medicine, New York, NY
        Nathan Kline Institute, New York University, Orangeburg, NY
        Brain Aging Training Program, University of California San Diego, La Jolla, CA
        World Science Festival, New York, NY
        Welker Memorial Symposium on Neurobehavioral Evolution, National Museum of
          Health and Medicine, Washington, DC
        Scientific Computing and Imaging Institute, University of Utah, Salt Lake City, UT
        Seattle Children's Research Institute, Seattle, WA
        Brain Research Meeting on the Emerging Neuroscience of Autism Spectrum Disorders,
          San Diego, CA
        Department of Anatomy, Ludwig-Maximillians-University, München, Germany
        Children's Environmental Health Center, Mount Sinai Medical Center, New York, NY

| | |
|---|---|
| 2011 | New York State Autism Consortium Meeting, IBR, Staten Island, NY |
| | Department of Physiology and Neurobiology, Dartmouth University, Dartmouth, NH |
| | Department of Psychiatry, Mount Sinai School of Medicine, New York, NY |
| | Cold Spring Harbor Laboratory, Cold Spring Harbor, NY |
| | Okinawa Institute of Science and Technology, Okinawa, Japan |
| | International Conference on Familial Dysautonomia, New York, NY |
| 2012 | Department of Neuroscience, Mount Sinai School of Medicine, New York, NY |
| | Campaign for Mount Sinai, West Palm Beach, FL |
| | American Association of French Speaking Health Professionals, New York, NY |
| | Alzheimer's Disease and Neurodegenerative Disorders Group, Mount Sinai School of Medicine, New York, NY |
| 2013 | Department of Mental Health and Psychiatry, University of Geneva School of Medicine, Geneva, Switzerland |
| | 32nd Annual Meeting of the J.B. Johnston Club, San Diego, CA |
| | DownSyndromeAchieves Foundation, Columbus, OH |
| | Symposium Constantin Bouras, University of Geneva, Geneva, Switzerland |
| 2014 | International Meeting for Autism Research, Atlanta, GA |
| | General Electric Global Research Center, Niskayuna, NY |
| | Healthymagination Media Track, General Electric Global Research Center, Niskayuna, NY |
| | Summit on Human Evolution, The Paul G. Allen Family Foundation, Seattle, WA |

## MEETINGS AND CONFERENCES

| | |
|---|---|
| 1985 | 3rd Symposium on VIP and related peptides, Cap d'Agde, France |
| | 17th Annual Meeting of the Union of the Swiss Societies for Experimental Biology, Geneva, Switzerland |
| 1986 | 18th Annual Meeting of the Union of the Swiss Societies for Experimental Biology, Basel, Switzerland |
| | 4th Study Group of the Foundation for the Study of the Nervous System, Geneva, Switzerland |
| | 16th Annual Meeting of the Society for Neuroscience, Washington, DC |
| 1987 | 19th Annual Meeting of the Union of the Swiss Societies for Experimental Biology, Lausanne, Switzerland |
| | 5th Study Group of the Foundation for the Study of the Nervous System, Geneva, Switzerland |
| | 2nd World Congress of Neuroscience, Budapest, Hungary |
| | 17th Annual Meeting of the Society for Neuroscience, New Orleans, LA |
| 1988 | 6th Study Group of the Foundation for the Study of the Nervous System, Geneva, Switzerland |
| | 18th Annual Meeting of the Society for Neuroscience, Toronto, Canada |
| 1989 | Annual meeting of the Swiss Society for Biological Psychiatry, Geneva, Switzerland |
| | 7th Study Group of the Foundation for the Study of the Nervous System, Geneva, 114th Annual Meeting of the American Neurological Association, New Orleans, LA Switzerland |
| | 19th Annual Meeting of the Society for Neuroscience, Phoenix, AZ |
| 1990 | 1st Annual Neurocircuitry Database Workshop, La Jolla, CA |
| | 20th Annual Meeting of the Society for Neuroscience, St Louis, MO |
| 1991 | The Brookdale Foundation Annual Retreat, Garden City, NY |
| | 67th Annual Meeting of the American Association of Neuropathologists, Baltimore, MD |
| | 21st Annual Meeting of the Society for Neuroscience, New Orleans, LA |
| 1992 | Conference on Neurodegenerative Disorders in the Western Pacific Region, Agaña, Guam |

The Brookdale Foundation Annual Retreat, Garden City, NY
68th Annual Meeting of the American Association of Neuropathologists, St Louis, MO
22nd Annual Meeting of the Society for Neuroscience, Anaheim, CA
1993   The Brookdale Foundation Annual Retreat, Garden City, NY
23rd Annual Meeting of the Society for Neuroscience, Washington, DC
1994   The Brookdale Foundation Annual Retreat, Garden City, NY
Annual Meeting of the Association for Research in Vision and Ophthalmology,
   Sarasota, FL
3rd Lille Neuroscience Workshop, Lille, France
24th Annual Meeting of the Society for Neuroscience, Miami Beach, FL
1995   The Brookdale Foundation Annual Retreat, Garden City, NY
15th Washington International Spring Symposium, Washington, DC
Annual Meeting of the Association for Research in Vision and Ophthalmology,
   Fort Lauderdale, FL
2nd Annual Spring Meeting of the Human Brain Project, NIH, Bethesda, MD
25th Annual Meeting of the Society for Neuroscience, San Diego, CA
1996   The Brookdale Foundation Annual Retreat, Teaneck, NJ
3rd Annual Spring Meeting of the Human Brain Project, NIH, Bethesda, MD
12th Colloque Médecine et Recherche, Fondation IPSEN, Paris, France
26th Annual Meeting of the Society for Neuroscience, Washington, DC
1997   Annual Meeting of the Federation of American Societies of Experimental Biology,
   New Orleans, LA
The Brookdale Foundation Annual Retreat, Teaneck, NJ
3rd International Conference of the Society of Neuroscientists of Africa, Capetown
   South Africa
European Congress of the World Psychiatric Association, Geneva, Switzerland
4th Annual Spring Meeting of the Human Brain Project, NIH, Bethesda, MD
27th Annual Meeting of the Society for Neuroscience, New Orleans, LA
1998   Annual Meeting of the Federation of American Societies of Experimental Biology,
   San Francisco, CA
The Brookdale Foundation Annual Retreat, Teaneck, NJ
5th Annual Spring Meeting of the Human Brain Project, NIH, Bethesda, MD
Age-Related Neurobehavioral Research Workshop, NIH, Bethesda, MD
14th Annual Alzheimer's Disease Symposium, University of Tennessee, Gatlinburg, TN
21st Annual Meeting of the American Society of Primatologists, Georgetown, MD
28th Annual Meeting of the Society for Neuroscience, Los Angeles, CA
Conference on Age-Related Neurodegenerative Disorders in Micronesia, Guam
1999   Annual Meeting of the American Foundation for Aging Research, Santa Barbara, CA
Vogt-Brodmann Symposium on Brain Mapping, Düsseldorf-Jülich, Germany
22nd Annual Meeting of the American Society of Primatologists, New Orleans, LA
The Brookdale Foundation Annual Retreat, Glen Cove, NY
19th Annual Meeting of the J.B. Johnston Club, Miami Beach, FL
11th Karger Workshop on Brain Evolution, Miami Beach, FL
29th Annual Meeting of the Society for Neuroscience, Miami Beach, FL
2000   Meeting of the Foundation for Conservation and Comparative Biology, Frostburg, MD
The Brookdale Foundation Annual Retreat, New York, NY
23rd Annual Meeting of the American Society of Primatologists, Boulder, CO
6th Annual Stereology Workshop, New Orleans, LA
30th Annual Meeting of the Society for Neuroscience, New Orleans, LA
COE International Symposium on Primate Development and Aging, Inuyama, Japan
2001   18th Congress of the International Primatological Society, Adelaide, Australia
9th IBC International Conference on Alzheimer's Disease, Atlanta, GA

8th Annual Meeting of the Cognitive Neuroscience Society, New York, NY
Foundation for Conservation and Comparative Biology, Blacksburg, NY
1st German-US Neurostereology Meeting and Training Course, Aachen, Germany
Cajal Club Meeting, Instituto Cajal, Madrid, Spain
30th Annual Meeting of the American Aging Association, Madison, WI
24th Annual Meeting of the American Society of Primatologists, Savannah, GA
The Brookdale Foundation Annual Retreat, Mahwah, NJ
31st Annual Meeting of the Society for Neuroscience, San Diego, CA
2002    Annual Meeting of the Federation of American Societies of Experimental Biology,
          New Orleans, LA
        The Brookdale Foundation Annual Retreat, New York, NY
        25th Annual Meeting of the American Society of Primatologists, Oklahoma City, OK
        32nd Annual Meeting of the Society for Neuroscience, Orlando, FL
        LOH Conference on Origins of Humans, La Jolla, CA
2003    International Conference on Schizophrenia Research, Colorado Springs, CO
        Annual Meeting of the Federation of American Societies of Experimental Biology,
          San Diego, CA
        The Brookdale Foundation Annual Retreat, New York, NY
        33rd Annual Meeting of the Society for Neuroscience, New Orleans, LA
2004    Annual Meeting of the Society of Biological Psychiatry, New York, NY
        34th Annual Meeting of the Society for Neuroscience, San Diego, CA
        Cold Spring Harbor Laboratory Meeting on Brain Architecture, Cold Spring Harbor, NY
2005    Annual Meeting of the Federation of American Societies of Experimental Biology,
          San Diego, CA
        James S. McDonnell Foundation Network Meeting, Washington, DC
        EURON Neurostereology Meeting and Training Course, Maastricht, The Netherlands
        Annual Meeting of the Society of Biological Psychiatry, Atlanta, GA
        35th Annual Meeting of the Society for Neuroscience, Washington, DC
2006    James S. McDonnell Foundation Network Meeting, Pasadena, CA
        5th Dutch Endo-Neuro-Psycho Meeting, Doorwerth, The Netherlands
        36th Annual Meeting of the Society for Neuroscience, Atlanta, GA
        Sackler Colloquia of the National Academy of Sciences, Beckman Center, Irvine, CA
2007    31st Winter Conference on the Neurobiology of Learning and Memory, Park City, UT
        James S. McDonnell Foundation Network Meetings, Washington, DC; San Francisco, CA
        Alzheimer's Disease Center Directors Meeting, Boston, MA
        37th Annual Meeting of the Society for Neuroscience, San Diego, CA
        Brain Collection Advisory Meeting, Stanley Medical Research Institute, Bethesda, MD
2008    32nd Winter Conference on the Neurobiology of Learning and Memory, Park City, UT
        James S. McDonnell Foundation Network Meeting, Washington, DC
        6th Federation of European Neuroscience Societies Forum, Geneva, Switzerland
        38th Annual Meeting of the Society for Neuroscience, Washington, DC
2009    33rd Winter Conference on the Neurobiology of Learning and Memory, Park City, UT
        Advances in Autism Conference, Mount Sinai School of Medicine, New York, NY
        Therapeutics for Cognitive Aging Symposium, New York Academy of Sciences, New
          York, NY
        James S. McDonnell Foundation Network Meeting, San Francisco, CA
        32nd Annual Meeting of the American Society of Primatologists, San Diego, CA
        39th Annual Meeting of the Society for Neuroscience, Chicago, IL
        CARTA Hominid Sample Research Resources Workshop, Salk Institute, La Jolla, CA
2010    34th Winter Conference on the Neurobiology of Learning and Memory, Park City, UT
        James S. McDonnell Foundation Network Meeting, Washington, DC
        World Science Festival, New York, NY

Welker Memorial Symposium on Neurobehavioral Evolution, National Museum of
  Health and Medicine, Washington, DC
Annual Meeting of the Cajal Club, Seattle, WA
Brain Research Meeting on the Emerging Neuroscience of Autism Spectrum Disorders,
  San Diego, CA
40th Annual Meeting of the Society for Neuroscience, San Diego, CA
Children's Environmental Health Center Scientific Workshop on Autism and Learning
  Disabilities, Mount Sinai Medical Center, New York, NY
2011   35th Winter Conference on the Neurobiology of Learning and Memory, Park City, UT
1st International Phelan-McDermid Syndrome Conference, New York, NY
New York State Autism Consortium Meeting, IBR, Staten Island, NY
James S. McDonnell Foundation Network Meeting, Washington, DC
Molecular Neuroanatomy Workshop, Okinawa Institute of Science and Technology,
  Okinawa, Japan
International Conference on Familial Dysautonomia, New York, NY
41st Annual Meeting of the Society for Neuroscience, Washington, DC
2012   36th Winter Conference on the Neurobiology of Learning and Memory, Park City, UT
Campaign for Mount Sinai, West Palm Beach, FL
James S. McDonnell Foundation Network Meeting, Washington, DC
Autism Speaks Brain Banking Workshops, Princeton, NJ; New York, NY
42nd Annual Meeting of the Society for Neuroscience, New Orleans, LA
2013   37th Winter Conference on the Neurobiology of Learning and Memory, Park City, UT
Autism Speaks Brain Banking Workshop, New York, NY
32nd Annual Meeting of the J.B. Johnston Club, San Diego, CA
24th Karger Workshop on Brain Evolution, San Diego, CA
43rd Annual Meeting of the Society for Neuroscience, San Diego, CA
Symposium Constantin Bouras, University of Geneva, Geneva, Switzerland
DownSyndromeAchieves Foundation Workshop, Columbus, OH
Autism BrainNet Workshop, Sacramento, CA
2014   International Meeting for Autism Research, Atlanta, GA
Autism BrainNet Workshop, Dallas, TX; New York, NY
Healthymagination Advisory Board Meeting and Media Track, General Electric Global
  Research Center, Niskayuna, NY
Summit on Human Evolution, The Paul G. Allen Family Foundation, Seattle, WA
44rd Annual Meeting of the Society for Neuroscience, Washington, DC


# COLLABORATIONS

California Institute of Technology, Division of Biology, Pasadena, CA (Dr J.M. Allman)
-Cellular basis, evolution, and pathology of social knowledge and emotions

University of Utah, Center for Integrated Neuroscience and Human Behavior, Salt Lake City, UT
 (Dr J.R. Korenberg)
-Morphometry and connectivity of mouse models of mental retardation

Allen Institute for Brain Science, Seattle, WA (Dr E.S. Lein, Dr M.J. Hawrylycz, Dr J.G.
 Hohmann, Dr H. Zeng, Dr A.J. Guillozet-Bongaarts, Dr C. Koch, Dr A.R. Jones)
-Gene expression mapping in the human brain

MBF Bioscience, Williston, VT (Dr J. Glaser); Ludwig-Maximillians University, Department of
Anatomy, München, Germany (Dr C. Schmitz)

-Stereologic analyses in schizophrenia and autism
-Development of automatized stereology and high-resolution microscopy tools

University of California San Diego, Department of Neuroscience, La Jolla, CA (Dr E. Koo, Dr E. Masliah)
-Amyloid precursor protein role in neuronal plasticity
-Synucleins effects on basal ganglia circuits

University of California Davis, MIND Institute, Sacramento, CA (Dr C.M. Schumann, Dr D.G. Amaral); Universtity of Texas Southwerstern, Department of Psychiatry, Dallas, TX (Dr C.L. Tamminga); Beth Israel Deaconess Medical Center, Department of Pathology, Boston, MA (Dr M. Anderson); Autism Speaks, San Diego, CA (Dr J. Pickett)
-Development of Autism BrainNet, a brain-banking network for autism spectrum disorders

Barrows Neurological Institute, Phoenix, AZ (Dr A.D. Craig)
-Comparative anatomy of the thalamus and pain systems in primates

Colorado College, Department of Psychology, Colorado Springs, CO (Dr B. Jacobs)
-Quantitative and comparative Golgi analysis of cortical evolution in mammals

Yale University, Department of Neurobiology, New Haven, CT (Dr N. Sestan)
-Phylogenetic and molecular mechanisms of neocortical development and laminar specification

Princeton University, Department of Molecular Biology, Princeton, NJ (Dr S.S.H. Wang);
-Engineering principles and mammalian brain phylogeny
-Theoretical approaches of neural wiring in the mammalian neocortex

George Washington University, Department of Anthropology, Washington, DC (Dr C.C. Sherwood)
-Cortical organization, brain aging, neuropathology, and neurogenetics in great apes
-Quantitative analysis of hemispheric lateralization in primates
-Morphomolecular evolution of neural systems in the mammalian cerebral cortex

New York University, Department of Neurology, New York, NY (Dr H. Kaufmann, Dr F. Axelrod)
-Neuropathology of familial dysautonomia

Queens College, Department of Psychology (Dr J. Fan)
-Functional brain imaging of empathy networks

General Electric Global Research Center, Niskayuna, NY (Dr D. Meyer, Dr N. Ishaque)
-Connectomics and transcriptomics of vulnerable neurons in dementia

Boston University, Department of Neurobiology and Anatomy, Boston, MA (Dr J.I. Luebke); Franklin and Marshall College, Department of Mathematics, Lancaster, PA (Dr C.M. Weaver); University of New South Wales, School of Mathematics, Sydney, Australia (Dr B.I. Henry)
-Development of automatic tools for neuron reconstruction and visualization
-Sensitivity analysis of functionally characterized neocortical neurons

Uniformed Service School of Medicine, Department of Pathology, Bethesda, MD (Dr D.P. Perl)
-Quantitative analysis and clinical correlations of cases of Guamanian ALS/PD complex
-Stereologic investigations in the context of a human brain bank
-Neuropathology of brain trauma in Uniformed Service veterans

Icahn School of Medicine at Mount Sinai, Department of Neuroscience, NY (Dr J.H. Morrison)
-Stereologic analysis of brain aging in primates
-Quantitative analysis of the neurochemical phenotype of corticocortical connections in primates

Icahn School of Medicine at Mount Sinai, Department of Psychiatry, NY (Dr S. Gandy, Dr D.L. Dickstein, Dr M. Sano, Dr V. Haroutunian, Dr J. Buxbaum, Dr N.K. Robakis, Dr K.L. Davis, Dr G. Elder, Dr G.M. Pasinetti, Dr M. Gama Sosa, Dr J. Fan)
-Neuropathologic quantitative investigations of chronic schizophrenia and autism
-Neuropathologic quantitative investigations of Alzheimer's disease and aging
-Neuropathology of traumatic brain injury and chronic traumatic encephalopathy
-MRI, fMRI, and DTI investigations in cortical networks in autism, schizophrenia, and dementia

Icahn School of Medicine at Mount Sinai, Department of Radiology, NY (Dr T.P. Naidich, Dr C.Y. Tang)
-Comparative MRI and DTI analysis of vertebrate brain organization
-MicroMRI analysis of cytoarchitecture in the human cerebral cortex
-MicroMRI analysis of pathologic changes in transgenic mouse models of Alzheimer's disease

Icahn School of Medicine at Mount Sinai, Center for Anatomy and Functional Morphology, NY (Dr J.S. Reidenberg); Emory University, Program in Neuroscience, Atlanta, GA (Dr L. Marino); National Marine Mammals Preservation Foundation, San Diego, CA (Dr S. Ridgway); Mystic Aquarium, Mystic, RI (Dr G. Sirpenski)
-Comparative morphologic analysis of the central nervous system of marine mammals

Katholieke Universteit Leuven, Department of Biology, Leuven, Belgium (Dr L. Arckens); Monash University, Department of Regenerative Medicine, Victoria, Australia (Dr J. Bourne)
-Spatial and cellular organization of the visual thalamus in macaque monkeys

Linköping University, Department of Chemistry, Linköping, Sweden (Dr K.P.R. Nilsson); Charité University, Department of Neuropathology, Berlin, Germany (Dr F.L. Heppner); Mount Sinai School fo Medicine, Department of Neurology, New York, NY (Dr S. Gandy)
-Optical imaging of protein aggregates using luminescent conjugated polythiophenes

Karolinska Institutet, Department of Neuroscience, Stockholm, Sweden (Dr G. Innocenti); Warneford Hospital, Department of Psychiatry, Oxford, UK (Dr T.J. Crow, Dr S. Chance); Royal Museum of Central Africa, Tervuren, Belgium  (Dr E.P.E. Gilissen); Max Planck Institute for Brain Research, Department of Neurophysiology, Frankfurt, Germany (Dr R.A.W. Galuske); Max Planck Institute, Laboratory of Computational Biology, Shangai, China (Dr P. Khaitovich)
-Comparative study of primate brain aging and allometry of the neocortex
-Callosal connections and cortical architecture in primate evolution

J.W. Goethe Universität, Department of Anatomy III, Frankfurt, Germany (Dr H.H.A. Oelschläger); University of Padova, Department of Experimental Veterinary Science, Padova, Italy (Dr B. Cozzi)
-Immunohistochemistry and stereology of the odontocete neocortex

University of the Witwatersrand, Department of Anatomical Sciences, South Africa
(Dr P.R. Manger)
-Comparative and quantitative neuroanatomy of large African mammals
-Comparative and quantitative neuroanatomy of cetaceans

Croatian Institute for Brain Research, Zagreb, Croatia (Dr G. Simic)
-Quantitative neuropathology and molecular markers of brain degenerative disorders

University of Geneva School of Medicine, Department of Mental Health (Dr P. Giannakopoulos,
Dr C. Bouras, Dr E. Kövari), and Geriatrics Hospital, Geneva, Switzerland (Dr G. Gold)
-Comparative neuropathological analysis of dementing disorders
-Quantitative analysis and clinicopathological correlations of normal brain aging
-Analysis of the brain microvasculature in aging and dementia
-Analysis of centenarians and atypical dementia


# LIST OF PUBLICATIONS

## THESIS
Medical Doctorate (Advisors, Profs P.J. Magistretti and †R.W. Straub):
Medical Thesis No. 7097, University of Geneva School of Medicine, Geneva, Switzerland
"*Aspects de la régulation du métabolisme énergétique dans le cortex cérébral de la souris normale et épileptique*" (Regulatory aspects of energy metabolism in the cerebral cortex of normal and epileptic mice), in French, *viii* + 146 pp., SRO-Kündig, Geneva, 1987.

## ARTICLES (peer-reviewed)
1. Schorderet M., Hof P., Magistretti P.J. (1984) The effect of VIP on cyclic-AMP and glycogen levels in vertebrate retina. *Peptides* **5**, 295-298.

2. Magistretti P.J., Hof P., Schorderet M. (1984) The increase in cyclic-AMP levels elicited by vasoactive intestinal peptide (VIP) in mouse cerebral cortical slices is potentiated by ergot alkaloids. *Neurochem. Int.* **6**, 751-753.

3. Ofori S., Bretton C., Hof P., Schorderet M. (1986) Investigation of dopamine content, synthesis and release in rabbit retina in vitro. Part I: Effects of dopamine precursors, reserpine, amphetamine, L-dopa decarboxylase- and monoamine oxidase-inhibitors. *J. Neurochem.* **47**, 1199-1206.

4. Magistretti P.J., Hof P.R., Martin J.L. (1986) Adenosine stimulates glycogenolysis in mouse cerebral cortical slices: a possible coupling mechanism between neuronal activity and energy metabolism. *J. Neurosci.* **6**, 2558-2562.

5. Magistretti P.J., Hof P.R., Celio M.R. (1987) Noradrenergic sub-sensitivity in the cerebral cortex of the *tottering* mouse, a spontaneously epileptic mutant. *Brain Res.* **403**, 181-185.

6. Martin J.L., Dietl M.M., Hof P.R., Palacios J.M., Magistretti P.J. (1987) Autoradiographic mapping of (mono($^{125}$I) iodo-Tyr$^{10}$, MetO$^{17}$)-vasoactive intestinal peptide binding sites in the rat brain. *Neuroscience* **23**, 539-565.

7. Hof P.R., Pascale E., Magistretti P.J. (1988) K$^+$ at concentrations reached in the extracellular space during neuronal activity promotes a Ca$^{2+}$-dependent glycogen hydrolysis in mouse cerebral cortex. *J. Neurosci.* **8**, 1922-1928.

8.  Magistretti P.J., Hof P.R., Martin J.L., Dietl M.M., Palacios J.M. (1988) High and low affinity binding sites for vasoactive intestinal peptide (VIP) in the rat kidney revealed by light microscopic autoradiography. *Regul. Peptides* **23**, 145-152.

9.  Hof P.R., Celio M.R., Magistretti P.J. (1989) Age-dependent supersensitivity to the glycogenolytic effect of K$^+$ in the cerebral cortex of the spontaneously epileptic mouse mutant *quaking. Dev. Brain Res.* **46**, 107-113.

10. Hof P.R., Bouras C., Constantinidis J., Morrison J.H. (1989) Balint's syndrome in Alzheimer's disease: specific disruption of the occipito-parietal visual pathway. *Brain Res*. **493**, 368-375.

11. Hof P.R., Bouras C., Constantinidis J., Morrison J.H. (1990) Selective disconnection of specific visual association pathways in cases of Alzheimer's disease presenting with Balint's syndrome. *J. Neuropathol. Exp. Neurol.* **49**, 168-184.

12. Bouras C., Vallet P.G., Hof P.R., Charnay Y., Golaz J., Constantinidis J. (1990) Substance P immunoreactivity in Alzheimer disease: a study in cases presenting symmetric or asymmetric cortical atrophy. *Alzheimer Dis. Assoc. Disord.* **4**, 24-34.

13. Dietl M.M., Hof P.R., Martin J.L., Magistretti P.J., Palacios J.M. (1990) Autoradiographic distribution of vasoactive intestinal peptide in the vertebrate central nervous system: a phylogenetic study. *Brain Res*. **520**, 14-26.

14. Hof P.R., Cox K., Morrison J.H. (1990) Quantitative analysis of a vulnerable subset of pyramidal neurons in Alzheimer's disease: I. Superior frontal and inferior temporal cortex. *J. Comp. Neurol*. **301**, 44-54.

15. Hof P.R., Morrison J.H. (1990) Quantitative analysis of a vulnerable subset of pyramidal neurons in Alzheimer's disease: II. Primary and secondary visual cortex. *J. Comp. Neurol*. **301**, 55-64.

16. Blümcke I., Hof P.R., Morrison J.H., Celio M.R. (1990) Distribution of parvalbumin immunoreactivity in the visual cortex of old world monkeys and humans. *J. Comp. Neurol*. **301**, 417-432.

17. Hof P.R., Dietl M.M., Charnay Y., Martin J.L., Bouras C., Palacios J.M., Magistretti P.J. (1991) Vasoactive intestinal peptide binding sites and fibers in the brain of the pigeon *Columba livia*: an autoradiographic and immunohistochemical study. *J. Comp. Neurol*. **305**, 393-411.

18. Campbell M.J., Hof P.R., Morrison J.H. (1991) A subpopulation of primate corticocortical neurons is distinguished by somatodendritic distribution of neurofilament protein. *Brain Res.* **539**, 133-136.

19. Hof P.R., Bouras C. (1991) Object recognition deficit in Alzheimer's disease: possible disconnection of the occipito-temporal component of the visual system. *Neurosci. Lett*. **122**, 53-56.

20. Hof P.R., Morrison J.H. (1991) Neocortical neuronal subpopulations labeled by a monoclonal antibody to calbindin exhibit differential vulnerability in Alzheimer's disease. *Exp. Neurol*. **111**, 293-301.

21. Hof P.R., Cox K., Young W.G., Celio M.R., Rogers J., Morrison J.H. (1991) Parvalbumin-immunoreactive neurons in the neocortex are resistant to degeneration in Alzheimer's disease. *J. Neuropathol. Exp. Neurol.* **50**, 451-462.

22. Blümcke I., Hof P.R., Morrison J.H., Celio M.R. (1991) Parvalbumin in the monkey striate cortex: a quantitative immunoelectron-microscopy study. *Brain Res*. **554**, 237-243.

23. Hof P.R., Knabe R., Bovier P., Bouras C. (1991) Neuropathological observations in a case of autism presenting with self-injury behavior. *Acta Neuropathol.* **82**, 321-326.

24. Hof P.R., Perl D.P., Loerzel A.J., Morrison J.H. (1991) Neurofibrillary tangle distribution in the cerebral cortex of parkinsonism-dementia cases from Guam: differences with Alzheimer's disease. *Brain Res*. **564**, 306-313.

25. Bouras C., Vallet P.G., Hof P.R. (1991) Asymmetric increase in substance P immunoreactivity in the rat and guinea pig substantia nigra after unilateral neocortical ablation. *Neurosci. Lett.* **133**, 53-56.

26. Vallet P.G., Guntern R., Hof P.R., Golaz J., Delacourte A., Robakis N.K., Bouras C. (1992) A comparative study of histological and immunohistochemical methods for neurofibrillary tangles and senile plaques in Alzheimer's disease. *Acta Neuropathol*. **83**, 170-178.

27. Guntern R., Bouras C., Hof P.R., Vallet P.G. (1992) An improved thioflavine S method for neurofibrillary tangles and senile plaques in Alzheimer's disease. *Experientia* **48**, 8-10.

28. Golaz J., Bouras C., Hof P.R. (1992) Motor cortex involvement in presenile dementia: report of a case. *J. Geriatr. Psychiatry Neurol.* **5**, 85-92.

29. Hof P.R., Charpiot A., Delacourte A., Buée L., Purohit D., Perl D.P., Bouras C. (1992) Distribution of neurofibrillary tangles and senile plaques in the cerebral cortex in postencephalitic parkinsonism. *Neurosci. Lett.* **139**, 10-14.

30. Hof P.R., Delacourte A., Bouras C. (1992) Distribution of cortical neurofibrillary tangles in progressive supranuclear palsy: a quantitative analysis of six cases. *Acta Neuropathol.* **84**, 45-51.

31. Hof P.R., Bierer L.M., Perl D.P., Delacourte A., Buée L., Bouras C., Morrison J.H. (1992) Evidence for early vulnerability of the medial and inferior aspects of the temporal lobe in an 82-year-old patient with preclinical signs of dementia — Regional and laminar distribution of neurofibrillary tangles and senile plaques. *Arch. Neurol*. **49**, 946-953.

32. Buée L., Hof P.R., Roberts D.D., Delacourte A., Morrison J.H., Fillit H.M. (1992) Immunohistochemical identification of thrombospondin in normal human brain and in Alzheimer's disease. *Am. J. Pathol*. **141**, 783-788.

33. Hof P.R., Glezer I.I., Archin N., Janssen W.G., Morgane P.J., Morrison J.H. (1992) The primary auditory cortex in cetacean and human brain: a comparative analysis of neurofilament protein-containing pyramidal neurons. *Neurosci. Lett.* **146**, 91-95.

34. Hof P.R., Nimchinsky E.A. (1992) Regional distribution of neurofilament and calcium-binding proteins in the cingulate cortex of the macaque monkey. *Cereb. Cortex* **2**, 456-467.

35. Glezer I.I., Hof P.R., Morgane P.J. (1992) Calretinin-immunoreactive neurons in the primary visual cortex of dolphin and human brains. *Brain Res*. **595**, 181-188.

36. Hof P.R., Bouras C., Buée L., Delacourte A., Perl D.P., Morrison J.H. (1992) Differential distribution of neurofibrillary tangles in the cerebral cortex of dementia pugilistica and Alzheimer's disease cases. *Acta Neuropathol*. **85**, 23-30.

37. Ginsberg S.D., Hof P.R., Young W.G., Morrison J.H. (1993) Noradrenergic innervation of the hypothalamus of rhesus monkeys: distribution of dopamine-ß-hydroxylase-immunoreactive fibers and quantitative analysis of varicosities in the paraventricular nucleus. *J. Comp. Neurol*. **327**, 597-611.

38. Ginsberg S.D., Hof P.R., McKinney W.T., Morrison J.H. (1993) Quantitative analysis of tuberoinfundibular tyrosine hydroxylase- and corticotropin-releasing factor-immunoreactive neurons in monkeys raised with differential rearing conditions. *Exp. Neurol.* **120**, 95-105.

39. Hof P.R., Nimchinsky E.A., Celio M.R., Bouras C., Morrison J.H. (1993) Calretinin-immunoreactive neocortical interneurons are unaffected in Alzheimer's disease. *Neurosci. Lett.* **152**, 145-149.

40. Bouras C., Hof P.R., Morrison J.H. (1993) Neurofibrillary tangle densities in the hippocampal formation in a non-demented population define subgroups of patients with differential early pathologic changes. *Neurosci. Lett.* **153**, 131-135.

41. Glezer I.I., Hof P.R., Leranth C., Morgane P.J. (1993) Organization of GABA-containing neuronal populations in mammalian visual cortex: a comparative study in whales, insectivores, rodents and primates. *Cereb. Cortex* **3**, 249-272.

42. Giannakopoulos P., Hof P.R., Surini M., Michel J.P., Bouras C. (1993) Quantitative immunohistochemical analysis of the distribution of neurofibrillary tangles and senile plaques in the cerebral cortex of nonagenarians and centenarians. *Acta Neuropathol*. **85**, 602-610.

43. Siegel S.J., Ginsberg S.D., Hof P.R., Foote S.L., Young W.G., Kraemer G.W., McKinney W.T., Morrison J.H. (1993) Effects of social deprivation in prepubescent rhesus monkeys: immunohistochemical analysis of the neurofilament protein triplet in the hippocampal formation. *Brain Res.* **619**, 299-305.

44. Hof P.R., Archin N., Osmand A.P., Dougherty J.H., Wells C., Bouras C., Morrison J.H. (1993) Posterior cortical atrophy in Alzheimer's disease: analysis of a new case and re-evaluation of an historical report. *Acta Neuropathol*. **86**, 215-223.

45. Ginsberg S.D., Hof P.R., McKinney W.T., Morrison J.H. (1993) The noradrenergic innervation density of the monkey paraventricular nucleus is not altered by early social deprivation. *Neurosci. Lett*. **158**, 130-134.

46. Hof P.R., Bouras C., Perl D.P., Morrison J.H. (1994) Quantitative neuropathologic analysis of Pick's disease cases: cortical distribution of Pick bodies and coexistence with Alzheimer's disease. *Acta Neuropathol*. **87**, 115-124.

47. Ginsberg S.D., Hof P.R., Young W.G., Morrison J.H. (1994) Noradrenergic innervation of vasopressin- and oxytocin-containing neurons in the hypothalamic paraventricular nucleus of the macaque monkey: quantitative analysis using double-label immunohistochemistry and confocal laser microscopy. *J. Comp. Neurol*. **341**, 476-491.

48. Bouras C., Hof P.R., Giannakopoulos P., Michel J.P., Morrison J.H. (1994) Regional distribution of neurofibrillary tangles and senile plaques in the cerebral cortex of elderly patients: a quantitative evaluation of a one-year autopsy population from a geriatric hospital. *Cereb. Cortex* **4**, 138-150.

49. Giannakopoulos P., Hof P.R., Mottier S., Michel J.P., Bouras C. (1994) Neuropathologic changes in the cerebral cortex of 1258 cases from a geriatric hospital: retrospective clinicopathologic evaluation of a ten year autopsy population. *Acta Neuropathol*. **87**, 456-468.

50. Buée L., Hof P.R., Bouras C., Delacourte A., Perl D.P., Morrison J.H., Fillit H.M. (1994) Pathological alterations of the cerebral microvasculature in Alzheimer's disease and related dementing disorders. *Acta Neuropathol*. **87**, 469-480.

51. Leveugle B., Spik G., Perl D.P., Bouras C., Fillit H.M., Hof P.R. (1994) The iron-binding protein lactotransferrin is present in pathologic lesions in a variety of neurodegenerative disorders: a comparative immunohistochemical analysis. *Brain Res*. **650**, 20-31.

52. Hof P.R., Perl D.P., Loerzel A.J., Steele J.C., Morrison J.H. (1994) Amyotrophic lateral sclerosis and parkinsonism-dementia from Guam: differences in neurofibrillary tangle distribution and density in the hippocampal formation and neocortex. *Brain Res*. **650**, 107-116.

53. Giannakopoulos P., Hof P.R., Giannakopoulos A.S., Buée-Scherrer V., Surini M., Delacourte A., Bouras C. (1994) Dementia in the oldest-old: quantitative analysis of 12 cases from a psychiatric hospital. *Dementia* **5**, 348-356.

54. Hof P.R., Nimchinsky E.A., Buée-Scherrer V., Buée L., Nasrallah J., Hottinger A.F., Purohit D.P., Loerzel A.J., Steele J.C., Delacourte A., Bouras C., Morrison J.H., Perl D.P. (1994) Amyotrophic lateral sclerosis/parkinsonism-dementia complex of Guam: quantitative neuropathology, immunohistochemical analysis of neuronal vulnerability, and comparison with related neurodegenerative disorders. *Acta Neuropathol*. **88**, 397-404.

55. Giannakopoulos P., Hof P.R., Bouras C. (1994) Alzheimer's disease with asymmetric atrophy of the cerebral hemispheres: morphometric analysis of four cases. *Acta Neuropathol*. **88**, 440-447.

56. Hof P.R., Glezer I.I., Revishchin A.V., Bouras C., Charnay Y., Morgane P.J. (1995) Distribution of dopaminergic fibers and neurons in visual and auditory cortices of the harbor porpoise and pilot whale. *Brain Res. Bull*. **36**, 275-284.

57. Bierer L.M., Hof P.R., Purohit D., Carlin L., Schmeidler J.M., Davis K.L., Perl D.P. (1995) Neocortical neurofibrillary tangles correlate with dementia severity in Alzheimer's disease. *Arch. Neurol.* **52**, 81-88.

58. Hof P.R., Morrison J.H. (1995) Neurofilament protein defines regional patterns of cortical organization in the macaque monkey visual system: a quantitative immunohistochemical analysis. *J. Comp. Neurol.* **352**, 161-186.

59. Ripps M.E., Huntley G.W., Hof P.R., Morrison J.H., Gordon J.W. (1995) Transgenic mice expressing an altered murine superoxide dismutase gene provide an animal model of amyotrophic lateral sclerosis. *Proc. Natl. Acad. Sci. USA* **92**, 689-693.

60. Nimchinsky E.A., Vogt B.A., Morrison J.H., Hof P.R. (1995) Spindle neurons of the human anterior cingulate cortex. *J. Comp. Neurol.* **355**, 27-37.

61. Vickers J.C., Huntley G.W., Hof P.R., Bederson J., DeFelipe J., Heinemann S.F., Morrison J.H. (1995) Immunocytochemical localization of non-NMDA ionotropic excitatory amino acid receptor subunits in human neocortex. *Brain Res.* **671**, 175-180.

62. Giannakopoulos P., Hof P.R., Bouras C. (1995) Dementia lacking distinctive histopathology: clinicopathological evaluation of 32 cases. *Acta Neuropathol.* **89**, 346-355.

63. Hof P.R., Bouras C., Perl D.P., Sparks D.L., Mehta N., Morrison J.H. (1995) Age-related distribution of neuropathologic changes in the cerebral cortex of patients with Down's syndrome — Quantitative regional analysis and comparison with Alzheimer's disease. *Arch. Neurol.* **52**, 379-391.

64. Buée-Scherrer V., Buée L., Hof P.R., Leveugle B., Gilles C., Loerzel A.J., Perl D.P., Delacourte A. (1995) Neurofibrillary degeneration in amyotrophic lateral sclerosis/ parkinsonism-dementia complex of Guam — Immunochemical characterization of tau proteins. *Am. J. Pathol.* **146**, 924-932.

65. Blümcke I., Wolf H.K., Hof P.R., Morrison J.H., Wiestler O.D. (1995) Regional distribution of the AMPA glutamate receptor subunit GluR2(4) in human hippocampus. *Brain Res.* **682**, 239-244.

66. Giannakopoulos P., Hof P.R., Vallet P.G., Giannakopoulos A.S., Charnay Y., Bouras C. (1995) Quantitative analysis of neuropathologic changes in the cerebral cortex of centenarians. *Prog. Neuro-Psychopharmacol. Biol. Psychiatry* **19**, 577-592.

67. Charnay Y., Léger L., Vallet P.G., Hof P.R., Jouvet M., Bouras C. (1995) [$^3$H]Nisoxetine binding sites in the cat brain: an autoradiographic study. *Neuroscience* **69**, 259-270.

68. Hof P.R., Mufson E.J., Morrison J.H. (1995) The human orbitofrontal cortex: cytoarchitecture and quantitative immunohistochemical parcellation. *J. Comp. Neurol.* **359**, 48-68.

69. Vogt B.A., Nimchinsky E.A., Vogt L.J., Hof P.R. (1995) Human cingulate cortex: surface features, flat maps, and cytoarchitecture. *J. Comp. Neurol.* **359**, 490-506.

70. Hof P.R., Nimchinsky E.A., Morrison J.H. (1995) Neurochemical phenotype of corticocortical connections in the macaque monkey: quantitative analysis of a subset of

neurofilament protein-immunoreactive projection neurons in frontal, parietal, temporal, and cingulate cortices. *J. Comp. Neurol.* **362**, 109-133.

71. Giannakopoulos P., Hof P.R., Bouras C. (1995) Age versus ageing as a cause of dementia. *Lancet* **346**, 1486-1487.

72. Giannakopoulos P., Hof P.R., Giannakopoulos A.S., Herrmann F.R., Michel J.P., Bouras C. (1995) Regional distribution of neurofibrillary tangles and senile plaques in the cerebral cortex of very old patients. *Arch. Neurol.* **52**, 1150-1159.

73. Delacourte A., Robitaille Y., Sergeant N., Buée L., Hof P.R., Wattez A., Laroche-Cholette A., Mathieu J., Chagnon P., Gauvreau D. (1996) Specific pathological tau protein variants characterize Pick's disease. *J. Neuropathol. Exp. Neurol.* **55**, 159-168.

74. Buée L., Pérez-Tur J., Leveugle B., Buée-Scherrer V., Mufson E.J., Loerzel A.J., Chartier-Harlin M.C., Perl D.P., Delacourte A., Hof P.R. (1996) Apolipoprotein E in Guamanian amyotrophic lateral sclerosis/parkinsonism-dementia complex: genotype analysis and relationships to neuropathological changes. *Acta Neuropathol.* **91**, 247-253.

75. Buée-Scherrer V., Hof P.R., Buée L., Leveugle B., Vermersch P., Perl D.P., Olanow C.W., Delacourte A. (1996) Hyperphosphorylated tau proteins differentiate corticobasal degeneration and Pick's disease. *Acta Neuropathol.* **91**, 351-359.

76. Giannakopoulos P., Hof P.R., Savioz A., Guimon J., Antonarakis S.E., Bouras C. (1996) Early-onset dementias: genetic, clinical, and neuropathological characteristics. *Acta Neuropathol.* **91**, 451-465.

77. Leveugle B., Faucheux B.A., Bouras C., Nillesse N., Spik G., Hirsch E.C., Agid Y., Hof P.R. (1996) Cellular distribution of the iron-binding protein lactotransferrin in the mesencephalon of Parkinson's disease cases. *Acta Neuropathol.* **91**, 566-572.

78. Hof P.R., Vissavajjhala P., Rosenthal R.E., Fiskum G., Morrison J.H. (1996) Distribution of glutamate receptor subunit proteins GluR2(4), GluR5/6/7 and NMDAR1 in the canine and primate cerebral cortex: a comparative immunohistochemical analysis. *Brain Res.* **723**, 77-89.

79. Charnay Y., Léger L., Vallet P.G., Greggio B., Hof P.R., Jouvet M., Bouras C. (1996) Mapping of serotonin transporter messenger RNA-containing nerve cell populations in the cat brainstem. *J. Chem. Neuroanat.* **10**, 93-100.

80. Hof P.R., Rosenthal R.E., Fiskum G. (1996) Distribution of neurofilament protein and calcium-binding proteins parvalbumin, calbindin, and calretinin in the canine hippocampus. *J. Chem. Neuroanat.* **11**, 1-12.

81. Hof P.R., Bogaert Y.E., Rosenthal R.E., Fiskum G. (1996) Distribution of neuronal populations containing neurofilament protein and calcium-binding proteins in the canine neocortex: regional analysis and cell typology. *J. Chem. Neuroanat.* **11**, 81-98.

82. Nimchinsky E.A., Hof P.R., Young W.G., Morrison J.H. (1996) Neurochemical, morphologic and laminar characterization of cortical projection neurons in the cingulate motor areas of the macaque monkey. *J. Comp. Neurol.* **374**, 136-160.

83. Bouras C., Giannakopoulos P., Good P.F., Hsu A., Hof P.R., Perl D.P. (1996) Laser microprobe mass analysis of trace elements in brain mineralizations and blood vessels in Fahr's disease. *Acta Neuropathol.* **92**, 351-357.

84. Vissavajjhala P., Janssen W.G.M., Hu Y., Gazzaley A.H., Moran T., Hof P.R., Morrison J.H. (1996) Synaptic distribution of AMPA-GluR2 subunit and its colocalization with calcium-binding proteins in rat cerebral cortex: an immunohistochemical analysis using a GluR2-specific monoclonal antibody. *Exp. Neurol.* **142**, 296-312.

85. Hof P.R., Ungerleider L.G., Webster M.J., Gattass R., Adams M.M., Sailstad C.A., Morrison J.H. (1996) Neurofilament protein is differentially distributed in subpopulations of corticocortical projection neurons in the macaque monkey visual pathways. *J. Comp. Neurol.* **376**, 112-127.

86. Giannakopoulos P., Hof P.R., Kövari E., Vallet P.G., Herrmann F.R., Bouras C. (1996) Distinct patterns of neuronal loss and Alzheimer's disease lesion distribution in elderly individuals older than 90 years. *J. Neuropathol. Exp. Neurol.* **55**, 1210-1220.

87. Blümcke I., Beck H., Scheffler B., Hof P.R., Morrison J.H., Wolf H.K., Schramm J., Elger C.E., Wiestler O.D. (1996) Altered distribution of $\alpha$-amino-3-hydroxy-5-methyl-4-isoxazole propionate receptor subunit GluR2(4) and *N*-methyl-D-aspartate receptor subunit NMDAR1 in the hippocampus of patients with temporal lobe epilepsy. *Acta Neuropathol*. **92**, 576-587.

88. Charnay Y., Léger L., Greggio B., Vallet P.G., Hof P.R., Jouvet M., Bouras C. (1997) Autoradiographic distribution of [3H]paroxetine binding sites in the cat brain. *Biogenic Amines* **13**, 39-54.

89. Charnay Y., Léger L., Vallet P.G., Greggio B., Hof P.R., Cespuglio R., Jouvet M., Bouras C. (1997) Mapping of 5HT1a receptor binding sites in the feline brain: a quantitative autoradiographic study using [3H]8-OH-DPAT. *Biogenic Amines* **13**, 217-232.

90. Giannakopoulos P., Bouras C., Kövari E., Shioi J., Tezapsidis N., Hof P.R., Robakis N.K. (1997) Presenilin-1-immunoreactive neurons are preserved in late-onset Alzheimer's disease. *Am. J. Pathol.* **150**, 429-436.

91. Bouras C., Giannakopoulos P., Good P.F., Hsu A., Hof P.R., Perl D.P. (1997) Laser microprobe mass analysis of aluminum and iron in neurofibrillary tangles in dementia pugilistica: comparison with Alzheimer's disease. *Eur. Neurol*. **38**, 53-58.

92. Nimchinsky E.A., Vogt B.A., Morrison J.H., Hof P.R. (1997) Neurofilament and calcium-binding proteins in the human cingulate cortex. *J. Comp. Neurol.* **384**, 597-620.

93. Vickers J.C., Hof P.R., Schumer R.A., Wang R.F., Podos S.M., Morrison J.H. (1997) Magnocellular and parvocellular visual pathways are affected in a macaque monkey model of glaucoma. *Austral. N.Z. J. Ophthalmol.* **25**, 239-243.

94. Hof P.R., Ungerleider L.G., Adams M.M., Webster M.J., Gattass R., Blumberg D.M., Morrison J.H. (1997) Callosally-projecting neurons in the macaque monkey V1/V2 border are enriched in nonphosphorylated neurofilament protein. *Vis. Neurosci*. **14**, 981-987.

95. Buée-Scherrer V., Buée L., Leveugle B., Perl D.P., Vermersch P., Hof P.R., Delacourte A. (1997) Pathological τ proteins in postencephalitic parkinsonism: comparison with Alzheimer's disease and other neurodegenerative disorders. *Ann. Neurol*. **42**, 356-359.

96. Giannakopoulos P., Hof P.R., Michel J.P., Guimon J., Bouras C. (1997) Cerebral cortex pathology in aging and Alzheimer's disease: a quantitative survey of large hospital-based geriatric and psychiatric cohorts. *Brain Res. Rev*. **25**, 217-245.

97. Hof P.R., Vogt B.A., Bouras C., Morrison J.H. (1997) Atypical form of Alzheimer's disease with prominent posterior cortical atrophy: a review of lesion distribution and circuit disconnection in cortical visual pathways. *Vision Res*. **37**, 3609-3625.

98. Gazzaley A.H., Thakker M.M., Hof P.R., Morrison J.H. (1997) Preserved number of entorhinal cortex layer II neurons in aged macaque monkeys. *Neurobiol. Aging* **18**, 549-553.

99. Nimchinsky E.A., Hof P.R., Janssen W.G.M., Morrison J.H., Schmauss C. (1997) Expression of dopamine $D_3$ receptor dimers and tetramers in brain and in transfected cells. *J. Biol. Chem*. **272**, 29229-29237.

100. Morrison J.H., Hof P.R. (1997) Life and death of neurons in the aging brain. *Science* **278**, 412-419.

101. Li J.J., Dickson D., Hof P.R., Vlassara H. (1998) Receptors for advanced glycosylation endproducts in human brain: role in brain homeostasis. *Mol. Med*. **4**, 46-60.

102. Stein D.J., Buchsbaum M.S., Hof P.R., Siegel Jr B.V., Shihabuddin L. (1998) Greater metabolic rate decreases in hippocampal formation and proisocortex than in neocortex in Alzheimer's disease. *Neuropsychobiology* **37**, 10-19.

103. Giannakopoulos P., Kövari E., French L.E., Viard I., Hof P.R., Bouras C. (1998) Possible neuroprotective role of clusterin in Alzheimer's disease: a quantitative immunocytochemical study. *Acta Neuropathol.* **95**, 387-394.

104. Giannakopoulos P., Duc M., Gold G., Hof P.R., Michel J.P., Bouras C. (1998) Pathologic correlates of apraxia in Alzheimer disease. *Arch. Neurol.* **55**, 689-695.

105. Vogt B.A., Vogt L.J., Vrana K.E., Gioia L., Meadows R.S., Challa V.R., Hof P.R., Van Hoesen G.W. (1998) Multivariate analysis of laminar patterns of neurodegeneration in posterior cingulate cortex. *Exp. Neurol.* **153**, 8-22.

106. Hof P.R., Lee P.Y., Yeung G., Wang R.F., Podos S.M., Morrison J.H. (1998) Glutamate receptor subunits GluR2 and NMDAR1 immunoreactivity in the retina of macaque monkeys with experimental glaucoma does not identify vulnerable neurons. *Exp. Neurol.* **153**, 234-241.

107. Glezer I.I., Hof P.R., Morgane P.J. (1998) Comparative analysis of calcium-binding protein-immunoreactive neuronal populations in the visual and auditory systems of the bottlenose dolphin (*Tursiops truncatus*) and macaque monkey (*Macaca fascicularis*). *J. Chem. Neuroanat.* **15**, 203-237.

108. Hof P.R., Glezer I.I., Condé F., Flagg R.A., Rubin M.B., Nimchinsky E.A., Vogt Weisenhorn D.M. (1999) Cellular distribution of the calcium-binding proteins parvalbumin, calbindin, and calretinin in the neocortex of mammals: phylogenetic and developmental patterns. *J. Chem. Neuroanat.* **16**, 77-116.

109. Giannakopoulos P., Gold G., Duc M., Michel J.P., Hof P.R., Bouras C. (1999) Neuroanatomical correlates of visual agnosia in Alzheimer's disease: a clinicopathological study. *Neurology* **52**, 71-77.

110. Pérez-Tur J., Buée L., Morris H.R., Waring S.C., Onstead L., Wavrant-De Vrièze F., Crook R., Buée-Scherrer V., Hof P.R., Petersen R.C., McGeer P.L., Delacourte A., Hutton M., Siddique T., Ahlskog J.E., Hardy J., Steele J.C. (1999) Neurodegenerative diseases of Guam: analysis of *TAU*. *Neurology* **53**, 411-413.

111. Nimchinsky E.A., Gilissen E., Allman J.M., Perl D.P., Erwin J.M., Hof P.R. (1999) A neuronal morphologic type unique to humans and great apes. *Proc. Natl. Acad. Sci. USA* **96**, 5268-5273.

112. Bussière T., Hof P.R., Mailliot C., Brown C.D., Caillet-Boudin M.L., Perl D.P., Buée L., Delacourte A. (1999) Phosphorylated serine 422 on tau proteins is a pathological epitope found in several diseases with neurofibrillary degeneration. *Acta Neuropathol.* **97**, 221-230.

113. Giannakopoulos P., Kövari E., Savioz A., De Bilbao F., Dubois-Dauphin M., Hof P.R., Bouras C. (1999) Differential distribution of presenilin-1, Bax, and Bcl-X$_L$ in Alzheimer's disease and frontotemporal dementia. *Acta Neuropathol.* **98**, 141-149.

114. Giannakopoulos P., Kövari E., Buée L., Shioi J., Hof P.R., Robakis N.R., Bouras C., (1999) Presenilin-1 expression in Pick's disease. *Acta Neuropathol.* **98**, 488-492.

115. O'Donnell K.A., Rapp P.R., Hof P.R. (1999) The volume of prefrontal cortex area 46 is preserved during aging in macaque monkeys. *Exp. Neurol.* **160**, 300-310.

116. Bogaert Y.B., Sheu K.F.R., Hof P.R., Brown A.M., Blass J.P., Rosenthal R.E., Fiskum G. (2000) Neuronal subclass-selective loss of pyruvate dehydrogenase immunoreactivity following canine cardiac arrest and resuscitation. *Exp. Neurol.* **161**, 115-126.

117. Nimchinsky E.A., Young W.G., Yeung G., Shah R.A., Gordon J.W., Bloom F.E., Morrison J.H., Hof P.R. (2000) Differential vulnerability of oculomotor, facial, and hypoglossal nuclei in G86R superoxide dismutase transgenic mice. *J. Comp. Neurol.* **416**, 112-125.

118. Adams M.M., Hof P.R., Gattass R., Webster M.J., Ungerleider L.G. (2000) Visual cortical projections and chemoarchitecture of macaque monkey pulvinar. *J. Comp. Neurol.* **419**, 377-393.

119. Hof P.R., Nimchinsky E.A., Young W.G., Morrison J.H. (2000) Numbers of Meynert and layer IVB cells in area V1: a stereologic analysis in young and aged macaque monkeys. *J. Comp. Neurol.* **420**, 113-126.

120. Mittoux V., Joseph J.M., Condé F., Palfi S., Dautry C., Poyot T., Bloch J., Déglon N., Ouary S., Nimchinsky E.A., Brouillet E., Hof P.R., Peschanski M., Aebischer P., Hantraye

P. (2000) Restauration of cognitive and motor functions with ciliary neurotrophic factor in a primate model of Huntington's disease. *Hum. Gene Ther.* **11**, 1177-1187.

121. Jung M.Y., <u>Hof P.R.</u>, Schmauss C. (2000) The targeted disruption of the dopamine $D_2$ and $D_3$ receptor genes leads to different alterations in the expression of striatal calbindin-$D_{28K}$. *Neuroscience* **97**, 495-504.

122. Gold G., Bouras C., Kövari E., Canuto A., González Glaría B., Malky A., <u>Hof P.R.</u>, Michel J.P., Giannakopoulos P. (2000) Clinical validity of Braak neuropathological staging in the oldest-old. *Acta Neuropathol.* **99**, 579-582.

123. Giannakopoulos P., Gold G., Duc M., Michel J.P., <u>Hof P.R.</u>, Bouras C. (2000) Neural substrates of spatial and temporal disorientation in Alzheimer's disease. *Acta Neuropathol.* **100**, 189-195.

124. Giannakopoulos P., Gold G., Duc M., Michel J.P., <u>Hof P.R.</u>, Bouras C. (2000) Impaired processing of famous faces in Alzheimer's disease is related to neurofibrillary tangle densities in the prefrontal and anterior cingulate cortex. *Dement. Geriatr. Cogn. Disord*. **11**, 336-341.

125. Buée L., Bussière T., Delacourte  A., Buée-Scherrer V., <u>Hof P.R.</u> (2000) Tau proteins: physiology and involvement in neurodegenerative diseases. *Brain Res. Rev*. **33**, 95-130.

126. <u>Hof P.R.</u>, Glezer I.I., Nimchinsky E.A., Erwin J.M. (2000) Neurochemical and cellular specializations in the mammalian neocortex reflect phylogenetic relationships: evidence from cetaceans, artiodactyls, and primates. *Brain Behav. Evol*. **55**, 300-310.

127. Haznedar M.M., Buchsbaum M.S., Wei T.C., <u>Hof P.R.</u>, Cartwright C., Bienstock C.A., Hollander E. (2000) Limbic circuitry in autism spectrum disorders studied with positron emission tomography and magnetic resonance imaging. *Am. J. Psychiatr*y **157**, 1994-2001.

128. Perl D.P., Good P.F., Bussière T., Morrison J.H., Erwin J.M., <u>Hof P.R.</u> (2000) Practical approaches to stereology in the setting of aging- and disease-related brain banks. *J. Chem. Neuroanat*. **20**, 7-19.

129. Schmitz C., <u>Hof P.R.</u> (2000) Recommendations for straightforward and rigorous methods of counting neurons based on a computer simulation approach. *J. Chem. Neuroanat*. **20**, 93-114.

130. Léger L., Charnay Y., <u>Hof P.R.</u>, Bouras C., Cespuglio R. (2001) Distribution of serotonin-containing neurons and axons in the central nervous system of the cat. *J. Comp. Neurol*. **433**, 157-182.

131. Walker R.H., Gujjari P., <u>Hof P.R.</u>, Brin M.F., Olanow C.W., Shashidharan P. (2001) Distribution and imunohistochemical characterization of torsinA-immunoreactive neurons in rat and macaque monkey brain. *Brain Res*. **900**, 348-354.

132. <u>Hof P.R.</u>, Nimchinsky E.A., Perl D.P., Erwin J.M. (2001) An unusual population of pyramidal neurons in the anterior cingulate cortex of hominids contains the calcium-binding protein calretinin. *Neurosci. Lett*. **307**, 139-142.

133. He Y., Hof P.R., Janssen W.G.M., Rothstein J.D., Morrison J.H. (2001) Differential synaptic localization of GluR2 and EAAC1 in the macaque monkey entorhinal cortex: a postembedding immunogold study. *Neurosci. Lett.* **311**, 161-164.

134. Bouras C., Kövari E., Riederer, B.M., Hof P.R., Giannakopoulos P. (2001) Morphological alterations in the anterior cingulate cortex in drug-naive patients with schizophrenia and bipolar disorder. *Acta Neuropathol*. **102**, 373-379.

135. Vogt B.A., Vogt L.J., Perl D.P., Hof P.R. (2001) Cytoarchitecture of human caudomedial cingulate, retrosplenial, and caudal parahippocampal cortices. *J. Comp. Neurol.* **438**, 353-376.

136. Gold G., Kövari E., Corte G., Herrmann F.R., Canuto A., Bussière T., Hof P.R., Bouras C., Giannakopoulos P. (2001) Clinical validity of Aß-protein deposition staging in brain aging and Alzheimer's disease. *J. Neuropathol. Exp. Neurol.* **60**, 946-952.

137. He Y., Hof P.R., Janssen W.G.M., Vissavajjhala P., Morrison J.H. (2001) Excitatory synapses demonstrate differential densities of AMPA receptor subunits GluR2 on GABAergic and pyramidal neurons in the monkey visual cortex. *Brain Res.* **921**, 60-67.

138. Page T.L., Einstein M., Duan H., He Y., Flores T., Rolshud D., Erwin J.M., Wearne S.L., Morrison J.H., Hof P.R. (2002) Morphological alterations in neurons forming corticocortical projections in the neocortex of aged patas monkeys. *Neurosci. Lett*. **317**, 37-41.

139. Gold G., Bouras C., Canuto A., Bergallo M.F., Herrmann F.R., Hof P.R., Mayor P.A., Michel J.P., Giannakopoulos P. (2002) Clinicopathologic validation study of four sets clinical criteria for vascular dementia. *Am. J. Psychiatry* **159**, 82-87.

140. Hof P.R., Duan H., Page T.L., Einstein M., Wicinski B., He Y., Erwin J.M., Morrison J.H. (2002) Age-related changes in GluR2 and NMDAR1 glutamate receptor subunit protein immunoreactivity in corticocortically projecting neurons in macaque and patas monkeys. *Brain Res.* **928**, 175-186.

141. Stepanyants A., Hof P.R., Chklovskii D.B. (2002) Geometry and structural plasticity of synaptic connectivity. *Neuron* **34**, 275-288.

142. Sanders, G.S., Gallup Jr. G.G., Heinsen H., Hof P.R., Schmitz C. (2002) Cognitive deficits, schizophrenia, and the anterior cingulate cortex. *Trends Cognit. Neurosci*. **6**, 190-192.

143. Bussière T., Friend P.D., Sadeghi N., Wicinski B., Lin G.I., Bouras C., Giannakopoulos P., Robakis N.K., Morrison J.H., Perl D.P., Hof P.R. (2002) Stereologic assessment of the total cortical volume occupied by amyloid deposits and its relationship with cognitive status in aging and Alzheimer's disease. *Neuroscience* **112**, 75-91.

144. Moga D., Hof P.R., Vissavajjhala P., Moran T.M., Morrison J.H. (2002) Parvalbumin-containing interneurons in rat hippocampus have an AMPA receptor profile suggestive of vulnerability to excitotoxicity. *J. Chem. Neuroanat*. **23**, 249-253.

145. Wen P.H., Shao X., Shao Z., Hof P.R., Wisniewski T., Kelley K., Friedrich Jr V.L., Ho L., Pasinetti G.M., Robakis N.K., Elder G.A. (2002) Overexpression of wild type but not of an

FAD mutant presenilin-1 promotes hippocampal neurogenesis in adult mice. *Neurobiol. Disease* **10**, 8-19.

146. Glickstein S.B., Hof P.R., Schmauss C. (2002) Mice lacking dopamine $D_2$ and $D_3$ receptors have spatial working memory deficits. *J. Neurosci*. **22**, 5619-5629.

147. Stepanyants A., Hof P.R., Chklovskii D.B. (2002) Information storage capacity of synaptic connectivity patterns. *Neurocomputing* **44-46**, 661-665.

148. Vuilleumier N., Kövari E., Michon A., Mentenopoulos G., Hof P.R., Giannakopoulos P., Bouras C. (2002) Neuropathological analysis of an adult case of Cornelia de Lange syndrome. *Acta Neuropathol*. **104**, 327-332.

149. Schmitz C., Grolms N., Boehringer R., Glaser J., Hof P.R., Korr H. (2002) Altered spatial arrangement of layer V pyramidal cells in the mouse brain following prenatal low-dose X-irradiation. A stereologic study using a novel three-dimensional tool to estimate the nearest neighbour distance distribution function of cells in thick sections. *Cereb. Cortex* **12**, 954-960.

150. Duan H., Wearne S.L., Morrison J.H., Hof P.R. (2002) Quantitative analysis of the dendritic morphology of corticocortical projection neurons in the macaque monkey association cortex. *Neuroscience* **114**, 349-359.

151. Hof P.R., Perl D.P. (2002) Neuropathologic changes in the primary motor cortex in Guamanian amyotrophic lateral sclerosis/parkinsonism-dementia complex. *Neurosci. Lett*. **328**, 294-298.

152. Fatterpekar G.M., Naidich T.P., Delman B.N., Aguinaldo J.G., Gultekin S.H., Sherwood C.C., Hof P.R., Drayer B.P., Fayad Z.A. (2002) Cytoarchitecture of the human cerebral cortex: MR microscopy of excised specimens at 9.4 Tesla. *Am. J. Neuroradiol*. **23**, 1313-1321.

153. Hof P.R., Haroutunian V., Copland C., Davis K.L., Buxbaum J.D. (2002) Molecular and cellular evidence for an oligodendrocyte abnormality in schizophrenia. *Neurochem. Res*. **27**, 1193-1200.

154. Harrison K.H., Hof P.R., Wang S.S.H. (2002) Scaling laws in the mammalian neocortex: does form provide clues to function? *J. Neurocytol*. **31**, 289-298.

155. DeFelipe J., Elston G.N., Fujita I., Fuster J., Harrison K.H., Hof P.R., Kawaguchi Y., Martin K.A.C., Rockland K.S., Thomson A.M., Wang S.S.H., White E.L., Yuste R. (2002) Neocortical circuits: evolutionary aspects and specificity versus non-specificity of synaptic connections. Remarks, main conclusions and general comments and discussion. *J. Neurocytol*. **31**, 387-416.

156. Bouras C., Riederer B.M., Hof P.R., Giannakopoulos P. (2003) Induction of MC-1 immunoreactivity in axons after injection of the Fc fragment of human immunoglobulins in macaque monkeys. *Acta Neuropathol*. **105**, 58-64.

157. Hof P.R., Bussière T., Gold G., Kövari E., Giannakopoulos P., Bouras C., Perl D.P., Morrison J.H. (2003) Stereologic evidence for persistence of viable neurons in layer II of

the entorhinal cortex and the CA1 field in Alzheimer disease. *J. Neuropathol. Exp. Neurol*. **62**, 55-67.

158. Perl D.P., Hof P.R., Purohit D.P., Loerzel A., Kakulas B. (2003) Hippocampal and entorhinal cortex neurofibrillary tangle formation in Guamanian Chamorros free of overt neurologic dysfunction. *J. Neuropathol. Exp. Neurol*. **62**, 381-388.

159. Bussière T., Gold G., Kövari E., Giannakopoulos P., Bouras C., Perl D.P., Morrison J.H., Hof P.R. (2003) Stereologic analysis of neurofibrillary tangle formation in prefrontal cortex area 9 in aging and Alzheimer's disease. *Neuroscience* **117**, 577-592.

160. Pham K., Nacher J., Hof P.R., McEwen B.S. (2003) Repeated restraint stress suppresses neurogenesis and induces biphasic PSA-NCAM expression in the adult rat dentate gyrus. *Eur. J. Neurosci*. **17**, 879-886.

161. Rivara C.B., Sherwood C.C., Bouras C., Hof P.R. (2003) Stereologic characterization and spatial distribution patterns of Betz cells in the human primary motor cortex. *Anat. Rec.* **270A**, 137-151.

162. Sherwood C.C., Broadfield D.C., Holloway R.L., Gannon P.J., Hof P.R. (2003) Variability of Broca's area homologue in African great apes: implications for language evolution. *Anat. Rec.* **271**, 276-285.

163. Sherwood C.C., Lee P.W.H., Rivara C.B., Holloway R.L., Gilissen E.P.E., Simmons R.M.T., Hakeem A., Allman J.M., Erwin J.M., Hof P.R. (2003) Evolution of specialized pyramidal neurons in primate visual and motor cortex. *Brain Behav. Evol.* **61**, 28-44.

164. Rodriguez A., Ehlenberger D., Kelliher K., Einstein M., Henderson S.C., Morrison J.H., Hof P.R., Wearne S.L. (2003) Automated reconstruction of three-dimensional neuronal morphology from laser scanning microscopy images. *Methods* **30**, 94-105.

165. Rosenthal R.E., Silbergleit R., Hof P.R., Haywood Y., Fiskum G. (2003) Neuroprotective effect of hyperbaric oxygen after global cerebral ischemia: correlation of behavioral outcome, histopathology, and cerebral oxygen metabolism. *Stroke* **34**, 1311-1316.

166. Giannakopoulos P., Herrmann F.R., Bussière T., Bouras C., Kövari E., Perl D.P., Morrison J.H., Gold G., Hof P.R. (2003) Tangle and neuron numbers, but not amyloid load, predicts cognitive status in Alzheimer's disease. *Neurology* **60**, 1495-1501.

167. Davis K.L., Stewart D.G., Friedman J.I., Buchsbaum M., Harvey P.D., Hof P.R., Buxbaum J., Haroutunian V. (2003) White matter changes in schizophrenia — Evidence for myelin-related dysfunction. *Arch. Gen. Psychiatry* **60**, 443-456.

168. Moga D., Janssen W.G.M., Vissavajjhala P., Czelusniak S., Moran T.M., Hof P.R., Morrison J.H. (2003) Glutamate receptor subunit 3 (GluR3) immunoreactivity delineates a subpopulation of parvalbumin-containing interneurons in rat hippocampus. *J. Comp. Neurol*. **462**, 15-28.

169. Kövari E., Gold G., Herrmann F.R., Canuto A., Hof P.R., Bouras C., Giannakopoulos P. (2003) Lewy body densities in the entorhinal cortex and Brodmann area 24 predict cognition in Parkinson's disease. *Acta Neuropathol*. **106**, 83-88.

170. Bussière T., Giannakopoulos P., Bouras C., Perl D.P., Morrison J.H., Hof P.R. (2003) Progressive degeneration of nonphosphorylated neurofilament protein-enriched pyramidal neurons predicts cognitive impairment in Alzheimer's disease: a stereologic analysis of prefrontal cortex area 9. *J. Comp. Neurol*. **463**, 281-302.

171. Hof P.R., Haroutunian V., Friedrich Jr. V.L., Byne W., Buitron C., Perl D.P., Davis K.L. (2003) Loss and altered spatial distribution of oligodendrocytes in the superior frontal gyrus in schizophrenia. *Biol. Psychiatry* **53**, 1075-1085.

172. Duan H., Wearne S.L., Rocher A.B., Macedo A., Morrison J.H., Hof P.R. (2003) Age-related morphologic alterations in dendrites and spine densities of corticocortically projecting neurons in macaque monkeys. *Cereb. Cortex* **13**, 950-961.

173. Head E., Lott I.T., Hof P.R., Bouras C., Su J.H., Kim R., Haier R., Cotman C.W. (2003) Parallel compensatory and pathological events associated with tau pathology in middle aged individuals with Down syndrome. *J. Neuropathol. Exp. Neurol*. **62**, 917-926.

174. Hao J., Janssen W.G.M., Tang Y., Roberts J.A., McKay H., Lasley B., Allen P.B., Greengard P., Rapp P.R., Kordower J.H., Hof P.R., Morrison J.H. (2003) Estrogen increases the number of spinophilin-immunoreactive spines in the hippocampus of young and aged female rhesus monkeys. *J. Comp. Neurol*. **465**, 540-550.

175. Chakraborty T.R., Hof P.R., Ng L., Gore A.C. (2003) Stereologic analysis of estrogen receptor alpha (ER$\alpha$) expression in rat hypothalamus and its regulation by aging and estrogen. *J. Comp. Neurol*. **466**, 409-421.

176. Tang Y., Janssen W.G.M., Hao J., Roberts J.A., McKay H., Lasley B., Allen P.B., Greengard P., Rapp P.R., Kordower J.H., Hof P.R., Morrison J.H. (2004) Estrogen replacement increases spinophilin-immunoreactive spine number in the prefrontal cortex of female rhesus monkeys. *Cereb. Cortex* **14**, 215-223.

177. Sherwood C.C., Holloway R.L., Erwin J.M., Schleicher A., Zilles K., Hof P.R. (2004) Cortical orofacial motor representation in Old World monkeys, great apes, and humans. I: Quantitative cytoarchitectural analysis of primary motor cortex. *Brain Behav. Evol*. **63**, 61-81.

178. Sherwood C.C., Holloway R.L., Erwin J.M., Hof P.R. (2004) Cortical orofacial motor representation in Old World monkeys, great apes, and humans. II: Stereologic analysis of chemoarchitecture. *Brain Behav. Evol*. **63**, 82-106. Erratum, *Brain Behav. Evol*. **65**, 71-72, 2005.

179. Bai L., Hof P.R., Standaert D.G., Xing Y., Nelson S.E., Young A.B., Magnusson K.R. (2004) Changes in the expression of the NR2B subunit during aging in macaque monkeys. *Neurobiol. Aging* **25**, 201-208.

180. Kövari E., Gold G., Herrmann F.R., Hof P.R., Bouras C., Giannakopoulos P. (2004) Cortical microinfarcts and demyelination significantly affect cognition in brain aging. *Stroke* **35**, 410-414.

181. Uddin M., Wildman D.E., Liu G., Xu W., Johnson R.M., Hof P.R., Kapatos G., Grossman L.I., Goodman M. (2004) Sister-grouping of chimpanzees and humans as revealed by

genome-wide phylogenetic analysis of brain gene expression profiles. *Proc. Natl. Acad. Sci. USA* **101**, 2957-2962.

182. Radley J.J., Sisti H.M., Hao J., Rocher A.B., McCall T., Hof P.R., McEwen B.S., Morrison J.H. (2004) Chronic behavioral stress induces apical dendritic reorganization in pyramidal neurons of the medial prefrontal cortex. *Neuroscience* **125**, 1-6.

183. Ho L., Pompl P., Xiang Z., Qin W., Wang J., Zhao Z., Yen Q., Rocher A.B., Cambareri G., Mobbs C.V., Hof P.R., Pasinetti G.M. (2004) Diet-induced insulin resistance promotes amyloidosis in a transgenic mouse model of Alzheimer's disease. *FASEB J.* **18**, 902-904; full text version (24 pp.) available at http://www.fasebj.org/cbi/doi/10.1096/fj.03-0978fje.

184. Sebeo J., Perl D.P., Hof P.R. (2004) Occurrence of α-synuclein pathology in the cerebellum of Guamanian patients with parkinsonism-dementia complex. *Acta Neuropathol.* **107**, 497-503.

185. Weaver C.M., Lindquist W.B., Hof P.R., Wearne S.L. (2004) Automated algorithms for multiscale morphometry of neuronal dendrites. *Neural Comput.* **16**, 1353-1383.

186. Colombo J.A., Sherwood C.C., Hof P.R. (2004) Interlaminar astroglial processes in the cerebral cortex of great apes. *Anat. Embryol.* **208**, 215-218.

187. Sherwood C.C., Cranfield M.R., Mehlman P.T., Lilly A.A., Garbe J., Rein T.R., Bruner H.J., Holloway R.L., Tang C.Y., Naidich T.P., Delman B.N., Erwin J.M., Whittier C., Nutter F., Hof P.R. (2004) Brain structure variation of great apes, with attention to the mountain gorilla (*Gorilla beringei beringei*). *Am. J. Primatol.* **63**, 149-164.

188. Wen P.H., Hof P.R., Chen X., Gluck K., Austin G., Younkin S.G., Younkin L.H., DeGasperi R., Gama Sosa M.A., Robakis N.K., Haroutunian V., Elder G. (2004) The presenilin-1 familial Alzheimer's disease mutant P117L impairs neurogenesis in the hippocampus of adult mice. *Exp. Neurol.* **188**, 224-237.

189. von Gunten A., Miklossy J., Suvà M.L., Hof P.R., Giannakopoulos P. (2004) Reduplicative paramnesia for places in a case of atypical Alzheimer's disease. *J. Neurol.* **251**, 750-752.

190. Hof P.R., Morrison J.H. (2004) The aging brain: morphomolecular senescence of cortical circuits. *Trends Neurosci.* **27**, 607-613.

191. Marino L., Sherwood C.C., Delman B.N., Tang C.Y., Naidich T.P., Hof P.R. (2004) Neuroanatomy of the killer whale (*Orcinus orca*) from magnetic resonance images. *Anat. Rec.* **281A**, 1256-1263.

192. Palmen S.J.M.C., van Engeland H., Hof P.R., Schmitz C. (2004) Neuropathologic findings in autism. *Brain* **127**, 2572-2583.

193. Chan P., Gonzalez-Maeso J., Ruf F., Bishop D.F., Hof P.R., Sealfon S.C. (2005) ε-Sarcoglycan immunoreactivity and mRNA expression in mouse brain. *J. Comp. Neurol.* **482**, 50-73.

194. Janssen W.G.M., Vissavajjhala P., Andrews G., Moran T., Hof P.R., Morrison J.H. (2005) Cellular and synaptic distribution of NR2A and NR2B in macaque monkey and rat

hippocampus as visualized using subunit-specific monoclonal antibodies. *Exp. Neurol*. **191, Suppl. 1**, 28-44.

195. Wang J., Ho L., Qin W., Rocher A.B., Seror I., Humala N., Maniar K., Dolios G., Wang R., Hof P.R., Pasinetti G.M. (2005) Low carbohydrate caloric restriction attenuates β-amyloid neuropathology in a mouse model of Alzheimer's disease. *FASEB J*. **19**, 659-661; full text version (18 pp.) available at http://www.fasebj.org/cbi/doi/10.1096/fj.04-3182fje.

196. Haznedar M.M., Roversi F., Pallanti S., Baldini-Rossi N., Schnur D.B., LiCalzi E., Tang C., Hof P.R., Hollander E., Buchsbaum M.S. (2005) Fronto-thalamo-striatal gray and white matter volume and anisotropy of their connections in bipolar spectrum illnesses. *Biol. Psychiatry* **57**, 733-742.

197. Schmitz C., Hof P.R. (2005) Design-based stereology in neuroscience. *Neuroscience* **130**, 813-831.

198. Simic G., Bexheti S., Kos M., Kelovic Z., Grbic K., Hof P.R., Kostovic I. (2005) Hemispheric asymmetry, modular variability and age-related changes in the human entorhinal cortex. *Neuroscience* **130**, 911-925.

199. Schmitz C., Born M., Dolezel P., Rutten B.P.F., de Saint-Georges L., Hof P.R., Korr H. (2005) Prenatal protracted gamma irradiation at very low dose rate induces severe neuronal loss in rat hippocampus and cerebellum. *Neuroscience* **130**, 935-948.

200. Sherwood C.C., Hof P.R., Holloway R.L., Semendeferi K., Gannon P.J., Frahm H., Zilles K. (2005) Evolution of the brainstem orofacial motor system in primates: a comparative quantitative study of trigeminal, facial and hypoglossal motor nuclei. *J. Hum. Evol*. **48**, 45-84.

201. Sherwood C.C., Holloway R.L., Semendeferi K., Hof P.R. (2005) Is prefrontal white matter enlargement a human evolutionary specialization? [Correspondence] *Nature Neurosci*. **8**, 537-538.

202. Andorfer C.A., Acker C.M., Kress Y., Hof P.R., Duff K., Davies P. (2005) Cell cycle re-entry and cell death in transgenic mice expressing non-mutant human tau isoforms. *J. Neurosci*. **25**, 5466-5464.

203. Glickstein S.B., DeSteno D.A., Hof P.R., Schmauss C. (2005) Mice lacking dopamine D2 and D3 receptors exhibit differential activation of prefrontal cortical neurons during tasks requiring attention. *Cereb. Cortex* **15**, 1016-1025.

204. Kreczmanski P., Schmidt-Kastner R., Heinsen H., Steinbusch H.M.W., Hof P.R., Schmitz C. (2005) Stereological studies of capillary length density in the frontal cortex of schizophrenics. *Acta Neuropathol*. **109**, 510-518.

205. Gold G., Kövari E., Herrmann F.R., Canuto A., Hof P.R., Michel J.P., Bouras C., Giannakopoulos P. (2005) Cognitive consequences of thalamic, basal ganglia and deep white matter lacunes in brain aging and dementia. *Stroke* **36**, 1184-1188.

206. Bouras C., Riederer B.M., Kövari E., Hof P.R., Giannakopoulos P. (2005) Humoral immunity in brain aging and Alzheimer's disease. *Brain Res. Rev*. **48**, 477-487.

207. von Gunten A., Miklossy J., Suvà M.L., Hof P.R., Giannakopoulos P. (2005) Environmental reduplicative paramnesia in a case of atypical Alzheimer's disease. *NeuroCase* **11**, 216-226.

208. von Gunten A., Kövari E., Rivara C.B., Bouras C., Hof P.R., Giannakopoulos P. (2005) Stereologic analysis of hippocampal Alzheimer disease pathology in the oldest-old: evidence for sparing of the entorhinal cortex and CA1 field. *Exp. Neurol.* **193**, 198-206.

209. Radley J.J., Sisti H.M., Rocher A.B., Hof P.R., McEwen B.S., Morrison J.H. (2005) Reversibility of apical dendritic retraction in the rat medial prefrontal cortex following repeated stress. *Exp. Neurol.* **196**, 199-203.

210. Hakeem A., Hof P.R., Sherwood C.C., Switzer III R.C., Rasmussen L.E.L., Allman J.M. (2005) The brain of the African elephant (*Loxodonta africana*): neuroanatomy from magnetic resonance images. *Anat. Rec.* **287**, 1117-1127.

211. Hof P.R., Chanis R., Marino L. (2005) Cortical complexity in cetacean brains. *Anat. Rec.* **287**, 1142-1152.

212. Hof P.R., Sherwood C.C. (2005) Morphomolecular neuronal phenotypes in the neocortex reflect phylogenetic relationships among certain mammalian orders. *Anat. Rec.* **287**, 1153-1163.

213. Ma Y., Hof P.R., Grant S.C., Blackband S.J., Bennett R., Slatest L., McGuigan M.D., Benveniste H. (2005) A three-dimensional atlas database of the adult C57BL6/J mouse brain by magnetic resonance microscopy. *Neuroscience* **135**, 1203-1215.

214. Wen P.H., De Gasperi R., Gama Sosa M.A., Rocher A.B., Friedrich Jr. V.L., Hof P.R., Elder G.A. (2005) Selective expression of presenilin 1 in neural progenitor cells rescues the cerebral hemorrhages and cortical lamination defects found in presenilin 1-null mutant mice. *Development* **132**, 3873-3883.

215. Zhao Z., Ho L., Qin W., Festa E.D., Mobbs C.V., Hof P.R., Rocher A.B., Masur S., Haroutunian V., Pasinetti G.M. (2005) Connective tissue growth factor (CTGF) expression in the brain is a downstream effector of insulin resistance-associated promotion of Alzheimer's disease β-amyloid neuropathology. *FASEB J.* **19**, 2081-2082; full text version (18 pp.) available at http://www.fasebj.org/cbi/doi:10.1096/fj.05-4359fje.

216. Wearne S.L., Rodriguez A., Ehlenberger D.B., Rocher A.B., Henderson S.C., Hof P.R. (2005) New techniques for imaging, digitization, and analysis of three-dimensional neuronal morphology on multiple scales. *Neuroscience* **136**, 661-680.

217. von Gunten A., Kövari E., Bussière T., Rivara C.B., Gold G., Bouras C., Hof P.R., Giannakopoulos P. (2006) Cognitive impact of neuronal pathology in the entorhinal cortex and CA1 field in Alzheimer's disease. *Neurobiol. Aging* **27**, 270-277.

218. Rothnie P., Kabaso D., Henry B.I., Hof P.R., Wearne S.L. (2006) Functionally relevant measures of spatial complexity in neuronal dendritic arbors. *J. Theor. Biol.* **238**, 505-526.

219. Radley J.J., Rocher A.B., Miller M., Janssen W.G.M., Liston C., Hof P.R., McEwen B.S., Morrison J.H. (2006) Repeated stress induces dendritic spine loss in the rat medial prefrontal cortex. *Cereb. Cortex* **16**, 313-320.

220. Hao J., Rapp P.R., Leffler A.E., Leffler S.R., Janssen W.G.M., Lou W., McKay H., Roberts J.A., Wearne S.L., Hof P.R., Morrison J.H. (2006) Estrogen alters spine number and morphology in prefrontal cortex of aged female rhesus monkeys. *J. Neurosci*. **26**, 2571-2578.

221. Bouras C., Kövari E., Herrmann F.R., Rivara C.B., Bailey T.L., von Gunten A., Hof P.R., Giannakopoulos P. (2006) Stereologic analysis of microvascular morphology in the elderly: Alzheimer disease pathology and cognitive status. *J. Neuropathol. Exp. Neurol*. **65**, 235-244.

222. Vereczki V., Martin E., Rosenthal R.E., Hof P.R., Hoffman G.E., Fiskum G. (2006) Normoxic resuscitation after cardiac arrest protects against hippocampal oxidative stress, metabolic dysfunction, and neuronal death. *J. Cereb. Blood Flow Metab*. **26**, 821-835.

223. von Gunten A., Bouras C., Kövari E., Giannakopoulos P., Hof P.R. (2006) Neural substrates of cognitive and behavioral deficits in atypical Alzheimer's disease. *Brain Res. Rev*. **51**, 176-211.

224. Van der Gucht E., Youakim M., Arckens L., Hof P.R., Baizer J.S. (2006) Variations in the structure of the prelunate gyrus in Old World monkeys. *Anat. Rec*. **288**, 753-775.

225. Liston C., Miller M.M., Goldwater D.S., Radley J.J., Rocher A.B., Hof P.R., Morrison J.H., McEwen B.S. (2006) Stress-related alterations in frontal cortical dendritic morphology predict selective impairments in perceptual attentional set-shifting. *J. Neurosci*. **26**, 7870-7874.

226. Blanco-Centurion C., Xu M., Murillo-Rodriguez E., Gerashchenko D., Shiromani A.M., Salin-Pascual R.J., Hof P.R., Shiromani P.J. (2006) Adenosine and sleep homeostasis in the basal forebrain. *J. Neurosci*. **26**, 8092-8100.

227. Coplan J.D., Mathew S.J., Mao X., Smith E.L.P., Hof P.R., Coplan P.M., Rosenblum L.A., Gorman J.M., Shungu D.C. (2006) Decreased choline and creatine concentrations in centrum semiovale in patients with generalized anxiety disorder: relationship to IQ and early trauma. *Psychiatry Res. Neuroimaging* **147**, 27-39.

228. Radley J.J., Johnson L.R., Janssen W.G.M., Martino J., Lamprecht R., Hof P.R., LeDoux J.E., Morrison J.H. (2006) Associative Pavlovian conditioning leads to an increase in spinophilin-immunoreactive dendritic spines in the lateral amygdala. *Eur. J. Neurosci*. **24**, 876-884.

229. Casanova M.F., van Kooten I.A.J., Switala A.E., van Engeland H., Heinsen H., Steinbusch H.M.W., Hof P.R., Trippe J., Stone J., Schmitz C. (2006) Minicolumnar abnormalities in autism. *Acta Neuropathol*. **112**, 287-303.

230. Rodriguez A., Ehlenberger D.B., Hof P.R., Wearne S.L. (2006) Rayburst sampling, an algorithm for automated three-dimensional shape analysis from laser scanning microscopy images. *Nat. Protoc*. **1**, 2152-2161.

231. Buchsbaum M.S., Friedman J., Buchsbaum B.R., Chu K.W., Hazlett E.A., Newmark R., Schneiderman J.S., Torosjan Y., Tang C., Hof P.R., Stewart D., Davis K.L., Gorman J. (2006) Diffusion tensor imaging in schizophrenia. *Biol. Psychiatry* **60**, 1181-1187.

232. Sherwood C.C., Stimpson C.D., Raghanti M.A., Wildman D.E., Uddin M., Grossman L.I., Goodman M., Redmond J.C., Bonar C., Erwin J.M., Hof P.R. (2006) Evolution of increased glial cell density in the human frontal cortex. *Proc. Natl. Acad. Sci. USA* **103**, 13606-13611. \

233. Sherwood C.C., Raghanti M.A., Stimpson C.D., Bonar C.J., de Sousa A.A., Preuss T.M., Hof P.R. (2007) Scaling of inhibitory microcircuitry in areas V1 and V2 of anthropoid primates revealed by calcium-binding protein immunohistochemistry. *Brain Behav. Evol*. **69**, 176-195.

234. Giannakopoulos P., Gold G., Kövari E., Imhof A., Bouras C., Hof P.R. (2007) Assessing the cognitive impact of Alzheimer disease pathology and vascular burden in the aging brain. *Acta Neuropathol*. **113**, 1-12.

235. Hof P.R., Van der Gucht E. (2007) The structure of the cerebral cortex of the humpback whale, *Megaptera novaeangliae* (Cetacea, Mysticeti, Balaenopteridae). *Anat. Rec*. **290**, 1-31.

236. Bachetta J.P., Kövari E., Merlo M., Canuto A., Herrmann F.R., Hof P.R., Bouras C., Gold G., Giannakopoulos P. (2007) Neuropathological validation of clinical criteria for possible vascular dementia in the oldest-old. *Neurobiol. Aging* **28**, 579-585.

237. Radley J.J., Farb C.R., He Y., Janssen W.G., Rodrigues S.M., Johnson L.R., Hof P.R., LeDoux J.E., Morrison J.H. (2007) Distribution of NMDA and AMPA receptor subunits at thalamo-amygdaloid dendritic spines. *Brain Res*. **1134**, 87-94.

238. Kövari E., Gold G., Herrmann F.R., Canuto A., Hof P.R., Bouras C., Giannakopoulos P. (2007) Cortical microinfarcts and demyelination affect cognition in cases at high risk for dementia. *Neurology* **68**, 927-931.

239. Franciosi S., De Gasperi R., Dickstein D.L., English D.F., Rocher A.B., Janssen W.G.M., Christoffel D., Gama Sosa M.A., Hof P.R., Buxbaum J.D., Elder G.A. (2007) Pepsin pretreatment allows collagen IV immunostaining of blood vessels in adult mouse brain. *J. Neurosci. Methods* **63**, 76-82.

240. Marino L., Connor R.C., Fordyce R.E., Herman L.M., Hof P.R., Lefèbvre L., Lusseau D., McCowan B., Nimchinsky E.A., Pack A.A., Rendell L., Reidenberg J.S., Reiss D., Uhen M.D., Van der Gucht E., Whitehead H. (2007) Cetacean intelligence: large complex brains for complex cognition. *PLoS Biol*. **5**, e139, 0966-0972; doi: 10.1371/journal.pbio.0050139.

241. Kreczmanski P., Heinsen H., Mantua V., Woltersdorf F., Masson T., Ulfig N., Schmidt-Kastner R., Korr H., Steinbusch H.W.M., Hof P.R., Schmitz C. (2007) Volume, neuron density and total neuron number in five subcortical regions in schizophrenia. *Brain* **130**, 678-692.

242. Giannakopoulos P., von Gunten A., Kövari E., Gold G., Herrmann F.R., Hof P.R., Bouras C. (2007) Stereological analysis of neuropil threads in the hippocampal formation: relationships with Alzheimer's disease neuronal pathology and cognition. *Neuropathol. Appl. Neurobiol*. **33**, 334-343.

243. Dickstein D.L., Kabaso D., Rocher A.B., Luebke J.I., Wearne S.L., Hof P.R. (2007) Changes in the structural complexity of the aged brain. *Aging Cell* **6**, 275-284.

244. Sherwood C.C., Wahl E., Erwin J.M., Hof P.R., Hopkins W.D. (2007) Histological asymmetries of primary motor cortex predict handedness in chimpanzees (*Pan troglodytes*). *J. Comp. Neurol*. **503**, 525-537.

245. Schneiderman J.S., Buchsbaum M.S., Haznedar M.M., Hazlett E.A., Brickman A.M., Shihabuddin L., Brand J.G., Torosjan Y., Newmark R., Tang C., Aronowitz J., Paul-Odouard R., Byne W., Hof P.R. (2007) Age and diffusion tensor anisotropy in adolescent and adult patients with schizophrenia. *Neuropsychobiology* **55**, 96-111.

246. Buchsbaum M.S., Buchsbaum B.R., Hazlett E.A., Haznedar M.M., Newmark R., Tang C.Y., Hof P.R. (2007) Relative glucose metabolic rate is higher in white matter in patients with schizophrenia. *Am. J. Psychiatry* **164**, 1072-1081.

247. Tang C.Y., Friedman J.I., Shungu D.C., Chang L., Ernst T., Steward D., Hajianpour A., Carpenter D., Ng J., Mao X., Hof P.R., Buchsbaum M.S., Davis K.L., Gorman J.M., (2007) Correlations between diffusion tensor imaging (DTI) and magnetic resonance spectroscopy ($^1$H MRS) in schizophrenic patients and normal controls. *BMC Psychiatry* **7**, 25 (11 pp.).

248. Mus E., Hof P.R., Tiedge H. (2007) Dendritic BC200 RNA in aging and in Alzheimer's disease. *Proc. Natl. Acad. Sci. USA* **104**, 10679-10684.

249. Hao J., Rapp P.R., Janssen W.G.M., Lou W., Lasley B.L., Hof P.R., Morrison J.H. (2007) Interactive effects of age and estrogen on cognition and pyramidal neurons in monkey prefrontal cortex. *Proc. Natl. Acad. Sci. USA* **104**, 11465-11470.

250. Hamzei-Sichani F., Kamasawa N., Janssen W.G.M., Yasumura T., Davidson K.G.V., Hof P.R., Wearne S.L., Stewart M.G., Young S.R., Whittington M.A., Rash J.E., Traub R.D. (2007) Gap junctions on hippocampal mossy fiber axons demonstrated by thin-section electron microscopy and freeze-fracture replica immunogold labeling. *Proc. Natl. Acad. Sci. USA* **104**, 12548-12553.

251. Gama Sosa M.A., De Gasperi R., Rocher A.B., Perez G.M., Simons K., Cruz D.E., Hof P.R., Elder G.A. (2007) Interactions of primary neuroepithelial and brain endothelial cells: distinct effect on neural progenitor maintenance and differentiation by soluble factors and direct contact. *Cell Res*. **17**, 619-626.

252. Van der Gucht E., Hof P.R., Van Brussel L., Burnat K., Arckens L. (2007) Neurofilament protein and neuronal activity markers define regional architectonic parcellation in the mouse visual cortex. *Cereb. Cortex* **17**, 2805-2819.

253. Raghanti M.A., Stimpson C.D., Marcinkiewicz J.L., Erwin J.M., Hof P.R., Sherwood C.C. (2008) Differences in cortical serotonergic innervation among humans, chimpanzees and macaque monkeys: a comparative study. *Cereb. Cortex* **18**, 584-597.

254. Fan J., Hof P.R., Guise K., Fossella J.A., Posner M.I. (2008) The functional integration of the anterior cingulate cortex during conflict processing. *Cereb. Cortex* **18**, 796-805.

255. Raghanti M.A., Stimpson C.D., Marcinkiewicz J.L., Erwin J.M., Hof P.R., Sherwood C.C. (2008) Cortical cholinergic innervation of the frontal cortex: differences among humans, chimpanzees, and macaque monkeys. *J. Comp. Neurol*. **506**, 409-424.

256. Radley J.J., Rocher A.B., Rodriguez A., Ehlenberger D.B., Dammann M., McEwen B.S., Morrison J.H., Wearne S.L., Hof P.R. (2008) Repeated stress alters dendritic spine morphology in the rat medial prefrontal cortex. *J. Comp. Neurol*. **507**, 1141-1150.

257. Uddin M., Opazo J.C., Wildman D.E., Sherwood C.C., Hof P.R., Goodman M., Grossman L.I. (2008) Molecular evolution of the cytochrome c oxidase subunit 5A gene in primates. *BMC Evol. Biol*. **8**, 8, 12 pp.

258. Simic G., Mladinov M., Seso Simic D., Jovanov Milosevic N., Islam A., Pajtak A., Barisic N., Sertic J., Lucassen P.J., Hof P.R., Kruslin B. (2008) Abnormal motoneuron migration, differentiation and axon outgrowth in spinal muscular atrophy. *Acta Neuropathol*. **115**, 313-326.

259. van Kooten I.A.J., Palmen S.J.M.C., von Cappeln P., Steinbusch H.W.M., Korr H., Heinsen H., Hof P.R., van Engeland H., Schmitz C. (2008) Neurons in the fusiform gyrus are fewer and smaller in autism. *Brain* **131**, 987-999.

260. Wang S.S.H., Shultz J.R., Burish M.J., Harrison K.H., Hof P.R., Towns L.C., Wagers M.W., Wyatt K.D. (2008) Shaping of white matter composition by biophysical scaling constraints. *J. Neurosci*. **28**, 4056-4047.

261. Gannon P.J., Kheck-Gannon N., Hof P.R. (2008) Leftward interhemispheric asymmetry of macaque monkey temporal lobe language area homolog is evident at the cytoarchitectural, but not gross anatomic, level. *Brain Res*. **1199**, 62-73.

262. Yague J.G., Wang A.C.J., Janssen W.G.M., Hof P.R., Garcia-Segura L.M., Azcoitia I., Morrison J.H. (2008) Aromatase distribution in the monkey temporal cortex and hippocampus. *Brain Res*. **1209**, 115-127.

263. Agashiwala R.M., Louis E.D., Hof P.R., Perl D.P. (2008) A novel approach to non-biased systematic-random sampling: a stereologic estimate of Purkinje cells in the human cerebellum. *Brain Res*. **1236**, 73-78.

264. Tommasini S.M., Wearne S.L., Hof P.R., Jepsen K.J. (2008) Percolation theory relates corticocancellous architecture to mechanical function in vertebrae of inbred mouse strains. *Bone* **42**, 743-750.

265. Rodriguez A., Ehlenberger D.B., Dickstein D.L., Hof P.R., Wearne S.L. (2008) Automated three-dimensional detection and classification of dendritic spines from fluorescence microscopy. *PLoS One* **3(4)**, e1997, 12 pp., doi:10.1371/journal.pone.0001997.

266. Ma Y., Smith D., Hof P.R., Foerster B., Hamilton S., Blackband S.J., Yu M., Benveniste H. (2008) *In vivo* 3D digital atlas database of the adult C57BL/6J mouse brain by magnetic resonance microscopy. *Front. Neuroanat*. **2(1)**, 10 pp., doi:10.3389/neuro.05.001.2008.

267. Navailles S., Hof P.R., Schmauss C. (2008) Antidepressant drug-induced stimulation of mouse hippocampal neurogenesis is age-dependent. *J. Comp. Neurol*. **509**, 372-381.

268. De Gasperi R., Rocher A.B., Gama Sosa M.A., Wearne S.L., Perez G.M., Friedrich Jr. V.L., Hof P.R., Elder G.A. (2008) The IRG mouse: a two-color fluorescent reporter for assessing Cre-mediated recombination and imaging three-dimensional cellular relationships *in situ*. *Genesis* **46**, 308-317.

269. Brasnjevic I., Hof P.R., Steinbusch H.W.M., Schmitz C. (2008) Accumulation of nuclear DNA damage or neuron loss: molecular basis for a new approach to understanding selective neuronal vulnerability in neurodegenerative diseases. *DNA Repair* **7**, 1087-1097.

270. Raghanti M.A., Stimpson C.D., Marcinkiewicz J.L., Erwin J.M., Hof P.R., Sherwood C.C. (2008) Differences in cortical dopaminergic innervation among humans, chimpanzees, and macaque monkeys: a comparative study. *Neuroscience* **155**, 203-220.

271. Vogt B.A., Hof P.R., Friedman D.P., Sikes R.W., Vogt L.J. (2008) Norepinephrinergic afferents and cytology of the macaque monkey midline and intralaminar thalamic nuclei. *Brain Struct. Funct.* **212**, 465-479.

272. Friedman J.I., Tang C., Carpenter D., Buchsbaum M., Schmeidler J., Flanagan L., Golembo S., Kanellopoulou I., Ng J., Hof P.R., Harvey P.D., Tsopelas N.D., Stewart D., Davis K.L. (2008) Diffusion tensor imaging findings in first-episode and chronic schizophrenia patients. *Am. J. Psychiatry* **165**, 1024-1032.

273. Carpenter D.M., Tang C.Y., Friedman J.I., Hof P.R., Stewart D.G., Buchsbaum M.S., Harvey P.D., Gorman J.M., Davis K.L. (2008) Temporal characteristics of tract-specific anisotropy abnormalities in schizophrenia. *NeuroReport* **19**, 1369-1372.

274. Marino L., Butti C., Connor R.C., Fordyce R.E., Herman L.M., Hof P.R., Lefèbvre L., Lusseau D., McCowan B., Nimchinsky E.A., Pack A.A., Reidenberg J.S., Reiss D., Rendell L., Uhen M.D., Van der Gucht E., Whitehead H. (2008) A claim in search of evidence: reply to Manger's thermogenesis hypothesis of cetacean brain structure. *Biol. Rev.* **83**, 417-440.

275. Kaufman J.A., Paul L.K., Manaye K.F., Granstedt A.E., Hof P.R., Hakeem A.Y., Allman J.M. (2008) Selective reduction of Von Economo neuron number in agenesis of the corpus callosum. *Acta Neuropathol.* **116**, 479-489.

276. Akram A., Christoffel D., Rocher A.B., Bouras C., Kövari E., Perl D.P., Morrison J.H., Herrmann F.R., Haroutunian V., Giannakopoulos P., Hof P.R. (2008) Stereologic estimates of total spinophilin-immunoreactive spine numbers in area 9 and the CA1 field: relationship with the progression of Alzheimer's disease. *Neurobiol. Aging* **29**, 1296-1307.

277. Brennan A.R., Yuan P., Dickstein D.L., Rocher A.B., Hof P.R., Manji H., Arnsten A.F.T. (2009) Protein kinase C activity is associated with prefrontal cortical decline in aging. *Neurobiol. Aging* **30**, 782-792.

278. Sherwood C.C., Stimpson C.D., Butti C., Bonar C.J., Newton A.L., Allman J.M., Hof P.R. (2009) Neocortical neuron types in Xenarthra and Afrotheria: implications for brain evolution in mammals. *Brain Struct. Funct.* **213**, 301-328.

279. Hakeem A.Y., Sherwood C.C., Bonar C.J., Butti C., Hof P.R., Allman J.M. (2009) Von Economo neurons in the elephant brain. *Anat. Rec.* **292**, 242-248.

280. Raghanti M.A., Spocter M.A., Stimpson C.D., Erwin J.M., Bonar C.J., Allman J.H., Hof P.R., Sherwood C.C. (2009) Species-specific distribution of tyrosine hydroxylase-immunoreactive neurons in the prefrontal cortex of anthropoid primates. *Neuroscience* **158**, 1551-1559.

281. Schneiderman J.S., Buchsbaum M.S., Haznedar M.M., Hazlett E.A., Brickman A.M., Shihabuddin L., Brand J.G., Torosjan Y., Newmark R.E., Canfield E.L., Tang C., Aronowitz J., Paul-Odouard R., Hof P.R. (2009) Age and diffusion tensor anisotropy in adolescent and adult patients with schizophrenia. *NeuroImage* **45**, 662-671.

282. Segal D., Schmitz C., Hof P.R. (2009) Spatial distribution and density of oligodendrocytes in the cingulum bundle are unaltered in schizophrenia. *Acta Neuropathol.* **117**, 385-394.

283. Kreczmanski P., Heinsen H., Mantua V., Woltersdorf F., Masson T., Ulfig N., Schmidt-Kastner R., Korr H., Steinbusch H.W.M., Hof P.R., Schmitz C. (2009) Microvessel length density, total length, and length per neuron in five subcortical brain regions in schizophrenia. *Acta Neuropathol.* **117**, 409-421.

284. Giannakopoulos P., Kövari E., Herrmann F.R., Hof P.R., Bouras C. (2009) Interhemispheric distribution of Alzheimer disease and vascular pathology in brain aging. *Stroke* **40**, 983-986.

285. Butti C., Sherwood C.C., Hakeem A.Y., Allman J.M., Hof P.R. (2009) Total number and volume of von Economo neurons in the cerebral cortex of cetaceans. *J. Comp. Neurol.* **515**, 243-259.

286. Åslund A., Sigurdson C.J., Klingstedt T., Grathwohl S., Bolmont T., Dickstein D.L., Glimsdal E., Prokop S., Lindgren M., Konradsson P., Holtzman D.M., Hof P.R., Heppner F.L., Gandy S., Jucker M., Aguzzi A., Hammarström P., Nilsson K.P.R. (2009) Novel pentameric thiophene derivatives for *in vitro* and *in vivo* optical imaging of a plethora of protein aggregates in cerebral amyloidoses. *ACS Chem. Biol.* **4**, 673-684.

287. Kabaso D., Coskren P.J., Henry B.I., Hof P.R., Wearne S.L. (2009) The electrotonic structure of pyramidal neurons contributing to prefrontal cortical circuits in macaque monkeys is significantly altered in aging. *Cereb. Cortex* **19**, 2248-2268.

288. Shansky R.M., Hamo C., Hof P.R., McEwen B.S., Morrison J.H. (2009) Stress-induced dendritic remodeling in the prefrontal cortex is circuit-specific. *Cereb. Cortex* **19**, 2479-2484.

289. Rodriguez A., Ehlenberger D.B., Hof P.R., Wearne S.L. (2009) Three-dimensional neuron tracing by voxel scooping. *J. Neurosci. Methods* **184**, 169-175.

290. Pedrini S., Thomas C., Brautigam H., Schmeidler J., Ho L., Fraser P., Westaway D., St. George Hyslop P., Martins R.N., Buxbaum J.D., Pasinetti G.M., Dickstein D.L., Hof P.R., Ehrlich M.E., Gandy S. (2009) Dietary composition modulates brain mass and solubilizable Aβ levels in a mouse model of aggressive Alzheimer's amyloid pathology. *Mol. Neurodegen.* **4**, 40, 10 pp.

291. Franciosi S., Gama Sosa M.A., English D., Oler E., Oung T., Janssen W.G.M., Perez G.M., De Gasperi R., Dickstein D.L., Schmitz C., Hof P.R., Buxbaum J.D., Elder G.A. (2009) Systemic hypercholesterolemia leads to a novel cerebrovascular pathology in mice lacking the low-density lipoprotein receptor. *Mol. Neurodegen*. **4**, 42, 12 pp.

292. Höistad M., Segal D., Takahashi N., Sakurai T., Buxbaum J.D., Hof P.R. (2009) Linking white and grey matter in schizophrenia: oligodendrocyte and neuron pathology in the prefrontal cortex. *Front. Neuroanat*. **3**, 9, 16 pp.

293. Caminiti R., Ghazari H., Galuske R., Hof P.R., Innocenti G.M. (2009) Evolution amplified processing with temporally-dispersed, slow neuronal connectivity in primates. *Proc. Natl. Acad. Sci. USA* **106**, 19551-19556.

294. Goodman M., Sterner K.N., Islam M., Uddin M., Sherwood C.C., Hof P.R., Hou Z.C., Lipovich L., Jia H., Grossman L.I., Wildman D.E. (2009) Phylogenomic analyses reveal convergent patterns of adaptive evolution in elephant and human ancestries. *Proc. Natl. Acad. Sci. USA* **106**, 20824-20829.

295. Santos M., Kövari E., Hof P.R., Bouras C., Giannakopoulos P. (2009) The impact of vascular burden on late-life depression. *Brain Res. Rev*. **62**, 19-32.

296. Goldwater D.S., Pavlides C., Hunter R.C., Bloss E.B., Hof P.R., McEwen B.S., Morrison J.H. (2009) Structural and functional alterations to rat medial prefrontal cortex following chronic restraint stress and recovery. *Neuroscience* **164**, 798-808.

297. Gama Sosa M.A., De Gasperi R., Rocher A.B., Wang A.C.J., Janssen W.G.M., Flores T., Perez G.M., Schmeidler J., Dickstein D.L., Hof P.R., Elder G.A. (2010) Age-related vascular pathology in transgenic mice expressing presenilin 1-associated familial Alzheimer's disease mutations. *Am. J. Pathol*. **176**, 353-368.

298. Sharma Y., Xu T., Graf W.M., Fobbs A., Sherwood C.C., Hof P.R., Allman J.M., Manaye K.F. (2010) Comparative anatomy of the locus coeruleus in humans and nonhuman primates. *J. Comp. Neurol*. **518**, 963-971.

299. Raghanti M.A., Spocter M.A., Butti C., Hof P.R., Sherwood C.C. (2010) A comparative perspective on minicolumns and inhibitory GABAergic interneurons in the neocortex. *Front. Neuroanat*. **3**, 35, 10 pp.

300. Sherwood C.C., Raghanti M.A., Stimpson C.D., Spocter M.A., Uddin M., Boddy A.M., Wildman D.E., Bonar C.J., Lewandowski A.H., Phillips K.A., Erwin J.M., Hof P.R. (2010) Inhibitory interneurons of the human prefrontal cortex display conserved evolution of the phenotype and related genes. *Proc. R. Soc. B* **277**, 1011-1020.

301. Spocter M.A., Hopkins W.D., Garrison A.R., Bauernfeind A.L., Stimpson C.D., Hof P.R., Sherwood C.C. (2010) Wernicke's homologue (area Tpt) in chimpanzees (*Pan troglodytes*) and its relation to the appearance of modern human language. *Proc. R. Soc. B* **277**, 2165-2174.

302. Schenker N.M., Hopkins W.D., Spocter M.A., Garrison A.R., Stimpson C.D., Erwin J.M., Hof P.R., Sherwood C.C. (2010) Broca's area homologue in chimpanzees (*Pan troglodytes*): probabilistic mapping, asymmetry, and comparison to humans. *Cereb. Cortex* **20**, 730-742.

303. De Sousa A.A., Sherwood C.C., Schleicher A., Amunts K., MacLeod C.E., Hof P.R., Zilles K. (2010) Comparative cytoarchitectural analyses of striate and extrastriate areas in hominoids. *Cereb. Cortex* **20**, 966-981.

304. Gu X., Liu X., Guise K.G., Naidich T.P., Hof P.R., Fan J. (2010) Functional dissociation of the frontoinsular and anterior cingulate cortices in empathy for pain. *J. Neurosci.* **30**, 3739-3744.

305. Segal D., Haznedar M.M., Hazlett E., Entis J.J., Newmark R.E., Torosjan Y., Schneiderman J.S., Friedman J.I., Chu K.W., Tang C.Y., Buchsbaum M.S., Hof P.R. (2010) Diffusion tensor anisotropy in the cingulate gyrus in schizophrenia. *NeuroImage* **50**, 357-365.

306. Akram A., Schmeidler J., Katsel P., Hof P.R., Haroutunian V. (2010) Increased expression of cholesterol transporter *ABCA1* is highly correlated with severity of dementia in Alzheimer's disease hippocampus. *Brain Res.* **1318**, 167-177.

307. Boban M., Sarac H., Mimica N., Mladinov M., Süßmair C., Ackl N., Bader B., Huzak M., Danek A., Hof P.R., Simic G. (2010) CSF tau proteins in differential diagnosis of dementia. *Translat. Neurosci.* **1**, 43-48.

308. Elder G.A., Gama Sosa M.A., De Gasperi R., Dickstein D.L., Hof P.R. (2010) Presenilin transgenic mice as models of Alzheimer's disease. *Brain Struct. Funct.* **214**, 127-143.

309. Takahashi H., Brasnjevic I., Rutten B.P.F., van der Kolk N., Perl D.P., Bouras C., Steinbusch H.W.M., Schmitz C., Hof P.R., Dickstein D.L. (2010) Hippocampal interneuron loss in an APP/PS1 double mutant mouse and in Alzheimer's disease. *Brain Struct. Funct.* **214**, 145-160.

310. Dickstein D.L., Brautigam H., Stockton Jr. S.D., Schmeidler J., Hof P.R. (2010) Changes in dendritic complexity and spine morphology in transgenic mice expressing human wild-type tau. *Brain Struct. Funct.* **214**, 161-179.

311. Luebke J.I., Weaver C., Rocher A.B., Rodriguez A., Crimins J.L., Dickstein D.L., Wearne S.L., Hof P.R. (2010) Dendritic vulnerability in neurodegenerative disease: insights from analyses of cortical pyramidal neurons in transgenic mouse models. *Brain Struct. Funct.* **214**, 181-199.

312. Abdallah C.G., Tang C.Y., Mathew S.J., Martinez J., Hof P.R., Perera T.D., Shungu D.C., Gorman J.M., Coplan J.D. (2010) Diffusion tensor imaging in studying white matter complexity: a gap junction hypothesis. *Neurosci. Lett.* **475**, 161-164.

313. Sakurai T., Ramoz N., Barreto M., Gazdoiu M., Takahashi N., Gertner M., Dorr N., Gama Sosa M.A., De Gasperi R., Perez G., Schmeidler J., Mitropoulou V., Le H.C., Lupu M., Hof P.R., Elder G.A., Buxbaum J.D. (2010) *Slc25a12* disruption alters myelination and neurofilaments: a model for a hypomyelination syndrome and childhood neurodevelopmental disorders. *Biol. Psychiatry* **67**, 887-894.

314. Sherwood C.C., Duka T., Stimpson C.D., Schenker N.M., Garrison A.R., Schapiro S.J., Baze W.D., McArthur M.J., Erwin J.M., Hof P.R., Hopkins W.D. (2010) Neocortical

synaptophysin asymmetry and behavioral lateralization in chimpanzees (*Pan troglodytes*). *Eur. J. Neurosci*. **31**, 1456-1464.

315.  De Sousa A.A., Sherwood C.C., Mohlberg H., Amunts K., Schleicher A., MacLeod C., Hof P.R., Frahm H., Zilles K. (2010) Hominoid visual brain structure volumes and the position of the lunate sulcus. *J. Hum. Evol*. **58**, 281-292.

316.  Butti C., Hof P.R. (2010) The insular cortex: a comparative perspective. *Brain Struct. Funct*. **214**, 477-493.

317.  Allman J.M., Tetreault N.A., Hakeem A.Y., Manaye K.F., Semendeferi K., Erwin J.M., Goubert V., Hof P.R. (2010) The von Economo neurons in frontoinsular and anterior cingulate cortex in great apes and humans. *Brain Struct. Funct*. **214**, 495-517.

318.  Segal D., Carpenter D., Höistad M., Haroutunian V., Tang C.Y., Hof P.R. (2010) Cingulum bundle white matter in MAG-knockout mice. *Transl. Neurosci*. **1**, 131-138.

319.  Coplan J.D., Abdallah C.G., Tang C.Y., Mathew S.J., Martinez J., Hof P.R., Smith E.L.P., Dwork A.J., Perera T.D., Pantol G., Carpenter D., Rosenblum L.A., Shungu D.C., Gelernter J., Kaffman A., Jackowski A., Kaufman J., Gorman J.M. (2010) The role of early life stress in development of the anterior limb of the internal capsule in non-human primates. *Neurosci. Lett*. **480**, 93-96.

320.  Coplan J.D., Mathew S.J., Abdallah C.G., Mao X., Kral J.G., Smith E.L., Rosenblum L.A., Perera T.D., Dwork A.J., Hof P.R., Gorman J.M., Shungu D.C. (2010) Early-life stress and neurometabolites of the hippocampus. *Brain Res*. **1358**, 191-199.

321.  Shamy J.L., Carpenter D.M., Fong S.G., Murray E.A., Tang C.Y., Hof P.R., Rapp P.R. (2010) Alterations of white matter tracts following neurotoxic hippocampal lesions in macaque monkeys: a diffusion tensor imaging study. *Hippocampus* **20**, 906-910.

322.  Akram A., Schmeidler J., Katsel P., Hof P.R., Haroutunian V. (2010) Increased expression of $RXR\alpha$ in dementia: an early harbinger for the cholesterol dyshomeostasis? *Mol. Neurodegen*. **5**, 36.

323.  Shansky R.M., Hamo C., Hof P.R., McEwen B.S., Morrison J.H. (2010) Estrogen promotes stress sensitivity in a prefrontal cortex-amygdala pathway. *Cereb. Cortex* **20**, 2560-2567.

324.  Mladinov M., Mayer D., Brcic L., Wolstencroft E., thi Man N., Holt I., Hof P.R., Morris G.E., Simic G. (2010) Astrocyte expression of D2-like dopamine receptors in the prefrontal cortex. *Translat. Neurosci*. **1**, 238-243.

325.  Santos M., Gold G., Kövari E., Herrmann F.R., Hof P.R., Bouras C., Giannakopoulos P. (2010) Neuropathologic analysis of lacunes and microvascular lesions in late-onset depression. *Neuropathol. Appl. Neurobiol*. **36**, 661-672.

326.  Sinka L., Kövari E., Gold G., Hof P.R., Herrmann, F.R., Bouras C., Giannakopoulos P. (2010) Small vascular and Alzheimer disease-related pathologic determinants of dementia in the oldest-old. *J. Neuropathol. Exp. Neurol*. **69**, 1247-1255.

327. Innocenti G.M., Caminiti R., Hof P.R. (2010) Fiber composition in the *planum temporale* sector of the corpus callosum in chimpanzee and human. *Brain Struct. Funct*. **215**, 123-128.

328. De Gasperi R., Zoltewicz J.S., Gama Sosa M.A., Haroutunian V., Hof P.R., Notterpek L., Davis K.L., Buxbaum J.D., Elder G.A. (2010) Peripheral myelin protein 22 is expressed in CNS myelin. *Translat. Neurosci*. **1**, 282-285.

329. Schwartz E., Wicinski B., Schmeidler J., Haroutunian V., Hof P.R. (2010) Cardiovascular risk factors affects hippocampal microvasculature in early Alzheimer's disease. *Transl. Neurosci*. **1**, 292-299.

330. Bozdagi O., Sakurai T., Papapetrou D., Wang X., Dickstein D.L., Scattoni M.L., Takahashi N., Kajiwara Y. Harris M.J., Saxena R., Katz A.M., Silverman J.L., Yang M., Krug L., Zhou Q., Crawley J.N., Hof P.R., Buxbaum J.D. (2010) *Shank3* haploinsufficiency leads to altered synaptic development, transmission, and plasticity as well as to social deficits. *Mol. Autism* **1**, 15.

331. Stimpson C.D., Tetreault N.A., Allman J.M., Jacobs B., Butti C., Hof P.R., Sherwood C.C. (2011) Biochemical specificity of von Economo neurons in hominoids. *Am. J. Hum. Biol*. **23**, 22-28.

332. Fan J., Gu X., Liu X., Guise K.G., Park Y., Martin L., de Marchena A., Tang C.Y., Minzenberg M.J., Hof P.R. (2011) Involvement of the anterior cingulate and frontoinsular cortices in rapid processing of salient facial emotional information. *NeuroImage* **54**, 2539-2546.

333. Jacobs B., Lubs J., Hannan M., Anderson K., Butti C., Sherwood C.C., Hof P.R., Manger P.R. (2011) Neuronal morphology in the African elephant (*Loxodonta africana*) neocortex. *Brain Struct. Funct*. **215**, 273-298.

334. Bernardi S., Anagnostou E., Shen J., Kolevzon A., Buxbaum J.D., Hollander E., Hof P.R., Fan J. (2011) *In vivo* [1]H-magnetic resonance spectroscopy study of the attentional networks in autism. *Brain Res*.**1380**, 198-205.

335. Santos M., Uppal N., Butti C., Wicinski B., Schmeidler J., Giannakopoulos P., Heinsen H., Schmitz C., Hof P.R. (2011) Von Economo neurons in autism: a stereologic study of the frontoinsular cortex in children. *Brain Res*. **1380**, 206-217.

336. Kern A., Siebert U., Cozzi B., Hof P.R., Oelschläger H.H.A. (2011) Stereology of the neocortex in odontocetes: qualitative, quantitative, and functional implications. *Brain Behav. Evol*. **77**, 79-90.

337. Raghanti M.A., Simic G., Watson S., Stimpson C.D., Hof P.R., Sherwood C.C. (2011) Comparative analysis of the nucleus basalis of Meynert among primates. *Neuroscience* **184**, 1-15.

338. Takahashi N., Sakurai T., Bozdagi O., Dorr N.P., Moy J., Krug L., Gama-Sosa M., Elder G.A., Koch R.J., Walker R.H., Hof P.R., Davis K.L., Buxbaum J.D. (2011) Increased expression of receptor phosphotyrosine phosphatase-$\beta/\zeta$ is associated with molecular, cellular, behavioral, and cognitive schizophrenia phenotypes. *Transl. Psychiatry* **1**, e8.

339. Sarac H., Henigsberg N., Markeljevic J., Pavlisa G., Hof P.R., Simic G. (2011) Fragile-X permutation tremor/ataxia syndrome (FXTAS) in a young woman: clinical, genetics, MRI and [1]H-MR spectroscopy correlates. *Coll. Anthropol.* **35(Suppl. 1)**, 327-332.

340. Baizer J.S., Sherwood C.C., Hof P.R., Witelson S.F., Sultan F. (2011) Neurochemical and structural organization of the principal nucleus of the inferior olive in the human. *Anat. Rec.* **294**, 1198-1216.

341. Shamy J.L., Habeck C., Hof P.R., Amaral D.G., Fong S.G., Buonocore M.H., Stern Y., Barnes C.A., Rapp P.R. (2011) Volumetric correlates of spatiotemporal working and recognition memory impairment in aged rhesus monkeys. *Cereb. Cortex* **21**, 1559-1573.

342. Mann S.L., Hazlett E.A., Byne W., Hof P.R., Buchsbaum M.S., Cohen B.H., Goldstein K.E., Haznedar M.M., Mitsis E.M., Siever L.J., Chu K.W. (2011) Anterior and posterior cingulate cortex volume in healthy adults: effects of aging and gender differences. *Brain Res.* **1401**, 18-29.

343. Sherwood C.C., Gordon A.D., Allen J.S., Phillips K.A., Erwin J.M., Hof P.R., Hopkins W.D. (2011) Aging of the cerebral cortex differs between humans and chimpanzees. *Proc. Natl. Acad. Sci. USA* **108**, 13029-13034.

344. Paulussen M., Jacobs S., Van der Gucht E., Hof P.R., Arckens L. (2011) Cytoarchitecture of the mouse neocortex revealed by the low molecular weight neurofilament protein subunit. *Brain Struct. Funct.* **216**, 183-199.

345. Bailey M.E., Wang A.C.J., Hao J., Janssen W.G.M., Hara Y., Dumitriu D., Hof P.R., Morrison J.H. (2011) Interactive effects of age and estrogen on cortical neurons: implications for cognitive aging. *Neuroscience* **191**, 148-158.

346. Costanza A., Weber K., Gandy S., Bouras C., Hof P.R., Giannakopoulos P., Canuto A. (2011) Contact sport-related chronic traumatic encephalopathy in the elderly: clinical expression and structural substrates. *Neuropathol. Appl. Neurobiol.* **37**, 570-584.

347. Grabrucker A.M., Schmeisser M.J., Udvardi P.T., Arons M., Schoen M., Woodling N.S., Andreasson K.I., Hof P.R., Buxbaum J.D., Garner C.C., Boeckers T.M. (2011) Amyloid beta protein-induced zinc sequestration leads to synaptic loss via dysregulation of the postsynaptic ProSAP2/Shank3 scaffold. *Mol. Neurodegen.* **6**, 65.

348. Reilley J.E., Hanson H.H., Fernández-Monreal M., Wearne S.L., Hof P.R., Phillips G.R. (2011) Characterization of MSB synapses in dissociated hippocampal cultures with simultaneous pre- and postsynaptic live microscopy. *PLoS One* **6**, e26478.

349. Sarac H., Hajnsek S., Basic S., Telarovic S., Markeljevic J., Vukic M., Rados M., Bosjnac-Pasic M., Zarkovic K., Hof P.R., Simic G. (2011) Giant cavernoma of the skull and skeletal-extraskeletal angiomatosis associated with paraproteinemia. *Transl. Neurosci.* **2**, 265-269.

350. Wang J., Ono K., Dickstein D.L., Arrieta-Cruz I., Zhao W., Qian X., Lamparello A., Subnani R., Ferruzzi M., Pavlides C., Ho L., Hof P.R., Teplow D.B., Pasinetti G.M. (2011) Carvedilol as a potential novel agent for the treatment of Alzheimer's disease. *Neurobiol. Aging* **32**, 2321.e1-e12.

351. Akram A., Schmeidler J., Katsel P., Hof P.R., Haroutunian V. (2012) Association of *ApoE* and *LRP* mRNA levels with dementia and AD neuropathology. *Neurobiol. Aging*. **33**, 628.e1-e14.

352. Seeley W.W., Merckle F.T., Gaus S.E., Craig A.D., Allman J.M., Hof P.R. (2012) Distinctive neurons of the anterior cingulate and frontoinsular cortex: a historical perspective. *Cereb. Cortex* **22**, 245-250.

353. Kim E.J., Sidhu M., Gaus S.E., Huang E.J., Hof P.R., Miller B.J., DeArmond S.J., Seeley W.W. (2012) Selective frontoinsular von Economo neuron and fork cell loss in early behavioral variant frontotemporal dementia. *Cereb. Cortex* **22**, 251-259.

354. Coplan J.D., Hodulik S., Mathew S.J., Mao X., Hof P.R., Gorman J.M., Shungu D.C. (2012) The relationship between intelligence and anxiety: an association with subcortical white matter metabolism. *Front. Evol. Neurosci*. **3**, 8.

355. Midthune B., Tyan S.H., Walsh J.J., Sarsoza F., Eggert S., Hof P.R., Dickstein D.L., Koo E.H. (2012) Deletion of the amyloid precursor-like protein 2 (APLP2) does not affect hippocampal neuron morphology or function. *Mol. Cell. Neurosci*. **49**, 448-455.

356. Buxbaum J.D., Betancur C., Bozdagi O., Dorr N.P., Elder G.A., Hof P.R. (2012) Optimizing the phenotyping of rodent ASD models: enrichment analysis of mouse and human neurobiological phenotypes associated with high-risk autism genes identifies morphological, electrophysiological, neurological, and behavioral features. *Mol. Autism*. **3**, 1.

357. Lewitus E., Sherwood C.C., Hof P.R. (2012) Cellular signatures in the primary visual cortex of phylogeny and placentation. *Brain Struct. Funct*. **217**, 531-547.

358. Zeng H., Shen E.H., Hohmann J.G., Oh S.W., Bernard A., Royall J.J., Glattfelder K.J., Sunkin S.M., Morris J.A., Guillozet-Bongaarts A.L., Smith K.A., Ebbert A.J., Swanson B., Kuan L., Page D.T., Overly C.C., Lein E.S., Hawrylycz M.J., Hof P.R., Hyde T.M., Kleinman J.E., Jones A.R. (2012) Large-scale cellular-resolution gene profiling in human neocortex reveals species-specific molecular signatures. *Cell* **149**, 483-496.

359. Nelson P.T., Alafuzoff I., Bigio E.H., Bouras C., Braak H., Cairns N.J., Castellani R.J., Crain B.J., Davies P., Del Tredici K., Duyckaerts C., Frosch M.P., Ghetti B., Hof P.R., Hulette C.M., Hyman B.T., Iwatsubo T., Jellinger K.A., Kövari E., Kukull W.A., Leverenz J.B., Love S., Mackenzie I.R., Mann D.M.A., Masliah E., McKee A.C., Montine T.J., Morris J.C., Schneider J.A., Silverberg N., Sonnen J.A., Thal D.R., Trojanowski J.Q., Troncoso J.C., Wisniewski T., Woltjier R.L., Beach T.G. (2012) Correlation of Alzheimer's disease neuropathologic changes with cognitive status: a review of the literature. *J. Neuropathol. Exp. Neurol*. **71**, 362-381.

360. Hamzei-Sichani F., Davidson K.G.V., Yasumura T., Janssen W.G.M., Wearne S.L., Hof P.R., Traub R.D., Gutiérrez R., Ottersen O.P., Rash J.E. (2012) Mixed chemical-electrical synapses in adult rat hippocampus are primarily glutamatergic and coupled by connexin-36. *Front. Neuroanat*. **6**, 13.

361. Hogrebe L., Paiva A.R.C., Jurrus E., Christensen C., Bridge M., Dai L., Pfeiffer R., Hof P.R., Roysam B., Korenberg J.R., Tasdizen T. (2012) Serial section registration of axonal

confocal microscopy datasets for long-range neural circuit reconstruction. *J. Neurosci. Methods* **207**, 200-210.

362. Sterner K.S., Weckle A., Chugani H.T., Tarca A.L., Sherwood C.C., Hof P.R., Kuzawa C.W., Boddy A.M., Abbas A., Raaum R.L., Grégoire L., Lipovich L., Grossman L.I., Uddin M., Goodman M., Wildman D.E. (2012) Dynamic gene expression in the human cerebral cortex distinguishes children from adults. *PLoS One* **7**, e37714.

363. Chouliaras L., van den Hove D.L.A., Kenis G., Keitel S., Hof P.R., van Os J., Steinbusch H.W.M., Schmitz C., Rutten B.P.F. (2012) Age-related increase in levels of 5-hydroxymethylcytosine in mouse hippocampus is prevented by caloric restriction. *Curr. Alzheimer Res.* **9**, 536-544.

364. Chouliaras L., van den Hove D.L.A., Kenis G., Keitel S., Hof P.R., van Os J., Steinbusch H.W.M., Schmitz C., Rutten B.P.F. (2012) Prevention of age-related changes in hippocampal levels of 5-methylcytidine by caloric restriction. *Neurobiol. Aging* **33**, 1672-1681.

365. Jacot-Descombes S., Uppal N., Wicinski B., Santos M., Schmeidler J., Giannakopoulos P., Heinsen H., Schmitz C., Hof P.R. (2012) Decreased pyramidal neuron size in Brodmann areas 44 and 45 in patients with autism. *Acta Neuropathol.* **124**, 67-79; Erratum, *Acta Neuropathol.* **124**, 81.

366. Yadav A., Gao Y.Z., Rodriguez A., Dickstein D.L., Wearne S.L., Luebke J.I., Hof P.R., Weaver C.M. (2012) Morphological evidence for spatially clustered spines in apical dendrites of monkey neocortical pyramidal neurons. *J. Comp. Neurol.* **520**, 2888-2902.

367. Spocter M.A., Hopkins W.D., Barks S.K., Bianchi S., Hehmeyer A.E., Anderson S.M., Stimpson C.D., Fobbs A.J., Hof P.R., Sherwood C.C. (2012) Neuropil distribution in the cerebral cortex differs between humans and chimpanzees. *J. Comp. Neurol.* **520**, 2917-2929.

368. Barger N., Stefanacci L., Schumann C.M., Sherwood C.C., Annese J., Allman J.M., Buckwalter J.A., Hof P.R., Semendeferi K. (2012) Neuronal populations in the basolateral nuclei of the amygdala are differentially increased in humans compared with apes: a stereological study. *J. Comp. Neurol.* **520**, 3035-3054.

369. Lewitus E., Hof P.R., Sherwood C.C. (2012) Phylogenetic comparison of neuron and glia densities in the primary visual cortex and hippocampus of carnivores and primates. *Evolution* **66**, 2551-2563.

370. Hawrylycz M.J., Lein E.S., Guillozet-Bongaarts A.L., Shen E.H., Ng L., Miller J.A., van de Lagemaat L.N., Smith K.A., Ebbert A., Riley Z.L., Abajian C., Beckmann C.F., Bernard A., Bertagnolli D., Boe A.F., Cartagena P.M., Chakravarty M.M., Chapin M., Chong J., Dalley R.A., Daly B.D., Dang C., Datta S., Dee N., Dolbeare T.A., Faber V., Feng D., Fowler D.R., Goldy J., Gregor B.W., Haradon Z., Haynor D.R., Hohmann J.G., Horvath S., Howard R.E., Jeromin A., Jochim J.M., Kinnunen M., Lau C., Lazarz E.T., Lee C., Lemon T.A., Li L., Li Y., Morris J.A., Overly C.K., Parker P.D., Parry S.E., Reding M., Royall J.J., Schulkin J., Sequeira P.A., Slaughterbeck C.R., Smith S.C., Sodt A.J., Sunkin S.M., Swanson B.E., Vawter M.P., Williams D., Wohnoutka P., Zielke H.R., Geschwind D.H., Hof P.R., Smith S.M., Koch C., Grant S.G.N., Jones A.R. (2012) An anatomically comprehensive atlas of the adult human brain transcriptome. *Nature* **489**, 391-399.

371. Boban M., Malojcic B., Mimica N., Vukovic S., Zrilic I., Hof P.R., Simic G. (2012) The reliability and validity of Mini-Mental State Examination in an elderly Croatian population. *Dement. Geriat. Cognit. Disord*. **33**, 385-392.

372. Tyan S.H., Shih A.Y.J., Walsh J.J., Murayama H., Sarsoza F., Ku L., Eggert S., Hof P.R., Koo E.H., Dickstein D.L. (2012) Amyloid precursor protein (APP) regulates synaptic structure and function. *Mol. Cell. Neurosci*. **51**, 43-52.

373. Hopkins W.D., Pilger J.F., Storz R., Ambrose A., Hof P.R., Sherwood C.C. (2012) Planum temporale asymmetries correlate with corpus callosum axon fiber density in chimpanzees (*Pan troglodytes*). *Behav. Brain Res*. **234**, 248-254.

374. Fan J., Xu P., Van Dam N.T., Eilam-Stock T., Gu X., Luo Y., Hof P.R. (2012) Spontaneous brain activity relates to autonomic arousal. *J. Neurosci*. **32**, 11176-11186.

375. Gu X., Gao Z., Wang X., Liu X., Knight R.T., Hof P.R., Fan J. (2012) Anterior insular cortex is necessary for empathetic pain perception. *Brain* **135**, 2726-2735.

376. Fan J., Bernardi S., Van Dam N.T., Anagnostou E., Gu X., Martin L., Park Y., Liu X., Kolevzon A., Soorya L., Grodberg D., Hollander E., Hof P.R. (2012) Functional deficits of the attentional networks in autism. *Brain Behav*. **2**, 647-660.

377. Xekardaki A., Santos M., Hof P., Kövari E., Bouras C., Giannakopoulos P. (2012) Neuropathological substrates and structural changes in late-life depression: the impact of vascular burden. *Acta Neuropathol*. **124**, 453-464.

378. Amatrudo J., Weaver C.M., Crimins J.L., Hof P.R., Rosene D.L., Luebke J.I. (2012) Influence of highly distinctive structural properties on the excitability of pyramidal neurons in monkey visual and prefrontal cortices. *J. Neurosci*. **32**, 13644-13660.

379. Sinka L., Kövari E., Santos M., Herrmann F.R., Gold G., Hof P.R., Bouras C., Giannakopoulos P. (2012) Microvascular changes in late-life schizophrenia and mood disorders: stereological assessment of capillary diameters in anterior cingulate cortex. *Neuropathol. Appl. Neurobiol*. **38**, 696-709.

380. Miller D.J., Duka T., Stimpson C.D., Schapiro S.J., Baze W.B., McArthur M.J., Fobbs A.J., Sousa A.M.M., Sestan N., Wildman D.E., Lipovich L., Kuzawa C.W., Hof P.R., Sherwood C.C. (2012) Evolution of prolonged myelin growth in the cerebral cortex of humans compared to chimpanzees. *Proc. Natl. Acad. Sci. USA* **109**, 16480-16485.

381. Brautigam H., Steele J.W., Westaway D., Fraser P.E., St. George-Hyslop P.H., Gandy S., Hof P.R., Dickstein D.L. (2012) The isotropic fractionator provides evidence for differential loss of hippocampal neurons in two mouse models of Alzheimer's disease. *Mol. Neurodegen*. **7**, 58.

382. Gu X., Liu X., Van Dam N.T., Hof P.R., Fan J. (2013) Cognition-emotion integration in the anterior insular cortex. *Cereb. Cortex* **23**, 20-27.

383. Van Dam N.T., Sano M., Mitsis E.M., Grossman H.T., Gu X., Park Y., Hof P.R., Fan J. (2013) Functional neural correlates of attentional deficits in amnestic mild cognitive impairment. *PLoS One* **8(1)**, e54035.

384. Brasnjevic I., Lardenoije R., Schmitz C., van der Kolk N., Dickstein D.L., Takahashi H., Hof P.R., Steinbusch H.W.M., Rutten B.P.F. (2013) Region-specific neuron and synapse loss in the hippocampus of APP$^{SL}$/PS1 knock-in mice. *Transl. Neurosci.* **4**, 8-19.

385. Mustapic M., Presecki P., Pivac N., Mimica N., Hof P.R., Simic G., Folgenovic-Smalc V., Muck-Seler D. (2013) Genotype-independent decrease in plasma dopamine beta-hydroxylase activity in Alzheimer's disease. *Prog. Neuropsychopharmacol. Biol. Psychiatry* **44**, 94-99.

386. Baizer J.S., Weinstock N., Witelson S.F., Sherwood C.C., Hof P.R. (2013) The nucleus pararaphales in the human, macaque monkey, and chimpanzee. *Brain Struct. Funct.* **218**, 389-403.

387. Maseko B.C., Jacobs B., Spocter M.A., Sherwood C.C., Hof P.R., Manger P.R. (2013) Qualitative and quantitative aspects of the microanatomy of the African elephant cerebellar cortex. *Brain Behav. Evol.* **81**, 40-55.

388. De Sousa A.A., Sherwood C.C., Hof P.R., Zilles K. (2013) Lamination of the lateral geniculate nucleus of catarrhine primates. *Brain Behav. Evol.* **81**, 93-108.

389. Bauernfeind A.L., de Sousa A.A., Avasthi T., Dobson S.D., Raghanti M.A., Lewandowski A.H., Zilles K., Semendeferi K., Allman J.M., Craig A.D., Hof P.R., Sherwood C.C. (2013) A volumetric comparison of the insular cortex and its subregions in primates. *J. Hum. Evol.* **64**, 263-279.

390. DeFelipe J., López-Cruz P.L., Benavides-Piccione R., Bielza C., Larrañaga P., Anderson S., Burkhalter A., Cauli B., Fairén A., Feldmeyer D., Fishell G., Fitzpatrick D., Freund T.F., González-Burgos G., Hestrin S., Hill S., Hof P.R., Huang J., Jones E.G., Kawaguchi Y., Kisvarday Z., Kubota Y., Lewis D.A., Marín O., Markram H., McBain C.J., Meyer H.S., Monyer H., Nelson S.B., Rockland K., Rossier J., Rubinstein J.L.R., Rudy B., Scanziani M., Shepherd G.M., Sherwood C.C., Staiger J.F., Tamás G., Thomson A., Wang Y., Yuste R., Ascoli G.A. (2013) New insights into the classification and nomenclature of cortical GABAergic interneurons. *Nat. Rev. Neurosci.* **14**, 202-216.

391. Raghanti M.A., Conley T., Sudduth J., Erwin J.M., Stimpson C.D., Hof P.R., Sherwood C.C. (2013) Neuropeptide Y-immunoreactive neurons in the cerebral cortex of humans and other haplorrhine primates. *Am. J. Primatol.* **75**, 415-424.

392. McFarlin S.C., Barks S.K., Tocheri M.W., Massey J.S., Eriksen A.B., Fawcett K.A., Stoinski T.S., Hof P.R., Bromage T.G., Mudakikwa A., Cranfield M.R., Sherwood C.C. (2013) Early brain growth cessation in wild Virunga mountain gorillas (*Gorilla beringei beringei*). *Am. J. Primatol.* **75**, 450-463.

393. Sterner K.S., McGowen M.R., Chugani H.T., Tarca A.L., Sherwood C.C., Hof P.R., Kuzawa C.W., Boddy A.M., Raaum R.L., Weckle A., Lipovich L., Grossman L.I., Uddin M., Goodman M., Wildman D.E. (2013) Characterization of human cortical gene expression in relation to glucose utilization. *Am. J. Hum. Biol.* **25**, 418-430.

394. Höistad M., Heinsen H., Wicinski B., Schmitz C., Hof P.R. (2013) Stereological assessment of the dorsal anterior cingulate cortex in schizophrenia: absence of changes in neuronal and glial densities. *Neuropathol. Appl. Neurobiol.* **39**, 348-361.

395. Kövari E., Herrmann F.R., Hof P.R., Bouras C. (2013) The relationship between cerebral amyloid angiopathy and cortical microinfarcts in brain ageing and Alzheimer's disease. *Neuropathol. Appl. Neurobiol*. **39**, 498-509.

396. Babic M., Vogrinc Z., Diana A., Klepac N., Borovecki F., Hof P.R., Simic G. (2013) Comparison of two commercial enzyme-linked immunosorbent assays for cerebrospinal fluid measurement of amyloid $\beta_{1-42}$ and total tau. *Transl. Neurosci*. **4**, 234-240.

397. Rados M., Nikic I., Rados M., Kostovic I., Hof P.R., Simic G. (2013) Functional reorganization of the primary motor cortex in a patient with a large arteriovenous malformation involving the precentral gyrus. *Transl. Neurosci*. **4**, 269-272.

398. Chouliaras L., Mastroeni D., Delvaux E., Grover A., Kenis G., Hof P.R., Steinbusch H.W.M., Coleman P.D., Rutten B.P.F., van den Hove D.L.A. (2013) Consistent decrease in global DNA methylation and hydroxymethylation in the hippocampus of Alzheimer's disease patients. *Neurobiol. Aging* **34**, 2091-2099.

399. Gama Sosa M.A., De Gasperi R., Paulino A.J., Pricop P.E., Shaughness M.C., Maudlin-Jeronimo E., Hall A.A., Janssen W.G.M., Yuk F.J., Dorr N.P., Dickstein D.L., McCarron R.M., Chavko M., Hof P.R., Ahlers S.T., Elder G.A. (2013) Blast overpressure induces shear-related injuries in the brain of rats exposed to a mild traumatic brain injury. *Acta Neuropathol. Commun*. **1**, 51.

400. Bianchi S., Stimpson C.D., Duka T., Larsen M.D., Janssen W.G.M., Collins Z., Bauernfeind A.L., Schapiro S.J., Baze W.B., McArthur M.J., Hopkins W.D., Wildman D.E., Lipovich L., Kuzawa C.W., Jacobs B., Hof P.R., Sherwood C.C. (2013) Synaptogenesis and development of pyramidal neuron dendritic morphology in the chimpanzee neocortex resembles humans. *Proc. Natl. Acad. Sci. USA* **110 (Suppl. 2)**, 10395-10401.

401. Bianchi S., Stimpson C.D., Bauernfeind A.L., Schapiro S.J., Baze W.B., McArthur M.J., Bronson E., Hopkins W.D., Semendeferi K., Jacobs B., Hof P.R., Sherwood C.C. (2013) Dendritic morphology of pyramidal neurons in the chimpanzee neocortex: specializations and comparison to humans. *Cereb. Cortex* **23**, 249-2436.

402. Kiessling M.C., Büttner A., Butti C., Müller-Starck J., Milz S., Hof P.R., Frank H.G., Schmitz C. (2013) Intact numbers of cerebellar Purkinje and granule cells in sudden infant death syndrome: a stereologic analysis and critical review of neuropathological evidence. *J. Neuropathol. Exp. Neurol*. **72**, 861-870.

403. Chouliaras L., van den Hove D.L.A., Kenis G., van Draanen M., Hof P.R., van Os J., Steinbusch H.M.W., Schmitz C., Rutten B.P.F. (2013) Histone deacetylase 2 in the mouse hippocampus: attenuation of age-related increase by caloric restriction. *Curr. Alzheimer Res*. **10**, 868-876.

404. Dickstein D.L., Weaver C.M., Luebke J.I., Hof P.R. (2013) Dendritic spine changes associated with normal aging. *Neuroscience* **251**, 21-32.

405. Chance S.A., Sawyer E.K., Clover L.M., Wicinski B., Hof P.R., Crow T.J. (2013) Hemispheric asymmetry in the fusiform gyrus distinguishes *Homo sapiens* from chimpanzees. *Brain Struct. Funct*. **218**, 1391-1405.

406. Baizer J.S., Paolone N.A., Sherwood C.C., Hof P.R. (2013) Neurochemical organization of the vestibular brainstem in the common chimpanzee. *Brain Struct. Funct.* **218**, 1463-1485.

407. Gu X., Hof P.R., Friston K.L., Fan J. (2013) Anterior insular cortex and emotional awareness. *J. Comp. Neurol.* **521**, 3371-3388.

408. Vogt B.A., Hof P.R., Zilles K., Vogt L.J., Herold C., Palomero-Gallagher N. (2013) Cingulate area 32 homologies in mouse, rat, macaque and human: cytoarchitecture and receptor architecture. *J. Comp. Neurol.* **521**, 4189-4203.

409. Teffer K., Buxhoeveden D.P., Stimpson C.D., Fobbs A.J., Schapiro S.S., Baze W.B., McArthur M.J., Hopkins W.D., Hof P.R., Sherwood C.C., Semendeferi K. (2013) Developmental changes in the spatial organization of neurons in the neocortex of humans and common chimpanzees. *J. Comp. Neurol.* **521**, 4249-4259.

410. Perez S.E., Raghanti M.A., Hof P.R., Kramer L., Ikonomovic M.D., Lacor P.N., Erwin J.M., Sherwood C.C., Mufson E.J. (2013) Alzheimer's disease pathology in the neocortex and hippocampus of the Western lowland gorilla (*Gorilla gorilla gorilla*). *J. Comp. Neurol.* **521**, 4318-4338.

411. Barks S.K., Bauernfeind A.L., Bonar C.J., Cranfield M.R., de Sousa A.A., Erwin J.M., Hopkins W.D., Lewandowski A.H., Mudakikwa A., Phillips K.A., Raghanti M.A., Stimpson C.D., Hof P.R., Zilles K., Sherwood C.C. (2014) Variable temporoinsular cortex neuroanatomy in primates suggests bottleneck effect in eastern gorillas. *J. Comp. Neurol.* **522**, 844-860.

412. Eilam-Stock T., Xu P., Cao M., Gu X., Van Dam N.T., Anagnostou E., Kolevzon A., Soorya L., Park Y., Siller M., He Y., Hof P.R., Fan J. (2014) Abnormal autonomic and associated brain activities during rest in autism spectrum disorder. *Brain* **137**, 153-171.

413. Uppal N., Giannatiempo I., Wicinski B., Schmeidler J., Heinsen H., Schmitz C., Buxbaum J.D., Hof P.R. (2014) Neuropathology of the posteroinferior occipital gyrus in children with autism. *Mol. Autism.* **5**, 17.

414. Müller-Starck J., Büttner A., Kiessling M.C., Angstmann N.B., Csaszar N.B.M., Haeussner H., Hochstrasser T., Sternecker K., Hof P.R., Milz S., Frank H.G., Schmitz C. (2014) No changes in cerebellar microvessel length density in sudden infant death syndrome: implications for pathogenetic mechanisms. *J. Neuropathol. Exp. Neurol.* **73**, 312-323.

415. Steele J.W., Brautigam H., Short J.A., Sowa A., Shi M., Yadav A., Weaver C.M., Westaway D., Fraser P.E., St. George-Hyslop P.H., Gandy S., Hof P.R., Dickstein D.L. (2014) Early fear memory defects are associated with altered synaptic plasticity and molecular architecture in the TgCRND8 Alzheimer's disease mouse model. *J. Comp. Neurol.* **522**, 2319-2335.

416. Guillozet-Bongaarts A.L., Hyde T.M., Dalley R.A., Hawrylycz M.J., Henry A., Hof P.R., Hohmann J., Jones A.R., Kuan C.L., Royall J., Shen E., Swanson B., Zeng H., Kleinmann J.E. (2014) Altered gene expression in the dorsolateral prefrontal cortex of individuals with schizophrenia. *Mol. Psychiatry* **19**, 478-485.

417. Raghanti M.A., Edler M.K., Meindl R.S., Sudduth J., Bohush T., Erwin J.M., Stimpson C.D., Hof P.R., Sherwood C.C. (2014) Humans and great apes share increased neocortical neuropeptide Y innervation compared to other haplorhine primates. *Front. Hum. Neurosci*. **8**, 101.

418. Jacobs B., Johnson N.L., Wahl D., Schall M., Maseko B.C., Lewandowski A., Raghanti M.A., Wicinski B., Butti C., Hopkins W.D., Bertelsen M.F., Walsh T., Roberts J.R., Reep R.L., Hof P.R., Sherwood C.C., Manger P.R. (2014) Comparative neuronal morphology of the cerebellar cortex in afrotherians, carnivores, cetartiodactyls, and primates. *Front. Neuroanat*. **8**, 24. Corrigendum, *Front. Neuroanat*. **8**, 69.

419. Schmitz C., Eastwood B.S., Tappan S.J., Glaser J.R., Peterson D.A., Hof P.R. (2014) Current automated 3D cell detection methods are not a suitable replacement for manual stereologic cell counting. *Front. Neuroanat*. **8**, 27.

420. Baizer J.S., Sherwood C.C., Noonan M., Hof P.R. (2014) Comparative organization of the claustrum: what does structure tell us about function? *Front. Syst. Neurosci*. **8**, 117.

421. Butti C., Fordyce R.E., Raghanti M.A., Gu X., Bonar C.J., Wicinski B.A., Wong E.W., Roman J., Brake A., Eaves E., Spocter M.A., Tang C.Y., Jacobs B., Sherwood C.C., Hof P.R. (2014) The cerebral cortex of the pygmy hippopotamus, *Hexaprotodon liberiensis* (Cetartiodactyla, Hippopotamidae): MRI, cytoarchitecture, and neuronal morphology. *Anat. Rec*. **297**, 670-700.

422. Wang X., Gu X., Fan J., Wang S., Zhao F., Hof P.R., Liu P., Gao Z. (2014) Recovery of empathetic function following resection of insular gliomas. *J. Neurooncol*. **117**, 269-277.

423. Fan J., Van Dam N.T., Gu X., Liu X., Wang H., Tang C.Y., Hof P.R. (2014) Quantitative characterization of functional anatomical contributions to cognitive control under uncertainty. *J. Cogn. Neurosci*. **26**, 1490-1506.

424. Lipovich L., Tarca A.L., Cai B., Jia H., Chugani H.T., Sterner K.S., Grossman L.I., Uddin M., Hof P.R., Sherwood C.C., Kuzawa C.W., Goodman M., Wildman D.E. (2014) Developmental changes in the transcriptome of human cerebral cortex: long noncoding RNA transcripts. *Cereb. Cortex* **24**, 1451-1459.

425. Bozek K., Wei Y., Yan Z., Liu X., Xiong J., Sugimoto M., Tomita M., Pääbo S., Pieszek R., Sherwood C.C., Hof P.R., Ely J.J., Steinhauser D., Willmitzer L., Bangsbo J., Hansson O., Call J., Giavalisco P., Khaitovich P. (2014) Exceptional evolutionary divergence of human muscle and brain metabolomes parallels human cognitive and physical uniqueness. *PLoS Biol*. **12**, e1001871.

426. Gama Sosa G.A., De Gasperi R., Janssen P.L., Yuk F.J., Anazodo P.C., Pricop P.E., Paulino A.J., Wicinski B., Shaughness M.C., Maudlin-Jeronimo E., Hall A.A., Dickstein D.L., McCarron R.M., Chavko M., Hof P.R., Ahlers S.T., Elder G.A. (2014) Selective vulnerability of the cerebral vasculature to blast injury in a rat model of mild traumatic brain injury. *Acta Neuropathol. Commun*. **2**, 67.

427. Duka T., Anderson S.M., Collins Z., Raghanti M.A., Ely J.J., Hof P.R., Wildman D.E., Goodman M., Grossman L.I., Sherwood C.C. (2014) Synaptosomal lactate dehydrogenase isoenzyme composition is shifted toward aerobic forms in primate brain evolution. *Brain Behav. Evol*. **83**, 216-230.

428. Bauernfeind A.L., Barks S.K., Duka T., Grossman L.I., Hof P.R., Sherwood C.C. (2014) Aerobic glycolysis in the primate brain: reconsidering the implications for growth and maintenance. *Brain Struct. Funct.* **219**, 1149-1167.

429. Kiessling M.C., Büttner A., Butti C., Müller-Starck J., Milz S., Hof P.R., Frank H.G., Schmitz C. (2014) Cerebellar granule cells are generated postnatally in humans. *Brain Struct. Funct.* **219**, 1271-1286.

430. Patzke N., Olaleye O., Haagensen M., Hof P.R., Ihunwo A.O., Manger P.R. (2014) Organization and chemical neuroanatomy of the African elephant (*Loxodonta africana*) hippocampus. *Brain Struct. Funct.* **219**, 1587-1601.

431. Hopkins W.D., Meguerditchian A., Coulon O., Bogart S., Mangin J.F., Sherwood C.C., Grabowski M.W., Bennett A.J., Pierre P.J., Fears S., Woods R., Hof P.R., Vauclair J. (2014) Evolution of the central sulcus morphology in primates. *Brain Behav. Evol.* **84**, 19-30.

432. Uppal N., Wicinski B., Buxbaum J.D., Heinsen H., Schmitz C., Hof P.R. (2014) Neuropathology of the anterior midcingulate cortex in young children with autism. *J. Neuropathol. Exp. Neurol.* **73**, 891-902.

433. Kuzawa C.W., Chugani H.T., Grossman L.I., Lipovich L., Muzik O., Hof P.R., Wildman D.E., Sherwood C.C., Leonard W.R., Lange N. (2014) Metabolic costs and evolutionary implications of human brain development. *Proc. Natl. Acad. Sci. USA* **111**, 13010-13015.

434. Mitsis E.M., Riggio S., Kostakoglu L., Dickstein D.L., Machac J., Delman B., Golstein M., Jennings D., D'Antonio E., Martin J., Naidich T.P., Aloysi A., Fernandez C., Seibyl J., DeKosky S.T., Elder G.A., Marek K., Gordon W., Hof P.R., Sano M., Gandy S. (2014) Tauopathy PET and amyloid PET in the diagnosis of chronic traumatic encephalopathies: studies of a retired NFL player and of a man with FTD and a severe head injury. *Transl. Psychiatry* **4**, e441.

435. Baizer J.S., Wong K.M., Paolone N.A., Weinstock N., Salvi R.J., Manohar S., Witelson S.F., Baker J.F., Sherwood C.C., Hof P.R. (2014) Laminar and neurochemical organization of the dorsal cochlear nucleus of the human, monkey, cat, and rodents. *Anat. Rec.* **297**, 1865-1884.

436. Crary J.F., Trojanowski J.Q., Schneider J.A., Abisambra J.F., Abner E.L., Alafuzoff I., Arnold S.E., Attems J., Beach T.G., Bigio E.H., Cairns N.J., Dickson D.W., Gearing M., Grinberg L., Hof P.R., Hyman B.T., Jellinger K., Jicha G.A., Kovacs G.G., Knopman D.S., Kofler J., Kukull W.A., Mackenzie I.R., Masliah E., McKee A., Montine T.J., Murray M.E., Neltner J.H., Santa-Maria I., Seeley W.W., Serrano-Pozo A., Shelanski M.L., Stein T., Takao M., Thal D.R., Toledo J.B., Troncoso J.C., Vonsattel J.P., White C.L., Wisniewski T., Woltjer R.L., Yamada M., Nelson P.T. (2014) Primary age-related tauopathy (PART): a common pathology associated with human aging. *Acta Neuropathol.* **128**, 755-766.

437. Barks S.K., Calhoun M.E., Hopkins W.D., Cranfield M.R., Paterson P.E., Mudakikwa A., Erwin J.M., Stoinski T.S., Hecht E.E., Hof P.R., Sherwood C.C. (in press) Brain organization of gorillas reflects species differences in ecological specialization. *Am. J. Phys. Anthropol.*

438. Raghanti M.A., Spurlock L.N., Treichler F.R., Weigel S., George J.C., Stimmelmayr R., Butti C., Thewissen J.G.M., Sherwood C.C., Hof P.R. (in press) An analysis of von Economo neurons in the cerebral cortex of cetaceans, artiodactyls, and perissodactyls: emerging evidence for a phylogenetically ancient neuron type. *Brain Struct. Funct*.

439. Butti C., Janeway C.M., Townshend C., Wicinski B., Reidenberg J.S., Ridgway S.H., Sherwood C.C., Hof P.R., Jacobs B. (in press) The neocortex of cetartiodactyls. I. A comparative Golgi analysis of neuronal morphology in the bottlenose dolphin (*Tursiops truncatus*), the minke whale (*Balaenoptera acutorostrata*), and the humpback whale (*Balaenoptera novaeangliae*). *Brain Struct. Funct*.

440. Jacobs B., Harland T., Kennedy D., Schall M., Wicinski B., Butti C., Hof P.R., Sherwood C.C., Manger P.R. (in press) The neocortex of cetartiodactyls. II. Neuronal morphology of the visual and motor cortices in the giraffe (*Giraffa camelopardalis*). *Brain Struct. Funct*.

441. Gilissen E.P., Leroy K., Yilmaz Z., Kövari E., Bouras C., Boom A., Erwin J.M., Sherwood C.C., Hof P.R., Brion J.P. (in press) A neuronal aging pattern unique to humans and common chimpanzees. *Brain Struct. Funct*.

442. Luebke J.I., Medalla M., Amatrudo J.A., Crimins J.L., Hunt B., Weaver C.M., Hof P.R., Sethares C., Peters A. (in press) Age-related changes to layer 3 pyramidal cells in the rhesus monkey visual cortex. *Cereb. Cortex*.

443. Muntané G., Horvath J.E., Hof P.R., Ely J.J., Hopkins W.D., Raghanti M.A., Lewandowski A.H., Wray G.A., Sherwood C.C. (in press) Analysis of synaptic gene expression in the prefrontal cortex of primates reveals evolutionary changes in glutamatergic neurotransmission. *Cereb. Cortex*.

444. Stern E.R., Muratore A.F., Taylor S.F., Abelson J.L., Hof P.R., Goodman W.K. (in press) The persistence of experience: prior attentional and emotional state affects neural activity in a target detection task. *Cereb. Cortex*.


**ARTICLES IN PROGRESS**

Lipovich L., Hou Z.C., Jia H., Sinkler C., McGowen M., Sterner K., Weckle A., Hof P.R., Gatti D., Sherwood C.C., Kuzawa C.W., Grossman L.I., Goodman M., Wildman D.E. (in revision) High-throughput RNA sequencing reveals structural differences of orthologous brain-expressed genes between Western lowland gorillas and humans. *J. Comp. Neurol*.

Gu X., Eilam-Stock T., Zhou T., Anagnostou E., Kolevzon A., Soorya L., Hof P.R., Friston K.L., Fan J. (in revision) Autonomic and brain responses associated with empathy deficits in autism spectrum disorder. *Cereb. Cortex*.

Coskren P.J., Luebke J.I., Kabaso D., Yadav A., Rumbell T., Hof P.R., Weaver C.M. (in revision) Functional consequences of age-related morphologic changes to pyramidal neurons of the rhesus monkey prefrontal cortex. *J. Comput. Neurosci*.

Harony-Nicolas H., Bozdagi-Gunal O., Kay M., Daskalakis N., Klei L., Browne A., Uppal N., Dick S.A., O'Toole Á., Bigul D., Kou Y., Ma'ayan A., Roeder K., Zhang B., Hof P.R., Baxter M.G., Wagner S., Buxbaum J.D. (in revision) Oxytocin reverses social deficits in the Shank3-deficient rat model for autism. *Neuron*.

Coplan J.D., Fulton S.L., Reiner W., Jackowski A., Panthangi V., Perera T.D., Gorman J.M., Tang C.Y., Hof P.R., Kaffman A., Dwork A.J., Mathew S.J., Kaufman J., Mann J.J. (in revision) Cerebrospinal fluid 5-hydroxyindoleacetic acid in macaque monkeys following early life stress and relationship to hippocampal volume: implications for serotonin-related function in mood and anxiety disorders. *Front. Behav. Neurosci*.

Brautigam H., Steele J.W., Bogush A., Dickstein D.L., Kwok J.B.J., Schofield P.R., Hof P.R., Gandy S., Ehrlich M.E. (submitted) Presenilin 1 Δ exon 8 lacks catalytic function in brain *in vivo* and interacts *in trans* with wildtype PS1 in cultured cells. *Mol. Cell. Neurosci*.

Bauernfeind A.L., Soderblom E.J., Turner M.E., Moseley M.A., Ely J.J., Hof P.R., Sherwood C.C., Wray G.A., Babbitt C.C. (submitted) Transcript and protein abundance reveal highly divergent evolutionary differences in gene expression between the brains of humans and chimpanzees. *Genome Biol. Evol*.

Bauernfeind A.L., Reyzer M.L., Carioli R.M., Ely J.J., Babbitt C.C., Wray G.A., Hof P.R., Sherwood C.C. (submitted) High spatial resolution proteomic comparison of the brain in humans and chimpanzees. *J. Comp. Neurol*.

Sousa A.M.M., Zhu Y., Kitchen R.R., Meyer K.A., Imamura Kawasawa Y., Li M., Mele M., Carvalho T., Tebbenkamp A.T., Reimers M., Marques-Bonet T., Ely J.J., Hof P.R., Lifton R.P., Mane S.M., Noonan J.P., State M.W., Lein E.S., Knowles J.A., Sherwood C.C., Gerstein M.B., Sestan N. (submitted) The architecture and evolution of human and non-human primate brain transcriptomes. *Nat. Neurosci*.

Liu X., Han D., Guijarro Larraz P., Somel M., Jiang X., Hu H., Jiang S., Zhang N., Ely J.J., Sherwood C.C., Hof P.R., Pääbo S., Akbarian S., Khaitovich P. (submitted) Disruption of human-specific synaptogenesis program in autism. *Nat. Commun*.

West B.H., Hof P.R., Shively S., Purohit D.P., Luo X., Edgerton S.L., Diaz-Arrastia R., Sano M., Perl D.P. (submitted) Post-traumatic tauopathy in the elderly. *JAMA Neurol*.

Gama Sosa M.A., De Gasperi R., Janssen W.G.M., Hof P.R., Elder G.A. (submitted) The embryonic brain endothelial cell secretome is enriched in fators that regulate angiogenesis and neurogenesis. *J. Vasc. Res*.

Lardenoije R., Iatrou A., Kenis G., Kompotis K., Steinbusch H.W.M., Mastroeni D., Coleman P.D., Lemere C.A., Hof P.R., van den Hove D.J.A., Rutten B.P.F. (submitted) The epigenetics of aging and neurodegeneration. *Prog. Neurobiol*.

Lazarczyk M.J., Hof P.R., Xekardaki A., Bouras C., Giannakopoulos P. (submited) Between overt pathology and incipient clinical expression: a two-step model of Alzheimer's disease. *Acta Neuropathol*.

Wegiel J., Flory M., Kuchna I., Nowicki K., Ma S.Y., Imaki H., Wegiel J., Frackowiak J., Mazur Kolecka B., Wierzba-Bobrowicz T., London E., Wisniewski T., Hof P.R., Brown T. (submitted) Neuronal nucleus and cytoplasm volume deficit in children with autism and volume increase in adolescents and adults. *Acta Neuropathol. Commun*.

Bozek K., Wei Y., Tan Z., Liu X., Xiong J., Sugimoto M., Tomita M., Pääbo S., Sherwood C.C., Hof P.R., Ely J.J., Steinhauser D., Willmitzer L., Giavalisco P., Khaitovich P. (in preparation)

Large-scale lipidome analysis of human, chimpanzee, macaque, and mouse tissues reveals the unique features of human brain evolution. *Neuron*.

Weaver C.M., Yadav A., Hof P.R., Wearne S.L., Baker R., (in preparation) Computational modeling predicts a dendritic mechanism for plasticity of neuronal function. *PLoS Comput. Biol*.

Yadav A., Rumbell T., Luebke J.I., Hof P.R., Weaver C.M. (in preparation) Functional homeostasis in neurons: using ensemble techniques to extract parameter covariations. *J. Neurosci*.

Dickstein D.L., Varghese M., Walsh J.J., Dickstein D., Shih A.Y., Murayama H., Sarsoza F., Ku L., Eggert S., Hof P.R., Koo E.H., Tyan S.H. (in preparation) Changes in spine density and morphology in APP and APLP2 knockout mice: implications for novel APP function. *Mol. Cell. Neurosci*.

Raparia E., Coplan J.D., Abdallah C.G., Mao X., Hof P.R., Shungu D.C., Mathew S.J. (in preparation) The impact of childhood emotional abuse on neurometabolites of the rostral prefrontal cortex in patients with general anxiety disorder. *Psychiatry Res. Neuroimaging*.

Manger P.R., Patzke N., Spocter M.A., Gravett N., Karlsson K.Æ., Baghwandin A., Bennett N.C., Alagaili A.N., Mohammed O.B., Herculano-Houzel S., Bertelsen M.F., Hof P.R., Fuxe K. (in preparation) Specializations of potential thermogenetic mechanisms in cetacean brains. *Nature*.

Uppal N., Puri R., Yuk F., Janssen W.G.M., Dickstein D.L., Bozdagi-Günal O., Harony-Nicolas H., Buxbaum D.L., Hof P.R. (in preparation) Ultrastructural changes in the CA1 of *Shank3*-deficient mice. *Mol. Autism*.

Uppal N., Santos M., Butti C., Wicinski B., Giannakopoulos P., Wisniewski T., Zagzag D., Axelrod F.B., Norcliffe-Kaufmann L., Kaufmann H., Hof P.R. (in preparation) Von Economo neurons in familial dysautonomia: a clinicopathological exploration of their possible role in interoception. *Acta Neuropathol*.

Xekardaki A., Santos M., Uppal N., Höistad M., Wicinski B., Herrmann F.R., Bouras C., Heinsen H., Schmitz C., Giannakopoulos P., Hof P.R. (in preparation) Alterations of neuronal volumes and numbers in the right frontoinsular cortex in schizophrenia. *Acta Neuropathol. Commun*.

Simic G., de Silva R., Babic M., Buée L., Wischik C., Hof P.R. (in preparation) Tau protein hyperphosphorylation, misfolding, aggregation, and fragmentation: review and prospects for neuroprotective strategies against Alzheimer's disease. *Prog. Neurobiol*.

Butti C., Scata G., Brake A., Wicinski B., Rodriguez C., Sirpenski G., Hof P.R. (in preparation) The structure of the cerebral cortex in pinnipeds. *Anat. Rec*.

Butti C., Bauernfeind A.L., Spocter M.A., Raghanti M.A., Wicinski B., Bonar C.J., Marino L., Manger P.R., Sherwood C.C., Hof P.R. (in preparation) Glia-neuron index in mammals: evolution and adaptation. *Brain Struct. Funct*.

Van der Gucht E., Butti C., Bourne J.A., Hof P.R., Arckens L. (in preparation) Neurochemical and structural organization of the macaque monkey pregeniculate nucleus. *Brain Struct. Funct*.

Golden S.A., Smith M., Christoffel D.J., <u>Hof P.R.</u>, Russo S.J. (in preparation) RAC1 controls stress-induced clustering of dendritic spines in the nucleus accumbens. *J. Comp. Neurol*.

Chadwick B., Dickstein D.L., <u>Hof P.R.</u>, Baxter M.G., Hurd Y.L. (in preparation) Adolescent $\Delta^9$-tetrahydrocannabinol exposure alters the development of dendritic arbors and spines of rat medial prefrontal cortex pyramidal neurons. *Neuropsychopharmacology*.

Halene T.B., Kozlenkov A., Lin C.L., Guo Y., Giannaris E.L., Jiang Y., <u>Hof P.R.</u>, Dracheva S., Hemby S.E., Akbarian S. (in preparation) Increased numbers of prefrontal white matter neurons in macaque monkeys exposed to anti-psychotic drugs. *Neuropsychopharmacology*.

Chouliaras L., Rutten B.P.F., Kenis G., Mastroeni D., <u>Hof P.R.</u>, Steinbusch H.W.M., van Leeuwen F.W., van den Hove D.L.A. (in preparation) Age-related disturbances in DNA methylation and hydroxymethylation in the hippocampus of APPswe/PS1ΔE9 transgenic mice. *J. Alzheimer Dis*.

Gandy S., Caesar I., Nilsson P.R., Hammarström P., Prokop S., Heppner F.L., Schmeidler J., Haroutunian V., Holtzman D.M., <u>Hof P.R.</u> (in preparation) Protein conformation alterations in Alzheimer's disease depend on apolipoprotein E isoform. *Curr. Alzheimer Res*.

Knezovic A., Osmanovic-Barilar J., Curlin M., <u>Hof P.R.</u>, Hoyer S., Simic G., Riederer P., Salkovic-Petrisic M. (in preparation) Long-term cognitive deficits, neuropathological, and ultrastructural changes in the streptozotocin-induced rat model of Alzheimer's disease. *Transl. Neurosci*.

Shamy J.L., Avants B., Murray E.A., Morrison J.H., Baxter M.G., <u>Hof P.R.</u>, Gee J., Rapp P.R. (in preparation) Translational methods for preclinical neuroimaging research: automated approaches using advanced normalization and FSL brain extraction tools. *J. Comp. Neurol*.

Hopkins W.D., Sherwood C.C., Schenker N., <u>Hof P.R.</u>, Taglialatela J.P., Keller S. (in preparation) Broca's asymmetries are similar in humans and chimpanzees. *Nat. Neurosci*.

Bouras C., Kövari E., Herrmann F.R., <u>Hof P.R.</u> (in preparation) Synaptic loss in the hippocampus CA1 field is related to microvascular alterations and clinical severity in Alzheimer's disease. *Acta Neuropathol.*

## REVIEW ARTICLES (non peer-reviewed)

1. <u>Hof P.R.</u> (1990) Selective disconnection of specific visual association pathways incases of Alzheimer's disease presenting with Balint's syndrome. *Parkinson/Alzheimer Digest* **6**, 25-28.

2. Morrison J.H., <u>Hof P.R.</u> (1992) The organization of the cerebral cortex: from molecules to circuits. *Disc. Neurosci.* **9(2)**, 1-80.

3. <u>Hof P.R.</u> (1993) Neuropathologie de la maladie d'Alzheimer: aspects expérimentaux récents. *Arch. Suisses Neurol. Psychiat.* **144**, 426-440.

4. Charnay Y., Vallet P.G., Giannakopoulos P., <u>Hof P.R.</u>, Bouras C. (1994) Biologie moléculaire de l'amyloïde et maladie d'Alzheimer. *Rev. Neurol.* **150**, 405-412.

5.   Hof P.R., Giannakopoulos P., Vickers J.C., Bouras C., Morrison J.H. (1995) The morphologic and neurochemical basis of dementia: aging, hierarchical patterns of lesion distribution, and vulnerable neuronal phenotype. *Rev. Neurosci.* **6**, 97-124.

6.   Hof P.R., Morrison J.H. (1996) Hippocampal and neocortical involvement in normal brain aging and dementia: morphologic and neurochemical profile of the vulnerable circuits. *J. Am. Geriat. Soc.* **44**, 857-864.

7.   Hof P.R., Giannakopoulos P., Bouras C. (1996) The neuropathological changes associated with normal brain aging. *Histol. Histopathol.* **11**, 1075-1088.

8.   Giannakopoulos P., Hof P.R., Giannakopoulos A.S., Herrmann F.R., Michel J.P., Bouras C. (1996) Alzheimer's disease pathology in centenarians. *Focus Neurol.* **1(4)**, 1-3.

9.   Hof P.R. (1997) Morphology and neurochemical characteristics of the vulnerable neurons in brain aging and Alzheimer's disease. *Eur. Neurol.* **37**, 71-81.

10.  Giannakopoulos P., Giannakopoulos A.S., Hof P.R., Michel J.P., Bouras C. (1997) Vieillissement cérébral normal et maladie d'Alzheimer: des lésions neuropathologiques à l'altération des fonctions cognitives. *Méd. Hyg.* **55**, 2201-2203.

11.  Morrison B.M., Hof P.R., Morrison J.H. (1998) Selective neuronal vulnerability in neurodegenerative diseases. *Ann. Neurol.* **44 (Suppl. 1)**, S32-S44.

12.  Giannakopoulos P., Hof P.R., Bouras C. (1998) Selective vulnerability of neocortical association areas in Alzheimer's disease. *Microsc. Res. Tech.* **43**, 16-23.

13.  Morrison J., Hof P. (1999) Vie et mort des neurones dans le cerveau vieillissant. *La Recherche* **322**, 52-56.

14.  Morrison J, Hof P. (1999) Vida y muerte de las neuronas en el cerebro que envejece. *Mundo Cientifico* **205**, 47-51.

15.  Bussière T., Hof P.R., Delacourte  A., Buée L. (2000) Maladies neurodégénératives et chromosome 17. *Alzheimer Actualités* **152**, 8-12.

16.  Naidich T.P., Hof P.R., Yousry T.A. (2001) The motor cortex — Anatomic substrates of function. *Neuroimaging Clin. N. Am.* **11**, 171-193.

17.  Naidich T.P., Hof P.R., Gannon P.J., Yousry T.A., Yousry I.  (2001) Anatomic substrates of language — Emphasizing speech. *Neuroimaging Clin. N. Am.* **11**, 305-341.

18.  Simic G., Diana A., Hof P.R. (2003) Phosphorylation pattern of tau associated with distinct changes of the growth cone cytoskeleton. *Prog. Mol. Subcell. Biol.* **32**, 33-48.

19.  Morrison J.H., Hof P.R. (2003) Changes in cortical circuitry during aging. *Clin. Neurosci. Res.* **2**, 294-304.

20.  Fatterpekar G.M., Delman B.N., Boonn W.W., Gultekin S.H., Fayad Z.A., Hof P.R., Naidich T.P. (2003) MR microscopy of normal human brain. *Magn. Reson. Imaging Clin. N. Am.* **11**, 641-653.

21. Bailey T., Rivara C.B., Rocher A.B., Hof P.R. (2004) The nature and effects of cortical microvascular pathology in aging and Alzheimer's disease. *Neurol. Res*. **26**, 573-578.

22. Marino L., Hof P.R. (2005) Nature's experiments in brain diversity. *Anat Rec*. **287**, 997-1000.

23. Schmitz C., van Kooten I.A.J., Hof P.R., van Engeland H., Patterson P.H., Steinbusch H.W.M. (2005) Autism: neuropathology, alterations of GABAergic function, and animal models. *Int. Rev. Neurobiol*. **71**, 1-26.

24. Casanova M.F., van Kooten I., Switala A.E., van Engeland H., Heinsen H., Steinbusch H.W.M., Hof P.R., Schmitz C. (2006) Abnormalities of cortical modular organization in the brains of autistic patients. *Clin. Neurosci. Res*. **6**, 127-133.

25. Simic G., Mladinov M., Judas M., Hof P.R., (2006) Brain asymmetries related to language with emphasis on entorhinal cortex and basal forebrain. *Cognit. Brain Behav*. **10**, 251-268.

26. Morrison J.H., Hof P.R. (2007) Life and death of neurons in the aging cerebral cortex. *Int. Rev. Neurobiol*. **81**, 41-57.

27. Segal D., Koschnick J.R., Slegers L.H.A., Hof P.R. (2007) Oligodendrocyte pathophysiology: a new view of schizophrenia. *Int. J. Neuropsychopharmacol*. **10**, 503-511.

28. Gold G., Kövari E., Hof P.R., Bouras C., Giannakopoulos P. (2007) Sorting out the clinical consequences of ischemic lesions in brain aging: a clinicopathological approach. *J. Neurol. Sci*. **257**, 17-22.

29. Imhof A., Kövari E., von Gunten A., Gold G., Rivara C.B., Herrmann F.R., Hof P.R., Bouras C., Giannakopoulos P. (2007) Morphological substrates of cognitive decline in nongenarians and centenarians: a new paradigm? *J. Neurol. Sci*. **257**, 72-79.

30. Boban M., Grbic K., Mladinov M., Hof P.R., Süßmair C., Ackl N., Stanic G., Bader B., Danek A., Simic G. (2007) Cerebrospinal fluid markers in differential diagnosis of Alzheimer's disease and vascular dementia. *Coll. Anthropol*. **32(Suppl. 1)**, 31-36.

31. Giannakopoulos P., Bouras C., Hof P.R. (2008) Clinicopathologic correlates in the oldest-old. *Neurobiol. Aging* **29**, 1137-1139.

32. Fossella J., Fan J., Liu X., Guise K., Brocki K., Hof P.R., Kittappa R., McKay R., Posner M. (2008) Provisional hypotheses for the molecular genetics of cognitive development: imaging genetic pathways in the anterior cingulate cortex. *Biol. Psychol*. **79**, 23-29.

33. Santos M., Kövari E., Gold G., Bozikas V.P., Hof P.R., Bouras C., Giannakopoulos P. (2009) The neuroanatomical model of post-stroke depression: towards a change of focus? *J. Neurol. Sci*. **283**, 158-162.

34. Simic G., Stanic G., Mladinov M., Jovanov-Milosevic N., Kostovic I., Hof P.R. (2009) Does Alzheimer's disease begin in the brainstem? *Neuropathol. Appl. Neurobiol*. **35**, 532-554.

35. Dickstein D.L., Walsh J., Brautigam H., Stockton Jr. S.D., Gandy S., <u>Hof P.R.</u> (2010) Role of vascular risk factors and vascular dysfunction in Alzheimer's disease. *Mt Sinai J. Med*. **77**, 82-102.

36. DeFelipe J., Fields R.D., <u>Hof P.R.</u>, Höistad M., Kostovic I., Meyer G., Rockland K. (2010) Cortical white matter: beyond the pale — Remarks, main conclusions and discussion. *Front. Neuroanat*. **4**, 4, 28 pp.

37. Seso-Simic D., Sedmak G., <u>Hof P.R.</u>, Simic G. (2010) Recent advances in the neurobiology of attachment behavior. *Transl. Neurosci*. **1**, 148-159.

38. Chouliaras L., Sierksma A.S.R., Kenis G., Prickaerts J., Lemmens M.A.M., Brasnjevic I., van Donkelaar E.L., Martinez-Martinez P., Losen M., De Baets M.H., Kholod N., van Leeuwen F., <u>Hof P.R.</u>, van Os J., Steinbusch H.W.M., van den Hove D.L.A., Rutten B.P.F. (2010) Gene-environment interaction research and transgenic mouse models of Alzheimer's disease. *Int. J. Alzheimer Dis*. **2010**, ID 859101, 1-27.

39. Bloss E.B., Morrison J.H., <u>Hof P.R.</u>, Dickstein D.L. (2011) Influence of aging and neurodegeneration on dendritic spine morphology. *Transl. Neurosci*. **2**, 49-60.

40. Polšek D., Jagatic T., Cepanec M., <u>Hof P.R.</u>, Simic G. (2011) Recent developments in the neuropathology of autism spectrum disorders. *Transl. Neurosci*. **2**, 256-264.

41. Sherwood C.C., Bauernfeind A.L., Bianchi S., Raghanti M.A., <u>Hof P.R.</u> (2012) Human brain evolution writ large and small. *Prog. Brain Res*. **195**, 237-254.

42. Jovanov-Milosevic N., Petrovic D., Sedmak G., Vuksic M., <u>Hof P.R.</u>, Simic G. (2012) Human fetal tau protein isoforms: possibilities for Alzheimer's disease treatment. *Int. J. Biochem. Cell Biol*. **44**, 1290-1294.

43. Lazarczyk M.J., <u>Hof P.R.</u>, Bouras C., Giannakopoulos P. (2012) Preclinical Alzheimer's disease: identification of cases at risk among cognitively intact elderly individuals. *BMC Med*. **10**, 127.

44. Butti C., Santos M., Uppal N., <u>Hof P.R.</u> (2013) Von Economo neurons: clinical and evolutionary perspectives. *Cortex* **49**, 312-326.

45. Stefulj J., Panzenboeck U., <u>Hof P.R.</u>, Simic G. (2013) Pathogenesis, modulation, and therapy of Alzheimer's disease: a perspective on roles of liver-X receptors. *Transl. Neurosci*. **4**, 349-356.

46. Jazvinscak Jembrek M., Babic M., Pivac N., <u>Hof P.R.</u>, Simic G. (2013) Hyperphosphorylation of tau by GSK-3β in Alzheimer's disease: the interaction of Aβ and sphingolipid mediators as a therapeutic target. *Transl. Neurosci*. **4**, 466-476.

47. Simic G., Babic M., Borovecki F., <u>Hof P.R.</u> (2014) Early failure of the default-mode network and the pathogenesis of Alzheimer's disease. *CNS Neurosci. Therap*. **20**, 692-698.

48. Babic M., Svob Strac D., Muck-Seler D., Pivac N., Stanic G., <u>Hof P.R.</u>, Simic G. (2014) Update on the core and developing cerebrospinal fluid biomarkers for Alzheimer disease. *Croat. Med. J*. **55**, 347-365.

49. Simic G., Hof P.R. (2015) In search of the definitive Brodmann's map of cortical areas in human. *J. Comp. Neurol*. **523**, 5-14.

50. Bechter K., Benveniste H., Hof P.R. (in preparation) Quincke's *On the physiology of cerebrospinal fluid flow*, 1872 — A translation. *J. Comp. Neurol.*

51. Harony-Nicolas H., Bozdagi O., Uppal N., Hof P.R., Buxbaum J.D. (in preparation) SHANK proteins in autism spectrum disorders. *Mol. Autism*.

52. Uppal N., Harony-Nicolas H., Bozdagi O., Buxbaum J.D., Hof P.R. (in preparation) Autism spectrum disorders: neuropathology and animal models. *Acta Neuropathol*.

53. Fan J., Anagnostou E., Gridberg D., Gu X., Liu X., Hof P.R., Posner M.I. (in preparation) Neurobiology and neuroimaging of attention in autism spectrum disorders. *Mol. Autism*.

## BOOKS AND MONOGRAPHS

1. Mobbs C.V., Hof P.R. (1998) Volume editors: *Functional Endocrinology of Aging*. *Interdiscipl. Top. Gerontol. Vol. 29*, C.K. Cassel, J.H. Morrison Series eds, Karger, Basel, *viii* + 246 pp.

2. Michel J.P., Hof P.R. (1999) Volume editors: *Management of Aging — The University of Geneva Experience*. *Interdiscipl. Top. Gerontol. Vol. 30*, C.K. Cassel, J.H. Morrison Series eds, Karger, Basel, *x* + 268 pp.

3. Hof P.R., Young W.G., Bloom F.E., Belichenko P.V., Celio M.R. (2000) *Comparative Cytoarchitectonic Atlas of the C57BL/6 and 129/Sv Mouse Brains.* Elsevier, Amsterdam, 275 pp. and CD-ROMs with *Atlas Navigator* software.

4. Hof P.R., Mobbs C.V. (2001) Editors: *Functional Neurobiology of Aging*. Academic Press, San Diego, *xxvii* + 960 pp.

5. Erwin J.M., Hof P.R. (2002) Volume editors: *Aging in Nonhuman Primates*. *Interdiscipl. Top. Gerontol. Vol. 31*, P.R. Hof, C.V. Mobbs Series eds, Karger, Basel, *viii* + 240 pp.

6. Kuchel G.A., Hof P.R. (2004) Volume editors: *Autonomic Nervous System in Old Age*. *Interdiscipl. Top. Gerontol. Vol. 33*, P.R. Hof, C.V. Mobbs Series eds, Karger, Basel, *x* + 134 pp.

7. Cronin-Golomb A., Hof P.R. (2004) Volume editors: *Vision in Alzheimer's Disease*. *Interdiscipl. Top. Gerontol. Vol. 34*, P.R. Hof, C.V. Mobbs Series eds, Karger, Basel, *xii* + 332 pp.

8. Mobbs C.V., Yen K., Hof P.R. (2006) Volume editors: *Mechanisms of Dietary Restriction in Aging and Disease. Interdiscipl. Top. Gerontol. Vol. 35*, P.R. Hof, C.V. Mobbs Series eds, Karger, Basel, *viii* + 198 pp.

9. Atsalis S., Margulis S.W., Hof P.R. (2008) Volume editors: *Primate Reproductive Aging: Cross-Taxon Perspectives*. *Interdiscipl. Top. Gerontol. Vol. 36*, P.R. Hof, C.V. Mobbs Series eds, Karger, Basel, *viii* + 200 pp.

10. Giannakopoulos P., Hof P.R. (2009) Volume editors: *Dementia in Clinical Practice. Front. Neurol. Neurosci. Vol. 24*, J. Bogousslavski Series ed., Karger, Basel, *xii* + 185 pp.

11. Hof P.R., Mobbs C.V. (2009) Editors: *Handbook of the Neuroscience of Aging*. Academic Press, London, *xix* + 690 pp.

12. Mobbs C.V., Hof P.R. (2010) Volume editors: *Body Composition and Aging. Interdiscipl. Top. Gerontol. Vol. 37*, P.R. Hof, C.V. Mobbs Series eds, Karger, Basel, *vi* + 197 pp.

13. Johnson J.I., Ziegler H.P., Hof P.R. (2011) Editors: *New Perspectives on Neurobehavioral Evolution. Ann. N.Y. Acad. Sci. Vol. 1225*, *viii* + 203 pp.

14. Johnson J.I., Ziegler H.P., Hof P.R. (2011) Editors: *Resources and Technological Advances for Studies of Neurobehavioral Evolution. Ann. N.Y. Acad. Sci. Vol. 1225, Suppl. 1, ii* + 191 pp.

15. Buxbaum J.D., Hof P.R. (2012) Editors: *The Neuroscience of Autism Spectrum Disorders*. Academic Press, San Diego, *xii* + 480 pp.

16. Hof P.R., Baxter M.G., Mobbs C.V. (in preparation) Editors: *Functional Neurobiology of Aging*, 2nd ed. Academic Press, San Diego, pp.


## BOOK CHAPTERS

1. Schaad N., Hof P.R. (1988) Les myorelaxants non curarisants. **In**: *Pharmacologie: Des Concepts Fondamentaux aux Applications Thérapeutiques*, M. Schorderet éd., Slatkine, Genève, pp. 119-124.

2. Magistretti P.J., Martin J.L., Hof P.R. (1990) Modulation of energy metabolism by vasoactive intestinal peptide, adenosine, and $K^+$ in the cerebral cortex: focus on the cellular level. **In**: *Neuropsychopharmacology*, W.E. Bunney Jr, H. Hippius, G. Laakman, M. Schmauss eds, Springer, Berlin, pp. 474-487.

3. Schaad N., Hof P.R. (1992) Les myorelaxants non curarisants. **In**: *Pharmacologie: Des Concepts Fondamentaux aux Applications Thérapeutiques*, 2ème Edition, M. Schorderet éd., Frison Roche-Slatkine, Genève, pp. 119-124.

4. Magistretti P.J., Martin J.L., Hof P.R., Palacios J.M. (1992) Vasoactive intestinal peptide (VIP) receptors. **In**: *Handbook of Chemical Neuroanatomy Vol. 11, Neuropeptide Receptors in the CNS*, A. Björklund, T. Hökfelt, M.J. Kuhar eds, Elsevier, Amsterdam, pp. 347-395.

5. Bouras C., Hof P.R. (1992) Neuropathologie de la maladie d'Alzheimer. **In**: *L'Encyclopédie Médico-Chirurgicale, Psychiatrie*, Editions Techniques, Paris, référence 37280 A[20], pp. 1-12.

6. Glezer I.I., Hof P.R., Leranth C., Morgane P.J. (1992) Morphological and histochemical features of odontocete visual cortex: immunocytochemical analysis of pyramidal and non-pyramidal populations of neurons. **In**: *Marine Mammal Sensory Systems*, J. Thomas, R. Kastelein, A. Supin eds, Plenum, New York, pp. 1-38.

7.  Hof P.R., Lüth H.J., Rogers J.H., Celio M.R. (1993) Calcium-binding proteins define subpopulations of interneurons in the cingulate cortex. **In**: *Neurobiology of Cingulate Cortex and Limbic Thalamus: A Comprehensive Handbook*, B.A. Vogt, M. Gabriel eds, Birkhäuser, Boston, pp.181-205.

8.  Crino P.B., Morrison J.H., Hof P.R. (1993) Monoaminergic systems in the monkey cingulate cortex. **In**: *Neurobiology of Cingulate Cortex and Limbic Thalamus: A Comprehensive Handbook*, B.A. Vogt, M. Gabriel eds, Birkhäuser, Boston, pp. 285-310.

9.  Hof P.R., Morrison J.H. (1994) The cellular basis of cortical disconnection in Alzheimer disease and related dementing conditions. **In**: *Alzheimer Disease*, R.D. Terry, R. Katzman, K.L. Bick eds, Raven Press, New York, pp. 197-229.

10. Buée L., Vermersch P., Hof P.R., Défossez A., Delacourte A. (1994) Alzheimer's disease vasculopathy. **In**: *Vascular Dementia, Current Issues in Neurodegenerative Diseases, Vol. 6*, D. Leys, P. Scheltens eds, ICG Publications, Dordrecht, pp. 155-166.

11. Glezer I.I., Hof P.R., Istomin V.V., Morgane P.J. (1995) Comparative immuno-cytochemistry of calcium-binding protein-positive neurons in visual and auditory systems of cetacean and primate brains. **In**: *Sensory Systems of Aquatic Mammals*, R.A. Kastelein, J.A. Thomas, P.E. Nachtigall eds, De Spil, Woerden, pp. 477-513.

12. Bloom F.E., Young W.G., Nimchinsky E.A., Hof P.R., Morrison J.H. (1997) Neuronal vulnerability and informatics in human disease. **In**: *Progress in Neuroinformatics Research Vol. 1, Neuroinformatics — An Overview of the Human Brain Project*, S.H. Koslow, M.F. Huerta eds, Lawrence Erlbaum, Mahwah, pp. 83-123.

13. Vogt B.A., Vogt L.J., Nimchinsky E.A., Hof P.R. (1997) Primate cingulate cortex chemoarchitecture and its disruption in Alzheimer's disease. **In**: *Handbook of Chemical Neuroanatomy Vol. 13, The Primate Nervous System Part I,* F.E. Bloom, A. Björklund, T. Hökfelt eds, Elsevier, Amsterdam, pp. 455-528.

14. Morrison J.H., Hof P.R., Huntley G.W. (1998) Neurochemical organization of the primate visual cortex. **In**: *Handbook of Chemical Neuroanatomy Vol. 14, The Primate Nervous System Part II,* F.E. Bloom, A. Björklund, T. Hökfelt eds, Elsevier, Amsterdam, pp. 299-430.

15. Schaad N., Hof P.R. (1998) Les myorelaxants non curarisants. **In**: *Pharmacologie: Des Concepts Fondamentaux aux Applications Thérapeutiques*, 3ème Edition, M. Schorderet éd., Frison Roche-Slatkine, Genève, pp. 122-127.

16. Hof P.R., Trapp B.D., de Vellis J., Claudio L., Colman D.R. (1998) The cellular components of nervous tissue. **In**: *Fundamental Neuroscience*, M.J. Zigmund, F.E. Bloom, S.C. Landis, J.L. Roberts, L.R. Squire eds, Academic Press, San Diego, pp. 41-70.

17. Morrison B.M., Hof P.R., Morrison J.H. (1998) Determinants of neuronal vulnerability in neurodegenerative disease. **In**: *Neuroprotection in Parkinson's Disease, Beyond the Decade of the Brain, Vol. 3*, C.W. Olanow, P. Jenner eds, Wells Medical, Royal Turnbridge Wells, pp. 69-87.

18. Buée L., Hof P.R., Delacourte A. (1998) Alzheimer's disease vasculopathy. **In**: *Stroke and Alzheimer's disease, Current Issues in Neurodegenerative Diseases, Vol. 9*, D. Leys, F. Pasquier, P. Scheltens eds, Holland Academic Graphics, The Hague, pp. 101-111.

19. Hof P.R., Morrison J.H. (1999) The cellular basis of cortical disconnection in Alzheimer disease and related dementing conditions. **In**: *Alzheimer Disease*, 2nd Edition, R.D. Terry, R. Katzman, K.L. Bick, S.S. Sisodia eds, Lippincott, Williams & Wilkins, Philadelphia, pp. 207-232.

20. Hof P.R., Bouras C., Morrison J.H. (1999) Cortical neuropathology in aging and dementing disorders: neuronal typology, connectivity, and selective vulnerability. **In**: *Cerebral Cortex Vol. 14, Neurodegenerative and Age-Related Changes in Cerebral Cortex*, A. Peters, J.H. Morrison eds, Kluwer Academic-Plenum, New York, pp. 175-312.

21. Vogt B.A., Martin A., Vrana K.E., Absher J.R., Vogt L.J., Hof P.R. (1999) Multifocal cortical neurodegeneration and subtypes within Alzheimer's disease. **In**: *Cerebral Cortex Vol. 14, Neurodegenerative and Age-Related Changes in Cerebral Cortex*, A. Peters, J.H. Morrison eds, Kluwer Academic-Plenum, New York, pp. 553-602.

22. Bouras C., Gold G., Kövari E., Vallet P.G., Duc M., Michel J.P., Hof P.R., Giannakopoulos P. (1999) Neuroanatomy of apraxia and visual agnosia in Alzheimer's disease. **In**: *International Network of Aging — The Geneva Experience, Interdisciplinary Topics in Gerontology, Vol. 30*, J.P. Michel, P.R. Hof eds, Karger, Basel, pp. 135-152.

23. Giannakopoulos P., Kövari E., Canuto A., Hof P.R., Bouras C. (1999) Presenilin-1 immunoreactivity in human neurodegenerative diseases. **In**: *International Network of Aging — The Geneva Experience, Interdisciplinary Topics in Gerontology, Vol. 30*, J.P. Michel, P.R. Hof eds, Karger, Basel, pp. 153-164.

24. Giannakopoulos P., Kövari, E., Gold G., Hof P.R., Bouras C. (2001) Types of age-related brain lesions and relationship to neuropathologic diagnostic systems of Alzheimer's disease. **In**: *Functional Neurobiology of Aging*, P.R. Hof, C.V. Mobbs eds, Academic Press, San Diego, pp. 62-73.

25. Bussière T., Hof P.R. (2001) Morphological changes in the human cerebral cortex during normal aging. **In**: *Functional Neurobiology of Aging*, P.R. Hof, C.V. Mobbs eds, Academic Press, San Diego, pp. 74-81.

26. Bouras C., Vallet P.G., Kövari E., Michel J.P., Herrmann F.R., Hof P.R., Giannakopoulos P. (2001) Longevity and brain aging: the paradigm of centenarians. **In**: *Functional Neurobiology of Aging*, P.R. Hof, C.V. Mobbs eds, Academic Press, San Diego, pp. 82-90.

27. Hof P.R. (2001) Regional and laminar patterns of selective neuronal vulnerability in Alzheimer's disease. **In**: *Functional Neurobiology of Aging*, P.R. Hof, C.V. Mobbs eds, Academic Press, San Diego, pp. 91-105.

28. Vogt B.A., Vogt L.J., Hof P.R. (2001) Patterns of cortical neurodegeneration in Alzheimer's disease: subgroups, subtypes, and implication for staging strategies. **In**: *Functional Neurobiology of Aging*, P.R. Hof, C.V. Mobbs eds, Academic Press, San Diego, pp. 106-124.

29. Gold G., Bouras C., Michel J.P., Hof P.R., Giannakopoulos P. (2001) Vascular dementia. **In**: *Functional Neurobiology of Aging*, P.R. Hof, C.V. Mobbs eds, Academic Press, San Diego, pp. 125-137.

30. Giannakopoulos P., Kövari, E., Gold G., Hof P.R., Bouras C. (2001) Frontotemporal dementias: from classification problems to pathogenetic uncertainties. **In**: *Functional Neurobiology of Aging*, P.R. Hof, C.V. Mobbs eds, Academic Press, San Diego, pp. 138-147.

31. Hof P.R., Duan H. (2001) Age-related morphologic alterations in the brain of Old World and New World anthropoid monkeys. **In**: *Functional Neurobiology of Aging*, P.R. Hof, C.V. Mobbs eds, Academic Press, San Diego, pp. 435-446.

32. Erwin J.M., Nimchinsky E.A., Gannon P.J., Perl D.P., Hof P.R. (2001) The study of brain aging in great apes. **In**: *Functional Neurobiology of Aging*, P.R. Hof, C.V. Mobbs eds, Academic Press, San Diego, pp. 447-456.

33. Gannon P.J., Kheck N.M., Hof P.R. (2001) Language areas in the hominoid brain: a dynamic communicative shift on the Upper East Side planum. **In**: *Evolutionary Anatomy of the Primate Cerebral Cortex*, D. Falk, K. Gibson eds, Cambridge University Press, Cambridge, pp. 216-240.

34. Bouras C., Savioz A., Kövari E., Giannakopoulos P., Hof P.R., Vallet P.G. (2001) Neuropathologie de la maladie d'Alzheimer. **In**: *L'Encyclopédie Médico-Chirurgicale, Psychiatrie*, Editions Scientifiques et Médicales Elsevier, Paris, référence 37-540-B-20, pp. 1-15.

35. Erwin J.M., Hof P.R., Ely J.J., Perl D.P. (2002) One gerontology: advancing understanding of aging through studies of great apes and other primates. **In**: *Aging in Nonhuman Primates. Interdiscipl. Top. Gerontol. Vol. 31*, J.M. Erwin, P.R. Hof eds, Karger, Basel, pp. 1-21.

36. Hof P.R., Gilissen E.P., Sherwood C.C., Duan H., Lee P.W.H., Delman B.N., Naidich T.P., Gannon P.J., Perl D.P., Erwin J.M. (2002) Comparative neuropathology of brain aging in primates. **In**: *Aging in Nonhuman Primates. Interdiscipl. Top. Gerontol. Vol. 31*, J.M. Erwin, P.R. Hof eds, Karger, Basel, pp. 130-154.

37. Morrison J.H., Hof P.R. (2002) Selective vulnerability of corticocortical and hippocampal circuits in aging and Alzheimer's disease. **In**: *Changing Views of Cajal's Neuron*, E.C. Azmitia, J. DeFelipe, E.G. Jones, P. Rakic, C.E. Ribak eds, *Prog. Brain Res. Vol. 136*, Elsevier, Amsterdam, pp. 467-486.

38. Hof P.R., Trapp B.D., de Vellis J., Claudio L., Colman D.R. (2003) The cellular components of nervous tissue. **In**: *Fundamental Neuroscience*, 2nd Edition, L.R. Squire, F.E. Bloom, S.K. McConnell, J.L. Roberts, N.C. Spitzer, M.J. Zigmund eds, Academic Press, San Diego, pp. 49-78.

39. Hof P.R., Bussière T., Buxbaum J.D., Morrison J.H. (2003) Neurobiological basis of age-related dementing disorders. **In**: *Geriatric Medicine*, 4th edition, C.K. Cassel, R.M. Leipzig, H.J. Cohen, E.B. Larson, D.E. Meier eds, Springer, New York, pp. 1095-1111.

40  Hof P.R., Trapp B.D., de Vellis J., Claudio L., Colman D.R. (2004) Cellular components of nervous tissue. **In**: *From Molecules to Networks — An Introduction to Cellular and Molecular Neuroscience*, J.H. Byrne, J.L. Roberts eds, Academic Press, San Diego, pp. 1-29.

41. Glezer I.I., Hof P., Morgane P.J., Fridman A., Isakova T., Joseph D., Nair A., Parhar P., Thengampallil A., Thomas S., Venugopal R., Jung G.H. (2004) Chemical neuroanatomy of the inferior colliculus in brains of echolocating and non-echolocating mammals: immunocytochemical study. **In**: *Echolocation in Bats and Dolphins*, J. Thomas, C.F. Moss, M. Vater eds, University of Chicago Press, Chicago, pp. 161-175.

42. Vogt B.A., Hof P.R., Vogt L.J. (2004) Cingulate gyrus. **In**: *The Human Nervous System*, 2nd edition, G. Paxinos, J.K. Mai eds, Academic Press, San Diego, pp. 916-949.

43. Hof P.R., Bussière T., Morrison J.H. (2004) Ageing changes in the brain. **In**: *The Neuropathology of Dementia*, 2nd Edition, M.M. Esiri, V.M.Y. Lee, J.Q. Trojanowski eds, Cambridge University Press, Cambridge, pp. 113-127.

44. von Gunten, A., Giannakopoulos P., Bouras C., Hof P.R. (2004) Neuropathologic changes in posterior cortical atrophy. **In**: *Vision in Alzheimer's Disease, Interdiscipl. Top. Gerontol. Vol. 34*, A. Cronin-Golomb, P.R. Hof eds, Karger, Basel, pp. 30-61.

45. Morrison J.H., Hof P.R., Rapp P.R. (2005) Neuropathology of normal aging in cerebral cortex. **In**: *Neurodegenerative Diseases*, M.F. Beal, A.E. Lang, A. Ludolph eds, Cambridge University Press, Cambridge, pp. 396-406.

46. Perl D.P., Hof P.R. (2005) Western Pacific ALS/Parkinsonism-dementia complex. **In**: *Neurodegenerative Diseases*, M.F. Beal, A.E. Lang, A. Ludolph eds, Cambridge University Press, Cambridge, pp. 827-843.

47. Hof P.R., Sherwood C.C. (2007) The evolution of neuron classes in the neocortex of mammals. **In**: *Evolution of Nervous Systems, Vol. 3*, J. Kaas, G. Striedter, T. Bullock, T. Preuss, J. Rubenstein, L. Krubitzer eds, Academic Press, San Diego, pp. 113-124.

48. Sherwood C.C., Hof P.R. (2007) The evolution of neuron types and cortical histology in apes and humans. **In**: *Evolution of Nervous Systems, Vol. 4*, J. Kaas, G. Striedter, T. Bullock, T. Preuss, J. Rubenstein, L. Krubitzer eds, Academic Press, San Diego, pp. 355-378.

49. Schenker N.M., Sherwood C.C., Hof P.R., Semendeferi K. (2007) Microstructural asymmetries of the cerebral cortex in humans and other mammals. **In**: *The Evolution of Hemispheric Specialization in Primates, Special Topics in Primatology Vol. 5*, W.D. Hopkins ed., American Society of Primatologists, Norman, pp. 93-118.

49. Schmitz C., Hof P.R. (2007) Design-based stereology in brain aging research. **In**: *Brain Aging: Models, Methods, and Mechanisms*, D. Riddle ed., Taylor and Francis, Boca Raton, pp. 63-96.

50. Hof P.R., de Vellis J., Nimchinsky E.A., Kidd G., Claudio L., Trapp B.D. (2008) Cellular components of nervous tissue. **In**: *Fundamental Neuroscience*, 3rd Edition, L. Squire, D. Berg, F. Bloom, S. Du Lac, A. Ghosh, N.C. Spitzer eds, Academic Press, San Diego, pp. 41-58.

51. Erwin J.M., Hof P.R. (2008) Menopause and reproductive senescence in comparative context. **In**: *Primate Reproductive Aging: Cross-Taxon Perspectives. Interdiscipl. Top. Gerontol. Vol. 36*, S. Atsalis, S.W. Margulis, P.R. Hof eds, Karger, Basel, pp. 4-16.

52. Perl D.P., Hof P.R. (2008) Πλαγια μυατροφικη σκλερυσινη/Παρκινσονισμος — Ανοια Complex του Guam. **In**: Η Νοσος του Παρκινσον, G. Mentenopoulos, C. Bouras eds, University Studio Press, Thessaloniki, pp. 263-306.

53. Hof P.R., Nimchinsky E.A., Kidd G., Claudio L., Trapp B.D. (2009) Cellular components of nervous tissue. **In**: *From Molecules to Networks — An Introduction to Cellular and Molecular Neuroscience*, 2nd Edition, J.H. Byrne, J.L. Roberts eds, Academic Press, San Diego, pp. 1-17.

54. Giannakopoulos P., Kövari E., Gold G., von Gunten A., Hof P.R., Bouras C. (2009) Pathological substrates of cognitive decline in Alzheimer's disease. **In**: *Dementia in Clinical Practice. Front. Neurol. Neurosci. Vol. 24*, P. Giannakopoulos, P.R. Hof eds, Karger, Basel, pp. 20-29.

55. Holloway R.L., Sherwood C.C., Rilling J.K., Hof P.R. (2009) Evolution of the brain: in humans — Paleoneurology. **In**: *Encyclopedia of Neuroscience*, M.D. Binder, N. Hirokawa, U. Windhorst, M.C. Hirsch eds, Springer Verlag, New York, pp. 1326-1334.

56. Sherwood C.C., Rilling J.K., Holloway R.L., Hof P.R. (2009) Evolution of the brain: in humans — Specializations in a comparative perspective. **In**: *Encyclopedia of Neuroscience*, M.D. Binder, N. Hirokawa, U. Windhorst, M.C. Hirsch eds, Springer Verlag, New York, pp. 1334-1338.

57. Mobbs C.V., Hof P.R. (2009) Environment versus heredity in normal and pathological aging of neurological functions. **In**: *Handbook of the Neuroscience of Aging*, P.R. Hof, C.V. Mobbs eds, Academic Press, London, pp. 1-4.

58. Vogt B.A., Fountoulakis N., Samaras D., Kövari E., Vogt L.J., Hof P.R. (2009) Cingulate neuropathological substrates of depression. **In**: *Cingulate Neurobiology and Disease*, B.A. Vogt, ed., Oxford, Oxford University Press, pp. 537-569.

59. Vogt B.A., Vogt L.J., Purohit D.P., Hof P.R. (2009) Cingulate subregional neuropathology in dementia with Lewy bodies and Parkinson's disease with dementia. **In**: *Cingulate Neurobiology and Disease*, B.A. Vogt, ed., Oxford, Oxford University Press, pp. 707-725.

60. Vogt B.A., Vogt L.J., Perl D.P., Hof P.R. (2009) Cingulate neuropathology in anterior and posterior cortical atrophies in Alzheimer's disease. **In**: *Cingulate Neurobiology and Disease*, B.A. Vogt, ed., Oxford, Oxford University Press, pp. 763-799.

61. Dickstein D.L., Morrison J.H., Hof P.R. (2009) Neuropathology of aging. **In**: *Imaging the Aging Brain*, W. Jagust, M. D'Esposito eds, Oxford University Press, Oxford, pp. 27-40.

62. Kaufman J.A., Tyszka J.M., Patterson F., Erwin J.M., Hof P.R., Allman J.M. (2010) Structural and diffusion MRI of a gorilla brain performed *ex vivo* at 9.4 Tesla. **In**: *The Human Brain Evolving: Paleoneurological Studies in Honor of Ralph L. Holloway*, D. Broadfield, M. Yuan, K. Schick, M. Toth eds, Stone Age Institute Press, Gosport, pp. 171-181.

63. Raghanti M.A., Hof P.R., Sherwood C.C. (2010) The evolution of cortical neurotransmitter systems among primates and their relevance to cognition. **In**: *The Human Brain Evolving: Paleoneurological Studies in Honor of Ralph L. Holloway*, D. Broadfield, M. Yuan, K. Schick, M. Toth eds, Stone Age Institute Press, Gosport, pp. 195-212.

64. Uppal N., Hof P.R. (2012) Discrete cortical neuropathology in autism spectrum disorders. **In**: *The Neuroscience of Autism Spectrum Disorders*, J.D. Buxbaum, P.R. Hof eds, Academic Press, San Diego, pp. 313-325.

65. Hof P.R., Kidd G., DeFelipe J., de Vellis J., Gama-Sosa M.A., Elder G.A., Trapp B.D. (2013) Cellular components of nervous tissue. **In**: *Fundamental Neuroscience*, 4th Edition, L.R. Squire, D. Berg, F.E. Bloom, S. Du Lac, A. Ghosh, N.C. Spitzer eds, Academic Press, San Diego, pp. 41-59.

66. Hof P.R., Kidd G., DeFelipe J., de Vellis J., Gama-Sosa M.A., Elder G.A., Trapp B.D. (2014) Cellular components of nervous tissue. **In**: *From Molecules to Networks — An Introduction to Cellular and Molecular Neuroscience*, 3rd Edition, J.H. Byrne, R. Heidelberger, M.N. Waxham eds, Academic Press, San Diego, pp. 3-21.

67. Uppal N., Hof P.R. (2014) A stereologic perspective on neuropathology of autism. **In**: *Neurostereology: Unbiased Stereology of Neural Systems*, P.R. Mouton ed., Wiley Blackwell, Oxford, pp. 237-256.

68. Raghanti M.A., Spurlock L.B., Uppal N., Sherwood C.C., Butti C., Hof P.R. (in press) Von Economo neurons. **In**: *Brain Mapping: An Encyclopedic Reference*, A.W. Toga, K. Zilles, K. Amunts eds, Elsevier, Amsterdam, pp.

69. Spocter M.A., Raghanti M.A., Butti C., Hof P.R., Sherwood C.C. (in press) The minicolumn in comparative context. **In**: *Recent Advances in the Modular Organization of the Cerebral Cortex*, M. Casanova ed., Springer, Heidelberg, pp.


## CHAPTERS IN CONFERENCE PROCEEDINGS

1. Magistretti P.J., Schorderet M., Hof P.R., Schaad N. (1987) Interactions between vasoactive intestinal peptide and norepinephrine, ergot alkaloids and prostanoids in mouse cerebral cortex. **In**: *Receptor-Receptor Interactions*, L.F. Agnati, K. Fuxe eds, *Wenner-Gren International Symposium Series* **48**, MacMillan Press Ltd., London, pp. 272-283.

2. Magistretti P.J., Dietl M.M., Hof P.R., Martin J.L., Palacios, J.M., Schaad N., Schorderet M. (1988) VIP as a mediator of intercellular communication in the cerebral cortex: release, receptors, actions and interactions with norepinephrine. **In**: *Vasoactive Intestinal Peptide and Related Peptides*, S.I. Said, V. Mutt eds, *Ann. N.Y. Acad. Sci.* **527**, 110-129.

3. Magistretti P.J., Hof P.R. (1988) Cellular expression of epilepsy alleles: altered regulation of glycogen metabolism by neurotransmitters in the neocortex of the spontaneously epileptic mouse mutants, *tottering* and *quaking*. **In**: *Molecular Genetic Mechanisms in Neurologic Disorders*, P. Brown, L.C. Bolis, D.C. Gajdusek eds, *Disc. Neurosci.* **5(3)**, 140-143.

4.  Hof P.R., Pascale E., Magistretti P.J. (1988) Extracellular potassium as a regulator of glycogen hydrolysis in the cerebral cortex: studies in normal mice and in the spontaneously epileptic *quaking* mutant. **In**: *Advances in Biotechnology of Membrane Ion Transport*, P.L. Jørgensen, C. Verna eds, *Serono Symposium Series* **51**, Raven Press, New York, pp. 25-36.

5.  Morrison J.H., Lewis D.A, Campbell M.J., Higgins G.A., Hof P.R., Cox K. (1988) Anatomic and molecular characteristics of vulnerable neocortical neurons in Alzheimer's disease. **In**: *The Molecular Biology of Alzheimer's Disease*, C.E. Finch, P. Davies eds, *Current Communications in Molecular Biology*, Cold Spring Harbor Laboratory, New York, pp. 10-14.

6.  Magistretti P.J., Hof P.R., Martin J.L., Stoyanov T. (1989) Neurotransmitters and their involvement in the regulation of energy metabolism in the nervous system. **In**: *Peripheral Neuropathies 1988. What is Significantly New?* J.P. Assal, C. Liniger eds, *Fidia Research Series* **21**, Liviana Press, Padova, pp. 29-44.

7.  Magistretti P.J., Hof P.R. (1989) Abnormal regulation of glycogen metabolism by neurotransmitters and potassium in the neocortex of the spontaneously epileptic mouse mutants *quaking* and *tottering*. **In**: *Reflex Seizures and Reflex Epilepsies*, R.A. Beaumanoir, H. Gastaut, R. Naquet eds, Médecine et Hygiène, Genève, pp. 25-30.

8.  Morrison J.H., Hof P.R., Campbell M.J., De Lima A.D., Voigt T., Bouras C., Cox K., Young W.G. (1990) Cellular pathology in Alzheimer's disease: implications for corticocortical disconnection and differential vulnerability. **In**: *Imaging, Cerebral Topography and Alzheimer's Disease*, S.I. Rapoport, H. Petit, D. Leys, Y. Christen eds, *Research and Perspectives in Alzheimer's Disease*, Springer, Berlin, pp. 19-40.

9.  Morrison J.H., Hof P.R., Bouras C. (1991) An anatomical substrate for visual disconnection in Alzheimer's disease. **In**: *Aging and Alzheimer's Disease — Sensory systems, Neuronal Growth, and Neuronal Metabolism*, J.H. Growdon, S. Corkin, E. Ritter-Walker, R.J. Wurtman eds, *Ann. N.Y. Acad. Sci.* **640**, 36-43.

10. Giannakopoulos P., Bouras C., Hof P.R., Michel J.P. (1993) Neuropathological evaluation of 923 patients from a geriatric hospital. **In**: *Alzheimer Disease and Related Disorders*, M. Nicolini, P.F. Zatta, B. Corain eds, *Advances in the Biosciences* **87**, Pergamon Press, London, pp. 137-143.

11. Buée L., Ding W., Hof P.R., Boyle N.J., Anderson J.P., Morrison J.H., Robakis N.K., Delacourte A., Fillit H.M. (1993) Alzheimer's disease: binding of vascular and neuroblastoma heparan sulfate proteoglycans to amyloid ß protein A4. **In**: *Alzheimer Disease and Related Disorders*, M. Nicolini, P.F. Zatta, B. Corain eds, *Advances in the Biosciences* **87**, Pergamon Press, London, pp. 217-218.

12. Permanne B., Buée L., Hof P.R., Morrison J.H., Fillit H., Delacourte A. (1994) Les co-facteurs de l'amyloïdogenèse dans la maladie d'Alzheimer: apolipoprotéines, protéoglycannes et thrombospondines. **In**: *Actualités sur la Maladie d'Alzheimer et Syndromes Apparentés*, M. Poncet, B. Michel, A. Nieoullon eds, Solal, Marseilles, pp. 115-118.

13. Buée-Scherrer V., Buée L., Hof P.R., Vermersch P., Leveugle B., Wattez A., Bouras C., Perl D.P., Delacourte A. (1995) Tau variants in aging and neurodegenerative disorders. **In**:

*Alzheimer's Disease: Lessons from Cell Biology*, K.S. Kosik, Y. Christen, D.J. Selkoe eds, *Research and Perspectives in Alzheimer's Disease*, Springer, Berlin, pp. 132-149.

14. Vermersch P., Buée-Scherrer V., Buée L., David J.P., Wattez A., Sergeant N., <u>Hof P.R.</u>, Agid Y., Perl D.P., Olanow C.W., Robitaille Y., Gauvreau D., Petit H., Delacourte A., (1997) Cortical mapping of pathological tau proteins in several neurodegenerative disorders. **In**: *Connections, Cognition and Alzheimer's Disease*, B.T Hyman, C. Duyckaerts, Y. Christen eds, *Research and Perspectives in Alzheimer's Disease*, Springer, Berlin, pp. 41-52.

15. <u>Hof P.R.</u>, Nimchinsky E.A., Ungerleider L.G., Morrison J.H. (1997) Morphologic and neurochemical characteristics of corticocortical projections: emergence of circuit-specific features and relationships to degenerative changes in Alzheimer's disease. **In**: *Connections, Cognition and Alzheimer's Disease*, B.T Hyman, C. Duyckaerts, Y. Christen eds, *Research and Perspectives in Alzheimer's Disease*, Springer, Berlin, pp. 59-82.

16. Buée L., <u>Hof P.R.</u>, Delacourte A. (1997) Brain microvascular changes in Alzheimer's disease and other dementias. **In**: *Cerebrovascular Pathology in Alzheimer's Disease*, J.C. de la Torre, V. Hachinski eds, *Ann. N.Y. Acad. Sci.* **826**, 7-24.

17. Delacourte A., Sergeant N., Robitaille Y., Buée-Scherrer V., Buée L., David J.P., Bussière T., Vermersch P., <u>Hof P.R.</u>, Gauvreau D., Wattez A. (1997) Pathological Tau proteins are biochemical markers that differentiate several types of neurofibrillary degeneration. **In**: *Alzheimer's Disease: Biology, Diagnosis and Therapeutics*, K. Iqbal, B. Winblad, T. Nishimura, M. Takeda, H. Wisniewski eds, John Wiley, New York, pp. 205-212.

18. Delacourte A., Sergeant N., Robitaille Y., Buée-Scherrer V., Buée L., David J.P., Lefranc D., Vermersch P., <u>Hof P.R.</u>, Gauvreau D., Wattez A. (1997) Neuronal subsets have different patterns of microtubule-associated tau isoforms: application to ageing, Alzheimer's disease and other diseases with neurofibrillary degeneration. **In**: *Biologie Prospective, Comptes-Rendus du 9ème Colloque de Pont-à-Mousson*, M.M. Galteau, P. Delwaide, G. Siest, J. Henny eds, John Libbey Eurotext, Paris, pp. 339-343.

19. Leveugle B., Spik G., Perl D.P., Bouras C., Fillit H.M., <u>Hof P.R.</u> (1997) Distribution of the iron-binding protein lactotransferrin in the pathologic lesions of neurodegenerative diseases. **In**: *Lactoferrin Structure and Function*, T.W. Hutchens, B. Lönnerdal eds, Humana Press, Totowa, pp. 119-124.

20. Morrison J.H., Nimchinsky E.A., <u>Hof P.R.</u> (1998) An integrative approach to quantitative neuroanatomy: from maps to cell morphology. **In**: *Quantitative Neuroanatomy: A Picture is Worth a Thousand Words, but a Number is Worth a Thousand Pictures, Society for Neuroscience Short Course Syllabus*, J.H. Morrison, P.R. Hof eds, Society for Neuroscience, Washington, pp. 7-19.

21. Perl D.P., Good P.F., <u>Hof P.R.</u> (1998) Practical approaches to stereology in the setting of a human disease-related brain bank. **In**: *Quantitative Neuroanatomy: A Picture is Worth a Thousand Words, but a Number is Worth a Thousand Pictures, Society for Neuroscience Short Course Syllabus*, J.H. Morrison, P.R. Hof eds, Society for Neuroscience, Washington, pp. 47-55.

22. Buée L., Mailliot C., Bussière T., Sergeant N., Buée-Scherrer V., <u>Hof P.R.</u>, Flament S., Delacourte A. (2000) Neurodegenerative disorders with tauopathies: mad tau diseases?

**In**: *Fatal Attractions: Protein Aggregates in Neurodegenerative Disorders*, V.M.Y. Lee, J.Q. Trojanowski, L. Buée, Y. Christen eds, *Research and Perspectives in Alzheimer's Disease*, Springer, Berlin, pp. 105-125.

23. Allman J.M., Hakeem A., Erwin J.M., Nimchinsky E.A., <u>Hof P.R.</u> (2001) The anterior cingulate cortex: the evolution of an interface between emotion and cognition. **In**: *Unity of Knowledge: the Convergence of Natural and Human Science*, A.R. Damasio, A. Harrington, J. Kagan, B. McEwen, H. Moss, R. Shaikh eds, *Ann. N.Y. Acad. Sci.* **935**, 107-117.

24. Erwin J.M., Bloomsmith M., Boysen S.T., Perl D., Zihlman A., Maple T.L., <u>Hof P.R.</u> (2001) The great ape aging project: caring and learning from apes. **In**: *The Apes: Challenges for the 21st Century*, Compiled by the Brookfield Zoo, Chicago Zoological Society, Chicago, pp. 344-346.

25. Henry B.I., <u>Hof P.R.</u>, Rothnie P., Wearne S.L. (2001) Fractal analysis of aggregates of non-uniformly sized particles: an application to macaque monkey cortical pyramidal neurons. **In**: *Emergent Nature — Patterns, Growth and Scaling in the Sciences*, M.M. Nowak ed., World Scientific, Singapore, pp. 65-75.

26. Erwin J.M., Bloomsmith M., Boysen S., <u>Hof P.R.</u>, Holloway R., Lowenstine L., McManamon R., Perl D.P., Young W.G., Zihlman A. (2002) The Great Ape Aging Project: a resource for comparative study of behavior, cognition, health and neurobiology. **In**: *All Apes Great and Small, Vol. 1, Chimpanzees, Bonobos, and Gorillas*, B.M.F. Galdikas, N. Briggs, L. Sheeran, G. Shapiro, J. Goodall eds, Kluwer Academic-Plenum, New York, pp. 195-200.

27. Perl D.P., <u>Hof P.R.</u>, Nimchinsky E.A., Erwin J.M. (2002) Studies of age-related neuronal pathology in great apes. **In**: *All Apes Great and Small, Vol. 1, Chimpanzees, Bonobos, and Gorillas*, B.M.F. Galdikas, N. Briggs, L. Sheeran, G. Shapiro, J. Goodall eds, Kluwer Academic-Plenum, New York, pp. 207-216.

28. Sherwood C.C., Holloway R.L., Gannon P.J., Semendeferi K., Erwin J.M., Zilles K., <u>Hof P.R.</u> (2003) Neuroanatomical basis of facial expression in monkeys, apes, and humans. **In**: *Emotions Inside Out 130 Years after Darwin's The Expression of the Emotions in Man and Animals*, P. Ekman, J.J. Campos, R.J. Davidson, F.B.M. de Waal eds, *Ann. N.Y. Acad. Sci.* **1000**, 99-103.

29. Schartz A., Herrmann F.R., Bouras C., Kövari E., Gold G., <u>Hof P.R.</u>, Giannakopoulos P. (2004) Tangle and neuron numbers, but not amyloid load, is related to cognitive decline. **In**: *Research and Practice in Alzheimer's Disease, Vol. 9*, B. Vellas, L.J. Fitten, B. Winblad, H. Feldman, M. Grundman, E. Giacobini, A. Kurz eds, Serdi Edition, Paris, pp. 73-77.

30. Benveniste H., Ma Y., Dhawan J., Gifford A., Smith S.D., Feinstein I., Du C., Grant S.C., <u>Hof P.R.</u> (2007) Anatomical and functional phenotyping of mice models of Alzheimer's disease by MR microscopy. **In**: *Imaging and the Aging Brain*, M. de Leon, D.A. Snider, H. Federoff eds, *Ann. N.Y. Acad. Sci.* **1097**, 12-29.

31. Shineman D.W., Salthouse T.A., Launer L.J., <u>Hof P.R.</u>, Bartzokis G., Kleiman R., Luine V., Buccafusco J.J., Small G.W., Aisen P.J., Lowe D.A., Fillit H.M. (2010) Therapeutics for cognitive aging. *Ann. N.Y. Acad. Sci.* **1191(Suppl.)**, E1-E10.

32. Bianchi S., Bauernfeind A.L., Gupta K., Stimpson C.D., Spocter M.A., Bonar C.J., Manger P.R., Hof P.R., Jacobs B., Sherwood C.C. (2011) Neocortical neuron morphology in Afrotheria: comparing the rock hyrax with the African elephant. **In**: *New Perspectives on Neurobehavioral Evolution*, J.I. Johnson, H.P. Ziegler, P.R. Hof eds, *Ann. N.Y. Acad. Sci.* **1225**, 37-46.

33. Butti C., Raghanti M.A., Sherwood C.C., Hof P.R. (2011) The neocortex of cetaceans: cytoarchitecture and comparison with other aquatic and terrestrial species. **In**: *New Perspectives on Neurobehavioral Evolution*, J.I. Johnson, H.P. Ziegler, P.R. Hof eds, *Ann. N.Y. Acad. Sci.* **1225**, 47-58.

34. Allman J.M., Tetreault N.A., Hakeem A.Y., Manaye K.F., Semendeferi K., Erwin J.M., Park S., Goubert V., Hof P.R. (2011) The von Economo neurons in frontoinsular and anterior cingulate cortex. **In**: *New Perspectives on Neurobehavioral Evolution*, J.I. Johnson, H.P. Ziegler, P.R. Hof eds, *Ann. N.Y. Acad. Sci.* **1225**, 59-71.

35. Kövari E., Hof P.R., Bouras C. (2011) The Geneva brain collection. **In**: *Resources and Technological Advances for Studies of Neurobehavioral Evolution*, J.I. Johnson, H.P. Ziegler, P.R. Hof eds, *Ann. N.Y. Acad. Sci.* **1225(Suppl. 1)**, E131-E146.

36. Bianchi S., Stimpson C.D., Duka T., Larsen M.D., Janssen W.G.M., Collins Z., Bauernfeind A.L., Schapiro S.J., Baze W.B., McArthur M.J., Hopkins W.D., Wildman D.E., Lipovich L., Kuzawa C.W., Jacobs B., Hof P.R., Sherwood C.C. (2013) Sinaptogénesis y desarrollo de la morfología dendrítica de neuronas piramidales en la neocorteza del chimpancé parecidos a los de los humanos. **In**: *La Maquinaria Mental Humana*, J.C. Avise, F.J. Ayala, C.J. Cela Conde, R. Gutiérrez Lombardo, F. Zambrana eds, *Ludus Vitalis*, **XXI (40)**, 177-197.

37. Striedter G.F., Belgard T.G., Cardona A., Chen C.C., Chklovskii D.B., Davis, F.P., Finlay B.L., Güntürkün O., Hale M.E., Harris J.A., Heberlein U., Hecht E.E., Hof P.R., Hofmann H.A., Holland L.Z., Iwaniuk A.N., Jarvis E.D., Karten H., Katz P.S., Kristan W.B., Macagno E., Mitra P.P., Moroz L.L., Okano H., Preuss T.M., Ragsdale C.W., Sherwood C.C., Stüttgen M.C., Truman J., Tsumoto T., Wilczynski W. (2014) NSF workshop report: discovering general principles of nervous system organization by comparing brain maps across species. *Brain Behav. Evol.* **83**, 1-8; copublished in *J. Comp. Neurol.* **522**, 1445-1453.

## LETTERS AND EDITORIALS

1. Mobbs C.V., Hof P.R. (1998) Preface. *Functional Endocrinology of Aging*. *Interdiscipl. Top. Gerontol. Vol. 29*, C.K. Cassel, J.H. Morrison Series eds, Karger, Basel, pp. *vii-viii*.

2. Hof P.R., Schmitz C. (2000) Current trends in neurostereology – Introduction to the special issue "Recent Advances in Neurostereology". *J. Chem. Neuroanat.* **20**, 3-5.

3. Steinbusch H.W.M., Hof P.R., Schmitz C. (2000) Neurostereology in the Journal of Chemical Neuroanatomy. *J. Chem. Neuroanat.* **20**, 127.

4. Hof P.R., Young W.G., Bloom F.E., Belichenko P.V., Celio M.R. (2000) Introduction and methods. *Comparative Cytoarchitectonic Atlas of the C57BL/6 and 129/Sv Mouse Brains*. Elsevier, Amsterdam, pp. 1-15.

5.   Hof P.R., Mobbs C.V. (2001) Preface. *Functional Neurobiology of Aging*. Academic Press, San Diego, p. *xxv*.

6.   Schmitz C., Korr H., Perl D.P., Hof P.R. (2001) Advanced use of 3-D methods for counting neurons. *Trends Neurosci*. **24**, 376-377.

7.   Erwin J.M., Hof P.R. (2002) Preface. *Aging in Nonhuman Primates. Interdiscipl. Top. Gerontol. Vol. 31*, P.R. Hof, C.V. Mobbs Series eds, Karger, Basel, pp. *vii-viii*.

8.   Steinbusch H.W.M., Quirion R., Hof P., Reiner T. (2003) A letter from the editor and the special section editors on the occasion of the 100th issue of the Journal of Chemical Neuroanatomy. *J. Chem. Neuroanat*. **25**, 231-232.

9.   Kuchel G.A., Hof P.R. (2004) Preface. *Autonomic Nervous System in Old Age. Interdiscipl. Top. Gerontol. Vol. 33*, P.R. Hof, C.V. Mobbs Series eds, Karger, Basel, pp. *vii-x*.

10.  Cronin-Golomb A., Hof P.R. (2004) Preface. *Vision in Alzheimer's Disease. Interdiscipl. Top. Gerontol. Vol. 34*, P.R. Hof, C.V. Mobbs Series eds, Karger, Basel, pp. *ix-xii*.

11.  Mobbs C.V., Yen K., Hof P.R. (2006) Preface. *Mechanisms of Dietary Restriction in Aging and Disease. Interdiscipl. Top. Gerontol. Vol. 35*, P.R. Hof, C.V. Mobbs Series eds, Karger, Basel, pp. *vii-viii*.

12.  Atsalis S., Margulis S.W., Hof P.R. (2008) Introduction. *Primate Reproductive Aging: Cross-Taxon Perspectives. Interdiscipl. Top. Gerontol. Vol. 36*, P.R. Hof, C.V. Mobbs Series eds, Karger, Basel, pp. 1-3.

13.  Giannakopoulos P., Hof P.R. (2009) Preface. *Dementia in Clinical Practice. Front. Neurol. Neurosci. Vol. 24*, J. Bogousslavsky Series ed., Karger, Basel pp. *xi-xii*.

14.  Sakurai T., Buxbaum J.D., Hof P.R. (2009) Comments on Budel et al. (2008) *Genetic variants of Nogo-66 receptor with possible association to schizophrenia block myelin inhibition of axon growth (J. Neurosci. 28, 13161-13172). Schizophr. Res. Forum* Jan. 9, http://www.schizophreniaforum.org/.

15.  Hof P.R., Schmitz C. (2009) The quantitative neuropathology of schizophrenia. *Acta Neuropathol*. **117**, 345-346.

16.  Hof P.R., Mobbs C.V. (2009) Preface. *Handbook of the Neuroscience of Aging*. Academic Press, London, pp. *xiv-xix*.

17.  Hof P.R., Elder G.A. (2010) Introduction to the special issue of *Brain Structure and Function* on transgenic modeling of neurodegenerative diseases. *Brain Struct. Funct*. **214**, 89-90.

18.  Hof P.R., Simic G. (2010) Message from the Editors-in-Chief. *Transl. Neurosci*. **1**, 1.

19.  Mobbs C.V., Hof P.R. (2010) Preface. *Body Composition and Aging. Interdiscipl. Top. Gerontol. Vol. 37*, P.R. Hof, C.V. Mobbs Series eds, Karger, Basel, p. *vi*.

20. Buxbaum J.D., Hof P.R. (2011) Editorial to the special issue of *Brain Research* on the emerging neuroscience of autism spectrum disorders. *Brain Res*. **1380**, 1-2.

21. Hof P.R., Saper C.B. (2012) Passages 2012. *J. Comp. Neurol*. **520**, 1-5.

22. Hof P.R. (2012) Transition continues. *J. Comp. Neurol*. **520**, 211.

23. Buxbaum J.D., Hof P.R. (2012) Introduction. *The Neuroscience of Autism Spectrum Disorders*, J.D. Buxbaum, P.R. Hof eds, Academic Press, San Diego, pp. *xi-xii*.

24. Hof P.R. (2012) Introduction to Section 3, *Brain Imaging and Neuropathology of Autism Spectrum Disorders*. *The Neuroscience of Autism Spectrum Disorders*, J.D. Buxbaum, P.R. Hof eds, Academic Press, San Diego, pp. 249-250.

25. Hof P.R. (2013) Passages 2013. *J. Comp. Neurol*. **521**, 1-4.

26. Karten H.J., Glaser J.R., Hof P.R. (2013) An important landmark in scientific publishing. *J. Comp. Neurol*. **521**, 1697-1698.

27. Finger T.E., Yamamoto N., Karten H.J., Hof P.R. (2013) Evolution of the forebrain — Revisiting the pallium. *J. Comp. Neurol*. **521**, 3601-3603.

28. Gore A.C., Balthazart J., Bikle D., Carpenter D.O., Crews D., Czernichow P., Diamanti-Kandarakis E., Dores R.M., Grattan D., Hof P.R., Lange C., Lee A.V., Levine J.E., Millar R.P., Nelson R.J., Porta M., Poth M., Power D.M., Prins G.S., Ridgway E.C., Rissman E.F., Romijn J.S., Sawchenko P.E., Sly P.D., Söder O., Taylor H.S., Tena-Sempere M., Vaudry H., Wallen K., Wang Z., Wartkofsky L., Watson C.S. (2013) Policy decisions on endocrine disruptors should be based on science across discipline: a response to Dietrich *et al*. *Endocrinology* **154**, 3957-3960; also published in: *Eur. J. Endocrinol*. **169**, E1-E4; *Andrology* **1**, 802-805; *Horm. Res. Paediatr*. **80**, 305-308; *Front. Neuroendocrinol*. **35**, 2-5; *Horm. Behav*. **65**, 190-193.

29. Hof P.R. (2014) Passages 2014. *J. Comp. Neurol*. **522**, 1-5.

30. Bandrowski A., Tan S., Hof P.R. (2014) Promoting research resource identification at JCN. *J. Comp. Neurol*. **522**, 1707.

31. Kuzawa C.W., Chugani H.T., Grossman L.I., Lipovich L., Muzik O., Hof P.R., Wildman D.E., Sherwood C.C., Leonard W.R., Lange N. (2014) Response to Skoyles: Decline in the growth rate, not muscle mass, predicts the human childhood peak in brain metabolism. *Proc. Natl. Acad. Sci. USA* **111**, E4910.

32. Hof P.R. (2015) Passages 2015. *J. Comp. Neurol*. **523**, 1-4.

## TEACHING MEDIA AND JOURNALS SPECIAL ISSUES

1. Bouras C., Giannakopoulos P., Hof P.R. (1996) Brain Aging. *Open Programs for Associative Learning (OPAL) Module n° 6*, P.J. Magistretti ed., Elsevier, Amsterdam.

2. Young W.G., Nimchinsky E.A., Hof P.R., Morrison J.H., Bloom F.E. (1997) NeuroZoom Software User Guide and Reference Books, YBM Inc., San Diego, 1038 pp. CD-ROM.

3.  Hof P.R. (1997) Dementia as a neocortical disconnection syndrome: morphological and biochemical characterization of the vulnerable neurons. **In**: 12th Colloque Médecine et Recherche *"Connections, Cognition and Alzheimer's Disease"*, IPSEN Foundation, Paris, 1996. On-line seminar: http://alzforum.tvisions.com:8000/members/forums/ipsen/hof/index.html.

4.  Morrison J.H., Hof P.R. (1998) Quantitative Neuroanatomy: A Picture is Worth a Thousand Words, but a Number is Worth a Thousand Pictures. *Society for Neuroscience Short Course Syllabus*, Society for Neuroscience, Washington, *viii* + 78 pp.

5.  Hof P.R., Schmitz C. (2000) Issue editors: *Recent Advances in Neurostereology*. *J. Chem. Neuroanat*. **20(1)** 127 pp.

6.  Hof P.R. (2000) Stereology: new and powerful morphometric tools for the biologist. Biosis Methodsfinder, on-line editorial: http://www.methodsfinder.com/free/news/.

7.  Hof P.R. (2007) Alzheimer's dementia: a uniquely human disease. **In**: *The New Comparative Biology of Human Nature*, Arthur M. Sackler Colloquia of the National Academy of Sciences, Beckman Center, Irvine, CA, 2006. CD-ROM, National Academy of Sciences, Washington, DC.

8.  Hof P.R., Schmitz C. (2009) Cluster editors: *The Quantitative Neuropathology of Schizophrenia*. *Acta Neuropathol*. **117(4)**, 345-427.

9.  Hof P.R. (2009) Anatomy and pathology of the aging brain. **In**: Therapeutics for Cognitive Aging, *New York Academy of Sciences Meetings Reports and e-Briefings*. On-line lecture: http://www.nyas.org/cognitive-aging.

10. Hof P.R., Butti C. (2009) Von Economo (spindle) cells: larger and more numerous in human. *Museum of Comparative Anthropogeny*. http://carta.anthropogeny.org/moca/topics/von-economo-spindle-cells.

11. Hof P.R., Elder G.A. (2010) Issue editors: *Transgenic Modeling of Neurodegenerative Diseases*. *Brain Struct. Funct*. **214(2-3)**, 213 pp.

12. Buxbaum J.D., Hof P.R. (2011) Issue editors: *The Emerging Neuroscience of Autism Spectrum Disorders*. *Brain Res*. **1380**, 270 pp.


## ABSTRACTS

1.  Magistretti P.J., Hof P., Schorderet M. (1983) Interactions between catecholamines and VIP in cerebral cortex and retina: effects on $^3$H-glycogen levels. *Prog. Neuro-Psychopharmacol. Biol. Psychiatry* **Suppl.**, 214.

2.  Schorderet M., Ofori S., Bretton C., Hof P., Magistretti P.J. (1983) Pharmacological and physiological studies of dopamine synthesis and catabolism in rabbit retina in vitro, as measured by LC-EC. *Prog. Neuro-Psychopharmacol. Biol. Psychiatry* **Suppl.**, 275.

3.  Ofori S., Bretton C., Hof P., Magistretti P.J., Schorderet M. (1984) Pharmacological factors affecting dopamine synthesis, storage, metabolism and release in rabbit retina in vitro: an LC-EC study. *Experientia* **40**, 648.

4.  Magistretti P.J., Hof P., Schorderet M. (1984) Activation of alpha-1 adrenergic and H-1 histaminergic receptors potentiates the stimulatory effects of vasoactive intestinal peptide (VIP) on cyclic-AMP (cAMP) levels in mouse cerebral cortical slices. *Soc. Neurosci. Abstr.* **10**, 535.

5.  Hof P., Magistretti P.J. (1985) $^3$H-glycogen hydrolysis induced by $K^+$ and adenosine in mouse cerebral  cortical slices: comparison with VIP and monoamines. *Experientia*  **41**, 820.

6.  Magistretti P.J., Hof P., Martin J.L., Celio M. (1985) $^3$H-glycogenolysis in the cerebral cortex: concentration-dependent effect of $K^+$ and adenosine in normal mice and reduced effect of norepinephrine (NE) in the tottering mouse, a spontaneously epileptic mutant. *Soc. Neurosci. Abstr.* **11**, 1264.

7.  Magistretti P.J., Hof P. (1986) $^3$H-glycogenolysis in the cerebral cortex of spontaneously epileptic mouse mutants: subsensitive glycogenolytic response to norepinephrine (NE) in the *tottering*  (tg/tg) mutant and age-dependent supersensitive response to $K^+$ in the *quaking*  (qk/qk) mutant. *Experientia* **42**, 638.

8.  Hof P.R., Magistretti P.J. (1986) Assessment of glycogen levels in superfused slices of mouse brain. *Soc. Neurosci. Abstr.* **12**, 451.

9.  Martin J.L, Hof P.R., Dietl M.M., Palacios J.M., Magistretti P.J. (1986) Autoradiographic localization of (mono[$^{125}$I]iodo-Tyr$^{10}$, MetO$^{17}$)-vasoactive intestinal peptide (M-$^{125}$I-VIP) binding sites in the rat brain. *Soc. Neurosci. Abstr.* **12**, 812.

10.  Hof P.R., Martin J.L., Magistretti P.J. (1987) Ontogeny of the glycogenolytic action of $K^+$ and noradrenaline (NA) in the cerebral cortex (CC) of the epileptic mouse mutants *quaking* (qk) and *tottering* (tg) and VIP levels in the CC of tg. *Experientia* **43**, 704.

11.  Magistretti P.J., Hof P.R. (1987) $^3$H-glycogen hydrolysis in the cerebral cortex of two spontaneously epileptic mouse mutants: noradrenergic subsensitivity in the *tottering* mouse and age-dependent supersensitive response to $K^+$ in the *quaking*  mouse. *Soc. Neurosci. Abstr.* **13**, 1077.

12.  Hof P.R., Magistretti P.J. (1987) $K^+$ at concentrations reached in the extracellular space during neuronal activity promotes a $Ca^{++}$-dependent glycogen hydrolysis in mouse cerebral cortex. *Soc. Neurosci. Abstr.* **13**, 1355.

13.  Hof P.R., Magistretti P.J. (1987) $^3$H-glycogen hydrolysis in cerebral cortical slices prepared from spontaneously epileptic mouse mutants: noradrenergic subsensitivity in the *tottering* mouse and supersensitive response to $K^+$ in the *quaking*  mouse. *Neuroscience*  **22** (suppl.), S70.

14.  Martin J.L., Dietl M.M., Hof P.R., Palacios J.M., Magistretti P.J. (1987) Autoradiographic mapping of M-$^{125}$I-VIP binding sites in the vertebrate CNS. *Neuroscience*  **22** (suppl.), S302.

15.  Magistretti P.J., Hof P.R. (1988) Altered regulation of glycogen metabolism by vasoactive intestinal peptide (VIP) and $K^+$ in the neocortex of the spontaneously epileptic mouse mutant quaking. *Soc. Neurosci. Abstr.* **14**, 147.

16. Morrison J.H., Cox K., Hof P.R., Celio M.R. (1988) Neocortical parvalbumin-containing neurons are resistant to degeneration in Alzheimer's disease. *Soc. Neurosci. Abstr*. **14**, 1085.

17. Hof P.R., Cox K., Morrison J.H. (1988) Quantitative analysis of non-phosphorylated neurofilament protein (NPNFP)-immunoreactive neurons in normal and Alzheimer's disease brain. *Soc. Neurosci. Abstr*. **14**, 1086

18. Magistretti P.J., Hof P.R., Martin J.L., Stoyanov T. (1988) VIP neurons and their role in local cortical energy metabolism. *Psychopharmacology* **96** (Suppl.), 94.

19. Hof P.R., Magistretti P.J. (1988) Altered regulation of the glycogenolysis elicited by $K^+$ in the neocortex of the spontaneously epileptic *quaking* mutant. *Eur. J. Neurosci*. **Suppl. 1**, 97.

20. Hof P.R., Morrison J.H., Bouras C., Constantinidis J. (1989) Balint's syndrome in Alzheimer's disease: specific disconnection of the occipito-parietal component of the visual system. *Ann. Neurol*. **26**, 137.

21. Campbell M.J., Hof P.R., Cox K., Kimber T.A., Young W.G., Morrison J.H. (1989) A subset of primate corticocortical neurons are neurofilament protein (NFP) immunoreactive (ir): a combined retrograde immunohistochemical study. *Soc. Neurosci. Abstr*. **15**, 72.

22. Bouras C., Hof P.R., Vallet P.G., Tagliavini F., Charnay Y., Constantinidis J. (1989) Immunohistochemical study of substance P (SP) after unilateral frontal lobectomy in the human brain. *Soc. Neurosci. Abstr*. **15**, 861.

23. Guntern R., Bouras C., Hof P.R. (1989) An improved staining method for senile plaques and neurofibrillary tangles in Alzheimer's disease: quantitative comparison with other techniques. *Soc. Neurosci. Abstr*. **15**, 1038.

24. Hof P.R., Bouras C., Constantinidis J., Morrison J.H. (1989) Selective disconnection of specific visual pathways in cases of Alzheimer's disease combined with Balint's syndrome. *Soc. Neurosci. Abstr.* **15**, 1042.

25. Blümcke I., Hof P.R., Morrison J.H., Celio M.R. (1989) The calcium-binding protein parvalbumin in the striate cortex of macaque monkeys and humans. *Soc. Neurosci. Abstr.* **15**, 1398.

26. Morrison J.H., Hof P.R., Janssen W., Bassett J.L., Foote S.L., Kraemer G.W., McKinney W.T. (1990) Quantitative neuroanatomic analysis of cerebral cortex in rhesus monkeys from different rearing conditions. *Soc. Neurosci. Abstr*. **16**, 789.

27. Hof P.R., Perl D.P., Steele J.C., Janssen W., Morrison J.H. (1990) Quantitative neuropathologic analysis of ALS-PD cases from Guam. *Soc. Neurosci. Abstr*. **16**, 1264.

28. Bouras C., Hof P.R., Guntern R., Morrison J.H. (1990) Down's syndrome (DS), dementia pugilistica (DP), and Alzheimer's disease (AD): a quantitative neuropathologic comparison. *Soc. Neurosci. Abstr*. **16**, 1264.

29. Bouras C., Vallet P.G., Charnay Y., Golaz J., Hof P.R. (1990) Asymmetric distribution of substance P (SP) immunoreactive profiles in the substantia nigra of Pick's disease brains. *Eur. J. Neurosci*. **Suppl. 3**, 74.

30. Hof P.R., Bouras C., Constantinidis J., Morrison J.H. (1990) Selective disconnection of specific visual association pathways in cases of Alzheimer's disease presenting with Balint's syndrome. *Parkinson/Alzheimer Digest* **6**, 25-28.

31. Hof P.R., Perl D.P., Steele J.C., Janssen W., Archin N., Purohit D., Morrison J.H. (1991) Lytico-bodig of Guam: a morphometric study. *J. Neuropathol. Exp. Neurol.* **50**, 306.

32. Knabe R., Bouras C., Hof P.R., Bovier P. (1991) Chronic self-injurious behavior in autism: neuropathological findings. *Biol. Psychiatry* **29**, 525S.

33. Bouras C., Vallet P.G., Hof P.R. (1991) Asymmetric substance P distribution in the rat and guinea pig substantia nigra after unilateral neocortical ablation. *Biol. Psychiatry* **29**, 532S.

34. Buée L., Hof P.R., Delacourte A., Perl D.P., Morrison J.H., Fillit H. (1991) Immunohistochemical analysis of vascular heparan sulfate proteoglycan (vHSPG) protein core distribution in aging and dementia. *IBRO Abstr.*, 90.

35. Good P.F., Hof P.R., Morrison J.H. (1991) Morphology of neurons in the entorhinal cortex that project to neocortex in the rat and monkey. *Soc. Neurosci. Abstr.* **17**, 134.

36. Fillit H.M., Buée L., Hof P.R., Delacourte A., Morrison J.H. (1991) Cortical distribution of abnormal microvasculature and vascular heparan sulfate proteoglycan positive plaques in Alzheimer's disease (AD). *Soc. Neurosci. Abstr.* **17**, 692.

37. Hof P.R., Hsu P., Morrison J.H. (1991) Quantitative chemoarchitectonic analysis of the cingulate cortex in Alzheimer's disease (AD). *Soc. Neurosci. Abstr.* **17**, 693.

38. Bouras C., Hof P.R., Good P.F., Hsu A., Perl D.P. (1991) Laser microprobe mass analysis of aluminum, copper and zinc in different neurodegenerative disorders. *Soc. Neurosci. Abstr.* **17**, 695.

39. Kupferschmid S.B., Hof P.R., Morrison J.H. (1991) Corticocortical connections in macaque visual cortex exhibit differential patterns of neurofilament protein distribution. *Soc. Neurosci. Abstr.* **17**, 845.

40. Glezer I.I., Hof P.R., Janssen W., Morrison J.H., Leranth C., Morgane P.J. (1991) Comparative immunohistochemistry of cytoskeletal proteins in visual cortex of cetaceans and primates. *Soc. Neurosci. Abstr.* **17**, 846.

41. Ginsberg S.D., Hof P.R., Young W.G., Kraemer G.W., McKinney W.T., Morrison J.H. (1991) Quantitative analysis of transmitter-identified systems in the monkey paraventricular nucleus: effects of differential rearing conditions. *Soc. Neurosci. Abstr.* **17**, 895.

42. Siegel S.J., Hof P.R., Young W.G., Kraemer G.W., McKinney W.T., Morrison J.H. (1991) Effects of maternal deprivation on neuronal populations in the primate hippocampus. *Soc. Neurosci. Abstr.* **17**, 895.

43. Morrison J.H., Hof P.R., Kupferschmid S.B., Good P.F., Janssen W., Archin N. (1991) Relationships between connectivity and cytoskeletal profile of corticocortically-projecting neurons. *Soc. Neurosci. Abstr*. **17**, 1021.

44. Sealfon S.C., Janssen W.G., Snyder L.A., Huntley G.W., Schiffman Y., Hof P.R., Prikhozhan A., Morrison J.H. (1991) Laminar distribution of dopamine receptor subtypes in the macaque anterior cingulate cortex. *Soc. Neurosci. Abstr*. **17**, 1347.

45. Ginsberg S.D., Siegel S.J., Hof P.R., Young W.G., Kraemer G.W., McKinney W.T., Morrison J.H. (1992) Effects of social isolation on specific neuronal populations in the primate hypothalamus and hippocampus. *Biol. Psychiatry* **31**, 196A.

46. Nimchinsky E.A., Hof P.R., Nasrallah J., Perl D.P., Steele J.C., Purohit D., Delacourte A., Morrison J.H. (1992) Chemoarchitecture of the cerebral cortex in Guam ALS/parkinsonism-dementia (ALS/PD): comparison with Alzheimer's disease (AD). *J. Neuropathol. Exp. Neurol*. **51**, 323.

47. Buée L., Hof P.R., Nimchinsky E., Nasrallah J., Steele J.C., Delacourte A., Perl D.P., Morrison J.H., Fillit H.M. (1992) Microvasculature in Guam ALS/PD cases. *J. Neuropathol. Exp. Neurol*. **51**, 323.

48. Bouras C., Giannakopoulos P., Hof P.R., Robakis N.K., Delacourte A., Surini M., Michel J.P. (1992) Neuropathological study of 21 centenarians. *Neurobiol. Aging* **13 Suppl. 1**, S39.

49. Buée L., Hof P.R., Delacourte A., Morrison J.H., Fillit H.M. (1992) Characterization of vascular and neuronal heparan sulfate proteoglycan that binds to amyloid ß protein. *Neurobiol. Aging* **13 Suppl. 1**, S82.

50. Siegel S.J., Hof P.R., Kraemer G.W., McKinney W.T., Morrison J.H. (1992) Effects of postnatal mossy fiber development on CA3 apical dendrites in differentially reared monkeys. *Soc. Neurosci. Abstr*. **18**, 34.

51. Blümcke I., Hof P.R., Lüth H.J., Celio M.R. (1992) The calcium binding protein (CaPBs), parvalbumin, calbindin D-28k, and calretinin define cytoarchitectural features of the monkey occipital cortex. *Soc. Neurosci. Abstr*. **18**, 298.

52. Glezer I.I., Hof P.R., Morgane P.J. (1992) Calcium-binding proteins define specific cortical and subcortical components of the dolphin visual system. *Soc. Neurosci. Abstr*. **18**, 390.

53. Nimchinsky E.A., Hof P.R., Perl D.P., Morrison J.H. (1992) The frontal cortex in neurodegenerative disorders: cellular and regional patterns of vulnerability. *Soc. Neurosci. Abstr*. **18**, 557.

54. Bouras C., Giannakopoulos P., Hof P.R., Robakis N.K., Surini M., Michel J.P. (1992) Distribution of neurofibrillary tangles and amyloid deposits in the hippocampus and the temporal neocortex: a study of one year autopsy population from a geriatric hospital. *Soc. Neurosci. Abstr*. **18**, 565.

55. Buée L., Hof P.R., Delacourte A., Surini M., Bouras C. (1992) Laminar and regional distribution of neurofibrillary tangles and Pick bodies in Pick's disease: comparison with Alzheimer's disease. *Soc. Neurosci. Abstr*. **18**, 566.

56. Ginsberg S.D., Hof P.R., Young W.G., Morrison J.H. (1992) Quantification of noradrenergic varicosities in apposition to vasopressin-immunoreactive neurons in the monkey paraventricular nucleus. *Soc. Neurosci. Abstr.* **18**, 1415.

57. Hof P.R., Mufson E.J., Archin N., Edwards A., Janssen W.G., Morrison J.H. (1992) Anatomic organization of the human orbitofrontal cortex. *Soc. Neurosci. Abstr.* **18**, 1418.

58. Vogt B.A., Nimchinsky E.A., Hof P.R., Morrison J.H. (1992) Chemoarchitecture of the monkey and human cingulate cortex. *Soc. Neurosci. Abstr.* **18**, 1419.

59. Perl D.P., Purohit D.P., Hof P.R., Haroutunian V., Davidson M.L., Davis K.L. (1993) Neuronal perikaryal contribution to the development of the neuritic plaque: evaluation through the examination of prefrontal cortex in elderly schizophrenics who underwent prefrontal leukotomy. *J. Neuropathol. Exp. Neurol.* **53**, 334.

60. Bierer L.M., Hof P.R., Purohit D., Carlin L., Perl D.P. (1993) Neocortical neurofibrillary tangles correlate with dementia severity in Alzheimer's disease. *Soc. Neurosci. Abstr.* **19**, 193.

61. Buée-Scherrer V., Buée L., Vermersch P., Hof P.R., Leveugle B., Loerzel A, Steele J.C., Delacourte A., Perl D.P. (1993) Biochemical characterization of the tau proteins in amyotrophic lateral sclerosis/parkinsonism dementia complex (ALS/PDC) of Guam. *Soc. Neurosci. Abstr.* **19**, 195.

62. Hof P.R., Archin N., Edwards A.M., Mehta N., Janssen W.G., Morrison J.H. (1993) Neurofilament protein defines cytoarchitectonic fields in the monkey visual cortex. *Soc. Neurosci. Abstr.* **19**, 332.

63. Glezer I.I., Hof P.R., Morgane P.J., Kaplan A., Yang S. (1993) Comparative analysis of calcium-binding protein-positive neurons in auditory and visual systems in cetacean and primate brains. *Soc. Neurosci. Abstr.* **19**, 333.

64. Nimchinsky E.A., Hof P.R., Brose N., Rogers S.W., Moran T., Gasic G.P., Heinemann S., Morrison J.H. (1993) Glutamate receptor subunit and neurofilament protein immunoreactivities differentiate subsets of corticocortically projecting neurons in the monkey cingulate cortex. *Soc. Neurosci. Abstr.* **19**, 473.

65. Bouras C., Giannakopoulos P., Surini M., Michel J.P., Richard J., Hof P.R. (1993) Quantitative analysis of neuropathologic changes in the cerebral cortex of centenarians. *Soc. Neurosci. Abstr.* **19**, 1044.

66. Buée L., Bouras C., Hof P.R., Surini M., Morrison J.H., Fillit H.M., Delacourte A. (1993) A qualitative and quantitative immunohistochemical study of the microvasculature in aging and Alzheimer's disease. *Soc. Neurosci. Abstr.* **19**, 1045.

67. Vogt B.A., Nimchinsky E.A., Morrison J.H., Hof P.R. (1993) Calretinin may define thalamocortical connections between human limbic thalamus and cingulate cortex. *Soc. Neurosci. Abstr.* **19**, 1445.

68. Buée L., Hof P.R., Bouras C., Perl D.P., Morrison J.H., Fillit, H.M., Delacourte A. (1993) Microvascularisation dans la maladie d'Alzheimer et les démences. *Bull. Anat.* **77**, 39.

69. Hof P.R., Ungerleider L.G., Webster M.J., Adams M., Morrison J.H. (1994) Neurofilament protein and glutamate receptor subunit proteins define subsets of corticocortical projections in the monkey visual cortex. *Invest. Ophthalmol. Vis. Sci.* **35**, 1971.

70. Leveugle B., Fillit H.M., Spik G., Perl D.P., Bouras C., Hof P.R. (1994) Distribution of the iron-binding protein lactotransferrin in the pathological lesions of a variety of neurodegenerative disorders. *Neurobiol. Aging* **15 Suppl. 1**, S126.

71. Perl D.P., Hof P.R., Purohit D.P., Loerzel A., Belli D. (1994) Temporal changes in the outbreak of amyotrophic lateral sclerosis/parkinsonism-dementia complex, evaluation of Guamanian Chamorro controls. *Neurobiol. Aging* **15 Suppl. 1**, S153.

72. Jaeger D.A., Hof P.R., Sealfon S.C. (1994) Patterns of *c-fos* induction by cocaine and amphetamine in the striatum and olfactory tubercle of rat. *Soc. Neurosci. Abstr.* **20**, 595.

73. Istomin V.V., Marx J.K., Hof P.R. (1994) "Morphoqwin" for Quantimet-570: software interface for automatic morphometry of neocortex. *Soc. Neurosci. Abstr.* **20**, 702.

74. Nimchinsky E.A., Hof P.R., Schmauss C., Levey A.I., Tullai J.W., Moran T., Sealfon S.C., Morrison J.H. (1994) Dopamine D3 receptor (D3R) immunoreactivity shows distinct regional and laminar patterns in monkey cortex. *Soc. Neurosci. Abstr.* **20**, 911.

75. Charnay Y., Léger L., Vallet P.G., Hof P.R., Bouras C. (1994) Autoradiographic analysis of noradrenaline uptake binding sites in the cat brain using [$^3$H]-nisoxetine. *Soc. Neurosci. Abstr.* **20**, 924.

76. Leveugle B., Yang C., Eisler J., Bouras C., Hof P.R., Fillit H.M. (1994) Microvascular pathologic changes in hippocampal formation in Alzheimer' disease. *Soc. Neurosci. Abstr.* **20**, 1033.

77. Bouras C., Hof P.R., Miklóssy J., Celio M.R. (1994) "Perineuronal nets of extracellular matrix" around nerve cells in various neuropsychiatric disorders. *Soc. Neurosci. Abstr.* **20**, 1261.

78. Buée-Scherrer V., Buée L., Vermersch P., Hof P.R., Leveugle B., Perl D.P., Delacourte A. (1994) Tau pathology in neurodegenerative disorders: biochemical analysis. *Soc. Neurosci. Abstr.* **20**, 1647.

79. Vermersch P., Buée-Scherrer V., Buée L., Hof P.R., Perl D., Gauvreau D., Destée A., Petit H., Delacourte A. (1994) Biochemical mapping of neurofibrillary pathology in progressive supranuclear palsy: evidence for a severe cortical involvement. *Soc. Neurosci. Abstr.* **20**, 1647.

80. Perl D.P., Hof P.R., Steele J.C., Purohit D.P., Esteban-Santillan C., Peterson R., Kurland L.T. (1994) Marianas dementia, a purely dementing form of ALS/parkinsonism dementia complex of Guam. *Soc. Neurosci. Abstr.* **20**, 1649.

81. Hof P.R., Sailstad C.A., Archin N., Edwards A.M., Janssen W.G.M., Morrison J.H. (1994) Distribution of the calcium-binding proteins parvalbumin, calbindin and calretinin in the macaque monkey visual cortex. *Soc. Neurosci. Abstr.* **20**, 1740.

82. Perl D.P., Hof P.R., Steele J.C., Purohit D.P., Peterson R., Kurland L.T. (1994) Neuropathologic studies of a pure dementing syndrome (Marianas dementia) among the inhabitants of Guam, a form of ALS/parkinsonism-dementia complex. *Brain Pathol.* **4**, 529.

83. Hof P.R., Wang R.F., Sailstad C.A., Schumer R.A., Podos S.M., Morrison J.H. (1995) Quantitative analysis of vulnerable subsets of thalamic and tectal neurons in experimental glaucoma. *Invest. Ophthalmol. Vis. Sci.* **36**, S964.

84. Glezer I.I., Hof P.R., Morgane P.J. (1995) Cytoarchitecture and immunocytochemistry of the inferior colliculus of midbrain in cetaceans. *FASEB J.* **9**, A247.

85. Perl D.P., Hof P.R., Purohit D.P., Loerzel A.F., Belli D. (1995) Changes in the outbreak of ALS/parkinsonism-dementia complex: neuropathologic studies of asymptomatic Chamorros. *J. Neuropathol. Exp. Neurol.* **54**, 416.

86. Bogaert Y.E., Hof P.R., Morrison J.H., Rex-Sheu K.F., Rosenthal R.E., Fiskum G. (1995) Brain pyruvate dehydrogenase (PDH) following cardiac arrest and resuscitation. *Soc. Neurosci. Abstr.* **21**, 211.

87. Nimchinsky E.A., Hof P.R., Young W.G., Morrison J.H. (1995) Neurochemical and morphologic features of projection neurons in the cingulate motor areas of the macaque monkey. *Soc. Neurosci. Abstr.* **21**, 410.

88. Glezer I.I., Hof P.R., Ackerman A.I., Tsai F., Morgane P.J. (1995) Immunocytochemistry and cytoarchitecture of the hippocampal formation in whales: comparative analyses. *Soc. Neurosci. Abstr.* **21**, 429.

89. Perl D.P., Hof P.R., Purohit D.P., Loerzel A.J. (1995) Neuroanatomic analysis of brains from asymptomatic Chamorros reveals changes in the pattern of Guamanian ALS/PD complex. *Soc. Neurosci. Abstr.* **21**, 492.

90. Morrison J.H., Podos S.M., Vickers J.C., Wang R.F., Schumer R.A., Sailstad C.A., Hof P.R. (1995) Selective vulnerability of subsets of neurons in subcortical structures of monkeys with experimental glaucoma. *Soc. Neurosci. Abstr.* **21**, 658.

91. Webster M.J., Morrison J.H., Edwards A.M., Hof P.R. (1995) Postnatal development of parvalbumin, calbindin, calretinin and neurofilament protein immunoreactive neurons in inferior temporal cortex of monkey. *Soc. Neurosci. Abstr.* **21**, 660.

92. Adams M.M., Webster M.J., Gattass R., Hof P.R., Ungerleider L.G. (1995) Inputs to visual areas V1, V2, and MT from the macaque pulvinar and their relationships to chemoarchitectonic subdivisions. *Soc. Neurosci. Abstr.* **21**, 904.

93. Hof P.R., Ungerleider L.G., Webster M.J., Gattass R., Adams M.M., Sailstad C.A., Janssen W.G.M., Morrison J.H. (1995) Feedforward and feedback corticocortical projections in the monkey visual system display differential neurochemical phenotype. *Soc. Neurosci. Abstr.* **21**, 904.

94. Morrison B.M., Gordon J.W., Hof P.R., Ripps M.E., Morrison J.H. (1995) Immunohistochemical characterization of degenerative neurons in the spinal cord of mutant superoxide dismutase transgenic mice. *Soc. Neurosci. Abstr.* **21**, 980.

95. Young W.G., Nimchinsky E.A., Hof P.R., Bloom F.E., Morrison J.H. (1995) NeuroZoom: computer software for quantitative neuroanatomic mapping and stereology. *Soc. Neurosci. Abstr.* **21**, 1078.

96. Hof P.R., Lee P.Y., Podos S.M., Janssen W.G.M., Morrison J.H. (1996) Cellular distribution of NMDA and non-NMDA glutamate receptor subunits in the macaque monkey retina. *Invest. Ophthalmol. Vis. Sci.* **37**, S628.

97. Perl D.P., Purohit D.P., Barodawala S.S., Hof P.R. (1996) Neuropathologic evidence for the existence of Alzheimer's disease in an urban population of Bombay, India. *J. Neuropathol. Exp. Neurol.* **55**, 617.

98. Hof P.R., Buée-Scherrer V., Buée L., Perl D.P., Delacourte A. (1996) Immunohistochemical and biochemical characteristics of tau proteins in neurodegenerative disorders. *J. Neuropathol. Exp. Neurol.* **55**, 635.

99. Giannakopoulos P., Hof P.R., Kövari E., Vallet P.G., Perl D.P., Bouras C. (1996) Characteristics of Alzheimer's disease pathologic changes in the oldest-old. *Soc. Neurosci. Abstr.* **22**, 211.

100. Morgane P.J., Glezer I.I., Hof P.R., Vavasis C., Ioannou J., David L. (1996) Cytoarchitecture and immunohistochemistry of calcium-binding protein-positive neurons in hippocampus formation of whales and terrestrial mammals. *Soc. Neurosci. Abstr.* **22**, 901.

101. Hof P.R., Bogaert Y.E., Rosenthal R.E., Fiskum G. (1996) Glutamate receptors, neurofilament and calcium-binding proteins distribution in the dog hippocampus and neocortex. *Soc. Neurosci. Abstr.* **22**, 936.

102. Adams M.M., Ungerleider L.G., Eden G., Bouras C., Bertini G., Morrison J.H., Hof P.R. (1996) Neurofilament and calcium-binding proteins define visual cortical areas in human. *Soc. Neurosci. Abstr.* **22**, 1059.

103. Gattass R., Adams M.M., Hof P.R., Ungerleider L.G. (1996) Parcellation of visual cortical areas in the chimpanzee using neurofilament and calcium-binding proteins. *Soc. Neurosci. Abstr.* **22**, 1059.

104. Glezer I.I., Hof P.R., Meyer G., Morgane P.J. (1996) Comparative analysis of calcium-binding protein-positive neuronal populations in visual and auditory systems of cetacean, ungulate, carnivore and primate brains. *Soc. Neurosci. Abstr.* **22**, 1070.

105. Young W.G., Morrison J.H., Hof P.R., Nimchinsky E.A., Bloom F.E. (1996) NeuroZoom — Topographical mapping and stereological counting, distribution of data, and collaborative computing. *Soc. Neurosci. Abstr.* **22**, 1238.

106. Nimchinsky E.A., Vickers J.C., Young W.G., Schumer R.A., Wang R.F., Podos S.M., Morrison J.H., Hof P.R. (1996) An optical fractionator analysis of neuronal changes in the lateral geniculate nucleus of monkeys with experimental glaucoma. *Soc. Neurosci. Abstr.* **22**, 1607.

107. Bouras C., Giannakopoulos P., Kövari E., Hof P.R., Vallet P.G., Shioi J., Tezapsidis N., Robakis N.K. (1996) Quantitative analysis of presenilin-1 in the brain of elderly people. *Soc. Neurosci. Abstr*. **22**, 1661.

108. Buée L., Hof P.R., Rosenthal R.E., Delacourte A., Fiskum G. (1996) Tau proteins phosphorylation and proteolysis in a canine model of cerebral ischemia/reperfusion. *Soc. Neurosci. Abstr*. **22**, 1897.

109. Morrison J.H., Vissavajjhala P., Blumberg D.M., Hu Y., Janssen W.G.M., Hof P.R. (1996) Calcium-binding proteins parvalbumin, calbindin and calretinin display differential colocalization patterns with glutamate receptor subunit protein GluR2 in macaque monkey area V1. *Soc. Neurosci. Abstr*. **22**, 1994.

110. Delacourte A., Robitaille Y., Hof P.R., Vermersch P., Sergeant N., Buée L., Buée-Scherrer V., Gauvreau D., Wattez A. (1996) Pick's disease: a specific pattern of pathological tau (tau 55 and 64) is present in many cortical and subcortical brain areas. *Soc. Neurosci. Abstr*. **22**, 2140.

111. Bogaert Y.E., Levesque A., Hof P., Haywood Y., Rosenthal R.E., Fiskum G. (1996) Postischemic ventilatory $O_2$ influences neurological, histological and neurochemical outcome following canine cardiac arrest. *Soc. Neurosci. Abstr*. **22**, 2148.

112. Buée L., Buée-Scherrer V., Sergeant N., Wattez A., Vermersch P., Robitaille Y., Gauvreau D., Hof P.R., Delacourte A. (1996) Tau proteins and phosphorylation in brain disorders. *Eur. J. Neurosci*. **8 (Suppl.)**, 647.

113. Hof P.R. (1997) Differential diagnosis of Alzheimer's disease: neuropathological aspects. *Eur. Psychiatry* **12 (Suppl. 2)**, 103s.

114. Erwin J., Perl D., Hof P., Boysen S., Reite M. (1997) A comparative neurobiology of aging resource: feasibility and progress report on development of a great ape brain bank. *Am. J. Primatol*. **42**, 108-109.

115. Hof P.R., Bussière T., Soulié C., Brown, C., Perl D.P., Delacourte A. (1997) Serine 422 phosphorylation of tau proteins in neurodegenerative disorders. *Brain Pathol*. **7**, 1109.

116. Nimchinsky E.A., Hof P.R., Young W.G., Bloom F.E., Morrison J.H. (1997) Stereology using NeuroZoom software: development, validation, and neurobiological applications. *Soc. Neurosci. Abstr*. **23**, 643.

117. Glezer I.I., Morgane P.J., Hof P.R., Andrews J., Chang J., Ioannou J., Iype J., Joseph D., Jung G., Kouloris M., Parhar P., Vavasis C. (1997) Three calcium-binding proteins in primary motor and visual cortices of cetacean and primate brains: comparative immunocytochemical analysis. *Soc. Neurosci. Abstr*. **23**, 1272.

118. Giannakopoulos P., Kövari E., Hof P.R., French L.E., Bouras C. (1997) Evidence for clusterin-mediated neuroprotection in Alzheimer's disease: a quantitative immuno-cytochemical study. *Soc. Neurosci. Abstr*. **23**, 1642.

119. Sergeant N., Robitaille Y., Vermersch P., Buée L., Buée-Scherrer V., Wattez A., Tranchant C., Gauvreau C., Hof P.R., Delacourte A. (1997) Pathological tau proteins distinguish six subtypes of neurofibrillary degeneration. *Soc. Neurosci. Abstr*. **23**, 1644.

120. Perl D.P., Soulié C., Bussière T., Brown C., Vallotton T., Hof P., Delacourte A. (1997) Presence of phosphorylated serine 422 on tau proteins is a common feature among neurodegenerative disorders. *Soc. Neurosci. Abstr*. **23**, 1644.

121. Savioz A., Giannakopoulos P., Kövari E., Hof P.R., Efthimiopoulos S., Robakis N.K., Bouras C., Shioi J. (1997) Distribution of presenilins 1 and 2 in the cerebral cortex of Pick's disease cases. *Soc. Neurosci. Abstr*. **23**, 1650.

122. Pietrini P., Hof P., Graff-Radford N.R., Furey M.L., Alexander G.E., Mentis M.J., Nichelli P., Dani A., Brown C.A., Schapiro M.B. (1997) Altered regional distribution of brain metabolic and pathological lesions in the visual variant of Alzheimer disease (AD). *Soc. Neurosci. Abstr*. **23**, 2170.

123. Krajewska M., Krajewski S., Hof P.R., Rosenthal R.E., Miljikovic-Lolic M., Reed J.C., Fiskum G. (1997) Expression of pro- and anti-apoptosis gene products (Bax, Bcl-2, Bcl-X, BAK and caspase-3 proteins) in canine global brain ischemia. *Soc. Neurosci. Abstr*. **23**, 2177.

124. Hof P.R., Nimchinsky E.A., Young W.G., Morrison J.H. (1997) Stereologic analysis of the primary visual cortex in aged macaque monkeys. *Soc. Neurosci. Abstr*. **23**, 2363.

125. Delacourte A., Sergeant N., Robitaille Y., Vermersch P., Buée L., Buée-Scherrer V., Wattez, A., Tranchant C., Gauvreau D., Hof P.R. (1997) Biochemical diagnosis of Alzheimer's disease: pathological tau proteins distinguish six subtypes of neurofibrillary neurodegeneration. *Neurobiol. Aging* **18**, 682.

126. Hof P.R., Nimchinsky E.A., Perl D.P., Erwin J.M. (1998) Identification of neuronal types unique to hominoids in anterior cingulate cortex. *FASEB J*. **12**, A234.

127. Nimchinsky E.A., Hof P.R., Young W.G., Bloom F.E., Morrison J.H. (1998) NeuroZoom software: development, validation, and neurobiological application. *FASEB J*. **12**, A628.

128. Morrison J.H., Hof P.R. (1998) Neuronal vulnerability and degeneration — Life and death in the aging brain. *FASEB J*. **12**, A944.

129. Erwin J., Bloomsmith M., Boysen S., Hof P., Holloway R., Lowenstine L., McManamon R., Nimchinsky E., Perl D., Reite M., Young W., Zihlman A. (1998) Development of a comparative neurobiology of aging resource: progress during year one of the great ape aging project. *Am. J. Primatol*. **45**, 179.

130. Hof P.R., Nimchinsky E.A., Perl D.P., Erwin J. (1998) Identification of neural types in cingulate cortex that are unique to humans and great apes. *Am. J. Primatol*. **45**, 184-185.

131. Giannakopoulos P., Gold G., Duc M., Michel J.P., Hof P., Bouras C. (1998) Visual agnosia in Alzheimer's disease. *Eur J. Neurosci*. **10 (Suppl.)**, 91.

132. Giannakopoulos P., Hof P.R., Kövari E., Surini M., Bouras C. (1998) Normal aging: the centenarian brain. *Neurobiol. Aging* **19 (Suppl.)**, S3.

133. Morrison J.H., He Y., Yeung G., Nimchinsky E.A., Janssen W.G.M., Hof P.R. (1998) Quantitative analysis of neurofilament protein, GluR2, and NMDAR1 in corticocortical projections in macaque monkeys. *Soc. Neurosci. Abstr.* **24**, 91.

134. Gannon P.J., Broadfield D.C., Kheck N.M., Hof P.R., Braun A.R., Erwin J.M., Holloway R.L. (1998) Brain language area evolution I: Anatomic expression of Heschl's gyrus and planum temporale asymmetry in great apes, lesser apes and Old World monkeys. *Soc. Neurosci. Abstr.* **24**, 160.

135. Kheck N.M., Gannon P.J., Hof P.R., Braun A.R., Erwin J.M., Broadfield D.C., Yuan M., Holloway R.L. (1998) Brain language area evolution II: Human-like pattern of hemispheric asymmetry in planum parietale of chimpanzees. *Soc. Neurosci. Abstr.* **24**, 160.

136. Hof P.R., Nimchinsky E.A., Allman J.M., Gilissen E., Robinzadeh F., Gimmel D., Perl P.D., Erwin J.M. (1998) Neuronal classes unique to the anterior cingulate cortex of hominoids. *Soc. Neurosci. Abstr.* **24**, 160.

137. Giannakopoulos P., Gold G., Duc M., Michel J.P., Hof P.R., Bouras C. (1998) Neuroanatomical correlates of visual agnosia in Alzheimer's disease: a clinicopathological study. *Soc. Neurosci. Abstr.* **24**, 211.

138. Vissavajjhala P., Hof P.R., Moran T., He Y., Gimmel D., Morrison J.H. (1998) Characterization of human NMDA receptor 2A and 2B monoclonal antibodies. *Soc. Neurosci. Abstr.* **24**, 339.

139. Savioz A., Giannakopoulos P., Kövàri E., Robakis N.K., Buée L., Hof P.R., Bouras C. (1998) Presenilin-1, BAX and BCL-XL distribution in Alzheimer's disease and frontotemporal dementia. *Soc. Neurosci. Abstr.* **24**, 473.

140. Gimmel D., Morrison J.H., Perl D.P., Bouras C., Hof P.R. (1998) Development of stereologic indices of neurodegeneration in the cerebral cortex during normal aging and Alzheimer's disease. *Soc. Neurosci. Abstr.* **24**, 960.

141. Perl D.P., Good P.F., Bouras C., Morrison J.H., Hof P.R. (1998) A practical approach to preparing samples for stereologic analysis in the setting of a human brain bank. *Soc. Neurosci. Abstr.* **24**, 960.

142. Vogt B.A., Vogt L.J., Vrana K.E., Gioia L., Meadows R.S., Challa V.R., Hof P.R., Van Hoesen G.W. (1998) Multivariate model of cingulate neurons shows pathological subtypes within Alzheimer's disease. *Soc. Neurosci. Abstr.* **24**, 961.

143. Celio M.R., Hof P.R., Bloom F.E., Young W.G. (1998) A computerized stereotaxic atlas of the mouse brain. *Soc. Neurosci. Abstr.* **24**, 1065.

144. Peralta III M.R., Hof P.R., Petit L., Ungerleider L.G. (1998) Localization and chemoarchitecture of the human frontal eye field. *Soc. Neurosci. Abstr.* **24**, 1147.

145. Nimchinsky E.A., Hof P.R., Shah R.A., Yeung G., Young W.G., Bloom F.E., Morrison J.H. (1998) Stereologic analysis of braintem motor nuclei in an SOD1 mutant mouse model of amyotrophic lateral sclerosis. *Soc. Neurosci. Abstr.* **24**, 1203.

146. Chu Y.P., Ma S., Morrison J., Hof P., Mufson E.J., Kordower J.H. (1998) The effects of ovariectomy on cholinergic basal forebrain neurons in nonhuman primates: preliminary observations. *Soc. Neurosci. Abstr*. **24**, 1474.

147. Bouras C., Gold G., Kövàri E., Malky H., Hof P.R., Michel J.P., Giannakopoulos P. (1998) Clinical correlates of Braaks's neuropathological staging of Alzheimer's disease. *Soc. Neurosci. Abstr*. **24**, 1496.

148. Glezer I.I., Hof P.R., Morgane P.J., Josef D., Isakova T., Nair A., Parhar P., Thengampal A., Thomas S., Jung G., Venogopal R. (1998) Inferior colliculus in echolocating and non-echolocating aquatic and terrestrial mammals: histology and immunohistochemistry. *Soc. Neurosci. Abstr*. **24**, 1881.

149. Perl D.P., Purohit D.P., Kakulas B.A., Hof P.R. (1999) Changes in the neuropathologic features of parkinsonism-dementia complex of Guam (PDC) cases from the 1960s compared to current cases. *J. Neuropathol. Exp. Neurol*. **58**, 515.

150. Hof P.R., Good P.F., Bouras C., Morrison, J.H., Perl D.P. (1999) Stereologically valid quantitative indices of neurodegeneration in Alzheimer's disease and normal aging. *J. Neuropathol. Exp. Neurol*. **58**, 533.

151. Hof P.R., Perl D.P., Nimchinsky E.A., Erwin J.M. (1999) The entorhinal cortex in aged chimpanzees (*Pan troglodytes*): stereologic analyses of neuron number and volume. *Am. J. Primatol*. **49**, 60-61.

152. Gold G., Giannakopoulos P., Duc M., Michel J.P., Hof P.R., Bouras C. (1999) Neural substrates of spatial and temporal disorientation in Alzheimer's disease. *Soc. Neurosci. Abstr*. **25**, 53.

153. Gannon P.J., Kheck N.M., Hof P.R. (1999) Brain language area evolution III: left hemisphere predominant hemispheric asymmetry of cytoarchitectonic, but not gross anatomic, *planum temporale* homolog in Old World monkeys. *Soc. Neurosci. Abstr*. **25**, 105.

154. Kheck N.M., Hof P.R., Deftereos M., Lo T., Gannon P.J. (1999) Brain language area evolution IV: chemoarchitectonic interhemispheric asymmetries of the *planum temporale* (PT) homolog in Old World monkeys. *Soc. Neurosci. Abstr*. **25**, 105.

155. Erwin J.M., Perl D.P., Nimchinsky E.A., Hof P.R. (1999) Stereologic analyses of neuron number and volume in the entorhinal cortex of aged chimpanzees. *Soc. Neurosci. Abstr*. **25**, 105.

156. Pham K., Hof P.R., McEwen B.S. (1999) Chronic restraint stress supresses proliferation of neural precursors in the dentate gyrus but not survival of granule cells. *Soc. Neurosci. Abstr*. **25**, 255.

157. Duan H., He Y., Wicinsky B., Yeung G., Page T.L., Janssen W.G.M., Morrison J.H., Hof P.R. (1999) Age-related changes in cortical projection neurons in macaque monkey: dendrite morphology, spine density, and neurochemical features. *Soc. Neurosci. Abstr*. **25**, 362.

158. Jung M.Y., Hof P.R., Schmauss C. (1999) Expression of calbindin-D28K immunoreactivity in the dorsal striatum of mice lacking dopamine D2, D3 and D2/D3 receptors. *Soc. Neurosci. Abstr.* **25**, 378.

159. Bussière T., Wicinsky B., Lin G.I., Perl D.P., Davies P., Nixon R., Morrison J.H., Hof P.R. (1999) Early neurodegenerative alterations in the cerebral cortex during normal aging and Alzheimer's disease. *Soc. Neurosci. Abstr.* **25**, 593.

160. Hof P.R., Wicinsky B., Lin G.I., Bussière T., Giannakopoulos P., Bouras C., Perl D.P., Morrison  J.H. (1999) Neurofilament proteins identify vulnerable neocortical neurons: stereologic analysis in normal aging and Alzheimer's disease. *Soc. Neurosci. Abstr.* **25**, 593.

161. Kövari E., Giannakopoulos P., Hof P.R., Bouras C. (1999) Structural changes in the subgenual prefrontal cortex in schizophrenia and mood disorders. *Soc. Neurosci. Abstr.* **25**, 817.

162. Vogt B.A., Vogt L.J., Bouras C., Hof P.R. (1999) Posterior cortical atrophy in Alzheimer's disease:  multivariate analysis of cingulate neurons and elevated amyloid-ß43. *Soc. Neurosci. Abstr.* **25**, 837.

163. Buée L., Mailliot C., Bussière T., Sergeant N., Cordoliani M.A., Wattez A., Maurage C.A., Ruchoux M.M., Hof P.R., Pasquier F., Vermersch P., Delacourte A., Lacombe P. (1999) Aggregation of different sets of tau isoforms among neurodegenerative disorders: a problem of neuronal subpopulations, cell trafficking or polymorphisms? *Soc. Neurosci. Abstr.* **25**, 1095.

164. Lilliehöök C., Choksi N.Y., Hof P., Choi E.K., Zaidi N.F., Wasco W., Tomita T., Iwatsubo T., Buxbaum J.D. (1999) Characterization of the presenilin-binding protein calsenilin. *Soc. Neurosci. Abstr.* **25**, 1300.

165. Glezer I.I., Hof P.R., Morgane P.J., Malhado L., Tzirlin Y., Venogupal R. (1999) cerebellar cortex in aquatic and terrestrial mammals: histological and immunocytochemical analyses of calcium-binding protein-immunoreactive neurons. *Soc. Neurosci. Abstr.* **25**, 1402.

166. Perl D.P., Good P.F., Craig U.K., Hof P.R., Galasko D., Wiederholt W.C. (1999) The Micronesian  Health Study Brain Bank: a resource for research on Guam amyotrophic lateral sclerosis/parkinsonism-dementia complex. *Soc. Neurosci. Abstr.* **25**, 1592.

167. He Y., Hof P.R., Janssen W.G.M., Rothstein J.D., Morrison J.H. (1999) Glutamate receptor subunit GluR2 and transporter EAAC1 are differently distributed in the entorhinal cortex of macaque monkey. *Soc. Neurosci. Abstr.* **25**, 2237.

168. Erwin J., Hof P., Gannon P., Holloway R., Perl D. (2000) A research resource for comparative and evolutionary primate biology. *Am. J. Phys. Anthropol.* **Suppl. 30**, 146.

169. Gannon P.J., Hof P.R., Kheck N.M. (2000) Brain language evoltion: human-like pattern of cytoarchitectonic, but not gross anatomic, L>R hemispheric asymmetry of planum temporale homolog in *Macaca fascicularis*. *Am. J. Phys. Anthropol.* **Suppl. 30**, 155.

170. Peburn T.A., Sheridan K.A., Kheck N.M., Hof P.R., Gasdogas J., Erwin J., Gannon P.J. (2000) Differences in the brainstem facial motor nucleus in *Erythrocebus patas* and

*Macaca fascicularis*: a qualitative and morphometric analysis. *Am. J. Phys. Anthropol*. **Suppl. 30**, 247.

171. Gannon P.J., Kheck N.M., Deftereos M., Braun A.R., Hof P.R. (2000) Gross anatomic, cytoarchitectonic and chemoarchitectonic interhemispheric asymmetries in auditory association cortex. *Proc. Assoc. Res. Otolaryngol*. **23**, 150.

172. Walker R.H., Muralidharan N., Gujjari P., Hof P., Olanow C.W., Brin M.F., Shashidharan P. (2000) Distribution and immunohistochemical characterization of torsinA-immunoreactive neurons in rat and macaque brain. *Neurology* **54 (Suppl. 3)**, A54.

173. Hof P.R. (2000) Structural alterations in neurons in aging brain and Alzheimer's disease. *J. Alzheimer Dis*. **2**, 50.

174. Lee P.W.H., Gilissen E., Simmons R., Hakeem A., Allman J.M., Erwin J.M., Hof P.R. (2000) Relationships between encephalization and morphology of specialized classes of pyramidal neurons in primates. *Am. J. Primatol*. **51 (Suppl. 1)**, 69-70.

175. Bussière T., Wicinski B.A., Lin G.I., Perl D.P., Davies P., Nixon R.A., Morrison J.H., Hof P.R. (2000) Stereologic analysis of vulnerable neocortical neurons in normal aging and Alzheimer's disease. *Neurobiol. Aging* **21 (Suppl. 1)**, S24-S25.

176. Lee P.W., Gilissen E., Simmons R., Hakeem A., Allman J.M., Erwin J.M., Hof P.R. (2000) Morphometry of specialized subsets of pyramidal neurons in primate brain evolution. *Soc. Neurosci. Abstr*. **26**, 189.

177. Kheck N.M., Gannon P.J., Deftereos M., Hof P.R. (2000) Cytoarchitectonic heterogeneity within the lateralized profile of area Tpt in *Macaca fascicularis*. *Soc. Neurosci. Abstr*. **26**, 189.

178. Gannon P.J., Kheck N.M., Brown A.R., Butman J., Erwin J.M., Hof P.R. (2000) Significance of the endocranial feature Broca's cap for onset of brain language area asymmetries in early *Homo*. *Soc. Neurosci. Abstr*. **26**, 189.

179. Sherwood C.C., Peburn T.A., Kheck N.M., Deftereos M., Erwin J.M., Yuan M.S., Holloway R.L., Hof P.R., Gannon P.J. (2000) Specializations of the facial motor nucleus in two species of Old World monkey: a stereological analysis. *Soc. Neurosci. Abstr*. **26**, 189.

180. Ely J.J., Erwin J.M., Navidi A., Hof P.R. (2000) DNA sequence variation in Alzheimer genes among chimpanzees. *Soc. Neurosci. Abstr*. **26**, 231.

181. Wen P.H., Shao X., Hof P.R., Wisniewski T., Kelley K., Friedrich Jr. V.L., Robakis N.K., Elder G. (2000) Overexpression of presenilin-1 inhibits neurogenesis in the hippocampus of young adult mice. *Soc. Neurosci. Abstr*. **26**, 744.

182. Shah R.A., He Y., Janssen W.G.M., Adams M.M., Duan H., Hof P.R., Morrison J.H. (2000) Quantifying changes in receptor proteins within synapses and spines. *Soc. Neurosci. Abstr*. **26**, 877.

183. Vissavajjhala P., Hof P.R., Andrews G., He Y., Moran T., Janssen W.G.M., Morrison J.H. (2000) Quantitative analysis of the cellular distribution of AMPA receptor subunit GluR3 in the rat and macaque monkey cerebral cortex. *Soc. Neurosci. Abstr.* **26**, 907.

184. Vogt B.A., Vogt L.J., Perl D.P., Hof P.R. (2000) Cytoarchitecture of the caudomedial lobule in human posterior cingulate cortex. *Soc. Neurosci. Abstr.* **26**, 1236.

185. Duan H., He Y., Wicinski B., Morrison J.H., Hof P.R. (2000) Age-related dendrite and spine changes in corticocortically projecting neurons in macaque monkeys. *Soc. Neurosci. Abstr.* **26**, 1237.

186. Glezer I.I., Hof P.R., Reep R.L., Morgane P.J. (2000) Distribution of calcium-binding protein-immunoreactive neurons in primary areas of cerebral cortex in marine aquatic mammals (Cetacea and Sirenia): immunocytochemical study. *Soc. Neurosci. Abstr.* **26**, 1239.

187. Giannakopoulos P., Gold G., Duc M., Michel J.P., Hof P.R., Bouras C. (2000) Impaired processing of famous faces in Alzheimer's disease is related to neurofibrillary tangle densities in the prefrontal and anterior cingulate cortex. *Soc. Neurosci. Abstr.* **26**, 1545.

188. Sadeghi N., Friend P.D., Bussière T., Wicinski B., Lin G.I., Bouras C., Giannakopoulos P., Robakis N.K., Perl D.P., Morrison J.H., Hof P.R. (2000) Stereologic determination of the relative volume of amyloid deposition in aging and Alzheimer's disease. *Soc. Neurosci. Abstr.* **26**, 1549.

189. Hof P.R., Bussière T., Wicinski B., Lin G.I., Bouras C., Giannakopoulos P., Perl D.P., Morrison J.H. (2000) Age- and Alzheimer's disease-related changes in neocortical pyramidal neurons: stereologic triple labeling analysis. *Soc. Neurosci. Abstr.* **26**, 1552.

190. Bussière T., Wicinski B., Lin G.I., Bouras C., Giannakopoulos P., Perl D.P., Davies P., Morrison J.H., Hof P.R. (2000) Stereologic quantification of neurofibrillary lesions correlates with cognitive status during normal aging and Alzheimer's disease. *Soc. Neurosci. Abstr.* **26**, 1552.

191. Perl D.P., Hof P.R., Erwin  J.M. (2001) Brain aging in great apes: a human neuropathologic perspective.  *Int. Soc. Primatol. Abstr.* **18**, 365.

192. Hof P.R., Lee P.W.H., Sherwood C., Perl D.P., Gannon P.J., Naidich T., Erwin J.E. (2001) Stereologic analyses of neuron number and volume in the entorhinal cortex and hippocampus of great apes. *Int. Soc. Primatol. Abstr.* **18**, 368.

193. Hof P.R., Lee P.W.H., Gilissen. E., Simmonds R., Hakeem A., Allman J.M., Nimchinsky E.A., Perl D.P., Erwin J.E. (2001) Relationships between encephalization and morphology of neuronal subtypes in primates. *Int. Soc. Primatol. Abstr.* **18**, 369.

194. Ely J.J., Erwin J.M., Navidi A., Hof P.R. (2001) DNA sequence variation in Alzheimer genes among chimpanzees. *Int. Soc. Primatol. Abstr.* **18**, 370.

195. Erwin J.M., Perl D.P., Hof P.R., Bloomsmith M., Boysen S., Zihlman A. (2001) Caring for and learning from the oldest apes. *Int. Soc. Primatol. Abstr.* **18**, 371.

196. Valachovic A.M., Kheck N.M., Hof P.R., Erwin J., Gannon P.J. (2001) Evolutionary depth of primate brain language areas: interhemispheric symmetry of sylvian fissure, with marked hypertrophy of right middle temporal gyrus, in *Erythrocebus patas*. *Am. J. Phys. Anthropol.* **Suppl. 32**, 153-154.

197. McFarlin S.C., Erwin J.M., Hof P.R., Zihlman A.L., Bromage T.G. (2001) Comparative primate bone microstructure and life history. *J. Morphol.* **248**, 260.

198. Sherwood C., Erwin J., Delman B., Naidich T., Bruner H., Braun A., Holloway R., Gannon P., Perl D., Hof P. (2001) Brain volume in aging great apes: a postmortem MRI study. *Am. J. Primatol.* **54 (Suppl. 1)**, 45-46.

199. Erwin J., Hof P., Ely J., Perl D., Smith K. (2001) An obligation and and opportunity: caring for and learning from the oldest apes. *Am. J. Primatol.* **54 (Suppl. 1)**, 61.

200. Duan H., Morrison J.H., Hof P.R. (2001) Age-related changes in the dopaminergic innervation of the prefrontal cortex in macaque monkeys. *Soc. Neurosci. Abstr.* **27**, 100.4 (http://www.sfn.org).

201. Johnson L.R., Hou M., Albert Jr L., Farb C., Hof P.R., LeDoux J.E. (2001) Quantification of the total neuronal  structure of the fear conditioning circuit of the lateral amygdala of the rat. *Soc. Neurosci. Abstr.* **27**, 187.11 (http://www.sfn.org).

202. He Y., Shah R.A., Farb C.R., Janssen W.G., Hof P.R., Rodrigues S., LeDoux J.E., Morrison J.H. (2001) Intrasynaptic organization of NMDA and AMPA receptors on identified synapses in the thalamo-amygdaloid circuit of the rat. *Soc. Neurosci. Abstr.* **27**, 187.12 (http://www.sfn.org).

203. Rodriguez A., Kelliher K.T., Ehlenberger D., Henderson S.C., Einstein M., Rolshud D., Duan H., Morrison J.H., Wearne S.L., Hof P.R. (2001) Implementation of algorithms for high resolution 3-D morphologic analysis of identified cortical neurons: application to age-related alterations. *Soc. Neurosci. Abstr.* **27**, 316.9 (http://www.sfn.org).

204. Henry B.I., Rothnie P., Hof P.R., Wearne S.L. (2001) Determination of dendritic branching rations and spine distribution patterns using mass multifractal and wavelet transform analysis. *Soc. Neurosci. Abstr.* **27**, 316.10 (http://www.sfn.org).

205. Bai L., Hof P.R., Standaert D.G., Nelson S.E., Xing Y., Young A.B., Magnusson K.R. (2001)  Effects of aging o the mRNA expression of NMDA receptor subunits in primates. *Soc. Neurosci. Abstr.* **27**, 327.16 (http://www.sfn.org).

206. Bussière T., Wicinski B., Buitron C., Giannakopoulos P., Bouras C., Morrison J.H., Perl D.P., Hof P.R. (2001) Stereologic analysis of different types of neurofibrillary lesions in aging and Alzheimer's disease. *Soc. Neurosci. Abstr.* **27**, 429.8 (http://www.sfn.org).

207. Hof P.R., Bussière T., Good P.F., Hsu A., Wicinski B., Bouras C., Morrison J.H., Perl D.P. (2001) Stereologic analysis of neurofibrillary tangle formation in Guam parkinsonism dementia complex. *Soc. Neurosci. Abstr.* **27**, 429.19 (http://www.sfn.org).

208. Gold G.C., Kövari E., Corte G., Herrmann F.R., Canuto A., Bussière T., Hof P.R., Bouras C., Giannakopoulos P. (2001) Clinical validity of a β-protein deposition staging in brain aging and Alzheimer's disease. *Soc. Neurosci. Abstr.* **27**, 547.17 (http://www.sfn.org).

209. Farrell S.F., Hof P.R., McGinnis M.Y. (2001) Stereologic analysis of hypothalamic nuclei following high dose testosterone administration in adult male rats. *Soc. Neurosci. Abstr*. **27**, 627.5 (http://www.sfn.org).

210. Chakraborty T.R., Hof P.R., Gore A.C. (2001) Quantitative stereological analysis of expression of estrogen receptor α in hypothalamus during aging. *Soc. Neurosci. Abstr*. **27**, 628.9 (http://www.sfn.org).

211. Glezer I.I., Aggarwal A., Nathan M., Hof P.R., Reep R.L., Morgane P.J. (2001) Computerized image analysis of neurons in primary visual, acoustic, and motor areas in marine aquatic mammals (*Cetacea* and *Sirenia*) and primates (*Homo sapiens*). *Soc. Neurosci. Abstr*. **27**, 816.6 (http://www.sfn.org).

212. Gannon P.J., Valachovic A.M., Hof P.R., Kheck N.M., Erwin J. (2001) Evolution of primate brain receptive language area homologs: interhemispheric symmetry of sylvian fissure length in *Erythrocebus patas* with operculation of sylvian point by right middle temporal gyrus. *Soc. Neurosci. Abstr*. **27**, 822.1 (http://www.sfn.org).

213. Vogt B.A., Bush G., Hof P.R., Vogt L.J. (2001) Structure and activation of human rostral cingulate motor area. *Soc. Neurosci. Abstr*. **27**, 825.2 (http://www.sfn.org).

214. Rivara C., Kövari E., Surini M., Hof P.R., Bouras C. (2001) A stereological analysis of Betz cells along human primary motor cortex. *Soc. Neurosci. Abstr*. **27**, 825.5 (http://www.sfn.org).

215. Erwin J.M., Sherwood C.C., Delman B.N., Naidich T.P., Gentile J.C., Bruner H.J., Braun A.R., Holloway R.L., Gannon P.J., Perl D.P., Hof P.R. (2001) The aging great ape brain: a volumetric MRI study of hippocampus and striatum. *Soc. Neurosci. Abstr*. **27**, 855.3 (http://www.sfn.org).

216. Ely J.J., Sherwood C.C., Delman B.N., Gentile J.C., Naidich T.P., Perl D.P., Gannon P.J., Erwin J.M., Hof P.R. (2001) Comparative atlases of great ape brains from magnetic resonance images. *Soc. Neurosci. Abstr*. **27**, 855.4 (http://www.sfn.org).

217. Sherwood C.C., de Miguel C., Henneberg M., Perl D.P., Erwin J.M., Hof P.R. (2001) The brain of the koala: cyto- and myeloarchitectural features. *Soc. Neurosci. Abstr*. **27**, 855.5 (http://www.sfn.org).

218. Stepanyants A., Hof P.R., Chklovskii D.B. (2001) Geometry and structural plasticity of synaptic connectivity. *Soc. Neurosci. Abstr*. **27**, 903.7 (http://www.sfn.org).

219. Shah R.A., Adams M.M., He Y., Janssen W.G., Hof P.R., Morrison J.H. (2001) SYNBIN: a new tool for quantitative immunogold electron microscopy. *Soc. Neurosci. Abstr*. **27**, 924.19 (http://www.sfn.org).

220. Kompoliti K., Chu Y., Kladis T., McKay H., Roberts J., Hof P., Mufson E.J., Morrison J., Kordower J.H. (2001) Effects of estrogen replacement therapy on the cholinergic and dopaminergic systems of ovariectomized aged rhesus monkeys. *Soc. Neurosci. Abstr*. **27**, 965.7 (http://www.sfn.org).

221. Perl D., Hof P., Nimchinsky E., Gannon P., Erwin J. (2001) Neurobiology of aging in great apes and human. *The Apes: Challenges for the 21st Century, Chicago Zool. Soc.* p. 376.

222. Hof P.R., Haroutunian V., Davis K.L. (2001) Decreased number of oligodendrocytes in the prefrontal cortex of schizophrenics: a stereologic analysis. *Proc. Am. Coll. Neuropsychopharmacol.* (http://www.acnp.org/abstracts/).

223. Hof P.R., Morrison J.H. (2002) The entorhinal cortex in the early stages of Alzheimer's disease: comparison with the neocortex. *Proc. Am. Soc. Exp. Biol.* CD-ROM, #2579.

224. Sherwood C.C., Allman J.M., Hakeem A., Singer A.A., Holloway R.L., Perl D.P., Erwin J.M., Hof P.R. (2002) Evolution of the primate hippocampal formation: a stereologic analysis. *Am. J. Primatol.* **57 (Suppl. 1)**, 64-65.

225. Ely J.J., Khun H.H., Boysen S.T., Erwin J.M., Hof P.R., Frels W.I. (2002) Identical DNA sequences in FOXP2 language gene between humans, chimpanzees (*Pan troglodytes*) and bonobos (*Pan paniscus*). *Am. J. Primatol.* **57 (Suppl. 1)**, 78-79.

226. Wen P.H., Hof P.R., Austin G., Robakis N.K., Haroutunian V., Elder G.A. (2002) The presenilin-1 familial Alzheimer's disease mutant P117L inhibits neurogenesis in adult hippocampus following environmental enrichment. *Soc. Neurosci. Abstr.* **28**, 295.19 (http://www.sfn.org).

227. Ehlenberger D.B., Rodriguez A., Kelliher K.T., Henderson S.C., Morrison J.H., Hof P.R., Wearne S.L. (2002) Automated reconstruction of high resolution 3D neuronal morphology from confocal and multiphoton images. *Soc. Neurosci. Abstr.* **28**, 312.2 (http://www.sfn.org).

228. Rothnie P.G., Henry B.I., Hof P.R., Wearne S.I. (2002) 3D Sholl analysis distinguishes functionally different neocortical pyramidal neurons in macaque monkeys. *Soc. Neurosci. Abstr.* **28**, 312.19 (http://www.sfn.org).

229. Hao J., Janssen W.G.M., Tang Y., Roberts J., Hof P.R., Morrison J.H. (2002) Estrogen induces formation of dendritic spines in hippocampus of young and aged female rhesus monkeys. *Soc. Neurosci. Abstr.* **28**, 368.12 (http://www.sfn.org).

230. Tang Y., Janssen W.G.M., Hao J., Roberts J., McKay H., Hof P.R., Morrison J.H. (2002) Effects of estrogen on dendritic spines in prefrontal cortex of young female rhesus monkeys. *Soc. Neurosci. Abstr.* **28**, 368.13 (http://www.sfn.org).

231. Hof P.R., Haroutunian V., Byne W., Friedrich Jr. V.L., Buitron C., Perl D.P., Davis K.L. (2002) Loss and abnormal spatial distribution of oligodendrocytes in schizophrenia: stereologic analysis of area 9. *Soc. Neurosci. Abstr.* **28**, 704.14 (http://www.sfn.org).

232. Schmitz C., Korr H., Hof P.R., Heinsen H. (2002) No alteration in the total number of neurons in the striatum in schizophrenia. *Soc. Neurosci. Abstr.* **28**, 704.15 (http://www.sfn.org).

233. Erwin J.M., Sherwood C.C., Allman J.M., Hakeem A., Singer A.A., Holloway R.L., Perl D.P., Hof P.R. (2002) Allometric scaling and socioecological correlates of hippocampal morphometry in primates. *Soc. Neurosci. Abstr.* **28**, 877.17 (http://www.sfn.org).

234. Sherwood C.C., Holloway R.L., Gannon P.J., Erwin J.M., Hof P.R. (2002) Phylogenetic specializations of orofacial motor nuclei in primates. *Soc. Neurosci. Abstr.* **28**, 877.18 (http://www.sfn.org).

235. Broadfield D.C., Sherwood C.C., Hof P.R., Holloway R.L. (2002) definitive evidence for lateralization of Broca's area in African apes, or not. *Soc. Neurosci. Abstr.* **28**, 877.19 (http://www.sfn.org).

236. Andrews G.A., Janssen W.G.M., Perl D.P., Haroutunian V., Giannakopoulos P., Bouras C., Morrison J.H., Hof P.R. (2002) Quantitative analysis of dendritic spine and synaptic markers in the prefrontal cortex in aging and Alzheimer's disease. *Soc. Neurosci. Abstr.* **28**, 882.14 (http://www.sfn.org).

237. Hof P.R., Perl D.P., Morrison J.H. (2003) Stereology-oriented brain banking: development and applications to the study of Alzheimer's disease and schizophrenia. *Proc. Am. Soc. Exp. Biol.* CD-ROM, #274.3.

238. Broadfield D.C., Sherwood C., Hof P.R., Holloway R.L. (2003) Broca's area homologue in great apes: implications for language evolution? *Am. J. Phys. Anthropol.* **Suppl. 36**, 71-72.

239. Sherwood C.C., Holloway R.L., Zilles K., Erwin J.M., Gannon P.J., Hof P.R. (2003) Co-evolution of communication in the brain of primates: new evidence from the brainstem and motor cortex. *Am. J. Phys. Anthropol.* **Suppl. 36**, 190.

240. Erwin J., Robertson J., Perl D.P., Hof P.R., Ely J., Sherwood C., Hansen B.C. (2003) An integrative bioinformatics initiative: learning more from each primate though multi-disciplinary database management, diagnostic imaging, and tissue sharing. *Am. J. Primatol.* **60 Suppl. 1**, 105-106.

241. Sherwood C.C., Cranfield M.R., Mehlman P.T., Lilly A.A., Garbe J., Lowenstine L.J., Rein T.R., Holloway R.L., Tang C.Y., Erwin J.M., Whittier C., Nutter F., Hof P.R. (2003) Comparative brain anatomy of mountain gorillas (*Gorilla gorilla beringei*). *Am. J. Primatol.* **60 Suppl. 1**, 121-122.

242. Van der Gucht E., Hof P.R., Arckens L. (2003) Neurochemical organization, architectonic subdivision and three-dimensional reconstruction of cat ventral lateral geniculate nucleus and monkey pregeniculate nucleus. *Soc. Neurosci. Abstr.* **29**, 68.7 (http://www.sfn.org).

243. Marino L., Sherwood C.C., Tang C.Y., Delman B.N., Naidich T.P., Johnson J.I., Hof P.R. (2003) Comparative neuroanatomy of the killer whale (*Orcinus orca*) and amazon river dolphin (*Inia geoffrensis*) from magnetic resonance images. *Soc. Neurosci. Abstr.* **29**, 94.10 (http://www.sfn.org).

244. Vogt B.A., Hof P.R., Friedman D.P., Vogt L. (2003) Noradrenergic innervation of the medial pain system in monkey. *Soc. Neurosci. Abstr.* **29**, 176.6 (http://www.sfn.org).

245. Hof P.R., Bouras C., Giannakopoulos P., Buitron C., Perl D.P., Haroutunian V., Morrison J.H. (2003) Stereologic assessment of microvascular pathology in aging and Alzheimer disease. *Soc. Neurosci. Abstr.* **29**, 203.5 (http://www.sfn.org).

246. Rocher A.B., Oruganti V., Rodriguez A., Ehlenberger D., Henderson S.C., Gama-Sosa M., Gama-Sosa R., Hao J., Elder G., Wearne S.L., Hof P.R. (2003) Application of high-resolution 3D neuronal morphologic analysis from multiphoton images to EGFP mice. *Soc. Neurosci. Abstr.* **29**, 218.13 (http://www.sfn.org).

247. Koschnick J.R., Slegers L.H.A., Rocher A.B., Gama-Sosa M., Gama-Sosa R., Elder G., Sherwood C.C., Lazzarini R.N., Friedrich V.L., Hof P.R. (2003) Neuronal alterations in a MAG knockout mouse model of schizophrenia. *Soc. Neurosci. Abstr.* **29**, 313.7 (http://www.sfn.org).

248. Tang Y., Fink S.E., Janssen W.G.M., McKay H., Roberts J.A., Hof P.R., Morrison J.H. (2003) Electron microscopic analysis of estrogen receptor-a in prefrontal cortex and hippocampal CA1 of young female Rhesus monkeys. *Soc. Neurosci. Abstr.* **29**, 395.4 (http://www.sfn.org).

249. Rodriguez A., Ehlenberger D., Kelliher K.T., Henderson S.C., Hof P.R., Wearne S.L. (2003) Automated dendritic arbor extraction and surface area estimation from confocal and multiphoton imaged data. *Soc. Neurosci. Abstr.* **29**, 428.18 (http://www.sfn.org).

250. Youakim M., Baizer J.S., Hof P.R., Alberico R. (2003) The prelunate sulcus in macaque monkey. *Soc. Neurosci. Abstr.* **29**, 596.21 (http://www.sfn.org).

251. Alphs H.H., Johnson L.R., Doyere V., Hof P.R., LeDoux J.E. (2003) Differences in intrinsic properties of dorsally and ventrally located lateral amygdala neurons of the rat. *Soc. Neurosci. Abstr.* **29**, 623.1 (http://www.sfn.org).

252. Johnson L.R., Radley J.J., Martino J., Lamprecht R., Hof P.R., LeDoux J.E., Morrison J.H. (2003) Amygdala-dependent learning increases the number of spinophilin-immunoreactive dendritic spines in the lateral amygdala. *Soc. Neurosci. Abstr.* **29**, 623.7 (http://www.sfn.org).

253. Radley J.J., Sisti H.M., Hao J., Hof P.R., McEwen B.S., Morrison J.H. (2003) Chronic behavioral stress induces apical dendritic reorganization in pyramidal neurons of the medial prefrontal cortex. *Soc. Neurosci. Abstr.* **29**, 623.8 (http://www.sfn.org).

254. Vereczki V., Martin E., Rosenthal R.E., Hof P.R., Sherwood C.C., Chinopoulos C., Hu W., Hoffman G.E., Fiskum G. (2003) Normoxic versus hyperoxic ventilation after cardiac arrest: hippocampal protein nitration, pyruvate dehydrogenase immunoreactivity, and cell death. *Soc. Neurosci. Abstr.* **29**, 739.8 (http://www.sfn.org).

255. Siram A., Blackband S., Grant S., Liang Z., Hof P.R., Li L., Benveniste H. (2003) C57BL6/J mouse brain probabilistic atlases by 17.6 T MRM. *Soc. Neurosci. Abstr.* **29**, 758.10 (http://www.sfn.org).

256. Hajianpour A., Ho L., Tang C., Hof P.R., Byne W., Pompl P., Pasinetti G.M. (2003) Application of magnetic resonance microscopy (MRI) for *in vivo* non-invasive, longitudinal evaluation of dopaminergic neurodegeneration. *Soc. Neurosci. Abstr.* **29**, 778.5 (http://www.sfn.org).

257. Kabaso D., Henry B.I., Hof P.R., Wearne S.L. (2003) Effects on action potential backpropagation of age-related changes in dendritic branching and spine densities of

neocortical pyramidal neurons in macaque monkey. *Soc. Neurosci. Abstr.* **29**, 810.8 (http://www.sfn.org).

258. Tang C., Hajianpour A., Aguinaldo G., Ho L., Pasinetti G., Hof P.R., Perl D.P., Sadowski M., Wisniewski T. (2003) Ex-vivo magnetic resonance imaging of ß-amyloid plaques in transgenic AD mice. *Soc. Neurosci. Abstr.* **29**, 862.3 (http://www.sfn.org).

259. Head E., Cotman C.W., Hof P.R., Bouras C., Su J.H., Kim R.C., Haier R., Lott I.T. (2003) Parallel compensatory and pathological events in the hippocampus of middle aged individuals with Down's syndrome. *Ann. Neurol.* **54(Suppl. 7)**, S50-S51.

260. Gilissen E., Leroy K., Brion J.P., Erwin J.M., Hof P.R. (2004) A cellular aging pattern unique to humans and common chimpanzees. *Am. J. Phys. Anthropol.* **Suppl. 38**, 100.

261. Schmitz C., Heinsen H., Steinbusch H.W.M., Hof P.R. (2004) Mosaic of discrete quantitative histologic alterations in the brains of schizophrenics, providing clues to the disease pathogenesis. *Biol. Psychiatry* **55**:160S.

262. Gold G., Kövari E., Herrmann F.R., Canuto A., Hof P.R., Michel J.P., Bouras C., Giannakopoulos P. (2004) Cortical microinfarcts and demyelination significantly affect cognition in brain aging. *Neurobiol. Aging* **25 (Suppl. 1)**, S12.

263. Hao J., Rapp P.R., Leffler A., Leffler S., Janssen W.G.M., McKay H., Roberts J.A., Wearne S.L., Hof P.R., Morrison J.H. (2004) Long-term cyclic estrogen replacement increases spine density in the prefrontal cortex of aged ovariectomized rhesus monkeys. *Soc. Neurosci. Abstr.* **30**, 72.7 (http://www.sfn.org).

264. Radley J.J., Rocher A.B., Hao J., McCall T., Wang A., Hof P.R., McEwen B.S., Morrison J.H. (2004) Chronic behavioral stress decreases apical dendritic spine density in the medial prefrontal cortex. *Soc. Neurosci. Abstr.* **30**, 208.1 (http://www.sfn.org).

265. Rocher A.B., Halstead J.C., Meier D.M., Janssen W.G.M., Radley J.J., Hof P.R., Griepp R.B. (2004) Dendritic reorganization inprefrontal cortex pyramidal neurons following deep hypothermic circulatory arrest in pigs. *Soc. Neurosci. Abstr.* **30**, 229.4 (http://www.sfn.org).

266. King A.R., Lutjens R., Crawford E.L.F., Hof P.R., Sanna P.P. (2004) Differential subcellular distribution of P70 S6 kinase (P70S6K) phosphoforms. *Soc. Neurosci. Abstr.* **30**, 498.14 (http://www.sfn.org).

267. Kabaso D.M., Luebke J.I., Henry B.I., Hof P.R., Wearne S.L. (2004) Morphologic changes in dendritic structure and spine densities may account for age-related increases in action potential firing rates. *Soc. Neurosci. Abstr.* **30**, 638.18 (http://www.sfn.org).

268. Vereczki V., Rosenthal R.E., Hof P.R., Sherwood C.C., Hu W., Hoffman G.E., Fiskum G. (2004) Protection against canine hippocampal neuronal damage by normoxic compared to hyperoxic resuscitation after cardiac arrest: an unbiased stereologic analysis. *Soc. Neurosci. Abstr.* **30**, 682.17 (http://www.sfn.org).

269. Tang Y., Minwalla L., Janssen W.G.M., Hao J., Adams M.M., McKay H., Roberts J.A., Hof P.R., Rapp P.R., Morrison J.H. (2004) Effects of estrogen on excitatory synapses in

hippocampal CA1 of aged female rhesus monkeys. *Soc. Neurosci. Abstr.* **30**, 757.16 (http://www.sfn.org).

270. Bailey T.L., Rivara C.B., von Gunten A., Giannakopoulos P., Bouras C., Morrison J.H., Perl D.P., Haroutunian V., Hof P.R. (2004) Region-specific alterations of cortical microvasculature in aging and dementia. *Soc. Neurosci. Abstr.* **30**, 902.2 (http://www.sfn.org).

271. Schmitz C., Kreczmanski P., Rutten B.P.F., Steinbusch H.W.M., Heinsen H., Perl D.P., Hof P.R. (2004) Neuropathology of the anterior cingulate cortex (ACC) in a well characterized sample of brains from schizophrenics. *Soc. Neurosci. Abstr.* **30**, 909.13 (http://www.sfn.org).

272. Coskren P., Rocher A.B., Gama-Sosa M., De Gasperi R., Elder G., Henderson S.C., Henry B.I., Hof P.R., Wearne S. L. (2004) Global 3D morphometric analysis of neuronal networks from confocal images of EGFP mouse during normal aging. *Soc. Neurosci. Abstr.* **30**, 922.26 (http://www.sfn.org).

273. Ehlenberger D.B., Rodriguez A., Kelliher K.T., Rocher A.B., Henderson S.C., Hof P.R., Wearne S.L. (2004) Techniques for semi-automated 3D dendritic arbor extraction from medium to low-resolution and noisy fluorescence microscopy images. *Soc. Neurosci. Abstr.* **30**, 922.27 (http://www.sfn.org).

274. Broide R.S., Hof P.R., Morrison J.H., Bloom F.E., Young W.G. (2004) High-resolution digital atlas of the C57Bl/6 mouse brain. *Soc. Neurosci. Abstr.* **30**, 1032.3 (http://www.sfn.org).

275. Hof P.R., Sherwood C.C. (2005) Neurochemical specializations in the mammalian cerebral cortex. *Proc. Am. Soc. Exp. Biol.* CD-ROM, #941.1.

276. Schmitz C., Kreczmanski P., Schmidt-Kastner R., Heinsen H., Hof P. (2005) No alterations in capillary length density in the prefrontal cortex of schizophrenics. *ICOSR Meeting Proc.* http://icosr.abstractcentral.com/, *Schizophrenia Bull.* **31(2)**.

277. Tang C., Friedman J., Buchsbaum M.S., Hajianpour A., Osowsky J., Hof P.R., Davis K., Gorman J.M. (2005) Diffusion tensor imaging: correlational differences of fractional anisotropy with age between normal controls and schizophrenic patients. *Biol. Psychiatry* **57 Suppl.**, 23S-24S.

278. Segal D., Haroutunian V., Perl D.P., Schmitz C., Hof P.R. (2005) Altered spatial distribution of oligodendrocytes in the cingulum bundle of schizophrenics. *Biol. Psychiatry* **57 Suppl.**, 28S.

279. Hof P.R., Segal D., Rocher A.B., Koschnick J.R., Slegers L.H.A., Haroutunian V., Gama-Sosa M., Elder G. (2005) Altered morphology of neurons in a MAG knockout mouse model of schizophrenia. *Biol. Psychiatry* **57 Suppl.**, 28S-29S.

280. Hof P.R. (2005) Quantitative neuropathology of anterior cingulate cortex in schizophrenia. *Biol. Psychiatry* **57 Suppl.**, 158S.

281. FriedmanJ., Tang C., Hajianpour A., Osowsky J., Hof P.R., Gorman J.M., Buchsbaum M.S., Davis K.L. (2005) Diffusion tensor imaging: correlational analysis of fractional anisotropy and symptoms in schizophrenic patients. *Biol. Psychiatry* **57 Suppl.**, 168S..

282. Celestin J., Friedman J., Tang C., Steward D.G., Hajianpour A., Osowsky J., Hof P.R., Gorman J.M., Buchsbaum M.S., Davis K.L. (2005) The correlation of fractional anisotropy and age of onset of schizophrenia. *Biol. Psychiatry* **57 Suppl.**, 183S.

283. Hopkins W., Sherwood C., Erwin J.M., Perl D., Hof P. (2005) Integrating non-invasive behavioral monitoring with *in vivo* structural imaging and post-mortem stereological studies of great ape neurobiology. *Am. J. Primatol*. **66 (Suppl. 1)**, 62.

284. Akram A., Katsel P.L., Hof P.R., Haroutunian V. (2005) Lipid transport and metabolism genes are upregulated in early stages of Alzheimer's disease. *Soc. Neurosci. Abstr.* **31**, 80.17 (http://www.sfn.org).

285. Hof P.R., Janssen W.G.M., Bouras C., Giannakopoulos P., Perl D.P., Morrison J.H., Haroutunian V., Akram A. (2005) Spinophilin-immunoreactive spine number decreases in area 9 and CA1 of patients with Alzheimer's disease. *Soc. Neurosci. Abstr.* **31**, 82.4 (http://www.sfn.org).

286. Wang J.N., Mobbs C.V., Hof P.R., Ho L., Pasinetti G.M. (2005) Low carbohydrate caloric restriction diet prevents amyloid neuropathology in a mouse model of Alzheimer's disease. *Soc. Neurosci. Abstr.* **31**, 91.8 (http://www.sfn.org).

287. Sherwood C.C., Raghanti M., Wahl E., de Sousa A., Erwin J.M., Hof P.R. (2005) Scaling of inhibitory microcircuitry in areas V1 and V2 of anthropoid primates as revealed by calcium-binding protein immunohistochemistry. *Soc. Neurosci. Abstr.* **31**, 182.19 (http://www.sfn.org).

288. Janssen W.G.M., Rocher A.B., Flores T., DeGasperi R., Elder G.A., Hof P.R., Gama-Sosa M.A. (2005) Neuronal degeneration intransgenic mice expressing the entire trnscript unit of familial Alzheimer's disease presenilin 1 mutant. *Soc. Neurosci. Abstr.* **31**, 326.17 (http://www.sfn.org).

289. Rocher A.B., Hao J., Radley J.J., Kabaso D., Janssen W.G.M., Christoffel D.J., Morrison J.H., Wearne S.L., Hof P.R. (2005) Inter-species variation in the morphology of pyramidal cell dendritic arbors and spines in the prefrontal cortex of mammals. *Soc. Neurosci. Abstr.* **31**, 410.10 (http://www.sfn.org).

290. Bailey T.L., Akram A., Giannakopoulos P., Bouras C., Morrison J.H., Perl D.P., Haroutunian V., Hof P.R. (2005) Spine density decline in hippocampal field CA1 correlates with attrition in microvascular integrity in Alzheimer's disease. *Soc. Neurosci. Abstr.* **31**, 441.6 (http://www.sfn.org).

291. van Kooten I., Casanova M.F., Switala A.E., van Engeland H., Heinsen H., Steinbusch H.W.M., Hof P.R., Pickett J., Schmitz C. (2005) Neuronal size and number in the neocortex of autistic patients. *Soc. Neurosci. Abstr.* **31**, 448.19 (http://www.sfn.org).

292. Casanova M.F., van Kooten I., Switala A.E., van Engelenad H. Heinsen H., Steinbusch H.W.M., Hof P.R., Walker L.C., Schmitz C. (2005) Minicolumnar abnormalities in the neocortex of autistic patients. *Soc. Neurosci. Abstr.* **31**, 448.20 (http://www.sfn.org).

293. Coskren P., Luebke J.I., Rocher A.B., <u>Hof P.R.</u>, Wearne S.L. (2005) Effects of realistic 3D neuron morphology on the stability and robustness of a Hopfield-style network model of working memory. *Soc. Neurosci. Abstr.* **31**, 538.4 ([http://www.sfn.org](http://www.sfn.org)).

294. Segal D., Haroutunian V., Schmitz C., <u>Hof P.R.</u> (2005) Altered spatial distribution of oligodendrocytes in the cingulum bundle in schizophrenia. *Soc. Neurosci. Abstr.* **31**, 555.5 ([http://www.sfn.org](http://www.sfn.org)).

295. Kreczmanski P., Schmidt-Kastner R., Heinsen H., Steinbusch H.M.W., <u>Hof P.R.</u>, Schmitz C. (2005) Stereologic studies of capillary length density in the frontal cortex of schizophrenics. *Soc. Neurosci. Abstr.* **31**, 555.9 ([http://www.sfn.org](http://www.sfn.org)).

296. Ehlenberger D.B., Rodriguez A., Kelliher K.T., Rocher A.B., Henderson S.C., <u>Hof P.R.</u>, Wearne S.L. (2005) Techniques for automated 3D spine extraction from fluorescence microscopy images. *Soc. Neurosci. Abstr.* **31**, 687.5 ([http://www.sfn.org](http://www.sfn.org)).

297. Hamzei-Sichani F., Rocher A.B., Ehlenberger D.B., Young S.R., <u>Hof P.R.</u>, Wearne S.L., Stewart M.G., Traub R.D. (2005) Detailed multicompartmental models of hippocampal pyramidal neurons based on high-resolution 3D morphological reconstruction. *Soc. Neurosci. Abstr.* **31**, 738.1 ([http://www.sfn.org](http://www.sfn.org)).

298. Bailey T.L., Rivara C.B., Perl D.P., Haroutunian V., Bouras C., Giannakopoulos P., <u>Hof P.R.</u> (2005) Hippocampal microvasculature attrition and cognitive decline in Alzheimer's disease. *J. Neuropathol. Exp. Neurol*. **64**, 467.

299. Bouras C., von Gunten A., <u>Hof P.R.</u>, Kövari E., Giannakopoulos P. (2006)Tau pathology in aging and Alzheimer disease. *Neurobiol. Aging* **27(Suppl. 1)**, S3.

300. von Gunten A., Kövari E., Bussière T., Rivara C.B., Gold G., Bouras C., <u>Hof P.R.</u>, Giannakopoulos P. (2006) Cognitive impact of Alzheimer disease neuronal pathology: lessons from centenarians. *Neurobiol. Aging* **27(Suppl. 1)**, S9.

301. Gold G., Kövari E., Herrmann F.R., Canuto A., <u>Hof P.R.</u>, Michel J.P., Bouras C., Giannakopoulos P. (2006) Sorting out the cognitive implications of vacular lesions in the aging brain. *Neurobiol. Aging* **27(Suppl. 1)**, S9.

302. Casanova M.F., van Kooten I., Switala A.E., van Engeland H., Heinsen H., Steinbusch H.W.M., <u>Hof P.R.</u>, Trippe J., Stone J., Schmitz C. (2006) Minicolumnar width abnormalities in autism. *Biol. Psychiatry* **59( Suppl.**, 19S.

303. Casanova M.F., van Kooten I., Switala A.E., van Engeland H., Heinsen H., Steinbusch H.W.M., <u>Hof P.R.</u>, Trippe J., Stone J., Schmitz C. (2006) Neuronal size and numbers in autism. *Biol. Psychiatry* **59 Suppl.**, 20S.

304. Casanova M.F., van Kooten I., Switala A.E., van Engeland H., Heinsen H., Steinbusch H.W.M., <u>Hof P.R.</u>, Trippe J., Stone J., Schmitz C. (2006) Abnormalities of cortical minicolumnar organization in the prefrontal lobes of autistic patients. *Biol. Psychiatry* **59 Suppl.**, 119S.

305. Coplan J.D., Martinez J., Mathew S,J., Tang C., Mao X., <u>Hof P.R.</u>, Rosenblum L.A., Shungu D., Gorman J.M. (2006) Abnormal adult social function following early life stress

in nonhuman primates: metabolic alterations in striatal neurocircuitry. *Biol. Psychiatry* **59 Suppl.**, 165S-166S.

306. Miller M.M., Liston C., Hof P.R., Morrison J.H., McEwen B.S. (2006) Morphological changes inrat anterior cingulate pyramidal neurons correlate with anxiety behavior after acute stress. *Soc. Neurosci. Abstr.* **32**, 58.13 (http://www.sfn.org).

307. Dickstein D.L., Brennan A.R., Rocher A.B., Arnsten A.F., Hof P.R. (2006) Structural and functional evidence of successful aging in te rat prefrontal cortex. *Soc. Neurosci. Abstr.* **32**, 80.16 (http://www.sfn.org).

308. Casanova M.F., Van Kooten I., Switala A.E., Van England H., Heinsen H., Steinbusch H.W., Hof P.R., Schmitz C. (2006) Abnormalities of cortical minicolumnar organization in the prefrontal lobes of autistic patients. *Soc. Neurosci. Abstr.* **32**, 96.7 (http://www.sfn.org).

309. Hamzei-Sichani F., Janssen W.G., Hof P.R., Wearne S.L., Stewart M.G., Whittington M.A., Traub R.D. (2006) Gap junctions couple hippocampal mossy fiber axons to each other and to CA3 pyramidal cell dendrites. *Soc. Neurosci. Abstr.* **32**, 132.9 (http://www.sfn.org).

310. Hof P.R., Van der Gucht E. (2006) Cytoarchitecture of the cerebral cortex in cetaceans assessment of interspecific differences. *Soc. Neurosci. Abstr.* **32**, 149.15 (http://www.sfn.org).

311. Raghanti M., Stimpson C.D., Erwin J.M., Hof P.R., Sherwood C.C. (2006) Differences in tyrosine hydroxylase- and choline acetyltransferase-containing fibers in prefrontal area 9L of humans, chimpanzees, and macaque monkeys. *Soc. Neurosci. Abstr.* **32**, 159.11 (http://www.sfn.org).

312. Sherwood C.C., Stimpson C.D., Raganti M.A., Wildman D.E., Uddin M., Grossman L.I., Goodman M., Redmond J.C., Bonar C.J., Erwin J.M., Hof P.R. (2006) Evolution of increased glial density in human frontal cortex. *Soc. Neurosci. Abstr.* **32**, 159.12 (http://www.sfn.org).

313. Allman J.M., Lei D., Hof P.R., Korenberg J.R., Hakeen A.Y., Kaufman J.A., Manaye K.F. (2006) A comparative study of the hypothalamus in apes and humans. *Soc. Neurosci. Abstr.* **32**, 159.14 (http://www.sfn.org).

314. Segal D., Haroutunian V., Schmitz C., Hof P.R. (2006) Spatial distribution and density of oligodendrocytes in the cingulum bundle is unaltered in schizophrenia. *Soc. Neurosci. Abstr.* **32**, 188.5 (http://www.sfn.org).

315. Kabaso D., Nilson J., Luebke J.I., Hof P.R., Wearne S.L. (2006) Electrotonic analysis of morphologic contributions to increased excitability with aging in neurons of the prefrontal cortex of monkeys. *Soc. Neurosci. Abstr.* **32**, 237.10 (http://www.sfn.org).

316. Akram A., Katsel P., Hof P.R., Davis K.L., Haroutunian V. (2006) Association of the expression levels of lipid-related genes with determinants of the early stages of Alzheimer's disease. *Soc. Neurosci. Abstr.* **32**, 274.11 (http://www.sfn.org).

317. Radley J.J., Rocher A.B., Rodriguez A., Ehlenberger D., McEwen B.S., Morrison J.H., Wearne S.L., Hof P.R. (2006) Repeated stress induces dendritic spine morphologic alterations in the rat medial prefrontal cortex. *Soc. Neurosci. Abstr.* **32**, 370.5 (http://www.sfn.org).

318. Shamy J.L., Barnes C.A., Amaral D.G., Buonocore M.H., Hof P.R., Rapp P.R. (2006) Regional volumetric correlates of spatiotemporal and recognition memory impairment in aged rhesus monkeys. *Soc. Neurosci. Abstr.* **32**, 371.15 (http://www.sfn.org).

319. Schmitz C., Takahashi H., Brasnjevic I., Hof P.R., Rutten B.P., Steinbusch H.W. (2006) Age-related loss of calbindin- and parvalbumin-immunoreactive neurons in the hippocampus of a novel Alzheimer transgenic model. *Soc. Neurosci. Abstr.* **32**, 376.9 (http://www.sfn.org).

320. Shiromani P.J., Blanco-Centurion C., Xu C., Murillo-Rodriguez E., Gerashchenko D., Hof P.R. (2006) Adenosine and sleep debt in the basal forebrain. *Soc. Neurosci. Abstr.* **32**, 458.13 (http://www.sfn.org).

321. Liston C.J., Sepulveda-Orengo M., Miller M.M., Hof P.R., Morrison J.H., McEwen B.S., Quirk G.J. (2006) The effects of chronic and acute restraint stress on extinction of conditioned fear. *Soc. Neurosci. Abstr.* **32**, 464.1 (http://www.sfn.org).

322. Rocher A.B., Radley J.J., Ho L., Hof P.R., Gurfein B., Pasinetti G.M. (2006) Changes on dendritic spine density on frontal cortical pyramidal neurons in a mouse model of Alzheimer's disease: effects of a caloric restriction dietary regimen. *Soc. Neurosci. Abstr.* **32**, 467.10 (http://www.sfn.org).

323. Coskren P.J., Luebke J.I., Hof P.R., Wearne S.L. (2006) Automated reduction of morphologically detailed multicompartment neuron models for the study of neurodegenerative disorders and aging. *Soc. Neurosci. Abstr.* **32**, 637.21 (http://www.sfn.org).

324. Hao J., Janssen W.G., Lou W., Rapp P.R., Hof P.R., Morrison J.H. (2006) Dendritic arbor is reduced with age inpyramidal neurons inare 46 of female rhesus monkeys and it is not responsive to long-term cyclic estrogen treatment. *Soc. Neurosci. Abstr.* **32**, 659.13 (http://www.sfn.org).

325. Van der Gucht E., Jacobs S., Arckens L., Hof P.R. (2006) Quantitative cytoarchitecture of the prefrontal cortex of the mouse. *Soc. Neurosci. Abstr.* **32**, 821.14 (http://www.sfn.org).

326. Kaufman J.A., Tyszka J.M., Hof P.R., Allman J.M. (2007) White matter pathways in the brain of a gorilla revealed by high-field diffusion MRI. *Am. J. Phys. Anthropol.* **Suppl. 44**, 141.

327. Sherwood C.C.,Wahl E., Erwin J.M., Hof P.R., Hopkins W.D. (2007) Histological asymmetries of primary motor cortex predict handedness in chimpanzees (*Pan troglodytes*). *Am. J. Phys. Anthropol.* **Suppl. 44**, 217.

328. Erwin J.M., Hof P., Sherwood C., Perl P., Atsalis S., Margulis S., Robertson J., Arbenz-Smith K. (2007) The Great Ape Aging Project (GAAP): ten years of progress and plans for new directions. *Am. J. Primatol.* **69(Suppl. 1)**, 97.

329. Craig A., Short C., Sherwood C.C., Hof P.R. (2007) Allometric comparison of VMpo across primates. *Soc. Neurosci. Abstr.* **33**, 70.24 (http://www.sfn.org).

330. Christoffel D.J., Hao J., Rapp P.R., Janssen W.G.M., Lasley B.L., Hof P.R., Morrison J.H. (2007) Effects of aging and estrogen on the microvasculature of hippocampus and the prefrontal cortex in rhesus monkeys. *Soc. Neurosci. Abstr.* **33**, 87.19 (http://www.sfn.org).

331. Hao J., Rapp P.R., Janssen W.G.M., Lou W., Lasley B., Hof P.R., Morrison J.H. (2007) Interactive effects of age and estrogen on cognition and pyramidal neurons in monkey prefrontal cortex. *Soc. Neurosci. Abstr.* **33**, 96.15 (http://www.sfn.org).

332. Butti C., Van der Gucht E., Hof P.R. (2007) The developing neocortex of the bottlenose dolphin (*Tursiops truncatus*): a study of the anterior cingulate, anterior insular and frontopolar regions. *Soc. Neurosci. Abstr.* **33**, 193.2 (http://www.sfn.org).

333. Raghanti M., Stimpson C.D., Marcinkiewicz J.L., Erwin J.M., Hof P.R., Sherwood C.C. (2007) Differences in cortical serotonergic innervation among humans, chimpanzees, and macaque monkeys. *Soc. Neurosci. Abstr.* **33**, 304.29 (http://www.sfn.org).

334. Johnson L.R., Amin A., Kamath A., Alphs A., Hou M., Albert Jr L., Radley J., Hof P.R., LeDoux J.E. (2007) Symmetry is an organizing principle in neuronal dendrotaxis. *Soc. Neurosci. Abstr.* **33**, 307.10 (http://www.sfn.org).

335. Gama Sosa L.M., De Gasperi R., Rocher A.B., Perez G., Simons K., Friedrich Jr V.L., Hof P.R., Elder G.A. (2007) Differential effects of brain endothelial cells on neuroprogenitor cell differentiation. *Soc. Neurosci. Abstr.* **33**, 329.5 (http://www.sfn.org).

336. Navailles S., Hof P.R., Schmauss C. (2007) Early life stress, fluoxetine, social enrichment, and adult hippocampal neurogenesis: a comparative study of Balb/c and C57Bl/6 mice. *Soc. Neurosci. Abstr.* **33**, 334.6 (http://www.sfn.org).

337. Manaye K.F., Xu T., Sharma Y., Bonar C.J., Sherwood C.C., Hof P.R., Allman J.H. (2007) A comparative study of the arginine-vasopressin- and oxytocin-containing neurons in the hypothalamus of apes. *Soc. Neurosci. Abstr.* **33**, 347.5 (http://www.sfn.org).

338. Hamzei-Sichani F., Van der Gucht E., Hof P.R. (2007) Atlasing of the mouse brain. I. Photographic, histological, and magnetic resonance microscopy atlas of the adult C57Bl/6j mouse brain. *Soc. Neurosci. Abstr.* **33**, 535.22 (http://www.sfn.org).

339. Hof P.R., Christoffel D., Morris J.C., Hohmann J.G., Lein E.S., Howell M., Van der Gucht E. (2007) Atlasing of the mouse brain. II. Gene expression patterns in the prefrontal cortex. *Soc. Neurosci. Abstr.* **33**, 535.23 (http://www.sfn.org).

340. Van der Gucht E., Morris J.C., Hohmann J.G., Lein E.S., Howell M., Hof P.R. (2007) Atlasing of the mouse brain. III. Gene expression patterns in the visual cortex. *Soc. Neurosci. Abstr.* **33**, 535.24 (http://www.sfn.org).

341. Rodriguez A., Ehlenberger D.B., Dickstein D.L., Hof P.R., Wearne S.L. (2007) Application of Rayburst sampling to automated 3D classification of dendritic spine geometries from fluorescence microscopy images. *Soc. Neurosci. Abstr.* **33**, 536.4 (http://www.sfn.org).

342. Kamasawa N., Hamzei-Sichani F., Yasumura T., Janssen W.G.M., Davidson K.G.V., Wearne S.L., Hof P.R., Traub R.D., Rash J.E. (2007) Ultrastructural evidence for mixed synapses in hippocampal principal neurons using thin-section and freeze-fracture replica immunogold labeling (FRIL) electron microscopy. *Soc. Neurosci. Abstr.* **33**, 581.12 (http://www.sfn.org).

343. Akram A., Katsel P., Hof P.R., Haroutunian V. (2007) Changes in the expression of genes involved in cholesterol trafficking with the progression of Alzheimer's disease. *Soc. Neurosci. Abstr.* **33**, 795.9 (http://www.sfn.org).

344. Segal D., Haznedar M., Newmark R.E., Torosjan Y., Friedman J., Schneidermann J.S., Chu K.W., Hazlett E.A., Mitropoulou V., Tang C.Y. Hof P.R., Buchsbaum M.S. (2007) Diffusion tensor anisotropy in the cingulate gyrus in schizophrenia. *Soc. Neurosci. Abstr.* **33**, 805.23 (http://www.sfn.org).

345. Sharma Y., Xu T., Graf W., Fobbs A., Sherwood C.C., Hof P.R., Allman J.H., Manaye K.F. (2007) Comparative anatomy of the locus coeruleus in humans and apes. *Soc. Neurosci. Abstr.* **33**, 830.8 (http://www.sfn.org).

346. Dickstein D.L., Gama-Sosa M., Wearne S.L., Hof P.R. (2007) Alterations in dendritic and spine morphology in layer II/III pyramidal neurons of the prefrontal cortex in two Alzheimer's disease model mice. *Soc. Neurosci. Abstr.* **33**, 887.18 (http://www.sfn.org).

347. Raghanti M.A., Stimpson C.D., Marcinkiewicz J.L., Erwin J.M., Hof P.R., Sherwood C.C. (2008) Differences in cortical dopaminergic innervation among humans, chimpanzees, and macaque monkeys: a comparative study. *Am. J. Phys. Anthropol.* **Suppl. 46**, 176.

348. Raghanti M.A., Sherwood C.C., Hof P.R., Erwin J.M. (2008) Evolutionary changes in cortical neuromodulator innervation within the frontal cortex of humans, chimpanzees, and macaque monkeys. *Am. J. Primatol.* **70 (Suppl. 1)**, 32.

349. Dickstein D.L., Hof P.R. (2008) Dendritic alterations in layer II/III pyramidal neurons in the frontal cortex of hTau mice during disease progression. *Alzheimer Dementia* **4(Suppl. 2)**, T222.

350. Stockton Jr. S.D., Dickstein D.L., Christoffel D., Hof P.R. (2008) Hippocampal cell loss in the hTau mouse model during disease progression. *Alzheimer Dementia* **4(Suppl. 2)**, T239-T240.

351. Akram A., Katsel P., Hof P., Haroutunian V. (2008) Coordinated transcriptional and translational chnages in cholesterol transporter correlate with cognitive decline in Alzheimer's disease. *Soc. Neurosci. Abstr.* **34**, 45.7 (http://www.sfn.org).

352. Schenker N.M., Hopkins W.D., Erwin J.M., Hof P.R., Sherwood C.C. (2008) A stereological analysis of Broca's area homologue in chimpanzees. *Soc. Neurosci. Abstr.* **34**, 78.4 (http://www.sfn.org).

353. Butti C., Allman J.M., Hakeem A., Tetreault N.A., Wicinski B., Reidenberg J.S., Cozzi B., Erwin J.M., Sherwood C.C., Hof P.R. (2008) Von Economo neurons in the cetacean brain: distribution and quantification. *Soc. Neurosci. Abstr.* **34**, 79.14 (http://www.sfn.org).

354. Hof P.R., Butti C., Allman J.M., Hakeem A., Tetreault N.A., Carpenter D., Tang C.Y., Dickstein D.L., Harry S., Bonar C.J., Raghanti M., Sherwood C.C. (2008). The brain of the pigmy hippopotamus, *Hexaprotodon liberiensis* (Artiodactyla, Hippopotamidae): comparative histology, immunohistochemistry, and magnetic resonance imaging. *Soc. Neurosci. Abstr*. **34**, 79.24 (http://www.sfn.org).

355. Höistad M., Segal D., Carpenter D., Tang C.Y., Hof P.R. (2008) The effects of myelin deficiencies in mouse models of schizophrenia: studies in the MAG knockout and the Quaking mutant. *Soc. Neurosci. Abstr*. **34**, 254.25 (http://www.sfn.org).

356. Ng J., Tang C.Y., Eaves E.L., Kanellopoulou I., Mai X., Carpenter D., Hof P.R., Schroeder D.H., Condon C.A., Haier R.J. (2008) Gender differences in correlations of regional white matter integrity with intelligence factor scores. *Soc. Neurosci. Abstr*. **34**, 288.28 (http://www.sfn.org).

357. Eaves E.L., Tang C.Y., Ng J., Carpenter D., Hof P.R., Schroeder D.H., Condon C.A., Haier R.J. (2008) fMRI activations during n-back test correlate with intelligence factor scores differently in males and females. *Soc. Neurosci. Abstr*. **34**, 288.29 (http://www.sfn.org).

358. Carpenter D.M., Eaves E.L., Mai X., Hof P.R., Tang C.Y. (2008) Reproducibility of DTI image processing techniques. *Soc. Neurosci. Abstr*. **34**, 398.9 (http://www.sfn.org).

359. Stockton Jr. S.D., Hof P.R., Dickstein D.L. (2008) Alterations in dendritic morphology in layer II/III pyramidal neurons in the frontal cortex of htau mice. *Soc. Neurosci. Abstr*. **34**, 439.13 (http://www.sfn.org).

360. Hao J., Kaufmann J., Janssen W.G.M., Lou W., Hof P.R., Rapp P.R., Morrison J.H. (2008) Age-related synapse and spine loss in layer III pyramidal neurons of area 46 in female rhesus monkeys. *Soc. Neurosci. Abstr*. **34**, 475.8 (http://www.sfn.org).

361. Khvorostova Y., Barlow G., Dickstein D., Hof P.R., Crnic L.S., Patterson D., Town T., Galdzicki Z., Korenberg J.R. (2008) A new model of Down syndrome: human BAC transgenic for PCP4. *Soc. Neurosci. Abstr*. **34**, 493.14 (http://www.sfn.org).

362. Rapp P.R., Shamy J.L., Griesemer C.D., Roberts M.T., Hof P.R., Eberling J.L. (2008) Regionally selective decline in brain glucose metabolism in aged female rhesus macaques revealed by PET. *Soc. Neurosci. Abstr*. **34**, 593.3 (http://www.sfn.org).

363. Shamy J.L., Carpenter D.M., Fong S.G., Murray E.A., Tang C.Y., Hof P.R., Rapp P.R. (2008) Diffusion tensor imaging assessment of white matter tracts following hippocampal lesions in macaque monkeys. *Soc. Neurosci. Abstr*. **34**, 649.23 (http://www.sfn.org).

364. Sherwood C., Raghanti M., Stimpson C.D., Bonar C.J., Phillips K.A., Allman J.M., Erwin J.M., Hof P.R. (2008) Inhibitory interneurons and the evolution of human frontal cortex. *Soc. Neurosci. Abstr*. **34**, 682.24 (http://www.sfn.org).

365. Raghanti M., Erwin J.M., Hof P.R., Sherwood C.C. (2008) The distribution of tyrosine hydroxylase-immunoreactive neurons in prefrontal cortex of Old World monkeys, apes and humans. *Soc. Neurosci. Abstr*. **34**, 726.11 (http://www.sfn.org).

366. Ehlenberger D.B., Rodriguez A., Dickstein D.L., Hof P.R., Wearne S.L. (2008) A trainable system for classifying arbitrary dendritic spine types in 3D. *Soc. Neurosci. Abstr.* **34**, 798.3 (http://www.sfn.org).

367. De Souza A.A., Amunts K., Schleicher A., Hof P.R., Sherwood C.C., Zilles K. (2009) Hominoid brain organization: histometric analyses of striate and extrastriate areas. *Am. J. Phys. Anthropol.* **Suppl. 47**, 116.

368. Gilissen E.P., Suliga M., Deklerck R., Nyssen E., Achten R., Erwin J.M., Hof P.R., Sherwood C.C. (2009) Sulcus topography and asymmetry of the common chimpanzee parietal cortex. *Am. J. Phys. Anthropol.* **Suppl. 47**, 133-134.

369. Sherwood C.C., Raghanti M.A., Stimpson C.D., Spocter M.A., Bonar C.J., Phillips K.A., Allman J.M., Erwin J.M., Hof P.R. (2009) inhibitory interneurons and the evolution of human frontal cortex. *Am. J. Phys. Anthropol.* **Suppl. 47**, 238.

370. Erwin J.M., Rose A.L., Patterson F., Hof P.R. (2009) Learning from Michael: what studies of brain and behavior teach us about the mind of a gorilla. *Am. J. Primatol.* **71 (Suppl. 1)**, 54.

371. Erwin J.M., Hof P.R. (2009) Ethical considerations regarding research involving chimpanzees (*Pan troglodytes*). *Am. J. Primatol.* **71 (Suppl. 1)**, 106.

372. Akram A., Hof P.R., Haroutunian V. (2009) Dementia severity-dependent dysregulation of components of the cholesterol trafficking machinery, ABCA1 and SCARB1, in AD brain. *Soc. Neurosci. Abstr.* **35**, 43.14 (http://www.sfn.org).

373. Peterson L.D., Hof P.R., Glaser J., Peterson D.A. (2009) Counting neural cells in tissue by high-throughput computer-assisted confocal stereology. *Soc. Neurosci. Abstr.* **35**, 104.4 (http://www.sfn.org).

374. Sharma Y., Allman J.M. Hof P.R., Manaye K. (2009) Stereological analysis of the hypothalamic hypocretin/orexin neurons in human and non-human primates. *Soc. Neurosci. Abstr.* **35**, 225.10 (http://www.sfn.org).

375. Midthune B., Tyan S.H., Eggert S., Dickstein D.L., Hof P.R., Koo E.H. (2009) Morphological and functional significance of the APP homologue, APLP2 and its role in A$\beta$ toxicity. *Soc. Neurosci. Abstr.* **35**, 427.17 (http://www.sfn.org).

376. Walsh J.J., Shih A.Y.J., Eggert S., Hof P.R., Koo E.H., Tyan S.H., Dickstein D.L. (2009) Alterations in neuronal morphology of pyramidal neurons of the CA1, dentate gyrus, and prefrontal cortex of APP knockout mice. *Soc. Neurosci. Abstr.* **35**, 427.19 (http://www.sfn.org).

377. Hopkins W.D., Garrison A.R., Stimpson C.D., Erwin J.M., Hof P.R., Sherwood C.C. (2009) Wernicke's area homolog in chimpanzees (*Pan troglodytes*): probabilistic mapping, asymmetry, and comparison with humans. *Soc. Neurosci. Abstr.* **35**, 464.16 (http://www.sfn.org).

378. Hof P.R., Butti C., Romano T., Biancani B., Tuttle A.D., Sirpenski G., Rodriguez C.E., Bonar C.J., Marino L., Raghanti M.A., Sherwood C.C. (2009) The neocortical

organization of Cetacea, Sirenia, and Carnivora: a comparative study. *Soc. Neurosci. Abstr.* **35**, 464.22 (http://www.sfn.org).

379. Butti C., Bauernfeind A.L., Spocter M.A., Marino L., Manger P.R., Wicinski B.A., Hoistad M., Bonar C.J., Raghanti M.A., Sherwood C.C., Hof P.R. (2009) The glia-neuron index in the neocortex of Cetartiodactyla and Afrotheria: implications for mammalian evolution. *Soc. Neurosci. Abstr.* **35**, 464.23 (http://www.sfn.org).

380. Brautigam H., Thomas C., Pedrini S., Schmeidler J., Ho L., Fraser P., Westaway D., St. George-Hyslop P., Pasinetti G.M., Dickstein D.L., Hof P.R., Ehrlich M.E., Gandy S. (2009) High protein diet is associated with lower brain weight in Alzheimer's mouse model: Evidence for role of caloric source in vulnerability to amyloid toxicity. *Soc. Neurosci. Abstr.* **35**, 725.12 (http://www.sfn.org).

381. Gu X., Liu X., Guise K.G., Hof P.R., Naidich T.P., Fan J. (2009) Stimulus-driven, but not task-driven, pain perception modulates visual processing of the human body. *Soc. Neurosci. Abstr.* **35**, 785.15 (http://www.sfn.org).

382. Villegas L., Coplan J.D., Tang C.Y., Mathew S.J., Martinez J., Hof P.R., Smith E.L.P., Dwork A.D., Perera T.D., Rosenblum L.A., Shungu D.C., Gelernter J., Kaffman A., Jackowski A., Kaufman J., Gorman J.M. (2009) Early life stress and brain connectivity: white matter deficits in variable foraging demand subjects. *Biol. Psychiatry* **65 (Suppl. 1)**, 435S-436S.

383. Jackowski A.P., Coplan J.D., Tang C.Y., Mathew S.J., Martinez J., Hof P.R., Smith E.L.P., Dwork A.D., Perera T.D., Pantol G., Carpenter D., Rosenblum L.A., Shungu D.C., Gorman J.M., Kaffman A., Gelernter J., Kaufman J. (2009) Serotonin transporter gene polymorphism (5-HTTLPR) and amygdala volume in nonhuman primates submitted to early life stress. *Biol. Psychiatry* **65 (Suppl. 1)**, 110S.

384. Barger N., Schumann C.M., Annese J., Sherwood C.C., Stefanacci L., Hof P.R., Semendeferi K. (2010) A comparative stereological analysis of neuron numbers in the human and non-human primate basal amygdala. *Am. J. Phys. Anthropol.* **Suppl. 50**, 61.

385. Bauernfeind A., Hof P.R., Sherwood C.C. (2010) Intraspecific volumetric comparison of insular regions based on cytoarchitectonics. *Am. J. Phys. Anthropol.* **Suppl. 50**, 62-63.

386. De Sousa A.A., Sherwood C.C., Mohlberg H., Amunts K., Scheleicher A., MacLeod C.E., Hof P.R., Frahm H., Zilles K. (2010) Hominoid visual brain structure volumes and the position of the lunate sulcus. *Am. J. Phys. Anthropol.* **Suppl. 50**, 92.

387. Strener K.N., Boddy A.M., Kuzawa C.W., Sherwood C.C., Hof P.R., Lipovich L., Grossman L.I., Uddin M., Wildman D.E., Goodman M., Mair-Meijers H.E., Weckle A.L., Gregoire L., Chugani H.T. (2010) Functional genomic signatures of human brain growth and development. *Am. J. Phys. Anthropol.* **Suppl. 50**, 223.

388. Stimpson C.D., Allman J.M., Tetreault N.A., Butti C., Hof P.R., Sherwood C.C. (2010) Variation of NMB and ATF3 protein expression in von Economo neurons of hominoids: implications for evolution of social cognition. *Am. J. Phys. Anthropol.* **Suppl. 50**, 223-224.

389. Miller D.J., Duka T., Stimpson C.D., Schapiro S.J., Baze W.B., McArthur M.J., Fobbs A.J., Wildman D.E., Erwin J.M., Hof P.R., Sherwood C.C. (2010) Development of myelinated

axon length density and myelin-associated glycoprotein expression in the neocortex of chimpanzees compared to humans. *Soc. Neurosci. Abstr.* **36**, 440.11 (http://www.sfn.org).

390. Bozdagi O., Sakurai T., Patil S., Papapetrou D., Dickstein D.L., Takahashi N., Krug L., Wang X., Huntley G.W., Zhou Q., Hof P.R., Buxbaum J.D. (2010) Haploinsufficiency of Shank3 causes impairments in synaptic transmission and plasticity in the hippocampus. *Soc. Neurosci. Abstr.* **36**, 463.2 (http://www.sfn.org).

391. Hamzei-Sichani F., Simonyan K., Hof P., Koretsky A., Morris D. (2010) 3D X-ray computer tomography of excised rodent brain at submicrometric resolution using metallic intracellular contrast medium. *Soc. Neurosci. Abstr.* **36**, 516.20 (http://www.sfn.org).

392. Baizer J.S., Paolone N.A., Kramer V., Sherwood C., Hof P.R. (2010) Neurochemical organization of the chimpanzee vestibular brainstem. *Soc. Neurosci. Abstr.* **36**, 583.23 (http://www.sfn.org).

393. Walsh J.J., Tyan S.H., Midthune B., Eggert S., Hof P.R., Koo E., Dickstein D.L. (2010) Comparison of neuronal morphology in the prefrontal cortex of APP and APLP2 knockout mice. *Soc. Neurosci. Abstr.* **36**, 652.13 (http://www.sfn.org).

394. Raghanti M.A., Golden G.D., Watson S., Hof P.R., Sherwood C.C. (2010) Comparative analysis of the nucleus basalis of Meynert among primates. *Soc. Neurosci. Abstr.* **36**, 690.9 (http://www.sfn.org).

395. Barger N., Schumann C., Stefanacci L., Sherwood C., Annese J., Allman J., Hof P., Semendeferi K. (2010) A comparative, stereological analysis of neuron numbers in the amygdala and four amygdalar nuclei in humans, apes, and macaques. *Soc. Neurosci. Abstr.* **36**, 690.18 (http://www.sfn.org).

396. Yadav A., Weaver C.M., Gao Y.Z., Dickstein D.L., Luebke J.I., Hof P.R. (2010) Aged model neurons of the prefrontal cortex fire faster to maintain functional robustness in response to morphological dystrophy. *Soc. Neurosci. Abstr.* **36**, 745.6 (http://www.sfn.org).

397. Jacobs B.G., Borst J., Hannan M., Anderson K., Townshend C., Butti C., Sherwood C., Hof P.R., Manger P.R. (2010) African elephant (*Loxodonta africana*) neocortex: II. supragranular pyramidal neurons. *Soc. Neurosci. Abstr.* **36**, 900.8 (http://www.sfn.org).

398. Sherwood C.C., Jacobs B.G., Hannan M., Borst J., Anderson K., Janeway C., Butti C., Hof P.R., Manger P.R. (2010) African elephant (*Loxodonta africana*) neocortex: I. Neuromorphological characterics of cortical neurons. *Soc. Neurosci. Abstr.* **36**, 900.9 (http://www.sfn.org).

399. Butti C., Raghanti M.A., Bonar C.J., Rodriguez C.E., Reidenberg J.S., Wicinski B.A., Stimpson C.D., Brake A.G., Bauernfeind A., Sherwood C.C., Hof P.R. (2010) The insular cortex: a comparative perspective. *Soc. Neurosci. Abstr.* **36**, 900.10 (http://www.sfn.org).

400. Bauernfeind A., De Sousa A.A., Avasthi T., Zilles K., Semendeferi K., Hof P.R., Sherwood C.C. (2010) A volumetric comparison of insular regions in anthropoid primates based on cytoarchitectonics. *Soc. Neurosci. Abstr.* **36**, 900.11 (http://www.sfn.org).

401. Duka T., Grossman L. Uddin M., Wildman D., Goodman M., Baze W., Hof P., Sherwood C. (2011) Distribution of synaptic markers in chimpanzee neocortical areas across development. *Am. J. Phys. Anthropol.* **Suppl. 52**, 128-129.

402. Jia H., Lipovich L., Grossman L.I., Uddin M., Hof P., Sherwood C.C., Kuzawa C., Wildman D.E., Goodman M. (2011) Structural differences of orthologous brain-expressed genes between *Gorilla* and human revealed by high-throughput RNA sequencing. *Am. J. Phys. Anthropol.* **Suppl. 52**, 178-179.

403. Lipovich L., Tarca A.L., Jia H., Grossman L.I., Uddin M., Hof P., Sherwood C.C., Kuzawa C., Wildman D.E., Goodman M. (2011) Human-specific brain energy utilization features are reflected in gene expression during chilghood: and RNA-world perspective. *Am. J. Phys. Anthropol.* **Suppl. 52**, 199.

404. Spocter M., Hopkins W., Bianchi S., Heymeyer A., Anderson S., Stimpson C., Fobbs A., Hof P., Sherwood C. (2011) Neuropil asymmetry in the cerebral cortex of humans and chimpanzees: implications for the evoliuion of unique cortical circuitry in the human brain. *Am. J. Phys. Anthropol.* **Suppl. 52**, 281-282.

405. Raghanti M., Conley T., Erwin J.M., Hof P.R., Sherwood C.C. (2011) Neuropeptide Y-immunoreactive neurons in te cerebral cortex of humans and other anthropoid primates. *Soc. Neurosci. Abstr.* **37**, 39.17 (http://www.sfn.org).

406. Gama Sosa M.A., De Gasperi R., Janssen W.G., Hof P.R., Elder G.A. (2011) Regulation of neural progenitor cell differentiation by endothelial cells. *Soc. Neurosci. Abstr.* **37**, 131.21 (http://www.sfn.org).

407. Weinstock N., Hof P.R., Sherwood C.C., Witelson S.F., Baizer J.S. (2011) The nucleus pararaphales in monkey, man, and chimpanzee. *Soc. Neurosci. Abstr.* **37**, 183.08 (http://www.sfn.org).

408. Brautigam H., Dickstein D.L., Gandy S., Hof P.R., Ehrlich M.E. (2011) PS1Δ8 familial Alzheimer's mutation results in motor deficits, region-specific cell loss, and a total loss of all detectable $\gamma$-secreatase activity. *Soc. Neurosci. Abstr.* **37**, 354.02 (http://www.sfn.org).

409. Shamy J.L., Avants B.B., Roberts M.T., Rowland D.J., Larson R., Gee J., Cherry S.R., Hof P.R., Morrison J.H., Rapp P.R. (2011) Longitudinal structural and basal metabolic changes in behaviorally characterized aged female rhesus monkeys. *Soc. Neurosci. Abstr.* **37**, 411.18 (http://www.sfn.org).

410. Janeway C., Townshend C., Butti C., Wicinski B., Hof P., Sherwood C., Jacobs B.G. (2011) Quantitative neuromorphology in cetacea: bottlenose dolphin (*Tursiops truncatus*), North Atlantic minke whale (*Balaenoptera acutorostrata acutorostrata*), and humpback whale (*Megaptera novaeangliae*). *Soc. Neurosci. Abstr.* **37**, 734.09 (http://www.sfn.org).

411. Yadav A., Dickstein D.L., Luebke J.I., Hof P.R., Weaver C.M. (2011) Maintaining robustness of firing in layer III pyramidal neurons: predictions for the hyperpolarization-activated current $I_H$ in aging. *Soc. Neurosci. Abstr.* **37**, 766.23 (http://www.sfn.org).

412. Weaver C.M., Yadav A., Hof P.R., Luebke J.I. (2011) Model parameter predicts age-realted changes in ion channel density in layer III pyramidal neurons. *Soc. Neurosci. Abstr.* **37**, 766.24 (http://www.sfn.org).

413. Spocter M.A., Duka T., Hopkins W.D., Anderson S., Collins Z., Stimpson C.D., Hof P.R., Sherwood C.C. (2011) Evaluating the pattern of neocortical synapse-associated protein expression and asymmetry in the common chimpanzee (*Pan troglodytes*). *Soc. Neurosci. Abstr*. **37**, 817.03 (http://www.sfn.org).

414. Duka T.I., Collins Z., Grossman L.I., Uddin M., Wildman D.E., Schapiro S.J., McArthur M.J., Baze W.B., Hof P.R., Sherwood C.C. (2011) The interplay between synaptic oprganization, mitochondrial density, and expression of neuronal glucose transporter, GLUT3, in chimpanzee neocortical development. *Soc. Neurosci. Abstr*. **37**, 817.12 (http://www.sfn.org).

415. Bianchi S., Stimpson C.D., Bauernfeind A.L., Schapiro S.J., Bae W.D., McArthur M.J., Hopkins W.D., Jacobs B., Hof P.R., Sherwood C.C. (2011) Delayed development of pyramidal neuron morphology in the prefrontal cortex of the chimpanzee: a Golgi study. *Soc. Neurosci. Abstr*. **37**, 817.18 (http://www.sfn.org).

416. Bianchi S., Steimpson C.D., Bauernfeind A.L., Hopkins W.D., Semendeferi K., Jacobs B., Hof P.R., Sherwood C.C. (2012) Regional specializations in the chimpanzee neocortex: pyramidal neurons are more branched and spiny in the prefrontal cortex. *Am. J. Phys. Anthropol.* **Suppl. 54**, 99.

417. Duka T., Spocter M.A., Hopkins W.D., Anderson S., Collins Z., Stimpson C.D., Hof P.R., Sherwood C.C. (2012) Study on the lateral distribution in the expression of brain-specific proteins in the cerebral cortex in the common chimpanzee (*Pan troglodytes*). *Am. J. Phys. Anthropol.* **Suppl. 54**, 135.

418. Raghanti M.A., Bohush T., Sudduth J., Erwin J.M., Hof P.R., Sherwood C.C. (2012) Species-specific distributions of cholinergic innervation in the neocortex of anthropoid primates. *Am. J. Phys. Anthropol.* **Suppl. 54**, 242-243.

419. Chadwick B., Dickstein D.L., Veuthey T., Hof P.R., Baxter M.G., Hurd Y. (2012) Adolescent THC exposure induces immediate and long-term alterations in the dendritic branching complexity of medial prefrontal cortical pyramidal neurons. *Soc. Neurosci. Abstr*. **38**, 73.11 (http://www.sfn.org).

420. Eilam-Stock T., Xu P., Gu X., Van Dam N.T., Anagnostou E., Kolevzon A., Soorya L., Siller M., Hof P.R., Fan J. (2012) Abnormal association between spontaneous autonomic activity and brain fluctuations during resting state in autism spectrum disorders. *Soc. Neurosci. Abstr*. **38**, 245.18 (http://www.sfn.org).

421. Mufson E.J., Perez S.E., Mohammad N., Kramer L., Abrahamson E., Ikonomovic M.D., Erwin J.M., Sherwood C.C., Hof P.R., Raghanti M. (2012) Amyloid plaques but not classic neurofibrillary tangle pathology in the aged gorilla cortex. *Soc. Neurosci. Abstr*. **38**, 343.18 (http://www.sfn.org).

422. Uppal N., Minwalla L., Puri R., Bozdagi O., Janssen W.G., Dickstein D.L., Buxbaum J.D., Hof P.R. (2012) Ultrastructural changes in the CA1 of Shank3-deficient mice. *Soc. Neurosci. Abstr*. **38**, 443.19 (http://www.sfn.org).

423. Papapetrou D., Bozdagi O., Janssen W.G., Dickstein D.L., Buxbaum J.D., Hof P.R. (2012) Morphological correlates of synaptic plasticity in the Shank3-deficient mouse. *Soc. Neurosci. Abstr*. **38**, 444.12 (http://www.sfn.org).

424. Gu X., Van Dam N., Gao Z., Wang X., Liu X., Knight R., Hof P., Fan J. (2012) Cognition-emotion integration in the anterior insular cortex. *Soc. Neurosci. Abstr*. **38**, 627.05 (http://www.sfn.org).

425. Fan J., Xu P., Van Dam N.T., Eilam-Stock T., Gu X., Luo Y., Hof P.R. (2012) Resting state, idle mind: spontaneous brain activity relates to autonomic arousal. *Soc. Neurosci. Abstr*. **38**, 728.07 (http://www.sfn.org).

426. Sowa A.C., Steele J.W., Brautigam H., Short J., Frasier P.E., St. George-Hyslop P.H., Westaway D., Gandy S.E., Hof P.R., Dickstein D.L. (2012) Molecular and synaptic alterations result in early behavioral deficits in the TgCRND8 Alzheimer's mouse model. *Soc. Neurosci. Abstr*. **38**, 752.03 (http://www.sfn.org).

427. Harland T., Kennedy D., Johnson N., Wicinski B., Hof P.R., Sherwood C.C., Manger P.R., Schall M., Jacobs B.G. (2012) Neuromorphology of giraffe (*Giraffa camelopardalis*) visual and motor cortices. *Soc. Neurosci. Abstr*. **38**, 895.12 (http://www.sfn.org).

428. Duka T.I., Collins Z., Goldston J., Baker J.L., Grossman L.I., Wildman D.E., Baze W.B., Hof P.R., Sherwood C.C. (2012) Postnatal developmental changes in excitatory and inhibitory postsynaptic protein content and the ratio of excitatory-to-inhibitory synapses in chimpanzee cerebral cortex. *Soc. Neurosci. Abstr*. **38**, 895.13 (http://www.sfn.org).

429. Barks S.K., McFarlin S.C., Tocheri M.W., Massey J.S., Eriksen A.B., Fawcett K.A., Hof P.R., Bromage T.G., Mudakikwa A., Cranfield M.R., Sherwood C.C. (2012) Exceptionally rapid brain growth in wild Virunga gorillas (*Gorilla beringei beringei*). *Soc. Neurosci. Abstr*. **38**, 895.14 (http://www.sfn.org).

430. Raghanti M., Sudduth J., Bohush T., Erwin J.M., Hof P.R., Sherwood C.C. (2012) Humans and great apes share layer- and area-specific increases in cortical neuropeptide Y innervation. *Soc. Neurosci. Abstr*. **38**, 895.15 (http://www.sfn.org).

431. Baker J.L., Duka T., Maynard T., Wood B., Hof P.R., Ely J.J., Baze W.B., Schapiro S.J., Raghanti M., Lewandowski A., Wildman D.E., Sherwood C.C. (2012) The molecular evolution of NMDA receptors in the human lineage. *Soc. Neurosci. Abstr*. **38**, 895.16 (http://www.sfn.org).

432. Weaver C.M., Yadav A., Amatrudo J.M., Hof P.R., Luebke J.I. (2012) Modeling predicts that prameters shaping action potentials and synaptic responses differ in pyramidal neurons of the visual and prefrontal cortices. *BMC Neurosci*. **13(Suppl. 1)**, 61.

433. Barks S.K., Bauernfeind A.L., Hof P.R., Hopkins W.D., Raghanti M.A., Cranfield M.R., Mudakikwa A., De Sousa A.A., Zilles K., Sherwood C.C. (2013) Variable temporal-insular neuroanatomy in primates with attention to Eastern gorillas (*Gorilla beringei*). *Am. J. Phys. Anthropol*. **Suppl. 56**, 74.

434. Coskren P., Kabaso D., Wearne S.L., Yadav A., Hof P.R., Luebke J.I., Weaver C.M. (2013) Functional consequences of age-related morphologic changes in pyramidal neurons of the rhesus monkey prefrontal cortex. *BMC Neurosci*. **14(Suppl. 1)**, 245-256.

435. Raghanti M., Spurlock L.B., Treichler F.R., Heinrichs N.T., George J.C., Stimmelmayr R., Butti C., Thewissen J.G.M., <u>Hof P.R.</u> (2013) An analysis of von Economo neurons in the cerebral cortex of cetaceans, artiodactyls, and perissodactyls: emerging evidence for a phylogenetically ancient neuron type. *Soc. Neurosci. Abstr*. **39**, 173.13 (http://www.sfn.org).

436. Duka T.I., Collins Z., Anderson S.M., Raghanti M., Ely J.J., <u>Hof P.R.</u>, Wildman D.E., Grossman L.I., Sherwood C.C. (2013) Synaptosomal LDH isoenzyme pattern in primate brain evolution: a comparative study between neocortex and striatum. *Soc. Neurosci. Abstr*. **39**, 195.08 (http://www.sfn.org).

437. Baizer J.S., Wong K., <u>Hof P.R.</u>, Sherwood C.C., Witelson S.F. (2013) Degeneration of neurons in the principal nucleus of the inferior olive of the human: evidence from silver staining. *Soc. Neurosci. Abstr*. **39**, 469.16 (http://www.sfn.org).

438. Lee L., Johnson N., Waller L., Raghanti M., Lewandowski A., Kottwitz J.J., Roberts J.F., Manger P.R., <u>Hof P.R.</u>, Sherwood C.C., Jacobs B.G. (2013) Neocortical neuronal morphology in the infant giraffe (*Giraffa camelopardalis tippelskirchi*) and infant African elephant (*Loxodonta africana*). *Soc. Neurosci. Abstr*. **39**, 795.11 (http://www.sfn.org).

439. Duka T., Collins Z., Grossman L.I., Uddin M., Wildman D.E., Schapiro S.J., McArthur M.J., Baze W.B., <u>Hof P.R.</u>, Sherwood C.C. (2013) The interplay between synaptic reorganization, mitochondrial density, and expression of neuronal glucose transporter, GLUT3, in chimpanzee neocortical development. *Brain Behav. Evol*. **81**, 252-253.

440. Bauernfeind A.L., Soderblom E.J., Turner M.E., Moseley A.M., Ely J.J., <u>Hof P.R.</u>, Sherwood C.C., Wray G.A., Babbitt C.C. (2014) Differential gene and protein expression in the human and chimpanzee brain: a comparison using high-throughput techniques. *Am. J. Phys. Anthropol*. **Suppl. 58**, 73.

441. Duka T., Collins Z., Anderson S.M., Raghanti M.A., Ely J.J., <u>Hof P.R.</u>, Wildman D.E., Grossman L.I., Sherwood C.C. (2014) Phylogenetic variation in subcellular distribution of isoenzyme composition of energy metabolism enzyme, lactate dehydrogenase, in primate brain evolution. *Am. J. Phys. Anthropol*. **Suppl. 58**, 109.

442. Reyes L.D., Smaers J.B., Grinker O., Raghanti M.A., Zilles K., <u>Hof P.R.</u>, Sherwood C.C. (2014) Reorganization of cerebral cortical layers in primates compared to other mammals. *Am. J. Phys. Anthropol*. **Suppl. 58**, 221.

443. Sterner K.N., Chugani H.T., Tarca A.L., Sherwood C.C., <u>Hof P.R.</u>, Kuzawa C.W., Abbas A., Lipovich L., Grossman L.I., Uddin M., Goodman M., Wildman D.E. (2014) Dynamic patterns of gene expression in the human brain during postnatal development. *Am. J. Phys. Anthropol*. **Suppl. 58**, 246.

444. Rumbell T., Dragulijc D., Luebke J., <u>Hof P.</u>, Weaver C.M. (2014) Automatic fitness function selection for compartment model optimization. *BMC Neurosci*. **15(Suppl. 1)**, 5-6.

445. Rumbell T., Dragulic D., Luebke J.I., <u>Hof P.R.</u>, Weaver C.M. (2014) Compartmental model optimization predicts altered channel densities and kinetics in aged versus young pyramidal neurons of rhesus monkey prefrontal cortex. *Soc. Neurosci. Abstr*. **40**, 372.22 (http://www.sfn.org).

446. Duka T.I., Baker J., Collins Z., Anderson S.M., Raghanti M., Ely J.J., <u>Hof P.R.</u>, Wildman D.E., Grossman L.I., Sherwood C.C. (2014) AMPA receptor GluR2 subunit expression level is upregulated in synapses of the cerebral cortex across primates. *Soc. Neurosci. Abstr.* **40**, 446.16 (http://www.sfn.org).

447. Phillips K.A., Stimpson C.D., Smaers J.B., Raghanti M., Popratiloff A., <u>Hof P.R.</u>, Sherwood C.C. (2014) Biophysical constraints on the processing speed of axons conveyed by the corpus callosum: possible role in the evolution of hemispheric asymmetry. *Soc. Neurosci. Abstr.* **40**, 446.23 (http://www.sfn.org).

448. Jacobs B.G., Johnson N.L., Wahl D., Johnson C.B., Mohr D., Kopec B., Schall M., Maseko B.C., Lewandowski A.H., Raghanti M.A., Wicinski B., Butti C., Hopkins W.D., Bertelsen M.F., Walsh T., Roberts J.R., Reep R.L., <u>Hof P.R.</u>, Sherwood C.C., Manger P.R. (2014) Comparative neuronal morphology of the cerebellar cortex in afrotherians, carnivores, cetartiodactyls, and primates. *Soc. Neurosci. Abstr.* **40**, 499.02 (http://www.sfn.org).

449. Charvet C.J., van der Kouwe A., Hopkins W.D., <u>Hof P.R.</u>, Sherwood C.C., Takahashi E. (2014) Evo-devo and the cortical connectome highlights systematic changes in frontal connections across primates. *Soc. Neurosci. Abstr.* **40**, 499.03 (http://www.sfn.org).

450. Bauernfeind A.L., Reyzer M.L., Caprioli R.M., Ely J.J., Babbitt C.C., Wray G.A., <u>Hof P.R.</u>, Sherwood C.C. (2014) High spatial resolution proteomic comparison of the brain in humans and chimpanzees. *Soc. Neurosci. Abstr.* **40**, 795.11 (http://www.sfn.org).

451. Stimpson C.D., Hopkins W.D., Taglialatela J.P., Barger N., <u>Hof P.R.</u>, Sherwood C.C. (2014) Differences in serotonin transporter expression in the amygdala of bonobos (*Pan paniscus*) and chimpanzees (*Pan troglodytes*): implications for behavior. *Soc. Neurosci. Abstr.* **40**, 499.07 (http://www.sfn.org).

452. Munger E.L., Edler M.K., <u>Hof P.R.</u>, Hopkins W.D., Erwin J.M., Sherwood C.C., Raghanti M.A. (2014) Age-related neural changes in the chimpanzee hippocampus. *Soc. Neurosci. Abstr.* **40**, 499.08 (http://www.sfn.org).

453. Sherwood C., Takahashi E., van der Kouwe A., Hopkins W.D., <u>Hof P.R.</u>, Charvet C.J. (2014) Evo-devo of cortical association pathways: allometric and systematic variationacross primates. *Soc. Neurosci. Abstr.* **40**, 499.10 (http://www.sfn.org).

454. Janssen W.G., Hamzei-Sichani F., Zinn J.C., Evans J., Sharan A.D., Sperling M.R., Simonyan K., <u>Hof P.R.</u>, Morrison J.H. (2014) Pyramidal cell morphology in human cortical dysplasia. *Soc. Neurosci. Abstr.* **40**, 606.13 (http://www.sfn.org).

455. Hamzei-Sichani F., Zinn J.C., Janssen W.G.M., Evans J., Sharan A.D., Sperling M.R., Simonyan K., <u>Hof P.R.</u>, Morrison J.H. (2014) Pyramidal cell morphology in seizure onset zone, seizure spread zone, and silent cortical areas in patients with parietal lobe epilepsy. *Soc. Neurosci. Abstr.* **40**, 606.15 (http://www.sfn.org).

456. Zinn J.C., Janssen W.G.M., Evans J., Sharan A.D., Sperling M.R., Simonyan K., <u>Hof P.R.</u>, Morrison J.H., Hamzei-Sichani F., (2014) Morphometric analysis of human pyramidal neurons of Briodmann areas 39 and 40. *Soc. Neurosci. Abstr.* **40**, 785.24 (http://www.sfn.org).