## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>        Plaintiffs,<br><br>            v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>        Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### DECLARATION OF JING ZHANG

Jing Zhang affirms under penalty of perjury the truth of the following facts:

1.      I am Jing Zhang. My *curriculum vitae* is attached as Exhibit A.

2.      I have been asked to submit this declaration in support of the objection to the proposed class action settlement in the above captioned case filed by the MoloLamken LLP law firm. I am not being compensated for my work in doing so.

3.      Chronic traumatic encephalopathy (or CTE) is a unique neurodegenerative disease; it is not the same as amyotrophic lateral sclerosis (ALS), Alzheimer's disease, or Parkinson's disease.

4.      Repetitive brain trauma is a necessary condition for developing CTE.

5.     ALS, Alzheimer's disease, and Parkinson's disease are found in the general population of individuals who have not typically suffered repetitive brain trauma.   Also, suicidality does not typically present as a main symptom of these diseases.

6.     Mood and behavioral impairments such as depression, suicidality, hopelessness, impulsivity, explosiveness, rage, and aggression, although present in the general population, appear more frequently in individuals suffering from CTE than in the general population.

7.     The mood and behavioral impairments associated with CTE can present prior to the onset of CTE-related dementia and can be the cause of significant disability and distress for the patient.

8.     Based on my experience and knowledge of the clinical and scientific literature, I believe that a reliable, valid, and clinically accepted diagnosis of CTE, based, in part, on objective biomarkers, will likely be possible in the next decade, if not sooner, and long before the 65-year term of the proposed NFL Concussion Litigation Settlement expires.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury that the foregoing is true and correct.

Dated: November 19,  2014

_____
Jing Zhang , MD, PhD

Exhibit A

*July, 2014*

## *Curriculum Vitae*

**Personal Information:**

| | |
|---|---|
| Name: | Jing Zhang, MD, PhD |
| Place of birth: | Beijing, China |
| Citizenship: | American |
| Current Position: | Director, UW Medicine Neuropathology |

Endowed Chair, Neuropathology
Professor of Pathology
Adjunct Professor of Neurology, Ophthalmology and Oral Health Sciences, University of Washington School of Medicine

| | |
|---|---|
| Address: | Department of Pathology, School of Medicine |
| | University of Washington |
| | 300 9th Avenue |
| | Room 303B, R&T Building |
| | Seattle, WA 98104 |
| Home: | 7420 92nd PL SE |
| | Mercer Island, WA 98040 |
| Phone: | 206-897-5245 (Research) ; 206-744-6171 (Clinc) |
| | 206-897-5707 (Lab. Manager) ; 206-744-6776 (Secretary) |
| Fax: | 206-897-5249 |
| E-mail: | zhangj@u.washington.edu |
| Web: | http://www.pathology.washington.edu/research/labs/zhang/ |

**Education:**

| | |
|---|---|
| Aug. 1979 – June 1984 | Medicine, Second Military Medical University, Shanghai, China |
| Aug. 1984 –June 1987 | Graduate Student, Dept. of Diving Physiology, Second Military Medical University, Shanghai, China |
| Feb. 1990 – May 1996 | Ph.D. Student, Dept. of Cell Biology, and Research Associate, Dept. of Medicine, Duke University, Durham, NC |
| July 1996 – Feb. 2001 | Combined Anatomic Pathology/Neuropathology Program, Dept. of Pathology, Vanderbilt University Medical Center, Nashville, TN |
| July 1998 – June 1999 | Ocular Pathology, Dept. of Pathology, Vanderbilt University Medical Center, Nashville, TN |
| Feb. 2000 | Fellowship in Ophthalmic Pathology, Armed Forces Institute of Pathology |

**Faculty Position Held:**

| | |
|---|---|
| 03/01-06/02 | Assistant Professor and Attending pathologist, Departments of Pathology & Ophthalmology, Vanderbilt University, Nashville, TN |
| 07/02-06/06 | Assistant Professor, Department of Pathology, and Adjunct Assistant Professor of Ophthalmology, University of Washington (UW), Seattle, WA |
| 07/02-present | Attending pathologist, Department of Pathology, UW, Seattle, WA |
| 07/06-06/10 | Associate Professor of Pathology and Adjunct Associate Professor of Ophthalmology, UW, Seattle, WA |
| 07/10- | Professor of Pathology and Adjunct Professor of Neurology and Ophthalmology, UW, Seattle, WA |
| 07/02-present | Director of Ophthalmic Pathology Service, UW, Seattle, WA |
| 07/02-present | Associate Medical Staff Member, Seattle Cancer Care Alliance, Seattle, WA |
| 03/04-06/10 | Faculty Supervisor of Neuropathology Histology Laboratory, UW, Seattle, WA |
| 12/02-04/09 | Shaw Endowed Professorship in Investigative Neuropathology, UW, Seattle, WA |
| 05/09 | Shaw Endowed Chair in Neuropathology, UW, Seattle, WA |
| 07/10-present | Acting and then official Director, Neuropathology, UW School of Medicine, Seattle, WA |

**Medical Licenses and Board Certification:**

| | |
|---|---|
| Aug. 2000 | Tennessee Medical License (retired) |
| July, 2002 | Washington Medical License (active) |
| Nov. 2001 | Board-certified in Anatomic Pathologist and Neuropathology |

**Professional Interests:**

*Clinical Interests*:    Neuropathology and Ocular Pathology

*Research Interests*:    Neurodegenerative disorders, Parkinson's disease in particular, biomarkers, oxidative damage and mitochondrial dysfunction

**Research Funding:**

**Active projects:**

1) RO1 (NS057567)    NIH, Biomarkers for Preclinical Parkinson's disease
(2008-2014; Role: PI)
2) RO1 (AG033398)    NIH, Post-translational Modifications of Proteins in
(2008-2014; Role: PI)        Parkinson's disease
3) P42 (ES004696)    NIH, Biomarkers of neurontoxicants
(2009-2014; Role: Project Leader; PI for SuperFund: Checkoway)
4) RO1 (ES019277)    NIH, Interaction of α-synuclein & neurotoxicants with
(2011-2016; Role: PI)        Mac1-NADPH oxidase

5) P01 (NS062684)           NIH, Cognitive impairment in Parkinson's disease
   (2009-2014; Role: Core Leader; PI: Montine)
6) RO1 (ES016873)           NIH, Microglial PHOX Activity in Parkinson's Disease
   (2010-2015; Role: PI)
7) P30ES007033              NIH, Center for Ecogenetics & Environmental Health
   (2011-2016; Role: Director of Functional Genomics and Proteomics Laboratory;
   PI: Eaton)
8) K99 (ES017477)           NIH, VMAT-2 as a mediator of PBDE Neurotoxicity
   (2009-2014; Role: Mentor of Dr. Michael Caudle)
9) Nature Science Foundation of China - Microglial activation in Parkinson's disease
   (2009-2016; Role: PI; Co-PI: Chen)
10) U01 (1U01NS082137)   Large Scale Biomarker Discovery and Validation for
Parkinson Disease
   (2012-2017; Role: PI)


**Finished research funding since came to the University of Washington:**


APDA: American Parkinson Disease Association
AFAR: American Federation for aging research
MJFF: Michael J. Fox Foundation
PDF: Parkinson Disease Foundation


1) MJFF                     Biomarker discovery for Parkinson's disease
   (2005-2007; Role: PI)
2) PDF                      DATATOP CSF study
   (2007-2008; Role: PI)
3) K08 (ES00383)            NIH, Dithiocarbamate Pesticides in Parkinson's Disease
   (PI, 2001-2004)
4) P30 (ES00267)            NIH, Pilot grant: Proteomic Studies in Parkinson's Disease
   (PI, 2002-2003 - Center grant PI - Guengerich)
5) STTR (Ey14089)           NIH, Amniotic Membrane Contact Lens to Reduce Corneal
                            Scar
   (Co-PI, 2002-2003; PI: Wang)
6) AFAR                     Proteomic Analysis of Proteins related to Inflammation in
                            Parkinson's Disease
   (2004; Role: Mentor of Dr. Patrick McLaughlin)
7) R01 (ES10196)            NIH, Catechol Thioethers in Parkinson's Disease
   (2000-2005; Role: Co-I; PI: Montine)
8) APDA                     Proteomic mapping of midbrain
   (2005-2006; Role: PI)
9) PDF                      Role of EP2 in Parkinson's disease
   (2005-2006; Role: Mentor for Dr. Jinghua Jin)
10) PDF                     Proteomic analysis of EP2 mice in Parkinson's disease
   (2005-2006; Role: Mentor for Ms. Angela Haght)
11) RO1 (ES012703)          NIH, Proteomic Studies in Parkinson's Disease
   (2004-2009; Role: PI)
12) Michael J. Fox Found.   Isoforms of $\alpha$-synuclein in Parkinson's disease
   (2008-2009; Role: PI)

13) R21 (NS060252)          NIH, Detecting biomarkers in plasma for diagnosing
      (2007-2009; Role: PI)          neurodegenerative diseases
14) APDF                    VMAT2 in Parkinson's disease
      (2008-2009; Role: Mentor of Dr. Michael Caudle)
15) RO1 (AG025327)          NIH, Biomarkers for Parkinson's disease and Dementia
      (2004-2010; Role: PI)
16) R21 (DE17634)           Detecting biomarkers in saliva for GVHD
      (2008-2010; Role: Co-I; PI: Izutsu)
17) P50 (AG05136)           NIH, Alzheimer's Disease Research Center/Neuropath
      Core (05/31/05-04/30/10; Role: Autopsy and neuropathological service)
18) R21 (ES017504)          NIH, Neuropathology of Chronic Manganese Exposure
      (2009-2012; Role: Co-I; PI: Racette)
19) FOX Foundation (2011-2012; Role: PI)
      A) Salivary synuclein and DJ-1 as Parkinson's biomarkers
      B) DATATOP Biomarkers


**Teaching:**

   1. Course Director (2004-2010): PATH 513 Molecular Basis of Neurodegeneration
   2. Instructor for Neuropathology Section (2005-2009), HUBIO 546
   3. Faculty member, the Graduate Program in Neurobiology & Behavior at the UW (since 2005)
   4. Faculty member, the Graduate Program in Pathology at the UW (since 2005)

**Committees:**

A) Grants:

   1. NIH Study Section, charter member for Clinical Neurotransmission and Neuroplasticity (CNNT, since 2006)
   2. NSD-B: Staring in 2014
   3. Ad hoc member for:
      a. The National Institute of Environmental Health Sciences (since 2004)
      b. Clinical Neuroscience and Disease (CND, since 2005)
      c. The U.S. Army Medical Research and Materiel Command (USAMRMC, since 2004)
      d. National Nature Science Foundation, China (since 2006)

B) Editorial Boards:

   1. American Journal of Pathology (2015 – )
   2. Brain Pathology (since 2008)
   3. Clinical Medicine: Geriatrics (since 2007)
   4. Journal of Alzheimer Disease (2005-2008; 2014)
   5. Proteomics Insights (since 2008)
   6. Neurochemical Research (2006-2013)
   7. Neurological Disease (since 2006)
   7. PlosOne (Starting 2015)

C) Ad hoc reviewers:

4

1.  Annals of Neurology
2.  Archives of Neurology
3.  Brain Research
4.  FASEB J
5.  Glia
6.  Journal of Chemical Toxicology
7.  Journal of Experimental Neurology
8.  Journal of Neurochemistry
9.  Journal of Neuropathology and Experimental Neurology
10. Journal of Neuroscience
11. Journal of Neurotoxicology
12. Journal of Proteomics Research
13. Lancet Neurology
14. Molecular Cellular Proteomics
15. Nature Neuroscience
16. Neurology
17. Neurobiology of Aging
18. Neuropathology and Experimental Neurobiology
19. Science
20. Proteomics
21. Toxicology Letters

D) Others:

1)  Task Force of Board Member: Parkinson's Biomarkers: NIH (NINDS)
2)  Biomarker Task force of Board Member: Fox Foundation
3)  Board member of scientific program (2009-2011): American Society for Investigative Pathology (ASIP)
4)  Co-Chair 92013-2014), Parkinson's disease Biomarker Program (PDBP), NIHDS, NIH
5)  Member of Neuropathology Tissue Usage Center at University of Washington, Seattle, WA     (since 2006)
6)  Guest Professor, JiaoTong University School of Medicine, Shanghai, China (since 2008)

**Memberships:**

American Association of Neuropathologists
American Society for Investigative Pathology
College of American Pathologists
Neuroscience

**Fellowship and Honors:**

Fellowship in Hyperbaric Medicine, Feb. 1989 – Jan. 1990, Duke University Medical Center

Travel award to attend an International Conference on Parkinson's Disease, June 1999, Center of Excellence for Parkinson's Disease, Vanderbilt University Medical Center.

Alzheimer's Award (2007) see http://www.j-alz.com/award/award_2007.html for more details

5

**Invited talks (only those since 2008 are listed)**

1)    Early diagnosis of Parkinson's disease - Emory University, Atlanta, March, 2008

2)    Current proteomic analysis of biomarkers for neurodegenerative diseases - Eli Lilly, Indianapolis, April, 2008

3)    Biomarkers for Parkinson's disease and progression - Parkinson Study Group (PSG) Annual Meeting, San Diego, May, 2008

4)    Biomarkers for neurodegenerative diseases - University of Ottawa, Ottawa, June, 2008

5)    Biomarkers for neurodegenerative diseases: an update - Grand Rounds, Neurosurgery, University of Washington, July, 2008

6)    Introduction to proteomic discovery of biomarkers - McLean Hospital (Harvard University), August, 2008

7)    Isoforms of alpha-synuclein in Parkinson's disease - Lausanne, Switzerland, September, 2008

8)    Biomarkers in human cerebrospinal fluid - Educational workshop in Brain Tumor Founders Meeting, St. Louis, October, 2008

9)    Biomarkers related to Parkinson's dementia, Kassel, Germany, March, 2009

10)   Biomarkers for neurodegenerative diseases - A proteomic approach, UCSD, San Diego, April, 2009

11)   Proteomics of cerebrospinal fluid, Rotterdam, Netherland, May 2009

12)   Targeted and unbiased biomarker discovery for neurodegenerative diseases, Shanghai Jiao Tong University, July 2009

13)   Update on synuclein isoforms as Parkinson's biomarker, Beijing, July 2009

14)   2009 Annual Symposium, Harvard Medical School, Boston, Nov, 2009

15)   Unbiased and targeted discovery of biomarkers for Alzheimer's and Parkinson's disease, Huntington's Institute, Pasadena, March, 2010

16)   Biomarkers for Parkinson's disease, American Society of Investigative Pathology, Anaheim, April, 2010

17)   Biomarkers for Lewy body disease, NIH workshop, Washington DC, May, 2010

18)   Looking ahead - Novel markers for Parkinson's disease, Buenos Aires, Argentina, June, 2010

19)   LRRK2 as a model for PD biomarker discovery, Ribeirao, Brazil, June, 2010

20)   Update on Parkinson's biomarkers, Glasgow, Scotland, September, 2010

21)     Biomarkers for neurodegenerative disease, Aarhus, Denmark, September, 2010

22)     Biomarkers for neurodegenerative disease, Trondheim, Norway, September, 2010

23)     Biomarkers for neurodegenerative disease, Lund, Sweden, September, 2010

24)     Panel of markers for Parkinson's disease, Tuebingen, Germany, November, 2010

25)     Salivary biomarkers for neurodegenerative diseases - A new direction? Oral Biology, Seattle, WA, March, 2011

25)     Panel of markers for pre-motor Parkinson's disease, Tuebingen, Germany, May, 2011

26)     Salivary synuclein and DJ-1 for Parkinson's disease, Annul PSG meeting, Irving, TX, May, 2011

27)     Biomarkers for Parkinson's disease - Quest for the Holy Grail? Keystone lecture at NIH, June, 2011

28)     Proteomic studies of neurodegenerative disease - Proteomics and Aging Workshop, Seattle, WA, June, 201

29)     Biomarker for Huntington's disease - Task Force Workshop - Denver, CO, October, 2011

30)     Biomarkers for Parkinson's disease - Parkinson's Congress, Shanghai, December, 2011.

31)     Updates on premotor Parkinson's biomarkers - Pacific Northwest Basal Ganglia Coterie, Seattle, Washington, May, 2012

32)     Translational Neuroscience, Yichun, NingXia, China, July, 2012

33)     Molecular diagnosis of Alzheimer's and Parkinson's disease - from bench to bedside, Shanghai, China, September, 2012.

34)     DATATOP Parkinson's biomarkers - New York, FOX with the New York Academy of Sciences, December, 2012

35)     α-Synuclein in Parkinson's disease and related neurodegenerative diseases: From mechanisms to therapeutic strategies. Dubai, March, 2013

37)     Updates on Parkinson's biomarkers, University of Padua, Italy, June 2013

38)     Future Treatment Avenues in Parkinson¹s disease, Bordeaux, France, September, 2013

39)     Futures of Biomarkers, NIH workshop, Bethesda, Feb, 2014/10/13

40)     Brain banking and CNS biomarkers, Chongsa and Beijing, respectively, April, 2014.

41)     Application of α-synuclein and its variants as biomarkers of Parkinsonism, Bangkok, Oct, 2014

42)    Non-imaging biomarkers of MSA, Las Vegas , Nov, 2014

**Publications:**

Shi M, Liu C, Cook TJ, Bullock KM, Zhao Y, Ginghina C, Li Y, Aro P, Dator R, He C, Hipp
        MJ, Zabetian CP, Peskind ER, Hu SC, Quinn JF, Galasko DR, Banks WA,
        **Zhang J**. Plasma exosomal α-synuclein is likely CNS-derived and
        increased in Parkinson's disease. Acta Neuropathol. 2014 Jul 6. [Epub
        ahead of print]

Mattsson N, Insel P, Tosun D, **Zhang J**, Jack CR Jr, Galasko D, Weiner M; Alzheimer's
        Disease Neuroimaging Initiative. Effects of baseline CSF α-synuclein on
        regional brain atrophy rates in healthy elders, mild cognitive impairment and
        Alzheimer's disease. PLoS One. 2013 Dec 31;8(12):e85443. doi: 10.1371

Pan C, Zhou Y, Dator R, Ginghina C, Zhao Y, Movius J, Peskind E, Zabetian CP, Quinn J,
        Galasko D, Stewart T, Shi M, **Zhang J.** Targeted Discovery and Validation of
        Plasma Biomarkers of Parkinson's Disease. J Proteome Res. 2014 Jun 11.
        [Epub ahead of print]

Li G, Millard SP, Peskind ER, **Zhang J**, Yu CE, Leverenz JB, Mayer C, Shofer JS, Raskind
        MA, Quinn JF, Galasko DR, Montine TJ. Cross-sectional and longitudinal
        relationships between cerebrospinal fluid biomarkers and cognitive function
        in people without cognitive impairment from across the adult life span. JAMA
        Neurol. 2014 Jun;71(6):742-51.

Stewart T, Liu C, Ginghina C, Cain KC, Auinger P, Cholerton B, Shi M, **Zhang J**;
        Parkinson Study Group DATATOP Investigators. Cerebrospinal Fluid α
        -Synuclein Predicts Cognitive Decline in Parkinson Disease Progression in
        the DATATOP Cohort. Am J Pathol. 2014 Apr;184(4):966-75. doi:
        10.1016/j.ajpath.2013.12.007. Epub 2014 Mar 11.

Su Z, Wang X, Gao X, Liu Y, Pan C, Hu H, Beyer RP, Shi M, Zhou J, **Zhang J**, Serra AJ,
        Wüthrich RP, Mei C. Excessive activation of the alternative complement
        pathway in autosomal dominant polycystic kidney disease. Article first
        published online: 2 MAR 2014 DOI: 10.1111/joim.12214

Devic I, Shi M, Schubert MM, Lloid M, Izutsu KT, Pan C, Missaghi M, Morton TH, Mancl
        LA, **Zhang J**, Presland RB. Proteomic Analysis of Saliva from Patients with
        Oral Chronic Graft-Versus-Host Disease. Biology of Blood and Marrow
        Transplantation, 2014

Stewart T, Sui YT, Gonzalez-Cuyar LF, Wong DT, Akin DM, Tumas V, Aasly J, Ashmore
        E, Aro P, Ginghina C, Korff A, Zabetian CP, Leverenz JB, Shi M, **Zhang J**.
        Cheek cell-derived α-synuclein and DJ-1 do not differentiate Parkinson's
        disease from control. Neurobiol Aging. 2014 Feb;35(2):418-20. doi:
        10.1016/j.neurobiolaging.2013.08.008. Epub 2013 Sep 13.

Toledo JB, Korff A, Shaw LM, Trojanowski JQ, **Zhang J**. CSF α-synuclein improves diagnostic and prognostic performance of CSF tau and Aβ in Alzheimer's disease. Acta Neuropathol. 2013 Jun 29. [Epub ahead of print]

Peskind E, Petrie E, Cross D, Li G, Mayer C, Minoshima S, **Zhang J**, Montine T, Raskind M. Cerebrospinal fluid biomarkers and PET imaging of cerebral glucose metabolism in Iraq and Afghanistan veterans: Converging evidence of brain dysfunction and neurodegeneration.

Mattison HA, Nie H, Gao H, Zhou H, Hong JS, **Zhang J**. Suppressed pro-inflammatory response of microglia in CX3CR1 knockout mice. J Neuroimmunol. 2013 Apr 15;257(1-2):110-5. doi: 10.1016/j.jneuroim.2013.02.008. Epub 2013 Mar 15

Gonzalez-Cuyar LF, Nelson G, Criswell SR, Ho P, Lonzanida JA, Checkoway H, Seixas N, Gelman BB, Evanoff BA, Murray J, **Zhang J**, Racette BA. Quantitative neuropathology associated with chronic manganese exposure in South African mine workers. Neurotoxicology. 2013 Dec 26. pii: S0161-813X(13)00189-7. doi: 10.1016/j.neuro.2013.12.008.

Mattsson N, Insel P, Tosun D, **Zhang J**, Jack CR Jr, Galasko D, Weiner M, Alzheimer's Disease Neuroimaging Initiative. Effects of baseline CSF α-synuclein on regional brain atrophy rates in healthy elders, mild cognitive impairment and Alzheimer's disease. PLoS One. 2013 Dec 31;8(12):e85443. doi: 10.1371/journal.pone.0085443. eCollection 2013.

Hanson AJ, Bayer-Carter JL, Green PS, Montine TJ, Wilkinson CW, Baker LD, Watson GS, Bonner LM, Callaghan M, Leverenz JB, Tsai E, Postupna N, **Zhang J**, Lampe J, Craft S. Effect of Apolipoprotein E Genotype and Diet on Apolipoprotein E Lipidation and Amyloid Peptides: Randomized Clinical Trial. JAMA Neurol. 2013 Jun 17:1-9. doi: 10.1001/jamaneurol.2013.396. [Epub ahead of print]

**Zhang J**, Mattison HA, Liu C, Ginghina C, Auinger P, McDermott MP, Stewart T, Kang UJ; The Parkinson Study Group DATATOP Investigators, Cain KC, Shi M. Longitudinal assessment of tau and amyloid beta in cerebrospinal fluid of Parkinson disease. Acta Neuropathol. 2013 May 4. [Epub ahead of print]

Korff A, Liu C, Ginghina C, Shi M, **Zhang J**. α-Synuclein in Cerebrospinal Fluid of Alzheimer's Disease and Mild Cognitive Impairment. J Alzheimers Dis. 2013 Apr 19. [Epub ahead of print]

Shi M, Hwang H, **Zhang J**. Quantitative characterization of glycoproteins in neurodegenerative disorders using iTRAQ. Methods Mol Biol. 2013;951:279-96

Wang Y, Shi M, Chung KA, Zabetian CP, Leverenz JB, Berg D, Srulijes K, Trojanowski JQ, Lee VMY, Siderowf AD, Hurtig H, Litvan I, Schiess MC, Peskind ER, Masuda M, Hasegawa M, Lin XM, Pan C, Galasko D, Goldstein DS, Jensen PH, Yang H, Cain KC, and **Zhang J**, Phosphorylated α-synuclein in

Parkinson disease and related parkinsonism; Science (*Translational Medicine*); 2012 Feb 15;4(121):121ra20.

Racette BA, Criswell SR, Lundin JI, Hobson A, Seixas N, Kotzbauer PT, Evanoff BA, Perlmutter JS, **Zhang J**, Sheppard L, Checkoway H. Increased risk of parkinsonism associated with welding exposure. Neurotoxicology. 2012 Oct;33(5):1356-61. doi: 10.1016/j.neuro.2012.08.011.

Mollenhauer B, **Zhang J**. Biochemical premotor biomarkers for Parkinson's disease. Mov Disord. 2012 Apr 15;27(5):644-50. doi: 10.1002/mds.24956.

Lock EA, **Zhang J**, Checkoway H. Solvents and Parkinson disease: A systematic review of toxicological and epidemiological evidence. Toxicol Appl Pharmacol. 2012 Dec 7. pii: S0041-008X(12)00497-8. doi: 10.1016/j.taap.2012.11.016.

Haas BR, Stewart TH, **Zhang J**. Premotor biomarkers for Parkinson's disease - a promising direction of research. Transl Neurodegener. 2012 May 31;1(1):11

Lin X, Cook TJ, Zabetian CP, Leverenz JB, Peskind ER, Hu SC, Cain KC, Pan C, Edgar JS, Goodlett DR, Racette BA, Checkoway H, Montine TJ, Shi M, **Zhang J**. DJ-1 isoforms in whole blood as potential biomarkers of Parkinson disease. Sci Rep. 2012;2:954. doi: 10.1038/srep00954. Epub 2012 Dec 11.

Mattison HA, Stewart T, **Zhang J**. Applying bioinformatics to proteomics: is machine learning the answer to biomarker discovery for PD and MSA? Mov Disord. 2012 Nov;27(13):1595-7

Wang J, Hoekstra JG, Zuo C, Cook TJ, **Zhang J**. Biomarkers of Parkinson's disease: current status and future perspectives. Drug Discov Today. 2012 Sep 11. pii: S1359-6446(12)00304-2. doi: 10.1016/j.drudis.2012.09.001.

Nelson G, Criswell SR, **Zhang J**, Murray J, Racette BA. Research capacity development in South African manganese mines to bridge exposure and neuropathologic outcomes. Neurotoxicology. 2012 Jan 31. [Epub ahead of print]

Shi M, Sui YT, Peskind ER, Li G, Hwang H, Devic I, Ginghina C, Edgar JS, Pan C, Goodlett DR, Furay AR, Gonzalez-Cuyar FS, **Zhang J**, Salivary tau species are potential biomarkers of Alzheimer disease. J Alzheimers Dis. 2011 Aug 12. [Epub ahead of print]

Shi M, Furay A, Sossi V, Aasly JO, Armaly J,Wang Y, Wszolek ZK, Uitti RJ, Hasegawa K, Yokoyama T, Zabetian CP, Leverenz JB, Stoessl AJ, and Zhang J, DJ-1 and αSYN in LRRK2 CSF do not correlate with striatal dopaminergic function. Neurobiol Aging. 2011 Oct 20. [Epub ahead of print]

Shi M**, Zhang, J**. Cerebrospinal fluid α-synuclein, tau and amyloid β in Parkinson's disease. Lancet Neurology, July 18 online, 2011.

10

Hoekstra JG, Montine KS, **Zhang J**, Montine TJ, Mitochondrial therapeutics in Alzheimer's disease and Parkinson's disease, Alzheimers Res Ther. 3:21, 2011.

Devic I, Hwang H, Edgar JS, Izutsu K, Presland R, Pan C, Goodlett DR, Wang Y, Armaly J, Tumas V, Zabetian CP, Leverenz JB, Shi M, **Zhang J**. Salivary α-synuclein and DJ-1: potential biomarkers for Parkinson's disease. Jul;134(Pt 7):e178, 2011.

Bayer-Carter JL, Green PS, Montine TJ, Vanfossen B, Baker LD, Watson GS, Bonner LM, Callaghan M, Leverenz JB, Walter BK, Tsai E, Plymate SR, Postupna N, Wilkinson CW, **Zhang J**, Lampe J, Kahn SE, Craft S. Diet intervention and cerebrospinal fluid biomarkers in amnestic mild cognitive impairment. Arch Neurol. 68(6):743-52, 2011.

Shi, M, Bradner, J, Hancock, AM, Chung, KA, Quinn, JF, Peskind, ER, Galasko, D, Jankovic, J, Zabetian, CP, Kim, HM, Leverenz, JB, Montine, TJ, Ginghina, C, Kang, UJ, Cain, KC, Aasly, J, Goldstein, DS, **Zhang, J**, Cerebrospinal Fluid Biomarkers for Parkinson Disease Diagnosis and Progression. Ann Neurol. 2011 Mar;69(3):570-80. doi: 10.1002/ana.22311.

Wang Y, Hancock AM, Bradner J, Chung KA, Quinn JF, Peskind ER, Galasko D, Jankovic J, Zabetian CP, Kim HM, Leverenz JB, Montine TJ, Ginghina C, Edwards KL, Snapinn KW, Goldstein DS, Shi M, **Zhang J**. Complement 3 and factor H in human cerebrospinal fluid in Parkinson's disease, Alzheimer's disease, and multiple-system atrophy. Am J Pathol. 178(4):1509-16, 2011.

Mata IF, Shi M, Agarwal P, Chung KA, Edwards KL, Factor SA, Galasko DR, Ginghina C, Griffith A, Higgins DS, Kay DM, Kim H, Leverenz JB, Quinn JF, Roberts JW, Samii A, Snapinn KW, Tsuang DW, Yearout D, **Zhang J**, Payami H, Zabetian CP, A SNCA Variant Associated with Parkinson's Disease and Plasma α-Synuclein Level. Arch Neurol. 67:1350-6, 2010.

Leverenz JB, Stennis Watson G, Shofer J, Zabetian CP, **Zhang J**, Montine TJ. Cerebrospinal fluid biomarkers and cognitive performance in non-demented patients with Parkinson's disease. Parkinsonism Relat Disord. 2010 Oct 31. (Epub ahead of print).

Montine TJ, Shi M, Quinn JF, Peskind ER, Craft S, Ginghina C, Chung KA, Kim H, Galasko DR, Jankovic J, Zabetian CP, Leverenz JB, **Zhang J**. CSF Aβ42 and tau in Parkinson's disease with cognitive impairment. Mov Disord 2010 Nov 15;25(15):2682-5.

Shi M, Zabetian CP, Hancock AM, Ginghina C, Hong Z, Yearout D, Chung KA, Quinn JF, Peskind ER, Galasko D, Jankovic J, Leverenz JB, **Zhang J**. Significance and confounders of peripheral DJ-1 and alpha-synuclein in Parkinson's disease. Neurosci Lett. 480:78–82, 2010.

Liu J, Shi M, Hong Z, Zhang J, Bradner J, Quinn T, Beyer RP, Mcgeer PL, Chen S, **Zhang J**. Identification of ciliary neurotrophic factor receptor alpha as a mediator of

11

neurotoxicity induced by alpha-synuclein. Proteomics. 10(11):2138-50, 2010. doi:10.1002/pmic.200900745

Shi M, Huber BR, Zhang J. Biomarkers for cognitive impairment in Parkinson disease. Brain Pathol. 2010 May;20(3):660-71.

Rostomily RC, Born DE, Beyer RP, Jin J, Alvord EC Jr, Mikheev AM, Matthews RT, Pan C, Khorasani L, Sonnen JA, Montine TJ, Shi M, **Zhang J**. Quantitative proteomic analysis of oligodendrogliomas with and without 1p/19q deletion. J Proteome Res. 7;9(5):2610-8, 2010.

Caudle WM, Bammler TK, Lin Y, Pan S, **Zhang J**. Using 'omics' to define pathogenesis and biomarkers of Parkinson's disease. Expert Rev Neurother, 10(6):925-42, 2010

Hong Z, Shi M, Chung KA, Quinn JF, Peskind ER, Galasko D, Jankovic J, Zabetian CP, Leverenz JB, Baird G, Montine TJ, Hancock AM, Hwang H, Pan C, Bradner J, Kang UJ, Jensen PH, **Zhang J**. DJ-1 and synuclein as biomarkers of Parkinson's disease, Brain, 133:713-26, 2010.

Oh JH, Pan S, **Zhang J**, Gao J, MSQ: A tool for quantification of proteomics data generated by LC-MALDI TOF/TOF based targeted quantitative proteomics platform. Rapid Comm Mass Spec, 24(4):403-8, 2010.

Hwang H, Zhang JP, Chung KA, Leverenz JB, Zabetian CP, Peskind ER, Jankovic J, Su Z, Hancock AM, Pan C, Montine TJ, Pan S, Nutt J, Albin R, Gearing M, Beyer RP, Shi M, and Zhang J. Glycoproteomics in Neurodegenerative Diseases. Mass Spec Reviews, 29(1):79-125, 2010.

Caudle WM, **Zhang J**. Glutamate, excitotoxicity, and programmed cell death in Parkinson disease. Exp Neurol. 220:230-3, 2009.

Shi M, Bradner J, Bammler TK, Eaton DL, Zhang J, Ye Z, Wilson AM, Montine TJ, Pan C, **Zhang J** Identification of synaptosomal glutathione S-transferase Pi as a key protein in Parkinson disease progression, American J. Path, 175(1):54-65, 2009

Leverenz JB, Quinn JF, Zabetian C, **Zhang J**, Montine KS, Montine TJ. Cognitive impairment and dementia in patients with Parkinson disease. Curr Top Med Chem.9:903-12, 2009.

Caudle WM, Kitsou E, Li J, Bradner J, **Zhang J** (2009). A role for a novel protein, nucleolin, in Parkinson's disease, Neuroscience Letts Jul 31;459(1):11-5.

Liu J, Zhang JP, Shi M, Quinn T, Bradner J, Beyer R, Chen S, Zhang J (2009). Rab11a and HSP90 regulate recycling of extracellular alpha-synuclein. J Neurosci. 4;29(5):1480-5.

12

Pan S, Aebersold R, Chen R, Rush J, Goodlett DR, McIntosh MW, **Zhang J**, Brentnall TA (2009), Mass spectrometry based targeted protein quantification: methods and applications, J. Proteome Res. 6;8(2):787-797

Shi M, Caudle WM and **Zhang J** (2008). Biomarker Discovery in Neurodegenerative Diseases: A Proteomic Approach, Neurobiol Dis. 2008 Sep 26 **online**

Hu X, Zhang D, Pang H, Caudle WM, Li Y, Gao H, Liu Y, Qian L, Wilson B, Di Monte DA, Ali SF, **Zhang J**, Block ML, Hong JS (2008). Macrophage Antigen Complex-1 Mediates Reactive Microgliosis and Progressive Dopaminergic Neurodegeneration in the MPTP Model of Parkinson's Disease, J Immunol. 181(10):7194-204.

Kitsou E, Pan S, Zhang JP, Dickson DW, Albin R, Gearing M,  Kashima DT, Wang Y, Beyer DP, Zhou Y, Pan C, Caudle WM, **Zhang J** (2008), Identification of proteins in human substantia nigra, Proteomics, Clin Application, 2 (5):776-782.

Liu J, Hong Z, Ding JQ, Liu JR, **Zhang J**, Chen SD (2008), Predominant release of lysosomal enzymes by newborn rat microglia after LPS treatment revealed by proteomic studies. J Proteome Res. 7(5):2033-49

Caudle WM, Pan S, Shi M, Quinn T, Hoekstra J, Beyer RP, Montine TJ, **Zhang J**. Proteomic identification of proteins in the human brain: Towards a more comprehensive understanding of neurodegenerative disease (2008), Proteomics - Clin Application 2(10-11): 1484-1497

**Zhang J**, Keene CD, Pan C, Montine KS, Montine TJ. Proteomics of human neurodegenerative diseases (2008). J Neuropathol Exp Neurol. 67(10):923-32

Klegeris A, Li J, Bammler TK, Jin J, Zhu D, Kashima DT, Pan S, Hashioka S, Maguire J, McGeer PL, **Zhang J** (2008), Prolyl endopeptidase is revealed following SILAC analysis to be a novel mediator of human microglial and THP-1 cell neurotoxicity. Glia. 56(6):675-85

Shi M, Jin J, Wang Y, Beyer RP, Kitsou E, Albin RL, Gearing M, Pan C, **Zhang J,** (2008) Mortalin: A Protein Associated With Progression of Parkinson Disease? 1: J Neuropathol Exp Neurol. 67(2):117-124

**Zhang J**, Sokal I, Peskind E, Quinn J, Jankovic J, Kenney C, Chung K, Millard S, Nutt J, Montine TJ (2008), CSF multianalyte profile distinguishes Alzheimer's and Parkinson's diseases, Am J Clin Path, 129(4):526-9.

Pan S, Rush J, Peskind ER, Galasko D, Chung K, Quinn J, Jankovic J, Leverenz JB, Zabetian C, Pan C, Wang Y, Oh JH, Gao J, Zhang J, Montine T, **Zhang J** (2008). Application of Targeted Quantitative Proteomics Analysis in Human Cerebrospinal Fluid Using a Liquid Chromatography Matrix-Assisted Laser Desorption/Ionization Time-of-Flight Tandem Mass Spectrometer (LC MALDI TOF/TOF) Platform. J Proteome Res. 7(2):720-30.

13

Pan S, Shi M, Jin J, Albin RL, Lieberman A, Gearing M, Lin B, Pan C, Yan X, Kashima DT, **Zhang J** (2008), Proteomics identification of proteins in human cortex using multidimensional separations and MALDI tandem mass spectrometer. Mol Cell Proteomics. 6(10):1818-23.

Liu, J, Zhou Y, Liu J, Fong H, Murray TM, and, **Zhang J** (2007), Proteins involved in phagocytosis of aggregated $\alpha$-synuclein. J Proteome Res. 6(9):3614-27.

Yang W, Woltjer RL, Sokal I, Pan C, Wang Y, Brodey M, Peskind ER, Leverenz JB, **Zhang J**, Perl DP, Galasko DR, Montine TJ (2007). Quantitative Proteomics Identifies Surfactant-Resistant alpha-Synuclein in Cerebral Cortex of Parkinsonism-Dementia Complex of Guam but Not Alzheimer's Disease or Progressive Supranuclear Palsy. Am J Pathol. 171(3):993-1002.

Jin J, Davis J, Zhu D, Kashima DT, Leroureil M, Pan, C, Montine KS, and **Zhang J** (2007) Identification of novel proteins affected by rotenone in mitochondria of dopaminergic cells, BMC Neurology, 8(1):6

Li G, Sokal I, Quinn JF, Leverenz JB, Brodey M, Schellenberg GD, Kaye JA, Raskind MA, **Zhang J**, Peskind ER, and Montine TJ (2007). CSF tau/Abeta42 ratio for increased risk of mild cognitive impairment: a follow-up study. Neurology. 2007 69(7):631-9

Sonnen JA, Keene CD, Montine KS, Li G, Peskind ER, **Zhang J**, Montine TJ (2007). Biomarkers for Alzheimer's disease, Expert Rev Neurother. 7(8):1021-8.

Chen L, Davis J, Jin J, Zhou Y, Wang Y, Liu J, Lockhart P, and **Zhang J** (2007), Oligomeric $\alpha$-synuclein inhibits tubulin polymerization, Biochem. Biophy. Res. Comm, 356(3):548-53.

Zhang W, Dallas S, Guo JP, Pang H, Wilson B, Miller DS, Jia J, Chen B, Zhang W, McGeer PL, Hong JS, and **Zhang J** (2007), Microglial Mac-1 and PHOX are essential to the enhanced dopaminergic neurodegeneration elicited by A30P and A53T mutant $\alpha$-synuclein, Glia, 55:1178-88

Jin J, Li GJ, Davis J, Zhu D, Wang C, Pan C, and **Zhang J** (2007), Identification of novel proteins interacting with both a-synuclein and DJ-1, Mol Cell Proteomics. 6:845-59, 2007.

Jin J, Shie FS, Liu J, Wang Y, Davis J, Schantz AM, Montine KS, Montine TJ, Zhang J. Prostaglandin E2 receptor subtype 2 (EP2) regulates microglial activation and associated neurotoxicity induced by aggregated alpha-synuclein, J Neuroinflammation. 4;4:2, 2007.

Pan S, Zhu D, Quinn JF, Peskind ER, Montine TJ, Lin B, Goodlett DR, Taylor G, Eng J, **Zhang J**. (2007), A combined dataset of human cerebrospinal fluid proteins identified by multi-dimensional chromatography and tandem mass spectroscopy, Proteomics, 7(3):469-73.

Leverenz, JB, Umar I, Wang Q, Montine TJ, Jin J, Pan C, Shin J, Zhu D, and **Zhang J** (2007), Proteomic Identification of Novel Proteins in Cortical Lewy Bodies, Brain Pathology, 17(2):139-145.

**Zhang J** and Montine TJ. Proteomic discovery of CSF biomarkers for Alzheimer's disease. Ann Neurol. 61(5):497, 2007.

Pan S, Wang W, Quinn JF, Peskind ER, Waichunas D, Wimberger JT, Jin J, Li DJ, Zhu D, Pan C, and **Zhang J** (2006), Identification of glycoproteins in human cerebrospinal fluid with a complementary proteomic approach, Journal of Proteomic Research, 5:2769-2779

Zhang H, Loriaux P, Eng J, Campbell D, Keller A, Moss P, Bonneau R, Zhang N, Zhou Y, Wollscheid B, Cooke K, Yi EC, Lee H, Peskind ER, **Zhang J**, Smith RD, Aebersold R (2006), UniPep, a database for human *N*-linked glycosites: A Resource for Biomarker Discovery, Genome Biology, August online

Abdi F, Quinn JF, Jankovic J, McIntosh M, Leverenz JB, Peskind E, Nutt J, Chung K, Zabetian C, Samii A, Lin M, Hattan S, Pan C, Wang Y, Jin J, Zhu D, Li J, Liu Y, Waichunas D, Montine TJ, **Zhang J** (2006), Detection of biomarkers with a multiplex quantitative proteomic platform in cerebrospinal fluid of patients with neurodegenerative disorders, Journal of Alzheimer's Disease 9:293-348.

Jin J, Hulette C, Wang Y, Zhang T, Pan C, Wadhwa R, and and, **Zhang J** (2006), Proteomic Identification of a Stress Protein, Mortalin/mthsp70/GRP75, Mol Cell Proteomics, 5(7):1193-204. Epub 2006 Mar 24.Mar 24

McLaughlin P, Zhou Y, Ma T, Liu J, Kovacs M, and, **Zhang J** (2006), Proteomic analysis of microglial contribution to mouse strain-dependent dopaminergic neurotoxicity, Glia 53:567-82

Xu J, Chen J, Peskind, ER, Jin J, Eng J, Pan P, Montine TJ, Goodlett DR, **Zhang J** (2006), Characterization of proteome of human cerebral spinal fluid.  Int. Rev Neurob, 73:29-98

Thakker MM, **Zhang J**, Sires BS (2005).  Chronic Inflammation from polycarbonate motility peg inhibits osteogenesis in a human hydroxyapatite orbital implant. Ophthal Plast Reconstr Surg. 21(5):399-401

Xiong X, Shie FS, **Zhang J,** Lee CP, and Ho YS (2005).  Prevention of mitochondrial dysfunction in post-traumatic mouse brain by superoxide dismutase. J. Neurochem. 95(3):732-44.

Woltjer RL, Cimino PJ, Pan C, **Zhang J**, Montine KS, Montine TJ (2005).  Proteomic determination of widespread detergent-insolubility including Abeta but not tau early in the pathogenesis of Alzheimer's disease.  *FASEB J.* 19(13):1923-5.

Zhou Y, Wang Y, Kovacs M, Jin J, and **Zhang, J**, Microglial activation induced by neurodegeneration – A proteomic analysis, *Molecular Cellular Proteomics*, 2005 Oct;4(10):1471-9.

**Zhang J**, Goodlett DR, Peskind ER, Quinn, JF, Zhou, Y**,** Pan, P, Yi, E, Eng, J, Aebersold, R. and Montine, TJ (2005), Quantitative proteomics of cerebrospinal fluid from Alzheimer disease and controls using isotope-coded affinity tags. *Journal of Alzheimer's Disease,* 7:125-33.

15

Yenerel, NM, Boada, R, Clifton, B, **Zhang, J**, and Saperstein, DA (2005), Ganciclovir Implant with Cyst-like Abnormality Arch Ophthal, 123(2):282-3

Wang Q, Woltjer RL, Cimino PJ, Pan C, Montine KS, **Zhang J**, Montine TJ (2005). Proteomic analysis of neurofibrillary tangles in Alzheimer Disease identifies GAPDH as a detergent-insoluble paired helical filament tau-binding protein. *FASEB J.* 19:869-71.

Jin J, Meredith G, Chen L, Zhou Y, Xu J, Xie FX, Lockhart P, and **Zhang J** (2005), Quantitative proteomic analysis of mitochondrial proteins: relevance to Lewy body formation and Parkinson's disease. *Molecular Brain Res*, 24;134(1):119-38.

Zhang W, Wang T, Pei Z, Meng Y, Wu XF, Belinda W, Zhang W, Hong JS and **Zhang J** (2005), Aggregated α-synuclein activates microglia: a process leading to disease progression in Parkinson's disease. *FASEB J* 19:532-541.

Zaja-Milatovic S, Schantz, A, **Zhang J**, Montine KS, Samii A, Deutch A, and Montine, TJ (2005), Dendritic Degeneration in Neostriatal Medium Spiny Neurons in Parkinson Disease. *Neurol* 64:545-7.

**Zhang J**, Goodlett, DR, Peskind, ER, Quinn, JF, Zhou, Y, Pan, P, Yi, E, Eng, J, Aebersold, R. and Montine, TJ (2005), Quantitative proteomic analysis of age-related changes in human cerebrospinal fluid. *Neurobiol Aging*, 26: 207-227.

Ye X., Shie F,S., **Zhang J**, and Ho, YS  (2004) The protective role of cellular glutathione peroxidase against mitochondrial dysfunction in head trauma, *J Stroke and Cereb Dis*, 13:129-137.

Zhou Y, Gu G, Goodlett, DR, Yi, EC, Eng J, Pan P, Montine, KS, Montine, TJ, Aebersold, RH, and **Zhang J** (2004), Analysis of α-Synuclein Associated Proteins by Quantitative Proteomics. *J. Biol. Chem*, 279:39155-39164.

Zhou Y, Shie FS, Piccardo P, Montine TJ and **Zhang J** (2004), Proteasomal inhibition induced by manganese ethylene-bis-dithiocarbamate: relevance to Parkinson's disease. *Neuroscience*, 128:281–291。

**Zhang J**, and Goodlett, DR (2004).  Proteomic approach to studying Parkinson's disease. *Mol Neurol*, 29:271-88.

Fessel JP, Hulette C, Powell S, Roberts LJ, **Zhang J** (2003). Isofurans, but not $F_2$-isoprostanes, are increased in the substantia nigra of patients with Parkinson's disease and with dementia with Lewy body disease. *J Neurochem*. 85:645-50.

Guangyu G, Franklin, J, Levy, S, Wallace, DC, and **Zhang, J** (2003) Profiling genes related to mitochondrial function in mice treated with N-methyl-4-phenyl-1,2,3,6-tetrahydropyridine. *Biochem. Biophy. Res. Com.* 308:197-205

Lekse, J.M., **J. Zhang**, and L.A. Mawn (2003) Metastatic gastroesophageal junction adenocarcinoma to the extraocular muscles. *Ophthalmology* 110:318-21

**Zhang, J**., V Fitsanakis, G Gu, DJ Jing, M Ao, V Amarnath, and TJ Montine (2003) Manganese ethylene-*bis*-dithiocarbamate and selective dopaminergic neurodegeneration in rat: A link through mitochondrial dysfunction. *J. Neurochem.* 84:1-11

Fitsanakis, VA, Amarnath V, Moore JT, **Zhang J**, and Montine TJ (2002). Catalysis of catechol oxidation by metal-dithiocarbamate complexes in pesticides. Free Rad Biol Med 33(12):1714-23.

Sidell, K.R. **J Zhang**, and TJ Montine (2002). Dopamine thioethers: formation in brain and neurotoxicity. *Neurotoxicity Res.* 4: 663-669

**Zhang, J** (2002) Diagnosis of parkinsonism at autopsy *Ann. Contem. Diag. Path.* 5:45-50

Gu G., F.R. Patricio, G.T. Golden, R. Woltjer, C. Hulette, T.J. Montine, and **J. Zhang** (2002) Mitochondrial DNA Deletions/Rearrangements in Parkinson's Disease and Related Neurodegenerative Disorders *J. Neuropathol. Exp. Neurol* 6:634-9

Castellani, R.J., G. Perry, S.L. Siedlak, A. Nunomura, S. Shimohama, **J. Zhang**, T. Montine, L.M. Sayre, M.A. Smith (2002) Hydroxynonenal adducts indicate a role for lipid peroxidation in neocortical and brainstem Lewy bodies in humans. *Neurosci Lett.* 319(1):25-8.

**Zhang J.**, T.J. Montine, M.A. Smith, S.L. Siedlak, D. Robertson, and G. Perry (2002) The mitochondrial common deletion in Parkinson's disease and related movement disorders. *Parkinsonism and Related Dis* 8:165-170.

Boyd, A. and **J. Zhang** (2001) Hemangioblastoma arising from the skin. *Am J Dermatopathol* 23: 482-4.

Tsai, J.S. J.A. Sivak-Callcott, B. G. Haik, **J. Zhang**, I.W. McLean (2001) Latanoprost-induced iris heterochromia and open-angle glaucoma: a clinicopathologic report. *J. Glaucoma* 10:411-3.

Shappell, S.B., D.S. Keeney, **J. Zhang**, R. Page, S.J. Olson, and A.R. Brash (2001) 15-Lipoxygenase-2 expression in benign and neoplastic sebaceous glands and other cutaneous adnexa. *J Invest Dermatol* 2001 Jul;117(1):36-43.

Amarnath, V., K. Amarnath, D.G. Graham, Q. Qi, H. Valentine, **J. Zhang,** and W.M. Valentine (2001) Identification of a new urinary metabolite of carbon disulfide using an improved method for determination of 2-thioxothiazolidine-4-carboxyulic acid. *Chem. Res. Toxical* 14:1277-1283.

Montine TJ, Amarnath V, Picklo MJ, Sidell KR, **Zhang J**, Graham DG (2000). Dopamine mercapturate can augment dopaminergic neurodegeneration. *Drug Metab Rev* 32(3-4):363-76.

**Zhang J**., V. Kravtsov, V. Amarnath, M.J. Picklo, D.G. Graham, and T.J. Montine (2000). Enhancement of dopaminergic neurotoxicity by the mercapturate of dopamine: Relevance to Parkinson's disease. *J. Neurochem.* 74:970-978.

**Zhang J.**, D.G. Graham, T.J. Montine, and Y.S. Ho (2000). Enhanced N-methyl-1,2,3,6-tetrahydropyridine toxicity in mice deficient in Cu-Zn superoxide dismutase or glutathione peroxidase. *J. Neuropathol. Exp. Neurol* 59:58-66.

**Zhang J.**, G. Perry, M.A. Smith, D. Robertson, S.J. Olson, D.G. Graham, and T.J. Montine (1999). Parkinson's disease is associated with oxidative damage to cytoplamic DNA and RNA. *Am. J. Pathol.* 154: 1423-1430.

Nunomura A., G. Perry, **J. Zhang**, T.J. Montine, A. Takeda, S. Chiba, and M.A. Smith (1999). RNA oxidation in Alzheimer and Parkinson disease. *J. Anti-Aging Med.* 2:227-230.

Picklo M.J., **J. Zhang**, V.Q. Nguyen, D.G. Graham, and T.J. Montine (1999). High-pressure liquid chromatography quantification of cytochrome C using 393 nm detection. *Analytic Biochem.* 276:166-170.

**Zhang J.**, J. Price, D.G. Graham, and T.J. Montine (1998). Secondary excitotoxicity contributes to dopamine induced apoptosis in dopaminergic neuronal cultures. *Biochem. Biophy. Res. Comm.* 248:812-816.

Piantadosi C.A., **J. Zhang**, R. Folz, E.D. Levin, and D. Schmechel (1997) Apoptosis and delayed neuronal death after carbon monoxide poisoning in the rat. *Exp. Neurol..* 147:103-114.

Piantadosi C.A, **J. Zhang** and I.T. Demchenko. (1997) Production of hydroxyl radicals in the hipocampus after CO hypoxia or hypoxic hypoxia in the rat. *J. Free Radic. Biol. Med.* 22:725-732.

Piantadosi C.A. and **J. Zhang**. (1996) Mitochondrial generation of reactive oxygen species after brain ischemia in the rat. *Stroke* 27:327-332.

Kil H.Y., **J. Zhang** and C.A. Piantadosi (1996) Ischemic brain temperature alters hydroxyl radical production in rats during cerebral ischemia/reperfusion. *J. Cereb. Blood Flow Metab.* 16:100-106.

**Zhang J.**, A.D. Sam, B. Klitzman and C.A. Piantadosi. (1995) Inhibition of nitric oxide synthase does not decrease oxygenation in brain cortex of rats exposed to hyperbaric oxygen. *Undersea Hyper. Med.* 22:377-382.

**Zhang J.**, H. Benveniste, B.M. Klitzman and C.A. Piantadosi. (1995) Nitric oxide synthase inhibition alters extracellular glutamate concentration after global cerebral ischemia. *Stroke* 26:298-304.

Piantadosi C.A., L. Tatro and **J. Zhang**. (1995) Hydroxyl radical production in the brain after CO hypoxia in rats. *J. Free Radic. Biol. Med.* 18:603-609.

**Zhang J.** and C.A. Piantadosi. (1994) Production of hydroxyl radicals in rat hippocampus during global brain ischemia/reperfusion. *Neurosci. Lett.* 177:127-130.

**Zhang J.**, H. Benveniste and C. A. Piantadosi. (1993) Inhibition of nitric oxide synthase increases extracellular cerebral glutamate concentration after global ischemia. *Neurosci. Lett.* 157:179-182.

**Zhang J**., Y.F. Su, T. D. Oury and C.A. Piantadosi. (1993) Cerebral amino acids, norepinephrine and nitric oxide metabolism in CNS oxygen toxicity. *Brain Res.* 606:56-62.

Simonson S.G., **J. Zhang**, A.T. Canada, Y.F. Su, H. Benveniste and C.A. Piantadosi. (1993) Hydrogen peroxide production by monoamine oxidase during ischemia-reperfusion in the rat brain. *J. Cereb. Blood Flow Metab.* 13:125-134.

**Zhang J**. and C.A. Piantadosi. (1992) Mitochondrial oxidative stress after carbon monoxide hypoxia in the rat brain. *J. Clin. Invest.* 90:1193-1199.

Ghio A.J., **J. Zhang** and C.A. Piantadosi. (1992) Generation of hydroxyl radical by crocidolite asbestos is proportional to surface [$Fe^{3+}$]. *Arch. Biochem. Biophys.* 298:646-650.

**Zhang J**. and C.A. Piantadosi. (1991) Prevention of $H_2O_2$ generation by monoamine oxidase protects against CNS $O_2$ toxicity. *J. Appl. Physiol.* 71:1057-1061.

**Zhang J**., C.E. Fife, M. S. Currie, R.E. Moon, C.A. Piantadosi and R.D. Vann. (1991) Venous gas emboli and complement activation after deep repetitive air diving. *Undersea Biomed. Res.* 18:293-302.

**Zhang J**. and G.T. Ni (1989). Prevention of decompression sickness with drugs. *J. Env. Med. of China* 26:354-359.

**Zhang J**. (1988) Metabolites of arachidonic acid and decompression sickness. *Med. Foreign Countries* 5:270-274.

**Zhang J**. and G. T. Ni. (1986) Changes in thromboxane $A_2$ and prostacyclin in rabbits suffering from decompression sickness. *Acad. 2nd Milit. Med. Univ.* 7:762-764.

**Book Chapters and Reviews**:

LeWitt PA, Huber BR, and **Zhang J**. An Update on CSF Biomarkers of Parkinson's Disease. In Mandel (ed.), Neurodegenerative Diseases: Integrative PPPM Approach as the Medicine of the Future, Advances in Predictive, Preventive and Personalised Medicine 2, DOI 10.1007/978-94-007-5866-7 8, © Springer ScienceCBusiness Media Dordrecht 2013

Shi M, Hwang H, and **Zhang J**: Quantitative characterization of glycoproteins in neurodegenerative disorders using iTRAQ "Mass Spectrometry of Glycoproteins: Methods and Protocols" for the Methods in Molecular Biology series (Methods in Molecular Biology) by Jennifer J. Kohler and Steven M. Patrie, 2013

Jin JH, Cook TJ, Hoekstra J, and **Zhang J**. Mortalin in Neurological Diseases, in **Mortalin Biology: Life**, Stress and Death Sunil C. Kaul (Editor), Renu Wadhwa (Editor). Springer; 2012 edition

Hwang H, Quinn T, and **Zhang J**. Neuroproteomics: Identification of glycoproteins in human cerebrospinal fluid - In **Neuroproteomics: Methods and Protocols** (Methods in Molecular Biology) Andrew K. Ottens (Editor), Kevin K.W. Wang (Editor) Humana Press, 2009.

**Zhang J,** Proteomics of human cerebrospinal fluid: The good, the bad and the ugly. Proteomics – Clinical Application, Published Online: 13 Jul 2007.

Jin J and **Zhang J**, Protein-protein interaction in Parkinson's disease: A proteomic approach, In Proteomics of Neurodegenerative Disease, Edited by TJ Montine, 2006, pp 131-148

Montine TJ, Woltjer RL, Pan C, Montine KS, and **Zhang J**, Liquid chromatography with tandem mass spectrometry-based proteomic discovery in aging and Alzheimer's disease, NeuroRx®, 3(3):336-43, 2006

**Zhang J**, Goodlett DR, Montine TJ, Proteomic biomarker discovery in cerebrospinal fluid for neurodegenerative diseases, *Journal of Alzheimer's Disease*, 8: 377-386, 2006.

Montine T.J., V. Amarnath, J. Zhang, and. G.G. Graham (2007).  Role of catechol thioethers in neurotoxicity. In press

Graham, D.G., M.J. Picklo, V. Amarnath, **J. Zhang**, and T.J. Montine (2007).  Role of quinones in catechol neurotoxicity. In press.

**Zhang J** and Montine TJ Oxidative Processes.  In **Primer on the Autonomic Nervous System** 2nd Edition by David W. Robertson, Phillip A. Low and Ronald J. Polinsky, Formats Ed C.R. Creveling, 1996.

Montine, KS, Quinn, JF, **Zhang, J**, Fessel, JP, Roberts, LJ, II, Morrow, JD, and Montine, TJ (2004). Isoprostanes and related products of lipid peroxidation in neurodegenerative diseases *Chemistry and Physics of Lipids,* 128: 117-124.

**Zhang J** (2003). Book Review: Methods in Molecular Biology, Volume 232, Protein Misfolding and Diseases: Principles and Protocols. J. Alzheimer's Dis. 4:1

**Zhang J.**, T.D. Oury, L.G. Tatro and C.A. Piantadosi. (1994) Cerebral amino acids and hyperbaric oxygen toxicity. *In: Bennett P.B. and R.E. Marquis ed. Basic and Applied High Pressure Biology*, University of Rochester Press, New York, pp 431-436.