**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>     Plaintiffs,<br><br>          v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>     Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**DECLARATION OF Martha E. Shenton, Ph.D.**

I, Martha Shenton affirm under penalty of perjury the truth of the following facts:

1.     I am Professor in the Department of Psychiatry and Radiology, Brigham and Women's Hospital and Harvard Medical School. My *curriculum vitae* is attached as Exhibit A.

2.     I have been asked to submit this declaration in support of the objection to the proposed class action settlement in the above captioned case filed by the MoloLamken LLP law firm.  I am not being compensated for my work in doing so.

3.     Chronic traumatic encephalopathy (or CTE) is a unique neurodegenerative disease; it is not the same as ALS, Alzheimer's disease, or Parkinson's disease.

4.     Repetitive brain trauma is a necessary condition for developing CTE.

5.      ALS, Alzheimer's disease, and Parkinson's disease are found in the general population of individuals who have not suffered repetitive brain trauma.  Suicidality does not present as a symptom of these diseases.

6.      Mood and behavioral impairments such as depression, suicidality, hopelessness, impulsivity, explosiveness, rage, and aggression, although present in the general population, appear more frequently in individuals suffering from CTE than in the general population.

7.      The mood and behavioral impairments associated with CTE can present prior to the onset of CTE-related dementia and can be the cause of significant disability and distress for the patient.

8.      Based on my experience and knowledge of the clinical and scientific literature, I believe that a reliable, valid, and clinically accepted diagnosis of CTE, based, in part, on objective biomarkers, will likely be possible in the next decade, if not sooner, and long before the 65-year term of the proposed NFL Concussion Litigation Settlement expires.

9.      I am not aware of the use of the diagnostic or classification categories of "Neurocognitive Impairment Level 1.0," "Neurocognitive Impairment Level 1.5," or "Neurocognitive Impairment Level 2.0" anywhere in the medical or scientific community.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury that the foregoing is true and correct.

Dated: November 27, 2014                    Martha        E.        Shenton,        Ph.D.
_____

# Exhibit A

# CURRICULUM VITAE

Prepared: 11/21/2014

## PART I:  GENERAL INFORMATION

**Name:**  Martha Elizabeth Shenton

**Office Address:**  Psychiatry Neuroimaging Laboratory
Department of Psychiatry, Brigham and Women's Hospital
1249 Boylston Street – 3rd Floor, Boston, MA 02215
Telephone: (617) 525-6117
Fax: (617) 525-6150
E-mail:  Shenton@bwh.harvard.edu
Website:  http://pnl.bwh.harvard.edu
Facebook:  https://www.facebook.com/PNL.bwh.harvard.edu?fref=ts

**Home Address:**  35 South Street, Needham, MA 02492

**Place of Birth:**  Concord, NH

**Education:**

| | |
|---|---|
| 1973 | A.B. Wellesley College |
| 1976 | M.S. Tufts University |
| 1981 | M.A. Harvard University |
| 1984 | Ph.D. Harvard University |

**Postdoctoral Training:**

**Fellowships:**

1984-1986    National Institute of Mental Health (NIMH) –National Research Service Award (T32) Postdoctoral Clinical Research Training Fellow in Biological Psychiatry in the Laboratory of Neurophysiology and in the Cognitive Neuroscience Laboratory, Harvard Medical School (HMS), Department of Psychiatry at the Massachusetts Mental Health Center (MMHC), Boston, MA.

**Licensure and Certification:**

1987-    Licensed Psychologist, Massachusetts Board of Registration of Psychologists (#4297)

**Academic Appointments:**

1984-1986    Research Fellow in Biological Psychiatry, in the Laboratory of Neurophysiology, Department of Psychiatry, HMS, MMHC, Boston, MA

1986-1989    Instructor in Psychology, Department of Psychiatry, HMS, MMHC, Boston, MA

1989-1993    Assistant Professor of Psychology, Department of Psychiatry, HMS, MMHC, Boston, MA

1993-2000    Associate Professor of Psychology, Consolidated Department of Psychiatry, HMS, Boston, MA

2000-2005    Professor of Psychology, Department of Psychiatry, VA Brockton, HMS, Brockton, MA

2003-    Professor of Radiology, Department of Radiology, Brigham and Women's Hospital, HMS, Boston, MA

2005-    Professor of Psychology, Department of Psychiatry, Brigham and Women's Hospital, HMS, Boston, MA

**Hospital or Affiliated Institution Appointments:**

| | |
|---|---|
| 1979-1984 | Research Fellow in Psychopathology, Psychology Laboratory, Mailman Research Center, McLean Hospital, HMS, Belmont, MA |
| 1984-1986 | Research Fellow in Biological Psychiatry, in the Laboratory of Neurophysiology, HMS, Department of Psychiatry, MMHC, Boston, MA |
| 1985-1995 | Research Health Scientist (WOC), Department of Psychiatry at the Brockton VA Medical Center, HMS, Brockton, MA |
| 1988-2007 | Research Associate, Department of Radiology, Surgical Planning Laboratory, Brigham and Women's Hospital, HMS, Boston, MA |
| 1989-2000 | Research Associate in Psychology, Laboratories of Psychiatric Research, McLean Hospital, HMS, Department of Psychiatry, Belmont, MA |
| 1995-1995 | Health Statistician, Department of Psychiatry at the Brockton VA Medical Center, HMS, Brockton, MA |
| 1995-1998 | Research Health Scientist (WOC), Department of Psychiatry at the Brockton VA Medical Center, HMS, Brockton, MA |
| 1998-2005 | Lead Psychologist, Department of Psychiatry at the VA Boston Healthcare System, Brockton Campus, Brockton, MA |
| 2005- | Health Scientist, VA Boston Healthcare System, Brockton Campus, Brockton, MA |
| 2005-2007 | Research Associate, Department of Psychiatry, Brigham and Women's Hospital, HMS, Boston, MA |
| 2007- | Senior Scientist, Brigham and Women's Hospital, HMS |
| 2008- | Senior Scientist, Judge Baker Children's Center, HMS |

**Other Professional Positions and Major Visiting Appointments:**

| | |
|---|---|
| 1984-1985 | Visiting Lecturer in Psychology, Brandeis University, Waltham, MA |

**Hospital and Health Care Organization Service and Other Major Administrative Responsibilities:**

| | |
|---|---|
| 1986-2005 | Clinical Research Advisor for Post-Doctoral Research Fellows in the Department of Psychiatry, VA Boston Healthcare System, HMS, Brockton, MA |
| 1986-2005 | Director, Clinical Evaluation Section, Neuroscience Laboratory, HMS, Department of Psychiatry at the Brockton VA Medical Center, Brockton, MA |
| 1987-2005 | Director, MRI Section, Laboratory of Neuroscience, HMS, Department of Psychiatry, VA Medical Center, Brockton, MA |
| 1990-2005 | Clinical Research Advisor for Visiting Scholars in the Department of Psychiatry, VA Boston Healthcare System, HMS, Brockton, MA |
| 1992-2005 | Co-Director, Cognitive Neuroscience Laboratory, Department of Psychiatry, Hospital, HMS, Belmont, MA |
| 1993-1994 | Acting Co-Director, Biological Psychiatry, Clinical Research Training Program, Department of Psychiatry, HMS, Boston, MA |
| 1993-1994 | Coordinator, Neuroscience Seminar Series, Residency Training Program in Psychiatry, Veterans Affairs Medical Center, HMS, Brockton, MA |
| 1993-1996 | Coordinator, Biological Psychiatry, Clinical Research Training Program, Department of Psychiatry, HMS, Boston, MA |
| 1993- | Preceptor, Biological Psychiatry, Clinical Research Training Program, Department of Psychiatry, HMS, Boston, MA |
| 1995-2000 | Scientific Co-Director, VA Center for Basic and Clinical Neuroscience Studies of Schizophrenia, VAMC-Brockton, Department of Psychiatry, HMS, Brockton, MA |
| 1995- | Director, Psychiatry and Behavioral Sciences Imaging, Surgical Planning Laboratory, MRI Division, Department of Radiology, Brigham & Women's Hospital, HMS, Boston, MA |

| | |
|---|---|
| 1995- | Director, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry at the Brockton VA Medical Center, and the Boston VA Healthcare System, Brockton Division, HMS, Brockton, MA |
| 1996-2008 | Associate Director, Clinical Research Training Program, Department of Psychiatry, HMS, Boston, MA |
| 2005- | Founding Director, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, HMS, Brockton, MA |
| 2007-2012 | Director, Resident Pathways Training in Research Program, Harvard South Shore Psychiatry Residency Training Program, HMS, VA Boston Healthcare System, Brockton, MA |
| 2008- | Co-Director, Clinical Research Training Program, Department of Psychiatry, HMS, Boston, MA |

## Major Committee Assignments:

*International, National and Regional*

| | |
|---|---|
| 1994-1996 | NIMH Special Review Committee (SRC), Ad Hoc Reviewer |
| 1994-1996 | NIMH Behavioral Science Track Award for Rapid Transition (B/START), Ad Hoc Reviewer |
| 1996-1998 | NIH Clinical Neuroscience & Biological Psychopathology Review Committee, Member |
| 1997 | NIH Special Emphasis Panel Review, Member |
| 1998-2000 | NIH Brain Disorders & Clinical Neuroscience Study Section (BDCN-6), Member |
| 1998 | Local Committee, XII[th] Event-Related Potentials International Congress (EPIC XII), Member |
| 1998 | NIH Special Emphasis Panel Review, Member |
| 1999-2002 | Lilly Fellowship Award Committee, *Society of Biological Psychiatry*, Member |
| 2000 | NIMH Special Emphasis Panel Review, Chair of Teleconferencing IRG |
| 2000-2006 | Reviewer, The Wellcome Trust |
| 2001 | Lilly Fellowship Award Committee, *Society of Biological Psychiatry*, Co-Chair |
| 2001-2004 | Reviewer, March of Dimes, Birth Defects Foundation |
| 2001-2003 | NIH Brain Disorders & Clinical Neuroscience Study Section (BDCN-6), Member |
| 2002 | Lilly Fellowship Award Committee, *Society of Biological Psychiatry*, Chair |
| 2002 | National Institute of Mental Health Workshop Planning Meeting: First Episode Schizophrenia, Member |
| 2002 | NIMH Special Emphasis Panel Review, BDCN-2, Teleconferencing IRG, Member |
| 2002 | Department of Veterans Affairs, Washington, DC, Neuroimaging Study Section, Member |
| 2002 | Department of Veterans Affairs, Washington, DC, REAP Midterm Review Committee, Member |
| 2002 | NIMH Board of Scientific Counselors Review, Ad Hoc Reviewer |
| 2003-2005 | Education and Training Committee, *American College of Neuropsychopharmacology*, Member |
| 2003-2006 | NIH Neural Basis of Psychopathology, Addictions and Sleep Disorders Study Section (NPAS), Member |
| 2004-2006 | Ethics Committee, *American College of Neuropsychopharmacology*, Member |
| 2004 | Reviewer, Sheffield Hospitals Charitable Trust for Medical Research, The University of Sheffield |
| 2005- | International Advisory Board Member, *Schizophrenia International Research Society* |
| 2006-2006 | Ad Hoc Reviewer for NIH Study Section (ZRG1 BDCN-A 90 S), Molecular Mechanisms, Genetics, and Animal Models of Neuropsychiatric Disorders |
| 2006-2006 | Ad Hoc Reviewer for NIH Study Section Neural Basis of Psychopathology, Addictions and Sleep Disorders (NPAS) |
| 2006 | Program Committee, *International Congress on Schizophrenia Research*, Member |
| 2007 | Reviewer for the Neuroscience and Mental Health Board, *Medical Research Council*, London, UK |

| | |
|---|---|
| 2007 | Scientific Advisory Board for *Human Brain Mapping*, Member |
| 2007 | Scientific Review NIH (Z MH 1 ERB-S), Silvio Conti Centers, Member |
| 2007 | VA Biomedical Laboratory Research and Development and Clinical Science and Research and Development (BLRD/CSRD), Career Development Review Panel, Member |
| 2007 | Scientific Review NIH (MH BDCN-Member Conflict Committee), Member |
| 2007 | Work Group of Scientists to Review Needs for a Special Emphasis Panel on Neurotechnology, National Institutes of Health, Center for Scientific Review, Member |
| 2007 | Scientific Review NIH (Z MH1 ERB-C(01), CIDAR Review, Member |
| 2007-2008 | University of Minho, Braga, Portugal, Post-Doctoral Fellowship Committee, Member, Government of Portugal |
| 2008 | Reviewer for the Research Competitiveness Program for the *American Association for the Advancement of Science* |
| 2008 | Scientific Review for NIH EUREKA (Exceptional, Unconventional Research Enabling Knowledge Acceleration) ZNS1 SRB-P(44), Member |
| 2008 | Reviewer for the *Welcome Trust* |
| 2008 | Ad Hoc Reviewer for ZMH1 CNF-Z01 S (Conferences to Advance Mental Health Research) |
| 2009-2010 | Advocacy Committee, *American College of Neuropsychopharmacology*, Member |
| 2009-2011 | Ethics Committee, *American College of Neuropsychopharmacology*, Member |
| 2009 | *Israel Science Foundation*, Grant Reviewer |
| 2009 | Scientific Review NIH (MH ZRG1 BDCN-T(58)R, "Challenge Grants", Member |
| 2009 | Program Committee, *Society for International Research on Schizophrenia*, Member |
| 2009 | Scientific Review NIH (ZMH1 ERB-C 01 S), National Research Service Award Institutional Training Grants, Member |
| 2010 | Scientific Review NIH (ZNS1 SRB-B-21) Study Section, EUREKA (Exceptional, Unconventional Research Enabling Knowledge Acceleration) Study section, Member |
| 2010 | NIH National Science Foundation and Graduate Research Fellowship Program (GRFP), Member |
| 2010 | Program Committee, *Society for International Research on Schizophrenia*, Member |
| 2010 | Reviewer for the *US-Israel Binational Science Foundation* |
| 2010-2012 | Membership Committee, *Society for International Research on Schizophrenia*, Member |
| 2010-2012 | Awards Committee, *Society for International Research on Schizophrenia*, Member |
| 2010 | Scientific Review NIH T32 Institutional Research Training Grant (NIH ZMH1 ERB-S-01), Member |
| 2010 | Reviewer for Academy for Interdivisional Innovational Research Incentive Scheme, WOTR Science for Global Development, *the Netherlands Organization for Scientific Research* |
| 2011 | Scientific Review NIH (ZNS SRB-B) Study Section, *EUREKA* (Exceptional, Unconventional Research Enabling Knowledge Acceleration) Study Section, Member |
| 2011 | *Health Research Board*, Reviewer, Dublin, Ireland |
| 2011 | Examiner, Ph.D. dissertation, Melbourne University, Melbourne, Australia |
| 2011 | Mentor, *International Congress of Schizophrenia Research* |
| 2011 | Special Emphasis Panel for Conflict Members: Autism, Schizophrenia, and Addiction, NIH Study Section ZRG1 BDCN-C(02)M, Member |
| 2011 | Scientific Review NIH T32 Institutional Research Training Grant  (NIH ZMH1 ERB-S-01), Member |
| 2011 | *Swiss National Science Foundation*, Reviewer for Fellowships |
| 2011- | Advisory Board, Center for Research in Psychology, School of Psychology, University of Minho, Minho, Portugal, Member |
| 2011 | *French National Research Agency*, Reviewer for grant submissions |
| 2011 | *World Congress of Psychiatry*, Section on Neuroimaging, Member |
| 2012- | Awards Committee, *American Neuropsychiatric Association* |
| 2012- | Internal Advisory Council, *Schizophrenia International Research Society* |
| 2012 | Ad-hoc Reviewer: NIMH K99/R00 Special Emphasis Panel |

| 2012 | *The Swiss National Science Foundation*, Reviewer |
|---|---|
| 2012-2014 | Program Committee, *Society for International Research in Schizophrenia*, Member |
| 2013 | Organizer with Dr. Brett Clements for setting up a reception for NIMH Sponsored Young Investigators for the *International Congress of Schizophre*nia, for all young investigators dating back to 1987 |
| 2013 | Reviewer, grants for the *Israel Science Foundation*. |
| 2013 | Program Committee, *Society for International Research on Schizophrenia*, Member |
| 2013 | Program Committee, Young Investigator and Career Awards for the *American Neuropsychiatric Association*, Member |
| 2013 | VA Rehabilitation Research and Development Service, *VA Small Projects in Rehabilitation* Research (SPiRE) Award, Reviewer |
| 2013 | VA Rehabilitation Research and Development Service, *VA Small Projects in Rehabilitation Research (SPiRE) Award*, Reviewer |
| 2013 | NINDS Special Emphasis Panel to review cooperative agreement applications submitted in response to the RFA "International Traumatic Brain Injury Research Initiative: NIH Cooperative Program for Comparative Effectiveness of Clinical Tools and Therapies", Member |
| 2013 | National Institute of Neurological Disorders and Stroke (NINDS) Special Emphasis Panel [08 XnSI SRB-E(56)], Member |
| 2013 | Brain Trauma-Related Neurodegeneration Workshop, National Institute of Neurological Disorders and Stroke (NINDS), Invited Member |
| 2013 | Developing Standards for Diffusion Tensor Imaging (DTI) and Diffusion Spectrum Imaging (DSI) through Public-Private Partnerships", sponsored by the *Institute of Medicine's Forum on Neuroscience and Nervous System Disorders*, *Health Arm of the National Academy of Science*, Invited Member |
| 2013 | NIH Study Section BDCN-N(58)R Pilot Projects on Sports-Related Brain and Spinal Cord Injury, Member |
| 2013-2020 | NIH, Clinical Neuroscience and Neurodegeneration Study Section (CNN), Member |
| 2014 | Special Emphasis Panel/Scientific Review Group 05 ZDA1 ML-F, Member |
| 2014 | National Institute of Drug Abuse (NIDA), R03 1/Start 10 ZA/1 ABC, Member |
| 2014 | *The Swiss National Science Foundation*, Reviewer |
| 2014- | Chronic Effects of Neurotrauma Consortium (CENC): Neuroimaging Leadership Work Group Meeting, Member |
| 2014 | *The South African Medical Research Council*, Reviewer |
| 2014 | *Presiding Committee of the Austrian Academy of Sciences*, Reviewer |
| 2014 | Mentor Program, Mentor, *American College of Neuropsychopharmacology* |

*Harvard University*

| 1981-1983 | Member of the Board of Tutors and Advisors, Department of Psychology (Faculty of Arts and Sciences), Harvard University, Cambridge, MA |
|---|---|
| 1981-1983 | Resident Tutor, Dudley House, Harvard College, Cambridge, MA |
| 1981-1983 | Premedical Advisor for Psychology Majors, Harvard College, Cambridge, MA |
| 1984-2000 | Undergraduate Thesis Advisor, Harvard University, Cambridge, MA |
| 2000- | Member of the Board of Honors Tutors, Department of Psychology (Faculty of Arts and Sciences), Harvard University, Cambridge, MA |
| 2012- | Harvard Graduate Women in Science and Engineering (HGWISE), Mentoring Program, Sponsored by the Office of Faculty Development and Diversity, the Graduate School of Arts and Science, and Harvard Integrated Life Sciences, Mentor |

*Harvard Medical School*

| 1991-2003 | Mysell Committee, Department of Psychiatry, HMS, Member |
|---|---|
| 1994-1995 | Mysell Committee, Department of Psychiatry, HMS, Chairperson |
| 1994-1996 | Career Development Committee, Department of Psychiatry, HMS, Member |

| | |
|---|---|
| 1995-1996 | Career Development Committee, Department of Psychiatry, HMS, Co-Chair |
| 1995-2005 | Promotions and Appointments Committee, Department of Psychiatry at the VA Boston Healthcare System, Brockton Division, HMS, Member |
| 2000 | PET Research Oversight Committee, HMS, Member |
| 2000-2005 | Joint Committee on the Status of Women, HMS and Harvard School of Dental Medicine, Member |
| 2000-2009 | Standing Committee on Faculty Fellowships in the Faculty of Medicine, HMS, Member |
| 2001- | Psychiatry Research Committee, Department of Psychiatry, HMS, Member |
| 2001-2002 | Mysell Committee, Department of Psychiatry, Harvard Medical School, Co-Chair |
| 2002-2005 | Selection Committee, 50th Anniversary Program for Scholars in Medicine, HMS, Member |
| 2003-2004 | Ad Hoc Evaluation Committee for Professor, HMS, Chair |
| 2003-2006 | Subcommittee of Professors, HMS, Member |
| 2004-2005 | Psychiatry Research Committee, Department of Psychiatry, HMS, Chair |
| 2005-2009 | Selection Committee, Eleanor and Miles Shore 50th Anniversary Fellowship Program for Scholars in Medicine, HMS, Member |
| 2006-2006 | Ad Hoc Evaluation Committee for Professor, HMS, Chair |
| 2007-2007 | Ad Hoc Evaluation Committee for Professor, HMS, Member |
| 2007-2008 | Ad Hoc Search Committee for Chair of Radiology, Beth Israel Deaconess Hospital, Member |
| 2008-2009 | Ad Hoc Evaluation Committee for Professor, HMS, Member |
| 2010-2011 | Ad Hoc Evaluation Committee for Professor, HMS, Chair |
| 2010-2011 | Ad Hoc Search Committee for Chair of Neurosurgery, Children's Hospital, HMS, Member |
| 2010 | Harvard Catalyst Pilot Grants, Reviewer |
| 2012 | HMS-Portugal Program in Collaborative Clinical and Translational Research Grants, Review Committee, Member |
| 2014 | HMS-Portugal Program in Collaborative Clinical and Translational Research Grants, Review Committee, Member |
| 2014 | Council of Mentors, Harvard Medical School, Member |

*Harvard School of Public Health*

| | |
|---|---|
| 2014 | Ad Hoc Committee for Professorial Appointment at Harvard School of Public Health |

*Veterans Affairs Boston Healthcare System (Jamaica Plain, Brockton, and West Roxbury)*

| | |
|---|---|
| 1998-2000 | VA Boston Healthcare System Human Studies Subcommittee, Member |
| 2000-2001 | VA Boston Healthcare System Institutional Review Board (IRB), Member |
| 2001-2002 | VA Boston Healthcare System, Selection Committee for ACOS R&D, Member |
| 2001-2004 | VA Boston Healthcare System, Research and Development Committee, Member |
| 2002-2003 | VA Boston Healthcare System, Research and Development Committee, Co-Chair |
| 2002-2004 | VA Boston Healthcare System, Steering Committee, R&D Committee, Member |
| 2003-2004 | VA Boston Healthcare System, Research and Development Committee, Chair |
| 2003-2004 | VA Boston Healthcare System, Selection Committee for ACOS R&D, Member |
| 2004-2005 | VA Boston Healthcare System, Research and Development Executive Committee, Member |
| 2008-2009 | Co-Coordinator Research Methods Course-PGYII Harvard South Shore Residency Training Program, VA Boston Healthcare System, Brockton, MA |
| 2008-2010 | Steering Committee, Harvard South Shore Research Pathway Training Program for Residents in Psychiatry, VA Boston Healthcare System, Brockton, MA, Co-Chair |
| 2010-2012 | Steering Committee, Harvard South Shore Research Pathway Training Program for Residents in Psychiatry, VA Boston Healthcare System, Brockton, MA, Chair |

*Brigham and Women's Hospital, Boston, MA*

| | |
|---|---|
| 1993-1995 | Brain Research Committee, Department of Radiology, Brigham & Women's Hospital, Member |
| 2005-2009 | Research Committee, Department of Psychiatry, Brigham and Women's Hospital, Member |
| 2005-2009 | Steering Committee, Biomedical Research Institute, Neuroscience Comprehensive Research Center (NCRC), Brigham and Women's Hospital, Member |
| 2005-2007 | Council of Biomedical Informatics and Functional and Molecular Imaging, Department of Radiology, Brigham and Women's Hospital, HMS, Member |
| 2005-2008 | fMRI Steering Committee, Department of Radiology, Brigham and Women's Hospital, Member |
| 2006-2007 | Neuroscience Research Center Working Group, Biomedical Research Institute |
| 2007- | BRI Bridge Funding Review Committee, Member |
| 2007- | Neuroscience Work Group, Neuroscience Initiative for Biomedical Research Institute, Member |
| 2007- | Neuroscience Imaging Service Line Council, Department of Radiology, Brigham and Women's Hospital, Member |
| 2009 | Research Excellence Awards, Brigham and Women's Hospital, Reviewer |
| 2011- | Radiology Imaging Core Oversight Committee, and Radiology Core User Committee, BWH Imaging Core and Brigham MRI Research Center (BMRC), Member |

*Longwood Medical Area, Boston, MA*

| | |
|---|---|
| 2006-2006 | Harvard Longwood Psychiatry Residency Training Program Task Force, Member |
| 2006-2010 | Harvard Longwood Psychiatry Residency Training Program Advisory Committee, Member |
| 2006- | Commonwealth Research Center, BI-Deaconess-MMHC, Scientific Advisory Board, Member |

**Professional Societies:**

| | |
|---|---|
| 1978-1984 | Student Member *American Association for the Advancement of Science* |
| 1978-1984 | Student Member the *American Psychological Association* |
| 1985- | *American Psychological Association*, Member |
| 1985- | *Massachusetts Psychological Association*, Member |
| 1989- | *Society for Research in Psychopathology*, Member |
| 1991-1995 | *American Psychopathological Association*, Member |
| 1993- | *Society of Biological Psychiatry*, Member |
| 1994- | *American Psychological Society*, Member |
| 1999- | *International Society for Neuroimaging in Psychiatry*, Member |
| 2002- | *American College of Neuropsychopharmacology*, Member |
| 2005- | *Schizophrenia International Research Society*, Member |
| 2007- | *American College of Neuropsychopharmacology*, Fellow |
| 2010- | *International College of Neuropsychopharmacology* (CINP), Member |
| 2012- | *American Neuropsychiatric Association*, Member |
| 2013- | *International Brain Injury Association* (IBIA), Member |

**Editorial Boards and Review Service:**

*Editorial Board*

| | |
|---|---|
| 1996- | *Psychiatry Research: Neuroimaging* (Member) |
| 1997-2004 | *Schizophrenia Bulletin* (Member) |

| | | |
|---|---|---|
| 2001- | | *Schizophrenia Research* (Member) |
| 2006- | | *Brain Imaging and Behavior* (Associate Editor) |
| 2007- | | *BMC Psychiatry* (Member) |
| 2009- | | *Schizophrenia Bulletin* (Member) |
| 2010- | | *The International Journal of Neuropsychopharmacology* (Field Editor) |
| 2011 | | *Schizophrenia Research and Treatment* (Guest Editor with Drs. Xu, Haroutunian, and Bartzokis for a Special Issue on *Oligodendrocytes in Schizophrenia*) |
| 2012 | | *Brain Imaging and Behavior* (Guest Editor with Drs. Erin Bigler and David Tate for a Special Issue on *Neuroimaging Contributions to Understanding Mild Traumatic Brain Injury*) |
| 2012- | | *World Journal of Psychiatry*, Member |
| 2014 | | *Schizophrenia Research* (Guest Editor with Dr. Marek Kubicki for Special Issue on *White Matter Abnormalities in Schizophrenia*) |
| 2014- | | *Journal of Psychology and Clinical Psychiatry* (Member) |

*Ad Hoc Reviewer*

| | |
|---|---|
| *Archives of General Psychiatry  (now JAMA-Psychiatry)* | *American Journal of Psychiatry* |
| *Brain Imaging and Behavior* | *Schizophrenia Research* |
| *Cerebral Cortex* | *Schizophrenia Bulletin* |
| *Journal of the American Medical Association (JAMA)* | *Psychiatric Research* |
| *The New England Journal of Medicine* | *Journal of Psychiatric Research* |
| *Biological Psychiatry* | *Brain* |
| *Proceedings of the National Academy of Sciences* | *Development and Psychopathology* |
| *Journal of Abnormal Psychology* | *NeuroImage* |
| *The Cleft Palate-Craniofacial Journal* | *PlosONE* |
| *Journal of Psychophysiology* | *Psychosomatic Medicine* |
| *Neuropsychopharmacology* | *Neurology India* |
| *Neuroreport* | *Cognitive Brain Research* |
| *Biological Psychology* | *Harvard Review of Psychiatry* |
| *Journal of Nervous and Mental Diseases* | *Neurobiology of Disease* |
| *Epilepsia* | *Psychological Bulletin* |
| *Psychiatry Research: Neuroimaging* | *Behavioral Neuroscience* |
| *Journal of Child Psychology and Psychiatry* | *Neuropsychobiology* |
| *Neuroscience Letters* | *Hippocampus* |
| *American Journal of Medical Genetics* | *European Neuropsychopharmacology* |
| *Neuropsychology* | *Future Neurology* |
| *International Journal of Neuropsychopharmacology* | *Neuropsychiatric Genetics* |
| *Psychological Reports: Perceptual and Motor Skills* | *PLos Medicine* |
| *Journal of International Neuropsychological Society* | *Genes, Brain, and Behavior* |
| *European Archives of Psychiatry and Clinical Neuroscience* | *Pediatrics* |
| *Psychiatry Interpersonal and Biological Processes* | *Developmental Psychopathology* |
| *Progress in Neuro-Psychopharmacology & Biological Psychiatry* | *Neurodegenerative Diseases* |
| *Journal of Neurodegenerative Diseases* | |

**Awards and Honors:**

| | | |
|---|---|---|
| 1973 | | *Phi Beta Kappa*, Eta Chapter, Wellesley College |
| 1973 | | Durant Scholar (*Summa cum laude*), Wellesley College |
| 1978-1980 | | Merit Fellowship, Harvard University |
| 1980-1982 | | *The George & Cecile Naumburg Fellowship for Doctoral Work in the Behavioral Sciences* |
| 1982-1983 | | *The Peter B. Livingston Dissertation Research Fellowship* |

| | |
|---|---|
| 1982-1983 | *The Harvard-Danforth Award for Excellence in Teaching* |
| 1984-1986 | NIMH T32 National Research Service Award (NRSA) - Clinical Research Training Fellow in Biological Psychiatry, Massachusetts Mental Health Center, Boston, MA |
| 1988 | Invited participant, *The James S. McDonnell Foundation Summer Institute in Cognitive Neuroscience*, Harvard University |
| 1988-1993 | NIMH Research Scientist Development Award (K01) |
| 1989 | NIMH Young Investigator Award, Internal Congress of Schizophrenia Research |
| 1991 | *William F. Milton Fund Award for Scientific Research*, Harvard University |
| 1992 | *Thomas Temple Hoopes Prize for Excellence in the Work of Undergraduates & the Art of Teaching* (as Faculty Supervisor shared award with I-han Chou for her *Summa cum laude* Senior Honor's Thesis submitted to Harvard College) |
| 1992-1995 | *Theodore and Vada Stanley Foundation Research Award for Research on Serious Mental Diseases* |
| 1994-1999 | NIMH Independent Scientist Award (K02) |
| 1994-1999 | NIMH First Award |
| 1997-2004 | *Senior Mentor for the Stanley Scholars Program*, Stanley Medical Research Institute |
| 1998 | *Fifth Recipient of the Joseph Zubin Memorial Fund Award for Research in Psychopathology*, Department of Psychiatry, NY State Psychiatric Institute, Columbia University, NY, NY (http://www.wpic.pitt.edu/research/biometrics/zubin_awards.htm) |
| 1999 | *William F. Milton Fund Award for Scientific Research*, Harvard University |
| 1999-2004 | NIMH Independent Scientist Award (K02) |
| 2004-2009 | NIMH Senior Scientist Award (K05) |
| 2008 | *Ph.D. Honors Lecture in Recognition of Honor and Achievement in the Field of Psychological Science*, Universidade do Minho, Braga, Portugal |
| 2008-2009 | *William Silen Lifetime Achievement Award for Mentoring*, Harvard Medical School (http://www.mfdp.med.harvard.edu/awards/mentoring/past.html) |
| 2009-2011 | *National Alliance for Research in Schizophrenia and Depression* (NARSAD) *Distinguished Investigator Award* |
| 2012 | *Catedra Professor Carlos Lloyd Braga Honorary Chair*, Universidade do Minho, Braga, Portugal (http://www.uminho.pt/en/uminho_en/carlos-lloyd-braga-foundation) (http://www.fclb.uminho.pt/Default.aspx?tabid=4&pageid=56&lang=pt-PT) |
| 2013 | *The Stuart T. Hauser, M.D., Ph.D. Mentorship Award*, Departments of Psychiatry, Harvard Medical School |
| 2013 | *Research Award*, Department of Psychiatry, Brigham and Women's Hospital, Harvard Medical School |

**PART II:**                    **RESEARCH, TEACHING, AND OTHER CONTRIBUTIONS**

**Report of Research:**

*Major Research Interests.*

1. The Relationship Between Cognitive, Structural, and Neurophysiological Measures in Schizophrenia
2. MRI Studies in Schizophrenia, Including Image Processing Analyses
3. Evoked Potential Studies in Schizophrenia
4. Biological Markers and Psychiatric Disorders
5. Thought Disorder in Schizophrenia
6. Validity and Reliability of Psychiatric Diagnoses
7. Premorbid Development and Its Association with Onset and Course of Schizophrenia
8. Schizotypal Personality Disorder
9. The Relationship Between Cognitive, Structural, and Neurophysiological Measures in First Episode Psychoses
10. MR Brain Diffusion Tensor Imaging Studies in Schizophrenia and Related Disorders
11. MRI Studies in Post-Traumatic Stress Disorder
12. Transcranial Magnetic Stimulation Studies of Motor and Cognitive Functioning in Normal Healthy Controls, Neurosurgery Patients, and Patients Diagnosed with Schizophrenia
13. Cognitive and Behavioral Correlates of MRI Brain Abnormalities in William's Syndrome
14. Cognitive, Behavioral, and Genetic Correlates of MRI Brain Abnormalities in Velocardiofacial Syndrome
15. Directing the development of image processing tools for MRI and DTI
16. Application of Diffusion Imaging to Mild Traumatic Brain Injury, including repetitive brain injury, the latter sometimes associated with chronic traumatic encephalopathy

*Narrative Description of Research.* Schizophrenia is a major public health problem that affects close to 1% of the general population and has devastating effects on the psychological and financial resources of the patient, family, and larger community. Unfortunately there is still no clear understanding of the pathology although recent research has made it increasingly clear that biological factors may play an important role. One promising area of research has focused on the detection of abnormalities in the brains of patients afflicted with schizophrenia. Here, both post-mortem and magnetic resonance (MR) structural imaging studies suggest that temporal lobe and temporal lobe limbic system abnormalities, especially pronounced on the left, may be implicated in the pathophysiology of schizophrenia.

The broad goal of Dr. Shenton's research program has been to apply new imaging techniques to the study of schizophrenia in order to determine and to localize brain abnormalities which likely underlie the symptoms and disordered behavior observed in patients diagnosed with schizophrenia. Accordingly, this investigator and her research team have focused their research efforts in trying to define and to localize further brain abnormalities in the temporal lobe in patients with schizophrenia. Newly developed image processing techniques, originally developed for the analysis of multichannel remote sensing data (i.e., satellites), have been employed to analyze high spatial resolution magnetic resonance (MR) scans (1.5-mm and 2-mm slices). The application of these image processing techniques to the investigation of schizophrenia has been particularly helpful because these techniques not only exploit more fully information contained in MR scans, but they also offer more precise and accurate measurements, factors important to schizophrenia where brain abnormalities are often more subtle, and harder to detect, than for other pathophysiological disorders, and where, consequently, precise and accurate measurements become that much more essential.

These techniques have now been used by Dr. Shenton and her coworkers to make volumetric measurements of: (1) whole brain for gray matter, white matter and CSF; (2) temporal lobe (gray and white matter); (3) amygdala-hippocampal complex, (4) parahippocampal gyrus, (5) superior temporal gyrus; (6) cingulate gyrus; (7) parietal lobe; and (8) basal ganglia structures. In addition, an analysis of the gyral pattern in the cortical gray matter surface of the temporal lobes has been completed. Results demonstrate that schizophrenic patients, compared to normal controls, show reductions in volume in temporal lobe limbic system structures (amygdala-hippocampal formation and parahippocampal gyrus), and in superior

temporal gyrus. These abnormalities were found to be more pronounced on the left, were correlated with each other, and there was an observed correlation between measures of formal thought disorder and left superior temporal gyrus volume. The latter finding suggested to the investigator and her coworkers that there was damage to an interconnected neural network that may be important to verbal associations and verbal memory, which may account for the loose associations so often observed in schizophrenia. This line of research is continuing and newer methods are being developed for analyzing the brain, including warping techniques, which may replace the laborious tracing of smaller regions of the brain. Additionally, measures of shape are being applied to brain regions of interest as such measures may be more sensitive than measures of volume alone and they may reflect neurodevelopmental anomalies in the brains of patients diagnosed with schizophrenia. This research has been extended to first onset cases of schizophrenia as well as to individuals diagnosed with schizotypal personality disorder. The former focus is important, as it will allow investigators to discern whether or not brain abnormalities are evident early in the course of the illness, prior to confounding variables such as a chronic illness and long-term effects of neuroleptics. The latter focus is important, as it will allow investigators to discern similarities and differences in a disorder that is genetically linked to schizophrenia but where psychosis is not observed. Finally, Dr. Shenton is also working closely with collaborators investigating hippocampal abnormalities in individuals diagnosed with post-traumatic stress disorder. A morphometric brain study of the amygdala-hippocampus in monozygotic twins was conducted where one twin has PTSD as a result of combat exposure in the Vietnam War, and the other did not. Findings suggested that given that the unaffected co-twin showed reduced volume in the amygdala-hippocampal complex, there may be some individuals who have a predisposition to developing PTSD. Other morphometric studies of brain abnormalities in clinical populations include new studies investigating the cognitive and behavioral correlates of brain abnormalities in William's Syndrome patients and in velocardiofacial syndrome, the latter a genetic disorder that, outside of monozygotic twins, has the highest rates for developing schizophrenia.

Work using transcranial magnetic stimulation (TMS) has also been conducted by Dr. Shenton and colleagues in an attempt to understand further cognitive processes are interrupted by TMS, thus affording the opportunity to link processes that occur in the millisecond range with specific loci in the brain. This program of research is being developed to examine motor maps but will be extended to map cortical speech areas in order to determine whether there are differences in language processing between patients with schizophrenia and a normal comparison group. New studies using MR diffusion tensor imaging (MR-DTI) are also being applied to neuropsychiatric disorders. This is a relatively new imaging technique that is important for examining white matter fiber tracts in the brain in schizophrenia. More specifically, unlike conventional MRI, where white matter appears uniform and homogeneous, the novel technology of MR-DTI affords an opportunity to investigate and to quantify normal and abnormal white matter fiber tracts *in vivo* in the human brain. Here Dr. Shenton and her collaborators are focusing on assessing anisotropic diffusion in the uncinate fasciculus, the most prominent white matter fiber tract connecting the frontal and temporal lobe, as well as other fiber tracts likely implicated in schizophrenia. Findings reveal a group by side interaction as well as a lack of normal left greater than right asymmetry in patients with schizophrenia. These findings demonstrate the importance of investigating white matter fiber tracts *in vivo* in schizophrenia, and support the hypothesis of a disruption in normal connectivity between temporo-frontal brain regions in schizophrenia. This work is being extended to first episode psychotic patients and to schizotypal personality disorder.

Another area of research that Dr. Shenton and her colleagues, including Drs. Ross Zafonte, Inga Koerte, Robert Stern, Alex Lin, Ofer Pasternak, Paul Echlin, and Howard Eisenberg, are conducting is in the area of mild traumatic brain injury (mTBI). Here, the main damage to the brain is diffuse axonal injury, which is best characterized by diffusion imaging techniques. Mild TBI, in fact, is difficult to characterize using conventional CT and MRI because these imaging techniques are not optimal for detecting diffuse axonal injury, particularly as evinced by mild TBI. Diffusion tractography techniques that can quantify damage along fiber tracts is thus an important new area of research that may add to our understanding of TBI. Dr. Shenton and her colleagues are part of a large PTSD/TBI Clinical Consortium supported by the Department of Defense, which includes 10 sites across the country where neuroimaging will be conducted to understand better the neurobiology of TBI. Work is also being done with Dr. Stern at Boston University investigating chronic traumatic encephalopathy using neuroimaging techniques in a sample of retired National Football Players (NFL) who have cognitive impairments and symptoms that are likely associated with repetitive brain trauma. A study of professional soccer players without concussion (with Dr. Inga Koerte and colleagues in Germany), as well as a study of ice hockey varsity university players in Canada (with Drs. Paul Echlin, Ofer Pasternak, Karl Helmer, and others), pre- and post-season have also been conducted which demonstrate that repetitive head trauma even at subconcussive levels leads to changes in the white matter integrity of the brain. A new PET study of tau ligands in the brain is just underway to determine whether or not the tau deposits observed in the post-mortem brains of deceased NFL players who experienced

many clinical and cognitive symptoms will be observed in living NFL players using a new PET tau ligand so as to be able to identify early changes in tauopathy in the brains of living NFL players to then stage possible treatment and efficacy studies to prevent the cascade of progressive changes observed in chronic traumatic encephalopathy.

By applying these new techniques to assess heretofore unmeasurable differences between the brains of normal control subjects and patients afflicted with neuropsychiatric disorders including schizophrenia, mild TBI, and repetitive trauma from TBI, Dr. Shenton and her colleagues hope to understand better the pathophysiology of schizophrenia and other neuropsychiatric disorders.

**Research Funding Information:**

*Past Grant Support.*

| | | |
|---|---|---|
| 1986-1990 | NIMH R01 MH 40799<br>Neurophysiological Studies of Schizophrenia<br>(PI: Dr. Robert McCarley) | Co-Investigator |
| 1988-1993 | NIMH K01 MH 00746<br>Schizophrenia: Clinical Symptoms & Brain Mechanisms | Principal Investigator |
| 1988-1993 | Veterans Administration Merit Review<br>Neurophysiology of Behavior<br>(PI: Dr. Robert McCarley) | Co-Investigator |
| 1990-1993 | NIMH R01 MH 40799<br>Neurophysiological Studies of Schizophrenia<br>(PI: Dr. Robert McCarley) | Co-Investigator |
| 1990-1993 | Scottish Rite Foundation<br>Computer Aided Image Analysis of Magnetic Resonance Brain Scans in Schizophrenia | Principal Investigator |
| 1991-1992 | William F. Milton Fund Award<br>Analysis of Morphometric Information from MR Brain Images in Schizophrenia Using Newly Developed Techniques | Principal Investigator |
| 1992-1994 | Stanley Foundation<br>MR Image Processing Techniques Applied to the Volumetric Analysis of the Superior Temporal Gyrus in Normal Controls and Patients Afflicted with Schizophrenia | Principal Investigator |
| 1992-1995 | The Whitaker Foundation<br>Development of Computerized Image Processing Methods for the Quantitative Analysis of Brain Magnetic Resonance Images for the Diagnosis of Schizophrenia<br>(PI: Dr. Ron Kikinis) | Co-Principal Investigator |
| 1992-1997 | NIMH P01 MH 31154<br>Collaborative Biological Research in Schizophrenia (PI: Dr. Philip Holzman)<br>Project: Electrophysiology Studies in Schizophrenia (PI: Dr. Robert McCarley, Co-PI: Shenton) | Co-Principal Investigator, Project |
| 1993-1997 | NIMH R01 MH 40799<br>Neurophysiological Studies of Schizophrenia<br>(PI: Dr. Robert McCarley) | Co-Investigator |
| 1993-1998 | Veterans Administration Merit Review<br>Neurophysiology of Behavior<br>(PI: Dr. Robert McCarley) | Co-Investigator |

| | | |
|---|---|---|
| 1994-1999 | NIMH R29 MH 50740<br>Computerized Image Analyses of MR Scans in Schizophrenia | Principal Investigator |
| 1994-1999 | NIMH K02 MH 01110<br>Clinical Symptoms & Brain Abnormalities in Schizophrenia | Principal Investigator |
| 1994-1999 | NIMH R01 MH 52807<br>Biological Basis of Schizotypal Personality Disorder<br>(PI: Dr. Robert McCarley) | Co-Principal Investigator |
| 1995-1997 | Scottish Rite Foundation<br>Study of Cortical Speech Localization and Verbal Processing Using Rapid-Rate Transcranial Magnetic Stimulation in Normal Controls and Schizophrenic Patients | Principal Investigator |
| 1995-1997 | Supplement to NIMH R29 MH 50740<br>Research Supplement to Promote the Recruitment of Individuals with Disabilities into Biomedical Research Careers | Principal Investigator |
| 1995-1997 | NARSAD<br>National Alliance for Schizophrenia and Depression, Young Investigator Award<br>A 3D MRI Study of Temporal Lobe Structures in Schizophrenia and Schizotypal Personality Disorder<br>(PI: Dr. Chandlee Dickey; Co-Mentors: Drs. Robert McCarley and Martha Shenton) | Co-Mentor |
| 1995-2000 | VA Center for Basic and Clinical<br>Neuroscience Studies of Schizophrenia<br>The Neuroscience of Schizophrenia<br>(PI: Dr. Robert McCarley) | Scientific Co-Director |
| 1996-1998 | NIMH R01 MH 50379<br>Prospective MRI Study of Hippocampus After Mental Trauma<br>(PI: Dr. Arieh Shalev) | Principal Investigator (sub-contract) |
| 1996-2007 | NIMH T32 MH 016259<br>Clinical Research in Biological and Social Psychiatry<br>(PI: Dr. Stuart T. Hauser)(Grant funded from 07/01/1980-06/30/2006)<br>(2007-2008, not funded: Funded again 07/1/08-06/30/2013, see below) | Co-Investigator |
| 1997-2004 | Senior Mentor, Stanley Scholars Program | Principal Investigator |
| 1998-2001 | VA Merit Award<br>MRI Hippocampal Volume in Twins Discordant for Combat Exposure and PTSD<br>(PI: Dr. Mark Gilbertson) | Co-Investigator |
| 1998-2003 | NIMH R01 MH 40799<br>Neurophysiological Studies of Schizophrenia<br>(PI: Dr. Robert W. McCarley) | Co-Investigator |
| 1998-2003 | VA Merit Award<br>MRI Anatomy of Schizophrenia<br>(PI: Dr. Robert McCarley) | Co-Investigator |

| 1998-2003 | NIMH P01 MH 31154 | Co-Investigator |
| | Collaborative Biological Research in Schizophrenia (PI: Dr. Philip Holzman) | |
| | Project: Dysmorphology Studies in Schizophrenia   (PI: Dr. Curtis Deutsch) | |

| 1999-2000 | William F. Milton Fund Award | Principal Investigator |
| | MR Diffusion Tensor Imaging in Schizophrenia | |

| 1999-2001 | NARSAD | Co-Mentor |
| | National Alliance for Schizophrenia and Depression, Young Investigator Award | |
| | (PI: Dr. Melissa Frumin; Co-Mentors: Drs. Martha Shenton and Robert McCarley) | |

| 1999-2004 | NIMH R01 MH 50740 | Principal Investigator |
| | Computerized Image Analyses of MR Scans in Schizophrenia | |

| 1999-2004 | NIMH K02 MH 01110 | Principal Investigator |
| | Clinical Symptoms & Brain Abnormalities in Schizophrenia | |

| 2000-2003 | VA Merit Award | Principal Investigator |
| | MR Brain Diffusion Tensor Imaging in Schizophrenia | |

| 2000-2003 | Binational Science Foundation | American-PI |
| | Volumetric Analysis of Hippocampal Volume in Posttraumatic Stress Disorder | |
| | (PI: Dr. Omer Bonne) | |

| 2000-2004 | NIMH R01 MH 60775 | Co-Investigator |
| | Brain Midline Malformations in Schizophrenia | |
| | (PI: Dr. Curtis Deutsch) | |

| 2001-2002 | Infrastructure Suppl.: NIMH R01 5074 | Principal Investigator |
| | Computerized Image Analyses of MR Scans in Schizophrenia | |

| 2001-2003 | CA R21 89449 | Co-Investigator |
| | Mutual Information Based Image Processing for fMRI | |
| | (PI: Dr. William Wells III) | |

| 2001-2003 | NIMH R01 MH 50379 | Co-Investigator |
| | Prospective MRI Study of Hippocampus After Mental Trauma | |
| | (PI: Dr. Arieh Shalev) | |

| 2001-2003 | NARSAD | Co-Mentor |
| | National Alliance for Research in Schizophrenia and Depression, Young Investigator Award | |
| | A magnetic Resonance Diffusion Tensor Study of the Cingulate Fasciculus in Schizophrenia | |
| | (PI: Dr. Marek Kubicki; Co-Mentors: Drs. Martha Shenton and Robert McCarley) | |

| 2000-2005 | NIMH R01 MH 52807 | Co-Principal Investigator |
| | Biological Basis of Schizotypal Personality Disorder | |
| | (PI: Dr. Robert McCarley) | |

| 2002-2005 | VA Merit Award | Consultant |
| | Structural Brain MRI and Neurocognitive Function in Female Nurse Vietnam Veterans | |
| | (PI: Dr. Mark Gilbertson) | |

| | | |
|---|---|---|
| 2002-2005 | NIH/NIA | Collaborator |
| | Harvard Older Americans Independence Center (PI: Dr. Lipzitz) | |
| | (PI on Project #1: Dr. Milberg) | |
| | | |
| 2003-2006 | R03 MH068464 | Co-Investigator |
| | White Matter Myelin Abnormalities in Schizophrenia | |
| | (PI: Dr. Marek Kubicki) (One Year No Cost Extension to 2006) | |
| | | |
| 2003-2006 | VA Research Enhancement Award Program | Co-Principal Investigator |
| | Neuroimaging Studies in Schizophrenia" | |
| | (PI: Dr. Robert McCarley) | |
| | | |
| 2003-2006 | NARSAD | Co-Mentor |
| | National Alliance for Schizophrenia and Depression, Young Investigator Award | |
| | Understanding the Nature of White Matter Abnormalities in Cingulate Fasciculus in | |
| | Schizophrenia | |
| | (PI: Dr. Marek Kubicki; Co-Mentors: Drs. Martha Shenton and Robert McCarley) | |

| | | |
|---|---|---|
| 2003-2007 | NIMH R01 MH 40799 | Co-Investigator |
| | Neurophysiological Studies of Schizophrenia | |
| | (PI: Dr. Robert W. McCarley) | |
| | | |
| 2003-2008 | VA Merit Award | Principal Investigator |
| | MR Brain Diffusion Tensor Imaging in Schizophrenia | |
| | | |
| 2003-2008 | VA Merit Award | Co-Investigator |
| | MRI Anatomy of Schizophrenia | |
| | (PI: Dr. Robert McCarley) | |
| | | |
| 2004-2005 | NIMH R01 MH 50740 | Principal Investigator |
| | Computerized Image Analyses of MR Scans in Schizophrenia" | |
| | [No Cost Extension] | |
| | | |
| 2004-2010 | National Alliance for Medical Imaging | Core-Principal Investigator |
| | Computing (NA-MIC), U54 GM072977-01, NIGHS/NIH (PI: Ron Kikinis). | |
| | PI of Project 3-A: Brain Connectivity in Schizophrenia (2004-2007) | |
| | Project: Velocardiofacial Syndrome  (PI: Dr. Marek Kubicki) | |
| | (2007-2010)  (Co-Investigator: Dr. Martha E. Shenton) | |
| | | |
| 2005-2005 | Supplement to NIMH R01 50740 | Principal Investigator |
| | Computerized Image Analyses of MR Scans in Schizophrenia | |
| | Minority Supplement | |
| | | |
| 2004-2009 | NIH K05 MH 070047 | Principal Investigator |
| | Clinical Symptoms & Brain Abnormalities in Schizophrenia | |
| | | |
| 2005-2009 | VA Merit Award | Consultant |
| | Context and the Hippocampus in Unremitting Posttraumatic Stress Disorder | |
| | (PI: Dr. Mark Gilbertson) | |
| | | |
| 2005-2010 | NIMH R01 MH 52807 | Co-Principal Investigator |
| | Biological Basis of Schizotypal Personality Disorder | |
| | (PI: Dr. Robert McCarley) | |

| | | |
|---|---|---|
| 2005-2010 | NIMH R01 MH 50740 | Principal Investigator |

2005-2010      NIMH R01 MH 50740             Principal Investigator
Computerized Image Analyses of MR Scans in Schizophrenia
(1 year No-Cost Extension to 2011)

2006-2009      Supplement to NIMH R01 50740      Principal Investigator
Computerized Image Analyses of MR Scans in Schizophrenia
Reentry to Biomedical Research (Dr. Zora Kikinis funded)

2009-2009      Supplement to NIMH R01 50740      Principal Investigator
Computerized Image Analyses of MR Scans in Schizophrenia
NIH American Recovery and Reinvestment Act of 2009 (ARRA) Administrative Supplement to
R01MH 50740 for Students and Science Educators (NOT-OD-09-060) 2008-2010 (supported six
students for hands on research experience in the Psychiatry Neuroimaging Laboratory)

2008-2010      NARSAD             Co-Mentor
National Alliance for Schizophrenia and Depression Young Investigator Award
White Matter Changes in Subjects with Neuregulin 1 Haplotype HAP-ICE and ErbB4
Schizophrenia Risk Haplotypes
(PI: Dr. Zora Kikinis; Co-Mentors: Drs. Martha Shenton, Gabriel Corfas and Raj Kucherlapati)

2008-2010      NIMH R21 MH 077979      Co-Investigator/Contributor
Behavioral and fMRI study: Social Reciprocity in Schizotypal Personality Disorder"
(PI: Dr. Chandlee Dickey)

2006-2011      Fogarty International Center      US Program Faculty/Mentor
FIC NIH 2 D43 TW05807
ICOHRTA Research Training Program at Children's Hospital Boston with Major Foreign
Collaborators (MFC) in Turkey in Partnership with NIMH
International Mental Health and Developmental Disabilities Research Training Program
(PI: Dr. Kerim Munir)

2006-2011      VA Schizophrenia Center Grant      Co-Principal Investigator
Neuroimaging Insights into Schizophrenia & Treatment Implications
(PI: Dr. Robert W. McCarley)

2007-2012      NIH R01 MH 074794      Co-Investigator/Contributor
Novel DT-MRI Analyses of White Matter in Schizophrenia
(PI: Dr. Carl-Fredrik Westin)

2007-2012      NIMH R01 MH 40799      Co-Investigator
Neurophysiological Studies of Schizophrenia (PI: Dr. Robert McCarley)

2007-2012      NIH 1P50 MH 080272      Project PI and Core PI
NIH Mental Health Centers for Interventional Development and Applied Research (CIDAR)
Vulnerability to Progression in Schizophrenia"
(PI: Dr. Robert W. McCarley)
(Project PI: Vulnerability to White Matter Progression in Schizophrenia, and
Core PI: Imaging Core) (Continued through No Cost Extension to 6/30/2013)

2008-2011      FIRCA R03 TW008134      Principal Investigator/Mentor
MRI and Neurological Findings in Schizophrenia, ADHD, and Healthy Controls
Study conducted in Istanbul, Turkey (Site PI: Dr. Ozgur Oner) (Continued through No Cost
Extension to 2012)

| 2008-2012 | National Health &Medical Research Council | Supervisor/Mentor |

2008-2012     National Health &Medical Research Council     Supervisor/Mentor
Australian Government
MHMRC Training Fellowship
(PI: Dr. Thomas Whitford)

2008-2013     NIMH T32 MH 016259-29     Principal Investigator
Clinical Research in Biological and Social Psychiatry
Name change to: The Stuart T. Hauser Clinical Research Training Program in Biological &
Social Psychiatry. Grant entering 29th year: (07/01/1980-6/30/2013) (2007-2008, not funded)
Dr. Shenton was a fellow from 1984-1986 on this grant and then an investigator and Associate
Director on this grant from 1996 to 2007. The grant was renewed in 2008. At this time, Dr.
Shenton became PI and Co-Director following the untimely death of Dr. Stuart Hauser.

2009-2011     NIH/NIMH R21 MH083205     Investigator
Language and Risk in Schizophrenia
(PI: Dr. Lynn DeLisi)

2009-2012     VA Merit Award     Co-Investigator
MR Brain Imaging of Frontal-Striatal-Thalamic Circuits in Schizophrenia
(PI: Dr. James Levitt)

2009-2011     NIH R21 MH083205     Investigator
Language and Risk for Schizophrenia
(PI: Dr. Lynn DeLisi)

2009-2011     CIMIT     Mentor
Center for Integration of Medicine and Innovative Technology
Solider in Medicine Award
Traumatic Brain Injury Diagnosis with Diffusion MRI
(PI: Dr. Sylvain Bouix)(Continued through No Cost Extension – 2012)

2009-2011     NARSAD     Principal Investigator
National Alliance for Research in Schizophrenia and Depression
Distinguished Investigator Award (Continued through no cost extension to 2013)
A Novel Application for Diffusion-Weighted Functional Magnetic Resonance Imaging to
Schizophrenia: A More Robust Measure of Brain Activation

1998-2013     NIH P41 RR13218     Principal Investigator (2projects)/Investigator
Neuroimaging Analysis Center (PI: Dr. Ferenc Jolesz, Co-PI Dr. Ron Kikinis)
Project: Interactive Digital Anatomy Atlas of the Brain
                                   (PI: Dr. Martha E. Shenton)
Project: Schizophrenia     (PI: Dr. Martha E. Shenton)
(1998-2003 Dr. Shenton was PI on the Schizophrenia Project)
(2003-2013 Dr. Shenton was a Collaborative Partner and Investigator)

2003-2013     NIH P41 RR13218     Co-Investigator/Collaborative Partner
Neuroimaging Analysis Center (PI: Dr. Ron Kikinis)
Project: The Development of White Matter Tools Based on Diffusion MRI
(PI: Dr. Carl-Fredrik Westin)

2009-2014     VA Merit Award     Principal Investigator
MR Brain Diffusion Tensor Imaging in Schizophrenia

*Current Grant Support.*

| | | |
|---|---|---|
| 2008-2013 | W81XWH-08-2-0159 | Co-Principal Investigator |
| | Department of Defense | (NCE 09/30/2015) |
| | Harvard Clinical Defense Consortium (HCDC): PTSD/TBI Clinical Consortium | |
| | (PI: Dr. Ross Zafonte, Co-PIs: Drs. Martha Shenton and Roger Pitman) | |
| | (Overall PI: Dr. Murray Stein, UCSD) | |
| | | |
| 2009-2014 | NIMH R01 MH 082918 | Co-Principal Investigator |
| | Computational Morphometry in Schizophrenia and Related Disorders | |
| | (PI: Dr. Sylvain Bouix) | (NCE through 2/2015) |
| 2009-2013 | NIA R01 AG034554 | Co-Investigator |
| | Social and Neural Underpinnings of Octogenarian Wellbeing | |
| | (PI: Dr. Robert Waldinger) | (NCE through 2014) |
| | | |
| 2009-2013 | W81XWH-08-2-0159 | PI Neuroimaging Leadership Core |
| | Department of Defense | (NCE to 09/30/15) |
| | Neuroimaging Leadership for the 10 PTSD/TBI Clinical Consortium Sites | |
| | (Other PIs: Drs. Ron Kikinis and Bruce Rosen) | |
| | | |
| 2010-2011 | CIMIT | Principal Investigator |
| | Center for Integration of Medicine and Innovative Technology | |
| | Improving Imaging of Diffuse Axonal Injury in Traumatic Brain Injury | |
| | (Co-PI: Drs. Bruce Kristal and Ross Zafonte)(Continued through NCE to 2014) | |
| | | |
| 2010-2012 | NARSAD | Co-Mentor |
| | National Alliance for Schizophrenia and Depression Young Investigator Award | |
| | Investigating the Utility of Two Neurophysiological Biomarkers in Predicting Transition to Schizophrenia in Ultra-High Risk Individuals | |
| | (PI: Dr. Thomas Whitford; Co-Mentors: Drs. Martha Shenton, Christos Pantelis and Judith Ford) | |
| | (Continued through NCE to 2014) | |
| | | |
| 2010-2014 | NIA R01 AG034155 | Co-Investigator |
| | Identifying Biomarkers of Alzheimer's in Insulin Resistant Patients Using MRI | |
| | (PI: Dr. Gail Musen) | |
| | | |
| 2011-2012 | CIMIT | Collaborator |
| | Center for Integration of Medicine and Innovative Technology | |
| | Diagnosis of Diffuse Axonal Injury Using Robust Tract-Based Quantification of Diffusion Tensor Imaging | |
| | (PI: Dr. Lauren O'Donnell)(Continued through NCE to 2014) | |
| | | |
| 2011-2012 | CIMIT | Co-Investigator |
| | Center for Integration of Medicine and Innovative Technology | |
| | Neurochemical and Multimodal Markers for Chronic Traumatic Encephalopathy | |
| | (PI: Dr. Alexander Lin)(Continued through NCE to 2014) | |
| | | |
| 2011-2013 | W81XWH-08-2-0159 | Co-PI and PI Subaward |
| | Project: Brain Indices of Risk for PTSD Following Mild TBI (NCE to 09/30/15) | |
| | (PI: Dr. Connie Duncan) | |
| | | |
| 2011-2013 | W81XWH-08-2-0159 | Principal Investigator |
| | Project: Post-Processing of Images for Clinical Consortium (NCE to 09/30/15) | |
| | (Other PIs: Drs. Ron Kikinis and Bruce Rosen) | |

2011-2013 W81XWH-08-2-0159      Principal Investigator
Pilot Project: Novel Functional and Structural Biomarkers of Neuroinflammation and White
Matter Change in TBI: A Potential New Diagnostic and Therapeutic Approach
(Co-PIs: Drs. Emily Stern and Ross Zafonte) (NCE to 09/30/15)

2011-2013 W81XWH-08-2-0159      Principal Investigator of Subaward
Project: A Randomized-Clinical Trial of Glyburide (RP-1127) for TBI
(PI: Dr. Howard Eisenberg)     (NCE to 09/30/15)

2011-2014 NINDS R01 NS078337-01    Co-Investigator
Project: Chronic Traumatic Encephalopathy: Clinical Presentation and Biomarkers
(PI: Dr. Robert Stern)      (NCE to 09/30/2015)

2011-2015 NIMH R01 MH090291-01    Co-Investigator
Project: Fetal Hormonal Programming of Sex Differences in Aging of the Memory Circuitry
(PI: Dr. Jill Goldstein)

2012-2015 NIH/NIMH 5R01MH64824-11   Consultant
Project: Biomarkers for Psychosis in Velocardiofacial Syndrome
(PI: Dr. Wendy Kates)

2013-2015 NARSAD         Co-Mentor
National Alliance for Schizophrenia and Depression Young Investigator Award
Free-Water as a Novel Imaging Biomarker for the Investigation of Inflammation and
Degeneration Dynamics in Schizophrenia
(PI: Dr. Ofer Pasternak; Co-Mentors: Drs. Martha Shenton and Marek Kubicki)

2012-2016 NIMH 1R01MH09238     Co-Investigator
Genetic Determinants of Schizophrenia Intermediate Phenotypes
(PI: Dr. Tracey Petryshen)

2012-2017 NIH R01 MH 074794     Significant Contributor
Novel DT-MRI Analyses of White Matter in Schizophrenia
(PI: Dr. Carl-Fredrik Westin)

2012-2017 R01 MH 097979      Significant Contributor
Taking Advanced Diffusion Imaging to the Clinic for Pediatric Patients with ADHD
(PI: Dr. Yogesh Rathi)

2013-2016 F31 NS 081957      Co-Sponsor
Ruth L. Kirchstein National Research Service Award for Individual Pre-Doctoral Fellows
Frontal Lobe Neuroimaging as a Biomarker of Chronic Traumatic Encephalopathy
(PI: Dr. Julie Stamm; Co-Sponsors Drs. Robert Stern and Martha Shenton)

2013-2016 NIMH MH 101052     Consultant and then Co-Investigator
Validating Biomarkers for the Prodrome and Transition to Psychosis in Shanghai
(PI: Dr. Larry Seidman)

2013-2018 VA Career Development Award   Co-Mentor
Providence VAMC
PTSD and the Default Network: Developing Imaging Phenotypes
(PI: Dr. Noah Philip)

| | | |
|---|---|---|
| 2013-2018 | K23 MH 097844 | Co-Mentor |

Cognitive Processing Therapy for PTSD with Co-Morbid Mild Traumatic Brain Injury
(PI: Dr. Kaloyan Tanev)(Co-Mentors: Drs. Martha Shenton and Roger Pitman)

2013-2018      NIMH T32 MH 016259-29      Principal Investigator

Clinical Research in Biological and Social Psychiatry
Name change to: The Stuart T. Hauser Clinical Research Training Program in Biological &
Social Psychiatry. Grant entering 34th year: (07/01/1980-6/30/2018) (2007-2008, not funded)
Dr. Shenton was a fellow from 1984-1986 on this grant and then an investigator and Associate
Director on this grant from 1996 to 2007. The grant was renewed in 2008. At this time, Dr.
Shenton became PI and Co-Director following the untimely death of Dr. Stuart Hauser.

2014-2016      DoD PT120517-37      Co-Investigator

Chronic Effects of Neurotrauma Consortium (CENC) Congressionally Directed Medical
Research Programs (CDMRP)
Using Individual DTI Profiles of Mild TBI to Guide Targeted, Non-Invasive Brain Stimulation
for Veterans with Persistent Post-Concussive Symptoms
(PI: Dr. David Tate, Co-PI: Dr. Sylvain Bouix)

2014-2018      W81XWH-13-2-0063      Principal Investigator

Congressionally Directed Medical Research Programs (CDMRP)
Traumatic Brain Injury Award
"Tau Imaging of Chronic Traumatic Encephalopathy"
(Co-Partnering PI: Dr. Robert Stern)

2014-2018      VA Merit Award      Principal Investigator

Development of MR Biomarkers of Brain Injury in Acute and Chronic mTBI

2014-2019      NIH MH K23 10061      Co-Mentor

Speech and Cognitive Networks in Hallucinators Across the Psychoses Spectrum.
(PI: Ann Shin; Co-Mentors: Drs. Martha Shenton, Dos Ongur, John Gabrieli, & Randy Buckner)

2014-2019      NIMH U01 MH 081928-06      Co-Investigator

Predictors and Mechanisms to Psychosis
PI: Dr. Tyrone Cannon (Site PI in Boston: Dr. Larry Seidman)

2015-2017      NARSAD      Mentor

National Alliance for Schizophrenia and Depression Young Investigator Award
Computational methods for structural brain morphology in neurodevelopment
(PI: Dr. Peter Savadjiev; Mentor: Dr. Martha Shenton)

# Report of Teaching:

*Local Contributions*

*Tufts University*

1975-1976      Motivation, Psychology Department, Tufts University, Medford, MA
Teaching Fellow
50 undergraduates
5 hours/week for two semesters

*Brandeis University*

1985-1986      Abnormal Psychology, Psychology Department, Brandeis University, Waltham, MA
Visiting Lecturer
45 undergraduates
20 hours/week for two semesters

*Harvard University*

1979-1980   Stress and Illness, Psychology & Social Relations, Harvard University, Cambridge, MA
Teaching Fellow
75 undergraduates
5 hours/week for one semester

Human Nature, Psychology and Social Relations, Harvard University, Cambridge, MA
Teaching Fellow

75 undergraduates
5 hours/week for one semester

1980-1981   Methods in the Social Sciences, Psychology and Social Relations, Harvard University, Cambridge, MA
Teaching Fellow

35 undergraduates
10 hours/week for one semester

Developmental Psychopathology, Psychology and Social Relations, Harvard University, Cambridge, MA
Teaching Fellow
40 undergraduates
5 hours/week for one semester

1981-1982   Sophomore Tutorial, Psychology & Social Relations, Harvard University, Cambridge, MA
Sophomore Tutor
12 undergraduates per semester
20 hours/week for two semesters

Stress and Illness, Psychology & Social Relations, Harvard University, Cambridge, MA
Teaching Fellow

80 undergraduates
5 hours/week for one semester

1982-1983   Sophomore Tutorial, Psychology & Social Relations, Harvard University, Cambridge, MA
Sophomore Tutor
12 undergraduates per semester
20 hours/week for two semesters

Methods in the Social Sciences, Psychology and Social Relations, Harvard University, Cambridge, MA
Teaching Fellow
35 undergraduates
10 hours/week for one semester

1983-1984   Schizophrenia, Psychology and Social Relations, Harvard University, Cambridge, MA
Teaching Fellow
45 undergraduates
10 hours/week for one semester

*Other Teaching/Advisory Responsibilities at Harvard University*

| | |
|---|---|
| 1981-1983 | Resident Tutor and Adviser, Dudley House, Harvard College, Cambridge, MA |
| | Resident Tutor and Adviser to 80 undergraduate Psychology & Social Relations Majors |
| 1984- | Thesis Advisor, Harvard College, Cambridge, MA |
| 2000- | Member, Board of Honors Tutors, Department of Psychology (Arts and Sciences), Harvard University, Cambridge, MA |

*Harvard Medical School*

| | |
|---|---|
| 1986-2005 | Clinical Research Advisor for Post-Doctoral Research Fellows in the Dept. of Psychiatry, VA Boston Healthcare System, Harvard Medical School, Brockton, MA (see section on Supervisory Role for specific students). Mentor on research projects (2 hours per week). Mentor and post-doctoral fellows on their research projects (5-10 hours per week). |
| 1990-2005 | Clinical Research Advisor for Visiting Scholars in the Department of Psychiatry, VA Boston Healthcare System, Harvard Medical School, Brockton, MA (see also Supervisory Role for specific students).Mentor visiting scholars on research projects (2 hours/week) |
| 1993-1994 | Acting Co-Director, Biological Psychiatry, Clinical Research Training Program, Department of Psychiatry, Harvard Medical School. Responsible for coordinating the Clinical Research Training Program, including the weekly seminar where fellows met weekly for a didactic seminar (2-3 hours per week). |
| 1993-1994 | Coordinator, Lecturer, Neuroscience Seminar Series, Residency Training Program, Department of Psychiatry, Harvard Medical School, VAMC-Brockton, MA. Responsible for coordinating a yearlong seminar series on neuroscience (5 hours per week). |
| 1993-1996 | Coordinator, Lecturer, Biological Psychiatry, Clinical Research Training Program, Department of Psychiatry, Harvard Medical School. Assisted in coordinating the Clinical Research Training Program seminars and in the administrative aspects of the program (3 hours per week). |
| 1993- | Preceptor, Biological Psychiatry, Clinical Research Training Program, Department of Psychiatry, Harvard Medical School (see section Supervisory Role for specific students). Preceptor on individual research projects for post-doctoral fellows (10-20 hrs. per week). |
| 1996-2007 | Associate Director, Clinical Research Training Program, Department of Psychiatry, HMS. Responsible for assisting in coordinating and administrating aspects of the Clinical Research Training Program, including co-directing the weekly seminar (2-3 hours per week). |
| 2008- | Co-Director, and PI, Clinical Research Training Program, Department of Psychiatry, HMS. Responsible for assisting in coordinating and administering aspects of the Clinical Research Training Program, including co-directing the weekly seminar (2-3 hours per week). |

*VA Boston Healthcare System*

| | |
|---|---|
| 2008-2010 | Co-Organized the Research Methods PGY-II course as part of the Harvard South Shore Residency Training Program in Psychiatry, VA Boston Healthcare System, Brockton, MA |

| 2008-2012 | Direct monthly seminar for Residency Pathway to Research Training Program, Harvard South Shore Residency Training Program in Psychiatry, VA Boston Healthcare System, Brockton, MA |

**Advisory and Supervisory Responsibilities:**

Dr. Shenton has mentored many talented researchers over the course of her career, including many Professors, Associate Professors, Assistant Professors, Instructors, Senior Scientists, as well as Department Chairs and Deans of Medical Schools.

*Preceptorships*

| 1991-1994 | Hiroto Hokama, M.D., Ph.D., Research Fellow, Visiting Scholars Program, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Harvard Medical School (received the *Neal Mysell Award*, 1994, for most outstanding poster presentation at the *Second Annual Research Day*, Department of Psychiatry, Harvard Medical School). (See Bibliography portion of CV for first author and co-authorship on abstracts, papers, and presentations at professional meetings). (Currently Assistant Professor, Department of Psychiatry, University of Ryukyu, Okinawa). |
| 1994-1995 | Hirokazu Ohta, M.D., Ph.D., Research Fellow, Visiting Scholars Program, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Harvard Medical School. (See CV for first author and co-authorship on abstracts, papers, and presentations at professional meetings). (Currently Director, Hirayasu Hospital, Okinawa). |
| 1994-1995 | Chiara Portas, M.D., Research Fellow, Visiting Scholars Program, Basic and Clinical Neuroscience Divisions Laboratory of Neuroscience, Department of Psychiatry, Harvard Medical School. (See Bibliography portion of CV for first authorship and co-authorship on abstracts, papers). (Currently Professor at the London Sleep Clinic and Honorary Fellow at the Institute of Neurology, University of London, London, England.) |
| 1994-2007 | Chandlee Dickey, M.D., Research Fellow, and now Assistant Professor, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Harvard Medical School, and Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, Harvard Medical School (*Ethel Dupont Warren Fellowship* 1995-1996; *NARSAD Young Investigator Award* 1995-1997; NIMH Sponsored, *Schizophrenia Young Investigator Award* 1997; *VA Postdoctoral Fellowship in Neuropsychiatry Research/Neurosciences* 1997-2000; *VA Career Development Award* 2000-2003; *VA Advanced Career Development Award* 2003-2006). (Other funding: R21 2008-2010.)(See CV for first author/co-authorship on papers). Currently Residency Training Director, South Shore Residency Training Program in Psychiatry, Harvard Medical School. |
| 1994-1996 | Dan Iosifescu, M.D., Research Fellow, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Harvard Medical School. (See Bibliography portion of CV for first author and co-authorship on abstracts, papers, and presentations at professional meetings; *Hackett Award*, 2000, for paper written as first author on elastic matching while in the laboratory). Chief Resident in Psychiatry, followed by Instructor and Assistant Professor in the Department of Psychiatry, Massachusetts General Hospital, Harvard Medical School. Also, received a *Kaplen Fellowship on Depression Research Award* in 2000 from the Department of Psychiatry, Harvard Medical School, a *Livingston Fellowship Research Award* in 2001 from the Department of Psychiatry Harvard Medical School, an *America Psychiatric Association Young Investigator Travel Award* in 2001, a *Clinical Investigator Training Program Fellowship* at the Harvard/MIT |

Health Sciences and Technology (HST), in collaboration with Pfizer, Inc., in 2001, a NARSAD (National Alliance for Research in Schizophrenia and Depression) in 2001-2002, *a New Investigator Award* from NCEU (New Clinical Drug Evaluation Unit, National Institute of Mental Health) in 2002, a *K23 Award* from NIMH from 2003-2008, PI of a project that is part of a U54 grant to Drs. Keohane and Glaser in 2007-2009, R01 funding from NIH from 2008-2013, listed as *Best Doctors in America* (Psychiatry Section: Mood and Anxiety Disorders, for 2005-2006, listed in the Best Doctors in Boston (Psychiatry) in Boston Magazine in 2006, a *Sidney R. Baer Jr. Foundation Young Investigator Award from NARSAD* (National Alliance for Research on Schizophrenia and Depression) 2006-2008, listed in *Best Doctors in America* (Psychiatry Section: Mood and Anxiety Disorders) 2007-2008, and listed in *Best Doctors in Boston* (Psychiatry) in Boston Magazine, 2008. He is currently Associate Professor of Psychiatry and Neuroscience and Director of the Mood and Anxiety Disorders Program at Ichan School of Medicine at Mount Sinai.

| | |
|---|---|
| 1994-1998 | Geoff Potts, Ph.D., Research Fellow, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry a VAMC-Brockton, Harvard Medical School (*Peter B. Livingston Fellowship* 1996-1997; *NARSAD Young Investigator Award* 1998-2000). (See also Bibliography portion of CV for first and co-authorship on abstracts, papers, and presentations). (Currently, Assistant Professor of Psychology, Rice University, Texas, and now Assistant Professor of Psychology, Florida State University.) |
| 1995-1996 | Hajime Arakaki, M.D., Visiting Instructor, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Harvard Medical School. (See Bibliography portion of CV for first author and co-authorship on abstracts, papers and presentations at professional meetings.) (Currently President of Arakaki Hospital, Okinawa.) |
| 1995-1997 (see also 2004-2005) | Paola Mazzoni, Medical Student from the University of Chicago taking a leave of absence to conduct clinical research studies in the Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Harvard Medical School. (See bibliography portion of CV for co-authorship on abstracts and presentations at professional meetings). (Resident in Psychiatry at Massachusetts General Hospital, Harvard Medical School, Boston, MA, and completed residency training at Duke University School of Medicine, Durham, NC, completed a fellowship in Child Psychiatry at the Columbia University College of Physicians and Surgeons and is now on staff at Cornell Medical School as a research fellow and staff psychiatrist.) |
| 1995-1998 | Jun Soo Kwon, M.D., Ph.D., Visiting Assistant Professor, Visiting Scholars Program, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Harvard Medical School. (See Bibliography portion of CV for first author and co-authorship on abstracts and presentations at professional meetings). (Assistant Professor, and Associate Professor, and now Professor and Chair, Department of Psychiatry, National University College of Medicine, Seoul, South Korea, where he has received the *Paul Janssen Schizophrenia Award* from the Korean Neuropsychiatric Association, October, 2000, for his work in schizophrenia. *The Wunsch Medical Award*, 2009, the most honorable award from the Korean Academy of Medical Sciences, Seoul National University, Seoul, South Korea). |
| 1995-1999 | Yoshio Hirayasu, M.D., Ph.D., Visiting Assistant Professor, Visiting Scholars Program, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Harvard Medical School. (See Bibliography portion of CV for first author & co-authorship on abstracts, papers, and presentations at professional meetings). (Currently Professor and Chairman, Department of Psychiatry, Yokohama City University School of |

Medicine, Yokohama, Japan, and, as of April 1, 2010, also now President of Yokohama City University Hospital Medical Center, and Dean of the Graduate School of Medicine, Yokohama City University Graduate School of Medicine, Yokohama, Japan.)

1996-2000     Jane Anderson, Ph.D., NIMH Post-Doctoral Research Fellow, Clinical Research Training Program in Biological Psychiatry, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Harvard Medical School (1996-1997; *Peter Livingston Fellowship Award* 1997-1998; *NIMH Individual Postdoctoral National Research Service Award* 1997-1998;1999-2000). (See Bibliography portion of CV for first author and co-authorship on papers, abstracts and presentations at professional meetings). (Currently at home raising her son.)

1997-2004     Melissa Frumin, M.D., Post-Doctoral Research Fellow, and then Instructor, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Harvard Medical School (*Ethel Dupont-Warren Fellowship* 1997-1998; *VA Postdoctoral Fellowship in Neuropsychiatry Research/Neurosciences* 1998-2001; NARSAD *Young Investigator Award* 1999-2001; *VA Career Development Award* 2002-2005). (See Bibliography portion of CV for first author and co-authorship on papers, abstracts, and presentations at professional meetings). (Currently Instructor, Department of Psychiatry, BI-Deaconess and Massachusetts Mental Health Center, Harvard Medical School.)

1998-1999     Shin Tanaka, M.D., Research Fellow, Visiting Scholars Program, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Harvard Medical School (see CV for first and co-authorship on abstracts, papers, and presentations at professional meetings). (Currently, Instructor, Department of Psychiatry, University of Ryukyu, Okinawa.)

1999-2001     Almos Nagy, M.D., Research Fellow, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Harvard Medical School. (See Bibliography portion of CV for first author and  co-authorship on papers, abstracts and presentations at professional meetings). (Resident in Psychiatry at the South Shore Residency Training Program, Department of Psychiatry, Harvard Medical School.)

1999-2001     Khang Uk Lee, M.D., Ph.D., Visiting Assistant Professor, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Harvard Medical School (supported through funds from The Catholic University of Korea, and from NIMH funds). (See Bibliography portion of CV for first author and co-authorship on papers, abstracts and presentations at professional meetings). (Associate Professor of Psychiatry, The Catholic University Medical College, Seoul, Korea and currently Professor and Director, Department of Psychiatry, Kangwon National University School of Medicine, Gangwon Provincial Mental Health Center, Director, Gangwon Suicide Prevention Center, Chief Medical Officer, Kangwon National University Hospital, Gangwon-do, Republic of Korea.)

1999-          Marek R. Kubicki, M.D., Ph.D., Visiting Assistant Professor, and then Assistant Professor, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Harvard Medical School and Assistant Professor, and now Associate Professor, Departments of Psychiatry and Radiology, Psychiatry Neuroimaging Laboratory, Brigham and Women's Hospital, Harvard Medical School, Boston, MA (has been supported by a fellowship from the Kosciuszko Foundation, Poland, and from NIMH funds; received the *Neal Mysell Award*, 2000, for most outstanding poster presentation at the *Eighth Annual Research Day*, Department of Psychiatry, Harvard Medical School; *NARSAD Young Investigator Award* 2001-2003 and 2003-2005; *11th*

*Biennial Winter Workshop in Schizophrenia*, *Young Investigator Award*, Davos, Switzerland, 2002; *NIMH Schizophrenia Young Investigator Award* 2003; *ACNP Young Investigator Travel Award*, 2004; *William F. Milton Fund Award for Scientific Research,* Harvard University, 2005).(See Bibliography of CV for first author and co-authorship on papers, abstracts and presentations at professional meetings, and two R01s from NIMH).

2000-2001    Jay Nierenberg, M.D., Ph.D., Longwood Residency Training Program, PYG-IV, Department of Psychiatry, Harvard Medical School, and Research Fellow, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Harvard Medical School (*Ethel Dupont-Warren Fellowship* 2000-2001; *NIMH Young Investigator Award 2003*). (See Bibliography portion of CV for first author and co-authorship on papers, abstracts and presentations at professional meetings.)(Currently a Senior Researcher at the Nathan Kline Institute, Orangeburg, NY.)

2000-2002    Kiyoto Kasai, M.D., Ph.D., Visiting Instructor, Visiting Scholars Program, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Harvard Medical School (supported through funds from the University of Tokyo, Japan and then by NIH funds). (See Bibliography portion of CV for first author and co-authorship on papers, abstracts and presentations at professional meetings.) (Currently Professor and Head, Department of Neuropsychiatry, University of Tokyo. Youngest Professor in Japan.)

2000-2003    Toshiaki Onitsuka, M.D., Ph.D., Visiting Instructor, Visiting Scholars Program, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Harvard Medical School (supported through funds from Kyushu University Medical School, Fukuoka, Japan, and then by NIH funds). (See Bibliography portion of CV for first author and co-authorship on papers, abstracts and presentations at professional meetings.) (Currently staff member at Fukuoka Prefectural Dazaifu Hospital Psychiatric Clinic and Assistant Professor and Director, Psychiatry Neurophysiology Laboratory, Department of Neuropsychiatry, Graduate School of Medical Sciences, Kyushu University and Kyushu Hospital, Fukuoika, Japan.)

2000-    Kevin Spencer, Ph.D., Research Fellow in the Clinical Research Training Program in Biological Psychiatry, then Instructor, Assistant Professor, and now Associate Professor, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Boston VA Healthcare System, and Harvard Medical School (*Peter B. Livingston Award* 2000-2001; *National Research Service Award NIMH* 2001-2002; *NARSAD Young Investigator Award* 2002-2004; *Neal Mysell Award*, 2002, for most outstanding poster presentation at the *Tenth Annual Research Day*, Department of Psychiatry, Harvard Medical School; *NARSAD Young Investigator Award* 2004-2006; *13th Biennial Winter Workshop in Schizophrenia, Senior Investigator Award*, Davos, Switzerland, 2006; R01 funding from NIMH 2008-2013). (See Bibliography portion of CV for first author and co-authorship on papers, abstracts and presentations.)

2001-2004    Hae Jeong Park, Ph.D., Visiting Research Fellow, Visiting Scholars Program, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Boston VA Healthcare System, Brockton Division, and Harvard Medical School (supported in part from the Seoul National University, South Korea for year one, and in part from grants from NIH).(See Bibliography portion of CV for first author and  co-authorship on papers, abstracts and presentations).(Associate Professor and now Professor, Department of Nuclear Medicine, Department of Radiology and Psychiatry, Yonsei University College of Medicine, Seoul, Korea, and Adjunct Professor, Department of Psychiatry, and Adjunct Professor, Biomedical Science & Engineering major of the graduate school at Yonsei University and the Brain Korea 21 Project for Medical Science, and Professor of the Serverance Biomedical Science Institute, Yonsei University College of Medicine, South Korea.)

| | |
|---|---|
| 2001-2005 | Xiangyang Li, M.D., Ph.D., Research Fellow in the Clinical Research Training Program in Biological Psychiatry, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Boston VA Healthcare System, and Harvard Medical School (*VA Postdoctoral Fellowship in Neuropsychiatry Research/Neurosciences* 2002-2005.) (See Bibliography portion of CV for first author and co-authorship on papers, abstracts and presentations at professional meetings.) |
| 2002-2003 | Na Young Ji, M.D., Research Associate, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Boston Healthcare System, and Harvard Medical School. Working part-time evaluating brain structures in schizotypal personality disorder prior to entering residency training in psychiatry (supported in part from funds from the Stanley Medical Research Institute Senior Scholars Program).(See Bibliography portion of CV for first author and co-authorship on papers, abstracts and presentations at professional meetings.) (Completed Residency Training in Psychiatry at the University of North Carolina, Chapel Hill, NC -2003-2008, and entered Child Fellowship program in Psychiatry. Now Assistant Professor, Kennedy Krieger Institute, Baltimore, MD.) |
| 2002-2003 | Anders Brun, M.S., Research Associate, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Boston Healthcare System, and Harvard Medical School. Working on fiber tracking using diffusion tensor images (supported from a grant from NIH). (See Bibliography portion of CV for first author and  co-authorship on papers, abstracts and presentations).(Completed his Ph.D. in Medical Imaging in the Department of Biomedical Engineering, Linköping University, Linköping, Sweden. Now Assistant Professor in Image Analysis, Center for Image Analysis, Swedish University of Agricultural Sciences, Uppsala University, Uppsala, Sweden. |
| 2002-2004 | Noriomi Kuroki, M.D., Visiting Research Fellow, Visiting Scholars Program, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, VA Boston Healthcare System, and Harvard Medical School (supported in part by The Japanese Society for the Promotion of Science and Scholarship for Studying Abroad, the Welfide Medicinal Research Foundation, and from NIH grant support). *Neal Mysell Award*, 2004,for most outstanding poster presentation at the *Twelfth Annual Research Day*, Department of Psychiatry, Harvard Medical School. (See Bibliography portion of CV for first author and co-authorship on papers, abstracts and presentations). (Currently Instructor, Department of Neuropsychiatry, University of Tokyo Hospital, Tokyo, Japan.) |
| 2002-2005 | Flavia May, B.A., Volunteer, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Boston Healthcare System, and Harvard Medical School. (See Bibliography portion of CV for first author and co-authorship on papers, abstracts and presentations) |
| 2003-2003 | Brenda Bemporad, Ph.D., Volunteer, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, VA Boston Healthcare System, Harvard Medical School. |
| 2003-2005 | Min-Seong Koo, M.D., Ph.D., Visiting Research Fellow, Visiting Scholars Program, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Boston VA Healthcare System, and Harvard Medical School, visiting from College of Medicine, Kwandong University, Gangnung City, Korea. (Supported from NIH funds.) (See Bibliography portion of CV for first author and co-authorship on papers, abstracts and presentations.) (Currently Dean, Catholic Kwandong University School of Medicine, |

|  | Professor and Chairperson, Department of Psychiatry, Catholic Kwandong University College of Medicine, and Chair and Director of Myung-Ji Hospital, Gangnung City, Korea.) |
|---|---|
| 2003-2007 | Motoaki Nakamura, M.D., Visiting Research Fellow, Visiting Scholars Program, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Boston VA Healthcare System, and Harvard Medical School, and Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, Harvard Medical School. *International Congress of Schizophrenia Research Young Investigator Award*, 2005. *Neal Mysell Award*, 2005, for most outstanding poster presentation at the *Thirteenth Annual Research Day*, Department of Psychiatry, Harvard Medical School. *13th Biennial Winter Workshop in Schizophrenia, Young Investigator Award*, Davos, Switzerland, 2006. (Supported in part from a scholarship for studying abroad through the Mitsubishi Pharma Research Foundation, Japan, and supported in part by NIH funds.)(See Bibliography portion of CV for first author and co-authorship on papers, abstracts and presentations.)(Currently Visiting Researcher, Department of Psychiatry, Yokohama City University School of Medicine, Yokohama, Japan.) |
| 2003- | Sylvain Bouix, Ph.D., Postdoctoral Research Fellow (2003-2005), Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Boston VA Healthcare System, and Harvard Medical School. Instructor (2005-2008), Instructor (2005-2008), and Assistant Professor (2008-present), Psychiatry Neuroimaging Laboratory, Department of Psychiatry Brigham and Women's Hospital, Harvard Medical School, Boston, MA. (Center for Integration of Medicine and Innovative Technology-CIMIT-Solider in Medicine Award and R01 funding from NIMH from 2009 to 2014.) (See Bibliography portion of CV for first author and co-authorship on papers, abstracts and presentations.) |
| 2004-2005 | Takeshi Yoshida, M.D., Visiting Research Fellow, Visiting Scholars Program, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Boston VA Healthcare System, and Harvard Medical School, visiting from National Defense Medical School, Saitama, Japan. (See Bibliography portion of CV for first author and co-authorship on papers, abstracts and presentations). (Currently Visiting Researcher, Department of Psychiatry, Yokohama City University School of Medicine, Yokohama, Japan.) |
| 2004-2006 | KangUk Lee, M.D., Ph.D., Visiting Research Fellow, Visiting Scholars Program, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Boston VA Healthcare System, and Harvard Medical School, and Psychiatry Neuroimaging Laboratory, Brigham and Women's Hospital, Harvard Medical School. Visiting from Seoul National University College of Medicine, Seoul, South Korea. (See Bibliography portion of CV for first author and co-authorship on papers, abstracts and presentations.) (Currently Associate Dean of Graduate Education and Research, Professor, and Head, Department of Psychiatry, Kangwon National University College of Medicine, Chunchon, South Korea.) |
| 2004-2005 | Paola Mazzoni, M.D., Research Fellow, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Boston VA Healthcare System, and Harvard Medical School. Completed her residency training in psychiatry at Duke University Medical School. (Currently a child fellow in Psychiatry at Columbia College of Physicians and Surgeons. |
| 2005-2007 | Marc Niethammer, Ph.D., Post-Doctoral Research Fellow, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, and Harvard Medical School. (See Bibliography portion of CV for first author and co-authorship on |

papers, abstracts and presentations.)(Assistant Professor and now tenured Associate Professor, Department of Computer Science, University of North Carolina.)

2005-2008    Toshiro Kawashima, M.D., Ph.D., Visiting Research Fellow, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Boston VA Healthcare System, and Psychiatry Neuroimaging Laboratory, Brigham and Women's Hospital, Harvard Medical School, visiting from Kyushu University, Fukuoka, Japan. (Currently, Staff psychiatrist at Fukuoka Prefectural Psychiatric Center Dazaifu Hospital and Associate Professor in the Department of Psychiatry, Saga Medical School, Kyushu University, Fukuoka, Japan.)

2006-2008    Katharina Quintus, M.S., Research Associate, Psychiatry Neuroimaging Laboratory, Brigham and Women's Hospital, Harvard Medical School.

2006-    Jennifer Fitzsimmons, M.D., Post-Doctoral Research Fellow, and now Instructor (2009), Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, and Harvard Medical School.

2006-    Zora Kikinis, M.D., Post-Doctoral Research Fellow and now Instructor (2009), Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, and Harvard Medical School. (2006-2009 *Reentry to Biomedical Research, supplement* to NIMH R01 Computerized Image Processing Analyses in Schizophrenia; *NARSAD Young Investigator Award*, 2008-2010). *Harvard Catalyst Clinical Research Center Junior Investigator Laboratory Support Award* (2011.)

2006-2007    Bumseok Jeong, M.D., Ph.D., Visiting Research Fellow, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Boston VA Healthcare System, Harvard Medical School and Psychiatry Neuroimaging Laboratory, Psychiatry Department, Brigham and Women's Hospital; visiting from Seoul National University, Seoul, South Korea. Moved to Eulji University, South Korea and then to the Korean Advanced Institute of Science and Technology, Graduate School of Medical Science & Engineering, Department of Psychiatry, KAIST Clinic, Daejeon, Republic of Korea, where he is Associate Professor.

2006-2007    Gudrun Rosenberger, M.D., Visiting Research Fellow, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, and Harvard Medical School. Visiting from the Department of Psychiatry, Medical University of Innsbrook, Innsbrook, Austria. (Currently Psychiatrist, Department of Psychiatry, Medical University of Innsbrook, Innsbrook, Austria.)

2007-2008    Jungsu Oh, Ph.D., Visiting Research Fellow, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, and Harvard Medical School. Visiting from Department of Nuclear Medicine, Seoul National University College of Medicine, Seoul, South Korea (Currently, Assistant Professor, Department of Psychiatry, Seoul National University College of Medicine, Seoul, South Korea.)

2007-    Yogesh Rathi, Ph.D., Post-Doctoral Research Fellow (2007-2008), Instructor (2008), and Assistant Professor (2009), Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, and Harvard Medical School (*Information System and Research Council grant award*; "Diffusion Modeling and Fiber Cup Award" for the best tractography algorithm competition held during MICCAI – *Medical Image Computing and Computer Assisted Intervention* Conference, 2009). *October 2012:*New and Notables: The NIMH has cited Dr. Rathi's R01 recently funded research among new investigators. This project will use new computational and acquisition approaches in order to shorten the time needed for conducting advanced diffusion imaging. *2013:*

selected to participate in the course for *HMS Leadership Development for Physicians and Scientists.*

| | |
|---|---|
| 2007-2008 | Lucas Torres, M.D., Post-Doctoral Research Fellow, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, and Harvard Medical School. |

2007-2007    Aristotle Voineskos, M.D., Visiting Research Fellow, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, and Harvard Medical School. Visiting from Toronto University School of Medicine, Toronto, CA, where he was in his 4th year resident in Psychiatry. He completed his 5th year residency training in 2008 and in 2007 he received the *American Association of Geriatric Psychiatry Stepping Stone Award*, the *Society of Biological Psychiatry Travel Scholarship*, a *Robin Hunter Memorial Award for Best Resident Research Project at the Department of Psychiatry*, University of Toronto, the *Best Resident in Geriatric Psychiatry Award in the Department of Psychiatry, University of Toronto*, and the *World Congress of Psychiatric Genetics Travel Scholarship*. In addition, in 2008 he was selected for *Research Colloquium for Junior Investigators* (*American Psychiatric Association*), the *Best Presentation by a Resident - 34th Annual Harvey Stancer Research Day*, University of Toronto, and he received a *Canadian Institutes of Health Research (CIHR-2008-2011) Clinical Scientist Award* (Phase I) for a project entitled "Identifying Genetic Vulnerabilities that Mediate Differences in Connectivity in Schizophrenia Across the Adult Lifespan: A Diffusion Tensor Imaging and Genetics Study". *APIRE/AstraZeneca Young Minds in Psychiatry Award*, the *American Psychiatric Association*, 2009. (Completing residency training in Psychiatry, Toronto University School of Medicine, Toronto, Canada, was Instructor in the Department of Psychiatry, Toronto University School of Medicine, and is now Assistant Professor in the Department of Psychiatry, Institute of Medicine, University of Toronto, and Koermer New Scientist and Head of the Kimel Family Translational Imaging-Genetic Laboratory.)

2007-2010    William Burch, M.D., Ph.D., Staff Psychiatrist and Instructor, Department of Psychiatry, VA Boston Healthcare System, Brockton, MA (2007-2009) and then Staff Psychiatrist, Department of Psychiatry, VA Bedford Healthcare System, and Instructor, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, and Harvard Medical School.

2008-2011    Takeshi Asami, M.D., Ph.D., Visiting Research Fellow, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, Harvard Medical School, and the Clinical Neuroscience Division, Laboratory of Neuroscience, VA Boston Healthcare System, and Department of Psychiatry, Harvard Medical School. Funded from the Department of Psychiatry, Yokohama City University School of Medicine, Yokohama, Japan. Currently Assistant Professor, Department of Psychiatry, Yokohama University School of Medicine.

2008-2012    Jason Schneiderman, Ph.D., Post-Doctoral Research Fellow, Clinical Research Training Program in Biological Psychiatry, and Post-Doctoral Research Fellow, Department of Psychiatry, Harvard Medical School, and member of the Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, Harvard Medical School (see CV for publications). *International Congress of Schizophrenia Research Young Investigator Award*, 2009.

2008-2008    Francisco Romo-Nava, M.D., Visiting Research Fellow, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, Harvard Medical School. Visiting and funded from the National Institute of Psychiatry, Mexico City, Mexico. Currently, staff physician, National Institute of Psychiatry, Mexico City,

Mexico. 1st place for poster at the poster session, *XXI National Meeting of the Mexican Psychiatric Association*, Acapulco, Mexico, November 13-20th, 2009.

2008-2009     Julien Von Siebenthal, Ph.D., Post-Doctoral Research Fellow, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, Harvard Medical School (see CV for publications). Currently, Post-Doctoral Research Fellow, Children's Hospital, Boston, MA.

2008-2010     Sun Woo Lee, M.D., Visiting Associate Professor, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, and Harvard Medical School. Visiting from the Department of Psychiatry, Chungnam National University Hospital, Chungnam National University College of Medicine, Gung-gu, Daejeon, South Korea. Funded from Chungnam National University Hospital, Chungnam National University College of Medicine, Gung-gu Daejeon South Korea.

2008-2011     An Nguyen, M.D., Resident in Psychiatry, South Shore Residency Training Program, VA Boston Healthcare System, Brockton, and Harvard Medical School, Research Fellow, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, Harvard Medical School, and now Clinical Fellow in Psychiatry, Children's Hospital, Harvard Medical School. (Mysell Best Poster Finalist, 2009). (See also CV for publications.) Currently, Adolescent and Child Psychiatrist in San Jose, CA.

2008-2010     Thomas Whitford, Ph.D., Visiting Research Fellow, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, and Harvard Medical School. Visiting from University of Sydney, Sydney, Australia. Funded from a National Health and Medical Research Council Australian Government (MHMRC) Training Fellowship (Honorable mention, SIRS Contest Winning Essay, *2nd Schizophrenia International Research Society Conference*).(Recipient a *NARSAD Young Investigator Award* 2010-2012.) (See also CV for publications.)

2008-     Peter Savadjiev, Ph.D., Post-doctoral Research Fellow, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, Harvard Medical School. Recipient of the *2009MICCAI Young Scientist Award* for the best paper: http://ubimon.doc.ic.ac.uk/MICCAI09/m773.html). Also recipient of a NARSAD Young Investigator Award (2015-2017), a prestigious award granted from the Brain and Behavior Research Foundation (See also CV for publications.)

2008-     Alexander Lin, Ph.D., Instructor and now Assistant Professor of Radiology, Center for Clinical Spectroscopy, and Psychiatry Neuroimaging Laboratory, Brigham and Women's Hospital, Harvard Medical School. Recipient of the BWH Biomedical Research Institute Clinical Research Excellence Award (2011), and the Harvard Medical School Young Mentor Award (2014). He has also been supported by a Department of Defense Congressionally Directed Medical Research Program award, and is part of an NIA study of Chronic Traumatic Encephalopathy as well as a Department of Defense Psychological health and Traumatic Brain Injury Research Program award for investigating Tau Imaging of Chronic Traumatic Encephalopathy. He has also completed an Innovations Award from the Center for Integraiton of Medicine and Innovative Technology (CIMIT) as well as completing a project funded by Siemens. He was fnded by Draper Laboratory for a University Research and Development Grant and he received a Harvard Catalyst Pilot Grant Award entitled "Noninvasive Cerebral Glutamate Monitoring in Veterans with Traumatic Brain Injury."

2008-2011     Toshiyuku Ohtani, M.D., Ph.D., Visiting Research Fellow, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, Harvard Medical School, and the Clinical Neuroscience Division, Laboratory of Neuroscience,

VA Boston Healthcare System, and Department of Psychiatry, Harvard Medical School. Funded from Department of Neuropsychiatry, Kyushu University, Maidashi, Higashiku, Fukuoka, Japan. Finalist, Top Poster Award *Society for Biological Psychiatry*, 2010, New Orleans, LA. Currently Associate Professor, Safety and Health Organization, Chiba University, Inage-ku, Chiba, Japan.

2009-        Hesham Hamoda, M.D., Clinical Fellow in Psychiatry, Children's Hospital, Harvard Medical School, and Fellow, Psychiatry Neuroimaging Laboratory, Brigham and Women's Hospital, Harvard Medical School. Recipient of a *Dupont-Warren Fellowship*, Harvard Medical School, and a *Livingston Fellowship Award*, Harvard Medical School. Recipient of an *American Psychiatric Association Junior Investigator Award* (2011). Vice-President for the International Association for Child and Adolescent Psychiatry and Allied Professions (IACAPAP)

2009-2009    Inga Koerte, M.D., Visiting Research Fellow, Psychiatry Neuroimaging Laboratory, (see also 2011-present)    Department of Psychiatry, Brigham and Women's Hospital, Harvard Medical School. Funded from Ludwig-Maximillian-University, Munich, Germany and by the Robert Bosch Foundation - stipend for fast-track program for excellence and leadership skills for outstanding women in science, 20 stipends given in the entire country. (See CV for publications; currently completing her residency training in neuroradiology.)

2009-2014    Taiga Hosokawa, M.D., Ph.D., Visiting Research Fellow, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, Harvard Medical School, and the Clinical Neuroscience Division, Laboratory of Neuroscience, VA Boston Healthcare System, and the Department of Psychiatry, Harvard Medical School. Funded from the Department of Psychiatry, University of Tokyo, Tokyo, Japan. (See CV for publications; currently Vice President Tsuchida Hospital, Affiliated Hospital of Tokyo University, Tokyo, Japan.)

2009-2011    Toshiaki Onitsuka, M.D., Ph.D., Visiting Research Fellow, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, Harvard Medical School, and the Clinical Neuroscience Division, Laboratory of Neuroscience, VA Boston Healthcare System, and Department of Psychiatry, Harvard Medical School. Funded from the Department of Psychiatry, Yokohama City University School of Medicine, Yokohama, Japan. Currently Assistant Professor in the Department of Neuropsychiatry, Kyushu University and Kyushu University Hospital, Fukuoika, Japan.

2009-2010    Hsiao Piau Ng, Ph.D., Visiting Research Fellow, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, Harvard Medical School. Funded from the Agency for Science, Technology and Research (A*STAR), Singapore Bio-imaging Consortium, Singapore. Recipient of an *NIMH Young Investigator Travel Award* to attend the *2nd Schizophrenia Scientific Conference* Sponsored by the *Schizophrenia International Research Society* (2010), one of top 3 finalists for A*STAR investigatorship (SERC), October, 2010.

2009-2011    Sang-Hyuk Lee, M.D., Ph.D., Visiting Research Fellow, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, Harvard Medical School, and the Clinical Neuroscience Division, Laboratory of Neuroscience, VA Boston Healthcare System, and Department of Psychiatry, Harvard Medical School. Funded from CHA University School of Medicine, Seoul, South Korea. (Currently Associate Professor and Department Chairperson, Department of Psychiatry, Bundang CHA Medical Center, CHA University School of Medicine, and Director of Clinical Trials in CHA Bundang Medical Center, Yatap, Bundang, Seongnam, Kyounggi, Republic of Korea.)

| | |
|---|---|
| 2009-2011 | Yukiko Saito, M.D., Ph.D., Visiting Research Fellow, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, Harvard Medical School. Funded from Kansai Medical University, Suita, Osaka, Japan. Currently Assistant Professor of Neuropsychiatry, Kansai Medical University, Osaka, Japan. |
| 2009- | Ofer Pasternak, Ph.D., Post-doctoral Research Fellow, and now Instructor, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, Harvard Medical School. Funded through a *Fulbright Scholarship* and through grant funds to Drs. Shenton and Westin. *NARSAD Young Investigator Award*, 2013-2015. |
| 2009-2011 | Po Chang Hsu, Research Fellow, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, and Master's degree candidate, Neurobiology, Harvard Extension Division, Harvard University. |
| 2010-2013 | Demien Wasserman, Ph.D., Post-doctoral Research Fellow, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, and Laboratory of Mathematical Imaging, and Surgical Planning Laboratory, Department of Radiology, Brigham and Women's Hospital, Harvard Medical School. |
| 2010-2011 | Marlene Wigand, Visiting Research Fellow, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, Harvard Medical School, Boston, MA. Medical student from the University of Munich, Germany. Funded through a scholarship awarded to only the top 1% of students, the studienstiftung des deutschen volkes. |
| 2010-2011 | Christian Clemm, Visiting Research Fellow, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, Harvard Medical School, Boston, MA. Medical Student from the University of Munich, Germany. Funded through a scholarship awarded to only the top 1% of students, the studienstiftung des deutschen volkes. |
| 2010-2011 | Karl Egger, M.D., Visiting Research Fellow, Psychiatry Neuroimaging Laboratory, of Psychiatry, Brigham and Women's Hospital, Harvard Medical School,, MA. Funded from the University of Innsbruck School of Medicine, Innsbruck, Austria. |
| 2010-2012 | Meina Quan, M.D., Ph.D., Visiting Research Fellow, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, Harvard Medical School, Boston, MA, and Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, VA Boston Healthcare System, Brockton, MA and Harvard Medical School. From Nankai University School of Medicine, Tianjin, The People's Republic of China. Dr. Quan's abstract submitted for *The Society of Biological Psychiatry* (SOBP), with the title "Abnormalities of White Matter Tracts between Rostral Middle Frontal Gyrus / Inferior Frontal Gyrus and Striatum in First-Episode Schizophrenia", was selected as one of 47 out of over 600 abstracts, to be considered for the Top Poster Award (2011). Recipient of *Outstanding Ph.D. Graduate* Nankai University, The People's Republic of China. Recipient of a Livingston Award (2012). Recipient of a Travel Award in 2012, one of 36 selected from 240 applicants, to participate in *the 3ʳᵈ Biennial Schizophrenia Research Conference* to be held in Florence, Italy, and sponsored by the *Schizophrenia International Research Society* (SIRS). |
| 2010-2012 | Tomohide Roppongi, M.D., Ph.D., Visiting Research Fellow, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, VA Boston Healthcare System, Brockton, MA and Harvard Medical School and Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, |

Harvard Medical School, Boston, MA. Funded from Hirosaki University School of Medicine, Hirosaki, Japan.

2011-2012        Yingying Tang, Ph.D., Visiting Research Fellow, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, Harvard Medical School, Boston, MA. Visiting from Department of Biomedical Engineering Shanghai Jio Tong University, Shanghai, China.

2011-2012        Calegero Montedoro, medical and Ph.D. school candidate, Université Catholique de Louvain School of Medicine, Louvain-la-Neuve, Belgium.

2011-            Inga Koerte, M.D. Visiting Lecturer and Senior Research Associate in the Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, Harvard Medical School, from Ludwig-Maximillian-University, Munich, Germany. LMU Förderung für Forschung und Lehre, *LMU Munich grant for Young Investigators* (2009-2011); *Robert-Bosch-Foundation, Germany, stipend for 2-year FAST TRACK Program for Excellence and Leadership Skills for Outstanding Women in Science* (2011-present); *Deutsche Gesellschaft für Neuroradiologie, Germany, Marc-Dünzl-Prize, Young Investigator Award* (2011); *Deutscher Akademi Scher Austaushdierst, Germany, Scholarship for 6-month Research Fellowship* (2011-2012); *Else-Kröner-Fresenius-Stiftung, Germany, 2-year Research Fellowship*, 1 out of 3 stipends of the *Else-Kröner Memorial Award* (2012-present). Professor of Neurobiological Research, Child and Adolescent Psychiatry, Ludwig-Maximillian-University of Munich, Munich German (2014).

2011-            Julie Stamm, Pre-Doctoral Student, Boston University School of Medicine, Anatomy and Neurobiology Ph.D. Program. (*F31 Ruth L. Krischstein National Research Service Award for Individual Pre-Doctoral Students*; F31NS 081957 "Frontal Lobe Neuroimaging as a Biomarker of Chronic Traumatic Encephalopathy").

2011-            Noah Philips, M.D., Assistant Professor of Psychiatry and Human Behavior (Clinical), Brown University and Providence VAMC. Received a *VA Career Development Award* (2013-2018) entitled "PTSD and the Default Network: Developing Imaging Phenotypes", with Dr. Shenton as a Co-Mentor.

2011-            Kaloyan Tanev, M.D., Assistant Psychiatrist in Psychiatry, Massachusetts General Hospital, and Instructor, Harvard Medical School. Received a K23 MH097844 entitled "Cognitive Processing Therapy for PTSD with Co-Morbid Mild Traumatic Brain Injury" (2013-2018), with Drs. Shenton and Roger Pitman as Co-Mentors.

2012-2012        Fan Zhang, Ph.D., Professor in Computer Science and Engineering, Henana University, China, Visiting Professor, Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, Harvard Medical School, Boston MA, for 6 months to learn image processing pipeline for diffusion tensor imaging and to assist in algorithm development with other computer scientists.

2012-2013        William Panenka M.D., M.Sc., FRCPS (Neurology and Psychiatry), Visiting Post-doctoral Research Fellow in the Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Harvard Medical School, Boston, MA. He is a Neurologist from the University of British Columbia, Vancouver, British Columbia, Canada, who began focusing in 2011 on MRI imaging correlates of addiction and disease in a cohort of socially disadvantaged, largely drug addicted individuals in Vancouver. He was in the PNL to learn more about traumatic brain injury (TBI) and more sophisticated MRI techniques that are useful in understanding TBI. Currently Assistant Professor, University of British Columbia, Canada, Member British Columbia Provincial Neuropsychiatry Program.

| | |
|---|---|
| 2013-2013 | Elịf Gürdenz. Observership in the Psychiatry Neuroimaging Laboratory, Department of Psychiatry and Department of Radiology, Brigham and Women's Hospital, Harvard Medical School. Fifth year medical student at Istanbul University, Cerrahpaşa Medical Faculty, Istanbul, Turkey. |
| 2013-2013 | Ünsal Aydinoğlu, M.D. Observership in the Psychiatry Neuroimaging Laboratory, Department of Psychiatry and Department of Radiology, Brigham and Women's Hospital, Harvard Medical School. Psychiatry Resident at Atatürk University, Faculty of Medicine, Department of Psychiatry, Erzurum, Turkey. |
| 2013-2013 | Pedro Rosa, M.D. Observership in the Psychiatry Neuroimaging Laboratory, Department of Psychiatry and Department of Radiology, Brigham and Women's Hospital, Harvard Medical School. Psychiatry Residency (2011-2014), Institute of Psychiatry at the University of São Paulo Medical School, São Paulo, Brazil. |
| 2013-2013 | Katharine Innsbrinker, M.D. Observership in the Psychiatry Neuroimaging Laboratory, Department of Psychiatry and Department of Radiology, Brigham and Women's Hospital, Harvard Medical School. Fifth year resident in Psychiatry, University of Guthenburg, Guthenburg, Sweden. |
| 2013-2014 | Takeshi Sasaki, M.D. Visiting Post-doctoral Research Fellow in the Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, Harvard Medical School, Boston, MA. He received his training from the Tokyo Medical and Dental School (TMDU), and is sponsored by the TMDU-HMS exchange program entitled "the Strategic Young Researcher Overseas Visits Program for Accelerating Brain Circulation" sponsored by the *Japan Society for the Promotion of Science*. Dr. Shenton was selected as one of eight professors at HMS to be a part of this program as a mentor. Dr. Sasaki has a background in PET imaging and at the PNL he will pursue his interest in diffusion MRI. |
| 2013-2014 | Ahmed Adel Fouad Eid, Observership in the Psychiatry Neuroimaging Laboratory, Department of Psychiatry and Department of Radiology, Brigham and Women's Hospital, Harvard Medical School. Last year in medical school, Faculty of Medicine Alexandria University, Alexandria, Egypt. |
| 2013- | Beth Ripley, M.D., Ph.D. Research Fellow in the Psychiatry Neuroimaging Laboratory, Departments of Psychiatry and Department of Radiology, Brigham and Women's Hospital, Harvard Medical School. Chief Resident in Radiology, Brigham and Women's Hospital, Harvard Medical School. |
| 2013- | Ahmed Maklouf, M.D, Observership in the Psychiatry Neuroimaging Laboratory, Departments of Psychiatry and Department of Radiology, Brigham and Women's Hospital, Harvard Medical School (graduate from Ain Shams Medical school in Cairo, Egypt). |
| 2014- | Marc Muehlmann, M.D. Post-doctoral Research Fellow in the Psychiatry Neuroimaging Laboratory, Departments of Psychiatry and Radiology, Brigham and Women's Hospital, Harvard Medical School. Received his M.D. from Ludwig-Maximillian University, Munich, Germany, in 2014. |

*Thesis Supervision of Graduate Students*

| | |
|---|---|
| 2012- | Julie Stamm, Graduate Student in the Anatomy and Neurobiology Ph.D. Program, Boston University Medical School, Thesis "The effects of age of first exposure to |

repeated head impacts through tackle football on later-life white matter structural integrity on neurobehavioral function".

2013-2014              Talis M. Swisher, A.B. Masters of Science in Biomedical Sciences student at Tufts University School of Medicine, Public Health & Professional Programs. Reader for thesis entitled: "White Matter Integrity of the Cingulum Bundle in Healthy Aging".

*Thesis Supervision of Undergraduates*

1991-1992              I-han Chou, Class of 1992, Department of Psychology, Harvard College. Senior Honors Thesis: "A magnetic resonance imaging study of the cingulate gyrus in schizophrenia". This Summa cum laude thesis was awarded the Thomas Temple Hoopes Prize for Excellence in the Work of an Undergraduate and Faculty Member. (Received, a Ph.D. in the Cognitive Neuroscience Program at the Massachusetts Institute of Technology). (See Bibliography portion of CV for first author and co-authorship on papers, abstracts and presentations).

1994-1995              Robert Donnino, Class of 1995, Department of Psychology, Harvard College. Senior Honors Thesis: "The parietal lobes and schizophrenia: A quantitative magnetic resonance imaging study." This thesis was awarded *Magna cum laude*. This paper was published in the *American Journal of Psychiatry* (1999) with Rob as second author. (See Bibliography portion of CV for first author and co-authorship on papers, abstracts and presentations). (Currently, graduated from Medical School at SUNY-Stony Brook, completed residency training in internal medicine at SUNY-Stony Brook, and is practicing medicine in New York).

1997-1998              Janos Zahajsky, Class of 1998, Cognitive Neuroscience Major (Departments of Psychology and Biology), Harvard College. Senior Honors Thesis: "An Analysis of Volumetric Differences Between the Fornices of Schizophrenic and Normal Subjects Using MRI Imaging and Specialized Image Processing Software." This thesis was awarded *Magna cum laude*. This work was published in *Schizophrenia Research* (2001) where Janos was first author. (As a medical school at Mount Sinai, he received a *Howard Hughs Medical Institute and the National Institute of Health Research Scholars Program Fellowship* to conduct biomedical research at NIH 2000-2001. He then completed medical school at Mount Sinai, and his residency training in the Psychiatry Residency Training Program at Massachusetts General Hospital, Harvard Medical School. Currently he is staff psychiatrist at UCSF). (See Bibliography portion of CV for first author and co-authorship on papers, abstracts and presentations).

2001-2002              Laura Wiegand, Class of 2002, Cognitive Neuroscience Major (Departments of Psychology and Biology), Harvard College. Senior Honors Thesis: "Prefrontal Cortical Thickness Abnormalities in Schizophrenia: A Magnetic Resonance Imaging Study." This thesis was awarded *Magna plus cum laude*. (One paper from this work is published in *Biological Psychiatry*, with Laura as first author, and the second paper from this work is published in the *American Journal of Psychiatry*. She is currently a medical student at the University of Pittsburgh.)(See Bibliography portion of CV for first author and co-authorship on papers, abstracts and presentations).

2001-2002              Kathleen Rose, Class of 2002, Cognitive Neuroscience Major (Departments of Psychology and Biology), Harvard College. Senior Honors Thesis: "Morphologic Analysis of the Temporal Pole in Schizotypal Personality Disorder Using Magnetic Resonance Imaging." This thesis was awarded *Magna cum laude*.

2012-2013              Jessica Zuo, Class of 2013, Neurobiology Major, Departments of Neurobiology and Neuroscience, Harvard College. Senior Honors Thesis: "Clinical Symptoms Correlate

with White Matter Abnormalities in First-Episode Schizophrenia Patients". This thesis was awarded *Magna plus cum laude*.

2013-2014    Wendy Melissa Coronado, Class of 2014, Neurobiology Major, Department of Neurobiology and Neuroscience, Harvard College. Senior Honors Thesis: "Role of the hypothalamus in schizophrenia." This thesis was awarded *Magna cum laude*.

*Independent Study Supervision of Undergraduates*

1981-1982    Christine Gasperetti, Department of Psychology, Harvard College, Cambridge, MA (co-author publication in *Schizophr Bull*, 1986;12(3):484-495).

1982-1983    Ellyn Kestnbaum, Department of Psychology, Harvard College, Cambridge, MA (First author publication in *Am J Psychiatry*, 1988;145:944-949).

1982-1983    Andrew Busch, Department of Psychology, Harvard College, Cambridge, MA

1993-1994    Michelle Ballard, Department of Psychology, Wellesley College, Wellesley, MA. Worked for Independent Study credit.

1993-1994    Stephanie Rose, Department of Psychology, Wellesley College, Wellesley, MA. Worked for Independent Study credit.

1994-1995    Emma Kwong, Department of Psychology, Wellesley College, Wellesley, MA. Worked for Independent Study credit.

1994-1995    Laura Gravelin, Department of Psychology, Wellesley College, Wellesley, MA. Worked for Independent Study credit.

1997-1998    Michelle Harper, Department of Psychology, Harvard College, Cambridge, MA. Volunteered in the laboratory.

2000-2000    Elizabeth David, Department of Psychology, Wellesley College, Wellesley, MA. Volunteered in the laboratory then became research assistant, went to medical school.

2000-2000    Amanda Knowles, Department of Psychology, Wellesley College, Wellesley, MA. Worked for Independent Study credit.

2012-    Jonathan Duskin, Boston University, Class of 2015, independent study.

2013-2014    Marcia Frimpong, Wellesley College, Class of 2015, independent study.

2013-2014    Helen Baker, Boston University, Class of 2014, independent study.

*Other Advisor and Supervisory Responsibilities*

1988-    James Levitt, M.D., Instructor, and now Associate Professor, Clinical Neuroscience Division, Laboratory of Neuroscience, Department of Psychiatry, Harvard Medical School and Psychiatry Neuroimaging Laboratory, Department of Psychiatry, Brigham and Women's Hospital, Harvard Medical School. (Milton Award for Scientific Research, Harvard University; VA Merit Award for research studies in schizophrenia). (See Bibliography portion of CV for first author and co-authorship on numerous abstracts, papers, and presentations.)

| 1991-1992 | Jill Goldstein, Ph.D., retraining for neuroimaging and part of the Clinical Research Training Program, Department of Psychiatry, Harvard Medical School. Now Professor and Director of Women's Health Research, Brigham and Women's Hospital, Harvard Medical, Boston, MA. School, and Director of the Women's Health Center, Brigham and Women's Hospital. (See Bibliography portion of CV for co-authorship on abstracts, papers, and presentations.) (Currently Professor of Psychiatry and Medicine, and Director of Research for The Connor's Center for Women's Health, Brigham and Women's Hospital, Harvard Medical School.) |
|---|---|
| 1992-1995 | Dorothy Holinger, Ph.D., Instructor, Department of Psychiatry, Harvard Medical School. (See Bibliography portion of CV for first and co-authorship on papers, and presentations). (Currently in private practice.) |
| 1992- | Margaret Niznikiewicz, Ph.D., Assistant Professor, Clinical Neuroscience Division and Director of Event Related Potential Studies at MMHC Imaging Laboratory, Laboratory of Neuroscience, Department of Psychiatry, Harvard Medical School (*NARSAD Young Investigator Award* 1994-1996). Is co-PI on a VA MERIT Award and has received R01 grant funding from NIMH for her event-related potential studies of schizophrenia. (See also Bibliography portion of CV for first author and co-authorship on numerous abstracts, papers, and presentations.) |
| 1992-2013 | Dean Salisbury, Ph.D., Post-doctoral Research Fellow, then Assistant and now Associate Professor in the Department of Psychiatry, and Director of the Cognitive Neuroscience Laboratory, McLean Hospital, Harvard Medical School, and Director of First Episode Event Related Potential Studies, Laboratory of Neuroscience, Department of Psychiatry, Harvard Medical School (*NIMH Schizophrenia Young Investigator Award* 1993; *James S. McDonnell Foundation Award in Cognitive Neuroscience* 1993-1995; *NARSAD Young Investigator Award* 1995-1997; *NARSAD Young Investigator Award* 1997-1999). Has received R01 grant funding from NIMH for his event-related potential studies of schizophrenia. Now Associate Professor, Department of Psychiatry, Pittsburgh School of Medicine, Pittsburg, PA. (See also Bibliography of CV for first author and co-authorship on numerous abstracts, papers, & presentations.) |

*Supervision of Research Assistants*

Most of the RA's listed below have entered either a Ph.D. program or medical school, and many have made important contributors to the research work which has been recognized by co-authorship on publications.

| 1984-1985 | Michael Bachop | 2001-2002 | Valerie Rosenberg |
|---|---|---|---|
| 1985-1986 | Ruth Ballinger | 2002-2004 | Daniel Schwartz |
| 1985-1986 | Melanie Cane | 2002-2004 | Rachel Berman |
| 1986-1989 | Brian Marcy | 2002-2005 | Lisa Lucia |
| 1988-1989 | Amy Ludwig | 2002-2003 | Laura Wiegand |
| 1988-1990 | Virginia Penhune | 2002-2003 | Sara Rabbit |
| 1989-1990 | Erik Mondrow | 2002-2004 | Meredith Klump |
| 1990-1992 | Seth Pollak | 2002-2004 | Sunnie Kim |

| | | | |
|---|---|---|---|
| 1991-1992 | R. Scott Smith | 2003-2004 | Aaron Baer |
| 1991-1993 | Mathew Kimble | 2003-2004 | Sophie Woolston |
| 1992-1993 | Lloyd Smith | 2003-2005 | Katherine Long |
| 1992-1993 | I-han Chou | 2003-2005 | Erin Connor |
| 1992-1993 | Lisa Kaplan | 2003-2005 | Matthew Koskowski |
| 1993-1994 | Sue Law | 2003-2005 | Kankshi Thakur |
| 1993-1995 | Jonathan Solinger | 2004-2006 | Courtney Brown |
| 1993-1996 | Andrea Sherwood | 2004-2006 | Adam Cohen |
| 1994-1996 | Maria Karapelou | 2004-2006 | Laura Rosnow |
| 1994-1996 | Jay Allard | 2004-2006 | Georgia Bushell |
| 1995-1996 | Robert Donnino | 2004-2006 | Mark Dreusicke |
| 1995-1996 | Richard Van Rhoads | 2004-2006 | Elizabeth Lewis |
| 1995-1996 | Sarah Carrigan | 2005-2006 | Lillian Hsu |
| 1995-1997 | Paola Mazzoni | 2005-2008 | Douglas Markant |
| 1995-2000 | Iris Fischer | 2006-2008 | Usman Khan |
| 1996-1997 | Sare Akdag | 2006-2012 | Katherine Smith |
| 1996-2001 | Engeat Teh | 2006-2008 | Charles Davidson |
| 1996-1998 | Creola Petrescu | 2006-2010 | Jorge Alvarado |
| 1996-1998 | Tanya Kisler | 2007-2010 | Laurel Bobrow |
| 1996-1998 | Joanna Gainski | 2008-2013 | Padmapriya Srinivasan |
| 1997-1998 | Claire Stylianopoulos | 2008-2010 | Douglas Terry |
| 1997-2000 | Deirdre Farrell | 2008-2010 | Andrew Rausch |
| 1998-1999 | Stephanie Fraone | 2008-2012 | Paula Pelavin |
| 1998-1999 | Alaka Pellock | 2009-2011 | Katherine Hawley |
| 1998-1999 | Danielle Synderman | 2009-2012 | Mai-Anh Vu |
| 1998-1999 | Christopher Dodd | 2009-2012 | Thomas Ballinger |
| 1998-2000 | Jonathan Sutton | 2009-2012 | Alexander LaVenture |

| | | | | |
|---|---|---|---|---|
| 1998-2000 | Ashley Kricun | | 2010-2012 | Rebecca King |
| 1999-2000 | Sara Corriveau | | 2011-2012 | Daniel McCaffrey |
| 1999-2001 | Aleksandra Ciszewski | | 2011-2012 | Kelsey Smith |
| 1999-2001 | Christopher Allen | | 2010-2014 | Talis Swisher |
| 1999-2001 | Eric Berry | | 2012-2014 | Kathryn Green |
| 1999-2001 | Carlye Griggs | | 2012-2014 | Michelle Giwerc |
| 2000-2001 | Lynn Stravinski | | 2012-2014 | Brian Dahlben |
| 2000-2001 | Elizabeth David | | 2012-2014 | Eli Fredman |
| 2000-2002 | Anita Madan | | 2013-2014 | Charles Yergatian |
| 2000-2002 | Sarah Toner | | 2014- | Anni Zu |
| 2001-2002 | Jessica Allen | | 2014- | Laura Levin |
| 2001-2002 | Megan Fagan | | 2014- | Dominick Newell |
| 2001-2003 | Magdelena Spencer | | | |
| 2001-2004 | Susan Demeo | | | |
| 2001-2003 | Hal Ersner-Hershfield | | | |
| 2001-2003 | Nicola Sumorok | | | |

*Summer Research Internships*

| | |
|---|---|
| 1988 | Melanie Cane |
| 1989-1993 | Jennifer Haimson |
| 1990 | Erik Mondrow |
| 1991 | Erik Mondrow |
| 1994 | Maaike Van Ingen |
| 1995-1996 | Claire Stylianopoulos |

*Summer Internships, Continued with the Stanley Scholars Program, Stanley Medical Research Institute*

Dr. Shenton was selected by the Stanley Foundation to be a *Senior Scientist Mentor for the Stanley Scholars Program*. The Scholars Program, established by this Foundation, selects Senior Mentors from across North America to supervise the activities of trainees in summer research positions. Dr. Shenton was selected to be one of 27 such mentors across the US and Canada to participate in this program, which was funded from 1997 to 2004. During this 7 year period 130 students were funded, working with 44 different faculty members. This program

provided a unique educational opportunity for high school students, undergraduate students, and medical students. In fact, this was the first such program to include high school students. The main goal of this program was to introduce students to hands-on experience working in a research laboratory that was focused on understanding mental illness. For most of these students, this was their first experience working in a laboratory.

| Year | Student | Preceptor(s) |
|------|---------|--------------|
| 1997 | Jay Allard | Cynthia Wible, Ph.D. |
| | Robert Anagnoson | Jill Goldstein, Ph.D. |
| | Sarah DeLong | Margaret Niznikiewicz, Ph.D. |
| | Brett Rutherford | Dean Salisbury, Ph.D. |
| | Tanya Sitnikova | Dean Salisbury, Ph.D. |
| | Paula Teixeira | Robert Greene, Ph.D., M.D. |
| | Matthew Wecksell | Martha Shenton, Ph.D. |
| | Nyasha Warren | Brian O'Donnell, Ph.D. |
| 1998 | Friederika Aceto | Heidi Gralinski, Ph.D./Stuart Hauser, M.D., Ph.D. |
| | Sare Akdag | Paul Nestor, Ph.D. |
| | Gina Clark | Philip Holzman, Ph.D./Deborah Levy, Ph.D. |
| | Massimo DeSantis | Yoshio Hirayasu, M.D., Ph.D./Melissa Frumin, M.D. |
| | Jennifer Doubilet | Robert Waldinger, M.D. |
| | Polina Golland | Melissa Frumin, M.D. |
| | Carolyn Kloek | Heidi Gralinski, Ph.D./Stuart Hauser, M.D., Ph.D. |
| | Briana Martino | Curtis Deutsch, Ph.D. |
| | Silvina Moncho | Paul Nestor, Ph.D. |
| | Juliana Pare-Blagoev | Cynthia Wible, Ph.D. |
| | Rima Saad | Lisa Najavits, M.D. |
| | David Sherman | Curtis Deutsch, Ph.D. |
| | Tatiana Sitnikova | Dean Salisbury, Ph.D. |
| | Shoshana Sokoloff | Jill Goldstein, Ph.D. |
| | Michael Ward | Larry Seidman, Ph.D. |
| | Alexander Wolfe | Margaret Niznikiewicz, Ph.D. |

|      | Janos Zahajsky | Martha Shenton, Ph.D. |
|------|----------------|----------------------|
| 1999 | Sarah Anh | Chandlee Dickey, M.D. |
|      | Seema Arora | Jane Anderson, Ph.D./Dean Salisbury, Ph.D. |
|      | Payal Bansal | James Levitt, M.D. |
|      | Gina Clark | Philip Holzman, Ph.D./Deborah Levy, Ph.D. |
|      | Elizabeth David | Marek Kubicki, M.D., Ph.D./Melissa Frumin, M.D. |
|      | Elton Dean III | Jill Goldstein, Ph.D. |
|      | Jennifer Doubilet | Robert Waldinger, M.D. |
|      | Ana Garnecho | Dean Salisbury, Ph.D. |
|      | S. Duke Han | Paul Nestor, Ph.D. |
|      | Thomas Knowles | Joseph P. Coyle, M.D. |
|      | Silvina Moncho | Paul Nestor, Ph.D. |
|      | Jon-Paul Pepper | Margaret Niznikiewicz, Ph.D. |
|      | Marcela Ramirez | Laverne Gugino, M.D. |
|      | Heidi Wencel | Larry Seidman, Ph.D. |
|      | Christopher Zoumalan | Martha Shenton, Ph.D./Ron Kikinis, M.D. |
| 2000 | Amron Bevels | Judith Ford, Ph.D. |
|      | Elton Dean III | Jill Goldstein, Ph.D. |
|      | Daniel Fox | Melissa Frumin, M.D. |
|      | Michele Friedman | Margaret Niznikiewicz, Ph.D./Paul Nestor, Ph.D. |
|      | Aaron Jackson-Bonner | Dean Salisbury, Ph.D. |
|      | S. Duke Han | Paul Nestor, Ph.D./Margaret Niznikiewicz, Ph.D. |
|      | Amanda Knowles | Chandlee Dickey, M.D. |
|      | Joshua Maniscalo | Robert Waldinger, M.D. |
|      | Eric Morrow | Laura Prager, M.D. |
|      | Andrea Okruch | Dean Salisbury, Ph.D. |
|      | Elizabeth Olsen | Marek Kubicki, M.D., Ph.D. |

|      | Megan Niman | Deborah Titone, Ph.D. |
|------|-------------|-----------------------|
|      | Jennifer Tobin | Robert Strecker, Ph.D. |
| 2001 | Laura Epstein | Dean Salisbury, Ph.D./Chandlee Dickey, M.D. |
|      | Trifon Fitchorov | Marek Kubicki, M.D., Ph.D. |
|      | Daniel Fox | Carl-Fredrik Westin, Ph.D./Melissa Frumin, M.D. |
|      | Xiao Lao | Steve Matthysee, Ph.D. |
|      | Natasha Gosek | Melissa Frumin, M.D. |
|      | Aaron Strange | Robert Strecker, Ph.D. |
|      | Laura Wiegand | Martha E. Shenton, Ph.D. |
|      | Patrick McGann | Joseph P. Coyle, M.D. |
|      | Erin Rand-Giovannetti | Deborah Titone, Ph.D. |
|      | Amber Bonogofsky | Judith Ford, Ph.D. |
|      | Caroline Connor | Phil Holzman, Ph.D. |
|      | Daniel Fishman | Robert Waldinger, M.D. |
|      | Patricia Sinaiko | Stuart Hauser, M.D., Ph.D./Heidi Gralinski, Ph.D. |
|      | Terri Huh | Paul Nestor, Ph.D./Cynthia Wible, Ph.D. |
|      | Safa Sadeghpour | Francine Benes, M.D., Ph.D. |
|      | Carlene MacMillan | Heidi Gralinski, Ph.D./Stuart Hauser, M.D., Ph.D. |
| 2002 | Laura Epstein | Chandlee Dickey, M.D. |
|      | Jessica Santiccioli | Margaret Niznikiewicz, Ph.D. |
|      | Joshua Seidman | Robert Stickgold, Ph.D. |
|      | Aaron Strong | Robert Strecker, Ph.D. |
|      | Michael Niznikiewicz | Martha E. Shenton, Ph.D./Marek Kubicki, M.D., Ph.D. |
|      | Erica Lee | Jill Goldstein, Ph.D. |
|      | Mina Xu | Chandlee Dickey, M.D. |
|      | Christopher Allen | Paul Nestor, Ph.D. |
|      | Seth Willen | Barbara Wolfe, Ph.D./David Jimerson, M.D. |

| | | |
|---|---|---|
| | Ethan Schechter | Larry Seidman, Ph.D. |
| | Lori Schwartz | Dean Salisbury, Ph.D. |
| | Pauline Kim | Deborah Titone, Ph.D. |
| | Moira Traci | Robert Waldinger, M.D. |
| | Patrick Thronson | Deborah Levy, Ph.D./Phil Holzman, Ph.D. |
| | Tanya Rinderknecht | Judith Ford, Ph.D. |
| | Kartik Sreenivasan | Daniel Mathalon, Ph.D., M.D. |
| | Carlene MacMillan | Stuart Hauser M.D., Ph.D./Heidi Gralinski, Ph.D. |
| | Ramy Joseph El-Khoury | Robert Strecker, Ph.D. |
| | Ruth Perlmutter | Kevin Spencer, Ph.D. |
| | Katherine Rose | Chandlee Dickey, M.D./Martha E. Shenton, Ph.D. |
| | Olga Valdman | Kevin Spencer, Ph.D./Paul Nestor, Ph.D. |
| 2003 | Caroline Conner | Miles Cunningham, M.D., Ph.D. |
| | Victoria Jo | Martha E. Shenton, Ph.D./Chandlee Dickey, M.D. |
| | Na Young Ji | Martha E. Shenton, Ph.D./Chandlee Dickey, M.D. |
| | Mina Xu | Chandlee Dickey, M.D. |
| | Payman Zamani | James Levitt, M.D. |
| | Grant Thomas-Lepore | Carl-Fredrik Westin, Ph.D. |
| | Jacob Albertson | Carl-Fredrik Westin, Ph.D./Martha E. Shenton, Ph.D. |
| | Ruth Perlmutter | Kevin Spencer, Ph.D. |
| | Christopher Allen | Paul Nestor, Ph.D. |
| | Andrea Klunder | Chandlee Dickey, M.D./Martha E. Shenton, Ph.D. |
| | S. Duke Han | Cynthia Wible, Ph.D. |
| | Amanda Rivers | Mahesh Thakker, Ph.D. |
| | Julie Breines | Stuart Hauser, M.D., Ph.D./Heidi Gralinski, Ph.D. |
| | Jessica Santiccioli | Margaret Niznikiewicz, Ph.D. |

|      | Katrik Sreenivasan | Daniel Mathalon, Ph.D., M.D. |
|------|--------------------|------------------------------|
|      | Charles Kochan, III | Judith Ford, Ph.D. |
|      | Alexa Irish | Larry Seidman, Ph.D. |
|      | Andrea Roe | Deborah Levy, Ph.D./Philip Holzman, Ph.D. |
|      | Tad Brunye | Deborah Yurgelun-Todd, Ph.D. |
|      | Julia Gefter | Robert Waldinger, M.D. |
| 2004 | Jacob Albertson | Carl-Fredrik Westin, Ph.D. |
|      | Alexa Irish | Chandlee Dickey, M.D. |
|      | Peter Epstein | Chandlee Dickey, M.D./Martha Shenton, Ph.D. |
|      | Michael Niznikiewicz | Kevin Spencer, Ph.D. |
|      | Dovid Greene | Chandlee Dickey, M.D. |
|      | Charles Kochan, III | Judith Ford, Ph.D. |
|      | Katrik Sreenvasan | Daniel Mathalon, Ph.D., M.D. |
|      | Ruth Perlmutter | Kevin Spencer, Ph.D. |
|      | Christopher Allen | Margaret Niznikiewicz, Ph.D. |
|      | Ankit Patel | Mahesh Thakkar, Ph.D. |
|      | Christopher Harte | Deborah Levy, Ph.D. |
|      | Joshua Seidman | Larry Seidman, Ph.D. |
|      | Michael Schiller | Larry Seidman, Ph.D. |
|      | Jenna Houranieh | Margaret Niznikiewicz, Ph.D. |
|      | Lonnie Spinelli | Robert Waldinger, M.D. |
|      | Sarah Erich | Stuart Hauser, M.D., Ph.D./Heidi Baker-Gralinski, Ph.D. |
|      | KC LeGrand Collins | Dean Salisbury, Ph.D. |
|      | Mukund Sureshbabu | Dean Salisbury, Ph.D. |
| 2005 | Alexa Irish | Martha E. Shenton, Ph.D. |
|      | Michael Niznikiewicz | Paul Nestor, Ph.D. |

*Summer Research Internships, and Research Internships, following end of Stanley Fellowships*

| 2005 | Christopher Webber | Martha E. Shenton, Ph.D. (Minority supplement to R01) |
|---|---|---|
| | Anjuli Singh | Chandlee Dickey, M.D. (Undergraduate Tufts University.) |
| 2006 | James Fish | Martha E. Shenton, Ph.D./KhangUk Lee, M.D. (High School Student from Cambridge Ridge and Latin, and the Program Success, HMS |
| | Matthew Isabel | Martha E. Shenton, Ph.D. (High School Student from the Brooks School) |
| | Jasmine Rollins | Marek Kubicki, M.D., Ph.D./Martha E. Shenton, Ph.D. (High School Student from the Human Resources Summer Internship Program, BWH) |
| | Sophie Norstrom | Motoiaki Nakamura, M.D./Martha E. Shenton, Ph.D.(High School Student from Norway) |
| 2007 | Douglas Terry | Marek Kubicki, M.D., Ph.D./Martha E. Shenton, Ph.D. (Undergraduate at Tufts University) |
| | Jonathan Hendrickson | Marek Kubicki, M.D., Ph.D./Martha E. Shenton, Ph.D. (High School Student from the Brooks School) |
| | Jacqueline Goldberg | James Levitt, M.D./Martha E. Shenton, Ph.D. (Medical Student from Upstate Medical University College of Medicine) |
| | Morgan Circa | James Levitt, M.D./Martha E. Shenton, Ph.D. (Undergraduate, West Virginia University) |
| | John Chakerian | Chandlee Dickey, M.D./Martha E. Shenton, Ph.D. (Undergraduate, Stanford University) |
| | Melissa Mendoza | Martha E. Shenton, Ph.D. (High School Student from the Windsor School and the Human Resources Summer Internship Program, BWH |
| | Francois Budin | Sylvain Bouix, Ph.D. (Graduate student in Computer Science and Engineering, University of Lyon, France) |
| 2008 | Rebecca King | Thomas Whitford, Ph.D. (Undergraduate from the University of Rochester, Rochester, NY) |
| | Michelle Chiu | Zora Kikinis, Ph.D. (High School Student from the Brooks School |
| | Eric Melonoka | Sylvain Bouix, Ph.D. and Marek Kubicki, M.D., Ph.D. (Undergraduate from Brigham Young University) |
| | Jalpa Patel | Sylvain Bouix, Ph.D. (Masters student at Wayne State University) |

|      | James Malcolm | Yogesth Rathi, Ph.D. (3rd year graduate student in Computer Science and Electrical Engineering, Georgia Tech) |
|------|---------------|-------------|
| 2009 | Rebecca King | Thomas Whitford, Ph.D. (Undergraduate from the University of Rochester, Rochester, NY) |
|      | Eric Melonokas | Sylvain Bouix, Ph.D. and Marek Kubicki, M.D., Ph.D. (Undergraduate from Brigham Young University) |
|      | Priyanka Chilakamarri | Jason Schneiderman, Ph.D. (Undergraduate from Brandeis University) |
|      | Sam Burnim | Zora Kikinis, Ph.D. (High School Student The Brooks School) |
|      | Tali Swisher | Thomas Whitford, Ph.D. and Marek Kubicki, M.D., Ph.D. (Undergraduate Vassar College) |
|      | Sam Atwood | Jason Schneiderman, Ph.D. (B.S. in 2008 from Skidmore College) |
|      | Po-Chang Hsu | Martha E. Shenton, Ph.D. (Master's Thesis Candidate, Harvard Extension Division, Neurobiology) |
|      | Khalima Bolden | Martha E. Shenton, Ph.D. and Jason Schneiderman, Ph.D. (Master's Candidate, Boston University, Department of Psychology) |
| 2010 | Khalima Bolden | Martha E. Shenton, Ph.D. and Jason Schneiderman, Ph.D. (Master's Candidate, Boston University, Department of Psychology) |
|      | Priyanka Chilakamarri | Jason Schneiderman, Ph.D. (Undergraduate Brandeis University – Class of 2011) |
|      | Andrew Hyatt | Zora Kikinis, Ph.D. (Undergraduate Middlebury College, Class of 2012) |
|      | Jacob Besen | Thomas Whitford, Ph.D. (High School Student – Brooks School) |
|      | Edward Vargas | Sylvain Bouix, Ph.D. (High School Student – Herricks Senior High School) (via MIT-Research Science Institute) |
|      | Borah Kim | Zora Kikinis, Ph.D. and Yogesh Rathi, Ph.D. (Resident in Psychiatry, Seoul National University College of Medicine, South Korea) |
|      | Junhee Lee | Sang-Hyuk Lee, M.D., Ph.D. (Medical Student, Seoul National University College of Medicine, South Korea) |
| 2011 | Jennifer Anderson | Marek Kubicki, M.D, Ph.D. (Undergraduate Emmanuel College – 2011) |
|      | David King | Sylvain Bouix, Ph.D. (Undergraduate University of Rochester , Class of 2014) |
|      | Andre Michalowski | Marek Kubicki, M.D., Ph.D. (Undergraduate University of Massachusetts - Amherst - 2014) |

| | Danielle Pulton | Jennifer Fitzsimmons, M.D. (Undergraduate Brandeis University, Class of 2012) |
|---|---|---|
| | Mariana Shirokova | Jim Levitt, M.D. (Undergraduate University of Massachusetts – Amherst, Class of 2013) |
| | Felipe Hernandez | Sylvain Bouix, Ph.D. (High School Student in the MIT RSI program - from Louisiana School for Math, Science, and the Arts, Class of 2012) |
| | Shizhi (Simon) Liang | Zora Kikinis, Ph.D. (Brooks School, Class of 2012) |
| | Jean Alper | Mai-Anh Vu and James Levitt, M.D. (Emmanual College, Class of 2012) |
| | Christian Baumgartner | Yogesh Rathi, Ph.D. (Master's candidate ETH, Zurich, Switzerland) |
| | Sung Joon Cho | Zora Kikinis, Ph.D. (M.D., M.S., Ph.D. candidate CHA University Medical School, Seoul, South Korea) |
| | Marc Muehlmann | Inga Koerte, M.D. (Medical Student Ludwig-Maximillian-University, Munich, Germany) |
| | Jessica Zuo | Martha Shenton, Ph.D./Marek Kubicki, M.D., Ph.D. (Harvard College, Class of 2013) |
| | Neil Houston | James Levitt, M.D. (Roanoke College, B.A.) |
| 2012 | Jessica Zuo | Martha Shenton, Ph.D./Marek Kubicki, M.D., Ph.D. (Harvard College, Class of 2013) |
| | Marc Muehlmann | Inga Koerte, M.D. (Medical Student Ludwig-Maximillian-University, Munich, Germany) |
| | David Kaufmann | Inga Koerte, M.D. (Medical Student Ludwig-Maximillian-University, Munich, Germany) |
| | Elizabeth Hartl | Inga Koerte, M.D. (Medical Student Ludwig-Maximillian-University, Munich, Germany) |
| | Andre Michalowski | Marek Kubicki, M.D., Ph.D. (Undergraduate University of Massachusetts – Amherst, Class of 2014) |
| | Chandler Dunn | Zora Kikinis, Ph.D., and Jennifer Fitzsimmons, M.D. (High School Student, Brooks School) |
| | Sindy Tan | Sylvain Bouix, Ph.D. (High School Student – Hunter College High School, Class of 2013)(via Research Science Institute-MIT) |
| | Mucahid Sarisoy | James Levitt (Medical Student – Marmara University, School of Medicine, Istanbul, Turkey) |
| | Yilmaz Satirer | Jennifer Fitzsimmons and Martha Shenton (Medical Student – Hacettepe University School of Medicine, Ankara, Turkey; 621 rank out of 1.8 million for university entrance exam) |

| | Hitomi Takahashi | Taiga Hosokawa, M.D., Ph.D. (Simmons College, A.B., Class of 2012, magna cum laude) |
|---|---|---|
| | Nora Karara | Inga Koerte, M.D. (Medical Student at the University of Bonn, Germany) |
| | Kang-Ik Cho | Martha Shenton, Ph.D. (Observer, BSc in Neuroscience and Mental Health in Biomedical Sciences, Imperial College London, United Kingdom, 2010, and working in Jun Soo Kwon's Laboratory at Seoul University, South Korea) |
| | Jonathan Duskin | Martha Shenton, Ph.D. (Undergraduate in Neuroscience and Philosophy, internship/course credit from Boston University) |
| | Khatab Yacoub | Martha Shenton, Ph.D., Brian Dahlben, M.S., Marek Kubicki, M.D., Ph.D. (Post-BA University of Texas) |
| | Nitika Anand | Martha Shenton, Ph.D. (Undergraduate Brandeis University, Class of 2013) |
| 2013 | Michael Mayinger | Inga Koerte, M.D. (Medical Student at Ludwig-Maximillian-University, Munich, Germany) |
| | Jonathan Duskin | Martha Shenton, Ph.D. (Undergraduate in Neuroscience and Philosophy, internship/course credit from Boston University, Class of 2015) |
| | Tommy Tang | Zora Kikinis, Ph.D. (Brooks Student, Class of 2014) |
| | Phoebe Cai | Sylvain Bouix, Ph.D. (High School Student in the MIT RSI program – Long Island, NY, Class of 2014) |
| | Halen Baker | Marek Kubicki, M.D., Ph.D. (Undergraduate Boston University class of 2014) |
| | Marcia Frimpong | Martha Shenton, Ph.D. (Undergraduate Wellesley College class of 2015) |
| | Melissa Coronado | Martha Shenton, Ph.D., Marek Kubicki, M.D., Ph.D. (undergraduate senior honors thesis student Harvard College, Class of 2014) |
| | Caroline Loy | Zora Kikinis, Ph.D. (undergraduate Cornell University, Class of 2015) |
| | Daniel Daniluk | Marek Kubicki, M.D., Ph.D. (undergraduate UMASS, Amherst, Class of 2015) |
| | Marc Muehlmann | Inga Koerte, M.D. (Medical Student Ludwig-Maximillian-University, Munich, Germany) |
| 2014 | Halen Baker | Zora Kikinis, Ph.D. (undergraduate Boston University, Class of 2014) |
| | Jonathan Duskin | Ofer Pasternack, Ph.D. (undergraduate in Neuroscience and Philosophy, internship/course credit from Boston University; received a Howard Hughs Medical Institute –HHMI- Summer Lab Experience Summer Stipend, Class of 2015) |

| | |
|---|---|
| Daniel Daniluk | Marek Kubicki, M.D., Ph.D. (Undergraduate UMASS, Amherst, Class of 2015) |
| Marcia Frimpong | Martha Shenton, Ph.D. (Undergraduate Wellesley College Class of 2015) |
| Sophi LeRoux | Sylvain Bouix, Ph.D. (Master's student, Université Paris-EST Créteil, Advanced Institute of Biosciences of Paris (ISBS), Class of 2015 |
| Ahmed Maklouf | Hesham Hamoda, M.D. (Graduate from Ain Shams Medical School in Cairo, Egypt) |
| Jakob Hufschmidt | Inga Koerte, M.D. (Medical Student, University of Munich, Germany) |
| Anna Willems | Inga Koerte, M.D. (Medical Student, University of Munich, Germany, Scholarship from Cusanus Werk, Germany) |
| Marc Muehlmann | Inga Koerte, M.D. (Medical Student Ludwig-Maximillian-University, Munich, Germany) |
| Irem Durgan | Ofer Pasternak, Ph.D. (6th Year Medical Student Istanbul University) |
| Elan Baskir | Jennifer Fitzsimmons, M.D. (Undergraduate, Washington University, Class of 2015) |
| Isobel Green | Inga Koerte, M.D. (Undergraduate, Harvard University, Class of 2017) |
| Analiese Fernandes | Inga Koerte, M.D. (High School Student, Brooks School, Class of 2015) |
| Seiji Engelkemier | Zora Kikinis, Ph.D. (High School Student, Brooks School, Class of 2015) |
| Esmanur Demir | Jennifer Fitzsimmons, M.D. (Medical Student, Trakya University School of Medicine, Edime Turkey, Class of 2017) |
| Madhura Baxi | Marek Kubicki, M.D., Ph.D. and Yogesh Rathi, Ph.D. (Undergraduate at Auburn University, Class of 2015) |
| Agata Staszalis | Marek Kubicki, M.D., Ph.D and Ofer Pasternak, Ph.D. (Student in Masters Degree Program in Computer Science, Lodz University of Technology, Class of 2016) |
| Yusra Yildrim | Peter Savadjiev, Ph.D., and Inga Koerte (Medical Student, Sifa University School of Medicine, Class of 2017) |
| Jenny Wang | Sylvain Bouix, Ph.D. (High School Student in the MIT RSI program – North Carolina School of Science and Mathematics, Class of 2015) |
| Esra Dursun | Inga Koerte, M.D., and Zora Kikinis, Ph.D. (Medical Student, Marmara University School of Medicine, Istanbul, Turkey, Class of 2018) |
| Timothy Gebhard | Inga Koerte, M.D., and Sylvain Boiux, Ph.D. (Undergraduate at Karlsruhe Institute of Technology, Class of 2015) |

Sung-Jae Lee                    Martha Shenton, Ph.D. (Resident in Psychiatry, Class of 2015, Bundang
                               CHA Medical Center, CHA University School of Medicine, Gyeongghi-
                               Do, South Korea)

**Regional, National, and International Contributions:**

*Invited Presentations (primary or co-author)*

1978        Paper presented on Patient Report of Problems and Staff Attention to Patient Problems as
            Predictors of Treatment Outcome, at *the 131st Annual Meeting of the American Psychiatric
            Association* Panel Discussion of Compliance with Recommended Follow-up Treatment,
            Atlanta, GA.

            Paper presented on The Problem Oriented Treatment Record, in Symposium on Advances in
            Empirical Assessment in Clinical Settings, *American Psychology Association*, Toronto, Ontario,
            Canada.

1979        Paper presented on The Assessment of Patient Outcome Based on the Problem Oriented Record,
            at *the 132nd  Annual Meeting of the American Psychiatric Association* Panel Discussion on the
            Problem Oriented System in Psychiatry, Chicago, IL.

1981        Invited speaker; Thought Disorder in Psychotic Patients, presented at *FolchiPi Lecture
            Series*, Mailman Research Center, McLean Hospital, Belmont, MA.

            Invited speaker; Discriminability of Thought Disorder in Psychotic Patients, presented at
            *Psychopathology Lecture Series*. William James Hall, Harvard University, Cambridge, MA.

            Paper presented on Diagnostic Discriminability of Thought Disorder in Mania and
            Schizophrenia, *American Psychological Association*, Washington, DC.

1985        Paper presented on P300 and Spectral Topography in Schizophrenics and Normals, *IVth
            World Congress of Biological Psychiatry*, Philadelphia, PA.

1987        Paper presented on P300 Positive Symptom Correlates in Schizophrenia at *the 140th Annual
            Meeting of the American Psychiatric Association Symposia* Session, Chicago, IL

1989        Paper presented on P300 and Schizophrenia at the Topographical Mapping of Brain
            Electrical Activity: Neuropsychiatric and Neuropsychological Applications, A Symposium,
            *The Institute of Living*, Hartford, CT.

            Paper presented on Late Auditory Event-Related Potentials and an Excitotoxicity Model of
            Pathology in Schizophrenia, at *Department of Veterans Affairs Research Symposium on
            Schizophrenia*, Denver, CO.

1990        Invited speaker; Brain Imaging Techniques in Schizophrenia, Grand Rounds Presentation,
            *Department of Psychiatry, Burbank Hospital*, Fitchburg, MA.

            Paper presented, on Computer Assisted Volumetric Measurements of Brain and CSF Spaces in
            Schizophrenics and Normal Control Subjects using MRI, presented at the *Fifth Annual
            Meeting of the Society for Research in Psychopathology*, Boulder, CO.

1991        Invited speaker; Imaging Studies in Schizophrenia: Update, presented at the *Massachusetts
            Mental Health Center Psychopharmacology Lecture Series*, Boston, MA.

            Paper presented on P3 Amplitude in Schizophrenic Patients and Their Family Members,
            *Biological Psychiatry*.

Paper presented on Premorbid Adjustment in Schizophrenia, *Biological Psychiatry*.

Paper presented on Does the Attentional Asymmetry in Schizophrenia Reflect a Dysfunction in the Left Hemisphere Inhibitory Operations? *Biological Psychiatry*.

1992        Paper presented on Temporal Lobe Abnormalities in Schizophrenia are Related to An Increase in Thought Disorder: A computerized, quantitative MRI study, *Biological Psychiatry*.

Paper presented on Auditory P300 Amplitude and Left Posterior Superior Temporal Gyrus Volume Reduction in Schizophrenia, *Biological Psychiatry*.

Paper presented on P300 Asymmetries and Temporal Lobe Pathology, at Symposium on Psychosis and the Temporal Lobe, *145th Annual Meeting of the American Psychiatric Association*.

Invited speaker; Temporal Lobe Structural Abnormalities in Schizophrenia, presented at the "*Scientific Symposium on Psychopathology: The Evolving Science of Mental Disorder*," to honor Professor Philip Holzman, American Academy of Arts & Sciences, Cambridge, MA.

Paper presented on P300 Asymmetry in Schizophrenia: Association with Left Posterior Superior Temporal Gyrus Volume Reduction. Symposium on ERP aspects of schizophrenia, *EPIC X Congress*, Budapest, Hungary.

1993        Paper presented on Temporal Lobe Abnormalities in Schizophrenia, *at the International Congress on Schizophrenia Research*, Colorado Springs, CO.

Paper presented on Alterations in Left Temporal and Temporal Lobe Gyral Pattern in Schizophrenia, *Biological Psychiatry*, San Francisco, CA.

Paper presented on Temporal Lobe: MRI, ERP, and Clinical Pathology, in symposium: "Psychoses: Structure and function in three brain systems," at *the 146th Annual Meeting of the American Psychiatric Association*, San Francisco, CA.

Paper presented on Clinical Symptoms and Temporal Lobe MR Volume Measures in Schizophrenia, at the Panel Group: "Dopamine and Cognition: The Schizophrenia Connection," *32nd Annual Meeting of the American College of Neuropsychopharmacology*, Honolulu, Hawaii.

Paper presented Temporal Lobe Volume Reduction and Thought Disorder in Schizophrenia, at the Panel Group: "Models of Psychosis: Pathophysiology," *32ndAnnual Meeting of the American College of Neuropsychopharmacology*, Honolulu, Hawaii.

1994        Invited speaker; Imaging Studies: Relationship with Symptomatology, at  "New Developments in Schizophrenia," University of Utrecht, The Netherlands.

Paper presented on 3D Warping of Digital Anatomic Atlas onto Patient's Data Sets, at the *12th Annual Meeting of the Society for Magnetic Resonance Imaging*, Dallas, TX.

Paper presented on the Superior Temporal Gyrus and Thought Disorder, presented in the symposium session, "Schizophrenia: Imaging and a new pathophysiology," the sesquicentennial meeting of the *147thAnnual Meeting of the American Psychiatric Association*, Philadelphia, PA.

Paper presented on Warp Speed: MRI Windows on the Brain and Behavior, in the symposium session, "Schizophrenia: Imaging and a new pathophysiology," the sesquicentennial meeting of the *147th Annual Meeting of the American Psychiatric Association*, Philadelphia, PA.

Paper presented on 3D Surface Renderings of the Planum Temporale in Schizophrenia: A Quantitative MRI Study, at the ninth annual meeting of the *Society for Research in Psychopathology*, Miami FL.

Invited speaker; Temporal Lobe Findings in Schizophrenia, at *the Massachusetts Mental Health Center Psychopharmacology Lecture Series*, Boston, MA.

Paper presented on The Frontal Lobe in Schizophrenia: ERP, MRI, and Neuropsychological Data, at the Symposia, Converging Perspectives on Frontal Lobe, at the *Society for Psychophysiological Research*, Atlanta, GA.

Paper presented on Does P3 Topography Discriminate Schizophrenic Psychosis from Affective Psychosis? Presented at *the 24th Annual Meeting of the Society for Neuroscience*, Miami FL.

Paper presented on An ERP Study of P3A to Novel Sounds and P3B to Target Tones in Schizophrenia, presented at *the 24th Annual Meeting of the Society for Neuroscience*, Miami FL.

Paper presented on Parcellation of Human Prefrontal Cortex Using High Resolution MRI: A Volumetric Study of Schizophrenic and Control Subjects, presented at *the 24th Annual Meeting of the Society for Neuroscience*, Miami, FL.

1995        Invited speaker; Neuroimaging Studies in Schizophrenia, *Okinawa Psychiatric Association*, University of the Ryukyus, Nishihara Town, Okinawa, Japan.

Invited speaker; Temporal Lobe Findings in Schizophrenia, *Grand Rounds Presentation, Department of Psychiatry, University of Alabama*, Birmingham, AL.

Paper presented on Temporal Lobe Dysfunction and Schizotypal Personality Disorder, presented in the Symposium session, "Brain structure and function in the schizophrenia spectrum," *148th Annual Meeting of the American Psychiatric Association*, Miami, FL.

Paper presented on Schizotypal Disorder: Cognitive, Behavioral, and Neuropathological Indicators, *Biological Psychiatry*, Miami, FL.

Invited speaker; The Relationship Between Temporal Lobe Abnormalities and Schizophrenia, presented at the *Behavioral Neurology Unit*, *Beth Israel Hospital*, Boston, MA.

Paper presented on Neurologic, Neurophysiologic, and Neuroanatomic Abnormalities in Chronic, Combat-Related PTSD, presentation within the symposium, "Neurobiological Advances in PTSD," *2nd International Conference on New Directions in Affective Disorders*, Jerusalem, Israel.

Invited speaker; Anatomical Abnormalities in the Temporal Lobe in Schizophrenia, presented in symposia on neuroimaging and schizophrenia,*8th Annual Congress of European College of Neuropsychopharmacology*, Venice, Italy.

Paper presented on Abnormal P3 Topography in First Episode Schizophrenia-Like Psychosis, *The 35th Annual Meeting of the Society for Psychophysiological Research*, Toronto, Ontario, Canada.

Paper presented on the Harvard Brain Atlas: A Teaching and Visualization Tool, at the Symposium on Biomedical Visualization. *IEEE Visualization Conference* 1995, Atlanta, GA. Invited speaker; Neuroimaging in Schizophrenia, *Mental Health and Behavioral Sciences Council, Clinical Case Conference Schedule, Department of Psychiatry, VAMC-Brockton*, Harvard Medical School, Brockton, MA.

Paper presented on A Neural Circuit Model of Schizophrenic Pathology: Failure of Recurrent Inhibition, presented as part of the panel session, "The Neurophysiology of Abnormal Function in Schizophrenia Spectrum: Risk and Protective Factors", *34th  Annual Meeting of the American College of Neuropsychopharmacology*, San Juan, Puerto Rico.

1996      Invited speaker; Neurocognitive Correlates of Schizotypal Personality Disorder, *Society for Research in Psychopathology*, Atlanta, GA.

Invited speaker; MRI and ERP Findings in Schizophrenia and Schizophrenia Spectrum Disorders, *Colloquium Series: Psychology Department, Harvard University*, Cambridge, MA.

Invited speaker; Structural, Neurophysiological, and Clinical Indicators of Schizophrenia, *Grand Rounds Presentation, Beth Israel Hospital Psychiatry Grand Rounds*, Boston, MA.

Paper presented on Schizophrenia Disorders: Neurodevelopmental and Onset Vulnerability Factors, *Biological Psychiatry*.

Paper presented on MRI Structural and Electrophysiological/Neuropsychological Functional Correlates of Schizotypal Personality Disorder, *35thAnnual Meeting of the American College of Neuropsychopharmacology*, San Juan, Puerto Rico.

1997      Invited speaker; Neuroimaging Studies in Schizophrenia and Schizophrenia Spectrum Disorders, *Grand Rounds Presentation at the Massachusetts General Hospital Psychiatry Grand Rounds*, Boston, MA.

Invited speaker; *Workshop on Neuroimaging, Harvard Department of Psychiatry Neuroimaging Day, McLean Hospital*, Belmont, MA.

Paper presented on Temporal P300 Asymmetry in First Episode Schizophrenia, *International Congress of Schizophrenia Research*, Colorado Springs, CO.

Paper presented on schizophrenia: MRI, Electrophysiological and Cellular Data Bearing on Some Current Issues and Controversies, *Biological Psychiatry*, San Diego, CA.

Paper presented on Morphologic and Cognitive Indicators of Schizotypal Personality Disorder, *Biological Psychiatry*, San Diego, CA.

Paper presented on MRI and ERP Abnormalities in First Episode Psychosis, *Biological Psychiatry*, San Diego, CA.

Paper presented on Left Temporal P3 Reductions in Chronic and First Episode Schizophrenia, *Biological Psychiatry*, San Diego, CA.

Paper presented on Abnormal ERP Activity Despite Normal Performance on Homographs in Schizophrenia, *Biological Psychiatry*, San Diego, CA.

Invited Speaker; MRI Findings in Schizophrenia, *Department of Psychiatry, University of North Carolina*, Chapel Hill, NC.

Invited Speaker; Clinical and Temporal Lobe MRI Findings in Schizophrenia, *Department of Psychiatry, Grand Rounds Presentation, University of California*, Davis, CA.

Paper presented on Brain Imaging in Psychiatric Disorders, the *XVI World Congress of Neurology*, Buenos Aires, Argentina.

1998        Invited speaker; MRI as a Window into the Brain, *Neurology Residency Training Program (BWH, MGH, West Roxbury/Brockton VAMC), Department of Neurology*, Harvard Medical School.

Invited speaker; MRI, ERP Findings in Schizophrenia and Schizophrenia Spectrum Disorders, *Colloquium Series: Psychology Department, Harvard University*, Cambridge, MA.

Invited speaker, Zubin Memorial Award for Research in Psychopathology; MRI, ERP, and Clinical Indicators of Schizophrenia, *Grand Rounds Presentation, Columbia University College of Physicians and Surgeons*, New York State Psychiatric Institute, New York, NY.

Invited Speaker; Workshop; Application of Imaging and Image Processing Tools to the Investigation of Schizophrenia. *Medical Image Computing and Computer Assisted Intervention (MICCAI)*, MIT, Cambridge, MA.

1999        Paper presented on Shape Differences in the Hippocampus in Schizophrenia, *at the 152nd Annual Meeting of the American Psychiatric Association*, Washington, DC.

Paper presented on progressive MRI volume change in schizophrenia, at *the 152nd Annual Meeting of the American Psychiatric Association*, Washington, DC.

Paper presented on Caudate Volume in Schizotypal Personality Disorder: An MRI Study in Neuroleptic-Naive Subjects, at *the 152nd Annual Meeting of the American Psychiatric Association*, Washington, DC.

Invited speaker; MRI Findings in Schizophrenia, *Grand Rounds Presentation, Department of Radiology, Brigham and Women's Hospital*, Harvard Medical School, Boston, MA.

Invited speaker; MRI Findings in Schizophrenia, *Grand Rounds Presentation, Behavioral Neurology, Brigham and Women's Hospital*, Harvard Medical School, Boston, MA.

2000        Invited Speaker; *Career Opportunities in Academia, presentation to PGY-III and IV Residents in the Residency Training Program*, Department of Psychiatry, Brockton-VAMC, Harvard Medical School.

Invited Speaker; MRI Findings in Schizophrenia and Schizotypal Personality Disorder, *Seminar Series, Residency Training Program, Department of Psychiatry*, Brockton-VAMC, Harvard Medical School.

Invited Speaker; MR and MR Diffusion Imaging Findings in Schizophrenia, *Memory Disorders Center, Veterans Affairs Medical Center*, Boston, MA.

Invited Speaker; Diffusion Imaging as a Technique for Evaluating Disconnections in the Brain, *Memory Disorders Center, Veterans Affairs Medical Center*, Boston, MA.

Paper presented on Reduced Left Heschl's Gyrus Volume in Schizotypal Personality Disorder, *Biological Psychiatry*, Chicago, IL.

Paper presented on the Uncinate Fasciculus in Schizophrenia: A Diffusion Tensor Study, at *the 153nd Annual Meeting of the American Psychiatric Association*, Chicago, IL.

Paper presented on White Matter Abnormalities in Schizophrenia, at *the 153nd Annual Meeting of the American Psychiatric Association*, Chicago, IL.

Paper presented on Schizophrenia: Progressive Prefrontal Gray Matter Changes, at *the 153nd Annual Meeting of the American Psychiatric Association*, Chicago, IL.

Invited Speaker, Neuroimaging and Psychiatry, *Seminar Series, Residency Training Program, Department of Psychiatry, VA Boston Healthcare System*, Brockton Division, Harvard Medical School.

Paper presented on Uncinate fasciculus in schizophrenia: A diffusion tensor study, at *the 153nd Annual Meeting of the American Psychiatric Association*, Chicago, IL.

Paper presented on the Cingulum Bundle in Schizophrenia Using Diffusion Tensor Imaging. *RSNA 86th Scientific Assembly and Annual Meeting*, Chicago, IL.

2001    Paper presented on Disruption of the Integrity within the Cingulum Bundle in Schizophrenic Subjects: MR Diffusion Tensor Study, at the *VIIIth International Congress of Schizophrenia Research*, Whistler's Mountain, British Columbia, Canada.

Paper presented on Fusiform Gyrus Volume Reduction in First-Episode Schizophrenia, at the *154th Annual Meeting of the American Psychiatric Association*, Chicago, IL.

Paper presented on The Neurobiology of Schizotypal Personality Disorder, at *Biological Psychiatry*, New Orleans, LA.

Invited Speaker: Grand Rounds Presentation, The Neurobiology of Schizotypal Personality Disorder, *Psychopharmacology Lecture Series, Massachusetts Mental Health Center*, Department of Psychiatry, Harvard Medical School, Boston, MA.

2002    Invited Speaker; Grand Rounds Presentation, Neurophysiological, Neuroimaging, Cognitive, and Clinical Aspects of Schizotypal Personality Disorder, *University of Massachusetts, Department of Psychiatry*, Worcester, MA.

Workshop, How Does Studying Schizotypal Personality Disorder Inform Us About Schizophrenia? *Biological Psychiatry*, Philadelphia, PA.

Symposium, Post-Onset Progression of Gray and White Matter Abnormalities and Functional Changes in Schizophrenia. *Biological Psychiatry*, Philadelphia, PA.

Invited Speaker; Grand Rounds Presentation, The Neurobiology of Schizotypal Personality Disorder; *Department of Psychiatry, Tufts University School of Medicine*, Boston, MA.

2003    Invited Speaker; Grand Rounds Presentation, The Neurobiology of Schizotypal Personality Disorder; *Department of Psychiatry, Dartmouth School of Medicine*, Hanover, NH.

Invited Speaker; *Career Opportunities in Academia, presentation to PGY-II and III Residents, Residency Training Program, Department of Psychiatry, Brockton-VAMC*, Harvard Medical School.

| | |
|---|---|
| 2004 | Invited Speaker; Grand Rounds Presentation, Cognitive, Event-Related Potential, and MRI Findings in Schizotypal Personality Disorder; *Neuroscience Series, Department of Psychiatry, Neurology, and Neurosurgery, Massachusetts General Hospital*, Harvard Medical School, Boston, MA. |

Paper presented on White matter integrity in schizophrenia- DTI and MTR voxel-wise analysis at the *Winter Workshop in Schizophrenia*, Davos, Switzerland.

Paper presented in Symposium, Progressive decrease of superior temporal gyrus volume in first-episode schizophrenia; *2004 International Congress of Biological Psychiatry*, February 13, 2004, Sydney, Australia.

Paper presented in Symposium, P300 ERP and MRI asymmetry in first episode schizophrenia; 2004 *International Congress of Biological Psychiatry*, February 13, 2004, Sydney, Australia.

Paper presented in Symposium, Mismatch negativity; a possible ERP and fMRI index of post onset progression of brain changes in schizophrenia. *2004 International Congress of Biological Psychiatry*, February 13, 2004, Sydney, Australia.

Paper presented in Symposium, ERP and structural MR correlates of automatic and controlled attention in schizophrenia. *2004 International Congress of Biological Psychiatry*, February 13, 2004, Sydney, Australia.

Invited Speaker; Schizotypal Personality Disorder; Developmental Neuroscience Course, *Harvard Child Psychiatry Training Program*, presentation to second year residents, Children's Hospital, Harvard Medical School.

Invited Speaker; Grand Rounds Presentation entitled "Schizotypal Personality Disorder," *Braindance Awards for Student Research on Schizophrenia and the Brain*, The Schizophrenia

Research Center and the Olin Neuropsychiatry Research Center at The Institute of Living, Hartford, CT, April 7, 2004.

Invited Speaker, Symposium on The Midline as a Developmental Field and Its Relationship to Dysmorphogenesis in Psychotic Illness, presentation entitled "Midline Cavum Septi Pellucidi Abnormalities, Hippocampal Shape Abnormalities, and Diffusion Tensor Corpus Callosum Asymmetry Abnormalities in Schizophrenia." *XXIVth CINP Congress* (June 20-24, 2004), Palais des Congres, Porte Maillot, Paris, France, June 23, 2004.

Paper presentation: DTI findings in schizophrenia. *DTI Workshop, New York Academy of Sciences*, New York, NY, August 29, 2004.

Paper presented in Panel Session on Face to Face: Face Processing Health and Schizophrenia, the *43rd Annual Meeting of the American College of Neuropsychopharmacology*, Fusiform Gyrus Volume Reduction and Altered Face Processing in Schizophrenia, December, 2004, San Juan, Puerto Rico.

| | |
|---|---|
| 2005 | Paper presented entitled *In Vivo* Neuroimaging Data in Support of Auditory Processing Abnormalities in Schizophrenia, at the Symposium on Top-Down versus Bottom-Up: The Role of Feedforward and Feedback in Auditory Processing Abnormalities in Schizophrenia, at the *60th Annual Meeting of Biological Psychiatry*, May 19, Atlanta, GA. |

Paper presented in Symposia on Understanding Anxiety: Advances in its Neurobiological Basis and Treatment Implications. Paper entitled: Structural and Functional and Neuroimaging Studies of PTSD. *The 8th World Congress of Biological Psychiatry*, June 30, 2005, Vienna, Austria.

Paper presented in Symposia on Bases for Change Detection vs. Controlled Attention: Thresholds of Consciousness in Schizophrenia. Paper entitled: MMN: A Probe for Auditory Cortex Abnormalities in Schizophrenia. *The 8th World Congress of Biological Psychiatry*, July 1, 2005, Vienna, Austria.

Paper presented in Symposia on Neurobiological Mechanisms Underlying Susceptibility to Schizophrenia. Paper entitled: Progressive MRI and ERP Deficits After Schizophrenia Onset. *The 8th World Congress of Biological Psychiatry*, June 30, 2005, Vienna, Austria.

Chair of Symposia on The Application of Diffusion Tensor Magnetic Resonance Imaging to Understand Brain Abnormalities in Schizophrenia. *The 8th World Congress of Biological Psychiatry*, July 2, 2005, Vienna, Austria.

Paper presented in Symposia on The Application of Diffusion Tensor Magnetic Resonance Imaging to Understand Brain Abnormalities in Schizophrenia. Paper entitled: Anatomical Disconnection in Schizophrenia: Evidence from Diffusion Tensor Imaging. *The 8th World Congress of Biological Psychiatry*, July 2, 2005, Vienna, Austria.

Invited speaker, *Iniciativa associada ao VIII Congresso Galaico PortuguLs de PsicoPedagogia*, University of Minho, Braga, Portugal, Neurobiology of Schizotypal Personality Disorder, July 5, 2005.

2006    Paper presented at *the 13th Biennial Winter Workshop on Schizophrenia Research*, Davos, Switzerland, as part of a session entitled "What separates brain structure in bipolar disorder from that in schizophrenia. Paper entitled: Neocortical gray matter volume in first episode schizophrenia and first episode affective psychosis: A cross-sectional and longitudinal MRI study. February 4, 2006.

Invited Speaker, Clinical Psychopharmacological Institute, *American Psychiatric Nurses Association*, Paper entitled: Neurobiology of Schizotypal Personality Disorder. June 24, 2006.

Paper presented at *Human Brain Mapping*, Florence, Italy, entitled: Executive attentional network-functional activation and anatomical integrity in schizophrenia, June 11-15, 2006.

Paper presented at *Human Brain Mapping*, Florence, Italy, entitled: Regionally specific orbitofrontal volume deficit and sulcal pattern alteration in schizophrenia and volumetric association with the Iowa Gambling Task, June 11-15, 2006.

Invited Speaker, *International Postgraduate Programme in Life and Health Sciences on Imaging in Neuropsychiatric Research*, University of Minho, Braga, Portugal, Diffusion Tensor Imaging Applied to Schizophrenia: A New Technique for Exploring White Matter Abnormalities, September 12, 2006, Braga, Portugal.

Invited Speaker, *International Postgraduate Programme in Life and Health Sciences on Imaging in Neuropsychiatric Research*, University of Minho, Braga, Portugal, ERP, MRI, DTI, and Cognitive Abnormalities in Schizotypal Personality Disorder, September 12, 2006.

Invited Speaker: "Neurobiology of schizotypal personality disorder, new findings", Martinos Center for Biomedical Imaging, Department of Psychiatry, Massachusetts General Hospital, November 8, 2006, Boston, MA.

2007    Discussant for "DTI Update," all hands meeting of the National Alliance for Medical Imaging and Computing, Salt Lake City, Utah, January 11, 2007.

Talk given to Residents in the Longwood Residency Training Program (PGY2) on "Neuroimaging Techniques Applied to Neuropsychiatric Disorders," March 7, 2007, Boston, MA.

Talk given to Residents in the Longwood Residency Training Program (PGY2) on "Endophenotypic markers of psychiatric disorders: How to define a reasonable one," March 14, 2007, Boston, MA.

Invited Speaker, "Longitudinal diffusion tensor imaging (DTI) of white matter changes in schizophrenia, *"International Congress of Schizophrenia Research*, Colorado Springs, CO, March 31, 2007.

Chair, Symposium on "Endophenotypic Markers in Schizophrenia," *International Congress of Schizophrenia Research*, Colorado Springs, CO, March 30, 2007.

Invited speaker, Brigham and Women's Hospital, Biomedical Research Institute, Imaging Program Seminar Series. "Neuroimaging Applications to Psychiatric Disorders," June 5, 2007.

Invited Speaker, "DTI findings in schizophrenia", Department of Psychiatry, University of Toronto School of Medicine, Toronto, Canada, June 19, 2007.

Oral Presentation, "Altered Orbitofrontal Sulcogyral Pattern and Region-Specific Orbitofrontal Volume Deficit in Schizophrenia." Presented at the *37th Annual Meeting of Society for Neuroscience*, November 4, 2007, San Diego, California.

Oral Presentation, "Altered Orbitofrontal Sulco-Gyral Pattern in Schizophrenia." *International Congress on Schizophrenia Research*, March 30, 2007, Colorado Springs, Colorado.

2008        Oral Presentation, "Disease Specific Alteration of Orbitofrontal Sulcogyral Pattern in First Episode Schizophrenia." *1st Schizophrenia International Research Society Conference*, June 23, 2008, Venice, Italy.

Oral Presentation, "Neocortical Gray Matter Volume in First Episode Schizophrenia and First Episode Affective Psychosis: A Cross-sectional and Longitudinal MRI Study." *3rd Annual Meeting of Japanese Society of Schizophrenia Research*, March 14, 2008, Tokyo, Japan.

Oral Presentation, "Altered Orbitofrontal Sulcogyral Pattern and Region-Specific Orbitofrontal Volume Deficit in Schizophrenia."*3rd Annual Meeting of Japanese Society of Schizophrenia Research*, March 14, 2008, Tokyo, Japan.

Oral Presentation, "Orbitofrontal Structural Alterations and Social Disturbance in Schizophrenia." Symposium Presentation at 13th Pacific Rim College of Psychiatrists Scientific Meeting (PRCP), November 2, 2008, Tokyo, Japan.

Invited speaker, "MRI Findings in Schizophrenia, *"Program in Biomedical Neuroscience Distinguished Lecture Series*, Department of Pharmacology and Experimental Therapeutics, Boston University School of Medicine, January 18, 2008, Boston, MA.

Talk given to Residents in the *Longwood Residency Training Program in Psychiatry* (PGY2) "Neuroimaging Findings in Schizophrenia," January 23, 2008, Boston, MA.

Invited speaker, "Diffusion Tensor Imaging Findings in Schizophrenia," *Massachusetts Mental Health Center Research Grand Rounds*, Department of Psychiatry, Harvard Medical School, March 18, 2008.

Symposium: "Altered White Matter Communication in Schizophrenia and Bipolar Disorder: A Possible Common Endophenotype? Invited Speaker, "Uncinate Fasciculus and Cingulum bundle findings in First Episode Schizophrenia and First Episode Bipolar Disorder: A Diffusion Tensor Imaging Study." *16th European Congress of Psychiatry*, Nice, France, April 7, 2008.

Plenary Talk, *XI Turku PET Symposium: New Targets in Molecular Imaging*, "Advances in White Matter Imaging," May 27, 2008, Turku, Finland.

Invited speaker, "Diffusion Tensor Imaging in Schizophrenia," *Summer School course in Neuroscience at Harvard University*, Directed by Dr. Dorothy Holinger, July 10, 2008.

Plenary Speaker, "Advances in Diffusion Tensor Imaging in Schizophrenia," presented at the *Brain Imaging Symposium, New Concepts in Structural and Functional Imaging, IBILT-Faculdade de Medicine*, Amfiteatro, Center for Neuroscience and Cell Biology, University of Coimbra, Coimbra, Portugal, July 20, 2008.

Invited Speaker, "DTI Applications to Schizophrenia," Department of Psychology and Radiology, University of Minho, Braga, Portugal, July 21, 2008.

Chair and Invited Speaker, Symposium: Neuroimaging and Psychosis - Current Trends. Invited speaker on "Advances in white matter imaging in schizophrenia."*21st European College of Neuropsychopharmacology Congress* September 1, 2008, Barcelona, Spain.

Invited Speaker, "Advances in MRI and DTI Findings in Schizophrenia, *VA Boston Healthcare System/Harvard Grand Rounds*, Brockton, MA, October 1, 2008.

Invited Speaker, "MRI and DTI Findings in Schizophrenia," *Harvard Longwood Psychiatry Grand Rounds Conference*, Harvard Medical School Department of Psychiatry, October 30, 2008.

2009         Invited Speaker, "Research Careers in Psychiatry." Harvard Longwood Psychiatry Residency Training Program, February 25, 2009.

Invited Speaker, "Reviewing Research in the Area of Neuroimaging Findings in Neuropsychiatric Disorders," Harvard Longwood Psychiatry Residency Training Program, March 4, 2009.

Symposium on "New Advances in Diffusion Magnetic Resonance Imaging and Their Application to Schizophrenia. *World Psychiatric Association International Congress*, "Treatment in Psychiatry: A New Update." April 2, Florence, Italy.

Invited Speaker, Symposium on "Brain Imaging in Psychiatry: Recent Progress and Clinical Implications, "Advances in White Matter Imaging and its Application to Schizophrenia. *"World Psychiatric Association International Congress*, "Treatment in Psychiatry: A New Update." April 3, Florence, Italy.

Oral Presentation, "Anterior cingulate and paracingulate abnormalities in schizophrenia." *Society for Neuroscience Meeting*, Chicago, IL, October 17-21, 2009.

Invited Speaker, "DTI Findings in Schizophrenia," School of Pharmacology, University of Rhode Island, Kingston, RI, November 12, 2009.

2010         Invited Speaker, "DTI as a method for understanding psychiatric disorders," PGY II residents, Harvard South Shore Psychiatry Residency Training Program, VA Brockton, Harvard Medical School, February 3, 2010.

Invited Speaker, "White Matter Findings in Schizophrenia and Related Disorders." Psychiatry Genetics and Translational Research Seminar, Department of Psychiatry, Massachusetts General Hospital, Boston, MA, March 9, 2010.

Speaker, External Advisory Board, Clinical Consortium for TBI and PTSD, "Progress in Neuroimaging Acquisition Protocols and Post-Processing Measures for the Clinical Consortium Sites." San Diego, CA, November 18, 2010.

2011    Invited Speaker, "Diagnostic and Prognostic Indicators of Traumatic Brain Injury." Exploring Diagnostic, Therapeutic, and Rehabilitative Strategies in NeuroHealth, TBI, and PTSD. *Center for Integration of Medicine and Innovative Technology* (CIMIT), Workshop, January 25, 2011.

Invited Speaker. "Neuroimaging applications for understanding psychiatric disorders," PGY II residents, Harvard South Shore Psychiatry Residency Training Program, VA Brockton, Harvard Medical School, March 7, 2011.

Invited Speaker, "In-Process Review of Neuroimaging Techniques and Their Application to the Multi-Site Clinical Consortium on PTSD/TBI." Presented at the US Army Medical Research and Materiel Command, Combat Casualty Care Research Program In-Process Scientific Review, Department of the Army, January 31, 2011, Herndon, VA.

Oral presentation, Diagnosis of Diffuse Axonal Injury with Diffusion Tensor Imaging, *3rd Federal Interagency Conference on TBI*, Washington DC, 2011.

Oral presentation, Diffusion Imaging Reveals Two Spatially Separable Mechanisms In Mild TBI. *3rd Federal Interagency Conference on TBI*, Washington, DC, 2011.

Invited Speaker, "White Matter Changes in First Episode Schizophrenia." Presented as part of a symposium on findings from the CIDAR first episode study of schizophrenia, entitled,

"Vulnerability to Progression in Schizophrenia." *International Congress of Schizophrenia Research*, Colorado Springs, CO, April 7, 2011.

Co-Chair, Poster Symposium on Multi-Modal Findings in Schizophrenia. *International Congress of Schizophrenia Research*, Colorado Springs, CO, April 5, 2011.

Invited Speaker, "On being a Mentor and Being Mentored." Special course on Moving on Up, Brigham and Women's Hospital, April 12, 2011.

Chair, Symposium entitled "A Multimodal Imaging Approach to Investigating the Structural Basis of Aberrant Brain Connectivity in Patients with Schizophrenia." 10th World Congress of the World Federation of Biological Psychiatry, June 1, 2011, Prague, Czech Republic.

Invited Facilitator, Break-Out Session on the Future of Neuroimaging in Psychiatry, Harvard Psychiatry Residents' Day, Imagining the Future of Psychiatry: Neuroscience to Healthcare Policy, McLean Hospital, November 9, 2011.

2012    Invited Speaker, "Neuroimaging and Psychiatry Disorders", PGY II Residents, Harvard South Shore Psychiatry Residency Training Program, VA Brockton, Harvard Medical School, January 18, 2012.

Invited Speaker, "Identification of Neuroinflammation in Mild Traumatic Brain Injury Using a Free Water Atlas, *9th World Congress on Brain Injury* (*IBIA*), Edinburgh, Scotland, March 22, 2012.

Endowed Professorship Special Talk, "DTI findings in Schizophrenia and in Mild Traumatic Brain Injury", University of Minho, Minho, Portugal, April 18, 2012.

Symposium on Advanced Imaging in Psychiatric Diseases: Opportunities and Trends, invited talk on "Advanced Imaging for the Evaluation of Schizophrenia and Related Illnesses", 50th meeting of the *American Society for Neuroradiology*, New York, New York, April 21, 2012.

Invited Speaker, "Excessive Extracellular Volume Contributes to White Matter Abnormalities in the Early Stages of Schizophrenia", at the Centennial Celebration of Massachusetts Mental Health Center, Boston, MA, June 15, 2012.

Paper presented, "Estimation of Extracellular Volume from Regularized Multi-Shell Diffusion MRI. *MICCAI*, October 1-5, 2012, Nice, France.

Speaker at the first Conference on Chronic Traumatic Encephalopathy sponsored by the Cleveland Clinic Lou Ruvo Center for Brain Health and Boston University, "Role of Neuroimaging in CTE Detection: MRI, MRS, and Emerging PET Tau Imaging", October 1, 2012, Las Vegas, Nevada.

Speaker, External Advisory Board, Clinical Consortium for TBI and PTSD, "Progress in Neuroimaging Acquisition Protocols and Post-Processing Measures for the Clinical Consortium Sites." San Diego, CA, November 28, 2012.

2013 Invited Speaker, "Advanced Imaging in Mild TBI" at the 93rd*New England Roentegen Ray Society*, January 11, 2013, Boston, MA.

Invited Speaker, "Utilizing Advanced Neuroimaging to Provide Insights into Mild Traumatic Brain Injury and Repetitive Brain Trauma: DTI, MRS, and Emerging Pet Tau Imaging." *The 3rd Annual Traumatic Brain Injury Conference*, March 7, 2013, Washington, DC.

Invited Speaker, "Advances in Neuroimaging and Their Application to Schizophrenia and Mild Traumatic Brain Injury". Talk given to PGYII Residents in Psychiatry at the South Shore Residency Training Program in Psychiatry, Harvard Medical School. March 10, 2013.

Residency Training Program in Psychiatry, Harvard Medical School, VA Boston Healthcare System, March 13, 2013.

Invited Talk, "Application of Neuroimaging to Understand Schizophrenia and Mild Traumatic Brain Injury". Talk given to VISN Chief, Dr. Michael Mayo-Smith, March 13, 2013.

Invited Speaker, "Advanced Neuroimaging Techniques Applied to Schizophrenia, Mild Traumatic Brain Trauma, and Repetitive Brain Trauma". Neuroscience and Brain Seminar Series, Children's Hospital, Harvard Medical School, Boston, MA April 18, 2013.

Invited Speaker, "The Role of Neuroimaging in mTBI, Schizophrenia, and CTE: DTI, MRS, and Emerging PET Tau Imaging in CTE. BRAINMAP seminar series, Martinos Center, Charlestown Navy Yard, May 15, 2013.

Invited Speaker, "The role of advanced neuroimaging in mTBI and CTE: DTI, MRS, and Tau Imaging". Special Lectures of Recent Psychiatry Neuroimaging, Department of Neuropsychiatry, Kansai Medical University, Hotel Agora Osaka, Japan, June 24, 2013.

Chair (Co-Chair Dr. Marek Kubicki), Symposium, "New Developments in White Matter Imaging in Schizophrenia, Towards Understanding Pathology." 11th World Congress of Biological Psychiatry, June 27, 2013, Kyoto, Japan.

Invited Speaker, "The Role of Advanced Neuroimaging in CTE: DTI, MRS, and Emerging PET Tau Imaging", Brain Trauma-Related Neurodegeneration Workshop, sponsored by the National Institute of Neurological Disorders and Stroke (NINDS), August 12, 2013.

Speaker, "Perspectives on Challenges of Reproducibility and Variability in Diffusion MRI," part of workgroup on "Developing Standards for Diffusion Magnetic Resonance Imaging, a Meeting of Experts", sponsored by the *Institute of Medicine* of *The National Academies*. August 22, 2013.

Invited talk, "MR and Diffusion Tensor Imaging in Schizophrenia and in Mild Traumatic Brain Injury," Bouve College of Health Sciences, Northeastern University, December 2, 2013.

2014     TBI  Neuroimaging Interim Progress Report, *Congressionally Designated Medical Research Program (CDMRP)*, "Tau Imaging in Chronic Encephalopathy," Fort Detrick, Maryland, January 31, 2014.

Invited talk, "Characterization of Acute  Diffusion MRI Abnormalities following Concussion using a Joint Distribution Free-Water Imaging Normative Atlas." *International Brain Injury Association Tenth World Congress on Brain Injury (IBIA)*. March 2014. San Francisco, USA.

Invited talk, "Identification of Atrophy, Excitotoxicity and Gliosis in the White Matter of Retired NFL Players." *International Brain Injury Association Tenth World Congress on Brain Injury (IBIA)*. March 2014. San Francisco, USA.

Invited talk, "White matter microstructure and cortical thickness in former NFL players." *International Brain Injury Association Tenth World Congress on Brain Injury (IBIA)*. March 2014. San Francisco, USA.

Chair (Co-Chair with Dr. Robert Stern), Symposium on Chronic Traumatic Encephalopathy, "Advanced Neuroimaging in CE and Repetitive Concussive and Subconcussive Head Trauma" *International Brain Injury Association Tenth World Congress on Brain Injury (IBIA)*. March 2014. San Francisco, USA.

Invited talk, "Regional Metabolite Profiles in Chronic Sports-Related Concussion. *International Brain Injury Association Tenth World Congress on Brain Injury (IBIA)*. March 2014. San Francisco, USA.

Invited talk, "Diffusion Tensor Imaging in Mild Traumatic Brain Injury. *Vanderbilt University Medical Center-NICOE TBI Imaging Workshop,* August 29, 2014. Nashville, TN.

## Report of Clinical Activities:

1979-1984     Research Fellow in Psychopathology, Psychology Laboratory, Mailman Research Center, McLean Hospital, Belmont MA, Harvard Medical School

1982-1983     Clinical Practicum/Clerkship, Psychology Department, McLean Hospital, Belmont MA, Harvard Medical School

1984-1994     Diagnostic evaluations at the Massachusetts Mental Health Center, then VA Boston Healthcare  System, Brockton Division, Brockton MA, and McLean Hospital, Belmont, MA

1985-1986     Clinical Practicum/Clerkship, Psychology Department, Massachusetts Mental Health  Center, Boston, MA, Harvard Medical School.

**Other:**

Summer 1995    Consultant for Drs. Jane Murphy and Alexander Leighton; performed SCID interviews for a Psychiatric Epidemiology Study in Atlantic Canada.

2001    *2001:* ESI Special Topics in Schizophrenia, ISI Thomson Scientific: Interview with Dr. Shenton. http://esi-topics.com/schizophrenia/interviews/dr-martha-shenton.html

2003    *2003*: Dr. Shenton's publication entitled, "Amygdala-hippocampal shape differences in schizophrenia: the application of 3D shape models to volumetric MR data", published in *Psychiatry Research.* 2002;1151-2:15-35, and her paper entitled, "Deformable organisms for automatic medical image analysis", published in *Med Image Analysis* 2002:Sept;6(3):251-266, were both selected for publication in the *2004 IMIA Yearbook of Medical Informatics: Towards Clinical Bioinformatics*, an overview of the most excellent, original, and state-of-the-art research in the area of Health and Medical Informatics over the past several years.

2007    *December 2007:* Dr. Shenton was featured in *The Scientist*, in a special supplement on schizophrenia. Read article.

       *Winter 2007:* Read article on the advances in schizophrenia research featured in Brigham and Women's magazine .

       *2007:* [http://www.esi-topics.com/schizophrenia/index.html] provides information for the decade of the 90's (1981-1999) on schizophrenia research, where they review 19,506 papers, 24,088 authors, 101 countries, 1,139 journals, and 5,514 organizations, and report that Dr. Shenton's

       *2007:* 1992 *New England Journal of Medicine* is the 4th most cited paper out of 19,506, and she is the 14th most cited author out of 24,088 in the area of schizophrenia research.

       *2007:* This website also includes an interview with Dr. Shenton for ESI special Topics in Schizophrenia, ISI Thomson Scientific [http://www.esi-topics.com/sch2007/index.html]. New information from 1997 to 2007 on schizophrenia research is provided, where ESI reviews 13,989 papers, 26,117 authors, 99 countries, 947 journals, and 6,863 organizations and report that Dr.

       Shenton is the 8th most cited author out of 13,989 papers in the area of schizophrenia research [http://www.esi-topics.com/sch2007/authors/b1a.html].

2008    *2008:* Her paper, MRI Findings in Schizophrenia, published in *Schizophrenia Research* in 2001, is also among the top breaking papers listed in ESI [http://www.esi-topics.com/fbp/comments/october02-MarthaShenton.html].

       *2008:* In addition, Dr. Marek Kubicki, her close colleague, has an interview with ESI for having paper that is considered Fast Breaking because it is among the top 1% of papers cited over the last two years in the field of schizophrenia research [see http://sciencewatch.com/dr/fbp/2008/08aprfbp/08aprfbKubicki/].

       *2008:* Dr. Shenton is also a co-author on the 10th most cited PTSD paper in the 1990's in the area of PTSD research, based on ISI Thomson Scientific, website: [http://esi-topics.com/ptsd/index.html].

       *December 2008:* ScienceWatch lists Harvard University at the top of 20 institutions in Psychiatry and Psychology based on total citations to papers published in Thomson Reuters-indexed

       Psychiatry and Psychology journals. These institutions are the top 20 out of a pool of 360 institutions comprising the top 1% ranked by total citation count in this field. Dr. Shenton is mentioned as a highly cited Harvard Author.

2009    *August 2009:* Science Watch: Top Citations for Institutions. Dr. Martha Shenton cited as among the top most cited researchers at Harvard: http://sciencewatch.com/articles/most-cited-institutions-overall-1999-2009

2010    *October 2010:* An article on how a different MRI technique used in Dr. Shenton's lab may help in diagnosing football-induced injuries appeared in *the Atlantic*. Read article here.

        *August 2010:* Dr. Shenton appears on History Channel's Stan Lee's Superhumans - Hammer Head episode where she discusses skull thickness of a man who drives spikes into boards with his head. View episode.

2012    *February 2012:* Psychiatry Newsletter Update highlights traumatic brain injury studies in the Psychiatry Neuroimaging laboratory including Drs. Martha Shenton, Ofer Pasternak, and Alex Lin.

        *April 2012:* Dr. Shenton's research paper listed as the seventh top most downloaded article in 2011.
        *November 2012:* Harvard Medicine News featured Drs. Martha Shenton, Ross Zafonte, and Joseph Giacino in a piece describing the utility of DTI in characterization of mild TBI.

        *November 2012:* Dr. Inga Koerte's and senior author Dr. Martha Shenton's JAMA paper (see Brigham & Women's Press Release and Ludwig-Maximilians-Universität) garnered international attention, as it was the first original research to suggest that the sub-concussive hits experienced by elite soccer players are associated with alterations in white matter. Her work was featured in TIME Magazine, US News, ABC News (reposted from MedPage Today [see video]), JAMA,

        The Munich Eye, Los Angeles Times, Healthline, ABC7Chicago, Doctors Lounge, The Week Magazine, Harvard Medicine News, Medical Daily, and Elite Daily. See also: http://healthhub.brighamandwomens.org/tag/martha-shenton

        *December 2012:* Led by first author Dr. Inga Koerte's and senior author Dr. Martha Shenton, published findings on concussions and white matter integrity in hockey players in the Journal of Neurosurgery (full text). This high impact paper was covered in the New York Times, SlapShot (New York Times featurette), The Globe and Mail, Vancouver Sun, and on CJAD Talk Radio (hear interview with Dr. Paul Echlin).

2013    *January 2013*: Commentary in Alzheimer's Forum: "In Former Footballers, MRI Links Cognitive Problems to Axon Damage": http://www.alzforum.org/new/detail.asp?id=3375

        *January 2013:* Commentary in Alzheimer's Forum: comments on the recent study of tau neurofibrillary tangles in retired NFL players were published in Alzheimer Research News.

        *January 2013:* Latitude News featured Dr. Inga Koerte and Dr. Ross Zafonte in an article discussing the impact that brain trauma can have on white matter in the brain. Their research was also featured on The Brigham and Women's Hospital Health Blog.

        *March 2013:* In an interview with Imaging in Medicine Journal, Dr. Martha Shenton discusses the PNL's role in pioneering the use of advanced MRI techniques in the study of schizophrenia and, more recently, mild Traumatic Brain Injury.

        *March 2013:* In a recent publication in Science Magazine, Dr. Martha Shenton describes the importance of new-sophisticated MRI techniques that can reveal microscopic damage to axons and brain lesions characteristic of mTBI.

        *March 2013:* Drs. Martha Shenton, Inga Koerte and Ross Zafonte's high impact JAMA paper on sub-concussive hits experienced by soccer players was highlighted in "Sueddeutsche Zeitung", a high-profile newspaper in Germany; and in Neurology Today.

*April 2013:* The BWH Psychiatry Neuroimaging Laboratory was this month's feature story in BWH Clinical and Research News. The story highlights the diverse group of researchers at the PNL that are spearheading the use of state-of-the-art neuroimaging in TBI, schizophrenia and more.

2014    *February 2014:* PNL Study Finds Changes in Brains of Hockey Players Who Had ConcussionsA series of recently published papers in the Journal of Neurosurgery (Click for Part 1, Part 2, and Part 3.) by Drs. Martha Shenton, Ofer Pasternak, Inga Koerte, Sylvain Bouix , Takeshi Sasaki, MarekKubicki, Peter Savadjiev, Michael Mayinger, Marc Muehlmann and research assistant Eli Fredman has garnered international media attention and been featured in the New York Times, The Globe and Mail, The Sports Network, Fox News, and The Calgary Herald. This was also featured in Brain and Behavior Research Foundation where Drs. Martha Shenton and Ofer Pasternak were featured as two NARSAD investigators, NARSAD Distinguished and Young Investigator, respectively (see Brain and Behavior Research Foundation)

*March 2014:* Testimony before the United States House of Representatives, House Energy and Commerce Committee, Subcommittee on Commerce, Manufacturing, and Trade, at a hearing entitled "Improving Sports Safety: A Multifaceted Approach", Rayburn House Office Building, Washington, D.C., March 13, 2014, http://www.c-span.org/video/?318281-1/hearing-improving-sports-safety  (Panel 2 begins at 1.44:49 and Dr. Shenton's testimony begins at 2.23:38)

*May 2014:* "Ban Heading in Youth Soccer", by Derrick Z. Jackson, Opinion in Sunday Boston Globe article where Dr. Inga Koerte's and Dr. Martha Shenton are cited for their research in reporting alterations in white matter in elite soccer players who have experienced subconcussive blows to the head but not concussion: http://www.bostonglobe.com/opinion/2014/05/17/ban-heading-youth-soccer/F0jPt3oMlfajNfuphDFO8J/story.html (see also above under *November 2012*, JAMA publication).

*June 2014:* List of Top 20 Articles, in the Domain of Article 20954428, since its publication (2010): http://biomedupdater.com/

*July 28, 2014:* VA HSR&D CYBERSEMINAR: Mild TBI Diagnosis and Management Strategies. Diffusion Tensor Imaging Findings in Mild Traumatic Brain Injury. http://www.hsrd.research.va.gov/for_researchers/cyber_seminars/archives/video_archive.cfm?SessionID=867

*September 6, 2014: AANS Neurosurgeon.* Sports-Related mTBI: A Public Health Ethical Imperative Act. http://www.aansneurosurgeon.org/features/sport-related-mtbi-a-public-health-ethical-imperative-to-act/

**PART III:      BIBLIOGRAPHY**
**Original Reports: (\* = denotes past or present mentee/trainee) (Google Scholar H-Index for all years = 88, since 2009 = 59; Web of Science H-Index = 69)**

1.   Holzman PS, **Shenton ME**, and Solovay MR. Quality of thought disorder in differential diagnosis. *Schizophr Bull* 1986;12(3):360-371. PMID: 3764357 [full text]

2.   Solovay MR, **Shenton ME**, \*Gasperetti C, Coleman M, \*Kestnbaum EJ, Carpenter JT, Holzman PS. Scoring manual for the thought disorder index. *Schizophr Bull* 1986;12(3):483-496. PMID: 3764364 [full text]

3.   Solovay MR, **Shenton ME**, Holzman PS. Comparative studies of thought disorder: I. Mania and schizophrenia. *Arch Gen Psychiatry* 1987;44(1):13-20. PMID: 3800579

4.   **Shenton ME**, Solovay MR, Holzman PS. Comparative studies of thought disorder: II. Schizoaffective disorder. *Arch Gen Psychiatry* 1987;44(1):21-30. PMID: 3800580

5.   Faux SF, **Shenton ME**, McCarley RW, Torello MW, Duffy FH. P200 topographic alterations in schizophrenia: Evidence for left temporal-centroparietal amplitude deficits. *Electroencephalogr and Clin Neurophysiol Suppl* 1987;40:681-687. PMID: 3480194

6.   Faux SF, Torello MW, McCarley RW, **Shenton ME**, Duffy FH. P300 topographic alterations in schizophrenia: A replication study. *Electroencephalogr and Clin Neurophysiol Suppl* 1987;40:688-694. PMID: 3480195

7.   \*Daniels EK, **Shenton ME**, Holzman PS, Benowitz LI, Coleman, M, Levin S, Levine D. Patterns of thought disorder associated with right cortical damage, schizophrenia, and mania. *Am J Psychiatry* 1988;145(8):944-949. PMID: 3394878

8.   Faux SF, Torello MW, McCarley RW, **Shenton ME**, Duffy FH. P300 in schizophrenia: Confirmation and statistical validation of temporal region deficit in P300 topography. *Biol Psychiatry* 1988;23(8):776-790. PMID: 3365456

9.   Faux SF, **Shenton ME**, McCarley RW, Torello MW, Duffy FH. Differentiation of schizophrenics and normal controls is enhanced by the Goodin subtraction procedure. *Intern J Neuroscience* 1988;39(1-2):117-135. PMID: 3384564

10.   **Shenton ME**, Faux SF, McCarley RW, \*Ballinger R, Coleman M, Torello MW, Duffy FH. Correlations between abnormal auditory P300 topography and positive symptoms in schizophrenia: A preliminary report. *Biol Psychiatry* 1989;25(6):710-716. PMID: 2923933

11.   **Shenton ME**, \*Ballinger R, \*Marcy B, Faux SF, \*Cane M, LeMay M, Cassens G, Coleman M, Duffy FH, McCarley RW. Two Syndromes of schizophrenic psychopathology associated with left vs. right temporal deficits in P300 amplitude: Four case reports. *J Nerv Ment Dis* 1989;177(4):219-225. PMID: 2564883

12.   **Shenton ME**, Solovay MR, Holzman PS, Coleman M, Gale HJ. Thought-disorder in the relatives of psychotic patients. *Arch Gen Psychiatry* 1989;46(10):897-901. PMID: 2489936

13.   **Shenton ME**, Faux SF, McCarley RW, \*Ballinger R, Coleman M, Duffy FH. Clinical correlations of auditory P200 topography and left temporo-central deficits in schizophrenia: A preliminary study. *J Psychiatric Res* 1989;23(1):13-34. PMID: 2754626

14.   McCarley RW, Faux SF, **Shenton ME**, LeMay M, \*Cane M, \*Ballinger R, Duffy FH. CT abnormalities in schizophrenia: A preliminary study of their correlations with P300/P200 electrophysiological features and positive/negative symptoms. *Arch Gen Psychiatry* 1989;46(8):698-708. PMID: 2751404

15. Faux SF, **Shenton ME**, McCarley RW, Nestor PG, *Marcy B, *Ludwig A. Preservation of P300 event-related potential topographic asymmetries in schizophrenia with use of either linked-ears or nose reference sites. *Electroencephalogr and Clin Neurophysiol* 1990;75(5):378-391. PMID: 1692273

16. Nestor PG, Faux SF, McCarley RW, **Shenton ME**, Sands SF. Measurement of visual sustained attention in schizophrenia using signal detection analysis and a newly developed computerized CPT task. *Schizophr Res* 1990;3(5-6):329-332. PMID: 2282338

17. McCarley RW, Faux SF, **Shenton ME**, Nestor PG, Adams J. Event-related potentials in schizophrenia: Their biological and clinical correlates and a new model of schizophrenic pathophysiology. *Schizophr Res* 1991;4(2):209-231. PMID: 2039762

18. **Shenton ME**, Kikinis R, McCarley RW, Metcalf D, Tieman J, Jolesz FA. Application of automated MRI volumetric measurement techniques to the ventricular system in schizophrenics and normals. *Schizophr Res* 1991;5(2):103-113. PMID: 1931803

19. McCarley RW, Faux SF, **Shenton ME**, Nestor PG, *Holinger DP. Is there P300 asymmetry in schizophrenia? *Arch Gen Psychiatry* 1991;48(4):380-383. [Letter to the editor]. PMID: 2009038

20. **Shenton ME**, Holzman PS, Gale HJ, Solovay MR, Coleman M. Distinguishing between content and form of speech – Reply. *Arch Gen Psychiatry* 1991;48:281-282. [Letter to the editor].

21. **Shenton ME**, Kikinis R, Jolesz FA, *Pollak SD, LeMay M, Wible CG, *Hokama H, Martin J, Metcalf D, Coleman M, McCarley RW. Abnormalities of the left temporal-lobe and thought-disorder in  schizophrenia – A quantitative magnetic-resonance-imaging study. *N Engl J Med* 1992;327(9):604-612. PMID: 1640954 [full text] [**ESI Thomson Scientific-rated as 4th most cited paper in schizophrenia, from more than 24,000 authors and 19,000 papers, in the decade of the 1990's** (http://www.esi-topics.com/schizophrenia/index.html).]

22. **Shenton ME**, Solovay MR, Holzman PS, Gale HJ, Coleman M. Thought disorders ratings distinguish between diagnostic groups- Reply. *Arch Gen Psychiatry* 1992;49:590-590. [Letter to the editor].

23. **Shenton ME**, Kikinis R, McCarley RW. Abnormalities of the left temporal lobe in schizophrenia – Reply to Roth, Pfefferbaum and to Klimke and Knecht. *N Engl J Med* 1992;327(23):1690-1690. [Letter to the editor].

24. Gerig G, Martin J, Kikinis R, Kübler O, **Shenton ME**, Jolesz FA. Unsupervised tissue-type segmentation of 3D dual-echo MR head data. *Image and Vision Computing* 1992;10(6):349-360.

25. Kikinis R, **Shenton ME**, Gerig G, Martin J, Anderson M, Metcalf D, Guttman CRG, McCarley RW, Lorensen W, Cline H, Jolesz FA. Routine quantitative-analysis of brain and cerebrospinal-fluid spaces with MR imaging. *J Mag Res Imaging* 1992;2(6):619-629. PMID: 1446105

26. Nestor PG, Faux SF, McCarley RW, *Penhune V, **Shenton ME**, *Pollak SD, Sands SF. Attentional cues in chronic schizophrenia: Abnormal disengagement of attention. *J Ab Psych* 1992;101(4):682-689. PMID: 1430608

27. *Holinger DP, Faux SF, **Shenton ME**, *Sokol NS, Seidman LH, Green AI, McCarley RW. Reversed temporal region asymmetries of P300 topography in left-handed and right-handed schizophrenic subjects. *Electroencephalogr Clin Neurophysiol* 1992;84(6):532-537. PMID: 1280199

28. Faux SF, McCarley RW, Nestor PG, **Shenton ME**, *Pollak SD, *Penhune V, *Mondrow E, *Marcy B, Peterson A, Horvath T, Davis KL. P300 topographic asymmetries are present in unmedicated schizophrenics. *Electroencephalogr and Clin Neurophysiol* 1993;88(1):32-41. PMID: 7681389

29.    McCarley RW, **Shenton ME**, O'Donnell BF, Faux SF, Kikinis R, Nestor PG, Jolesz FA. Auditory P300 abnormalities and left posterior superior temporal gyrus volume reduction in schizophrenia. *Arch Gen Psychiatry* 1993;50(3):190-197. PMID: 8439239

30.    McCarley RW, **Shenton ME**, O'Donnell BF, Nestor PG. Uniting Kraepelin and Bleuler – The psychology of schizophrenia and the biology of temporal-lobe abnormalities. *Harv Rev Psychiatry* 1993;1(1):36-56. PMID: 9384826

31.    O'Donnell BF, **Shenton ME**, McCarley RW, Faux SF, *Smith RS, *Salisbury DF, Nestor PG, *Pollak SD, Kikinis R, Jolesz FA. The auditory N2 component in schizophrenia – Relationship to MRI temporal-lobe gray-matter and to other ERP abnormalities. *Biol Psychiatry* 1993;34(1-2):26-40. PMID: 8373937

32.    **Shenton ME**, O'Donnell BF, Nestor PG, Wible CG, Kikinis R, Faux SF, *Pollak SD, Jolesz FA, McCarley RW. Temporal-lobe abnormalities in a patient with schizophrenia who has word-finding difficulty – Use of high-resolution magnetic-resonance-imaging and auditory P300 event-related potentials. *Harv Rev Psychiatry* 1993;1(2):110-117. PMID: 9384837

33.    Coleman MJ, Carpenter JT, Waternaux C, Levy DL, **Shenton ME,** Perry J, Medoff D, Wong H, Monoach D, Meyer P, O'Brian C, Valentino C, Robinson D, Smith M, Makowski D, Holzman PS. The thought disorder index: A reliability study. *Psychological Assessment: A Journal of Consulting and Clinical Psychology*1993;3(3):336-342.

34.    Adams J, Faux SF, Nestor PG, **Shenton ME**, *Marcy B, *Smith RS, McCarley RW. ERP abnormalities during semantic processing in schizophrenia. *Schizophr Res* 1993;10(3):247-257. PMCID: PMC2864521

35.    Nestor PG, **Shenton ME**, McCarley RW, *Haimson J, *Smith RS, O'Donnell BF, *Kimble M, Kikinis R, Jolesz FA. Neuropsychological correlates of MRI temporal-lobe abnormalities in schizophrenia. *Am J Psychiatry* 1993;150(12):1849-1855. PMID: 8238641

36.    O'Donnell BF, Cohen RA, *Hokama H, Cuffin BN, Lippa C, **Shenton ME**, Drachman DA. Electrical source analysis of auditory ERPs in medial temporal-lobe amnestic syndrome. *Electroencephalogr and Clin Neurophysiol* 1993;87(6):394-402. PMID: 7508372

37.    *Levitt J, **Shenton ME**, McCarley RW, Faux SF, *Ludwig AS. Premorbid adjustment in schizophrenia – Implications for psychosocial and ventricular pathology. *Schizophr Res* 1994;12(2):159-168. PMID: 8043526

38.    O'Donnell BF, *Hokama H, McCarley RW, *Smith RS, *Salisbury DF, *Mondrow E, Nestor PG, **Shenton ME**. Auditory ERPs to nontarget stimuli in schizophrenia – Relationship to probability, task-demands, and target ERPs. *Intern J Psychophysiol* 1994;17(3):219-231. PMID: 7806466

39.    Kikinis R, **Shenton ME**, Gerig G, *Hokama H, *Haimson J, O'Donnell BF, Wible CG, McCarley RW, Jolesz FA. Temporal-lobe sulco-gyral pattern anomalies in schizophrenia – An in-vivo MR 3-dimensional surface rendering study. *Neuroscience Letters* 1994;182(1):7-12. PMID: 7891892

40.    McCarley RW, **Shenton ME**, O'Donnell BF, Nestor PG. Neural circuits in schizophrenia. *Arch Gen Psychiatry* 1994;51(7):515-516. [Letter to the Editor]. PMID: 8031223

41.    *Salisbury DF, O'Donnell BF, McCarley RW, **Shenton ME**, Benavage A. The N2 event-related potential reflects attention-deficit in schizophrenia. *Biol Psychology* 1994;39(1):1-13. PMID: 7880944

42.    Wible CG, **Shenton ME**, *Hokama H, Kikinis R, Jolesz FA, Metcalf D, McCarley RW. Prefrontal cortex and schizophrenia – A quantitative magnetic-resonance-imaging study. *Arch Gen Psychiatry* 1995;52(4):279-288. PMID: 7702444

43.   O'Donnell BF, Faux SF, McCarley RW, *Kimble MO, *Salisbury DF, Nestor PG, Kikinis R, Jolesz FA, **Shenton ME**. Increased rate of P300 latency prolongation with age in schizophrenia – Electrophysiological evidence for a neurodegenerative process. *Arch Gen Psychiatry* 1995;52(7):544-549. PMID: 7598630

44.   O'Donnell BF, **Shenton ME**, McCarley RW, Faux SF, Kikinis R, Nestor PG, Jolesz FA. Conjoint left asymmetry of auditory P300 voltage and MRI volume of posterior superior temporal gyrus in schizophrenia: A quantitative evaluation. *Electroencephalogr Clin Neurophysiol Suppl* 1995;44:387-397. PMID: 7649048

45.   **Shenton ME**, Kikinis R, McCarley RW, Saiviroonporn P, *Hokama HH, Robatino A, Metcalf D, Wible CG, *Portas CM, *Iosifescu DV, *Donnino R, *Goldstein JM, Jolesz FA. Harvard brain atlas: A teaching and visualization tool. *IEEE Biomedical Visualization* 1995;10-17.

46.   **Shenton ME**, McCarley RW, Tamminga CA. Cortex, IX: Heschl's gyrus and the planum temporale. *Am J Psychiatry* 1995;152(7):966-996. PMID: 7793465

47.   Nestor PG, **Shenton ME**, O'Donnell BF, McCarley RW, Wible C. Association between cognitive deficits and temporal-lobe abnormalities – Reply. *Am J Psychiatry* 1995;152(3):475-476. [Letter to the editor.]

48.   *Hokama H, **Shenton ME**, Nestor PG, Kikinis R, *Levitt JJ, Metcalf D, Wible CG, O'Donnell BF, Jolesz FA, McCarley RW. Caudate, putamen, and globus pallidus volume in schizophrenia: A quantitative MRI study. *Psychiatr Res: Neuroimaging* 1995;61(4):209-229. PMID: 8748466

49.   Sanders LM, Adams J, Tager-Flusberg H, **Shenton ME**, Coleman M. A comparison of clinical and linguistic indexes of deviance in the verbal discourse of schizophrenics. *Applied Psycholinguistics* 1995;16(3):325-338.

50.   O'Donnell BF, Swearer JM, *Smith LT, Nestor PG, **Shenton ME**, McCarley RW. Selective deficits in visual perception and recognition in schizophrenia. *Am J Psychiatry* 1996;153(5):687-692. PMID: 8615416

51.   Ettinger GJ, Grimson WEL, Leventon ME, Kikinis R, Gugino V, Cote W, *Karapelou M, Aglio L, **Shenton ME**, *Potts G, Alexander E. Non-invasive functional brain mapping using registered transcranial magnetic stimulation. *IEEE Mathematical Methods in Biomedical Image Analysis* 1996;32-41. [full text]

52.   Näf M, Kübler O, Kikinis R, **Shenton ME**, Székely G. Characterization and recognition of 3D organ shapes in medical image analysis using skeletonization. *IEEE Mathematical Methods in Biomedical Image Analysis* 1996;139-150.

53.   Kikinis R, **Shenton ME**, *Iosifescu DV, McCarley RW, Saiviroonporn P, *Hokama HH, Robatino A, Metcalf D, Wible CG, *Portas CM, *Donnino RM, Jolesz FA. A digital brain atlas for surgical planning, model-driven segmentation, and teaching. *IEEE Transactions on Visualization and Computer Graphics* 1996;2(3):232-241. [full text]

54.   *Levitt JJ, O'Donnell BF, McCarley RW, Nestor PG, **Shenton ME**. Correlations of premorbid adjustment in schizophrenia with auditory event-related potential and neuropsychological abnormalities. *Am J Psychiatry* 1996;153(10):1347-1349. PMID: 8831448

55.   Gurvits TV, **Shenton ME**, *Hokama H, *Ohta H, Lasko NB, Gilbertson MW, Orr SP, Kikinis R, Jolesz FA, McCarley RW, Pitman RK. Magnetic resonance imaging study of hippocampal volume in chronic, combat-related post-traumatic stress disorder. *Biol Psychiatry* 1996;40(11):1091-1099. PMCID: PMC2910907 [**ESI Thomson Scientific-rated as 10th most cited PTSD paper in the 1990's in PTSD research**, (http://esi-topics.com/ptsd/papers/a1.html).]

56.   *Niznikiewicz MA, O'Donnell BF, Nestor PG, *Smith L, *Law S, *Karapelou M, **Shenton ME**, McCarley RW. ERP assessment of visual and auditory language processing in schizophrenia. *J Ab Psych* 1997;106(1):85-94. PMID: 9103720

57.  Nestor PG, *Kimble MO, O'Donnell BF, *Smith L, *Niznikiewicz M, **Shenton ME**, McCarley RW. Aberrant semantic activation in schizophrenia: A neurophysiological study. *Am J Psychiatry* 1997;154(5):640-646. PMID: 9137119

58.  Näf M, Székely G, Kikinis R, **Shenton ME**, Kübler O. 3D voronoi skeletons and their usage for the characterization and recognition of 3D organ shape. *Computer Vision and Image Understanding* 1997;66(2):147-161. [full text]

59.  *Iosifescu DV, **Shenton ME**, Warfield SK, Kikinis R, Dengler J, Jolesz FA, McCarley RW. An automated registration algorithm for measuring MRI subcortical brain structures. *NeuroImage* 1997;6(1):13-25. PMID: 9245652

60.  Wible CG, **Shenton ME**, *Fischer IA, *Allard JE, Kikinis R, Jolesz FA, *Iosifescu DV, McCarley RW. Parcellation of the human prefrontal cortex using MRI. *Psychiatr Res: Neuroimaging* 1997;76(1):29-40. PMID: 9498307

61.  McCarley RW, O'Donnell BF, *Niznikiewicz MA, *Salisbury DF, *Potts GF, *Hirayasu Y, Nestor PG, **Shenton ME**. Update on electrophysiology in schizophrenia. *Intern Rev Psychiatry* 1997;9(4):373-386.

62.  O'Donnell BF, Swearer JM, Nestor PG, **Shenton ME**, McCarley RW. Selective deficits in visual perception and recognition in schizophrenia: Reply. *Am J Psychiatry* 1997;154:585-587. [Letter to the Editor].

63.  *Salisbury DF, **Shenton ME**, *Sherwood A, *Fischer IA, Yurgelun-Todd D, Tohen M, McCarley RW. First episode schizophrenia psychosis differs from first-episode affective psychosis and controls in P300 amplitude over left temporal lobe. *Arch Gen Psychiatry* 1998;55(2):173-180. PMCID: PMC2730913

64.  Nestor PG, **Shenton ME**, Wible CG, *Hokama H, O'Donnell BG, *Law S, McCarley RW. A neuropsychological analysis of schizophrenic thought disorder. *Schizophr Res* 1998;29(3):217-225. PMID: 9516662

65.  Nestor PG, *Akdag SJ, O'Donnell BF, *Niznikiewicz M, *Law S, **Shenton ME**, McCarley RW. Word recall in schizophrenia: A connectionist model. *Am J Psychiatry* 1998;155(12):1685-1690. PMID: 9842776

66.  *Portas CM, *Goldstein JM, **Shenton ME**, *Hokama HH, Wible CG, *Fischer I, Kikinis R, *Donnino R, Jolesz FA, McCarley RW. Volumetric evaluation of the thalamus in schizophrenic male patients using magnetic resonance imaging. *Biol Psychiatry* 1998;43(9):649-659. PMID: 9582998

67.  *Kwon JS, **Shenton ME**, *Hirayasu Y, *Salisbury DF, *Fischer IA, *Dickey CC, Yurgelun-Todd D, Tohen M, Kikinis R, Jolesz FA, McCarley RW. MRI study of cavum septi pellucidi in schizophrenia, affective disorder, and schizotypal personality disorder. *Am J Psychiatry* 1998;155(4):509-515. PMCID: PMC2826366

68.  *Anderson JE, O'Donnell BF, McCarley RW, **Shenton ME**. Progressive changes in schizophrenia: Do they exist and what do they mean? *Restor Neurol Neurosci* 1998;12(2-3):175-184. PMID: 12671313

69.  *Anderson JE, Umans CM, Halle M, Golland P, Jakab M, McCarley RW, Jolesz FA, **Shenton ME**, Kikinis R. Anatomy browser: Java-based interactive teaching tool for learning human neuroanatomy. *RSNA Electronic Journal* 1998;2:50-97. (Serial online) (http://ej.rsna.org/ej2/0050-97.fin/index.html)

70.  *Potts GF, Gugino LD, Leventon ME, Grimson WE, Kikinis R, Cote W, Alexander E, *Anderson JE, Ettinger GJ, Aglio LS, **Shenton ME**. Visual hemifield mapping using transcranial magnetic stimulation coregistered with cortical surfaces derived from magnetic resonance images. *J Clin Neurophysiology* 1998;15(4):344-350. PMID: 9736468

71.  *Hirayasu Y, **Shenton ME**, *Salisbury DF, *Dickey CC, *Fischer IA, *Mazzoni P, *Kisler T, *Arakaki H, *Kwon JS, *Anderson JE, Yurgelun-Todd D, Tohen M, McCarley RW. Lower left temporal lobe MRI volumes in

patients with first-episode schizophrenia compared with psychotic patients with first-episode affective disorder and normal subjects. *Am J Psychiatry* 1998;155(10):1384-1391. PMID: 9766770 [full text]

72.    *Potts GF, *Hirayasu Y, O'Donnell BF, **Shenton ME**, McCarley RW. High-density recording and topographic analysis of the auditory oddball event-related potential in schizophrenia. *Biol Psychiatry* 1998;44(10):982-989. PMID: 9821562

73.    *Hirayasu Y, *Potts GF, O'Donnell BF, *Kwon JS, *Arakaki H, *Akdag SJ, *Levitt JJ, **Shenton ME**, McCarley RW. Auditory mismatch negativity in schizophrenia: Topographic evaluation with a high density recording montage. *Am J Psychiatry* 1998;155(9):1281-1284. PMID: 9734556 [full text]

74.    Ettinger GJ, Leventon ME, Grimson WE, Kikinis R, Gugino L, Cote W, Sprung L, Aglio L, **Shenton ME**, *Potts G, Hernandez VL, Alexander E. Experimentation with a transcranial magnetic stimulation system for functional brain mapping. *Med Image Analysis* 1998;2(2):133-142. PMID: 10646759 [full text]

75.    *Salisbury DF, **Shenton ME**, McCarley RW. P300 topography differs in schizophrenia and manic psychosis. *Biol Psychiatry* 1999;45(1):98-106. PMID: 9894581

76.    *Kwon JS, McCarley RW, *Hirayasu Y, *Anderson JE, *Fischer IA, Kikinis R, Jolesz FA, **Shenton ME**. Left planum temporale volume reduction in schizophrenia. *Arch Gen Psychiatry* 1999;56(2):142-148. PMID: 10025438 [full text]

77.    McCarley RW, Wible CG, *Frumin M, *Hirayasu Y, *Levitt JJ, *Fischer IA, **Shenton ME**. MRI anatomy of schizophrenia. *Biological Psychiatry* 1999;45(9):1099-1119. PMCID: PMC2846838

78.    *Dickey CC, McCarley RW, Voglmaier MM, *Niznikiewicz MA, Seidman LJ, *Hirayasu Y, *Fischer IA, *Teh EK, *Van Rhoads R, Jakab M, Kikinis R, Jolesz FA, **Shenton ME**. Schizotypal personality disorder and MRI abnormalities of temporal lobe gray matter. *Biol Psychiatry* 1999;45(11):1393-1402. PMCID: PMC2832794

79.    *Hirayasu Y, **Shenton ME**, *Salisbury DF, *Kwon JS, Wible CG, *Fischer IA, Yurgelun-Todd D, Zarate C, Kikinis R, Jolesz FA, McCarley RW. Subgenual cingulate cortex volume in first episode psychosis. *Am J Psychiatry* 1999;156(7):1091-1093. PMCID: PMC2845843

80.    *Niznikiewicz MA, Voglmaier MM, **Shenton ME**, Seidman LJ, *Dickey CC, *Rhoads, R, *Teh E, McCarley RW. Electrophysiological correlates of language processing in schizotypal personality disorder. *Am J Psychiatry* 1999;156(7):1052-1058. PMCID: PMC2848255

81.    *Levitt JJ, McCarley RW, Nestor PG, *Petrescu C, *Donnino R, *Hirayasu Y, Kikinis R, Jolesz FA, **Shenton ME**. Quantitative volumetric MRI study of the cerebellum and vermis in schizophrenia: Clinical and cognitive correlates. *Am J Psychiatry* 1999;156(7):1105-1107. PMCID: PMC2845842

82.    O'Donnell BF, McCarley RW, *Potts GF, *Salisbury DF, Nestor PG, *Hirayasu Y, *Niznikiewicz MA, Barnard J, Shen ZJ, Weinstein DM, Bookstein F, **Shenton ME**. Identification of neural circuits underlying P300 abnormalities in schizophrenia. *Psychophysiology* 1999;36(3):388-398. PMCID: PMC2850060

83.    *Salisbury DF, O'Donnell BF, Nestor PG, **Shenton ME**, McCarley RW. Multimodal imaging in psychiatry: The electroencephalogram as a complement to other modalities. *CNS Spectrums* 1999;4:44-57. PMID: 17921930

84.    *Kwon JS, O'Donnell BF, Wallenstein GV, Greene RW, *Hirayasu Y, Nestor PG, Hasselmo ME, *Potts GF, **Shenton ME**, McCarley RW. Gamma frequency-range abnormalities to auditory stimulation in schizophrenia. *Arch Gen Psychiatry* 1999;56(11):1001-1005. PMCID: PMC2863027

85.    *Holinger DP, **Shenton ME**, Wible CG, *Donnino R, Kikinis R, Jolesz FA, McCarley RW. Superior temporal gyrus volume abnormalities and thought disorder in left-handed schizophrenic men. *Am J Psychiatry* 1999;156(11):1730-1735. PMCID: PMC2845841

86.     McCarley RW, *Niznikiewicz MA, *Salisbury DF, Nestor PG, O'Donnell BF, *Hirayasu Y, Grunze H, Greene RW, **Shenton ME**. Cognitive dysfunction in schizophrenia: unifying basic research and clinical aspects. *Eur Arch Psychiatry Clin Neurosci* 1999;249(suppl.4):69-82.

87.     Golland P, Kikinis R, Halle M, Umans C, Grimson WE, **Shenton ME**, Richolt JA. Anatomy browser: A novel approach to visualization and integration of medical information. *Comput Aided Surg* 1999;4(3):129-143. PMID: 10528270

88.     Nestor PG, O'Donnell BF, *Niznikiewicz MA, **Shenton ME**, McCarley RW. Neuromodulation of attention in schizophrenia. *Psychiatric Annals* 1999;29:633-640. [full text]

89.     *Dickey CC, **Shenton ME**, *Hirayasu Y, *Fischer IA, Voglmaier MM, *Niznikiewicz MA, Seidman LJ, *Fraone S, McCarley RW. Large CSF volume not attributable to ventricular volume in schizotypal personality disorder. *Am J Psychiatry* 2000;157(1):48-54. PMCID: PMC2832789

90.     *Niznikiewicz MA, *Donnino R, McCarley RW, Nestor PG, *Iosifescu DV, O'Donnell BF, *Levitt JJ, **Shenton ME**. Abnormal angular gyrus asymmetry in schizophrenia. *Am J Psychiatry* 2000;157(3):428-437. PMCID: PMC2846293

91.     *Niznikiewicz MA, Voglmaier M, **Shenton ME**, *Dickey CC, Seidman LJ, *Teh E, *Van Rhoads R, McCarley RW. Lateralized P3 deficit in schizotypal personality disorder. *Biol Psychiatry* 2000;48(7):702-705. PMCID: PMC2845845

92.     Farmer CM, O'Donnell BF, *Niznikiewicz MA, Voglmaier MM, McCarley RW, **Shenton ME**. Visual perception and working memory in schizotypal personality disorder. *Am J Psychiatry* 2000;157(5):781-788. PMCID: PMC2845849

93.     Voglmaier MM, Seidman LJ, *Niznikiewicz MA, *Dickey CC, **Shenton ME**, McCarley RW. Verbal and nonverbal neuropsychological test performance in subjects with schizotypal personality disorder. *Am J Psychiatry* 2000;157(5):787-793. PMCID: PMC2845850

94.     *Hirayasu Y, **Shenton ME**, *Salisbury DF, McCarley RW. Hippocampus and superior temporal gyrus volume in first-episode schizophrenia. *Arch Gen Psychiatry* 2000;57(6):618-618. [Letter to the editor]. PMID: 10839342

95.     *Hirayasu Y, McCarley RW, *Salisbury DF, *Tanaka S, *Kwon JS, *Frumin M, *Synderman D, Yurgelun-Todd D, Kikinis R, Jolesz FA, **Shenton ME**. Planum temporale and Heschl gyrus volume reduction in schizophrenia – A MRI study of first-episode patients. *Arch Gen Psychiatry* 2000;57(7):692-699. PMCID: PMC2850271

96.     *Salisbury DF, O'Donnell BF, McCarley RW, Nestor PG, **Shenton ME**. Event-related potentials elicited during a context-free homograph task in normal versus schizophrenic subjects. *Psychophysiology* 2000;37(4):456-463. PMCID: PMC2646500

97.     *Zahajsky J, *Dickey CC, McCarley RW, *Fischer IA, Nestor PG, Kikinis R, **Shenton ME**. A quantitative MR measure of the fornix in schizophrenia. *Schizophr Res* 2001;47(1):87-97. PMCID: PMC2845160

98.     **Shenton ME**, *Dickey CC, *Frumin M, McCarley RW. A review of MRI findings in schizophrenia. *Schizophr Res* 2001;49(1-2):1-52. PMCID: PMC2812015 [**ESI Thomson Scientific, rated as one of the top 1% of fast breaking papers in the field of schizophrenia research:**(http://www.esi-topics.com/fbp/comments/october02-MarthaShenton.html)]

99.     McCarley RW, Wible CG, *Frumin M, *Hirayasu Y, *Levitt JJ, **Shenton ME**. Why vote-count reviews don't count. *Biol Psychiatry* 2001;49:161-163. [Letter to the Editor.] [full text]

100. *Hirayasu Y, *Tanaka S, **Shenton ME**, *Salisbury DF, DeSantis MA, *Levitt JJ, Wible CG, Yurgelun-Todd D, Kikinis R, Jolesz FA, McCarley RW. Prefrontal gray matter volume reduction in first episode schizophrenia. *Cereb Cortex* 2001;11(4):374-381. PMID: <u>11278200</u> [full text]

101. Wible CG, *Kubicki M, Yoo S-S, Kacher DF, *Salisbury DF, Anderson MC, **Shenton ME**, *Hirayasu Y, Kikinis R, Jolesz FA, McCarley RW. A functional magnetic resonance imaging study of auditory mismatch in schizophrenia. *Am J Psychiatry* 2001;158(6):938-943. PMCID: <u>PMC2845157</u>

102. *Salisbury DF, Rutherford B, **Shenton ME**, McCarley RW. Button-pressing affects P300 amplitude and scalp topography. *Clin Neurophysiology* 2001;112(9):1676-1684. PMCID: <u>PMC2650488</u>

103. Bonne O, Brandes D, Gilboa A, Gomori J, **Shenton ME**, Pitman RK, Shalev AY. Longitudinal MRI study of hippocampal volume in trauma survivors with PTSD. *Am J Psychiatry* 2001;158(8):1248-1251. PMCID: <u>PMC2819102</u>

104. Gugino LD, Romero R, Aglio L, *Titone D, Ramirez M, Pascual-Leone A, Grimson E, Weisenfeld N, Kikinis R, **Shenton ME**. Transcranial magnetic stimulation coregistered with MRI: A comparison of a guided versus blind stimulation technique and its effect on compound muscle action potentials. *Clin Neurophysiology* 2001;112(10):1781-1792. PMCID: <u>PMC2845153</u>

105. Gugino LD, Aglio LS, *Potts G, Grimson WEL, **Shenton ME**, Kikinis R, Alexander E, Gonzalez AA, Romero R, Ettinger GJ, Cote WA, Leventon ME, Black PM. Perioperative use of transcranial magnetic stimulation. *Techniques in Neurosurgery* 2001;7(1):33-51.

106. Nestor PG, Han SD, *Niznikiewicz M, *Salisbury D, *Spencer K, **Shenton ME**, McCarley RW. Semantic disturbance in schizophrenia and its relationship to the cognitive neuroscience of attention. *Biol Psychology* 2001;57:(1-3)23-46. PMCID: <u>PMC2849104</u>

107. Wible CG, *Anderson J, **Shenton ME**, *Kricun A, *Hirayasu Y, *Tanaka S, *Levitt JJ, O'Donnell BF, Kikinis R, Jolesz FA, McCarley RW. Prefrontal cortex, negative symptoms, and schizophrenia: An MRI study. *Psychiatr Res* 2001;108(2):65-78. PMCID: <u>PMC2845854</u>

108. *Dickey CC, McCarley RW, **Shenton ME**. The brain in schizotypal personality disorder: A review of structural MRI and CT findings. *Harvard Review of Psychiatry* 2002;10(1):1-15. PMCID: <u>PMC2854016</u>

109. Nestor PG, O'Donnell BF, McCarley RW, *Niznikiewicz, M, Barnard J, Shen ZJ, Bookstein FL, **Shenton ME**. A new statistical method for testing hypotheses of neuropsychological/MRI relationships in schizophrenia: partial least squares analysis. *Schizophr Res* 2002;53(1-2):57-66. PMCID: <u>PMC2845169</u>

110. *Salisbury DF, DeSantis MA, **Shenton ME**, McCarley RW. The effect of background noise on P300 to suprathreshold stimuli. *Psychophysiology* 2002;39(1):111-115. PMCID: <u>PMC2647509</u>

111. Mamata H, Mamata Y, Westin CF, **Shenton ME**, Kikinis R, Jolesz FA, Maier SE. High-resolution line scan diffusion tensor MR imaging of white matter fiber tract anatomy. *Am J Neuroradiol* 2002;23(1):67-75. PMCID: <u>PMC2845164</u>

112. *Salisbury DF, **Shenton ME**, Nestor PG, McCarley RW. Semantic bias, homograph comprehension, and event-related potentials in schizophrenia. *Clin Neurophysiology* 2002;113:383-395. PMCID: <u>PMC2650489</u>

113. *Kubicki M, Westin CF, Maier SE, *Frumin M, Nestor PG, *Salisbury DF, Kikinis R, Jolesz FA, McCarley RW, **Shenton ME**. Uncinate fasciculus findings in schizophrenia: A magnetic resonance diffusion tensor imaging study. *Am J Psychiatry* 2002;159(5):813-820. PMCID: <u>PMC2803760</u>

114. McCarley RW, *Salisbury DF, *Hirayasu Y, Yurgelun-Todd DA, Tohen M, Zarate C, Kikinis R, Jolesz FA, **Shenton ME**. Association between smaller left posterior superior temporal gyrus volume on magnetic resonance

imaging and smaller left temporal P300 amplitude in first-episode schizophrenia. *Arch Gen Psychiatry* 2002;59(4):321-331. PMID: 11926932 [full text]

115. *Levitt JJ, McCarley RW, *Dickey CC, Voglmaier MM, *Niznikiewicz MA, Seidman LJ, *Hirayasu Y, *Ciszewski AA, Kikinis R, Jolesz FA, **Shenton ME**. MRI study of caudate nucleus volume and its cognitive correlates in neuroleptic-naive patients with schizotypal personality disorder. *Am J Psychiatry* 2002;159(7):1190-1197. PMCID: PMC2826363

116. **Shenton ME**, Gerig G, McCarley RW, Székely G, Kikinis R. Amygdala-hippocampal shape differences in schizophrenia: The application of 3D shape models to volumetric MR data. *Psychiatry Res: Neuroimaging* 2002;115(1-2):15-35. PMCID: PMC2824647 [**Selected as one of the most original and state-of-the art research articles in the area of Health and Medical Informatics in recent years, published in *2004 Yearbook of Medical Informatics: Towards Clinical Bioinformatics*, Schattauer, IMIA-International Medical Informatics Association, GmBH, Stuttgart, Germany.**]

117. *Frumin M, Golland P, Kikinis R, *Hirayasu Y, *Salisbury DF, Hennen J, *Dickey CC, Anderson M, Jolesz FA, Grimson WEL, McCarley RW, **Shenton ME**. Shape differences in the corpus callosum in first-episode schizophrenia and first-episode psychotic affective disorder. *Am J Psychiatry* 2002;159(5):866-868. PMCID: PMC2845853

118. *Salisbury DF, **Shenton ME**, Griggs CB, Bonner-Jackson A, McCarley RW. Mismatch negativity and first episode schizophrenia. *Arch Gen Psychiatry* 2002;59(8):686-694. PMID: 12150644 [full text]

119. *Lee CU, **Shenton ME**, *Salisbury DF, *Kasai K, *Onitsuka T, *Dickey CC, Yurgelun-Todd D, Kikinis R, Jolesz FA, McCarley RW. Fusiform gyrus volume reduction in first-episode schizophrenia: A magnetic resonance imaging study. *Arch Gen Psychiatry* 2002;59(9):775-781. PMID: 12215076 [full text]

120. McInerney T, Hamarneh G, **Shenton M**, Terzopoulos D. Deformable organisms for automatic medical image analysis. *Med Image Analysis* 2002;6(3):251-266. PMCID: PMC2845173 [**Selected as one of the most original and state-of-the art research articles in the area of Health and Medical Informatics over the past several years for publication in the *2004 Yearbook of Medical Informatics: Towards Clinical Bioinformatics*, Schattauer, IMIA-International Medical Informatics Association, GmBH, Stuttgart, Germany.**]

121. *Anderson JE, Wible CG, McCarley RW, Jakab M, *Kasai K, **Shenton ME**. An MRI study of temporal lobe abnormalities and negative symptoms in chronic schizophrenia: An MRI study. *Schizophr Res* 2002;58:123-134. PMCID: PMC2845171

122. Gilbertson MW, **Shenton ME**, *Ciszewski A, *Kasai K, Lasko NB, Orr SP, Pitman RK. Smaller hippocampal volume predicts pathologic vulnerability to psychological trauma. *Nat Neuroscience* 2002;5(11):1242-1247. PMCID: PMC2819093

123. *Dickey CC, McCarley RW, Voglmaier MM, *Frumin M, *Niznikiewicz MA, *Hirayasu Y, *Fraone S, Seidman LJ, **Shenton ME**. Smaller left Heschl's gyrus volume in patients with schizotypal personality disorder. *Am J Psychiatry* 2002;159(9):1521-1527. PMCID: PMC2832788

124. *Niznikiewicz MA, **Shenton ME**, Voglmaier M, Nestor PG, *Dickey CC, *Frumin M, Seidman LJ, *Allen CG, McCarley RW. Semantic dysfunction in women with schizotypal personality disorder. *Am J Psychiatry* 2002;159(10):1767-1774. PMCID: PMC2845844

125. O'Donnell BF, *Potts GF, Nestor PG, Stylianopoulos KC, **Shenton ME**, McCarley RW. Spatial frequency discrimination in schizophrenia. *J Abnormal Psychology* 2002;111(4):620-625. PMCID: PMC2848254

126. *Kubicki M, **Shenton ME**, *Salisbury DF, *Hirayasu Y, *Kasai K, Kikinis R, Jolesz FA, McCarley RW. Voxel-based morphometric analysis of gray matter in first episode schizophrenia. *NeuroImage* 2002;17(4):1711-1719. PMCID: PMC2845166

127.    *Kubicki M, Westin CF, Maier SE, Mamata H, *Frumin M, *Ersner-Hershfield H, Kikinis R, Jolesz FA, McCarley RW, **Shenton ME**. Diffusion tensor imaging and its application to neuropsychiatric disorders. *Harvard Review of Psychiatry* 2002;10(6):324-336. PMCID: <u>PMC2853779</u>

128.    *Kasai K, **Shenton ME**, *Salisbury DF, *Hirayasu Y, *Lee CU, *Ciszewski AA, Yurgelun-Todd D, Kikinis R, Jolesz FA, McCarley RW. Progressive decrease of left superior temporal gyrus gray matter volume in patients with first-episode schizophrenia. *Am J Psychiatry* 2003;160(1):156-164. PMCID: <u>PMC2845847</u>

129.    *Onitsuka T, **Shenton ME**, *Kasai K, Nestor PG, *Toner SK, Kikinis R, Jolesz FA, McCarley RW. Fusiform gyrus volume reduction and facial recognition in chronic schizophrenia. *Arch Gen Psychiatry* 2003;60(4):349-355. PMID: <u>12695311</u> [<u>full text</u>]

130.    *Kasai K, **Shenton ME**, *Salisbury DF, *Hirayasu Y, *Onitsuka T, *Spencer MH, Yurgelun-Todd DA, Kikinis R, Jolesz FA, McCarley RW. Progressive decrease of left Heschl gyrus and planum temporale gray matter volume in schizophrenia – A longitudinal study of first-episode patients. *Arch Gen Psychiatry* 2003;60(8):766-775. PMCID: <u>PMC2901861</u>

131.    *Spencer KM, Nestor PG, *Niznikiewicz MA, *Salisbury DF, **Shenton ME**, McCarley RW. Abnormal neural synchrony in schizophrenia. *J Neuroscience* 2003;23(19):7407-7411. PMCID: <u>PMC2848257</u>

132.    *Dickey CC, McCarley RW, Voglmaier MM, *Niznikiewicz MA, Seidman LJ, *Frumin M, *Toner S, *Demeo S, **Shenton ME**. A MRI study of fusiform gyrus in schizotypal personality disorder. *Schizophr Res* 2003;64(1):35-39. PMCID: <u>PMC2848253</u>

133.    *Kasai K, **Shenton ME**, *Salisbury DF, *Onitsuka T, *Toner SK, Yurgelun-Todd D, Kikinis R, Jolesz FA, McCarley RW. Differences and similarities in insular and temporal pole MRI gray matter volume abnormalities in first-episode schizophrenia and affective psychosis. *Arch Gen Psychiatry* 2003;60(11):1069-1077. PMID: <u>14609882</u> [<u>full text</u>]

134.    *Park HJ, *Kubicki M, **Shenton ME**, Guimond A, McCarley RW, Maier SE, Kikinis R, Jolesz FA, Westin CF. Spatial normalization of diffusion tensor MRI using multiple channels. *NeuroImage* 2003;20(4):1995-2009. PMCID: <u>PMC2811885</u>

135.    *Kubicki M, Westin CF, Nestor PG, Wible CG, *Frumin M, Maier SE, Kikinis R, Jolesz FA, McCarley RW, **Shenton ME**. Cingulate fasciculus integrity disruption in schizophrenia: A magnetic resonance diffusion tensor imaging study. *Biol Psychiatry* 2003;54:1171-1180.(Erratum in *Biol Psychiatry* 2004;55:661) PMCID: <u>PMC2806222</u>

136.    *Kubicki M, McCarley RW, Nestor PG, Huh T, Kikinis R, **Shenton ME**, Wible CG. An fMRI study of semantic processing in men with schizophrenia. *NeuroImage* 2003;20(4):1923-1933. PMCID: <u>PMC2806220</u>

137.    *Akdag SJ, Nestor PG, O'Donnell BF, *Niznikiewicz MA, **Shenton ME**, McCarley RW. The startle reflex in schizophrenia: Habituation and personality correlates. *Schizophr Res* 2003;64(2-3):165-173. PMCID: <u>PMC2845846</u>

138.    Han SD, Nestor PG, **Shenton ME**, *Niznikiewicz M, Hannah G, McCarley RW. Associative memory in chronic schizophrenia: A computational model. *Schizophr Res* 2003;61(2-3):255-263. PMCID: <u>PMC2849103</u>

139.    *Dickey CC, McCarley RW, Voglmaier MM, *Niznikiewicz MA, Seidman LJ, *Demeo S, *Frumin M, **Shenton ME**. An MRI study of superior temporal gyrus volume in women with schizotypal personality disorder. *Am J Psychiatry* 2003;160(12):2198-2201. PMCID: <u>PMC2826718</u>

140.    *Wiegand LC, Warfield SK, *Levitt JJ, *Hirayasu Y, *Salisbury DF, Heckers S, *Dickey CC, Kikinis R, Jolesz FA, McCarley RW, **Shenton ME**. Prefrontal cortical thickness in first episode psychosis: A magnetic resonance imaging study. *Biol Psychiatry* 2004;55(2):131-140. PMCID: PMC2794421

141.    *Kubicki M, Maier SE, Westin CF, Mamata H, *Ersner-Hershfield H, Estepar R, Kikinis R, Jolesz FA, McCarley RW, **Shenton ME**.  Comparison of single-shot echo-planar and line scan protocols for diffusion tensor imaging. *Academic Radiology* 2004;11(2):224-232. PMCID: PMC2793336

142.    *Levitt JJ, Westin CF, Nestor PG, Estepar RSJ, *Dickey CC, Voglmaier MM, Seidman LJ, Kikinis R, Jolesz FA, McCarley RW, **Shenton ME**. Shape of caudate nucleus and its cognitive correlates in neuroleptic-naive schizotypal personality disorder. *Biological Psychiatry* 2004;55(2):177-184. PMCID: PMC2793335

143.    *May FS**,** *Chen CQ, Gilbertson MW, **Shenton ME**, Pitman RK. Cavum septum pellucidum in monozygotic twins discordant for combat exposure: Relationship to posttraumatic stress disorder. *Biological Psychiatry* 2004;55(6):656-658. PMCID: PMC2794416

144.    *Salisbury DF, Griggs CB, **Shenton ME**, McCarley RW. The NoGo P300 'anteriorization' effect and response inhibition. *Clin Neurophysiology* 2004;115(7):1550-1558. PMCID: PMC2706017

145.    *Niznikiewicz MA, Friedman M, **Shenton ME**, Voglmaier M, Nestor PG, *Frumin M, Seidman L, *Sutton J, McCarley RW. Processing sentence context in women with schizotypal personality disorder: An ERP study. *Psychophysiology* 2004;41(3):367-371. PMCID: PMC2794422

146.    *Park HJ, Westin CF, *Kubicki M, Maier SE, *Niznikiewicz M, *Baer A, *Frumin M, Kikinis R, Jolesz FA, McCarley RW, **Shenton ME**. White matter hemisphere asymmetries in healthy subjects and in schizophrenia: A diffusion tensor MRI study. *NeuroImage* 2004;23(1):213-223. PMCID: PMC2794419 [**Featured on the Cover of NeuroImage**.]

147.    *Onitsuka T, **Shenton ME**, *Salisbury DF, *Dickey CC, *Kasai K, *Toner SK, *Frumin M, Kikinis R, Jolesz FA, McCarley RW. Middle and inferior temporal gyrus gray matter volume abnormalities in chronic schizophrenia: An MRI study. *Am J Psychiatry* 2004;161(9):1603-1611. PMCID: PMC2793337

148.    *Park HJ, *Kubicki M, Westin CF, Talos IF, *Brun A, Pieper S, Kikinis R, Jolesz FA, McCarley RW, **Shenton ME**. Method for combining information from white matter fiber tracking and gray matter parcellation. *AJNR* 2004;25(8):1318-1324. PMCID: PMC2813857

149.    Nestor PG, *Kubicki M, Gurrera RJ, *Niznikiewicz M, *Frumin M, McCarley RW, **Shenton ME**. Neuropsychological correlates of diffusion tensor imaging in schizophrenia. *Neuropsychology* 2004;18(4):629-637. PMCID: PMC2790923 [**Rated as one of top 50 papers requested in downloads for Neuropsychology**.]

150.    *Dickey CC, *Salisbury DF, *Nagy AI, *Hirayasu Y, *Lee CU, McCarley RW, **Shenton ME**. Follow-up MRI study of prefrontal volumes in first-episode psychotic patients. *Schizophr Res* 2004;71:349-351. PMCID: PMC2798804

151.    *Kasai K, McCarley RW, *Salisbury DF, *Onitsuka T, *Demeo S, Yurgelun-Todd D, Kikinis R, Jolesz FA, **Shenton ME**. Cavum septi pellucidi in first-episode schizophrenic and affective psychosis: An MRI study. *Schizophr Res* 2004;71(1):65-76. PMCID: PMC2811876

152.    *Park HJ, *Levitt JJ, **Shenton ME**, *Salisbury DF, *Kubicki M, Kikinis R, Jolesz FA, McCarley RW. An MRI study of spatial probability brain map differences between first-episode schizophrenia and normal controls. *NeuroImage* 2004;22(3):1231-1246. PMCID: PMC2789267 [**Featured on the Cover of NeuroImage**.]

153.    *Spencer KM, Nestor PG, Perlmutter R, *Niznikiewicz MA, Klump MC, *Frumin M, **Shenton ME**, McCarley RW. Neural synchrony indexes disordered perception and cognition in schizophrenia. *Proc Nat Acad Sci USA* 2004;101(49):17288-17293. PMCID: PMC535363

154.    *Brun A, Knutsson H, *Park HJ, **Shenton ME**, Westin CF. Clustering fiber traces using normalized cuts. *Lect Notes Comput Sci* 2004; Sep 2; 3216/2004(3216):368-375. PMCID: PMC3296487

155.    Golland P, Grimson WEL, **Shenton ME**, Kikinis R. Detection and analysis of statistical differences in anatomical shape. *Med Image Analysis* 2005;9(1):69-86. PMCID: PMC2768070

156.    *Wiegand LC, Warfield SK, *Levitt JJ, *Hirayasu Y, *Salisbury DF, Heckers S, *Bouix S, *Schwartz D, *Spencer M, *Dickey CC, Kikinis R, Jolesz FA, McCarley RW, **Shenton ME**. An *in vivo* MRI study of prefrontal cortical complexity in first-episode psychosis. *Am J Psychiatry* 2005;162(1):65-70. PMCID: PMC2768063

157.    Voglmaier MM, Seidman LJ, *Niznikiewicz MA, *Dickey CC, **Shenton ME**, McCarley RW. A Comparative profile analysis of neuropsychological function in men and women with schizotypal personality disorder. *Schizophr Res* 2005;74(1):43-49. PMCID: PMC2772126

158.    *Onitsuka T, Nestor PG, Gurrera RJ, **Shenton ME**, *Kasai K, *Frumin M, *Niznikiewicz MA, McCarley RW. Association between reduced extraversion and right posterior fusiform gyrus gray matter reduction in chronic schizophrenia. *Am J Psychiatry* 2005;162(3):599-601. PMCID: PMC2770436

159.    Nestor PG, Piech R, *Allen C, *Niznikiewicz M, **Shenton ME**, McCarley RW. Retrieval-induced forgetting in schizophrenia. *Schizophr Res* 2005;75:199-209. PMCID: PMC2772129

160.    *Kubicki M, *Park HJ, Westin CF, Nestor PG, Mulkern RV, Maier SE, *Niznikiewicz M, *Connor EE, *Levitt JJ, *Frumin M, Kikinis R, Jolesz FA, McCarley RW, **Shenton ME**. DTI and MTR abnormalities in schizophrenia: Analysis of white matter integrity. *NeuroImage* 2005;26:1109-1118. PMCID: PMC2768051

161.    *Nierenberg J, *Salisbury DF, *Levitt JJ, *David EA, McCarley RW, **Shenton ME**. Reduced left angular gyrus volume in first-episode schizophrenia. *Am J Psychiatry* 2005;162:1539-1541. PMCID: PMC2766930

162.    *Nakamura M, McCarley RW, *Kubicki M, *Dickey CC, *Niznikiewicz MA, Voglmaier MM, Seidman LJ, Maier SE, Westin CF, Kikinis R, and **Shenton ME**. Fronto-temporal disconnectivity in schizotypal personality disorder: A diffusion tensor imaging study. *Biol Psychiatry* 2005;58(6):468-478. PMCID: PMC2768055

163.    *Dickey CC, McCarley RW, *Niznikiewicz MA, Voglmaier MM, Seidman LJ, *Kim S, **Shenton ME**. Clinical, cognitive, and social characteristics of a sample of neuroleptic-naive persons with schizotypal personality disorder. *Schizophr Res* 2005;78:297-308. PMCID: PMC2766931

164.    Gurrera RJ, *Dickey CC, *Niznikiewicz MA, Voglmaier MM, **Shenton ME**, McCarley RW. The five-factor model in schizotypal personality disorder. *Schizophr Res* 2005;80:243-251. PMCID: PMC2768048

165.    *Kubicki M, Westin C-F, McCarley RW, **Shenton ME**. The application of DTI to investigate white matter abnormalities in schizophrenia. *Ann. N.Y. Acad. Sci.* 2005;1064:134-148. PMCID: PMC2768113

166.    Pohl KM, Fisher J, *Levitt JJ, **Shenton ME**, Kikinis R, Grimson WE, Wells WM. A unifying approach to registration, segmentation, and intensity correction. *Med Image Comput Comput Assist Interv* 2005;8(Pt 1):310-318.  PMCID: PMC2784666

167.    Martin-Fernandez M, *Bouix S, *Ungar L, McCarley RW, **Shenton ME**. Two methods for validating brain tissue classifiers. *Med Image Comput Comput Assist Interv* 2005;8(Pt 1):515-522. PMCID: PMC2775440

168.   *Onitsuka T, *Niznikiewicz MA, *Spencer KM, *Frumin M, *Kuroki N, *Lucia LC, **Shenton ME**, McCarley RW. Functional and structural deficits in brain regions subserving face perception in schizophrenia. *Am J Psychiatry* 2006;163:455-462. PMCID: <u>PMC2773688</u>

169.   Nestor PG, Valdman O, *Niznikiewicz M, *Spencer K, McCarley RW, **Shenton ME**. Word priming in schizophrenia: Associational and semantic influences. *Schizophr Res* 2006;82:139-142. PMCID: <u>PMC2768044</u>

170.   O'Donnell L, *Kubicki M, **Shenton ME**, *Dreusicke MH, Grimson WEL, Westin CF. A method for clustering white matter fiber tracts. *AJNR* 2006;27:1032-1036. PMCID: <u>PMC2768142</u>

171.   *Kuroki N, *Kubicki M, Nestor PG, *Salisbury DF, *Park HJ, *Levitt JJ, *Woolston S, *Frumin M, *Niznikiewicz M, Westin CF, Maier SE, McCarley RW, **Shenton ME**. Fornix integrity and hippocampal volume in male schizophrenic patients. *Biol Psychiatry* 2006;60:22-31. PMCID: <u>PMC2768597</u>

172.   *Koo MS, *Levitt JJ, McCarley RW, Seidman LJ, *Dickey CC, *Niznikiewicz MA, Voglmaier MM, *Zamani P, *Long KL, *Kim SS, **Shenton ME**. Reduction of caudate volume in neuroleptic-naive female subjects with schizotypal personality disorder. *Biol Psychiatry* 2006;60:40-48. PMCID: <u>PMC2768064</u>

173.   *Kuroki N, **Shenton ME**, *Salisbury DF, *Hirayasu Y, *Onitsuka T, *Ersner-Hershfield H, Yurgelun-Todd D, Kikinis R, Jolesz FA, McCarley RW. Middle and inferior temporal gyrus gray matter volume in first-episode schizophrenia: An MRI study. *Am J Psychiatry* 2006;163:2103-2110. PMCID: <u>PMC2766919</u>

174.   Haider H, *Bouix S, *Levitt JJ, McCarley RW, **Shenton ME**, Soul JS. Characterizing the shape of anatomical structures with Poisson's equation. *IEEE Trans on Med Imaging* 2006;25(10):1249-1257. PMCID: <u>PMC2785042</u>

175.   *Levitt JJ, *Chen QCC, *May FS, Gilbertson MW, **Shenton ME**, Pitman RK. Volume of cerebellar vermis in monozygotic twins discordant for combat exposure: Lack of relationship to post-traumatic stress disorder. *Psychiatry Research: Neuroimaging* 2006;148(2-3):143-149. PMCID: <u>PMC2768053</u>

176.   *Koo MS, *Dickey CC, *Park HJ, *Kubicki M, *Ji NY, *Bouix S, Pohl KM, *Levitt JJ, *Nakamura M, **Shenton ME**, McCarley RW. Smaller neocortical gray matter and larger sulcal CSF volumes in neuroleptic-naive females with schizotypal personality disorder. *Arch Gen Psychiatry* 2006;63:1090-1100. PMID: <u>17015811</u> [<u>full text</u>]

177.   Pitman RK, Gilbertson MW, Gurvits TV, *May FS, Lasko NB, Metzger LJ, **Shenton ME**, Yeguda R, Orr SP. Clarifying the origin of biological abnormalities in PTSD through the study of identical twins discordant for combat exposure. *Annals NY Academy Science* 2006;1071:242-254. PMCID: <u>PMC2770249</u>

178.   Styner M, Oguz I, Brechbühler C, Pantazis D. *Levitt JJ, **Shenton ME**, Gerig G. Framework for the statistical shape analysis of brain structures using SPHARM-PDM. *Insight J* 2006;1071:242-250. PMCID: <u>PMC3062073</u>

179.   *Niethammer M, *Bouix S, Westin CF, **Shenton ME**. Fiber bundle estimation and parameterization. *Med Imag Comput Comput Assist Interv* 2006;9(Pt 2):252-259. PMCID: <u>PMC2773691</u>

180.   *Pohl KM, Fisher J, **Shenton M**, McCarley RW, Grimson WE, Kikinis R, Wells LM. Logarithm odds maps for shape representation. *Med Imag Comput Comput Assist Interv* 2006;9(Pt 2):955-963. PMCID: <u>PMC2994060</u>

181.   *Pohl KM, *Bouix S, *Nakamura M, Rohlfing T, McCarley RW, Kikinis R, Grimson WEL, **Shenton ME**, Wells WM. A hierarchical algorithm for MR brain parcellation. *IEEE Trans Med Imaging* 2007;26(9):1201-1212. PMCID: <u>PMC2768067</u>

182.   *Kubicki M, McCarley R, Westin CF, *Park HJ, Maier SE, Kikinis R, Jolesz FA, **Shenton ME**. A review of diffusion tensor imaging studies in schizophrenia. *J Psychiatric Res* 2007;41:15-30. PMCID: <u>PMC2768134</u> [**ESI Thomson Scientific, rated as one of the top 1% of fast breaking papers in the field of schizophrenia research:** <u>http://sciencewatch.com/dr/fbp/2008/08aprfbp/08aprfbpKubicki/</u>]

183.    *Nakamura M, Nestor PG, McCarley RW, *Levitt J, *Hsu L, *Kawashima T, *Niznikiewicz M, **Shenton ME**. Altered orbitofrontal sulco-gyral pattern in schizophrenia. *Brain* 2007;130:693-707. PMCID: [PMC2768130](PMC2768130)

184.    Nestor PG, *Kubicki M, *Spencer KM, *Niznikiewicz M, McCarley RW, **Shenton ME**. Attentional Networks and cingulum bundle in chronic schizophrenia. *Schizophr Res* 2007;90:308-315. PMCID: [PMC1906862](PMC1906862)

185.    *AhnAllen CG, Nestor PG, McCarley RW, **Shenton ME**. The role of retrieval inhibition in the associative memory impairment in schizophrenia. *Psychiatry Res* 2007;150:43-50. PMCID: [PMC1885480](PMC1885480)

186.    *Dickey CC, McCarley RW, Xu ML, Seidman LJ, Voglmaier MM, *Niznikiewicz MA, *Connor E, **Shenton ME**. MRI Abnormalities of the hippocampus and cavum septi pellucidi in females with schizotypal personality disorder.  *Schizophr Res* 2007;89:49-58. PMCID: [PMC2777663](PMC2777663)

187.    Nestor PG, *Onitsuka T, Gurrera RJ, *Niznikiewicz M, *Frumin M, **Shenton ME**, McCarley RW. Dissociable contributions of MRI volume reductions of superior temporal and fusiform gyri to symptoms and neuropsychology in schizophrenia. *Schizophr Res* 2007;91:103-106. PMCID: [PMC2788774](PMC2788774)

188.    Nestor PG, *Kubicki M, *Kuroki N, Gurrera RJ, *Niznikiewicz M, **Shenton ME**, McCarley RW. Episodic memory and neuroimaging of hippocampus and fornix in chronic schizophrenia. *Psychiatry Res: Neuroimaging* 2007;155(1):21-28. PMID: [17395435](17395435)

189.    *Onitsuka T, McCarley RW, *Kuroki N, *Dickey CC, *Kubicki M, *Demeo S, *Frumin M, Kikinis R, Jolesz FA, **Shenton ME**. Occipital lobe gray matter volume in male patients with chronic schizophrenia: A quantitative MRI study. *Schizophr Res* 2007;92:197-206. PPMCID: [PMC2396445](PMC2396445)

190.    *Salisbury DF,*Kuroki N, *Kasai K, **Shenton ME**, McCarley RW. Progressive and interrelated functional and structural evidence for post-onset brain reduction in schizophrenia. *Arch Gen Psychiatry* 2007;64:521-529. PMCID: [PMC2903200](PMC2903200)

191.    Gurrera RJ, *Nakamura M, *Kubicki M, *Dickey CC, *Niznikiewicz MA, Voglmaier MM, Seidman LJ, Maier SE, Westin C-F, McCarley RW, **Shenton ME**. The uncinate fasciculus and extraversion in schizotypal personality disorder: A diffusion tensor imaging study. *Schizophr Res* 2007; 90:360-362. PMCID: [PMC1876710](PMC1876710)

192.    *Bouix S, Martin-Fernandez M, *Ungar L, *Nakamura M, *Koo MS, McCarley RW, **Shenton ME**. On evaluating brain tissue classifiers without a ground truth. *NeuroImage* 2007;36(4):1207–1224. PMCID: [PMC2702211](PMC2702211)

193.    Cates J, Fletcher PT, Styner M, **Shenton M**, Whitaker R. Shape modeling and analysis with entropy-based particle systems. *Inf Process Med Imaging* 2007;20:333-345. PMCID: [PMC2768473](PMC2768473)

194.    *Pohl KM, Fisher J, *Bouix S, **Shenton M**, McCarley RW, Grimson WEL, Kikinis R, Wells WM. Using the logarithm of odds to define a vector space on probabilistic atlases. *Med Image Anal* 2007;11(5):465-477. PMCID: [PMC2423493](PMC2423493) **[Medical Image Analysis- MICCAI'06 Best Paper Prize (First Prize), 10th International Conference on Medical Image Computing and Computer Assisted Intervention (MICCAI 2007), Brisbane, Australia, October 29-November 2, 2007.]**

195.    Gilbertson MW, Williston SK, Paulus LA, Lasko NB, Gurvits TV, **Shenton ME**, Pitman RK, Orr SP. Configural cue performance in identical twins discordant for posttraumatic stress disorder: Theoretical implications for the role of hippocampal function. *Biol Psychiatry* 2007;62(5):513-20. PMCID: [PMC2768050](PMC2768050)

196.    *Nakamura M, *Salisbury DF, *Hirayasu H, *Bouix S, Pohl KM, Yoshida T, *Koo MS, **Shenton ME**, McCarley RW. Neocortical gray matter volume in first-episode schizophrenia and first-episode affective psychosis: A cross-sectional and longitudinal MRI study. *Biol Psychiatry* 2007;62(7):773-83. PMCID: [PMC2782514](PMC2782514)

197. Balci SK, Golland P, **Shenton M**, Wells WM. Free-Form B-spline deformation model for groupwise registration. *Med Image Comput Comput Assit Interv* 2007;10(WS):23-30. PMCID: <u>PMC2836172</u>

198. *Niethammer M, Reuter M, Wolter FE, *Bouix S, Peinecke N, *Koo MS, **Shenton ME**. Global medical shape analysis using the Laplace-Bltrami spectrum. *Med Image Comput Comput Assist Interv* 2007;10(Pt 1):850-857. PMCID: <u>PMC2782516</u>

199. *Niethammer M, *Bouix S, Aja-Fernández S, Westin CF, **Shenton ME**. Outlier rejecdtion for diffusion PMCID: <u>PMC2788769</u>

200. Sabuncu MR, **Shenton ME**, Golland P. Joint registration and clustering of images. *Med Image Comput Comput Assist Interv* 2007;10(WS):47-54. PMCID: <u>PMC2836173</u>

201. Zollei L, **Shenton ME**, Wells WM, Pohl K. The Impact of Atlas Formation Methods on Atlas-Guided Brain Segmentation. *Med Image Comput Comput Asst Interv* 2007;10:39-46. [<u>full text</u>]

202. Pohl KM, *Bouix S, **Shenton ME**, Grimson WE, Kikinis R. Automatic Segmentation Using Non-Rigid Registration. *Med Image Comput Comput Assist Interv* 2007;26(9):1201-1212. PMCID: <u>PMC2856350</u>

203. *Kasai K, Yamasue H, Gilbertson MW, **Shenton ME**, Rauch SL, Pitman RK. Evidence for acquired pregenual anterior cingulate gray matter loss from a twin study of combat-related post-traumatic stress disorder. *Biol Psychiatry* 2008;63(6):550-556. PMCID: <u>PMC2752671</u>

204. *Spencer KM, *Niznikiewicz MA, **Shenton ME**, McCarley RW. Sensory-evoked gamma oscillations in chronic schizophrenia. *Biol Psychiatry* 2008;63:744-747. PMCID: <u>PMC2330275</u>

205. Nestor PG, *Kubicki M, *Niznikiewicz M, Gurrera RJ, McCarley RW, **Shenton ME**. Neuropsychological disturbance in schizophrenia: A diffusion tensor imaging study. *Neuropsychology* 2008;22(2):246-254. PMCID: <u>PMC2791789</u>

206. *Rosenberger G, *Kubicki M, Nestor PG, *Connor E, *Bushell GB, *Markant D, *Niznikiewicz M, Westin CF, Kikinis R, Saykin AJ, McCarley RW, **Shenton ME**. Age-related deficits in fronto-temporal connections in schizophrenia: A diffusion tensor imaging study. *Schizophr Res* 2008;102:181-188. PMCID: <u>PMC2684860</u>

207. *Koo MS, *Levitt JJ, *Salisbury DF, *Nakamura M, **Shenton ME**, McCarley RW. A cross-sectional and longitudinal magnetic resonance imaging study of cingulate gyrus gray matter volume abnormalities in first-episode schizophrenia and first-episode affective psychosis. *Arch Gen Psychiatry* 2008;65(7):746-760. PMCID: <u>PMC2793338</u>

208. *Nakamura M, Nestor PG, Levitt JJ, *Cohen AS, *Kawashima T, **Shenton ME**, McCarley RW. Orbitofrontal volume deficit in schizophrenia and thought disorder. *Brain* 2008;131:180-195. PMCID: <u>PMC2773826</u>

209. McCarley RW, *Nakamura M, **Shenton ME**, *Salisbury DF. Combining ERP and structural MRI information in first episode schizophrenia and bipolar disorder. *Clin EEG and Neuroscience* 2008;39(2):57-60. PMCID: <u>PMC2770258</u>

210. *AhnAllen CG, Nestor PG, **Shenton M**, McCarley RW, *Niznikiewicz MA. Early Nicotine withdrawal and transdermal nicotine effects on neurocognitive performance in schizophrenia. *Schizophr Res* 2008;100:261-269. PMCID: <u>PMC2365510</u>

211. *Spencer KM, *Salisbury DF, **Shenton ME**, McCarley RW. $\gamma$-band auditory steady-state responses are impaired in first episode psychosis. *Biol Psychiatry* 2008;64:369-375. PMCID: <u>PMC2579257</u>

212. *Dickey CC, Morocz IA, *Niznikiewicz MA, Voglmaier M, *Toner S, *Khan U, *Dreusicke M, Yoo SS, **Shenton ME**, McCarley RW. Auditory processing abnormalities in schizotypal personality disorder: An fMRI experiment using tones of deviant pitch and duration. *Schizophr Res* 2008;103:26-39. PMCID: PMC3188851

213. Aja-Fernandez S, *Niethammer M, *Kubicki M, **Shenton ME**, Westin CF. Restoration of DWI data using a Rician LMMSE estimator. *IEEE Trans Med Imaging* 2008;21(3):150-156. PMCID: PMC2756835

214. *Sampaio A, Sousa N, *Férnandez M, Vasconcelos C, **Shenton ME**, Gonçalves Ó. MRI assessment of superior temporal gyrus in Williams syndrome. *Cognitive and Behavioural Neurology* 2008;21(3):150-156. PMCID: PMC2770166

215. *Kubicki M, Styner M, *Bouix S, Gerig G, *Markant D, *Smith K, Kikinis R, McCarley RW, **Shenton ME**. Reduced Interhemispheric Connectivity in Schizophrenia-Tractography Based Segmentation of the Corpus Callosum. *Schizophr Res* 2008;106(2-3):125-131. PMCID: PMC2630535

216. Malcolm J, *Rathi Y, **Shenton ME**, Tannenbaum A. Label space: a coupled multi-shape representation. *Med Image Comput Comput Assist Interv* 2008;11(Pt 2):416-424. PMCID: PMC2805911

217. Maddah M, *Kubicki M, Wells WM, Westin CF, Shenton ME, Grimson WE. Findings in schizophrenia by tract-oreinted DT-MRI analysis. *Med Image Comput Comput Assist Interv* 2008;11(Pt 1):917-924. PMCID: PMC2770163

218. Sabunchu M, Balci S, **Shenton ME**, Golland P. Discovering modes of an imaging population through mixture modeling. *Med Image Comput Comput Assist Interv* 2008;11(Pt 2):381-389. PMCID: PMC2671151

219. *Lee KU, Yoshida T, *Kubicki M, *Bouix S, Westin CF, Kindlmann G, *Niznikiewicz M, *Cohen A, McCarley RW, **Shenton ME**. Increased diffusivity in superior temporal gyrus in schizophrenia: A diffusion tensor imaging study. *Schizophr Res* 2009;108(1-3):33-40. PMCID: PMC2675036

220. Whitfield-Gabrieli S, Thermenos HW, Milanovic S, Tsuang MT, Farone SV, McCarley RW, **Shenton ME**, Green AF, Nieto-Castanon A, LaViolette P, Wojcik J, Gabrieli JDE, Seidman LJ. Hyperactivity and hyperconnectivity of the default network in schizophrenia and first-degree relatives of persons with schizophrenia. *Proc Nat Acad Sci USA* 2009;105(4):1279-1284. PMCID: PMC2633557

221. *Voineskos AN, O'Donnell LJ, Lobaugh NJ, *Markant D, Ameis SH, *Niethammer M, Mulsant BH, Pollock BG, Kennedy JL, Westin CF, **Shenton ME**. Quantitative Examination of a Novel Clustering Method Using Magnetic Resonance Diffusion Tensor Tractography. *NeuroImage* 2009;45:370-376. PMCID: PMC2646811

222. *Fitzsimmons J, *Kubicki M, *Smith K, *Bushell G, Estepar SJ, Westin CF, Nestor PG, *Niznikiewicz MA, Kikinis R, McCarley RW, **Shenton ME**. Diffusion tractography of the fornix in schizophrenia. *Schizophr Res* 2009;107:39-46. PMCID: PMC2646850

223. *Kawashima T, *Nakamura M, *Bouix S, *Kubicki M, *Salisbury DF, Westin C-F, McCarley RW, **Shenton ME**. Uncinate fasciculus abnormalities in recent onset schizophrenia and affective psychosis: A diffusion tensor imaging study. *Schizophr Res* 2009;110:119-126. PMCID: PMC2749228

224. *Niznikiewicz MA, *Spencer KM, *Dickey D, Voglmaier M, Seidman LJ, **Shenton ME**, McCarley RW. Abnormal pitch mismatch negativity in individuals with schizotypal personality disorder. *Schizophr Res* 2009;110:188-193. PMID: 19327968

225. Malcolm JG, **Shenton ME**, *Rathi Y. Neural tractography using an unscented Kalman filter. *Inf Process Med Imaging* 2009;21:16-138. PMCID: PMC2768602

226.  Yoshida T, McCarley RW, *Nakamura M, *Lee KU, *Koo MS, *Bouix S, *Salisbury DF, Morra L, **Shenton ME**, *Niznikiewicz MA. A prospective longitudinal volumetric MRI study of superior temporal gray matter and amygdala-hippocampal complex in chronic schizophrenia. *Schizophr Res* 2009;113(1):84-94. PMCID: PMC2776716

227.  *Rathi Y, Michailovich O, **Shenton ME**, *Bouix S. Directional functions for orientation distribution estimation. *Med Image Anal* 2009;13(3):432-444. PMCID: PMC2677112

228.  Voglmaier MM, Seidman LJ, *Niznikiewicz MA, *Madan A, *Dickey CC, **Shenton ME**, McCarley RW. Dichotic listening in schizotypal personality disorder: Evidence for gender and laterality effect. *Schizophr Res* 2009;15:290-292. PMID: 19464150

229.  Sabuncu MR, Balci SK, **Shenton ME**, Golland P. Image-driven population analysis through mixture modeling. *IEEE Trans Med Imaging* 2009;29:1473-1487. PMCID: PMC2832589

230.  *Levitt JJ, Styner M, *Niethammer M, *Bouix S, *Koo MS, Voglmaier MM, *Dickey CC, *Niznikiewicz MA, Kikinis R, McCarley RW, **Shenton ME**. Shape abnormalities of caudate nucleus in schizotypal personality disorder. *Schizophr Res* 2009;110(1-3):127-139. PMCID: PMC2756791

231.  *Oh JS, *Kubicki M, *Rosenberger G, *Bouix S, *Levitt J, McCarley RW, Westin C-F, **Shenton ME**. Thalamo-frontal white matter alterations in chronic schizophrenia: A quantitative diffusion tractography study. *Human Brain Mapping* 2009;30(11):3812-3825. PMCID: PMC2767408

232.  *Kubicki M, *Niznikiewicz M, *Connor E, *Ungar L, Nestor PG, *Bouix S, *Dreusicke M, Kikinis R, McCarley RW, **Shenton ME**. Relationship Between White Matter Integrity, Attention, and Memory in Schizophrenia: A Diffusion Tensor Imaging Study. *Brain Imaging and Behavior* 2009;3(2):191-201. PMCID: PMC2885800

233.  *Onitsuka T, *Spencer KM, Lucia LC, **Shenton ME**, McCarley RW, *Niznikiewicz MA. Abnormal asymmetry of the face N170 repetition effect in male patients with chronic schizophrenia. *Brain Imaging and Behavior* 2009;3(3):240-5. PMID: 22005988

234.  *Savadjiev P, Kindlmann GL, *Bouix S, **Shenton ME**, Westin CF. Local White Matter Geometry Indices from Diffusion Tensor Gradients. *Med Image Comput Comput Assist Interv* 2009;12(Pt 1):345-52. PMCID: PMC2892818 **(Received the 2009 MICCAI Young Scientist Award for the best paper:** http://ubimon.doc.ic.ac.uk/MICCAI09/m773.html).

235.  Malcolm JG, **Shenton ME**, *Rathi Y. Two-tensor tractography using a constrained filter. *Med Image Comput Comput Assist Interv* 2009;12(Pt 1):894-902. PMCID: PMC2893231

236.  Malcolm JG, Michailovich O, *Bouix S, Westin C-F, **Shenton ME**, *Rathi Y. A filtered approach to neural tractography using the Watson directional function. *Med Image Anal* 2010;14:58-59. PMID: 19914856

237.  *Savadjiev P, Kindlmann GL, *Bouix S, **Shenton ME**, Westin C-F. Local white matter geometry from diffusion tensor gradients. *Neuroimage* 2010;49(4):3175-3186. PMCID: PMC2818447

238.  Nestor PG, *Kubicki M, *Nakamura M, *Niznikiewicz M, McCarley RW, **Shenton ME**. Comparing prefrontal gray and white matter contributions to intelligence and decision making in schizophrenia and healthy controls. *Neuropsychology* 2010;24:121-129. PMCID: PMC2814796

239.  *Rathi Y, Malcolm J, *Bouix S, Tannenbaum A, **Shenton ME**. Affine registration of label maps in label space. *J Computing* 2010;2(4):1–11. [full text]

240.  *Voineskos AN, Lobaugh NJ, *Bouix S, Rajji T, Miranda D, Kennedy JL, Mulsant BH, Pollock BG, **Shenton ME**. Diffusion tensor tractography findings in schizophrenia across the adult lifespan. *Brain* 2010;133(Pt5):1494-1504. PMCID: PMC2859148

241.    *Sampaio A, Sousa N, *Férnandez M, Vasconelos C, **Shenton ME**, Gonçalves ÓF. Williams syndrome and memory: A neuroanatomical and cognitive approach. *J Autism and Developmental Disorders* 2010;40(7):870-877. PMID: <u>20101451</u>

242.    *Whitford TJ, *Kubicki M, *Schneiderman JS, O'Donnell L, *King R, *Alvarado JL, *Khan U, *Markant D, Nestor PG, *Niznikiewicz M, McCarley RW, Westin C-F, **Shenton ME**. Corpus callosum abnormalities and their association with psychotic symptoms in patients with schizophrenia. *Biological Psychiatry* 2010;68(1):70-77. PMCID: <u>PMC2900500</u> [**Featured on the Cover of Biological Psychiatry.**]

243.    *Rathi Y, Malcolm J, Michailovich O, Westin C-F, **Shenton ME**, *Bouix S. Tensor-kernels for simultaneous fiber model estimation and tractography. *Magn Reson Med* 2010;64(1):138-148. PMCID: <u>PMC3043656</u>

244.    Malcolm J, **Shenton ME**, *Rathi Y. Filtered multi-tensor tractography. *IEEE Trans Med Imaging* 2010;29(9):1664-1675.  PMCID: <u>PMC3045040</u>

245.    *Nguyen AD, **Shenton ME**, *Levitt JJ. Olfactory dysfunction in schizophrenia: A review of neuroanatomy and psychophysiology measurements. *Harvard Review of Psychiatry* 2010;5:279-292. PMID: <u>20825265</u>

246.    *Kikinis Z, Fallon JH, *Niznikiewicz M, Nestor PG, *Davidson C, *Bobrow L, *Pelavin P, Fischl B, Yenaki A, McCarley RW, Kikinis R, *Kubicki M, **Shenton ME**. Gray matter volume reduction in rostral middle frontal gyrus in patients with chronic schizophrenia. *Schizophr Res* 2010;123:153-159. PMCID: <u>PMC2975427</u>

247.    *Dickey CC, Morocz IA, Minney D, *Niznikiewicz M, Volgmaier M, Panych LP, *Khan U, *Zacks R, *Terry D, **Shenton ME**, McCarley RW. Factors in sensory processing of prosody in schizotypal personality disorder:  An fMRI experiment. *Schizophr Res* 2010;121(1-3):75-89. PMCID: <u>PMC2905482</u>

248.    *Levitt JJ, *Kubicki M, Nestor PG, *Ersner-Herschfied H, Westin C-F, *Alvarado J, Kikinis R, Jolesz FA, McCarley RW, **Shenton ME**. A diffusion tensor imaging study of the anterior limb of the internal capsule in schizophrenia. *Psychiatry Res: Neuroimaging* 2010;184(3):143-150. PMID: <u>21055906</u>

249.    *Savadjiev P, *Rathi Y, Malcolm JG, **Shenton ME**, Westin CF. A geometry-based particle filtering approach to white matter tractography. *Med Image Comput Comput Assist Interv* 2010;13(Pt 1):233-240. PMCID: <u>PMC3081616</u>

250.    *Rathi Y, Malcolm J, Michailovich O, Goldstein J, Seidman L, McCarley RW, Westin CF, **Shenton ME**. Biomarkers for identifying first-episode schizophrenia patients using diffusion weighted imaging. *Med Image Comput Comput Assist Interv* 2010;13(Pt 1):657-665. PMCID: <u>PMC3091029</u>

251.    *Whitford TJ, *Kubicki M, Ghorashi S, *Schneiderman JS, *Hawley KJ, McCarley RW, **Shenton ME+**, *Spencer KM+. Predicting inter-hemispheric transfer time from the diffusion properties of the corpus callosum in healthy individuals and schizophrenia patients: A combined ERP and DTI study. *NeuroImage* 2011;54(3):2318-2329. (+equal last authorship.) PMCID: <u>PMC3006645</u>

252.    *Spencer KM, Nestor PG, Valdman O, *Niznikiewicz MA, **Shenton ME**, McCarley RW. Enhanced facilitation of spatial attention in schizophrenia. *Neuropsychol* 2011;25:76-85. PMCID: <u>PMC3017629</u>

253.    *Kubicki M, *Alvarado JL, Westin C-F, Tate DF, *Markant D, *Terry DP, *Whitford TJ, *De Siebenthal J, *Bouix S, McCarley R, Kikinis R, **Shenton ME**. Stochastic tractography study of inferior frontal gyrus anatomical connectivity in schizophrenia. *NeuroImage* 2011;55:1657-1664. PMCID: <u>PMC3073419</u>

254.    Melonakos ED, **Shenton ME**, *Rathi Y, *Terry D, *Bouix S, *Kubicki M. Voxel-based morphometry (VBM) studies of schizophrenia – Can white matter changes be reliably detected with VBM? *Psychiatry Res: Neuroimaging* 2011;193(2):65-70. PMCID: <u>PMC3382976</u>

255.  *Rathi R, *Kubicki M, *Bouix S, Westin C-F, *Goldstein J, Seidman LJ, Mesholam-Gately R, McCarley RW, **Shenton ME**. Statistical analysis of fiber bundles using multi-tensor tractography: Application to first-episode schizophrenia. *Magn Res Imaging* 2011;29(4):507-15. PMCID: PMC3078978

256.  *Whitford TJ, *Savadjiev P, *Kubicki M, O'Donnell LJ, *Terry DP, *Bouix S, Westin C-F, *Schneiderman S, *Bobrow L, *Rausch AC, *Niznikiewicz M, Nestor PG, Pantelis C, Wood SJ, McCarley RW. **Shenton ME**. Fiber geometry in the corpus callosum in schizophrenia: Evidence for transcallosal misconnection. *Schizophr Res* 2011;Oct;132(1):69-74. PMCID: PMC3172336

257.  *Choi H, *Kubicki M, *Whitford T, *Alvarado JL, *Terry DP, *Niznikiewicz M, McCarley RW, *Kwon JS, **Shenton ME**. Diffusion tensor imaging of anterior commissure fibers in patients with schizophrenia. *Schizophr Res* 2011;130:78-85. PMID: 21561738

258.  Uehara-Aoyama K, *Nakamura M, *Asami T, Yoshida T, Hayano F, *Roppongi T, Fujiwara A, Inoue T, **Shenton ME**, *Hirayasu Y. Sexually dimorphic distribution of orbitofrontal sulcogyral pattern in schizophrenia. *Psychiatry Clin Neurosc* 2011;65(5):483-489. PMID: 21851457

259.  *Wasserman D, *Rathi Y, *Bouix S, *Kubicki M, Kikinis R, **Shenton M**, Westin CF. White matter bundle registration and population analysis based on Gaussian processes. *Inf Process Med Imaging* 2011;22:320-332. PMCID: PMC3140022

260.  *Dickey CC, Panych LP, Voglmaier MM, *Niznikiewicz MA, *Terry DP, Murphy C, *Zacks R, **Shenton ME**, McCarley RW. Facial emotion recognition and facial affect display in schizotypal personality disorder. *Schizophr Res* 2011;131:242-249. PMCID: PMC3159849

261.  Gavett BE, Cantu RC, **Shenton M**, *Lin AP, McKee AC, Stern RA. Clinical appraisal of chronic traumatic encephalopathy: Current perspectives and future directions. *Current Opinion in Neurology* 2011;24:525-531. PMID: 22045219

262.  Koerte I, *Pelavin P, Kirmess B, Fuchs T, Berweck S, Lauberder RP, Borggraefe I, Schroeder AS, Denekó A, Rummeny C, Reiser M, *Kubicki M, **Shenton M**, Ertl-Wagner B, Heinen F. Anisotropy of transcallosal motor fibers indicates functional impairment in children with periventricular leukomalacia. *Dev Med Child Neurol* 2011;53(2):179-186. PMCID: PMC3057566

263.  *Rathi Y, Michailovich O, Setsompop K, *Bouix S, **Shenton ME**, Westin CF. Sparse multi-shell diffusion imaging. *Med Image Comput Comput Assisted Interv* 2011;14(Pt 2):58-65. PMID: 21995013

264.  *Nguyen AD, *Pelavin PE, **Shenton ME**, *Chilakamarri P, McCarley RW, Nestor PG, *Levitt JJ. Olfactory sulcal depth and olfactory bulb in patients with schizophrenia: An MRI study. *Brain Imaging Behavior;* 2011;(4):252-61. PMID: 21728040

265.  Capitão L, *Sampaio A, Sampaio C, Vasconcelos C, Férnandez M, Garayzábal E, **Shenton ME**, Gonçalves OF MRI amygdala volume in Williams syndrome. *Res Dev Dis* 2011;32(6):2767-2772. PMID: 21752593

266.  *Whitford TJ, Mathalon DH, **Shenton ME**, Roach BJ, Bammer R, Adcock RA, *Bouix S, *Kubicki M, *De Siebenthal J, *Rausch AC, *Schneiderman JS, Ford JM. Electrophysiological and diffusion tensor imaging evidence of delayed corollary discharges in patients with schizophrenia. *Psychol Med* 2011;41(5):959-969. PMID: 20663254

267.  Xu H, Haroutunian V, Bartzokis G, **Shenton ME**. Oligodendrocytes and schizophrenia (editorial). *Schizophr Res Treatment* 2011;2011:249768. PMCID:PMC3420671

268.  *Whitford TJ, *Kubicki M, **Shenton ME**. Diffusion tensor imaging, structural connectivity, and schizophrenia. *Schizophr Res Treatment* Epub 2011 Jul 17. PMCID:PMC3420716

269.   *Voineskos AN, Rajji TK, Lobaugh NJ, Miranda D, **Shenton ME**, Kennedy JL, Pollock BG, Mulsant BH. Age-related decline in white matter tract integrity and cognitive performance: A DTI tractography and structural equation modeling study. *Neurobiol Aging* 2012;33(1):21-34. PMCID: PMC2945445

270.   Gooding DC, Coleman MJ, Simone RA, **Shenton ME**, Levy DL, Erlenmeyer-Kimling L. Thought disorder in high-risk offspring of schizophrenic patients: Findings from the New York High-Risk Project. *Schizophr Bull* 2012;(38)2:263-271. PMCID: PMC3283153

271.   Mulert C, Kirsch V, *Whitford TJ, *Alvarado J, *Pelavin P, McCarley RW, *Kubicki M, *Salisbury D, **Shenton ME**. Hearing voices: A role of interhemispheric auditory connectivity? *The World Journal of Biological Psychiatry* 2012;(2):153-158. PMID: 21623667

272.   *Asami T, *Bouix S, *Whitford TJ, **Shenton ME**, *Salisbury DF, McCarley RW. Longitudinal loss of gray matter volume in patients with first-episode schizophrenia: DARTEL automated analysis and ROI validation. *NeuroImage* 2012;59(2):986-996. PMCID: PMC3230661

273.   *Whitford TJ, Ford JM, Mathalon DH, *Kubicki M, **Shenton ME**. Schizophrenia, myelination, conduction delays and corollary discharges: A hypothesis. *Schizophr Bull* 2012;38(3):486-495. PMCID: PMC3329979

274.   *Levitt JJ, *Alvarado JL, Nestor PG, *Rosow L, *Pelavin PE, McCarley RW, Kubicki M, **Shenton ME**. Fractional anisotropy and radial diffusivity: Diffusion measures of white matter abnormalities in the anterior limb of the internal capsule in schizophrenia. *Schizophr Res* 2012; 136(1-3):55-62. PMID: 22019073

275.   *Whitford TJ, Wood SJ, Yung A, Cocchi L, Berger G, **Shenton ME**, *Kubicki M, Phillips L, Velakoulis D, Yolken RH, Pantelis C, McGorry P, Amminger GP. Structural abnormalities in the cuneus associated with Herpes Simplex Virus (type 1) infection in people at ultra high risk of developing psychosis. *Schizophr Res* 2012;135(1-3):175-180. PMCID: PMC3405258

276.   *Oh JS, Jang JH, Jung WH, Kang DH, Choi JS, Choi CH, *Kubicki M, **Shenton ME**, Kwon JS. Reduced fronto-callosal fiber integrity in unmedicated OCD patients: A diffusion tractography study. *Hum Brain Mapp* 2012;33(10):2441-2452. PMID: 21922600

277.   *Rosenberger G, Nestor P, *Oh JS, *Levitt JJ, *Kindleman G, *Bouix S, *Fitzsimmons J, Niznikiewicz M, Westin C-F, Kikinis R, McCarley RW, **Shenton ME**,*Kubicki M. Anterior Limb of the Internal Capsule in Schizophrenia: A Diffusion Tensor Tractography Study. *Brain Imaging and Behavior* 2012;6(3):417-425. PMID: 22415192

278.   Musen G, Jacobson AM, Bolo NR, Simonson DC, **Shenton ME**, McCartney RL, Flores VL, *Hoogenboom WS. Resting state brain functional connectivity is altered in type 2 diabetes. *Diabetes* 2012;61(9):2375-2379. PMCID: PMC3425418

279.   **Shenton ME**, Hamoda HM, Schneiderman JS, Bouix S, Pasternak O, Rathi Y, Vu M-A, Purohit MP, Helmer K, Koerte I, *Lin AP, Westin C-F, Kikinis R, Kubicki M, Stern RA, Zafonte R. A review of magnetic resonance imaging and diffusion tensor imaging findings in mild traumatic brain injury. *Brain Imaging and Behavior* 2012;6(2):137-192. **(Most Downloaded Article for this Journal)** PMID: 22438191

280.   Tate DF, **Shenton ME**, Bigler ED. Introduction to the brain imaging and behavior special edition on neuroimaging findings in mild traumatic brain injury. *Brain Imaging and Behavior* 2012;6(2):103-107. PMID: 22706729

281.   Baugh CM, Stamm JM, Riley DO, Gavett BE, **Shenton ME**, Lin A, Nowinski CJ, Cantu RC, McKee AC, Stern RA. Chronic traumatic encephalopathy: neurodegeneration following repetitive concussive and subconcussive brain trauma. *Brain Imaging and Behavior* 2012;6(2):244-254. PMID: 22552850

282.   *Kikinis Z, *Asami T, *Bouix S, Finn CT, *Ballinger T, Tworog-Dube E, Kucherlapati R, Kikinis R, **Shenton ME**. Reduced fractional anisotropy and axial diffusivity in white matter in 22q11.2 deletion syndrome: A pilot study. *Schizophr Res* 2012;141(1):35-39. PMCID: PMC3462006

283.   Francis AN, Seidman LJ, Jabbar GA, Mesholam-Gately R, Thermenos HW, Juelich R, Proal A, **Shenton M**, *Kubicki M, Mathew I, Keshavan M, DeLisi LE. Alterations in brain structures underlying language function in young adults at high familial risk for schizophrenia. *Schizophr Res* 2012;141(1):65-71. PMCID: PMC3466598

284.   Gao Y, Kikinis R, Bouix S, Shenton M, Tannenbaum A. A 3D interactive multi-object segmentation tool using local robust statistics driven active contours. *Med Image Anal* 2012;16:1216-1227. PMCID: PMC3443290

285.   *Pasternak O, Westin C-F, *Bouix S, Seidman LS, *Goldstein JM, Woo T-U, Petryshen TL, Mesholam-Kately RI, McCarley RW, Kikinis R, **Shenton ME**, *Kubicki M. Excessive extracellular volume reveals a neurodegenerative pattern in schizophrenia onset. *J Neurosci* 2012;32(48):17365-17372. PMID: 23197727 (**Figure featured in this week in the journal**.)

286.   *Koerte IK, Ertl-Wagner B, Reiser M, Zafonte R, **Shenton ME**. White matter integrity in the brains of professional soccer players without a symptomatic concussion. *JAMA* 2012;308(18):1859-1861. PMID: 23150002

287.   *+Koerte IK, +Kaufman D, Hartl E, *Bouix S, *Pasternak O, *Kubicki M, Rauscher A, Li DK, Dadachanji SB, Tauton JA, Forwell LA, Johnson AM, Echlin PS, **Shenton ME**. A prospective study of physician-observed concussion during a varsity university hockey season: White matter integrity in ice hockey players. Part 3 of 4. *Neurosurgery Focus (JNS)* 2012;33(6):E3. (+Denotes equal first authorship.) PMID: 23199426 [full text]

288.   *Hoogenboom WS, Perlis RH, Smoller JW, Zeng-Treiterler Q, Gainer VS, Murphy SN, Churchill SE, Kohane IS, **Shenton ME**, *Iosifescu DV. Limbic system white matter microstructure and long-term treatment outcome in major depressive disorder: A diffusion tensor imaging study using legacy data. *World J Biol Psychiatry* [Epub 2012 Apr 30]. PMID: 22540406

289.   *Pasternak O, **Shenton ME**, Westin CF. Estimation of extracellular volume from regularized multi-shell diffusion MRI. *Med Image Comput Comput Assist Interv*. 2012;15(Pt2):305-312. PMID: 23286062

290.   Makris N, Preti MG, *Asami T, *Pelavin P, Campbell B, Papadimitriou GM, Kaiser J, Baselli G, Westin C-F, **Shenton ME**, *Kubicki M. Human middle longitudinal fascicle: Variations in patterns of anatomical connections. *Brain Struct Funct* 2013;July 218(4):951-968.PMCID: PMC3500586 [Available on 2014/7/1]

291.   *Voineskos AN, Felsky D, Kovacevic N, Tiwari AK, Zaj C, Chakraarty MM, Lobaugh NL, **Shenton ME**, Rajji TK, Miranda D, Pollack BG, Mulsant BH, McIntos AR, Kennedy JL. Oligodendrocyte genes, white matter tract integrity, and cognition in schizophrenia. *Cerebral Cortex* 2013;Sep 23(9):2044-2057. PMID: 22772651

292.   Nestor PG, *Nakamura M, *Niznikiewicz M, Thompson E, *Levitt JJ, Chaote V, **Shenton ME**, McCarley RW. In search of the functional neuroanatomy of sociality: MRI subdivisions of orbital frontal cortex and social cognition. *Social Cognitive and Affective Neuroscience* 2013;8(4):460-467. PMID: 22345366

293.   *+Sampaio A, *+Bouix S, Sousa N, Vasconcelos C, Férnandez M, **Shenton ME**, Gonçalves OF. Morphometry of corpus callosum in Williams syndrome: Shape as an index of neural development. *Brain Struct Funct* 2013;218(3):711-720. (+Denotes equal first authorship.) PMID:22648762

294.   *Lee SH, *Kubicki M, *Asami T, Seidman LJ, *Goldstein JM, Mesholam-Gately RI, McCarley RW, **Shenton ME**. Extensive White Matter Abnormalities in Patients with First-Episode Schizophrenia: A Diffusion Tensor Imaging (DTI) Study. *Schizophr Res* 2013;143(2-3):231-238. PMID: 23290268

295.   Nestor PG, *Kubicki M, *Nakamura M, *Niznikiewicz M, *Levitt JJ, **Shenton ME**, McCarley RW. Neuropsychological variability, symptoms, and brain imaging in chronic schizophrenia. *Brain Imaging and Behavior* 2013;7(1):68-76. PMID: 23011383

296. *Asami T, *Whitford TJ, *Bouix S, *Dickey CC, *Niznikiewicz M, **Shenton ME**, Voglmaier MM, McCarley RW. Globally and locally reduced MRI gray matter volumes in neuroleptic-naïve men with schizotypal personality disorder: association with negative symptoms. *JAMA Psychiatry* 2013;70(4):361-372. PMID: 23389420

297. *Asami T, *Saito Y, *Whitford TJ, Makris N, *Niznikiewicz M, McCarley RW, **Shenton ME**, *Kubicki M. Abnormalities of middle longitudinal fascicle and disorganization in patients with schizophrenia. *Schizophr Res* 2013;143(2-3):253-259. PMID: 23290607

298. *Quan M, *Lee S-H, *Kubicki M, *Kikinis Z, *Rathi Y, Seidman LJ, Mesholam-Gately R, *Goldstein JM, McCarley RW, **+Shenton ME**, *+Levitt JJ. White matter tract abnormalities between rostral middle frontal gyrus, inferior frontal gyrus and striatum in first-episode schizophrenia. *Schizophr Res* 2013;145(1-3):1-10. (+Denotes equal last authorship.) PMID: 23415471

299. *Roma-Nava F, *Hoogenboom WS, *Pelavin P, *Alvarado JL, *Bobrow LH, McMaster FP, Keshavan M, McCarley RW, **Shenton ME**. Pituitary volume in schizophrenia spectrum disorders. *Schizophr Res* 2013;146(1-3):301-307. PMID: 23522905

300. *Araki T, *Niznikiewicz M, *Kawashima T, Nestor PG, **Shenton ME**, McCarley RW. Disruption of function-structure coupling in brain regions sub-serving self monitoring in schizophrenia. *Schizophr Res* 2013;146(1-3):336-343. PMID: 23507356

301. Hoogenboom WS, Perlis RH, Smoller JW, Zeng-Treitler Q, Gainer VS, Murphy SN, Churchill SE, Kohane I, **Shenton ME**, *Iosifescu DV. Feasibility of studying brain morphology in major depressive disorder with structural magnetic resonance imaging and clinical data from the electronic medical record: A pilot study. *Psychiatr Res: Neuroimaging* 2013;211(3):202-213. PMID: 23149041

302. *Savadjiev P, *Whitford TJ, Hough ME, Von Hohenberg C, *Bouix S, Westin C-F, **Shenton ME**, Crow TJ, James AC, *Kubicki M. Sexually dimorphic white matter geometry abnormalities in adolescent onset schizophrenia. *Cerebral Cortex* [Epub 2013 Jan 10]. PMID: 23307635

303. *Clemm von Hohenberg C, Schocke MF, *Wigand MC, Nachbauer W, Guttmann CRG, *Kubicki M, **Shenton ME**, Boesch, Egger K. Radial diffusivity in the cerebellar peduncles correlates with clinical severity in Friedreich ataxia. *Neurol Sci* 2013;34(8):1459-1462. PMID: 23640016

304. *+Bouix S, *+Pasternak O, *Rathi Y, *Pelavin PE, Zafonte R, **Shenton ME**. Increased gray matter diffusion anisotropy in patients with persistent post-concussive symptoms following mild traumatic brain injury. *PLoS ONE* 2013;8(6):e66205. (+Denotes that authors contributed equally to this work.) PMID: 23776631

305. *Clemm von Hohenberg C, *Wigand MC, *Kubicki M, Leicht G, Giegling I, Karch S, Hartmann AM, Konte B, Friedl M, Ballinger T, Eckbo R, *Bouix S, Jäger L, **Shenton ME**, Rujescu D and Mulert C, CNTNAP2 polymorphisms and structural brain connectivity: A diffusion-tensor imaging study. *J Psychiatr Res* 2013;47(10):1349-1356. PMID: 23871450

306. *Levitt JJ, *Rosow LK, Nestor PG, *Pelavin PE, *Swisher TM, McCarley RW, **Shenton ME**. A volumetric MRI study of limbic, associative and sensorimotor striatal subregions in schizophrenia. *Schizophr Re*s 2013;145(1-3):11-19.

307. *Kubicki M, **Shenton ME**, Maciejewski PK, *Pelavin PE, *Hawley KJ, *Ballinger T, *Swisher T, Jabbar GA, Thermenos HW, Keshavan MS, Seidman LJ, DeLisi LE. Decreased axial diffusivity within language connections: A possible biomarker of schizophrenia risk. *Schizophr Res* 2013;148(1-3):67-73.

308. Makris N, Preti MG, *Wasserman D, *Rathi Y, Papadimitriou CM, Dickerson BC, **Shenton ME**, *Kubicki M. Human middle longitudinal fascicle: Segregation and behavioral-clinical implications of two distinct fiber

connections linking temporal pole and superior temporal gyrus with the angular gyrus or superior parietal lobule using multi-tensor tractography. *Brain Imaging and Behavior* 2013;7(3):335-352.

309.  Gao Y, *Bouix S, **Shenton M**, Tannenbaum A. Sparse texture active contour. *IEEE Trans Image Process* 2013;10:3866-3878.

310.  +*Egger K, +*Clemm von Hohenberg C, Schocke MF, Guttmann CRG. *Wassermann D, *Wigand MC, Nachbauer W, Kremser C, Sturm B, Scheiber-Mojdehkar B, *Kubicki M, **Shenton ME**, Boesch S. White matter changes in patients with Friedreich ataxia after treatment with erythropoietin. *J of Neuroimaging* 2013;000:1-5 DOI:1o.1111/jon.12050. (+denotes equal first authorship.)

311.  Kikinis Z, Makris N, Finn CT, Bouix S, Lucia D, Coleman MJ, Tworog-Dube E, Kikinis R, Kucherlapati R, **Shenton ME**, Kubicki M. Genetic contributions to changes of fiber tracts of ventral visual stream in 22q11.2 deletion syndrome. *Brain Imaging and Behavior* 2013;7(3):316-325. PMID: 23612843

312.  Thermenos HW, Whitfield-Gabrieli S, Seidman LJ, Kuperberg G, Juelich RJ, Divatia S, Riley C, Jabbar GA, **Shenton M**, *Kubicki M, Manschreck T, Keshavan M, Delisi LE. Altered language network activity in young people at familial high-risk for schizophrenia. *Schizophr Res* 2013;151(1-3):229-237.

313.  Francis AN, Seidman LJ, Tandon N, **Shenton ME**, Thermenos HW, Mesholam-Gately RI, Va Eist LT, Tuschen-Caffier B, DeLisi LE, Keshavan MS. Reduced Subicular Subdivisions of the Hippocampal Formation and Verbal Declarative Memory Impairments in Young Relatives at Risk for Schizophrenia. *Schizophr Res* 2013;151(1-3):154-157.

314.  *Clemm von Hohenberg C, *Pasternak O, *Kubicki M, *Ballinger T, *Vu M-A, *Swisher T, *Green K, *Giwerc M, *Dahlben B, *Goldstein JM, Woo T-U, Petryshen TL, Mesholam-Gately RI, Woodberry KA, Thermenos HW, Mulert C, McCarley RW, Seidman LJ, **Shenton ME**. White matter microstructure in individuals at clinical high risk of psychosis: A whole-brain diffusion tensor imaging study. *Schizophr Bull* 2014; 40(4):895-903. PMID: 23737549

315.  *Ohtani T, *Bouix S, *Hosokawa T, *Saito Y, *Eckbo R, *Ballinger T, *Rausch A, Melonakos E, McCarley RW, **Shenton ME**, *Kubicki M. Prefrontal cortex volume deficit in schizophrenia: A new look using 3T MRI with manual parcellation. *Schizophr Res* 2014;152(1):184-190. PMID: 24280350

316.  Perlstein MD, Antshel KM, Chohan MR, Coman IL, Fremont WP, Gnirke MR, *Kikinis Z, Middleton FA, Radoeva PD, **Shenton ME**, Kates WR. White matter abnormalities in 22q11.2 deletion syndrome: Preliminary association with the NOGO-66 receptor gene and symptoms of psychosis. *Schizophr Res* 2014;152(1):117-123.

317.  *Pasternak O, *Koerte I, *Bouix S, *Fredman E, *Sasaki T, Mayinger M, Helmer KG, Johnson AM, Holmes JD, Forwell LA, Skopelja E, **Shenton ME**+, Echlin P+. Micostructural white matter alterations in acutely concussed ice hockey players, Part 1: a longitudinal free-water study. *J Neurosurg* 2014;120(4):873-881. (+denotes dual last authorship)

318.  *Sasaki T, *Pasternak O, Mayinger M, Muelmann M, *Savadjiev P, *Bouix S, *Kubicki M, *Fredman E, *Dahlben B, Helmer K, Johnson AM, Holmes JD, Forwell LA, Skopelja E, **Shenton ME**, Echlin P+, *Koerte IK+. Changes in white matter microstructure in ice hockey players with a history of concussion: A diffusion tensor imaging study, Part 2: a diffusion tensor imaging study. *J Neurosurg* 2014;120(4):882-990. (+denotes dual last authorship)

319.  Helmer KG, *Pasternak O, *Fredman E, Preciado R, *Koerte I, *Sasaki T, Mayinger M, Johnson A, Holmes J, Forwell L, Skopelja E, **Shenton ME**+, Echlin P+. Susceptibility-weighted imaging study in male and female ice hockey players over a single season, Part 3. Clinical article. *J Neurosurg* 2014;120(4):864-873. (+denotes dual last authorship)

320.  Hüttlova J+, *Kikinis Z+, Kerkovsky M, *Bouix S, *Vu M-A, Makris N, **Shenton M**, Kasparek T. Abnormalities in myelination in patients with schizophrenia and deficits in movement sequencing. *Cerebellum* 2014;13(4):415-424. (+Denotes equal first authorship).

321.  Woodberry KA, Serur RA, Hallinan SB, Mesholam-Gately RI, Giuliano AJ, Wojcik JD. Keshavan MS, Frazier JA, Goldstein JM, **Shenton ME**, McCarley RW, Seidman LJ. Frequency and pattern of childhood symptom onset reported by first episode schizophrenia and clinical high risk youth. *Schizophr Res* 2014;158:45-51.

322.  Ng TSC+, *Lin AP+, *Koerte IK, *Pasternak O, Liao H, Merugumala S, *Bouix S, **Shenton ME**. Neuroimaging in repetitive brain trauma. *Alzheimer's Research and Therapy*. (In Press). (+denotes dual first authorship) DOI is 10.1186/alzrt239

323.  *Hoogenboom W, Marder T, Flores V, Huisman S, Eaton H, *Schneiderman J, Bolo N, Simonson D, Jacobson A, *Kubicki M, **Shenton M**, Musen G. Cerebral white matter integrity and resting-state functional connectivity in middle-aged patients with type 2 diabetes. *Diabetes* (In Press).

324.  *Del Re E, Bergen SE, Mesholam-Gately R, *Niznikiewicz M, Goldstein JM, Woo T-U, **Shenton ME**, Seidman L, McCarley RW, Petryshen TL. Analysis of schizophrenia-related genes and electrophysiological measures reveals ZNF804A association with amplitude of P300b elicited by novel sounds. *Translational Psychiatry* (In Press).

325.  *Wigand M, *Kubicki M, *Clemm von Hohenberg C, Leicht G, Karch S, *Eckbo R, *Pelavin PE, *Hawley K, Miller M, Rujescu D, *Bouix S, **Shenton ME**, Mulert C. The interhemispheric auditory pathway and its meaning for auditory hallucinations in chronic schizophrenia. *The World Journal of Biological Psychiatry* (In Press).

326.  *Rathi Y, *Pasternak O, *Savadjiev P, Michailovich O, *Bouix S, *Kubicki M, Westin C-F, **Shenton ME**. Gray matter alterations in early aging: A diffusion magnetic resonance imaging study. *Human Brain Mapping* (In Press).

327.  Maier-Hein KH, Westin C-F, **Shenton ME**, Weiner MW, Raj A, Thomann P, Kikinis R, Stieljes B, *Pasternak O. Widespread white matter degeneration preceding the onset of dementia. *Alzheimer's and Dementia* (In Press).

328.  Oribe N, Hirano Y, Kanbaba S, del Re EC, Seidman L, Mesholam-Gately R, Goldstein JM, **Shenton M**, *Spencer KM, McCarley RW, *Niznikiewicz MA. Progressive Reduction of Visual P300 Amplitude in Patients With First Episode Schizophrenia: An ERP study. *Schizophr Bull*  (In Press).

329.  Pietersen CY, Mauney SA, Kim SS, Passeri E, Lim MP, Rooney RJ, Goldstein JM, Petreyshen TL, Seidman LF, **Shenton ME**, McCarley RW, Sonttag K-C, Woo T-U W. Molecular profiles of parvalbumin-immunoreactive neurons in the superior temporal cortex in schizophrenia. *J Neurogenetics* Early online: 1-16, 2014. DOI: 10.3109/01677063.2013.878339. ISSN: 0167-7063 print/1563-15260 online.

330.  *Whitford TJ, *Lee S-W, *Oh JS, de Luis-Garcia R, *Savadjiev P, *Alvarado JL, Westin C-F, *Niznkiewicz M, Nestor PG, McCarley RW, *Kubicki M, **Shenton ME**. Localized abnormalities in cingulum bundle in patients with schizophrenia: A diffusion tensor tractography study. *Neuroimage Clinical* (In Press).

331.  Juenger H, *Koerte IK, *Muehlmann M, *Mayinger M, Mall V, Krägeloh-Mann M, **Shenton ME**, Berweck S, Staudt M, Heinen F. Microstructure of transcallosal motor fibers reflects type of cortical (re-)organization in congential hemiparesis. *European Journal of Paediatric Neurology* (EJNP) 2014;18:691-697. PMID: 24993149

332.  Kates WR, Olszewski AK, Gnirke MH, *Kikinis Z, Nelson J, Antshel KM, Fremont W, Radoeva PD, Middleton FA, **Shenton ME**, Coman IL. White matter microstructural abnormalities of the cingulum bundle in youth with 22q11.2 deletion syndrome: Associations with medication, neuropsychological function, and prodromal symptoms of psychosis. *Schizophr Res* (In Press).

333.  *Purohit MP, Sherman L, Zafonte RD, Davis RB, *Giwerc MY, **Shenton ME**, Yeh GY. Neuropsychiatric Symptoms and Expenditure on Complementary and Alternative Medicine. *J Clin Psych* (In Press).

334.  Echlin PS, Johnson JM, Holmes JD, Tichenoff A, Gray S, Gatavackas H, Walsh J, Middlebro T, Blignaut A, MacIntyre M, Anderson C, *Fredman E, *Mayinger M, Skopelja EN, *Sasaki T, *Bouix S, *Pasternak O, Helmer KG, *Koerte IK, **Shenton ME**, Forwell LA. The Sport Concussion Education Project. A brief report on an educational initiative: from concept to curriculum. *J Neurosurgery* DOI:10.3171/20.4.8 JNS132804, AANS, 2014.

335.  *Whitford TJ, *Kubicki M, *Pelavin PE, *Lucia D, *Schneiderman JS, Pantelis C, McCarley RW, **Shenton ME**. Cingulum bundle integrity associated with delusions of control in schizophrenia. *Schizophr Res* (In Press).

336.  Nestor PG, Choate V, Niznikiewicz M, Levitt JJ, **Shenton ME**, McCarley RW. Neuropsychology of reward learning and negative symptoms in schizophrenia. *Schizophr Res* (In Press).

337.  Yang JC, Papadimitriou G, *Eckbo R, *Yeterian EH, Liang L Dougherty DD, *Bouix S, *Rathi Y, **Shenton M**, *Kubicki M, Eskandar EN, Makris N. Multi-tensor investigation of orbitofrontal cortex tracts affecting subcaudate tractotomy. *Brain Imaging and Beh* DOI/10.1007/s11682-014-9314-z.

338.  *Del Re EC, *Spencer KM, Oibe N, Mesholam-Gately R, Goldstein J, **Shenton ME**, Peteryshen T, Seidman LJ McCarley RW, Niznikiewicz MA. Clinical high risk and first episode schizophrenia: Auditory event-related potentials. *Psychiatr Res: Neuroimaging* (In Press).

**Proceedings of Meetings:**

1.  Longabaugh RH, Fowler DR, Stout RL, Kriebel GW, **Shenton ME**, Gabrilowitz M. A classificatory system for identifying problem indicators. In: Ryback R, Longabaugh RH, Fowler DR (eds): *The Problem-Oriented Record in Psychiatry and Mental Health Care*. New York, Grune & Stratton Inc, 1981:219-227.

2.  Longabaugh RH, Fowler DR, Stout RL, Kriebel GW, **Shenton ME**, Gabrilowitz M: A dictionary for classifying treatment interventions. In: Ryback R, Longabaugh RH, Fowler DR (eds.): *The Problem-Oriented Record in Psychiatry and Mental Health Care*. New York, Grune & Stratton Inc, 1981:229-237.

3.  McCarley RW, Torello M, **Shenton ME**. The topography of P300 and spectral energy in schizophrenics and normals. In: Shagass C, Josiassen RC, Bridger WH, Weiss KJ, Stoff D, Simpson GM, (ed.). *Biological Psychiatry. Proceedings, IVth World Congress of Psychiatry*. Elsevier, 1985:389-391.

4.  Faux SF, Torello M, McCarley RW, **Shenton M**, Duffy FH. Altered P200 topography in schizophrenia. In: Rohrbaugh, JW, Johnson Jr., R, and Parasuraman R, (eds) *Eighth International Conference on Event-Related Potentials of the Brain (EPIC VIII): Research Reports*. Stanford, CA, 1986:84-86.

5.  Faux SF, **Shenton ME**, McCarley RW, Torello M, Duffy FH. Altered P200 topography in schizophrenia. In: Rohrbaugh, JW, Johnson Jr., R, and Parasuraman R, (eds.): *Eighth International Conference on Event-Related Potentials of the (EPIC VIII): Research Reports*. Stanford, CA, 1986:81-83.

6.  Adams J, Faux SF, McCarley RW, *Marcy B, **Shenton ME**. The N400 and language processing in schizophrenia. *Proceedings of the Ninth International Conference on Event Related Potentials of the Brain (EPIC IX Congress)*. 1989:12-13.

7.  Faux SF, Nestor PG, McCarley RW, **Shenton ME**, Horvath T, Davis K. P300 asymmetries in unmedicated schizophrenics. In: Brunia CHM, Gaillard AWK, Kok (eds.): *Ninth International Conference on Event-Related Potentials of the Brain (EPIC IX): Research Reports*. Tilberg: Tilberg University Press, Vol. II, 1990:209-212

8.  McCarley RW, Faux SF, **Shenton ME**, Nestor PG. P300 asymmetries in schizophrenia: Robustness of topography under linked-ears or nose references. In: Brunia CHM, Gaillard AWK, Kok (eds.) *Ninth International*

*Conference on Event-Related Potentials of the Brain (EPIC IX): Research Reports*. Tilberg: Tilberg University Press, Volume II, 1990:224-226.

9.   Gerig G, Martin J, Kikinis R, Kübler O, **Shenton ME**, Jolesz FA. Automating segmentation of dual-echo MR head data. *Lecture Notes in Computer Science* 1991;511:175-187. [Abstract]

10.  Gerig G, Martin J, Kikinis R, Kuebler O, **Shenton ME**, Jolesz FA. Unsupervised segmentation of 3-D dual-echo MR Head data. In: Butterworth, Special Edition of Image and Vision 35 Computing. 1992, p. 349-360.

11.  O'Donnell BF, **Shenton ME**, McCarley RW, Faux SF, Kikinis R, Nestor PG, Jolesz FA. Conjoint left asymmetry of auditory P300 voltage and MRI volume of posterior superior temporal gyrus in schizophrenia: A quantitative evaluation. In: Karmos G, Molnar M, Csepe V, Czigler I, Desmedt JE (eds.) *Perspectives of Event-Related Potentials Research (EEG Suppl. 44)*. Elsevier Science B.V., 1995:387-394.

12.  Hirayasu A, *Hokama HH, Ogura C, *Hirayasu Y, *Arakaki H, Matsuo K, Asato N, Nakamoto H, Yamamoto K, McCarley RW, **Shenton ME**, Kikinis R. Relationship between P300 abnormality and superior temporal gyrus reduction in first-onset schizophrenia: A preliminary study. In: Ogura C, Koga Y, Shimokochi M (eds.) *Recent Advances in Event-Related Brain Potential Research*. Elsevier Science B.V., 1996:968-971.

13.  *Niznikiewicz MA, Seidman LF, *Dickey CC, *Solinger J, **ME**, McCarley RW. N400 abnormalities during sentence processing in schizotypal and schizophrenic subjects. In: Ogura C, Koga Y, Shimokochi M (eds.) *Recent Advances in Event-Related Brain Potential Research*. Elsevier Science B.V., 1996:1004-1008.

14.  O'Donnell BF, *Ohta H, McCarley RW, *Hokama HH, Wible CG, *Law S, Nestor PG, Kikinis R, Jolesz FA, **Shenton ME**. The auditory P3a and P3b ERP components in schizophrenia: Relationship to frontal and temporal lobe MRI volumes. In: Ogura C, Koga Y, Shimokochi M (eds.) *Recent Advances in Event-Related Brain Potential Research*. Elsevier Science B.V., 1996:30-35.

15.  Ettinger GJ, Leventon ME, Grimson WEL, Kikinis R, Gugino V, Cote W, Sprung L, Aglio L, **Shenton ME**, *Potts G, Alexander E.  Experimentation with a Transactions cranial Magnetic Stimulation System for Functional Brain. *Proceedings of CVRMED* 1997:477-486.

16.  Golland P, Kikinis R, Umans C, Halle, M, **Shenton ME**, Richolt JM. Anatomy browser: A framework for integration of medical information. *Med Image Comput Comput Asst Interven* 1998;720-731.(In: Lecture Notes in Computer Science, Eds. Wells WM, Colchester A, and Delp S, Springer-Verlag, 1998.)

17.  *Potts GF, Wible CG, **Shenton ME**, Weinstein DM, *Fisher I, Leventon ME, Gugino LD, McCarley RW. Localization of visual cortex with coregistered functional magnetic resonance imaging, bioelectrically modeled cortical visual evoked potential, and transcranial magnetic stimulation induced visual suppression. *J of Cognitive Neuroscience* (Suppl.), p.42, 1998.

18.  Golland P, Grimson WEL, **Shenton ME**, Kikinis R. Small sampling size learning for shape analysis of anatomical structures. *Med Image Comput Comput Asst Interv* 2000;1935:72-78. [full text]

19.  Golland P, Kikinis R, Halle M, Umans C, Grimson WEL, **Shenton ME**, Richolt JA. Anatomy Browser: A Novel Approach to Visualization and Integration of Medical Information. *Yearbook of Medical Informatics 2001*, Eds. R. Haux and C. Kulikowski, 414-428, Schattauer, Germany, 2001.

20.  Golland P, Grimson WEL, **Shenton ME**, Kikinis R. Deformation analysis for shape based classification. *IPMI* 2001;517-530. [full text]

21.  O'Donnell L, Westin CF, Grimson WEL, Ruiz-Alzola J, **Shenton ME**, Kikinis R. Phase-based user-steered image segmentation. *Med Image Comput Comput Asst Interv* 2001;1022-1030. [full text]

22.    Ferrant M, Cuisenaire O, Macq BM, Thiran J-P, **Shenton ME**, Kikinis R, Warfield SK. Surface based atlas matching of the brain using deformable surfaces and volumetric finite elements. *Med Image Comput Comput Asst Interv* 2001;2208:1352-1353. [full text]

23.    Gerig G, Styner M, **Shenton ME**, Lieberman JA. Shape versus size: Improved understanding of the morphology of brain structures. *Med Image Comput Comput Asst Interv* 2001;2208:24-32. [full text]

24.    Rexilius R, Warfield SK, Guttmann CRG, Wei X, Benson R, Wolfson L, **Shenton ME**, Handels H, Kikinis R. A novel nonrigid registration algorithm and applications. *Med Image Comput Comput Asst Interv* 2001;2208:923-931. [full text]

25.    Timoner SJ, Golland P, Kikinis R, **Shenton ME**, Grimson WEL, Wells WM III. Performance issues in shape classification. *Med Image Comput Comput Asst Interv* 2002;2488:355-362. [full text]

26.    Golland P, Fischl B, Spiridon M, Kanwisher N, Buckner RL, **Shenton ME**, Kikinis R, Dale AM, Grimson WEL. Discriminative analysis for image-based studies. *Med Image Comput Comput Asst Interv* 2002;2488:508-515. [full text]

27.    Pohl KM, Wells WM III, Guimond A, *Kasai K, **Shenton ME**, Kikinis R, Grimson WEL, Warfield SK. Incorporating non-rigid registration into expectation maximization algorithm to segment MR images. *Med Image Comput Comput Asst Interv* 2002;2488:564-572. [full text]

28.    Liu Y, Teverovskiy L, Carmichael O, Kikinis R, **Shenton ME**, Carter CC, Stenger VA, Davis S, Aizenstien H, Becker JT, Lopes OL, Meltzer CC. Discriminative MR image feature analysis for automatic schizophrenia and Alzheimer's disease classification. *Med Image Comput Comput Asst Interv* 2004;3217:393-401. [full text]

29.    *Bouix S, *Ungar L, *Dickey CC, McCarley RW, **Shenton ME**. Evaluating Automatic Brain Tissue Classifiers. *Med Image Comput Comput Asst Interv* 2004;3217:1038-1039. [full text]

30.    *Brun A, Knutsson H, *Park HJ, **Shenton M**, Westin CF. Clustering fiber traces using normalized cuts. *Med Image Comput Comput Asst Interv* 2004;3217:368-375. PMCID: PMC3296487

31.    Haidar H, *Bouix S, *Levitt J, McCarley RW, **Shenton ME**, Soul JS. An Elliptic PDE Approach for shape characterization. In *Proceedings of The 26th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Sep 2004, San Francisco, USA. PMCID: PMC2791903

32.    Haidar H, *Bouix S, *Levitt JJ, *Dickey C, McCarley RW, **Shenton ME**, Soul JS. Characterizing the shape of anatomical structures with Poisson's equation. *Med Image Comput Comput Asst Interv* 2004;3217:266-273. [full text]

33.    *Park H, **Shenton ME**, Westin CF. An analysis tool for quantification of Diffusion Tensor MRI. *Med Image Comput Comput Asst Interv* 2004;3217:1089-1090. [full text]

34.    *Niethammer M, Estepar RSJ, *Bouix S, **Shenton ME**, Westin CF. On Diffusion Tensor Estimation. *IEEE Engineering in Medicine and Biology Society* 2006;2622-2625. PMCID: PMC2791793

35.    Styner M, Oguz I, Xu S, Brechbuhler C, Pantazis D, *Levitt J, **Shenton M**, Gerig G. Framework for the statistical shape analysis of brain structures using SPHARM-PDM. *Med Image Comput Comput Asst Interv* 2006;1071:242-25. [full text]

36.    San Jose Estepar R, Kubicki M, **Shenton M**, Westin CF. A kernel-based approach for user-guided fiber bundling using diffusion tensor data. *Conf Proc IEEE Eng Med Biol Soc* 2006;1:2626-2629. PMCID: PMC2768065

37. Nain D, Styner M, *Niethammer M, *Levitt JJ, **Shenton ME**, Gerig G, Bobick A, Tannenbaum A. Statistical shape analysis of brain structures using spherical wavelets. *IEEE Symposium on Biomedical Imaging, ISBI* 2007;4:209-212. PMCID: [PMC2771415]

38. *Rathi Y, Michailovich O, *Bouix S, **Shenton ME**. Directional Functions for Orientation Distribution Estimation. In: *International Symposium on Biomedical Imaging* 2008;927-930. [[Abstract]]

39. *Rathi Y, Dambreville S, *Niethammer M, Malcolm J, *Levitt JJ, **Shenton ME**, Tannenbaum A. Segmenting images analytically in shape space. In: *SPIE Conference on Medical Imaging* 2008; Volume 6914. [[Abstract]]

40. *Rathi Y, Michailovich O, *Bouix S, **Shenton ME**. Orientation Distribution Estimation for Q-Ball Imaging. In: *IEEE Workshop on Tensor Processing in Computer Vision*. CVPR, 2008. [[full text]]

41. Michailovich O, *Rathi Y, **Shenton ME**. On approximation of orientation distributions by means of spherical ridgelets. In: *International Symposium on Biomedical Imaging* 2008;939–942. [[Abstract]]

42. *Spencer KM, *Niznikiewicz MA, Nestor PG, **Shenton ME**, McCarley RW. Left auditory cortex gamma synchronization and auditory hallucination symptoms in schizophrenia. *BMC Neurosci* 2009;10:85. PMCID: [PMC2719648]

43. Malcolm JG, **Shenton ME**, *Rathi Y. Two-tensor tractography using a constrained filter. *Med Image Comput Comput Assist Interv* 2009;12(Pt1):894-902. PMCID: [PMC2893231] (Oral presentation.)

44. Malcolm J, **Shenton ME**, *Rathi Y. Neural Tractography Using An Unscented Kalman Filter. In: *Information Processing in Medical Imaging (IPMI)*, 2009. PMCID: [PMC2768602] (Oral presentation.)

45. Malcolm J, **Shenton ME**, *Rathi Y. Filtered Tractography: Validation on a Physical Phantom. In: *Workshop on Diffusion Modeling and Fiber Cup. MICCAI*, 2009. [[full text]]

46. Malcolm J, **Shenton ME**, *Rathi Y. The Effect of Local Fiber Model on Population Studies. In: *Workshop on Diffusion Modeling and Fiber Cup. MICCAI*, 2009. [[full text]]

47. *Rathi Y, Malcolm JG, *Bouix S, Kindlmann G, Westin C-F, *Kubicki M, **Shenton ME**. Mixture Model for estimating fiber ODF and multi-directional Tractography. In: *International Society For Magnetic Resonance in Medicine Scientific Meeting* 2009;17:3548. [[full text]] [[PowerPoint]]

48. *Rathi Y, Malcolm J, *Bouix S, Westin C-F, **Shenton ME**. Disease Classification: A probabilistic Approach. In: *International Symposium on Biomedical Imaging* 2010;1345-1348. [[full text]]

49. *Rathi Y, Malcolm J, Michailovich O, McCarley R, Westin CF, **Shenton ME**. Biomarkers for identifying first episode schizophrenia patients using diffusion weighted imaging. *Med Image Comput Comput Asst Interv* 2010;13(Pt1):657-665. PMCID: [PMC3091029]

50. *Rathi Y, Malcolm JG, *Bouix S, Westin C-F, **Shenton ME**. False Positive Detection using Filtered Tractography. In: *International Society For Magnetic Resonance in Medicine Scientific Meeting* 2010;18:4019. [[full text]]

51. *Ng HP, *Kubicki M, Malcolm J, *Rathi Y, *Pelavin P, McCarley RW, **Shenton ME**. Diffusion two-tensor tractography study on inter-hemispheric connection between bilateral Heschl gyrus in schizophrenia. In: *International Society For Magnetic Resonance in Medicine Scientific Meeting*. 2010;18:2430. [[full text]]

52. *Savadjiev P, Westin C-F, Rausch AC, Maddah M, *Bouix S, **Shenton ME**, *Kubicki M. Tractoriented parameterization of left uncinate geometry abnormalities in schizophrenia. In Human Brain Mapping (Barcelona, Spain), June, 2010.

53.    *Savadjiev P, *Kubicki M, *Bouix S, Kindlmann GL, Shenton ME, Westin C-F. Tract-based parameterization of local white matter geometry. In International Society for Magnetic Resonance in Medicine Conference (Stockholm, Sweden), May, 2010.

54.    *Savadjiev P, *Rathi Y, Malcolm JG, **Shenton ME**, Westin C-F. A geometry-based particle filtering approach to white matter tractography. *Med Image Comput Comput Asst Interv* (MICCAI) 2010;6362:233-240.

55.    *Wasserman D, *Rathi Y, *Bouix S, *Kubicki M, Kikinis R, **Shenton ME**, Westin C-F. White matter bundle registration and population analysis based on Gaussian processes. *Inf Processing in Med Imaging*, 22nd *International Conference IPMI*, Kloster Irsee, Germany, July 3-8, 2011;22:320-32. PMCID: [PMC3140022](#)

56.    *Rathi Y, Michailovich O, Bouix S, **Shenton ME**, Westin C-F. Sparse multi-shell diffusion imaging, *International Conference on Medical Image Computing and Compute Assisted Intervention* (MICCAI), 2011.

57.    Baumgartner C, Michailovich O, *Pasternak O, *Bouix S, *Levitt J, **Shenton ME**, Westin C0F, Rathi Y. A unified tractography framework for comparing diffusion models in clinical scans. In: *Workshop on Computational Diffusion MRI (CDMRI)*, 2012.

58.    *Savadjiev P, *Rathi Y, **Shenton ME**, *Bouix S, Westin C-F. Multi-scale characterization of white matter tract geometry. In: I*nternational Society for Magnetic Resonance in Medicine Conference* (Melbourne, Australia), May, 2012.

59.    *Pasternak O, **Shenton ME**, Westin C-F. Estimation of extracellular volume from regularized multi-shell diffusion MRI. In: *Medical image computing and computer Assisted Intervention* (MICCAI), Part II LNCS; 2012. 7511: 305–312.

60.    *Pasternak O, *Bouix S, *Rathi Y, Branch C, Westin C-F, **Shenton ME**, Lipton M. Identification of Mild Traumatic Brain Injuries by Comparison of Free-Water Corrected z-Distributions, *Proceeding of the 21th International Society for Magnetic Resonance in Medicine meeting (ISMRM)*, Salt-Lake City, UT, 2013.

61.    *Pasternak O, *Bouix S, *Rathi Y, Branch CA, Westin C-F, **Shenton ME**, Lipton M. Characterization of Diffusion MRI Abnormalities using a Joint Distribution Normative Atlas, *International Society for Magnetic Resonance in Medicine Workshop on Diffusion as a Probe of Neural Tissue Microstructure,* Croatia, 2013.

62.    *Wasserman D, Makris N, *Rathi Y, **Shenton M**, Kikinis R, *Kubicki M, Westin C-F. On describing human white matter anatomy: The white matter query language. *Med Image Comput Comput Assist Interv* 2013.

63.    *Rathi Y, Ning L, Michailovich O, Liao H, Grant PE, Gagoski B, Stern R, **Shenton ME**, Westin C-F, Lin A. Maximum entropy estimation of Glutamate and Glutamine in MR spectroscopic imaging, in: *Medical Image Computing and Computer Assisted Intervention* (MICCAI), 2014.

**Reviews, Chapters, Books, and Other Publications:**

1.    **Shenton ME**. The problem and treatment code. *Problem Systems and Treatment* 1978;1:2 (published quarterly by Butler Hospital).

2.    **Shenton ME**, Longabaugh R. Coding Manual for the Butler Hospital code for psychiatric problems and treatments. *JSAS Catalog of Selected Documents in Psychology* 1981;11:(MS# 2209).

3.    Holzman PS, Solovay MR, **Shenton ME**. Thought disorder specificity in functional psychoses. In: Alpert M, (ed.): *Controversies in Schizophrenia: Change and Constancies*. New York: New York, Guilford Press, 1985:228-250.

4.  *Cane MB, Faux SF, **Shenton ME**, McCarley RW, Duffy FH. Temporal region alterations in P300 topography in schizophrenia: An introduction to Brain Electrical Activity Mapping (BEAM). *Resident and Staff Physician*. 1987;33(1):110-121. [Abstract]

5.  Gerig G, Martin J, Kikinis R, Kübler O, **Shenton ME**, Jolesz FA. Automating Segmentation of dual-echo MR head data. In: Colchester ACF, and Hawkes DJ (eds.)  *Lecture Notes in Computer Science Series*. Heidelberg: Verlag-Springer press, 1991. [Abstract]

6.  **Shenton ME**, Kikinis R. Spotlight: 1992 recipients use satellite technology to study brain abnormalities in schizophrenia. *The Decade of the Brain: The National Alliance for the Mentally Ill*. 1994;5(1): Spring, 1994.

7.  **Shenton ME**. Temporal lobe structural abnormalities in schizophrenia: A selective review and presentation of new MR findings. In: Levy D, Matthysee S, Benes F, Kagan J (eds.) *Psychopathology: The Evolving Science of Mental Disorders*. Cambridge University Press 1996:51-99. [Cambridge Books Online]

8.  **Shenton ME**, Wible CG, McCarley RW. MRI studies in schizophrenia. In: Krishnan KRR, Doraiswamy PM (Eds.) *Brain Imaging in Clinical Psychiatry*. Marcel Dekker, Inc. 1997:297-380.

9.  Wible CG, **Shenton ME**, McCarley RW. Neuroanatomy of the limbic system and the planum temporale. In: Krishnan KRR, Doraiswamy PM (Eds.) *Brain Imaging in Clinical Psychiatry*. Marcel Dekker, Inc.1997:63-101

10. Gugino LD, *Potts GF, Aglio LS, Alexander E, Grimson WEL, Kikinis R, **Shenton M**, Black PM, Ettinger GJ, Cote WA, Leventon M, Sprung LJ. Localization of eloquent cortex using transcranial magnetic stimulation.  In: Alexander III E and Maciunas RJ (Eds.). *Advanced Neurosurgical Navigation*. New York: Thieme Press, 1998:163-199.

11. **Shenton ME**, *Frumin M, McCarley RW, Maier SE, Westin CF, *Fischer IA, *Dickey C, Kikinis R. Morphometric Magnetic Resonance Imaging studies: Findings in Schizophrenia. In: Dougherty DD, Rauch SL (Eds.). *Psychiatric Neuroimaging Research: Contemporary Strategies*. American Psychiatric Association, 2001;1-60.

12. Maier S, **Shenton ME**, Jolesz FA. Diffusion MRI explores new indications. *Diagnostic Imaging, Advanced MR Supplement* 2001;December:2-6. [full text]

13. *Niznikiewicz MA, *Kubicki M, **Shenton ME**. Recent structural and functional imaging findings in schizophrenia. *Current Opin Psychiatry* 2003;16(2):123-147. [full text]

14. **Shenton ME**. Diffusion tensor imaging: An innovative technique to study white matter pathology in schizophrenia. (Tele-Lecture) *The Journal of Psychotic Disorders* 2004;8:10-12.

15. *Kubicki M, McCarley RW, **Shenton ME**. Evidence for white matter abnormalities in schizophrenia. *Current Opin Psychiatry* 2005;18:121-134. PMC2768599

16. **Shenton ME**. Schizophrenia: A complex disorder that has stymied research efforts to uncover its origin. *Harvard Health Policy Review* 2005;6(2):46-53. [full text]

17. Finn CT, Funke B, *Kikinis Z, **Shenton M**, Schiripo T. Frontiers in Biological Psychiatry. Exploring the Relationship Among Genes, Brain Development, and the Emergence of Psychopathology. In: *Psychiatric Manifestations of Velocardiofacial Syndrome*. Arlington, VA: American Psychiatric Publishing, Inc; 2007.

18. McCarley RW, *Nakamura M, **Shenton ME**, *Salisbury DF. Combining ERP and structural MRI information in first episode schizophrenia and bipolar disorder. *Clin EEG Neurosci* 2008;39(2):57-60. PMC2770258

19.  *Kubicki M, **Shenton ME**. DTI and Its Application to Schizophrenia and Related Disorders. In: *Imaging Brain Pathways – Diffusion MRI: from Quantitative Measurement to In-Vivo Neuroanatomy*. (Editors: H. Johansen-Berg and T. Behrens), Elsevier/Academic Press; 2009:251-270.

20.  **Shenton ME**, *Kubicki M. Structural Brain Imaging in Schizophrenia. In: *Kaplan and Sadock's Comprehensive Textbook of Psychiatry* (Ninth edition): Edited by Benjamin J. Sadock, M.D., Virginia A. Sadock, M.D., and Pedro Ruiz, M.D., Lippincott Williams, and Wilkins; 2009:1494-150.

21.  **Shenton ME**, *Whitford TJ, *Kubicki M. Structural neuroimaging in schizophrenia: From methods to insights to treatments. *Dialogues in Clinical Neuroscience* 2010;12(3):269-332. PMCID: PMC3181976

22.   **Shenton ME** and Turetsky BI (Editors). *Understanding Neuropsychiatric Disorders: Insights from Neuroimaging*. Cambridge University Press; 2011.

23.  *Whitford TJ, *Kubicki M, **Shenton ME**. Neuroanatomical underpinnings of schizophrenia: A review of structural and diffusion imaging findings in schizophrenia. In: *Understanding NeuroPsychiatric Disorders: Insights from Neuroimaging*. (Editors: M.E. Shenton and B.I. Turetsky), Cambridge University Press; 2011, 1-29.

24.  **Shenton ME**. Interview: Understanding Schizophrenia and traumatic brain injury using MRI. *Imaging Med* 2013;5(2):111-118.

25.  **Shenton ME**. Comment on Small et al. paper entitled "PET scanning of brain Tau in retired national football league players: Preliminary findings presented in Am J Geriatric Psychiatry 2013;21:138e144. In *Alzheimer Research Forum*, January 23, 2013 www.alzform.org/pap/annotation.asp?powID=142265

26.  *Fitzsimmons J, *Kubicki M, **Shenton ME**. Review of functional and anatomical brain connectivity findings in schizophrenia. *Curr Opin Psychiatry* 2013;26(2):172-187. PMID: 23324948

27.  *Kubicki M, Westin C-F, *Pasternak O, **Shenton ME**. Diffusion tensor imaging and its application to schizophrenia and related disorders. In: *Diffusion MRI: From Quantitative Measures to In-Vivo Neuroanatomy*, Editors: H. Johansen-Berg and T.E.J. Behrens, 2nd Edition, Elsevier Publishers, Academic Press; 2014:317-334.

28.  *Kubicki M, **Shenton ME**. Diffusion tensor imaging findings and their implications in schizophrenia. *Curr Opin Psychiatry* 2014;27(3):179-184.

29.  *Kubicki M, Westin CF, Pasternak O, **Shenton ME**. Diffusion Tensor Imaging and Its Application to Schizophrenia and Related Disorders. *In: Diffusion MRI: From Quantitative Measurement to In-Vivo Neuroanatomy*. (2nd Edition, Editors: Heidi Johansen-Berg, Timothy E. J. Behrens), Elsevier/Academic Press, 2014.

30.  Mulert C, **Shenton ME** (Editors). *MRI in Psychiatry*. Springer, Berlin, Heidelberg, Germany, 2014.

31.  *Pasternak O, Fritzsche K, Baumgartner C, **Shenton ME**, *Rathi Y, Westin C-F. The estimation of free-water corrected diffusion tensors. In: *Visualization and Processing of Tensors and Higher Order Descriptions for Multi-Valued Data*. (Editors:  C-F Westin, A Vilanova, B Burgeth), Springer, Berlin, Heidelberg, German (In Press).

32.  *Whitford TJ, *Kubicki M, **Shenton ME**. Diffusion tensor imaging, structural connectivity and schizophrenia. *US Radiology* (In Press).

33.  *Koerte I, Lin A, *Muehlmann M, Rauchmann B-S, Cooper K, *Mayinger M, Stern RA, **Shenton ME**. Post-traumatic cognitive disorders. In: Kanekar Sangam (Ed) *Imaging of Neurodegenerative Diseases*. Thieme Publishers (In Press).

35.  *Koerte I, *Hufschmidt J, *Muehlmann M, **Shenton ME**. Neuroimaging. In: Laskowitz, Grant (Editors) *Frontiers in Neuroscience - Translational Research in Traumatic Brain Injury*. Taylor & Francis (In Press).

36.    **Shenton ME**, *Kubicki M, and Makris N. Commentary: Understanding alteraions in brain connectivity in attention-deficit/hyperactivity disorder using imaging connectomics. *Biol Psychiatry* 2014;76:601-602.

**Thesis:**

Doctoral Dissertation entitled, "Thought Disorder in Psychotic Patients and Their Families", presented in partial fulfillment of the doctoral requirements, Department of Psychology, Harvard University (1984). Dissertation Advisor: Professor Philip Holzman, Ester and Sidney Rabb Professor of Psychology. Dissertation Committee Members: Professors Philip Holzman, Brendan Maher, Steve Matthysee, David McClelland, and James Stellar.

**Nonprint Materials:**

The Anatomy Browser is a JAVA-based interactive teaching tool for learning human neuroanatomy. It enables the user to manipulate three-dimensional (3D) neuroanatomical models (derived from MR images) interactively on personal computers without specialized rendering hardware. The user can view models of the brain from several angles and can select structures to be annotated by name. The Anatomy Browser includes a hierarchical list of structures that can be expanded or collapsed in order to control the level of detail displayed. Currently there are more than 100 labeled neuroanatomical structures. The Anatomy Browser also enables the user to remove structures in order to view hidden structures and to control the level of opacity of selected structures. Additionally, the browser provides a cross-reference between the 3D model and three different cross-sections of the original MR image (i.e., sagittal, coronal, and axial). These interactive features, along with the browser's accessibility on the World Wide Web (http://splweb.bwh.harvard.edu:8000/pages/java.html), make it a valuable tool for teaching neuroanatomy. Other applications, based on the labeled neuroanatomical models, include: neurosurgical planning, and the automatic identification and delineation of neuroanatomical structures in new MR scans using warping techniques which use the list of structures as the template for warping the same structures in new MR scans.

**Abstracts:**

A1.    McCarley RW, Torello M, **Shenton M**, Duffy F. The P300 and spectral topography in schizophrenics and normals. *International J of Neuroscience* 1987;32(102):446-447.

A2.    O'Donnell BF, **Shenton ME**, McCarley RW, *Pollak SD, Faux SF, Nestor PG, *Smith RS. P3 and TDI scores in families of schizophrenics. *American Psychiatric Association New Research Abstracts* 1991.

A3.    **Shenton ME**, Kikinis R, McCarley RW, Anderson M, *Pollak SD, Metcalf D, Hanlon W, Jolesz FA. Computer-assisted volumetric measurements of MR brain images in schizophrenia. *Schizophr Res* 1991;4(3):413-413.

A4.    *Chou IH, **Shenton ME**, Benes F, Wible CG, Kikinis R, Jolesz FA, McCarley RW. A magnetic resonance imaging study of the cingulate gyrus in schizophrenia. *Biol Psychiatry* 1993;33(6A):A123-A123.

A5.    *Chou I, **Shenton ME**, Benes F, Kikinis R, Jolesz FA, McCarley RW. Cingulate gyrus and schizophrenia. *American Psychiatric Association New Abstracts* 1993:130.

A6.    *Niznikiewicz M, O'Donnell BF, McCarley RW, *Smith L, *Hokama H, *Salisbury D, *Kimble M, **Shenton ME**. Habituation in auditory P3-amplitude and alpha-power in normal and schizophrenic subjects. *Biol Psychiatry* 1993;33(6A):A118-A118.

A7.    O'Donnell BF, *Kimble M, McCarley RW, *Salisbury DF, Nestor PG, **Shenton ME**. Aging, chronicity, and auditory event-related potential abnormalities in schizophrenia. *Biol Psychiatry* 1993;33(6A):A118-A118.

A8.    Nestor PG, **Shenton M**, O'Donnell B, McCarley RW, *Haimson J, *Kimble M. Converging evidence for a left temporal-lobe dysfunction in schizophrenia. *Biol Psychiatry* 1993;33(6A):A119-A119.

A9.     Wible CG, **Shenton ME**, *Hokama H, Kikinis R, Jolesz FA, McCarley RW. A magnetic-resonance-imaging study of the prefrontal cortex in schizophrenia. *Biol Psychiatry* 1993;33(6A):A123-A123.

A10.    **Shenton M**, Kikinis R, Wible CG, *Hokama H, Jolesz FA, McCarley RW. Alterations in left temporal and temporal-lobe gyral pattern in schizophrenia. *Biol Psychiatry* 1993;33(6A):A123-A123.

A11.    Wible CG, **Shenton ME**, Oshio K, Kikinis R, Jolesz FA, McCarley RW. High-resolution MR-imaging of the hippocampal region in schizophrenia: A new methodology with preliminary results. *Biol Psychiatry* 1994;35(9):722S-723S.

A12.    *Levitt JJ, O'Donnell BF, Nestor PG, **Shenton ME**, McCarley RW. EP and neuropsychological correlates of premorbid adjustment in schizophrenia. *Biol Psychiatry* 1994;35(9):617S-617S.

A13.    O'Donnell BF, **Shenton ME**, McCarley RW, Faux SF, *Kimble M, *Salisbury DF, Kikinis R, Jolesz FA. MRI and ERP evidence for a neurodegenerative course in schizophrenia. *Biol Psychiatry* 1994;35(9):704S-704S.

A14.    *Hokama H, **Shenton ME**, Kikinis R, Jolesz FA, McCarley RW. Basal ganglia volume in schizophrenia – An MR study. *Biol Psychiatry* 1994;35(9):721S-721S.

A15.    **Shenton ME**, *Hokama H, Kikinis R, *Ballard R, *Holinger DP, Galaburda A, Jolesz FA, McCarley RW. Use of 3D MR surface renderings for measuring planum temporale. *Biol Psychiatry* 1994;35(9):721S-721S.

A16.    **Shenton ME**, *Hokama H, Kikinis R, Wible CG, Jolesz FA, McCarley RW. Atlas of the human brain from MR data – A new teaching and research resource. *Biol Psychiatry* 1994;35(9):721S-721S.

A17.    Nestor PG, **Shenton ME**, Wible CG, *Kimble M, *Smith L, Kikinis R, McCarley RW. Neuropsychological correlates of MRI measures in schizophrenia. *Biol Psychiatry* 1994;35(9):722S-722S.

A18.    Wible CG, **Shenton ME**, *Hokama H, Kikinis R, Jolesz FA, McCarley RW. Relationships between temporal and frontal brain volume in schizophrenics. *Biol Psychiatry* 1994;35(9):722S-722S.

A19.    *Dickey CC, Voglmaier MM, **Shenton ME**, Seidman LJ, *Salisbury DF, *Niznikiewicz M, *Sollinger J, Kikinis R, Jolesz FA, McCurley (sic) RW. Schizotypal disorder – Cognitive, behavioral, and neuropathological indicators. *Biol Psychiatry* 1995;37(9):597S-597S.

A20.    *Salisbury DF, **Shenton ME**, McCarley RW, Yurgelun-Todd DA, Tohen M, Sherwood AR. P3 topography differs in schizophrenia-like and mania-like first episode psychosis. *Biol Psychiatry* 1995;37(9):626S-626S.

A21.    *Ohta H, O'Donnell BF, McCarley RW, *Hokama H, Wible CG, **Shenton ME**, *Law SE, *Karapelou ME, Nestor PG, Jolesz FA, Kikinis R. An ERP study of the auditory P3A and P3B components in schizophrenia. *Biol Psychiatry* 1995;37(9):630S-631S.

A22.    O'Donnell BF, Swearer JM, McCarley RW, *Smith LT, **Shenton ME**, Nestor PG. Selective deficits in visual-perception and recognition in schizophrenia. *Biol Psychiatry* 1995;37(9):631S-631S.

A23.    *Salisbury DF, **Shenton ME**, McCarley RW, Yurgelun-Todd DA, Tohen M, Sherwood AR, *Fischer IA, Chase EA. Abnormal P3 topography in 1st-episode schizophrenia-like psychosis. *Psychophysiology* 1995;32:S66-S66(Suppl.).

A24.    Wible CG, **Shenton ME**, Kikinis R, Jolesz FA, McCarley RW. Prefrontal subdivisions, temporal-lobe, and schizophrenia – An MRI study. *Biol Psychiatry* 1995;37(9):683S-683S.

A25.    Coleman MJ, **Shenton ME**, Shapiro BM, Erlenmeyer-Kimling L. Thought-disorder profiles in offspring of schizophrenic parents in the New-York High-Risk Project. *Schizophr Res* 1995;15(1-2):8-8.

A26.    Nestor PG, **Shenton ME**, Wible C, *Hokama H, O'Donnell BF, *Law S, *Karapelou M, Kikinis R, Jolesz FA, McCarley RW. Schizophrenia thought MRI correlates. *Schizophr Res* 1995;15(1-2):91-91.

A27.    **Shenton ME**, *Hokama HH, Kikinis R, *Dickey C, Lorensen WE, *Ballard M (sic), *Holinger D, Galaburda A, Jolesz FA, McCarley RW. A 3D MRI study of the planum temporale in schizophrenia. *Schizophr Res* 1995;15(1-2):98-98.

A28.    Wible CG, **Shenton ME**, *Hokama H, Kikinis R, Jolesz F, McCarley RW. Prefrontal cortex and schizophrenia – A volumetric study of discrete portions of prefrontal cortex using high-resolution MRI. *Schizophr Res* 1995;15(1-2):103-104.

A29.    *Salisbury DF, **Shenton ME**, McCarley RW, Yurgelun-Todd DA, Tohen M. Asymmetrical P3 topography in first episode schizophrenia-like psychosis. *Schizophr Res* 1995;15(1-2):184-185.

A30.    *Salisbury DF, *Fischer IA, **Shenton ME**, Sherwood AR, *Mazzoni P, McCarley RW. Midline P3 amplitude interactions in schizophrenia and mania. *Psychophysiology* 1996;33:S72-S72 (Suppl.).

A31.    McCarley RW, **Shenton ME**, O'Donnell BF, *Dickey CC, Greene RW. Schizophrenic disorders: Neurodevelopmental and onset vulnerability factors. *Biol Psychiatry* 1996;39(7):9S-9S.

A32.    *Hirayasu H, **Shenton ME**, *Dickey CC, *Salisbury DF, *Fischer IA, Sherwood AR, Yurgelun-Todd DA, Tohen M, McCarley RW. Brain CSF volume in patients with first-episode psychosis. *Biol Psychiatry* 1996;39(7):69S-69S.

A33.    Wible CF, **Shenton ME**, Kikinis R, Jolesz F, McCarley RW. Schizophrenic symptoms and specific regions of prefrontal cortex. *Biol Psychiatry* 1996;39(7):150S-150S.

A34.    Voglmaier MM, **Shenton ME**, McCarley RW, Seidman LJ, *Salisbury D, *Sollinger J. Thought disorder index (TDI) in schizotypal personality disorder. *Biol Psychiatry* 1996;39(7):166S-166S.

A35.    *Potts GF, O'Donnell B, **Shenton ME**, *Allard J, McCarley RW. Auditory and visual high density ERP studies in schizophrenia. *Biol Psychiatry* 1996;39(7):230S-230S.

A36.    *Niznikiewicz MA, Nestor PG, O'Donnell BF, *Allard JE, **Shenton ME**, McCarley RW. Working memory as a factor in language dysfunction in schizophrenia. *Biol Psychiatry* 1996;39(7):240S-240S.

A37.    *Dickey CC, **Shenton ME**, *Hirayasu Y, *Niznikiewicz M, *Fischer I, *Rhoads R, Voglmaier MM, Seidman L, McCarley RW. Schizotypal personality disorder: A MRI analysis of the whole brain. *Biol Psychiatry* 1996;39(7):346S-346S.

A38.    *Levitt JJ, *Donnino R, **Shenton ME**, Kikinis R, Jolesz FA, McCarley RW. A quantitative volumetric MRI study of the brainstem and cerebellum in schizophrenia. *Biol Psychiatry* 1996;39(7):475S-475S.

A39.    *Donnino R, **Shenton ME**, *Iosifescu D, *Hirokazu O (sic), Wible CG, Kikinis R, Jolesz FA, McCarley RW. The parietal lobes in schizophrenia: A quantitative MR study. *Biol Psychiatry* 1996;39(7):476S-476S.

A40.    *Iosifescu DV, **Shenton ME**, Kikinis R, Dengler J, Warfield SK, McCarley RW. Automated measurement of subcortical brain MR structures in schizophrenia. *Biol Psychiatry* 1996;39(7):477S-477S.

A41.    *Salisbury DF, **Shenton ME**, McCarley RW, Sherwood AR, *Fischer IA. Reduced long-latency positive activity in schizophrenia on a homograph task. *Biol Psychiatry* 1996;39(7):522S-522S.

A42.    *Niznikiewicz MA, Nestor PG, O'Donnell BF, Seidman L, *Dickey CC, *Allard JE, *Rhoades R, McCarley RW, **Shenton ME**.ERPs as a probe of language processing difficulties in schizophrenia spectrum disorders. *Biol Psychiatry* 1996;39(7):524S-524S.

A43.  *Iosifescu DV, **Shenton ME**, Kikinis R, Warfield SK, Dengler J, McCarley RW. Elastically matching an MR-imaging brain atlas onto a new MR image of the brain. *Radiology* 1996;197:450-450 (Suppl.).

A44.  Berezovskaya AL, *Salisbury DF, **Shenton ME**, *Fischer IA, *Mazzoni P, McCarley RW. Relative alpha power abnormalities in schizophrenia and manic psychosis. Fifth Annual Research Day, Harvard Medical School. Sponsored by the Mysell Committee, Consolidated Department of Psychiatry, March 12, 1997.

A45.  Wible CG, **Shenton ME**, Kikinis R, Jolesz FA, McCarley RW. A method for separately measuring the volume of the hippocampus and amygdala using MRI. Poster presented at the Fourth Annual Meeting of the *Cognitive Neuroscience Society*. March 23-25, Boston, MA, 1997.

A46.  Seidman LJ, Voglmaier MM, *Niznikiewicz M, *Dickey CC, *Sollinger J, *Rhoads R, **Shenton ME**, McCarley RW. Delayed and object alternation deficits in schizotypal personality disorder. *Schizophr Res* 1997;24:(1-2):125S-125S.

A47.  Wible CG, **Shenton ME**, Kikinis R, Jolesz FA, McCarley RW. A new non-landmark based method for measuring amygdala and hippocampal volumes using MRI. Poster presented at *Biol Psychiatry* 1997;41:43S-43S.

A48.  McCarley RW, **Shenton M**, Greene R, O'Donnell B, Nestor P, Wible C, *Salisbury D, *Niznikiewicz M, *Hirayasu Y, *Dickey C, *Kwon JS, Tohen M, Yurgelun-Todd D, *Holinger D, Kikinis R, Jolesz F. Schizophrenia: MRI, electrophysiological, and cellular data bearing on some current issues and controversies. *Biol Psychiatry* 1997;41:17S-17S.

A49.  *Dickey CC, **Shenton ME**, Voglmaier M, *Hirayasu Y, *Niznikiewicz M, Seidman L, *Fischer I, *Teh E, *Kisler T, *Rhoads R, *Sollinger J, McCarley RW. Morphologic and cognitive indicators of schizotypal personality disorder. *Biol Psychiatry* 1997;41:25S-25S.

A50.  *Levitt JJ, *Donnino R, **Shenton ME**, Kikinis R, Jolesz FA, McCarley RW. An MRI study of brainstem, cerebellar and vermian structures in schizophrenia. *Biol Psychiatry* 1997;41:34S-34S.

A51.  Nestor PG, Barnard J, O'Donnell BF, **Shenton ME**, Kikinis R, Jolesz FA, Shen Z, Bookstein FL, McCarley RW. Partial least squares analysis of MRI and neuropsychological measures in schizophrenia. *Biol Psychiatry* 1997;41:51S-51S.

A52.  *Hirayasu Y, **Shenton ME**, *Salisbury DF, *Fischer IA, *Dickey CC, *Kisler T, *Arakaki H, Yurgelun-Todd DA, Tohen M, McCarley RW. MRI and ERP abnormalities in first episode psychosis. *Biol Psychiatry* 1997;41:205S-205S.

A53.  *Salisbury DF, **Shenton ME**, Yurgelun-Todd D, Tohen M, McCarley RW. Left temporal P3 reductions in chronic and first episode schizophrenia. *Biol Psychiatry* 1997;41:224S-224S.

A54.  *Salisbury DF, **Shenton ME**, *Fischer IA, *Mazzoni P, McCarley RW. Abnormal ERP activity despite normal performance to homographs in schizophrenia. *Biol Psychiatry* 1997;41:279S-279S.

A55.  Voglmaier MM, Seidman LJ, *Salisbury D, **Shenton M**, *Dickey C, *Niznikiewicz M, *Sollinger J, *Rhodes R, *Teh E, McCarley RW. Verbal skill deficits in schizotypal personality disorder. *Biol Psychiatry* 1997;41:S351-S351.

A56.  *Dickey CC, Voglmaier MM, **Shenton ME**, *Niznikiewicz M, Seidman LJ, *Fischer IA, Teh E, *Rhoads RA, McCarley RW. MRI and cognitive correlates in schizotypal personality disorder. *Schizophr Res* 1997;24(1-2):143-143.

A57.  *Hirayasu Y, **Shenton ME**, *Salisbury DF, *Fischer IA, *Dickey CD, *Arakaki H, Yurgelun-Todd DA, Tohen M, McCarley RW. MRI and ERP abnormalities in first episode schizophrenia and affective disorder. *Schizophr Res* 1997;24(1-2):148-148.

A58.   *Kwon JS, **Shenton ME**, *Hirayasu Y, *Fischer IA, McCarley RW. The MRI study of cavum septi pellucii in schizophrenia and affective disorder. *Schizophr Res* 1997;24(1-2):150-150.

A59.   *Niznikiewicz M, Voglmaier M, Seidman L, **Shenton M**, *Dickey C, *Rhoads R, *Teh E, McCarley RW. Event-related potential and cognitive evidence for similar language impairments in schizophrenia and schizotypal personality disorder. *Schizophr Res* 1997;24(1-2):235-236.

A60.   *Salisbury DF, Sherwood AR, **Shenton ME**, *Fischer IA, Yurgelun-Todd DA, Tohen M, McCarley RW. Temporal P300 asymmetry in first episode schizophrenia. *Schizophr Res* 1997;24(1-2):237-237.

A61.   *Salisbury DF, *Fischer IA, **Shenton ME**, Sherwood AR, *Mazzoni P, McCarley RW. Temporal P300 asymmetry in schizophrenia vs. manic psychosis and controls. *Schizophr Res* 1997;24(1-2):237-237.

A62.   *Frumin M, *Hirayasu Y, Golland P, *Salisbury DF, *Fisher IA, Kikinis R, Jolesz FA, McCarley RW, **Shenton ME**. Post-acquisition brain realignment and resampling. *Sixth Annual Research Day, Harvard Medical School*. Sponsored by the Mysell Committee, Consolidated Department of Psychiatry, April 22, 1998.

A63.   Voglmaier MM, Seidman LJ, *Niznikiewicz M, *Dickey CC, **Shenton ME**, *Teh E, McCarley RW. Gender differences in cognitive function in schizotypal personality. *American Psychiatric Association New Research Abstracts* 1998:192.

A64.   Voglmaier MM, Seidman LJ, *Niznikiewicz M, *Dickey CC, **Shenton ME**, *Teh E, McCarley RW. Sex differences in cognitive function in schizotypal personality disorder. *Biol Psychiatry* 1998;43:115S-115S.

A65.   *Potts GF, Weinstein DM, O'Donnell BF, **Shenton ME**, Johnson CR, McCarley RW. Bioelectric modeling of the P300 in schizophrenia. *Biol Psychiatry* 1998;43:119S-119S.

A66.   *Potts GF, **Shenton ME**, Wible CG, Weinstein DM, Leventon ME, Gonzalez A, *Fischer IA, *Kisler T, Gugino L, Kikinis R, McCarley RW. Coregistration of ERP, fMRI, and TMS in a finite-element volume conductivity head model constructed from the structural MRI. Poster presented at the *XIIth International Conference on Event-Related Potentials of the Brain (EPIC XII)*, July 20, 1998, Cambridge, MA.

A67.   *Teh E, *Niznikiewicz M, Voglmaier M, Seidman L, *Dickey C, **Shenton ME**, McCarley RW. Abnormal lexical processes in schizotypy indexed by event-related potentials. Poster presented at the *XIIth International Conference on Event-Related Potentials of the Brain (EPIC XII)*, July 23, 1998, Cambridge, MA.

A68.   *Fischer IA, **Shenton ME**, McCarley RW, Harper M, *Salisbury DF. Abstraction ability and P300 in chronic and first episode psychotic patients. Poster presented at the *XIIth International Conference on Event-Related Potentials of the Brain (EPIC XII)*, July 23, 1998, Cambridge, MA.

A69.   Rutherford BR, **Shenton ME**, McCarley RW, *Fischer IA, *Salisbury DF. Response mode affects P300 topography. Poster presented at the *XIIth International Conference on Event-Related Potentials of the Brain (EPIC XII)*, July 23, 1998, Cambridge, MA.

A70.   Wible CG, *Potts GF, Weinstein DM, Kacher D, Wells W, Sperling R, Cavenaugh G, Yoo SS, **Shenton ME**, *Fischer IA, Leventon ME, Gugino LD, Kikinis R, Jolesz FA, McCarley RW. Co-registration and comparison of functional localization using results from functional MRI (fMRI) transcranial magnetic stimulation (TMS), and ERP with bioelectrically modeled source localization. Poster presented at the *Society for Neuroscience*, November 4, 1998, Los Angeles, CA.

A71.   *Potts GF, Wible CG, **Shenton ME**, Weinstein DM, *Fischer IA, Leventon ME, Gugino LD, McCarley RW. Localization of visual cortex with coregistered functional magnetic resonance imaging, bioelectronically modeled cortical visual evoked potential, and transcranial magnetic stimulation induced visual suppression. *J Cognitive Neuroscience* 1998;(Suppl.):42-42.

A72.    *Levitt JJ, *Donnino R, **Shenton ME**, *Petrescu C, Nestor PG, Kikinis R, Jolesz FA, McCarley RW. Posterior fossa structure in schizophrenia: A quantitative volumetric MRI study. *Biol Psychiatry* 1998;43:72S-72S.

A73.    Wible CG, **Shenton ME**, Kikinis R, Jolesz FA, McCarley RW. Prefrontal cortex volume in chronic schizophrenia: An MRI replication study. *Biol Psychiatry* 1998;43:87S-87S.

A74.    *Dickey CC, **Shenton ME**, Voglmaier MM, *Niznikiewicz MA, Seidman LJ, *Teh E, *Kisler T, *Fischer I, *Hirayasu Y, McCarley RW. Males and females with schizotypal personality disorder. *Biol Psychiatry* 1998;43:172S-172S.

A75.    *Hirayasu Y, **Shenton ME**, *Salisbury DF, Wible CG, *Fischer IA, *Kisler T, *Kwon JS, *Dickey CC, Yurgelun-Todd DA, Tohen M, McCarley RW. Subgenual prefrontal cortex reduction in first episode affective psychosis. *Biol Psychiatry* 1998;43:323S-323S.

A76.    *Hirayasu Y, **Shenton ME**, *Salisbury DF, *Fischer IA, *Kisler T, *Kwon JS, *Dickey CC, Yurgelun-Todd DA, Tohen M, McCarley RW. Superior temporal gyrus change over time in first episode schizophrenia. *Biol Psychiatry* 1998;43:387S-387S.

A77.    *Niznikiewicz MA, **Shenton ME**, Voglmaier M, Seidman L, *Dickey C, *Delong ES, McCarley RW. Language processing as indexed by the N400 in schizotypal personality disorder in females. *Biol Psychiatry* 1998;43:395S-395S.

A78.    *Potts GF, Weinstein DM, O'Donnell BF, **Shenton ME**, Johnson CR, McCarley RW. Bioelectric modeling of the P300 in schizophrenia. *Biol Psychiatry* 1998;43:396S-396S.

A79.    Nestor PG, *Akdag SJ, O'Donnell BF, *Niznikiewicz M, *Law S, **Shenton ME**, McCarley RW. Word recall in schizophrenia: A connectionist model. *Biol Psychiatry* 1998;43:400S-400S.

A80.    *Salisbury DF, *Fischer IA, **Shenton ME**, *Mazzoni P, McCarley RW. Evidence for a selective bias towards strong associates in schizophrenic language. *Biol Psychiatry* 1998;43:407S-407S.

A81.    *Salisbury DF, *Mazzoni P, McCarley RW, *Fischer IA, Tohen M, Yurgelun-Todd DA, **Shenton ME**.P300 asymmetry persists at retest in first psychotic episode schizophrenia. *Biol Psychiatry* 1998;43:408S-408S.

A82.    **Shenton ME**, *Hirayasu Y, *Salisbury DF, *Dickey CC, *Kwon JS, *Niznikiewicz MM, Wible CG, Nestor PG, McCarley RW. Clinical and structural abnormalities in schizophrenia. *Schizophr Res* 1998;29(1-2):82-82.

A83.    Voglmaier MM, Seidman LJ, *Niznikiewicz M, *Dickey CC, **Shenton ME**, McCarley RW. Schizotypal personality disorder: Language and gender. *American Psychiatric Association New Research Abstracts* 1999;128.

A84.    Voglmaier MM, Seidman LJ, *Niznikiewicz M, *Dickey CC, **Shenton ME**, McCarley RW. Language skills in men and women with schizotypal personality disorder. *Biol Psychiatry* 1999;45:31S-31S.

A85.    DeSantis MA, **Shenton ME**, McCarley RW, *Salisbury DF. Background noise affects P300 in first episode psychosis and controls. *Biol Psychiatry* 1999;45:38S-38S.

A86.    Wible CC, *Potts GF, Weinstein DM, Kacher D, Wells W, Sperling R, Cavenaugh G, Yoo SS, *Fischer IA, Leventon ME, Gugino LD, Kikinis R, Jolesz FA, McCarley RW, **Shenton ME**. Localization of motor function using results from functional MRI (fMRI), transcranial magnetic stimulation (TMS), and ERP with bioelectrically modeled source localization. *Biol Psychiatry* 1999;45:131S-131.

A87.    *Fraone SK, **Shenton ME**, *Dickey CC, *Hirayasu Y, *Niznikiewicz MA, Voglmaier MM, Seidman LJ, *Sutton J, *Frumin M, McCarley RW. Trend toward reduced Heschl's gyrus volume in SPD. *Seventh Annual Research Day, Harvard Medical School*. Sponsored by the Mysell Committee, Consolidated Department of Psychiatry, April 1999.

A88.   Huh TJ, Nestor PG, *Kimble M, **Shenton ME**. Dissociation of working memory in schizophrenia. Poster presented at the *Fourteenth Annual Meeting of the Society for Research in Psychopathology*, November 18, 1999, Montreal, Québec, Canada.

A89.   *Potts GF, Weinstein DM, Gugino LG, Gonzalez A, Wible C, McCarley RW, Tucker DM, Kikinis R, **Shenton ME**. Localizing the functional central sulcus with 128 channel motor and somatosensory evoked potentials in an MRI derived finite-element head model. *J of Cognitive Neuroscience* 1999;94-94 (Suppl.)

A90.   McCarley RW, *Salisbury DF, *Hirayasu Y, Wible C, **Shenton ME**. Conjoint structural MRI and ERP studies in schizophrenia: Evidence for a "hot spot" of dominant hemisphere abnormalities that is present at onset and also progresses. *Psychophysiology* 1999;36:S13-S13.

A91.   *Niznikiewicz M, Voglmaier M, **Shenton M**, *Dickey C, Seidman L, *Teh KK, *Sutton J, McCarley RW. Differential lexical processing in normal and schizotypal individuals. *Psychophysiology* 1999;36:S86-S86.

A92.   *Salisbury DF, **Shenton ME**, Tohen M, Zarate C, McCarley RW. P300 topography during the early course of psychosis. *Psychophysiology* 1999;36:S100-S100.

A93.   *Niznikiewicz MA, Nester PG, O'Donnell BF, Voglmaier M, **Shenton ME**.N400 and schizophrenia spectrum disorders. *International J Psychophysiology* 1999;33(1):54-54.

A94.   McCarley RW, *Hirayasu Y, O'Donnell BF, *Niznikiewicz MA, *Potts GF, *Kwon JS, Gainski JL, *Anderson JE, **Shenton ME**. Neurophysiological and structural MRI studies in schizophrenia. *International J Psychophysiology* 1999;33(1):58-58.

A95.   *Potts GF, **Shenton ME**, Wible CG, Weinstein DM, Leventon ME, Gonzalez AA, *Fischer IA, *Kisler T, Gugino LD, Kikinis R, McCarley RW. Coregistration of ERP, fMRI, and TMS in a finite-element volume conductivity head model constructed from the structural MRI. *International J Psychophysiology* 1999;33(1):103-103.

A96.   *Niznikiewicz MA, **Shenton M**, Voglmaier M, Seidman L, *Dickey C, *Teh E, *Delong S, McCarley RW. N400 amplitude indexes language abnormality in female schizotypy. *International J Psychophysiology* 1999;33(1):182-182.

A97.   *Teh E, *Niznikiewicz M, Voglmaier (sic) M, Seidman L, *Dickey C, **Shenton ME**, McCarley RW. Abnormal lexical processes in schizotypy indexed by event-related potentials. *International J Psychophysiology* 1999;33(1):183-183.

A98.   *Fischer IA, **Shenton ME**, McCarley RW, Harper M, *Salisbury DF. Abstraction ability and P300 in chronic and in first episode psychotic patients. *International J of Psychophysiology* 1999;33(1):187-187.

A99.   Rutherford BR, **Shenton ME**, McCarley RW, *Fischer IA, *Salisbury DF. Response mode affects P300 topography. *International J Psychopharmacology* 1999;33(1):188-188.

A100.   *Salisbury DF, **Shenton ME**, McCarley RW. Association strength bias in schizophrenia. *International J Psychophysiology* 1999;33(1):191-191.

A101.   **Shenton ME**, *Salisbury DF, McCarley RW. P300 asymmetry is present longitudinally from schizophrenia onset. *International J Psychophysiology* 1999;33(1):192-192.

A102.   *Kwon JS, O'Donnell BF, Wallenstein GV, Greene RW, *Hirayasu Y, Nestor PG, Hasselmo ME, *Potts GF, **Shenton ME**, Gainski JL, McCarley RW. Gamma range amplitude and phase abnormalities to auditory stimulation in schizophrenia. *International J Psychophysiology* 1999;33(1):198-198.

A103.   *Salisbury DF, Farrell D, **Shenton ME**, *Fischer IA, Zarate C, McCarley RW. Mismatch negativity is reduced in chronic but not first episode schizophrenia. *Biol Psychiatry* 1999;45(8):25S-26S.

A104.   **Shenton ME**, Gerig G, McCarley RW, Szekeley G, Kikinis R. Morphometric hippocampal shape differences in schizophrenia. *Biol Psychiatry* 1999;45(8):117S-117S.

A105.   *Hirayasu Y, **Shenton ME**, *Salisbury DF, *Frumin M, *Fischer IA, Farrell D, Yurgelun-Todd DA, Zarate C, McCarley RW. Progressive change in posterior superior temporal gyrus in schizophrenia. *Biol Psychiatry* 1999;45(8):378S-378S.

A106.   *Dickey CC, **Shenton ME**, *Hirayasu Y, Voglmaier MM, *Niznikiewicz MA, Seidman LJ, *Frumin M, *Fraone S, *Fischer IA, *Sutton J, *Teh E, McCarley RW. *Biol Psychiatry* 1999;45(8):118S-118S.

A107.   *Levitt JJ, **Shenton ME**, *Dickey CC, Kikinis R, Jolesz FA, McCarley RW. An MRI study of caudate volume in unmedicated schizotypal personality disorder. *Biol Psychiatry* 1999;45(8):131S-131S.

A108.   *Frumin M, Golland P, McCarley RW, *Hirayasu Y, *Salisbury DF, *Fischer IA, Kikinis R, **Shenton ME**. Shape difference in the corpus callosum in first episode psychosis. *Biol Psychiatry* 1999;45(8):132S-132S.

A109.   *Niznikiewicz M, **Shenton ME**, Voglmaier M, Seidman L, *Dickey C, *Teh E, McCarley RW. Abnormal activation in lexical networks in schizotypy indexed by evoked potentials. *Biol Psychiatry* 1999;45(8):132S-132S.

A110.   O'Donnell BF, McCarley RW, *Potts GF, *Salisbury DF, Nestor PG, *Hirayasu Y, *Niznikiewicz MA, Barnard J, Shen ZJ, Weinstein DM, Bookstein FL, **Shenton ME**. Identification of neural circuits underlying P300 abnormalities in schizophrenia. *Psychophysiology* 1999;36(3):388-398.

A111.   *Dickey CC, **Shenton ME**, *Hirayasu Y, Voglmaier MM, *Niznikiewicz MA, Seidman LJ, *Frumin M, *Fraone S, *Fischer IA, *Sutton J, *Teh E, McCarley RW. CSF volume differences in schizotypal personality disorder. *Schizophr Res* 1999;36(1-3):195-195.

A112.   *Frumin M, Golland P, McCarley RW, *Hirayasu Y, *Salisbury DF, *Fischer IA, Kikinis R, **Shenton ME**. Deformation of shape of the corpus callosum in first-episode schizophrenia and affective disorder. *Schizophr Res* 1999;36(1-3):197-197.

A113.   *Kwon JS, McCarley RW, *Hirayasu Y, *Anderson JE, Kikinis R, Jolesz FA, **Shenton ME**. Volume reduction of left planum temporale in chronic schizophrenic patients. *Schizophr Res* 1999;36(1-3):202-202.

A114.   McCarley RW, *Hirayasu Y, *Salisbury DF, *Fischer IA, Yurgelun-Todd DA, Tohen M, **Shenton ME**. Left posterior superior temporal gyrus: Progressive gray matter volume reduction in schizophrenia. *Schizophr Res* 1999;36(1-3):204-205.

A115.   **Shenton ME**, Gerig G, McCarley RW, Szekeley G, Kikinis R. Hippocampal shape differences in schizophrenia. *Schizophr Res* 1999;36(1-3):210-210.

A116.   McCarley RW, *Kwon JS, O'Donnell BF, Nallenstein GV, Greene RW, Hasselmo ME, *Hirayasu Y, Nestor PG, **Shenton ME**. Gamma frequency amplitude and phase abnormalities to auditory stimulation in schizophrenia. *Schizophr Res* 1999;36(1-3):255-256.

A117.   *Niznikiewicz MA, **Shenton M**, *Dickey CC, Voglmaier MM, Seidman LJ, *Teh E, *Rhoads R, McCarley RW. Auditory P3 deficit in schizotypal personality disorder. *Schizophr Res* 1999;36(1-3):257-257.

A118.   *Salisbury DF, **Shenton ME**, *Fischer IA, *Mazzoni P, Farrell DC, Tohen M, Zarate C, McCarley RW. Longitudinal study of P300 topography in first-episode schizophrenia. *Schizophr Res* 1999;36(1-3):258-258.

A119. *Dickey CC, **Shenton ME**, *Fraone S, *Niznikiewicz MA, Voglmaier MM, Seidman LJ, *Hirayasu Y, *Kwon JS, *Fischer IA, *Anderson J, *Frumin M, McCarley RW. Reduced left Heschl's gyrus volume in schizotypal personality disorder. *Biol Psychiatry* 2000;47(8):44S-44S.

A120. Voglmaier MM, Seidman LJ, *Niznikiewicz M, *Dickey CC, **Shenton ME**, *Sutton J, McCarley RW. Thought disorder and language in schizotypal personality disorder. *Biol Psychiatry* 2000;47(8):69S-69S.

A121. *Salisbury DF, Rutherford B, **Shenton ME**, McCarley RW. Does response mode affect detection of P300 asymmetry in schizophrenia? *Biol Psychiatry* 2000;47(8):80S-80S.

A122. *Hirayasu Y, **Shenton ME**, *Tanaka S, *Salisbury DF, *Nagy A, *Dickey CC, *Kricun A, Yurgelun-Todd DA, Zarate C, McCarley RW. Specificity of reduced cortical gray matter to first episode schizophrenic psychosis. *Biol Psychiatry* 2000;47(8):341S-341S.

A123. McCarley RW, *Dickey CC, *Niznikiewicz MA, Seidman L, Voglmaier MM, *Salisbury DF, *Sutton J, **Shenton ME**. Structural MR imaging findings in schizotypal personality disorder. *Biol Psychiatry* 2000;47(8):394S-394S.

A124. *Levitt JJ, McCarley RW, *Ciszewski A, *Dickey CC, Kikinis R, Jolesz FA, **Shenton ME**. Caudate and ventricular volume in unmedicated schizotypal personality disorder. *Biol Psychiatry* 2000;47(8):452S-452S.

A125. McCarley RW, *Kwon JS, O'Donnell BF, Wallenstein GV, Greene RW, *Hirayasu Y, Nestor PG, Hassel ME, **Shenton ME**. Gamma frequency auditory processing abnormalities in schizophrenia. *Biol Psychiatry* 2000;47(8):569S-569S.

A126. *Salisbury DF, Rutherford B, **Shenton ME**, McCarley RW. Does response mode affect detection of P300 asymmetry in schizophrenia? *Biol Psychiatry* 2000:47;24S-24S.

A127. *Frumin M, Westin CF, Maier SE, *Kubicki M, McCarley RW, Mamata H, *Teh E, **Shenton ME**. White matter abnormalities in schizophrenia. *Eighth Annual Research Day, Harvard Medical School.* Sponsored by the Mysell Committee, Consolidated Department of Psychiatry, April 5, 2000.

A128. *Kubicki M, Westin CF, Maier SE, McCarley RW, Mamata H, *Frumin M, Wible CG, *Teh E, Kikinis R, Jolesz FA, **Shenton ME**. Uncinate fasciculus in schizophrenics: A diffusion tensor study. *Eighth Annual Research Day, Harvard Medical School.* Sponsored by the Mysell Committee, Consolidated Department of Psychiatry, Boston 2000.

A129. *Kricun AA, *Kubicki M, Yoo SS, Kacher D, *Salisbury DF, *Hirayasu Y, **Shenton ME**, McCarley RW, Wible CG. Early auditory processing deficits in schizophrenics: an fMRI study. *Eighth Annual Research Day, Harvard Medical School.* Sponsored by the Mysell Committee, Consolidated Department of Psychiatry, April 5, 2000.

A130. *Nagy A, *Lee CU, *Kricun AA, *Dickey CC, *Salisbury DF, **Shenton ME**, McCarley RW. Schizophrenia: Progressive prefrontal gray matter changes. *Eighth Annual Research Day, Harvard Medical School.* Sponsored by the Mysell Committee, Consolidated Department of Psychiatry, April 5, 2000.

A131. *Frumin M, Westin CF, McCarley RW, Maier S, Mamata H, *Kubicki M, **Shenton ME**. Presentation; White matter abnormalities in schizophrenia. *American Psychiatric Association New Research Abstracts* 2000:84.

A132. Gurrera RJ, *Niznikiewicz M, Berman E, Nestor P, *Allen C, **Shenton ME**, *Dodd C. Auditory P3 and personality traits in schizophrenia. *American Psychiatric Association New Research Abstracts* 2000:161.

A133. *Nagy AI, *Lee CU, **Shenton ME**, *Salisbury DF, *Kricun AA, *Dickey CC, McCarley RW. Presentation; Schizophrenia: Progressive prefrontal gray matter changes. *American Psychiatric Association New Research Abstracts* 2000:83.

A134.  *Kubicki M, Westin CF., McCarley R.W., Kikinis R. Jolesz F.A., Maier S., Mamata H., **Shenton ME**. Cingulum bundle in schizophrenics-Diffusion tensor study. *RSNA 86th Scientific Assembly and Annual Meeting*, Chicago, 2000. *Radiology* 2000;217:402.

A135.  *Frumin M, Westin CF, McCarley RW, *Kubicki M, *The E, *Allen C, **Shenton ME**. Using diffusion tensor imaging to examine the corpus callosum in schizophrenia. *The 39th Annual Meeting of the American College of Neuropsychopharmacology*, December 14, 2000, Jan Juan, Puerto.

A136.  *Niznikiewicz M, *Spencer KM, **Shenton ME**, Voglmaier M, Seidman L, *Dickey C, *Frumin M, *Sutton J, Friedman M, McCarley RW. Early priming effects in schizotypal personality disorder as demonstrated with spatiotemporal principal components analysis. *Psychophysiology* 2000;37:S75-S75.

A137.  *Salisbury DF, Rutherford B, **Shenton ME**, McCarley RW. Button pressing reduces P300 and changes its topography. *Psychophysiology* 2000;(37):S850S85.

A138.  *Frumin M, Westin CF, Maier S, McCarley RW, *Kubicki M, *Teh  E, **Shenton ME**. Corpus callosum abnormalities in schizophrenia as measured by diffusion imaging. *Schizophr Res* 2001;49(Suppl.):154-154.

A139.  *Kubicki M, Westin CF, Maier S, Mamata H, *Frumin M, Jolesz FA, McCarley RW, **Shenton ME**. Fronto-temporal white matter connections in schizophrenia, a diffusion tensor MR study. *ASNR 39th Annual Meeting*, 21-27 April 2001, Boston, MA

A140.  **Shenton ME**, *Kubicki M, Westin CF, Maier S, *Frumin M, Mamata H, McCarley RW. Disruption of the integrity within the cingulum bundle in schizophrenic subjects: MR diffusion tensor study. *Schizophr Res*2001;49(Suppl.):166-166.

A142.  Voglmaier MM, Seidman LJ, *Niznikiewicz MA, *Dickey CC, **Shenton ME**, McCarley RW. Schizotypal personality disorder: Cognition, language, and thought disorder. *Biol Psychiatry* 2001;49:271S-271S.

A143.  McCarley RW, *Kubicki M, *David E, *Salisbury D, **Shenton ME**. Voxel based morphometry analysis of gray matter in first episode schizophrenia. *Annual Meeting of American Psychiatric Association*, New Research Abstracts; 2001:89.

A144.  *Kubicki M, **Shenton ME**, *David E, *Frumin M, *Salisbury D, *Hirayasu Y, McCarley RW. A comparison of voxel-based morphometry (VBM) with region-of-interest (ROI) analysis of gray matter in control and first episode schizophrenia subjects. *Biol. Psychiatry,* 2001;49:125S-125S.

A145.  *Kubicki M, Westin CF, Maier S, *Frumin M, McCarley RW, **Shenton ME**. Integrity of the Limbic System in Schizophrenic Subjects- Cingulum Bundle MR Diffusion Tensor Study. *Biol. Psychiatry*, 2001;49:125S-125S.

A146.  *Kubicki M, Westin CF, Maier S, Mamata H, *Frumin M, *Teh E, McCarley RW, **Shenton ME**. Diminished asymmetry within frontal-temporal connections in schizophrenics, a diffusion tensor study. *Schizophr Res* 2001; (Suppl);9:159-159.

A147.  Griggs CB, **Shenton ME**, McCarley RW, *Salisbury DF. Neuropsychological correlates of subordinate homograph disambiguation. *Psychophysiology* 2001;38(Suppl.):S45-S45.

A148.  McCarley RW, Wible C, *Salisbury D, *Niznikiewicz M, *Hirayasu Y, *Spencer K, **Shenton M**. Liking brain function and structure in schizophrenia: Structural MRI, fMRI and ERP data on auditory mismatch negativity and P300. *International J Psychophysiology* 2001;41(3):204-204.

A149.  *Dickey CC, McCarley RW, Voglmaier MM, *Niznikiewicz MA, Seidman LJ, *Frumin M, **Shenton ME**. MRI measures of prefrontal gray and white matter in males and females diagnosed with schizotypal personality disorder. *Schizophr Res* 2001;49(1-2):153-153.

A150.   McCarley RW, *Dickey CC, *Fraone S, *Niznikiewicz MA, *Hirayasu Y, Volgmaier MM, **Shenton ME**. Reduced left Heschl's gyrus volume in schizophrenia spectrum disorder using structural MRI. *Schizophr Res* 2001;49(1-2):160-161.

A151.   *Kasai K, **Shenton ME**, *Salisbury DF, *Lee CU, *Dickey CC, Yurgelun-Todd D, McCarley RW. Fusiform gyrus volume reduction in first-episode schizophrenia. *Biol Psychiatry* 2001;49(8):64S-64S.

A152.   *Levitt JJ, McCarley RW, *Ciszewski A, *Salisbury DF, Kikinis R, Jolesz FA, **Shenton ME**. An MRI study of caudate nucleus and lateral ventricle volume in first episode schizophrenia. *Biol Psychiatry* 2001;49(8):203S-203S.

A153.   *Niznikiewicz MA, *Spencer K, **Shenton ME**, Voglmaier M, Seidman L, *Dickey C, *Frumin M, *Friedman M, McCarley RW. Semantic overactivation present early in schizotypal personality disorder: Evidence from principal components analysis. *Biol Psychiatry* 2001;49(8):228S-228S.

A154.   *Dickey C, McCarley RW, Voglmaier M, *Niznikiewicz M, *Frumin M, Seidman L, **Shenton ME**. Neurobiology of schizotypal personality disorder. *Biol Psychiatry* 2001;49(8):244S-244S.

A155.   *Dickey CC, **Shenton ME**, Voglmaier MM, *Niznikiewicz MA, Seidman LJ, *Frumin M, *Fraone S, Ahn S, *Madan A, McCarley RW. Prefrontal cortex in schizotypal personality disorder males and females. Biol Psychiatry 2001;49(8):336S-336S.

A156.   Voglmaier MM, Seidman LJ, *Niznikiewicz MA, *Dickey CC, **Shenton ME**, McCarley RW. Schizotypal personality disorder: Cognition, language, and thought disorder. *Biol Psychiatry* 2001;49(8):271S-271S.

A157.   *Salisbury DF, Bonner-Jackson A, Griggs CB, **Shenton ME**, McCarley RW. Mismatch negativity in schizophrenia: Does MMN amplitude decline with disease duration? *Biol Psychiatry* 2001;49(8):296S-296S.

A158.   *Frumin M, Westin CF, McCarley RW, *Kubicki M, *Teh E, *Allen C, Maier SE, **Shenton ME**. White matter abnormalities in schizophrenia using diffusion tensor imaging: A study of the corpus callosum. *Biol Psychiatry* 2001;49(8):337S-337S.

A159.   *Niznikiewicz M, Han SD, Nestor P, *Dodd C, **Shenton M**, McCarley RW. When word-level and paragraph-level collide. *International J Psychophysiology* 2001;41(3):228S-228S.

A160.   *Kubicki M, *Fitchorov T, Westin CF, *Frumin M, *Ersner-Hershfield H, Jolesz FA, McCarley RW, **Shenton ME**. White matter abnormalities in schizophrenia: Evidence from diffusion tensor and myelin saturation techniques. *Biol Psychiatry* 2002;51(8):169S-169S.

A161.   *Frumin M, Westin CF, Maier S, *Kubicki M, Kikinis R, Jolesz FA, McCarley RW, **Shenton ME**. A diffusion tensor imaging study of the corpus callosum in schizophrenia. *Biol Psychiatry* 2002;51(8):139S-139S.

A162.   Voglmaier MM, Seidman LJ, *Madan A, *Niznikiewicz MA, *Dickey CC, **Shenton ME**, McCarley RW. Dichotic sentence identification and semantic facilitation in schizotypal personality Disorder. *Biol Psychiatry* 2002;51(8):64S-64S.

A163.   *Onitsuka T, **Shenton ME**, *Kasai K, Nestor PG, McCarley RW. Fusiform gyrus volume reduction and facial recognition in chronic schizophrenia. *Biol Psychiatry* 2002;51(8):75S-75S.

A164.   *Levitt JJ, McCarley RW, Westin CF, Estepar RS, Kikinis R, Jolesz FA, **Shenton ME**. An MRI of the shape of the caudate nucleus in schizotypal personality disorder. Poster presentation at *The 41st Annual Meeting of the American College of Neuropsychopharmacology*, December 2002, Jan Juan, Puerto.

A165.   *Salisbury D, **Shenton ME**, McCarley RW. Reduction of MMN in the first few years of schizophrenia. *Psychophysiology* 2002;39:S73-S73.

A166.   *Kubicki M, Westin CF, Maier S, *Frumin M, Nestor P, *Salisbury D, Kikinis R, Jolesz F, McCarley RW, **Shenton ME**. Uncinate fasciculus findings in schizophrenia: A magnetic resonance diffusion tensor imaging study. *Schizophr Res* 2002;53(3):88-88.

A167.   *Kubicki M, **Shenton ME**, *Salisbury DF, Hirayasu Y, McCarley RW. Voxel-based morphometric analysis of gray matter in first episode schizophrenia. *Schizophr Res* 2002;53(3):96-96.

A168.   McCarley RW, **Shenton ME**, *Kasai K, *Hirayasu Y, *Salisbury DF. Progression of gray matter loss after first-episode in schizophrenia but not in bipolar psychosis. *Biol Psychiatry* 2002;51(8):31S-31S.

A169.   *Salisbury DF, **Shenton ME**, McCarley RW. Age and chronicity effects on P300 amplitude in schizophrenia and psychotic mania. *Biol Psychiatry* 2002;51(8):133S-133S.

A170.   *Dickey CC, McCarley RW, Voglmaier M, *Niznikiewicz M, *Toner S, *Demeo S, Seidman L, *Frumin M, **Shenton ME**. Structural MRI study of fusiform gyrus gray matter in schizotypal personality disorder. *Biol Psychiatry* 2002;51(8):164S-164S.

A171.   *Levitt JJ, McCarley RW, *Ersner-Hershfield H, *Salisbury DF, Kikinis R, Jolesz FA, **Shenton ME**. An MRI study of caudate nucleus and lateral ventricle volume in first episode schizophrenia and affective psychosis. *Biol Psychiatry* 2002;51(8):175S-175S.

A172.   *Ersner-Hershfield H, *Levitt JJ, McCarley RW, *Kubicki M, Westin CF, Kikinis R, Jolesz F, **Shenton ME**. An MRI diffusion tensor imaging study of the anterior limb of the internal capsule. *Eleventh Annual Research Day, Harvard Medical School. Sponsored by the Mysell Committee, Consolidated Department of Psychiatry*, Boston 2003.

A173.   *Kubicki M, Westin CF, *Frumin M, *Ersner-Hershfield H, Jolesz F, McCarley RW, **Shenton ME**. DTI and MTR Abnormalities in Schizophrenia- Voxel Wise Analysis of White Matter Integrity. *Schizophr Res* (Suppl.) 2003;60:199-199.

A174.   *Park HJ, Westin CF, *Brun A., *Kubicki M, McCarley RW, and **Shenton ME**.A method for hemispheric asymmetry of white matters using diffusion tensor MRI. *Human Brain Mapping* 2003, New York, USA, In: *Neuroimage*, 2003;S:918.

A175.   *Schwartz DP, *Dickey CC, Panych LP, **Shenton ME**, Yoo S-S, *Toner SK, Wible CG, Jolesz F, Kikinis R, McCarley RW. fMRI Activation of the Superior Temporal Gyrus in Schizotypal Personality Disorder. Eleventh Annual Research Day, Harvard Medical School. Sponsored by the Mysell Committee, Department of Psychiatry, March 19, 2003.

A176.   *Onitsuka T, *Niznikiewicz MA, **Shenton ME**, Nestor PG, *Lucia LC, McCarley RW. Schizophrenia is associated with deficits in the neural network for face processing. Eleventh Annual Research Day, Harvard Medical School. Sponsored by the Mysell Committee, Department of Psychiatry, March 19, 2003.

A177.   *Ersner-Hershfield H, *Levitt JJ, McCarley RW, *Kubicki M, Westin CF, Kikinis R, Jolesz FA, **Shenton ME**. An MRI diffusion tensor imaging study of the anterior limb of the internal capsule. Eleventh Annual Research Day, Harvard Medical School. Sponsored by the Mysell Committee, Department of Psychiatry, March 19, 2003.

A178.   *Park, HJ, **Shenton ME**, *Kubicki M, McCarley RW. Statistical probability atlas map of first episode schizophrenia, Eleventh Annual Research Day, Harvard Medical School. Sponsored by the Mysell Committee, Department of Psychiatry, March 19, 2003.

A179.   *Wiegand LC, Warfield SK, *Levitt JJ, *Hirayasu Y, *Salisbury DF, Heckers S, Kikinis R, Jolesz FA, McCarley RW, **Shenton ME**. Prefrontal Cortical Thickness in Schizophrenia: An MRI Study. Eleventh Annual Research Day, Harvard Medical School. Sponsored by the Mysell Committee, Department of Psychiatry, March 19, 2003.

A180. *Demeo S, *Dickey CC, **Shenton ME**, *Frumin M, *Niznikiewicz MA, Voglmaier M, Seidman LJ, *Madan A, McCarley RW. Superior Temporal Gyrus in Females with Schizotypal Personality Disorder: A Quantitative MRI Study. Eleventh Annual Research Day, Harvard Medical School. Sponsored by the Mysell Committee, Department of Psychiatry, March 19, 2003.

A181. *Allen CG, Nestor PG, McCarley RW, **Shenton ME**. Retrieval induced forgetting assessing associative memory in schizophrenia. *Schizophr Res* 2003;60(1.):121-121 Suppl.

A182. Nestor PG, *Kubicki M, **Shenton ME**, *Allen CG, *Niznikiewicz MA, McCarley RW. Diffusion tensor Iimaging correlates of learning and memory in chronic schizophrenia. *Schizophr Res* 2003;60(Suppl.):150-151.

A183. *Dickey C, McCarley RW, Voglmaier M, *Niznikiewicz M, Seidman LJ, *Demeo SS, *Ersner-Hershfield H, *Schwartz DP, *Frumin M, **Shenton ME**. Odd speech and the superior temporal gyrus in females with schizotypal personality disorder: A MRI study. *Schizophr Res* 2003;60(Suppl.):193-193.

A184. *Kubicki M, Westin CF, *Frumin M, *Ersner-Hershfield H, Jolesz FA, McCarley RW, **Shenton ME**. DTI and MTR abnormalities in schizophrenia- voxel wise analysis of white matter integrity. *Schizophr Res* 2003;60(Suppl.):199-199.

A185. *Niznikiewicz MA, Hun SD, Nestor PG, *Dodd C, **Shenton ME**, McCarley RW. Processing of word-level and paragraph-level information in schizotypy. *Schizophr Res* 2003;60(Suppl.):256-257.

A186. *Salisbury DF, *Kasai K, **Shenton ME**, McCarley RW. Mismatch negativity amplitude and Heschl's gyrus volume in first-episode schizophrenia. *Schizophr Res* 2003;60(Suppl.):259-259.

A187. *Park HJ, **Shenton ME**, *Kubicki M, McCarley RW. Spatial distribution of temporal lobe subregions in first episode schizophrenia: Statistical probability atlas approach. *Human Brain Mapping* 2003, New York, June 21.

A188. *Park HJ, Westin CF, *Kubicki M, *Brun A, McCarley RW. **Shenton ME**. A method for hemispheric asymmetry of white matter using diffusion tensor MRI. *Human Brain Mapping* 2003, New York, June 21.

A189. *Kubicki M, *Park HJ, Westin CF, Mulkern R, *Frumin M, *Connor E, Jolesz FA, McCarley RW, **Shenton ME**. White matter integrity in schizophrenia – A DTI and MTR voxel based analysis. *The 42nd Annual Meeting of the American College of Neuropsychopharmacology*, December 8, 2003, Jan Juan, Puerto.

A190. *Levitt JJ, McCarley RW, Westin CF, Nestor P.G., Estepar R.S.J., Kikinis R., Jolesz F.A., **Shenton ME**. Shape of the caudate nucleus in schizoptypal personality disorder: an MRI study. Paper presented at the *Society of Biological Psychiatry Annual Meeting*, May 15-May 17, 2003, San Francisco, CA. *Biol Psychiatry* 2003;53(8):327S-327S.

A191. *Levitt, JJ, McCarley RW, Westin CF, Nestor PG, Kikinis R, Jolesz FA, **Shenton ME**. Caudate Nucleus in Schizotypal Personality Disorder: An MRI Shape Study. Paper presented at the *American Psychiatric Association Meeting*, May 17-May 22, 2003, San Francisco, CA.

A192. *Levitt JJ, McCarley RW, *Ersner-Hershfield H, *Kubicki M, Westin CF, Kikinis R, Jolesz FA, **Shenton ME**. Fiber Disorder in Schizophrenia: A DTI study of thalamo-cortical connections. Paper presented at the *American College of Neuropsychopharmacology Meeting*, December 7-11, 2003, San Juan, Puerto Rico.

A193. McCarley RW, *Salisbury D, Wible C, **Shenton ME**. Matching the mismatch in EEG, fMRI and structural MRI data. *Biol Psychiatry* 2003;53(8):18S-18S.

A194. *Onitsuka T, **Shenton ME**, *Dickey CC, *Kuroki N, Nestor PG, McCarley RW. Middle and inferior temporal gyrus gray matter volume abnormalities in chronic schizophrenia: An MRI study. *Biol Psychiatry* 2003;53(8):332S-332S.

A195.   *Salisbury DF, *Kasai K, **Shenton ME**, McCarley RW. Mismatch negativity and Heschl's gyrus gray matter volume longitudinally in first-episode schizophrenia. *Biol Psychiatry* 2003;53(8):250S-250S.

A196.   *Niznikiewicz MA, *Onitsuka T, **Shenton ME**, *Frumin M, McCarley RW. N400 correlations with brain structures in schizophrenia. *Biol Psychiatry* 2003;53(8):144S-144S.

A197.   *Kubicki M, *Park HJ, Westin CF, Mulkern R, *Frumin M, *Connor E, Jolesz FA, McCarley RW, **Shenton ME**. White Matter Integrity in Schizophrenia- DTI and MTR Voxel-Wise Analysis. *Winter Workshop in Schizophrenia,* Davos, Switzerland, 2004.

A198.   *Kuroki N, *Kubicki M, Nestor PG, McCarley RW, *Park HJ, *Levitt JJ, *Woolston S, *Frumin M, *Niznikiewicz M, Westin CF, Maier SE, **Shenton ME**. Fornix integrity and hippocampal volume in schizophrenia. *Biol Psychiatry* 2004;55:72S-73S.

A199.   *Levitt JJ, *Ersner-Hershfield H, *Kubicki M, Westin CF, Kikinis R, Jolesz FA, McCarley RW, **Shenton ME**. An MR-DTI study of thalamo-cortical connections in schizophrenia. *Biol Psychiatry* 2004;55:126S-126S.

A200.   *Nakamura M, McCarley RW, Maier SE, *Dickey CC, *Kubicki M, Westin CF, *Kuroki N, *Niznikiewicz MA, Seidman LJ, Voglmaier MM, *Connor EE, *Kim SS, **Shenton ME**. Diffusion tensor imaging in schizotypal personality disorder. *Biol Psychiatry* 2004;55:237S-237S.

A201.   *Connor EE, *Ungar LP, *Kubicki M, Nestor PG, Jolesz FA, Kikinis R, McCarley RW, **Shenton ME**. Cingulum Bundle Integrity and Cognitive Inhibition in Schizophrenia. *Twelfth Annual Research Day, Harvard Medical School. Sponsored by the Mysell Committee, Department of Psychiatry*, Boston 2004.

A202.   *Kuroki N, *Kubicki M, Nestor PG, McCarley RW, *Park HJ, *Levitt JJ, *Woolston S, *Frumin M, *Niznikiewicz M, Westin CF, Maier SE, **Shenton ME**. Fornix and Hippocampus in Schizophrenia: A Diffusion Tensor Imaging and Structural MRI Study. *Twelfth Annual Research Day, Harvard Medical School. Sponsored by the Mysell Committee, Department of Psychiatry,* Boston, 2004.

A203.   *Ungar LP, *Connor EE, *Kubicki M, Nestor PG, *Niznikiewicz M, McCarley RW, **Shenton ME**. Stroop and Conflict Monitoring in Healthy Subjects: Evidence from DTI and fMRI. *Twelfth Annual Research Day, Harvard Medical School. Sponsored by the Mysell Committee, Department of Psychiatry,* Boston, 2004.

A204.   *Woolston S, *Levitt, JJ, *Kuroki N, *Frumin M, Kikinis R, Jolesz FA, McCarley RW, **Shenton ME**. An MRI study of the ventromedial striatum in schizophrenia. Twelfth Annual Research Day, Harvard Medical School. Sponsored by the Mysell Committee, Department of Psychiatry, March 24, 2004.

A205.   *Levitt JJ, *Ersner-Hershfield H, *Kubicki M, Westin CF, Kikinis R, Jolesz FA, McCarley RW, **Shenton ME**. An MR-DTI study of thalamo-cortical connections in schizophrenia. Paper accepted for presentation at the *Society of Biological Psychiatry Annual Meeting*, April 29-May 1, 2004, New York, New York.

A206.   *Spencer K, *Kubicki M, *Niznikiewicz MA, Nestor PG, *Frumin M, **Shenton ME**, McCarley RW. Neural synchrony in top-down attentional control: Functional and structural correlates. *Cognitive Neuroscience Society Abstracts*, 2004:S159.

A207.   *Spencer KM, Nestor PG, *Niznikiewicz MA, Valdman O, **Shenton ME**, McCarley RW. Hyperpriming of attention shifting in schizophrenia: experiment and simulation. *International Journal of Psychophysiology*, 2004;54:20.

A208.   *Allen CG, Nestor PG, McCarley RW, **Shenton ME**. Associative memory patterns differ in schizophrenia: A retrieval-induced forgetting paradigm. *The 112th Convention of the American Psychological Association*, July 28, 2004.

A209.   *Koo M, *Levitt JJ, McCarley RW, Seidman LJ, *Dickey CC, *Niznikiewicz MA, Voglmaier MM, *Zamani P, *Long KR, *Kim SS, **Shenton ME**. Caudate nucleus volume and its clinical and cognitive correlates in female

neuroleptic - naive patients with schizotypal personality disorder. *The 34th Annual Meeting of the Society for Neuroscience*, San Diego, CA, October 27, 2004.

A210.   *Dickey CC, McCarley RW, Voglmaier M, *Rose K, *Niznikiewicz MA, *Demeo S, Seidman LJ, **Shenton ME**. Areas of the Paralimbic Belt in Schizotypal Personality Disorder: A Pilot MRI Study. *Biol Psychiatry* 2004;55:20S-20S.

A211.   *Kasai K, Gilbertson MW, **Shenton ME**, Yamasue H, Lasko NB, Orr SP, Pitman RK. Determining structural brain abnormalities predicting vulnerability to psychological trauma. *Biol Psychiatry* 2004;55:228S-228S.

A212.   McCarley RW, **Shenton ME**, *Kasai K, *Kuroki N. Progression of STG gray matter volume decrease in first-episode schizophrenia but not in first episode mania. *Biol Psychiatry* 2004;55:73S-73S.

A213.   *Salisbury, DF, *Kuroki N, *Kasai K, **Shenton ME**, McCarley RW. Mismatch negativity as an index of peri-onset cortical reduction in schizophrenia. *Biol Psychiatry* 2004;55:221S-222S.

A214.   *Spencer KM, Perlmutter R, Klump M, *Niznikiewicz MA, Nestor PG, *Frumin M, **Shenton ME**, McCarley RW. Gamma-band EEG synchrony and hallucinations in schizophrenia. *Biol Psychiatry* 2004;55:207S-207S.

A215.   *Koo M, *Levitt JJ, McCarley RW, Seidman LJ, *Dickey CC, *Niznikiewicz MA, Voglmaier MM, *Zamani P, *Long KR, *Kim SS, **Shenton ME**. Caudate nucleus volume and its clinical and cognitive correlates in female neuroleptic - naive patients with schizotypal personality disorder. Paper presented at the *Society for Neuroscience*, October 22-October 26, 2004, Washington, DC.

A216.   Levitt JJ, McCarley RW, *Ersner-Hershfield H, *Kubicki M, Westin CF, Kikinis R, Jolesz FA, **Shenton ME**. Fiber Disorder in Schizophrenia: A DTI study of thalamo-cortical connections. Paper presented at the *American College of Neuropsychopharmacology Meeting*, December 7-11, 2003, San Juan, Puerto Rico.

A217.   *Dickey CC, **Shenton ME**, Seidman LJ, *Connor E, Voglmaier M, *Niznikiewicz M, *Dreusicke M, McCarley RW. Simple auditory processing in schizotypal personality disorder. Poster presented at the *43rd Annual Meeting of the American College of Neuropsychopharmacology*, December, 2004, San Juan, Puerto Rico. *Neuropsychopharmacology* 2004;29:S79-S79.

A218.   *Kubicki M, *Park HJ, Westin CF, Mulkern R, Maier S, *Niznikiewicz M, *Connor E, *Levitt J, *Frumin M, Kikinis R, Jolesz FA, McCarley RW, **Shenton ME**.DTI and MTR abnormalities in schizophrenia: Analysis of white matter integrity. Poster presented at the *43rd Annual Meeting of the American College of Neuropsychopharmacology*, December, 2004, San Juan, Puerto Rico .*Neuropsychopharmacology* 2004;29:S167-S167.

A219.   *Spencer KM, Nestor PG, Perlmutter R, *Niznikiewicz MA, Klump MC, *Frumin M, **Shenton ME**, McCarley RW. Neural synchrony indexes disordered perception and cognition in schizophrenia. Poster presented at the 43rd Annual Meeting of the *American College of Neuropsychopharmacology*, December, 2004, San Juan, Puerto Rico. *Neuropsychopharmacology* 2004;29:S227-S227.

A220.   *Spencer KM, Nestor PG, Perlmutter R, *Niznikiewicz MA, Klump MC, *Frumin M, **Shenton ME**, McCarley RW. Gamma-band synchrony indexes disordered perception and cognition in schizophrenia. *Psychophysiology* 2004;41:S90-S90.

A221.   *Spencer KM, Nestor PG, *Niznikiewicz MA, Valdman O, **Shenton ME**, McCarley RW. Hyperpriming of attention shifting in schizophrenia: Experiment and simulation. *International J of Psychopharmacology* 2004;54:20-20.

A222.   McCarley RW, **Shenton ME**, *Onitsuka T, Nestor P, *Niznikiewicz MA, *Salisbury D. Fusiform gyrus volume reduction and altered face processing in schizophrenia. Poster presented at the 43rd Annual Meeting of the *American College of Neuropsychopharmacology*, December, 2004, San Juan, Puerto Rico. *Neuropsychopharmacology* 2004;29:S64-S64.

A223. **Shenton ME**, Gerig G, *Kwon JS, *Park HJ, *Deutsch C, *Kubicki M, McCarley RW. Midline cavum septi pellucidi abnormalities, shape abnormalities, and diffusion tensor corpus callosum asymmetry abnormalities in schizophrenia. *International J of Neuropsychopharmacology* 2004;7:S59-S59.

A224. *Koo M, *Dickey CC, **Shenton ME**, *Ji NY, *Bouix S, *Kuroki N, Voglmaier MM, Seidman LJ, *Nakamura M, McCarley RW. Smaller neocortical gray matter and larger CSF volumes in female neuroleptic-naive subjects with personality disorder. *10th International Congress on Schizophrenia Research Meeting*, Savannah, Georgia, 2005, *Schizophr Bull* 2005;3(2):396-396.

A225. *Kubicki M, Nestor PG, *Connor E, *Ungar L, *Niznikiewicz M, Kikinis R, McCarley RW, **Shenton ME**. Evidence of executive attentional network abnormalities in schizophrenia. *10th International Congress on Schizophrenia Research Meeting*, Savannah, Georgia, 2005, *Schizophr Bull* 2005;3(2):396-396.

A226. *Levitt JJ, *Connor EE, *Woolston SL, *Ungar LP, *Kuroki N, Kikinis R, Jolesz FA, McCarley RW, **Shenton ME**. The limbic striatum in schizophrenia: An MRI study. *10th International Congress on Schizophrenia Research Meeting*, Savannah, Georgia, 2005, *Schizophr Bull* 2005;3(2):397-397.

A227. *Nakamura M, McCarley RW, *Kubicki M, *Dickey CC, *Niznikiewicz MA, Voglmaier MM, Seidman LJ, Maier SE, Westin CF, Kikinis R, **Shenton ME**. Fronto-temporal disconnectivity in schizotypal personality disorder: A diffusion tensor imaging study. *10th International Congress on Schizophrenia Research Meeting*, Savannah, Georgia, 2005, *Schizophr Bull* 2005;3(2):401-401.

A228. *Dickey CC, *Kubicki M, Morocz I, **Shenton ME**, *Dreusicke M, *Connor E, Seidman LJ, Voglmaier M, *Niznikiewicz M, *Paynter V, McCarley RW. Early auditory sensory processing in schizotypal personality disorder: A fMRI study. *10th International Congress on Schizophrenia Research Meeting*, Savannah, Georgia, 2005, *Schizophr Bull* 2005;3(2):416-416.

A229. McCarley RW, *Spencer KM, Nestor PG, Perlmutter R, *Niznikiewicz MA, Klump MC, *Frumin M, **Shenton ME**. Abnormal gamma band neural synchrony indexes disordered perception and cognition in schizophrenia. *10th International Congress on Schizophrenia Research Meeting*, Savannah, Georgia, 2005, *Schizophr Bull* 2005;3(2):459-459.

A230. *Niznikiewicz MA, *Paytner V, *Lucia L, Nestor P, **Shenton M**, McCarley RW. Hyper-priming in first episode schizophrenia. *10th International Congress on Schizophrenia Research Meeting*, Savannah, Georgia, 2005, *Schizophr Bull* 2005;3(2):460-461.

A231. *Salisbury DF, Collins KC, *Kuroki N, **Shenton ME**, McCarley RW. Auditory N1 and Heschl's gyrus in first hospitalized and chronic schizophrenia. *10th International Congress on Schizophrenia Research Meeting*, Savannah, Georgia, 2005, *Schizophr Bull* 2005;3(2):462-462.

A232. *Allen CG, Nestor PG, *Niznikiewicz MA, Cunningham T, Adams J, **Shenton ME**, McCarley RW. Transdermal nicotine-effects on attention in schizophrenia. *10th International Congress on Schizophrenia Research Meeting*, Savannah, Georgia, 2005, *Schizophr Bull* 2005;3(2):509-509.

A233. *Nakamura M, *Hirayasu H, *Salisbury DF, *Bouix S, Pohl KM, Yoshida T, *Koo MS, **Shenton ME**, McCarley RW. Smaller neocortical gray matter volume in both first episode schizophrenia and first episode affective psychosis, determined by a new segmentation algorithm. Poster presented at the 60th Annual Meeting of Biological Psychiatry, Atlanta, GA, *Biological Psychiatry* 2005:57:29S-29S.

A234. McCarley RW, **Shenton ME**, *Kasai K, *Salisbury DF. Regionally specific progression of MRI gray matter volume loss after schizophrenia onset. Poster presented at the 60th Annual Meeting of Biological Psychiatry, Atlanta, GA, *Biological Psychiatry* 2005:57:72S-72S.

A235. *Koo MS, *Dickey CC, **Shenton ME**, *Ji NY, *Bouix S, Voglmaier MM, *Levitt JJ, *Nakamura M, McCarley RW. Neocortical gray matter and CSF abnormalities in female neuroleptic-naive subjects with schizotypal

personality disorder determined with new segmentation method. Poster presented at the 60th Annual Meeting of Biological Psychiatry, Atlanta, GA, *Biological Psychiatry* 2005:57:98S-98S.

A236.   *Kubicki M, Nestor PG, *Connor EE, *Ungar LP, *Niznikiewicz MA, McCarley RW, **Shenton ME**.Evidence of executive attentional network abnormalities in schizophrenia. Poster presented at the 60th Annual Meeting of Biological Psychiatry, Atlanta, GA, *Biological Psychiatry* 2005:57:116S-116S.

A237.   *Salisbury DF, Collins KC, *Kuroki N, **Shenton ME**, McCarley RW. Auditory N1 deficits in chronic and in first-hospitalized schizophrenia. Poster presented at the *60th Annual Meeting of Biological Psychiatry*, Atlanta, GA, *Biological Psychiatry* 2005:57:196S-196S.

A238.   *Levitt JJ, *Rosow LK, *Connor EE, *Ungar LP, *Kuroki N, Kikinis R, Jolesz FA, McCarley RW, **Shenton ME**. The limbic striatum in schizophrenia: An MRI study. Poster presented at the 60th Annual Meeting of Biological Psychiatry, Atlanta, GA, *Biological Psychiatry* 2005:57:204S-204S.

A239.   **Shenton ME**, *Salisbury DF, *Kasai K, *Kubicki M, *Park HJ, McCarley RW. In vivo neuroimaging data in support of auditory processing abnormalities in schizophrenia. *Biological Psychiatry* 2005;57(8):18S-19S.

A240.   *Dreusicke M, *Dickey CC, Morocz I, *Niznikiewicz M, Voglmaier M, Seidman L, *Paynter V, **Shenton ME**, McCarley RW.  fMRI Suggests Altered Emotional Language Processing in Schizotypal Personality Disorder (SPD). *Fourteenth Annual Research Day, Harvard Medical School. Sponsored by the Mysell Committee*, Department of Psychiatry, April 5, 2006.

A241.   *Markant D, *Levitt JJ, *Cohen A, *Bouix S, McCarley RW, **Shenton ME**. Optimized Voxel-Based Morphometric Analysis of Gray Matter in Chronic Schizophrenia.  *Fourteenth Annual Research Day, Harvard Medical School. Sponsored by the Mysell Committee*, Department of Psychiatry, April 5, 2006.

A242.   *Bushell GB, *Kubicki M, *Bouix S, *Park HJ, *Dreusicke MH, Westin CF, Kikinis R, McCarley RW, **Shenton ME**. Diffusion Fiber Tractography Suggests Fronto-Temporal Disconnectivity in Schizophrenia.  Fourteenth Annual Research Day, Harvard Medical School. Sponsored by the Mysell Committee, Department of Psychiatry, April 5, 2006.

A243.   Gerothanassis D, *Dickey CC, **Shenton ME**, *Niznikiewicz MA, Voglmaier M, *Cohen AS, *Bushell GL, *Dreusicke MH, Seidman LJ, McCarley RW. A Pilot Volumetric MRI Study of the Prefrontal Cortex in Individuals with Schizotypal Personality Disorder.  *Fourteenth Annual Research Day, Harvard Medical School. Sponsored by the Mysell Committee*, Department of Psychiatry, April 5, 2006.

A244.   Wolfe D, Morocz I, McCarley RW, Seidman L, Thermenos H, *Dreusicke M, *Paynter V, Voglmaier M, *Niznikiewicz M, **Shenton ME**, *Dickey CC. Altered Cortical Activity During Visual Working Memory in Schizotypal Personality Disorder: A Pilot fMRI Study. *Fourteenth Annual Research Day, Harvard Medical School. Sponsored by the Mysell Committee*, Department of Psychiatry, April 5, 2006.

A245.   *Hsu LY, *Dickey CC, **Shenton ME**, *Niznikiewicz MA, Voglmaier M, Seidman L, *Paynter V, McCarley RW. Superior Temporal Sulcus Volumes and Schizotypal Personality Disorder Deficits.  *Fourteenth Annual Research Day, Harvard Medical School. Sponsored by the Mysell Committee*, Department of Psychiatry, April 5, 2006.

A246.   *Dickey CC, Morocz IA, *Dreusicke M, *Paynter V, Voglmaier M,*Niznikiewicz M, Seidman LJ, **Shenton ME**, McCarley RW. Lack of Cingulate activation by fMRI in subjects with schizotypal personality disorder during an emotional courting stroop task. *Biological Psychiatry* 2006;59(8s):28s-28s.

A247.   *Niznikiewicz M, *Spencer K, *Paynter V, Voglmaier M, *Dickey C, Seidman L, **Shenton M**, McCarley R. Abnormal pitch MMN in schizotypal personality disorder individuals. *Biological Psychiatry* 2006;59(8s):28s-28s.

A248. Wolfe DJ, *Dickey CC, Seidman LJ, Morocz IA, Thermenos HW, *Dreusicke MH, *Paynter VR, Voglmaier MM, *Niznikiewicz MA, **Shenton ME**, McCarley RW. Altered cortical activity during visual working memory in schizotypal personality disorder: A pilot fMRI study. *Biological Psychiatry* 2006;59(8s):31s-31s.

A249. Gerothanassis D, *Dickey CC, **Shenton ME**, *Niznikiewicz MA, Voglmaier MM, *Cohen AS, *Bushell GL, *Dreusicke MH, Seidman LJ, McCarley RW. A pilot volumetric MRI study of the prefrontal cortex in individuals with schizotypal personality disorder. *Biological Psychiatry* 2006;59(8s):35s.

A250. *Salisbury DF, Adler M, Brown C, **Shenton ME**, McCarley RW. P300, cognition, and symptoms at first hospitalization and longitudinally in the first episode schizophrenia. *Biological Psychiatry* 2006;59(8s):54s-54s.

A251. *Kubicki M, *Bushell GL, *Markant D, *Dreusicke M, *Park HJ, *Bouix S, Westin CF, Kikinis R, McCarley RW, **Shenton ME**. In-vivo diffusion fiber tractography suggests disruptions in connectivity between the frontal and temporal lobes in schizophrenia. *Biological Psychiatry* 2006;59(8s):57s-57s.

A252. *Kubicki M, *Ungar L, Wible, CG, Nestor PG, *Connor EE, Westin CF, Kikinis R, **Shenton ME**, McCarley RW. Executive attentional network-functional activation and anatomical integrity in schizophrenia. *Biological Psychiatry* 2006;59(8s):83s-83s.

A253. *Nakamura M, Nestor PG, **Shenton ME**, *Niznikiewicz MA, *Levitt JJ, *Kawashima T, *Cohen AS, McCarley RW. Orbitofrontal volume deficit and sulcal pattern alteration in schizophrenia and volumetric association with the Iowa gambling task. *Biological Psychiatry* 2006;59(8s):117s-117s.

A254. *Levitt JJ, *Rosow LK, *Conner EE, *Ungar LP, *Kuroki N, Kikinis R, Jolesz FA, McCarley RW, **Shenton ME**. An MRI study of ventral and dorsal striatum in schizophrenia. *Biological Psychiatry* 2006;59(8s):160s160s.

A255. *Koo MS, *Kubicki M, McCarley RW, *Niznikiewicz M, *Kuroki N, *Lee KU, *Levitt JJ, Westin CF, *Bouix S, **Shenton ME**. Diffusion tensor imaging study of the fornix and hippocampus in neuroleptic-naive schizotypal personality disorder. *Biological Psychiatry* 2006;59(8s):163s-163s.

A256. **Shenton ME**, *Kubicki M, *Bouix S, *Niethammer M, O'Donnell L, Westin CF, Fletcher T, Styner M, Whitaker R, Gerig G, Kikinis R. Diffusion tensor Analysis. Poster presented at the Road Map National Centers for Biomedical Computing (NCBC), All Hands Meeting, Lister Hill Center and Natcher Conference Center, National Institute of Health, Bethesda, MD, July 17, 2006.

A257. *Kubicki M, *Park HJ, Nestor PG, *Bushell G, Westin CF, *Niethammer M, *Markant D, Kindlmann G, *Rosenberger G, Kikinis R, McCarley RW, **Shenton ME**. Disruptions in connectivity between frontal and temporal lobes in schizophrenia: A diffusion fiber tractography study. *45ᵗʰ Annual Meeting of the American College of Neuropsychopharmacology*, December 5, 2006, Hollywood, FL. *International J of Neuropsychopharmacology* 2006;9:S42-S42.

A258. McCarley RW, *Spencer KM, **Shenton ME**, Nestor PG. Abnormalities of gamma EEG oscillations in schizophrenia. *Neuropsychopharmacology* 2006;31:S64-S64.

A259. *Dickey CC, Morocz IA, *Khan U, *Niznikiewicz M, Voglmaier M, Seidman LJ, **Shenton ME**, McCarley RW. Pilot fMRI study of prosody in schizotypal personality disorder: Sarcasm is difficult to process. *Neuropsychopharmacology* 2006;31:S85-S85.

A260. *Kubicki M, *Park JH, Nestor PG, *Bushell G, Westin CF, *Niethammer M, *Markant D, Kindlmann G, *Rosenberger G, Kikinis R, McCarley RW, **Shenton ME**. Disruptions in connectivity between frontal and temporal lobes in schizophrenia: A diffusion fiber tractography study. Neuropsychopharmacology 2006;31:S154-S154.

A261. Romero JR, Ramirez DM, Aglio LS, **Shenton ME**, Pascual-Leone A, Titone D, Richardson M, Gugino LD. Benefit of stereotactic optic guidance for reproducibility of motor cortex functional maps using transcranial magnetic stimulation (TMS). *Neurology* 2006;66(5):A179-A179.

A262. *Nakamura M, *Hirayasu Y, *Salisbury DF, *Bouix S, Pohl KM, Yoshida T, *Koo MS, **Shenton ME**, McCarley RW. Neocortical gray matter volume in first episode schizophrenia and first episode affective disorder: A cross-sectional and longitudinal study. *Schizophr Res* 2006;81:5S-5S.

A263. *Kubicki M, Nestor P, *Connor E, *Ungar L, *Niznikiewicz M, McCarley RW, **Shenton ME**. Relationship between color stroop performance and cingulum bundle diffusion anisotropy in schizophrenia. *Schizophr Res* 2006;81:160S-161S.

A264. *Jeong BS, *Kubicki M, Wible C, **Shenton M**, McCarley RW. Conjoint abnormalities of fMRI activation and of white matter connectivity of left inferior PFC in schizophrenia. Poster presented at the 15th Annual Research Day, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 25, 2007.

A265. *Rosenberger G, *Kubicki M, Nestor P, *Connor E, *Bushell G, *Markant D, Westin CF, Kikinis R, McCarley RW, **Shenton ME**. Age-related decline in frontal-temporal lobe connections in schizophrenic patients: a diffusion tensor tractography study. Poster presented at the 15th Annual Research Day, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 25, 2007.

A266. *Smith K, *Kubicki M, O'Donnell L, Westin CF, *Niznikiewicz M, McCarley RW, **Shenton ME**. Automatic cluster analysis of corpus callosum subdivisions in schizophrenia: A diffusion tensor imaging study. Poster presented at the 15th Annual Research Day, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 25, 2007.

A267. *Fitzsimmons J, *Kubicki M, *Smith K, San Jose R, Westin CF, Kikinis R, McCarley R, **Shenton M**. Diffusion tractography of the fornix in male schizophrenic patients. Poster presented at the 15th Annual Research Day, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 25, 2007.

A268. *Davidson CA, *Levitt JJ, *Kuroki N, *Niznikiewicz M, McCarley RW, **Shenton ME**. An MRI study of septi pellucidi in relation to hippocampus and fornix in schizophrenia. Poster presented at the 15th Annual Research Day, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 25, 2007.

A269. *Alvarado JL, *Levitt JJ, *Khan U, *Markant D, *Niznikiewicz M, McCarley RW, **Shenton ME**. Abnormalities in the anterior limb of the internal capsule in schizophrenia using diffusion tensor imaging. Poster presented at the 15th Annual Research Day, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 25, 2007.

A270. *Nakamura M, *Khan U, *Kubicki M, *Bouix S, *Quintus K, Kindlmann G, Westin CF, Kikinis R, *Niznikiewicz M, McCarley RW, **Shenton ME**. White matter abnormalities in whole brain and its regional specificity in chronic schizophrenia: a diffusion tensor imaging study. Poster presented at the 15th Annual Research Day, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 25, 2007.

A271. *Khan U, Morocz I, McCarley RW, **Shenton ME**, *Niznikiewicz M, *LaVallee S, Voglmaier M, *Dickey CC. Abnormal prosody processing in schizotypal personality disorder in fMRI experiments. Poster presented at the 15th Annual Research Day, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 25, 2007.

A272. *Markant D, *Levitt JJ, *Cohen A, *Bouix S, *Niznikiewicz M, McCarley RW, **Shenton ME**. Inferior frontal gyrus volume reduction in chronic schizophrenia: An MRI study. Poster presented at the 15th Annual Research Day, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 25, 2007.

A273. *LaVallee SE, Voglmaier MM, **Shenton ME**, *Dickey CC, Seidman LJ, McCarley RW, *Niznikiewicz MA. Category Formation in Schizotypal Adults: Event-Related Potential and Behavioral Correlates. Poster presented at the 15th Annual Research Day, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 25, 2007.

A274. Minney DS, McCarley RW, **Shenton ME**, *Niznikiewicz M, Voglmaier M, Seidman LJ, *LaVallee S, *Khan UA, *Smith K, *Dickey CC. Neuroleptic-Naive Schizotypal Personality Disorder Subjects and Volumetric Measurements of the Superior Temporal Sulcus. Poster presented at the 15th Annual Research Day, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 25, 2007.

A275. *Kubicki M, Styner M, *Markant D, *Dreusicke M, *Bouix S, Kikinis R, McCarley RW, **Shenton ME**. Interhemispheric connectivity and schizophrenia - Diffusion tensor imaging study. *International Congress of Schizophrenia Research 2007*, *Schizophr Bull* 2007;33(2):340-340.

A276. *Levitt JJ, *Rosow LK, *Khan U, Kikinis R, Jolesz FA, McCarley RW, **Shenton ME**. The ventral and dorsal striataum in schizophrenia: An MRI study. *International Congress of Schizophrenia Research 2007*, *Schizophr Bull* 2007;33(2):342-342.

A277. McCarley RW, *Nakamura M, Nestor PG, *Niznikiewicz MA, *Levitt JJ, *Kawashima T, *Hsu L, *Cohen A, **Shenton ME**. Region-specific orbitofrontal volume deficit in schizophrenia and orbitofrontal volumetric association with Iowa gambling task in healthy population. *International Congress of Schizophrenia Research 2007*, *Schizophr Bull* 2007;33(2):345-345.

A278. *Nakamura M, Nestor PG, McCarley RW, *Niznikiewicz MA, *Levitt JJ, *Kawashima T, *Hsu L, *Cohen A, **Shenton ME**. Altered orbitofrontal sulco-gyral pattern in schizophrenia. *International Congress of Schizophrenia Research 2007*, *Schizophr Bull* 2007;33(2):348-349.

A279. *Dickey CC, Morocz IA, *Khan U, **Shenton ME**, *Niznikiewicz M, Voglmaier M, McCarley RW. Abnormal prosody processing and production in schizotypal personality disorder: A pilot fMRI and behavioral study. *International Congress of Schizophrenia Research 2007*, *Schizophr Bull* 2007;33(2):366-366.

A280. *Kubicki M, *Rosenberger G, Westin CF, Nestor P, **Shenton M**. Abnormalities in white matter fronto-temporal connections in chronic schizophrenia. *International Congress of Schizophrenia Research 2007*, *Schizophr Bull* 2007;33(2):374-375.

A281. **Shenton ME**. Longitudinal diffusion tensor imaging (DTI) of white matter changes in schizophrenia. *Schizophr Bull* 2007;33(2):355-355.

A282. *Fitzsimmons J, *Kubicki M, *Smith K, San Jose R, Westin CF, Kikinis R, McCarley R, **Shenton M**. Diffusion tractography of the fornix in male schizophrenia patients. Poster presented at *the Society for Biological Psychiatry 2007 Annual Meeting*, San Diego, CA. *Biol Psychiatry* 2007;61:75S-76S.

A283. *Kubicki M, Styner M, *Markant D, *Bouix S, Kikinis R, McCarley RW, **Shenton ME**. Corpus callosum and schizophrenic-diffusion tensor imaging study. Poster presented at *the Society for Biological Psychiatry 2007 Annual Meeting*, San Diego, CA. *Biol Psychiatry* 2007;61:159S-159S.

A284. *Rosenberger G, *Kubicki M, Westin CF, *Markant D, *Bushell GB, Kikinis R, McCarley RW, **Shenton ME**. Age-related decline in fronto-temporal connections in schizophrenic patients: A diffusion tensor Tractography study. Poster presented at *the Society for Biological Psychiatry 2007 Annual Meeting*, San Diego, CA. *Biol Psychiatry* 2007;61:160S.-160.

A285. *Jeong B-S, *Kubicki M, Wible C, **Shenton M**, McCarley RW. Conjoint abnormalities of fMRI activation and of white matter connectivity of left inferior PFC in schizophrenia. Poster presented at *the Society for Biological Psychiatry 2007 Annual Meeting*, San Diego, CA. *Biol Psychiatry* 2007;61:243-243SS.

A286. *Levitt JJ, *Markant DM, McCarley RW, *Kawashima T, *Nakamura M, *Bouix S, *Kubicki M, **Shenton ME**. Inferior frontal gyrus and thalamic volume reduction in schizophrenia: An MRI study. Poster presented at *the Society for Biological Psychiatry 2007 Annual Meeting*, San Diego, CA. *Biol Psychiatry* 2007;61:245S-245S.

A287. Synder JS, *Niznikiewicz MA, Nestor PG, **Shenton ME**, McCarley RW. Auditory recurrent and lateral suppression in schizophrenia. Poster presented at *the Society for Biological Psychiatry 2007 Annual Meeting*, San Diego, CA. *Biol Psychiatry* 2007;61:250S-250S.

A288. *Nakamura M, Nestor PG, McCarley RW, *Niznikiewicz MA, *Levitt JJ, Kawashima T, Hsu L, *Cohen A, **Shenton ME**. Altered Orbitofrontal Sulcogyral Pattern and Region-Specific Orbitofrontal Volume Deficit in Schizophrenia. Symposium Presentation at 12th Annual Meeting of Japanese Society of Cognitive Neuroscience, July 22, 2007, Fukuoka, Japan.

A289. *Dickey C, Morocz I, **Shenton M**, *Niznikiewicz M, Voglmaier V, Seidman L, *Kahn U, Zack R, McCarley RW. Prosody in schizotypal personality disorder: A behavioral and imaging study. Poster presented at *the 46th Meeting of the American College of Neuropsychopharmacology*, Boca Raton, FL, December 2007.

A290. *Levitt JJ, *Markant DB, McCarley RW, Nestor PG, *Kawashima T, *Nakamura M, *Bouix S, *Kubicki M, **Shenton ME**. An optimizing VBM and manual tracing study of inferior frontal gyrus in schizophrenia. Poster presented at *the 46th Meeting of the American College of Neuropsychopharmacology*, Boca Raton, FL, December 2007.

A291. **Shenton ME**, *Tgo T, *Rosenberger G, Westin C, *Levitt JJ, McCarley RW, *Kubicki M. Study of thalmo-cortical white matter fiber tract projects in schizophrenia using diffusion stochastic tractography. Poster presented at *the 46th Meeting of the American College of Neuropsychopharmacology*, Boca Raton, FL, December 2007.

A292. *Levitt J, Styner M, Niethammer M, *Bouix S, *Koo MS, Voglmaier M, *Dickey C, *Niznikiewicz M, McCarley RW, **Shenton ME.** Caudate nucleus shape abnormalities in schizotypal personality disorder. Poster presented at *the Society for Biological Psychiatry 2008 Annual Meeting*, Washington, DC., 2008;63:55S-55S.

A293. *Levitt J, *Alvarado J, *Kubicki M, Nestor PG, McCarley RW, **Shenton ME**. Decreased anisotropy in the anterior limb of the  internal capsule in schizophrenia: A diffusion tensor imaging.  Poster presented at *the Society for Biological Psychiatry 2008 Annual Meeting*, Washington, DC., 2008;63:258S-258S.

A294. *Khan U, *Kubicki M, Westin CF, Pieper S, McCarley RW, **Shenton ME**. Atlas-based segmentation of DTI in schizophrenia. Poster presented at *the Society for Biological Psychiatry 2008 Annual Meeting*, Washington, DC., 2008;63:257S-257S.

A295. *Kawashima T, *Niznikiewicz M, *Nakamura M, *Davidson C, *Salisbury D **Shenton ME**, McCarley RW. Progressive decrease of right prefrontal cortex gray matter volume in first-episode schizophrenia: A longitudinal magnetic resonance imaging study. Poster presented at *the Society for Biological Psychiatry 2008 Annual Meeting*, Washington, DC., 2008;63:275S-275S.

A296. *Voineskos AN, O'Donnell LJ, Lobaugh NJ, *Niethammer M, *Markant D, Mulsant BH. Pollock BG, Kennedy JL, Westin CF, **Shenton ME**. Quantitative examination of a novel clustering method using magnetic resonance diffusion tensor tractography. Poster presented at *the Society for Biological Psychiatry 2008 Annual Meeting*, Washington, DC., 2008;63:279S-279S.

A297. *Oh JS, **Shenton ME**, Westin CF, *Kubicki M. Decreased resting-state functional connectivity in schizophrenia. Poster presented at *the Society for Biological Psychiatry 2008 Annual Meeting*, Washington, DC., 2008;63:55S-55S.

A298. *Dickey CC, *Niznikiewicz M, Voglmaier M, **Shenton M**, Seidman L, *Chakerian J, Zacks R, Murphy C, McCarley RW. Pars opercularis and verbal fluency in schizotypal personality disorder. Poster presented at *the Society for Biological Psychiatry 2008 Annual Meeting*, Washington, DC., 2008;63:141S-141S.

A299. McCarley RW, *Nakamura M, **Shenton ME**, *Salisbury DF. Progression of MRI and electrophysiological abnormalities in first episode patients with schizophrenia & affective (Bipolar) psychosis. Poster presented at *the Society for Biological Psychiatry 2008 Annual Meeting*, Washington, DC., 2008;63:237S-238S.

A300. Whitfield-Gabrieli S, Thermenos HW, Milanovic S, Tsuang MT, Faraone SV, McCarley RW, **Shenton ME**, Green AI, LaViolette P, Wojcik J, Gabrieli JDE, Seidman LF. Hyperactivity and hyperconnectivity of the default network in schizophrenia and in first degree relatives of persons with schizophrenia. Poster presented at *the Society for Biological Psychiatry 2008 Annual Meeting*, Washington, DC., 2008;63:272S-272S.

A301. *Fitzsimmons J, *Smith K, *Kubicki M, San Jose R, Westin CF, Kikinis R, McCarley RW, *Salisbury D, **Shenton ME**. Fornix in first episode schizophrenia: A diffusion tractography study. Poster presented at the 16th *Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 30, 2008.

A302. *Alvarado J, *Davidson CA, *Niethammer M, McCarley RW, *Kubicki MR, **Shenton ME**, *Levitt JJ. Sobel filter segmentation of the globus pallidus in schizophrenics. Poster presented at the 16th *Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 30, 2008.

A303. *Khan U, *Kubicki M, Westin CF, Pieper P, McCarley RW, **Shenton ME**. Atlas based analysis of compromised white matter integrity in schizophrenia using diffusion tensor imaging. Poster presented at the 16th *Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 30, 2008.

A304. *Torres L, *Niethammer M, *Alvarado JL, *Dickey CC, *Levitt JJ, *Hoogenboom WS, McCarley RW, **Shenton ME**. Hypothalamus volume and positive symptoms in schizophrenia spectrum disorders. Poster presented at the 16th *Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 30, 2008.

A305. **Shenton ME**, *Kawashima T, *Fitzsimmons J, *Salisbury D, *Bouix S, Westin CF, McCarley RW, *Kubicki M. Advances in white matter imaging in schizophrenia. *The Journal of The European College of Neuropsychopharmacology*, 2008;18(Supplement 4):S176.

A306. **Shenton ME**, *Kawashima T, *Nakamura M, *Bouix S, *Salisbury DF, Westin CF, McCarley RW, Kubicki M. Uncinate fasciculus and cingulum bundle findings in first episode schizophrenia and first episode bipolar disorder: A diffusion tensor imaging study. *European Psychiatry*, 2008;23:S43-S44 Suppl.2.

A307. *Voineskos A, O'Donnell L, Lobaugh N, *Markant D, *Niethammer M, Mulsant B, Pollock B, Kennedy J, Westin C, **Shenton M**. Quantitative examination of a novel clustering method using magnetic resonance diffusion tensor tractography. *Clin Inv Med*, 2008;31(4):S24, 18682080.

A308. *Voineskos A, Lobaugh N, *Bouix S, Kennedy J, Mulsant B, Pollack B, **Shenton M**. Changes in three major frontotemporal white matter tracts in healthy aging and schizophrenia across the adult lifespan: A diffusion tensor tractography study. Poster presented at the *47th Annual Meeting of the American College of Neuropsychopharmacology*, Scottsdale, Arizona, December 10, 2008.

A309. *Whitford T, *Kubicki M, *King R, *Khan U, *Markant D, *Alvarado J, McCarley R, **Shenton M**. Corpus callosum abnormalities in patients with schizophrenia: A diffusion-tensor imaging study. Poster presented at the *47th Annual Meeting of the American College of Neuropsychopharmacology*, Scottsdale, Arizona, December 10, 2008.

A310. *Nakamura M, *Salisbury DF, *Hirayasu Y, McCarley RW, **Shenton ME**.Disease Specific Alteration of Orbitofrontal Sulcogyral Pattern in First Episode Schizophrenia. Oral Presentation at *1st Schizophrenia International Research Society Conference*, June 23, 2008, Venice, Italy.

A311. *Nakamura M, Nestor PG, McCarley RW, *Niznikiewicz MA, *Levitt JJ, *Kawashima T, Hsu L, *Cohen A, **Shenton ME**. Oral Presentation, Altered Orbitofrontal Sulcogyral Pattern and Region-Specific Orbitofrontal Volume Deficit in Schizophrenia. *3rd Annual Meeting of Japanese Society of Schizophrenia Research*, March 14, 2008, Tokyo, Japan.

A312. *Nakamura M, *Salisbury DF, *Hirayasu Y, *Bouix S, Pohl KM, Yoshida T, *Koo MS, **Shenton ME**, McCarley RW. Neocortical Gray Matter Volume in First Episode Schizophrenia and First Episode Affective Psychosis: A Cross-sectional and Longitudinal MRI Study. Oral Presentation at *3rd Annual Meeting of Japanese Society of Schizophrenia Research*, March 14, 2008, Tokyo, Japan.

A313. *Nakamura M, *Hirayasu Y, **Shenton ME**, McCarley RW. Orbitofrontal Structural Alterations and Social Disturbance in Schizophrenia. Symposium Presentation at 13th *Pacific Rim College of Psychiatrists Scientific Meeting (PRCP)*, November 2, 2008, Tokyo, Japan.

A314. *Terry D, *Rausch AC, *Alvarado JL, Melonakos ED, *Markant D, Westin CF, Kikinis R, *Von Siebenthal J, **Shenton ME**, *Kubicki M. White matter properties of emotion related connections in schizophrenia. Poster presented Poster presented at the 17th *Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 8, 2009.

A315. *Alvarado JL, *Terry DP, *Markant D, *Ngo T, Kikinis R, Westin CF, McCarley RW, **Shenton ME**, *Kubicki M. Study of language-related white matter fiber tract projections in schizophrenia using diffusion stochastic tractography. Poster presented Poster presented at the 17th *Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 8, 2009.

A316. *Hoogenboom WS, Perlis RH, Smoller JW, Zeng-Treitier Q, Gainer VS, Murphy SN, Churchill SE, Kohane I, **Shenton ME**, *Iosifescu DV. Limbic structures in chronic depression: A study using pre-existing clinical and MRI data.  Poster presented Poster presented at the 17th *Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 8, 2009.

A317. *Romo-Nava F, *Hoogenboom WS, *Pelavin P, *Alvarado JL, *Bobrow L, Macmaster FT, Keshavan M, McCarley RW, **Shenton ME**. Pituitary volume in schizophrenia spectrum disorders.  Poster presented Poster presented at the 17th *Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 8, 2009.

A318. *Pelavin P, *Rausch AC, *Alvarado JL, McCarley RW, **Shenton ME**, Levitt JJ. Volumetric abnormalities in the dorsal and ventral striatum in chronic schizophrenia using MRI.  Poster presented Poster presented at the 17th *Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 8, 2009.

A319. *Bobrow LH, *Kubicki M, **Shenton ME**, McCarley RW, *Niznikiewicz MA. Differential fMRI activation in a priming paradigm using two different word relatedness types in schizophrenia. Poster presented Poster presented at the 17th *Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 8, 2009.

A320. *Srinivasan P, *Rathi Y, McCarley RW, **Shenton ME**, *Bouix S. Measuring neocortical gray matter volume in chronic schizophrenia; An automated MR study.  Poster presented Poster presented at the 17th *Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 8, 2009.

A321. *Lucia D, *Schneiderman J, *Alvarado J, *Kubicki M, **Shenton ME**.Diffusion tensor imaging of the uncinate fasciculus in first-episode schizophrenia.  Poster presented Poster presented at the 17th *Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 8, 2009.

A322. *Kikinis Z, Fallon J, *Niznikiewicz M, *Kubicki M, Nestor P, Wible C, *Davidson C, *Bobrow L, *Pelavin P, *Chiu M, Fischl B, McCarley RW, Kikinis Z, **Shenton ME**. Changes in gray matter volumes in rostral middle frontal gyrus of schizophrenia subjects. Poster presentation at the *International Congress of Schizophrenia Research*, San Diego, March 28 to April 1, 2009.

A323. *Dickey C, Panych L, **Shenton ME**, Morocz I, *Niznikiewicz M, *Voglmaier M, *Zacks R, Murphy C, *Terry D, McCarley RW. Prosody in schizophrenia spectrum disorders. Poster presentation at the *International Congress of Schizophrenia Research*, San Diego, March 28 to April 1, 2009.

A324. *Whitford TJ, *Kubicki M, *King R, *Khan U, *Markant D, *Alvarado J, McCarley RW, **Shenton ME**. Abnormalities in tensor morphology in patients with schizophrenia: A DTI study of the corpus callosum. Poster presentation at the *International Congress of Schizophrenia Research*, San Diego, March 28 to April 1, 2009.

A325. Malcolm JG, **Shenton ME**, *Rathi Y. *BMAP* 2009, oral poster presentation "Multi-fiber tractography using a recursive filter". August, 2009 (http://www.ibmisps-worldcongress.org).

A326. *Levitt JJ, *Lucia DM, *Bobrow LH, McCarley RW, **Shenton ME**. Anterior cingulate and paracingulate abnormalities in schizophrenia. Oral presentation, *Society for Neuroscience* Meeting, Chicago, IL, October 17-21, 2009.

A327. *Romo-Nava F, Hoogenboom WS, *Pelavin PE, *Alvarado JL, *Bobrow LH, McCarley RW, Keshavan M, **Shenton ME**. Pituitary gland volume in schizophrenia spectrum disorders. Poser session, 1st place award, *XXI National Meeting of the Mexican Psychiatric Association*, Acapulco, Mexico, November 13-17th, 2009.

A328. *Rathi Y, Malcolm JG, *Bouix S, Kindlmann G, Westin C-F, *Kubicki M, **Shenton ME**. Mixture model for estimating fiber ODF and multi-directional tractography. In: *International Society for Magnetic Resonance in Medicine Scientific Meeting*, 2009.

A329. Atwood SB, *Schneiderman JS, Lucia DM, Pelavin PE, Mesholam-Gately RI, Seidman LJ, *Goldstein JM, McCarley RW, *Kubicki M, **Shenton ME**. The uncinate fasciculus in first-episode schizophrenia. Poster presented at the *18th Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, March 24, 2010.

A330. *Ballinger T, *Kikinis Z, *Asami T, Finn CT, Kucherlapati R, *Kubicki M, **Shenton ME**. Axonal integrity of brain white matter tracts in 22q11del syndrome subjects: A diffusion tensor imaging study. Poster presented at the 18th Harvard Psychiatry Annual Research Day, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, March 24, 2010.

A331. *Bobrow LH, *Kubicki M, *Markant D, *Bienfang DC, *Gitlin D, **Shenton ME**, Barsky AJ. Functional brain activity in patients with conversion disorder. Poster presented at the *18th Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, March 24, 2010.

A332. *Bolden KA, *Schneiderman JS, *LaVenture A, *Vu MT, *Pelavin PE, *Terry DP, Mesholam-Gately RI, Seidman LJ, *Goldstein JM, McCarley RW, Lyons MJ, *Kubicki M, **Shenton ME**. White matter differences in the Inferior longitudinal fasciculus between first episode and chronic schizophrenia patients. Poster presented at the 18th Harvard Psychiatry Annual Research Day, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, March 24, 2010.

A333. *Hawley KJ, *Schneiderman JS, *Whitford TJ, *Pelavin PE, *Rausch AC, Mesholam-Gately RI, Seidman LJ, *Goldstein JM, McCarley RW, *Kubicki M, **Shenton ME**. Diffusion tensor imaging of the corpus callosum in patients with first-episode and chronic schizophrenia. Poster presented at the *18th Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, March 24, 2010.

A334.  *Kikinis Z, *Asami T, *Ballinger T, Finn CT, Kucherlapati R, *Kubicki M, **Shenton ME**.DTI study of white matter integrity in 22q11del syndrome subjects. Poster presented at the *18th Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, March 24, 2010.

A335.  *LaVenture AB, *Lee SH, *Asami T, *Pelavin PE, Seidman L, *Goldstein J, McCarley RW, **Shenton ME**, *Kubicki M. Abnormalities in white matter integrity in first-episode schizophrenia using atlas-based segmentation. Poster presented at the *18th Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, March 24, 2010.

A336.  *Lee SH, *Asami T, *Kubicki M, *Pelavin P, Seidman L, *Goldstein J, Mesholam-Gately R, McCarley RW, **Shenton ME**. Correlation between executive function and white *matter* abnormalities in first-episode schizophrenia. Poster presented at the 18th Harvard Psychiatry Annual Research Day, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, March 24, 2010.

A337.  *Lucia D, *Bobrow L, *Kikinis Z, *Ballinger T, *Alvarado J, Finn C, Kucherlapati R, **Shenton ME**, *Kubicki M. Fractional anisotropy reductions of deep white matter in velocardiofacial (22q11del) syndrome subjects. Poster presented at the *18th Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, March 24, 2010.

A338.  *Ng HP, *Kubicki M, *Pelavin P, *Rathi Y, *Malcolm J, *Lucia D, *Niznikiewicz M, Kikinis R, McCarley RW, **Shenton ME**. Inter-hemispheric fiber tracts between bilateral superior temporal gyrus gray matter and its asymmetry measures in chronic schizophrenia. Poster presented at the *18th Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, March 24, 2010.

A339.  *Ohtani T, *Levitt JJ, Nestor P, *Niznikiewicz M, *Kawashima T, *Asami T, *LaVenture A, *Pelavin P, *Hawley K, *Ballinger T, *Alvarado J, *Terry D, **Shenton ME**, McCarley RW. Prefrontal cortex volume deficit in schizophrenia. Poster presented at the *18th Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, March 24, 2010.

A340.  *Pelavin PE, *Alvarado JL, Koerte I, *Saito Y, *Schneiderman J, *Niznikiewicz MA, McCarley, RW, *Kubicki M, **Shenton ME**. Motor deficits originating in the extrapyramidal system in chronic *schizophrenia*: A diffusion tensor imaging study. Poster presented at the 18th Harvard Psychiatry Annual Research Day, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, March 24, 2010.

A341.  *Rausch AC, *Whitford TJ, *Savadjiev, P, *Kubicki M, O'Donnell L, *Terry DP, *Bouix S, Westin C-F, *Schneiderman JS, *Bobrow L, *Niznikiewicz M, Nestor PG, Pantelis C, Wood S, *McCarley RW, **Shenton ME**. Fiber geometry and its relationship to fractional anisotropy in the genu of patients with schizophrenia. Poster presented at the 18th Harvard Psychiatry Annual Research Day, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, March 24, 2010.

A342.  *Schneiderman JS, *Whitford TJ, *Pelavin PE, *Terry DP, *Swisher, T, Mesholam-Gately RI, Seidman LJ, *Goldstein JM, McCarley RW, *Kubicki M, **Shenton ME**. The cingulum bundle in first episode schizophrenia. Poster presented at the 18th Harvard Psychiatry Annual Research Day, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, March 24, 2010.

A343.  *Terry DP, *Rausch AC, *Whitford TJ, Nestor PG, O'Donnell L, *Bobrow LH, Westin CF, Kikinis R, McCarley RW, **Shenton ME**, *Kubicki M. Neuropsychology measures predict integrity of functional white matter networks in chronic schizophrenia. Poster presented at the 18th Harvard Psychiatry Annual research Day, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, March 24, 2010.

A344.  *Vu MT, *Zacks RB, Henry AM, McCarley RW, Panych LP, Voglmaier M, *Niznikiewicz MA, *Terry DP, **Shenton ME**, Dickey CC. Pars opercularis volumes, verbal fluency, and prosody deficits in schizotypal personality disorder: A common origin?. Poster presented at the 18th Harvard Psychiatry Annual Research Day, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, March 24, 2010.

A345.   *Whitford TJ, *Kubicki M, *Schneiderman JS, Hawley KJ, *Niznikiewicz M, McCarley RW, **Shenton ME**, *Spencer KM. Inter-Hemispheric Transfer Time and White Matter Integrity in Schizophrenia: a combined ERP and DTI study. Poster presented at the 18th Harvard Psychiatry Annual Research Day, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, March 24, 2010.

A346.   *Ng HP, *Kubicki, *Rathi Y, Malcolm J, *Pelavin P, Kikinis R, **Shenton ME**. Decreased fractional anisotropy in inter-hemispheric connection between bilateral superior temporal gyrus gray matter in chronic schizophrenia, Poster Presented at the *Schizophrenia International Research Society Conference*, Florence, Italy, 2010.

A347.   *Ng HP, *Kubicki M, *Rathi Y, *Pelavin P, Malcolm J. *Niznikiewicz M, McCarley RW, Kikinis R, **Shenton ME**. Abnormalities in inter-hemispheric white matter connection between the auditory cortex and its clinical correlates in chronic schizophrenia. *Decade of the Mind VI, Singapore*, October, 2010.

A348.   *Ng HP, *Kubicki M, Malcolm J, *Rathi Y, *Pelavin P, McCarley RW, **Shenton ME**. Diffusion two-tensor tractography study on inter-hemispheric connection between bilateral Heschl gyrus in schizophrenia", *18th Annual Meeting of International Society for Magnetic Resonance in Medicine*, Stockholm, Sweden, May, 2010.

A349.   *Ng HP, *Kubicki M, *Terry D, *Pelavin A, *Rausch A, **Shenton ME**. Connection between bilateral superior temporal gyrus in schizophrenia: a preliminary diffusion tensor imaging study", *18th Annual Meeting of International Society for Magnetic Resonance in Medicine*, Stockholm, Sweden, May, 2010.

A350.   *Ng HP, *Kubicki M, *Pelavin P, Rathi Y, Malcolm J, Lucia D, *Niznikiewicz M, Kikinis R, McCarley RW, **Shenton ME**. Inter-hemispheric fiber tracts between bilateral superior temporal gyrus gray matter and its asymmetry measures in chronic schizophrenia, *18th Harvard Psychiatry Annual Research Day*, Massachusetts, USA, March, 2010.

A351.   *Schneiderman JS, *Whitford TJ, *Pelavin PE, *Terry DP, *Swisher T, Mesholam-Gately RI, Seidman LJ, *Goldstein JM, McCarley RW, *Kubicki M, **Shenton ME**. Diffusion tensor imaging of the cingulum bundle in first episode schizophrenia. Poster presented at the *Schizophrenia International Research Society*, Venice, Italy, April 10-14, 2010. [*Schizophr Res*, 2010;117(2-3):461.]

A352.   *Schneiderman JS, *Whitford TJ, *Pelavin PE, *Lucia DM, Atwood SB, Mesholam-Gately RI, Seidman LJ, *Goldstein JM, McCarley RW, *Kubicki M, **Shenton ME**. Diffusion tensor imaging of the uncinate fasciculus in first episode schizophrenia. Poster presented at the *65th Annual Meeting of the Society of Biological Psychiatry*, New Orleans, LA, May 20-22, 2010. [Biol Psychiatry, 2010;67(9S):275.]

A353.   *Whitford TJ, *Kubicki M, *Schneiderman JS, McCarley RW, **Shenton ME**, *Spencer KM. Inter-hemispheric transfer time and white matter integrity in schizophrenia: A combined ERP and DTI study. Poster presented at the *65th Annual Meeting of the Society of Biological Psychiatry*, New Orleans, LA, May 20-22, 2010. [*Biol Psychiatry*, 2010;67(9S):279.]

A354.   *Iosifescu D, *Hoogenboom WS, Perlis RH, Smoller JW, Zeng-Treitler Q, Gainer VS, Murphy SN, Churchill SE, Kohane E, **Shenton ME**. Limbic system white matter microstructure and treatment outcomes in major depressive: A large scale DTI stud using legacy data. Poster presented at the *ACNP 49th Annual Meeting*, December 6, 2010, Miami, FL, p. 139-140 (*Neuropsychopharmacology* 2010;35:139-140S).

A355.   *Niznikiewicz M, Pinheiro A, Del Re E, Taosheng L, Nestor P, Thompson E, **Shenton M**, McCarley R. Abnormalities in social cognition related to gaze processing abnormalities in schizophrenia for conditions with higher processing demands. Poster presented at the *ACNP 49th Annual Meeting*, December 6, 2010, Miami, FL, p. 231. (*Neuropsychopharmacology* 2010;35:231S).

A356.   Thermenos H, Gabrieli S, Juelich R, Jabbar G, Salwen K, **Shenton M**, *Kubicki M, Kuperberg G, Gabrieli J, Seidman L, Keshavan M, DeLisi L. Altered language network activity in first-degree relatives of persons with

schizophrenia. Poster presented at the *ACNP 49th Annual Meeting*, December 6, 2010, Miami, FL, p. 245. (*Neuropsychopharmacology* 2010;35:245S).

A357.   *Schneiderman J, *Whitford T, *Pelavin P, *Lucia D, Atwood S, Mesholam-Gately R, Seidman L, *Goldstein J, McCarley R, *Kubicki M, **Shenton M**. Poster presented at the *ACNP 49th Annual Meeting*, December 7, 2010, Miami, FL, p. 283. (*Neuropsychopharmacology* 2010;35:283S).

A358.   *Savadjiev P, *Kubicki M, *Bouix S, Kindlmann GL, **Shenton ME**, Westin C-F. Tract-based parameterization of local white matter geometry. In: *International Society for Magnetic Resonance in Medicine Conference* (Stockholm, Sweden), May, 2010.

A359.   *Savadjiev P, Westin C-F, *Rausch AC, Maddah M, *Bouix S, **Shenton ME**, *Kubicki M. Tract-oriented parameterization of left uncinate geometry abnormalities in schizophrenia. In: *Human Brain Mapping* (Barcelona, Spain), June, 2010.

A360.   *Rathi Y, Malcolm JG, *Bouix S, Westin C-F, **Shenton ME**. False positive detection using filtered tractography. In: *International Society for Magnetic Resonance in Medicine Scientific Meeting*, 2010.

A361.   *Koerte I, *Pelavin P, Kirmess B, Berweck S, Reiser M, *Kubicki M, **Shenton M**, Heinen F, Ertl-Wagner B. Anisotropy of callosal motor fibers predicts impairment in children with periventricular leukomalacia. *ASNR* May, 2010, Boston, MA (Oral Presentation).

A362.   *Koerte I, Kaufmann D, *Pelavin P, *Eckbo R, *Rathi Y, Reiser M, *Kubicki M, Heinen F, **Shenton M**, Ertl-Wagner B. Differentiation of transcallosal motor fibers of the upper and lower extremities in professional soccer players as demonstrated by a two-tensor algorithm. *RSNA*, December, 2011, Chicago, IL (Oral Presentation).

A363.   *Kikinis Z, *Asami T, *Ballinger T, *Bouix S, Finn CT, Tworog-Dube E, Jucherlapati R, Kikinis R. *Kubicki M, **Shenton ME**. White matter in 22q11 deletion syndrome subject: A tract-based spatial-statistics study. Poster presentation at the *International Imaging Genetics Conference*, Irvine, CA, January 17-18, 2011.

A364.   *Hsu PC, *Rathi, Y, *Eckbo R, Nestor P, *Niznikiewicz M, Thompson E, *Kubicki M, **Shenton ME**. Two-Tensor Diffusion Tensor Imaging of Acoustic Radiations in Schizophrenia. *Nineteenth Annual Research Day, Harvard Medical School. Sponsored by the Mysell Committee, Consolidated Department of Psychiatry*, Boston, MA, March 30, 2011.

A365.   *King R, *Asami T, *Pelavin P, *Ballinger T, *Hawley K, R, **Shenton ME**, *Kubicki M. Structural Abnormalities of the Extreme Capsule in Schizophrenia. *Nineteenth Annual Research Day, Harvard Medical School. Sponsored by the Mysell Committee, Consolidated Department of Psychiatry*, Boston, MA, March 30, 2011.

A366.   *Hamoda H, *Schneiderman J, Makris N, Seidman L, *Hawley K, *Ballinger T, McCarley R, *Goldstein J, **Shenton ME**. Abnormalities of Cerebellar-Thalamic Connections in Patients with First-Episode and Chronic Schizophrenia: A DTI Study. *Nineteenth Annual Research Day, Harvard Medical School. Sponsored by the Mysell Committee, Consolidated Department of Psychiatry*, Boston, MA, March 30,2011.

A367.   *Hawley KJ, *Pelavin PE, Jabbar GA, Thermenos HW, Seidman LJ, Keshavan M, Delisi LE, **Shenton ME**, *Kubicki M. Diffusion Tensor Imaging of White Matter Tracts in Subjects at High Genetic Risk for the Development of Schizophrenia. *Nineteenth Annual Research Day, Harvard Medical School. Sponsored by the Mysell Committee, Consolidated Department of Psychiatry*, Boston, MA, March 30,2011.

A368.   *Pelavin PE, *Ballinger TW, Zafonte R, **Shenton ME**, *Bouix S. Construction of a Normative White Matter Atlas as a Diagnostic Tool for Diffuse Axonal Injury in TBI. *Nineteenth Annual Research Day, Harvard Medical School. Sponsored by the Mysell Committee, Consolidated Department of Psychiatry*, Boston, MA, March 30, 2011.

A369.   *Swisher TM, *Kikinis Z, *Saito Y., *Hawley K.J, *Ballinger T.W, O'Donnell L, Finn CT, Tworog-Dube E, Kucherlapati R, Kikinis R, *Kubicki M, **Shenton ME**. Abnormalities of the Corpus Callosum in Patients with 22q11 Deletion Syndrome: A Study Using Whole-brain Tractography and Automated Fiber Clustering. *Nineteenth Annual Research Day, Harvard Medical School. Sponsored by the Mysell Committee, Consolidated Department of Psychiatry*, Boston, MA, March 30, 2011.

A370.   *Ballinger T, *Whitford TJ, *Bobrow L, *Vu M, Malcolm J, *Kubicki M, **Shenton ME**. Neural Effects of Spatial and Temporal Control/Non-control in a Navigation Task. *Nineteenth Annual Research Day, Harvard Medical School. Sponsored by the Mysell Committee, Consolidated Department of Psychiatry*, Boston, MA, March 30, 2011.

A371.   *Vu MT, Wolfe DJ, McCarley RW, *Niznikiewicz MA, *Voglmaier MM, **Shenton ME**, *Dickey CC. Default Mode Network Abnormalities in Schizotypal Personality Disorder. *Nineteenth Annual Research Day, Harvard Medical School. Sponsored by the Mysell Committee, Consolidated Department of Psychiatry*, Boston, MA, March 30, 2011.

A372.   Thermenos HW, Seidman LJ, Whitfield-Gabrieli S, Juelich R, Jabbar G, Salwen KK, **Shenton ME**, *Kubicki M, Kuperberg G, Gabrieli JD, Keshavan M, DeLisi L. Altered Language Network Activity and Verbal Memory Deficits in Young Adult First-Degree Relatives of Persons with Schizophrenia. Poster presented at the 13th Annual Meeting of *the International Congress on Schizophrenia Research*, Colorado Springs, CO, USA, April 2-6, 2011. [*Schizophr Bull, 2011*;37(suppl 1):153.]

A373.   *Schneiderman J, *Whitford T, *Pelavin P, *Terry D, *Swisher T, Mesholam-Gately R, Seidman LJ, *Goldstein J, McCarley R, *Kubicki M, **Shenton ME**. Cingulum Bundle Diffusion and Delusions of Reference in First Episode Schizophrenia. Poster presented at the 13th Annual Meeting of *the International Congress on Schizophrenia Research*, Colorado Springs, CO, USA, April 2-6, 2011. [*Schizophr Bulletin*, 2011;37(suppl 1):17.

A374.   **Shenton ME**, *Schneiderman J, *Pelavin P, *Kubicki M. "Changes in White Matter in the Early Stages of Schizophrenia." Talk given as part of a symposium presentation on "Vulnerability to Progression in Schizophrenia," presented at the 13th Annual Meeting of *the International Congress on Schizophrenia Research*, Colorado Springs, CO, USA, April 2-6, 2011. [*Schizophr Bulletin*, 2011;37(suppl 1):176.]

A375.   *Voineskos A, Felsky D, Tiwari A, Lobaugh N, Mulsant B, **Shenton ME**, Kovacevic N, McIntosh AR, Kennedy JL. Genetic Mechanisms of Disrupted White Matter Connectivity in Schizophrenia. Poster presented at the 13th Annual Meeting of *the International Congress on Schizophrenia Research*, Colorado Springs, CO, USA, April 2-6, 2011. [*Schizophr Bulletin*, 2011;37(suppl 1):181.]

A376.   Dickey C, Panych L, *Zacks R, Voglmaier M, *Niznikiewicz M, Vu M, **Shenton ME**, McCarley R. Odd Speech of Schizotypal Personality Disorder Quantified on Single Word Level. Oral presentation at the 13th Annual Meeting of *the International Congress on Schizophrenia Research*, Colorado Springs, CO, USA, April 2-6, 2011. [*Schizophr Bulletin*, 2011;37(suppl 1):204.]

A377.   *Bouix S, *Pelavin P, *Pasternak, *Schneiderman J, *Kubicki M, Zafonte RD, **Shenton ME**. Diagnosis of Diffuse Axonal Injury with Diffusion Tensor Imaging, *3rd Federal Interagency Conference on TBI*, Washington DC, 2011.

A378.   *Pasternak O, *Kubicki O, *Pelavin P, Zafonte RD, **Shenton ME**, and *Bouix S. Identification of Neuroinflammation in Mild Traumatic Brain Injuries using a Free-Water Atlas. *Annual Meeting of the Organization for the Human Brain Mapping*, 2011.

A379.   *Pasternak O, Westin C-F, *Bouix S, **Shenton ME**, *Kubicki M. Free Water Modulation of White Matter Integrity Measures - with Application to Schizophrenia. *International Society For Magnetic Resonance in Medicine Scientific Meeting*, 2011.

A380. *Pasternak O, *Bouix S, *Kubicki M, *Pelavin P, *Schneiderman J, Zafonte RD, **Shenton ME**. Diffusion Imaging Reveals Two Spatially Separable Mechanisms In Mild TBI. *3rd Federal Interagency Conference on TBI*, Washington, DC, 2011.

A381. *Wassermann D, *Savadjiev P, *Rathi Y, *Bouix S, *Kubicki M, Kikinis R, **Shenton ME**, Westin C-F. Cluster-Based Statistics Along White Matter Tracts. *International Society For Magnetic Resonance in Medicine Scientific Meeting*, 2011.

A382. *Quan M, *Asami T, *Bouix S, *Kubicki M,*Whitford T, Mesholam-Gately R, *Goldstein J, Seidman L, **Shenton M**, McCarley R. Smaller superior temporal gyrus MRI volume in first episode schizophrenia and its symptom correlations. Society for Neuroscience (SfN), Washington DC, USA, (Poster), November 12-16, 2011.

A383. *Quan M, *Lee S-H, *Otsuka T, *Kikinis Z,*Kubicki M, *Rathi Y, Mesholam-Gately R, *Goldstein J, Seidman L, McCarley R, *Levitt J, **Shenton M**. Abnormalities of White Matter Tracts between Rostral Middle Frontal Gyrus / Inferior Frontal Gyrus and Striatum in First-Episode Schizophrenia. 66th Annual Meeting, Society of Biological Psychiatry (SOBP), San Francisco, USA, (Poster), May 12-14, 2011.

A384. **Shenton ME**, *Pasternak O, *Bouix S, *Pelavin P, *Kubicki M, Zafonte R. Identification of Neuroinflammation in Mild Traumatic Brain Injury Using a Free Water Atlas, *9th World Congress on Brain Injury* (*IBIA*), Edinburgh, Scotland, March 22, 2012.

A385. *Kikinis Z, *Vu M, Makris N, *Bouix S, *Kubicki M, **Shenton ME**. Reduced Myelination of Anterior Commissure in Schizophrenia Subjects: a Diffusion Tensor Imaging Study. Poster presented at the *20th Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, March 28, 2012.

A386. *King R, *Hamoda H, Makris N, Mesholam-Gately R, McCarley R, Seidman L, **Shenton M**. Cerebellar-Thalamic White Matter Abnormalities in Prodromal Patients. Poster presented at the *20th Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, March 28, 2012.

A387. *McCaffrey D, *Ballinger T, Guttmann C, Assaf Y, **Shenton M**, *Kubicki M, *Pasternak O. Inflammation and Degeneration Dynamics in Multiple Sclerosis. Poster presented at the *20th Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, March 28, 2012.

A388. *Smith KA, Seidman L, Makris N, Faraone SV, Tsuang MT, **Shenton ME**, *Levitt J. Striatum Volume in Adolescents-at-Familial-Risk for Schizophrenia. Poster presented at the *20th Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, March 28, 2012.

A389. *Swisher TM, Michalowski AZ, *Kubicki M, **Shenton ME**, Waldinger RJ. White Matter Integrity of the Cingulum Bundle in Healthy Aging. Poster presented at the *20th Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, March 28, 2012.

A380. *Vu MT, *Kikinis Z, Peled S, Kulkarni P, Ferris C, Makris N, *Bouix S, Makinodan M, Kikinis R, *Kubicki M, Corfas G, **Shenton ME**. Changes in Myelination of the Anterior Commissure in Mice with Loss of ErbB Receptor Signaling in Oligodendrocytes. Poster presented at the *20th Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, March 28, 2012.

A381. Francis AN, Seidman LJ, Jabber GA, Thermenos HW, Juelich R, Proal A, **Shenton M**, Kubicki M, Keshavan M, DeLisi LE. Neuroanatomical alterations in regions mediating language in young adults at high risk for inheritance of schizophrenia (FHR). Poster presented at *Schizophrenia International Research Society (SIRS)* – Biennial Meeting, Florence. Italy, April, 2012.

A382.   *Vu MT, *Kikinis Z, Peled S, Kulkarni P, Ferris C, *Bouix S, Makinodan M, *Kubicki M, Corfas G, **Shenton ME**. Changes in Myelination of Anterior Commissure in Mice with Loss of ErbB Receptor Signaling in Oligodendrocytes. Poster to be presented at the *Society of Biological Psychiatry* Annual Meeting, Philadelphia, PA, 2012.

A383.   *Vu MT, *Kikinis Z, Peled S, Kulkarni P, Ferris C, Makris N, *Bouix S, Makinodan M, Kikinis R, *Kubicki M, Corfas G, **Shenton ME**. Changes in Myelination of Anterior Commissure in Mice with Loss of ErbB Receptor Signaling in Oligodendrocytes. Poster to be presented at the 20th Harvard Psychiatry Annual research Day, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, March 28, 2012.

A384.   *Quan M, Tang Y, *Kubicki M, *Eckbo R, Zhang F, Gao Y, McCarley R, *Levitt J, Wang J, **Shenton ME**. VLPFC-Striatum Pathway in First-Episode Schizophrenia: A Cross-Sectional and Longitudinal DTI Study. 18th Annual Meeting, Organization for Human Brain Mapping (OHBM), Beijing, China, (Poster), June 10-14, 2012.

A385.   *Quan M, *Kubicki M,*Eckbo R, *Kikinis Z, McCarley RW, *Levitt JJ, **Shenton ME**. Changes in DLPFC-Striatum Connections in First Episode Schizophrenia: A Cross-Sectional and Longitudinal DTI Study. 3rd Biennial Schizophrenia International Research Society (SIRS), Florence, Italy, (Poster), April 14-18, 2012.

A386.   *Quan M, *Kubicki M, *Eckbo R, *Kikinis Z, McCarley RW, *Levitt JJ, **Shenton ME**. Changes in DLPFC-Striatum Connections in First Episode Schizophrenia: A Cross-Sectional and Longitudinal DTI Study. *3rd Biennial Schizophrenia International Research Society (SIRS)*, Florence, Italy, (Poster), April 14-18, 2012.

A387.   *Quan M, *Tang Y, *Kubicki M, *Eckbo R, Zhang F, Gao Y, McCarley RW, *Levitt JJ, Wang J, **Shenton M**. VLPFC-Striatum Pathway in First-Episode Schizophrenia: A Cross-Sectional and Longitudinal DTI Study. 18th Annual Meeting, *Organization for Human Brain Mapping (OHBM)*, Beijing, China, (Poster), June 10-14, 2012.

A388.   *Hamoda H, *Schneiderman J, Makris N, Seidman L, *Hawley K, *Ballinger T, McCarley R, **Shenton M**. A DTI study of cerebellar-thalamic connections in patients with first episode and chronic schizophrenia. Poster presentation at the 59th meeting of the *American Academy of Child & Adolescent Psychiatry*, San Francisco, CA, (Poster) October 25, 2012.

A389.   *Pasternak O, *Rathi Y, **Shenton M**, Westin C-F. Estimation of the angle between crossing fibers as a novel structural quantity. Proceedings of the 20th International Society for Magnetic Resonance in Medicine meeting (ISMRM), Melbourne, Australia, 2012.

A390.   Woodberry KA, Serur RA, Hallinan SB, Mesholam-Gately RI, Wojcik JD, Cousins A, Gnong-Granato AG, Friedman-Yakoobian M, Rodenhiser-Hill J, HornbachS, Francis G, Min G, Tucker L, Keshavan M, *Goldstein J, **Shenton M**, McCarley RW, Seidman LJ. *Childhood onset of symptoms as reported in first episode schizophrenia and clinical high risk youth.* Poster presented at the Eighth International Conference on Early Psychosis, San Francisco, CA, 2012.

A391.   *Rathi Y, Michailovich O, *Bouix S, **Shenton ME**, Westin C-F. Predicting T1 information from diffusion data. Proceedings of *the 20th International Society for Magnetic Resonance in Medicine Scientific Meeting (ISMRM)*, Melbourne, Australia, 2012.

A392.   Kaufmann D, *Koerte IK, Muehlmann M, Hartl E, Reiser M, Makris N, *Rathi Y, **Shenton ME**, Ertl-Wagner B. White matter integrity of motor tracts in professional musicians and soccer players. Poster session. *European Society of Radiology (ESR)*, Vienna, Austria, 2013.

A393.   *Pasternak O, *Bouix S, *Rathi Y, Branch C, Westin C-F, **Shenton M**, Lipton M. Identification of mild traumatic brain injuries by comparison of free-water corrected z-distributions. *Proceeding of the 21st International Society for Magnetic Resonance in Medicine Meeting (ISMRM)*, Salt Lake City, UT (accepted; 2013).

A394.   *Dahlben BA, *Rathi Y, Riklin-Raviv T, *Eckbo R, Simpson JC, McCarley RW, **Shenton ME**, *Levitt JJ. Aberrant wiring in fronto-striatal pathways in chronic schizophrenia. Poster presented at the 21st*Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 10, 2013.

A395.   *Fitzsimmons J, *Hamoda H, *Swisher T, *Terry D, *Rosenberger G, Seidman LJ, *Goldstein J, Mseholam-Gately R, Petryshen T, Wojcik J, Kikinis R, McCarley RW, **Shenton ME**, *Kubicki M. Diffusion tensor imaging study of the fornix in first episode schizophrenia and in healthy controls. Poster presented at the 21st*Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 10, 2013.

A396.   *Giwerc M, *Green K, *Kikinis Z, Porter C, Peled S, Kulkarni P, Ferris C, Kikinis R, Makris N, *Bouix S, **Shenton ME**, Kristal B. Tractography of fornix, cingulum, and corpus callosum in the rat brain. Poster presented at the 21st*Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 10, 2013.

A397.   *Green K, *Giwerc M, *Kikinis Z, *Bouix S, Makris N, Thompson E, Mezin J, Scheiber N, Corfas G, Kucherlapati R, Kikinis R, *Kubicki M, **Shenton ME**. Associations of ErbB4 SNP rs4673628 with integrity of the inferior longitudinal fasciculus and visual and verbal memory in chronic schizophrenia patients. Poster presented at the 21st*Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 10, 2013.

A398.   *Hosokawa T, *Niznikiewicz M, **Shenton ME**, *Salisbury D, Hirano Y, Oribe N, McCarley RW. Longitudinal study of parietal gray matter volume in first-episode schizophrenia. Poster presented at the 21st*Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 10, 2013.

A399.   *Mayinger M, *Koerte IK, *Muehlmann M, *Kaufmann D, *Purohit MP, Steffinger D, *Eckbo R, *Rathi Y, *Bouix S, *Pasternak O, Reiser M, Zafonte R, Stern RA, Ertl-Wagner B, *Kubicki M, **Shenton ME**. White matter integrity in professional soccer players without symptomatic concussion Poster presented at the 21st*Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 10, 2013.

A400.   *Pasternak O, Westin CF, *Bouix S, Seidman LJ, *Goldstein JM, Woo TW, Petryshen TL, Mesholam-Gately RI, McCarley RW, Kikinis R, **Shenton ME**, *Kubicki M. Global white matter inflammation pattern in first-episode schizophrenia – A free-water MRI study. Poster presented at the 21st*Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 10, 2013.

A401.   *Zuo JX, *Green G, Seidman LJ, *Goldstein JM, Petryshen TL, Mesholam-Gately RI, Wojcik J, McCarley RW, *Kubicki M, **Shenton ME**. Clinical and neuropsychological correlates of diffusion tensor imaging indices in first-episode schizophrenia. Poster presented at the 21st*Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, April 10, 2013.

A402.   *Fredman E, *Dahlben B, *Duskin J, *Kikinis Z, *Cho I-K, *Eckbo S, *Bouix S, Makris N, Coman I, Kates K, *Kubicki M, **Shenton M**. Delineation of the inferior longitudinal fasciculus in subjects with 22q11.2 deletion syndrome. Poster presented at the *International Congress of Schizophrenia Research*, Orlando, Florida, 2013.

A403.   *Kubicki M, *Savadjiev P, *Pasternak O, Crow TJ, James AC, DeLisi L, **Shenton ME**. Beyond "white matter integrity" disruptions in schizophrenia. Poster presented at the *International Congress of Schizophrenia Research*, Orlando, Florida, 2013.

A404.   *Pasternak O, Westin C-F, *Bouix S, Seidman L, *Goldstein J, Woo T, Petryshen T, Mesholam-Gately R, McCarley R, Kikinis R, **Shenton M**, *Kubicki M. Global white matter inflammation pattern in first-episode

Page 128

schizophrenia – A free-water MRI study. Poster presented at the *International Congress of Schizophrenia Research*, Orlando, Florida, 2013.

A405.   *Whitford TJ, *Kubicki M, *Pelavin PE, *Lucia D, *Schneiderman JS, Pantelis C, McCarley RW, **Shenton ME**. Delusions of control and structural integrity of the cingulum bundle in patients with schizophrenia. Poster presented at the *International Congress of Schizophrenia Research*, Orlando, Florida, 2013.

A406.   Seidman LJ, Mesholam-Gately RI, Bergen SE, Stone W, Wojcik JD, Woodberry K, Cousins A, Friedman-Yakoobian M, Giuliano A, Gnong-Granato A, Rodenheiser-Hall J, Hornbach S, Fancis G, Pilo C, Gibson LE, Serum R, Min G, Hallinan S, Frazier J, Keshavan M, *Goldstein JM, **Shenton M**, Petryshen T, Woo T-U, McCarley RW. Progression of neurocognitive impairment from at-risk to chronic phases of schizophrenia in the Boston CIDAR study. Poster Symposium 1-3 entitled "Staging of Progression in Schizophrenia in the Boston CIDAR: From Phenotype to Genotype, Chair Dr. Tracey Petryshen, Co-Chair Dr. Martha Shenton, presented at the *International Congress of Schizophrenia Research*, Orlando, Florida, 2013.

A407.   *Goldstein JM, Abbs B, Thermenos H, Juelich R, Longenecker J, Mesholam-Gately R, Woodbury K, **Shenton M**, McCarley RW, Seidman LJ. Sex differences in the developmental trajectory of verbal memory deficits in schizophrenia. Poster Symposium 1-3 entitled "Staging of Progression in Schizophrenia in the Boston CIDAR: From Phenotype to Genotype, Chair Dr. Tracey Petryshen, Co-Chair Dr. Martha Shenton, presented at the *International Congress of Schizophrenia Research*, Orlando, Florida, 2013.

A408.   McCarley RW, Del Re E, Oribe N, Hirano Y, *Spencer K, *Niznikiewicz M. Abnormal auditory and visual event-related potentials in prodromal and first episode schizophrenia subjects and their clinical correlates. Poster Symposium 1-3 entitled "Staging of Progression in Schizophrenia in the Boston CIDAR: From Phenotype to Genotype, Chair Dr. Tracey Petryshen, Co-Chair Dr. **Martha Shenton**, presented at the *International Congress of Schizophrenia Research*, Orlando, Florida, 2013.

A409.   Petryshen T, Bergen S, Mesholam-Gately R, Del Re E, Purcell S, Seidman LJ, McCarley R. Genetic determinants of abnormalities in brain function in schizophrenia. Poster Symposium 1-3 entitled "Staging of Progression in Schizophrenia in the Boston CIDAR: From Phenotype to Genotype, Chair Dr. Tracey Petryshen, Co-Chair Dr. **Martha Shenton**, presented at the *International Congress of Schizophrenia Research*, Orlando, Florida, 2013.

A410.   *Levitt JL, *Rathi Y, Raviv TR, *Eckbo R, Simpson JC, McCarley RW, **Shenton ME**. MR-DTI frontostriatal tractography findings in chronic schizophrenia. Poster presented at the *International Congress of Schizophrenia Research*, Orlando, Florida, 2013.

A411.   Mauney S, Pietersen CY, *Goldstein JM, Petryshen T, Seidman LJ, **Shenton ME**, McCarley RW, Woo TW. Gene expression profiling of oligodendrocytes in dorsolateral prefrontal cortex deep white matter in bipolar disorder and schizophrenia. Poster presented at the *International Congress of Schizophrenia Research*, Orlando, Florida, 2013.

A412.   Mesholam-Gately RI, Hallinan SB, Hornbach S, Stone WS, Frances G, Pilo C, Gibson LE, Wojcik JD, Woodberry K, Cousins A, Friedman-Yakoobian M, Giuliano AJ, Gnong-Granato A, Rosenheiser-Hill J, Serur R, Min G, Keshavan M, *Goldstein JM, **Shenton M**, Petryshen T, Berger SE, Woo TW, McCarley RW, Seidman LJ. Staging of olfactory functioning from at-risk to chronic phases of schizophrenia in the Boston CIDAR study. Poster presented at the *International Congress of Schizophrenia Research*, Orlando, Florida, 2013.

A413.   Seidman LJ, Mesholam-Gately RI, Bergen SE, Stone W, Wojcik JD, Woodberry K, Cousins A, Friedman-Yakoobian M, Giuliano A, Gnong-Granato A, Rodenheiser-Hill J, Hornback S, Francis G, Pilo C, Gibson LE, Serur R, Min G, Hallinan S, Frazier J, Keshavan M, *Goldstein JM, **Shenton M**, Petryshen T, Woo TW, McCarley RW. Progression of neurocognitive impairment from at-risk to chronic phases of schizophrenia in the Boston CIDAR study. Poster presented at the *International Congress of Schizophrenia Research*, Orlando, Florida, 2013.

A414. *Asami T, *Whitford T, *Bouix S, *Dickey C, *Niznikiewicz M, **Shenton M**, Voglmaier M, McCarley R. Globally and locally reduced gray matter volumes in neuroleptic-naïve men with schizotypal personality disorder: Association with negative symptoms. *The 11th World Congress of Biological Psychiatry*, June 24, 2013, Kyoto, Japan.

A415. *Hosokawa T, **Shenton M**, *Niznikiewicz M, *Salisbury D, McCarley R. Parietal lobe volume deficit in first-episode schizophrenia: Longitudinal study of gray matter volume. *The 11th World Congress of Biological Psychiatry*, June 25, 2013, Kyoto, Japan.

A416. *Saito Y, *Kubicki M, *Otsuka T, *Asami T, *Rathi Y, *Pasternak O, *Eckbo R, *Kikinis Z, *Clemm C, *Koerte I, Roppongi T, Kinoshita T, **Shenton M**. Motor related white matter abnormalities in patients with first-episode schizophrenia. Poster presented at *The 11th World Congress of Biological Psychiatry*, June 26, 2013, Kyoto, Japan.

A417. *Kikinis Z, *Green K, *Giwerc M, *Bouix S, Makris N, *Levitt JJ, Corfas G, Kucherlapati R, Kikinis R, *Kubicki M, **Shenton ME**. Genetic variant in the proline dehydrogenase gene is associated with demyelination of brain white matter and severity of clinical symptoms in schizophrenia patients. *XXIst Meeting of The World Congress of Psychiatric Genetics*. October 17-21, 2013, Boston, MA.

A418. *Levitt JJ, *Kikinis Z, *Green K, *Dahlben B, *Rathi Y. **Shenton ME**. Impact of Genetic Variation in the Proline Dehydrogenase Gene on Deafferentation of the Striatum in Schizophrenia. *XXIst Meeting of The World Congress of Psychiatric Genetics*. October 17-21, 2013, Boston, MA.

A419. *Kikinis Z, *Green K, *Giwec M, *Bouix S, Makris N, Schreiber N, Corfas G, Kucherlapati R, Kikinis R, *Kubicki M, **Shenton ME**. Associations of the rs4818 polymorphism in the COMT gene with demyelination of the inferior longitudinal fasciculus in the white matter of the brain and cognition in schizophrenia patients. *American Society of Human Genetics*, October 22-26, 2013, Boston, MA.

A420. *Panenka WJ, Lange RT, Shewchuk JR, Heran MKS, Brubacher JR, *Bouix S, *Eckbo R, **Shenton ME**, Iverson GL. Biopsychosocial outcome from complicated versus uncomplicated mild traumatic brain injury. *International Brain Injury Association Tenth World Congress on Brain Injury (IBIA)*. March 2014. San Francisco, USA.

A421. *Pasternak O, *Bouix S, *Rathi Y, Branch C, Westin C-F, **Shenton ME**, Lipton M. Characterization of Acute Diffusion MRI Abnormalities following Concussion using a Joint Distribution Free-Water Imaging Normative Atlas. *International Brain Injury Association Tenth World Congress on Brain Injury (IBIA)*. March 2014. San Francisco, USA.

A422. *Pasternak O, Stern RA, *Giwerc MY, *Yergatian C, Merugumala S, Liao H, Baugh CM, Westin C-F, **Shenton ME**, *Lin AP.  Identification of Atrophy, Excitotoxicity and Gliosis in the White Matter of Retired NFL Players. *International Brain Injury Association Tenth World Congress on Brain Injury (IBIA)*. March 2014. San Francisco, USA.

A423. *Koerte IK, *Mayinger M, *Green K, *Giwerc M, *Dahlben B, *Fredman E, *Eckbo R, Baugh CM, *Stamm J, Makris N, *Lin AP, *Pasternak O, *Rathi Y, Stern RA, **Shenton ME**. White matter microstructure and cortical thickness in former NFL players. *International Brain Injury Association Tenth World Congress on Brain Injury (IBIA)*. March 2014. San Francisco, USA.

A424. *Bouix S, Cai P, *Pasternak O, Zafonte R, **Shenton ME**. Subject-Specific Evaluation of mTBI with Diffusion MRI: Statistical Considerations. *International Brain Injury Association Tenth World Congress on Brain Injury (IBIA)*. March 2014. San Francisco, USA.

A425. **Shenton ME**, *Koerte IK, *Bouix S, *Pasternak O, *Lin AP, *Mayinger M, *Coleman M, *Dahlben B, *Giwerc M, *Green K, *Stamm J, Helmer K, Zafonte R, Stern R. Invited Symposium on Chronic Traumatic Encephalopathy, "Advanced Neuroimaging in CE and Repetitive Concussive and Subconcussive Head Trauma". *International Brain Injury Association Tenth World Congress on Brain Injury (IBIA)*. March 2014. San Francisco, USA.

A426. *Pasternak O, Stern RA, *Giwerc M, *Yergatian C, Merugumala S, Liao H, Baugh CM, Westin C-F, **Shenton ME**, *Lin AP. The relation between free-water, atrophy and microstructural pathologies in NFL players – A combined diffusion MRI and MRS study. *International Society for Magnetic Resonance Imaging in Medicine (ISMRM*; May, 2014, Milan, Italy).

A427. *Duskin J, *Dahlben B, *Fredman E, *Eckbo R, Assaf Y, **Shenton M**, *Kubicki M, *Pasternak O. FreeSurfer analysis of volumentri changes in gray and white matter in multiple sclerosis patients. Poster presented at the 22nd *Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, May 19, 2014.

A428. *del Re E, Gao Y, *Eckbo R, Petreyshen TL, Seidman LJ, Goldstein JM, McCarley RW, **Shenton ME**, *Bouix S. Multi-atlas brain masking for MRI analysis: Comparison with FreeSurfer 5.3 and manual Masking. Poster presented at the 22nd *Harvard Psychiatry Annual Research Day*, Sponsored by the Mysell Committee, Department of Psychiatry, Harvard Medical School, May 19, 2014.

A429. *Kikinis Z, *Choi K-I, Coman IL, Radoeva P, *Bouix S, *Ekbo R, Makris N, *Kwon JS, *Kubicki M, Kates WR, **Shenton ME**. Developmental abnormalities in brain white matter in prodromes with 22q11.2 deletion syndrome: a tract based spatial statistics study.  To be presented at the *ISDN conference on Development, Function and Disorder of the Nervous System*, 19-24 July 2014, Montreal, Canada.

A430. Sitek A, Kijewski MF, Park M-A, Pan H, *Coleman MJ, Epstein JI, Belanger AP, Dubey S, Leung L, *Giwerc MY, *Green K, *Dahlben BA, *Fredman ES, Sohn RL, Wang S, Semer J, Sicka W, Seaver K, Paolino JM, El Fakhri G, Zafonte RD, **Shenton ME**, Stern E. Posterior analysis of compartmental kinetic modeling in PET. Poster presented at *IEEE Nucler Sceince Symposium & Medical Imaging Conference (NSS/MIC), Semiconductor X-Ray and Gamma-Ray Detectors,* 2014, Seattle, Washington.

A431. *Kikinis Z, Porter CL, *Pasternak O, *Muehlmann M, *Rathi Y, *Koerte IK, Peled S, Ferris C, Kristal BS, **Shenton ME**. Improving imaging of diffuse axonal injury in traumatic brain injury. Poster presented at the *Military Health System Research Symposium*, August 19, 2014, Fort Lauderdale, FL.