UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**DECLARATION OF Charles Bernick, MD, MPH**

Charles Bernick affirms under penalty of perjury the truth of the following facts:

1. I am Associate Director, Cleveland Clinic Lou Ruvo Center for Brain Health. My *curriculum vitae* is attached as Exhibit A.

2. I have been asked to submit this declaration in support of the objection to the proposed class action settlement in the above captioned case filed by the MoloLamken LLP law firm. I am not being compensated for my work in doing so.

3. Chronic traumatic encephalopathy (or CTE) is a unique neurodegenerative disease; it is not the same as ALS, Alzheimer's disease, or Parkinson's disease.

4. Repetitive brain trauma is a necessary condition for developing CTE.

5. ALS, Alzheimer's disease, and Parkinson's disease are found in the general population of individuals who have not suffered repetitive brain trauma. Suicidality does not present as a symptom of these diseases.

6. Mood and behavioral impairments such as depression, suicidality, hopelessness, impulsivity, explosiveness, rage, and aggression, although present in the general population, appear more frequently in individuals suffering from CTE than in the general population.

7. The mood and behavioral impairments associated with CTE can present prior to the onset of CTE-related dementia and can be the cause of significant disability and distress for the patient.

8. Based on my experience and knowledge of the clinical and scientific literature, I believe that a reliable, valid, and clinically accepted diagnosis of CTE, based, in part, on objective biomarkers, will likely be possible in the next decade, if not sooner, and long before the 65-year term of the proposed NFL Concussion Litigation Settlement expires.

9. I am not aware of the use of the diagnostic or classification categories of "Neurocognitive Impairment Level 1.0," "Neurocognitive Impairment Level 1.5," or "Neurocognitive Impairment Level 2.0" anywhere in the medical or scientific community.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury that the foregoing is true and correct.

Dated: November 25, 2014

*/s/ Charles Bernick/*

Charles Bernick, MD, MPH

# Exhibit A

**CURRICULUM VITAE –August, 2014**

**CHARLES BERNICK, M.D**
8808 Cortile Dr.
Las Vegas, NV  89134

**Personal Data:**

| | | |
|---|---|---|
| **Born:** | February 11, 1955 Los Angeles, California | |
| **Medical Licensure:** | Nevada #6978 | |

**Education:**

| | | |
|---|---|---|
| **BA** | Rice University, Department of History, Houston, Texas<br>Honors:  Phi Beta Kappa | 1972-1976 |
| **MD** | University of Texas Southwestern Medical School, Dallas, Texas<br>Honors:  Alpha Omega Alpha | 1976-1980 |
| | Mt. Zion Hospital<br>San Francisco, California<br>Internship, Internal Medicine | 1980-1981 |
| | University of Miami School of Medicine<br>Miami, Florida<br>Residency Neurology | 1981-1984 |
| | University of Arizona Health Science Center<br>Tucson, Arizona<br>Fellowship, Neurology and Neuromuscular Disorders | 1984-1986 |
| **MPH** | University of Nevada, Las Vegas<br>Las Vegas, NV | 2011 |

**Experience:**

| | |
|---|---|
| Associate Medical Director, Cleveland Clinic Lou Ruvo Center for Brain Health | 2009 - Present |
| Director, University of Nevada School of Medicine Alzheimer's Disease Diagnostic and Treatment Centers Las Vegas, Reno, and Elko, Nevada | 1994-2009 |

| | |
|---|---|
| Professor of Neurology<br>University of Nevada School of Medicine<br>Las Vegas, NV | 2002 - 2009 |
| Chief Division of Neurology<br>University of Nevada School of Medicine<br>Las Vegas, Nevada | 1994-2005 |
| Director, American Parkinson's Disease Association<br>Information and Referral Center | 1998-2011 |
| Clinical Assistant Professor<br>Alzheimer's Disease Diagnostic and Treatment Center<br>U.C. Davis Medical Center, Sacramento, California | 1987-1993 |
| Staff Neurologist<br>Medical Clinic of Sacramento<br>Sacramento, CA | 1986-1993 |
| Medical Director<br>Eskaton's Alzheimer's Disease Special Units<br>Sacramento, California | 1992-1993 |
| Attending Neurologist<br>Muscular Dystrophy Association Neuromuscular Clinic<br>Sacramento, California | 1986-1993 |
| Instructor of Neurology<br>University of Arizona College of Medicine<br>Tucson, Arizona | 1985-1986 |
| Medical Director<br>Alzheimer's Disease Special Care Unit<br>Desert Life Health Care Center, Tucson, Arizona | 1985-1986 |

**Board Certification**:

| | |
|---|---|
| Diplomate American Board of Psychiatry and Neurology | 1987 |
| American Board of Electrodiagnostic Medicine | 1989 |

**Professional Activities**:

| | |
|---|---|
| Member, State of Nevada Alzheimer's Disease Task Force | 2012 |
| President, Nevada Lifespan Respite Coalition | 2007 -2011 |
| Member, UNLV Gerontology Community Advisory Committee | 2007 – 2009 |
| Member American Academy of Neurology | 1981- Present |
| Committee Member, Board of Directors, National Alzheimer's | |

```
Association                                             1999-2000
Member, Medical Advisory Committee, Desert Southwest Chapter,
Alzheimer's Association                                 2006 - Present
Member, State of Nevada Alzheimer's Advisory Board      2000-2006
Member, Alzheimer's Association Public Policy Committee 2002- 2003
Board of Directors,Southern Nevada Alzheimer's Association 1994-2000
Reviewer, Alzheimer's Association Medical & Scientific Group   2000-Present
Member, Advisory Board, College of Sciences, UNLV       2000
Member, Advisory Board, Nevada Geriatric Education Center  1994-Present
Member, Geriatric Neurology Section, American Academy of Neurology 1993-Present
Member, Alzheimer's Disease Neurology Education Council    1997
Board of Directors, Jewish Family Services              1996-1997
Board of Directors, Visiting Nurses Association         1990-1992
Professional Advisory Committee, Multiple Sclerosis Society   1990-1993
Qualified-Medical Examiner, Industrial Medical Council,    1992-1993
State of California
```

**Bibliography**:

Bernick C, Gregorios J: Progressive Multifocal Leukoencephalopathy in a patient with Acquired Immune Deficiency Syndrome. **Arch Neurol** 41:780782, 1984.

Bernick C, Stern LZ: Neurologic Complaints in the Elderly. **Postgrad Med.** 77(8):124-138, 1985.

Bernick C, Stern LZ: Restless Legs Syndrome (revised). **The Western J Med.** 145: 263-265, 1986

Bernick C, Stern LZ: Spontaneous, Isolated, Mesencephalic Hemorrahage. **Neurology** 36:1627, 1986.

Bernick C, Stern LZ: Mental Disorders in the Elderly. **Comp Therapy** 13 (5):43-50, 1987.

Bernick C: Methysergide Induced Askathisia. **Clin Neuropharm** 11:87-89, 1988.

Bernick C, Davis M: Ictal Perseveration? **Neurology** 38:826, 1988.

Bernick C: Sleep Disturbances in Alzheimer's Disease. **AM J Alzheimer's Care and Research** 3:8-11, 1988.

Bernick C: Familial Hypokalemic Periodic Paralysis. **Nerve & Muscle** 11: 10921093, 1988.

Weilder P, Mungas D, Bernick C: Propanolol for the Control of Disruptive Behavior in Senile Dementia. **J Geriatric Psychiatry Neorol** 1: 226-230, 1988.

Mungas D, Cooper J, Weilder P, Bernick C: Dietary Preference for Sweet Foods in

Patients with Dementia. **JAGS** 38:999-1007, 1990.

Bernick C, Stern LZ: Muscle Cramps and Motor System and Gait. In Walker HK, Hall W, Hurst JW (eds) **Clinical Methods** Butterworths, Stoneham, MA, 1990, pp281-284, 351-355

Heckbert S, Longstreth W, Psaty B, Murros K Smith N, Newman A, Williamson J, Bernick C, Furburg C: The Association of Antihypertensive Agents with MRI White Matter Findings and with Modified Mini-Mental State Examination in Older Adults. **JAGS** 45:1423-1433, 1997

Longstreth W, Bernick C, Manolio T, et al. Lacunar Infarcts Defined by Magnetic Resonance Imaging, the Cardiovascular Health Study. **Arch Neurol** 1998: 55: 1217-1225

Longstreth W, Bernick C, Fitzpatrick A, Cushman M, Knepper L, Lima J, Furberg C. Frequency and Prdictors of Stroke death in 5,888 Participants in the Cardiovascular Health Study. **Neurology** 2001; 56:368-375

Bernick C, Kuller L, Dulberg C, Longstreth W, et al. Silent MRI Infarcts and the Risk of Future Stroke: The Cardiovascular Health Study. **Neurology** 2001;57:1222-1229

Longstreth WT, Katz R, Olson J, Bernick C, Carr JJ, Manilow MR, Hess DL, Cushman M, Schwartz SM. Plasma total homocysteine levels and cranial magnetic resonance imaging findings in elderly persons: the Cardiovascular Health Study. **Arch Neurol**. 2004; 61:67-72

Kuller L, Longstreth WT, Arnold A, Bernick C, Bryan RN, Beauchamp N. White matter hyperintensity on cranial magnetic resonance imaging- a predictor of stroke. **Stroke** 2004; 35: 1821-1825

Longstreth W, Katz R, Olson J, Bernick C, Carr J, Malinow M, Hess D, Cushman M, Schwartz S. Plasma total homocystiene levels and cranial MRI findings in elderly persons: The Cardiovascular Health Study. Arch Neurol 2004; 61: 67-72

Bernick C, Katz R, Smith N, Rapp S, Bhadelia R, Carlson M, Kuller L. Statins and Cognitive Function in the Elderly: The Cardiovascular Health Study. **Neurology** 2005; 65: 1388-1394

Rea T, Breitner J, Psaty B, Fitzpatrick A, Lopez O, Newman A, Hazzar W, Zandi P, Burke G, Lyketsos C, Bernick C, Kuller L. Statins and the Risk of Incident Dementia: The Cardiovascular Health Study. **Archives of Neurol** 2005; 62:1047-51

Baker ML, Marino Larsen EK, Kuller LH, Klein R, Klein BE, Siscovick DS, Bernick C, Manolio TA, Wong TY. Retinal microvascular signs, cognitive function, and dementia in older persons, The Cardiovascular Health Study. Stroke. 2007; 38: 2041-7

Barzilay J, Fitzpatrick A, Luchsinger J, Yasar S, Bernick C, Jenny N, Kuller L. Albuminuria and dementia in the elderly: a community study. Am J Kidney Dis 2008; 52: 216-26

Longstreth WT, Arnold AM, Kuller LH, Bernick CB, Lefkowitz DS, Beauchamp NJ, Manolio TA. Progression of MRI defined brain vascular disease predicts vascular events in the elderly. Stroke 2011; 42

Raji CA, Lopez OL, Kuller LH, Carmichael OT, Longstreth WT, Gach M, Boardman J, Bernick C, Thompson PM, Becker JT. White matter lesions and brain gray matter volume in cognitively normal elders. Neurobiology of Aging 2012; 33: e7-e16

Bernick C, Cummings J, Ramen R, Sun Y, Aisen P. Age and rate of cognitive decline in Alzheimer's disease: Implications for clinical trials. Arch Neurol 2012; 69: 901-905

Bernick C, Banks S, Phillips M, et al. Professional Fighters Brain Health Study: Rationale and Methods. AJE 2013;178:280-286

Ryan J., Pakhomov S., Marino S., Bernick C., and Banks S., (2013) Computerized Analysis of a Verbal Fluency Test. Computational Linguistics, in press

Bernick C., and Banks, S.J., What boxing tells us about repetitive head trauma and the brain. Alzheimer's Research and Therapy 2013; S:23

Shin W., Mahmoud S., Sakaie K., Banks S.J., Lowe, M.J., Phillips M., Modic M.T., Bernick C. Diffusion measures indicate fight exposure-related damage to cerebral white matter in boxers and mixed martial arts fighters. American Journal of Neuroradiology, 2014 Feb;35(2):285-90.

Banks SJ, Obuchowski N, Shin W, Lowe M, Phillips M, Modic M, **Bernick C**. The protective effect of education on cognition in professional fighters. Arch Clin Neuropsychol. 2014 Feb;29(1):54-9

Banks S.J., Mayer B., Shin W., Lowe M., Phillips M., Modic M., Bernick C. Impulsiveness in professional fighters. Journal of Neuropsychiatry and Clinical Neurosciences, 2014 Winter;26(1):44-50

Cummings J, Zhong K, Bernick C. The Cleveland Clinic Lou Ruvo Center for Brain Health: Keeping Memory Alive. Journal of Alzheimer's Disease 2014;38(1):103-9

**Abstracts**:

Bernick C, Lee S, Sandyk R, Stern LZ: Effects of L-Dopa in the Uremic Patients with Restless Legs Syndrome. (Thirty-Eighth Annual Meeting of the American Academy of Neurology, New Orleans, May 1986.)

Bernick C, Longstreth WT, Manolio TA, Jungreis CA, Price TR: Clinical Factors Associated with Lacunes on Cranial Magnetic Resonance Imaging of 3,660 Elderly People. ( Twenty-Second International Joint Conference on Stroke and Cerebral

Circulation By the American Heart Association, Anaheim, February, 1997.)

Heckbert SR, Longstreth WT, Psaty BM, Murros KE, Smith NL, Bernick C, Furberg CD: Association of Anti Hypertensive Agents with MRI White Matter Findings and Mini Mental State Score in Older Adults. (Fourth International Conference on Preventive Cardiology, Montreal, June, 1997.)

Bernick C, Saxena S. Use of Mirtazapine for Agitated Behaviors in Alzheimer's Disease ( American Neuropsychiatric Association, January, 1999, New Orleans)

Bernick C, Fitzpatrick A, Longstreth W, Cushman M, Furburg C. Death From Stroke ( American Academy of Neurology,April,1999, Toronto)

Bernick C, Kranthi D, Norquiera A. Psychosis and Serotonergic Agents in Alzheimer's Disease (Southern Medical Association, Nov. 2000)

Bernick C, Kuller L, Dulberg C, Longstreth W, Manolio T, Beauchamp N, Price T. Silent MRI Infarcts and the Risk of Future Stroke ( American Heart Association, Nov., 2000, New Orleans)

Bernick C, Kuller L, Dulberg C, Longstreth W, Manolio T, Beauchamp N, Price T. Silent Brain MRI Infarcts and Subsequent Stroke Type (American Stroke Association, Feb. 2001, Ft. Lauderdale)

Beauchamp N, Kuller L, Longstreth W, Arnold A, Bernick C, Bryan R. T2 Weighted White Matter Hyperintensity on Cerebral MRI – A Predictor of Stroke ( American Academy of Neurology, April 2002, Denver)

Bernick C, Katz R, Rapp S, Smith R, Bhadelia R, Carlson M, Kuller L. Cholesterol, Statins and Cognitive Function in the Elderly: The Cardiovascular Health Study (American Academy of Neurology, April 2003, Honolulu)

Fitzpatrick A, Kuller L, Lyketsos C, Lopez O, Longstreth W, Bernick C, Cushman M, Burke G, Malinow R. Associations Between Plasma Homocysteine and Type of Dementia. (Society of Epidemiologic Research, June, 2003, Atlanta)

Bernick C. Thiamine in Alzheimer's Disease (Southern Medical Association, November 2004, New Orleans)

Bernick C, Young K. Failure to Recognize Depression in Parkinson's Disease on the UPDRS (American Academy of Neurology, 2006, San Diego)

Bernick C, Young K. Verbal Fluency as a Measure of Severity of Alzheimer's Disease (Southern Medical Assn, October, 2006)

Bernick C. Rural Dementia Care Via Telemedicine (Southern Medical Association, November, 2007, New Orleans)

Bernick C, Goldstein J, Earl N. Ropinirole 24 hour improves disease specific symptoms when used as adjunctive therapy to L-dopa in patients with advanced PD

(Gerontological Society of America Annual Scientific Meeting, November, 2007, San Francisco)

Fredericks D, Bernick C, Dinwiddie L, Charles P. Dementia care in the frontier: use of telemedicine in rural Nevada (ICAD, July, 2008, Chicago)

Bernick C, Kelley K, Sholar M. Seizure like episodes in Alzheimer's Disease(Southern Medical Assoication, August,2008, Nashville)

Bernick C, Simmons S, Sholar M. Use of the Luria 3 Step motor sequencing test as a measure of cognitive function in dementia screening. (American Academy of Neurology, April, 2011, Honolulu)

Bernick C, Lopez O, Chang Y, Becker J. Modifiers of trajectory to Alzheimer's disease ( AAIC, July, 2011, Paris)

Bernick C, Banks S, Phillips M, Lowe M, Jones S, Shin W, Modic M. The threshold effect of repeated head trauma on brain structure and cognition: The Professional Fighters Brain Health Study (American Academy of Neurology, April, 2012, New Orleans)

Mayer,B., Banks, S., Bernick, C. Impulsiveness in professional fighters. (*American Psychological Foundation,* Chicago, IL, June 2012)

Shin, W., Mathew, B., Banks, S. Lowe, M., Phillips, M., Modic, M., Bernick, C. MRI volume and diffusion measures indicate fight exposure-related damage to white matter in fighters (*Human Brain Mapping,* Beijing, China, June 2012).

Banks, S.J., Shin, W., Lowe, M., Phillips, M., Modic, M., Bernick, C. The protective effect of education in professional fighters (*Midyear meeting of the International Neuropsychological Society,* Oslo, Norway, July 2012)

Bernick C, Banks S., Obuchowski N, Shin W, Weights and Volumetric Measures: The Effect of Weight Class on Brain Volume in Professional Combatants (AAN, San Diego, April 2013)

Bernick C,Banks S,Shin W,Lowe M,Phillips M,Jones S,Modic M, Structural and Functional Brain Changes in Boxers and Mixed Martial Arts Fighters are correlated with fight exposure (AAN, San Diego, April  2013)

Bernick C., Banks S., Obuchowski N., Shin W.  Weights and Volumetric Measures: The Effect of Weight Class on Brain Volume in Professional Combatants (AAN, San Diego, April 2013)

Bernick C, Banks S, Shin w, et al. Third ventricular volume and repetitive head trauma: The Professional Fighters Brain Health Study (OHBM, Seattle, June,2013)

Bernick C, Simmons S, Banks S. The effect of age of starting a contact sport on

subsequent brain volumes (AAIC, Boston, July 2013)

Bernick C, Banks S, Obuchowski N. Predicting Low Cognitive Function in Professional Fighters.( 10th World Congress on Brain Injury, San Francisco, March, 2014)

Banks S, Obuchowski N, Bernick C. Longitudinal Change in Brain Health in Professional Fighters ( 10th World Congress on Brain Injury, San Francisco,

Bernick C, Banks S, Obuchowski N. Thalamic Volumes and Exposure to Head Trauma in Retired Professional Fighters  (American Academy of Neurology, Philadelphia, April, 2014)

Bernick C, Banks S, Obuchowski N.  MRI Volumetrics for Longitudinal Assessment of Repetitive Head Trauma.( AAN Sports Concussion, Chicago, July, 2014)

Banks S, Shin W, Lowe M, Phillips M, Modic M, Bernick C. Cognitive Deficits in Retired Fighters ( AAIC, Copenhagen, July, 2014)

**Pharmaceutical Studies**

Principal Investigator, A 16 week Open-Label Safety Study of Tacrine with Monitoring of ALT, 1994

Principal Investigator,48 Week Efficacy and Safety  Study of Propentofylline in Patients with Alzheimer's Disease, 1995

Principal Investigator, 26 Week Efficacy and Safety Study of Propentofylline in Vascular Dementia, 1995

Principal Investigator,16 Week Dose Response Study of Tacrine GITS, 1996

Principal Investigator, 26 Week Dose Finding Study Investigating the Efficacy and  Safety of Lu 25-109 in Patients  With Alzheimer's Disease, 1997

Principal Investigator, Open Label Safety and Efficacy  Study of  Exelon in Patients with Alzheimer's Disease in the Community  Setting, 1997

Principal Investigator, 12 Month Safety and Efficacy  Trial of Idebenone in Patients with Alzheimer's Disease, 1997

Principal Investigator, 6 Month Safety and Efficacy Study of Mementane in Alzheimer's Disease, 1998

Principal Investigator, 7 Week Safety and Efficacy Study of Pre-gabalin in Chronic Low Back Pain, 1998

Principal Investigator,Safety and Efficacy Study of  Vitamin E and Donepezil to Delay Clinical Progression from Mild Cognitive Impairment to Alzheimer's Disease, 1999

Principal Investigator, Melatonin for Sleep Disturbance in Alzheimer's Disease, 1999

Principal Investigator, A Multicenter Trial of Rofecoxib and Naproxen in Alzheimer's Disease, 1999

Principal Investigator, Safety and Efficacy Study of Pregabalin in Post Herpetic Neuralgia, 2000

Principal Investigator, Safety and Efficacy Study of Apomorphine in Parkinson's Disease, 2000

Principal Investigator, Tolerability and Effect of Entacapone in Parkinson's Subjects with End of Dose Wearing Off Symptoms, 2000

Principal Investigator, Donepezil in Severe Alzheimer's Disease, 2001

Principal Investigator, Safety and Efficacy Study of FK960 in Subjects with Mild to Moderate Alzheimer's Disease, 2001

Principal Investigator, Healthy Aging and Memory Study, 2002

Principal Investigator, Treatment of Agitation/Psychosis in Dementia/Parkinsonism, 2002

Principal Investigator, Reducing Homocysteine to Slow Cognitive Decline in Alzheimer's Disease, 2003

Principal Investigator, Dose Ranging, Safety and Efficacy Evaluation of NS 2330 in Mild to Moderate Alzheimer's Disease, 2003

Principal Investigator, Valproate to Attenuate the Progression of Alzheimer's Disease, 2004

Principal Investigator, Natural Huperzine A in Alzheimer's Disease, 2004

Principal Investigator, Evaluation of ONO 2506PO in Patients with Mild to Moderate Alzheimer's Disease, 2004

Principal Investigator, Safety and Efficacy of FK962 in Mild to Moderate Alzheimer's Disease, 2004

Principal Investigator, Efficacy and Safety of Donepezil in Subjects with Mild Cognitive Impairment, 2004

Principal Investigator, Donepezil in Hispanic Individuals, 2006

Principal Investigator, Alzheimer's Disease Neuroimaging Initiative, 2006

Principal Investigator, Efficacy and tolerability of E2007 as an adjunctive therapy in levodopa treated Parkinson's Disease patients with motor fluctuations, 2007

Principal Investigator, Efficacy and safety of Solvay in Parkinson's Disease patients, 2007

Principal Investigator, Home Based Assessments, 2008

Principal Investigator, Efficacy and Safety of ELND005 in mild to moderate Alzheimer's disease, 2008

Principal Investigator, Efficacy and Safety of Bapineuzumab in mild to moderate Alzheimer's Disease, 2008

Principal Investigator, Efficacy and Safety of T-817MA in mild to moderate Alzheimer's Disease, 2008

Principal Investigator, Efficacy and Safety of TTP488 in mild to moderate Alzheimers's Disease, 2008

Principal Investigator, Efficacy and Safety of IVIgG in mild to moderate Alzheimer's Disease, 2009

Principal Investigator, Efficacy and Safety of Dimebon in combination with donepezil in mild to moderate Alzhiemer's Disease, 2009

Principal Investigator, Safety and pharmacodynamic and pharmacokinetic effects of BMS-708 163 in the treatment of patients with prodromal Alzheimer's disease, 2010

Principal Investigator, Efficacy and Safety of Preladenant in early Parkinson's diseae, 2011

Principal Investigator, Amyloid Imaging PET and safety trial of ACC-001 in early Alzheimer's disease, 2011

Principal Investigator, Impact of Florbetapir F 18 PET on the clinical diagnosis and manangement of patients with progressive cognitive decline, 2011

Principal Investigator, Performance of Aclarus DxTM in US patients suffering from memory impairment, 2011

Principal Investigator, A Phase 2, Multicenter, 24-Month, Randomized, Third-Party Unblinded, Placebo-Controlled, Parallel-Group Amyloid Imaging Positron Emission Tomography (PET) And Safety Trial of ACC-001 and QS-21 Adjuvant in Subjects with Early Alzheimer's Disease, 2012

Principal Investigator, A Randomized, Double-Blind, Placebo-Controlled,

Parallel-Group, Multicenter, Phase II Study to Evaluate the Impact of MABT5102A on Brain Amyloid and Related Biomarkers in Patients With Mild to Moderate Alzheimer's Disease, 2012

Principal Investigator, Phase II Study to Evaluate The Impact on Biomarkers of Resveratrol Treatment in Patients with Mild to Moderate Alzheimer's Disease, 2012

Principal Investigator, Effects of NeuroAD system, Combined TMS Stimulation and Cognitive Training, on the Cognitive Function of Mild to Moderate Alzheimer Patients: A Single-Center Randomized, Double-Blind, Placebo Controlled Study, 2013

Principal Investigator, A 26-Week, Double-blind, Randomized, Placebo-controlled, Parallel-group Study to Investigate the Effects of Daily Administration of AC-1204 in Participants with Mild to Moderate Alzheimer's Disease (AD) 2013

**Epidemiological Studies**

Principle Investigator, ADNI 2, 2011-Present

Principle Investigator, Professional Fighters Brain Health Study, 2011-Present