**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>        Plaintiffs,<br><br>            v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>        Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**DECLARATION OF MICHAEL WEINER**

Michael Weiner affirms under penalty of perjury the truth of the following facts:

1.      I am a Professor in Radiology and Biomedical Engineering, Medicine, Psychiatry, and Neurology.  My curriculum vitae is attached as Exhibit A.

2.      I have been asked to submit this declaration in support of the objection to the proposed class action settlement in the above captioned case filed by the MoloLamken LLP law firm.  I am not being compensated for my work in doing so.

3.      Chronic traumatic encephalopathy (or CTE) is a unique neurodegenerative disease; it is not the same as ALS, Alzheimer's disease, or Parkinson's disease.

4.      Repetitive brain trauma is a necessary condition for developing CTE.

5.     ALS, Alzheimer's disease, and Parkinson's disease are found in the general population of individuals who have not suffered repetitive brain trauma.  Suicidality does not present as a symptom of these diseases.

6.     Mood and behavioral impairments such as depression, suicidality, hopelessness, impulsivity, explosiveness, rage, and aggression, although present in the general population, appear more frequently in individuals suffering from CTE than in the general population.

7.     The mood and behavioral impairments associated with CTE can present prior to the onset of CTE-related dementia and can be the cause of significant disability and distress for the patient.

8.     Based on my experience and knowledge of the clinical and scientific literature, I believe that a reliable, valid, and clinically accepted diagnosis of CTE, based, in part, on objective biomarkers, will likely be possible in the next decade, if not sooner, and long before the 65-year term of the proposed NFL Concussion Litigation Settlement expires.

9.     I am not aware of the use of the diagnostic or classification categories of "Neurocognitive Impairment Level 1.0," "Neurocognitive Impairment Level 1.5," or "Neurocognitive Impairment Level 2.0" anywhere in the medical or scientific community.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury that the foregoing is true and correct.

Dated:  November 25, 2014

_____
Michael Weiner

2

# Exhibit A

**Curriculum Vitae - Michael W. Weiner, M.D**.

# CURRICULUM VITAE

# MICHAEL W. WEINER, M.D.

**MARRIED**:  1962, two children                    Revised: November 25, 2014

## EDUCATION:

| | |
|---|---|
| The Johns Hopkins University, Baltimore, Maryland | B.A. 1961 |
| SUNY Upstate Medical Center, Syracuse, New York | M.D. 1965 |
| Intern & Assistant Resident in Medicine,<br>Mt. Sinai Hospital, New York, New York | 1965-1967 |
| Clinical Fellow in Metabolism<br>Yale-New Haven Medical Center, New Haven, Connecticut | 1967-1968 |
| Research Fellow (with Dr. Franklin H. Epstein)<br>Yale University School of Medicine, New Haven, CT | 1968-1970 |
| University of Wisconsin, Institute for Enzyme Research, Madison, Wisconsin | 1970-1972 |
| Research Fellow (with Dr. Henry A. Lardy).<br>Joint Appointment in Renal Section of the Department of Medicine<br>(with Dr. Richard E. Rieselbach). | 1970-1972 |

## HONORS:

| | |
|---|---|
| Honors in Organic Chemistry Research, The Johns Hopkins University | 1961 |
| Winner of an Honor Thesis Award<br>SUNY Upstate Medical Center, Syracuse, NY | 1965 |
| Fellow of the National Kidney Foundation | 1970-1972 |
| Diplomate of the American Board of Internal Medicine<br>in Internal Medicine and Nephrology | 1972 |
| Fellow of the American College of Physicians | 1973 |

**Curriculum Vitae - Michael W. Weiner, M.D.**

## <u>HONORS</u> (Continued):

| | |
|---|---|
| A. Blaine Brower Traveling Scholarship of the American College of Physicians (Laboratory of Sir Hans Krebs, Oxford, England) | 1975 |
| Young Investigator Award of the American College of Cardiology | 1976 |
| Mellon Fellowship for Stanford Junior Faculty Leave Program in the laboratories of Dr. Floyd C. Rector, Jr., U.C.S.F. and Dr. Frank Gotch | 1978 |
| Editor's Recognition Award with Special Distinction from Radiological Society of North America, Inc. | 1993-1995 |
| Fellow of the International Society for Magnetic Resonance in Medicine | 2002 |
| Middleton Award from the Department of Veterans Affairs | 2006 |
| Gold Medal of Paul Sabatier University, Toulouse, France | 2010 |
| Gold Medal of the City of Toulouse, France | 2010 |
| 2010 Geoffrey Beene Foundation's Rock Stars of Science™, as seen in GQ Magazine's *Men of the Year* Edition | 2010 |
| Ronald and Nancy Reagan Research Award on behalf of the Alzheimer's Disease Neuroimaging Initiative | 2011 |
| 2013 Potamkin Award from the American Academy of Neurology and the American Brain Foundation | 2013 |

## <u>PROFESSIONAL EMPLOYMENT</u>:

| | |
|---|---|
| Research and Education Associate of the Veterans Administration | 1971-1974 |
| Assistant Professor of Medicine, University of Wisconsin, School of Medicine | 1971-1974 |
| Assistant Professor of Institute for Enzyme Research, University of Wisconsin | 1972-1974 |
| Chief Metabolism Service, V.A. Hospital, Madison, Wisconsin | 1973-1974 |
| Clinical Investigator of the Veterans Administration | 1974-1977 |
| Assistant Professor of Medicine, Stanford University, School of Medicine | 1974-1980 |
| Assistant Chief of Artificial Kidney Center, | 1974-1980 |

**Curriculum Vitae - Michael W. Weiner, M.D**.

Palo Alto Veterans Administration Hospital, Palo Alto, CA

| | |
|---|---|
| Associate Professor of Medicine in Residence,<br>University of California, San Francisco | 1980-1990 |
| Chief, Hemodialysis Unit,<br>San Francisco Veterans Administration Medical Center | 1980-1983 |
| Associate Professor of Radiology in Residence,<br>University of California, San Francisco | 1983-1990 |
| Scientific Director, Magnetic Resonance Unit,<br>San Francisco Veterans Administration Medical Center | 1985-present |
| Associate Staff Member, Cardiovascular Research Institute<br>Senior Staff Member | 1988-1993<br>1994 |
| Bioengineering Graduate Group<br>University of California, Berkeley & San Francisco | 1988 |
| Graduate Group in Biophysics, University of California, Berkeley | 1988 |
| Member, Alzheimer's Center Executive Committee<br>University of California, San Francisco | 1994 |
| Director, Center for Imaging of Neurodegenerative Diseases<br>San Francisco Veterans Administration Medical Center | 2004-2013 |
| Professor of Medicine, Radiology, Psychiatry and Neurology<br>University of California, San Francisco | 1990-present |

## ACADEMIC ACTIVITIES:

NIH study sections, site visits, and ad hoc review concerning
    magnetic resonance spectroscopy

Editorial Board - Magnetic Resonance in Medicine

Editorial Board - NMR in Biomedicine                              1988-2003

Editorial Board - Magnetic Resonance Imaging

Editorial Board - Journal of Magnetic Resonance Imaging

Editorial Advisory Board - MR, The Quarterly Magazine of Magnetic Resonance

**Curriculum Vitae - Michael W. Weiner, M.D**.

Editorial Advisory Board – Journal of Neurochemistry

Review of manuscripts for many medical and scientific journals
concerning magnetic resonance and nephrology

Co-organizer of Workshop on Techniques for *In vivo* NMR Spectroscopy.
    April 1987, San Francisco; April 1989, San Francisco;
    April 1990, San Francisco; April 1991, St. Louis, MO

| | |
|---|---|
| Co-organizer, 1st International Symposium on Magnetic Resonance Spectroscopy, Tokyo, Japan | 1987 |
| Magnetic Resonance Committee.  American College of Radiology | 1989-Present |
| Chairman, Committee on Magnetic Resonance Spectroscopy. Society of Magnetic Resonance Imaging | 1989-1990 |
| Co-chairman, Symposium on Spectroscopy, Society of Magnetic Resonance Imaging | 1990 |
| Chairman, Educational Symposium on Spectroscopy, Society of Magnetic Resonance in Medicine | 1990 |
| Merit and Promotion Committee, Department of Radiology, University of California, San Francisco | 1995-1996 |
| Chair of the Committee for Affiliated Sections-SMRT, International Society for Magnetic Resonance in Medicine | 1997-1998 |
| Member, Faculty Development Committee, Department of Radiology, University of California, San Francisco | 1999- present |
| Scientific Advisory Board Member, Institute for the Study of Aging | 2000 |
| Co-organizer of the Alzheimer's Imaging Consortium, Washington, DC, | July 2000 |
| Chairman of the VA VISN Committee on Research (This important committee concerns research throughout the VA network, which includes all of Northern California, Reno, and Hawaii.) | 1995-present |
| Member, Scientific Advisory Board, Institute for the Study of Aging | 2000-present |
| Council Member of National Institute of BioEngineering and BioImaging | 2003-2005 |
| VA/Uniformed Services University of Health Sciences PTSD Brain Bank Committee, Sub-Task Force on Assessment | 2003-present |

4

| | |
|---|---|
| Scholarships and Awards Committee, UCSF School of Medicine | 2003-present |
| Editorial Board Member, TMRI | 2005-present |
| Guest Editor, TMRI | 2005 |
| Editorial Board Member, Alzheimer's & Dementia: The Journal of the Alzheimer's Association | 2005-present |
| Advisor for the National Database for Autism Research | 2006 |
| Editorial Board Member, Brain Imaging and Behavior | 2007 |
| Board Member, The ALS Association | 2007- present |
| Board Member, Alzheimer's Research for a Cure Foundation | 2008-present |
| Member, NIH Center for Scientific Review | 2010-present |
| Panel Member, Committee on Human Research, UCSF, Laurel Heights | 2013-present |

## FUNDING:

### Ongoing Research Support

W81XWH-12-MRPRA-MRFA          Weiner (PI)          09/01/13-08/31/16
Effects of traumatic brain injury and post traumatic stress disorder on Alzheimer's disease (AD) in Veterans with mild cognitive impairment using ADNI
The overall long-term goal of this project is to prevent Alzheimer's Disease. This study targets veterans who have suffered PTSD and TBI and show mild cognitive impairment to assess their risk for Alzheimer's Disease.

2U01AG024904          Weiner (PI)          09/30/10 – 08/31/15
Alzheimer's Disease Neuroimaging Initiative 2
The overall goal of this project is to determine the relationships among the clinical, cognitive, imaging, genetic and biochemical biomarker characteristics of the entire spectrum of Alzheimer's disease (AD), as the pathology evolves from normal aging through very mild symptoms, to mild cognitive impairment (MCI), to dementia.

W81XWH-12-2-0012          Weiner (PI)          02/21/12-02/20/15
DOD
Effects of Traumatic Brain Injury (TBI) and Post Traumatic Stress Disorder (PTSD)

5

on Alzheimer's Disease (AD) in Veterans Using Imaging and Biomarkers in the AD Neuroimaging Initiative (ADNI). This study will provide novel data to test the hypothesis that Combat associated TBI and/or PTSD increase the risk for AD, and decrease cognitive reserve, determined with imaging/biomarkers, in Veteran subjects, after accounting for age and APOE genotype.

R01 AG10897                        Weiner (PI)            03/15/09-02/28/14
Prediction of Cognitive Decline with MRI and MRS
The goal is to detect, diagnose, and monitor progression of Alzheimer's Disease.
Role: PI

1P41 EB015904                      Weiner (PI)            09/15/08-06/30/14
Resource for MRI and Neurodegenerative Disorders
This study will develop new and improved methods for imaging of neurodegenerative diseases with a special emphasis on MRI at high magnetic fields. Role: PI

P01 AG19724                        Miller (PI)            09/01/12 - 08/31/17
Frontotemporal Dementia: Genes, Images and Emotions: Project 2: "Imaging"
Weiner (PI)
The goals of this project are to determine the structural, perfusion, and chemical changes of the brain that 1) occur in frontotemporal lobar degeneration (FTLD) and progressive supranuclear palsy (PSP); 2) distinguish FTLD and PSP from Alzheimer's Disease (AD); and 3) accompany the cognitive and behavioral symptomatology of FTLD and PSP. Role: Co-Investigator

P50 AG023501                       Miller (PI)            04/15/09 – 03/31/14
Novel Approaches to Dementia Heterogeneity: Core E: Imaging
The goal of this core is to identify structural, perfusion, and metabolic changes in the brain that predict future cognitive decline and conversion to dementia. Role: Co-Investigator

W81XWH-09-2-0044                   Marmar (PI)            04/01/10 – 02/19/14
Biomarkers for PTSD
The goal is to determine MRI changes in brains of patients with post traumatic stress disorder and correlations with cognitive impairments and symptoms. Role: PI of subcontract

W81XWH-10-1-0021                   Wolkowitz (PI)             01/01/10-
12/31/13
Allostatic Load, Genetics and Neurobiology in PTSD: Identifying Novel Biomarkers of Combat-Related PTSD
One overall goal of the Neuroimaging Core is first to achieve homogeneous acquisition of structural as well as perfusion and diffusion tensor images at high field at the James J. Peters VA Medical Center (JJPVAMC) in a fashion that harmonizes with the project ongoing in San Francisco.

P01 AG012435                      Chui (PI)               09/01/08 - 05/31/14
Aging Brain -- Vasculature, Ischemia, and Behavior: Subproject: Neuroimaging Core C;
1H and 31P MRSI of SIVD - Project 2
This project addresses four major areas of inquiry in subcortical ischemic vascular dementia (SIVD): the role of ongoing ischemia; the role of infarction in neuron loss; the role of disconnection of subcortical and cortical structures in SIVD; and the relative differences in subcortical and cortical changes between SIVD and Alzheimer's Disease. Role: Consortium PI

R01 AG032306                      Rosen (PI)              09/30/09 – 08/31/14
The Frontotemporal Lobar Degeneration Neuroimaging Initiative Core: Imaging
The overall goal of this subcontract is to determine the patterns of structural and functional brain changes over time in patients with Frontotemporal Lobar Degeneration (FTLD). The study will provide estimates of rates of progression of the disease, which could have a huge diagnostic value, and for power calculations in clinical trials.

R01A G038791                      Boxer (PI)              12/01/10-08/31/15
NIH/NIA
Four Repeat Tauopathy Neuroimaging Initiative
The overall goal of this subcontract is to determine the patterns of structural and functional brain changes over time in patients presenting frontotemporal lobar neurodegeneration (FTLD), specifically related to the clinical entities of cortical basal degeneration (CBD) and progressive supranuclear palsy (PSP). Role: Co-Investigator

ADNI 2-12-233036                  Weiner/Mueller          07/01/12-06/30/15
Alzheimer's Association
ADNI 2 add on project: Hippocampal Subfield Volumetry
This study will expand the scope of the Alzheimer's Disease Neuroimaging Initiative (ADNI) by performing hippocampal subfield volumetry on existing ANDI data sets and transferring data to the LONI database for further analysis.

20110506                          Brzezinski (PI)         10/1/11-5/31/14
Alzheimer's Drug Discovery Foundation
Effects of Brain Beta Amyloid on Postoperative Cognition
Purpose: To test the hypothesis that preoperative presence of brain beta-amyloid plaques in non-demented subjects increases postoperative cognitive decline in elderly subjects scheduled for hip or knee replacement.

## Completed Research Support
R01 NS31966                       Laxer (PI)              07/01/05–06/30/12
NIH/NINDS
High Field Neuroimaging in Epilepsy

The overall goals of this subcontract is to evaluate the role of high field MR/MRSI studies for non invasive focus localization and detection of extrafocal abnormalities contributing to cognitive impairment in patients suffering from partial epilepsy.
Role: Co-investigator

U01 AG024904                    Weiner (PI)          09/30/04 – 09/29/10
Alzheimer's Disease Neuroimaging Initiative
The goals are to 1) Develop improved methods, which will lead to uniform standards for acquiring longitudinal, multi-site MRI and PET data on patients with Alzheimer's disease (AD), mild cognitive impairment (MCI), and elderly controls; 2) Acquire a generally accessible data repository, which describes longitudinal changes in brain structure and metabolism. In parallel, acquire clinical, cognitive and biomarker data for validation of imaging surrogates; 3) Determine those methods which provide maximum power to determine treatment effects in trials involving these patient groups. Role: PI

DAMD17-03-1-0532                Weiner (PI)          09/30/03-01/31/11
Department of Defense: 4 Tesla MRI for Neurodegenerative Diseases
The goals of this project are to determine the anatomic (i.e. spatial) patterns of structural, perfusion, and metabolic changes in these conditions. 2) develop improved diagnostic methods which can be applied to clinical practice 3) develop methods for monitoring disease progression which can be used in treatment trials, and 4) detect the presence of neurodegenerative diseases at an early, preclinical stage so that preventative treatment can be effectively initiated. Role: PI

Michael J. Fox Foundation        Weiner (PI)          11/01/09-02/28/11
Promoting Widespread Data Sharing Among Scientists
The objective of this study is to develop the details of a 3-year project that will spearhead a movement to make data sharing the norm among scientists. This project will survey the various scientific communities – physical, biological, behavioral – to determine the benefits, the feasibility and obstacles of data sharing.

1RC2AG036535                    Weiner (PI)          09/30/09 – 08/31/12
Amyloid Imaging, VMCI, and Analysis for ADNI
The goal of this project is to determine the clinical, cognitive, imaging, genetic, and biochemical biomarker characteristics of the early stages of Alzheimer's disease. Role: PI

DAMD17-01-1-0764                Weiner (PI)          08/01/01 – 03/31/13
Department of Defense: Magnetic Resonance and Spectroscopy of the Human Brain in Gulf War Illness
The goal is to test the hypothesis that subjects with Gulf War Illness have metabolic and or morphological changes in their brain, which are not accounted for by confounds such as PTSD, alcoholism and depression. Role: PI

Lilly USA LLC                              Weiner (PI)              03/28/13-06/28/13
Predicting amyloid positivity in subjects with mild Alzheimer's disease from an automated MRI classifier.The overall goal of this proposal is to develop a structural MR imaging signature predictive of global brain amyloidosis in mild AD subjects. The MRI-based amyloid signature will be used to distinguish amyloid+ mild AD subjects from amyloid- mild AD subjects recruited in Solanezumab trial.

W81XWH-09-2-0044                Marmar (PI)              09/23/11 – 10/22/13

Biomarkers for PTSD in Female Iraq and Afghanistan Veterans (supplement)
The goal is to determine MRI changes in brains of female patients with post traumatic stress disorder and correlations with cognitive impairments and symptoms.


**PUBLIC SERVICE**:

| | |
|---|---|
| Demonstrated Magnetic Resonance Unit to Colin Powell | 1995 |
| Demonstrated Magnetic Resonance Unit to Dr. George Rutherford, Chairman, Department of Veterans Affairs Realignment Advisory Committee | |
| Dr. Weiner's band, "Giant Steps," played at the DVA Medical Center Christmas Party. | 1996 |
| Dr. Weiner's band played at the Nurse Week Ceremony | 2006 |
| Several appearances made, and lectures given for the Alzheimer's Association | 2005-present |
| Briefed the Congressional Task force on Alzheimer's Disease at the U.S. Capitol | 2007 |
| Served on planning committee for the Department of Veterans Affairs Office of Research and Development State of the Art (SOTA) conference entitled: "Research to Improve the Lives of Veterans: Approaches to Traumatic Brain Injury Screening, Treatment, Management, and Rehabilitation." | 2007 |


**SOCIETIES**:

| | |
|---|---|
| Sigma Xi | 1971 |
| American Federation of Clinical Research | 1971 |

**Curriculum Vitae - Michael W. Weiner, M.D**.

| | |
|---|---|
| American Society of Nephrology | 1971 |
| International Society of Nephrology | 1972 |
| Mid-West Salt and Water Club | 1972 |
| American Heart Association Council on the Kidney in Cardiovascular Disease | 1973 |
| American Diabetes Association | 1973 |
| American Society of Artificial Internal Organs | 1974 |
| Biophysical Society | 1975 |
| American Association of University Professors | 1975 |
| The American Physiological Society | 1975 |
| American Society of Biological Chemists | 1976 |
| American Society for Pharmacology and Experimental Therapeutics | 1977 |
| Society for Experimental Biology and Medicine | 1977 |
| Western Society for Clinical Investigation | 1978 |
| International Society for Artificial Organs | 1978 |
| International Society of Magnetic Resonance | 1983 |
| Society of Magnetic Resonance in Medicine | 1983 |
| Bay Area Animal Resonance Club (Founder) | 1984 |
| Society of Magnetic Resonance Imaging | 1985 |
| American Association for the Advancement of Science | 1985 |
| Radiological Society of North America | 1985 |
| The New York Academy of Sciences | 1987 |
| Western Association of Physicians | 1989 |
| The International Society of CNS Clinical Trials and Methodology | 2005 |
| Alzheimer's Association International Society to Advance Alzheimer's Research an Treatment (ISTAART) | 2009 |

# BIBLIOGRAPHY

**THESIS, PATENT, AND BOOK CHAPTERS**:

1.  Weiner, M.W.  A study of the effects of feeding a gallstone inducing diet on the concentrating ability of the mouse gall bladder in vitro.  (Medical School Thesis).

2.  Hayslett, J.P., Kashgarian, M.I., Weiner, M.W., Epstein, F.H.  Effects of changes of extracellular fluid on sodium reabsorption in the proximal and distal tubule. Chapter in Regulation of Body Fluid Volumes by the Kidney. pp.263-269, Eds: Cort, J.H., Lichardas, B., Karger, S.  Basel, New York, 1970.

3.  Weiner, M.W., Epstein, F.H.  Signs and symptoms of electrolyte disorders. Chapter 16 in Clinical Disorders of Fluid and Electrolyte metabolism, 2nd Edition.  Eds: Maxwell, M.H., Kleeman, C.R.  McGraw-Hill, Inc., New York, 1972.

4.  Weiner, M.W., Maffly, R.H.  The provision of cellular metabolic energy for active ion transport. Chapter 16 in Physiological of Membrane Disorders. pp.287-314.  Eds: Andreoli, T., Hoffman, J., Fanestil, D.,  Plenum Publishing Corporation, New York, 1978.

5.  Weiner, M.W.  Special properties of kidney mitochondria. Chapter 2 in Biochemical Aspects of Kidney Function. p. 113, Eds: Ross, B.D., Guder, W.G.,  Pergamon Press, Oxford, 1980.

6.  Weiner, M.W.  Use of uncoupling agents to investigate the regulation of active transport. Chapter 4 in Biochemical Aspects of Kidney Function. pp. 257-262.  Eds: Ross, B.D., Guder, W.G.  Pergamon Press, Oxford, 1980.

7.  Koretsky, A.P., Strauss, W., Basus, V., Murphy, J., Bendel, P., James, T., Weiner, M.W. Feasibility of 31P NMR to study metabolic effects of renal ischemia in vivo. Chapter 9 in Acute Renal Failure. pp. 42-46.  Eds: Eliahu, H.E., Libby, J.  1982.

8.  Patent # 4,292,227 awarded on September 29, 1981 to Michaels, A.S., Weiner, M., Jalan, H. Stable supersaturated solutions of sparingly soluble salts.

9.  Koretsky, A.P., Weiner, M.W.  31Phosphorous magnetization transfer measurement of exchange reactions in vivo. Chapter 14 in Biomedical Magnetic Resonance. pp. 231-242.  Eds: James, T.L., Margulis, A.  Radiol. Res. Ed. Foundation, San Francisco, 1984.

10. Adam, W., Weiner, M.W.  Measurement of intracellular pH by 31P NMR: Relationship of pH to ammoniagenesis. Chapter in Contributions to Nephrology, Vol. 47, No. 3., Renal Ammonia Metabolism.  Eds: Tannen, R.L., Schoolwerth, A.C., Kurokowa, K., Vinay, P.  S. Karger, Basel, 1985.

11. Weiner, M.W.  Magnetic Resonance Imaging and Spectroscopy of the Kidney. Chapter in Current Nephrology, Vol. 9.  Eds: Gonick, H.  Year Book Medical Publications, Chicago, 1985.

12.   Matson, G.B., Weiner, M.W.  MR spectroscopy in vivo: Principles, animal studies, and clinical applications. Chapter 11 in Magnetic Resonance Imaging.  Eds: Bradley, W., Stark, D., Mosby, C.V.  St. Louis, 1988.

13.   Matson, G.B., Weiner, M.W.  Techniques and Application of in vivo Magnetic Resonance Spectroscopy. Proceedings of The San Francisco Workshop on Magnetic Resonance Spectroscopy In vivo.  April 4-5, 1987.

**Chapters co-authored by M.W. Weiner:**

Roth, K., Hubesch, B., Naruse, S., Gober, J., Lawry, T.J., Matson, G.B., Weiner, M.W. Quantitation of Metabolites in the Human Brain.

Matson, G.B., Twieg, D.B., Karczmar, G.S., Lawry, T.J., Gober, J., Valenzia, M., Boska, M.D., Weiner, M.W.  Surface Coil 31P ISIS Experiments Applied to the Human Organs of Liver, Heart, and Transplanted Kidney.

Lawry, T.J., Matson, G.B., Weiner, M.W.  Optimization of Two Coil Depth Pulse Experiments.

Karczmar, G.S., Lawry, T.J., Weiner, M.W., Matson, G.B.  Computer Simulations of Tailored Excitation in the Rotating Frame.

Boska, M.D., Matson, G.B., Weiner, M.W.  Evaluation and Comparison of RF Coil Decoupling Schemes.

Matson, G.B., Lawry, T.J., Weiner, M.W.  Optimization of Surface Coil Size through Computer Modeling.

Roth, K., Weiner, M.W.  Computer Simulations of Reactions Involving High-Energy Phosphates.

14.   Weiner, M.W.  Clinical applications of magnetic resonance spectroscopy and spectroscopic imaging. Chapter in Diagnostic Radiology. pp. 137-146.  Eds: Margulis, A.R., Gooding, C.A. Radiology Research Education Foundation, San Francisco, 1988.

15.   Karczmar, G.S., Weiner, M.W.  Investigation of metabolic disorders in patients and animal models using in vivo nuclear magnetic resonance spectroscopy. Chapter in Cell Function and Disease.  Eds: Todd, L.E., Cañedo, L.E.  Plenum Press, 1988.

16.   Meyerhoff, D.J., Weiner, M.W.  Magnetic resonance spectroscopy. Chapter in Alimentary Tract Radiology, 4th Edition, Vol. 2.  Ed: Margulis, A.  The C.V. Mosby Co., St. Louis, 1988.

17.   Weiner, M., Schaefer, S., Meyerhoff, D., Hubesch, B., Karczmar, G, Boska, M., Twieg, D., Matson, G.  Clinical Uses of Magnetic Resonance Spectroscopy. Chapter in Diagnostic Radiology.  Eds: Gooding, C., Margulis, A.  Radiology Research and Education Foundation, San Francisco, 1989.

18. Schaefer, S., Massie, B., Weiner, M.  Magnetic Resonance Spectroscopy of the Heart. Chapter in Cardiology Clinics.  Eds: Wolfe, C., Saunders, W.B.  1988.

19. Schaefer, S., Weiner, M.W., and Massie, B.  Clinical applications of cardiac spectroscopy. Chapter 19 in Cardiac Imaging - A Companion to Braunwald's Heart Disease. pp. 967-976. Eds: Marcus, M.L., Schelbert, H., Skorton, D., Wolf, G.L.  W.B. Saunders Co., 1991.

20. Weiner, M.W.  Clinical potential of magnetic resonance spectroscopy and spectroscopic imaging. Chapter in Diagnostic Radiology. pp. 515-524.  Ed: Gooding, C.A.  Radiology Research and Education Foundation, University of California, San Francisco, 1989.

21. Weiner, M.W., Baker, A., Carson, P., Schaefer, S., Schwartz, G., DeGroot, M., Massie, B., Miller, R.G.  31P MRS studies of skeletal muscle and heart: evidence of metabolic regulation by inorganic phosphate. Chapter 8 in Noninvasive Techniques in Biology and Medicine. pp.111-124.  Eds: Freeman, S.E., Fukushima, I., Greene, E.R.  San Francisco Press, Inc., San Francisco, 1990.

22. Karczmar, G.S., Meyerhoff, D.J., Hubesch, B., Boska, M.D., Valone, F., Twieg, D.B., Wilkinson, M., Matson, G.B., Weiner, M.W.  Preliminary 31P MR studies of human tumors. Chapter in Magnetic Resonance in Experimental and Clinical Oncology.  pp. 271 – 292.  Eds: Evelhoch, J.L., Negendank, W., Valeriote, F.A., Baker, L.H.  Kluwer Academic Publications, Boston, 1990.

23. Meyerhoff, D.J., Weiner, M.W.  Magnetic resonance spectroscopy of the liver: A review. Chapter X in Liver Imaging - Present and Future Trends in MRI, CT, and Ultrasound. p. 289. Eds: Stark, D., Ferucci, J.  Andover Medical Publishers, Boston, 1990.

24. Weiner, M.W.  Forward In NMR for Physicians and Biologists.  Eds: Hausser, K.H., Kalbitzer, H.R.  Springer-Verlag, 1991.

25. Schwartz, G.G., Weiner, M.W.  Magnetic resonance spectroscopy: Basic principles and potential applications in the study of the cardiovascular system. Chapter in Cardiovascular Magnetic Resonance Spectroscopy.  Eds: Schaefer, S., Balaban, R.  Kluwer Academic Publications, 1991.

26. Figueredo, V.M., Weiner, M.W.  Magnetic resonance of the heart. Chapter in Clinical Applications of Magnetic Resonance Spectroscopy.  Ed: Narusa, S.  Igaku-Shoin LTD, Tokyo, 1991.

27. Meyerhoff, D.J., Weiner, M.W.  Clinical application of magnetic resonance spectroscopy to renal disease. Chapter in Clinical Applications of Magnetic Resonance Spectroscopy.  Ed: Narusa, S.  Igaku-Shoin LTD, Tokyo, 1991.

28. Deicken, R.F., Calabrese, G., Meyerhoff, D.J., Sappey-Marinier, D., Fein, G., Weiner, M.W. Magnetic resonance spectroscopy of the human brain in neuropsychiatric disorders. Chapter in

13

Biological Psychiatry.  Eds: Racagni, G., Brunello, N., Fukuda, T.  Excerpta Medica, New York, 1991.

29. Meyerhoff, D.J., Mackay, S., Baker, A.J., Schaefer, S., and Weiner, M.W.  Magnetic Resonance Spectroscopy. Chapter in Magnetic Resonance Imaging of the Body, Second Edition.  Eds: Higgins, C.B., Hricak, H., Helms, C.A.  Raven Press, New York, 1992.

30. Meyerhoff, D.J., Weiner, M.W.  Clinical 31P magnetic resonance spectroscopy of cancers. In Proceedings ART91, International Symposium of the V. Vaillant Foundation: Tumor Response Monitoring and Treatment Planning.

31. Matson, G.B., Weiner, M.W.  Spectroscopy. Chapter 15 in Magnetic Resonance Imaging.  Eds: Stark, D.D., Bradley Jr., W.G.  Mosby-Year Book, St. Louis, 1992.

32. Meyerhoff, D.J., Hetherington, H.P., Hugg, J.W., Matson, G.B., Fein, G., Maudsley, A.A., Weiner, M.W.  Magnetic resonance spectroscopy and spectroscopic imaging of human liver, heart, kidney, and brain. Chapter in Imaging in alcohol Research. pp.177-193  Eds: Zakhari, S., Witt, E.  U.S. Department of Health and Human Services, Rockville, MD, 1992.

33. Weiner, M.W.  Clinical Spectroscopy. Chapter in Clinical MR Refresher Course, Basic Magnetic Resonance Spectroscopy, Advanced Magnetic Resonance Spectroscopy. pp. 47-55.  Society of Magnetic Resonance in Medicine, Twelfth Annual Scientific Meeting, New York, 1993.

34. Hugg, J.W., Laxer, K.D., Weiner, M.W.  Focal epilepsy localization by magnetic resonance spectroscopic imaging. Chapter in Advances in Clinical Neuroscience, Vol. 3. pp. 011-026.  Ed: Sinha, K.K., 1993.

35. Kent-Braun, J.A., Miller, R.G., Weiner, M.W.  Magnetic resonance spectroscopy studies of human muscle. Chapter in Radiology Clinic of North America, Vol. 32, No. 2. pp. 313-335  Ed: Sartoris, D.J., Saunders, W.B.  Company, 1994.

36. Fein, G., Meyerhoff, D.J., Scianfani, V.D., Ezekiel, F., Poole, N., MacKay, S., Dillon, W.P., Constans, J-M., Weiner, M.W.  1H MRSI separates neuronal from glial changes in alcohol-related brain atrophy. Chapter in Alcohol and Glial Cells, Vol. 12. pp. 227-241.  Ed: Lancaster, F.  NIAAA, 1994.

37. Fein, G., Meyerhoff, D.J., Di Sclafani, V., Ezekiel, F., Poole, N., MacKay, S., Dillon, W.P., Constans, J.M., Weiner, M.W.   1H magnetic resonance spectroscopic imaging separates neuronal from glial changes in alcohol-related brain atropy. Chapter in NIAAA Research Monograph - 27, Alcohol and Glial Cells.  Ed: Lancaster, F.E. 1994.

38. Laxer, K.D., Hugg, J.W., Matson, G.B., and Weiner, M.W.: Application of Spectroscopy to Epilepsy. Chapter in Magnetic Resonance Scanning and Epilepsy. pp. 199-201.  Ed: Shorvon, S.D., et al.  Plenum Press, New York, 1994.

39.   Kent-Braun, J.A., Miller, R.G., Weiner, M.W.  Human skeletal muscle metabolism in health and disease: Utility of magnetic resonance spectroscopy. Chapter 10 in Exercise and Sport Sciences Reviews. pp. 305-347. Ed: Holloszy, J.O.  Williams and Wilkins, 1995.

39.   Figueredo, V.M., Weiner, M.W.   MRS of the heart. Chapter in Clinical Applications of Magnetic Resonance Spectroscopy.  Ed: Naruse, S.  Igaku-Shoin Ltd., Tokyo, Japan, 1995.

40.   Meyerhoff, D.J., Weiner, M.W.   Clinical application of MRS to renal disease. Chapter in Clinical Applications of Magnetic Resonance Spectroscopy.  Ed: Naruse, S.  Igaku-Shoin Ltd., Tokyo, Japan, 1995.

41.   Miller, R.G., Kent-Braun, J.A., Sharma, K.R, Weiner, M.W.  Mechanisms of human muscle fatigue: quantitating the contribution of metabolic factors and activation impairment. pp.195-210.  Ed: Gandevia, S.C.  Fatigue, Plenum Press, 1995.

42.   Miller, R.G., Kent-Braun, J.A., Weiner, M.W.   Techniques for quantifying central and peripheral factors in fatigue. Chapter in Recent Advances in Clinical Neurophysiology.  Eds: Kimura, J., Shibasaki, H.  Elsevier, Tokyo, Japan, 1996.

43.   Weiner, M.W.  Kidney, prostate, testicle, and uterus MRS of humans. Chapter in Encyclopedia of NMR.  Eds: Grant, D.M., Harris, R.K.  John Wiley & Sons, Ltd., 1996.

44.   Meyerhoff, D.J., Kent-Braun, J.A., Greyson, C., Weiner, M.W.   Clinical applications of magnetic resonance spectroscopy and spectroscopic imaging. Chapter in Magnetic Resonance Imaging of the Body, Third Edition.  Eds: Higgins, C.B., Hricak, H., Helms, C.A.  Lippincott Raven Press, New York, 1997.

45.   Weiner, M.W.  Magnetic resonance spectroscopy of cardiac and skeletal muscle. Chapter in ISMRM Educational Course Syllabus. pp.298-320.   International Society for Magnetic Resonance in Medicine, Fifth Scientific Meeting, Vancouver, Canada, 1997.

46.   Weiner, M.W.  Magnetic resonance spectroscopy of brain in neurodegenerative disease. Chapter in ISMRM Educational Course Syllabus. pp.337-369.   International Society for Magnetic Resonance in Medicine, Fifth Scientific Meeting, Vancouver, Canada, 1997.

47.   Weiner, M.W.   Magnetic resonance imaging (MRI) and magnetic resonance spectroscopy (MRS) of Alzheimer's disease. Chapter in Alzheimer's Disease II. pp.121-125.  Eds: Friedman, E., Savage, L.  IBC Library Series, Southborough, MA, 1997.

48.   Matson, G.B., Govindaraju, V., Kiefer, A.P., Schuff, N., Weiner, M.W., Maudsley, A.A.  Multiple-echo proton spectroscopic imaging of human brain. Chapter in High-Power Gradient MR-Imaging: Advances in MRI II. pp.239-244.  Eds: Oudkerk, M., Edelman, R.R.  Blackwell Wissenschaft, Berlin, 1997.

49.   Vermathen, P., Laxer, K.D., El Din, M., Matson, G.B., Weiner, M.W.   1H MRSI of the hippocampus in epilepsy patients and in controls. Chapter in High-Power Gradient MR-

Imaging: Advances in MRI II. pp.249-252. Eds: Oudkerk, M., Edelman, R.R. Blackwell Wissenschaft, Berlin, 1997.

50. Weiner, M.W.: Magnetic Resonance Spectroscopy (MRS) and Magnetic Resonance Spectroscopic Imaging (MRSI): Technical Developments and Clinical Applications. Chapter in High-Power Gradient MR-Imaging: Advances in MRI II. Editors: M. Oudkerk, R.R. Edelman, Blackwell Wissenschaft, Berlin, pp.199-202, 1997.

51. Meyerhoff, D.J., Fein, G., Weiner, M.W. Cerebral metabolic effects of HIV infection studied by 1H MR spectroscopic imaging. Chapter in High-Power Gradient MR-Imaging: Advances in MRI II. pp.245-248. Eds: Oudkerk, M., Edelman, R.R. Blackwell Wissenschaft, Berlin, 1997.

52. Schwartz, G.G., Greyson, C.R., Massie, B.M., Weiner, M.W., Wisneski, J.A. Energy metabolism of the right ventricle. Chapter in Current and Future Applications of Magnetic Resonance in Cardiovascular Disease. pp. 475-491. Eds: Higgins, C.B., Ugurbil, K. American Heart Association/Futura Medical Publishers, Armond, NY, 1998.

53. Schuff, N., Sappey-Marinier, D., Weiner, M.W. Magnetic Resonance Spectroscopy in Dementia. Chapter in Neuroimaging of Normal Aging in and Uncommon Causes of Dementia; Current Issues in Neurodegenerative Diseases, Vol. 7, pp.225-244. Eds: Fazekas, Schmidt, Alavi. ICG Publications, The Netherlands, 1998.

54. Sappey-Marinier, D., Schuff, N., Weiner, M.W. Magnetic Resonance Spectroscopy of Normal Brain in Maturation and Aging. Chapter in Neuroimaging of Normal Aging in and Uncommon Causes of Dementia; Current Issues in Neurodegenerative Diseases, Vol. 7. Eds: Fazekas, Schmidt, Alavi. ICG Publications, The Netherlands, 1998.

55. Matson, G.B., Weiner, M.W. Spectroscopy. Chapter in Magnetic Resonance Imaging, Third Edition. pp.181-214. Eds: Stark, D.D., Bradley, Jr., W.G. Mosby-Year Book, St. Louis, 1998.

56. Weiner, M.W., Maudsley, A.A., Schuff, N., Soher, B.J., Vermathen, P., Fein, G., Laxer, K. Multislice 1H Magnetic Resonance Spectroscopic Imaging: Assessment of Epilepsy, Alzheimer's Disease, and Amyotrophic Lateral Sclerosis. International Society for Optical Engineering. Chapter in Medical Imaging 1998: Physiology and Function from Multidimensional Images. Vol. 3337. pp. 203-209. Ed: Hoffman, E.A. SPIE, San Diego, 1998.

57. Schuff, N., Vermathen, P., Maudsley, A.A., Weiner, M.W. Proton Magnetic Resonance Spectroscopic Imaging in Neurodegenerative Diseases, Chapter in Current Science, Vol. 6. pp. 800-807, 1998, and Vol XX. Indian Academy of Sciences Publication, 1999.

58. Weiner, M.W. Kidney, Prostrate, Testicle and Uterus of Subjects studied by MRS. Chapter in Methods in Biomedical Magnetic Resonance Imaging and Spectroscopy. Ed: Young, I. Wiley, 2000.

59. Schuff, N., Du, A.T., Amend, D., Hsu, Y.Y., Laakso, M.P., Jagust, W., Chui, H.C., Weiner, M.W. MRI of Entorhinal Cortex and Hippocampus in Alzheimer's Disease, Subcortical

**Curriculum Vitae - Michael W. Weiner, M.D**.

Ischemic Vascular Dementia and Mixed Dementia. Chapter in Alzheimer's Disease: Advances in Etiology, Pathogenesis, and Therapeutics. pp. 229-236.   Eds: Iqbal, K., Sisodia, S.S., Winblad, B.  John Wiley & Sons, Ltd., London, 2001.

60.  Chui, H., Fein, G., Mungas, D., Jagust, W., Weiner, M., Vinters, H.  Neuroimaging and Pathological Correlates of Dementia Associated with Subcortical Ischemic Vascular Disease (SIVD). Chapter in Contemporary Neuropsychiatry. pp. 147-151.  Eds: Miyoshi, K., Shapiro, C.M., Gaviria, M., Morita, Y.  Springer-Verlag, Hong Kong, Tokyo, 2001.

61.  "NAA, Canavan's disease and NAAG: The First International Symposium on N-Acetylaspartate". The publisher is Kluwer (now apparently bought by Springer). The series is "Advances in Experimental Medicine and Biology". (in press 2006).

62.  Tosun, D., Schuff, N., Shaw, L.M., Trojanowski, J.Q., Weiner, M.W., and the Alzheimer's Diesease NeuroImaging Initiative. Relationship between CSF Biomarkers of Alzheimer's Disease and Rates of Regional Cortical Thinning in ADNI Data. Chapter in Advances in Alzheimer's Disease 2; Handbook of Imaging the Alzheimer Brain. pp. 127-140.  Eds: Ashford, J.W., Rosen, A., Adamson, M., Bayley, P., Sabri, O., Furst, A., Black, S.E., Weiner, M.  IOS Press, The Netherlands, 2011.

**Curriculum Vitae - Michael W. Weiner, M.D**.

## JOURNAL PUBLICATIONS:

1. Tepperman, J., Weiner, M.W.  Experimental gallstones: An adventure in biological geology. Yale J. Biol. Med., 41:107-119, 1968. PMID: 5707273

2. Weiner, M.W., Epstein, F.H.  Signs and symptoms of electrolyte disorders.  Yale J. Biol. Med., 43:76-104, 1970. PMID: 4923380

3. Weiner, M.W., Weinman, E.J., Kashgarian, M., Hayslett, J.P.  Accelerated reabsorption in the proximal tubule produced by volume depletion.  J. Clin. Invest., 50:1379-1385, 1971. PMC292075

4. Weiner, M.W., Torretti, J., Sauer, L.A., Epstein, F.H.  Renal mitochondrial enzymes in potassium depletion.  Amer. J. Physiol., 221:613-617, 1971. PMID: 4327074

5. Cunarro, J.A., Weiner, M.W.  Quantitative correlation between the proton carrying and respiratory-stimulating properties of uncoupling agents using rat liver mitochondria.  Nature, 245:36-37, 1973. PMID: 4583125

6. Weiner, M.W., Lardy, H.A.  Reduction of pyridine nucleotides by adenosinediphosphate in kidney mitochondria: Effects of sodium, magnesium and inhibitors of oxidative phosphorylation.  J. Biol. Chem., 248:7682-7687, 1973. PMID: 4147982

7. Manuel, M.A., Beirne, G.J., Wagnild, J.P., Weiner, M.W.  An effect of spironolactone on urinary acidification in normal man.  Arch. Intern. Med., 134:472-474, 1974. PMID: 4850527

8. Cunarro, J., Weiner, M.W.  Comparison of four methods for measuring urinary ammonia. Kidney International, 5:303-305, 1974. PMID: 4850179

9. Weiner, M.W., Lardy, H.A.: Effects of respiratory chain inhibitors on mitochondrial ATPase activity.  Arch. Biochem. Biophys., 162:568-577, 1974. PMID: 4276120

10. Cunarro, J.A., Johnson, W.A., Uehling, D.T., Updike, S.J., Weiner, M.W.  Effects of low temperature preservation on metabolite levels of dog renal cortex.  Proceedings of the Clinical Dialysis and Transplant Forum IV:196-200, 1974. PMID: 4619663

11. Weiner, M.W.  Mitochondrial permeability to chloride ion.  Amer. J. Physiol., 228:122-126, 1975. PMID: 238400

12. Weiner, M.W.  ATPase activity of kidney mitochondria stimulated by sodium.  Amer. J. Physiol., 228:815-820, 1975. PMID: 234691

13. Cunarro, J.A., Weiner, M.W.  Mechanism of action of agents which uncouple oxidative phosphorylation: Direct correlation between proton carrying and respiratory-releasing properties using rat liver mitochondria.  Biochem. Biophys. Acta., 387:234-240, 1975. PMID: 1125290

18

**Curriculum Vitae - Michael W. Weiner, M.D**.

14.  Wingert, K.J., Weiner, M.W.  Acetate dislysance by the Dow-4 and Gambro 13.5 artificial kidneys.  Proceedings of the Clinical Dialysance and Transplant Forum V:122-127, 1975. PMID: 1232624

15.  Manuel, M.A., Weiner, M.W.  Effects of ethacrynic acid and furosemide on isolated rat kidney mitochondria: Inhibition of electron transport in the region of phosphorylation site II. J. Pharmacol. Exp. Ther., 198:209-221, 1976. PMID: 180279

16.  Cunarro, J.A., Johnson, M.A., Uehling, D.T., Updike, S.J., Weiner, M.W.  Metabolic consequences of low temperature kidney preservation.  J. Lab. Clin. Med., 88:873-884, 1976. PMID: 792369

17.  Richards, R.H., Dowling, J.A., Vreman, H.J., Feldman, C.A., Weiner, M.W.  Acetate levels in human plasma.  Proceedings of the Clinical Dialysis and Transplant Forum V1:73-79, 1976. PMID: 1029892

18.  Manuel, M.A., Weiner, M.W.  Effects of ethacrynic acid and furosemide on phosphorylation reactions of kidney mitochondria: Inhibition of the adenine nucleotide translocase.  Biochem. Biophys. Acta., 460:445-454, 1977. PMID: 141937

19.  Soboslai, G., McTigue, M., Weiner, M.W.  Mechanism of active chloride transport by the urinary bladder of the Colombian toad.  Amer. J. Physiol., 233:F421-F427, 1977. PMID: 21569

20.  Diamond, A., Weiner, M.W.  Renal hydrogen ion secretion and excretion during acute acid loading. Mount Sinai Journal of medicine, 45:342-356, 1978. PMID: 27719

21.  Weiner, M.W.  Effects of halothane on mitochondrial ion permeability.  Pharmcol. Res. Comm., 10:31-42, 1978. PMID: 643890

22.  Cunarro, J.A., Weiner, M.W.  Effects of ethacrynic acid and furosemide on respiration of isolated kidney tubules: The role of ion transport and the source of metabolic energy.  J. Pharmacol. Exp. Ther., 206:198-206, 1978. PMID: 660550

23.  Weiner, M.W.  Effects of chloride, nitrate and sulfate on ATPase of renal cortex and medulla. Proc. Soc. Exper. Biol. Med., 158:370-372, 1978. PMID: 150603

24.  Vreman, J.H., Dowling, J.A. Raubach, R.A., Weiner, M.W.  Determination of acetate in biological material by vacuum microdistillation and gas chromatography.  Anal. Chem., 50:1138-1141, 1978. PMID: 677464

25.  Crawford, D.R., Reyna, R.S., Weiner, M.W.  Effects of *in vivo* and *in vitro* dialysis on plasma transaminase activity.  Nephron, 22:418-422, 1978. PMID: 740106

19

26.  Johnson, W.A., Weiner, M.W.  Protective effects of ketogenic diets on signs of hypoglycemia. Diabetes, 27:1087-1091, 1978. PMID: 720768

27.  Weiner, M.W.  Uncoupling agents distinguish between the effects of metabolic inhibitors and transport inhibitors.  Science, 204:187-188, 1979. PMID: 107585

28.  Assomull, V., Vreman, H., and Weiner, M.W.  Mass balance of base equivalents during hemodialysis: Importance of organic acid ions.  Proceedings of the Clinical Dialysis and Transplant Forum, 8:137-141, 1978. PMID: 40220

29.  Wingert, K.J., Weiner, M.W.  Acetate transfer across membranes of artificial kidneys in vitro. Kidney International, 15:593-600, 1979. PMID: 459243

30.  Tollinger, C.D., Vreman, H.J., Weiner, M.W.  Measurement of acetate in human blood by gas chromatography: Effects of sample preparation, feeding and various diseases.  Clinical Chemistry, 25:1787-1790, 1979. PMID: 476928

31.  Urion, D., Vreman, H.J., Weiner, M.W.  Effects of acetate on hypoglycemic seizures in mice. Diabetes, 28:1022-1026, 1979. PMID: 488541

32.  Assomull, V.M., Vreman, J.H., Weiner, M.W.  Evidence that acetate in dialysis does not stimulate lipid synthesis.  Proceedings of the Clinical Dialysis and Transplant Forum 9:73-79, 1979. PMID: 552058

33.  Kaiser, B.A., Assomull, V.M., Vreman, H.J., Weiner, M.W.  Dialysance of acetate and bicarbonate: Effect of ultrafiltration.  Proceedings of the Clinical Dialysis and Transplant Forum 9:104-107, 1979. PMID: 552031

34.  Vreman, H.J., Thorning, D., Weiner, M.W.  Effects of dietary acetate and bicarbonate on experimental atherosclerosis in rabbits.  Atherosclerosis, 35(2):145-53, 1980. PMID: 7352953

35.  Weiner, M.W.  The use of an uncoupling agent to investigate the regulation of active sodium transport.  Int. J. Biochem., 12:257-261, 1980.

36.  Weiner, M.W.  Special properties of kidney mitochondria.  Int. J. Biochem., 12:113-117, 1980. PMID: 7399031

37.  Weiner, M.W.  The effects of bicarbonate and hydroxyl ions on chloride transport by toad bladders.  Biochem. Biophys. Acta., 596:292-301, 1980. PMID: 6766741

38.  Winder, C.L., Weiner, M.W.  Effects of metabolic and transport inhibitors on sodium transport and $CO_2$ production of toad bladders: Use of an uncoupling agent to distinguish between effects on transport and metabolism.  J. Pharmacol. Exp. Ther., 213:375-382, 1980. PMID: 6767841

20

39.   Weiner, M.W.  Effects of furosemide and ethacrynic acid on sodium transport and $CO_2$ production of toad bladders: Evidence for direct inhibition of active transport.  J. Pharmacol. Exp. Ther., 213:383-389, 1980. PMID: 6767842

40.   Weiner, M.W.  Effects of sodium and potassium on energy metabolism and sodium transport of toad bladders.  J. Pharmacol. Exp. Ther., 213:390-394, 1980. PMID: 6767843

41.   Levi, J., Jacobs, C., Kalman, S., McTigue, M., Weiner, M.W.  Mechanism of cis-platinum nephrotoxicity: I. Effects of sulfhydryl groups in rat kidneys.  J. Pharmacol. Exp. Ther., 213:545-550, 1980. PMID: 7193725

42.   Dobyan, D.C., Levi, J., Jacobs, C., Kosek, J., Weiner, M.W.  Mechanism of cis-platinum nephrotoxicity: II Morphologic observations.  J. Pharmacol. Exp. Ther., 213:551-556, 1980. PMID: 7193726

43.   Spires, D.A., Weiner, M.W.  Use of an uncoupling agent to distinguish between direct stimulation of metabolism and direct stimulation of transport: Investigation of antidiuretic hormone and aldosterone.  J. Pharmacol Exp. Ther., 214:507-515, 1980. PMID: 6249909

44.   Weiner, M.W., Greene, K., Vreman, H., Wemmer, D., Jardetsky, N.W., Jardetsky, 0.  NMR measurements of metabolites in organs of live animals using chronically implanted radiofrequency coils.  IRCS Medical Science, 8:671, 1980.

45.   Jacobs, C., Kalman, S.M., Tretton, M., and Weiner, M.W.  Renal handling of cis-diamminedichloroplatinum (II).  Cancer Treatment Reports, 64:1223-1226, 1980. PMID: 7193518

46.   Vreman, H.J., Assomull, V.M., Kaiser, B.A., Blaschke, T.F., Weiner, M.W.  Acetate metabolism and acid-base homeostasis during hemodialysis: Influence of dialyzer efficiency and rate of acetate metabolism.  Kidney Intl., 10:S62-S74, 1980. PMID: 6934339

47.   Vreman, H.J., Venter, C., Leegwater, J., Oliver, C., Weiner, M.W.  Taste, smell and zinc metabolism in patients with chronic renal failure.  Nephron, 26:163-170, 1980. PMID: 7432578

48.   Kaiser, B.A., Potter, D.E., Bryant, R.E., Vreman, H.J., Weiner, M.W.  Acid-base changes and acetate metabolism during routine and high efficiency hemodialysis in children.  Kidney Intl., 19:70-79, 1981. PMID: 6783778

49.   Richards, R.H., Vreman, H.J., Zager, P., Feldman, C., Blaschke, T., Weiner, M.W.  Acetate metabolism in normal human subjects.  Am. J. Kid. Diseases, 2(1):47-57, 1982. PMID: 6808830

21

50. Cunarro, J.A., Schultz, S.E., Johnson, W.A., Weiner, M.W. Effects of ischemia on metabolite concentrations in dog renal cortex. Renal Physiol. Basel, 5(3):143-155, 1982. PMID: 6125003

51. Weiner, M.W., Jacobs, C. Mechanism of cisplatin nephrotoxicity. Fed. Proc., 42:2974-2978, 1983. PMID: 6684595

52. Weiner, M.W. Acetate metabolism during hemodialysis. Artificial Organs, 6:370-377, 1982. PMID: 6762188

53. Weiner, M.W. Acetate dialysate vs. bicarbonate dialysate. Trans. Amer. Soc. of Artificial Internal Organs, 28:661-662, 1982.

54. McTigue, M., Ting, G.O., Weiner, M.W. Relationship between sodium transport and oxygen consumption in the isolated perfused rat kidney. Renal Physiology, 6:112-129, 1983. PMID: 6867464

55. Karczmar, G.S., Koretsky, A.P., Bisssell, M.J., Klein, M.P., Weiner, M.W. A device for maintaining viable cells at high densities for NMR studies. J. Magn. Res., 53:123-128, 1983.

56. Koretsky, A.P., Wang, S., Murphy-Boesch, J., Klein, M.P., James, T.L., Weiner, M.W. $^{31}$P NMR spectroscopy of rat organs, in situ, using chronically implanted radiofrequency coils. Proc. Nat. Acad. Sci. U.S.A., 80:7491-7495, 1983. PMC389977

57. Geiser, M.T., Van Dyke, C., East, R., Weiner, M.W. Psychological reactions to continuous ambulatory peritoneal dialysis. Intl. J. Psych. Med., 13:299-307, 1984.

58. Gonzalez-Mendez, R., Litt, L., Koretsky, A.P., Von Golditz, J., Weiner, M.W., James, T.L. Comparison of $^{31}$P NMR spectra of in vivo rat brain using convolution difference and saturation with a surface coil: Source of the broad component in the brain spectrum. J. Mag. Reson., 57:526-533 1984.

59. Weiner, M.W., Adam, W.R. Magnetic Resonance Spectroscopy for evaluation of renal function. Seminars in Urology, 3:34-42, 1985. PMID: 3890058

60. Koretsky, A.P., Basus, J.V., James, T.L., Klein, M.P., Weiner, M.W. Detection of exchange reactions involving small metabolite pools using NMR magnetization transfer techniques: relevence to subcellular compartmentation of creatine kinase. Mag. Res. Med., 2:586-594, 1985. PMID: 3880100

61. Adam WR, Koretsky AP, Weiner MW.: Measurement of renal intracellular pH by 31P NMR. Relationship of pH to ammoniagenesis. Contrib Nephrol, 47: 15-21, 1985. PMID: 4064687

62. Koretsky, A.P., Wang, S., Klein, M.P., James, T.L., Weiner, M.W. $^{31}$P NMR saturation transfer measurements of phosphorus exchange reactions in rat heart and kidney in situ. Biochem., 25:77-84, 1986. PMID: 3954995

63. Karczmar, G.S., Weiner, M.W. A single acquisition localization technique. Mag. Res. Med., 3:341-345, 1986. PMID: 3713500

64. Weiner, M.W. Magnetic resonance measurements of renal metabolism, structure, and function. Seminars in Nephrology, 6:139-152, 1986. PMID: 3303240

65. Adam, W.R., Koretsky, A.P., Weiner, M.W. Measurement of renal intracellular pH in rats in vivo using $^{31}$P NMR: Effects of acidosis and K depletion. Am. J. Physiol., 251:F904-F910, 1986. PMID: 3777186

66. Shine, N.R., Xuan, J.A., Koretsky, A.P., Weiner, M.W. Determination of renal molar concentrations of phosphorous containing metabolites in vivo using $^{31}$P NMR. Mag. Reson. Med., 4:244-251, 1987. PMID: 3574058

67. Weiner, M.W. NMR spectroscopy for clinical medicine animal models and clinical examples. Ann. N.Y. Acad. Sci., 508:287-299, 1987. PMID: 3326457

68. Shine, N.R., Adam, W.P., Xuan, J.A., Weiner, M.W. NMR Studies of renal metabolism: regulation of renal function by ATP and pH. Ann. N.Y. Acad. Sci., 508:99-108, 1987. PMID: 3439715

69. Weiner, M.W. Investigation of cardiac ischemia and tumor therapy with magnetic resonance spectroscopy. Proceedings of Internationales Kernspintornographie Symposium Garmisch Partenkirchen. pp. 331-334. Ed: Lissner, J., 1987.

70. Miller, R.G., Giannini, D., Milner-Brown, H.S., Layzer, R.B., Koretsky, A.P., Hooper, D., Weiner, M.W. Effects of fatiguing exercise on high-energy phosphates, force, and EMG: Evidence for 3 phases of recovery. Muscle & Nerve, 10:810-821, 1987. PMID: 3683452

71. Karczmar, G.S., Weiner, M.W., Matson, G.B. Detection of residual z magnetization: application to the surface coil rotating frame experiment. Magn. Reson. Med., 71:360-364, 1987.

72. Adam, W.R., Koretsky, A.P., Weiner, M.W. Measurement of tissue potassium in vivo using $^{39}$K nuclear magnetic resonance. Biophys. J., 51:265-271, 1987. PMC1329887

73. Vink, R., McIntosh, T., Weiner, M.W., Faden, A.I. Effects of traumatic brain injury on cerebral high-energy phosphates and pH. J. Cereb. Blood Flow, 7:563-571, 1987. PMID: 3654796

23

74.  Vink, R., McIntosh, T.K., Fernyak, S.E., Weiner, M.W., Faden, A.I.  Proton and phosphorus NMR studies of traumatic brain injury in rats.  Ann. N.Y. Acad. Sci., 508:497-500, 1987.

75.  Karczmar, G.S., Lawry, T.J., Weiner, M.W., Matson, G.B.  Shaped pulses for slice selection in the rotating frame - a study using computer simulations.  J. Magn. Reson., 76:41-53, 1988.

76.  Vink, R., McIntosh, T.K., Demediuk, P., Weiner, M.W., Faden A.I.  Decline in intracellular free $Mg^{2+}$ is associated with irreversible tissue injury after brain trauma.  J. Biol. Chem., 263:757-761, 1988. PMID: 3335524

77.  Adam, W.R., Koretsky, A.P., Weiner, M.W.  Potassium adaptation: $^{39}K$ NMR evidence for intracellular compartmentalization of $K^+$.  Amer. J. Physiol.: Renal, Fluid and Electrolyte Physiol, 23:F401-F406, 1988. PMID: 3348417

78.  Miller, R.G., Boska, M.D., Moussavi, R.S., Carson, P.J., Weiner, M.W.  $^{31}P$ NMR studies of high-energy phosphates and pH in human muscle fatigue: comparison of aerobic and anaerobic exercise.  J. Clin. Invest., 81:1190-1196, 1988. PMC329648

79.  Karczmar, G.S., Twieg, D.B., Lawry, T.J., Matson, G.B., Weiner, M.W.  Detection of motion using $B_1$ gradients.  Magn. Reson. Med., 7:111-116, 1988. PMID: 2968494

80.  Weiner, M.W.  The promise of magnetic resonance spectroscopy for medical diagnosis.  Invest. Radiol., 23:253-261, 1988. PMID: 3286573

81.  Roth, K., Hubesch, B., Meyerhoff, D.J., Naruse, S., Gober, J., Lawry, T., Boska, M., Matson, G., Weiner, M.W.  Non-invasive quantitation of phosphorous metabolites in human tissue by NMR spectroscopy.  J. Mag. Reson., 81:299-311, 1988.

82.  Karczmar, G.S., Shine, N., Lawry, T.J., Weiner, M.W., Matson, G.B.  Improvement of the rotating frame experiment by detection of residual Z magnetization: A $^{31}P$ MRS study of metabolite levels in a Meth-A sarcoma.  NMR in Biomedicine, 1:159-164, 1988. PMID: 2641281

83.  Arbeit, J.A., Toy, B.J., Karczmar, G.S., Hubesch, A., Weiner, M.W.  Inhibition of tumor high-energy phosphate metabolism by insulin combined with rhodamine 123.  Surgery, 104:161-170, 1988. PMID: 3041641

84.  Camacho, S.A., Lanzer, P., Toy, B.J., Gober, J., Botvinick, E., Weiner, M.W.  In vivo alterations of high-energy phosphates and intracellular pH during reversible regional ischemia: a $^{31}P$ magnetic resonance spectroscopy study.  Amer. Heart J., 116:701-708, 1988. PMID: 3414485

85.  Matson, G.B., Twieg, D.B., Karczmar, G.S., Lawry, T.J., Gober, J.R., Valenza, M., Boska, M.D., Weiner, M.W.  Image-guided surface coil $^{31}P$ MRS of human liver, heart, and kidney.  Radiology, 169:541-547, 1988. PMID: 3051120

86.  Schaefer, S., Gober, J., Valenza, M., Karczmar, G., Matson, G., Camacho, A., Botvinick, E., Massie, B., Weiner, M.W.  Nuclear magnetic resonance imaging guided $^{31}$Phosphorous spectroscopy of the human heart.  J. Am. Col. Cardiol., 12:1444-1455, 1988.

87.  Lawry, T.J., Karczmar, G.S., Weiner, M.W., Matson, G.B.  Computer simulation of MRS localization techniques: an analysis of ISIS.  Mag. Reson. Med., 9:299-314, 1989. PMID: 2540398

88.  Miller, R.G., Carson, P.J., Moussavi, R.S., Boska, M.D., Weiner, M.W.  The use of magnetic resonance spectroscopy to evaluate muscular fatigue and human muscle disease.  Applied Radiology, 18:33-38, 1989.

89.  Karczmar, G.S., Tavares, N.J., Weiner, M.W.  A $^{31}$P NMR study of the GI tract: effect of fructose loading and measurement of transverse relaxation times.  Magn. Reson. Med., 9:8-15, 1989. PMID: 2709997

90.  Schaefer, S., Camacho, S.A., Gober, J.R., Obregon, R.G., DeGroot, M.A., Botvinick, E.H., Massie, B., Weiner, M.W.  Response of myocardial metabolites to graded regional ischemia: $^{31}$P NMR spectroscopy of porcine myocardium in vivo.  Circ. Res., 64:968-976, 1989. PMID: 2706762

91.  Shine, N., Palladino, M.A., Patton, J.S., Deisseroth, A., Karczmar, G.S., Matson, G.B., Weiner, M.W.  Tumor necrosis factor produces rapid depletion of high-energy phosphates in a mouse sarcoma: A $^{31}$P NMR study.  Cancer Research, 49:2123-2127, 1989. PMID: 2702653

92.  Moussavi, R.S., Carson, P.J., Boska, M.D., Weiner, M.W., Miller, R.G.  Nonmetabolic fatigue in exercising human muscle.  Neurology, 39:1222-1226, 1989. PMID: 2771074

93.  Weiner, M.W.  MR spectroscopic imaging approaches the clinical realm.  Diagnostic Imaging, 11:48-52, 1989.

94.  Baker, A.J., Carson, P.J., Miller, R.G., Weiner, M.W.  Investigations of muscle bioenergetics.  Invest. Radiol., 24:1001-1005, 1989. PMID: 2691438

95.  Hubesch, B., Sappey-Marinier, D., Hetherington, H., Twieg, D., Weiner, M.W.  $^{31}$P MRS studies of human brain.  Investigative Radiology, 24:1039-1042, 1989. PMID: 2558086

96.  Schaefer, S., Schwartz, G.S., Gober, J.R., Massie, B., Weiner, M.W.  Magnetic resonance spectroscopy: Evaluation of ischemic heart disease.  Investigative Radiology, 24:969-972, 1989. PMID: 269144

97.  Karczmar, G.S., Meyerhoff, D.J., Speder, A., Valone, F., Wilkinson, M., Shine, N., Boska, M.D., Weiner, M.W.  Response of tumors to therapy studied by magnetic resonance.  Investigative Radiology, 24:1020-1023, 1989. PMID: 2606630

25

98.  Meyerhoff, D.J., Karczmar, G.S., Weiner, M.W.  Abnormalities of the liver evaluated by $^{31}$P MRS.  Investigative Radiology, 24:980-984, 1989. PMID: 2606636

99.  Twieg, D.B., Meyerhoff, D.J., Hubesch, B., Roth, K., Sappey-Marinier, D., Boska, M.D., Gober, J., Schaefer, S., and Weiner, M.W.  Localized phosphorus-31 MRS in humans by spectroscopic imaging. Magnetic Resonance in Medicine, 12:291-305, 1989. PMID: 2628680

100. Weiner, M.W., Hetherington, H.P. The power of the proton.  Editorial in Radiology, 172:318-320, 1989. PMID: 2748810

101. Karczmar, G.S., Kurtz, T., Jalles-Tavares, N., Morris, R.C., Weiner, M.W.  Regulation of hepatic inorganic phosphate and ATP in rats in response to fructose loading: an in vivo $^{31}$P NMR study.  Biochimica et Biophysica Acta, 1012:121-127, 1989. PMID: 2742879

102. Weiner, M.W., Hetherington, H., Hubesch, B., Karczmar, G., Massie, B., Maudsley, A., Meyerhoff, D.J., Sappey-Marinier, D., Schaefer, S., Twieg, D.B., Matson, G.B.  Clinical magnetic resonance spectroscopy of brain, heart, liver, kidney, and cancer: A quantitative approach.  NMR in Biomedicine, 2:290-297, 1989. PMID: 2701809

103. Meyerhoff, D.J., Karczmar, G.S., Matson, G.B., Boska, M.D., Weiner, M.W.  Non-invasive quantitation of human liver metabolites using image-guided $^{31}$P magnetic resonance spectroscopy.  NMR in Biomedicine, 3:17-22, 1989. PMID: 2390449

104. Jadvar, H., Gober, J.R., Schaefer, S., Schwartz, G.S., Weiner, M.W., and Massie, B. Potential utility of esophageal pacing during cardiac magnetic resonance studies.  American Journal of Electromedicine, 20:134-137, 1989.

105. Schaefer S, Massie B, Weiner MW.: Magnetic resonance spectroscopy of the heart.  Cardiol Clin, 7(3): 697-712, 1989. PMID: 2670234

106. Gober, J., Schaefer, S., Camacho, S.A., DeGroot, M., Obregon, R., Botvinick, E., Weiner, M.W., Massie, B.  Epicardial and endocardial localized $^{31}$P magnetic resonance spectroscopy: evidence for metabolic heterogeneity during regional ischemia.  Magnetic Resonance in Medicine, 13:204-215, 1990. PMID: 2314211

107. Boska, M.D., Hubesch, B., Meyerhoff, D.J., Twieg, D.B., Karczmar, G.S., Matson, G.B., Weiner, M.W.  Comparison of $^{31}$P MRS and $^{1}$H MRI at 1.5 and 2.0 Tesla.  Magnetic Resonance in Medicine, 13:228-238, 1990. PMID: 2314213

108. Boska, M.D., Moussavi, R.S., Carson, P.J., Weiner, M.W., Miller, R.G.  The metabolic basis of recovery after fatiguing exercise of human muscle.  Neurology, 40:240-244, 1990. PMID: 2300242

109. Weiner, M.W.  Magnetic resonance spectroscopy and spectroscopic imaging.  Admin. Radiol., 9:32-40, 1990. PMID: 10103772

110. Schaefer, S., Schwartz, G.G., Gober, J.R., Wong, A.K., Camacho, S.A., Massie, B., Weiner, M.W.  Relationship between myocardial metabolites and contractile abnormalities during graded regional ischemia: $^{31}$P NMR studies of porcine myocardium in vivo.  Journal of Clinical Investigation, 85:706-713, 1990. PMC296486

111. Hubesch, B., Sappey-Marinier, D., Roth, K., Meyerhoff, D.J., Matson, G.B., Weiner, M.W.  $^{31}$P NMR spectroscopy of normal human brain and brain tumors.  Radiology, 174:401-409, 1990. PMID: 2296651

112. Meyerhoff, D.J., Boska, M.D., Thomas, M.A., Weiner, M.W.  Alcoholic liver disease: Quantitative image-guided $^{31}$P magnetic resonance spectroscopy.  Radiology, 173:393-400, 1990. PMID: 2798871

113. Boska, M.D., Meyerhoff, D.J., Twieg, D.J., Karczmar, G.S., Matson, G.B., Weiner, M.W.  Image-guided $^{31}$P magnetic resonance spectroscopy of orthotopic and transplanted human kidneys.  Kidney International, 38:294-300, 1990. PMID: 2402121

114. Miller, R.G., Green, A.T., Moussavi, R.S., Carson, P.J., Weiner, M.W.  Excessive muscular fatigue in patients with spastic paraparesis.  Neurology, 40:1271-1274, 1990. PMID: 2381537

115. Schaefer, S., Gober, J.R., Schwartz, G.S., Twieg, D.B., Weiner, M.W., Massie, B.  In vivo phosphorus-31 spectroscopic imaging in patients with global myocardial disease.  American Journal of Cardiology, 65:1154-1161, 1990. PMID: 2139540

116. Shine, N., Xuan, A., Weiner, M.W.  $^{31}$P NMR studies of ATP concentrations and Pi-ATP exchange in the rat kidney in vivo: Effects of inhibiting and stimulating renal metabolism.  Magnetic Resonance in Medicine, 14:445-460, 1990. PMID: 2355828

117. Thomas, M.A., Narayan, P., Kurhanewicz, J., Jajodia, P., Weiner, M.W.  $^{1}$H MR spectroscopy of normal and malignant human prostates in vivo.  Journal of Magnetic Resonance, 87:610-619, 1990.

118. Maudsley, A.A., Twieg, D.B., Sappey-Marinier, D.S., Hubesch, B., Hugg, J.W., Matson, G.B., Weiner, M.W.  Spin echo $^{31}$P spectroscopic imaging in the human brain.  Magnetic Resonance in Medicine, 14:415-422, 1990. PMID: 2345522

119. Schwartz, G.S., Schaefer, S., Gober, J.R., Meyerhoff, D.J., Smekal, A., Massie, B., Weiner, M.W.  Myocardial high-energy phosphates in reactive hyperemia.  Am J Physiol, 259:H1190-H1196, 1990. PMID: 2221125

120. Weiner, M.W., Jones, R.  New tools for clinicians: magnetic resonance spectroscopic imaging.  Hospimedica, 8:32-46, 1990.

27

121. Weiner, M.W., Moussavi, R.S., Baker, A.J., Boska, M.D., Miller, R.G.  Constant relationship between force, phosphate concentration and pH in muscles with differential fatigability.  Neurology, 40:1888-1893, 1990. PMID: 2247239

122. Schwartz, G.S., Schaefer, S., Meyerhoff, D.J., Massie, B., Weiner, M.W.  The dynamic relationship between myocardial contractility and energy metabolism during and following brief coronary occlusion in the pig.  Circulation Research, 67:490-500, 1990. PMID: 2376083

123. Kurhanewicz, J., Thomas, A., Jajodia, P., Weiner, M., James, T.L., Vigneron, D.B., Narayan, P.  $^{31}$P Spectroscopy of the human prostate gland in vivo using a transrectal probe.  Magnetic Resonance in Medicine, 22:404-413, 1991. PMID: 1725918

124. Deicken, R., Hubesch, B., Jensen, P., Sappey-Marinier, D., Krell, P., Wisniewiski, A., Vanderburg, D., Parks, R., Fein, G., Weiner, M.W.  Alterations in brain phosphate metabolite concentrations in patients with HIV infection.  Archives of Neurology, 48:203-209, 1991. PMID: 1993012

125. Karczmar, G., Meyerhoff, D.J., Boska, M.D., Hubesch, B., Poole, J., Matson, G.B., Valone, F., Weiner, M.W.: $^{31}$P MRS study of response of superficial human tumors to therapy.  ($^{31}$P Spectroscopy Study of Response of Superficial Human Tumors to Therapy) Radiology, 179:149-153, 1991. PMID: 2006266

126. Gober, J.R., Schwartz, G.S., Schaefer, S., Massie, B., Matson, G.B., Weiner, M.W., Karczmar, G.  $^{31}$P MRS of myocardial inorganic phosphate using radiofrequency gradient echoes.  Magnetic Resonance in Medicine, 20:171-183, 1991. PMID: 1775045

127. Narayan, P., Jajodia, P., Kurhanewicz, J., Thomas, A., MacDonald, J., Hubesch, B., Hedgcock, M., Anderson, C.M., James, T.L., Tanagho, E.A., Weiner, M.W.  Characterization of prostate cancer, benign prostatic hyperplasia and normal prostates using transrectal $^{31}$Phosphorus magnetic resonance spectroscopy: a preliminary report.  J Urol, 146:66-74, 1991. PMID: 1711587

128. Schwartz, G.S., Schaefer, S., Trocha, S.D., Steinman, S., Gober, J., Massie, B., Weiner, M.W.  Metabolic and functional consequences of blunted myocardial reactive hyperemia.  Amer J Physiol, 261:H892-H900, 1991.

129. Roth, K., Weiner, M.W.  Determination of cytosolic ADP and AMP concentrations and the free energy of ATP hydrolysis in human muscle and brain tissues with $^{31}$P NMR spectroscopy.  Magnetic Resonance in Medicine, 22:505-511, 1991. PMID: 1812384

130. Miller, R.G., Carson, P.J., Moussavi, R.S., Green, A.T., Baker, A.J., Weiner, M.W.  Fatigue and myalgia in AIDS patients.  Neurology, 41:1603-1607, 1991. PMID: 1922802

131. Lawry, T.J., Weiner, M.W., Matson, G.B.  Computer modeling of surface coil sensitivity.  Magnetic Resonance in Medicine, 16:294-302, 1991. PMID: 2266848

28

132. Minotti, J.R., Christoph, I., Oka, R., Weiner, M.W., Wells, L., Massie, B.M.  Impaired skeletal muscle function in patients with congestive heart failure: Relationship to systemic exercise performance.  Journal of Clinical Investigation, 88:2077-2082, 1991. PMC295805

133. Sappey-Marinier, D., Hubesch, B., Matson, G.B., Weiner, M.W.  Decreased phosphorus metabolites and alkalosis in chronic cerebral infarction.  Radiology, 182:29-34, 1992. PMID: 1727305

134. Karczmar, G.S., Arbeit, J.A., Toy, B.J., Speder, A., Weiner, M.W.  Selective ATP depletion in a rodent sarcoma by insulin-induced substrate deprivation and inhibition of glycolysis by 2-deoxyglucose.  Cancer Research, 52:71-76, 1992. PMID: 1727388

135. Hugg, J.W., Matson, G.B., Twieg, D.B., Maudsley, A.A., Sappey-Marinier, D., and Weiner, M.W.: Phosphorus-31 MR spectroscopic imaging (MRSI) of normal and pathological human brains.  Magnetic Resonance Imaging, 10(2):227-243, 1992. PMID: 1564992

136. Schwartz, G.G., Steinman, S., Garcia, J., Greyson, C., Massie, B.M., Weiner, M.W.  Energetics of acute pressure overload of the porcine right ventricle: In vivo $^{31}$P NMR spectroscopy.  Journal of Clinical Investigation, 89:909-918, 1992. PMC442937

137. Duijn, J.H., Matson, G.B., Maudsley, A.A., and Weiner, M.W.: 3D phase encoding $^{1}$H spectroscopic imaging of human brain.  Magnetic Resonance Imaging, 10(2):315-319, 1992. PMID: 1564998

138. Sappey-Marinier, D., Deicken, R., Fein, G., Hubesch, B., Van Dyke, C., Dillon, W., Davenport, L., Meyerhoff, D.J., Weiner, M.W.  Alterations in brain phosphorus metabolite concentrations associated with areas of high signal intensity in white matter at MR imaging.  Radiology, 183:247-256, 1992. PMID: 1549681

139. Meyerhoff, D.J., Maudsley, A.A., Schaefer, S., and Weiner, M.W.: Phosphorus-31 magnetic resonance metabolite imaging in the human body.  Magnetic Resonance Imaging, 10(2):245-256, 1992. PMID: 1564993

140. Fernandez, E.J., Maudsley, A.A., Higuchi, T., and Weiner, M.W.: $^{1}$H Spectroscopic Imaging of Rat Brain at 7 Tesla.  Magnetic Resonance in Medicine, 25:107-119, 1992. PMID: 1350655

141. Brandes, R., Figueredo, V.M., Camacho, S.A., Massie, B.M., Weiner, M.W.  Suppression of motion artifacts in fluorescence spectroscopy of perfused hearts.  Amer J Physiol, 263:H972-H980, 1992. PMID: 1415626

142. Schwartz, G.G., Steinman, S.K., Weiner, M.W., Matson, G.B.  In vivo $^{31}$P NMR Spectroscopy of the right ventricle in pigs.  Amer. J. Physiol, 262:H1950-1954, 1992. PMID: 1621852

29

143. Greyson, C., Weiner, M.W.  Current status of cardiac magnetic resonance spectroscopy. Current Opinion in Radiology, 4(IV): 48-54, 1992. PMID: 1627451

144. Schaefer, S., Schwartz, G.G., Steinman, S.K., Meyerhoff, D.J., Massie, B.M., Weiner, M.W. Metabolic response of the human heart to inotropic stimulation: in vivo phosphorus-31 studies of normal and cardiomyopathic myocardium.  Magnetic Resonance in Medicine, 25:260-272, 1992. PMID: 1614310

145. Sappey-Marinier, D., Calabrese, G., Hetherington, H.P., Fisher, S.N.G., Deicken, R., Fein, G., Weiner, M.W.  Proton magnetic resonance spectroscopy of human brain: applications to normal white matter, chronic infarction, and MRI white matter signal hyperintensities. Magnetic Resonance in Medicine, 26:313-327, 1992.  PMID: 1513253

146. Laxer, K.D., Hubesch, B., Sappey-Marinier, D., Weiner, M.W.  Increased pH and inorganic phosphate in temporal seizure foci: demonstrated by $^{31}$P MRS.  Epilepsia, 33:618-623, 1992. PMID: 1628574

147. Baker, A.J., Carson, P.J., Green, A.T., Miller, R.G., Weiner, M.W.  The influence of human muscle length on energy transduction studied by $^{31}$P NMR.  J. Appl. Physiol, 73:160-165, 1992.

148. Thomas, M.A., Narayan, P., Kurhanewicz, P., Jajodia, P., James, T.L., Weiner, M.W. Detection of phosphorus metabolites in human prostates with a transrectal $^{31}$P NMR probe.  J. Magn. Reson., 99:377-386, 1992.

149. Duijn, J.H., Matson, G.B., Maudsley, A.A., Hugg, J.W., and Weiner, M.W.: Human Brain Infarction: Proton MR spectroscopy.  Radiology, 183(3):711-718, 1992. PMID: 1584925

150. Meyerhoff, D.J., Karczmar, G.S., Venook, A., Valone, F., Wilkinson, M., Matson, G.B., Weiner, M.W.  Hepatic cancers and their response to chemoembolization therapy: Image-guided $^{31}$P MR spectroscopy.  Investigative Radiology, 27:456-464, 1992. PMID: 1318873

151. Hugg, J.W., Duijn, J.H., Matson, G.B., Maudsley, A.A., Tsuruda, J.S., Gelinas, D.F., and Weiner, M.W.: Elevated Lactate and Alkalosis in Chronic Human Brain Infarction Observed by $^{1}$H and $^{31}$P MR Spectroscopic Imaging.  Journal of Cerebral Blood Flow and Metabolism, 12(5):734-744, 1992. PMID: 1506441

152. Maudsley, A.A., Lin, E., and Weiner, M.W.: Spectroscopic Imaging Display and Analysis. Magnetic Resonance Imaging, 10(3):471-485, 1992. PMID: 1406098

153. Meyerhoff, D.J., Maudsley, A.A., Husted, C., and Weiner, M.W.: MRSI Detects Biochemical Changes Before Anatomical Changes Become Evident on MRI.  Spectroscopic imaging combines advantages of MRS and MRI.  Magnetic Resonance, Fall:47-52, 1992.

Curriculum Vitae - **Michael W. Weiner, M.D**.

154. Deicken, R.F., Calabrese, G., Raz, J., Sappey-Marinier, D., Meyerhoff, D., Dillon, W.P., Weiner, M.W., Fein, G. A [31]Phosphorus magnetic resonance spectroscopy study of diazepam does not affect brain phosphorus metabolism. Biological Psychiatry, 32:628-631, 1992. PMID: 1450289

155. Figueredo, V.M, Brandes, R., Weiner, M.W., Massie, B.M., Camacho, S.A. Cardiac contractile dysfunction during mild coronary flow reductions is due to an altered calcium-pressure relationship in rat hearts. Journal of Clinical Investigation, 90:1794-1802, 1992. PMC443238

156. Sappey-Marinier, D., Bonmartin, A., Weiner, M.W. Etude des maladies cerebrales par spectroscopie localisee et imagerie spectroscopique RMN. J Med. Nucl. Biophy., 16:401-411, 1992.

157. Sappey-Marinier, D., Bonmartin, A., Weiner, M.W. Metabolic studies of brain by NMR localized spectroscopy and spectroscopic imaging. Proc Int Conf IEEE, 14:259-263, 1992.

158. Gordon, L., Levinsohn, D.G., Borowsky, C.D., Manojlovic, R.D., Sessler, D.I., Weiner, M.W., and Baker, A.J.: Improved preservation of skeletal muscle in amputated limbs using pulsatile hypothermic perfusion with University of Wisconsin Solution: A preliminary study. J. Bone Joint Surg 74:1358-1366, 1992. PMID: 1429791

159. Sappey-Marinier, D., Calabrese, G., Fein, G., Hugg, J.W., Biggins, C., and Weiner, M.W.: Effect of photic stimulation on human visual cortex, lactate and phosphates using [1]H and [31]P magnetic resonance spectroscopy. J. Cerebral Blood Flow Metabolism 12:584-592, 1992. PMID: 1618937

160. Schwartz, G.G., Schaefer, S., Trocha, S.D., Garcia, J., Steinman, S.K., Massie, B, and Weiner, M.W.: Effect of supranormal coronary blood flow on energetics and contractility of the porcine left ventricle. Cardiovascular Research 26:1001-1006, 1992. PMID: 1486583

161. Fernandez, E.J., Maudsley, A.A., Higuchi, T., and Weiner, M.W.: Three-dimensional [1]H spectroscopic imaging of cerebral metabolites in the rat using surface coils. Magnetic Resonance Imaging, 10(6):965-974, 1992. PMID: 1461094

162. Schaefer, S., Schwartz, G.G., Wisneski, J.A., Neese, R.A., Trocha, S.D., Christoph, I., Steinman, S.K., Garcia, J., Massie, B.M., and Weiner, M.W.: Response of high energy phosphate and lactate released during prolonged regional ischemia *in vivo*. Circulation 85:342-349, 1992.

163. Schaefer S, Schwartz GG, Wisneski JA, Trocha SD, Christoph I, Steinman SK, Garcia J, Massie BM, Weiner MW.: Response of high-energy phosphates and lactate release during prolonged regional ischemia in vivo. Circulation, 85(1): 342-9, 1992. PMID: 1728466

31

164. Hugg JW, Duijn JH, Matson GB, Maudsley AA, Tsuruda JS, Gelinas DF, Weiner MW.: Elevated lactate and alkalosis in chronic human brain infarction observed by 1H and 31P MR spectroscopic imaging. J Cereb Blood Flow Metab, 12(5): 734-44, 1992. PMID: 1506441

165. Figueredo, V.M., Brandes, R., Weiner, M.W., Massie, B.M., and Camacho, S.A.: Endocardial versus epicardial differences of intracellular free calcium under normal and ischemic conditions in perfused rat hearts. Circulation Research 72:1082-1090, 1993. PMID: 8477520

166. Nagai, Y., Naruse, S., and Weiner, M.W.: Effect of hypoglycemia on changes of brain lactic acid and pH produced by ischemia. NMR in Biomedicine 6:1-6, 1993. PMID: 8457423

167. Calabrese, G., Deicken, R.F., Fein, G., Merrin, E.L., Schoenfeld, F., and Weiner, M.W.: $^{31}$Phosphorus magnetic resonance spectroscopy of the temporal lobes in schizophrenia. Biological Psychiatry 32:26-32, 1993. PMID: 1391294

168. DeGroot M., Massie B., Boska M., Gober J.R., Miller, R.G., and Weiner, M.W.: Dissociation of pH from fatigue and relationship of $H_2PO_4$- to fatigue in human muscle. Muscle and Nerve 16:91-98, 1993. PMID: 8423837

169. Lara, R.S., Matson, G.B., Hugg, J.W., Maudsley, A.A., and Weiner, M.W.: Quantitation of in vivo phosphorus metabolites in human brain with magnetic resonance spectroscopic imaging (MRSI). Magnetic Resonance Imaging, 11(2):273-278, 1993. PMID: 8455438

170. Meyerhoff, D.J., MacKay, S., Bachman, L., Poole, N., Weiner, M.W., and Fein, G.: Reduced brain n-acetyl aspartate in cognitively impaired human immunodeficiency virus seropositive individuals suggests neuronal loss: *In vivo* [1]H magentic resonance spectroscopic imaging. Neurology 43:509-515, 1993. PMID: 8450992

171. Miller, R.G., Moussavi, R.S., Green, A.T., Carson, P.J., and Weiner, M.W.: The distinctive fatigue of rapid repetitive movements. Neurology 43:755-761, 1993. PMID: 8469336

172. Baker, A.J., Longuemare, M.C., Brandes, R., and Weiner, M.W.: Intracellular tetanic calcium signals are reduced in fatigue of whole skeletal muscle. Amer J Physiol 264:C577-C582, 1993.

173. Kent-Braun, J.A., Sharma, K.R., Weiner, M.W., Massie, B., and Miller, R.G.: Central basis of muscle fatigue in chronic fatigue syndrome. Neurology 43:125-131, 1993. PMID: 8423875

174. Hugg, J.W., Laxer, K.D., Matson, G.B., Maudsley, A.A., Husted, C.A., and Weiner, M.W.: Lateralization of human focal epilepsy by $^{31}$P magnetic resonance spectroscopic imaging. Neurology, 42(10):2011-2018, 1993. PMID: 1407585

175. Camacho, S.A., Figueredo, V.M., Brandes, R., and Weiner, M.W.: Calcium-dependent fluorescence transients and phosphate metabolism during low-flow ischemia in perfused rat hearts. Amer J Physiol 34:H114-H122, 1993. PMID: 8342622

**Curriculum Vitae - Michael W. Weiner, M.D**.

176. Weiner, M.W.: Magnetic resonance spectroscopy and spectroscopic imaging: Studies at San Francisco Veterans Administration Medical Center.  VA Practitioner, pp. 54-63, July 1993.

177. Kent-Braun, J.A., Miller, R.G., and Weiner, M.W.: Phases of metabolism during progressive exercise to fatigue in human skeletal muscle.  J. Appl. Physiol 75:573-580, 1993. PMID: 8226454

178. Baker, A.J., Kostov, K.G., Miller, R.G., and Weiner, M.W.: Slow force recovery after long duration exercise: metabolic and activation factors in muscle fatigue.  Amer J Physiol 74:2294-2300, 1993.

179. MacKay, S., Meyerhoff, D.J., Dillon, W.P., Weiner, M.W., and Fein, G.: Alteration of brain phospholipid metabolites in cocaine dependent polysubstance abusers.  Biological Psychiatry 34:261-264, 1993. PMID: 8399823

180. Higuchi, T., Fernandez, E.J., Maudsley, A.A., and Weiner, M.W.: Mapping of Cerebral Metabolites in Rats by $^1$H Magnetic Resonance Spectroscopic Imaging: Distribution of Metabolites in Normal Brain and Postmortem Changes.  NMR in Biomedicine, 6:311-317, 1993. PMID: 8268063

181. Hugg, J.W., Laxer, K.D., Matson, G.B., Maudsley, A.A., and Weiner, M.W.: Neuron Loss Localizes Human Temporal Lobe Epilepsy by In Vivo Proton Magnetic Resonance Spectroscopic Imaging.  Annals of Neurology, 34(6):788-794, 1993. PMID: 8250527

182. Brandes, R., Figueredo, V.M., Camacho, S.A., Baker, A., and Weiner, M.W.: Quantitation of $[Ca^{2+}]$ in whole perfused rat hearts using Indo-1 fluorometry.  Biophysical Journal 65:1973-1982, 1993. PMC1225933

183. Matson, G.B., Meyerhoff, D.J., Lawry, T.J., Lara, R.S., Duijn, J., Deicken, R.F., and Weiner, M.W.: Use of computer simulations for quantitation of $^{31}$P ISIS MRS results.  NMR in Biomedicine 6:215-224, 1993. PMID: 8347456

184. Brandes, R., Figueredo, V.M., Camacho, S.A., Baker, A.J., and Weiner, M.W.: Investigation of factors affecting fluorometric quantitation of cytosolic $[Ca^{2+}]$ in perfused hearts. Biophysical Journal 65:1983-1993, 1993. PMC1225934

185. Maudsley, A.A., Matson, G.B., Hugg, J.W., and Weiner, M.W.: Display of metabolic information by MR Spectroscopic Imaging.  SPIE, 1887:282-289, 1993.

186. Hugg, J.W., Laxer, K.D, and Weiner, M.W.: Focal epilepsy localization by magnetic resonance spectroscopic imaging.  Advances in Clinical Neurosciences 3:011-026, 1993. PMID: 8250527

33

187. Massie, B.M., Schwartz, G.G., Garcia, J., Steinman, S., Owens, T., Weiner, M.W., and Wisneski, J.A.: Myocardial metabolism during increased work states: Evidence for "demand ischemia" in the porcine heart *in vivo*. Circulation Research 74:64-73, 1994. PMID: 8261596

188. Sharma, K.R., Kent-Braun, J.A., Mynhier, M.A., Weiner, M.W., and Miller, R.G.: Excessive muscular fatigue in the post polio syndrome. Neurology 44:642-646, 1994. PMID: 8164817

189. Husted, C.A., Duijn, J.H., Matson, G.B., Maudsley, A.A., and Weiner, M.W.: Molar quantitation of in vivo proton metabolites in human brain with 3D magnetic resonance spectroscopic imaging. Magnetic Resonance Imaging, 12(4):661-667, 1994. PMID: 8057771

190. Graham, S.H., Meyerhoff, D.J., Bayne, L., Sharp, F.R., and Weiner, M.W: Magnetic resonance spectroscopy of n-acetylaspartate in hypoxic-ischemic encephalopathy. Annals of Neurology 35:490-494, 1994. PMID: 8154879

191. Baker, A.J., Brandes, R., Schendel, T.M., Trocha, S.D., Miller, R.G., and Weiner, M.W.: Energy use by contractile and non-contractile processes in skeletal muscle estimated by [31]P NMR. Amer J Physiology 266:C825-C831, 1994. PMID: 8166246

192. Maudsley, A.A., Wu, Z., Meyerhoff, D.J., and Weiner, M.W.: Automated Processing for Proton Spectroscopic Imaging Using Water Reference Deconvolution. Magnetic Resonance in Medicine, 31:589-595, 1994. PMID: 8057811

193. Maudsley, A.A., Matson, G.B., Hugg, J.W., and Weiner, M.W.: Reduced Phase Encoding in Spectroscopic Imaging. Magnetic Resonance in Medicine, 31:645-651, 1994. PMID: 8057817

194. Vion-Dury, J., Meyerhoff, D.J., Cozzone, P.J., and Weiner, M.W.: What might be the impact on neurology of the analysis of brain metabolism by *in vivo* magnetic resonance spectroscopy. J Neurology 241:354-371, 1994. PMID: 7931430

195. Ebisu, T., Rooney, W.D., Graham, S.H., Weiner, M.W., and Maudsley, A.A.: N-Acetylaspartate as an In Vivo Marker of Neuronal Viability in Kainate-Induced Status Epilepticus: [1]H Magnetic Resonance Spectroscopic Imaging. Journal of Cerebral Blood Flow and Metabolism, 14(3):373-382, 1994. PMID: 8163579

196. Meyerhoff, D.J., MacKay, S., Constans, J-M., Norman, D., VanDyke, C., Fein, G., and Weiner, M.W.: Axonal injury and membrane alterations in Alzheimer's disease suggested by *in vivo* proton magnetic resonance spectroscopic imaging. Annals of Neurology 36:40-47, 1994. PMID: 8024260

197. Garcia, P.A., Laxer, K.D., Van der Grond, J., Hugg, J.W., Matson, G.B., and Weiner, M.W.: [31]P magnetic resonance spectroscopic imaging in patients with frontal lobe epilepsy. Annals of Neurology 35:217-221, 1994. PMID: 8109902

**Curriculum Vitae - Michael W. Weiner, M.D**.

198. Camacho, S.A., Brandes, R., Figueredo, V.M., and Weiner, M.W.: $Ca^{2+}$ transient decline and myocardial relaxation are slowed during low-flow ischemia in rat hearts.  Journal of Clinical Investigation 93:951-957, 1994. PMC294002

199. Brandes, R., Figueredo, V.M., Camacho, S.A., and Weiner, M.W.: Compensation for changes in tissue light absorption in fluorometry of hypoxic perfused rat hearts.  Amer. J. Physiology 266:H2554-H2567, 1994. PMID: 8024018

200. Meyerhoff, D.J., MacKay, S., Poole, H., Dillon, W.P., Weiner, M.W., and Fein, G.: N-acetylaspartate reductions measured by $^1$H MRSI in cognitively impaired HIV-seropositive individuals: Replication and extension.  Magnetic Resonance Imaging 12:653-659, 1994. PMID: 8057770

201. Kent-Braun, J.A., Sharma, K.R., Miller, R.G., and Weiner, M.W.: Post exercise phosphocreatine resynthesis is slowed in multiple sclerosis.  Muscle and Nerve 17:835-841, 1994. PMID: 8041390

202. Husted, C.A., Goodin, D.S., Hugg, J.W., Maudsley, A.A., Tsurda, J.S., de Bie, S.H., Fein, G., Matson, G.B., and Weiner, M.W.: Biochemical Alterations in Multiple Sclerosis Lesions and Normal-appearing White Matter Detected by In Vivo $^{31}$P and $^1$H Spectroscopic Imaging. Annals of Neurology, 36(2):157-165, 1994. PMID: 8053651

203. Husted, C.A., Matson, G.B., Adams, D.A., Goodkin, D.S., and Weiner, M.W.: *In vivo* detection of myelin phospholipids in multiple sclerosis with phosphorus magnetic resonance spectroscopic imaging.  Annals of Neurology 36:239-241, 1994. PMID: 8053662

204. Baker, A.J., Carson, P.J., Miller, R.G., and Weiner, M.W.: Metabolic and nonmetabolic components of fatigue monitored with $^{31}$P-NMR.  Muscle and Nerve 17:1002-1009, 1994. PMID: 8065387

205. Deicken, R.F., Calabrese, G., Merrin, E.L., Meyerhoff, D.J., Dillon, W.P., Weiner, M.W., and Fein, G.: $^{31}$Phosphorus magnetic resonance spectroscopy of the frontal and parietal lobes in chronic schizophrenia.  Biological Psychiatry 36:503-510, 1994. PMID: 7827212

206. Baker, A.J., Brandes, R., Schreur, J.H.M., Camacho, S.A., and Weiner, M.W.: Protein and acidosis alter calcium-binding and fluorescence spectra of the calcium indicator indo-1. Biophysical Journal 67:1646-1654, 1994. PMC1225526

207. Kent-Braun, J.A., Sharma, K.R., Weiner, M.W., and Miller, R.G.: Effects of exercise on muscle activation and metabolism in multiple sclerosis.  Muscle & Nerve 17:1162-1169, 1994. PMID: 7935523

208. Schaefer, S., Schwartz, G.S., Steinman, S.K., Garcia, J., Trocha, S.D., Weiner, M.W., and Massie, B.M.: Effects of regional myocardial lidocaine infusion on high-energy phosphates. J. Mol. Cell. Cardiol. 26:1601-1611, 1994. PMID: 7731055

35

**Curriculum Vitae - Michael W. Weiner, M.D**.

209. Sharma, K.R., Kent-Braun, J.A., Majumdar, S., Huang, Y., Mynhier, M., Weiner, M.W., Miller, R.G. Physiology of fatigue in amyotrophic lateral sclerosis.  Neurology 45:733-740, 1995. PMID: 7723963

210. Massie, B.M., Schaefer, S., Garcia, J., McKirnan, M.D., Schwartz, G.G., Wisneski, J.A., Weiner, M.W., and White Francis, C.: Myocardial high energy phosphate and substrate metabolism in swine with moderate left ventricular hypertrophy.  Circulation 91:1814-1823, 1995. PMID: 7882492

211. Garcia, P.A., Laxer, K.D., Grond, J.V.D., Hugg, J.W., Matson, G.B., and Weiner, M.W.: Proton magnetic resonance spectroscopic imaging in patients with frontal lobe epilepsy. Annals of Neurology 37:279-281, 1995. PMID: 7847871

212. Deicken, R.F., Merrin, E.L., Floyd, T.C., and Weiner, M.W.: Correlation between left frontal phospholipids and Wisconsin card sort test performance in schizophrenia.  Schizophrenia Research 14:177-181, 1995. PMID: 7710998

213. Deicken, R.F., Calabrese, G., Merrin, E.L., Fein, G., and Weiner, M.W.: Basal ganglia phosphorous metabolism in chronic schizophrenia.  American Journal of Psychiatry 152:126-129, 1995. PMID: 7802103

214. Baker, A.J., Brandes, R., and Weiner, M.W.: Effects of intracellular acidosis on calcium activation, contraction and relaxation of frog skeletal muscle.  Amer. J Physiol 37:C55-C63, 1995.

215. Miller, R.G., Carson, P.J., Green, A., Baker, A., Moussavi, R.S., Boska, M.D., and Weiner, M.W.: Factors which influence alterations of phosphates and pH in exercising human skeletal muscle: Measurement error, reproducibility, and effects of fasting, carbohydrate loading, and metabolic acidosis.  Muscle and Nerve 18:60-67, 1995. PMID: 7799999

216. Deicken, R.F., Weiner, M.W., and Fein, G.: Decreased temporal lobe phosphomonoesters in bipolar disorder.  Journal of Affective Disorders 33:195-199, 1995. PMID: 779067

217. Deicken, R.F., Calabrese, G., Merrin, E.L., Vinogradov, S., Dillon, W.P., Fein, G., and Weiner, M.W.: Asymmetry of temporal lobe phosphorous metabolism in schizophrenia: A [31]Phosphorous magnetic resonance spectroscopic imaging study.   Biological Psychiatry 38:279-286, 1995. PMID: 7495921

218. Meyerhoff, D.J., MacKay, S., Sappey-Marinier, D., Deicken, R., Calabrese, G., Dillon, W.P., Weiner, M.W., and Fein, G.: Effects of chronic alcohol abuse and HIV infection on brain phosphorus metabolites.  Alcoholism: Clin. Exp. Res 19:685-692, 1995. PMID: 7573794

219. Plesh, O., Meyerhoff, D.J., and Weiner, M.W.: Phosphorus magnetic resonance spectroscopy of human masseter muscle.  Journal of Dental Research 74:338-344, 1995. PMID: 7876427

36

220. Deicken, R.F., Fein, G., and Weiner, M.W.: Abnormal frontal lobe phosphorous metabolism in bipolar disorder. American Journal of Psychiatry 152:915-918, 1995. PMID: 7755123

221. Constans, J.M., Meyerhoff, D.J., Gerson, J., MacKay, S., Norman, D., Fein, G., and Weiner, M.W.: H-1 MR spectroscopic imaging of white matter signal hyperintensities: Alzheimer disease and ischemic vascular dementia. Radiology 197:517-523, 1995. PMC2780019

222. Constans, J.M., Meyerhoff, D.J., Norman, D., Fein, G., and Weiner, M.W.: 1H and 31P magnetic resonance spectroscopic imaging of white matter signal hyperintensities in elderly subjects. Neuroradiology 37:615-623, 1995. PMID: 8748891

223. Sharma, K.R., Kent-Braun, J.A., Mynhier, M., Weiner, M.W., and Miller, R.G.: Evidence of an abnormal intramuscular component of muscle fatigue in multiple sclerosis. Muscle and Nerve 18:1403-1411, 1995. PMC2733338

224. Mancuso, A., Karibe, H., Rooney, W.D., Zarow, G.J., Graham, S.H., Weiner, M.W., and Weinstein, P.R.: Correlation of early reduction in the apparent diffusion coefficient of water with blood flow reduction during middle cerebral artery occlusion in rats. Magnetic Resonance in Medicine 34:368-377, 1995. PMC2733355

225. Fein, G., Meyerhoff, D.J., and Weiner, M.W.: Magnetic resonance spectroscopy of the brain in alcohol abuse. Alcohol Health & Research World 19:306-314, 1995.

226. Di Sclafani, V., Ezekiel, F., Meyerhoff, D.J., MacKay, S., Dillon, W.P., Weiner, M.W., and Fein, G.: Brain atrophy and cognitive function in older abstinent alcoholic men. Alcoholism: Clinical and Experimental Research 19:1121-1126, 1995. PMC2780027

227. Sappey-Marinier, D., Chileuitt, L., Weiner, M.W., Faden, A.I., and Weinstein, P.R.: Hypoglycemia prevents increase in lactic acidosis during reperfusion after temporary cerebral ischemia in rats. NMR in Biomedicine 8:171-178, 1995. PMC2744691

228. Higuchi, T., Fernandez, E.J., Maudsley, A.A., Shimizu, H., Weiner, M.W., and Weinstein, P.R.: Mapping of Lactate and N-Acetyl-L-aspartate Predicts Infarction during Acute Focal Ischemia: In Vivo 1H Magnetic Resonance Spectroscopy in Rats. Neurosurgery, 38(1):121-130, 1996. PMID: 8747960

229. MacKay, S., Ezekiel, F., Di Sclafani, V., Meyerhoff, D.J., Gerson, J., Norman, D., Fein, G., and Weiner, M.W.: Alzheimer disease and subcortical ischemic vascular dementia: Evaluation by combining MR imaging segmentation and H-1 MR spectroscopic imaging. Radiology 198:537-545, 1996. PMC2733362

230. MacKay, S., Meyerhoff, D.J., Constans, J.M., Norman, D., Fein, G., and Weiner, M.W.: Regional gray and white matter metabolite differences in subjects with AD, with subcortical ischemic vascular dementia, and elderly controls with 1H magnetic resonance spectroscopic imaging. Archives of Neurology 53:167-174, 1996. PMC2733342

37

**Curriculum Vitae - Michael W. Weiner, M.D**.

231. Haupt, C.I., Schuff, N., Weiner, M.W., and Maudsley, A.A.: Removal of Lipid Artifacts in 1H Spectroscopic Imaging by Data Extrapolation. Magnetic Resonance in Medicine, 35:678-687, 1996. PMC2733339

232. Meyerhoff, D.J., Weiner, M.W., and Fein, G.: Deep gray matter structures in HIV infection: A 1H MR spectroscopic imaging study. Amer. J. Neuroradiology 17:973-978, 1996. PMC2733344

233. Kent-Braun, J.A., Sharma, K.R., Miller, R.G., and Weiner, M.W.: Effects of electrically stimulated exercise training on muscle function in multiple sclerosis. J. Neurol. Rehab 10:143-151, 1996.

234. Hugg, J.W., Maudsley, A.A., Weiner, M.W., and Matson, G.B.: Comparison of k-Space Sampling Schemes for Multidimensional MR Spectroscopic Imaging. Magnetic Resonance in Medicine, 36:469-473, 1996. PMID: 8875420

235. Chang, K.C., Schreur, J.H.M., Weiner, M.W, and Camacho, S.A: Impaired Ca2+ handling is an early manifestation of pressure-overload hypertrophy in rat hearts. Amer. J. Physiology 271:H228-H234, 1996. PMID: 8760179

236. Meyerhoff, D.J., Rooney, W.D., Tokumitsu, T., and Weiner, M.W.: Evidence of multiple ethanol pools in the brain: An in-vivo proton magnetization transfer study. Alcoholism: Clinical and Experimental Research 20:1283-1287, 1996. PMID: 8904983

237. Ebisu, T., Rooney, W.D., Graham, S.H., Mancuso, A., Weiner, M.W., and Maudsley, A.A.: MR Spectroscopic Imaging and Diffusion-Weighted MRI for Early Detection of Kainate Induced Status Epilepticus in the Rat. Magnetic Resonance in Medicine, 36:821-828, 1996. PMID: 8946347

238. Rooney, W.D., Ebisu, T., Mancuso, A., Graham, S., Weiner, M.W., and Maudsley, A.A.: Metabolite [1]H relaxation in normal and hyponatremic brain. Magnetic Resonance in Medicine 35:688-696, 1996. PMC2733341

239. Meyerhoff, D.J., Weiner, M.W., and Fein, G.: Deep gray matter structures in HIV infection: [1]H MR spectroscopic imaging study. American J Neuroradiology 17:973-978, 1996. PMC2733344

240. Shames, D.M., Baker, A.J., Camacho, S.A., and Weiner, M.W.: The calcium-force relationship of frog skeletal muscle: A dynamic model for parameter estimation. American Journal of Physiology 271(6 Pt.1): C2062-2071, 1996. PMID: 8997209

241. Miyamae, M., Camacho, S.A., Weiner, M.W., and Figueredo, V.M.: Attenuation of postischemic reperfusion injury is related to prevention of mitochondrial $Ca^{2+}$ overload in rat hearts. American Journal of Physiology 271:H2145-H2153, 1996. PMID: 8945935

38

**Curriculum Vitae - Michael W. Weiner, M.D**.

242. Ende, G., Laxer, K.D., Knowlton, R.C., Matson, G.B., Schuff, N., Fein, G., and Weiner, M.W.: Temporal lobe epilepsy: Bilateral hippocampal metabolite changes revealed at proton MR spectroscopic imaging.  Radiology 202:809-817, 1997. PMC2733359

243. Tokumitsu, T., Mancuso, A., Weinstein, P.R., Weiner, M.W., Naruse, S., and Maudsley, A.A.: Metabolic and pathological effects of temporal lobe epilepsy in rat brain detected by proton spectroscopy and imaging.  Brain Research, 744:57-67, 1997. PMC2733350

244. Higuchi, T., Graham, S.H., Fernandez, E.J., Rooney, W.D., Gaspary, H.L., Weiner, M.W., and Maudsley, A.A.: Effects of Severe Global Ischemia on N-Acetylaspartate and other Metabolites in the Rat Brain.  Magnetic Resonance in Medicine, 37:851-857, 1997. PMC2744638

245. Garcia, P.A., Laxer, K.D., Van der Grond, J., Hugg, J.W., Matson, G.B., and Weiner, M.W.: Correlation of seizure frequency with N-acetyl-aspartate levels determined by [1]H magnetic resonance spectroscopic imaging.  Magnetic Resonance Imaging 15:475-478, 1997. PMID: 9223048

246. Rooney, W.D., Goodkin, D.E., Schuff, N., Meyerhoff, D.J., Norman, D., and Weiner, M.W.: [1]H MRSI of normal appearing white matter in multiple sclerosis.  Multiple Sclerosis 3:231-237, 1997. PMID: 9372505

247. Deicken, R.F., Zhou, L., Corwin, F., Vinogradov, S., and Weiner, M.W.: Decreased left frontal lobe n-acetylaspartate in schizophrenia.  American Journal of Psychiatry 154:688-690, 1997. PMID: 9137129

248. Tanabe, J.L., Amend, D., Schuff, N., Di Sclafani, V., Ezekiel, F., Norman, D., Fein, G., and Weiner, M.W.: Tissue segmentation of the brain in Alzheimer's disease.  American Journal of Neuroradiology 18:115-123, 1997. PMID: 9010529

249. Schuff, N., Marmar, C.R., Weiss, D.S., Neylan, T.C., Schoenfeld, F., Fein, G., and Weiner, M.W.: Reduced Hippocampal Volume and N-Acetyl Aspartate in Posttraumatic Stress Disorder.  In: Annals of the New York Academy of Sciences. Supplement on Psychobiology of Posttraumatic Stress Disorders, 821:516-520, 1997. PMID: 9238242

250. Miyamae, M., Diamond, I., Weiner, M.W., Camacho, S.A., and Figueredo, V.M.: Regular alcohol consumption mimics cardiac preconditioning by protecting against ischemia-reperfusion injury.  Proc Nat Acad Sci. 94:3235-3239, 1997. PMC20352

251. Cruz, C.J., Aminoff, M.J., Meyerhoff, D.J., Graham, S.H., and Weiner, M. W.: Proton MR spectroscopic imaging of the striatum in Parkinson's disease.  Magnetic Resonance Imaging 15:619-624, 1997. PMID: 9285801

39

252. DiSclafani, V., MacKay, S., Meyerhoff, D.J., Norman, D., Weiner, M.W., and Fein, G.: Brain atrophy in HIV infection is more strongly associated with CDC clinical stage than with cognitive impairment.  Journal of the International Neuropsychological Society 3:276-287, 1997. PMC2709487

253. Tanabe, J., and Weiner, M.W.: MRI-MRS of the brain in systemic lupus erythematosus: How do we use it to understand causes of clinical signs?  Annals of the New York Academy of Science 823:169-184, 1997. PMID: 9292043

254. Baker, A.J., and Weiner, M.W.: Force decline during muscle relaxation promotes calcium release to the cytosol.  American Journal of Physiology 273(1 Pt 1):C85-C91, 1997. PMID: 9252445

255. Vermathen, P., Ende, G., Laxer, K.D., Knowlton, R.C., Matson, G.B., and Weiner, M.W.: Hippocampal N-Acetylaspartate in neocortical epilepsy and mesial temporal lobe epilepsy. Annals of Neurology, 42:194-9, 1997. PMC2744690

256. Miyamae, M., Camacho, S.A., Rooney, W.D., Modin, G., Zhou, H-Z, Weiner, M.W., and Figueredo, V.M.: Inorganic phosphate and coronary perfusion pressure mediate contractile dysfunction during mild ischemia.  American Journal of Physiology 42:H566-H572, 1997. PMID: 9277470

257. Knowlton, R.C., Laxer, K.D., Ende, G., Hawkins, R.A., Wong, S.T.C., Matson, G.B., Rowley, H.A., Fein, G., and Weiner, M.W.: Presurgical multimodality neuroimaging in electroencephalographic lateralized temporal lobe epilepsy.  Annals of Neurology 42:829-37, 1997. PMC2709486

258. Kent-Braun, J.A., Ng, A.V., Castro, M., Weiner, M.W., Dudley, G.A., and Miller, R.G.: Strength, skeletal muscle composition and enzyme activity in multiple sclerosis.  Journal of Applied Physiology 83:1998-2004, 1997. PMID: 9390973

259. Govindaraju, V., Meyerhoff, D.J., Maudsley, A.A., Vermathen, M., and Weiner, M.W.: Effects of brain membranes on $^1$H nuclear magnetic resonance signal intensity of ethanol in vitro.  Alcohol & Alcoholism, 32(6):671-681, 1997. PMC2733340

260. Chang, K.C., Figueredo, V.M., Schreur, J.H.M., Kariya, K.I., Weiner, M.W., Simpson, P.C., and Camacho, S.A.: Thyroid hormone improves function and $Ca^{2+}$ handling in pressure overload hypertrophy: Association with increased sarcoplasmic reticulum $Ca^{2+}$-ATPase and α-myosin heavy chain in rat hearts. J. Clin. Investigation 100:1742-1749, 1997. PMC508357

261. Deicken, R.F., Zhou, L., Schuff, N., and Weiner, M.W.: Proton magnetic resonance spectroscopy of the anterior cingulate region in schizophrenia.  Schizophrenia Research 27:65-71, 1997. PMID: 9373896

40

**Curriculum Vitae - Michael W. Weiner, M.D**.

262. Schuff, N., Amend, D., Ezekiel, F., Steinman, S.K., Tanabe, J., Norman, D., Jagust, W., Kramer, J.H., Mastrianni, J.A., Fein, G., and Weiner, M.W.: Changes of hippocampal N-acetyl aspartate and volume in Alzheimer's disease: A proton MR spectroscopic imaging and MRI study.  Neurology, 49:1513-21, 1997. PMID: 9409338

263. Rooney, W.D., Miller, R.G., Gelinas, D., Schuff, N., Maudsley, A.A., and Weiner, M.W.: Decreased N-acetylaspartate in motor cortex and corticospinal tract in ALS.  Neurology, 50:1800-5, 1998. PMID: 9633731

264. Deicken, R.F., Zhou, L., Schuff, N., Fein, G., and Weiner, M.W.: Hippocampal neuronal dysfunction in schizophrenia as measured by proton magnetic resonance spectroscopy. Biological Psychiatry 43:483-488, 1998. PMID: 9547926

265. Kiefer, A.P., Govindaraju, V., Matson, G.B., Weiner, M.W., and Maudsley, A.A.: Multiple-Echo Proton Spectroscopic Imaging Using Time Domain Parametric Spectral Analysis. Magnetic Resonance in Medicine, 39:528-538, 1998. PMC2780031

266. Schuff, N., Amend, D., Meyerhoff, D.J., Tanabe, J., Norman, D., Fein, G., and Weiner, M.W.: Alzheimer's disease: Quantitative H-1 MR spectroscopic imaging of fronto-parietal brain. Radiology 207:91-102, 1998. PMC2753252

267. Kent-Braun, J.A., Walker, C.H., Weiner, M.W., and Miller, R.G.: Functional significance of upper and lower motor neuron impairment in amyotrophic lateral sclerosis.  Muscle & Nerve 21:762-768, 1998. PMID: 9585330

268. Van der Grond, J., Gerson, J.R., Laxer, K.D., Hugg, J.W., Matson, G.B., and Weiner, M.W.: Regional distribution of interictal $^{31}$P metabolic changes in patients with temporal lobe epilepsy.  Epilepsia 39:527-536, 1998. PMC2735262

269. Tanabe, J.L., Vermathen, M., Miller, R.G., Gelinas, D., Weiner, M.W., and Rooney, W.D.: Reduced MTR in the corticospinal tract and normal T2 in amyotrophic lateral sclerosis. Magnetic Resonance Imaging, 10:1163-1169, 1998. PMC2735261

270. Goodkin, D.E., Rooney, W.D., Sloan, R., Bacchetti, P., Gee, L., Vermathen, M., Waubant, E., Abundo, M., Majumdar, S., Nelson, S., and Weiner, M.W.: A serial study of new MS lesions and the white matter from which they arise. Neurology, 51:1689-1697, 1998. PMID: 9855524

271. Schuff, N., Vermathen, P., Maudsley, A.A., and Weiner, M.W.: Proton magnetic resonance spectroscopic imaging in neurodegenerative diseases.  Current Science, 76(6):800-807, 1999.

272. Tanabe, J.L., Ezekiel, F., Jagust, W.J., Reed, B.R., Norman, D., Schuff, N., Weiner, M.W., Chui, H., and Fein, G.: Magnetization Transfer Ratio of White Matter Hyperintensities in Subcortical Ischemic Vascular Dementia.  American Journal of Neuroradiology, 20(5):839-844, 1999. PMC1892905
http://www.ncbi.nlm.nih.gov/pubmed/10369354

41

**Curriculum Vitae - Michael W. Weiner, M.D**.

273. Kwan, L.T., Reed, B.R., Eberling, J.L., Schuff, N., Tanabe, J., Norman, D., Weiner, M.W., and Jagust, W.J.: Effects of Subcortical Cerebral Infarction on Cortical Glucose Metabolism and Cognitive Function.  Archives of Neurology, 56:809-14, 1999. PMC2733358

274. Meyerhoff, D.J., Bloomer, C., Cardenas, V., Norman, D., Weiner, M.W., and Fein, G.: Elevated subcortical choline metabolites in coginitively and clinically asymptomatic HIV+ patients. Neurology 52:995-1003, 1999. PMID: 10102419

275. Schuff, N., Amend, D.L., Knowlton, R., Norman, D., Fein, G., and Weiner, M.W.: Age-related metabolite changes and volume loss in the hippocampus by magnetic resonance spectroscopy and imaging.  Neurobiology of Aging, 20:279-85, 1999. PMC2733348

276. Meyerhoff, D.J., Bloomer, C., Schuff, N., Ezekiel, F., Norman, D., Clark, W., Weiner, M.W., and Fein, G.: Cortical metabolite alterations in abstinent cocaine and cocaine/alcohol-dependent subjects: proton magnetic resonance spectroscopic imaging.  Addiction Biology 4:405-19, 1999. PMC2893339

277. Vermathen P, Laxer KD, Matson GB, Weiner MW: Hippocampal Structures: Anteroposterior N-acetylaspartate Differences in Patients with Epilepsy and Control Subjects as Shown with Proton MR Spectroscopic Imaging. Radiology, 214(2):403-10, 2000. PMID: 10671587

278. O'Neill J, Eberling JL, Schuff N, Jagust W, Reed B, Soto G, Ezekiel F, Klein G, and Weiner MW: Method to Correlate $^1$H MRSI and $^{18}$FDG-PET. Magnetic Resonance in Medicine 43(2):244-50, 2000. PMC1993915

279. Capizzano AA, Schuff N, Amend DL, Tanabe JL, Norman D, Maudsley AA, Jagust W, Chui HC, Fein G, Segal MR, and Weiner MW: Subcortical Ischemic Vascular Dementia: Assessment with Quantitative MR Imaging and $^1$H MR Spectroscopy.  American Journal of Neuroradiology, 21(4):621-30, 2000. PMC1945115

280. Suhy J, Rooney WD, Goodkin DE, Capizano AA, Soher BJ, Maudsley AA, Waubant E, Andersson PB, and Weiner MW: $^1$H MRSI comparison of white matter and lesions in primary progressive and relapsing-remitting MS. Multiple Sclerosis, 6(3):148-55, 2000.  PMC2733351

281. Fein G, Di Sclafani V, Tanabe J, Cardenas V, Weiner MW, Jagust WJ, Reed BR, Norman D, Schuff N, Kusdra L, Greenfield T, Chui H:  Hippocampal and Cortical Atrophy Predict Dementia in Subcortical Ischemic Vascular Disease.   Neurology, 55(11):1626-35, 2000. PMC2733356

282. Reed BR, Eberling JL, Mungas D, Weiner MW, and Jagust WJ: Memory Failure has Different Mechanisms in Subcortical Stroke and Alzheimer's disease.  Ann Neurol, 48(3):275-84, 2000. PMC1899248

42

**Curriculum Vitae - Michael W. Weiner, M.D**.

283. Soher BJ, Vermathen P, Schuff N, Wiedermann D, Meyerhoff DJ, Weiner MW, and Maudsley AA:  Short TE in vivo [1]H MR spectroscopic imaging at 1.5 T: acquisition and automated spectral analysis.  Magnetic Resonance Imaging, 18(9):1159-65, 2000. PMID: 11118771

284. Schuff N, Rooney WD, Miller R, Gelinas DF, Amend DL, Maudsley AA, and Weiner MW:  Reanalysis of Multislice [1]H MRSI in Amyotrophic Lateral Sclerosis.  Magnetic Resonance in Medicine, 45(3):513-16, 2001. PMID: 11241711

285. Weiner, M., DeCarli, C., deLeon, M., Fox, N., Jack C., Scheltens, P., Small, G., Khatchaturian, Z., Peterson, R., and Thal, L.:  Neuroimaging for detection, diagnosis and monitoring of Alzheimer's disease and other dementias: proceedings of the Alzheimer's Imaging Consortium.  Neurobiology of Aging, 22(2):331-344, 2001.

286. Schuff N, Ezekiel F, Gamst AC, Amend DL, Capizzano AA, Maudsley AA, and Weiner MW:  Region and Tissue Differences of Metabolites in Normally Aged Brain Using Multislice 1H Magnetic Resonance Spectroscopic Imaging.  Magnetic Resonance in Medicine, 45(5):899-907, 2001. PMC1851682

287. Capizzano AA, Vermathen P, Laxer KD, Ende GR, Norman D, Rowley H, Matson GB, Maudsley AA, Segal MR, and Weiner MW:  Temporal Lobe Epilepsy: Qualitative Reading of 1H MR Spectroscopic Images for Presurgical Evaluation.  Radiology, 218(1):144-51, 2001. PMC2744695

288. Song, E, Cardenas, V, Ezekiel, F, Weiner, M.W.  Automatic Boundary Modification of Warped Basal Ganglia Template.  Proceedings of SPIE, Vol. 4322, Medical Imaging 2001, San Diego, February 18-22, 2001.

289. Du AT, Schuff N, Amend D, Laakso MP, Hsu YY, Jagust WJ, Yaffe K, Kramer JH, Reed B, Norman D, Chui HC, Weiner MW:  Magnetic Resonance Imaging of the entorhinal cortex and hippocampus in mild cognitive impairment and Alzheimer's Disease.  Journal of Neurology, Neurosurgery, and Psychiatry, 71(4):441-7, 2001. PMC1763497

290. Hsu YY, Du AT, Schuff N, Weiner MW:  Magnetic Resonance Imaging and Magnetic Resonance Spectroscopy in Dementias.  Journal of Geriatric Psychiatry and Neurology 14(3):145-66, 2001. PMC1857299

291. Kramer JH, Reed BR, Mungas D, Weiner MW, and Chui HC:  Executive dysfunction in subcortical ischaemic vascular disease.  Journal of Neurology, Neurosurgery, and Psychiatry, 72(2):217-20, 2002.  PMC1737728

292. Suhy J, Miller RG, Rule R, Schuff N, Licht J, Dronsky V, Gelinas D, Maudsley AA, and Weiner MW: Early detection and longitudinal changes in amyotrophic lateral sclerosis by [1]H MRSI.  Neurology, 58(5):773-9, 2002. PMC2733360

43

293. Schuff N, Neylan TC, Lenoci MA, Du AT, Weiss DS, Marmar CR, Weiner MW:  Decreased Hippocampal N-Acetylaspartate in the Absence of Atrophy in Posttraumatic Stress Disorder. Biological Psychiatry, 50(12):952-9, 2001. PMC2733624

294. Wiedermann D, Schuff N, Matson GB, Soher BJ, Du AT, Maudsley AA, and Weiner MW:  Short echo time multislice proton magnetic resonance spectroscopic imaging in human brain: metabolite distributions and reliability.  Magnetic Resonance Imaging, 19(8):1073-80, 2001. PMID: 11711231

295. Mungas D, Jagust WJ, Reed BR, Kramer JH, Weiner MW, Schuff N, Norman D, Mack WJ, Willis L, Chui HC:  MRI Predictors of Cognition in Subcortical Ischemic Vascular Disease and Alzheimer's Disease.  Neurology, 57(12):2229-35, 2001. PMC1862483

296. Mohr, D.C., Goodkin, D.E., Nelson, S., Cox, D., and Weiner, M.: Moderating Effects of Coping on the Relationship Between Stress and the Development of New Brain Lesions in Multiple Sclerosis.  Psychosomatic Medicine, 64:803-809, 2002. PMC1893006

297. Suhy J, Laxer KD, Capizzano AA, Vermathen P, Matson GB, Barbaro NM, Weiner MW: 1H MRSI Predicts Surgical Outcome in MRI-Negative Temporal Lobe Epilepsy.  Neurology, 58(5):821-3, 2002. PMC2744686

298. Hsu YY, Schuff N, Amend DL, Du AT, Norman D, Chui HC, Jagust WJ, Weiner MW: Quantitative Magnetic Resonance Imaging Differences Between Alzheimer Disease With and Without Subcortical Lacunes.  Alzheimer Disease and Associated Disorders, 16(2):58-64, 2002. PMC1820852

299. Schuff N, Capizzano AA, Du AT, Amend DL, O'Neill J, Norman D, Kramer J, Jagust W, Miller B, Wolkowitz OM, Yaffe K, Weiner MW: Selective Reduction of N-acetylaspartate in medial temporal and parietal lobes in AD.  Neurology, 58(6):928-35, 2002. PMC1851674

300. O'Neill J, Schuff N, Marks WJ Jr, Feiwell R, Aminoff MJ, and Weiner MW: Quantitative 1H Magnetic Resonance Spectroscopy and MRI of Parkinson's Disease.  Movement Disorders, 17(5):917-27, 2002. PMID: 12360540

301. Vermathen P, Laxer KD, Schuff N, Matson GB, and Weiner MW: Evidence of Neuronal Injury Outside the Medial Temporal Lobe in Temporal Lobe Epilepsy: N-Acetylaspartate Concentration Reductions Detected with Multisection Proton MR Spectroscopic Imaging – Initial Experience.  Radiology, 226(1):195-202, 2003. PMC2753262

302. Rosen, H.J., Gorno-Tempini, M.L., Goldman, W.P., Perry, R.J., Schuff, N., Weiner, M., Feiwell, R., Kramer, J.H., Miller, B.L.  Patterns of brain atrophy in frontotemporal dementia and semantic dementia.  Neurology 58(2):198-208, 2002. PMID: 11805245

44

**Curriculum Vitae - Michael W. Weiner, M.D.**

303. Capizzano AA, Vermathen P, Laxer KD, Matson GB, Maudsley AA, Soher BJ, Schuff NW, and Weiner MW: Multisection Proton MR Spectroscopy for Mesial Temporal Lobe Epilepsy. American Journal of Neuroradiology, 23(8):1359-68, 2002. PMC2753243

304. Rosen, H.J., Kramer, J.H., Gorno-Tempini, M.L., Schuff, N., Weiner, M., Miller, B.L. Patterns of cerebral atrophy in primary progressive aphasia. American Journal of Geriatric Psychiatry, 10(1):89-97, 2002. PMID: 11790639

305. Du AT, Schuff N, Laakso MP, Zhu XP, Jagust WJ, Yaffe K, Kramer JH, Miller BL, Reed BR, Norman D, Chui HC, and Weiner MW: Effects of subcortical ischemic vascular dementia and AD on entorhinal cortex and hippocampus. Neurology, 58(11):1635-41, 2002. PMC1820858

306. Vermathen P, Ende G, Laxer KD, Walker JA, Knowlton RC, Barbaro NM, Matson GB, and Weiner MW: Temporal lobectomy for epilepsy: Recovery of the contralateral hippocampus measured by [1]H MRS. Neurology, 59(4):633-6, 2002. PMC2753242

307. Cardenas VA, Du AT, Hardin D, Ezekiel F, Weber P, Jagust WJ, Chui HC, Schuff N, Weiner MW: Comparison of methods for measuring longitudinal brain change in cognitive impairment and dementia. Neurobiology of Aging, 24(4):537-44, 2003. PMID: 12714110

308. Hsu YY, Schuff N, Du AT, Mark K, Zhu X, Hardin D, and Weiner MW: Comparison of Automated and Manual MRI Volumetry of Hippocampus in Normal Aging and Dementia. Journal of Magnetic Resonance Imaging, 16(3):305-10, 2002. PMC1851676

309. Rosen, H.J., Perry, R.J., Murphy, J., Kramer, J.H., Mychack, P., Schuff, N., Weiner, M., Levenson, R.W., and Miller, B.L.: Emotion comprehension in the temporal variant of frontotemporal dementia. Brain, 125(10): 2286-95, 2002. PMID: 12244085

310. Mueller SG, Suhy J, Laxer KD, Flenniken DL, Axelrad J, Capizzano AA, Weiner MW: Reduced Extrahippocampal NAA in Mesial Temporal Lobe Epilepsy. Epilepsia, 43(10):1210-6, 2002. PMC2753247

311. Mungas D, Reed BR, Jagust WJ, DeCarli C, Mack WJ, Kramer JH, Weiner MW, Schuff N, Chui HC: Volumetric MRI predicts rate of cognitive decline related to AD and cerebrovascular disease. Neurology, 59(6):867-73, 2002. PMC1820873

312. Du AT, Schuff N, Zhu XP, Jagust WJ, Miller BL, Reed BR, Kramer JH, Mungas D, Yaffe K, Chui HC, and Weiner MW: Atrophy rates of entorhinal cortex in AD and normal aging. Neurology, 60(3):481-6, 2003. PMC1851672

313. Neylan TC, Schuff N, Lenoci M, Yehuda R, Weiner MW, and Marmar CR: Cortisol Levels are Positively Correlated with Hippocampal N-Acetylaspartate. Biological Psychiatry, 54(10):1118-21, 2003. PMC2733352

45

Abstracts

**Curriculum Vitae - Michael W. Weiner, M.D**.

314. Boxer, A.L., Rankin, K.P., Miller, B.L., Schuff, N., Weiner, M.W., Gorno-Tempini, M-L., and Rosen, H.J.: Cinguloparietal atrophy distinguishes Alzheimer's disease from semantic dementia. Archives of Neurology, 60: 949-956, 2003.  PMID: 12873851

315. Jahng GH, Zhu XP, Matson GB, Weiner MW, Schuff N: Improved Perfusion-Weighted MRI by a Novel Double Inversion With Proximal Labeling of Both Tagged and Control Acquisitions. Magnetic Resonance In Medicine, 49(2):307-14, 2003. PMC1851685

316. Chao LL, Meyerhoff DJ, Cardenas VA, Rothlind JC, Weiner MW.: Abnormal CNV in chronic heavy drinkers. Clin Neurophysiol, 114(11): 2081-95, 2003. PMID: 14580606

317. Schuff N, Capizzano AA, Du AT, Amend DL, O'Neill J, Norman D, Jagust WJ, Chui HC, Kramer JH, Reed BR, Miller BL, Yaffe K, and Weiner MW: Different Patterns of N-acetylaspartate Loss in Subcortical Ischemic Vascular Dementia and AD. Neurology, 61(3):358-64, 2003. PMC1820863

318. Mueller SG, Laxer KD, Suhy J, Lopez RC, Flenniken DL, and Weiner MW: Spectroscopic Metabolic Abnormalities in mTLE With and Without MRI Evidence for Mesial Temporal Sclerosis Using Hippocampal Short-TE MRSI. Epilepsia, 44(7):977-80, 2003. PMC2744693

319. Chao LL, Cardenas VA, Meyerhoff DJ, Rothlind JC, Flenniken DL, Lindgren JA and Weiner MW: Abnormal Contingent Negative Variation in HIV Patients Receiving Antiretroviral Therapy. NeuroReport, 14(16): 2111-5, 2003. PMC2733942

320. Chao, L.L., Meyerhoff, D.J., Lindgren, J.A., and Weiner, M.W.: The Effects of Chronic Alcohol use on Implicit Memory and Decision-Making Abilities. Clinical Neurophysiology, 114(11): 2081-95, 2003. PMID: 14580606

321. Boxer AL, Kramer JH, Du AT Schuff N, Weiner MW, Miller BL, Rosen HJ.: Focal right inferotemporal atrophy in AD with disproportionate visual constructive impairment. Neurology, 61(11): 1485-91, 2003. PMC2744649

322. Zhu XP, Du AT, Jahng GH, Soher BJ, Maudsley AA, Weiner MW, Schuff N: Magnetic Resonance Spectroscopic Imaging Reconstruction with Deformable Shape-Intensity Models. Magnetic Resonance in Medicine, 50(3): 474-82, 2003. PMC1851686

323. Studholme, C., Cardenas, V., Maudsley, A., Weiner, M.: An intensity consistent filtering approach to the analysis of deformation tensor derived maps of brain shape. Neuroimage, 19(4); 1638-49, 2003. PMID: 12948718

324. Du AT, Schuff N, Kramer JH, Ganzer S, Zhu XP, Jagust WJ, Miller BL, Reed BR, Mungas D, Yaffe K, Chui HC, and Weiner MW: Higher Atrophy Rate of Entorhinal Cortex than Hippocampus in AD. Neurology, 62(3):422-7, 2004. PMC1820859

46

325. Liu, W., Miller, B.L., Kramer, J.H., Rankin, K., Wyss-Coray, C., Gearhart, R., Phengrasamy, L., Weiner, M., Rosen, H.J.: Behavioral disorders in the frontal and temporal variants of frontotemporal dementia. Neurology, 62(5): 742-748, 2004. PMC2367136

326. Weiner, M.W., Albert, M.S., DeCarli, C.S., de Leon, M., Fox, N.C., Jack, C.R., Jr., Jagust, W.J., Reiman, E.M., Scheltens, P., Small, G.W., Soininen, H. and Wahlund, L-O.: Proceedings and Abstracts Second Meeting of the Alzheimer's Imaging Consortium Stockholm Fairgrounds, Stockholm, Sweden, July 20, 2002. Neurobiology of Aging, 25: 239-270, 2004. PMID: 14749142

327. Neylan TC, Lenoci M, Rothlind J, Metzler TJ, Schuff N, Du AT, Franklin KW, Weiss DS, Weiner MW, Marmar CR: Attention, Learning and Memory in Posttraumatic Stress Disorder. Journal of Traumatic Stress, 17(1):41-6, 2004. PMC2366105

328. Studholme, C., Cardenas, V., Song, E., Ezekiel, F., Maudsley, A., Weiner, M.: Accurate Template-Based Correction of Brain MRI Intensity Distortion With Application to Dementia and Aging. IEEE Transactions on Medical Imaging, 23(1): 99-110, 2004. PMC2291516

329. DeCarli, C., Mungas, D., Harvey, D., Reed, B., Weiner, M., Chui, H., Jagust, W.: Memory Impairment, but not Cerebrovascular disease predicts progression of MCI to Dementia. Neurology, 63(2), 220-227, 2004.  PMC1820872

330. Kramer JH, Schuff N, Reed BR, Mungas D, Du AT, Rosen HJ, Jagust WJ, Miller BL, Weiner MW, Chui HC: Hippocampal Volume and Retention in Alzheimer's Disease.  Journal of International Neuropsychological Society, 10(4):639-43, 2004. PMC1820856

331. Meyerhoff DJ, Blumenfeld R, Truran D, Lindgren J, Flenniken D, Cardenas V, Chao LL, Rothlind J, Studholme C, Weiner MW: Effects of heavy drinking, binge drinking, and family history of alcoholism on regional brain metabolites.  Alcoholism Clin Exp Res, 28(4):650-61, 2004. PMC2365749

332. Reed, B.R., Eberling, J.L., Mungas, D., Weiner, M., Kramer, J.H., Jagust, W.J. Effects of white matter lesions and lacunes on cortical function.  Archives of Neurology, 61(10), 1545-50, 2004. PMID: 15477508

333. Chao LL, Lindgren JA, Flenniken DL, and Weiner MW: ERP evidence of impaired central nervous system function in virally suppressed HIV patients on antiretroviral therapy. Clinical Neurophysiology, 115(7):1583-91, 2004. PMC2367143

334. Tullberg M, Fletcher E, DeCarli C, Mungas D, Reed BR, Harvey DJ, Weiner MW, Chui HC, Jagust WJ: White matter lesions impair frontal lobe function regardless of their location. Neurology, 63(2):246-53, 2004. PMC1893004

47

**Curriculum Vitae - Michael W. Weiner, M.D**.

335. Mueller SG, Laxer KD, Cashdollar N, Flenniken DL, Matson GB, Weiner MW: Identification of Abnormal Neuronal Metabolism Outside the Seizure Focus in Temporal Lobe Epilepsy. Epilepsia, 45(4):355-66, 2004. PMC2744694

336. Studholme, C., Cardenas, V., Blumenfeld, R., Schuff, N., Rosen, H.J., Miller, B., Weiner, W.: Deformation tensor morphometry of semantic dementia with quantitative validation, Neuroimage, 21(4): 1387-98, 2004. PMID: 15050564

337. Wilhelmsen KC, Forman MS, Rosen HJ, Alving LI, Goldman J, Feiger J, Lee JV, Segall SK, Kramer JH, Lomen-Hoerth C, Rankin KP, Johnson J, Feiler HS, Weiner MW, Lee VM, Trojanowski JQ, Miller BL: 17q-Linked Frontotemporal Dementia-Amyotrophic Lateral Sclerosis Without Tau Mutations With Tau and Alpha-Synuclein Inclusions. Arch Neurol, 61(3):398-406, 2004. PMID: 15023818

338. Rankin KP, Rosen HJ, Kramer JH, Schauer GF, Weiner MW, Schuff N, Miller BL: Right and left medial orbitofrontal volumes show an opposite relationship to agreeableness in FTD. Dement Geriatr Cogn Disord, 17(4):328-32, 2004. PMC2362501

339. Gorno-Tempini ML, Murray RC, Rankin KP, Weiner MW, Miller BL. Clinical, cognitive and anatomical evolution from nonfluent progressive aphasia to corticobasal syndrome: a case report.  Neurocase, 10(6):426-36, 2004. PMC2365737

340. Gorno-Tempini ML, Dronkers NF, Rankin KP, Ogar JM, Phengrasamy L, Rosen HJ, Johnson JK, Weiner MW, Miller BL: Cognition and anatomy in three variants of primary progressive aphasia. Ann Neurol, 55(3):335-346, 2004. PMC2362399

341. Kramer JH, Mungas D, Reed BR, Schuff N, Weiner MW, Miller BL, Chui HC: Forgetting in dementia with and without subcortical lacunes.  Clin Neuropsychol, 18(1):32-40, 2004. PMC1820864

342. Mueller SG, Laxer KD, Barakos JA, Cashdollar N, Flenniken DL, Vermathen P, Matson GB, Weiner MW: Identification of the epileptogenic lobe in neocortical epilepsy with proton MR spectroscopic imaging.  Epilepsia, 45(12):1580-9, 2004. PMC274468

343. Ezekiel, F., Chao, L.L., Kornak, J., Du, A.T., Cardenas, V.A, Truran, D.L., Jagust, W.J., Chui, H.C., Miller, B.L., Yaffe, K., Schuff, N., Weiner, M.W.: Comparisons Between Global and Focal brain Atrophy rates in Normal Aging and Alzheimer's Disease: Boundary Shift Integral versus Tracing of the Entorhinal Cortex and Hippocampus. Alzheimer Disease and Associated Disorders, 18(4), 196-201, 2004. PMC1820853

344. Rule RR, Suhy J, Schuff N, Gelinas DF, Miller RG, and Weiner MW: Reduced NAA in motor and non-motor brain regions in Amyotrophic Lateral Sclerosis: A cross-sectional and longitudinal study.  Amyotrophic Lateral Sclerosis and other Motor Neuron Disorders, 5(3):141-9, 2004. PMC2744639

48

Curriculum Vitae - Michael W. Weiner, M.D.

345. Johnson NA, Jahng GH, Weiner MW, Miller BL, Chui HC, Jagust WJ, Gorno-Tempini ML, Schuff N: Pattern of Cerebral Hypoperfusion in Alzheimer Disease and Mild Cognitive Impairment Measured With Arterial Spin-Labeling MR Imaging: Initial Experience. Radiology, 234(3): 851-9, 2005. PMC1851934

346. Chao LL, Schuff N, Kramer JH, Du AT, Capizzano AA, O'Neill J, Wolkowitz OM, Jagust WJ, Chui HC, Miller BL, Yaffe K, Weiner MW: Reduced medial temporal lobe N-acetylaspartate in cognitively impaired not demented individuals. Neurology, 64(2):282-9, 2005. PMC1851679

347. Li KL, Zhu X, Hylton N, Jahng GH, Weiner MW, Schuff N: Four-Phase Single-Capillary Stepwise Model for Kinetics in Arterial Spin Labeling MRI. Magnetic Resonance in Medicine 53(3): 511-8, 2005. PMC1941668

348. Du AT, Schuff N, Chao LL, Kornak J, Ezekiel F, Jagust WJ, Kramer JH, Reed BR, Miller BL, Norman D, Chui HC, Weiner MW: White matter lesions are associated with cortical atrophy more than entorhinal and hippocampal atrophy. Neurobiology of Aging, 26(4):553-559, 2005. PMID: 15653183

349. Kaiser LG, Schuff N, Cashdollar N, Weiner MW: Age-related glutamate and glutamine concentration changes in normal human brain: 1H MR spectroscopy study at 4 T. Neurobiology of Aging, 26(5):665-72, 2005. PMC2443746

350. Rothlind JC, Greenfield TM, Bruce AV, Meyerhoff DJ, Flenniken DL, Lindgren JA, Weiner MW.: Heavy alcohol consumption in individuals with HIV infection: effects on neuropsychological performance. J Int Neuropsychol Soc, 11(1):70-83, 2005. PMC2376753

351. Mueller SG, Laxer KD, Barakos JA, Cashdollar N, Flenniken DL, Vermathen P, Matson GB, and Weiner MW: Metabolic Characteristics of Cortical Malformations Causing Epilepsy. Journal of Neurology, 252(9):1082-92, 2005. PMC2709485

352. Cardenas VA, Studholme C, Meyerhoff DJ, Song E, and Weiner MW: Chronic active heavy drinking and family history of problem drinking modulate regional brain tissue volumes. Psychiatry Research, 138(2):115-30, 2005. PMID: 15766635

353. Kaiser LG, Schuff N, Cashdollar N, Weiner MW.: Scyllo-inositol in normal aging human brain: 1H magnetic resonance spectroscopy study at 4 Tesla. NMR Biomed, 18(1):51-55, 2005. PMC1820854

354. Cardenas VA, Chao LL, Blumenfeld R, Song E, Meyerhoff DJ, Weiner MW, Studholme C.: Using automated morphometry to detect associations between ERP latency and structural brain MRI in normal adults. Hum Brain Mapp, 25(3):317-27, 2005. PMC2443725

49

355. Seeley WW, Bauer AM, Miller BL, Gorno-Tempini ML, Kramer JH, Weiner M, Rosen HJ.: The natural history of temporal variant frontotemporal dementia, Neurology 64, 1384-1390, 2005. PMC2376750

356. Ebel A, Maudsley AA, Weiner MW, Schuff N. Achieving sufficient spectral bandwidth for volumetric 1H echo-planar spectroscopic imaging at 4 Tesla. Magnetic Resonance in Medicine, 54(3):697-701, 2005. PMC1851680

357. Zarow C, Vinters HV, Ellis WG, Weiner MW, Mungas D, White L, Chui HC.: Correlates of hippocampal neuron number in Alzheimer's disease and ischemic vascular dementia. Ann Neurol, 57(6):896-903, 2005. PMC1851673

358. Jahng GH, Stables L, Ebel A, Matson GB, Meyerhoff DJ, Weiner MW, Schuff N.: Sensitive and fast T1 mapping based on two inversion recovery images and a reference image. Med Phys, 32(6):1524-8, 2005. PMC2443728

359. Mueller SG, Weiner MW, Thal LJ, Petersen RC, Jack CR, Jagust W, Trojanowski JQ, Toga AW, Beckett L.: Ways toward an early diagnosis in Alzheimer's disease: The Alzheimer's Disease Neuroimaging Initiative (ADNI), Alzheimer's & Dementia 1:55-66, 2005. PMC1864941

360. Weiner MW. Commentary on "Diagnosis of Alzheimer's disease: Two decades of progress." Central role of technology in the treatment and prevention of Alzheimer's disease. Alzheimer's & Dementia, 1(2):112-3, 2005. PMC1820886

361. Rosen HJ, Allison SC, Schauer GF, Gorno-Tempini ML, Weiner MW, Miller BL.: Neuroanatomical correlates of behavioural disorders in dementia. Brain, 128(Pt 11):2612-25, 2005. PMC1820861

362. Kramer JH, Rosen HJ, Du AT, Schuff N, Hollnagel C, Weiner MW, Miller BL, Delis DC. Dissociations in hippocampal and frontal contributions to episodic memory performance. Neuropsychology, 19(6):799-805, 2005. PMC1851935

363. Weiner MW: Magnetic resonance imaging of dementia. Top Magn Reson Imaging, 16(6):397-8. 2005. PMC1862482

364. Mungas D, Harvey D, Reed BR, Jagust WJ, DeCarli C, Beckett L, Mack WJ, Kramer JH, Weiner MW, Schuff N, Chui HC.: Longitudinal volumetric MRI change and rate of cognitive decline. Neurology, 65(4):565-71, 2005. PMC1820871

365. Jahng GH, Song E, Zhu XP, Matson GB, Weiner MW, Schuff N.: Human brain: reliability and reproducibility of pulsed arterial spin-labeling perfusion MR imaging. Radiology, 234(3):909-16, 2005. PMC1851681

**Curriculum Vitae - Michael W. Weiner, M.D**.

366. Mueller SG, Weiner MW, Thal LJ, Petersen RC, Jack C, Jagust W, Trojanowski JQ, Toga AW, Beckett L.: The Alzheimer's Disease Neuroimaging Initative. Neuroimag Clin N Am, 15(4):869-77, 2005. PMC2376747

367. Hayasaka S, Du AT, Duarte A, Kornak J, Jahng G-H, Weiner MW, Schuff N. A non-parametric approach for co-analysis of multi-modal brain imaging data: Application to Alzheimer's disease. NeuroImage, 30(3):768-79, 2006. PMC1838962

368. Boxer AL, Geschwind MD, Belfor N, Gorno-Tempini ML, Schauer GF, Miller BL, Weiner MW, Rosen HJ: Patterns of Brain Atrophy That Differentiate Corticobasal Degeneration Syndrome From Progressive Supranuclear Palsy. Arch Neurol, 63(1):81-6, 2006. PMID: 16401739

369. Thal LJ, Kantarci K, Reiman EM, Klunk WE, Weiner MW, Zetterberg H, Galasko D, Pratico D, Griffin S, Schenk D, Siemers E. The Role of Biomarkers in Clinical Trials for Alzheimer Disease. Alzheimer Dis Assoc Disord, 20(1):6-15, 2006. PMC1820855

370. Du AT, Schuff N, Chao LL, Kornak J, Jagust WJ, Kramer JH, Reed BR, Miller BL, Norman D, Chui HC, Weiner MW.: Age effects on atrophy rates of entorhinal cortex and hippocampus. Neurobiol Aging, 27(5):733-40, 2006. PMC1779763

371. Leow AD, Klunder AD, Jack CR Jr, Toga AW, Dale AM, Bernstein MA, Britson PJ, Gunter JL, Ward CP, Whitwell JL, Borowski BJ, Fleisher AS, Fox NC, Harvey D, Kornak J, Schuff N, Studholme C, Alexander GE, Weiner MW, Thompson PM; ADNI Preparatory Phase Study.: Longitudinal stability of MRI for mapping brain change using tensor-based morphometry. Neuroimage, 31(2):627-40, 2006. PMC1941663

372. Mueller SG, Laxer KD, Cashdollar N, Buckley S, Paul C, Weiner MW.: Voxel-based Optimized Morphometry (VBM) of Gray and White Matter in Temporal Lobe Epilepsy (TLE) with and without Mesial Temporal Sclerosis. Epilepsia, 47(5):900-7, 2006. PMC2744650

373. Zhu XP, Young K, Ebel A, Soher BJ, Kaiser L, Matson G, Weiner MW, Schuff N.: Robust Analysis of Short Echo Time 1H MRSI of Human Brain. Magnetic Resonance in Medicine, 55(3):706-11, 2006. PMC1838963

374. Mueller SG, Laxer KD, Cashdollar N, Lopez RC, Weiner MW: Spectroscopic evidence of hippocampal abnormalities in neocortical epilepsy. Eur J Neurol, 13(3): 256-60, 2006. PMC2744644

375. Rankin KP, Gorno-Tempini ML, Allison SC, Stanley CM, Glenn S, Weiner MW, Miller BL.: Structural anatomy of empathy in neurodegenerative disease. Brain, 129(Pt 11):2945-56, 2006. PMC2562652

51

Abstracts

376. Schuff N, Meyerhoff DJ, Mueller S, Chao L, Sacrey DT, Laxer K, Weiner MW. N-acetylaspartate as a marker of neuronal injury in neurodegenerative disease. Adv Exp Med Biol, 576:241-62, 2006. PMC1779762

377. Iordanova B, Rosenbaum D, Norman D, Weiner M, Studholme C. MR Imaging Anatomy in Neurodegeneration: A Robust Volumetric Parcellation Method of the Frontal Lobe Gyri with Quantitative Validation in Patients with Dementia. AJNR Am J Neuroradiol, 27(8):1747-54, 2006. PMC1829312

378. Chui HC, Zarow C, Mack WJ, Ellis WG, Zheng L, Jagust WJ, Mungas D, Reed BR, Kramer JH, DeCarli CC, Weiner MW, Vinters HV.: Cognitive Impact of Subcortical Vascular and Alzheimer's Disease Pathology. Annals of Neurology, 60(6):677-87, 2006. PMC1851933

379. Duarte A, Hayasaka S, Du A, Schuff N, Jahng GH, Kramer J, Miller B, Weiner M. Volumetric correlates of memory and executive function in normal elderly, mild cognitive impairment and Alzheimer's disease. Neuroscience Letters, 406(1-2):60-5, 2006. PMC1779764

380. Du AT, Jahng GH, Hayasaka S, Kramer JH, Rosen HJ, Gorno-Tempini ML, Rankin KP, Miller BL, Weiner MW, Schuff N. Hypoperfusion in frontotemporal dementia and Alzheimer disease by arterial spin labeling MRI. Neurology, 67(7):1215-20, 2006. PMC1779761

381. Mueller SG, Weiner MW, Thal LJ, Petersen RC, Jack C, Jagust W, Trojanowski JQ, Toga AW, Beckett LA. Ways toward an early diagnosis in Alzheimer's disease: The Alzheimer's Disease Neuroimaging Initiative. Cognition and Dementia, 5(4):56-62, 2006. PMC1864941

382. Zhu X, Schuff N, Kornak J, Soher B, Yaffe K, Kramer JH, Ezekiel F, Miller BL, Jagust WJ, Weiner MW: Effects of Alzheimer disease on fronto-parietal brain N-acetyl aspartate and myo-inositol using magnetic resonance spectroscopic imaging. Alzheimer Dis Assoc Disord, 20(2):77-85, 2006. PMC1820860

383. Samuelson KW, Neylan TC, Metzler TJ, Lenoci M, Rothlind J, Henn-Haase C, Choucroun G, Weiner MW, Marmar CR.: Neuropsychological functioning in posttraumatic stress disorder and alcohol abuse. Neuropsychology, 20(6):716-26, 2006. PMC2443729

384. Mueller SG, Schuff N, Weiner MW.: Evaluation of treatment effects in Alzheimer's and other neurodegenerative diseases by MRI and MRS. NMR Biomed, 19(6):655-68, 2006. PMC1820857

385. Durazzo TC, Cardenas VA, Studholme C, Weiner MW, Meyerhoff DJ.: Non-treatment-seeking heavy drinkers: Effects of chronic cigarette smoking on brain structure. Drug Alcohol Depend, 87(1):76-82, 2007. PMC2443734

386. Zhang Y, Schuff N, Jahng G-H, Bayne W, Mori S, Schad L, Mueller S, Du A-T, Kramer JH, Yaffe K, Chui H, Jagust WJ, Miller BL, Weiner MW.: Diffusion tensor imaging of cingulum

52

**Curriculum Vitae - Michael W. Weiner, M.D**.

fibers in mild cognitive impairment and Alzheimer disease.  Neurology, 68(1):13-9, 2007. PMC1941719

387. Hadjidemetriou S, Studholme C, Mueller S, Weiner M, Schuff N.: Restoration of MRI Data for Field Nonuniformities using High Order Neighborhood Statistics.  Proc Soc Photo Opt Instrum Eng, 6512:65121L, 2007. PMC2194598

388. Kramer JH, Mungas D, Reed BR, Wetzel ME, Burnett MM, Miller BL, Weiner MW, Chui HC.: Longitudinal MRI and Cognitive Change in Healthy Elderly.  Neuropsychology, 21(4):412-8, 2007. PMC2780018

389. Raj A, Singh G, Zabih R, Kressler B, Wang Y, Schuff N, Weiner M. Bayesian Parallel Imaging with Edge-Preserving Priors.  Magnetic Resonance in Medicine, 57(1): 8-21, 2007. PMC2291515

390. Mueller SG, Stables L, Du AT, Schuff N, Truran D, Cashdollar N, Weiner MW. Measurement of hippocampal subfields and age-related changes with high resolution MRI at 4T.  Neurobiol Aging, 28(5):719-26, 2007. PMC1820772

391. Du AT, Schuff N, Kramer JH, Rosen HJ, Gorno-Tempini ML, Rankin K, Miller BL, Weiner MW. Different regional patterns of cortical thinning in Alzheimer's disease and frontotemporal dementia.  Brain, 130(Pt 4):1159-66, 2007. PMC1853284

392. O'Hara R, Schroder CM, Mahadevan R, Schatzberg AF, Lindley S, Fox S, Weiner M, Kraemer HC, Noda A, Lin X, Gray HL, Hallmayer JF.: Serotonin Transporter Polymorphism, Memory, and Hippocampal Volume in the Elderly: Association and Interaction with Cortisol. Molecular Psychiatry, 12(6):544-55, 2007. PMC2084475

393. Kramer JH, Quitania L, Dean D, Neuhaus J, Rosen HJ, Halabi C, Weiner MW, Magnotta VA, Delis DC, Miller BL.: Magnetic resonance imaging correlates of set shifting.  J Int Neuropsychol Soc, 13(3):386-92, 2007. PMC2443737

394. Brambati SM, Renda NC, Rankin KP, Rosen HJ, Seeley WW, Ashburner J, Weiner MW, Miller BL, Gorno-Tempini ML.: A tensor based morphometry study of longitudinal gray matter contraction in FTD.  Neuroimage, 35(3):998-1003, 2007. PMC2443736

395. Mueller SG, Laxer KD, Schuff N, Weiner MW.: Voxel-based T2 relaxation rate measurements in temporal lobe epilepsy (TLD) with and without mesial temporal sclerosis. Epilepsia, 48(2):220-8, 2007. PMC2744642

396. Werner KH, Roberts NA, Rosen HJ, Dean DL, Kramer JH, Weiner MW, Miller BL, Levenson RW. Emotional reactivity and emotion recognition in frontotemporal lobar degeneration. Neurology, 69(2):148-55, 2007. PMC2562666

53

397. Cardenas VA, Boxer AL, Chao LL, Gorno-Tempini ML, Miller BL, Weiner MW, Studholme C. Deformation-based morphometry reveals brain atrophy in frontotemporal dementia. Arch Neurol, 64(6):873-7, 2007. PMC2733361

398. Yonelinas AP, Widaman K, Mungas D, Reed B, Weiner MW, Chui HC.: Memory in the aging brain: Doubly dissociating the contribution of the hippocampus and entorhinal cortex. Hippocampus, 17(11): 1134-40, 2007. PMC2194291

399. Kim EJ, Rabinovici GD, Seeley WW, Halabi C, Shu H, Weiner MW, Dearmond SJ, Trojanowski JQ, Gorno-Tempini ML, Miller BL, Rosen HJ. Patterns of MRI atrophy in tau-positive and ubiquitin-positive frontotemporal lobar degeneration. J Neurol Neurosurg Psychiatry, 78(12): 1375-8, 2007. PMC2095621

400. Durazzo TC, Rothlind JC, Cardenas VA, Studholme C, Weiner MW, Meyerhoff DJ. Chronic cigarette smoking and heavy drinking in human immunodeficiency virus: consequences for neurocognition and brain morphology. Alcohol, 41(7): 489-501, 2007. PMC2443733

401. Chao LL, Schuff N, Clevenger EM, Mueller SG, Rosen HJ, Gorno-Tempini ML, Kramer JH, Miller BL, Weiner MW. Patterns of white matter atrophy in frontotemporal lobar degeneration. Arch Neurol, 64(11): 1619-24, 2007. PMC2443735

402. Rabinovici GD, Seeley WW, Kim EJ, Gorno-Tempini ML, Rascovsky K, Pagliaro TA, Allison SC, Halabi C, Kramer JH, Johnson JK, Weiner MW, Forman MS, Trojanowski JQ, Dearmond SJ, Miller BL, Rosen HJ.: Distinct MRI atrophy patterns in autopsy-proven Alzheimer's disease and Frontotemporal lobar degeneration. Am J Alzheimers Dis Other Demen, 22(6):474-88, 2007. PMC2443731

403. Jahng GH, Weiner MW, Schuff N.: Improved arterial spin labeling method: applications for measurements of cerebral blood flow in human brain at high magnetic field MRI. Med Phys, 34(11):4519-25, 2007. PMC2443744

404. Boyes RG, Gunter JL, Frost C, Janke AL, Yeatman T, Hill DL, Bernstein MA, Thompson PM, Weiner MW, Schuff N, Alexander GE, Killiany RJ, Decarli C, Jack CR, Fox NC, for the ADNI study.: Intensity non-uniformity corrections using N3 on 3-T scanners with multichannel phased array coils. Neuroimage, 39(4):1752-62, 2008. PMC2562663

405. Carey CL, Kramer JH, Josephson SA, Mungas D, Reed BR, Schuff N, Weiner MW, Chui HC.: Subcortical Lacunes are Associated with Executive Dysfunction in Cognitively Normal Elderly. Stroke, 39(2): 397-402, 2008. PMC2443738

406. Gazdzinski S, Durazzo TC, Weiner MW, Meyerhoff DJ.: Are Treated Alcoholics Representative of the Entire Population with Alcohol Use Disorders? – A Magnetic Resonance Study of Brain Injury. Alcohol, 42(2):67-76, 2008. PMC2426953

54

407. Schuff N, Neylan TC, Fox-Bosetti S, Lenoci M, Samuelson KW, Studholme C, Kornak J, Marmar CR, Weiner MW.: Abnormal N-acetylaspartate in hippocampus and anterior cingulate in posttraumatic stress disorder. Psych Res, 162(2):147-57, 2008. PMC2443727

408. Weiner MW: Leon Thal's Vision for the Treatment and Prevention of Alzheimer's Disease. Alzheimer's and Dementia, 4(1):S150-2, 2008. PMC2556211

409. Jagust WJ, Zheng L, Harvey DJ, Mack WJ, Vinters HV, Weiner MW, Ellis WG, Zarow C, Mungas D, Reed BR, Kramer JH, Schuff N, DeCarli C, Chui HC: Neuropathological Basis of Magnetic Resonance Images in Aging and Dementia. Ann Neuro, 63(1):72-80, 2008. PMC2624571

410. Seeley WW, Crawford R, Rascovsky K, Kramer JH, Weiner M, Miller BL, Gorno-Tempini ML: Frontal paralimbic network atrophy in very mild behavioral variant frontotemporal dementia. Arch Neurol, 65(2):249-55, 2008. PMC2544627

411. Weiner MW. Expanding ventricles may detect preclinical Alzheimer's disease. Neurology, 70(11):824-5, 2008. PMC2561217

412. Jack CR Jr, Bernstein MA, Fox NC, Thompson P, Alexander G, Harvey D, Borowski B, Britson PJ, Whitwell J, Ward C, Dale AM, Felmlee JP, Gunter JL, Hill DL, Killiany R, Schuff N, Fox-Bosetti, S, Lin C, Studholme C, Decarli CS, Gunnar Krueger, Ward HA, Metzger GJ, Scott KT, Mallozzi R, Blezek D, Levy J, Debbins JP, Fleisher AS, Albert M, Green R, Bartzokis G, Glover G, Mugler J, Weiner MW, ADNI Study. The Alzheimer's disease neuroimaging initiative (ADNI): MRI methods. J Magn Reson Imaging, 27(4):685-91, 2008. PMC2544629

413. Hua X, Leow AD, Lee S, Klunder AD, Toga A, Lepore N, Chou Y-Y, Brun C, Chiang M-C, Barysheva M, Jack Jr. CR, Bernstein MA, Britson PJ, Ward CP, Whitwell JL, Borowski B, Fleisher AS, Fox NC, Boyes RG, Barnes J, Harvey D, Kornak J, Schuff N, Boreta L, Alexander GE, Weiner MW, Thompson PM, the Alzheimer's Disease Neuroimaging Initiative. 3D characterization of brain atrophy in Alzheimer's disease and mild cognitive impairment using tensor-based morphometry. NeuroImage, 41(1):19-34, 2008. PMC2556222

414. Jahng GH, Weiner MW, Schuff N. Diffusion anisotropy indexes are sensitive to selecting the EPI readout-encoding bandwidth at high-field MRI. Magn Reson Imaging, 26(5):676-82, 2008. PMC2556209

415. Lavretsky H, Zheng L, Weiner MW, Mungas D, Reed B, Kramer JH, Jagust W, Chui H, Mack WJ. The MRI brain correlates of depressed mood, anhedonia, apathy, and anergia in older adults with and without cognitive impairment or dementia. Int J Geriatr Psychiatry, 23(10):1040-50, 2008. PMC2575050

416. Gazdzinski S, Kornak J, Weiner MW, Meyerhoff DJ. Body mass index and magnetic resonance markers of brain integrity in adults. Ann Neurol, 63(5):652-7, 2008. PMC2542059

55

417. Kuczynski B, Reed B, Mungas D, Weiner M, Chui HC, Jagust W. Cognitive and Anatomic Contributions of Metabolic Decline in Alzheimer Disease and Cerebrovascular Disease. Arch Neurol, 65(5):650-655, 2008. PMC2556212

418. Hoefer M, Allison SC, Schauer GF, Neuhaus JM, Hall J, Dang JN, Weiner MW, Miller BL, Rosen HJ. Fear conditioning in frontotemporal lobar degeneration and Alzheimer's disease. Brain, 131(Pt 6):1646-57, 2008. PMC2544622

419. Morra JH, Tu Z, Apostolova LG, Green AE, Avedissian C, Madsen SK, Parikshak N, Hua X, Toga AW, Jack CR Jr, Weiner MW, Thompson PM, the Alzheimer's Disease Neuroimaging Initiative. Validation of a fully automated 3D hippocampal segmentation method using subjects with Alzheimer's disease mild cognitive impairment, and elderly controls. Neuroimage, 43: 59-68, 2008. PMC2624575

420. Khachaturian ZS, Petersen RC, Gauthier S, Buckholtz N, Corey-Bloom JP, Evans B, Fillit H, Foster N, Greenberg B, Grundman M, Sano M, Simpkins J, Schneider LS, Weiner MW, Galasko D, Hyman B, Kuller L, Schenk D, Snyder S, Thomas RG, Tuszynski MH, Vellas B, Wurtman RJ, Snyder PJ, Frank RA, Albert M, Doody R, Ferris S, Kaye J, Koo E, Morrison-Bogorad M, Reisberg B, Salmon DP, Gilman S, Mohs R, Aisen PS, Breitner JC, Cummings JL, Kawas C, Phelps C, Poirier J, Sabbagh M, Touchon J, Khachaturian AS, Bain LJ. A roadmap for the prevention of dementia: the inaugural Leon Thal Symposium. Alzheimer's & Dementia, 4(3):156-63, 2008. PMC2544623

421. Mueller SG, Schuff N, Raptentsetsang S, Elman J, Weiner MW. Selective effect of Apo e4 on CA3 and dentate in normal aging and Alzheimer's disease using high resolution MRI at 4 T. NeuroImage, 42(1):42-8, 2008. PMC2597377

422. Hua X, Leow AD, Parikshak N, Lee S, Chiang MC, Toga AW, Jack CR Jr, Weiner MW, Thompson PM, the Alzheimer's Disease Neuroimaging Initiative. Tensor-based morphometry as a neuroimaging biomarker for Alzheimer's disease: An MRI study of 676 AD, MCI, and normal subjects. NeuroImage, 43(3):458-69, 2008. PMC3197851

423. Frisoni GB, Henneman WJP, Weiner MW, Scheltens P, Vellas B, Reynish E, Hudecova J, Hampel H, Burger K, Blennow K, Waldemar G, Johannsen P, Wahlund L-O, Zito G, Rossini PM, Winblad B, Barkhof F, Alzheimer's Disease Neuroimaging Initiative. The pilot European Alzheimer's Disease Neuroimaging Initiative of the European Alzheimer's Disease Consortium. Alzheimer's & Dementia, 4(4): 255-64, 2008. PMC2657833

424. Hadjidemetriou S, Lorenzen P, Schuff N, Mueller S, Weiner M. Computational atlases of severity of white matter lesions in elderly subjects with MRI. Med Image Comput Comput Assist Interv Int Conf Med Image Comput Comput Assist Interv, 11(Pt 1):450-8, 2008. PMID: 18979778

425. Hadjidemetriou S, Studholme C, Mueller S, Weiner M, Schuff N. Restoration of MRI Data for Intensity Non-uniformities using Local High Order Intensity Statistics.  Medical Image Analysis, 13(1):36-48, 2009. PMC2597709

426. Young K, Du A-T, Kramer J, Rosen H, Miller B, Weiner M, Schuff N. Patterns of Structural Complexity in Alzheimer's Disease and Frontotemporal Dementia. Human Brain Mapping, 30(5):1667-77, 2009. PMC2736103

427. Siger M, Schuff N, Zhu X, Miller BL, Weiner MW. Regional myo-inositol concentration in mild cognitive impairment using 1H magnetic resonance spectroscopic imaging. Alzheimer's Disease and Associated Disorders, 23(1):57-62, 2009. PMC3039549

428. Pa J, Boxer AL, Freeman K, Kramer J, Miller BL, Chao LL, Gazzaley A, Weiner MW, Neuhaus J, Johnson JK. Clinical-Neuroimaging Characteristics of Dysexecutive Mild Cognitive Impairment. Annals of Neurology, 65(4):414-23, 2009. PMC2680500

429. Morra JH, Tu Z, Apostolova LG, Green AE, Avedissian C, Madsen SK, Parikshak N, Hua X, Toga AW, Jack CR Jr., Schuff N, Weiner MW, Thompson PM. Automated 3D Mapping of Hippocampal Atrophy and its Clinical Correlates in 400 subjects with Alzheimer's Disease, Mild Cognitive Impairment, and Elderly Controls. Human Brain Mapping, 30(9):2766-88, 2009. PMC2733926

430. Raman R, Thomas RG, Weiner MW, Jack CR, Ernstrom K, Aisen PS, Tariot PN, Quinn JF. MRI substudy participation in Alzheimer disease (AD) clinical trials: Baseline comparability of a substudy sample to entire study population. Alzheimer Dis Assoc Disord, 23(4):333-6, 2009. PMC2804922

431. Rankin KP, Salazar A, Gorno-Tempini ML, Sollberger M, Wilson SM, Pavlic D, Stanley CM, Glenn S, Weiner MW, Miller BL. Detecting sarcasm from paralinguistic cues: anatomic and cognitive correlates in neurodegenerative disease. Neuroimage, 47(4):2005-15, 2009. PMC2720152

432. Mormino EC, Kluth JT, Madison CM, Rabinovici GD, Baker SL, Miller BL, Koeppe RA, Mathis CA, Weiner MW, Jagust WJ, and the Alzheimer's Disease Neuroimaging Initiative. Episodic memory loss is related to hippocampal-mediated beta-amyloid deposition in elderly subjects. Brain, 132(Pt 5):1310-23, 2009. PMC2677792

433. Morra JH, Tu Z, Apostolova LG, Green AE, Avedissian C, Madsen SK, Parikshak N, Toga AW, Jack CR Jr, Schuff N, Weiner MW, Thompson PM, The Alzheimer's Disease Neuroimaging Initiative. Automated mapping of hippocampal atrophy in 1-year repeat MRI data from 490 subjects with Alzheimer's disease, mild cognitive impairment, and elderly controls. Neuroimage, 45(1 Suppl):S3-15, 2009. PMC2733354

57

**Curriculum Vitae - Michael W. Weiner, M.D.**

434. Sollberger M, Stanley C, Wilson S, Gyurak A, Weiner M, Miller B, Rankin K. Neural Basis of Interpersonal Traits in Neurodegenerative Diseases. Neuropsychologia, 47(13):2812-27, 2009. PMC2765796

435. Chou Y-Y, Lepore N, Avedissian C, Madsen SK, Parikshak N, Hua X, Shaw LM, Trojanowski JQ, Weiner MW, Toga AW. Mapping correlations between ventricular expansion and CSF amyloid and Tau biomarkers in 240 subjects with Alzheimer's disease, mild cognitive impairment and elderly controls. NeuroImage, 46(2):394-410, 2009. PMC2696357

436. Leow AD, Yanovsky I, Parikshak N, Hua X, Lee S, Toga AW, Jack CR Jr, Bernstein MA, Britson PJ, Gunter JL, Ward CP, Borowski B, Shaw LM, Trojanowski JQ, Fleisher AS, Harvey D, Kornak J, Schuff N, Alexander GE, Weiner MW, Thompson PM and the Alzheimer's Disease Neuroimaging Initiative. Alzheimer's Disease Neuroimaging Initiative: A One-year Follow up Study Using Tensor-based Morphometry Correlating Degenerative Rates, Biomarkers and Cognition. NeuroImage, 45(3):645-55, 2009. PMC2696624

437. Jack Jr. CR, Lowe VJ, Weigand SD, Wiste HJ, Senjem ML, Knopman DS, Shiung MM, Gunter JL, Boeve BF, Kemp BJ, Weiner M, Petersen RC, and the Alzheimer's Disease Neuroimaging Initiative. Serial PIB and MRI in normal, mild cognitive impairment and Alzheimer's disease: implications for sequence of pathological events in Alzheimer's disease. Brain, 132(Pt 5):1355-65, 2009. PMC2677798

438. Wilson SM, Ogar JM, Laluz V, Growdon M, Jang J, Glenn S, Miller BL, Weiner M, Gorno-Tempini ML. Automated MRI-based classification of primary progressive aphasia variants. NeuroImage, 47(4):1558-67, 2009. PMC2719687

439. Desikan RS, Cabral HJ, Hess CP, Dillon WP, Glastonbury CM, Weiner MW, Schmansky NJ, Greve DN, Salat DH, Buckner RL, Fischl B. Automated MRI Measures Identify Individuals with Mild Cognitive Impairment and Alzheimer's Disease. Brain, 132(Pt 8):2048-57, 2009. PMC2714061

440. Langbaum JBS, Chen K, Lee W, Reschke C, Bandy D, Fleisher AS, Alexander GE, Foster NL, Weiner MW, Koeppe RA, Jagust WJ, Reiman EM, and the Alzheimer's Disease Neuroimaging Initiative. Categorical and Correlational Analyses of Baseline Fluorodeoxyglucose Positron Emission Tomography Images from the Alzheimer's Disease Neuroimaging Initiative (ADNI). NeuroImage, 45(4):1107-1116, 2009. PMC2886795

441. Clarkson MJ, Ourselin S, Neilsen C, Leung KK, Barnes J, Whitwell JL, Gunter JL, Hill D, Weiner MW, Jack CR, Fox NC. Comparison of Phantom and Registration Scaling Corrections using the ADNI Cohort. NeuroImage, 47(4):1506-13, 2009. PMC2800076

442. Cardenas V, Meyerhoff D, Studholme C, Kornak J, Rothlind J, Lampiris H, Neuhaus J, Grant R, Chao L, Truran D, Weiner M. Evidence for ongoing brain injury in human

58

**Curriculum Vitae - Michael W. Weiner, M.D**.

immunodeficiency virus-positive patients treated with antiretroviral therapy. J Neurovirol, 4:1-10, 2009. PMC2889153

443. Zhang Y, Schuff N, Du AT, Rosen HJ, Kramer JH, Gorno-Tempini ML, Miller BL, Weiner MW. White matter damage in frontotemporal dementia and Alzheimer's disease measured by diffusion MRI. Brain, 132(Pt 9):2579-92, 2009. PMC2732263

444. Mueller SG, Weiner MW. Selective Effect of Age, Apo e4, and Alzheimer's disease on hippocampal subfields. Hippocampus, 19(6):558-64, 2009. PMC2802542

445. Possin KL, Brambati SM, Rosen HJ, Johnson JK, Pa J, Weiner MW, Miller BL, Kramer JH. Rule violation errors are associated with right lateral prefrontal cortex atrophy in neurodegenerative disease. J Int Neuropsychol Soc, 15(3):354-64, 2009. PMC2748220

446. Mueller SG, Laxer KD, Barakos J, Cheong I, Garcia P, Weiner MW. Subfield atrophy pattern in temporal lobe epilepsy with and without mesial sclerosis detected by high resolution MRI at 4 Tesla: Preliminary results. Epilepsia, 50(6):1474-83, 2009. PMC2804395

447. Schuff N, Woerner N, Boreta L, Kornfield T, Shaw LM, Trojanowski JQ, Thompson PM, Jack CR Jr, Weiner MW, Alzheimer's Disease Neuroimaging Initiative. MRI of hippocampal volume loss in early Alzheimer's disease in relation to ApoE genotype and biomarkers. Brain, 132(Pt 4):1067-77, 2009. PMC2668943

448. Schuff N, Matsumoto S, Kmiecik J, Studholme C, Du AT, Ezekiel F, Miller BL, Kramer JH, Jagust WJ, Chui HC, Weiner MW. Cerebral blood flow in ischemic vascular dementia and Alzheimer's disease, measured by arterial spin-labeling magnetic resonance imaging. Alzheimer's & Dementia, 5(6):454-462, 2009. PMC2802181

449. Potkin SG, Guffanti G, Lakatos A, Turner JA, Kruggel F, Fallon JH, Saykin AJ, Orro A, Lupoli S, Salvi E, Weiner M, Macciardi F. Hippocampal atrophy as a quantitative trait in a genome-wide association study identifying novel susceptibility genes for Alzheimer's disease. PLoS ONE, 4(8):e6501-15, 2009. PMC2719581

450. Vemuri P, Wiste HJ, Weigand SD, Shaw LM, Trojanowski JQ, Weiner MW, Knopman DS, Petersen RC, Jack CR Jr., Alzheimer's Disease Neuroimaging Initiative. MRI and CSF biomarkers in normal, MCI, and AD subjects: predicting future clinical change. Neurology, 73(4):294-301, 2009. PMC2715214

451. Vemuri P, Wiste HJ, Weigand SD, Shaw LM, Trojanowski JQ, Weiner MW, Knopman DS, Petersen RC, Jack CR Jr., Alzheimer's Disease Neuroimaging Initiative. MRI and CSF biomarkers in normal, MCI, and AD subjects: diagnostic discrimination and cognitive correlations. Neurology, 73(4):287-93, 2009. PMC2715210

452. Hua X, Lee S, Yanovsky I, Leow AD, Chou YY, Ho AJ, Gutman B, Toga AW, Jack CR Jr., Bernstein MA, Reiman EM, Harvey DJ, Kornak J, Schuff N, Alexander GE, Weiner MW,

59

**Curriculum Vitae - Michael W. Weiner, M.D**.

Thompson PM, the Alzheimer's Disease Neuroimaging Initiative. Optimizing power to track brain degeneration in Alzheimer's disease and mild cognitive impairment with tensor-based morphometry: An ADNI study of 515 subjects. Neuroimage, 48(4):668-81, 2009. PMC2971697

453.  Jagust WJ, Landau SM, Shaw LM, Trojanowski JQ, Koeppe RA, Reiman EM, Foster NL, Petersen RC, Weiner MW, Price JC, Mathis CA, Alzheimer's Disease Neuroimaging Initiative. Relationships between biomarkers in aging and dementia. Neurology, 73(15):1193-1199, 2009. PMC2764726

454.  Tosun D, Schuff N, Weiner M. An integrated multimodality MR brain imaging study: Gray matter tissue loss mediates the association between cerebral hypoperfusion and alzheimer's disease. Conf Proc IEEE Eng Med Bio Soc, 1:6981-4, 2009. PMC2804924

455.  Van Boven RW, Harrington GS, Hackney DB, Ebel A, Gauger G, Bremner JD, D'Esposito M, Detre JA, Haacke EM, Jack CR Jr, Jagust WJ, Le Bihan D, Mathis CA, Mueller S, Mukherjee P, Schuff N, Chen A, Weiner MW. Advances in neuroimaging of traumatic brain injury and posttraumatic stress disorder. J Rehabil Res Dev, 46(6):717-57, 2009. PMC3233771

456.  Gunter JL, Bernstein MA, Borowski BJ, Ward CP, Britson PJ, Felmlee JP, Schuff N, Weiner M, Jack CR. Measurement of MRI scanner performance with the ADNI phantom. Med Phys, 36(6):2193-205, 2009. PMC2754942

457.  Mueller SG, Laxer KD, Barakos J, Cheong I, Garcia P, Weiner MW. Widespread neocortical abnormalities in temporal lobe epilepsy with and without mesial sclerosis. NeuroImage, 46(2):353-9, 2009. PMC2799165

458.  Zhan W, Zhang Y, Mueller SG, Lorenzen P, Hadjidemetriou S, Schuff N, Weiner MW. Characterization of white matter degeneration in elderly subjects by magnetic resonance diffusion and FLAIR imaging correlation. NeuroImage, 47 (Suppl 2):T58-65, 2009. PMC2720418

459.  Chao LL, Pa J, Duarte A, Schuff N, Weiner MW, Kramer JH, Miller BL, Freeman KM, Johnson JK. Patterns of cerebral hypoperfusion in amnestic and dysexecutive MCI. Alzheimer Dis Assoc Disord, 23(3): 245-52, 2009. PMC2760039

460.  Rosen A, Zhang Y, Zhan W, Kasprisin A, Martinson S, Cheng J, Weiner M, Yesavage JA, Folio L, Ashford JW. Mild Traumatic Brain Injury and Conduction Aphasia from a Close Proximity Blast Resulting in Arcuate Fasciculus Damage Diagnosed on DTI Tractography. Military Medicine, 174(11):v-vi, 2009. PMID: 19960837

461.  Samuelson KW, Neylan TC, Lenoci M, Metzler TJ, Cardenas V, Weiner MW, Marmar CR. Longitudinal Effects of PTSD on Memory Functioning. J Int Neuropsychol Soc, 15(6): 853-61, 2009. PMID: 19703319

60

**Curriculum Vitae - Michael W. Weiner, M.D**.

462.  Weiner MW. Editorial: Imaging and biomarkers will be used for detection and monitoring progression of early Alzheimer's Disease. J Nutr Health Aging, 13(4):332, 2009. PMID: 19300869

463.  Kornak J, Young K, Schuff N, Du A, Maudsley AA, Weiner MW. K-Bayes Reconstruction for Perfusion MRI I: Concepts and Application. J Digit Imaging, 23(3):277-86, 2010. PMC2865632

464.  Chao LL, Buckley ST, Kornak J, Schuff N, Madison C, Yafee K, Miller BL, Kramer JH, Weiner MW. ASL Perfusion MRI Predicts Cognitive Decline and Conversion from MCI to Dementia. ADAD, 24(1):19-27, 2010. PMC2865220

465.  Adamson MM, Landy K, Duong S, Fox-Bosetti S, Ashford JW, Murphy GM, Weiner M, Taylor JL. Apolipoprotein E varepsilon4 influences on episodic recall and brain structures in aging pilots. Neurobiology of Aging, 31(6):1059-63, 2010. PMC2858239

466.  Zhang Y, Du A-T, Hayasaka S, Jahng G-H, Hlavin J, Zhan W, Weiner MW, Schuff N. Patterns of Age-Related Water Diffusion Changes in Human Brain by Concordance and Discordance Analysis. Neurobiol Aging, 31(11): 1991-2001, 2010. PMC2888604

467.  Chao LL, Mueller SG, Buckley ST, Peek K, Raptentsetsang S, Elman J, Yaffe K, Miller BL, Kramer JH, Madison C, Mungas D, Schuff N, Weiner MW. Evidence of neurodegeneration in brains of older adults who do not yet fulfill MCI criteria. Neurobiology of Aging, 31(3):368-77, 2010. PMC2814904

468.  Mueller SG, Mack WJ, Mungas D, Kramer JH, Cardenas-Nicolson V, Lavretsky H, Greene M, Schuff N, Chui HC, Weiner MW. Influences of lobar gray matter and white matter lesion load on cognition and mood. Psychiatry Research, 181(2):90-6, 2010. PMC2814971

469.  Krueger CE, Dean DL, Rosen HJ, Halabi C, Weiner M, Miller BL, Kramer JH. Longitudinal rates of lobar atrophy in Frontotemporal Dementia, Semantic Dementia, and Alzheimer's disease. Alzheimer Dis Assoc Disord, 24(1):43-8, 2010. PMC2837112

470.  Mueller SG, Schuff N, Yaffe K, Madison C, Miller B, Weiner MW. Hippocampal Atrophy Patterns in Mild Cognitive Impairment and Alzheimer's Disease. Human Brain Mapping, 31(9): 1339-47, 2010. PMC2943433

471.  Shimizu S, Zhang Y, Laxamana J, Miller BL, Kramer JH, Weiner MW, Schuff N. Concordance and discordance between brain perfusion and atrophy in frontotemporal dementia. Brain Imaging and Behavior, 4(1):46-54, 2010. PMC2854356

472.  Rosen HJ, Alcantar O, Rothlind J, Sturm V, Kramer JH, Weiner M, Miller BL. Neuroanatomical correlates of cognitive self-appraisal in neurodegenerative disease. Neuroimage, 49(4):3358-64, 2010. PMC2818772

61

**Curriculum Vitae - Michael W. Weiner, M.D**.

473. Gazdzinski S, Millin R, Kaiser LG, Durazzo TC, Mueller SG, Weiner MW, Meyerhoff DJ. BMI and Neuronal Integrity in Healthy, Cognitively Normal Elderly: a Proton Magnetic Resonance Spectroscopy Study. Obesity, 18(4):743-8, 2010. PMC2847061

474. Ho AJ, Hua X, Lee S, Leow AD, Yanovsky I, Gutman B, Dinov ID, Lepore N, Stein JL, Toga AW, Jack CR Jr, Bernstein MA, Reiman EM, Harvey DJ, Kornak J, Schuff N, Alexander GE, Weiner MW, Thompson PM, The Alzheimer's Disease Neuroimaging Initiative. Comparing 3 T and 1.5 T MRI for tracking Alzheimer's disease progression with tensor-based morphometry. Hum Brain Mapp, 31(4):499-514, 2010. PMC2875376

475. Luks TL, Oliveira M, Possin KL, Bird A, Miller BL, Weiner MW, Kramer JH. Atrophy in two attention networks is associated with performance on a Flanker task in neurodegenerative disease. Neuropsychologia, 48(1):165-170, 2010. PMC3018338

476. Jack CR Jr, Knopman DS, Jagust WJ, Shaw LM, Aisen PS, Weiner MW, Petersen RC, Trojanowski JQ. Hypothetical model of dynamic biomarkers of the Alzheimer's pathological cascade. Lancet Neurol, 9(1):119-28, 2010. PMC2819840

477. Kuczynski B, Targan E, Madison C, Weiner M, Zhang Y, Reed B, Chui HC, Jagust W. White matter integrity and cortical metabolic associations in aging and dementia. Alzheimer's and Dementia, 6(1):54-62, 2010. PMC2817977

478. Rule RR, Schuff N, Miller RG, Weiner MW. Gray Matter Perfusion Correlates with Disease Severity in ALS. Neurology, 74(10):821-7, 2010. PMC2839193

479. Shen L, Kim S, Risacher SL, Nho K, Swaminathan S, West JD, Foroud T, Pankratz N, Moore JH, Sloan CD, Huentelman MJ, Craig DW, Dechairo BM, Potkin SG, Jack CR Jr, Weiner MW, Saykin AJ, Alzheimer's Disease Neuroimaging Initiative. Whole Genome Association Study of Brain-Wide Imaging Phenotypes for Identifying Quantitative Trait Loci in MCI and AD: A Study of the ADNI Cohort. NeuroImage, 53(3): 1051-63, 2010. PMC2892122

480. Apostolova LG, Morra JH, Green AE, Hwang KS, Avedissian C, Woo E, Cummings JL, Toga AW, Jack CR Jr, Weiner MW, Thompson PM, the Alzheimer's Disease Neuroimaging Initiative. Automated 3D mapping of baseline and 12-month associations between three verbal memory measures and hippocampal atrophy in 490 ADNI subjects. NeuroImage, 51(1):488-99, 2010. PMC2847034

481. Rabinovici GD, Furst AJ, Alkalay A, Racine CA, O'Neil JP, Janabi M, Baker SL, Agarwal N, Bonasera SJ, Mormino EC, Weiner MW, Gorno-Tempini ML, Rosen HJ, Miller BL, Jagust WJ. Increased metabolic vulnerability in early-onset Alzheimer's disease is not related to amyloid burden. Brain, 133(Pt 2): 512-28, 2010. PMC2858015

**Curriculum Vitae - Michael W. Weiner, M.D**.

482. Petersen RC, Aisen PS, Beckett LA, Donohue MC, Gamst AC, Harvey DJ, Jack CR Jr, Jagust WJ, Shaw LM, Toga AW, Trojanowski JQ, Weiner MW. Alzheimer's Disease Neuroimaging Initiative (ADNI): Clinical Characterization. Neurology, 74(3):201-9, 2010. PMC2809036

483. Leung KK, Clarkson MJ, Bartlett JW, Clegg S, Jack CR Jr, Weiner MW, Fox NC, Ourselin S, the Alzheimer's Disease Neuroimaging Initiative. Robust atrophy rate measurement in Alzheimer's disease using multi-site serial MRI: Tissue-specific intensity normalization and parameter selection. NeuroImage, 50(2):516-23, 2010. PMC2828361

484. Mueller SG, Laxer KD, Barakos J, Cheong I, Finlay D, Garcia P, Cardenas-Nicolson V, Weiner MW. Involvement of the thalamocortical network in TLE with and without mesiotemporal sclerosis. Epilepsia, 51(8):1436-45, 2010. PMC2888933

485. Wang Z, Neylan TC, Mueller SG, Lenoci M, Truran D, Marmar CR, Weiner MW, Schuff N. Magnetic resonance imaging of hippocampal subfields in posttraumatic stress disorder. Arch Gen Psychiatry, 67(3):296-303, 2010. PMC2848481

486. Stein JL, Hua X, Morra JH, Lee S, Hibar DP, Ho AJ, Leow AD, Toga AW, Sul JH, Kang HM, Eskin E, Saykin AJ, Shen L, Foroud T, Pankratz N, Huentelman MJ, Craig DW, Gerber JD, Allen AN, Corneveaux JJ, Stephan DA, Webster J, Dechairo BM, Potkin SG, Jack CR Jr, Weiner MW, Thompson PM, the Alzheimer's Disease Neuroimaging Initiative. Genome-wide analysis reveals novel genes influencing temporal lobe structure with relevance to neurodegeneration in Alzheimer's Disease. Neuroimage, 51(2):542-54, 2010. PMC2856746

487. Adamson MM, Samarina V, Xiangyan X, Huynh V, Kennedy Q, Weiner M, Yesavage J, Taylor JL. The impact of brain size on pilot performance varies with aviation training and years of education. J Int Neuropsychol Soc, 16(3):412-23, 2010. PMC2862858

488. Stein JL, Hua X, Lee S, Ho AJ, Leow AD, Toga AW, Saykin AJ, Shen L, Foroud T, Pankratz N, Huentelman MJ, Craig DW, Gerber JD, Allen AN, Corneveaux JJ, Dechairo BM, Potkin SG, Weiner MW, Thompson PM, the Alzheimer's Disease Neuroimaging Initiative. Voxelwise genome-wide association study (vGWAS). Neuroimage, 53(3): 1160-74, 2010. PMC2900429

489. Lavretsky H, Zheng L, Weiner MW, Mungas D, Reed B, Kramer JH, Jagust W, Chui H, Mack WJ. Association of depressed mood and mortality in older adults with and without cognitive impairment in a prospective naturalistic study. Am J Psychiatry, 167(5):589-97, 2010. PMC2864365

490. Hua X, Lee S, Hibar DP, Yanovsky I, Leow AD, Toga AW, Jack CR Jr, Bernstein MA, Reiman EM, Harvey DJ, Kornak J, Schuff N, Alexander GE, Weiner MW, Thompson PM, the Alzheimer's Disease Neuroimaging Initiative. Mapping Alzheimer's disease progression in 1309 MRI scans: Power estimates for different inter-scan intervals. Neuroimage, 51(1):63-75, 2010. PMC2846999

63

Abstracts

491. Landau SM, Harvey D, Madison CM, Reiman EM, Foster NL, Aisen PS, Petersen RC, Shaw LM, Trojanowski JQ, Jack CR Jr, Weiner MW, Jagust WJ, and the Alzheimer's Disease Neuroimaging Initiative. Comparing predictors of conversion and decline in mild cognitive impairment. Neurology, 75(3):230-8, 2010. PMC2906178

492. Ho AJ, Stein JL, Hua X, Lee S, Hibar DP, Leow AD, Dinov ID, Toga AW, Saykin AJ, Shen L, Foroud T, Pankratz N, Huentelman MJ, Craig DW, Gerber JD, Allen AN, Corneveaux JJ, Stephan DA, DeCarli CS, DeChairo BM, Potkin SG, Jack CR Jr, Weiner MW, Raji CA, Lopez OL, Becker JT, Carmichael OT, Thompson PM, the Alzheimer's Disease Neuroimaging Initiative. A commonly carried allele of the obesity-related FTO gene is associated with reduced brain volume in healthy elderly. Proceedings of the National Academy of Sciences, 107(18):8404-9, 2010. PMC2889537

493. Pa J, Possin KL, Wilson SM, Quitania LC, Kramer JH, Boxer AL, Weiner MW, Johnson JK. Gray matter correlates of set-shifting among neurodegenerative disease, mild cognitive impairment, and healthy older adults. J Int Neuropsychol Soc, 16(4):640-50, 2010. PMC2891121

494. Chen K, Langbaum JB, Fleisher AS, Ayutyanont N, Reschke C, Lee W, Liu X, Bandy D, Alexander GE, Thompson PM, Foster NL, Harvey DJ, de Leon MJ, Koeppe RA, Jagust WJ, Weiner MW, Reiman EM, The Alzheimer's Disease Neuroimaging Initiative. Twelve-month metabolic declines in probable Alzheimer's disease and amnestic mild cognitive impairment assessed using an empirically pre-defined statistical region-of-interest: Findings from the Alzheimer's Disease Neuroimaging Initiative. Neuroimage, 51(2):654-64, 2010. PMC2856742

495. Ho AJ, Raji CA, Becker JT, Lopez OL, Kuller LH, Hua X, Lee S, Hibar D, Dinov ID, Stein JL, Jack CR Jr, Weiner MW, Toga AW, Thompson PM. Obesity is linked with lower brain volume in 700 AD and MCI patients. Neurobiology of Aging, 31(8):1326-39, 2010. PMC3197833

496. Roman GC, Salloway S, Black SE, Royall DR, DeCarli C, Weiner MW, Moline M, Kumar D, Schindler R, Posner H. Randomized, Placebo-Controlled, Clinical Trial of Donepezil in Vascular Dementia. Differential Effects by Hippocampus Size. Stroke, 41(6):1213-21, 2010. PMC2954887

497. Hua X, Hibar DP, Lee S, Toga AW, Jack CR Jr, Weiner MW, Thompson PM, the Alzheimer's Disease Neuroimaging Initiative. Sex and age differences in atrophic rates: an ADNI study with N=1368 MRI scans. Neurobiology of Aging, 31(8):1463-80, 2010. PMC2927200

498. Risacher SL, Shen L, West JD, Kim S, McDonald BC, Beckett LA, Harvey DJ, Jack CR Jr, Weiner MW, Saykin AJ, the Alzheimer's Disease Neuroimaging Initative. Longitudinal MRI atrophy biomarkers: Relationship to conversion in the ADNI cohort. Neurobiology of Aging, 31(8):1401-18, 2010. PMC2904350

Curriculum Vitae - Michael W. Weiner, M.D.

499. Saykin AJ, Shen L, Foroud TM, Potkin SG, Swaminathan S, Kim S, Risacher SL, Nho K, Huentelman MJ, Craig DW, Thompson PM, Stein JL, Moore JH, Farrer LA, Green RC, Bertram L, Jack CR Jr, Weiner MW, the Alzheimer's Disease Neuroimaging Initiative. Alzheimer's Disease Neuroimaging Initiative biomarkers as quantitative phenotypes: Genetics core aims, progress, and plans. Alzheimer's & Dementia, 6(3):265-73, 2010. PMC2868595

500. Zhou J, Greicius MD, Gennatas ED, Growdon ME, Jang JY, Rabinovici GD, Kramer JH, Weiner M, Miller BL, Seeley WW. Divergent network connectivity changes in behavioural variant frontotemporal dementia and Alzheimer's disease. Brain, 133(Pt 5):1352-67, 2010. PMC2912696

501. Vemuri P, Wiste HJ, Weigand SD, Knopman DS, Shaw LM, Trojanowski JQ, Aisen PS, Weiner M, Petersen RC, Jack CR Jr, the Alzheimer's Disease Neuroimaging Initiative. Effect of apolipoprotein E on biomarkers of amyloid load and neuronal pathology in Alzheimer disease. Ann Neurol, 67(3):308-16, 2010. PMC2886799

502. Vichinsky EP, Neumayr LD, Gold JI, Weiner MW, Rule RR, Truran D, Kasten J, Eggleston B, Kessler K, McMahon L, Orringer EP, Harrington T, Kalinyak K, De Castro LM, Kutlar A, Rutherford CJ, Johnson C, Bessman JD, Jordan LB, Armstrong FD; for the Neuropsychological Dysfunction and Neuroimaging Adult Sickle Cell Anemia Study Group. Neuropsychological Dysfunction and Neuroimaging Abnormalities in Neurologically Intact Adult Patients with Sickle Cell Anemia. JAMA, 303:1823-31, 2010. PMC2892214

503. Raj A, Mueller SG, Young K, Laxer KD, Weiner M. Network-level analysis of cortical thickness of the epileptic brain. Neuroimage, 52(4):1302-13, 2010. PMC2910126

504. Nettiksimmons J, Harvey D, Brewer J, Carmichael O, Decarli C, Jack CR Jr, Petersen R, Shaw LM, Trojanowski JQ, Weiner MW, Beckett L, Alzheimer's Disease Neuroimaging Initiative. Subtypes based on cerebrospinal fluid and magnetic resonance imaging markers in normal elderly predict cognitive decline. Neurobiol Aging, 31(8):1419-28, 2010. PMC2902683

505. Kohannim O, Hua X, Hibar DP, Lee S, Chou YY, Toga AW, Jack CR Jr, Weiner MW, Thompson PM, Alzheimer's Disease Neuroimaging Initiative. Boosting power for clinical trials using classifiers based on multiple biomarkers. Neurobiol Aging, 31(8):1429-42, 2010. PMC2903199

506. Madsen SK, Ho AJ, Hua X, Saharan PS, Toga AW, Jack CR Jr, Weiner MW, Thompson PM, Alzheimer's Disease Neuroimaging Initiative. 3D maps localize caudate nucleus atrophy in 400 Alzheimer's disease, mild cognitive impairment, and healthy elderly subjects. Neurobiol Aging, 31(8):1312-25, 2010. PMC2903198

507. Lakatos A, Derbeneva O, Younes D, Keator D, Bakken T, Lvova M, Brandon M, Guffanti G, Reglodi D, Saykin A, Weiner M, Macciardi F, Schork N, Wallace DC, Potkin SG, Alzheimer's Disease Neuroimaging Initiative. Association between mitochondrial DNA

65

**Curriculum Vitae - Michael W. Weiner, M.D**.

variations and Alzheimer's disease in the ADNI cohort. Neurobiol Aging, 31(8):1355-63, 2010. PMC2918801

508. Apostolova LG, Hwang KS, Andrawis JP, Green AE, Babakchanian S, Morra JH, Cummings JL, Toga AW, Trojanowski JQ, Shaw LM, Jack CR Jr, Petersen RC, Aisen PS, Jagust WJ, Koeppe RA, Mathis CA, Weiner MW, Thompson PM, the Alzheimer's Disease Neuroimaging Initiative. 3D PIB and CSF biomarker associations with hippocampal atrophy in ADNI subjects. Neurobiol Aging, 31(8):1284-303, 2010. PMC3051831

509. Nezamzadeh M, Matson GB, Young K, Weiner MW, Schuff N. Improved pseudo-continuous arterial spin labeling for mapping brain perfusion. J Magn Reson Imaging, 31(6):1419-27, 2010. PMC3121564

510. Tosun D, Schuff N, Truran-Sacrey D, Shaw LM, Trojanowski JQ, Aisen P, Peterson R, Weiner MW, Alzheimer's Disease Neuroimaging Initiative. Relations between brain tissue loss, CSF biomarkers, and the ApoE genetic profile: a longitudinal MRI study. Neurobiol Aging, 31(8):1340-54, 2010. PMC2902689

511. Desikan RS, Cabral HJ, Settecase F, Hess CP, Dillon WP, Glastonbury CM, Weiner MW, Schmansky NJ, Salat DH, Fischl B, Alzheimer's Disease Neuroimaging Initiative. Automated MRI measures predict progression to Alzheimer's disease. Neurobiol Aging, 31(8):1364-74, 2010. PMC2902697

512. Chao LL, Rothlind JC, Cardenas VA, Meyerhoff DJ, Weiner MW. Effects of low-level exposure to sarin and cyclosarin during the 1991 Gulf War on brain function and brain structure in US veterans. Neurotoxicology, 31(5): 493-501, 2010. PMC2934883

513. Yushkevich PA, Wang H, Pluta J, Das SR, Craige C, Avants BB, Weiner MW, Mueller S. Nearly automatic segmentation of hippocampal subfields in in vivo focal T2-weighted MRI. Neuroimage, 53(4): 1208-24, 2010. PMC2939190

514. Neylan TC, Mueller SG, Wang Z, Metzler TJ, Lenoci M, Truran D, Marmar CR, Weiner MW, Schuff N. Insomnia Severity Is Associated with a Decreased Volume of the CA3/Dentate Gyrus Hippocampal Subfield. Biol Psychiatry, 68(5):494-6, 2010. PMC2921477

515. Wu X, Chen K, Yao L, Ayutyanont N, Langbaum JB, Fleisher A, Reschke C, Lee W, Liu X, Alexander GE, Bandy D, Foster NL, Thompson PM, Harvey DJ, Weiner MW, Koeppe RA, Jagust WJ, Reiman EM, the Alzheimer's Disease Neuroimaging Initiative. Assessing the reliability to detect cerebral hypometabolism in probable Alzheimer's disease and amnestic mild cognitive impairment. J Neurosci Methods, 192(2): 277-85, 2010. PMC2952503

516. Vemuri P, Wiste HJ, Weigand SD, Knopman DS, Trojanowski JQ, Shaw LM, Bernstein MA, Aisen PS, Weiner M, Petersen RC, Jack CR Jr, the Alzheimer's Disease Neuroimaging Initiative. Serial MRI and CSF biomarkers in normal aging, MCI, and AD. Neurology, 75(2):143-51, 2010. PMC2905929

66

**Curriculum Vitae - Michael W. Weiner, M.D**.

517. Chou YY, Lepore N, Saharan P, Madsen SK, Hua X, Jack CR, Shaw LM, Trojanowski JQ, Weiner MW, Toga AW, Thompson PM, the Alzheimer's Disease Neuroimaging Initiative. Ventricular maps in 804 ADNI subjects: correlations with CSF biomarkers and clinical decline. Neurobiol Aging, 31(8):1386-400, 2010. PMC2904619

518. Desikan RS, Sabuncu MR, Schmansky NJ, Reuter M, Cabral HJ, Hess CP, Weiner MW, Biffi A, Anderson CD, Rosand J, Salat DH, Kemper TL, Dale AM, Sperling RA, Fischl B, the Alzheimer's Disease Neuroimaging Initiative. Selective Disruption of the Cerebral Neocortex in Alzheimer's Disease. PLoS One, 5(9): pii. E12853, 2010. PMC2944799

519. Wang H, Das S, Pluta J, Craige C, Altinay M, Avants B, Weiner M, Mueller S, Yushkevich P. Standing on the shoulders of giants: improving medical image segmentation via bias correction. Med Image Comput Comput Assist Interv, 13(Pt 3): 105-12, 2010. PMC3095022

520. Weiner MW, Aisen PS, Jack CR Jr, Jagust WJ, Trojanowski JQ, Shaw L, Saykin AJ, Morris JC, Cairns N, Beckett LA, Toga A, Green R, Walter S, Soares H, Snyder P, Siemers E, Potter W, Cole PE, Schmidt M, the Alzheimer's Disease Neuroimaging Initiative. The Alzheimer's Disease Neuroimaging Initiative: progress report and future plans. Alzheimer's and Dementia, 6(3): 202-11.e7, 2010. PMC2927112

521. Aisen PS, Petersen RC, Donohue MC, Gamst A, Raman R, Thomas RG, Walter S, Trojanowski JQ, Shaw LM, Beckett LA, Jack CR Jr, Jagust W, Toga AW, Saykin AJ, Morris JC, Green RC, Weiner MW, Alzheimer's Disease Neuroimaging Initiative. Clinical Core of the Alzheimer's Disease Neuroimaging Initiative: progress and plans. Alzheimer's & Dementia, 6(3): 239-46, 2010. PMC2867843

522. Trojanowski JQ, Vandeerstichele H, Korecka M, Clark CM, Aisen PS, Petersen RC, Blennow K, Soares H, Simon A, Lewczuk P, Dean R, Siemers E, Potter WZ, Weiner MW, Jack CR Jr, Jagust W, Toga AW, Lee VM, Shaw LM, Alzheimer's Disease Neuroimaging Initiative. Update on the biomarker core of the Alzheimer's Disease Neuroimaging Initiative subjects. Alzheimer's & Dementia, 6(3):230-8, 2010. PMC2867838

523. Jack CR Jr, Bernstein MA, Borowski BJ, Gunter JL, Fox NC, Thompson PM, Schuff N, Krueger G, Killiany RJ, Decarli CS, Dale AM, Carmichael OW, Tosun D, Weiner MW, Alzheimer's Disease Neuroimaging Initiative. Update on the magnetic resonance imaging core of the Alzheimer's Disease Neuroimaging Initiative. Alzheimer's & Dementia, 6(3):212-20, 2010. PMC2886577

524. Nho K, Shen L, Kim S, Risacher SL, West JD, Foroud T, Jack CR, Weiner MW, Saykin AJ. Automatic Prediction of Conversion from Mild Cognitive Impairment to Probable Alzheimer's Disease using Structural Magnetic Resonance Imaging. AMIA Annu Symp Proc, 542-6, 2010. PMC3041374

67

**Curriculum Vitae - Michael W. Weiner, M.D.**

525. Carmichael O, Schwarz C, Drucker D, Fletcher E, Harvey D, Beckett L, Jack CR Jr, Weiner M, DeCarli C; Alzheimer's Disease Neuroimaging Initiative. Longitudinal changes in white matter disease and cognition in the first year of the Alzheimer disease neuroimaging initiative. Arch Neurol, 67(11):1370-8, 2010. PMC3082636

526. Chiang GC, Insel PS, Tosun D, Schuff N, Truran-Sacrey D, Raptentsetsang ST, Jack CR Jr, Aisen PS, Petersen RC, Weiner MW; For the Alzheimer's Disease Neuroimaging Initiative. Hippocampal atrophy rates and CSF biomarkers in elderly APOE2 normal subjects. Neurology, 75(22):1976-1981, 2010. PMC3014234

527. Quinn JF, Raman R, Thomas RG, Yurko-Mauro K, Nelson EB, Van Dyck C, Galvin JE, Emond J, Jack Jr CR, Weiner M, Shinto L, Aisen PS. Docosahexaenoic acid supplementation and cognitive decline in Alzheimer's disease. JAMA, 304(17):1903-11, 2010. PMC3259852

528. Jack CR Jr, Wiste HJ, Vemuri P, Weigand SD, Senjem ML, Zeng G, Bernstein MA, Gunter JL, Pankratz VS, Aisen PS, Weiner MW, Petersen RC, Shaw LM, Trojanowski JQ, Knopman DS; Alzheimer's Disease Neuroimaging Initiative. Brain beta-amyloid measures and magnetic resonance imaging atrophy both predict time-to-progression from mild cognitive impairment to Alzheimer's disease. Brain, 133(11):3336-48, 2010. PMC2965425

529. Frisoni GB, Weiner MW. Alzheimer's Disease Neuroimaging Initiative special issue. Neurobiol Aging, 31(8):1259-62, 2010. PMID: 20570400

530. Nezamzadeh M, Wedeen VJ, Wang R, Zhang Y, Zhan W, Young K, Meyerhoff DJ, Weiner MW, Schuff N. In-vivo investigation of the human cingulum bundle using the optimization of MR diffusion spectrum imaging. European Journal of Radiology, 75(1): e29-36, 2010. PMID: 19615838 PMC In Progress – NIHMSID 163704

531. Tosun D, Mojabi P, Weiner MW, Schuff N. Joint analysis of structural and perfusion MRI for cognitive assessment and classification of Alzheimer's disease and normal aging. NeuroImage, 52(1):186-97, 2010. PMID: 20406691 PMC In Process – NIHMSID 204697

532. Blennow K, Hampel H, Weiner M, Zetterberg H. Cerebrospinal fluid and plasma biomarkers in Alzheimer disease. Nat Rev Neurol, 6(3):131-44, 2010. PMID: 20157306

533. Landau SM, Harvey D, Madison CM, Koeppe RA, Reiman EM, Foster NL, Weiner MW, Jagust WJ, the Alzheimer's Disease Neuroimaging Initiative. Associations between cognitive, functional, and FDG-PET measures of decline in AD and MCI. Neurobiology of Aging, 32(7):1207-18, 2011. PMC2891865

534. Schneider LS, Insel PS, Weiner MW; Alzheimer's Disease Neuroimaging Initiative. Treatment with cholinesterase inhibitors and memantine of patients in the Alzheimer's Disease Neuroimaging Initiative. Arch Neurol. 68(1):58-66, 2011. PMC3259850

68

535. Weiner MW, Meyerhoff DJ, Neylan TC, Hlavin J, Ramage EM, McCoy D, Studholme C, Cardenas V, Marmar C, Truran D, Chu PW, Kornak J, Furlong CE, McCarthy C. The relationship between Gulf War Illness, brain N-acetylaspartate and post-traumatic stress disorder. Military Medicine, 176(8):896-902, 2011. PMC3279571

536. Schuff N, Zhang Y, Zhan W, Lenoci M, Ching C, Boreta L, Mueller SG, Wang Z, Marmar CR, Weiner MW, Neylan TC. Patterns of Altered Cortical Perfusion and Diminished Subcortical Integrity in Posttraumatic Stress Disorder: A MRI Study. NeuroImage, 54 (Suppl 1):S62-8, 2011. PMC2945438

537. Kim S, Swaminathan S, Shen L, Risacher SL, Nho K, Foroud T, Shaw LM, Trojanowski JQ, Potkin SG, Huentelman MJ, Craig DW, Dechairo BM, Aisen PS, Petersen RC, Weiner MW, Saykin AJ; For the Alzheimer's Disease Neuroimaging Initiative. Genome-wide association study of CSF biomarkers A{beta}1-42, t-tau, and p-tau181p in the ADNI cohort. Neurology, 76(1):69-79, 2011. PMC3030225

538. Apfel BA, Ross J, Hlavin J, Meyerhoff DJ, Metzler TJ, Marmar CR, Weiner MW, Schuff N, Neylan TC. Hippocampal Volume Differences in Gulf War Veterans with Current Versus Lifetime Posttraumatic Stress Disorder Symptoms. Biol Psychiatry, 69(6):541-8, 2011. PMC3259803

539. Mueller SG, Ebel A, Barakos J, Scanlon C, Cheong I, Finlay D, Garcia P, Weiner MW, Laxer KD. Widespread extrahippocampal NAA/(Cr+Cho) abnormalities in TLE with and without mesial temporal sclerosis. J Neurol, 258(4): 603-12, 2011. PMC3065637

540. Callahan CM, Boustani MA, Weiner M, Beck RA, Livin LR, Kellams JJ, Willis DR, Hendrie HC. Implementing dementia care models in primary care settings: The Aging Brain Care Medical Home (Special supplement). Aging Ment Health, 15(1):5-12, 2011 PMC3030631

541. Jahng GH, Xu S, Weiner MW, Meyerhoff DJ, Park S, Schuff N. DTI studies in patients with Alzheimer's disease, mild cognitive impairment, or normal cognition with evaluation of the intrinsic background gradients. Neuroradiology, 53(10):749-62, 2011. PMC3184226

542. Cardenas VA, Chao LL, Studholme C, Yaffe K, Miller BL, Madison C, Buckley ST, Mungas D, Schuff N, Weiner MW. Brain atrophy associated with baseline and longitudinal measures of cognition. Neurobiology of Aging, 32(4):572-80, 2011. PMC2891686

543. Weigand SD, Vemuri P, Wiste HJ, Senjem ML, Pankratz VS, Aisen PS, Weiner MW, Petersen RC, Shaw LM, Trojanowski JQ, Knopman DS, Jack CR Jr; Alzheimer's Disease Neuroimaging Initiative. Transforming cerebrospinal fluid Aβ42 measures into calculated Pittsburgh compound B units of brain Aβ amyloid. Alzheimers Dement, 7(2):133-141, 2011. PMC3060961

544. Chen K, Ayutyanont N, Langbaum JB, Fleisher AS, Reschke C, Lee W, Liu X, Bandy D, Alexander GE, Thompson PM, Shaw L, Trojanowski JQ, Jack CR Jr, Landau SM, Foster NL,

**Curriculum Vitae - Michael W. Weiner, M.D.**

Harvey DJ, Weiner MW, Koeppe RA, Jagust WJ, Reiman EM; Alzheimer's Disease Neuroimaging Initiative. Characterizing Alzheimer's disease using a hypometabolic convergence index. Neuroimage, 56(1): 52-60, 2011. PMC3066300

545. Chen-Plotkin AS, Martinez-Lage M, Sleiman PM, Hu W, Greene R, Wood EM, Bing S, Grossman M, Schellenberg GD, Hatanpaa KJ, Weiner MF, White CL 3rd, Brooks WS, Halliday GM, Kril JJ, Gearing M, Beach TG, Graff-Radford NR, Dickson DW, Rademakers R, Boeve BF, Pickering-Brown SM, Snowden J, van Swieten JC, Heutink P, Seelaar H, Murrell JR, Ghetti B, Spina S, Grafman J, Kaye JA, Woltjer RL, Mesulam M, Bigio E, Lladó A, Miller BL, Alzualde A, Moreno F, Rohrer JD, Mackenzie IR, Feldman HH, Hamilton RL, Cruts M, Engelborghs S, De Deyn PP, Van Broeckhoven C, Bird TD, Cairns NJ, Goate A, Frosch MP, Riederer PF, Bogdanovic N, Lee VM, Trojanowski JQ, Van Deerlin VM. Genetic and clinical features of progranulin-associated frontotemporal lobar degeneration. Arch Neurol, 68(4):488-97, 2011. PMC3160280

546. Vemuri P, Weigand SD, Przybelski SA, Knopman DS, Smith GE, Trojanowski JQ, Shaw LM, Decarli CS, Carmichael O, Bernstein MA, Aisen PS, Weiner M, Petersen RC, Jack CR Jr; on behalf of the Alzheimer's Disease Neuroimaging Initiative. Cognitive reserve and Alzheimer's disease biomarkers are independent determinants of cognition. Brain, 134(Pt 5):1479-92, 2011. PMC3097887

547. Chiang GC, Insel PS, Tosun D, Schuff N, Truran-Sacrey D, Raptentsetsang S, Jack CR Jr, Weiner MW; For the Alzheimer's Disease Neuroimaging Initiative. Identifying Cognitively Healthy Elderly Individuals with Subsequent Memory Decline by Using Automated MR Temporoparietal Volumes. Radiology, 259(3):844-51, 2011. PMC3099048

548. Tosun D, Schuff N, Mathis CA, Jagust W, Weiner MW; Alzheimer's Disease NeuroImaging Initiative. Spatial patterns of brain amyloid-{beta} burden and atrophy rate associations in mild cognitive impairment. Brain, 134(Pt 4):1077-88, 2011. PMC3069703

549. Mueller SG, Chao LL, Berman B, Weiner MW. Evidence for functional specialization of hippocampal subfields detected by MR subfield volumetry on high resolution images at 4T. NeuroImage, 56(3):851-7, 2011. PMC3085574

550. Rosenbloom MH, Alkalay A, Agarwal N, Baker SL, O'Neil JP, Janabi M, Yen IV, Growdon M, Jang J, Madison C, Mormino EC, Rosen HJ, Gorno-Tempini ML, Weiner MW, Miller BL, Jagust WJ, Rabinovici GD. Distinct clinical and metabolic deficits in PCA and AD are not related to amyloid distribution. Neurology. 76(21):1789-96, 2011. PMC3100124

551. Chiang GC, Insel PS, Tosun D, Schuff N, Truran-Sacrey D, Raptentsetsang ST, Thompson PM, Reiman EM, Jack CR Jr, Fox NC, Jagust WJ, Harvey DJ, Beckett LA, Gamst A, Aisen PS, Petersen RC, Weiner MW; Alzheimer's Disease Neuroimaging Initiative. Impact of apolipoprotein e4-cerebrospinal fluid beta-amyloid interaction on hippocampal volume loss over 1 year in mild cognitive impairment. Alzheimers & Dementia, 7(5):514-20, 2011. PMC3177162

70

**Curriculum Vitae - Michael W. Weiner, M.D.**

552. Stein JL, Hibar DP, Madsen SK, Khamis M, McMahon KL, de Zubicaray GI, Hansell NK, Montgomery GW, Martin NG, Wright MJ, Saykin AJ, Jack CR Jr, Weiner MW, Toga AW, Thompson PM. Discovery and replication of dopamine-related gene effects on caudate volume in young and elderly populations (N=1198) using genome-wide search. Mol Psychiatry, 16(9):927-37, 2011. PMC3140560

553. Hibar DP, Stein JL, Kohannim O, Jahanshad N, Saykin AJ, Shen L, Kim S, Pankratz N, Foroud T, Huentelman MJ, Potkin SG, Jack CR Jr, Weiner MW, Toga AW, Thompson PM; Alzheimer's Disease Neuroimaging Initiative. Voxelwise gene-wide association study (vGeneWAS): multivariate gene-based association testing in 731 elderly subjects. Neuroimage, 56(4):1875-91, 2011. PMC3366726

554. Rajagopalan P, Hua X, Toga AW, Jack CR Jr, Weiner MW, Thompson PM. Homocysteine effects on brain volumes mapped in 732 elderly individuals. Neuroreport, 22(8):391-5, 2011. PMC3192851

555. Toledo J, Vanderstichele H, Figurski M, Aisen P, Petersen RC, Weiner MW, Jack CR, Jagust W. Factors affecting Aβ plasma levels and their utility as biomarkers in ADNI. Acta Neuropathologica, 122(4):401-413, 2011. PMC3299300

556. Ewers M, Sperling RA, Klunk WE, Weiner MW, Hampal H. Neuroimaging markers for the prediction and early diagnosis of Alzheimer's disease dementia. Trends in Neuroscience, 34(8):430-442, 2011. PMC3275347

557. Shen L, Kim S, Qi Y, Inlow M, Swaminathan S, Nho K, Wan J, Risacher SL, Shaw LM, Trojanowski JQ, Weiner MW, Saykin AJ; ADNI. Identifying Neuroimaging and Proteomic Biomarkers for MCI and AD via the Elastic Net. Lect Notes Comput Sci, 7012:27-34, 2011. PMC3202963

558. Wan J, Kim S, Inlow M, Nho K, Swaminathan S, Risacheri SL, Fang S, Weiner MW, Beg MF, Wang L, Saykin AJ, Shen L; Alzheimer's Disease Neuroimaging Initiative. Hippocampal surface mapping of genetic risk factors in AD via sparse learning models. Med Image Comput Comput Assist Interv, 14(Pt 2):376-83, 2011. PMC3196668

559. Fleisher AS, Truran D, Mai JT, Langbaum JB, Aisen PS, Cummings JL, Jack CR Jr, Weiner MW, Thomas RG, Schneider LS, Tariot PN; Alzheimer's Disease Cooperative Study. Chronic divalproex sodium use and brain atrophy in Alzheimer disease. Neurology, 77(13):1263-71, 2011. PMC3179645

560. Rankin KP, Mayo MC, Seeley WW, Lee S, Rabinovici G, Gorno-Tempini ML, Boxer AL, Weiner MW, Trojanowski JQ, DeArmond SJ, Miller BL. Behavioral variant frontotemporal dementia with corticobasal degeneration pathology: phenotypic comparison to bvFTD with Pick's disease. J Mol Neurosci, 45(3):594-608, 2011. PMC3208125

71

**Curriculum Vitae - Michael W. Weiner, M.D**.

561. Terrando N, Brzezinski M, Degos V, Eriksson LI, Kramer JH, Leung JM, Miller BL, Seeley WW, Vacas S, Weiner MW, Yaffe K, Young WL, Xie Z, Maze M. Perioperative cognitive decline in the aging population. Mayo Clin Proc, 86(9):885-93, 2011. PMC3257991

562. Sabuncu MR, Desikan RS, Sepulcre J, Yeo BT, Liu H, Schmansky NJ, Reuter M, Weiner MW, Buckner RL, Sperling RA, Fischl B; Alzheimer's Disease Neuroimaging Initiative. The dynamics of cortical and hippocampal atrophy in Alzheimer disease. Arch Neurol, 68(8):1040-8, 2011. PMC3248949

563. Lee SE, Rabinovici GD, Mayo MC, Wilson SM, Seeley WW, DeArmond SJ, Huang EJ, Trojanowski JQ, Growdon ME, Jang JY, Sidhu M, See TM, Karydas AM, Gorno-Tempini ML, Boxer AL, Weiner MW, Geschwind MD, Rankin KP, Miller BL. Clinicopathological correlations in corticobasal degeneration. Ann Neurol, 70(2):327-40, 2011. PMC3154081

564. Zhang Y, Schuff N, Ching C, Tosun D, Zhan W, Nezamzadeh M, Rosen HJ, Kramer JH, Gorno-Tempini ML, Miller BL, Weiner MW. Joint assessment of structural, perfusion, and diffusion MRI in Alzheimer's disease and frontotemporal dementia. Int J Alzheimers Dis, 2011:546871, 2011. PMC3132541

565. Cardenas VA, Samuelson K, Lenoci M, Studholme C, Neylan TC, Marmar CR, Schuff N, Weiner MW. Changes in brain anatomy during the course of posttraumatic stress disorder. Psychiatry Res, 193(2):93-100, 2011. PMC3175765

566. Swaminathan S, Kim S, Shen L, Risacher SL, Foroud T, Pankratz N, Potkin SG, Huentelman MJ, Craig DW, Weiner MW, Saykin AJ, The Alzheimer's Disease Neuroimaging Initiative Adni. Genomic Copy Number Analysis in Alzheimer's Disease and Mild Cognitive Impairment: An ADNI Study. Int J Alzheimers Dis, 2011:729478, 2011. PMC3109875

567. Donohue MC, Gamst AC, Thomas RG, Xu R, Beckett L, Petersen RC, Weiner MW, Aisen P; Alzheimer's Disease Neuroimaging Initiative. The relative efficiency of time-to-threshold and rate of change in longitudinal data. Contemp Clin Trials, 32(5):685-93, 2011. PMC3148349

568. Zarow C, Wang L, Chui HC, Weiner MW, Csernansky JG. MRI shows more severe hippocampal atrophy and shape deformation in hippocampal sclerosis than in Alzheimer's disease. Int J Alzheimers Dis, 2011:483972, 2011. PMC3087502

569. Hua X, Gutman B, Boyle C, Rajagopalan P, Leow AD, Yanovsky I, Kumar AR, Toga AW, Jack CR Jr, Schuff N, Alexander GE, Chen K, Reiman EM, Weiner MW, Thompson PM; the Alzheimer's Disease Neuroimaging Initiative. Accurate measurement of brain changes in longitudinal MRI scans using tensor-based morphometry. Neuroimage, 57(1):5-14, 2011. PMC3394184

570. Jack CR Jr, Vemuri P, Wiste HJ, Weigand SD, Aisen PS, Trojanowski JQ, Shaw LM, Bernstein MA, Petersen RC, Weiner MW, Knopman DS; for the Alzheimer's Disease

72

**Curriculum Vitae - Michael W. Weiner, M.D**.

Neuroimaging Initiative. Evidence for Ordering of Alzheimer Disease Biomarkers. Arch Neurol, 68(12):1526-1535, 2011. PMC3387980

571. Furney SJ, Simmons A, Breen G, Pedroso I, Lunnon K, Proitsi P, Hodges A, Powell J, Wahlund LO, Kloszewska I, Mecocci P, Soininen H, Tsolaki M, Vellas B, Spenger C, Lathrop M, Shen L, Kim S, Saykin AJ, Weiner MW, Lovestone S. Genome-wide association with MRI atrophy measures as a quantitative trait locus for Alzheimer's disease. Mol Psychiatry, 16(11):1130-8, 2011. PMID: 21116278 PMC In Process – NIHMSID 291997

572. Khachaturian ZS, Petersen RC, Snyder PJ, Khachaturian AS, Aisen P, de Leon M, Greenberg BD, Kukull W, Maruff P, Sperling RA, Stern Y, Touchon J, Vellas B, Andrieu S, Weiner MW, Carrillo MC, Bain LJ. Developing a global strategy to prevent Alzheimer's disease: Leon Thal Symposium 2010. Alzheimer's & Dementia, 7(2):127-32, 2011. PMID: 21414553

573. Lo RY, Hubbard AE, Shaw LM, Trojanowski JQ, Petersen RC, Aisen PS, Weiner MW, Jagust WJ; Alzheimer's Disease Neuroimaging Initiative. Longitudinal change of biomarkers in cognitive decline. Arch Neurol, 68(10):1257-66, 2011. PMID: 21670386

574. Weiner MW, Sadowsky C, Saxton J, Hofbauer RK, Graham SM, Yu SY, Li S, Hsu H-A, Suhy J, Fridman M, Perhach JL. Magnetic resonance imaging and neuropsychological results from a trial of memantine in Alzheimer's disease. Alzheimer's and Dementia, 7(4):425-35, 2011. PMID: 21646051

575. Tariot PN, Schneider LS, Cummings J, Thomas RG, Raman R, Jakimovich LJ, Loy R, Bartocci B, Fleisher A, Ismail S, Porteinsson A, Weiner M, Jack CR, Thal L, Aisen P. Chronic Divalproex Sodium to Attenuate Agitation and Clinical Progression of Alzheimer Disease. Arch Gen Psychiatry, 68(8):853-861, 2011. PMID: 21810649

576. Hampel H, Wilcock G, Andrieu S, Aisen P, Blennow K, Brioch K, Fox NC, Frisoni GB, Lovestone S, Prvulovic D, Sampaio C, Weiner M, Coley N, Vellas B. Biomarkers for Alzheimer's disease Therapeutic Trials. Progress in Neurobiology, 95(4):579-593, 2011. PMID: 21130138

577. Scanlon C, Mueller SG, Tosun D, Cheong I, Garcia P, Barakos J, Weiner MW, Laxer KD. Impact of methodologic choice for automatic detection of different aspects of brain atrophy by using temporal lobe epilepsy as a model. AJNR Am J Neuroradiol, 32(9):1669-76, 2011. PMID: 21852375 PMC3845529

578. Chao LL, Abadjian L, Hlavin J, Meyerhoff DJ, Weiner MW. Effects of low-level sarin and cyclosarin exposure and Gulf War Illness on brain structure and function: a study at 4T. Neurotoxicology, 32(6):814-22, 2011. PMID: 21741405

579. Vellas B, Pesce A, Robert PH, Aisen PS, Ancoli-Israel S, Andrieu S, Cedarbaum J, Dubois B, Siemers E, Spire JP, Weiner MW, May TS. AMPA workshop on challenges faced by

73

**Curriculum Vitae - Michael W. Weiner, M.D**.

investigators conducting Alzheimer's disease clinical trials. Alzheimers Dement, 7(4):e109-17, 2011. PMID: 21784343

580. Westman E, Simmons A, Muehlboeck JS, Mecocci P, Vellas B, Tsolaki M, Kłoszewska I, Soininen H, Weiner MW, Lovestone S, Spenger C, Wahlund LO; AddNeuroMed consortium; Alzheimer's Disease Neuroimaging Initiative. AddNeuroMed and ADNI: similar patterns of Alzheimer's atrophy and automated MRI classification accuracy in Europe and North America. Neuroimage, 58(3):818-28, 2011. PMID: 21763442

581. Weiner MW. Commentary on "Biomarkers in Alzheimer's disease drug development." The view from ADNI. Alzheimer's and Dementia, 7(3):e45-7, 2011. PMID: 21575867

582. Coley N, Andrieu S, Jaros M, Weiner M, Cedarbaum J, Vellas B. Suitability of the Clinical Dementia Rating-Sum of Boxes as a single primary endpoint for Alzheimer's disease trials. Alzheimers Dement, 7(6):602-610, 2011. PMID: 21745761

583. Woolley SC, Zhang Y, Schuff N, Weiner MW, Katz JS. Neuroanatomical correlates of apathy in ALS using 4 Tesla diffusion tensor MRI. Amyotrophic Lateral Sclerosis, 12(1):52-8, 2011. PMID: 21271791
http://www.ncbi.nlm.nih.gov/pubmed/21271791

584. Zhang Y, Schuff N, Woolley SC, Chiang GC, Boreta L, Laxamana J, Katz JS, Weiner MW. Progression of white matter degeneration in amyotrophic lateral sclerosis: A diffusion tensor imaging study. Amyotroph Lateral Scler, 12(6):421-9, 2011. PMID: 21745124 PMC3804304
http://www.ncbi.nlm.nih.gov/pubmed/21745124

585. Tosun D, Schuff N, Shaw LM, Trojanowski JQ, Weiner MW; Alzheimer's Disease NeuroImaging Initiative. Relationship between CSF biomarkers of Alzheimer's disease and rates of regional cortical thinning in ADNI data. J Alzheimers Dis, 26 Suppl 3:77-90, 2011. PMID: 21971452
http://www.ncbi.nlm.nih.gov/pubmed/21971452

586. Schuff N, Tosun D, Insel PS, Chiang GC, Truran D, Aisen PS, Jack CR Jr, Weiner MW, Alzheimer's Disease Neuroimaging Initiative. Nonlinear time course of brain volume loss in cognitively normal and impaired elders. Neurobiol Aging, 33(5):845-55, 2012. PMC3032014

587. Tosun D, Rosen H, Miller BL, Weiner MW, Schuff N. MRI patterns of atrophy and hypoperfusion associations across brain regions in frontotemporal dementia. Neuroimage, 59(3):2098-109, 2012. PMC3254855

588. Zheng L, Mack WJ, Chui HC, Heflin L, Mungas D, Reed B, DeCarli C, Weiner MW, Kramer JH. Coronary artery disease is associated with cognitive decline independent of changes on magnetic resonance imaging in cognitively normal elderly adults. J Am Geriatr Soc, 60(3):499-504, 2012. PMC3302932

74

**Curriculum Vitae - Michael W. Weiner, M.D**.

589. Mueller SG, Laxer KD, Scanlon C, Garcia P, McMullen WJ, Loring DW, Meador KJ, Weiner MW. Different structural correlates for verbal memory impairment in temporal lobe epilepsy with and without mesial temporal lobe sclerosis. Human Brain Mapping, 33(2):489-99, 2012. PMC3259857

590. Ewers M, Insel P, Jagust WJ, Shaw L, Trojanowski J JQ, Aisen P, Petersen RC, Schuff N, Weiner MW; for the Alzheimer's Disease Neuroimaging Initiative (ADNI). CSF Biomarker and PIB-PET-Derived Beta-Amyloid Signature Predicts Metabolic, Gray Matter, and Cognitive Changes in Nondemented Subjects. Cereb Cortex, 22(9):1993-2004, 2012. PMC3500862

591. Marchant NL, Reed BR, Decarli CS, Madison CM, Weiner MW, Chui HC, Jagust WJ. Cerebrovascular disease, beta-amyloid, and cognition in aging. Neurobiol Aging, 33(5):1006.e25-36, 2012. PMC3274647

592. Swaminathan S, Shen L, Risacher SL, Yoder KK, West JD, Kim S, Nho K, Foroud T, Inlow M, Potkin SG, Huentelman MJ, Craig DW, Jagust WJ, Koeppe RA, Mathis CA, Jack CR Jr, Weiner MW, Saykin AJ; the Alzheimer's Disease Neuroimaging Initiative (ADNI). Amyloid pathway-based candidate gene analysis of [(11)C]PiB-PET in the Alzheimer's Disease Neuroimaging Initiative (ADNI) cohort. Brain Imaging Behav, 6(1):1-15, 2012. PMC3256261

593. Villemagne VL, Klunk WE, Mathis CA, Rowe CC, Brooks DJ, Hyman BT, Ikonomovic MD, Ishii K, Jack CR, Jagust WJ, Johnson KA, Koeppe RA, Lowe VJ, Masters CL, Montine TJ, Morris JC, Nordberg A, Petersen RC, Reiman EM, Selkoe DJ, Sperling RA, Van Laere K, Weiner MW, Drzezga A. Aβ Imaging: feasible, pertinent, and vital to progress in Alzheimer's disease. Eur J Nucl Med Mol Imaging, 39(2):209-19, 2012. PMC3261395

594. Ewers M, Walsh C, Trojanowski JQ, Shaw LM, Petersen RC, Jack CR Jr, Feldman HH, Bokde AL, Alexander GE, Scheltens P, Vellas B, Dubois B, Weiner M, Hampel H; North American Alzheimer's Disease Neuroimaging Initiative (ADNI). Prediction of conversion from mild cognitive impairment to Alzheimer's disease dementia based upon biomarkers and neuropsychological test performance. Neurobiology of Aging, 33(7):1203-1214.e2, 2012. PMC3328615

595. Weiner MW, Veitch DP, Aisen PS, Beckett LA, Cairns NJ, Green RC, Harvey D, Jack CR, Jagust W, Liu E, Morris JC, Petersen RC, Saykin AJ, Schmidt ME, Shaw L, Siuciak JA, Soares H, Toga AW, Trojanowski JQ; Alzheimer's Disease Neuroimaging Initiative. The Alzheimer's Disease Neuroimaging Initiative: A review of papers published since its inception. Alzheimers Dement, 8(1 Suppl):S1-68, 2012. PMC3329969

596. Kohannim O, Hibar DP, Stein JL, Jahanshad N, Hua X, Rajagopalan P, Toga AW, Jack CR Jr, Weiner MW, de Zubicaray GI, McMahon KL, Hansell NK, Martin NG, Wright MJ, Thompson PM; Alzheimer's Disease Neuroimaging Initiative. Discovery and Replication of Gene Influences on Brain Structure Using LASSO Regression. Front Neurosci, 6:115, 2012. PMC3412288

75

597. Zarow C, Weiner MW, Ellis WG, Chui HC. Prevalence, laterality, and comorbidity of hippocampal sclerosis in an autopsy sample. Brain Behav, 2(4):435-42, 2012. PMC3432966

598. Lee GJ, Lu PH, Hua X, Lee S, Wu S, Nguyen K, Teng E, Leow AD, Jack CR Jr, Toga AW, Weiner MW, Bartzokis G, Thompson PM; Alzheimer's Disease Neuroimaging Initiative. Depressive symptoms in mild cognitive impairment predict greater atrophy in Alzheimer's disease-related regions. Biol Psychiatry, 71(9):814-21, 2012. PMC3322258

599. Lee JY, Insel P, Mackin RS, Schuff N, Chui H, Decarli C, Park KH, Mueller SG, Weiner MW. Different associations of white matter lesions with depression and cognition. BMC Neurol, 12(1):83, 2012. PMC3482604

600. Durazzo TC, Insel PS, Weiner MW; Alzheimer Disease Neuroimaging Initiative. Greater regional brain atrophy rate in healthy elderly subjects with a history of cigarette smoking. Alzheimers Dement, 8(6):513-9, 2012. PMC3484322

601. Nir T, Jahanshad N, Jack CR, Weiner MW, Toga AW, Thompson PM; the Alzheimer's Disease Neuroimaging Initiative (ADNI). Small World Network Measures Predict White Matter Degeneration In Patients With Early-Stage Mild Cognitive Impairment. Proc IEEE Int Symp Biomed Imaging, 2012:1405-1408, 2012. PMC3420972

602. Kohannim O, Hibar DP, Jahanshad N, Stein JL, Hua X, Toga AW, Jack CR Jr, Weiner MW, Thompson PM; the Alzheimer's Disease Neuroimaging Initiative. Predicting Temporal Lobe Volume On Mri From Genotypes Using L(1)-L(2) Regularized Regression. Proc IEEE Int Symp Biomed Imaging. 2012:1160-1163. PMC3420969

603. Morris JC, Aisen PS, Bateman RJ, Benzinger TL, Cairns NJ, Fagan AM, Ghetti B, Goate AM, Holtzman DM, Klunk WE, McDade E, Marcus DS, Martins RN, Masters CL, Mayeux R, Oliver A, Quaid K, Ringman JM, Rossor MN, Salloway S, Schofield PR, Selsor NJ, Sperling RA, Weiner MW, Xiong C, Moulder KL, Buckles VD. Developing an international network for Alzheimer research: The Dominantly Inherited Alzheimer Network. Clin Investig (Lond), 2(10):975-984, 2012. PMC3489185
http://www.ncbi.nlm.nih.gov/pubmed/23139856

604. Hurko O, Black SE, Doody R, Doraiswamy PM, Gamst A, Kaye J, Obisesan TO, Rusinek H, Scharre D, Sperling R, Weiner MW, Green RC; for the ADNI Data and Publication Committee. The ADNI Publication Policy: Commensurate recognition of critical contributors who are not authors. Neuroimage, 59(4):4196-200, 2012. PMID: 22100665 PMC3676932

605. Liu Y, Zhu X, Feinberg D, Guenther M, Gregori J, Weiner MW, Schuff N. Arterial spin labeling MRI study of age and gender effects on brain perfusion hemodynamics. Magn Reson Med, 68(3):912-22, 2012. PMID: 22139957

76

**Curriculum Vitae - Michael W. Weiner, M.D**.

606. Stein JL, et al (and 207 other authors). Identification of common variants associated with human hippocampal and intracranial volumes. Nat Genet, 44(5):552-61, 2012. PMID: 22504417

607. Zhan W, Kang GA, Glass GA, Zhang Y, Shirley C, Millin R, Possin KL, Nezamzadeh M, Weiner MW, Marks WJ Jr, Schuff N. Regional alterations of brain microstructure in parkinson's disease using diffusion tensor imaging. Mov Disord, 27(1):90-7, 2012. PMID: 21850668 PMCID3635491

608. Mackin RS, Insel P, Aisen PS, Geda YE, Weiner MW. Longitudinal stability of subsyndromal symptoms of depression in individuals with mild cognitive impairment: relationship to conversion to dementia after 3 years. Int J Geriatr Psychiatry, 27(4):355-363, 2012. PMID: 21744390 PMC3685477

609. Das SR, Avants BB, Pluta J, Wang H, Suh JW, Weiner MW, Mueller SG, Yushkevich PA. Measuring longitudinal change in the hippocampal formation from in vivo high-resolution T2-weighted MRI. Neuroimage, 60(2):1266-79, 2012. PMID: 22306801 PMC3667607

610. Seo SW, Lee JM, Im K, Park JS, Kim SH, Kim ST, Ahn HJ, Chin J, Cheong HK, Weiner MW, Na DL. Cortical thinning related to periventricular and deep white matter hyperintensities. Neurobiol Aging, 33(7):1156-1167.e1, 2012. PMID: 21316813

611. Jack CR Jr, Vemuri P, Wiste HJ, Weigand SD, Lesnick TG, Lowe V, Kantarci K, Bernstein MA, Senjem ML, Gunter JL, Boeve BF, Trojanowski JQ, Shaw LM, Aisen PS, Weiner MW, Petersen RC, Knopman DS; for the Alzheimer's Disease Neuroimaging Initiative. Shapes of the Trajectories of 5 Major Biomarkers of Alzheimer Disease. Arch Neurol, 69(7):856-67, 2012. PMID: 22409939 PMC3595157

612. Chiang GC, Zhan W, Schuff N, Weiner MW. White Matter Alterations in Cognitively Normal apoE {varepsilon}2 Carriers: Insight into Alzheimer Resistance? AJNR Am J Neuroradiol, 33(7):1392-7, 2012. PMID: 22383234 PMC3951461

613. Carrillo MC, Bain LJ, Frisoni GB, Weiner MW. Worldwide Alzheimer's disease neuroimaging initiative. Alzheimers Dement, 8(4):337-42, 2012. PMID: 22748939

614. Cardenas VA, Reed B, Chao LL, Chui H, Sanossian N, Decarli CC, Mack W, Kramer J, Hodis HN, Yan M, Buonocore MH, Carmichael O, Jagust WJ, Weiner MW. Associations Among Vascular Risk Factors, Carotid Atherosclerosis, and Cortical Volume and Thickness in Older Adults. Stroke, 43(11):2865-70, 2012. PMID: 22984010 PMC3732460

615. Zhang Y, Tartaglia MC, Schuff N, Chiang GC, Ching C, Rosen HJ, Gorno-Tempini ML, Miller BL, Weiner MW. MRI Signatures of Brain Macrostructural Atrophy and Microstructural Degradation in Frontotemporal Lobar Degeneration Subtypes. J Alzheimers Dis, 33(2):431-44, 2012. PMID: 22976075 PMC3738303

77

616.  Hua X, Hibar DP, Ching CR, Boyle CP, Rajagopalan P, Gutman BA, Leow AD, Toga AW, Jack CR Jr, Harvey D, Weiner MW, Thompson PM; the Alzheimer's Disease Neuroimaging Initiative. Unbiased tensor-based morphometry: Improved robustness and sample size estimates for Alzheimer's disease clinical trials. Neuroimage, (66):648-661, 2012. PMID: 23153970 PMC3785376

617.  Landau SM, Mintun MA, Joshi AD, Koeppe RA, Petersen RC, Aisen PS, Weiner MW, Jagust WJ; for the Alzheimer's Disease Neuroimaging Initiative. Amyloid deposition, hypometabolism, and longitudinal cognitive decline. Ann Neurol, 72(4):578-586, 2012. PMID: 23109153 PMC3786871

618.  Toledo JB, Toledo E, Weiner MW, Jack CR Jr, Jagust W, Lee VM, Shaw LM, Trojanowski JQ; Alzheimer's Disease Neuroimaging Initiative. Cardiovascular risk factors, cortisol, and amyloid-β deposition in Alzheimer's Disease Neuroimaging Initiative. Alzheimers Dement, 8(6):483-9, 2012. PMID: 23102118 PMC3668456

619.  Crane PK, Carle A, Gibbons LE, Insel P, Mackin RS, Gross A, Jones RN, Mukherjee S, Curtis SM, Harvey D, Weiner M, Mungas D; for the Alzheimer's Disease Neuroimaging Initiative. Development and assessment of a composite score for memory in the Alzheimer's Disease Neuroimaging Initiative (ADNI). Brain Imaging Behav, 6(4):502-516, 2012. PMID: 22782295 PMC3806057

620.  Adamson MM, Bayley PJ, Scanlon BK, Farrell ME, Hernandez B, Weiner MW, Yesavage JA, Taylor JL. Pilot expertise and hippocampal size: associations with longitudinal flight simulator performance. Aviat Space Environ Med, 83(9):850-7, 2012 Sept. PMID: 22946348 http://www.ncbi.nlm.nih.gov/pubmed/22946348

621.  Ramanan VK, Kim S, Holohan K, Shen L, Nho K, Risacher SL, Foroud TM, Mukherjee S, Crane PK, Aisen PS, Petersen RC, Weiner MW, Saykin AJ; for the Alzheimer's Disease Neuroimaging Initiative (ADNI). Genome-wide pathway analysis of memory impairment in the Alzheimer's Disease Neuroimaging Initiative (ADNI) cohort implicates gene candidates, canonical pathways, and networks. Brain Imaging Behav, 6(4):634-648, 2012 Dec. PMID: 22865056 PMC3713637

622.  Mackin RS, Tosun D, Mueller SG, Schuff N, Lee JY, Insel P, Truran-Sacrey D, Arean PA, Nelson JC, Weiner MW. Patterns of reduced cortical thickness in late life depression and relationship to psychotherapeutic response. Am J Geriatr Psychiatry, [Epub ahead of print], 2013. PMID: 23567394 PMC3732520

623.  Hibar DP, Stein JL, Ryles AB, Kohannim O, Jahanshad N, Medland SE, Hansell NK, McMahon KL, de Zubicaray GI, Montgomery GW, Martin NG, Wright MJ, Saykin AJ, Jack CR Jr, Weiner MW, Toga AW, Thompson PM; the Alzheimer's Disease Neuroimaging Initiative. Genome-wide association identifies genetic variants associated with lentiform nucleus volume in N = 1345 young and elderly subjects. Brain Imaging Behav, [Epub ahead of print] 2012 Aug 18. PMID: 22903471 PMC3779070

78

624. Rajagopalan P, Jahanshad N, Stein JL, Hua X, Madsen SK, Kohannim O, Hibar DP, Toga AW, Jack CR, Saykin AJ, Green R, Weiner MW, Bis JC, Kuller LH, Riverol M, Becker JT, Lopez OL, the Alzheimer's Disease Neuroimaging Initiative (ADNI) and the Cardiovascular Health Study (CHS). Common folate gene variant, MTHFR C677T, is associated with brain structure in two independent cohorts of people with mild cognitive impairment. NeuroImage: Clinical. 1(1): 179-187. 2012 PMID: 24179750 PMC3757723

625. Mackin RS, Insel P, Tosun D, Mueller SG, Schuff N, Truran-Sacrey D, Raptentsetsang ST, Lee JY, Jack CR Jr, Aisen PS, Petersen RC, Weiner MW; the Alzheimer's Disease Neuroimaging Initiative. The Effect of Subsyndromal Symptoms of Depression and White Matter Lesions on Disability for Individuals With Mild Cognitive Impairment. Am J Geriatr Psychiatry, [Epub ahead of print], 2013. PMID: 23567388

626. Wyman BT, Harvey DJ, Crawford K, Bernstein MA, Carmichael O, Cole PE, Crane PK, Decarli C, Fox NC, Gunter JL, Hill D, Killiany RJ, Pachai C, Schwarz AJ, Schuff N, Senjem ML, Suhy J, Thompson PM, Weiner M, Jack CR Jr; Alzheimer's Disease Neuroimaging Initiative. Standardization of analysis sets for reporting results from ADNI MRI data. Alzheimers Dement, [Epub ahead of print], 2013 May. PMID: 23110865 PMC3891834

627. Haldar JP, Wedeen VJ, Nezamzadeh M, Dai G, Weiner MW, Schuff N, Liang ZP. Improved diffusion imaging through SNR-enhancing joint reconstruction. Magn Reson Med, 69(1):277-89, 2013. PMC3407310

628. Rajagopalan P, Refsum H, Hua X, Toga AW, Jack CR Jr, Weiner MW, Thompson PM; Alzheimer's Disease Neuroimaging Initiative. Mapping creatinine- and cystatin C-related white matter brain deficits in the elderly. Neurobiol Aging, 34(4):1221-30, 2013. PMID: 23182131 PMC3603573

629. Jack CR Jr, Knopman DS, Jagust WJ, Petersen RC, Weiner MW, Aisen PS, Shaw LM, Vemuri P, Wiste HJ, Weigand SD, Lesnick TG, Pankratz VS, Donohue MC, Trojanowski JQ. Tracking pathophysiological processes in Alzheimer's disease: an updated hypothetical model of dynamic biomarkers. Lancet Neurol, 12(2):207-16, 2013. PMID: 23332364 PMC3622225

630. Rajagopalan P, Toga AW, Jack CR, Weiner MW, Thompson PM; for the Alzheimer's Disease Neuroimaging Initiative. Fat-mass-related hormone, plasma leptin, predicts brain volumes in the elderly. Neuroreport, 24(2):58-62, 2013. PMC3635486

631. Lehmann M, Ghosh PM, Madison C, Laforce R Jr, Corbetta-Rastelli C, Weiner MW, Greicius MD, Seeley WW, Gorno-Tempini ML, Rosen HJ, Miller BL, Jagust WJ, Rabinovici GD. Diverging patterns of amyloid deposition and hypometabolism in clinical variants of probable Alzheimer's disease. Brain, 136(Pt 3):844-58, 2013. PMID: 23358601 PMC3580269

632. Gutman BA, Hua X, Rajagopalan P, Chou YY, Wang Y, Yanovsky I, Toga AW, Jack CR Jr, Weiner MW, Thompson PM; for the Alzheimer's Disease Neuroimaging Initiative.

**Curriculum Vitae - Michael W. Weiner, M.D**.

Maximizing power to track Alzheimer's disease and MCI progression by LDA-based weighting of longitudinal ventricular surface features. Neuroimage, 70:386-401, 2013. PMID: 23296188 PMC3942253

633. Weiner MW. Dementia in 2012: Further insights into Alzheimer disease pathogenesis. Nat Rev Neurol, 9(2):65-6, 2013. PMID 23338285
http://www.ncbi.nlm.nih.gov/pubmed/23338285

634. Daianu M, Jahanshad N, Nir TM, Toga AW, Jack CR Jr, Weiner MW, Thompson PM; Alzheimer's Disease Neuroimaging Initiative. Breakdown of brain connectivity between normal aging and Alzheimer's disease: a structural k-core network analysis. Brain Connectivity, 3(4):407-22. 2013. PMID: 23701292 PMC3749712
http://www.ncbi.nlm.nih.gov/pubmed/23701292

635. Kantarci K, Gunter JL, Tosakulwong N, Weigand SD, Senjem MS, Petersen RC, Aisen PS, Jagust WJ, Weiner MW, Jack CR Jr; Alzheimer's Disease Neuroimaging Initiative. Focal hemosiderin deposits and β-amyloid load in the ADNI cohort. Alzheimers Dement, [Epub ahead of print], 2013 Jan 30. PMID: 23375568 PMC3770782

636. Marchant NL, Reed BR, Sanossian N, Madison CM, Kriger S, Dhada R, Mack WJ, Decarli C, Weiner MW, Mungas DM, Chui HC, Jagust WJ. The Aging Brain and Cognition: Contribution of Vascular Injury and Aβ to Mild Cognitive Dysfunction. JAMA Neurol, 70(4):488-95, 2013 Feb 11. PMID: 23400560 PMC3771392

637. Naylor MG, Cardenas VA, Tosun D, Schuff N, Weiner M, Schwartzman A. Voxelwise multivariate analysis of multimodality magnetic resonance imaging. Hum Brain Mapp. [Epub ahead of print] 2013 Feb 13. PMID: 23408378
http://www.ncbi.nlm.nih.gov/pubmed/23408378

638. Ramanan VK, Risacher SL, Nho K, Kim S, Swaminathan S, Shen L, Foroud TM, Hakonarson H, Huentelman MJ, Aisen PS, Petersen RC, Green RC, Jack CR, Koeppe RA, Jagust WJ, Weiner MW, Saykin AJ. APOE and BCHE as modulators of cerebral amyloid deposition: a florbetapir PET genome-wide association study. Mol Psychiatry, [Epub ahead of print] 2013 Feb 19. PMID: 23419831 PMC3661739

639. Cardenas VA, Tosun D, Chao LL, Fletcher PT, Joshi S, Weiner MW, Schuff N. Voxel-Wise Co-analysis of Macro- and Microstructural Brain Alteration in Mild Cognitive Impairment and Alzheimer's Disease Using Anatomical and Diffusion MRI. J Neuroimaging, [Epub ahead of print] 2013 Feb 19. PMID: 23421601 PMC3951683

640. Roussotte FF, Jahanshad N, Hibar DP, Sowell ER, Kohannim O, Barysheva M, Hansell NK, McMahon KL, de Zubicaay GI, Montgomery GW, Martin NG, Wright MJ, Toga AW, Jack Jr CR, Weiner MW, Thompson PM; and the ADNI. A commonly carried genetic variant in the delta opioid receptor gene, OPRD1, is associated with smaller regional brain volumes:

80

Replication in elderly and young populations. Hum Brain Mapp, [Epub ahead of print] 2013 Feb 21. PMID: 23427138 PMC4046708

641. Protas HD, Chen K, Langbaum JB, Fleisher AS, Alexander GE, Lee W, Bandy D, de Leon MJ, Mosconi L, Buckley S, Truran-Sacrey D, Schuff N, Weiner MW, Caselli RJ, Reiman EM. Posterior cingulate glucose metabolism, hippocampal glucose metabolism, and hippocampal volume in cognitively normal, late-middle-aged persons at 3 levels of genetic risk for Alzheimer disease. JAMA Neurology, 70(3):320-5. 2013 Mar 1. PMID: 23599929 PMC3745014 http://www.ncbi.nlm.nih.gov/pubmed/23599929

642. Ewers M, Insel PS, Stern Y, Weiner MW, Alzheimer's Disease Neuroimaging Initiative (ADNI). Cognitive reserve associated with FDG-PET in preclinical Alzheimer 's disease. Neurology, 80(13):1194-201, [Epub ahead of print] 2013 Mar 13. PMID: 23486873 PMC3691784  http://www.ncbi.nlm.nih.gov/pubmed/23486873

643. Jahanshad N, Rajagopalan P, Hua X, Hibar DP, Nir TM, Toga AW, Jack CR Jr, Saykin AJ, Green RC, Weiner MW, Medland SE, Montgomery GW, Hansell NK, McMahon KL, de Zubicaray GI, Martin NG, Wright MJ, Thompson PM; Alzheimer's Disease Neuroimaging Initiative. Genome-wide scan of healthy human connectome discovers SPON1 gene variant influencing dementia severity. Proc Natl Acad Sci U S A, 110(12):4768-73, 2013 Mar 19. PMID: 23471985 PMC3606977 http://www.ncbi.nlm.nih.gov/pubmed/23471985

644. Swaminathan S, Risacher SL, Yoder KK, West JD, Shen L, Kim S, Inlow M, Foroud T, Jagust WJ, Koeppe RA, Mathis CA, Shaw LM, Trojanowski JQ, Soares H, Aisen PS, Petersen RC, Weiner MW, Saykin AJ; Alzheimer's Disease Neuroimaging Initiative. Association of plasma and cortical amyloid beta is modulated by APOE ε4 status. Alzheimers Dement, [Epub ahead of print], 2013 Mar 26. PMID: 23541187 PMC3750076 http://www.ncbi.nlm.nih.gov/pubmed/23541187

645. Risacher SL, Kim S, Shen L, Nho K, Foroud T, Green RC, Petersen RC, Jack CR Jr, Aisen PS, Koeppe RA, Jagust WJ, Shaw LM, Trojanowski JQ, Weiner MW, Saykin AJ; Alzheimer's Disease Neuroimaging Initiative. The role of apolipoprotein E (APOE) genotype in early mild cognitive impairment (E-MCI). Front Aging Neurosci, 5:11, 2013 Apr 1. PMID: 23554593 PMC3612590 http://www.ncbi.nlm.nish.gov/pubmed/23554593

646. Lam F, Babacan SD, Haldar JP, Weiner MW, Schuff N, Liang ZP. Denoising diffusion-weighted magnitude MR images using rank and edge constraints. Magn Reson Med. [Epub ahead of print] 2013 Apr 8. PMID: 23568755 PMC3796128 http://www.ncbi.nlm.nih.gov/pubmed/23568755

647. Park JH, Seo SW, Changsoo K, Kim GH, Noh HJ, Kim ST, Kwak KC, Yoon U, Lee JM, Lee JW, Shin J, Kim CH, Noh Y, Cho H, Kim HJ, Yoon CW, Oh SJ, Kim JS, Choe YS, Lee KH, Lee JH, Ewers M, Weiner MW, Werring DJ and Na DL. Pathogenesis of cerebral microbleeds: in vivo imaging of amyloid and subcortical ischemic small vessel disease in 226

81

**Curriculum Vitae - Michael W. Weiner, M.D**.

individuals with cognitive impairment. Ann Neurol, 73(5):584-93. [Epub ahead of print] 2013 May. PMID: 23495089 http://www.ncbi.nlm.nih.gov/pubmed/23495089

648. Madsen S, Gutman BA, Joshi SH, Toga AW, Jack Jr. CR, Weiner MW, Thompson PM, the Alzheimer's Disease Neuroimaging Initiative (ADNI). Relating longitudinal ventricular expansion to cortical gray matter thinning in the elderly, submitted to the Neurobiology of Aging (Special Issue on Novel Imaging Biomarkers for Alzheimer's Disease and Related Disorders), 2013 May 1.

649. Hibar D, Stein JL, Jahanshad N, Kohannim O, Hua X, Toga AW, McMahon KL, de Zubicaray GI, Martin NG, Wright MJ, Weiner MW, Thompson PM, the Alzheimer's Disease Neuroimaging Initiative (ADNI). Genome-wide interaction analysis reveals replicated epistatic effects on brain structure, submitted to the Neurobiology of Aging (Special Issue on Novel Imaging Biomarkers for Alzheimer's Disease and Related Disorders), 2013 May 1. PMID: 25264344

650. Jahanshad N, Nir TM, Toga AW, Jack Jr. CR., Weiner MW, Thompson PM, the Alzheimer's Disease Neuroimaging Initiative (ADNI). Seemingly Unrelated Regression empowers detection of network failure in dementia, submitted to the Neurobiology of Aging (Special Issue on Novel Imaging Biomarkers for Alzheimer's Disease and Related Disorders), 2013 May 1.

651. Nir TM, Jahanshad N, Toga AW, Jack Jr. CR, Weiner MW, Thompson PM, the Alzheimer's Disease Neuroimaging Initiative (ADNI). Connectivity network measures predict volumetric atrophy in mild cognitive impairment, submitted to the Neurobiology of Aging (Special Issue on Novel Imaging Biomarkers for Alzheimer's Disease and Related Disorders), 2013 May 1.

652. Nir TM, Villalon-Reina JE, Prasad G, Jahanshad N, Joshi SH, Toga AW, Bernstein MA, Jack Jr. CR., Weiner MW, Thompson PM, the Alzheimer's Disease Neuroimaging Initiative (ADNI). DTI--based maximum density path analysis and SVM classification of Alzheimer's disease, submitted to the Neurobiology of Aging (Special Issue on Novel Imaging Biomarkers for Alzheimer's Disease and Related Disorders), 2013 May 1.

653. Ching C, Hua X, Hibar DP, Ward CP, Gunter JL, Bernstein MA, Jack Jr CR, Weiner MW, Thompson PM, the Alzheimer's Disease Neuroimaging Initiative (ADNI). DOES MRI SCAN ACCELERATION AFFECT POWER TO TRACK BRAIN CHANGE? submitted to the Neurobiology of Aging (Special Issue on Novel Imaging Biomarkers for Alzheimer's Disease and Related Disorders), 2013 May 1.

654. Tosun D, Joshi S, Weiner MW. Neuroimaging predictors of brain amyloidosis in mild cognitive impairment. Annals of Neurology, 2013 May 8 [Epub ahead of print]. PMID: 23686534 http://www.ncbi.nlm.nih.gov/pubmed/23686534

655. Zhang Y, Schuff N, Camacho M, Chao LL, Fletcher TP, Yaffe K, Woolley SC, Madison C, Rosen HJ, Miller BL, Weiner MW. MRI Markers for Mild Cognitive Impairment:

82

**Curriculum Vitae - Michael W. Weiner, M.D**.

Comparisons between White Matter Integrity and Gray Matter Volume Measurements. PLoS ONE, 8(6): e66367. 2013 June 6. PMID: 23762488 PMC3675142

656. Chao LL, Decarli C, Kriger S, Truran D, Zhang Y, Laxamana J, Villeneuve S, Jagust WJ, Sanossian N, Mack WJ, Chui HC, Weiner MW. Associations between White Matter Hyperintensities and β Amyloid on Integrity of Projection, Association, and Limbic Fiber Tracts Measured with Diffusion Tensor MRI. PLoS One; 8(6):e65175. 2013 June 6. PMID: 23762308 PMC3675157 http://www.ncbi.nlm.nih.gov/pubmed/23762308

657. Kohannim O, Hua X, Rajagopalan P, Hibar DP, Jahanshad N, Grill JD, Apostolova LG, Toga AW, Jack CR Jr, Weiner MW, Thompson PM; Alzheimer's Disease Neuroimaging Initiative. Multilocus genetic profiling to empower drug trials and predict brain atrophy. NeuroImage: Clinical, 2:827-35. 2013 June 13. PMID: 24179834 PMC3777716 http://www.ncbi.nlm.nih.gov/pubmed/24179834

658. Yan X, Brown AD, Lazar M, Cressman VL, Henn-Haase C, Neylan TC, Shalev A, Wolkowitz OM, Hamilton SP, Yehuda R, Sodickson DK, Weiner MW, Marmar CR. Spontaneous brain activity in combat related PTSD. Neuroscience Letters, 547:1-5. 2013 Jun 28. PMID: 23643995 http://www.ncbi.nlm.nih.gov/pubmed/23643995

659. Weiner MW, Friedl KE, Pacifico A, Chapman JC, Jaffee MS, Little DM, Manley GT, McKee A, Petersen RC, Pitman RK, Yaffe K, Zetterberg H, Obana R, Bain LJ, Carrillo MC. Military risk factors for Alzheimer's disease. Alzheimer's & Dementia, 9(4):445-451. 2013 July. PMID: 23809365 http://www.ncbi.nlm.nih.gov/pubmed/23809365

660. Kim S, Swaminathan S, Inlow M, Risacher SL, Nho K, Shen L, Foroud TM, Petersen RC, Aisen PS, Soares H, Toledo JB, Shaw LM, Trojanowski JQ, Weiner MW, McDonald BC, Farlow MR, Ghetti B, Saykin AJ, for the Alzheimer's Disease Neuroimaging Iniative (ADNI). Influence of Genetic Variation on Plasma Protein Levels in Older Adults Using a Multi-Analyte Panel. PLoS ONE, 8(7). 2013 July 23. PMID: 23894628 PMC3720913 http://www.ncbi.nlm.nih.gov/pubmed/23894628

661. Nir TM, Jahanshad N, Villalon-Reina JE, Toga AW, Jack CR, Weiner MW, Thompson PM; Alzheimer's Disease Neuroimaging Initiative (ADNI). Effectiveness of regional DTI measures in distinguishing Alzheimer's disease, MCI, and normal aging. NeuroImage: Clinical, 3:180-95. 2013 July 27. PMID: 24179862 PMC3792746 http://www.ncbi.nlm.nih.gov/pubmed/24179862

662. Frisoni GB1, Bocchetta M, Chételat G, Rabinovici GD, de Leon MJ, Kaye J, Reiman EM, Scheltens P, Barkhof F, Black SE, Brooks DJ, Carrillo MC, Fox NC, Herholz K, Nordberg A, Jack CR Jr, Jagust WJ, Johnson KA, Rowe CC, Sperling RA, Thies W, Wahlund LO, Weiner MW, Pasqualetti P, Decarli C; ISTAART's NeuroImaging Professional Interest Area. Imaging markers for Alzheimer disease: which vs how. Neurology, 81(5):487-500. 2013 July 30. PMID: 23897875 PMC3776529 http://www.ncbi.nlm.nih.gov/pubmed/23897875

**Curriculum Vitae - Michael W. Weiner, M.D**.

663. Arbizu J, Prieto E, Martínez-Lage P, Martí-Climent JM, García-Granero M, Lamet I, Pastor P, Riverol M, Gómez-Isla MT, Peñuelas I,. Richter JA, Weiner MW, Alzheimer's Disease Neuroimaging Initiative. Automated analysis of FDG PET as a tool for single-subject probabilistic prediction and detection of Alzheimer's disease dementia. European Journal of Nuclear Medicine and Molecular Imaging, 40(9): 1394-405. 2013 Sept. PMID: 23715905
http://www.ncbi.nlm.nih.gov/pubmed/23715905

664. Scanlon C, Mueller SG, Cheong I, Hartig M, Weiner MW, Laxer KD. Grey and white matter abnormalities in temporal lobe epilepsy with and without mesial temporal sclerosis. Journal of Neurology, 260(9):2320-9. 2013 Sep. PMID:  23754695 PMC3845492
http://www.ncbi.nlm.nih.gov/pubmed/23754695

665. Hibar D, Stein JL, Jahanshad N, Toga AW, McMahon KL, de Zubicaray GI, Montgomery GW, Martin NG, Wright MJ, Weiner MW, Thompson PM. Exhaustive search of the SNP-SNP interactome identifies replicated epistatic effects on brain volume in two cohorts. MICCAI 2013: Lecture Notes in Computer Science. 8151: 600-607. 2013. PMID: 24505811 PMC4109883

666. Madsen SK, Gutman BA, Joshi SH, Toga AW, Jack Jr. CR, Weiner MW, Thompson PM, for the Alzheimer's Disease Neuroimaging Initiative (ADNI). Mapping dynamic changes in ventricular volume onto baseline cortical surface maps in normal aging, MCI, and Alzheimer's disease. MICCAI MBIA 2013. 84-94. 2013. PMID: 25152934 PMC4138607

667. Daianu M, Dennis EL, Nir TM, Jahanshad N, Toga AW, Jack Jr. CR, Weiner MW, Thompson PM, and the Alzheimer's Disease Neuroimaging Initiative (ADNI). Disrupted Brain Connectivity in Alzheimer's Disease: Effects of Network Thresholding, MICCAI BC Workshop, Japan, 2013, submitted.

668. Jahanshad N, Kochunov P, Glahn D, Blangero J, Nichols TE, McMahon KL, de Zubicaray GI, Martin NG, Wright MJ, Nir T, Jack Jr. CR, Weiner MW, Toga AW, Thompson PM, the ADNI. Power Estimates for Voxel-Based Genetic Association Studies using Diffusion Imaging, submitted to MICCAI MBIA Workshop 2013, Nagoya, Japan, Sept. 22-26 2013 [12-page paper; peer-reviewed].

669. Jahanshad N, Bhatt P, Hibar DP, Villalon JE, Nir TM, Toga AW, Jack Jr. CR, Bernstein MA, Weiner MW, McMahon KL, de Zubicaray GI, Martin NG, Wright MJ, Thompson PM, the Alzheimer's Disease Neuroimaging Initiative (ADNI). Bivariate genome-wide association study of genetically correlated neuroimaging phenotypes from DTI and MRI through a Seemingly Unrelated Regression model. MICCAI MBIA Workshop 2013: Lecture Notes in Computer Science. 8159:189-201. 2013

670. Shen L, Thompson PM, Potkin SG, Bertram L, Farrer LA, Foroud TM, Green RC, Hu X, Huentelman MJ, Kim S, Kauwe JSK, Li Q, Liu E, Macciardi F, Moore JH, Munsie L, Nho K, Ramanan VK, Risacher SL, Stone DJ, Swaminathan S, Toga AW, Weiner MW, Saykin AJ, and for the Alzheimer's Disease Neuroimaging Initiative. Genetic analysis of quantitative

84

**Curriculum Vitae - Michael W. Weiner, M.D**.

phenotypes in AD and MCI: imaging, cognition and biomarkers. Brain Imaging and Behavior, 2013 Oct 5. PMID: 24092460 PMC3976843 http://www.ncbi.nlm.nih.gov/pubmed/24092460

671. Toledo JB, Cairns NJ, Da X, Chen K, Carter D, Fleisher A, Householder E, Ayutyanont N, Roontiva A, Bauer RJ, Eisen P, Shaw LM, Davatzikos C, Weiner MW, Reiman EM, Morris JC, Trojanowski JQ; Alzheimer's Disease Neuroimaging Initiative. Clinical and multimodal biomarker correlates of ADNI neuropathological findings. Acta Neuropathologica Communications, 1(1):65. 2013 Oct 9.
PMID: 24252435 PMC3893373 http://www.ncbi.nlm.nih.gov/pubmed/24252435

672. Kim HJ, Kim J, Cho H, Ye BS, Yoon CW, Noh Y, Kim GH, Lee JH, Kim JS, Choe YS, Lee KH, Kim CH, Seo SW, Weiner MW, Na DL, Seong JK. Individual subject classification of mixed dementia from pure subcortical vascular dementia based on subcortical shape analysis. PLoS One, 8(10): e75602. 2013 Oct 10.
PMID: 24130724 PMC3794958 http://www.ncbi.nlm.nih.gov/pubmed/24130724

673. Veitch DP, Friedl KE, Weiner MW. Military risk factors for cognitive decline, dementia and Alzheimer's disease. Curr Alzheimer Res., 10(9):907-30. 2013 Nov.
PMID: 23906002 http://www.ncbi.nlm.nih.gov/pubmed/23906002

674. Ewers M1, Brendel M, Rizk-Jackson A, Rominger A, Bartenstein P, Schuff N, Weiner MW; Alzheimer's Disease Neuroimaging Initiative (ADNI). Reduced FDG-PET brain metabolism and executive function predict clinical progression in elderly healthy subjects. NeuroImage Clinical, 4(1):45-52. 2013 Nov 4. PMID: 24286024
http://www.ncbi.nlm.nih.gov/pubmed/24286024

675. Benzinger TL, Blazey T, Jack CR Jr, Koeppe RA, Su Y, Xiong C, Raichle ME, Snyder AZ, Ances BM, Bateman RJ, Cairns NJ, Fagan AM, Goate A, Marcus DS, Aisen PS, Christensen JJ, Ercole L, Hornbeck RC, Farrar AM, Aldea P, Jasielec MS, Owen CJ, Xie X, Mayeux R, Brickman A, McDade E, Klunk W, Mathis CA, Ringman J, Thompson PM, Ghetti B, Saykin AJ, Sperling RA, Johnson KA, Salloway S, Correia S, Schofield PR, Masters CL, Rowe C, Villemagne VL, Martins R, Ourselin S, Rossor MN, Fox NC, Cash DM, Weiner MW, Holtzman DM, Buckles VD, Moulder K, Morris JC. Regional variability of imaging biomarkers in autosomal dominant Alzheimer's disease. Proc Natl Acad Sci U S A, 110(47): E4502-9. 2013 Nov 19. PMC3839740 http://www.ncbi.nlm.nih.gov/pubmed/24194552

676. Liu X, Tosun D, Weiner MW, Schuff N; Alzheimer's Disease Neuroimaging Initiative. Locally linear embedding (LLE) for MRI based Alzheimer's disease classification. NeuroImage, 83:148-57. 2013 Dec. PMID: 23792982 PMC3815961
http://www.ncbi.nlm.nih.gov/pubmed/23792982

677. Toledo JB, Da X, Weiner MW, Wolk DA, Xie SX, Arnold SE, Davatzikos C, Shaw LM, Trojanowski JQ, and for the Alzheimer's Disease Neuroimaging Initiative. CSF Apo-E levels

85

**Curriculum Vitae - Michael W. Weiner, M.D**.

associate with cognitive decline and MRI changes. Acta Neuropathogica, *Accepted* 2013 Dec 17. PMID: 24385135 PMC3988233 http://www.ncbi.nlm.nih.gov/pubmed/24385135

678. Kim HJ, Ye BS, Yoon CW, Cho H, Noh Y, Kim GH, Choi YS, Kim JH, Jeon S, Lee JM, Kim JS, Choe YS, Lee KH, Kim ST, Kim C, Kang DR, Ki CS, Lee JH, Werring DJ, Weiner MW, Na DL, Seo SW. Effects of APOE ε4 on brain amyloid, lacunar infarcts, and white matter lesions: a study among patients with subcortical vascular cognitive impairment. Neurobiology of Aging, 34(11):2482-7. 2013 Nov. PMID: 23769398
http://www.ncbi.nlm.nih.gov/pubmed/23769398

679. Roussotte FF, Gutman BA, Hibar DP, Jahanshad N, Madsen SK, Jack CR Jr, Weiner MW, Thompson PM; Alzheimer's Disease Neuroimaging Initiative (ADNI). A single nucleotide polymorphism associated with reduced alcohol intake in the RASGRF2 gene predicts larger cortical volumes but faster longitudinal ventricular expansion in the elderly. Frontiers in Aging Neuroscience, 5:93. 2013 Dec 19. PMID: 24409144 PMC3867747
http://www.ncbi.nlm.nih.gov/pubmed/24409144

680. Snyder HM, Carrillo M, Grodstein F, Henriksen K, Jeromin A, Lovestone S, Mielke MM, O'Bryant S, Sarasa M, Sjøgren M, Soares H, Teeling J, Trushina E, Ward M, West T, Bain LJ, Shineman DW, Weiner MW, Fillit H. Developing Novel Blood-Based Biomarkers for Alzheimer's Disease. Alzheimer's & Dementia. 10(1):109-14. 2014 Jan. PMID: 24365657 http://www.ncbi.nlm.nih.gov/pubmed/24365657

681. Park JH, Seo SW, Kim C, Kim SH, Kim GH, Kim ST, Jeon S, Lee JM, Oh SJ, Kim JS, Choe YS, Lee KH, Shin JS, Kim CH, Noh Y, Cho H, Yoon CW, Kim HJ, Ye BS, Ewers M, Weiner MW, Lee JH, Werring DJ, Na DL. Effects of cerebrovascular disease and amyloid beta burden on cognition in subjects with subcortical vascular cognitive impairment. Neurobiology of Aging, 35(1):254-60. 2014 Jan. PMID: 23932881
http://www.ncbi.nlm.nih.gov/pubmed/23932881

682. Henriksen K, O'Bryant SE, Hampel H, Trojanowski JQ, Montine TJ, Jeromin A, Blennow K, Lönneborg A, Wyss-Coray T, Soares H, Bazenet C, Sjøgren M, Hu W, Lovestone S11, Karsdal MA13, Weiner MW14; Blood-Based Biomarker Interest Group. Alzheimers & Dementia, 10(1):115-31. 2014 Jan. PMID: 23850333 PMC4128378
http://www.ncbi.nlm.nih.gov/pubmed/23850333

683. Apostolova LG, Hwang KS, Kohannim O, Avila D1, Elashoff D, Jack CR Jr, Shaw L, Trojanowski JQ, Weiner MW, Thompson PM; Alzheimer's Disease Neuroimaging Initiative. ApoE4 effects on automated diagnostic classifiers for mild cognitive impairment and Alzheimer's disease. NeuroImage Clinical, 4(1):461-72. 2014 Jan 4. PMID: 24634832 PMC3952354  http://www.ncbi.nlm.nih.gov/pubmed/24634832

684. Thompson PM, Stein JL, Medland SE, Hibar DP, et al. The ENIGMA Consortium: large-scale collaborative analyses of neuroimaging and genetic data. Brain Imaging Behav. 2014 Jan 8.

[Epub ahead of print]. PMID: 24399358 PMC4008818
http://www.ncbi.nlm.nih.gov/pubmed/24399358

685.  Villeneuve S, Reed BR, Wirth M, Haase CM, Madison CM, Ayakta N, Mack W, Mungas D, Chui HC, Decarli C, Weiner MW, Jagust WJ. Cortical thickness mediates the effect of β-amyloid on episodic memory. Neurology, [Epub ahead of print] 2014 Jan 31. PMID: 24489134 PMCID: PMC3945649 http://www.ncbi.nlm.nih.gov/pubmed/24489134

686.  Lee J-Y, Park S,  Mackin S, Ewers M, Chui H, Jagust W, Insel PS, Weiner MW. Differences in Prefrontal, Limbic, and White Matter Lesion Volumes According to Cognitive Status in Elderly Patients with First-Onset Subsyndromal Depression. PLoS ONE, 9(1): e87747. 2014 Jan 31. PMID: 24498184 PMCID: PMC3909227

687.  Lee MJ, Seo SW, Na DL, Kim C, Park JH, Kim GH, Kim CH, Noh Y, Cho H, Kim HJ, Yoon CW, Ye BS, Chin J, Jeon S, Lee JM, Choe YS, Lee KH, Kim JS, Kim ST, Lee JH, Ewers M, Werring DJ, Weiner MW. Synergistic Effects of Ischemia and β-Amyloid Burden on Cognitive Decline in Patients With Subcortical Vascular Mild Cognitive Impairment. JAMA Psychiatry, 2014 Feb 19 [Epub ahead of print].
PMID: 24554306 http://www.ncbi.nlm.nih.gov/pubmed/24554306

688.  Noh Y, Seo SW, Jeon S, Lee JM, Kim JH, Kim GH, Cho H, Yoon CW, Kim HJ, Ye BS, Kim ST, Choe YS, Lee KH, Kim JS, Ewers M, Weiner MW, Lee JH, Werring DJ, Kang DR, Kim CS, Na DL. White Matter Hyperintensities are associated with Amyloid Burden in APOE4 Non-Carriers. Journal of Alzheimers Disease, 2014 Feb 20 [Epub ahead of print].
PMID: 24577457 http://www.ncbi.nlm.nih.gov/pubmed/24577457

689.  Chao LL, Mohlenhoff BS, Weiner MW, Neylan TC. Associations between Subjective Sleep Quality and Brain Volume in Gulf War Veterans. Sleep, 37(3):445-52. 2014 Mar 1. PMID: 24587566 PMCID: PMC3920309  http://www.ncbi.nlm.nih.gov/pubmed/24587566

690.  Toledo JB, Weiner MW, Wolk DA, Da X, Chen K, Arnold SE, Jagust W, Jack C, Reiman EM, Davatzikos C, Shaw LM, Trojanowski JQ. Neuronal injury biomarkers and prognosis in ADNI subjects with normal cognition. Acta Neuropathol Commun, 2(1):26. 2014 Mar 6. PMID: 24602322 PMCID: PMC4008258 http://www.ncbi.nlm.nih.gov/pubmed/24602322

691.  Mackin RS1, Insel P, Truran D, Vichinsky EP, Neumayr LD, Armstrong FD, Gold JI, Kesler K, Brewer J, Weiner MW; Neuropsychological Dysfunction and Neuroimaging Adult Sickle Cell Anemia Study Group. Neuroimaging abnormalities in adults with sickle cell anemia: Associations with cognition. Neurology, 82(10):835-41. 2014 Mar 11. PMID: 24523480 PMCID: PMC3959758 http://www.ncbi.nlm.nih.gov/pubmed/24523480

692.  Mattsson N , Tosun D, Insel PS, Simonson A, Jack CR Jr, Beckett LA, Donohue M, Jagust W, Schuff N, Weiner MW; on behalf of the Alzheimer's Disease Neuroimaging Initiative. Association of brain amyloid-β with cerebral perfusion and structure in Alzheimer's disease and mild cognitive impairment. BRAIN: a journal of neurology, 2014 Mar 12 [Epub ahead of

87

print]. PMID: 24625697 PMCID: PMC3999717
http://www.ncbi.nlm.nih.gov/pubmed/24625697

693.  Mattsson N, Insel P, Nosheny R, Tosun D, Trojanowski JQ, Shaw LM, Clifford JR Jr,
      Donohue M, Weiner M; for the Alzheimer's Disease Neuroimaging Initiative.  Emerging β-
      amyloid pathology and accelerated cortical atrophy. JAMA Neurology. 2014 *In Press.* PMID:
      24781145

694.  Durazzo, T.C., Mattsson, N, Weiner, M.W., Korecka, M., Trojanowski, J.Q., Shaw, L.M.;
      Alzheimer's Disease Neuroimaging Initiative. History of cigarette smoking in cognitively-
      normal elders is associated with elevated cerebrospinal fluid biomarkers of oxidative stress.
      Drug Alcohol Depend, 142:262-8, 2014 Sep 1. PMID: 25037769 PMCID: PMC4144023

695.  Tsao, S., Gajawelli, N., Hwang, D.H., Kriger, S., Law, M., Chui, H., Weiner, M., Lepore, N.
      Mapping of ApoE4 Related White Matter Damage using Diffusion MRI Proc. Soc. Photo Opt
      Instrum Eng., 9039:90390H, 2014 Apr 9. PMID: 25076830 PMCID: PMC4112767

696.  Weiner, M.W. Military Risk Supplement. Preface. Alzheimers Dement. 10(3 Suppl):S92-3,
      2014. PMID:24924678

697.  Weiner, M.W., Veitch, D.P., Hayes, J., Neylan, T., Grafman, J., Aisen, P.S., Petersen, R.C.,
      Jack, C., Jagust, W., Trojanowski, J.Q., Shaw, L.M., Saykin, A.J., Green, R.C., Harvey, D.,
      Toga, A.W., Friedl, K.E., Pacifico, A., Sheline, Y., Yaffe, K., Mohlenoff, B.; Department of
      Defense Alzheimer's Disease Neuroimaging Initiative. Effects of traumatic brain injury and
      posttraumatic stress disorder on Alzheimer's disease in veterans, using the Alzheimer's
      Disease Neuroimaging Initiative.  Alzheimers Dement. 10(3 Suppl):S226-35, 2014. PMID:
      24924673

698.  Mohlenhoff, B.S., Chao, L.L., Buckley, S.T., Weiner, M.W., Neylan, T.C. Are hippocampal
      size differences in posttraumatic stress disorder mediated by sleep pathology?  Alzheimers
      Dement, 10(3 Suppl):S146-54, 2014. PMID: 24924666 PMCID: PMC4111235

699.  Durazzo, T.C., Mattsson, N, Weiner, M.W., the Alzheimer's Disease Neuroimaging
      Initiative. Smoking and increased Alzheimer's disease risk: a review of potential
      mechanisms.  Alzheimers Dement, 10(3 Suppl):S122-45, 2014 Jun 10. PMID: 24924665
      PMCID: PMC4098701

700.  Villeneuve, S., Reed, B.R., Madison, C.M., Wirth, M., Marchant, N.L., Kriger, S., Mack,
      W.J., Sanossian, N., DeCarli, C., Chui, H.C., Weiner, M.W., Jagust, W.J. Vascular risk and
      Aβ interact to reduce cortical thickness in AD vulnerable brain regions. Neurology, 83(1):40-
      7, 2014 Jul 1. PMID: 24907234 PMCID: PMC4114172

701.  Weiner, M., Tröndle, J., Albermann, C., Sprenger, G.A., Weuster-Botz, D. Improvement of
      constraint-based flux estimation during L-phenylalanine production with Escherichia coli
      using targeted knock-out mutants. Biotechnol Bioeng, 111(7):1406-16, 2014. PMID:
      24449451

702.  Sudheimer, K.D., O'Hara, R., Spiegel, D., Powers, B., Kraemer, H.C., Neri, E., Weiner, M.,
      Hardan, A., Hallmayer, J., Dhabhar, F.S. Cortisol, cytokines, and hippocampal volume
      interactions in the elderly. Front Aging Neurosci, 6:153, 2014. PMID: 25071562 PMCID:
      PMC4079951

703. Maier-Hein, K.H., Westin, C.F., Shenton, M.E., Weiner, M.W., Raj, A., Thomann, P., Kikinis, R., Stieltjes, B., Pasternak, O. Widespread white matter degeneration preceding the onset of dementia. Alzheimers Dement, pii: S1552-5260(14)00648-7, 2014. PMID: 25035154

704. Ye, B.S., Seo, S.W., Kim, G.H., Noh, Y., Cho, H., Yoon, C.W., Kim, H.J., Chin, J., Jeon, S., Lee, J.M., Seong, J.K., Kim, J.S., Lee, J.H., Choe, Y.S., Lee, K.H., Sohn, Y.H., Ewers, M., Weiner, M., Na, D.L. Amyloid burden, cerebrovascular disease, brain atrophy, and cognition in cognitively impaired patients. Alzheimers Dement, pii: S1552-5260(14)02419-4, 2014. PMID: 25048578

705. Thomas, J.B., Brier, M.R., Bateman, R.J., Snyder, A.Z., Benzinger, T.L., Xiong, C., Raichle, M., Holtzman, D.M., Sperling, R.A., Mayeux, R., Ghetti, B., Ringman, J.M., Salloway, S., McDade, E., Rossor, M.N., Ourselin, S., Schofield, P.R., Masters, C.L., Martins, R.N., Weiner, M.W., Thompson, P.M., Fox, N.C., Koeppe, R.A., Jack, C.R. Jr., Mathis, C.A., Oliver, A., Blazey, T.M., Moulder, K., Buckles, V., Hornbeck, R., Chhatwal, J., Schultz, A.P., Goate, A.M., Fagan, A.M., Cairns, N.J., Marcus, D.S., Morris, J.C., Ances, B.M. Functional connectivity in autosomal dominant and late-onset Alzheimer disease. JAMA Neurol, 71(9):1111-22, 2014 Sep 1. PMID: 25069482

706. Donohue, M.C., Sperling, R.A., Salmon, D.P., Rentz, D.M., Raman, R., Thomas, R.G., Weiner, M., Aisen, P.S.; Australian Imaging, Biomarkers, and Lifestyle Flagship Study of Ageing; Alzheimer's Disease Neuroimaging Initiative; Alzheimer's Disease Cooperative Study. The preclinical Alzheimer cognitive composite: measuring amyloid-related decline. JAMA Neurol., 71(8):961-70, 2014. PMID: 24886908

707. Mackin, R.S., Insel, P., Zhang, J., Mohlenhoff, B., Galasko, D., Weiner, M., Mattsson, N. Cerebrospinal Fluid α-Synuclein and Lewy Body-Like Symptoms in Normal Controls, Mild Cognitive Impairment, and Alzheimer's Disease. J Alzheimers Dis., [Epub ahead of print], 2014. PMID: 25125463

708. Gutman, B.A., Wang, Y., Yanovsky, I., Hua, X., Toga, A.W., Jack, C.R. Jr., Weiner, M.W., Thompson, P.M.; for the Alzheimer's Disease Neuroimaging Initiative. Empowering imaging biomarkers of Alzheimer's disease. Neurobiol Aging, pii: S0197-4580(14)00544-2, 2014. PMID: 25260848

709. O'Bryant, S.E., Gupta, V., Henriksen, K., Edwards, M,. Jeromin, A., Lista, S., Bazenet, C., Soares, H., Lovestone, S., Hampel, H., Montine, T., Blennow, K., Foroud, T., Carrillo, M., Graff-Radford, N., Laske, C., Breteler, M., Shaw, L., Trojanowski, J.Q., Schupf, N., Rissman, R.A., Fagan, A.M., Oberoi, P., Umek, R., Weiner, M.W., Grammas, P., Posner, H., Martins, R.; STAR-B and BBBIG working groups. Guidelines for the standardization of preanalytic variables for blood-based biomarker studies in Alzheimer's disease research. Alzheimers Dement, pii: S1552-5260(14)02765-4, 2014.

710. Lee SE, Khazenzon AM, Trujillo AJ, Guo CC, Yokoyama JS, Sha SJ, Takada LT, Karydas AM, Block NR, Coppola G, Pribadi M, Geschwind DH, Rademakers R, Fong JC, Weiner MW, Boxer AL, Kramer JH, Rosen HJ, Miller BL, Seeley WW. Altered network connectivity in frontotemporal dementia with C9orf72 hexanucleotide repeat expansion. Brain, pii: awu248, 2014. PMID: 25273996

711. Albermann, C., Weiner, M., Tröndle, J., Weuster-Botz, D., Sprenger, GA. Utilization of organophosphate:phosphate antiporter for isotope-labeling experiments in E. coli. FEMS Microbiol Lett, doi: 10.1111/1574-6968, 2014. PMID: 25273627

89

712.  Nosheny, R.L., Insel, P.S., Truran, D., Schuff, N., Jack, C.R. Jr., Aisen, P.S., Shaw, L.M., Trojanowski, J.Q., Weiner, M.W.; Alzheimer's Disease Neuroimaging Initiative. Variables associated with hippocampal atrophy rate in normal aging and mild cognitive impairment. Neurobiol Aging, pii: S0197-4580(14)00505-3, 2014.

713.  Russ, A.L., Zillich, A.J., Melton, B.L., Russell, S.A., Chen, S., Spina, J.R., Weiner, M., Johnson, E.G., Daggy, J.K., McManus, M.S., Hawsey, J.M., Puleo, A.G., Doebbeling, B.N., Saleem, J.J. Applying human factors principles to alert design increases efficiency and reduces prescribing errors in a scenario-based simulation. J Am Med Inform Assoc., 21(e2):e287-96, 2014. PMID: 24668841 PMCID: PMC4173163

714.  Warstadt, N.M., Dennis, E.L., Jahanshad, N., Kohannim, O., Nir, T.M., McMahon, K.L., de Zubicaray, G.I., Montgomery, G.W., Henders, A.K., Martin, N.G., Whitfield, J.B., Jack, C.R. Jr., Bernstein, M.A., Weiner, M.W., Toga, A.W., Wright, M.J., Thompson, P.M.; Alzheimer's Disease Neuroimaging Initiative (ADNI). Serum cholesterol and variant in cholesterol-related gene CETP predict white matter microstructure. Neurobiol Aging, 35(11):2504-13, 2014. PMID: 24997672

715.  Taylor, J.L., Scanlon, B.K., Farrell, M., Hernandez, B., Adamson, M.M., Ashford, J.W., Noda, A., Murphy, G.M. Jr., Weiner, M.W. APOE-epsilon4 and aging of medial temporal lobe gray matter in healthy adults older than 50 years. Neurobiol Aging, 35(11):2479-85, 2014. PMID: 24929969 PMCID: PMC4171437

716.  Nho, K., Li, Huian, L., Bharthur, A., Weiner, M.W., Toga, A.W., West, J.D., Henschel, R., Tavares, M.C., Green, R.C., Saykin, A.J. for the Alzheimer's Disease Neuroimaging Initiative (ADNI). Comparison of Multi-Sample Variant Calling Methods for Whole Genome Sequencing. *In press.*

717.  Ramanan, V.K., Nho, K., Shen, L., Risacher, S.L., Kim, S., McDonald, B.C., Farlow, M.R., Foroud, T.M., Gao, S., Soininen, H., Kloszewska, I., Mecocci, P., Tsolaki, M., Vellas, B., Lovestone, S., Aisen, P.S., Petersen, R.C., Jack Jr., C.R., Shaw, L.M., Trojanowski, J.Q., Weiner, M.W., Green, R.C., Toga, A.W., De Jager, P.L., Yu, L., Bennett, D.A., Saykin, A.J. and for the Alzheimer's Disease Neuroimaging Initiative (ADNI). FASTKD2 is associated with memory and hippocampal structure in older adults. Molecular Psychiatry, 2014. PMID: 25385369

718.  Madsen, S.K., Gutman, B.A., Joshi, S.H., Toga, A.W., Jack, C.R. Jr, Weiner, M.W., Thompson, P.M.; Alzheimer's Disease Neuroimaging Initiative (ADNI). Mapping ventricular expansion onto cortical gray matter in older adults. Neurobiol Aging, 2014. PMID: 25311280

719.

# ABSTRACTS:

1.  Weiner, M.W., Hayslett, J.P., Kashgarian, M. and Epstein, F.H.: Accelerated reabsorption in the proximal tubule produced by sodium depletion. Abstracts of IVth International Congress of Nephrology, p.233, 1969.  (Presented by M. Weiner at IVth International Congress of Nephrology).

**Curriculum Vitae - Michael W. Weiner, M.D**.

2.   Weinman, E.J., Hayslett, J.P., Weiner, M.W., Kashgarian, M. and Epstein, F.H.: Independent effects of salt depletion and oncotic pressure in the proximal tubule.  J. Clin. Invest. 49:101a, 1970.  (Presented at the 1970 Annual Meeting of the American Federation Clinical Research).

3.   Weiner, M.W., Torretti, J., Sauer, L.A. and Epstein, F.H.: Function of renal mitochondria in potassium deficiency.  Clinical Research 18: 520, 1970.

4.   Weiner, M.W.: Cation transport by kidney mitochondria.  Abstracts of the 5th Annual Meeting of the American Society of Nephrology, p.89, 1971.

5.   Weiner, M.W.: Sodium stimulated ATPase activity of kidney mitochondria.  J.Lab. Clin. Med. 78:1021, 1971.

6.   Weiner, M.W.: ADP induced reduction of pyridine nucleotides in kidney mitochondria. Federation Proceedings 31:920, 1972.

7.   Weiner, M.W.: Energy dependent sodium transport by kidney mitochondria.  Abstracts of Vth International Congress of Nephrology, p.148, 1972.  Presented at the Congress.

8.   Manuel, A.R., Beirne, G.J., Wagnild, J.P. and Weiner, M.W.: An effect of sprionolactone on urinary acidification in normal man.  Clin. Res. 20: 764, 1972.

9.   Diamond, A.J. and Weiner, M.W.: A quantitative study of renal hydrogen ion secretion and excretion during acute acid loading.  Clin. Res. 21: 684, 1973.

10.  Weiner, M.W. and Cunarro, J.A.: Quantitative correlation between the proton-carrying and respiratory-stimulating properties of uncoupling agents using rat liver mitochondria. Federation Proceedings 32:669, 1973.  (Presented at Federation Meetings in Atlantic City, N.J.  1973) and Abstracts of Ninth International Congress of Biochemistry, Stockholm, Sweden, July 1973, p.245.  (Presented at Congress).

11.  Flygt, T.R. and Weiner, M.W.: Effects of volume-depletion on ATPase, nucleic acids, and compensatory growth of the rat kidney.  Abstracts of the 6th Annual Meeting of the American Society of Nephrology, p.36, 1973.

12.  Weiner, M.W.: Effects of chloride on renal Na-K ATPase.  Clin. Res. 21:896, 1973.

13.  Manuel, M.A., Cunarro, J.A., and Weiner, M.W.: Action of ethacrynic acid and furosemide on isolated tubules and mitochondria.  Clinical Research 22:537A, 1974.

14.  Manuel, M.A. and Weiner, M.W.: Action of ethacrynic acid and furosemide on rat kidney mitochondria.  Fed. Proc. 33:1292, 1974.  Presented at Meeting of American Soc. Biol. Chem., Minneapolis, Minn. June 1974.

Curriculum Vitae - Michael W. Weiner, M.D.

15. Manuel, M.A., Cunarro, J.A., and Weiner, M.W.: Cellular actions of ethacrynic acid and furosemide. Vll World Congress of Cardiology, Buenos Aires, Argentina, Sept. 1974.

16. Weiner, M.W., Cunarro, J.A., and Manuel, M.A.: Biochemical mechanisms of ethacrynic acid and furosemide. Proceedings of the International Union of Physiological Sciences. Xl: lll, 1974.

17. Cunarro, J.A., Manuel, M.A., and Weiner, M.W.: Biochemical actions of diuretics *in vivo* and *in vitro*. Circulation 50:136, 1974. American Heart Association, Dallas, Texas, Nov. 1974.

18. Cunarro, J.A., Manuel, M.A., and Weiner, M.W.: Effects of furosemide on kidney metabolism. Abstracts of the 7th Annual Meeting of the American Society of Nephrology, p.20. Kidney International 6:34A, 1974.

19. Cunarro, J.A., Johnson, W.A., Uehling, D.T., Updike, S.J., and Weiner, M.W.: Effects of low temperature preservation on metabolite levels of dog renal cortex. Presented at the Kidney Foundation Clinical Dialysis & Transplantation Forum IV:196, 1974 and the Western Dialysis and Transplant Society meetings, San Francisco, 1974.

20. Cunarro, J.A., Manuel, M.A., and Weiner, M.W.: Mechanism of action of furosemide *in vivo* and on isolated renal tubules and mitochondria. Clin. Res. 13:102A, 1975. Presented at the meeting of Western Section of A.F.C.R., Carmel, California, February 1975.

21. Weiner, M.W., Johnson, W.A., Uehling, D.T., and Updike, S.J.: Metabolic consequences of low temperature kidney preservation. Abstracts, International Congress of Nephrology #1020, June 1977.

22. Weiner, M.W., Cunarro, J.A., and Manuel, M.A.: Biochemical mechanism of furosemide. Abstracts Vlth International Congress of Nephrology #244, June 1977.

23. Wingert, K.J. and Weiner, M.W.: Acetate dialysance by the Dow-4 hollow fiber artificial kidney. Presented at the Clinical Dialysis and Transplant Forum, 5:15, 1975.

24. Weiner, M.W.: Mechanism of chloride transport by toad bladder. Abstracts of the 8th Annual Meeting of the American Society of Nephrology. Washington D.C., November 1975, p.96.

25. Weiner, M.W.: Relationship between chloride, bicarbonate and hydroxyl transport in toad bladder. Clinical Research 24:416A, 1976. Presented at the meeting of the Western Section of A.F.C.R., Carmel, CA, 1976.

26. Weiner, M.W.: Chloride transport by toad bladder: Exchange with bicarbonate or hydroxyl ion. Federation Proceedings 35:465, 1976. Presented at the FASEB meeting, Anaheim, California, 1976.

92

Abstracts

27. Weiner, M.W.: The role of acetate in dialysate for hemodialysis: An investigation using biochemical and radiorespirometric techniques. Proceedings of the 9th Annual Contractors Conference, p.21, 1976. Presented at the 9th Annual Contractors' Conference.

28. Wingert, K.J. and Weiner, M.W.: Dialysance of acetate by two types of artificial kidneys. Clinical Research 24:150A, February 1976.

29. Wingert, K.J. and Weiner, M.W.: Acetate dialysance by parallel flow, coil and hollow fiber artificial kidneys. ASAlO 22nd Annual Meeting 5:86, 1976.

30. Weiner, M.W.: Effects of ethacrynic acid and furosemide on phosphorylation reactions of kidney mitochondria: Inhibition of the adenine nucleotide translocase. Federation Proceedings 35:1558, 1976. Presented at the meeting of the American Society of Biological Chemists, San Francisco, CA. June 1976.

31. Wingert, K.J. and Weiner, M.W.: Acetate transfer by artificial kidneys *in vitro*. Abstracts of the Western Dialysis and Transplant Society, p.13, 1976. Presented at the 7th Annual Meeting of the Western Dialysis and Transplant Society. Seattle, Washington, October 1976.

32. Richards, R.J., Dowling, J.A., Vreman, H.J., Feldman, C.A., and Weiner, M.W.: Acetate levels in human plasma. Abstracts of the Clinical Dialysis and Transplant Forum, p.16, 1976. Presented in Washington, D.C., November 1976.

33. Weiner, M.W., Vreman, H.J., Richards, R.J., and Feldman, C.A.: The role of acetate in dialysate for hemodialysis. Proceedings of the Tenth Annual Contractors Conference, pp.20-21, 1977. Presented at the Annual Contractors' Conference in Washington D.C., January 1977.

34. Richards, R.J., Feldman, C.A., Vreman, H.J., and Weiner, M.W.: Acetate metabolism in normal subjects and dialysis patients. Clinical Research 25:446A, 1977.

35. McTigue, M., Ting, G.O., and Weiner, M.W.: The relationship between sodium transport and oxygen consumption in the perfused rat kidney. Clinical Research 25:442A, 1977.

36. Winder, C., and Weiner, M.W.: The use of uncoupling agents to distinguish between inhibition of transport or inhibition of metabolism in toad bladders. Clinical Research 25:451A, 1977.

37. Feldman, C.A., Vreman, H.J., and Weiner, M.W.: Acetate metabolism in hemodialysis patients. Abstracts of the 8th Annual Meeting of the Western Dialysis and Transplant Society, p.4. Presented, Los Angeles, September 1977.

38. Weiner, M.W.: Effects of inhibitors, uncouplers, and diuretics on transport and metabolism of toad bladders. Abstracts of the 1Oth Annual Meeting of the American Society of Nephrology p. 93A. Presented Washington, D.C., November 1977.

**Curriculum Vitae - Michael W. Weiner, M.D**.

39. Ting, G.O., McTigue, M., and Weiner, M.W.: Effects of bicarbonate reabsorption on the $Na/0_2$ of the perfused rat kidney. Abstracts of the IOth Annual Meeting of the American Society of Nephrology, p.123A, 1977, Clinical Research 26:141A, 1978; Abstracts of the VIIth International Congress of Nephrology # AlO, June 1978.

40. Feldman, C.A., Vreman, H.J., and Weiner, M.W.: Mass balance of acetate and bicarbonate during hemodialysis. Abstracts of the Clinical Dialysis and Transplant Forum, p.14, 1977. Presented at the 7th Annual Meeting of the Clinical Dialysis and Transplant Forum. Washington, D.C., November 1977.

41. Weiner, M.W.: Mechanism of diuretics on toad bladders. Clinical Research 36:142A, 1978. Presented at the Western Section of Clinical Research, Carmel, CA. February 1978.

42. Feldman, C.A., Vreman, H.J., and Weiner, M.W.: Normal and impaired acetate metabolism in hemodialysis subjects. Clinical Research 26:139A, 1978.

43. Urion, D., McClendon, F., and Weiner, M.W.: Acetate: A possible fuel for the brain. Clinical Research 26: 132A, 1978.

44. Weiner, M.W.: The role of acetate in dialysate for hemodialysis: Acid-base homeostasis and acetate metabolism in patients treated by chronic hemodialysis. Proceedings of the 11th Annual Contractor's Conference, p.79-80, 1978. Presented at the 11th Annual Contractor's Conference, Washington D.C., January 1978.

45. Feldman, C.A., Vreman, H.J. and Weiner, M.W.: The role of acetate in the correction of acidosis during hemodialysis. Abstracts of the VIIth International Congress of Nephrology #S-22, June 1978. Presented at the VIIth International Congress of Nephrology, June 1978. Clin. Res. 26:4621A, 1978.

46. Cunarro, J.A. and Weiner, M.W.: Effects of ethacrynic acid and furosemide on respiration of isolated kidney tubules: The role of chloride transport and the source of metabolic energy. Abstracts of the VIIth International Congress of Nephrology #A-ll, June 1978. Presented at the Vllth International Congress of Nephrology, June 1978.

47. Weiner, M.W.: Effects of diuretics and potassium on energy metabolism of toad bladders. Abstracts of the VIIth International Congress of Nephrology #A-lO, June 1978. Presented at the Vllth International Congress of Nephrology, June 1978. Clin. Res. 26:478A, 1978.

48. Kaiser, B.A., Potter, D.E., Bryant, E.R., Vreman, H.J. and Weiner, M.W.: Acid base homeostasis and acetate metabolism in children on hemodialysis. Abstracts of the Western Dialysis and Transplant Society, p.10, 1978. Presented October 1978.

49. Vreman H.J. and Weiner, M.W. Taste, smell, and zinc metabolism in uremia. Abst. Western Dial. Transplant Society, p.20, 1978.

94

50.  Assomull V., Vreman, H.J., and Weiner, M.W.  Mass balance of base equivalents during hemodialysis: Importance of organic acid anions.  Abstracts of the 8th Annual Clinical Dialysis and Transplant Forum p.137-141, 1978.  Presented at the 8th Annual Meeting of the Clinical Dialysis and Transplant Forum, November 1978.

51.  Levi, J., Jacobs, C., McTigue, M., and Weiner, M.W.  Effects of Cis-diamminedichloroplatinum (Cis-Pt) on renal SH groups.  Abstracts of 11th Annual Meeting of the American Society of Nephrology. p. 94A, 1978.

52.  Kaiser, B.A., Potter, D.E., Bryant, R.E., Vreman H.J. and Weiner, M.W.  Acid base homeostasis and acetate (Ac) metabolism in children on hemodialysis (HD).  Abstracts of 11th Annual Meeting of the American Society of Nephrology, p. 43A, 1978.  Clinical Research 27:132A, 1979.

53.  Spires, D.A., and Weiner, M.W.  Use of an uncoupling agent to investigate the mechanism by which ADH stimulates metabolism and transport.  Abstracts of the 11th Annual Meeting of the American Society of Nephrology. p. lll-A, 1978.

54.  Spires D.A., and Weiner, M.W.: Use of uncoupling agents to distinguish between direct effects on transport and direct effects on metabolism.  The Physiologist 21:114, 1978.  Presented at the American Physiologist Society Meeting, St. Louis, MO, October 1978.  Clinical Research 27:423A, 1979.  Federation Proceedings 38:1145, 1979.  Presented at the 63rd Annual FASEB Meeting, Dallas, Texas, April 1979.

55.  Jalan, J., Weil, N., Michaels, A.S., and Weiner, M.W.: Formulation of a stable single 25:1 concentrate of bicarbonate-containing dialysate.  Abstracts of the 11th Annual Meeting of the American Society of Nephrology, p.43A.  Presented at meeting November 1978.  Abstracts of the 2nd Annual Meeting of the International Society for Artificial Organs 3:19, 1979.  Presented at meeting April 1979.  Clinical Research 27:92A, 1979.

56.  Weiner, M.W., Vreman H.J., Assomull V.M., and Kaiser, B.A.: Acid-base homeostasis in hemodialysis.  Proceedings of the 12th Annual Contractor's Conference, p.104, 1979.  Presented at the 12th annual Contractor's Conference, Bethesda, Maryland.

57.  Kaiser, B.A., Assomull, V.M., Vreman, H.J., and Weiner, M.W.: Dialysance of Acetate and bicarbonate: Effect of ultrafiltration.  Abstracts of the 9th Annual Meeting of the Clinical Dialysis and Transplant Forum. p. 39, November 1979.  Presented at 9th Annual Meeting.

58.  Assomull, V.M., Vreman, H.J., and Weiner, M.W.: Evidence that acetate in dialysate does not stimulate lipid synthesis.  Abstracts of the 9th Annual Meeting of the Clinical Dialysis and Transplant Forum. p. 28, November 1979.  Presented at the 9th Annual Meeting of the Clinical Dialysis and Transplant Forum, November 1979.

95

59.   Weiner, M.W.: Metabolic effects of aldosterone on toad bladders.  Abstracts of the American Society of Nephrology. p. 72A, 1979.

60.   Jacobs, C., Kelly, G., Kalman, S., and Weiner, M.W.: Renal handling of Cisdiamminedichloroplatinum.  Abstracts of the American Society of Nephrology. p. 109A, 1979.  Presented at the 12th Annual Meeting of the American Society of Nephrology. November 1979.

61.   Dobyan, D.C., Levi, J., Kosek, L., Jacobs, C. and Weiner, M.W.: Pathologic effects of cisdiammminedichloroplatinum.  Abstracts of the American Society of Nephrology. p.2A, 1979.

62.   Weiner, M.W.: Metabolic effects of aldosterone on toad bladders.  Clinical Research 28:65A, 1979.  Presented at the Western Section AFCR, Carmel, CA.  1980.

63.   Jacobs, C., Kelly, G., Kalman, S., and Weiner, M.W.: Renal handling of cisdiammminedichloroplatinum.  Clinical Research 28:62A, 1979.  Presented at the Western Section AFCR, Carmel, CA.  February 1980.

64.   Weiner, M.W.: Metabolic effects of aldosterone on toad bladders.  Presented at the National Meeting of the American Federation for Clinical Research.  Washington, D.C., May 1980. Clinical Research: 28:465A, 1980.

65.   Kaiser, B.A., Vreman, H.J. and Weiner, M.W.: Effects of cisplatinum, mercuric chloride and glycerol on protein bound sulfhydrl groups during acute renal failure.  Abstracts of the American Society of Nephrology. p. 97A, 1980.

66.   Weiner, M.W., Burke, K., Green, K., Wemmer, D., Wade-Jardetsky, N., and Jardetsky, 0.: Feasibility of using $^{31}$P NMR to study kidney metabolism *in vivo*.  Abstracts of the American Society of Nephrology. p. 120A, 1980.  Presented at the 13th Annual Meeting of the American Society of Nephrology.  November 1980.

67.   Weiner, M.W., Pomerantz, S., Burke, K., Green, K., Bendel, P., Murphy, J., Basus, V. and James, T.: Measurement of renal phosphate metabolism *in vivo* using $^{31}$P NMR. Clinical Research 29:74A, 1981.

68.   Weiner, M.W., Pomerantz, S., Burke, K., Green, K., Bendle, P., and James, T.: Measurement of renal phosphate metabolism *in vivo* using $^{31}$P NMR.  Abstracts. American Society of Nephrology, 1981.

69.   Weiner, M.W., Pomerantz, S., Bendle, P., and James, T.: Feasibility of $^{31}$P NMR to study metabolism: Effects of renal ischemia *in vivo* Abstract of the Tel Aviv Satellite Symposium on Acute Renal Failure, 1981.  Presented at the Tel Aviv Satellite Symposium on Acute Renal Failure, 1981.

70. Strauss, W., Koretsky, A., James, T., and Weiner, M.W.: Measurement of phosphorous metabolites of kidney *in vivo* with $^{31}$P NMR.  Clinical Research 30:80A, 1982.

71. Jacobs, C., McGarrey, K., Rich, L., and Weiner, M.W.: Secretion of cisplatin and effects of probenecid: Human and rat kidney slice studies. Abstract 73rd Ann. Meeting Amer. Asso. Canc. Res., p.126, 1982.  Presented at meeting.

72. Koretsky, A., James. T., and Weiner, M.W.: Continuous measurement of high-energy phosphate compounds *in vivo* with NMR.  Clinical Research 30:397A, 1982.  Presented at National Meeting of Am. Fed. for Clinical Research, May 1982.

73. Lazarus JM, Henderson LW, Kjellstrand CM, Weiner MW, Henrich WL, Hakim RM.: Cardiovascular instability during hemodialysis.  Trans Am Soc Artif Intern Organs, 28:656-65, 1982.

74. Koretsky, A.P., Murphy-Boesch J., Wang, S., Klein, M.P., James T.L. and Weiner, M.W: The use of implanted rf coils to obtain $^{31}$P NMR spectra of rat kidney and heart *in vivo* Abst.  24th Experimental NMR conference p. 50A 1983.  Presented at meeting.

75. Koretsky, A.P., Wang, S., Klein, M.P., James, T.L., and Weiner, M.W.: $^{31}$P NMR measurements of phosphorous exchange reactions of heart and kidney.  Abst, Soc Mag Reson in Med p.199, 1983. Presented at meeting.

76. Koretsky, A.P., James, T., and Weiner M.W.: Measurement of ATP turnover in the rat kidney *in vivo* by $^{31}$P NMR.  Abstract, Amer Soc. Nephrol, 1983.  Presented at meeting.

77. Weiner, M.W., Koretsky, A.P., James, T.L., and Klein, M.: Noninvasive measurement of high-energy phosphate kinetics *in vivo* by NMR.  Clin. Res. 1984.  Presented at meeting.

78. Koretsky, A.P., Basus, V.J., James, T.L., Klein, M.P., and Weiner, M.W: Comparison of saturation transfer and 2D NMR to detect small exchangeable pools of metabolites.  Biophys. J. 45, 32a, 1984.  Presented at 1984 Biophys. Soc. Meeting.

79. Koretsky, A.P., Wang, S., James, T., Klein, M., Parmley, W. and Weiner, M.W.: $^{31}$P NMR measurement of high-energy phosphate metabolism of the heart *in vivo*.  Clin Res 32:180 A, 1984.  Presented at 1984 AFCR, ASCl, AAP.

80. Koretsky, A.P., Klein, M.P., James, T.L. and Weiner, M.W.: Quantitation of competing reactions and detection of small metabolite pools using magnetization transfer techniques: application to creatine kinase kinetics.  Abst. Soc. Mag. Reson. Med. p.431, 1984. Presented at meeting.

81. Gianninni, D.G., James, T.L., Layzer, R.B., Miller, R.G., Milner-Brown, H.S., Murphy-Boesch, J., and Weiner, M.W.: Quantitative Correlation between electrical/mechanical

**Curriculum Vitae - Michael W. Weiner, M.D**.

activity and high-energy phosphates during fatigue and recovery of human hand muscle. Abst. Soc. Magn Reson.  Med. p.263. 1984. Presented at meeting.

82.  Adam, W.R., Koretsky, A.P. and Weiner, M.W.: $^{31}$P NMR measurement of renal pH *in vivo:* effects of acidosis and potassium depletion.  Abst. Soc. Mag. Reson. Med. p.3, 1984. Presented at meeting.

83.  Koretsky, A.P., Klein, M.P., James, T.L., and Weiner, M.W.: Investigation of phosphate reactions in kidney and heart *in vivo:* role of competing reactions and small metabolite pools. Abst. Soc. Mag. Res. Med. p.429, 1984.  Presented at meeting.

84.  Koretsky, A.P., Adam, W.R., and Weiner, M.W.: 39K NMR of kidney and muscle of rats *in vivo.* Abst Am. Soc. Nephrol. p.215A, 1984. Presented at meeting.

85.  W. R., Koretsky, A.P., and Weiner, M.W.: Measurement of renal pH by Effects of acidosis and potassium depletion.  Abst. Am. Soc. Nephrol. p.179A, 1984.

86.  Koretsky, A,P, Xuan, A., and Weiner, M.W: Stoichiometric relationship between oxygen consumption, Na reabsorption and ATP synthesis of the kidney *in vivo.*  Abst. Soc. Am Nephrol. p.175A, 1984.

87.  Adam, W.R., Koretsky, A.P., and Weiner, M.W.: Measurement of renal intracellular pH (pHi) by $^{31}$P NMR Nuclear Magnetic Resonance: Effects of acute and chronic respiratory acidosis Clinical Research 33: No. 2, 1985. Presented at meeting.

88.  Adam, W.R., Koretsky, A.P., and Weiner, M.W.: Effects of acid-base disturbances on renal intracellular pH: Relationship to regulation of renal ammoniagenesis.  Abst. Soc. Mag. Res. Med. p.424, 1985.  Presented at meeting.

89.  Hooper, D., Miller, R., Layzer, R., Giannini, D., Milner-Brown, S., Koretsky, A.P., and Weiner, M.W.: Correlation between high-energy phosphates and fatigue in human muscle. Abst. Soc. Mag. Res. Med. p.481, 1985.  Presented at meeting.

90.  Jalles, N., Koretsky, A.P., Ebert, C., Karczmar, G. and Weiner, M.W.: Effects of catecholamines on high-energy phosphates of rat heart *in vivo.*  Abst. Soc. Mag. Res. Med. p.485, 1985.  Presented at meeting.

91.  Karczmar, G.S., Kurtz, T., Jalles, N., Morris, R.C., and Weiner, M.W.: Effects of fructose on liver phosphates. Abst. Soc. Mag. Res. Med. p.491, 1985.  Presented at meeting.

92.  Shine, N.R., Xuan, J.A., Koretsky, A.P., and Weiner, M.W.: Role of high-energy phosphates in regulating renal sodium transport: Measurement of absolute molar concentrations and effects of cyanide.  Abst. Soc. Mag. Res. Med. p.538, 1985.  Presented at meeting.

98

93. Adam, W.R., Koretsky, A.P., and Weiner, M.W.: Measurement of tissue potassium *in vivo* by $^{39}$K NMR.  Abst. Soc. Mag. Res. Med. p.745, 1985.  Presented at meeting.

94. Karczmar, G.S., and Weiner, M.W.: Spatial localization with a single acquisition: A technique for shimming and spectroscopy.  Abst. Soc. Mag. Res. Med. p.997, 1985.  Presented at meeting.

95. Murphy-Boesch, J., Moseley, M.E., Young, G.B., Koretsky, A.P., Gonzalez-Mendez, R., Chew, M.W., Weiner, M.W., Litt, L., and James, T.L.: A multinuclear NMR spectrometer for *in vivo* imaging and spectroscopy at 5.6 tesla.  Abst. Soc. Mag. Res. Med. p.1112, 1985. Presented at meeting.

96. Shine, N., Xuan, A., and Weiner, M.W.: Relationship of renal ATP to sodium transport.  Abst. Am. Soc. Nephrol. p.210a, 1985.

97. Miller, R. G., Milner-Brown, H.S., Hooper, D., Layzer, R.B. and Weiner, M.W.: Long duration muscle fatigue caused by impaired excitation-contraction coupling.  Abst. Soc. Neuroscience 11:210, 1985. Presented at meeting.

98. Miller, R.G., Milner-Brown, H.S., Layzer, D., Hooper, D., and Weiner, M.W.:  A new method of studying human muscle fatigue: correlation of force/EMG and nuclear magnetic resonance spectroscopy.  Abst. Muscle and Nerve 8:623, 1985.

99. Jalles-Tavares, N., Karczmar, G., Wheeler, C., Koretsky A., and Weiner, M.W.: Catecholamine infusion diminishes high-energy phosphates of the rat heart *in vivo*. Clin. Res. 34:8A and 311A, 1986. Presented at Western Section AFCR and at National Meeting AFCR.

100. Jalles-Tavares, N., Karczmar, G.S., and Weiner, M.W.: $^{31}$P T2s in rat intestine and kidney *in vivo*: Use of solenoidal coils for homogenous excitation.  Abst. Soc. Mag. Res. Med., p.989, 1986.  Presented at meeting.

101. Karczmar, G.S., Weiner, M.W., and Matson, G.B.: Detection of residual Z magnetization improves the sensitivity of the surface coil rotating frame method.  Abst. Soc. Mag. Res. Med., p.852, 1986.  Presented at meeting.

102. Shine, N., Xuan, J.A., and Weiner M.W.: Simultaneous measurement of Pi-ATP exchange, oxygen consumption and sodium reabsorption of the rat kidney *in vivo*: Effects of atrial natriuretic factor. Abst. Soc. Mag. Res. Med., p.1021, 1986.  Presented at meeting.

103. Boska, M., Moussavi R., Miller, R., Layzer, R., and Weiner, M.W.: Relationship between H$^+$ and fatigue during exercise of human muscle: Comparison of intermittent and sustained contraction.  Abst. Soc. Mag. Res. Med., p.446, 1986.  Presented at meeting.

104. White, D.L., Engelstad, B.L. Brennan, R., Brasch, R., and Weiner, M.W.: Effects of paramagnetic agents on $^{31}$P NMR spectra: Signal enhancement by reduction of Tl. Abst. Soc. Mag. Res. Med., p.331, 1986. Presented at meeting.

105. Vink, R., McIntosh, T.K., Agura, V.M., Fernyak, S.E., Weiner, M.W., and Faden, A.L.: Effects of traumatic injury on brain high-energy phosphates and pH. Abst. Soc. Mag. Res. Med., p.1374, 1986. Presented at meeting.

106. Toy, B.J.W., Gollin, G., and Weiner, M.W.: $^{31}$P NMR of transplanted rat heart: Effects of ischemia and rejection. Abst. Soc. Mag. Res. Med., p. 614, 1986.

107. Anderson, C., Shine, N., Matson G., Tavares, N., Luyten, P., DenHollander, J., and Weiner M.W.: $^{31}$P NMR of testicle in rat and man: Application to testicular torsion. Abst. Soc. Mag. Res. Med., p.1027, 1986. Presented at meeting.

108. Karczmar, G.S., Jalles-Tarvares, N., and Weiner, M.W.: $^{31}$P NMR of the small and large intestine: Effects of fructose and ischemia. Abst. Soc. Mag. Res. Med., p.914, 1986. Presented at meeting.

109. Moussavi, R.S., Boska, M.D., Weiner, M.W., Layzer, R.B., and Miller, R.G.: Recovery of post -tetanic potentiation in human muscle after fatigue. Abst. Soc. Neuroscience, 1986. Presented at meeting.

110. Shine, N.J., Palladino, D., Deisseroth, A., and Weiner, M.W.: Effects of tumor necrosis factor on high-energy phosphates of an experimental mouse tumor. Radiology 161(P):340. Presented at RSNA 1986.

111. Lanzer, P., Toy B., Botvinick, E., Camacho, A., Verrier, E., Hickey R., and Weiner, M.W.: Effects of myocardial ischemia and reperfusion on cardiac phosphates and pH. Radiology 161(P):340. Presented at RSNA 1986.

112. Karczmar, G.S., Weiner, M.W., and Matson, G.B.: A single acquisition localization technique using B$_1$ gradients. Presented at 27th Experimental NMR Conference. 1986.

113. Lanzer, P., Camacho, A., Toy B.J., Mazer, D., Botvinick, E., and Weiner, M.W.: Metabolic and functional recovery after transient myocardial ischemia in pigs studied by $^{31}$P NMR. Abstract, Presented at the 36th Annual Scientific Session, Amer Col Cardiol, 1987.

114. Miller, R.G., Moussavi, R.S., Boska, M.D., and Weiner, M.W.: Impaired excitation-contraction coupling causes long duration fatigue. Presented at the VIII International Congress of Electromyography and Related Clinical Neurophysiology. Sorrento, Italy, May 1987.

115. Shine, N.J., Palladino, D., Deisseroth, A., and Weiner, M.W.: Effects of tumor necrosis factor on high-energy phosphates of an experimental mouse tumor. Abstract, Clin Res 35:169A,

528A, 1987.  Presented at Western Section AFCR, Carmel, CA, and National Meeting AFCR, San Diego, CA, 1987.

116. Toy, B.J.W., Lanzer, P., Gollin, G., Camacho, A., Botvinick, E., and Weiner, M.W.: Effects of rejection and ischemia on cardiac metabolism.  Abst. Clin. Res. 35:114A, 330A, 1987. Presented at Western Section AFCR, Carmel, CA, and National Meeting AFCR, San Diego, CA, 1987.

117. Miller, R.G., Boska, M.D., Moussavi, R.S., and Weiner, M.W.: Role of pH and phosphate in human muscle fatigue.  Abst. Clin Res 35:155A, 1987.  Presented at Western Section AFCR, Carmel, CA, and National Meeting AFCR, San Diego, CA, 1987.

118. Shine, N.J., Xuan, J.A., and Weiner, M.W.: Role of ATP in renal sodium transport: Evidence for compartmentation.  Clin Res 35:176A, 1987.  Abst. Presented at Western Section AFCR, Carmel, CA, and National Meeting AFCR, San Diego, CA, 1987.

119. Roth, K., Hubesch, B., Naruse, S., Meyerhoff, D.J., Boska, M.D., Matson, G.B., and Weiner, M.W.: Quantitative determination of molar concentrations of metabolites in human subjects. Abst.  Presented at Western Section AFCR, Carmel, CA, and National Meeting AFCR, San Diego, CA, 1987.

120. Meyerhoff, D.J., Rockey, D., Karczmar, G.S., Boska, M.D., Matson, G.B., and Weiner, M.W.: $^{31}$P magnetic resonance spectroscopy (MRS) of normal human liver and kidney.  Abst. Presented at Western Section AFCR, Carmel, CA, and National Meeting AFCR, San Diego, CA, 1987.

121. Karczmar, G.S., Lawry, T., Weiner, M.W., Murphy-Boesch, J., and Matson, G.B.: Tailored excitation in the rotating frame.  Abst. Presented at 28th Experimental NMR Conference, Asilomar, CA, April 5-9, 1987.

122. McIntosh, T.K., Vink R., Weiner, M.W., and Faden, A.I.: Alterations in Free Magnesium, High-Energy Phosphates, and Lactate Following Traumatic Brain Injury: Assessment by Nuclear Magnetic Resonance Spectroscopy.  Abst. J. Cerebral Blood Flow and Metabolism 7(1):S620, 1987.  Presented at XII International Symposium on Cerebral Blood Flow and Metabolism.

123. Miller, R.G., Boska, M., Moussavi, R., and Weiner, M.W.: Intracellular pH and human muscle fatigue: quantitative studies with $^{31}$P NMR.  Abst., Neurology 37(Suppl 1), 1987.

124. Matson, G.B., Twieg, D.B., Karczmar, G.S., Lawry, T., Gober, J., Valenza, M., Boska, M., and Weiner, M.W.: Spatially selected $^{31}$P NMR of human organs with surface coils: Improvement of ISIS with a composite pulse.  Abst. Soc. Magn. Reson. Med., p.605, 1987. Presented Soc Magn Reson Med VIth Annual Meeting.

101

125. Roth, K., Hubesch, B., Naruse, S., Gober, J., Lawry, T., Boska, M., Matson, G., and Weiner, M.W.: Quantitation of metabolites in human brain using volume selected $^{31}$P NMR. Abst., Soc. Magn. Reson. Med., p.608, 1987. Presented Soc Magn Reson Med VIth Annual Meeting.

126. Arbeit, J.M., Toy, J.B., and Weiner, M.W.: Selective effects of insulin-induced hypoglycemia on ATP concentrations of tumors: Protection of brain metabolism by fasting.  Abst. Soc. Magn. Reson. Med., p.64, 1987.  Presented Soc Magn Reson Med VIth Annual Meeting.

127. Matson, G.B., Lawry, T.J., and Weiner, M.W.: Optimization of surface coil size through computer modeling.  Abst. Soc. Magn. Reson. Med., p.843, 1987.

128. Shine, N.J., Palladino, M., Deisseroth, A., Karczmar, G., Matson, G., and Weiner, M.W.: Effects of tumor necrosis factor on high-energy phosphates of an experimental mouse tumor.  Abst. Soc. Magn. Reson. Med., p.35, 1987.  Presented Soc Magn Reson Med VIth Annual Meeting.

129. Moussavi, R.S., Boska, M.D., Carson, P.J., Weiner, M.W., and Miller, R.G.: Dissociation between metabolites and excitation-contraction coupling in human muscle fatigue.  Abst. Soc. Magn. Reson. Med., p.1033, 1987.

130. Carson, P.J., Moussavi, R.S., Miller, R.G., and Weiner, M.W.: Evidence for a constant relationship between fatigue, high-energy phosphates, and pH in different muscle types and in varying forms of exercise.  Abst. Soc. Magn. Reson. Med., p.583, 1987.  Presented Soc Magn Reson Med VIth Annual Meeting.

131. Roth, K., and Weiner, M.W.: An improved approach for determination of ADP, AMP, phosphorylation potential and G. (ATP) from $^{31}$P NMR.  Abst. Soc. Magn. Reson. Med. p.205, 1987. Presented Soc Magn Reson Med VIth Annual Meeting.

132. Miller, R.G., Boska, M.D., Moussavi, R.S., Carson, P.J., and Weiner, M.W.: Accumulation of monovalent phosphate closely correlates with human muscle fatigue.  Abst. Soc. Magn. Reson. Med., p.1034, 1987.  Presented Soc Magn Reson Med VIth Annual Meeting.

133. Toy, B.J., Lanzer, P., Camacho, A., Valenza, M., Gober, J., Karczmar, G.S., Botvinick, E., Massie, B., Matson, G.B., and Weiner, M.W.: Effects of increased work and ischemia on $^{31}$P NMR spectra of pig myocardium.  Abst. Soc. Magn. Reson. Med., p.1018, 1987.

134. Lawry, T.J., Boska, M.D., Matson, G.B., and Weiner, M.W.: Optimization of two coil depth pulse experiments.  Abst. Soc. Magn. Reson. Med., p.960, 1987.

135. Karczmar, G.S., Lawry, T., Murphy-Boesch, J., Weiner, .W., and Matson, G.B.: Rotating frame shaped pulses. Abst. Soc. Magn. Reson. Med., p.955, 1987.

102

136. Karczmar, G.S., Lawry, T., Shine, N., Weiner, M.W., and Matson, G.B.: Detection of residual Z magnetization applied to the rotating frame experiment. Abst. Soc. Magn. Reson. Med., p.956, 1987.

137. Nagai, Y., Naruse, S., Vink, R., and Weiner, M.W.: Evidence that lactate accumulation is not completely responsible for acidosis during cerebral ischemia. Abstract, Soc. Magn. Res. Med. 1987. Presented Soc Magn Reson Med VIth Annual Meeting.

138. Roth, K., Naruse, S., Hubesch, B., Gober, J., Lawry, T., Boska, M., Matson, G.B., and Weiner, M.W.: Measurement of $^{31}$P NMR relaxation times and concentrations in human brain and brain tumors. Radiology 165(P):39, 1987. Presented RSNA.

139. Matson, G.B., Lawry, T. Twieg, D., Karczmar, G., Gober, J., Boska, M., and Weiner, M.W.: Three-dimensional image-selected $^{31}$P NMR of human liver, kidney and heart. Abst, Radiol. Soc. N. Amer. Radiology 165(P):125, 1987. Presented RSNA.

140. Miller, R.G., Carson, P.J., Moussavi, R.S., and Weiner, M.W.: MR spectroscopy studies of human muscle fatigue. Radiology 165(P):60, 1987. Presented, RSNA.

141. Arbeit, J.M., Toy, J.B., and Weiner, M.W.: MR spectroscopy studies of tumor adenosine triphosphate during inhibition of glycolysis and respiration. Radiology 165(P):186, 1987. Presented RSNA.

142. Nagai, Y., Naruse, S., Vink, R., and Weiner, M.W.: Role of lactate in ischemic acidosis. Radiology 165(P):303, 1987. Presented RSNA.

143. Schaefer, S., Gober, J., Valenza, M., Karczmar, G., Matson, G., Camacho, A., Botvinick, E., Massie, B., and Weiner, M.W.: MRI guided phosphorous 31 spectroscopy of the human left ventricle. Clinical Research 36:114A, 1987.

144. Hubesch, B., Roth, K., Meyerhoff, D.J., Lawry, T., Matson, G.B., and Weiner, M.W.: Quantitation of metabolites in human organs from $^{31}$P NMR spectra obtained with surface coils. Soc. Magn. Reson. Med 1987. Presented.

145. Weiner, M.W. and Matson, G.: Image-localized $^{31}$P nuclear magnetic resonance spectra of the orthotopic and transplanted human kidney. Kidney International 33(1):397, 1987. Presented ASN Annual Meeting, 1988.

146. Arbeit, J.M., Toy, B.J., Karczmar, G.S., and Weiner, M.W.: Selective effects of insulin-induced hypoglycemia and rhodamine-123 on tumor energy metabolism. Clin Res 36(1):167A, 1987.

147. Miller, R.G., Carson, P.J., Moussavi, M.S., and Weiner, M.W.: Magnetic resonance spectroscopy (MRS) of human muscle fatigue. Radiology 165(P):60, 1987.

103

148. Lanzer, P., Camacho, S.A., Toy, B.J., Valenza, M., Gober, J., Botvinick, E.H., and Weiner, M.W.: Myocardial energetics and contractility during regional ischemia: a $^{31}$P NMR study. Abst. 60th Scientific Sessions, American Heart Association (Presented), 1987.

149. Arbeit, J., Toy, B., and Weiner, M.: Effect of insulin-induced hypoglycemia on rodent tumor and brain energy metabolism determined by $^{31}$P MRS. Asso. Acad. Surg. 1987. Presented.

150. Moussavi, R., Carson, P., Boska, M., Weiner, M., and Miller, R.: The role of impaired excitation-contraction coupling in fatigue. Neurology 38(1):202, 1988.

151. Miller, R.G., Carson, P.J., Moussavi, R.S., and Weiner, M.W.: MR spectroscopy studies of human muscle fatigue. Clin Res 36(1):142A, 1988.

152. Schaefer S, Gober J, Valenza M, Karczmar G, Matson G, Massie B, and Weiner MW: Image-guided phosphorus 31 spectroscopy of the human heart. Soc Magn Reson Imaging 6(1):339, p.100, 1988. Presented SMRI.

153. Arbeit, J.M., Toy B.J., Karczmar, G.S., and Weiner, M.W.: Selective effects of insulin-induced hypoglycemia and rhodamine-123 on tumor energy metabolism. Soc. Magn. Reson. Imaging, 6(1):333, p.97 1988. Presented SMRI.

154. Meyerhoff, D.J., Rockey, D., Boska, M., Matson, G., Weiner, M.W.: $^{31}$P magnetic resonance spectroscopy (MRS) of normal human liver and kidney. Soc. Magn. Reson. Imaging 6(1):P55, p.28, 1988. Presented.

155. Meyerhoff, D.J., Rockey, D., Boska, M., Matson, G., Weiner, M.: $^{31}$P magnetic resonance spectroscopy (MRS) of normal human liver and kidney. Clin. Res. 36(1):175A, 1988.

156. Matson, G., Boska, M., Karczmar, G., Twieg, D., Adams, D, Buchanan, J., Healy, M., Anderson, C., and Weiner, M.W.: Comparison of magnetic resonance imaging (MRI) and spectroscopy (MRS) at 1.5 and 2.0 T. Soc. Magn. Reson. Imaging 6(1):417, p.113, 1988. Presented.

157. Karczmar, G.S., Twieg, D.B., Lawry, T.J., Matson, G.B., and Weiner M.W.: NMR detection of motion using RF field gradients. Soc Magn Reson Imaging 6(1):P34), p.18, 1988. Presented.

158. Miller, R.G., Carson, P.J., Moussavi, R.S., and Weiner, M.W.: Magnetic resonance spectroscopy (MRS) of human muscle fatigue. Clinical Research 36:142A, 1988.

159. Arbeit, J.M., Toy B.J., Karczmar, G.S., and Weiner, M.W.: Selective effects of insulin-induced hypoglycemia and rhodamine-123 on tumor energy metabolism. Clinical Research 36:167A, Presented AFCR Western Meeting 1988.

**Curriculum Vitae - Michael W. Weiner, M.D**.

160. Meyerhoff, D.J., Rockey, D., Boska, M., Matson, G., Weiner, M.W.: $^{31}$P magnetic resonance spectroscopy (MRS) of normal human liver and kidney. Clinical Research 36:175A. Presented AFCR Western Meeting 1988.

161. Schaefer, S., Gober, J., Valenza M., Karczmar, G., Matson, G., and Camacho, A.: Magnetic resonance imaging guided phosphorous 31 spectroscopy of the human heart.   Clinical Research 36:114A. Presented AFCR Western Meeting, 1988.

162. Camacho, S.A., Schaefer, S., Gober, J.R., Obregon, R., DeGroot, M.A., Botvinick, E.H., Massie, B.M., and Weiner, M.W.: The bioenergetic response to graded reductions in myocardial blood flow.  Presented Amer Heart Assoc 61st Scientific Session, November 14-17, 1988.

163. Arbeit, J.M., Karczmar, G.S., Toy, B.J., Speder, A., and Weiner, M.W.: Selective additive reduction of rodent sarcoma ATP by insulin hypoglycemia combined with inhibition of oxidative phosphorylation.  Society of Magnetic Resonance in Medicine, p.625, 1988. Presented SMRM VIIth Annual Meeting.

164. Boska, M.D., Twieg, D.B., Karczmar, G.S., Meyerhoff, D.J., Sappey-Marinier, D., Matson, G.B., and Weiner, M.W.: Localized $^{31}$P MRS of human orthotopic and transplanted kidney using ISIS and spectroscopic imaging. Society of Magnetic Resonance in Medicine, p.350, 1988. Presented SMRM VIIth Annual Meeting.

165. Boska, M.S., Karczmar, G.S., Hubeschm B., Meyerhoff, D.J., Twieg, D.B., Matson, G.B., and Weiner, M.W.: Comparison of $^{31}$P MRS and proton MRI at 1.5 T and 2.0 T.  Society of Magnetic Resonance in Medicine, p.349, 1988. Presented SMRM VIIth Annual Meeting.

166. Twieg, D.B., Meyerhoff, D.J., Gober, J., Boska, M.D., Hubesch, B., Schaefer S, Roth, K., Sappey-Marinier, D., and Weiner, M.W.: An improved spectroscopic imaging (SI) technique for localized phosphorus NMR spectroscopy: direct comparison of SI and ISIS in human organs.  Society of Magnetic Resonance in Medicine, p.710, 1988. Presented SMRM VIIth Annual Meeting.

167. Karczmar, G.S., Poole, J., Boska, M.D., Meyerhoff, D.J., Hubesch, B., Roth, K., Matson, G.B., Arbeit, J.A., Valone, F., and Weiner, M.W.: $^{31}$P MRS study of response of human tumors to therapy.  Society of Magnetic Resonance in Medicine, p.615, 1988. Presented SMRM VIIth Annual Meeting.

168. Schaefer, S., Gober, J., Camacho, S., Botvinick, E.H., Massie, B.M., and Weiner, M.W.: $^{31}$P MRS of normal and diseased human myocardium: Localization with ISIS and MRSI.  Society of Magnetic Resonance in Medicine, p.296, 1988. Presented SMRM VIIth Annual Meeting.

169. Gober, G., Schaefer, S., Camacho, A., DeGroot, M., Obregon, R., Botvinick, E., Weiner, M.W., and Massie, B.: Epicardial and endocardial localized $^{31}$P MRS during partial regional

105

**Curriculum Vitae - Michael W. Weiner, M.D**.

ischemia: Evidence for metabolic heterogeneity.  Society of Magnetic Resonance in Medicine, p.831, 1988. Presented SMRM VIIth Annual Meeting.

170. Camacho, S.A., Schaefer, S., Gober, J., Obregon, R., DeGroot, M.A., Botvinick, E.H., Massie, B.M., and Weiner, M.W.: High energy phosphates are a sensitive marker of reduced myocardial blood flow during partial coronary occlusion.  Society of Magnetic Resonance in Medicine, p.272, 1988. Presented SMRM VIIth Annual Meeting.

171. Miller, R.G., Moussavi, R.S., Boska, M.D., and Weiner, M.W.: Differences between bioenergetics of fatigue and recovery suggest a primary role of $H_2PO_4$- in human muscular fatigue.  Society of Magnetic Resonance in Medicine, p.31, 1988. Presented SMRM VIIth Annual Meeting.

172. Lawry, T.J., Twieg, D.B., Maudsley, A., Weiner, M.W., and Matson, G.B.: Computer simulation of MRS localization: Comparison of ISIS and spectroscopic imaging (SI) techniques.  Society of Magnetic Resonance in Medicine, p.944, 1988.  Presented SMRM VIIth Annual Meeting.

173. Hubesch, B., Sappey-Marinier, D., Roth, K., Sanuki, E., Hodes, J.E., Matson, G.B., and Weiner, M.W.: Improved ISIS for studies of human brain and brain tumors.  Society of Magnetic Resonance in Medicine, p.348, 1988. Presented SMRM VIIth Annual Meeting.

174. Hubesch, B., Sappey-Marinier, F., Hodes, J.E., and Weiner, M.W.: Increased $^{31}P$ $T_1$ Relaxation Times in Human Brain Tumor.  Soc Magn Reson Med, p.64, 1988. Presented SMRM VIIth Annual Meeting.

175. Meyerhoff, D.J., Boska, M.D., Thomas, A., Twieg, D.B., Rockey, D., and Weiner, M.W.: Decreased phosphorus metabolite concentration in acute alcoholic hepatitis and cirrhosis of the liver - $^{31}P$ MRS with ISIS and spectroscopic imaging.  Society of Magnetic Resonance in Medicine, p.621, 1988. Presented SMRM VIIth Annual Meeting.

176. Moussavi, R.S., Carson, P.J., Boska, M.D., Weiner, M.W., and Miller, R.G.: The role of impaired excitation-contraction coupling in fatigue.  Neurology 38(Suppl 1):202, 1988.

177. Miller, R.G., Moussavi, R.S., Carson, P.J., Boska, M.D., and Weiner, M.W.: A newly recognized cause of human muscle fatigue: accumulation of monovalent phosphate.  Neurology 38(Suppl 1):290, 1988.

178. Camacho, S.A., Schaefer, S., Gober, J., Obregon, R., DeGroot, M.A., Botvinick, E.H., Massie, B.M., and Weiner, M.W.: Localized P-31 spectroscopy of graded myocardial ischemia.  Radiology 169(P):179, 1988. Presented 74th Annual RNSA.

179. Hubesch, B., Sappey-Marinier, D., Roth, K., Sanuki, E., Hodes, J.E., Matson, G.B., and Weiner, M.W.: MR spectroscopic studies of human brain tumors.  Radiology 169(P):84, 1988. Presented 74th Annual RNSA.

106

180. Meyerhoff, D.J., Boska, M., Thomas, A., Twieg, D., Rockey, M., and Weiner, M.W.: P-31 MR spectroscopy of alcoholic liver disease.  Radiology 169(P):238, 1988. Presented 74th Annual RNSA.

181. Twieg, D., Meyerhoff, D.J., Gober, J., Boska, M., Hubesch, B., Schaefer, S., Roth, K., Sappey-Marinier, D., and Weiner, M.W.: Comparison of single-point MR spectroscopic and multiple-point spectroscopic imaging in human organs.  Radiology 169(P):238, 1988. Presented 74th Annual RNSA.

182. Karczmar, G.K., Poole, J., Boska, M.D., Meyerhoff, D.J., Hubesch, B., Roth, K., Matson, G.B., Arbeit, J., Valone, F., and Weiner, M.W.: $^{31}$P MRS study of response of human tumors to therapy.  Magnetic Resonance Imaging 7:31, 1989. Presented SMRI Annual Meeting.

183. Meyerhoff, D.J., Thomas, A., Boska, M.D., Rockey, D., and Weiner, M.W.: Alcoholic hepatitis, alcoholic cirrhosis, and viral hepatitis - A comparison using fully quantitative image-guided localized $^{31}$P MRS (ISIS).  Magnetic Resonance Imaging 7:30, 1989. Presented SMRI Annual Meeting.

184. Schaefer, S., Gober, J., Twieg, D.B., Schwartz, G.S., Weiner, M.W., and Massie, B.: Spectroscopic imaging of normal and diseased human myocardium.  Magnetic Resonance Imaging 7:65, 1989. Presented SMRI Annual Meeting.

185. Schaefer, S., Gober, J.R., Camacho, A., Schwartz, G.S., Massie, B., and Weiner, M.W.: Changes in high-energy phosphates and myocardial contractility during graded regional ischemia: An *in vivo* $^{31}$P MRS study.  Magnetic Resonance Imaging 7:66, 1989. Presented SMRI Annual Meeting.

186. Gober, J.R., Schwartz, G.S., Schaefer, S., Massie, B.M., Matson, G.B., Weiner, M.W., and Karczmar, G.S.: $^{31}$P MRS detection of myocardial Pi using motion editing.  Magnetic Resonance Imaging 7:187, 1989.  Presented SMRI Annual Meeting.

187. Hubesch, B., Karczmar, G.S., Roth, K., Meyerhoff, D.J., Matson, G.B., and Weiner, M.W.: Quantitative measurement of metabolites in human cancers.  Tumor Diagnostik and Therapie 9:165, 1988. Presented Symposium on Positron Emission Tomography and Magnetic Resonance Spectroscopy in Oncology, Heldelberg, Germany.

188. Arbeit, J.M., Toy, B.J., Karczmar, G.S., Speder, A., and Weiner, M.W.: Effects of inhibiting glycolysis and respiration on tumor ATP *in vivo*.  Tumor Diagnostik and Therapie 9:174, 1988. Presented Symposium on Positron Emission Tomography and Magnetic Resonance Spectroscopy in Oncology, Heldelberg, Germany.

107

189. Zens, A.P., Chingas, G.C., Boska, M.D., Lawry, T.J., and Matson, G.B.: Computer simulations of a double-tuned birdcage coil. Presented Experimental Nuclear Magnetic Resonance Conference, 1989.

190. Gober, J.R., Schwartz, G.G., Schaefer, S., Massie, B., Matson, G.B., Weiner, M.W., and Karczmar, G.S.: $^{31}$P MRS detection of myocardial Pi using motion editing.  Presented Experimental Nuclear Magnetic Resonance Conference, 1989.

191. Jensen, P.C., Hubesch, B., Parks, R., Deicken, R., Krell, P., Weiner, M.W., et al.: Altered brain metabolites in AIDS dementia as measured by magnetic resonance spectroscopy. Presented Vth International Conference on AIDS, 1989.

192. Miller, R.G., Green, A.T., Moussavi, R.S., Carson, P.J., and Weiner, M.W.: Metabolic correlates of fatigue in patients with upper motor neuron lesions.  Neurology 39:144, 1989. Presented AAN Scientific Program.

193. Schaefer, S., Gober, J.R., Camacho, S.A., Schwartz, G., Botvinick, E.H., Massie, B., and Weiner, M.W.: Changes in high energy phosphates and myocardial contractility during graded regional ischemia: an *in vivo* $^{31}$Phosphorus magnetic resonance spectroscopy study.  Clin. Res. 37:100A, 1989. Presented Western Section AFCR.

194. Meyerhoff, D.J., Thomas, A., Boska, M.D., and Weiner, M.W.: Fully quantitative $^{31}$P magnetic resonance spectroscopy in the evaluation of liver disease.  Clin. Res. 37:113A, 1989. Presented Western Section AFCR.

195. Karczmar, G.S., Poole, J., Boska, M.D., Meyerhoff, D.J., Hubesch, B., Karczmar, G.S., Arbeit, J., Valone, F., and Weiner, M.W.: $^{31}$Phosphorus magnetic resonance spectroscopy study of response of human tumors to therapy.  Clin. Res. 37:143A, 1989.

196. Schwartz, G., Gober, J.R., Meyerhoff, D.J., Schaefer, S., Massie, B. and Weiner, M.W.: Relationship between myocardial high-energy phosphates, contractile function, and coronary blood flow during and following brief coronary occlusion in the pig.  Abstract. Society of Magnetic Resonance in Medicine, p.1004.  Presented at the Eighth Annual Meeting, 1989.

197. Meyerhoff, D.J., Thomas, A., Boska, M., and Weiner, M.W.: Alteration of pH and phosphorus metabolite concentrations in alcoholic hepatitis and cirrhosis. Abstract, Society of Magnetic Resonance in Medicine, p.1567.  Presented at the Eighth Annual Meeting, 1989.

198. Schaefer, S., Gober, J.R., Schwartz, G., Meyerhoff, D.J., Weiner, M.W., and Massie, B.: $^{31}$P spectroscopic imaging of patients with global myocardial disease:  elevated phosphodiesters in patients with left ventricular dilation. Abstract. Society of Magnetic Resonance in Medicine, p. 513.  Presented at the Eighth Annual Meeting, 1989.

199. Schaefer, S., Schwartz, G., Wong, A.K., Camacho, A., Botvinick, E.H., Massie, B., and Weiner, M.W.: Regulation of myocardial contractility during graded regional ischemia: $^{31}$P

108

NMR spectroscopy of porcine myocardium *in vivo*. Abstract, Society of Magnetic Resonance in Medicine, p.514.  Presented at the Eighth Annual Meeting, 1989.

200.  Thomas, M.A., Narayan, P., Jajodia, P., Kurhanewicz, J. and Weiner, M.W.: Measurement of citrate by [1]H MRS in human prostate and prostate cancer *in vivo*. Abstract. Society of Magnetic Resonance in Medicine, p.1088.  Presented at the Eighth Annual Meeting, 1989.

201.  Hetherington, H., Boska, M.D., Matson, G.B., and Weiner, M.W.: An improved [1]H ISIS sequence for volume localized human spectroscopy with homogeneous coils: the detection of resting lactate levels.  Abstract, Society of Magnetic Resonance in Medicine, p.638.  Presented at the Eighth Annual Meeting,Amsterdam, 1989.

202.  Hetherington, H., Rowley, H., Peterson, K., Boska, M., Diamond, I., and Weiner, M.W.: The kinetics of ethanol uptake in human brain and blood by volume selective [1]H MRS.  Abstract, Society of Magnetic Resonance in Medicine, p.370.  Presented at the Eighth Annual Meeting, 1989.

203.  Hetherington, H., Sappey-Marinier, D., Hubesch, B., Deicken, R., Fein, G., and Weiner, M.W.: Characterization of tissue metabolites in chronic stroke and deep white matter lesions by localized [1]H MRS.  Abstract, Society of Magnetic Resonance in Medicine, p.446.  Presented at the Eighth Annual Meeting, 1989.

204.  Gober, J.R., Schwartz, G., Schaefer, S., Massie, B., Matson, G.B., Weiner, M.W., and Karczmar, G.S.: Detection of myocardial inorganic phosphate and pH using [31]P MRS 'motion editing'. Abstract, Society of Magnetic Resonance in Medicine, p.36.  Presented at the Eighth Annual Meeting, 1989.

205.  Maudsley, A.A., Twieg, D.B., Boska, M.D., Sappey-Marinier, D., Hubesch, B., and Weiner, M.W.: [31]P spectroscopic imaging in the human head at 2.0 T.  Abstract, Society of Magnetic Resonance in Medicine, p.252.  Presented at the Eighth Annual Meeting - Amsterdam, 1989.

206.  Hubesch, B., Sappey-Marinier, D., Deicken, R., Seidenwurm, D., and Weiner, M.W.: Regional differences of phosphorus metabolites in the human brain.  Abstract, Society of Magnetic Resonance in Medicine, p.447.  Presented at the Eighth Annual Meeting, 1989.

207.  Hubesch, B., Sappey-Marinier, D., Laxer, K.D., and Weiner, M.W.: Alkalosis in seizure foci of temporal lobe epilepsy. Abstract, Society of Magnetic Resonance in Medicine, p.448.  Presented at the Eighth Annual Meeting, Amsterdam, 1989.

208.  Haxo, R.S., Lawry, T.J., Karczmar, G.S., Schleich, T., Weiner, M.W., and Matson, G.B.: An optimized, transposed selective RF pulse for the SPARS experiment.  Abstract, Society of Magnetic Resonance in Medicine, p.865.  Presented at the Eighth Annual Meeting, 1989.

209. Matson, G.B., Hubesch, B., Lawry, T.J., Meyerhoff, D.J., Sappey-Marinier, D., and Weiner, M.W.: Quantitation of ISIS localized *in vivo* MRS results.  Abstract, Society of Magnetic Resonance in Medicine, p.596.  Presented at the Eighth Annual Meeting, 1989.

210. Karczmar, G.S., Meyerhoff, D.J., Boska, M.D., Hubesch, B., Matson, G.B., Kaplan, M., Valone, F., Wilkinson, M., and Weiner, M.W.: Response of superficial human tumors to therapy studied by $^{31}$P MRS.  Abstract, Society of Magnetic Resonance in Medicine, p.432.  Presented at the Eighth Annual Meeting, 1989.

211. Karczmar, G.S., Speder, A., and Weiner, M.W.: Acute effects of tumor necrosis factor on tumor metabolism and perfusion.  Abstract, Society of Magnetic Resonance in Medicine, p.147.  Presented at the Eighth Annual Meeting, 1989.

212. Baker, A.J., Carson, P.J., Green, A.T., Weiner, M.W., and Miller, R.G.: The influence of muscle length on the rate of energy use during sustained contraction.  Abstract, Society of Magnetic Resonance in Medicine, p.542.  Presented at the Eighth Annual Meeting, 1989.

213. Sappey-Marinier, D., Chileuitt, L., Hetherington, H., Weiner, M.W., and Weinstein, P.: Effect of hypoglycemia on recovery of cerebral lactic acidosis after temporary complete ischemia in rats.  Abstract, Society of Magnetic Resonance in Medicine, p.491.  Presented at the Eighth Annual Meeting, 1989.

214. Sappey-Marinier, D., Hubesch, B., Deicken, R., Fein, G., Van Dyke, C., and Weiner, M.W.: $^{31}$P metabolites in chronic stroke and deep white matter lesions.  Abstract, Society of Magnetic Resonance in Medicine, p.1070.  Presented at the Eighth Annual Meeting, 1989.

215. Thomas, M.A., Meyerhoff, D.J., Hetherington, H.P., and Weiner, M.W.: Localized proton NMR spectroscopy using double quantum filter.  Abstract, Society of Magnetic Resonance in Medicine, p.1115.  Presented at the Eighth Annual Meeting, 1989.

216. Thomas, M.A., Kurhanewicz, J. Jajodia P., Karczmar G.S., Hubesch B., Matson, G.B., James, T.L., Narayan, P., and Weiner, M.W.: 31-Phosphorus MR spectroscopy of human prostate *in vivo*.  Abstract, Society of Magnetic Resonance in Medicine, p.297.  Presented at the Eighth Annual Meeting, 1989.

217. Schaefer, S., Schwartz, G., Gober, J.R., Wong, A.K., Camacho, S.A., Weiner, M.W., and Massie, B.: Relationships between myocardial metabolites and contractile function during graded regional ischemia: $^{31}$P NMR of porcine myocardium *in vivo*.  Circulation 80(II):613, 1989.

218. Schaefer, S., Schwartz, G., Gober, J.R., Meyerhoff, D.J., Weiner, M.W., and Massie, B.: $^{31}$P spectroscopic imaging of global myocardial disease: Elevation of phosphodiesters in patients with left ventricular dilation.  Circulation 80(II):588, 1989.

110

219. Schwartz, G.G., Schaefer, S., Gober, J., Meyerhoff, D.J., Massie, B., and Weiner, M.W.: Myocardial high-energy phosphate metabolism during brief coronary occlusion and reactive hyperemia in the pig.  Circulation 80(II):190, 1989.

220. Hetherington, H., Matson, G.B., and Weiner, M.W.: Measurement of lactate and ethanol in human brain with use of $^1$H ISIS MR spectroscopy.  Radiology 173(P):121, 1989.  Presented at RSNA.

221. Hubesch, B., Sappey-Marinier, D., Laxer, K., and Weiner, M.W.: Alterations of pH and Pi in seizure foci of temporal lobe epilepsy.  Radiology 173(P):234, 1989. Presented at RSNA.

222. Karczmar, G.S., Gober, J.R., Schwartz, G., Schaefer, S., Massie, B., Matson, G.B., and Weiner, M.W.: $^{31}$P MR spectroscopy "motion editing" allows determination of myocardial inorganic phosphate and pH.  Radiology 173(P):289, 1989.  Presented at RSNA.

223. Schaefer, S., Schwartz, G.S., Gober, J.R., Massie, B., and Weiner, M.W.: Effects of myocardial ischemia on metabolites and contractility.  Radiology 173(P):289, 1989. Presented at RSNA.

224. Kurhanewicz, J., Thomas, M.A., Jajodia, P., James, T.L., Weiner, M.W., and Narayan, P.: Trans-rectal multinuclear magnetic resonance spectroscopy for the characterization of normal and malignant prostates *in vivo*.  Magnetic Resonance Imaging 8:65, 1990.  Presented at the SMRI Annual Meeting, 1990.

225. Sappey-Marinier, D., Hubesch, B., Deicken, R., Fein, G., Van Dyke, C., and Weiner, M.W.: $^{31}$P and $^1$H MRS studies of deep white matter lesions.  Magnetic Resonance Imaging 8:68, 1990. Presented at the SMRI Annual Meeting, 1990.

226. Smekal, A., Silber, S., and Weiner, M.W.: A new stress test device for cardiac NMR.  Magnetic Resonance Imaging 8:120, 1990.  Presented at the SMRI Annual Meeting, 1990.

227. Meyerhoff, D.J., Karczmar, G.S., Venook, A.P., Wilkinson, M., Valone, F., and Weiner, M.W.: Quantitative $^{31}$P MRS study of the effectiveness of chemoembolisation on human hepatic cancers.  Magnetic Resonance Imaging 8:130, 1990. Presented at the SMRI Annual Meeting.

228. Hugg, J.W., Maudsley, A.A., Twieg, D.B., Matson, G.B., Sappey-Marinier, D., Hubesch, B., and Weiner, M.W.: Spectroscopic imaging of $^{31}$P in the human brain.  Magnetic Resonance Imaging 8:165, 1990. Presented at the SMRI Annual Meeting, 1990.

229. Thomas, M.A., Kurhanewicz, J., Jajodia, P., James, T.L., and Weiner, M.W.: Multinuclear transrectal spin-echo MRS of human prostate.  Presented at the 31st Experimental Nuclear Magnetic Resonance Spectroscopy Conference, 1990.

230. Sappey-Marinier, D., Hugg, J., Calabrese, G., Deicken, R., Fein, G., and Weiner, M.W.: Increased lactate in human visual cortex.   Presented at the 31st Experimental Nuclear Magnetic Resonance Spectroscopy Conference, 1990.

231. Moussavi, R.S., Carson, P.J., Weiner, M.W., and Miller, R.G.: Fatigue of rapid movements: a model of central fatigue.  Abstracts, American Association of Neurology, p.386, 1990.

232. Hugg, J.W., Maudsley, A.A., Twieg, D.B., Matson, G.B., and Weiner, M.W.: Nuclear magnetic resonance spectroscopic imaging of $^{31}$P in the human brain.  Bulletin of the American Physical Society, 35:499.   Presented at the Annual Meeting of the American Physical Society, 1990.

233. Meyerhoff, D.J., Karczmar, G.S., Venook, A.P., Wilkinson, M., Valone, F., and Weiner, M.W.: Hepatic chemoembolisation studied by quantitative phosphorus-31 magnetic resonance spectroscopy.  Clinical Research 38:104A, Presented, AFCR Western Meeting, 1990.

234. Smekal, A., Silber, S., and Weiner, M.W.: A new stress test device for cardiac NMR. Clinical Research 38:93A, 1990.  Presented AFCR Western Meeting, 1990.

235. Gober, J.R., Matson, G.B., Schwartz, G.S, Schaefer, S., Massie, B., and Weiner, M.W.: An isolation device for simultaneous measurement of coronary blood flow and myocardial segment shortening during $^{31}$P nuclear magnetic resonance spectroscopy.  Abstract, Society of Magnetic Resonance in Medicine, p.546.  Presented at the Eighth Annual Meeting, 1990.

236. Thomas, M.A., Kurhanewicz, J., James, T.L., Narayan, P., and Weiner, M.W.: Transrectal localized $^{31}$Phosphorus MR spectroscopy of human prostate *In vivo*.Abstract, Society of Magnetic Resonance in Medicine, p. 965.  Presented at the Eighth Annual Meeting, 1990.

237. Maudsley, A.A., Elliott, M.A., and Weiner, M.W.: Data display and analysis for 4D spectroscopic imaging.   Abstract, Society of Magnetic Resonance in Medicine, p.571. Presented at the Eighth Annual Meeting, 1990.

238. Sappey-Marinier, D., Calabrese, G., Hugg, J.W., Deicken, R., Fein, G., and Weiner, M.W.: Increased lactate in human visual cortex during photic stimulation. Abstract, Society of Magnetic Resonance in Medicine, p.106.  Presented at the Eighth Annual Meeting, 1990.

239. Schaefer, S., Schwartz, G., Trocha, S.D., Christoph, I., Steinman, S., Garcia, J., Massie, B., and Weiner, M.W.: Dissociation between high energy phosphates and pH during prolonged regional myocardial ischemia *in vivo*.  Abstract, Society of Magnetic Resonance in Medicine, p.925.  Presented at the Eighth Annual Meeting, 1990.

240. Schaefer, S., Schwartz, G., Steinman, S., Meyerhoff, D.J., Massie, B., and Weiner, M.W.: Metabolic response of the heart to increased work: $^{31}$P NMR spectroscopy of normal and cardiomyopathic myocardium in man. Abstract, Society of Magnetic Resonance in Medicine, p. 245.  Presented at the Eighth Annual Meeting, 1990.

112

241. Schwartz, G., Schaefer, S., Trocha, S.D., Steinman, S., Gober, J.R., Garcia, J., Massie, B., and Weiner, M.W.: Metabolic and functional consequence of blunted myocardial reactive hyperemia. Abstract, Society of Magnetic Resonance in Medicine, p.924. Presented at the Eighth Annual Meeting, 1990.

242. Meyerhoff, D.J., Plesh, O., and Weiner, M.W.: High-energy phosphate metabolism in the human masseter muscle with sustained submaximal exercise monitored by surface coil $^{31}$P MRS. Abstract, Society of Magnetic Resonance in Medicine, p.879. Presented at the Eighth Annual Meeting, 1990.

243. Meyerhoff, D.J., Karczmar, G.S., Venook, A.P., Wilkinson, M., Valone, F., and Weiner, M.W.: Effects of chemoembolisation on human hepatic cancers monitored by $^{31}$P ISIS spectroscopy. Abstract, Society of Magnetic Resonance in Medicine, p.318. Presented at the Eighth Annual Meeting, 1990.

244. Meyerhoff, D.J., Maudsley, A.A., Twieg, D.B., and Weiner, M.W.: Phosphorus metabolite mapping of human heart, liver, and kidney by surface coil spectroscopic imaging. Abstract, Society of Magnetic Resonance in Medicine, p.140. Presented at the Eighth Annual Meeting, 1990.

245. Hugg, J.W., Matson, G.B., Maudsley, A.A., Twieg, D.B., Hubesch, B., Sappey-Marinier, D., and Weiner, M.W.: $^{31}$P spectroscopic imaging of human brain disease. Abstract, Society of Magnetic Resonance in Medicine, p.999. Presented at the Eighth Annual Meeting, 1990.

246. Hugg, J.W., Maudsley, A.A., Weiner, M.W., and Matson, G.B.: Enhanced birdcage coil for $^{31}$P spectroscopic imaging of human brains. Abstract, Society of Magnetic Resonance in Medicine, p.528. Presented at the Eighth Annual Meeting, 1990.

247. Hubesch, B., Deicken, R., Sappey-Marinier, D., Weiner, M.W., and Fein, G.: A $^{31}$P magnetic resonance spectroscopy study of the effect of diazepam on brain phosphorus metabolism. Abstract, Society of Magnetic Resonance in Medicine, p.995. Presented at the Eighth Annual Meeting, 1990.

248. Fernandez, E.J., Higuchi, T., Shimizu, H., Weinstein, P.R., Weiner, M.W., and Maudsley, A.A.: $^{1}$H spectroscopic imaging studies of rat brain. Abstract, Society of Magnetic Resonance in Medicine, p.1091. Presented at the Eighth Annual Meeting, 1990.

249. Baker, A.J., Kostov, K.G., and Weiner, M.W.: The recovery of muscle force in slowed following long duration exercise: influences of metabolic and nonmetabolic factors on human muscle fatigue. Abstract, Society of Magnetic Resonance in Medicine, p.884. Presented at the Eighth Annual Meeting, 1990.

113

250. Baker, A.J., Trocha, S.D., Brandes, R., Miller, R.G., and Weiner, M.W.: Estimation of the energy cost of muscle activation.  Abstract, Society of Magnetic Resonance in Medicine, p.867.  Presented at the Eighth Annual Meeting, 1990.

251. Hugg, J.W., Matson, G.B., Maudsley, A.A., Twieg, D.B., Sappey-Mariner, D., and Weiner, M.W.: Magnetic resonance spectroscopic imaging in human brains.  Proceedings of the Twelfth Annual International Conference of the IEEE/EMBS, November 12(1):65-66, 1990.

252. Schwartz, G.G., Schaefer, S., Trocha, S.D., Garcia, J., Weiner, M.W. and Massie, B.M.: Relation between reactive hyperemia intensity and the recover of myocardial phosphate metabolites and contractility following brief ischemia. Abstract, American Heart Association 63rd Scientific Session, 1990.

253. Deicken, R.F., Hubesch, B., Jensen, P., Sappey-Marinier, D., Fein, G., and Weiner, M.W.: Alterations in brain phosphate metabolite concentrations in patients with HIV infection as measured by magnetic resonance spectroscopy.  Abstract, Sixth International Conference on AIDS, San Francisco, CA, 1990.

254. Meyerhoff, D.J., Maudsley, A.A., Twieg, D.B., and Weiner, M.W.: Phosphorus spectroscopic imaging of organs other than the brain.  Radiology 177(P):275, 1990.  Presented at RSNA.

255. Higuchi, T., Fernandez, E.J., Lara, R., Shimizu, H., Weinstein, P.R., Maudsley, A.A., and Weiner, M.W.: Metabolic mapping of postischemic delayed neuronal damage by proton magnetic resonance spectroscopic imaging.  American Heart Association 16th International Joint Conference on Stroke and Cerebral Circulation, 1991.  Stroke 22(1):138, 1991.

256. Hugg, J.W., Matson, G.B., Duijn, J.H., Maudsley, A.A., and Weiner, M.W.: MR spectroscopic imaging of stroke.  American Heart Association 16th International Joint Conference on Stroke and Cerebral Circulation, 1991.  Stroke 22(1):143, 1991.

257. Schaefer, S., Schwartz, G.G., Trocha, S.D., Garcia, J., Weiner, M.W., and Massie, B.M.: High-energy phosphates are not limited by myocardial energy requirements.  American College of Cardiology 40th Annual Scientific Session, 1991.

258. Schwartz, G.G., Schaefer, S., Trocha, S.D., Garcia, J., Steinman, S.K., Weiner, M.W., and Massie, B.M.: Effect of supranormal coronary blood flow on myocardial oxygen consumption, contractility and phosphate metabolism in the pig. American College of Cardiology 40th Annual Scientific Session, 1991.

259. Schwartz, G.G., Schaefer, S., Trocha, S.D., Garcia, J., Weiner, M.W., and Massie, B.M.: Relation between reactive hyperemia intensity and the recovery of myocardial phosphate metabolites and contractility following brief ischemia.  American College of Cardiology 40th Annual Scientific Session, 1991.

260. Meyerhoff, D.J., Deicken, R., Calabrese, G., MacKay, S., Sappey-Marinier, D., Fein, G., and Weiner, M.W.: Cerebral phosphorus metabolite concentrations are not altered by sedation with valium. Journal of Magnetic Resonance Imaging 1:210, 1991.  Presented, SMRI Annual Meeting.

261. Meyerhoff, D.J., Maudsley, A.A., Twieg, D.B., and Weiner, M.W.: Phosphorus spectroscopic imaging with surface coils. Journal of Magnetic Resonance Imaging 1:157, 1991.  Presented, SMRI Annual Meeting.

262. Duijn, J.H., Maudsley, A.A., Hugg, J.W., and Weiner, M.W.: Proton spectroscopic imaging of stroke in human brain.  Journal of Magnetic Resonance Imaging 1:119, 1991.  Presented, SMRI Annual Meeting.

263. Calabrese, G., Deicken, R.F., Schoenfeld, F., Merrin, E.L., Weiner, M.W., and Fein, G.: Temporal lobe energy phosphate metabolism asymmetry in schizophrenia.  Abstract, Third International Congress of Schizophrenia Research, Biological Psychiatry Meeting. 1991.

264. Higuchi, T., Fernandez, E.J., Maudsley, A.A., Weinstein, P.R., and Weiner, M.W.: Study of brain ischemia using *in vivo* [1]H spectroscopic imaging.  Presented at the Annual Meeting of the Japan Neurosurgical Society.

265. Christoph, I., Massie, B.M., Minotti, J., Caulfield, M., Garcia, J., and Weiner, M.W.: Muscle fatigue is closely coupled to inorganic phosphate *in vivo*.  Presented, Western Section, AFCR, Carmel, CA, Clinial Research 39:99A, 1991.

266. Fernandez, E.J., Maudsley, A.A., Higuchi, T., and Weiner, M.W.: [1]H spectroscopic imaging of rat brain at 7 Tesla.  Abstract, Proceedings ENC, 1991.  Presented at the 32nd Experimental Nuclear Magnetic Resonance Spectroscopy Conference, St. Louis, April 1991.

267. Meyerhoff, D.J., Hugg, J.W., Duijn, J., Matson, G.B., Maudsley, A.A., and Weiner, M.W.: Overview of spectroscopic imaging at the San Francisco VA Medical Center.  Society for Magnetic Resonance in Medicine and Biology, Zurich, 1991. p.141.

268. Laxer, K.D., Hugg, J.W., Duijn, J.H., Matson, G.B., Maudsley, A.A., and Weiner, M.W.: [31]P MR spectroscopic imaging of temporal lobe seizures.  Abstract, American Society of Neuroradiology 29th Annual Meeting, Washington, D.C., 1991. p.36.

269. Hugg, J.W., Duijn, J.H., Matson, G.B., Maudsley, A.A., Tsuruda, J., and Weiner, M.W.: [31]P and [1]H spectroscopic imaging of brain infarcts.  Abstract, American Society of Neuroradiology 29th Annual Meeting, Washington, D.C., p.40.

270. Cheng, J.C., Sessler, D.I., Sosking, T., Manoglovic, R., Nathan, R.P., and Weiner, M.W.: Amputated limbs are preserved better by hypothermic pulsatile perfusion than by surface cooling:  evidence from magnetic resonance spectroscopy.  Abstract, American Society for Reconstructive Microsurgery, Seventh Annual Meeting, Orlando, FL.

271. Schwartz, G.G., Steinmann, S., Garcia, J., Greyson, C., Massie, B., and Weiner, M.W.: *In vivo* $^{31}$P spectroscopy of the porcine right ventricle: Response to acute pressure overload. Abstract, Society of Magnetic Resonance in Medicine, p.72.  Presented at the Tenth Annual Meeting, 1991.

272. Husted, C.A., Hugg, J.M., de Bie, S.H., Matson, G.B., Maudsley, A.A., and Weiner, M.W.: $^{1}$H and $^{31}$P MR spectroscopic imaging (MRSI) of multiple sclerosis.  Abstract, Society of Magnetic Resonance in Medicine, p.83.  Presented at the Tenth Annual Meeting, 1991.

273. Higuchi, T., Fernandez, E.J., Shimizu, H., Weinstein, P.R., Maudsley, A.A., and Weiner, M.W.: Effect of focal brain ischemia on lactate, N-acetyl aspartate, and glutamate.  Abstract, Society of Magnetic Resonance in Medicine, p.145.  Presented at the Tenth Annual Meeting, 1991.

274. Maudsley, A.A., Hugg, J.W., Fernandez, E.J., Matson, G.B., and Weiner, M.W.: Application of reduced K-space sampling in spectroscopic imaging.  Abstract, Society of Magnetic Resonance in Medicine, p.186.  Presented at the Tenth Annual Meeting, 1991.

275. Hugg, J.W., Matson, G.B., Duijn, J.H., Maudsley, A.A., Laxer, K.D., and Weiner, M.W.: $^{31}$P MR spectroscopic imaging (MRSI) of focal epilepsy.  Abstract, Society of Magnetic Resonance in Medicine, p.223.  Presented at the Tenth Annual Meeting, 1991.

276. Duijn, J.H., Hugg, J.W, Matson, G.B., Maudsley, A.A., and Weiner, M.W.: $^{1}$H and $^{31}$P spectroscopic imaging of human brain infarction.  Abstract, Society of Magnetic Resonance in Medicine, p.225.  Presented at the Tenth Annual Meeting, 1991.

277. Meyerhoff, D.J., Duyn, J.H., Bachman, L., Fein, G., and Weiner, M.W.: Alterations of brain proton metabolites in HIV infection: Preliminary $^{1}$H SI findings.  Abstract, Society of Magnetic Resonance in Medicine, p.404.  Presented at the Tenth Annual Meeting, 1991.

278. Higuchi, T., Fernandez, E.J., Maudsley, A.A., and Weiner, M.W.: Quantitative analysis of metabolites in rat brain using $^{1}$H MR spectroscopic imaging.  Abstract, Society of Magnetic Resonance in Medicine, p.436.  Presented at the Tenth Annual Meeting, 1991.

279. Fernandez, E.J., Maudsley, A.A., Higuchi, T.T., and Weiner, M.W.: Surface coil three-dimensional $^{1}$H spectroscopic imaging of rat brain.  Abstract, Society of Magnetic Resonance in Medicine, p.462.  Presented at the Tenth Annual Meeting, 1991.

280. Matson, G.B., Lara, R.S., Hugg, J.W., Maudsley, A.A., Elliott, M., and Weiner, M.W.: Molar quantitation of $^{31}$P metabolites in human brain magnetic resonance spectroscopic imaging (MRSI).  Abstract, Society of Magnetic Resonance in Medicine, p.465.  Presented at the Tenth Annual Meeting, 1991.

281. Baker, A.J., Levinsohn, D.G., Borowsky, C.D., Gordon, L., and Weiner, M.W.: Amputated limbs are preserved better by hypothermic perfusion than by surface cooling. Abstract, Society of Magnetic Resonance in Medicine, p.539. Presented at the Tenth Annual Meeting, 1991.

282. Schaefer, S., Schwartz, G.G., Steinman, S., Garcia, J., Trocha, S.D., Massie, B.M., and Weiner, M.W.: Metabolic effects of reduced regional contractility: Equilibrium of ATP. Abstract, Society of Magnetic Resonance in Medicine, p.570. Presented at the Tenth Annual Meeting, 1991.

283. Hugg, J.W., Matson, G.B., Husted, C.H., Maudsley, A.A., Laxer, K.D., and Weiner, M.W.: Chronic focal encephalitis studied by $^1$H and $^{31}$P MR spectroscopic imaging. Abstract, Society of Magnetic Resonance in Medicine Works in Progress, p.979. Presented at the Tenth Annual Meeting, 1991.

284. Duijn, J.H., Matson, G.B., and Weiner, M.W.: 3D phase encoding methods for $^1$H spectroscopic imaging of human brain. Abstract, Society of Magnetic Resonance in Medicine Works in Progress, p. 1005. Presented at the Tenth Annual Meeting, 1991.

285. Schwartz, G.G., Steinman, S., Garcia, J., Greyson, C., Weiner, M.W., and Massie, B.: Energetics of acute right ventricular pressure overload. Presented at the American Heart Association 64th Scientific Session, 1991.

286. Schwartz, G.G., Steinman, S., Massie, B., and Weiner, M.W.: In vivo $^{31}$P NMR spectroscopy of the right ventricle. Presented at the American Heart Association 64th Scientific Session, 1991.

287. Schaefer, S., Schwartz, G.G., Steinman, S., Garcia, J., Weiner, M.W., and Massie, B.M.: Metabolic effects of reduced contractility induced by regional lidocaine infusion. Abstract, American Heart Association 64th Scientific Session, 1991.

288. Schaefer, S., Schwartz, G.G., Steinman, S., Garcia, J., Wisneski, J.A., Weiner, M.W., and Massie, B.M.: Dissociation of phosphate metabolism and lactate release during prolonged ischemia. Abstract, American Heart Association 64th Scientific Session, 1991.

289. Brandes, R., Figueredo, V.M., Camacho, S.A., and Weiner, M.W.: $Ca^{2+}$ measurements in perfused hearts by fluorescence. Effects of motion, tissue absorbance, and NADH. Presented at the American Heart Association 64th Scientific Session, 1991.

290. Figueredo, V.M., Brandes, R., Massie, B., Weiner, M.W., and Camacho, S.A.: Regulation of contractility during mild reductions in coronary flow in the perfused heart. Presented at the American Heart Association 64th Scientific Session, 1991.

291. Hugg, J.W., Matson, G.B., Duijn, J.H., Maudsley, A.A., Laxer, K.D., and Weiner, M.W.: $^{31}$P magnetic resonance spectroscopic imaging (MRSI) of focal epilepsy. Radiology 181(P):113,

117

Curriculum Vitae - **Michael W. Weiner, M.D**.

1990.  Presented at the 77th Scientific Assembly and Annual Meeting of RSNA, December 1991.

292. Levinsohn D.G., Gordon, L., Borowsky, C.D., Baker, A.J., Cheng, J.C., Zekun, Z., and Weiner, M.W.: A new method of limb preservation.  Presented at Ninth Residents and Fellows Conference of the American Society for Surgery of the Hand.  Orlando, FL, October 1991.

293. Borowsky, C.D., Levinsohn, D.G., Baker, A.J., Cheng, J.C., Sessler, D.I., Soskin, T., Weiner, M.W., and Gordon, L.: An advance in preservation of amputated limbs: pulsatile perfusion versus surface cooling.  Presented at the 55th Annual Meeting of the Western Orthopaedic Association, Tucson, AZ, October 1991.

294. Sappey-Marinier, D., and Weiner, M.W.: Etude des Maladies Cerebrales par Spectroscopie RMN Clinique.  Quatrieme congres du GRAMM, Marseille, France, 1991.

295. Sappey-Marinier, D., and Weiner, M.W.: Etude par Spectroscopie RMN H1 et P31 de la Reponse Metabolique du Cortex Visuel chez 1'Homme au cours d'une Stimulation Lumineuse.  Quatrieme congres du GRAMM, Marseille, France, 1991.

296. Sappey-Marinier, D., Weiner, M.W., and Bonmartin, A.: Etude des Maladies Cerebrales par Spectroscopie RMN Clinique, Societe Francaise de Medecine Nucleaire et de Biophysique, Montpellier, France, 1991.

297. Sappey-Marinier, D., Weiner, M.W., and Bonmartin, A.: Spectroscopie RMN Localisee et Imagerie Spectroscopique de 1'Infarctus Cerebral.  Cinquieme congres du GRAMM, Bordeaux, France, 1992.

298. Figueredo, V.M., Brandes, R., Weiner, M.W., and Camacho, S.A.: Transmural gradient of free cytosolic calcium during low flow ischemia: An INDO-1 fluorescence study.  American College of Cardiology 41st Annual Scientific Session, 1992.

299. Camacho, S.A., Figueredo, V.M., Brandes, R., and Weiner, M.W.: Regulation of left ventricular relaxation by free cytosolic calcium in whole hearts.  American College of Cardiology 41st Annual Scientific Session, 1992.

300. Weiner, M.W., Meyerhoff, D.J., Hugg, J.W., Matson, G.B., and Maudsley, A.A.: Spectroscopic imaging of human organs and tumors.  Abstract, Advanced Radiation Therapy, p.9, 1991.

301. Hugg, J.W., Laxer, K.D., Matson, G.B., and Weiner, M.W.: Lateralization of human focal epilepsy by [31]P and [1]H MR Spectroscopic Imaging. Abstract, Society of Magnetic Resonance in Medicine.  Presented at the Tenth Annual Meeting, 1991.

302. Kent-Braun, J.A., Sharma, K., Massie, B., Oka, R., Weiner, M.W., and Miller, R.G.: Absence of metabolic abnormalities in patients with chronic fatigue syndrome.  Abstract, Medical Science Sport Exercise 23(4suppl):S63, 1991.

303. Kent-Braun, J.A., Elliott, M., Steinman, S., Miller, R.G., and Weiner, M.W.: Oxidative potential, metabolic transitions and fatigue in exercising skeletal muscle in humans. American College of Sports Medicine Annual Meeting, 1992.

304. Manoylovic, R., Levinsohn, D.G., Borowsky, C.D., Baker, A.J., Weiner, M.W., and Gordon, L.: Flush surface cooling versus pulsatile hypothermic perfusion for the preservation of amputated limbs.  Presented at the Eighth Annual Meeting of the American Society for Reconstructive Microsurgery, 1992.

305. Massie, B.M., Garcia, J., Steinman, S., Wisneski, J.A., Weiner, M.W., Owens, T., and Schwartz, G.G.: Demonstration of pure "demand ischemia" by $^{31}$P NMR and isotopically measured lactate release.  Presented at the American Heart Association 65th Scientific Session, 1992.

306. Greyson, C., Garcia, J., Steinman, S., Wong, A., Weiner, M.W., Massie, B.M., and Schwartz, G.G.: Effects of inotropic stimulation in right ventricular ischemia.  Presented at the American Heart Association 65th Scientific Session, 1992.

307. Schwartz, G.G., Greyson, C., Wisneski, J.A., Weiner, M.W., Massie, B.M., Garcia, J., Steinman, S., and Attaie, A.: Relation between right ventricular oxygen consumption, high energy phosphates, and substrate metabolism.  Presented at the American Heart Association 65th Scientific Session, 1992.

308. Kent-Braun, J.A., Sharma, K.R., Weiner, M.W., and Miller, R.G.: Slower phosphocreatine resynthesis rates in multiple sclerosis.  Presented at the American Physiological Society, 1992.

309. Massie, B., Schwartz, G.G., Garcia, J., Steinman, S., Weiner, M.W., and Wisneski, J.: Changes in energy phosphates with increased left ventricular workload represent "demand ischemia": Evidence from simultaneous $^{31}$P-MRS and $^{14}$C lactate dilution studies in pigs. Abstract, Society of Magnetic Resonance in Medicine, p.343.  Presented at the Eleventh Annual Meeting, 1992.

310. Schwartz, G.G., Greyson, C., Garcia, J., Steinman, S., Wisneski, J., Massie, B., and Weiner, M.W.: Relation between regional oxygen consumption, high-energy phosphates and substrate metabolism in the porcine right ventricle.  Abstract, Society of Magnetic Resonance in Medicine, p.345.  Presented at the Eleventh Annual Meeting, 1992.

311. Higuchi, T., Fernandez, E.J., Rooney, W.D., Gaspary, H.L., Graham, S.H., Weinstein, P.R., Maudsley, A.A., and Weiner, M.W.: Regional specific changes of N-acetyl aspartate, lactate, alanine, and glutamate in post globally ischemic brain.  Abstract, Society of Magnetic Resonance in Medicine, p.547.  Presented at the Eleventh Annual Meeting, 1992.

119

312. Husted, C.A., Juijn, J.H., Goodkin, D.S., Fein, G., Dickinson, M., Maudsley, A.A., and Weiner, M.W.: Normal appearing white matter changes in multiple sclerosis detected by porton and phosphorous MR spectroscopic imaging.   Abstract, Society of Magnetic Resonance in Medicine, p.1912.  Presented at the Eleventh Annual Meeting, 1992.

313. Hugg, J.W., Laxer, K.D., Matson, G.B., Maudsley, A.A., and Weiner, M.W.: $^1$H MR spectroscopic imaging detects neuron loss more sensitively than MRI in focal epilepsy. Abstract, Society of Magnetic Resonance in Medicine, p.1913. Presented at the Eleventh Annual Meeting, 1992.

314. Hugg, J.W., Laxer, K.D., Matson, G.B., Maudsley, A.A., and Weiner, M.W.: Quantitative $^{31}$P MR spectroscopic imaging lateralizes focal epilepsy.  Abstract, Society of Magnetic Resonance in Medicine, p.1923.  Presented at the Eleventh Annual Meeting, 1992.

315. Meyerhoff, D.J., MacKay, S., Grossman, N., Van Dyke, C., Dillon, W., Fein, G., and Weiner, M.W.: Effects of normal aging and Alzheimer's disease on cerebral $^1$H metabolites. Abstract, Society of Magnetic Resonance in Medicine, p.1931. Presented at the Eleventh Annual Meeting, 1992.

316. Meyerhoff, D.J., MacKay, S., Sappey-Marinier, D., Deicken, R., Bachmann, L., Biggins, C., Dillon, W., Fein, G., and Weiner, M.W.: Effects of chronic alcohol abuse on cerebral phosphorous metabolites in HIV-negative and HIV-positive individuals.  Abstract, Society of Magnetic Resonance in Medicine, p.1938.  Presented at the Eleventh Annual Meeting, 1992.

317. Meyerhoff, D.J., MacKay, S., Bachman, L., Poole, N., Dillon, W., Fein, G., and Weiner, M.W.: Reduced neuronal marker (N-acetylaspartate) in HIV-infection.  Abstract, Society of Magnetic Resonance in Medicine, p.1939.  Presented at the Eleventh Annual Meeting, 1992.

318. MacKay, S., Meyerhoff, D.J., Presti, D., Fein, G., and Weiner, M.W.: Alteration of brain phospholipids associated with chronic cocaine abuse.  Abstract, Society of Magnetic Resonance in Medicine, p.1940.  Presented at the Eleventh Annual Meeting, 1992.

319. Greyson, C., Garcia, J., Steinman, S., Massie, B., Weiner, M.W., and Schwartz, G.G.: Effects of inotropic stimulation in right ventricular ischemia.  Abstract, Society of Magnetic Resonance in Medicine, p.2311.  Presented at the Eleventh Annual Meeting, 1992.

320. Baker, A.J., Levinsohn, D.G., Manoylovie, R., Gordon, L., and Weiner, M.W.: Muscle bioenergetic status in amputated limbs is better preserved by limb perfusion than by flush-surface cooling.  Abstract, Society of Magnetic Resonance in Medicine, p.2741.  Presented at the Eleventh Annual Meeting, 1992.

321. Duijn, J.H., Husted, C.A., Matson, G.B., Maudsley, A.A., and Weiner, M.W.: Molar quantitation of *in vivo* proton metabolites in human brain with 3D MR spectroscopic imaging.

120

Abstract, Society of Magnetic Resonance in Medicine, p.3807.   Presented at the Eleventh Annual Meeting, 1992.

322. Schwartz, G.G., Twieg, D.B., Steinman, S., Elliott, M., and Weiner, M.W.: Comparison of triangulation, NMR1, and VARPRO algorithms in the analysis of $^{31}$P spectra from the *in situ* porcine heart.  Abstract, Society of Magnetic Resonance in Medicine, p.3811.  Presented at the Eleventh Annual Meeting, 1992.

323. Hugg, J.W., Maudsley, A.A., Weiner, M.W., and Matson, G.B.: Reduced voxel size and contamination in $^{31}$P MR spectroscopic imaging.  Abstract, Society of Magnetic Resonance in Medicine, p.3813.  Presented at the Eleventh Annual Meeting, 1992.

324. Hugg, J.W., Laxer, K.D., Matson, G.B., and Weiner, M.W.: Lateralization of human focal epilepsy by $^{31}$P and $^{1}$H MR Spectroscopic Imaging.   Presented at the 78th Scientific Assembly and Annual Meeting of RSNA, 1992.

325. Camacho, S.A., Figueredo, V.M., Brandes, R., and Weiner, M.W.: Effect of low flow ischemia on free cytosolic calcium and the calcium-pressure relationship.  Circulation 86 (Suppl II), 1992.

326. Weiner, M.W. and Lenkinski, R.: Clinical MR spectroscopy and spectroscopic imaging ("How-to" Workshop). Radiology 185(P):45, 1992.  Presented at RSNA.

327. Meyerhoff, D.J., MacKay, S.R., Dillon, W.P., Fein, G., and Weiner, M.W.: Effects of chronic and active alcohol abuse on cerebral phosphorus metabolites.  Radiology 185(P):124, 1992.  Presented at RSNA.

328. Higuchi, T., Fernandez, E.J., Graham, S.H., Weinstein, P.R., Maudsley, A.A., and Weiner, M.W.: *In vivo* metabolite mapping in experimental cerebral ischemia with $^{1}$H MR spectroscopy:  Spatial distribution of energy failure and early detection of neuronal damage. Radiology 185(P):172, 1992.  Presented at RSNA.

329. Hugg, J.W., Laxer, K.D., Matson, G.B., Maudsley, A.A., and Weiner, M.W.: Lateralization of human focal epilepsy at phosphorus and proton MR spectroscopy.  Radiology 185(P):200, 1992.  Presented at RSNA.

330. Massie, B.M., Schwartz, G.C., Garcia, J., Steinman, S., Wisneski, J., Weiner, M.W., and Owens, T.: Myocardial metabolic responses to high workload: Is there evidence for demand ischemia?  Presented at the American College of Cardiology 42nd Annual Scientific Session, 1993.

331. Constans, J.M., Meyerhoff, D.J., Norman, D., Fein, G., and Weiner, M.W.: $^{1}$H and $^{31}$P magnetic resonance spectroscopic imaging of deep white matter lesions.  Presented at the Society of Magnetic Resonance Imaging Eleventh Annual Meeting, 1993.

121

332. Meyerhoff, D.J., MacKay, S., Grossman, N., Norman, D., Fein, G., and Weiner, M.W.: Increased choline in Alzheimer's disease supports theory of membrane defect.  Presented at the Society of Magnetic Resonance Imaging Eleventh Annual Meeting, 1993.

333. Meyerhoff, D.J., MacKay, S., Dillon, W., Fein, G., and Weiner, M.W.: Neuron loss in HIV-infection with cognitive impairment suggested by $^1$H magnetic resonance spectroscopic imaging.  Presented at the Society of Magnetic Resonance Imaging Eleventh Annual Meeting, 1993.

334. Baker, A.J., Brandes, R., and Weiner, M.W.: Intracellular acidosis in skeletal muscle slows relaxation of force and calcium signals and decreases calcium sensitivity.    Abstract, Biophysical Society Meeting, 1993.

335. Brandes, R., Figueredo, V.M., Camacho, S.A., Baker, A.B., and Weiner, M.W.: Quantitation of $[Ca^{2+}]_i$ during hypoxia in perfused rat hearts using indo-1 fluorometry.    Abstract, Biophysical Society Meeting, 1993.

336. Husted, C.A., Goodkin, D.S., Maudsley, A.A., Tsuruda, J.S., and Weiner, M.W.: Biochemical alterations in multiple sclerosis lesion and normal white matter detected in brain by *in vivo* $^{31}$P and $^1$H magnetic resonance spectroscopic imaging.  American Academy of Neurology Annual Meeting, 1993.

337. Miller, R.G., Sharma, K., Mynhier, M, Weiner, M.W., and Kent-Braun, J.A.: Evidence of an abnormal intramuscular component of fatigue in multiple sclerosis.  American Academy of Neurology Annual Meeting, 1993.

338. Garcia, P., Van der Grond, J., Hugg, J.W., Weiner, M.W., Matson, G.B., and Laxer, K.D.: Evaluation of local cerebral metabolism using $^{31}$P magnetic resonance spectroscopic imaging in patients with frontal lobe epilepsy.  American Academy of Neurology Annual Meeting, 1993.

339. Meyerhoff, D.J., MacKay, S., Dillon, W.P., Weiner, M.W., and Fein, G.: *In vivo* evidence of neuron loss in Hiv-infected brains.  American Academy of Neurology Annual Meeting, 1993.

340. Sharma, K.R., Kent-Braun, J.A., Majundar, S., Mynhier, M., Weiner, M.W., and Miller, R.G.: Pathophysiology of fatigue in amyotrophic lateral sclerosis.   Presented at the American Academy of Neurology Annual Meeting, 1993.

341. Kent-Braun, J.A., Sharma, K.R., Weiner, M.W., and Miller, R.G.: Altered muscle function during progressive exercise in persons with multiple sclerosis.  Presented at the American College of Sports Medicine Annual Meeting, 1993.

342. Miller, R.G., Sharman, K.R., Mynhier, M., Weiner, M.W., and Kent-Braun, J.A.: Evidence of abnormal intramuscular component of fatigue in multiple sclerosis.  Presented at the American Academy of Neurology Annual Meeting, 1993.

343. Wu, Z., Maudsley, A.A., and Weiner, M.W.: Fully automatic processing of *in vivo* proton spectra and spectroscopy images, p.1520. Presented at the IEEE Medical Imaging Conference, 1993.

344. Van der Grond, J., Laxer, K.D., Gerson, J.R., Hugg, J.W., Matson, G.B., and Weiner, M.W.: Regional distribution of $^{31}$P metabolic changes in temporal lobe epilepsy. Abstract, Society of Magnetic Resonance in Medicine, p.432. Presented at the Twelfth Annual Meeting, 1993.

345. Maudsley, A.A., Wu, Z., and Weiner, M.W.: Automatic processing of MR spectroscopic imates. Abstract, Society of Magnetic Resonance in Medicine, p.510. Presented at the Twelfth Annual Meeting, 1993.

346. Ebisu, T., Rooney, W.D., Graham, S.H., Wu, Z., Weiner, M.W., and Maudsley, A.A.: N-acetyl aspartate as a marker of neuronal viability in kainate- induced status epileptics studied by $^{1}$H magnetic resonance spectroscopic imaging. Abstract, Society of Magnetic Resonance in Medicine, p.513. Presented at the Twelfth Annual Meeting, 1993.

347. Rooney, W.D., Ebisu, T., Mancuso, T., Weiner, M.W., and Maudsley, A.A.: Comparison of water and $^{1}$H metabolite relaxation and diffusion in cytotoxic edma. Abstract, Society of Magnetic Resonance in Medicine, p.1492. Presented at the Twelfth Annual Meeting, 1993.

348. Massie, B.M., Schaefer, S., McKirnan, M.D., White, F, Schwartz, G.G., Weiner, M.W., and Wisneski, J.A. Swine with moderate LVH do not manifest greater susceptibility to ischemia with increased work. Presented at the American Heart Association 66th Scientific Session, 1993.

349. Wu, Z., Maudsley, A.A., and Weiner, M.W.: Fully automatic processing of *in vivo* proton spectra and spectroscopic images. Proceedings of IEEE Medical Imaging Conference, 1993.

350. Baker, A.J., Brandes, R., and Weiner, M.W.: Effect of acidosis on force and $[Ca^{2+}]$ in skeletal muscle. Abstract, Biophysical Society Meeting, 1994.

351. Baker, A.J., Brandes, R., Schreur, J., Camacho, S.A., and Weiner, M.W.: Intracellular protein and acidosis alter the $K_d$ and fluorescence spectra of the calcium indicator indo-1. Abstract, Biophysical Society Meeting, 1994.

352. Meyerhoff, D.J., MacKay, S., Weiner, M.W., and Fein, G.: Reduced phospholipid resonances in chronic alcoholics. Presented at the Research Society on Alcoholism Meeting, 1994.

353. Meyerhoff, D.J., MacKay, S., Weiner, M.W., and Fein, G.: Effects of chronic alcohol consumption and HIV infection on brain phospholipid metabolites. Presented at the Research Society on Alcoholism Meeting, 1994.

123

354. Laxer, K.D., Ende, G., Garcia, P., Hawkins, R., and Weiner, M.W.: High resolution PET in mesial temporal lobe epilepsy: An evaluation of patients without hippocampal abnormalities on MRI.  American Academy of Neurology Annual Meeting, 1994.

355. Laxer, K.D., Van der Grond, J, Hugg, J, Matson, G., Gerson, J., and Weiner, M.W.: The relationship of partial epilepsy severity to neuronal loss as determined by proton magnetic resonance spectroscopic imaging ([1]H MRSI).  American Academy of Neurology Annual Meeting, 1994.

356. Schreur, J.H.M., Halow, J.M., Figueredo, V.M., Weiner, M.W., and Camacho. S.A.:  $[Ca^{2+}]_i$ and contractility during control and ischemia:  Effects of felodipine, a $Ca^{2+}$ channel blocker, not caused by $Ca^{2+}$ channel blockade.  Presented at the American Heart Association 67th Scientific Session, 1994.

357. Chang, K.C., Schreur, J.H.M., Weiner, M.W., Kariya, K., Simpson, P.C., and Camacho, S.A.: $[Ca^{2+}]_c$ transient decline is related to sarcoplasmic reticulum $Ca^{2+}$-ATPase protein concentration of isolated myocytes in pressure-overload hypertrophy.  Presented at the American Heart Association 67th Scientific Session, 1994.

358. Shames, D.M., Baker, A.J., Schreur, J.H.M., Weiner, M.W., and Camacho, S.A.: The calcium-pressure relationship in the isolated perfused rat heart: A mathematical model for parameter estimation.  Presented at the American Heart Association 67th Scientific Session, 1994.

359. Weiner, M.W.:  Clinical applications of MR spectroscopy and spectroscopic imaging.  Abstract, Society of Magnetic Resonance, p.185.  Presented at the Second Annual Meeting, 1994.

360. Meyerhoff, D.J., Poole, N., Weiner, M.W., and Fein, G.: Are proton metabolites affected in brain areas of heaviest HIV load?  Abstract, Society of Magnetic Resonance, p.580.  Presented at the Second Annual Meeting, 1994.

361. MacKay, S., Meyerhoff, D.J., Constans, J.M., Fein, G., and Weiner, M.W.: Effects of subcortical ischemic vascular dementia on cerebral [1]H metabolites.  Abstract, Society of Magnetic Resonance, p.597.  Presented at the Second Annual Meeting, 1994.

362. Meyerhoff, D.J., and Weiner, M.W.: Metabolite variations and age effects in the normal human brain studied by [1]H MRSI.  Abstract, Society of Magnetic Resonance, p.598.  Presented at the Second Annual Meeting, 1994.

363. Mancuso, A., Karibe, H., Rooney, W.D., Zarow, G.J., States, B., Graham, S.H., Weiner, M.W., and Weinstein, P.R.: Early reductions in apparent diffusion coefficient of water underestimate the extent of pathologic cerebral blood flow reduction during MCA occlusion in rats.  Abstract, Society of Magnetic Resonance, p.1013.  Presented at the Second Annual Meeting, 1994.

364.  Schuff, N., Ehrhardt, J.C., and Weiner, M.W.: Efficient data acquisition for 2D spectroscopic imaging using hexagonal k-space sampling.  Abstract, Society of Magnetic Resonance, p.1177.  Presented at the Second Annual Meeting, 1994.

365.  Kent-Braun, J.A., Sharma, K.R., Weiner, M.W., and Miller, R.G.: Localizing the source of muscle fatigue in clinical populations.  Society of Magnetic Resonance Workshop, Liverpool, 1994.

366.  Rooney, W.D., Goodkin, D.E., Schuff, N., Norman, D., and Weiner, M.W.: Cr is increased and MTI is unchanged in multiple sclerosis normal appearing white matter.  Abstract, Society of Magnetic Resonance, p.55.  Presented at the Third Annual Meeting, 1995.

367.  Ende, G., Laxer, K.D., Knowlton, R., Matson, G.B., Schuff, N., and Weiner, M.W.: Water referenced quantitative 2D [1]H SI in the hippocampus of healthy controls and TLE patients.  Abstract, Society of Magnetic Resonance, p.1962.  Presented at the Third Annual Meeting, 1995.

368.  Haupt, C.I., Schuff, N., Weiner, M.W., and Maudsley, A.A.: Reduction of lipid truncation artifacts in [1]H MR spectroscopic imaging.  Abstract, Society of Magnetic Resonance, p.1914.  Presented at the Third Annual Meeting, 1995.

369.  Ende, G., Laxer, K.D., Knowlton, R., Tanabe, J., Matson, G.B., and Weiner, M.W.: $T_2$ in the hippocampus of TLE patients: No changes are detected in the absence of hippocampal atrophy. Abstract, Society of Magnetic Resonance, p.1230.  Presented at the Third Annual Meeting, 1995.

370.  Ende, G., Laxer, K.D., Knowlton, R., Tanabe, J., Matson, G.B., and Weiner, M.W.: Quantitative [1]H SI shows bilateral metabolite changes in unilateral TLE patients with and without hippocampal atrophy.  Abstract, Society of Magnetic Resonance, p.155.  Presented at the Third Annual Meeting, 1995.

371.  Meyerhoff, D.J., MacKay, S., Ezekiel, F., Di Sclafani, V., Gerson, J., Constans, J.M., Norman, D., Fein, G., and Weiner, M.W.: Metabolite changes in Alzheimer's disease are not due to atrophy: Combined [1]H MRSI and MRI segmentation. Abstract, Society of Magnetic Resonance, p.388.  Presented at the Third Annual Meeting, 1995.

372.  Meyerhoff, D.J., Rooney, W.D., Tokumitsu, T., and Weiner, M.W.: Cerebral ethanol exhibits magnetization transfer effects. Abstract, Society of Magnetic Resonance, p.272.  Presented at the Third Annual Meeting, 1995.

373.  Figueredo, V.M., Zhou, H.Z., Baker, A.J., Weiner, M.W., and Camacho, S.A.: Faster isovolumic relaxation in rat hearts chronically exposed to ethanol.  Presented at the American Heart Association 68th Scientific Session, 1995.

374.  Chang, K.C., Figueredo, V.M., Weiner, M.W., and Camacho, S.A.: Thyroid hormone reverses the slowing of isovolumic relaxation and cytosolic Ca2+ decline induced by pressure-overload

125

hypertrophy in rat hearts.   Presented at the American Heart Association 68th Scientific Session, 1995.

375. Kent-Braun, J.A., Walker, C.H., Weiner, M.W., and Miller, R.G.: Upper and lower motor neuron function and muscle weakness in ALS.  American Academy of Neurology Annual Meeting, 1996.  Published in Neurology, 46:A470, 1996.

376. Rooney, W.D., Goodkin, D.E., Abundo, M., and Weiner, M.W.: The spatial dependence of magnetization transfer ratio to MS plaque: A new measure of microscopic disease burden. American Academy of Neurology Annual Meeting, 1996.

377. Meyerhoff, D.J., Rooney, W.D., Tokumitsu, T., and Weiner, M.W.: Evidence of multiple ethanol pools in the brain: An in-vivo proton magnetization transfer study.  Abstract, p.201. Presented at the 37th Experimental Nuclear Magnetic Resonance Conference, 1996.

378. Laxer, K.D., Ende, G., Walker, J.A., Knowlton, R., Matson, G.B., and Weiner, M.W.: NAA as a measure of hippocampal function in temporal lobe epilepsy.  Abstract, International Society for Magnetic Resonance in Medicine, p.136.  Presented at the Fourth Scientific Meeting, 1996.

379. Ende, G., Knowlton, R., Laxer, K.D., Matson, G.B., and Weiner, M.W.: NAA is a more sensitive marker of hippocampal disease than atrophy: Evidence that NAA is a neuronal marker.   Abstract, International Society for Magnetic Resonance in Medicine, p.137. Presented at the Fourth Scientific Meeting, 1996.

380. Vermathen, P., Ende, G., Laxer, K.D., Knowlton, R., El Din, M., Matson, G.B., and Weiner, M.W.: Hippocampal NAA is not reduced in neocortical epilepsy: Contrast with medial temporal lobe epilepsy. Abstract, International Society for Magnetic Resonance in Medicine, pg. 138. Presented at the Fourth Scientific Meeting, 1996.

381. Schuff, N., Knowlton, R., Amend, D.L., Meyerhoff, D.J., Tanabe, J.L., Fein, G., and Weiner, M.W.: Changes of NAA in Alzheimer's disease are more prominent in hippocampus than in cortical gray matter: An [1]H MR spectroscopic imaging study.  Abstract, International Society for Magnetic Resonance in Medicine, p.308.  Presented at the Fourth Scientific Meeting, 1996.

382. Vermathen, P., Ende, G., Laxer, K.D., Knowlton, R., El Din, M., Matson, G.B., and Weiner, M.W.: [1]H-MRSI follow-up studies on epilepsy show strongly altered metabolite concentrations after surgery.  Abstract, International Society for Magnetic Resonance in Medicine, p.957.  Presented at the Fourth Scientific Meeting, 1996.

383. Knowlton, R., Ende, G., Laxer, K.D., Hawkins, R.A., Vermathen, P., Matson, G.B., and Weiner, M.W.: FDG-PET, [1]H MRSI, hippocampal volumetry, and T2 maps in the evaluation of non-lesional temporal lobe epilepsy.  Abstract, International Society for Magnetic Resonance in Medicine, p.958.  Presented at the Fourth Scientific Meeting, 1996.

126

**Curriculum Vitae - Michael W. Weiner, M.D**.

384. Ebisu, T., Rooney, W.D., Graham, S.H., Mancuso, A., Weiner, M.W., and Maudsley, A.A.: Early detection of excitotoxic brain damage by MR spectroscopic imaging and diffusion-weighted MRI. Abstract, International Society for Magnetic Resonance in Medicine, p.916. Presented at the Fourth Scientific Meeting, 1996.

385. Tokumitsu, T., Mancuso, A., Weinstein, P.R., Weiner, M.W., and Maudsley, A.A.: Time course study of temporal lobe epilepsy in the rat by diffusion-weighted MRI and [1]H spectroscopic imaging. Abstract, International Society for Magnetic Resonance in Medicine, p.922. Presented at the Fourth Scientific Meeting, 1996.

386. Meyerhoff, D.J., Bloomer, C., DeVivo, K., Norman, D., Fein, G., and Weiner, M.W.: Metabolic effects of HIV infection in periventricular and other brain regions. Abstract, International Society for Magnetic Resonance in Medicine, p.935. Presented at the Fourth Scientific Meeting, 1996.

387. Meyerhoff, D.J., Fein, G., and Weiner, M.W.: Elevated scyllo-inositol in adult human brain? Abstract, International Society for Magnetic Resonance in Medicine, p.954. Presented at the Fourth Scientific Meeting, 1996.

388. Schuff, N., and Weiner, M.W.: Investigation of metabolite changes in cortex and neocortex of healthy elderly by multislice [1]H MR spectroscopic imaging. Abstract, International Society for Magnetic Resonance in Medicine, p. 213. Presented at the Fourth Scientific Meeting, 1996.

389. Matson, G.B., Hugg, J.W., Schuff, N., Maudsley, A.A., and Weiner, M.W.: Improvement of k-space acquisition strategies for [31]P MRSI and [1]H MRSI. Abstract, International Society for Magnetic Resonance in Medicine, p.1217. Presented at the Fourth Scientific Meeting, 1996.

390. Mancuso, A., Nimura, T., Weiner, M.W., and Weinstein, P.R.: Thresholds of water ADC reduction associated with neuronal injury following middle cerebral artery occlusion in rats. Abstract, International Society for Magnetic Resonance in Medicine, p.1334. Presented at the Fourth Scientific Meeting, 1996.

391. Marks, W.J., Laxer, K.D., Vermathen, P., Matson, G.B., and Weiner, M.W.: Brain pH in primary generalized epilepsy determined by [31]P magnetic resonance spectroscopic imaging. American Epilepsy Society Meeting, 1996.

392. Meyerhoff, D.J., Rooney, W.D., Tokumitsu, T., and Weiner, M.W.: Evidence of multiple ethanol pools in the brain: An in-vivo proton magnetization transfer study. Presented at the 1996 Joint Scientific Meeting of the Research Society on Alcoholism and the International Society for Biomedical Research on Alcoholism, 1996.

393. Miyamae, M., Camacho, S.A., Diamond, I., Weiner, M.W., and Figueredo, V.M.: Chronic ethanol use attenuates ischemia - reperfusion injury in guinea pig hearts via adenosine A1

receptors.    Presented at the 1996 Joint Scientific Meeting of the Research Society on Alcoholism and the International Society for Biomedical Research on Alcoholism, 1996.

394.  Marks. W.J. Jr., Laxer, K.D., Vermathen, P., Matson, G.B., and Weiner, M.W.: Brain pH in Primary generalized epilepsy determined by 31P magnetic resonance spectroscopic imaging. Epilepsia 37 (Suppl. 5): 196, 1996. Presented at the 1996 Annual Meeting of the American Epilepsy Society, San Francisco.

395.  Ende, G., Laxer, K.D., Knowlton, R., Vermathen, P., Matson, G., and Weiner M.W.: What is the Impact of 1H MRSI on the Presurgical Evaluation of Intractable Temporal Lobe Epilepsy? Magnetic Resonance Materials in Physics, Biology, and Medicine (MAG*MA), Supplement to Volume IV Number II June 1996, ESMRMB '96, Prague, p.139, No.253.

396.  Vermathen, P., Laxer, K.D., El Din, M., Matson, G.B., and Weiner, M.W.: [1]H MRSI of the hippocampus shows strong anterior-posterior differences in epilepsy patients and in controls. Abstract, International Society for Magnetic Resonance in Medicine, p.36.  Presented at the Fifth Scientific Meeting, 1997.

397.  Tanabe, J., Miller, R., Vermathen, M., Gelinas, D., Weiner, M.W., and Rooney, W.D.: Reduced MTR and normal T2 in amyotrophic lateral sclerosis.  Abstract, International Society for Magnetic Resonance in Medicine, p.78.  Presented at the Fifth Scientific Meeting, 1997.

398.  Meyerhoff, D.J., Bloomer, C., Neilson-Bohlman, L., Norman, D., Fein, G., and Weiner, M.W.: The regional pattern of brain white matter NAA reductions in HIV infection is associated with the severity of cognitive impairment.  Abstract, International Society for Magnetic Resonance in Medicine, p.292.  Presented at the Fifth Scientific Meeting, 1997.

399.  Vermathen, P., Laxer, K.D., El Din, M., Matson, G.B., and Weiner, M.W.: Hippocampal NAA loss in mesial temporal lobe epilepsy is not accompanied by changes in other brain regions.  A combined multislice and PRESS MRSI study. Abstract, International Society for Magnetic Resonance in Medicine, p.1185.  Presented at the Fifth Scientific Meeting, 1997.

400.  Rooney, W.D., Miller, R., Gelinas, D., Schuff, N., Maudsley, A., and Weiner, M.W.: Multislice [1]H MRSI of amyotrophic lateral sclerosis. Abstract, International Society for Magnetic Resonance in Medicine, p.1189.  Presented at the Fifth Scientific Meeting, 1997.

401.  Schuff, N., Amend, D., El Din, M., Norman, D., Fein, G., and Weiner, M.W.: Reduced hippocampal NAA and volume in elderly with mild cognitive impairments. Abstract, International Society for Magnetic Resonance in Medicine, p.1207.  Presented at the Fifth Scientific Meeting, 1997.

402.  Schuff, N., Amend, D., Marmar, C.R., Weiss, D.S., Neyland, T.C., Schoenfeld, F., Fein, G., and Weiner, M.W.: Changes of hippocampal NAA and volume in post traumatic stress disorder. Abstract, International Society for Magnetic Resonance in Medicine, p.1231. Presented at the Fifth Scientific Meeting, 1997.

128

403. Govindaraju, V., Meyerhoff, D.J., Maudsley, A.A., Vermathen, M., and Weiner, M.W.: Factors affecting ethanol signal visibility in brain membrane preparations of control and alcohol-fed rats. Abstract, International Society for Magnetic Resonance in Medicine, p.1252. Presented at the Fifth Scientific Meeting, 1997.

404. Meyerhoff, D.J., Weiner, M.W., and Fein, G.: Midbrain neuronal damage in heavy drinkers: An in vivo proton magnetic resonance study.   Presented at the Research Society on Alcoholism Meeting, 1997.

405. Govindaraju, V., Meyerhoff, D.J., Maudsley, A.A., Vermathen, M., and Weiner, M.W.: Effects of brain membranes on [1]H nuclear magnetic resonance signal intensity of ethanol in vitro.  Presented at the Research Society on Alcoholism Meeting, 1997.

406. Weiner, M.W.: Clinical applications of magnetic resonance spectroscopic imaging.  Presented at the Advances in Magnetic Resonance Imaging Second International Magnetom Vision Conference, Rotterdam, The Netherlands. 1997.

407. Govindaraju, V., Kiefer, A.P., Matson, G.B., Schuff, N., Weiner, M.W., and Maudsley, AA.: Multiple echo [1]H spectroscopy imaging of human brain.  Presented at the Advances in Magnetic Resonance Imaging Second International Magnetom Vision Conference, Rotterdam, The Netherlands. 1997.

408. Meyerhoff, D.J., Fein, G., and Weiner, M.W.:  Cerebral metabolic effects of HIV infection studies by [1]H MRSI.  Presented at the Advances in Magnetic Resonance Imaging Second International Magnetom Vision Conference, Rotterdam, The Netherlands. 1997.

409. Vermathen, P., Laxer, K.D., El Din, M. Matson, G.B., and Weiner, M.W.: [1]H MRSI of the hippocampus in epilepsy patients and in controls.  Presented at the Advances in Magnetic Resonance Imaging Second International Magnetom Vision Conference, Rotterdam, The Netherlands. 1997.

410. Schuff, N., Soher, B.J., Young, K., Maudsley, A.A., Ezekiel, F., Amend, D.L., Fein, G., and Weiner, M.W.: Regression and histogram analysis of [1]H MR spectroscopic imaging data. Abstract, International Society for Magnetic Resonance in Medicine, p.28.  Presented at the Sixth Scientific Meeting, 1998.

411. Schuff, N., Amend, D.L., Capizzano, A., Soher, B.J., Young, K., Maudsley, A.A., Ezekiel, F., Fein, G., and Weiner, M.W.: NAA reductions in parietal and frontal cortex of Alzheimer's disease. Abstract, International Society for Magnetic Resonance in Medicine, p.729. Presented at the Sixth Scientific Meeting, 1998.

412. Schuff, N., Amend, D.L., Rooney, W.D., Gelinas, D.F., Miller, R., Soher, B.J., Young, K., Maudsley, A.A., Fein, G., and Weiner, M.W.: Quantitative assessment of NAA reductions in the motor cortex of amyotrophic lateral sclerosis. Abstract, International Society for Magnetic Resonance in Medicine, p.734.  Presented at the Sixth Scientific Meeting, 1998.

129

413. Meyerhoff, D.J., Bloomer, C., Salas, G., Schuff, N., Norman, D., Weiner, M.W., and Fein, G.: Cortical metabolite alterations in recently abstinent cocaine and cocaine/alcohol dependent subjects. Abstract, International Society for Magnetic Resonance in Medicine, p.1715. Presented at the Sixth Scientific Meeting, 1998.

414. Vermathen, P., Laxer, K.D., Schuff, N., Maudsley, A.A., Matson, G.B., and Weiner, M.W.: Reduced NAA localizes the seizure focus in neocortical epilepsy a multislice MR spectroscopic imaging study. Abstract, International Society for Magnetic Resonance in Medicine, p.1728. Presented at the Sixth Scientific Meeting, 1998.

415. Vermathen, P., Laxer, K.D., Schuff, N., Maudsley, A.A., Matson, G.B., and Weiner, M.W.: Simultaneous detection of reduced NAA in hippocampal and other brain regions in mesial temporal lobe epilepsy using multislice proton MRSI. Abstract, International Society for Magnetic Resonance in Medicine, p.1729. Presented at the Sixth Scientific Meeting, 1998.

416. Amend, D.L., Schuff, N., Fein, G., and Weiner, M.W.: Combined use of quantitative MRI segmentation and hippocampal voluming in Alzheimer's disease and mild cognitive impairment. Abstract, International Society for Magnetic Resonance in Medicine, p.2159. Presented at the Sixth Scientific Meeting, 1998.

417. Rooney, W., Sloan, R., Vermathen, M., Bacchetti, P., Gee, L., Andersson, P.B., Waubant, E., Stewart, T., Chan, A., Hietpas, J., and Weiner, M.W.: AAN Scientific Program Abstract Submission, Abstract, American Association of Neurology. Presented at Meeting 1998.

418. Suhy, J., Rooney, W.D., Goodkin, D.E., Maudsley, A.A., and Weiner, M.W.: Biochemical comparison of primary progressive and relapsing remitting multiple sclerosis by proton magnetic resonance spectroscopy. Abstract 34th ACS Western Regional Meeting, Presented at Meeting, 1998.

419. Goodkin, D.E., Rooney, W., Sloan, R., Vermathen, M., Bacchetti, P., Gee, L., Andersson, PB. Waubant, E., Stewart, T., Chan, A., Hietpas, J., and Weiner, M.W.: PD, T1, Gadolinium (Gd+) Intensities, T2 and MTRs are chronically diffusely abnormal in MS brain and on monthly MRI scans are related to the appearance of new Gd+ lesions in normal appearing white matter (NAWM). Abstract, American Academy of Neurology Scientific Proram, 1998.

420. Waubant, E., Sloan, R., Vermathen, M., Rooney, W., Weiner, M.W., and Goodkin D.: A pilot study of the effect of weekly intramuscular (IM) 6.0 MIU interferon beta-1a on monthly gadolinium-enhanced brain MRI activity in patients with relapsing multiple sclerosis. J Neurology 245:185, 1998.

421. O'Neill, J., Schuff, N., Soto, G., Ezekiel, F., Eberling, J.L., Klein, G.J., Jagust, W.J. and Weiner, M.W.: Method to correlate NAA and CMRglu from coregistered 1 H MRSI and 18FDG-PET data. Abstract, International Society for Magnetic Resonance in Medicine, p.27. Presented at the Seventh Scientific Meeting, 1999.

130

422. Schuff, N., Rooney, W.D., Gelinas, D.F., Miller, R.G., Amend, D., Maudsley, A.A., and Weiner, M.W.: Abnormal levels of Cho but not of NAA in the posterior internal capsule of patients with ALS. Abstract, International Society for Magnetic Resonance in Medicine, p.49. Presented at the Seventh Scientific Meeting, 1999.

423. Tanabe, J.L., Ezekiel, F., Jagust, W.J., Reed, B.R., Norman, D., Schuff, N., Weiner, M.W., and Fein, G.: Magnetization transfer ratio of white matter hyperintensities in subcortical ischemic vascular dementia. Abstract, International Society for Magnetic Resonance in Medicine, p.65. Presented at the Seventh Scientific Meeting, 1999.

424. Capizzano, A.A., Vermathen, P., Laxer, K., Ende, G., Norman, D., Matson, G.B., Maudsley, A.A. and Weiner, M.W.: Qualitative reading of 1H MRS images in the presurgical evaluation of temporal lobe epilepsy patients. Abstract, International Society for Magnetic Resonance in Medicine, p.143. Presented at the Seventh Scientific Meeting, 1999.

425. Suhy, J., Schuff, N., Miller, R.G., Gatto, N., Maudsley, A.A., and Weiner M.W.: Quantitation of measurement error for motor cortex NAA in ALS. Abstract, International Society for Magnetic Resonance in Medicine, p.143. Presented at the Seventh Scientific Meeting, 1999.

426. Schuff, N., Capizzano, A.A., Amend, D., Gamst, A., Jagust, W., Fein, G., Maudsley, A.A., and Weiner, M.W.: Regional pattern of diminished levels of cortical NAA in alzheimer's disease and vascular dementia. Abstract, International Society for Magnetic Resonance in Medicine, p.144. Presented at the Seventh Scientific Meeting, 1999.

427. Capizzano, A.A., Schuff, N.W., Amend, D.L., Tanabe, J.L., Norman, D., Maudsley, A.A., Jagust, W., Chui, H., Fein, G. and Weiner, M.W.: Decreased cortical NAA in subcortical ischemic vascular dementia. Abstract, International Society for Magnetic Resonance in Medicine, p.145. Presented at the Seventh Scientific Meeting, 1999.

428. Vermathen, M., Rooney, W.D., Goodkin, D.E., and Weiner M.W.: Creatine and *myo*-inositol are increased in multiple sclerosis normal appearing white matter. Abstract, International Society for Magnetic Resonance in Medicine, p.145. Presented at the Seventh Scientific Meeting, 1999.

429. Suhy, J., Rooney, W.D., Goodkin, D.E., Capizzano, A.A., Maudsley, A.A., and Weiner, M.W.: Comparison of primary progressive and relapsing remitting multiple sclerosis by 1H MRSI. Abstract, International Society for Magnetic Resonance in Medicine, p.158. Presented at the Seventh Scientific Meeting, 1999.

430. Chui, H., DiSclafani, V., Weiner, M.W., Norman, D., Jagust, W., Ellis, W., Vinters, H., and Fein, G.: Subcortical ischemic lesions in dementai are associated with hippocampal and cortical atrophy. Abstract, Presented at the AAN Scientific Program, Neurology 52: A98, 1999.

431. Chui, H., Zarow, C., Ellis, W., Amend, D., Weiner, M., Jagust, W., Mungas, D., Reed, B., Kramer, J., Lyness, S., and Vinters, H.  Diagnosis of Ischemic Vascular Dementia (IVD):

131

Clinical-Pathological Correlations.  Abstract, International Conference on Vascular Dementia, Geneva, Switzerland, p. 27, 1999.

432. Schuff, N., Amend, D., Capizzano, A., Chui, H., Jagust, W., Norman D., and Weiner, M.W. Cerebral metabolite abnormalities in subcortical ischemic vascular dementia and Alzheimer's disease detected with proton magnetic resonance spectroscopic imaging.  Presented at the 1st International Congress on Vascular Dementia, Geneva, Switzerland, October 3-6, 1999.

433. Amend, D.L., Chui, H.C., Norman, D., Jagust, W., Fein, G., and Weiner, M.W.  Subcortical ischemic lesions in dementia are associated with cortical and hippocampal atrophy. Abstract, International Conference on Vascular Dementia, Geneva, Switzerland, 1999.

434. Reed, B.R., Eberling, J.L., Mungas, D.M., Weiner, M.W., Kramer, J.H. Chui, H.C., and Jagust, W.J.: Prefrontal hypometabolism may predict decline in patients with lacunar stroke. International Neuropsychological Society, Vol. 6(2), pg. 155. 28th Annual Meeting, Denver, Colorado, 2000.

435. Suhy, J., Schuff, N., Miller, R.G., Gatto, N., Maudsley, A.A., Weiner, M.W.: 1H MRSI Measurement of Early Detection and Longitudinal Changes in ALS. Proceedings of the International Society for Magnetic Resonance in Medicine, pg. 630, 8th Scientific Meeting and Exhibition, Denver, Colorado, 2000.

436. Suhy, J., Schuff, N., Maudsley, A.A., Weiner, M.W., and Miller, R.G.: Detection of ALS by Proton Magnetic Resonance Imaging. Presented at the American Academy of Neurology 52nd Annual meeting, San Diego, CA, 2000. Neurology 54(6) Suppl 2, pg. 51.

437. Mungas, D.N., Reed, B.R., Jagust, W.J., Kramer, J.H., Weiner, M.W., Mack, W.J. and Chui, H.C.: Differential Decline in Memory and Executive Functioning in Patients With and Without Subcortical Infarcts. American Academy of Neurology, 52nd Annual meeting, San Diego, CA, 2000.

438. Du, A.T., Schuff, N., Amend, D., Hsu, Y.Y., Laakso, M.P., Yaffe, K. Weiner, M.W.: Volumes of Entorhinal Cortex and Hippocampus in Mild Cognative Impairment and Alzheimer's Disease. Proceedings of the International Society for Magnetic Resonance in Medicine, pg. 290, 8th Scientific Meeting and Exhibition, Denver, Colorado, 2000.

439. Schuff, N., Du, A.T., Greenfield, T., Amend, D., Norman, D., Chui, H., Weiner, M.W.: Hippocampal NAA Differences Despite Similar Atrophy Between Subcortical Ischemic Vascular Demensia and Alzheimer's Disease. Proceedings of the International Society for Magnetic Resonance in Medicine, pg. 294, 8th Scientific Meeting and Exhibition, Denver, Colorado, 2000.

440. Gatenby, J.C., Rooney, W.D., Gelinas, D., Miller, R.G., Weiner, M.W.: Brain Activation During a Motor Task in Amyotrophic Lateral Sclerosis. Proceedings of the International Society for Magnetic Resonance in Medicine, pg. 322, 8th Scientific Meeting and Exhibition, Denver, Colorado, 2000.

132

441. Weidermann, D., Schuff, N., Matson, G., Maudsley, A.A., Weiner, M.W.: Test-retest Reliability of Short TE Multislice [1]H-MRSI. Proceedings of the International Society for Magnetic Resonance in Medicine, pg. 369, 8th Scientific Meeting and Exhibition, Denver, Colorado, 2000.

442. Schuff, N., Ezekiel, F., Du, A.T., Weiner, M.W.: Automated Voxel Selection and Assesment of Partial Volume Effects in [1]H MRSI Studies of Hippocampus. Proceedings of the International Society for Magnetic Resonance in Medicine, pg. 425, 8th Scientific Meeting and Exhibition, Denver, Colorado, 2000.

443. O'Neill, J., Marks, W.J., Schuff, N., Feiwell, R., Weiner, M.W.: Short-TE [1]H MRS of the Substantia Nigra and Quantitative MRI in Idiopathic Parkinson's Disease. Proceedings of the International Society for Magnetic Resonance in Medicine, pg. 1161, 8th Scientific Meeting and Exhibition, Denver, Colorado, 2000.

444. Hsu, Y.Y., Schuff, N., Amend, D., Du, A.T., Norman, D., Chui, H., Jagust, W.J., Weiner, M.W.: Quantitative MRI Differences Between Alzheimer's Disease Without and With Lacunar Infarcts. Proceedings of the International Society for Magnetic Resonance in Medicine, pg. 1262, 8th Scientific Meeting and Exhibition, Denver, Colorado, 2000.

445. Studholme, C., Cardenas-Nicolson, V., Schuff, N., and Weiner, M.W.: High resolution free form deformation analysis of atrophy from longitudinal MRI studies of mild cognitive impairment.  In Proceedings of Human Brain Mapping, 2001.

446. Suhy, J, Laxer, KD, Capizzano, AA, Vermathen, P, Matson, GB, Barbaro, NM, Weiner, MW. 1H MRSI Predicts Surgical Outcome in Temporal Lobe Epilepsy Patients with Normal MRI. Proceedings of ISMRM, Glasgow, Scotland, April, 2001.

447. Suhy, J, Laxer, K, Flenniken, D, Axelrad, J, Capizzano, AA, Weiner, MW.  Frontal Lobe NAA Reductions in Temporal Lobe Epilepsy by 1H MRSI.  Proceedings of ISMRM, Glasgow, Scotland, April, 2001.

448. Suhy, J, Miller, RG, Schuff, N, Lopez, R, Maudsley, AA, Weiner, MW.  Longitudinal Corticospinal Tract Changes in ALS by 1H MRSI.  Proceedings of ISMRM, Glasgow, Scotland, April, 2001.

449. Weiner, MW, Cardenas, VA, Du, A, Hardin, D, Ezekiel, F, Weber, P.  Quantifying Longitudinal Change in Dementia:  A Comparison of Methods.  American Academy of Neurology 53rd Annual Meeting, Philadelphia, PA, 2h001, Neurology 56(8) Suppl 3 pg. A372.

450. Mungas, D, Reed, BR, Jagust, WJ, DeCarli, C, Kramer, JH, Weiner, WM, Schuff, N, Chui, HC. Quantitative MRI Predictors of Cognitive Decline Associated with AD and Cerebrovascular Disease. American Academy of Neurology 53rd Annual Meeting, Philadelphia, PA, 2001, Neurology 56(8) Suppl 3 pg. A374.

133

451. Geschwind, M.D., Rosen, H.J., Kramer, J., Mychack, P. Miller, B.L.  Dementia in PSP – Subcortical or Frontal?  Presented at the 53rd annual meeting of the American Academy of Neurology, Philadelphia, PA, 2001.

452. Gorno-Tempini, M., Rosen, H., Weiner, M., Cappa, S., Miller, B.  Common and differing patterns of brain atrophy associated with frontotemporal and semantic dementia.  Society for Neuroscience Abstracts, 2001.

453. Geschwind, M.D., Boxer, A., Kramer, J., Rosen, H., Miller, B., Weiner, M.  Comparison of cognitive profile and brain atrophy in PSP and CBD.  Presented at the First International Symposium on Mental and Behavioral Dysfunction in Movement Disorders, Montreal, Canada, October, 2001.  Movement Disorders, 16(1):Suppl 176 pg. S56, 2001.

454. Chui, H.C., Jagust, W.J., Weiner, M.W., Ellis, W., Zarow, C., Reed, B.R., Mungas, D.M., Kramer, J.H., Mack, W., DeCarli, C., Vinters, H.  Clinical Imaging Pathological Correlations in Subcortical Ischemic Vascular Dementia.  June, 2001.  Submitted to Second International Congress on Vascular Dementia.

455. Weiner, M.W., Schuff, N., Du, A.T., Amend, D.L., Jagust, W.J., Reed, B.R., Chui, H.  Association between Cortical Impairment and Subcortical Infarctions Assessed Using MR Imaging and Spectroscopic Imaging.  Proceedings of Second International Congress on Vascular Dementia, October 4-7, 2001.

456. Studholme, C., Cardenas, V., Schuff, N., Weiner, M.  High Resolution Free Form Deformation Analysis of Atrophy from Longitudinal MRI Studies of Mild Cognitive Impairment.  NeuroImag, 13(6): S260, 2001.

457. Studholme, C., Cardenas, V., Weiner, M.W.  Multi Scale Image and Multi Scale Deformation of Brain Anatomy for Building Average Brain Atlases.  Proceedings of SPIE Medical Imaging, SPIE Press Vol 4322-60, pg: 557-68, February, 2001.

458. Studholme, C. Cardenas-Nicolson, V.A., Weiner, M.  Building Whole Brain Maps of Atrophy Rate from Multi-Subject Longitudinal Studies Using Free Form Deformations.  Proceedings of ISMRM, Glasgow, Scotland, April, 2001.

459. Levine, A., Bruce, A., Rothlind, J., Quigley, L., Weiner, M.  Cognitive deficits in Asymptomatic HIV+ individuals?  An old question revisited using a novel computerized assessment.  Poster presented at the Annual Meeting of the National Academy of Neuropsychology, San Francisco, November, 2001.

460. Studholme, C., Cardenas, V., Schuff, N., Rosen, H., Miller, B., and Weiner, M.: Detecting spatially consistent structural differences in Alzheimer's and Fronto Temporal Dementia using deformation morphometry.  In Proceedings of 4th International Conference on Medical Imaging Computing and Computer Assisted Interventions, pg. 41-8, 2001.

**Curriculum Vitae - Michael W. Weiner, M.D**.

461. Schuff, N., Du, A-T., Amend, D.L., Jagust, W.J., Reed, B.R., Chui, H.C., Weiner, M.W. Association Between Cortical Impairment and Subcortical Infarction Assessed Using MRI and 1H MRSI.  Presented at the 2nd International Congress on Vascular Dementia, Salzburg, Austria, January 24-27, 2002. Ed. Korczyn, A.D., Monduzzi Editore, Bologna, pg. 109-115, 2002.

462. Mungas, D, Jagust, WJ, DeCarli, C, Reed, BR, Harvery, DJ, Mack, WJ, Kramer, JH, Weiner, MW, Chui, HC.  MRI Differentially Predicts Decline of Memory and Executive Function in Non-demented Patients with and without Cerebrovascular Disease.  Presented at The 54th Annual Meeting of the American Academy of Neurology, Denver, April, 2002.

463. Weiner, MW, Du, AT, Studholme, C, Cardenas-Nicolson, V, Schuff, N, Miller, B, Kramer, JH, Jagust, W, Reed, BR, Chui, HC.  Longitudinal Changes of Brain Structures in Healthy Aging and AD.  Presented at The 54th Annual Meeting of the American Academy of Neurology, Denver, April, 2002.

464. Studholme, C., Cardenas, V., Schuff, N., Krishnan, M., Chui, and Weiner, M.W.: The effects of cerebrovascular and Alzheimer disease on patterns of ventricular expansion rate derived from serial MRI. In Proceedings of ISMRM, Hawaii, 2002.

465. Rule, RR, Studholme, C, Miller, RG, Weiner, MW (2002) High-Resolution MRI Morphometry Maps Longitudinal Atrophy in ALS Brains. 32nd Annual Meeting of the Society for Neuroscience. 719.7, 2002.

466. Cardenas, V.A., Meyerhoff, D.J., Chao, L.L., Rothlind, J.C., Studholme, C., Rogers, L.J., Lampiris, H., Chesney, M., and Weiner, M.W.: Persistent Brain Injury in HIV Patients on ART.  In Abstracts 10th Conference on Retroviruses and Opportunistic Infections, Boston, MA, February 10-14, 2003.

467. Du, A-T., Schuff, N., Kramer, J.H., Studholme, C., Cardenas-Nicolson, V., Norman, D., Reed, B., Miller, B.L., Rosen, H., Yaffe, K., Jagust, W.J., Kmiecik, J., Chui, H., and Weiner, M.W.: Effects of Subcortical Vascular Disease on Cerebral Atrophy and Blood Flow Reduction in Dementia.  In 55th Annual Meeting of the American Academy of Neurology, Honolulu, HI, March 29 – April 5, 2003.

468. Mungas, D., Reed, B.R., Jagust, W.J., DeCarli, C., Harvey, D.J., Beckett, L., Kramer, J.H., Weiner, M.W., Mack, W., Zarnow, C., Ellis, W., Vinters, H., and Chui, H.C.: MRI Analogs of Alzheimer's and Cerebrovascular Neuropathology.  In 55th Annual Meeting of the American Academy of Neurology, Honolulu, HI, March 29 – April 5, 2003.

469. Meyerhoff, D.J., Cardenas, V., Studholme, C., Blumenfeld, R., Truran, D., Ezekiel, F., Lampiris, H., Rothlind, J., Lindgren, J., and Weiner, M.W.: Evidence for Brain Damage in Treated HIV-Infected Individuals.  In 55th Annual Meeting of the American Academy of Neurology, Honolulu, HI, March 29 – April 5, 2003.

**Curriculum Vitae - Michael W. Weiner, M.D**.

470. Rankin, K.P., Gorno-Tempini, M.L., Weiner, M.W., and Miller, B.L.: Neuroanatomy of Impaired Empathy in Frontotemporal Dementia.  In 55th Annual Meeting of the American Academy of Neurology, Honolulu, HI, March 29 – April 5, 2003.

471. Jahng, G.H., Zhu, X.P., Du, A.T., Studholme, C., Matson, G.B., Weiner, M.W., Schuff, N.: Reliability of Brain Perfusion with Pulsed Arterial Spin Labeling. Page 2219.  Proceedings of the 11th Meeting of ISMRM, Toronto, Canada, May 10-16, 2003.

472. Kaiser, L.G., Schuff, N., Cashdollar, N., Weiner, M.W.: Short Echo 1H MRS at 4T of Motor Pathways in Human Brain.  Proceedings of the 11th Meeting of ISMRM, Toronto, Canada, May 10-16, 2003.

473. Du, A.T., Schuff, N., Jagust, W.J., Miller, B.L., Reed, B.R., Kramer, J.H., Chui, H.C., Weiner, M.W.: Subcortical Vascular Disease Results in Cortical Atrophy Independent of Alzheimer's Disease. Proceedings of the Third International Congress on Vascular Dementia, Prague, Czech Republic, October 23-26, 2003.

474. Schuff, N., Matsumoto, S., Kmiecik, J.A., Studholme, C., Du, A-T., Miller, B.L., Kramer, J.H., Jagust, W.J., Chui, H.C., Ezekiel, F., Weiner, M.W.: Comparison of Cerebral Perfusion in AD and Ischemic Vascular Dementia Using Arterial Spin Labeled MRI. Subcortical Vascular Disease Results in Cortical Atrophy Independent of Alzheimer's Disease. Proceedings of the Third International Congress on Vascular Dementia, Prague, Czech Republic, October 23-26, 2003.

475. Weiner, M.W.: Imaging the Treatment and Early Detection of Alzheimer's Disease. Proceedings from the 3rd Annual Meeting of the International College of Geriatric Psychoneuropharmacology, San Juan, Puerto Rico, December 12-14, 2003.

476. Weiner, M.W., Meyerhoff, D.J., Cardenas-Nicolson, V.C., Kornak, J., Studholme, C., Truran, D., Rothlind, J., Chao, L., Lampiris, H., Grant, R., Lindgren, J.: Progressive White Matter Loss Suggests Ongoing Brain Injury in ART-treated HIV Patients.  Abstract 33LB, 11th Conference on Retroviruses and Opportunistic Infections, San Francisco, CA, February 8-11, 2004.

477. Chao, L., Schuff, N., Sacrey, D., Chui, H., Miller, B., Jagust, W., Weiner, M.: Medical Temporal and Parietal N-acetylaspartate Reduction in Elderly Adults Mild Cognitive Impairment.  Abstract 27P41, 2nd Scientific Conference "Restauracion Neurologica," Havana, CUBA, February 24-27, 2004.

478. Johnson, N., Jahng, G-H., Zhu, X-P., Li, K-L., Miller, B.L., Chui, H.C., Jagust, W.J., Weiner, M.W., Schuff, N.: Cerebral Hypoperfusion in Alzheimer's Disease and Mild Cognitive Impairment and Age-Related Prolongation of Perfusion Transit Times by Arterial Spin Labeled MRI.  Proceedings from the ISMRM Workshop, Venice, Italy, March 21-23, 2004.

136

Abstracts

479. Jahng, G-H., Song, E., Zhu, X-P., Matson, G.B., Weiner, M.W., Schuff, N.: Quantitative Comparisons of Pulsed Arterial Spin Labeling Methods for Perfusion Measurements in Human Brain. Proceedings from the ISMRM Workshop, Venice, Italy, March 21-23, 2004.

480. Schuff, N., Jahng, G.H., Zhu, X., Li, K-L., Weiner, M.W.: Age-Related Changes in Kinetics of Brain Perfusion Measured by Pulsed ASL MRI. Page 1396, Proceedings from the 12th ISMRM Scientific Meeting, Kyoto, Japan, May 15-21, 2004.

481. Schuff, N., Chao, L.L., Kramer, J.H., Reed, B.R., Du, A.T., Jagust, W.J., Chui, H.C., Miller, B.L., Weiner, M.W.: Selective Reduction of NAA in Medial Temporal Lobe in Mild Cognitive Impairment. Page 524, Proceedings from the 12th ISMRM Scientific Meeting, Kyoto, Japan, May 15-21, 2004.

482. Meyerhoff, D.J., Ezekiel, F., Schuff, N., Kmiecik, J., Studholme, C., Weiner, M.W.: Lower Absolute CBF in Heavy Drinkers and Compensatory Blood Flow Changes in Treated HIV+ Heavy Drinkers. Page 1346, Proceedings from the 12th ISMRM Scientific Meeting, Kyoto, Japan, May 15-21, 2004.

483. Singh, M., Sim, S., Weiner, M.W., Chui, H: Quantification of Fronto-Occipital and Thalamo-Frontal Connectivity in Alzheimer's Disease by DTI-Tractography. Page 1257, Proceedings from the 12th ISMRM Scientific Meeting, Kyoto, Japan, May 15-21, 2004.

484. Meyerhoff, D.J., Truran, D., Flenniken, D., Song, E., Studholme, C., Weiner, M.W.: Longitudinal Multi-Slice Short-TE 1H MRSI Reveals Ongoing Brain Metabolite Injury in Treated HIV+ Patients and in Chronic Heavy Drinkers. Page 290, Proceedings from the 12th ISMRM Scientific Meeting, Kyoto, Japan, May 15-21, 2004.

485. Jahng, G.H., Weiner, M.W., Schuff, N.: Local Susceptibility Effects on Diffusion Tensor Mapping In Human Brain. American Association of Physicist in Medicine, Pittsburgh, PA, July 2004.

486. Jahng, G.H., Weiner, M.W., Schuff, N.: Optimization of Spin Lattice Relaxation Mapping Based on Two Points Inversion Recovery. American Association of Physicist in Medicine, Pittsburgh, PA, July 2004.

487. Zhu, X.P., Schuff, N., Young, K., Soher, B., Miller, B.L., Jagust, W.J., Weiner, M.W.: Regional Specifity of Brain Metabolite Changes in AD. P2-209, Proceedings from the 9th International Conference on Alzheimer's Disease and Related Disorders, Philadelphia, PA, July 17-22, 2004.

488. Studholme, C., Yaffe, K., Cardenas, V., Schuff, N., Miller, B., Weiner, M.: Using Deformation Morphometry to Investigate Tissue Loss in Dementia With Lewy Bodies. P3-398, Proceedings from the 9th International Conference on Alzheimer's Disease and Related Disorders, Philadelphia, PA, July 17-22, 2004.

137

489.  Johnson, N.A., Jahng, G-H., Weiner, M.W., Chui, H.C., Miller, B., Jagust, W.J., Schuff, N.: Patterns of Cerebral Hypoperfusion in Alzheimer's Disease and Mild Cognitive Impairment Measured with Arterial Spin Labeled MRI. P2-167, Poster from the 9th International Conference on Alzheimer's Disease and Related Disorders, Philadelphia, PA, July 17-22, 2004.

490.  Schuff, N., Jahng, G-H., Zhu, X., Li, K-L., Weiner, M.W.: Age-Related Changes of Brain Perfusion by Arterial Spin Labeled MRI. P2-168, Poster from the 9th International Conference on Alzheimer's Disease and Related Disorders, Philadelphia, PA, July 17-22, 2004.

491.  Du, A., Schuff, N., Chao, L.L., Jagust, W.J., Kramer, J.H., Miller, B.L., Reed, B.R., Norman, D., Chui, H.C., Weiner, M.W.: Effects of Age, Cerebrovascular Disease and APOE-e4 on Entorhinal and Hippocampal Atrophy Rates. P2-198, Poster from the 9th International Conference on Alzheimer's Disease and Related Disorders, Philadelphia, PA, July 17-22, 2004.

492.  Chao, L.L., Schuff, N., Jagust, W.J., Reed, B.R., Chui, H.C., Miller, B.L., Kramer, J.H., Du, A., Weiner, M.W.: Selective Reduction of Medial Temporal Lobe NAA in Cognitively Impaired but Nondemented Elderly Subjects. P2-213, Poster from the 9th International Conference on Alzheimer's Disease and Related Disorders, Philadelphia, PA, July 17-22, 2004.

493.  Du, A., Schuff, N., Chao, L.L., Jagust, W.J., Kramer, J.H., Reed, B.R., Miller, B.L., Chui, H.C., Weiner, M.W.: Predicting Cognitive Decline with Baseline Hippocampal Volume and Rate of Hippocampal Atrophy, Poster from the 9th International Conference on Alzheimer's Disease and Related Disorders, Philadelphia, PA, July 17-22, 2004.

494.  Du AT, Schuff N, Meyerhoff DJ, Studholme C, Truran D, Cashdollar N, Hardin D, Weiner MW: Effects of aging and disease on MRI and MRS measurements of white matter, Syllabus from Workshop on Aging Connections: MRI of Age-Related White Matter Changes in the Brain, Boston, MA, October 21-23, 2004…

495.  Weiner MW, Thal L, Jack C, Jagust W, Toga A, Beckett L, Peterson R: Alzheimer's disease neuroimaging initiative, Alzheimer's Disease and Parkinson's Diseases: Insights, Progress and Perspectives 7th International Conference, Sorrento, Italy March 9-13, 2005.

496.  Schuff N, Du AT, Miller B, Johnson N, Kramer J, Rosen H, Jahng GH, Hayasaka S, Weiner MW.:  Different Regional Pattern of Hypoperfusion Between AD and FTD by Arterial Spin Labeling MR, Alzheimer's Disease and Parkinson's Diseases: Insights, Progress and Perspectives 7th International Conference, Sorrento, Italy March 9-13, 2005.

497.  Jahng GH, Stables L, Muller SG, Weiner, MW, Meyerhoff DJ, Schad LR, Schuff, N.: Analysis of the Local Susceptibility Effects in Diffusion Tensor Imaging (DTI) on Alzheimer's disease. Proc. Intl. Soc. Mag. Reson. Med. 13th Scientific Meeting, Page 1387, Miami, FL, May 7-13, 2005.

**Curriculum Vitae - Michael W. Weiner, M.D**.

498. Du AT, Jahng, GH,  Miller BL, Hayasaka S, Rosen R, Kramer JH,  Weiner MW,  Schuff N.: Different Patterns of Hypoperfusion in Frontotemporal Dementia and Alzheimer's Disease by Arterial Spin Labeling MRI.  Proc. Intl. Soc. Mag. Reson. Med. 13th Scientific Meeting, Page 74, Miami, FL, May 7-13, 2005.

499. Hayasaka S,  Schuff N, Kornak J, Studholme C, Cardenas V, Du AT, Duarte A, Jahng GH, Weiner M.: Identifying Regional Patterns of Concordance and Dissociation between Gray Matter Loss and Hypoperfusion among Alzheimer's Disease Patients.  Proc. Intl. Soc. Mag. Reson. Med. 13th Scientific Meeting, Page 1177, Miami, FL, May 7-13, 2005.

500. Kaiser LG, Young K, Soher BJ, Weiner MW.: Macromolecular and Lipid Contributions in Short Echo Time 1H MRS at 4 Tesla: 1) Reliability in Normal Controls and 2) Comparative Study Between Amyotrophic Lateral Sclerosis Patients and Controls. Page: 142 Proc. Intl. Soc. Mag. Reson. Med. 13 Miami, FL,  May 7-13, 2005.

501. Zhu X, Young K, Soher BJ, Yin H, Ezekiel F, Weiner MW, Schuff N.: New Spectral Analysis of Short Echotime Multislice 1H MRSI in Human Brain using Eigen Spectra, Baseline Correction and Frequency Alignment. Page 55 Proc. Intl. Soc. Mag. Reson. Med. 13 Miami, FL,  May 7-13, 2005.

502. Schuff N, Du AT, Jahng GH, Stables L, Mueller SG, Cashdollar N, Weiner MW.: Regional Decline of Brain Perfusion in Healthy Aging Detected with Arterial Spin Labeling at 4T. Proc. Intl. Soc. Mag. Reson. Med. 13th Scientific Meeting, Page 1165, Miami, FL, May 7-13, 2005.

503. Jahng, GH, Stables L, Ebel A, Matson G, Weiner MW, Meyerhoff DJ, Schuff N.: Sensitive and Fast $T_1$ Mapping Based on Two Inversion Recovery Magnetic Resonance Images Acquired in a Single Scan.  Proc. Intl. Soc. Mag. Reson. Med. 13th Scientific Meeting, Page 2193, Miami, FL, May 7-13, 2005.

504.  Ebel A, Maudsley AA, Weiner MW, Schuff N.:  Spectral bandwidth considerations for high field volumetric proton echo-planar spectroscopic imaging.  Proc. Intl. Soc. Mag. Reson. Med. 13th Scientific Meeting, Page 2514, Miami, FL, May 7-13, 2005.

505. Schuff N, Du AT, Mueller SG, Jahng GH, Stables L, Ebel A, Miller BL, Chui HC, Weiner MW.: 4 Tesla MRI for detecting effects of cerebrovascular disease.  Poster from 2nd Congress of the International Society for Vascular Behavioural and Cognitive Disorders, Florence, Italy, June 8-12, 2005.

506.  Posner HB, Abu-Shakra S, Shaikh S, Weiner MW, DeCarli C.: Subjects with vascular dementia show different distributions of medial temporal atrophy on MRI as compared to subjects with Alzheimer's disease. Poster from 2nd Congress of the International Society for Vascular Behavioural and Cognitive Disorders, Florence, Italy, June 8-12, 2005.

**Curriculum Vitae - Michael W. Weiner, M.D**.

507.  Weiner MW, Thal L, Petersen R, Jagust W, Trojanowski J, Toga A, Beckett L, Jack C.: Alzheimer's disease neuroimaging initiative. Poster from 2nd Congress of the International Society for Vascular Behavioural and Cognitive Disorders, Florence, Italy, June 8-12, 2005.

508.  Chui HC, Zarow C, Mack W, Ellis W, Zheng L, Jagust W, Mungas D, Reed B, Kramer J, DeCarli C, Weiner M, Vinters H.   Relative contributions of subcortial cerebrovascular disease, hippocampal sclerosis, ans Alzheimer's disease to cognitive impairment. Poster from 2nd Congress of the International Society for Vascular Behavioural and Cognitive Disorders, Florence, Italy, June 8-12, 2005.

509.  Amici S, Reed BR, Mungas D, Weiner M, Wetzel M, Johnson J, Goro-Tempini ML, Miller B, Kramer JH.: Mild cognitive impairment with and without lacunes.   2nd Congress of the International Society for Vascular Behavioural and Cognitive Disorders, Florence, Italy, June 8-12, 2005.

510.  Duarte A, Hayasaka S, Du AT, Kramer J, Jahng GH, Schuff N, Miller B, Weiner M.: Frontal hypoperfusion correlates with episodic memory deficits in mild cognitive impairment. Poster from Alzheimer's Association 9th International Conference on Prevention of Dementia: Early Diagnosis and Intervention, Washington D.C., June 18-21, 2005.

511.  Chao L, Schuff N, Studholme C, Rosen HJ, Gorno-Tempini ML, Kramer JH, Rankin KP, Miller BL, Weiner MW.  Patterns of gray and white matter atrophy in the frontal and temporal lobes in FTD, SD and AD patients. Poster from Alzheimer's Association 9th International Conference on Prevention of Dementia: Early Diagnosis and Intervention, Washington D.C., June 18-21, 2005.

512.  Mueller SG, Du AT, Stables L, Schuff N, Truran D, Cashdollar N, Weiner MW.: Measurements of hippocampal subfields and age related changes with high resolution MRI at 4Tesla.  Poster from Alzheimer's Association 9th International Conference on Prevention of Dementia: Early Diagnosis and Intervention, Washington D.C., June 18-21, 2005.

513.  Schuff N, Du AT, Jahng GH, Mueller SG, Stables L, Cashdollar N, Weiner MW.: Regional Decline of brain perfusion in healthy aging detected with arterial spin labeling at 4T. Alzheimer's Association 9th International Conference on Prevention of Dementia: Early Diagnosis and Intervention, Washington D.C., June 18-21, 2005.

514.  Du AT, Jahng GH, Miller BL, Hayasaka S, Rosen H, Kramer JH, Weiner MW, Schuff N.: Different patterns of hypoperfusion in frontotemporal dementia and Alzheimer's disease by arterial spin labeling MRI. Alzheimer's Association 9th International Conference on Prevention of Dementia: Early Diagnosis and Intervention, Washington D.C., June 18-21, 2005.

515. Zhang Y, Schuff N, Jahng G-H, et al. Selective degradation of white matter ultrastructure in parahippocampal and posterior cingulate in mild cognitive Impairment and Alzheimer's disease by diffusion tensor imaging. In: Alzheimer's Association "International Conference on Prevention and Dementia; 2005 June 18-21, 2005; Washington D.C.; 2005.

140

**Curriculum Vitae - Michael W. Weiner, M.D**.

516. Matthews BR, Rankin K, Castelli F, Glenn S, Stanley C, Gorno-Tempini ML, Weiner M, Miller B.: Recognizing others intentions from their movements: neuroanatomic correlates in neurodegenerative disease.  AAN 2006.

517. Du AT, Schuff N, Rosen H, Kramer JH, Miller BL, Weiner MW.: Cortical thinning in Alzheimer's disease and frontotemporal dementia assessed using MRI.  AAN 2006

518. Rabinovici GD, Allison SC, Gorno-Tempini ML, Seeley WM, Weiner MW, Johnson JK, Pavlic D, Trojanowski JQ, DeArmond SJ, Miller BL, Rosen HJ.: Voxel-based morphometry in autopsy-proven frontotemporal lobar degeneration and Alzheimer's disease.  AAN 2006

519. Chui HC, Zheng L, Weiner MW, Vinters HV, Mack WJ, Ellis WG, Kramer JH, Mungas DM, Reed BR, Jagust WJ, Zarow C.: Differential vulnerability of the right hippocampus in hippocampal sclerosis.  AAN 2006.

520. Schuff, Norbert; Stables, Lara; Thayyullathil, Hemanth; Weiner, Michael W. Edge-Guided Localized Phase Unwrapping: Application to SWI. Proc. Intl. Soc. Magn. Med 14th Scientific Meeting, 2006, p. 2942, Seattle, WA.

521. Cashdollar, Nathan; Du, Antao; Mueller, Susanne G.; Schuff, Norbert; Stables, Lara; Truran, Diana; Weiner, Michael W. Effects of Aging on Hippocampal Subfields and Whole Brain Gray and White Matter Volumes Measured at 4 Tesla. Application to SWI. Proc. Intl. Soc. Magn. Med. 14th Scientific Meeting, 2006, p. 3128, Seattle, WA.

522. Jacob, Mathew; Jahng, Geon-Ho; Ji, Jim X.; Liang, Zhi-Pei; Raj, Ashish; Schuff, Norbert; T, Hemanth; Weiner, Machael W.; Zhang, Yu; Zhu, Xiaoping. Evaluation of Sensitivity Encoded Diffusion Tensor Imaging at 4T. ISMRM 14th Scientific Meeting, 2006, p. 2450, Seattle, WA.

523. Ebel, Andreas; Schuff, Norbert; Weiner, Michael W. Factor-2 Acceleration for 3D EPSI at 4T Using Modified Blipped Phase-Encoding. Proc. Intl. Soc. Magn. Med. 14th Scientific Meeting, 2006, p. 3071, Seattle, WA.

524. Jahng, Geon-Ho; Matson, Gerald B.; Schuff, Norbert; Weiner, Michael W.  Improvements to Control Scan of ASL-Perfusion MRI by Improving Null Pulse for Use with the Repeated Shallow Flip Angle Excitations. Proc. Intl. Soc. Magn. Med. 14th Scientific Meeting, 2006, p. 3433, Seattle, WA.

525. Ebel, Andreas; Maudsley, Andrew A.; Schuff, Norbert; Weiner, Michael W. Local $B_0$-Shift Correction for 3D EPSI of Human Brain at 1.5 and 4 Tesla. Proc. Intl. Soc. Magn. Med. 14th Scientific Meeting, 2006, p. 3074, Seattle, WA.

526. Jahng, Geon-Ho; Schuff, Norbert; Weiner, Michael W. Measurement of White Matter Perfusion Using ASL-MRI at 4T. Proc. Intl. Soc. Magn. Med. 14th Scientific Meeting, 2006, p. 3431, Seattle, WA.

141

**Curriculum Vitae - Michael W. Weiner, M.D**.

527. Bayne, Whitney; Chui, Hellen Chang; Jagust, William J.; Jahng, G-H; Kramer, Joel; Miller, Bruce L.; Mori, Susumu; Mueller, Susanne; Schad, L; Schuff, Norbert; Weiner, Michael W.; Yaffe, Kristine; Zhang, Yu. Regional Degradation of White Matter Ultrastructure in Mild Cognitive Impairment and Alzheimer's Disease by Diffusion Tensor Imaging. Proc. Intl. Soc. Magn. Med. 14th Scientific Meeting, 2006, p. 2021, Seattle, WA.

528. Du, An-Tao; Jahng, Geon-Ho; Schuff, Norbert; Weiner, Michael W.; Zhang, Yu. Regional Variability of Aging and Gender Difference in Human Corpus Callosum: A Diffusion Tensor MRI Study at 4 Tesla. Proc. Intl. Soc. Magn. Med. 14th Scientific Meeting, 2006, p. 1083, Seattle, WA.

529. Ebel, Andreas; Ji, Jim X.; Schuff, Norbert; Weiner, Michael W.; Zhu, Xiaoping. Sensitivity Encoded Three Dimensional Echo Planar Spectroscopic Imaging (3D-EPSI) of Human Brain at 4T. Proc. Intl. Soc. Magn. Med. 14th Scientific Meeting, 2006, p. 3075, Seattle, WA.

530. Zhang Y, Schuff N, Jahng GH, Bayne W, Mori S, Schad L, Mueller S, Kramer J, Yaffe K, Chui HC, Jagust WJ, Miller BL, Weiner MW.: Regional Degradation of White Matter Ultrastructure in Mild Cognitive Impairment and Alzheimer's Disease by Diffusion Tensor Imaging. Proc. Intl. Soc. Magn. Med. 14th Scientific Meeting, 2006, p. 721, Seattle, WA.

531. Zhang Y, Jahng GH, Du AT, Weiner MW, Schuff N.: Regional Variability of Aging and Gender Difference in Human Corpus Callosum: A Diffusion Tensor MRI Study at 4 Tesla. Proc. Intl. Soc. Magn. Med. 14th Scientific Meeting, 2006, p. 1083, Seattle, WA.

532. Weiner MW, Zhang Y, Jahng G-H, Bayne W, Mori S, Schad L, Mueller S, Du AT, Kramer J, Yaffe K, Chui HL, Jagust WJ, Miller BL, Schuff N.: Improved classification of MCI and Alzheimer's Disease using diffusion tensor imaging of cingulum white matter. Alzheimer's Association 10th International Conference on Alzheimer's Disease and Related Disorders. Madrid, Spain. 2(3 Suppl 1): S13 (O1-03-05). July 15-20, 2006.

533. Schuff N, Zhang Y, Du A, Mueller S, Hlavin J, Jahng G, Stables L, Cashdollar N, Weiner MW.: Patterns of age-related reduced cerebral blood flow and diminished white matter integrity by high-field perfusion and diffusion MRI. Alzheimer's Association 10th International Conference on Alzheimer's Disease and Related Disorders. Madrid, Spain. 2(3 Suppl 1): S65 (O3-06-03). July 15-20, 2006.

534. Johnson JK, Chao LL, Gazzaley A, Weiner MW, Kramer JH, Freeman KM, Buckley S, Miller BL. Frontal lobe MRI volumes differ in amnestic and executive subgroups of MCI. Alzheimer's Association 10th International Conference on Alzheimer's Disease and Related Disorders. Madrid, Spain. 2(3 Suppl 1): S304 (P2-233). July 15-20, 2006.

535. Freeman KM, Kramer JH, Gazzaley A, Miller BL, Weiner MW, Raptentsetsang S, Chao L, Johnson JK. Cognitive correlates of frontal lobe and hippocampal volumes in MCI. Alzheimer's Association 10th International Conference on Alzheimer's Disease and Related Disorders. Madrid, Spain. 2(3 Suppl 1): S305 (P2-235). July 15-20, 2006.

142

536. Weiner MW, Thal LJ, Petersen RC, Jack Jr. CR, Jagust W, Trojanowski JQ, Beckett LA. Imaging biomarkers to monitor treatment effects for Alzheimer's Disease trials: The Alzheimer's Disease Imaging Initiative. Alzheimer's Association 10th International Conference on Alzheimer's Disease and Related Disorders. Madrid, Spain. 2(3 Suppl 1): S311 (P2-254). July 15-20, 2006.

537. Young K, Schuff N, Du A, Lerch J, Evans AC, Bartzokis G, Weiner MW. Detection and classification of dementias using generalized complexity estimates. Alzheimer's Association 10th International Conference on Alzheimer's Disease and Related Disorders. Madrid, Spain. 2(3 Suppl 1): S315 (P2-263). July 15-20, 2006.

538. Weiner MW, Fox-Bosetti S, Clevenger E, Kornak J, Schuff N. Improved statistical power to determine disease modifying effects using a randomized start MRI study. Alzheimer's Association 10th International Conference on Alzheimer's Disease and Related Disorders. Madrid, Spain. 2(3 Suppl 1): S316 (P2-265). July 15-20, 2006.

539. Cardenas VA, Chao LL, Studholme C, Buckley ST, Cashdollar NM, Schuff N, Weiner MW. Regions of brain atrophy that predict cognitive decline. Alzheimer's Association 10th International Conference on Alzheimer's Disease and Related Disorders. Madrid, Spain. 2(3 Suppl 1): S344 (P2-350). July 15-20, 2006.

540. Chao LL, Schuff N, Duarte A, Buckley ST, Kornak J, Kramer JH, Yaffe K, Miller BL, Weiner MW. Predicting cognitive decline in MCI and healthy aging with structural and perfusion MRI and MRS. Alzheimer's Association 10th International Conference on Alzheimer's Disease and Related Disorders. Madrid, Spain. 2(3 Suppl 1): S348 (P2-359). July 15-20, 2006.

541. Schuff N, Du A, Rosen H, Gorno-Tempini ML, Kramer J, Miller BL, Weiner MW. Cortical thinning in Alzheimer's disease and frontotemporal dementia. Alzheimer's Association 10th International Conference on Alzheimer's Disease and Related Disorders. Madrid, Spain. 2(3 Suppl 1): S348 (P2-360). July 15-20, 2006.

542. Chao LL, Schuff N, Clevenger E, Gorno-Tempini ML, Rosen HJ, Kramer JH, Yaffe K, Miller BL, Weiner MW. Different patterns of gray and white matter atrophy in Alzheimer's disease and subtypes of frontotemporal lobar dementia. Alzheimer's Association 10th International Conference on Alzheimer's Disease and Related Disorders. Madrid, Spain. 2(3 Suppl 1): S349 (P2-361). July 15-20, 2006.

543. Mueller SG, Stables L, Du A, Cashdollar NM, Schuff N, Weiner MW. Effects of aging on whole brain gray and white matter volumes and hippocampal subfields. Alzheimer's Association 10th International Conference on Alzheimer's Disease and Related Disorders. Madrid, Spain. 2(3 Suppl 1): S351 (P2-365). July 15-20, 2006.

544. Lerch J, Zijdenbos A, Janke A, Evans A, Schuff N, Weiner M. Progressive cortical thickness decline in Alzheimer's disease. Alzheimer's Association 10th International Conference on

Alzheimer's Disease and Related Disorders.  Madrid, Spain.  2(3 Suppl 1): S351 (P2-367). July 15-20, 2006.

545.  Zijdenbos AP, Lerch JP, Evans AC, Schuff N, Weiner MW.  An integrated framework for computational neuroanatomy: Comparing cortical thickness against manual tracing of the hippocampus.  Alzheimer's Association 10th International Conference on Alzheimer's Disease and Related Disorders.  Madrid, Spain.  2(3 Suppl 1): S353 (P2-370).  July 15-20, 2006.

546.  Mueller SG, Cashdollar NM, Studholme C, Cardenas-Nicolson V, Green M, Kasten J, Reed B, Mungas D, Kramer J, Schuff N, Chui HC, Weiner MW.  Influence of white matter lesion location on cortical and hippocampal gray matter atrophy in Alzheimer's disease, vascular dementia and cognitively normal elderly.   Alzheimer's Association 10th International Conference on Alzheimer's Disease and Related Disorders.  Madrid, Spain.  2(3 Suppl 1): S355 (P2-376).  July 15-20, 2006.

547.  Du A-T, Schuff N, Chao LL, Kornak J, Ezekiel F, Jagust WJ, Kramer JH, Reed BR, Miller BL, Norman D, Chui HC, Weiner MW.  White matter lesions are associated with cortical atrophy more than entorhinal and hippocampal atrophy.  International Congress Series 1290 Functional and Molecular Imaging of Stroke and Dementia: Updates in Diagnosis, Treatment, and Monitoring, 89-100, 2006.

548.  Johnson NA, Jahng G-H, Weiner MW, Miller BL, Chui HC, Jagust WJ, Gorno-Tempini ML, Schuff N.  Pattern of cerebral hypoperfusion in Alzheimer's disease and mild cognitive impairment measured with arterial spin-labeling MR imaging: Initial experience.  International Congress Series 1290 Functional and Molecular Imaging of Stroke and Dementia: Updates in Diagnosis, Treatment, and Monitoring, 108-122, 2006.

549.  Weiner MW, Thal L, Petersen R, Jack C, Jagust W, Trojanowski J, Shaw L, Toga A, Beckett L, Stables L, Mueller S, Lorenzen P, Schuff N. MRI of Alzheimer's and Parkinson's: The Alzheimer's Disease Neuroimaging Initiative (ADNI-Info.Org).   Neurodegenerative Dis, 4(Suppl 1):276, 832, 2007.

550.  Mueller SG, Schuff N, Raptentsetsang S, Stables L, Weiner MW.: Distinct Patterns of Atrophy of Hippocampal Subfields in Alzheimer's Disease (AD) and Mild Cognitive Impairment (MCI).  Alzheimer's & Dementia, 3(3 Suppl 2):S113 P-050. Second Alzheimer's Association International Conference on Prevention of Dementia, Washington, DC. June 9-12, 2007.

551.  Zhu X, Schuff N, Guenter M, Feinberg D, Zhang Y, Jahng G, Weiner MW.: Age and Alzheimer's Disease Related Effects on Cerebral Blood Flow and Arterial Transit Time of Posterior Cingulate Cortex with Serial Arterial Spin Labeling MRI.  Alzheimer's & Dementia, 3(3 Suppl 2):S176 O1-05-02.  Second Alzheimer's Association International Conference on Prevention of Dementia, Washington, DC. June 9-12, 2007.

552.  Gunter JL, Bernstein MA, Britson PJ, Felmlee JP, Schuff N, Weiner M, Jack CR.: MRI system tracking and correction using the ADNI phantom.  Alzheimer's & Dementia, 3(3

**Curriculum Vitae - Michael W. Weiner, M.D**.

Suppl 2):S109 P-038.    Second Alzheimer's Association International Conference on Prevention of Dementia, Washington, DC. June 9-12, 2007.

553. Chen K, Reiman EM, Alexander GE, Lee W, Reschke C, Smilovici O, Bandy D, Weiner MW, Koeppe RA, Jagust WJ.: Six-month cerebral metabolic declines in Alzheimer's Disease, amnestic mild cognitive impairment and elderly normal control groups: Preliminary findings from the Alzheimer's Disease Neuroimaging Initiative.  Alzheimer's & Dementia, 3(3 Suppl 2):S174 O1-04-05.  Second Alzheimer's Association International Conference on Prevention of Dementia, Washington, DC. June 9-12, 2007.

554. Chen K, Reiman EM, Alexander GE, Smilovici O, Lee W, Reschke C, Bandy D, Foster NL, Weiner MW, Koeppe RA, Jagust WJ.: The pattern and severity of FDG PET abnormalities in Alzheimer's Disease and amnestic mild cognitive impairment: Preliminary findings from the Alzheimer's Disease Neuroimaging Initiative.  Alzheimer's & Dementia, 3(3 Suppl 2):S103 P-024.  Second Alzheimer's Association International Conference on Prevention of Dementia, Washington, DC. June 9-12, 2007.

555. Alexander GE, Chen K, Reiman EM, Aschenbrenner M, Merkley TL, Hanson KD, Dale AM, Berstein MA, Kornak J, Schuff N, Fox NC, Thompson PM, Weiner MW, Jack CR Jr.: Regional gray matter reductions in Alzheimer's dementia and amnestic mild cognitive impairment: Preliminary findings from the Alzheimer's Disease Neuroimaging Initiative using voxel-based morphometry.  Alzheimer's & Dementia, 3(3 Suppl 2):S102 P-020.  Second Alzheimer's Association International Conference on Prevention of Dementia, Washington, DC, June 9-12, 2007.

556. Reiman EM, Chen K, Alexander GE, Reschke C, Lee W, Smilovici O, Buckley S, Truran D, Schuff N, Muller S, Weiner MW, Caselli RJ.: PET Measurements of posterior cingulate glucose metabolism are superior to MRI measurement of hippocampal volume in distinguishing cognitively normal persons at differential genetic risk for Alzheimer's disease. Alzheimer's & Dementia, 3(3 Suppl 2):S177 O1-05-03.  Second Alzheimer's Association International Conference on Prevention of Dementia, Washington, DC. June 9-12, 2007.

557. Chao LL, Schuff N, Buckley ST, Zhang Y, Mungas D, Kramer JH, Yaffe K, Miller BL, Weiner MW.: Predicting cognitive decline in non-demented elderly with MRI, DTI and longitudinal single–voxel spectroscopic imaging.  Alzheimer's & Dementia, 3(3 Suppl 2):S178 O1-05-05.  Second Alzheimer's Association International Conference on Prevention of Dementia, Washington, DC. June 9-12, 2007.

558. Mueller SG, Schuff N, Jahng GH, Weiner MW.: Hippocampal CA1 volume correlates with the known neuroanatomical cortical and subcortical projections of the hippocampus: A validation study.  Alzheimer's & Dementia, 3(3 Suppl 2):S113 P-051. Second Alzheimer's Association International Conference on Prevention of Dementia, Washington, DC. June 9-12, 2007.

559. Weiner MW, Thal L, Petersen R, Jack C, Jagust W, Trojanowski J, Shaw L, Toga A, Beckett L.: The Alzheimer's Disease Imaging Initiative: Progress report.  Alzheimer's & Dementia,

145

**Curriculum Vitae - Michael W. Weiner, M.D**.

3(3 Suppl 2):S174 O1-04-04.  Second Alzheimer's Association International Conference on Prevention of Dementia, Washington, DC. June 9-12, 2007.

560. Zhang Y, Du AT, Jahng GH, Mueller S, Hlavin J, Stables L, Weiner MW, Schuff N.: Regional Pattern of Age-Related Water Diffusion Changes in Human Brain by Concordance and Dissociation Analysis of High-Field DTI. Intl. Soc. Magn. Med. 15th Scientific Meeting, May 19-25, 2007, Berlin, Germany, Submitted.

561. Zhang Y, Schuff N, Buckley S, Du A, Mueller S, Hlavin J, Weiner MW.: White Matter Degradation in Normal Aging and APOE4 Gene Carriers and Alzheimer Dementia. Alzheimer's & Dementia, 3(3 Suppl 2):S121 P-070.  Second Alzheimer's Association International Conference on Prevention of Dementia, Washington, DC. June 9-12, 2007.

562. Gazdzinski S, Durazzo TC, Weiner MW, Meyerhoff DJ.: Do Treated and Treatment-Naïve Alcoholics Derive From Different Populations? A Magnetic Resonance Study. Research Society on Alcoholism Annual Meeting, 2007. Submitted.

563. Bae M, Lee S, Ryu C, Jahng G, Schuff N, Weiner MW.: Selecting the EPI Frequencey Encoding Bandwidth at High Field MRI is affecting on DTI Anisotropy Indexes. RSNA, 2007. Submitted.

564. Fletcher PT, Wang AY, Tasdizen T, Chen K, Jagust WJ, Koeppe RA, Reiman EM, Weiner MW, Minoshima S, Foster NL.: Variability of Normal Cerebral Glucose Metabolism from the Alzheimer's Disease Neuroimaging Initiative (ADNI): Implication for Clinical Trials. Annals of Neurology, 62(Suppl 11):S52-3. American Neurological Association 132nd Annual Meeting, Washington, DC. October 7-10, 2007.

565. Ji J, Zhu X, Li K, Schuff N, Guenther M, Feinberg D, **Weiner M**. Dynamic Arterial Spin Labeling Perfusion Imaging at 4T Using Parellel Imaging: Effects on Parametric Mapping. ISMRM, Berlin, p. 1410, 2007.

566. Zhu X, Ji JX, Guenther M, Zhan W, Ramanna S, Li K-L, Feinberg DA, Matson GB, Weiner MW, Schuff N.  Ultrafast Single Shot Volumetric GRASE ASL with An Improved SENSE for Mapping Brain Kinetics.  Submitted to ISMRM 2008.

567. Weiner M, Schuff N, Mueller S, Zhan W, Zhang Y, Miller B, Chui H.  Multimodality MRI of neurodegenerative diseases.  Keynote SPIE Medical Imaging, San Diego, February 17-21, 2008.

568. Weiner MW, Chao L, Mueller S, Cardenas-Nicolson V, Studholme C, Schuff N, Kornak J, Miller B, Yaffe K, Kramer J, Mungas D. Prediction of Cognitive Decline with Structural, Perfusion and Diffusion Tensor MRI and MRS at 1.5 and 4 T. 6th Annual MCI Symposium, Miami Beach, FL, 2008.

569. Weiner MW, Chao L, Mueller S, Cardenas-Nicolson V, Studholme C, Schuff N, Kornak J, Miller B, Yaffe K, Kramer J, Mungas D. The Future of Neuroimaging in Dementia. 18th

146

Annual Rotman Research Institute Conference: Neuroimaging in Dementia, Toronto, ON, Canada, 2008.

570. Morra J, Tu Z, Apostolova LG, Green AE, Avedissian C, Madsen SK, Parikshak N, Hua X, Toga AW, Jack CR, Schuff N, Weiner MW, Thompson PM (2008). Automated 3D Mapping of Hippocampal Atrophy and its Clinical Correlates in 400 Subjects with Alzheimer's Disease, Mild Cognitive Impairment, and Elderly Controls, ISBI 2008.

571. Weiner MW, Aisen P, Petersen R, Jack C, Jagust W, Trojanowski J, Shaw L, Toga A, Beckett L, Gamst A. Alzheimer's Disease Neuroimaging Initiative (ADNI): Progress Report. 11th International Conference on Alzheimer's Disease, Chicago, IL, 2008.

572. Weiner MW, Chao L, Mueller S, Cardenas-Nicolson V, Studholme C, Schuff N, Kornak J, Miller B, Yaffe K, Kramer J, Mungas D. The Future of Neuroimaging in Dementia, 1st International NEUREST Retreat, Schloss Ringberg, Bavaria, Germany, 2008.

573. Zhan W, Zhang Y, Lorenzen P, Mueller SG, Weiner MW. Correlations between DTI and FLAIR images reveal the relationships of microscopic and macroscopic white matter degeneration in elderly subjects. Proc. SPIE, 6916:691609, 2008.

574. Morra JH, Tu Z, Apostolova LG, Green AE, Avedissian C, Madsen SK, Parikshak N, Hua X, Toga AW, Jack Jr CR, Schuff N, Weiner MW, Thompson PM. Mapping Hippocampal Degeneration in 400 Subjects with a Novel Automated Segmentation Approach. The Fifth IEEE International Symposium on Biomedical Imaging, Paris, France, May 14-17, 2008.

575. Morra J, Tu Z, Apostolova LG, Green AE, Avedissian C, Madsen SK, Parikshak N, Hua X, Toga AW, Jack CR, Schuff N, Weiner MW, Thompson PM (2008). Mapping Hippocampal Degeneration in 400 Subjects with a Novel Automated Segmentation Approach, 13th Annual Meeting of the Organization for Human Brain Mapping (OHBM), Melbourne, Australia, June 15-19, 2008.

576. Gazdzinski S, Kornak J, Weiner MW, Meyerhoff DJ. Body Fat and Jagnetic Resonance Markers of Brain Integrity in Healthy Middle-Aged Healthy Adults. Poster at the AAN 2008. Neurology, 70(Suppl 1): A445, 2008.

11th International Conference on Alzheimer's Disease and Related Disorders, Chicago, IL, 2008

577. Weiner MW. Alzheimer's Disease Neuroimaging Initiative (ADNI): Progress Report. S1-01-01, Page T99.

578. Mueller S, Schuff N, Raptentsetsang S, Yaffe K, Madison C, Miller B, Weiner M. Patterns of Hippocampal Atrophy in Alzheimer's Disease, Mild Cognitive Impairment and ApoE4. O1-02-04, Page T109.

579. Apostolova LG, Morra JH, Green AH, Hwang K, Avedissian C, Parikshak N, Cummings JL, Toga AW, Jack CR, Weiner MW, Thompson PM. Automated Longitudinal 3-D Mapping of

Hippocampal ADAS-cog Delayed Recall Effects in 293 Normal Elderly, Mild Cognitive Impairment and Alzheimer's Disease Subjects. O1-02-05, Page T110.

580. Reiman EM, Chen K, Ayutyanont N, Lee W, Bandy D, Reschke C, Alexander GE, Weiner MW, Koeppe RA, Foster NL, Jagust WJ. Twelve-Month Cerebral Metabolic Declines in Probable Alzheimer's Disease and Amnestic Mild Cognitive Impairment: Preliminary Findings From the Alzheimer's Disease Neuroimaging Initiative (ADNI).

581. Schuff N, Woerner N, Boreta L, Kornfield T, Jack Jr. CR, Weiner MW. Rate of Hippocampal Atrophy in the Alzheimer's Disease Neuroimaging Initiative (ADNI): Effects of ApoE4 and Value of Additional MRI Scans. O3-03-06, Page T164.

582. Donohue M, Aisen P, Gamst A, Weiner M. Using the Alzheimer's Disease Neuroimaging Initiative (ADNI) Data to Improve Power For Clinical Trials.

583. Pa J, Boxer AL, Chao LL, Weiner MW, Freeman KM, Miller BL, Johnson JK. MR Imaging and Clinical Characteristics of Dysexecutive and Amnestic Mild Cognitive Impairment. P1-169, Page T257.

584. Chao LL, Pa J, Weiner MW, Miller BL, Schuff N, Freeman KM, Johnson JK. Patterns of Cerebral Hypoperfusion in Amnestic and Dysexecutive Mild Cognitive Impairment Subgroups. IC-P1-009, Page T13 & P1-181, Page T261.

585. Alexander GE, Hanson KD, Chen K, Reiman EM, Bernstein MA, Kornak J, Schuff NW, Fox NC, Thompson PM, Weiner MW, Jack CR. Six-Month MRI Gray Matter Declines in Alzheimer Dementia Evaluated by Voxel-Based Morphometry with Multivariate Network Analysis: Preliminary Findings from the Alzheimer's Disease Neuroimaging Initiative (ADNI). IC-03-06, Page T8, & P1-216, Page T273.

586. Cardenas VA, Chao LL, Studhome C, Schuff N, Weiner MW. Deformation Morphometry Reveals Longitudinal Atrophy Related to Cognitive Decline and APOE-e4 Status. IC-P2-084, Page T41 & PI-226, Page T277.

587. Foster NL, Wang AY, Levy JA, Koeppe RA, Jagust WJ, Chen K, Reiman EM, Weiner MW. Frequency of Hemispheric Metabolic Asymmetry in Probable Alzheimer's Disease. IC-P2-098, Page T47 & PI-244, Page T286.

588. Landau SM, Madison C, Wu D, Cheung C, Foster N, Reiman E, Koeppe R, Weiner M, Jagust WJ. Pinpointing Change in Alzheimer's Disease: Longitudinal FDG-PET Analysis From the Alzheimer's Disease Neuroimaging Initiative (ADNI). PI-258, Page T291.

589. Zhang Y, Schuff N, Du A-T, Zhan W, Rosen HJ, Kramer JH, Gorno-Tempini ML, Miller BL, Weiner MW. Frontotemporal Dementia and Alzheimer's Disease Assessment Using Diffusion Tensor Imaging. IC-P1-071, Page T36 & PI-310, Page T311.

590. Chen K, Lee W, Liu X, Alexander G, Bandy D, Reschke C, Foster N, Weiner M, Koeppe R, Jagust W, Reiman E. The Consistency of Hypometabolic Brain Voxels in Probable Alzheimer's Disease and Amnestic Mild Cognitive Impairment Patients from the Alzheimer's Disease Neuroimaging Initiative (ADNI). PI-338, Page T318.

591. Gunter JL, Borowski B, Bernstein M, Ward C, Britson P, Felmlee J, Schuff N, Weiner M, Jack C. Systematics of the Alzheimer's Disease Neuroimaging Initiative (ADNI) Phantom. P2-011, Page T369.

592. Gunter JL, Borowski B, Britson P, Bernstein M, Ward C, Felmlee J, Schuff N, Weiner M, Jack C. Alzheimer's Disease Neuroimaging Initiative (ADNI) Phantom and Scanner Longitudinal Performance. P2-012, Page T370.

593. Lee W, Langbaum JBS, Chen K, Recshke C, Bandy D, Alexander GE, Foster NL, Weiner MW, Koeppe RA, Jagust WJ, Reiman EM. Categorical and Correlational Analyses of Baseline Fluorodeoxyglucose Positron Emission Tomography Images from the Alzheimer's Disease Neuroimaging Initiative (ADNI). IC-P1-036, Page T23 & P2-037, Page T379.

594. Petersen RC, Aisen P, Beckett L, Donohue M, Weng Q, Salmon D, Weiner M. Alzheimer's Disease Neuroimaging Initiative (ADNI): Baseline Characteristics. P3-040, Page T528.

595. Yang DW, Rosen HJ, Gorno-Tempini M-L, Miller BL, Kramer JH, Weiner M, Sollberger M. Structural Anatomy of Environmental Dependency Syndrome in Neurodegenerative Disease. IC-P1-068, Page T35.

596. Chen K, Reschke C, Lee W, Bandy D, Foster NL, Weiner MW, Koeppe RA, Jagust WJ, Reiman EM. The Pattern of Cerebral Hypometablism in Amnestic Mild Cognitive Impairment and Its Relationship to Subsequent Conversion to Probable Alzheimer's Disease: Preliminary Findings from the Alzheimer's Disease Neuroimaging Initiative. IC-P2-086, Page T42.

597. Madison C, Landau S, Cheung C, Lal R, Foster N, Reiman E, Koeppe R, Weiner M, Jagust W. Meta-Analysis ROIs and Minimal Deformation Templates Improve PET-FDG as a Candidate Biomarker in Alzheimer's Disease. IC-P2-114, Page T53.

598. Reiman EM, Chen K, Ayutyanont N, Lee W, Bandy D, Reschke C, Alexander GE, Weiner MW, Koeppe RA, Foster NL, Jagust WJ. Twelve-Month Cerebral Metabolic Declines in Probable Alzheimer's Disease and Amnestic Mild Cognitive Impairment: Preliminary Findings from the Alzheimer's Disease Neuroimaging Initiative. IC-P2-128, Page T58.

599. Gunter JL, Borowski B, Britson P, Bernstein M, Ward C, Felmlee J, Schuff N, Weiner M, Jack CR, the Alzheimer's Disease Neuroimaging Initiative. ADNI Phantom & Scanner Longitudinal Performance. IC-P3-181, Page T80.

600. Mueller S, Schuff N, Raptentsetsang S, Yaffe K, Madison C, Miller B, Weiner M. Patterns of Hippocampal Atrophy in Alzheimer's Disease, Mild Cognitive Impairment and APOE4. IC-P3-200, Page T86.

149

601. Schuff N, Woerner N, Boreta L, Kornfield T, Jack Jr. CR, Weiner MW. Rate of Hippocampal Atrophy in the Alzheimer's Disease Neuroimaging Initiative (ADNI): Effects of APOE4 and Value of Additional MRI Scans. IC-P3-213, Page T91.

602. Thompson P, Apostolova LG, Morra JH, Green AE, Hwang K, Avedissian C, Parikshak N, Cummings JL, Toga AW, Jack CR, Weiner MW. Automated Longitudinal 3D Mapping of Hippocampal ADASCPG Delayed Recall Effects in 293 Normal Elderly, MCI and AD Subjects. IC-P3-223, Page T95.

603. Weiner M, Mueller S, Mack W, Mungas D, Greene M, Schuff N, Chui H. Influence of lobar gray matter and white matter lesion load on cognitive function and mood. The 4th Congress of the International Society for Vascular Behavioural and Cognitive Disorders (VAS-COG), Singapore, January 14-16, 2009.

604. Weiner M, DeCarli C, Carmichael O, Aisen P, Petersen R, Jack C, Jagust W, Trojanowski J, Shaw L, Toga A, Beckett L, Gamst A. Alzheimer's disease neuroimaging initiative (ADNI); progress report concerning effects of cerebrovascular disease on progression. The 4th Congress of the International Society for Vascular Behavioural and Cognitive Disorders (VAS-COG), Singapore, January 14-16, 2009.

605. Gruhl J, Gibbons L, Curtis SM, Erosheva E, Mueller S, Weiner M, Chui H, Mungas D, Crane P. Increased volume of frontal lobe white matter signal hyperintensities (WMH) was associated with more rapid decline in executive functioning. The 4th Congress of the International Society for Vascular Behavioural and Cognitive Disorders (VAS-COG), Singapore, January 14-16, 2009.

606. Zarow C, Wang L, Weiner M, Csernansky J. Hippocampal sclerosis can be distinguished from Alzheimer disease on MRI. The 4th Congress of the International Society for Vascular Behavioural and Cognitive Disorders (VAS-COG), Singapore, January 14-16, 2009.

607. Chou Y-Y, Lepore N, Avedissian C, Madsen SK, Hua X, Jack CR, Weiner MW, Toga AW, Thompson PM, the Alzheimer's Disease Neuroimaging Initiative. Mapping Ventricular Expansion and its Clinical Correlates in Alzheimer's disease and Mild Cognitive Impairement using Multi-Atlas Fluid Image Alignment. Proceedings of the SPIE Conference on Image Processing, Orlando, FL, February 7-12, 2009.

608. Chou YY, Lepore N, Avedissian C, Madsen SK, Hua X, Jack CR, Weiner MW, Toga AW, Thompson PM. Mapping Ventricular Expansion and its Clinical Correlates in Alzheimer's Disease and Mild Cognitive Impairment using Multi-Atlas Fluid Image Alignment. SPIE Medical Imaging 2009, SPIE Paper Number 7259-111, February 9, 2009.

609. Schuff N, Zhang Y, Zhan W, Kang G, Glass G, Nezamzadeh M, Young K, Weiner MW, Marks W. Mapping of Brain Alterations in Parkinson's Disease by Multimodal MRI. 9th International Conference AD/PD Prague, March 11-15, 2009.

610. Apostolova LG, Green AE, Hwang K, Morra JH, Cummings JL, Toga AW, Jack CR, Weiner MW, Thompson PM. Mapping correlations between serum Abeta and tau and hippocampal atrophy measures in 282 ADNI subjects. AAN 61st Annual Meeting, Seattle, WA, April 25-May 2, 2009.

611. Haws K, Kramer J, Laluz V, Miller B, Rosen H, Growdon M, Jang J, Weiner M. Semantic Memory Associated with the Left Anterior Temporal Lobe. AAN 61st Annual Meeting, Seattle, WA, April 25-May 2, 2009.

612. Gooblar J, Heflin L, Mack W, Mungas D, Reed B, Weiner M, Chui H, Kramer J. Effects of White Matter and Lacunar Volume on a Global Measure of Depression among Cognitively Intact Individuals. AAN 61st Annual Meeting, Seattle, WA, April 25-May 2, 2009.

613. Posner H, Cano S, Aisen P, Selnes O, Stern Y, Thomas R, Weiner M, Zajicek J, Zeger S, Hobart J. The ADAS-cog's Performance as a Measure - Lessons from the ADNI Study: Part 1 – Evaluation Using Traditional Psychometric Methods. AAN 61st Annual Meeting, Seattle, WA, April 25-May 2, 2009.

614. Tartaglia MC, Zhang Y, Racine C, Neuhaus J, Chao L, Kramer J, Rosen H, Miller B, Weiner M. Executive Dysfunction in Frontotemporal Dementia Is Related to Abnormalities in Frontal White Matter Tracts. AAN 61st Annual Meeting, Seattle, WA, April 25-May 2, 2009.

615. Hobart J, Posner H, Aisen P, Selnes O, Stern Y, Thomas R, Weiner M, Zajicek J, Zeger S, Cano S. The ADAS-cog's Performance as a Measure – Lessons from the ADNI Study: Part 3 – Do the Scale Modifications Add Value? AAN 61st Annual Meeting, Seattle, WA, April 25-May 2, 2009.

616. Weiner MW, Aisen P, Petersen R, Jack C, Jagust W, Trojanowski J, Shaw L, Toga A, Beckett L, Gamst A. Early Diagnostic Markers in Alzheimer's Disease – The ADNI Initiative. Alzheimer therapy, still a challenge (?), Stockholme, Sweden, May 6-9, 2009.

617. Hua X, Yanovsky I, Leow AD, Lee S, Ho AJ, Parikshak N, Toga AW, Jack CR, Weiner MW, Thompson PM. Tensor-based morphometry as surrogate marker for Alzheimer's disease and mild cognitive impairment: Optimizing Statistical Power. Organization for Human Brain Mapping, 2009.

618. Morra JH, Tu Z, Apostolova LG, Green AE, Avedissian C, Madsen SK, Parikshak N, Toga AW, Jack CR, Schuff N, Weiner MW, Thompson PM. Automated Hippocampal Segmentation and Mapping Reveals Genetically Accelerated Tissue Loss in 1-year repeat MRI data from 490 Alzheimer's Disease, MCI, and Control Subjects. Organization for Human Brain Mapping, 2009.

619. Apostolova LG, Hwang K, Andrawis J, Green AE, Babakchanian S, Morra JH, Cummings JL, Toga AW, Jack CR, Weiner MW, Thompson PM. 3D mapping of associations between Amyloid-PET and CSF biomarkers and hippocampal morphology. Organization for Human Brain Mapping, 2009.

151

620. Weiner M. Using biomarkers for Alzheimer's prevention trials: lessons from the Alzheimer's disease neuroimaging initiative (ADNI). XIXth IAGG World Congress of Gerontology and Geriatrics, Paris, France, July 5-9, 2009.

621. Tosun D, Schuff N, Raptentsetsang S, Truran-Sacrey D, Shaw L, Trojanowski J, Weiner M. Associations Between Baseline Concentration of Alzheimer's disease Biochemical Markers and MRI Regional Rates of Brain Tissue Loss in ADNI Data. Alzheimer's Association 2009 International Conference on Alzheimer's Disease (ICAD), July 11-16, 2009.

622. Zhang Y, Schuff N, Ching C, Tosun D, Nezamzadeh M, Zhan W, Rosen HJ, Kramer JH, Gorno-Tempini ML, Miller BL, Weiner MW. Interrelation Between Gray and White Matter Alterations in Alzheimer's Disease and Frontotemporal Dementia. Alzheimer's Association 2009 International Conference on Alzheimer's Disease (ICAD), July 11-16, 2009.

623. Andrawis JP, Hwang KS, Green AE, Babakchanian S, Morra JH, Cummings JL, Toga AW, Trojanowski JQ, Shaw LM, Jack CR Jr, Weiner MW, Thompson PM, Apostolova LG. 3-D Mapping of Associations Amongst Amyloid-PET and CSF Biomarkers and Hippocampal Morphology. Alzheimer's Association 2009 International Conference on Alzheimer's Disease (ICAD), July 11-16, 2009.

624. Thompson P, Hua X, Yanovsky I, Leow AD, Lee S, Ho AJ, Parikshak N, Toga AW, Jack CR Jr, Weiner MW. Tensor-Based Morphometry as Surrogate Marker for Alzheimer's disease and Mild Cognitive Impairment: Optimizing Statistical Power. Alzheimer's Association 2009 International Conference on Alzheimer's Disease (ICAD), July 11-16, 2009.

625. Thompson, Hua X, Leow A, Morra JH, Apostolova LG, Lee S, Avedissian C, Madsen SK, Green AE, Toga AW, Jack CR Jr, Shaw LM, Trojanowski JQ, Weiner MW. Brain Changes in 676 ADNI Subjects: Summary of 10 Studies Using Tensor-Based Morphometry and Automated Hippocampal Mapping. Alzheimer's Association 2009 International Conference on Alzheimer's Disease (ICAD), July 11-16, 2009.

626. Schuff N, Raptentsetsang S, Tosun D, Truran D, Weiner MW. Rates of Regional Brain Atrophy and Gain in Power for Assessment of Cognitive Decline in Clinical Trials. Alzheimer's Association 2009 International Conference on Alzheimer's Disease (ICAD), July 11-16, 2009.

627. Yang DW, Sollberger M, Gorno-Tempini M-L, Rankin KP, Weiner MW, Miller BL. Different Effect of ApoE4 and E3 on Gray Matter Loss in Alzheimer's disease. Alzheimer's Association 2009 International Conference on Alzheimer's Disease (ICAD), July 11-16, 2009.

628. Shimizu S, Zhang Y, Miller BL, Kramer JH, Weiner MW, Schuff N. Concordance and Discordance Between Regional Reduction of Cerebral Blood Flow and Brain Atrophy in Frontotemporal Dementia. Alzheimer's Association 2009 International Conference on Alzheimer's Disease (ICAD), July 11-16, 2009.

629. Posner H, Cano S, Aisen P, Selnes O, Stern Y, Thomas R, Weiner M, Zajicek J, Zeger S, Hobart J. The ADAS-Cog's Performance as a Measure: Lessons from the ADNI Study – Part 1, Evaluation using Traditional Psychometric Methods. Alzheimer's Association 2009 International Conference on Alzheimer's Disease (ICAD), July 11-16, 2009.

630. Hobart J, Posner H, Aisen P, Selnes O, Stern Y, Thomas R, Weiner M, Zejicek J, Zeger S, Cano S. The ADAS-Cog's Performance as a Measure: Lessons From the ADNI Study – Part 3, Do the Scale Modifications Add Value? Alzheimer's Association 2009 International Conference on Alzheimer's Disease (ICAD), July 11-16, 2009.

631. Mueller S, Chao LL, Buckley S, Schuff N, Weiner MW. Hippocampal Subfields are Superior to Total Hippocampal Volume for the Prediction of Memory Function and Decline: A Preliminary Study. Alzheimer's Association 2009 International Conference on Alzheimer's Disease (ICAD), July 11-16, 2009.

632. Zhan W, Zhang Y, Nezamzadeh M, Boreta L, Ching C, Schuff N, Weiner MW. Similarity in Patterns of White Matter Integrity Alteration Between Healthy ApoE-4 Carriers and Alzheimer's disease Patients. Alzheimer's Association 2009 International Conference on Alzheimer's Disease (ICAD), July 11-16, 2009.

633. Landau SM, Harvey D, Madison C, Foster NL, Reiman EM, Shaw LM, Trojanowski JQ, Petersen RC, Weiner MW, Jagust WJ. Comparing predictors of conversion: Data from the Alzheimer's disease Neuroimaging Initiative. Alzheimer's Association 2009 International Conference on Alzheimer's Disease (ICAD), July 11-16, 2009.

634. Vemuri P, Wiste HJ, Weigand SD, Shaw LM, Trojanowski JQ, Weiner M, Knopman DS, Petersen RC, Jack CR Jr. Comparing MRI and CSF Biomarkers in Alzheimer's Disease: Intergroup Discrimination and Predicting Clinical Change. Alzheimer's Association 2009 International Conference on Alzheimer's Disease (ICAD), July 11-16, 2009.

635. Cano S, Posner H, Aisen P, Selnes O, Stern Y, Thomas R, Weiner M, Zajicek J, Zeger S, Hobart J. The ADAS-Cog's Performance as a Measure – Lessons from the ADNI Study: Part 2 Evaluation Using Modern Psychometric Methods. Alzheimer's Association 2009 International Conference on Alzheimer's Disease (ICAD), July 11-16, 2009.

636. Weiner MW, Aisen P, Petersen R, Jack C, Jagust W, Trojanowski J, Shaw L, Toga A, Beckett L, Saykin A. Alzheimer's Disease Neuroimaging Initiative (ADNI); Progress Report. Second AD Translational Research Investigator's Meeting, Washington, DC, September 9-11, 2009.

637. Weiner M, Schuff N, Feinberg D, Guenther M, Kornak J, Liang Z-P, Wedeen V. Research Resources for MRI/MRS of Neurodegenerative Disease. NCRR/NIBIB P41 Investigator's Meeting, Bethesda, MD, October 13-14, 2009.

638. Stein JL, Hua X, Morra JH, Lee S, Ho AJ, Leow AD, Toga AW, Sul J, Kang HM, Eskin E, Saykin AJ, Shen L, Jack CR, Weiner MW, Thompson PM. Genome-wide association study of temporal lobe structure identifies novel quantitative trait loci for neurodegeneration in

**Curriculum Vitae - Michael W. Weiner, M.D**.

Alzheimer's disease, Society for Neuroscience Annual meeting, Chicago, October 17-21, 2009.

639. Weiner MW, Aisen P, Petersen R, Jack C, Jagust W, Trojanowski J, Shaw L, Toga A, Beckett L, Gamst A. MRI, PET, and CSF Biomarkers for Prediction and Monitoring the Progression of Alzheimer's Disease: The Alzheimer's Disease Neuroimaging Initiative. Clinical Trials on Alzheimer's Disease 2009, Las Vegas, NV, October 29-30, 2009.

640. Stein JL, Hua X, Lee S, Ho AJ, Leow AD, Toga AW, Saykin AJ, Shen L, Foroud T, Pankratz N, Huentelman MJ, Craig DW, Gerber JD, Allen A, Corneveaux J, Stephan DA, Webster J, DeChairo BM, Potkin SG, Jack CR, Weiner MW, Thompson PM (2010). Voxelwise Genome-Wide Association Study (vGWAS), 6th UC Irvine Conference on Imaging Genomics, Irvine, CA, USA, January 18-19, 2010.

641. Weiner MW, Aisen P, Petersen R, Jack C, Jagust W, Trojanowski J, Shaw L, Toga A, Beckett L, Gamst A. Biomarkers for monitoring the progression of Alzheimer's disease in clinical trials: The Alzheimer's Disease Neuroimaging Initiative. 1st International Congress on Alzheimer's disease and Advanced Neurotechnologies, Monaco, February 11-13, 2010.

642. Weiner MW, Aisen P, Petersen R, Jack C, Jagust W, Trojanowski J, Shaw L, Toga A, Beckett L, Gamst A. Biomarkers for monitoring the progression of Alzheimer's disease in clinical trials: the Alzheimer's Disease Neuroimaging Initiative. 11th International Geneva/Springfield Symposium on Advances in Alzheimer Therapy, Geneva, Switzerland, March 24-27, 2010.

643. Chou YY, Lepore N, Madsen SK, Saharan P, Hua X, Jack CR, Shaw LS, Trojanowski JQ, Weiner MW, Toga AW, Thompson PM (2010). Ventricular Maps in 804 Subjects Correlate with Cognitive Decline, CSF Pathology, and Imminent Alzheimer's Disease, ISBI 2010, Rotterdam, The Netherlands, April 14-17, 2010

644. Tosun D, Mojabi P, Weiner MW, Schuff N. Joint Contribution of Structural and Perfusion MRI for the Classification of the Alzheimer's disease. ISMRM 2010 Annual Meeting Clinical Needs & Technological Solutions, Stockholm, Sweden, May 1-7, 2010.

645. Tosun D, Insel P, Rosen H, Miller BL, Schuff N, Weiner MW. Classification Accuracy using Structural and Perfusion Weighted MRI in Dementia. 16th Annual Meeting of the Organization for Human Brain Mapping, Barcelona, Spain, June 6-10, 2010.

646. Hua X, Hibar DP, Lee S, Toga AW, Jack CR, Weiner MW, Thompson PM. Sex and age differences in brain atrophic rates: an ADNI study with N=1368 MRI scans. Organization for Human Brain Mapping, Barcelona, Spain, June 2010.

647. Kohannima O, Hua X, Hibar DP, Lee S, Chou YY, Toga AW, Jack CR, Weiner MW, Thompson PM. Boosting power for clinical trials using classifiers based on multiple biomarkers. Organization for Human Brain Mapping, Barcelona, Spain, June 2010.

Abstracts

**Curriculum Vitae - Michael W. Weiner, M.D**.

648. Ho AJ, Raji CA, Becker JT, Lopez OL, Kuller LH, Hua X, Lee S, Hibar D, Dinov ID, Stein JL, Jack CR, Weiner MW, Toga AW, Thompson PM. Obesity and brain structure in 700 MCI and AD patients. Organization for Human Brain Mapping, Barcelona, Spain, June 2010.

649. Stein J, Hua X, Lee S, Ho A, Leow A, Toga A, Saykin A, Shen L, Foroud T, Pankratz N, Huentelman M, Craig D, DeChairo B, Potkin S, Weiner M, Thompson P. Voxelwise Genome-Wide Association Study (vGWAS). Organization for Human Brain Mapping, Barcelona, Spain, June 2010.

650. Madsena SK, Hoa AJ, Hua X, Saharana PS, Toga AW, Jack CR, Weiner MW, Thompson PM and the Alzheimer's Disease Neuroimaging Initiative. Caudate Atrophy & Clinical Correlates in 400 Alzheimer's Disease, MCI, & Healthy Elderly Subjects. Organization for Human Brain Mapping, Barcelona, Spain, June 2010.

651. Schneider LS, Insel PS, Weiner MW, the Alzheimer's Disease Neuroimaging Initiative. Cholinesterase inhibitors and memantine use by patients in the Alzheimer's Disease Neuroimaging Initiative. International Congress on Alzheimer's Disease, Honolulu, HI, July 10-15, 2010.

652. Schuff N, Tosun D, Insel P, Chiang G, Truran-Sacrey D, Weiner MW. Nonlinear progression of brain volume loss with age and cognitive impairment. International Congress on Alzheimer's Disease, Honolulu, HI, July 10-15, 2010.

653. Tosun D, Insel P, Schuff N, Weiner MW. Classification Accuracy using Structural and Perfusion Weighted MRI in Alzheimer's Disease. International Congress on Alzheimer's Disease, Honolulu, HI, July 10-15, 2010.

654. Tosun D, Schuff N, Shaw LM, Trojanowski JQ, Weiner MW., Alzheimer's Disease Neuroimaging Initiative. Regional Variations in Brain Atrophy, CSF Biomarkers and ApoE Relations. International Congress on Alzheimer's Disease, Honolulu, HI, July 10-15, 2010.

655. Tosun D, Schuff N, Jagust W, Weiner MW, Alzheimer's Disease Neuroimaging Initiative. Relationship Between Regional Brain Amyloid-b Deposition and Brain Atrophy Rates in Mild Cognitive Impairment. International Congress on Alzheimer's Disease, Honolulu, HI, July 10-15, 2010.

656. Tosun D, Schuff N, Raptentsetsang S, Truran-Sacrey D, Shaw L, Trojanowski J, Weiner M. Associations Between Baseline Concentration of Alzheimer's Disease's Biochemical Markers and MRI Regional Rates of Brain Tissue Loss in ADNI Data. International Congress on Alzheimer's Disease, Honolulu, HI, July 10-15, 2010.

657. Chen K, Ayutyanont N, Langbaum J, Fleisher A, Reschke C, Lee W, Liu X, Alexander GE, Bandy D, Foster NL, Weiner MW, Koeppe RA, Thompson P, Jagust WJ, Reiman EM and the Alzheimer's Disease Neuroimaging Initiative. Use of an Alzheimer's Disease-Related Hypometabolic Convergence Index to Predict Progression from Mild Cognitive Impairment to

155

Alzheimer's Dementia. International Congress on Alzheimer's Disease, Honolulu, HI, July 10-15, 2010.

658. Weiner MW, Aisen P, Petersen R, Jack C, Jagust W, Trojanowski J, Shaw L, Toga A, Beckett L, Gamst A. Biomarkers for monitoring the progression of Alzheimer's disease in clinical trials: the Alzheimer's Disease Neuroimaging Initiative. Alzheimer's Symposium: Latest Developments in Research, Diagnostics & Treatment, Emeryville, CA, August 19, 2010.

659. Tosun D, Weiner MW, Schuff N, Rosen H, Miller BL. Joint Independent Component Analysis of Brain Perfusion and Structural Magnetic Resonance Images in Dementia. 20th International Conference on Pattern Recognition, Istanbul, Turkey, August 23-26, 2010.

660. Weiner MW, Aisen P, Petersen R, Jack C, Jagust W, Trojanowski J, Shaw L, Toga A, Beckett L, Gamst A. Designing primary prevention trials using biomarker and clinical data from the Alzheimer's Disease Neuroimaging Initiative. Clinical Trials on Alzheimer's Disease, Toulouse, France, November 3-5, 2010.

661. Madsen SK, Saharan PS, Jack CR, Weiner MW, Toga AW, Thompson PM. Caudate atrophy & its clinical correlates in 400 Alzheimer's disease, MCI, & healthy elderly subjects. Proc. Society for Neuroscience, San Diego, CA, November 2010.

662. Rajagopalan P, Jahanshad N, Stein JL, Toga AW, Jack CR, Weiner MW, Thompson PM and the ADNI (2011). Commonly-carried variant in the folate pathway gene, MTHFR, may partly account for homocysteine related brain atrophy. Proc. Society for Neuroscience, November 12-16, 2011.

663. Hibar DP, Jason L. Stein, Omid Kohannim, Neda Jahanshad, Kori Johnson, Katie L. McMahon, Greig I. de Zubicaray, Grant W. Montgomery, Nicholas G. Martin, Margaret J. Wright, Andrew J. Saykin, Clifford R. Jack, Jr, Michael W. Weiner, Arthur W. Toga, Thompson PM and the Alzheimer's Disease Neuroimaging Initiative* (2011). Alzheimer risk gene, GAB2, is associated with brain atrophy in both young and old adults: Discovery and replication in N=1321 subjects using principal components regression, Proc. Society for Neuroscience, November 12-16, 2011.

664. Synder HM, Shineman D, Fillit H, Weiner MW, Carrillo M. Developing Novel Blood-Based Biomarkers for Alzheimer's Disease. Alzheimer's & Dementia. 10(1): 109-14, Jan 2014