## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>    Plaintiffs,<br><br>        v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>    Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## DECLARATION OF JAMES R. STONE, MD, PHD

James R. Stone, MD, PhD affirms under penalty of perjury the truth of the following facts:

1.     I am an Associate Professor of Radiology and Medical Imaging (primary), Neurological Surgery (secondary), and Co-director of the University of Virginia Brain Injury and Sports Concussion Institute.  My *curriculum vitae* is attached as Exhibit A.

2.     I have been asked to submit this declaration in support of the objection to the proposed class action settlement in the above captioned case filed by the MoloLamken LLP law firm.  I am not being compensated for my work in doing so.

3.     Chronic traumatic encephalopathy (or CTE) is a unique neurodegenerative disease that is known to exist outside of ALS, Alzheimer's disease, or Parkinson's disease.

4.     Repetitive brain trauma is a necessary condition for developing CTE.

5.     ALS, Alzheimer's disease, and Parkinson's disease are found in the general population of individuals who have not suffered repetitive brain trauma.  Suicidality does not present as a symptom of these diseases.

6.     Mood and behavioral impairments such as depression, suicidality, hopelessness, impulsivity, explosiveness, rage, and aggression, although present in the general population, appear more frequently in individuals suffering from CTE than in the general population.

7.     The mood and behavioral impairments associated with CTE can present prior to the onset of CTE-related dementia and can be the cause of significant disability and distress for the patient.

8.     Based on my experience and knowledge of the clinical and scientific literature, I believe that a reliable, valid, and clinically accepted diagnosis of CTE, based, in part, on objective biomarkers, will likely be possible in the next decade, if not sooner, and long before the 65-year term of the proposed NFL Concussion Litigation Settlement expires.

9.     I am not aware of the use of the diagnostic or classification categories of "Neurocognitive Impairment Level 1.0," "Neurocognitive Impairment Level 1.5," or "Neurocognitive Impairment Level 2.0" anywhere in the medical or scientific community.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury that the foregoing is true and correct.

Dated:  November 25th, 2014

James R. Stone, MD, PhD

# Exhibit A

*Revised November 2014*

# CURRICULUM VITAE

**James R. Stone, MD, PhD**
**Associate Professor**
**Radiology and Medical Imaging**
**University of Virginia Health System**

**Date of Birth:**  July 31st, 1972

**Place of Birth:**  District of Columbia

**Home Address:**  1927 Ridgetop Drive
Charlottesville, VA  22903

**Address:**  University of Virginia Health System
Division of Interventional Radiology
1215 Lee Street
Box 800170
Charlottesville, Virginia 22908

## EDUCATION

2004    M.D.    School of Medicine
University of Virginia
Charlottesville, Virginia

2000    Ph.D.    Medical College of Virginia
Virginia Commonwealth University
Richmond, Virginia

1995    B.S    Virginia Commonwealth University
Richmond, Virginia

**Postdoctoral training:**

2009 – 2010    **Clinical fellowship: Interventional Radiology**
University of Virginia Health System
Charlottesville, Virginia

2005 - 2009    **Residency: Diagnostic Radiology**
University of Virginia Health System
Charlottesville, Virginia

2004 - 2005    **Intership: General Surgery**

University of Virginia Health System
Charlottesville, Virginia

2000 - 2001 **Research fellowship: Neurological Surgery**
Laboratory of Dr. Gregory Helm
University of Virginia
Charlottesville, Virginia

2000 **Research fellowship: Anatomy and Neurobiology**
Laboratory of Dr. John Povlishock
Medical College of Virginia
Virginia Commonwealth University
Richmond, Virginia

**HOSPITAL STAFF APPOINTMENTS:**

2010 – Present **Staff Interventional Radiologist**
University of Virginia Health System
Charlottesville, Virginia

**ACADEMIC APPOINTMENTS:**

2014 – Present **Associate Professor of Radiology and Medical Imaging (Primary)**
Division of Interventional Radiology
University of Virginia Health System
Charlottesville, Virginia

2014 – Present **Associate Professor of Neurological Surgery (Secondary)**
Department of Neurological Surgery
University of Virginia Health System
Charlottesville, Virginia

2010 – 2014 **Assistant Professor of Radiology and Medical Imaging (Primary)**
Department of Neurological Surgery
University of Virginia Health System
Charlottesville, Virginia

2010 – 2014 **Assistant Professor of Neurological Surgery (Secondary)**
Department of Neurological Surgery
University of Virginia Health System

*Revised November 2014*

Charlottesville, Virginia

| | |
|---|---|
| 2003 – 2010 | **Research Assistant Professor of Neurological Surgery**<br>Department of Neurological Surgery<br>University of Virginia Health System<br>Charlottesville, Virginia |
| 2001 – 2003 | **Research Instructor of Neurological Surgery**<br>Department of Neurological Surgery<br>University of Virginia Health System<br>Charlottesville, Virginia |
| 1996 – 1998 | **Adjunct Instructor of Kinesiology**<br>College of William and Mary<br>Williamsburg, Virginia |

## BOARD CERTIFICATION/LICENSURE

| | |
|---|---|
| 2012 | Certificate of Advanced Qualification<br>Vascular and Interventional Radiology<br>American Board of Radiology |
| 2010 – Present | United States DEA license |
| 2009 | Diagnostic Radiology<br>American Board of Radiology |
| 2008 – Present | Medicine and Surgery<br>Commonwealth of Virginia |

## TEACHING EXPERIENCE

### Lectures:

| | |
|---|---|
| 2011 | Instructor: Advanced Research Design Course, School of Engineering and Applied Sciences University of Virginia |
| 2010 – present | Interventional Radiology Fellows Case Conference (weekly) |
| 2010 – present | Interventional Radiology Didactic Conference (quarterly) |

| 2010 – present | Radiology Resident Case Conference (quarterly) |
| 2010 – present | Radiology Resident Didactic Conference (quarterly) |
| 2000 | Teaching Assistant: School of Medicine - Gross Anatomy professional course. University of Virginia. |
| 1997 | Teaching Assistant: School of Dentistry - Histology professional course Medical College of Virginia |
| 1996 – 1998 | Adjunct Instructor: Human Anatomy Laboratory Department of Kinesiology, College of William and Mary |
| 1996 | Teaching Assistant: School of Pharmacy - Gross Anatomy, Histology, Neuroscience professional courses. Medical College of Virginia. |
| 1996 | Teaching Assistant: School of Medicine - Gross Anatomy professional course. Medical College of Virginia. |

**Mentorships:**

<u>Interventional Radiology Fellows Trained</u>

| 2014-2015 | Jamie All, MD, Andrew Ferdinand, MD, Nicholas Hendricks, MD, Andre Uflacker, MD, Jonathan West, MD |
| 2013-2014 | Bill Brehmer, MD, Minhajuddin Khaja, MD, Matthew Bernhard, MD, Ryan Gossage, MD, Ted Chang, MD |
| 2012-2013 | Peter Simon, MD, Curtis Anderson, MD, PhD, Sean Lyman, MD, PhD, Christina Meade, MD, Heath McCullough, MD |
| 2011-2012 | Sean Kalagher, MD, Christopher Porter, MD, R. Steve Young, MD, Charles Wehbe, MD, Jamil Muasher, MD |
| 2010-2011 | Charles Gilliland, MD, Gregory Frey, MD, Robert Short, MD, Joshua Hubbard, MD, Harun Ozer, MD |

<u>Vascular Surgery Fellows Trained</u>

| 2014-2015 | Tonya Flohr, MD |
| 2013-2014 | Amit Jain, MD |
| 2012-2013 | Joshua Adams, MD |
| 2011-2012 | Alvaro Zamora, MD |
| 2010-2011 | Michael Meulbeger, MD |

<u>Student/Resident/Post-doctoral fellow mentorships</u>

| 2014 | Christian Salinas, Radiology Resident |
| 2014 | Andre Uflacker, Radiology Resident |
| 2013 | Alex Monroe, Medical Student |

*Revised November 2014*

| | |
|---|---|
| 2013 | Jamie Doster, Radiology Resident |
| 2011 - 2012 | Lauren Becker, Undergraduate Student |
| 2011 | Leen Jamal, Undergraduate Student |
| 2011 | Dalia Deak, Undergraduate Student |
| 2011 | Hannah Meredith, Undergraduate Student |
| 2011 | Byong Kang, Undergraduate Student |
| 2011 | Shawna Kleban, Medical Student |
| 2011 | Sarah Jeffrey, Undergraduate Student |
| 2010 – 2011 | Jing Chen, MD, Postdoctoral Fellow |
| 2010 – 2011 | Brad Billowus, Undergraduate Student |
| 2010 | Nate Coddington, Undergraduate Student |
| 2010 | Wael Darwish, MD, Postdoctoral Fellow |
| 2008 – 2009 | Tianli Lu, Medical Student |
| 2005 | Maria Alexandrescu, Medical Student |
| 2004 – 2005 | Sebastian Zavoian, Postdoctoral Fellow |
| 2003 – 2004 | Dong Kim, Undergraduate Student |
| 2003 – 2004 | Andrew Hawkins, Undergraduate Student |
| 2003 | Evelyn Boatwright, Undergraduate Student |
| 2002 | Katherine Turner, Undergraduate Student |
| 2002 – 2004 | James Mills, MD, Postdoctoral Fellow |
| 2001 – 2003 | David Rubin, Undergraduate Student |
| 2001 – 2003 | David Melon, Undergraduate Student |
| 2001 – 2003 | Jaime Wagner, Undergraduate Student |
| 2001 – 2002 | Leman Mutlu, MD, Postdoctoral Fellow |
| 2001 | Anthony Marmarou, Undergraduate Student |
| 2001 | Reena Shial, Undergraduate Student |
| 2001 | Alfa Diallo, Medical Student |

## HONORS/AWARDS

| | |
|---|---|
| 2008 – 2009 | Resident Research Award, Department of Radiology University of Virginia |
| 2007 – 2008 | Resident Research Award, Department of Radiology University of Virginia |
| 2003 – 2004 | Society of the Cincinnati Scholarship Recipient |
| 2002 | Finalist, Posterior competition, 1st Joint Symposium National-International Neurotrauma Societies Tampa, Florida |
| 2002 | Most outstanding research, selected for open communication lecture 1st Joint Symposium, National-International Neurotrauma Societies Tampa, Florida |
| 2002 | Visiting Professor, University of Pennsylvania Head Injury Center Philadelphia, Pennsylvania |
| 2001 – 2004 | Joseph Collins Scholarship |
| 2000 | Most outstanding research, selected for open communication lecture National Neurotrauma Society, 19th Annual meeting New Orleans, Louisiana |
| 2000 | Finalist, Poster competition, 5th International Neurotrauma Symposium Garmisch, Germany |

| 1998 | Finalist, John C. Forbes Graduate Research Competition |
| 1998 | First Place, National Neurotrauma Society |
| | Graduate Student Poster Competition, Los Angeles, California |
| 1997 – 1998 | C.C. Clayton Fellowship |
| 1996 – 2000 | Commonwealth Graduate Fellowship, |
| | State Council for Higher Education in Virginia |

## ACADEMIC ORGANIZATIONS

| 2014-present | Co-Chair, US Army Medical Research Materiel Command, Combat Casualty Care Research Program, Neuroimaging of Traumatic Brain Injury Working Group. |
| 2014-present | Chair, American College of Radiology Head Injury Institute, Research to Practice Committee |
| 2014-present | Co-director, University of Virginia Brain Injury and Sports Concussion Institute. |
| 2013 | Chair, American College of Radiology Head Injury Institute, Information Technology Committee |
| 2013 | Member, American College of Radiology Head Injury Institute, Science Committee |
| 2013 | UVA LCME Institutional Setting subcommittee |
| 2013 | Health System Clinical Research Program – Cardiovascular Section Grant Review Committee Member |
| 2012 | UVA Faculty Senate Cross Grounds Synergies Task Force – Co-director |
| 2012 | UVA Faculty Senate Online Learning Task Force – Member |
| 2011- present | US Army MRMC Military Operational Medicine, Research Area III Directorate, mild traumatic brain injury steering committee. External Reviewer. |
| 2011- present | American Institute of Biological Sciences. External Reviewer. |
| 2011 | Faculty search committee, Molecular Imaging Recruitment Research Division, University of Virginia Department of Radiology |
| 2011-present | Society of Interventional Radiology Standards of Practice Committee |
| 2011 | International Research Council on Biomechanics of Injury. External |

*Revised November 2014*

Reviewer.

2010 – 2011    Founding member, University of Virginia Brain Injury Consortium

1998 – 2000    Graduate Admissions Committee
                Department of Anatomy and Neurobiology
                Medical College of Virginia, Virginia Commonwealth University

1998           Faculty Promotions Committee – Dr. J. Ross McClung


## CLINICAL SKILLS

- Endovascular management of peripheral vascular disease (PTA, stent, laser/mechanical atherectomy, subintimal recanalization, SAFARI, utilization of re-entry devices). Includes management of infrapopliteal disease.
- Endovascular therapy for renal artery stenosis
- Endovascular management of acute and chronic mesenteric ischemia
- Stent graft placement for management of acute and chronic thoracic and abdominal aortic disease.
- Percutaneous management of endoleaks following aortic stent graft placement.
- Percutaneous management of peripheral arterial aneurysms and pseudoaneurysms.
- Liver transplant interventions.
- Management of arterial hemoptysis
- Treatment of upper and lower GI hemorrhage
- Treatment of trauma-related hemorrhage
- Radioembolization for treatment of primary and metastatic hepatic malignancy
- Chemoembolization for treatment of primary hepatic malignancy
- Embolization for treatment of metastatic neuroendocrine hepatic disease
- Portal vein embolization
- Renal artery embolization for primary treatment of angiomyolipoma or devascularization prior to surgical nephrectomy.
- Transvenous renal biopsy
- Transjugular intrahepatic portosystemic shunt (TIPS) for management of symptomatic portal hypertension
- Balloon Retrograde Transvenous Occlusion (BRTO) for treatment of gastric varices
- Percutaneous treatment of biliary obstruction or leak
- Percutaneous management of calculous and acalculous cholecystitis
- Percutaneous management of urinary obstruction
- Endovascular therapy for uterine fibroid disease
- Placement and retrieval of inferior vena cava (IVC) filters for prevention of pulmonary embolism
- Management of acute and chronic venous occlusive disease
- Endovascular management of pulmonary embolism using mechanical thrombectomy and thrombolysis.
- Dialysis Fistula/Graft management
- Placement of tunneled or non-tunneled central venous catheters
- Port-a-cath placement

**CLINICAL RESEARCH STUDIES**

<u>Principal Investigator</u>

Title: VenaTech(TM) Convertible(TM) Vena Cava Filter U.S. Multi-Center Clinical Trial
Role: Principal Investigator
Status: Closed to enrollment

Title: A Phase III Clinical Trial of Intra-arterial TheraSphere in the Treatment of Patients with Unresectable Hepatocellular Carcinoma (HCC)
Role: Principal Investigator
Status: Open to enrollment

Title: Prospective Randomized Study of Chemoembolization Versus Radioembolization for the Treatment of Hepatocellular Carcinoma (PREMIERE) Trial.
Role: Co-Principal Investigator
Status: Protocol under review

Title: Retrospective Identification of Abdominal Aortic Aneurysm Patients that Have Undergone Computed Tomography and Positron Emission Tomography Imaging
Role: Principal Investigator
Status: Open to enrollment

Title: Retrospective Assessment of Y90 administration for treatment of hepatocellular carcinoma using positron emission tomography (PET).
Role: Principal Investigator
Status: Open to enrollment

Title: Breacher Injury Study: Evaluation of the Bio-Effects of Repeated, Low-Level Blast Exposures
Role: Principal Investigator
Status: Closed to enrollment, Performing Data Analysis

Title: Breacher Injury Study II: Re-Evaluation of the Bio-Effects of Repeated, Low-Level Blast Explosure
Role: Principal Investigator
Status: Temporarily closed to enrollment

Title:   Brain Injury Biomarkers and Behavioral Characterization of
         mTBI in Soldiers Following Repeated, Low-Level Blast Exposure
Role:   Principal Investigator
Status: Open to enrollment

<u>Sub-Investigator</u>

Title: The use of Endovascular Stents in the Thoracic Aorta at the University of Virginia
Role: Sub-investigator
Status: Open to enrollment

Title: Off-line analysis of color-coded blood flow angiography
Role: Sub-Investigator
Status: Open to enrollment

Title: Acute Venous Thrombosis: Thrombus Removal With Adjunctive Catheter-Directed Thrombolysis (The ATTRACT Trial)
Role: Sub-investigator
Status: Open to enrollment

Title: Evaluation of the GORE Conformable TAG Thoracic Endoprosthesis for Treatment of Acute Complicated Type B Aortic Dissection: TAG 08-01
Role: Sub-investigator
Status: Closed to enrollment, follow-up only

Title: Prospective, Multicenter, Randomized Controlled Trial of Endovascular Aneurysm Repair Using a Bilateral Percutaneous Approach (PEVAR) vs. Standard Approach (SEVAR) Using the IntuiTrak Endovascular AAA Delivery System
Role: Sub-investigator
Status: Closed to enrollment, follow-up only

Title: Zenith TX2 TAA Endovascular Graft Post-Approval Study
Role: Sub-investigator
Status: Open to enrollment

Title: CRUX Biomedical Evaluation of the Crux Inferior Vena Cava Filter System 2 - ("RETRIEVE2")
Role: Sub-investigator
Status: Closed to enrollment, follow-up only

Title: A Phase IV Clinical Study to Evaluate the Safety of MR-Guided Focused Ultrasound Treatment of Uterine Fibroids With Enhanced Sonication Techniques
Role: Sub-investigator
Status: Open to enrollment

Title: Patient Long-Term Follow-Up to Collect Data Following MR-Guided Focused Ultrasound Treatment of Uterine Fibroids with Enhanced Sonication Techniques
Role: Sub-investigator
Status: Open to enrollment

Title: Clinical Study to Evaluate the Safety and Effectiveness of the Zenith Branch Endovascular Graft-Iliac Bifurcation with the ConnectSX

Role: Sub-investigator
Status: Open to enrollment

Title: Post Approval Study Evaluating the Long Term Safety and Effectiveness of the Endurant Stent Graft System (ENGAGE PAS)
Role: Sub-investigator
Status: Open to enrollment

Title: A Clinical Study to Evaluate Safety of the ExAblate Model 2100 Type 1.1 System (ExAblate 2100/2200 UF V2 System) in the Treatment of Symptomatic Uterine Fibroids
Role: Sub-investigator
Status: Open to enrollment

Title: Patient Long-Term Follow-Up To Collect Data Following MR-Guided Focused Ultrasound Treatment of Uterine Fibroids With ExAblate Model 2100 Type 1.1 System
Role: Sub-investigator
Status: Open to enrollment

Title: Randomized Trial of IN.PACT(Paclitaxel) Admiral Drug-Eluting Balloon (DEB) vs Standard PTA for the Treatment of Atherosclerotic Lesions in the Superficial Femoral Artery (SFA) and/or Proximal Popliteal Artery (PPA)("SFA II")
Role: Sub-investigator
Status: Open to enrollment

Title: Zenith TX2 Low Profile Endovascular Graft for Blunt Thoracic Aortic Injury Clinical Study
Role: Sub-investigator
Status: Open to enrollment

Title: A Randomized, Multicenter, Double-Blind, Placebo-Controlled Study of AC607 for the Treatment of Acute Kidney Injury in Cardiac Surgery Subjects
Role: Sub-investigator
Status: Open to enrollment

Title: Use of the Zenith Dissection Endovascular System in the Treatment of Patients with Acute, Complicated Type B Aortic Dissection.
Role: Sub-investigator
Status: Open to enrollment


## PAST AND PRESENT FUNDING

Sponsor:   General Electric
Title:     PET imaging of inflammation in a rodent TBI model
Role:      Principal Investigator
Period:    11/1/14 – 12/31/15
Amount:    $108,290

*Revised November 2014*

Sponsor:   US Army Medical Research and Materiel Command
Title:     Functional and structural changes in cerebral vasculature following
           exposure to blast overpressures associated with TBI in military personnel
Role:      Co-Principal Investigator
Period:    12/1/2014 – 9/30/2017
Amount:    $1,073,569


Sponsor:   US Army Medical Research and Materiel Command
Title:     Developing occupational standards for blast exposure.
Role:      Principal Investigator
Period:    12/1/2014 – 9/30/2019
Amount:    $1,500,005

Sponsor:   US Navy Bureau of Medicine
Title:     Neuroimaging correlates of low-level blast exposure in experience military
           breachers
Role:      Principal Investigator
Period:    9/1/2012 – 5/30/2015
Amount:    $343,659


Sponsor:   US Army Medical Research and Materiel Command
Title:     Brain Injury Biomarkers and Behavioral Characterization of mTBI in Soldiers
           Following Repeated, Low-Level Blast Exposure
Role:      Principal Investigator
Period:    6/1/2009 – 5/30/2015
Amount:    $1,261,014

Sponsor:   US Army Medical Research and Materiel Command
Title:     Toward development of a field-deployable imaging device for TBI
Role:      Principal Investigator
Period:    2/7/2011 – 2/06/2015
Amount:    $1,052,400

Sponsor:   DARPA
Title:     Re-evaluation of the Bio-Effects of Repeated, Low-Level Blast Exposures
Role:      Principal Investigator
Period:    7/1/2009 – 8/31/2014
Amount:    $681,525

Sponsor:   Sirtex Medical, Ltd.
Title:     The QUEST trial: Site Assessment Study
Role:      Principal Investigator
Period:    7/1/2013 – 6/30/2014
Amount:    $8,164

Sponsor:    Society of Interventional Radiology/Society of Vascular Surgery
Title:      Predicting the Safety and Effectiveness of Inferior Vena Cava Filters (PRESERVE) trial
Role:       Core Lab Principal Investigator
Period:     TBD – 5 yr period of performance
Amount:     $980,000

Sponsor:    B. Braun Interventional Systems
Title:      VenaTech(TM) Convertible(TM) Vena Cava Filter U.S. Multi-Center Clinical Trial
Role:       Principal Investigator
Period:     5/1/2012 – 4/30/2015
Amount:     $260,121

Sponsor:    US Army Medical Research and Materiel Command
Title:      Neuroimaging of biomarkers for combat relevant Traumatic Brain Injury
Role:       Co-Principal Investigator
Period:     7/1/2009 – 9/30/2013
Amount:     $4,291,303

Sponsor:    Office of Naval Research
Title:      Histopathology of Experimental Blast Induced TBI
Role:       Principal Investigator
Period:     1/1/2009 – 12/31/2009
Amount:      $44,133

Sponsor:    SIR Foundation
Title:      Preclinical evaluation of systemic Sorafenib (Nexavar) administration following trans-arterial chemoembolization (TACE) in a rodent model of hepatocellular carcinoma (HCC).
Role:       Principal Investigator
Period:     6/1/2008 – 6/1/2009
Amount:     $25,000

Sponsor:    Office of Naval Research (ONR)
Title:      Breacher Injury Study
Role:       Co-Principal Investigator
Period:     12/13/2007 – 12/31/2008
Amount:     $405,000

Sponsor:    Department of Defense (DARPA)
Title:      Physiologic Response to Blast in the Protected Subject
Role:       Co-Principal Investigator
Period:      7/1/2005 to 6/30/2006
Amount:     $105,000

Sponsor:    Commonwealth Neurotrauma Initiative
Title:      Secondary Injury Mechanisms in Traumatic Brain Injury
Role:       Co-Principal Investigator
Period:     2/1/2002 to 1/31/2004
Amount:     $450,000

*Revised November 2014*

Sponsor:     Commonwealth Neurotrauma Initiative
Title:       Novel Therapeutic Interventions in Traumatic Brain Injury
Role:        Collaborator
Period:      2/1/2002 to 1/31/2004
Amount:      $258,000

Sponsor:     Alzheimer's Association
Title:       Alzheimer's-Associated Beta-Amyloid Peptide and Traumatic
             Brain Injury: mechanisms of formation and therapeutic intervention.
Role:        Co-Principal Investigator
Period:      9/1/2001 to 8/31/2003
Amount:      $79,000

## LECTURES/PRESENTATIONS

2014     Blast Occupational Standards Program. General Electric Global Research TBI symposium.

2014     Neuroimaging of traumatic brain injury. Health Occupation Students of America Virginia Commonwealth Annual Meeting.

2014     Positron emission tomography (PET) imaging of traumatic brain injury. Practical PET Imaging for Clincians and Biologists for Research and Patient Management.

2014     Neuroimaging of biomarkers for combat relevant traumatic brain injury. Fort Campbell National Intrepid Center of Excellent TBI Symposium.

2014     Neuroimaging of biomarkers for combat relevant traumatic brain injury. Fort Detrick Combat Casualty Care Research Program, Interim Program Review.

2013     Use of *syngo* iFlow to assess dynamic flow during vascular interventional procedures. World Congress of Interventional Oncology 2013 meeting. Siemens session.

2013     *Syngo* DynaCT applications in interventional radiology. World Congress of Interventional Oncology 2013 meeting. Siemens session.

2013     Angiosome-directed lower extremity revascularization for treatment of ischemic ulcer disease. Podiatry clinical outreach seminar.

2013     Advanced neuroimaging tools for detection of traumatic brain injury. Grand Rounds. Department of Neurological Surgery. University of Washington.

2012     UVA Neurotrauma laboratory research update, Department of Neurological Surgery, University of Virginia, Research Conference

2012     Neuroimaging correlates of repetitive blast exposure in human military service members. Dean's new faculty seminar series. University of Virginia.

2011    Long Term Sequelae of Combat Relevant Traumatic Brain Injury, Neurotrauma Grand Rounds, Medical Research and Materiel Command, Fort Detrick, Frederick, MD

2011    Neuroimaging of Biomarkers for Combat Relevant Traumatic Brain Injury, Interim Project Review, Medical Research and Materiel Command, Herndon, VA

2011    Neuroimaging correlates of repetitive low-level blast exposure in human military breachers. Virginia Commonwealth University Traumatic Brain Injury Spring Seminar Series

2010    Neuroimaging of low-level blast exposure in US Marine Corp Breachers. Department of Psychology, University of Virginia, Research Conference

2010    Neuroimaging correlates of repetitive low-level blast in US Marine Corp Breacher Instructors and Trainees, Department of Radiology, Keynote lecture, Annual Research Week

2010    Research update, Virginia Neurotrauma Laboratory, Department of Neurological Surgery, University of Virginia, Research Conference

2010    Kiwi Breacher Study, Neuroimaging Update, Walter Reed Army Institute of Research

2010    Neuroimaging correlates of blast exposure in a small animal experimental overpressure model and in human military breachers. Advanced Technology Applications for Combat Casualty Care, St. Pete Beach

2008    Breacher Injury Study. Office of Naval Research Investigators Meeting

2007    Microstructural damage in traumatic blast injury, DARPA update on blast research conference (2007)

2007    Neuroimaging and toxicological evaluations following repeated low-level blast exposure. DARPA PREVENT kick-off meeting, New York, NY (2007)

2007    Magnetic Resonance Imaging as a diagnostic and research tool in blast-induced Traumatic Brain Injury, Technical Support Working Group (2007)

2007    Neuroimaging evaluation of breacher trainees following repeated low-level blast exposure, Applied Research Associates, update on research meeting (2007)

2007    Traumatic Axonal Injury: Elucidation of Injury mechanisms and identification of targets for therapeutic intervention. W.M. Keck Center for Cellular Imaging, FRET Microscopy Workshop, University of Virginia (2007)

2006    Development of Biologically Meaningful Blast Injury Criteria, Technical Support Working Group (2006)

| | |
|---|---|
| 2005 | Utilization of Tissue FRET to Explore Role of Bcl-2-related Proteins in Traumatic Axonal Injury Following Traumatic Brain Injury. W.M. Keck Center for Cellular Imaging FRET workshop. |
| 2005 | Brain Injury from Blast – Preliminary Results, DARPA update on blast research conference. |
| 2005 | Neuropathology of blast-induced traumatic brain injury, Walter Reed Army Medical Center, Defense and Veterans Brain Injury Center (2005) |
| 2004 | Mechanisms of Traumatic Axonal Injury Pathogenesis. Commonwealth Neurotrauma Initiative Investigators Meeting. |
| 2002 | Relationship of 40kD, 10kD, and 3kD fluorescent indicators of altered axolemmal permeability to impaired axonal transport in Traumatic Axonal Injury. National Neurotrauma Society Annual Meeting. |
| 2002 | Characterization of the heterogeneous axonal response to Traumatic Brain Injury. University of Pennsylvania Head Injury Center Grand Rounds. |
| 2001 | Caspase-3 cleavage of Amyloid Precursor Protein and Deposition of A$\beta$ peptide in TBI: A mechanism for axonal death? European Neurocritical Care Conference, Innsbruck, Austria. |
| 1999 | Immunolocalization of impaired axonal transport and neurofilament disruption in traumatic axonal injury. Virginia Commonwealth University Neurotrauma Fall Seminar. |
| 1999 | Immunofluorescent co-localization of Amyloid Precursor Protein and RM014 within distinct classes of Traumatically Injured Axons. Society for Neurosciences Annual Meeting. |

## EDITORIAL ACTIVITIES

- Journal of Vascular and Interventional Radiology, Manuscript Reviewer
- Experimental Neurology, Manuscript Reviewer
- Journal of Neuroscience Methods, Manuscript Reviewer
- Journal of Neurotrauma, Manuscript Reviewer
- Neuroimage, Manuscript Reviewer
- Neurosurgery, Manuscript Reviewer
- New England Journal of Medicine, Manuscript Reviewer
- Journal of Clinical Investigation, Manuscript Reviewer
- Science Translational Medicine, Manuscript Reviewer
- Cardiovascular and Interventional Radiology, Manuscript Reviewer
- JAMA Neurology (Formerly the Archives of Neurology), Manuscript Reviewer

**BIBLIOGRAPHY**

<u>**Publications:**</u>

1.  Banizs AB, Huang T, Dryden K, Berr SS, **Stone JR**, Nakamoto RK, He J. *In vitro* evaluation of endothelial exosomes as carriers for siRNA delivery. *Int J Nanomedicine* (2014) 9:4223-30

2.  Tustison NJ, Cook PA, Klein A, Song G, Sandhitsu DR, Duda JT, Kandel BM, Strien NV, **Stone JR**, Gee JC, Avants BB. Large-Scale Evaluations of ANTs and FreeSurfer Cortical Thickness Measurements. *Neuroimage* (2014). 99:166-79

3.  Tustison NJ, Avants BB, Cook PA, Kim J, Whyte J, Gee JC, **Stone JR**: Logical Circularity in Voxel-Based Analysis:  normalization strategy may induce statistical bias, *Hum Brain Mapp.* (2014) 35(3):745-59

4.  Gandy S, Ikonomovic MD, Mitsis E, Elder G, Ahlers ST, Barth J, **Stone JR**, DeKosky ST. Chronic Traumatic Encephalopathy: Clinical-Biomarker Correlations and Current Concepts in Pathogenesis. *Mol Neurodegen.* (2014). 9:37.

5.  Rueb GR, Brady WJ, Gilliland CA, Patrie JT, Saad WE, Sabri SS, Park AW, **Stone JR**, Angle JF. Characterizing Cardiopulmonary Arrest during Interventional Radiology Procedures. *J Vasc Interv Radiol.* (2013) 24(12):1774-8.

6.  <u>Gabler LF</u>, **Stone JR**, Mourad PD, Crandall JR, Salzar RS, Region Specific Viscoelastic Properties of the Adult Rat Brain under Indentation following Traumatic Brain Injury, *Proc Ircobi Conf.* (2013) paper no. IRC-13-52, pp. 470- 482.

7.  Choudhri AF, Norton PT, Carr TM, **Stone JR**, Hagspiel KD, Dake MD. Diagnosis and Treatment Planning of Acute Aortic Emergencies Using a Handheld DICOM Viewer. *Emergency Radiology.* (2013) 20(4):267-72.

8.  Saad WE, Kalagher S, Turba UC, Sabri SS, Park AW, **Stone J,** Angle JF, Matsumoto AH. Ureteric Embolization for Lower Urinary Tract Fistulae: Use of Two Amplatzer Vascular Plugs and N-Butyl Cyanoacrylate Employing the "Sandwich" Technique. *Cardiovasc Intervent Radiol.* (2012) 36(4):1068-72.

9.  Choudhri AF, Carr TM, Ho CP, **Stone JR**, Gay SB, Lambert DL.  Handheld Device Review of Abdominal CT for the Evaluation of Acute Appendicitis. *J Digit Imaging.* (2012) 25(4):492–6.

10. Ahlers ST, Vasserman-Stokes E, Shaughness MC, Hall AA, Shear DA, Chavko M, McCarron MR, **Stone JR**. Assessment of the Effects of Acute and Repeated Exposure to Blast Overpressure in Rodents: Towards a Greater Understanding of Blast and the Potential Ramifactions for Injury in Humans Exposed to Blast. *Frontiers in Neurotrauma*. (2012) 3:32.

11. Tustison NJ, Cook PA, Avants BB, **Stone JR.** Simulated Diffusion-Weighted Imaging for the ITK Masses, *Insight Journal* (2011), http://hdl.handle.net/10380/3315.

12. Shafieian M, Darvish KK, **Stone JR**. Changes to the Viscoelastic Properties of Brain Tissue after Traumatic Axonal Injury. *J. Biomechanics.* (2009) 18;42(13):2136-42.

13. **Stone JR**, Evans AJ, Angle JF, Arslan B, Turba UC, Matsumoto AH. In vitro assessment of aortic stent-graft integrity following exposure to Onyx liquid embolic agent. *J Vasc Interv Radiol.* (2009) 20(1):107-12.

14. Okonkwo DO, Reece TB, Laurent JJ, Hawkins AS, Ellman PI, Linden J, Kron IL, Tribble CG, **Stone JR**, Kern JA. A comparison of adenosine A2A agonism and methylprednisolone in attenuating neuronal damage and improving functional outcome after experimental traumatic spinal cord injury in rabbits. *J. Neurosurg Spine* (2006) 1(4);64-70.

15. Hagspiel KD, **Stone JR**, Leung DA. Renal angioplasty and stent placement with distal protection: preliminary experience with the FilterWire EX. *J Vasc Interv Radiol.* (2005) 16(1);125-31.

16. **Stone JR**, Okonkwo DO, Dialo AO, Rubin DG, Mutlu LK, Povlishock JT, Helm GA. Impaired axonal transport and altered axolemmal permeability occur in distinct populations of damaged axons following traumatic brain injury. *Exp Neuro* (2004) 190: 59-69.

17. Okonkwo, D.O., Wagner, J., Melon, D.E., Alden, T., **Stone, J.R.**, Helm, G.A., Jane, J.A. Sr., Trans-sodium crocetinate Increases oxygen delivery to brain parenchyma in rats on oxygen supplementation. *Neurosci Lett.* (2003) 352(2): 97-100.

18. Mills, J.D., **Stone, J.R.**, Rubin, D.G., Melon, D.E., Okonkwo, D.O., Periasamy, A.P., Helm, G.A. Illuminating protein interactions in tissue using confocal and two-photon excitation fluorescent resonance energy transfer. *J. Biomedical Optics* (2003) 8(3), 347-356.

19. Okonkwo, D.O., Melon, D.E., Pellicane, A.J., Mutlu, L.K., Rubin, D.G., **Stone, J.R.**, Helm, G.A. Dose-response of cyclosporine A in attenuating traumatic axonal injury in rat. *Neuroreport* (2003) 3;14(3):463-6.

20. **Stone, J.R.**, Okonkwo, D.O., Singleton, R.H., Mutlu, L., Helm, G.A., and Povlishock, J.T. Caspase-3 mediated cleavage of the amyloid precursor protein and formation of the amyloid beta peptide in traumatic axonal injury. *J. Neurotrauma* (2002) 19(5):601-14.

21. Singleton, R.H., Zhu, J., **Stone, J.R.**, and Povlishock, J.T. Traumatically induced axotomy adjacent to the soma does not result in acute neuronal death. *J. Neuroscience* (2002) 1;22(3):791-802.

22. Suehiro, E., Singleton, R.H., **Stone, J.R.**, and Povlishock, J.T. The immunophilin ligand FK506 attenuates the axonal damage associated with rapid rewarming following post-traumatic hypothermia.  *Exp Neurol.* (2001) 172(1):199-210.

23. **Stone, J.R.**, Singleton, R.H., and Povlishock, J.T. Intra-axonal neurofilament damage does not evoke local axonal swelling in all traumatically injured axons. *Exp. Neurol.* (2001) 172(2):320-31.

24. Singleton, R.H., **Stone, J.R.**, Okonkwo, D.O., and Povlishock, J.T. The immunophilin ligand FK506 attenuates axonal injury in an impact-acceleration model of traumatic brain injury. *J.*

*Revised November 2014*

*Neurotrauma* (2001) 18(6):607-14.

25. **Stone, J.R**., Singleton, R.H., and Povlishock, J.T. Antibodies to the C-terminus of the β-Amyloid Precursor Protein (APP): A Site Specific Marker for the Detection of Traumatic Axonal Injury. Brain Res. (2000) 871(2):288-302.

26. Buki, A., Walker, S.A., **Stone, J.R**., and Povlishock, J.T. Novel Application of Tyramide Signal Amplification (TSA): Ultrastructural Visualization of Double-Labeled Immunofluorescent Axonal Profiles. *J. Histochem Cytochem*. (2000) 48(1): 153-161.

27. **Stone, J.R**., Walker, S.A., and Povlishock, J.T. The Visualization of a New Class of Traumatically Injured Axons through the use of a Modified Method of Microwave Antigen Retrieval. *Acta Neuropathol*. (1999)  97:335-345.

28. Povlishock, J.T., Buki, A., Koizumi, H., **Stone, J.R**., and Okonkwo, D.O. Initiating Mechanisms Involved in the Pathobiology of Traumatically Induced Axonal Injury and Interventions Targeted at Blunting Their Progression. *Acta Neurochir [Suppl]* (1999) 73:15-20.

## Book Chapters

1. Stone JR, Turba UC, Sabri SS, Saad WE, Angle JF, Matsumoto AH. (2013) Diagnosis and Management of Mesenteric Ischemia. Abrams Angiograph: Interventional Radiology. *In Press.*

2. Mills, J.D., Stone, J.R., Okonkwo, D.O., Periasamy, A. (2005) Multiphoton FRET microscopy for Protein Localization in Tissue, In: Molecular Imaging: FRET Microscopy and Spectroscopy. Periasamy A, editor, New York, NY: Oxford University Press.

3. Okonkwo, D.O. and Stone, J.R. (2003) Basic Science of Closed Head and Spinal Cord Injuries. In, Clinics in Sports Medicine: Head and Neck Injuries in Sports Medicine, Anderson DG and Helm GA, eds.

4. Povlishock, J.T. and Stone, J.R. (2001) Traumatic Axonal Injury. In: Head Trauma. Miller L.P., Hayes R.L., and Newcomb, J.K., editors. New York, NY: John Wiley & Sons, Inc.

## Abstracts

1. Stone JR, He J, Huang T, Lankford M, Nelson L, Berr SS, Ahlers ST. Neuroimaging of apoptosis and caspase-3 activity in experimental traumatic brain injury (TBI) using positron emission tomography (PET) imaging ligands. *Military Health System Research Symposium, 2014.*

2. Carr W, LoPresti ML, Kamimori G, Stone JR, Tate, CM, Polejaeva E, Young LA, Walilko T, da Silva U, Yarnell A, Wassermann EM, McCarron RM. Repeated Low Level Blast Exposure: Human Subjects Studies. *Military Health System Research Symposium, 2014.*

3. Ugas M, Wilkins LR, **Stone JR**, Sabri SS, Haskal ZJ, Angle JF. Rates of complication and embolic capture utilizing the NAV-6 embolic protection system during arterial interventions involving the lower extremity. *Society of Interventional Radiology Annual Meeting, 2014.*

4. Contrella B, Sabri SS, **Stone JR**, Tracci MC, Kern JA, Upchurch GR, Matsumoto AH, Angle JF. Outcomes of coverage of the left subclavian artery during endovascular repair of the thoracic aorta. *Society of Interventional Radiology Annual Meeting, 2014.*

5. Hendricks N, Sabri SS, **Stone JR**, Tracci MC, Matsumoto AH, Angle JF. Limb salvage using pedal access for lower extremity arterial revascularization. *Society of Interventional Radiology Annual Meeting, 2014.*

6. Uflacker A, Sabri SS, Tracci MC, **Stone JR**, Angle JF. Aortic infectious disease: an emerging treatment paradigm. *Society of Interventional Radiology Annual Meeting, 2014.*

7. Doster J, Angle JF, **Stone JR**, Haskal ZJ, Park AW, Wilkins LR, Matsumoto AH, Sabri SS. Technique and tools needed for successful balloon-occluded retrograde transvenous obliteration (BRTO). *Society of Interventional Radiology Annual Meeting, 2014.*

8. Hendricks N, Angle JF, **Stone JR**, Park AW, Matsumoto AH, Cherry KJ, Sabri SS. Angiographic evaluation of high performance athletes with endofibrosis. *Society of Interventional Radiology Annual Meeting, 2014.*

9. Wong S, Cristescu M, Angle JF, Haskal ZJ, **Stone JR**, Wilkins LR, Sabri SS. Diagnosis and treatment of isolated splenic vein thrombosis. *Society of Interventional Radiology Annual Meeting, 2014.*

10. Carr W, LoPresti ML, Kamimori GH, **Stone JR**, Tate CM, Polejaeva E, Young LA, Walilko T, da Silva U, Yarnell A, Wasserman EM, McCarren RM. Repeated Low-Level Blast Exposure: Human Subjects Studies. *National Capital Area Traumatic Brain Injury Conference, 2014.*

11. Knutson K, Polejaeva E, LoPresti M, Carr W, Tierney M, **Stone JR**, Wasserman E, fMRI Evaluation of the Effects of Chronic Exposure to Low-Level Blast. *Organization for Human Brain Mapping, 13*[th] *Annual meeting, 2013.*

12. Lafond S, Sabri SS, Stone JR, Saad WE, Angle JF. Nanoknife treatment of residual or recurrent hepatocellular carcinoma post locoregional therapy. *Society of Interventional Radiology 2013 Annual Meeting.*

13. West JK, Park A, Stone JR, Rea K, Cage DL, Saad WE, Sabri SS, Matsumoto AH. Evaluation of the safety and short-term clinical outcomes in the treatment of uterine fibroids with MR-guided focused ultrasound. *Society of Interventional Radiology 2013 Annual Meeting.*

14. Bernhard MR, Sabri SS, Stone JR, An elective hybrid suite approach to the management of placenta accrete postpartum hemorrhage (PPH). *Society of Interventional Radiology 2013 Annual Meeting.*

15. Stone JR, Sabri SS, Saad WE, Anderson CL, Nicholson D, Angle JF Towards design of a field-deployable aortic occlusion balloon device for control of pelvic hemorrhage. *Military Health System Research Symposium Annual meeting 2013.*

16. Stone JR, Pan D, Berr SS, Zhang Y, He J, Huang T, Lankford M, Nelson L, Ahlers ST. Neuroimaging of inflammation in experimental traumatic brain injury (TBI) using a positron emission tomography (PET) ligand targeting infiltrating neutrophils. *Military Health System Research Symposium Annual meeting 2013.*

17. Stone, JR; Tustison, NJ; Wassermann, EM; Polejaeva, E; Tierney, M; McCarron, RM; LoPresti, M; Carr, WS. Neuroimaging correlates of repetitive blast exposure in experienced military breachers. *National Neurotrauma Society 31*[st] *Annual meeting 2013.*

18. Lee Gabler, Robert S. Salzar, Jeff Crandall, **James Stone**, Pierre Mourad Region Specific

Viscoelastic Properties of Damaged and Healthy Adult Rat Brain under Indentation. *2013 IRCOBI Annual Meeting.*

19. **Stone JR,** Carr WS, Young LA, Walilko T, Avants BB, Tustison N. Analysis of Diffusion Tensor Imaging (DTI) and cortical thickness maps in human military breachers using Advanced Normalization Tools (ANTs). *Advanced Technology Applications for Combat Casualty Care 2011 Annual meeting.*

20. W. Saad, C.L. Anderson, W.M. Darwish, M.G. Davies, D.L. Waldman, J.F. Angle, U.C. Turba, S.S. Sabri, **J. Stone**, T. Kitanosono, A. Park, A.H. Matsumoto. Comparison between the technical results of TIPS in liver transplant recipients and native (non-transplanted) patients. *Society of Interventional Radiology 2011 Annual Meeting.*

21. Lyman S, Turba UC, Cage D, Sildiroglu O, Sabri SS, **Stone JR**, Park AW, Saad WE, Angle JF, Matsumoto AH. Dedicated Inferior Vena Cava Filter Clinic: Evolving Clinical Practice Since 2002. *Society of Interventional Radiology 2012 Annual Meeting.*

22. Anderson C, Saad WE, Sabri SS, **Stone JR**, Matsumoto AH, Angle JF. Survey of DIRECT pathway and VIR clinical pathway graduates. *Society of Interventional Radiology 2012 Annual Meeting.*

23. **Stone JR** and Tustison NJ. Understanding the Inside of the Black Box: Optimizing Approaches for the Analysis of Diffusion Tensor Imaging and Cortical Maps in TBI. *Keystone Conference: Clinical and Molecular Biology of Acute and Chronic Traumatic Encephalopathies. 2012.*

24. G.R. Rueb, W.J. Brady, C.A. Gilliland, J.T. Patrie, W. Saad, U.C. Turba, S.S. Sabri, A. Park, **J. Stone**, J.F. Angle. Characterizing cardiopulmonary arrest during interventional radiology procedures. *Society of Interventional Radiology 2012 Annual Meeting.*

25. P.O. Simon, W.E. Saad, D. Nicholson, M.R. Bernhard, U.C. Turba, M.G. Davies, S.S. Sabri, **J. Stone**, A. Park, J.F. Angle, A.H. Matsumoto. Balloon-expandable stent-grafts for instent restenosis in atherosclerotic renal artery stenosis with prior clinical response. *Society of Interventional Radiology 2012 Annual Meeting.*

26. Holstege CP, Carr WS, Young LA, Walilko T, **Stone JR**. Low level lead exposure in breacher soldiers. *Published Abstracts, National American Congress of Clinical Toxicology Annual meeting 2011.*

27. Dave JR, Changping Y, Ahlers ST, **Stone JR**, Shaughness M, Hall A, McCarron RM, Schmid K, Tortella FC. Serum GFAP: A potential biomarker of mild traumatic brain injury produced by repeated exposure to low level blast overpressure. *National Neurotrauma Society 29th Annual meeting 2011.*

28. Tustison N, Avants B, Cook P, Kim J, Whyte J, Gee J, Ahlers ST, **Stone JR**. Multivariate analysis of diffusion tensor imaging and cortical thickness maps in a traumatic brain injury (TBI) cohort using advanced normalization tools (ANTS). *National Neurotrauma Society 29th Annual meeting 2011.*

29. Breacher Injury Consortium. New Innovations in Instrumentation to Quantify Explosive Exposure. *Advanced Technology Applications for Combat Casualty Care 2011 Annual meeting.*

30. Breacher Injury Consortium. Investigating Effects of Repeated Low-Level Blasts in a Volunteer Population. *Advanced Technology Applications for Combat Casualty Care 2011 Annual meeting.*

31. **Stone JR**, Carr WS, Young LA, Walilko T, Aiken A, Gean AD, Helm GA, and the Breacher Injury Consortium. Breacher Injury Study: Neuroimaging Results. *Published Abstracts, National Neurotrauma Society 28th Annual meeting 2010.*

32. Carr WS, **Stone JR**, Young LA, Walilko T, Parish R, Eonta SE, Jankosky C, Tsao J, and the Breacher Injury Consortium. Breacher Injury Study: Neurocognitive testing results. *Published Abstracts, National Neurotrauma Society 28th Annual meeting 2010.*

33. **Stone JR**, McMillian CR, Ahlers ST. Immunohistochemical evidence of traumatic axonal injury and blood brain barrier disruption in a rodent shock tube model. *Published Abstracts, National Neurotrauma Society 28th Annual meeting 2010.*

34. **Stone JR**, Angle JF, Schenkman NS, Turba UC, Arslan B, Swee W, Costabile RA, and Jenkins AD. Evaluation of Dyna-CT as an imaging adjunt to routine percutaneous nephrolithotripsy. *Published abstracts*. Society of Interventional Radiology, 33rd Annual Scientific Meeting, 2008.

35. **Stone JR**, Evans AJ, Angle JF, Arslan B, Turba UC, and Matsumoto AH. Assessment of aortic stent graft integrity following exposure to Onyx liquid embolic agent. *Published abstracts,* Society of Interventional Radiology, 32nd Annual Scientific Meeting, 2007.

36. **Stone JR**, Helm GA, Bass CR, Woods WA, Salzar RS, Rafaels K. Characterization of Diffuse Axonal and Neuronal Injury following Conventional and Blast-induced Traumatic Brain Injury. *Published abstracts, DARPA PREVENT blast injury teaming conference 2006.*

37. **Stone JR**, Jensen ME, Evans AJ, Zavoian S, Hagspiel KD. Hagspiel. Quantification of Embolic Debris in Distal Protection Devices: Native vs. Post-surgical Stenosis. *Published abstracts,* Society of Interventional Radiology, 31st Annual Scientific Meeting, 2006.

38. Helm GA, Mills JD, Sandahl MA, Periasamy A, Okonkwo DO, **Stone JR**. Relationship of BAD/Bcl-xL heterodimerization to Impaired Axonal Transport and Overt Axolemmal Disruption in Traumatic Axonal Injury. *Published abstracts, National Neurotrauma Society 22nd Annual meeting 2004*

39. Hawkins AS, **Stone JR**, Mills JD, Okonkwo DO, Periasamy A, Helm GA. Illuminating Protein Interactions in Tissue using Multiphoton Lifetime Fluorescent Resonance Energy Transfer (FLIM-FRET) Microscopy. *Published abstracts, National Neurotrauma Society 22nd Annual meeting 2004.*

40. **Stone JR**, Mills JD, Hawkins AS, Sandahl MA, Periasamy A, Okonkwo DO, and Helm GA. Bax/VDAC Binding Occurs in Relation to Mitochondrial Cytochrome-C Release and Caspase-3 Activation in Traumatic Axonal Injury. *Published abstracts, National Neurotrauma Society 22nd Annual meeting 2004.*

41. Okonkwo D.O., Mills J.D., Wagner J., Webb K.M., Laurent J.J., **Stone J.R.**, Helm G.A., Jane J.A. Correction of Post-Traumatic Hypoxia with Trans Sodium Crocetinate vs. Hyperoxic Therapy in Experimental Traumatic Brain Injury in Rat. *Published abstracts AANS Annual Meeting.* 2003

42. Mills J.D., **Stone J.R.**, Periasamy A., Rubin D.G., Melon D.E., Helm, G.A., Okonkwo D.O. Fluorescence Resonance Energy Transfer Demonstrates Formation of BAD/Bcl-xL Complexes in Injured Axons Following Traumatic Brain Injury in Rats. *Published abstracts AANS Annual Meeting.* 2003

43. Darvish KK, Okonkwo DO, Crandall J, and **Stone J** Head Injury in Impact Acceleration Tests on Rodents. *Published abstracts American Society of Mechanical Engineers Meeting.* 2003

44. Sandahl MA, Okonkwo DO, Boatwright EJ, Helm GA, **Stone JR**. Relationship of caspase-3 activation to axolemmal disruption and impaired axoplasmic transport in traumatic axonal injury (TAI) *Published abstracts, National Neurotrauma Society 21st Annual meeting 2003*

45. Helm GA, Rubin DG, Sandahl MA, Melon DE, **Stone JR**, and Okonkwo DO. Effect of FK506 on caspase-3 activation and two distinct populations of injured axons in traumatic brain injury. *Published abstracts, National Neurotrauma Society 21st Annual meeting 2003*

46. **Stone JR**, Mills JD, Periasamy A, Sandahl MA, Boatwright EJ, Okonkwo DO, Helm GA. Use of fluorescent resonance energy transfer (FRET) microscopy to explore relationship of BAD/Bcl-xL interaction to cytochrome-c release and caspase-3 activation in traumatic axonal injury (TAI). *Published abstracts, National Neurotrauma Society 21st Annual meeting 2003*

47. Okonkwo DO, Melon DE, Manabe H, Drummond J, **Stone JR,** Katz A, Lee KS Human adipo-derived stem cell therapy for traumatic brain injury. *Published abstracts, National Neurotrauma Society 21st Annual meeting 2003*

48. Mills JD, Okonkwo DO, Periasamy A, Sandahl MA, Helm GA, **Stone JR**. Novel application of fluorescent resonance energy transfer (FRET) microscopy in tissue to investigate BAD and Bcl-xL interactions in traumatic axonal injury (TAI). *Published abstracts, National Neurotrauma Society 21st Annual meeting 2003*

49. Darvish, K.K., **Stone, J.R**., and Crandall, J.R. The Effect of Axonal Injury on the Material Properties of Brain Tissue. *Published Abstracts, Southern Consortium on Injury Prevention.* 2002

50. Jane J.A., Gainer J.L., Wagner J., **Stone J.R**., and Okonkwo D.O. Correction of posttraumatic hypoxia with trans sodium crocetinate following experimental traumatic brain injury. *Published Abstracts Annual Meeting of the American Academy of Neurological Surgery*. 2002

51. **Stone, J.R**., Okonkwo, D.O., Rubin, D.G., Diallo, A.O., Helm, G.A. Relationship of Impaired Axoplasmic Transport and Markers Targeting Multiple Levels of Axolemmal Disruption in Traumatic Axonal Injury. *Published Abstracts, 1st Joint Symposium of the National and International Neurotrauma Societies.* 2002

52. Okonkwo, D.O., Wagner, J., Melon, D.E., Jane, Sr., J.A., Gainer, J.L., **Stone, J.R**., Helm, G.A., Trans Sodium Crocetinate Increases Oxygen Extraction to Brain Parenchyma in Rats on $O_2$ Supplementation. *Published Abstracts, 1st Joint    Symposium of the National and International Neurotrauma Societies.* 2002

53. Singleton, R.H., Zhu, J.P., **Stone, J.R.,** and Povlishock, J.T. The Neuronal Somatic Response to Traumatic Axonal Injury. *Published Abstracts, National Neurotrauma Society 20th Annual meeting* 2001

54. **Stone, J.R**., Okonkwo, D.O., Dialo, A.O., Mutlu, L.K., Helm, G.A. Impaired axoplasmic transport and overt axolemmal disruption can occur within distinct classes of traumatic axonal injury. *Published Abstracts, National Neurotrauma Society 20th Annual meeting* 2001

55. Okonkwo, D.O., **Stone, J.R**., Pellicane, A.J., Rubin, D., Mellon, D.E., Mutlu, L.K., Helm, G.A. Intravenous vs. intrathecal cyclosporin A in the attenuation of traumatic axonal injury. *Published Abstracts, National Neurotrauma Society 20th Annual meeting* 2001

56. Marmarou, C., Seuhiro E., Singleton, R.H., **Stone, J.R**., and Povlishock, J.T. The Immunophilin Ligand FK506 Attenuates the Axonal Damage Associated with Rapid Rewarming Following Post-traumatic Hypothermia. *Published Abstracts, National Neurotrauma Society 20th Annual Meeting* 2001

57. **Stone, J.R**., Singleton, R.H., Povlishock, J.T. Neurofilament Compaction and Impaired Axoplasmic Transport Can Occur Within Distinct Classes of Traumatic Axonal Injury. *Published Abstracts, 5th International Neurotrauma Symposium* 2000.

58. Povlishock, J.T., **Stone, J.R.**, Singleton, R.H., and Suehiro, E. Novel Molecular Mechanisms of Axonal Injury. *Published Abstracts, 5th International Neurotrauma Symposium* 2000.

59. Singleton, R.H., Zhu, J.P., **Stone, J.R**., and Povlishock, J.T. Characterization of the Neuronal Somatic Response to Axotomy. *Published Abstracts, 5th International Neurotrauma Symposium* 2000.

60. Singleton, R.H., **Stone, J.R**., Okonkwo, D.O., and Povlishock, J.T. FK506 is More Effective than Cyclosporin A in Ameliorating Traumatic Axonal Injury. *Published Abstracts, National Society for Neurosciences 30th Annual Meeting* 2000.

61. **Stone, J.R**., Singleton, R.H., and Povlishock, J.T. Antibodies to the C-Terminus of the b-Amyloid Precursor Protein: A Site Specific Marker for the Detection of Traumatic Axonal Injury. *Published Abstracts, National Society for Neurosciences 20th Annual Meeting* 2000.

62. **Stone, J.R**., Singleton, R.H., Nicholson, D.W., Roy, S., and Povlishock, J.T. Caspase-3 Mediated Cleavage of the Amyloid Precursor Protein (APP) Can Occur in Traumatic Axonal Injury (TAI). *Published Abstracts, National Neurotrauma Society 19th Annual Meeting* 2000.

63. Okonkwo, D.O. and **Stone, J.R.** Caspase-3 Cleavage of Amyloid Precursor Protein and Deposition of Ab Peptide in TBI: A Mechanism for Axonal Death? *Published Abstracts, German Neurological Society 18th Annual Meeting*. 2000

64. Okonkwo, D.O., Buki, A., Koizumi, H., **Stone, J.R**., and Povlishock, J.T. Cyclosporin A Potentiates Hypothermia Neuroprotection in Traumatic Brain Injury in Rat. Published Abstracts, National Neurotrauma Society 18th Annual Meeting 1999.

65. **Stone, J.R**., and Povlishock, J.T. Immunofluorescent co-localization of Amyloid Precursor Protein and RM014 within distinct classes of Traumatically Injured Axons. *Published Abstracts, National Society for Neurosciences 29th Annual Meeting* 1999.

66. **Stone, J.R**. and Povlishock J.T. The Ultrastructural Characterization of Two Distinct Classes of Traumatically Injured Axons through the use of antibodies to the Amyloid Precursor Protein (APP). *Published Abstracts, National Neurotrauma Society 17th Annual Meeting* 1998.

67. **Stone, J.R**., Christman, C.C., Walker, S., and Povlishock, J.T. The EM Visualization of Antibodies Targeted to Amyloid Precursor Protein in Axons Undergoing Traumatically Induced Reactive Change. Published Abstracts, National Society for Neurosciences 27th Annual Meeting 1997.