## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>    Plaintiffs,<br><br>    v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>    Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## DECLARATION OF THOMAS WISNIEWSKI MD

Dr. Thomas Wisniewski affirms under penalty of perjury the truth of the following facts:

1.    I am a Professor of Neurology, Pathology and Psychiatry at New York University School of Medicine. I am Director of the following Programs/Centers at NYU: the Center for Cognitive Neurology, the Conformational Disorders Laboratory, the Division of Cognitive Neurology in the Department of Neurology, the Neuropathology Fellowship program, and the Pearl Barlow Memory Disorders Center. I am also co-Director of the NIH funded NYU Alzheimer's Disease Center.  My *curriculum vitae* is attached as Exhibit A.

2.    I have been asked to submit this declaration in support of the objection to the proposed class action settlement in the above captioned case filed by the MoloLamken LLP law firm.  I am not being compensated for my work in doing so.

3.      Chronic traumatic encephalopathy (or CTE) is a unique neurodegenerative disease; it is not the same as ALS, Alzheimer's disease, or Parkinson's disease.

4.      Repetitive brain trauma is a necessary condition for developing CTE.

5.      ALS, Alzheimer's disease, and Parkinson's disease are found in the general population of individuals who have not suffered repetitive brain trauma.  Suicidality does not present as a symptom of these diseases.

6.      Mood and behavioral impairments such as depression, suicidality, hopelessness, impulsivity, explosiveness, rage, and aggression, although present in the general population, appear more frequently in individuals suffering from CTE than in the general population.

7.      The mood and behavioral impairments associated with CTE can present prior to the onset of CTE-related dementia and can be the cause of significant disability and distress for the patient.

8.      Based on my experience and knowledge of the clinical and scientific literature, I believe that a reliable, valid, and clinically accepted diagnosis of CTE, based, in part, on objective biomarkers, will likely be possible in the next decade, if not sooner, and long before the 65-year term of the proposed NFL Concussion Litigation Settlement expires.

9.      I am not aware of the use of the diagnostic or classification categories of "Neurocognitive Impairment Level 1.0," "Neurocognitive Impairment Level 1.5," or "Neurocognitive Impairment Level 2.0" anywhere in the medical or scientific community.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury that the foregoing is true and correct.

Dated:  November 25th, 2014

Thomas Wisniewski MD

2

# Exhibit A

11/26/2014

# CURRICULUM VITAE
# THOMAS WISNIEWSKI

| | |
|---|---|
| *Current Appointment and Address:* | Professor of Neurology, Pathology and Psychiatry<br>New York University School of Medicine<br>Alexandria East River Science Park, Rm 802<br>450 East 29th Street<br>New York, N.Y., 10016 |
| *Telephone Number:* | 212-263-7993 |
| *Fax:* | 212-263-7528 |
| *e-mail:* | thomas.wisniewski@nyumc.org |
| *Web Site:* | http://www.med.nyu.edu/biosketch/wisnit01# |
| *Place of birth:* | Gdansk, Poland |
| *Citizenship:* | USA |

Education:

| | | |
|---|---|---|
| 1980 | BS | University of London, King's College, London, England |
| 1983 | MBBS (MD) | King's College Medical School, London, England |

Postdoctoral Training:
Internships and Residencies:

| | |
|---|---|
| 1983-1984 | Rotating internship in Medicine and Surgery at King's College and West Hill  Hospitals, London, England |
| 1984-1985 | Resident in Anatomical Pathology, Downstate Medical Center, Brooklyn, New York |
| 1985-1987 | Resident of Neurology, New York University Medical Center, New York |
| 1987-1988 | Chief Resident of Neurology, New York University Medical Center, New York |
| 1988-1989 | Clinical Fellow in Neuropathology, Columbia-Presbyterian Medical Center, Columbia University, New York |
| 1989-1990 | Chief Resident of Neuropathology, Columbia-Presbyterian Medical Center, Columbia University, New York |

Licensure and Certification:

| | |
|---|---|
| 1984 | Certificate of Full Registration as a Medical Practitioner, England |
| 1985 | New York State License Registration |
| 1989 | American Board of Psychiatry and Neurology Certificate in Neurology |
| 1990 | American Board of Pathology Certificate in Neuropathology |

Academic Appointments:

11/26/2014                                           Thomas Wisniewski MD

|              |                                                                                          |
|--------------|------------------------------------------------------------------------------------------|
| 1987-1988    | Assistant Clinical Instructor in Neurology, New York University                           |
| 1988-1990    | Clinical Fellow in Neuropathology, Columbia University, New York                          |
| 1990-1992    | Clinical Instructor in Neurology, New York University                                     |
| 1992-1998    | Assistant Professor of Neurology and Pathology, New York University                       |
| 1997-        | Director of the Conformational Disorders Laboratory, NYU                                  |
| 1998-1999    | Associate Professor of Neurology and Pathology, New York University                       |
| 2000-        | Research Scientist, NYS Institute for Basic Research in Developmental Disabilities, Department of Developmental Neurobiology |
| 2002-        | Director of the Neuropathology Core of the New York University Alzheimer's Disease Center |
| 1999-2005    | Associate Professor of Neurology, Pathology and Psychiatry (tenured), New York University |
| 2005-        | Professor of Neurology, Pathology and Psychiatry (tenured), New York University           |

Hospital Appointments:

|              |                                                                                          |
|--------------|------------------------------------------------------------------------------------------|
| 1990-1993    | Instructor in Neurology, Bellevue Hospital, New York                                      |
| 1993-1998    | Assistant Attending in Neurology, Bellevue Hospital, New York                             |
| 1998-present | Associate Attending in Neurology, Bellevue Hospital, New York                             |
| 1990-present | Staff Neurologist Manhattan Veterans Administration Hospital, New York                    |
| 2000-present | Director of the Conformational Disorders Laboratory                                       |
| 2002-present | Director of the Neuropathology Core of the NIH-funded NYU Alzheimer's Disease (AD) clinical center. |
| 2006-present | Director of the Neuropathology Fellowship Program                                         |
| 2007-2009    | Member of the NYU Faculty Council                                                         |
| 2007-2010    | Acting Director of the Pearl Barlow Center for Memory Evaluation and Treatment           |
| 2003-present | Director of the Memory and Dementia Disorders Center                                      |
| 2010-present | Chief of the Division of Aging and Dementia, Department of Neurology                      |
| 2011-present | Associate Director of Research, Comprehensive Center on Brain Aging                       |
| 2012-2015    | Member of the NYU Medical Center Faculty Council                                          |
| 2013-2016    | Member of the NYU Senate Council                                                          |
| 2013-present | Associate Chair of Research, Department of Neurology                                      |
| 2014-present | Co-Director of the NYU Alzheimer's Disease Clinical Center                                |
| 2014-present | Director of the NYULMC Center for Cognitive Neurology                                     |

2

11/26/2014                                          Thomas Wisniewski MD

<u>Major Committee Assignments:</u>
National and Regional:

| | |
|---|---|
| 1992-present | Ad Hoc Committee of Reviewers, Annals of Neurology |
| 1992-present | Ad Hoc Committee of Reviewers, American Journal of Pathology |
| 1995 | Program Committee for the American Association of Neuropathology |
| 1995-96 | Ad Hoc Neurological Sciences-1 Study Section Committee Member, NIH |
| 1996 | Neuroscience of Aging Study Section Committee Member, NIH |
| 1997 | Ad Hoc NIH Program Project Study Section Review Committee Member |
| 1998 | NIH side-visit of Program Project, University of Southern Alabama |
| 1998 | NIH reverse side-visit of Prusiner Program Project, University of California |
| 1998-9 | NIH Cellular and Molecular Developmental Neurosciences-2 Ad Hoc Study Section Committee Member |
| 1999-2003 | NIH Brain Disorders and Clinical Neurosciences-4 (BDCN-4) Ad hoc study section member. |
| 1999-present | Reviewer for the American Federation of Aging Research |
| 2003 | Reviewer for the Department of Defense National Prion Research Initiative |
| 2003-2012 | Ad Hoc Study Section Committee Member, National Institutes of Health, BDCN-4 (now known as Clinical Neuroimmunology and Brain Tumors; CNBT 01, SRA: Jay Joshi), meeting at least twice a year from 2003 to 2012 |
| 2005- 2009 | Permanent Study Section committee member, National Institutes of Health, NIA-N (Neuroscience of Aging) Study Section, term of committee membership: July 1, 2005 to June 30, 2009 |
| 2007-2008 | Member of the Scientific Program Committee of the 11th International Conference on Alzheimer's Disease and Related Disorders |
| 2010 | Member of the NIH Brain Disorders and Clinical Neurosciences (BDCN)-Y(04) study section |
| 2010 | Member of the special emphasis panel NIH Brain Disorders and Clinical Neurosciences (BDCN)-T(02) study section |
| 2010-2012 | Council member of grant reviewers for the Creutzfeldt-Jakob Disease Foundation Inc. |
| 2011 | Member of the special emphasis panel NIH 2011/05 ZRG1 BDCN-Y (02) F meeting; Neurodegenerative Disorders (SRA: Alexander Yakovlev) |
| 2011 | Member of the NIH special emphasis panel ZRG1 BDCN-J (02) |

3

11/26/2014                                          Thomas Wisniewski MD

|  | M, Neurodevelopment, Neurodegeneration and Stroke (SRA: Jay Joshi) |
|---|---|
| 2011 | Member of the NIH special emphasis panel ZRG1 BDCN-C (02) M, Neurodegeneration, Trauma, Immunology and Aging (SRA: Julius Cinque) |
| 2011 | Member of the NIH special emphasis panel ZRG1 IDM-V (02) M, Member Conflict: Topics In Microbial Pathogenesis  (SRA: Gagan Pandya) |
| Sept 2012 | Member of the NIH special emphasis panel NIH Special Emphasis Panel ZRG1 IDM-B (04), (SRA: Richard Kostriken) |
| Oct 2012 | Member of the NIH special emphasis panel MDCN Integrated Review Group ZRG1 MDCN-F(59) R (SRA: Joanne Fujii) |
| Feb 2013 | Member of NIH special emphasis panel 2013/05 ZRG1 IDM-S (02) M, Member Conflict: Topics in Infectious Diseases and Microbiology (SRA: Liangbiao Zheng) |
| Feb 2013 | Member of NIH 2013/05 CNN Clinical Neuroscience and Neurodegeneration Study Section, (SRA: Samuel Edwards) |
| June 2013 | Member of the NIH special emphasis panel: Neurodegenerative and Neurodevelopmental Disorders Special Emphasis Panel ZRG1 BDCN-Y (02) (SRA: Alexander Yakovlev) |
| May 2013 | Member of the NIH study section: 2013/10 BNVT Bioengineering of Neuroscience, Vision and Low Vision Technologies Study Section (SRA: Robert Elliot) |
| June 2013 | Member of the special NIH/NIA special emphasis panel to review R01 applications in response to RFA AG13-013 (SRA: Alexander Parsadanian) |
| June 2013 | Member of the 2013/10 ZAG1 ZIJ-7 (01) Degenerative and Dementing Diseases study section (SRA: Ramesh Vemuri) |
| June 2013 | Member of the 2013/10 ZRG1 BDCN-Y (02) Neurodegenerative and Neurodevelopmental Disorders Study Section (SRA: Alexander Yakovlev) |
| Sept 2013 | Member of the BDCN Integrated Review Group (BDCN IRG) Grant overview study section (SRA: Joy Joshi) |
| Sept 2013 | Member of the Chronic Dysfunction and Integrative Neurodegeneration (CDIN) Study Section (SRA: Wei-Qin Zhao) |
| Feb 2014 | Member of the Special Emphasis Panel/Scientific Review Group Biobehavioral Regulation, Learning and Ethology (BRLE), 2014/05 ZRG1 BBBP-V (55) R (SRA: Mark Lindner) |
| March 2014 | Chairman and member of the Clinical Neuroimmunology and Brain Tumors Study Section [CNBT] Special Emphasis Panel (BDCN-J (02) M) (SRA: Jay Joshi) |
| March 2014 | Member of the Special Emphasis Panel/Scientific Review Group |

4

|  | 2014/05 ZAG1 ZIJ-6 (M1) Drug Development for Alzheimer's Disease (SRA: Alexander Parsadanian) |
|---|---|
| June 2014 | Member of the 2014/10 NSD-C Neurological Sciences and Disorders C Study section. (SRA: William Benzing) |
| Sept 2014 | Member of the U01 AD Drug Development Review Panel ZAG1 ZIJ-6(J4). (SRA: Alexander Parsadanian) |

<u>NIH Alzheimer's Disease Research Center and Program Project Site-Visit Committee Member</u> :

| Nov., 1993 | NIH reviewer of Massachusetts Alzheimer's Disease Research Center |
|---|---|
| Feb., 1994 | NIH reviewer of the University of Southern California Alzheimer's Research Center |
| Sept., 1994 | NIH reviewer of the University of Washington, St. Louis Alzheimer's Disease Research Center |
| Jan., 1996 | NIH reverse site-visit of Alzheimer's Disease Research Centers |
| March, 1999 | NIH site-visit reviewer of Alzheimer's Program Project at USC |
| Feb, 2000 | NIH site-visit reviewer of Program Project at the Univ. of S. Alabama |
| March, 2000 | NIH site-visit reviewer of Program Project at Univ. Cal, Irvine |
| Oct. 2000 | NIH site visit reviewer of Program Project at Univ. Cal, Irvine |
| Jan, 2001 | Member of NIA ADCC grant applications (ZAG1 PCR-5) study section |
| April 2003 | Member of the NIH Review Committee for the Mt. Sinai Medical Center Alzheimer's Disease Research Center |
| March, 2004 | Member of the NIH Review Committee for the Mt. Sinai Medical Center Alzheimer's Disease Program Project |
| March, 2004 | Member of the NIH Review Committee for the John Hopkins University Alzheimer's Disease Program Project |
| June, 2004 | Member of the NIH Review Committee for the University of Philadelphia Program Project (PI Virginia Lee, P01 AG017586-06, Fronotemporal Dementias: Genotypes and Phenotypes). |
| Jan 2008 | Member of the NIH Review Committee for the University of California, San Francisco Program Project (PI Lennart Mucke P01 AG022074-06, Proteinopathies of the Aging Central Nervous System). |
| Dec 2008 | Member of the NIH Review Committee for the University of California, San Francisco Program Project (PI Stanley Prusiner, P01 AG021601-06, Novel Therapeutics for Prion Disease). |
| 2004-present | Member of External Advisor Panel for the Mt. Sinai Alzheimer's Disease Research Center, meeting once a year |
| 2005-present | Member of the External Advisor Panel for the University of South |

5

|  | Florida Alzheimer's Disease Research Center, meeting once a year |
|---|---|
| Oct 2009 | Member of the NIH Review Committee for the University of California, San Francisco Program Project (PI Stanley Prusiner, P01 AG010770, Pathogenesis of Age-Dependent CNS Degeneration). |
| Nov 2009 | Member of the NIH Review Committee for the University of Pittsburgh School of Medicine Program Project (PI William Klunk, P01 AG025204-06, Neuroimaging and Aging). |
| June 2010 | Member of the NIH Review Committee for the University of California, San Francisco Program Project (PI Stanley Prusiner, P01 AG010770-18, Pathogenesis of Age-Dependent CNS Degeneration). |
| July 2010 | Member of the NIH Review Committee of the University of Philadelphia University Program Project (PI Virginia Lee, P01 AG017586-11, Frontotemporal Dementias, Genotypes and Phenotypes). |
| October 2010 | Member of the NIH Review Committee of the Mount Sinai School of Medicine Program Project (PI Samuel Gandy, P01 AG010491, Interdisciplinary Approach to Alzheimer Drug Discovery). |
| April 2012 | Member of the special emphasis panel ZNS SRB-J (1) "Udall Center Review" (SRA: Birgit Neuhuber) |
| Nov 2012 | Chairman of the of the special emphasis panel to review the UC Irvine Program Project Grant PO1AG000538-34 (PI Carl W Cotman; Behavioral and Neural Plasticity in the Aged) |
| April 2013 | Member of the special emphasis panel: ZNS SRB-J (1) "Udall Center Review" (SRA: Birgit Neuhuber) |
| Oct 2013 | Member of the Alzheimer's Disease Research Center (ADRC) 2014/01 ZAG1 ZIJ-4 (J1) review committee (SRA: William Cruce) |
| Nov 2013 | Member of the special emphasis panel: 2014/01 ZAG1 ZIJ-6 (J2) of the program project grant entitled: Therapeutics for Prion Disease (P.I.: Stanley Prusiner) (SRA: Alexander Parsadanian) |
| Dec 2013 | Chairman of the special emphasis panel: 2014/01 ZAG1 ZIJ-6 (J1) of the program project grant entitled: Behavioral and Neural Plasticity in Aging  (P.I.: Carl Cotman) (SRA: Alexander Parsadanian) |
| April 2014 | Member of the special emphasis panel: 2014/05 ZAI1 RWM-M (M1) 1, "NIAID Investigator Initiated Program Project Applications (P01)" (SRA: Richard Morris) |
| June 2014 | Member of the special emphasis panel:  2014/10 ZAG1 ZIJ-5 (O1) Amyloid and Vascular Pathology in AD, 2 P01 AG025204-11 |

11/26/2014                                        Thomas Wisniewski MD

|  | (P.I.: William E. Klunk) (SRA: Elaine Lewis) |
| June 2014 | Member of the special emphasis panel: 2014/10 ZAG1 ZIJ-7 (O1) Review of program project entitled: Degenerative and Dementing Diseases, PO1AG002132-34  (P.I.: Stanley Prusiner) (SRA: Ramesh Vemuri) |
| June 2014 | Chairman of the special emphasis panel: 2014/08 ZAI1 RWM-M (S3) 1 "NIAID Investigator Initiated Program Project Applications (P01)" for review of PO1 AI106705-01A1 entitled: Mechanisms of Transmissibility in Prion Diseases (P.I.: Witold Surewicz) (SRA: Richard Morris) |
| July 2014 | Chairman of the special emphasis panel: 2014/08 ZAI1 RWM-M (S2) 1 "NIAID Investigator Initiated Program Project Applications (P01)"  for review of PO1 AI07774-06 entitled: Pathogenesis, Transmission and Detection of Zoonotic prion diseases (P.I.: Claudio Soto) (SRA: Richard Morris) |

**Awards:**

| 1999 | Zenith Award from the Alzheimer's Disease Association |
| 2002 | Alzheimer Award from *The Journal of Alzheimer's Disease* (for the best publication in their Journal for the year). |
| 2009 | Prion 2009 prize at the International Prion 2009 meeting in Greece |
| 2011 | Dr. Henry & Krystyna Wisniewski Memorial Award from the Alzheimer's Disease Foundation of Staten Island |
| 2008-2014 | Listed in "Best Doctors in America" (bestdoctors.com) |
| 2014- | Elected as Distinguished Fellow of the Kosciuszko Foundation Collegium of Eminent Scientists |

**Membership in Professional Societies:**

| 1982- | British Medical Association |
| 1984- | American Medical Association |
| 1987- | American Academy of Neurology |
| 1989- | American Association of Neuropathology |
| 1996- | Society for Neuroscience |
| 1998- | The Harvey Society |
| 2012- | Fellow of the American Neurological Association |

**Editorial Boards**:

| 1997-2002 | Editorial Board, Amyloid |
| 1998-2001 | Editorial Board, Journal of Neuropathology and Experimental Neurology |
| 2000-2001 | Editorial Board, Journal of Alzheimer's Disease |
| 2001-2002 | Senior Editor, Journal of Alzheimer's Disease |
| 2002-2005 | Editorial Board Acta Neuropathologica |

11/26/2014                                                Thomas Wisniewski MD

|  |  |
|---|---|
| 2004-2006 | Associate Editor Current Alzheimer Research |
| 2008- | Editorial Board Future Neurology |
| 2009- | Editorial Board, Alzheimer's Research and Therapy |
| 2010-2012 | Editorial Board, Translational Neuroscience |
| 2011-2013 | Editorial Board, Journal of Biological Medicine |
| 2011-2015 | Editorial Board, World Journal of Pharmacology |
| 2011-2012 | Associate Editor, Journal of Alzheimer's Disease |
| 2011-2014 | Editorial Board, PLoS ONE |
| 2011-2015 | Senior Foreign Editor, Chinese Journal of Contemporary Neurology and Neurosurgery (ISSN 1672-6731) |
| 2013-2014 | Editorial Board, Dataset Papers in Science |
| 2013-2016 | Editorial Board, Annals of Vaccines and Immunization |

**Major Research Interests:**
1. The pathogenesis and treatment of Alzheimer's Disease.
2. Treatment approaches for prion diseases.
3. Development of novel amyloid imaging methods.
4. The biochemistry and molecular biology of other cerebral amyloidoses.
5. The neuropathology and etiology of autism and autism spectrum disorders.

**Principal Clinical and Hospital Service Responsibilities:**

|  |  |
|---|---|
| 1990-present | Attending Physician, Bellevue Hospital, New York (serve as the Neurology Attending on the general Neurology Ward 1-2 months/year) |
| 1990-present | Attending Physician Neurology Department, Tisch Hospital (NYU Med. Cent.) |
| 1990-present | Neurology Consult Attending Physician, Manhattan Veterans Administration Hospital, New York (serve as the Consult Neurology Attending for general Neurology on a part time basis year round and run a Dementia clinic once/week). |
| 2005-present | Director of Memory and Dementia Disorders Center, NYU Medical Center |
| 2005-present | Member of the Neurology Department Promotions Committee |
| 2006-present | Neuropathology Fellowship Program Director, NYU Medical Center |
| 2008-2010 | Acting Director of the Pearl Barlow Center for Memory Evaluation and Treatment, NYUSM |
| 2009-present | Director of the Cognitive Neurology Division of the Department of Neurology, NYUSM |
| 2011-present | Associate Director of Research, NYU Comprehensive Center on Brain |

8

11/26/2014                                    Thomas Wisniewski MD

|          | Aging |
| --- | --- |
| 2013-present | Associate Chair for Research, NYU Department of Neurology |
| 2014-present | Co-Director of the NYU NIH funded Alzheimer's Disease Clinical Core |
| 2014-present | Director of the NYU Center for Cognitive Neurology |

**Teaching Experience:**

| 1984-1985 | Organized lectures in General Pathology, Downstate Medical Center, Brooklyn, New York |
| --- | --- |
| 1987-1988 | Lecture Organizer in General Neurology, New York University Medical Center |
| 1988-1990 | Course developer and lecturer in Neuropathology, Columbia-Presbyterian Medical Center, New York |
| 1990-present | Clinical Lecturer in Neurology Course, New York University Sch. Med. |
| 1998-present | Lecturer and Organizer of Mechanisms of Disease: The Nervous System Course, NYU Sch. Med. |
| 1999-present | Lecturer in Molecular Signaling and Drug Development Course, NYU Sch. Med. |
| 1999-present | Lecturer in Neurogenetics Course, NYU Sch. Med. |
| 1999-present | Lecturer in Pathology Board Review course (Neuropathology), NYU Sch. Med. |
| 2000-2005 | Lecturer in Psychiatry Board Review course, NYU Sch. Med. |
| 2008-present | Lecturer in the Advanced Immunology: Neuroimmunology Course, NYU Sch. Med. |
| 2009-present | Lecturer in Neuroscience Course in Disorders, NYU Sch. Med. |
| 2006-present | Director of Neuropathology Fellowship, NYU Sch. Med. |
| 2012 | Lecturer and Course designer of the first Interclerkship Intensive for NYULMC Class of 2014 on Cognitive Issues in the Health Care Setting: Informed Consent, Physician Impairment, Capacity, Ethics, Dementia and Delirium. |

**Clinical Trial Participation:**

| 2011-2012 | Investigator on protocol ELN115727, a Phase 3 Extension, Multicenter, Double-Blind, Long Term Safety and Tolerability Treatment Trial of Bapineuzumab (AAB-001, ELN115727) in Subjects with Alzheimer's Disease who Participated in Study ELN115727-301 or in Study ELN115727-302 (Protocol ELN115727-351), sponsor: Janssen Ltd. |
| --- | --- |
| 2011-2013 | Safety Monitor of Study: Family History of Alzheimer's Disease (AD), Hypometabolism and Oxidative Stress , Protocol: H# 08-857 |
| 2011-2012 | Investigator on Protocol H8A-MC-LZAM, Effect of Solanezumab (LY2062430),  an Anti-amyloid beta monoclonal antibody on the |

11/26/2014                                                Thomas Wisniewski MD

|  | progression of Alzheimer's disease as compared to placebo; sponsor: Eli Lilly and Co. |
|---|---|
| 2013-2014 | Investigator on protocol BP28248, RO460522 Efficacy and Safety Study in Moderate AD; sponsor: Roche/Genentech |
| 2013-2014 | Investigator on protocol 017 P07738, A randomized, placebo controlled, parallel-group, double blind efficacy and safety trial of MK-8931 in subjects with mild to moderate Alzheimer's disease; sponsor: F.Hoffmann-La Roche Ltd |
| 2014-2015 | Investigator on protocol  S12-01284,  Phase II study to evaluate the impact on biomarkers of resveratrol treatment in patients with mild to moderate Alzheimer's disease; sponsor: NIH |
| 2014-2015 | Investigator on protocol S14-00053,  Phase III, Randomized, Placebo-Controlled, Parallel-Group, Double-Blind Clinical Trial to Study the Efficacy and Safety of MK-8931 (SCH 900931) in Subjects with Amnestic Mild Cognitive Impairment Due to Alzheimer's Disease (Prodromal AD); sponsor: Merck Sharp & Dohme |
| 2014-2015 | Investigator on protocol S14-00148,  A Phase 2, randomized, multicenter, double blind, placebo controlled, parallel group study comparing HT-0712 with placebo in subjects with age associated memory impairment (AAMI); sponsor: Dart NeuroScience |

**Grant Support:**

**Principal Investigator:**

| 1991-1994 | PI of Alzheimer's Disease Association, Clinical Investigator Initiated Award Grant (IIRG91-102): The Lewy body Variant of Alzheimer's disease |
|---|---|
| 1992-1997 | PI of National Institute of Health (National Institute of Aging) Clinical Investigator Award (K08-AG00542-01): Lewy Body Disease and Gelsolin |
| 1992-1993 | PI of New York University Medical Center Alzheimer's Disease Center Pilot Study: The Source of Alzheimer's Amyloid Protein. |
| 1995-1996 | PI of New York University Medical Center Alzheimer's Disease Center Pilot Study: Alzheimer's disease and Amyloid β Fibrillogenesis. |
| 1995-1996 | PI of National Institute of Health (National Institute of Aging) Pilot Study in LEAD award. Theoretical molecular modeling of amyloid β. |
| 1997-1998 | PI of National Center for Research Resources, National Institute of Health. Shared Instrumentation Grant. FTS-6000 Spectrometer Mainframe |
| 1997-1998 | PI of National Institute of Health (National Institute of Aging) Pilot Study in LEAD award (AG10953) The Biochemistry of Human Prion Strains. |
| 1998-2001 | PI of Alzheimer's Disease Association, Investigator Initiated Award: |

10

|  | Imaging of Alzheimer's disease lesions *in vivo* (IIRG-98-017) |
|---|---|
| 1999-2001 | PI of Alzheimer's Disease Association, Zenith Award: Amyloid ß and Apolipoprotein E Interactions in Vivo and *in Vitro* (Zenith-99-1791). |
| 2000-2005 | PI of the Neuropathology Core on NIH Program Project (PO1AG17617): In Vivo Models of Neuronal and Vascular Pathobiology in AD (PI of Program Project is Dr. Ralph Nixon) |
| 2000-2004 | PI of Project 3 (The role of ischemia and vascular pathology in Alzheimer's disease) on NIH Program Project (PO1AG17617): In Vivo Models of Neuronal and Vascular Pathobiology in AD |
| 2000-2002 | PI of American Parkinson Disease Association Investigator Grant: Biochemistry and Immunohistochemistry of Lewy Bodies. |
| 2002-2005 | PI of Alzheimer's Disease Association, Investigator Initiated Research Award: Vaccine Therapy for the Prevention and Treatment of Prion Disease (IIRG-02-3702), Annual Direct: $72,727 |
| 2006-2009 | PI of Alzheimer's Disease Association, Investigator Initiated Research Award: Mucosal Immunization Therapy in Alzheimer's Disease Mice (IIRG-06-26434), Annual Direct: $72,727 |
| 2005-2008 | PI of NIH Fogarty International Research Collaborative Award, (R03 TW006848): Therapy for Alzheimer and Prion diseases. Annual Direct: $30,342 |
| 2007-2009 | PI of NIH/NIA/Fogarty International Center R21 grant (R21 AG028187) Immunization Approaches for Alzheimer's Disease. Annual Direct: $86,700 |
| 2000-2015 | Director of the Neuropathology Core of the NYU Alzheimer's Disease Clinical Center (NIH NIA AG08051), Annual Direct: $100,000 |
| 2008-2014 | PI of Neuropathology Core of PPG "Characterization of the Pathological and Biochemical Markers that Correlate to the Clinical Features of Autism", AS073234; US Army Medical Research Acquisition Act (W81XWH-08-1-0741), Annual Direct of Core: $123,404; total project $1,900,000 |
| 1999-2011 | PI of National Institute of Health (NIA) R01 Amyloid β peptide and apolipoprotein E  AG15408, Annual Direct: $ 173,939 |
| 2002-2012 | PI of NIA/NIH R01 grant: Detection and Clearance of AD Amyloid Lesions. AG20245, Annual Direct: $184,500 |
| 2004-2014 | PI of NINDS/NIH R01 grant: Therapeutic Approaches for Prion Disease, NS047433; Annual Direct: $250,000 |
| 2009-2013 | PI of Challenge Grant 3R01NS047433-06S1 NIH/NINDS; Therapeutic Approaches for Prion  diseases. Total Direct Costs for Grant: 1,242,287.00 |
| 2010-2013 | PI of Alzheimer's Association Investigator Initiated Research Grant:  Immunotherapy for amyloid plaques, CAA and NFT pathology. Total Direct Costs for the Grant: $200,000 |
| 2010-2015 | PI of NINDS/NIH R01 grant: 1R01NS073502: Therapeutic Targeting of |

11/26/2014                                    Thomas Wisniewski MD

                    Abnormal Conformation in Neurodegenerative Disease. Annual Direct:
                    $218,750
2011-2012           NYU Langone Multiple R01 Research Incentive Grant, Annual Direct:
                    $20,000.
2013-2015           PI of Seix Dow Foundation Grant, Annual Direct: $1,000,000
2012-2013           PI of an Alzheimer's Drug Discovery Foundation grant: Development of
                    peptidomimetic ApoE/Aß Binding Inhibitors as an Effective and Non-
                    toxic Therapeutic Approach for AD, Annual Direct: $100,000
2012-2013           NYU Langone Multiple R01 Research Incentive Grant, Annual Direct:
                    $24,425.
2012-2017           PI of NIA/NIH R01 grant: Detection and Clearance of AD Lesions.
                    AG20245, Annual Direct: $200,000.
2014-2019           PI of NIAID/NIH R01 grant: Vaccination for Chronic Wasting Disease.
                    AI108213-01A1, Annual Direct: $759,860. Under review

**Co- Investigator/Co-PI:**
1995-1999           Co-Investigator of National Institute of Health (National Institute of
                    Aging) (R01 AG08721-04, PI: Frangione, B): Amyloid Angiopathy, Early
                    Plaque and Aging
1999-2004           Co-Investigator of National Institute of Health (R01 AR02594, PI:
                    Frangione B): Conformational Disorders: Amyloid and Prion Proteins.
                    Annual Direct: $250,000
2009-2011           Co-Investigator National Institute of Health (1RC2AG036501-0110, PI:
                    de Leon M): Imaging Neuroinflamation in Alzheimer's Disease with
                    [11C]Arachidonic Acid.
2011-2012           Co-PI of NYU Applied Research Support Grant (Co-PI: Goni F)
                    Monoclonal Antibody Development Targeting Pathological Oligomers as
                    a Treatment for Alzheimer's Disease. Annual Direct: $50,000
2012-2014           Co-PI of NIH 1R21NS079676-01 (PI: Henrieta Scholtzova): Testing of
                    Innate Immunity Stimulation via TLR9 on CAA using Non-human
                    Primates. Annual Direct: $150,000
2014-2016           Co-PI of SBIR NIH grant 1R43AG044248-01 (PI: Andrew Wang):
                    Detection of Vascular and Plaque Alzheimer's Amyloid Deposits by
                    microMRI using Iron Oxide Nanoparticles, under review. Company
                    partner: Ocean NanoTech, LLC. Annual Direct: $150,000, under review
2012-2016           Co-PI of a Research Training Grant from the Saudi Arabia Cultural
                    Mission to Train Saudi Physicians in Neuroscience Research (PI: Allal
                    Boutajangout/Wisniewski). Annual Direct: $320,000
2012-2015           Co-PI of Alzheimer's Disease Association Investigator Initiated Grant

11/26/2014                                    Thomas Wisniewski MD

|            | IIRG-12-239474 (PI: Henrieta Scholtzova): Innate immunity stimulation as a novel therapeutic approach in AD. Annual Direct: $80,000 |
| 2013-2016 | Co-PI of Alzheimer's Disease Association Investigator Initiated Grant IIRG-13-283707 (PI: Fernando Goni): Conformational Directed Immunotherapy Targeting both Tau and Aβ Pathology. Annual Direct: $80,000, Annual Direct: $80,000 |
| 2014-2016 | Investigator on NIH grant: Restoring Animal Research Resources Lost Due to Super Storm Sandy. 1R24OD018339-01 (PI: David Levy) Direct Costs: $3,971,911. Budget to Wisniewski Lab: $59,211/yr |
| 2014-2019 | Mentor on NIH Grant (K23 AG048622-01): New Region-Specific Targeted MRI to Characterize Alzheimer's Disease Pathology (PI: T. Shepherd). Direct Costs: $178,630/yr. |

## **Patents:**

13

11/26/2014                                                Thomas Wisniewski MD

1) **Synthetic Immunogenic but Non-Amyloidogenic Peptides Homologous to Amyloid β for Induction of an Immune Response to Amyloid β and Amyloid Deposits; Wisniewski T**, Frangione B, Sigurdsson E. Filed 5/22/2001, **Granted: 3/30/2004, Patent Number: 6,713,450**

2) Detection of Alzheimer's Amyloid by Magnetic Resonance Imaging; **Wisniewski T**, Sigurdsson, E, Zaim Y, Turnbull D. Filed 5/23/2001, **Granted: 11/23/2004, Patent Number: 6,821,504**

3) Synthetic Immuogenic but Non-Deposit-Forming Polypeptides and Peptides Homologous to Amyloid β, Prion Protein, Amylin, α-Synuclein or Polyglutamine Repeats for Induction of an Immune Response Thereto. Frangione B, Sigurdsson E, **Wisniewski T.** Filed 11/21/02, **Granted: 01/20/09, Patent Number: 7,479,482**

4) Synthetic immunogenic but non amyloidogenic peptides homologous to amyloid beta for induction of an immune response to amyloid beta and amyloid deposits. **Wisniewski T**., Sigurdsson E, Frangione B. Filed 09/19/03, **Granted 09/23/2008, Patent Number: 7,427,655**

5) Prevention and Treatment of Alzheimer Amyloid Deposition. **Wisniewski T,** Sadowski M, Sigurdsson E, Frangione B . Filed 3/26/04, **Granted: 12/15/09, Patent Number: 7,632,816**

6) Mucosal Immunization to prevent prion infection. **Wisniewski T,** Sigurdsson E, Chabalgoity JA, Goni F. Filed 11/18/05, Application Number:  20070059807 (NYU: 10/558,276), **Granted by patent office 11/7/13; Issued 04/01/14, Patent Number: 8,685,718**

7) Imaging Agents for Protein Misfolding. **Wisniewski T,** Min J, Li Q, Chang YT.  Filed 2/11/08, Application Number: 20100279340 (NYU: 12/029,271), **Issued 4/17/12: Patent Number: 8,158,380.**

8) Synthetic immunogenic but non-amyloidogenic peptides homologous to amyloid  beta. for induction of an immune response to amyloid  beta and amyloid deposits. Frangione B, **Wisniewski T**, Sigurdsson EM, **Issued 4/20/10: Patent Number: 7,700,107**

9) Method for treating amyloid disease. Frangione B, Sigurdsson EM, **Wisniewski T**, Ghiso J. Filed 02/05/09. **Patent  Issued: 11/27/12**; Patent Number: 8,318,175

10) Immunotherapy targeting the shared abnormal conformational state of amyloidogenic peptides/proteins. **Wisniewski T**, Goni F. Filed 05/05/10; Application No.: 20100284909 (12/774,293), **Issued: 4/2/13; Patent Number: 8,409,584**

14

11/26/2014                                    Thomas Wisniewski MD

11) Method for treating amyloid disease. Wisniewski T, Goni F. Filed 7/19/12. **Patent Issued: 1/24/13;  Patent Number: WO 2013/013056 A1 US patent (13/553,566) allowed 8/8/14, issue of patent pending payment of issue fee**

12) Preventing and treating amyloid-β deposition by stimulation of innate immunity. **Wisniewski T,** Scholtzova H, Kascsak RJ, Spinner DS. Filed 08/20/2008, Application Number: 12/918,739, pending

13) Immunotherapeutic modulation of amyloidogenic disease using non-fibrillogenic, non-amyloidogenic polymerized proteins and peptides. **Wisniewski T,** Goni F. Filed 07/19/11; Application No.: 61509320, pending

14) A humanized single-chain antibody against beta 3 integrin inhibits pulmonary metastasis by preferentially fragmenting activated platelets in the tumor microenvironment. **Wisniewski T**, Zhang W, Dang S. Filed 8/2/12; **Patent Issued: 02/06/14; Patent Number: 20140037629**

**Listing (Partial) of Past and Present Students, Trainees and Faculty Members of Conformational Disorders Laboratory (P.I. Thomas Wisniewski):**

15

11/26/2014                                    Thomas Wisniewski MD

| Past / Current Trainee | Trainee Name | Pre or Post Graduate | Post Doc Research Training Period | Prior Academic Degree | | | Title of Research Project | Present Position (past trainees) Source of Support (Present trainees) |
|---|---|---|---|---|---|---|---|---|
| | | | | Degree(s) | Year(s) | Institutions(s) | | |
| Past | Sigurdsson, Einar | Post | 1999-2001 | Ph.D. | 1997 | Pharmacology; Loyola University | Multiple projects: Vaccination for conformational disorders | Associate Professor of Physiology and Neuroscience, and Psychiatry, NYUSM |
| Past | Golabek, Adam | Post | 1996-2002 | Ph.D. | 1996 | Polish Academy of Science | Pathological Chaperones and AD | Research Scientist, Grade V, NYU Institute for Basic Research in Developmental Disabilities |
| Past | Dowjat, Karol | Post | 1996-2003 | Ph.D. | 1992 | Polish Academy of Science | The role of presenilin in the pathogenesis of familial AD | Research Scientist, Grade VI, NYU Institute for Basic Research in Developmental Disabilities |
| Past | Aucouturier, Pierre | Post | 1999-2002 | Ph.D. | 1993 | University of Paris, France | Role of Dendritic cells in the infectivity of Prions | Senior Lecturer at Université Pierre et Marie Curie, Paris, France. |
| Past | Permanne, Bruno | Post | 1999-2002 | Ph.D. | 1998 | University of Paris, France | The role of apoE in Abeta fibrillogenesis | Research Scientist, Merck-Serono, Geneva, Switzerland |
| Past | James Ripellino | Post | 2003-2004 | PhD | 1990 | Boston University | Amyloid beta measurement in biological fluids | Left academics |
| Past | Tezapsidis, Nikolas | Post | 2000-2001 | PhD | 1991 | The University of Sussex, UK | The role of presenilin in Alzheimer's disease | Assistant Professor, Columbia University |

16

11/26/2014                                        Thomas Wisniewski MD

| Past | Wu, Hope | Post | 2003-2004 | MD<br><br>PhD | 1982<br><br>1992 | Shanghai Medical University University of Minnesota | Novel Imaging agents for amyloid lesions | Attending Pathologist, NY Eye and Ear Infirmary |
|---|---|---|---|---|---|---|---|---|
| Past | Shao, Charles | Post | 2000-2002 | MD<br><br>PhD | 1983<br><br>1990 | Beijing Second Medical College, China Emory University | The role of apoE isotypes in AD | Assistant Professor of Pathology, SUNY Downstate Medical Center |
| Past | Sadowski, Martin | Post | 2002-2009 | MD<br>PhD | 1995<br>1996 | Medical University of Gdansk, Gdansk, Poland | The role of apolipoprotein E in Alzheimer's disease | Associate Professor of Neurology, NYUMC |
| Past | Fowkes, Mary | Post | 2003-2005 | MD | 1999 | University of Maryland | Neuropathology Fellow | Assistant Professor of Pathology, Mt. Sinai School of Medicine |
| Past | Boutajangout, Allal | Post | 2005-2008 | PhD | 2005 | Free University of Brussels, Belgium | Aβ Immunomodulation for AD | Res. Assistant Professor, NYUSM; |
| Present | Li, Yong-sheng | Post<br><br>Post | 2001-present | MD | 1995 | Shanghai Medical University | Developing Imaging Agents for AD | NYU Research Scientist, NYUSM NIH AG20245 |
| Present | Scholtzova, Henrieta | Post | 2001-present | MD<br><br><br>PhD | 1999<br><br><br>2010 | P.J. Safarik University, Kosice, Slowakia NYU | Innate immunity for AD therapy<br><br>Immunotherapy for Neurodegenerative disorders | Assistant Professor of Neurology, NYULSM; NIH NS047433 and AG 20245 |
| Present | Prelli, Frances | Post | 2003-present | BS | 1960 | NYU | Models of Prion infection | Associate Scientist, NYUSM; NIH NS047433 Alzheimer's disease Association |
| Past | Ji, Yong | Post | 1998-2002 2008-2010 | MD | 1995 | Shanghai Medical University | In vivo imaging of amyloid lesions | Chairman of Neurology, Tianjin Central Hospital, China |

17

11/26/2014                                                        Thomas Wisniewski MD

| Past | Pankiewicz, Joanna | Post | 2004-2010 | MD PhD | 1994 2001 | Collegium Medicum Jagiellonian Univ. Cracow, Poland | Therapeutic antibodies for prion disease | Research Assistant Professor of Neurology;  NYUMC |
|------|------|------|------|------|------|------|------|------|
| Present | Goni, Fernando | Post | 2003-Present | PhD | 1983 | University of Buenos Aires | Vaccination for prion disease | Associate Scientist, NYUSM; NIH NS47433 and AG028187 |
| Present | Sun, Yanjie | Post | 2007-Present | MS | 1997 | China Medical University | Transgenic models of neurodegeneration | Research Scientist, NYUSM, NIH AG 15408 |
| Past | Lilla Hatos-Agyi | Post | 2010-11 | MD | 2008 | Medical University of Innsbruck | Vaccination studies on Tg mice | Transplant Coordinator |
| Past | Yang, Jing | Pre | 2006-2011 | PhD student | 2011 | Graduated NYU PhD Sackler program Jan. 2011 | μMRI Detection of amyloid deposits and therapeutic approaches for their clearance by inhibition of apoE/Aβ interactions in AD | Medical Student |
| Past | Guihot, Jeanne | Pre | 2011 | BS PhD Student | | 2010 Rennes 1 University France | Behavioral Studies in AD model mice | Completing PhD |
| Past | Shannon Chiu | Post | 2011 | BA MD student | 2008 2014 | Williams College NYU School Medicine | μMRI studies in Tg mice | Neurology Resident Mayo Clinic |
| Past | Luis Bragarolas | Post | 2011 | BS PhD student | 2011 | University of Barcelona | Conformational studies of amyloid proteins | Research Scientist University of Barcelona |
| Past | Erika Chung | Pre | 2006-2011 | PhD | 2011 | NYU PhD Sackler program, | Novel therapeutic approaches for | Laboratory Manager Biotechnology Start up Company |

18

11/26/2014                                    Thomas Wisniewski MD

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | graduated 09/2011 | prion diseases | |
| Past | Sara Ghobraiel | Pre | 201-2012 | MD | 2012 | School of Medicine's Honors Program | Detection and Clearance of AD Lesions | Internal Medicine Resident |
| Past | Sarah Lund | Pre | 2012 | BS | 2012 | Summer Undergraduate Research Program in Graduate Biomedical Sciences | Detection and Clearance of AD Lesions | PhD student, Oxford University |
| Past | Chan Tian | Post | 2012 | MD PhD | 2002 2007 | Peking University | Therapeutic Approaches for Prion Diseases | Professor, Peking University |
| Past | Clare Cunliffe | Post | 2005-2008 | MD | 2000 | University of London | Neuropathology Fellow | Pathology Faculty University of Edinburgh |
| Current | Shan Liu | Post | 2011- | PhD | 2006 | Fudan University | Detection and Clearance of AD Lesions | NIH, AG20245 |
| Past | Kia Newman | Post | 2009-2011 | MD | 2004 | University of Miami | Neuropathology Fellow | Medical Examiner OCME NYC |
| Past | Kant Matsuda | Post | 2010-2012 | MD | 2005 | University of Tokyo | Neuropathology Fellow | Assistant Professor of Pathology, University of Manitoba |
| Past | Valentino Wong | Pre | 2011- | BA | 2010 | Dartmouth College | Therapeutic Targeting of Abnormal Conformation in Neurodegenerative Disease | Medical Student |
| Past | Ariel Brietbart | Pre | 2012-2013 | BS | 2010 | NYU | Detection and Clearance of AD Lesions | Medical Student |
| Past | Daniel Peyser | Post | 2012-2013 | BS | 2011 | NYU | Therapeutic Approaches for Prion Diseases | Medical Student |
| Current | Krystal | Post | 2012- | BS | 2011 | Augusta State | Therapeutic | NIH, NS47433 |

19

11/26/2014                                    Thomas Wisniewski MD

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  | Herline |  |  |  |  | University | Approaches for Prion Diseases |  |
| Past | Eileen Do | Post | 2012-2013 | BS | 2011 | NYU | Detection and Clearance of AD Lesions | Medical Student |
| Past | Shannon Monaghan | Post | 2012-2013 | BS | 2008 | University of North Texas | Therapeutic Targeting of Abnormal Conformation in Neurodegenerative Disease | Medical Student |
| Current | Arline Faustin | Post | 2011-2015 | MD | 2006 | SUNY Downstate Medical Center | NYU Alzheimer's Disease Clinical Center | NIH, NIA AG08051 |
| Past | Faris Yaghmoor | Post | 2012-2014 | MBBS | 2008 | Umm Al Qura University | Neuroscience Training Fellowship | Clinical Instructor Umm Al Qura University |
| Past | Ahmed Noorsaeed | Post | 2013-2014 | MBBS | 2009 | King Bin Abdul-Aziz for Health Sciences | Neuroscience Training Fellowship | Pathology Resident Mt. Sinai School of Medicine |
| Past | Peter Chianchiano | Pre | 2012-2014 | BS | 2011 | NYU | Detection and Clearance of AD Lesions | PhD Student University of Connecticut |
| Current | Lisa Sprinzen | Pre | 2012-2014 | BS | 2012 | NYU | Induction of TLR9 Signaling to Reduce Alzheimer's Pathology in Squirrel Monkeys | NIH, NS073502 |
| Past | Shannon Chiu | Post | 2013-14 | BS, MD student | 2011 | Williams College, NYU School Medicine | Innate Immunity Stimulation for AD Treatment | Neurology Resident Mayo Clinic |
| Past | Madeline Velez | Post | 2014 | BS, MD student | 2008 2014 | NYU School Medicine | Identification of novel imaging agents for tau and oligomers | Surgery Resident NYU |

11/26/2014                                    Thomas Wisniewski MD

| Current | Mitchell Marta Ariza | Pre | 2014-2015 | BSc | 2011 | Pontificia Universidad Javeriana | Therapeutic Approaches for Prion Diseases/Seix Dow Found. | NIH, NS47433 Seix Dow Foundation |
|---------|------|-----|-----------|-----|------|----------|-----------|-----------|
| Current | Helen Lyo | Pre | 2013-2014 | BA | 2015 | NYU College of Arts and Sciences | Approaches to stimulate innate immunity in AD | NIH, NS73502 Seix Dow Foundation |
| Current | Timothy Shepard | Post | 2014-2019 | MD | 2009 | NYU School Medicine | New Region-Specific Targeted MRI to Characterize Alzheimer's Disease Pathology | Assistant Professor of Neurology, NYULMC NIH, K23 AG048622-01 |
| Current | Franck Maurinot | Pre | 2014 | BA | 2013 | University of Paris 7 | In vitro models of TLR9 stimulation | NIH, AG20245 |
| Current | Shleshma Dhakal | Pre | 2014-2015 | BA | 2013 | City College of New York-CUNY | Role of Microglia/Macrophages in AD Pathogenesis | NIH, AG20245, Seix Dow Foundation |

11/26/2014                                        Thomas Wisniewski MD

## Bibliography:
### Peer Reviewed Original Data Journal Publications (Abstracts are not listed.  Reviews, books and book chapters are listed separately)

1.   Moon HM, **Wisniewski T**, Mertz P, DeMartini  J, Wisniewski HM. Purification of neurofilament subunits from bovine brains and studies on neurofilament assembly. *Journal of Cell Biology* 1981; 89:560-567.

2.   Kitaguchi T, Wisniewski KE, Maslinska S, Maslinska D, **Wisniewski TM.** β-Amyloid immunoreactivity in patients with neuronal ceroid lipofucinosis: ultrastructural and biochemical demonstration. *Neuroscience Letters* 1990; 112:155-160.

3.   Onesti S, **Wisniewski T,** Post K. Clinical versus subclinical pituitary apoplexy: presentation, surgical management and outcome in 21 patients. *Neurosurgery* 1990; 26:980-986.

4.   Onesti S, **Wisniewski T,**  Post K. Pituitary apoplexy associated with a Rathke's cleft cyst. *Neurosurgery* 1990; 27:644-646.

5.   **Wisniewski T,** Sisti M, Inhirami G, Knowles D, Powers J. Solitary intracranial plasmacytoma: immunohistochemical and molecular studies. *Neurosurgery* 1990; 27:826-829.

6.   Kitaguchi T, Wisniewski KE,  Maslinski S, Maslinska D, **Wisniewski TM**, Kim KS. Beta-protein immunoreactivity in brains of patients with neuronal ceroid lipofuscinosis: ultrastructural and biochemical demonstration. *Neuroscience* Letters 1990, 112:155-160.

7.   **Wisniewski T,** Haltia M, Ghiso J, Frangione B. Lewy bodies are immunoreactive with antibodies raised to gelsolin related amyloid. *American Journal of Pathology* 1991; 138:1077-1083.

8.   Castano EM, **Wisniewski T,** Frangione B. Inherited amyloids of the nervous system. *Current Opinion in Neurobiology* 1991; 1:448-454.

9.   Haltia M, Ghiso J, Miller D, Franione B, **Wisniewski T.** Gelsolin variant and β-amyloid co-occur in a case of Finnish amyloidosis and Alzheimer's. *Neurobiology of Aging* 1991; 12:313-316.

10.  **Wisniewski T,** Ghiso J, Frangione B. Peptides homologous to the amyloid protein of Alzheimer's disease containing a glutamine for glutamic acid substitution have

22

11/26/2014                                                    Thomas Wisniewski MD

accelerated amyloid fibril formation. *Biochemical and Biophysical Research Communications* 1991; 179:1247-1254.

11.    Constantinidis J, **Wisniewski TM.** The dominant form of the pigmentary orthochromatic leukodystrophy. *Acta Neuropathologica* 1991; 82:483-487.

12.    **Wisniewski T,** Haltia M, Ghiso J, Frangione B. Lewy bodies and gelsolin. *Parkinson/Alzheimer Digest* 1992; 1:6-8.

13.    Iwaki T, **Wisniewski T,** Iwaki A, Corbin E, Tomokane N, Tateishi J, Goldman JE. Accumulation of αB-crystallin in central nervous system glia and neurons in pathological conditions. *American Journal of Pathology* 1992; 140:345-356.

14.    Ghiso J, **Wisniewski T,** Vidal R, Rostagno A, Frangione B. Epitope mapping of two polyclonal antibodies that recognize amyloid lesions in patients with Alzheimer's disease. *The Biochemical Journal* 1992; 282:517-522.

15.    **Wisniewski T,** Frangione B. Apolipoprotein E: a pathological chaperone in systemic and cerebral amyloidoses. *Neuroscience Letters* 1992; 135:235-238.

16.    Constantinidis J, Wisniewski KE, **Wisniewski TM.** Senile neuronal ceroid lipofuscinosis, a report of three cases and a review of the literature. *Acta Neuropathologica* 1992; 83:461-468.

17.    **Wisniewski T,** Frangione B. Molecular biology of the Dutch variant of Alzheimer's disease. *Molecular Biology* 1992; 6:75-86.

18.    Rodrigues M, Rajagopalan S, Jones K, Nirankari V, **Wisniewski T,** Frangione B, Gorevic P. Gelsolin immunoreactivity in corneal amyloid, macular and granular dystrophies and wound healing. *American Journal of Opthalmology* 1993; 115:644-652.

19.    **Wisniewski T,** Golabek A, Matsubara E, Ghiso J, Frangione B. Apolipoprotein E: binding to soluble β-amyloid. *Biochemical Biophysical Research Communications* 1993; 192:359-365.

20.    Ghiso J, Matsubara E, Koudinov A, **Wisniewski T,** Frangione B. Alzheimer's amyloid β specifically binds SP40,40 (Apolipoprotein J), an inhibitor of the compli?ment membrane attack complex. *The Biochemical Journal* 1993; 293:27-30.

21.    **Wisniewski T,** Castano E, Ghiso J, Frangione B. Cerebrospinal fluid inhibits fibrillogenesis by Alzheimer's disease peptides. *Annals of Neurology* 1993; 34:

23

11/26/2014                                          Thomas Wisniewski MD

631-633.

22.     **Wisniewski T,** Ghiso J, Frangione B. Alzheimer's disease and soluble Aβ.
        *Neurobiology of Aging*  1994; 15:143-152.

23.     **Wisniewski T**, Lalowski M., Levy E., Marques M.R.F., Frangione B.  The amino acid
        sequence of neuritic plaque amyloid from a familial Alzheimer's disease
        patient. *Annals of Neurology* 1994; 35:245-246.

24.     Kida E, Golabek A, **Wisniewski T,** Wisniewski K. Regional differences of
        Apolipoprotein E immunoreactivity in diffuse plaques in Alzheimer's disease
        brain. *Neuroscience Letters* 1994; 167: 73-76.

25.     Sanan DA, Weisgraber KH, Mahley RW, Huang D, Saunders A, Schmechel D,
        **Wisniewski T**, Frangione B, Roses A, Strittmatter WJ. Apolipoprotein E
        associates with β Amyloid peptide of Alzheimer's Disease to form novel
        monfibrils: Isoform Apo E4 associates more efficiently than Apo E3. *Journal of
        Clinical Investigation* 1994; 94:860-869.

26.     Gallo G, **Wisniewski T,** Choi-Miura N, Ghiso J, Frangione B. Potential role of
        Apolipoprotein E in fibrillogenesis. *American Journal of Pathology* 1994;
        145:1-5.

27.     **Wisniewski T,** Castano EM, Golabek A, Vogel T, Frangione B. Acceleration of
        Alzheimer's fibril formation by apolipoprotein E in vitro. *American Journal of
        Pathology* 1994; 145:1030-1035.

28.     Zlokovic BV, Martel CL, Mackic JB, Matsubara E, **Wisniewski T,** McComb G,
        Frangione B, Ghiso J. Brain uptake of circulating apolipoprotein J and E
        complexed to Alzheimer's amyloid β. *Biochemical  Biophysical  Research
        Communications* 1994; 205:1431-1437.

29.     **Wisniewski T,** Morelli L, Wegiel J, Levy E, Wisniewski HM, Frangione B. The
        influence of apolipoprotein E isotype on Alzheimer's disease pathology in 40
        cases of Down's syndrome. *Annals of Neurology* 1995; 36:137-139.

30.     Mangone C, Castano E, Levy E, Abiusi G, **Wisniewski T,** Marques M, Faccio E,
        Gorelick P, Frangione B, Sica R. Early onset Alzheimer's disease in a South
        American pedigree. Clinical, SPECT, immunohistochemical and DNA  findings.
        *Acta  Neurologica Scandinavica* 1995; 91:6-13.

31.     Ghiso J, Plant GT, Revesz T, **Wisniewski T,** Frangione B. Familial cerebral angiopathy

(British type) with nonneuritic amyloid plaque formation may be due to a novel amyloid protein. *Journal of Neurological Sciences* 1995*;* 129: 74-7.

32.    Castano EM, Prelli F, **Wisniewski T,** Golabek A, Kumar RA, Soto C, Frangione B. Fibrillogenesis of Alzheimer's Amyloid β peptides and apolipoprotein E. *Biochemical Journal* 1995; 306:599-60.

33.    Golabek A, Marques MA, Lalowski M, **Wisniewski T.** Alzheimer's Disease amyloid binding proteins in vitro and in normal human cerebrospinal fluid. *Neuroscience Letters* 1995; 191:79-82.

34.    **Wisniewski T**, Golabek AA, Kida E, Wisniewski KE, Frangione B. Conformational mimicry in Alzheimer's disease. *American Journal of Pathology* 1995; 147:238-244.

35.    **Wisniewski T,** Lalowski M, Golabek A, Frangione B. Alzheimer's Disease: An apolipoprotein E amyloidosis? *The Lancet* 1995; 345: 956-958.

36.    **Wisniewski T**, Frangione B. Amyloidosis in Alzheimer's disease. *The Lancet* 1995; 346: 441.

37.    **Wisniewski T**, Palha JA, Ghiso J, Frangione B. S182 protein in Alzheimer's disease neuritic plaques. *The Lancet,* 1995 346:1366.

38.    **Wisniewski T**, Lalowski M, Bobik M, Russell M, Strosznajder J, Frangione B. Amyloid β 1-42 deposits do not lead to Alzheimer's neuritic plaques in aged dogs. *Biochemical Journal* 1996; 313: 575-580.

39.    **Article Featured on Cover:** Vidal R, Garzuly F, Budka H, Lalowski M, Linke RP, Brittig F, Frangione B, **Wisniewski T**. Meningovascular amyloidosis associated with a novel transthyretin (TTR) missense mutation at codon 18 (TTRD18G). *American Journal of Pathology* 1996;148: 361-366.

40.    **Wisniewski T**, Lalowski M, Baumann M, Rauvala H, Raulo E, Nolo R, Frangione B. HB-GAM is a cytokine present in Alzheimer's and Down's Syndrome Lesions. *Neuroreport* 1996; 7: 667-671.

41.    Baumann MH, **Wisniewski T,** Plant GT, Levy E, Ghiso J. Identification of C-terminal fragments of α- and β-tubulin in amyloid deposits of the familial cerebral amyloid angiopathy, British type. *BiochemicalBiophysical Research Communications* 1996; 219: 238-242.

42.    Baumann MH, Golabek A, Lalowski, **Wisniewski T**. Micropreparative gel

11/26/2014                                        Thomas Wisniewski MD

electrophoresis of small molecular weight peptides: purification of highly insoluble amyloid peptide fragments. *Analytical Biochemistry* 1996, 236: 191-198.

43.     Soto C, Golabek A, **Wisniewski T**, Castano EM. Alzheimer's soluble β-amyloid is conformationally modified by apolipoprotein E in vitro. *Neuroreport* 1996, 7: 721-725.

44.     Palha JA, Moreira P, **Wisniewski T**, Frangione B, Sariava MJ. Transthyretin gene in Alzheiemer's disease patients. *Neuroscience Letters* 1996; 204: 212-214.

45.     Golabek A, Soto C, Vogel T, **Wisniewski T**. The interaction between apolipoprotein E and Alzheimer's amyloid β-peptide is dependent on β-peptide conformation**.** *The Journal of Biological Chemistry* 1996; 271: 10602-10606.

46.     Lemere CA, Blusztajn JK, Yamaguchi H, **Wisniewski T,** Saido T, Selkoe D. Sequence of deposition of heterogeneous amyloid β-peptides and apo E in Down syndrome: implications for initial events in amyloid plaque formation. *Neurobiology of Disease* 1996; 3:16-32.

47.     Vidal R, Ghiso J, **Wisniewski T**, Frangione B. Alzheimer's presenilin 1 gene expression in platlets and megakaryocytes: Identification of a novel splice variant. *FEBS Letters* 1996; 393: 19-23.

48.     Garzuly F, **Wisniewski T**, Brittig F, Budka H. Familial meningocerebrovascular amyloidosis, Hungarian type, with mutant transthyretin (TTR Asp18Gly). *Neurology*, 47: 1562-1567, 1996.

49.     Lalowski M, Golabek A, Lemere CA, Selkoe DJ, Wisniewski HM, Beavis RC, Frangione B, **Wisniewski T.** The "non-amyloidogenic" p3 fragment (amyloid β 17-42) is a major constituent of Down syndrome cerebellar preamyloid. *Journal of Biological Chemistry*, 271: 33623-33631, 1996.

50.     Palha JA, Moreira P, **Wisniewski T**, Frangione B, Saraiva MJ. C for T substitution at codon 108: the first identified silent mutation in the transthyretin gene. *Amyloid: International Journal of Experimental Clinical Investigation*, 4:52-53, 1997.

51.     Ghiso J, Calero M, Matsubara E, Governale S, Chuba J, Beavis R, **Wisniewski T**, Frangione B. Alzheimer's soluble amyloid β is a normal component of human urine. *FEBS Letters*, 408: 105-108, 1997.

52.     **Wisniewski T,** Dowjat W, Permanne B, Palha J, Kumar A, Gallo G, Frangione B.

26

11/26/2014                                         Thomas Wisniewski MD

Presenilin is associated with Alzheimer's disease amyloid. *American Journal of Pathology*, 151: 601-610, 1997.

53.    Permanne B, Perez C, Soto C, Frangione B, **Wisniewski T**. Detection of apolipoprotein E/dimeric soluble amyloid β complexes in Alzheimer's disease brain supernatants. *Biochem. Biophys. Res. Commun.*, 240: 715-720, 1997.

54.    **Wisniewski T**, Dowjat WK, Buxbaum JD, Khorhova O, Efthimiopoulos S, Kulczycki J, Lojkowska W, Wegiel J, Wisniewski HM, Frangione B. A novel Polish presenilin-1 mutation (P117L) is associated with familial Alzheimer's disease and leads to death as early as the age of 28 years. *NeuroReport*, 9: 217-221, 1998.

55.    K.E. Wisniewski, N.Zhong, W. Kaszmarski, A. Kaszmarski, E. Kida, W.T. Brown, K.O. Schwartz, E.S. Stenroos, A.M. Lazzarini, A.J. Rubin, W.G. Johnson, **T.M. Wisniewski.** Compound heterozygous genotype is associated with protracted juvenile neuronal ceroid lipofuscinosis. *Annals of Neurology*, 43: 106-110, 1998.

56.    Askanas V, King Engel W, Chih-Chao Y, Alvarez R B, Lee VMY, **Wisniewski T**. Light and electron microscopic immunolocalization of presenilin I in abnormal muscle fibers of patients with sporadic inclusion-body myositis and autosomal recessive inclusion body myopathy. *American Journal of Pathology*, 152: 889-895, 1998.

57.    **Wisniewski T,** Goldman JE. αB-Crystallin is associated with intermediate filaments in astrocytoma cells. *Neurochemistry Research*, 23: 389-396, 1998.

58.    Wegiel J, Wisniewski HM, Izabela K, Michal T, Eulalia B, Eirene P, Jerzy K, Wieslaw D, **Wisniewski T**. Cell-type specific enhancement of amyloid ß deposition in a novel presenilin-1 mutation (P117L). *Journal of Neuropathology and Experimental Neurology*, 57: 831-838, 1998.

59.    Pomara N, Shao B, **Wisniewski T**, Mehta PD. Decreases in plasma Aß 1-40 levels with aging in non-demented elderly with apoE-epsilon 4 allele. *Neurochemistry Research*, 23: 1563-1566, 1998.

60.    Efthimiopoulos S, Floor E, Georgakopoulos A, Shior J, Cui W, Yasothornsrikul S, Hook VYH, **Wisniewski T**, Buee L, Robakis NK. Enrichment of Presenilin 1 peptides in neuronal large dense core and somatodendritic clathrin coated vesicles. *Journal of Neurochemistry*, 71: 2365-2372, 1998.

61.    Copp RP, **Wisniewski T**, Hentati F, Larnaout A, Hamida MB, Kayden HJ. Localization of α-tocopherol transfer protein in the brains of patients with ataxia with vitamin E deficiency and other oxidative stress related neurodegenerative disorders. *Brain*

11/26/2014                                          Thomas Wisniewski MD

*Research*, 822: 80-87, 1999.

62.   Aucouturier P, Kascak RJ, Frangione B, **Wisniewski T**. Biochemical and conformational
      variability of human prion strains in sporadic Creutzfeldt-Jakob disease.
      *Neuroscience Letters*, 274(1):33-36, 1999.

63.   Dowjat WK, **Wisniewski T**, Efthimiopoulos S, Wisniewski HM. Inhibition of neurite
      outgrowth by Familial Alzheimer's disease linked presenilin-1 mutations.
      *Neuroscience Letters*, 267: 141-144, 1999.

64.   Stoltner, SE, Grenfell TJ, Mori C, Wisniewski KE, **Wisniewski TM**, Selkoe DJ, Lemere
      CA. Temporal accrual of complement proteins in amyloid plaques in Down
      syndrome with Alzheimer's disease. *American Journal of Pathology*, 156: 489-
      499, 2000.

65.   Soto C, Kascsak RJ, Saborio GP, Aucouturier P, **Wisniewski T**, Prelli F, Kascsak R,
      Mendez E, Kumar A, Harris DA, Ironside J, Tagliavini F, Carp RI, Frangione B.
      Reversion of prion protein conformational changes by synthetic ß-sheet breaker
      peptides. *The Lancet*, 355: 192-197, 2000.

66.   Sigurdsson EM, Permanne B, Soto C, **Wisniewski T**, Frangione B. In Vivo Reversal of
      Amyloid ß Lesions in Rat Brain, *Journal of Neuropathology and Experimental
      Neurology*, 59: 11-17, 2000.

67.   Golabek AA, Kida E, Walus M, Perez C, **Wisniewski T**, Soto C. Sodium dodecyl
      sulpate-resistant complexes of Alzheimer's amyloid β-peptide with the N-
      terminal, receptor binding domain of apolipoprotein E. *Biophysical Journal*, 79:
      1008-1015, 2000.

68.   Ji Y, Permanne B, Sigurdsson EM, Holtzman DM, **Wisniewski T**. Amyloid β40/42
      clearance across the blood-brain barrier following intra-ventricular injections in
      wild-type, apoE knock-out and human apoE3 or E4 expressing transgenic mice.
      *Journal of Alzheimer's Disease*, 3: 23-30, 2001.

69.   Poeggeler, B, Miravalle,L, Zagorski M, **Wisniewski T**, Chyan YJ, ZhangY, Shao H,
      Bryant-Thomas T, Vidal R, Frangione B, Ghiso J, Pappola MA. Melatonin
      reverses the pro-fibrillogenic effects of apolipoprotein E4 on the Alzheimer's β-
      amyloid protein. *Biochemistry,* 40: 14995-15001, 2001.

70.   Dowjat WK, Wisniewski H, **Wisniewski T**. Alzheimer's disease presenilin-1 expression
      modulates the assembly of neurofilaments. *Neuroscience*, 103: 1-8, 2001.

71.     Kulczycki J, Bertrand E, Lojkowska W, Dowjat W, **Wisniewski T**, Lyxzywek-Zwierz M. Familial Alzheimer's disease connected with a mutation in presenilin gene 1. *Neurologia I Neurochirurgia Polska*, 35: 213-224, 2001.

72.     Aucouturier P, Geissmann F, Saborio G, Meeker HC, Damotte D, Kascsak R, Kascsak R, Carp RI, **Wisniewski T.** Scrapie neuroinvasion in RAG-1$^{0/0}$ mice by transfer of infected splenic dendritic cells. *Journal of Clinical Investigation*, 108: 703-708, 2001.

73.     Wegiel J, Bobinski M, Tarnawski M, Dziewiatowski J, Popovitch E, Miller DC, **Wisniewski T,** Golomb J, de Leon MJ, Reisberg B. Fibrillar amyloid-β affects neurofibrillary changes but only in neurons already involved in neurofibrillary degeneration. *Acta Neuropathology* 101: 585-590, 2001.

74.     Sigurdsson EM, Scholtzova H, Mehta PD, Frangione B, **Wisniewski T**. Immunization with a non-toxic/non-fibrillar amyloid-β homologous peptide reduces Alzheimer's disease associated pathology in transgenic mice. *American Journal of Pathology*, 159: 439-447, 2001.

75.     Wen PH, Shao X, Shao Z, Hof PR, **Wisniewski T**, Kelley K, Friedrich VL, Ho L, Painetti GM, Robakis NK, Elder GA. Overexpression of wild type but not an FAD mutant presenilin-1 promotes hippocampal neurogenesis in adult mice, *Neurobiology of Disease*, 10: 8-19, 2002.

76.     Mori C, Spooner ET, Wisniewski KE, **Wisniewski TM**, Yamaguchi H, Saido TC, Li C, Tolan DR, Selkoe DJ, Lemere CA. Intraneuronal Aβ42 accumulation in Down syndrome brain. *Amyloid*, 9:88-102, 2002.

77.     Wang ZH, Ji Y, Zeng B, Raksadawan N, Pastores GM, Ong E, **Wisniewski T**, Kolodny EH. Therapeutic effects of astrocytes expressing both tyrosine hydoxylase and brain-derived neurotrophic factor on a rat model with Parkinson's disease. *Neuroscience*, 113: 629-640, 2002.

78.     Mackic JB, Bading J, Ghiso J, Walker L, **Wisniewski T**, Frangione B, Zlokovic BV. Transport across the blood-brain barrier and differential cerebrovascular sequestration of circulating Alzheimer's amyloid-β peptide in aged Rhesus vs. aged Squirrel monkeys. *Vascular Pharmacology,* 38: 303-313, 2002.

79.     Poduslo JF, Wengenack TM, Curran GL, **Wisniewski T**, Sigurdsson E, Macura SI, Borowski BJ, Jack CR. Molecular contrast enhanced magnetic resonance imaging of Alzheimer's amyloid plaques. *Neurobiology of Disease*, 11: 315-329, 2002.

80.     De Leon MJ, Segal S, Tarshish C, DeSanti S, Zinkowski R, Mehta PD, Convit A, Caraos C, Rusinek H, Tsui W, Saint Louis LA, DeBarnardis J, Kerkmanand D, Qadri F, Gary A, Lesbre, **Wisniewski T**, Poirier J, Davies P. Longitudinal Tau levels increase in mild cognitive impairment. *Neuroscience Letters*, 333: 183-186, 2002.

81.     Marambaud P, Shioi J, Serban G, Georgakopoulos A, Sarner S, Nagy V, Wen P, Efthimiopoulos S, **Wisniewski T**, Robakis NK. A presenilin-1 mediated γ-secretase activity cleaves cadherins and controls disassembly of adherens junctions. *EMBO Journal,* 21: 1948-1956, 2002.

82.     Wegiel J, Kuchna I, **Wisniewski T**, de Leon MJ, Reisberg B, Pirttila T, Kivimaki T, Lehtimaki. Vascular fibrosis and calcification in the hippocampus in aging, Alzheimer's disease and Down syndrome. *Acta Neuropathologica*, 103: 333-343, 2002.

83.     Sigurdsson E, Brown DR, Daniels M, Kascsak RJ, Kascsak R, Carp R, Meeker HC, Frangione B, **Wisniewski T**. Vaccination delays the onset of prion disease in mice.  *American Journal of Pathology*, 161: 13-17, 2002.

84.     Wong BS, Li R, Sassoon J, Liu T, Pan T, Kang SC, **Wisniewski T**, Brown DR, Sy MS. Mapping the antigenicity of copper-treated cellular prion protein with the scrapie isoform. *Cellular and Molecular Life Sciences*, 60: 1224-1234, 2003.

85.     Sigurdsson EM, Sy MS, Li R, Scholtzova H, Kascsak RJ, Kascsak R, Carp RI, Meeker HC, Frangione B, **Wisniewski T**. Anti-PrP antibodies for prophylaxis following prion exposure. *Neuroscience Letters*, 336: 185-187, 2003.

86.     Zaim Wadghiri Y, Sigurdsson EM, Sadowski M, Elliot JI, Li Y, Scholtzova H, Tang CY, Aguilnaldo G, Pappolla M, Duff K, **Wisniewski T**\*, Turnbull DH\* (\*joint senior authors). Detection of Alzheimer's amyloid in transgenic mice using magnetic resonance micro-imaging. *Magnetic Resonance in Medicine*, 50: 293-302, 2003.

87.      Ji Y, Gong Y, Gan W, Beach T, Holtzman DM, **Wisniewski T.** Apolipoprotein E isoform-specific regulation of dendritic spine morphology in apolipoprotein E transgenic mice and Alzheimer's disease patients. *Neuroscience*, 122: 305-315, 2003.

88.     Sadowski M, Tang CY, Aguinaldo G, Carp R, Meeker HC, **Wisniewski T**. *In vivo* magnetic resonance imaging signal changes in scrapie infected mice. *Neuroscience Letters*, 345: 1-4, 2003.

89.      Sigurdsson EM, Brown D, Alim MA, Scholtzova H, Carp R, Meeker HC, Prelli F,

Frangione B, **Wisniewski T**. Copper chelation delays the onset of prion disease. *Journal of Biological Chemistry*, 278: 46199-46202, 2003.

90.    Kang SC, Brown DR, Whiteman M, Li R, Pan T, Perry G, **Wisniewski T,** Sy MS, Wong BS. Prion protein is ubiquitinated after developing protease resistance in the brains of scrapie infected mice.  *Journal of Pathology*, 203: 603-608, 2004.

91.    Pan T, Li R, Kang SC, Wong BS, **Wisniewski T,** Sy MS. Epitope scanning reveals gain and loss of strain specific antibody binding epitopes associated with the conversion of normal cellular prion to scarpie prion. *Journal of Neurochemistry*, 90: 1205-1217, 2004.

92.     Wegiel J, Kuchna I, Novicki K, Dowjat K, Reisberg B, DeLeon M, **Wisniewski T**, Chen-Hwang MC, Hwang YW. Cell type and brain structure specific patterns of distribution of minibrain kinase in human brain. *Brain Research*, 1010: 69-80, 2004.

93.    Dowjat WK, Kuchna I, **Wisniewski T**, Wegiel J. A novel highly pathogenic Alzheimer presenilin-1 mutation in codon 117 (P117S): Comparison of clinical, neuropathological and cell culture phenotypes of Pro117Leu and Pro117Ser mutations.  *Journal of Alzheimer's Disease*, 6: 31-43, 2004

94.    Sadowski M, Pankiewicz J, Scholtzova H, Ji Y, Quartermain D, Jensen C, Duff K, Nixon RA, Gruen RJ, **Wisniewski T**. Decreased hippocampal glucose metabolism correlates with neuronal loss and impaired recall in Alzheimer's disease model mice. *Journal of Neuropathology and Experimental Neurology,* 63: 418-428, 2004.

95.    Sadowski M, Pankiewicz J, Scholtzova H, Li Y, Quartermain D, Duff K, **Wisniewski T.** Links between the pathology of Alzheimer's disease and vascular dementia. *Neurochemical Research*, 29: 1251-1260, 2004.

96.     Helpern JA, Falangola MF, Dyakin VV, Lee SP, Bogart A, Estok K, Ardekani B, Duff K, Branch C, **Wisniewski T**, De Leon MJ, Wolf O, O'Shea J, Wegiel J, Nixon RA. Magnetic resonance imaging assessment of neuropathology in a transgenic mouse model of Alzheimer's disease. *Magnetic Resonance in Medicine*, 51: 794-798, 2004.

97.    Sadowski M, Pankiewicz J, Scholtzova H, Ripellino JA, Li Y, Schmidt SD, Mathews PM, Fryer JD, Holtzman DM, Sigurdsson EM, **Wisniewski T.** Blocking the apolipoprotein E/ β-amyloid interaction reduces β-amyloid toxicity and decreases β-amyloid load in transgenic mice. *American Journal of Pathology*, 165: 937-948,

11/26/2014                                          Thomas Wisniewski MD

2004.

98.   Sigurdsson EM, Knudsen E, Asuni A, Sage D, Goni F, Quartermain D, Frangione B, **Wisniewski T**. Enhanced cognition with a reduced immune response in an AD mouse model immunized with Aβ derivatives. *Journal of Neuroscience*, 24: 6277-6282, 2004.

99.    Sadowski M, Pankiewicz J, Scholtzova H, Tsai J, Li Y, Carp RI, Meeker HC, Gambetti P, Debnath M, Mathis CA, Li S, Gan WB, Klunk WE, **Wisniewski T.** Targeting prion amyloid deposits in vivo using methoxy-X04, *Journal of Neuropathology and Experimental Neurology,* 63: 775-784, 2004.

100.   Pan T, Wong P, Chang B, Li C, Li R, Kang SC, **Wisniewski T**, Sy MS. Biochemical fingerprints of prion infection: accumulations of aberrant full-length and N-terminally truncated PrP species are common features in mouse prion disease. *Journal of Virology*, 79: 934-943, 2005

101.   Goni F, Knudsen E, Schreiber F, Scholtzova H, Pankiewicz J, Carp R, Meeker HC, Rubenstein R, Brown DR, Chabalgoity JA, Sigurdsson EM, **Wisniewski T.** Mucosal vaccination delays or prevents prion infection via an oral route. *Neuroscience*, 133: 413-421, 2005.

102.   Pan T, Chang B, Wong P, Li C, Li R, Kang SC, Thompsett AR, Po T, Yin S, Barnard G, McConnell I, Brown DR, **Wisniewski T,** Sy MS**.** An aggregate specific ELISA: Detection of conformational differences between recombinant PrP protein dimers and PrP$^{Sc}$ aggregates. *Journal of Virology,* 79: 12355-12364., 2005.

103.   Pankiewicz J, Prelli F, Sy MS, Kascsak RJ, Kascsak RB, Spinner DS, Carp RI, Meeker HC, Sadowski M, **Wisniewski T**. Clearance and prevention of prion infection in cell culture by anti-PrP antibodies. *European Journal of Neuroscience*, 23: 2635-2647, 2006.

104.   Leal MC, Dorfman VB, Gamba GF, Frangione B, **Wisniewski T**, Castano EM, Sigurdsson EM, Morelli L. Plaque-Associated Overexpression of Insulin-Degrading Enzyme in the Cerebral Cortex of Aged Transgenic Tg2576 Mice With Alzheimer Pathology. *Journal of Neuropathology and Experimental Neurology,* 65: :976-987, 2006.

105.   Sadowski MJ, Pankiewicz J, Scholtzova H, Mehta PD, Prelli F, Wen P, Quartermain D, **Wisniewski T.** Blocking the Apolipoprotein E/Amyloid-β Interaction as a Potential Therapeutic Approach for Alzheimer's Disease. *Proceedings of the National Academy of Science*, 49: 18787-18792, 2006.

106.    Asuni A, Boutajangout A, Scholtzova H, Knudsen E, Li Y, Quartermain D, Frangione B, **Wisniewski T,** Sigurdsson EM. Aβ derivative vaccination in alum adjuvant prevents amyloid deposition and does not cause brain microhemorrhages in Alzheimer's model mice. *European Journal of Neuroscience,* 24: 2530-2542, 2006.

107.    Chang B, Cheng X, Yin S, Pan T, Zhang H, Wong P, Kang SC, Xiao F, Yan H, Li C, Wolfe LL, Miller MW, **Wisniewski T,** Greene MI, Sy MS. A blood test for prion: disease associated prion aggregates detected in the blood of infected but asymptomatic animals. *Clinical and Vaccine Immunology*, 14: 36-43, 2007

108.    Spinner DS, Kascsak RB, LaFauci G, Meeker HC, Xuemin Y, Flory MJ, Kim JI, Schuller-Levis GB, Levis WR, **Wisniewski T**, Carp RI, Kascsak RJ. CpG Oligodeoxynucleotide-enhanced humoral immune response and production of antibodies to prion protein PrP$^{Sc}$ in mice immunized with 139A scrapie-associated fibrils. *Journal of Leukocyte Biology*, 14(1):36-43, 2007

109.    Wegiel J, Kuchna I, Nowicki K, Frackowiak J, Mazur-Kolecka B, Imaki H, Wegiel J, Mehta PD, Silverman WP, Reisberg B, deLeon M, **Wisniewski T**, Pirttila T, Frey H, Lehtimaki T, Kivimaki T, Visser FE, Kamphorst W, Potempska A, Bolton D, Currie JR, and Miller DL. Intraneuronal Abeta immunoreactivity is not a predictor of brain amyloidosis-beta or neurofibrillary degeneration. *Acta Neuropathologica (Berl)*,. 113(4):389-402, 2007

110.    Litterst C, Georgakopoulos A, Shioi J, Ghersi E, **Wisniewski T**, Wang R, Ludwig A, Robakis NK. Ligand binding and calcium influx induce distinct ectodomain/gamma -secretase processing pathways of EPHB2 receptor. *Journal of Biological Chemistry*  282(22):16155-63, 2007.

111.    Webb S, Lekishivili T, Loeschner C, Sellarajah S, Prelli F, **Wisniewski T**, Gilbert IM, Brown DR. Mechanistic insights into prion curing by novel anti-prion compounds. *Journal of Virology*, 81: 10729-10741, 2007.

112.    Li Q, Min J, Namm J, Kim EM, Ji Y, Wu H, **Wisniewski T**, Chang YT. Styryl based in vivo imaging agents for β-amyloid plaques. *ChemBioChem*, 8(14): 1679-1687, 2007.

113.    Gambetti P,  Dong Z, Yuan J, Xiao X, Zheng M, Alsheklee A, Castellani R, Cohen M, Marder K, Harris C, Montine T, **Wisniewski T,** Dickson DW, Hulette CM, DeArmond  SJ, Mastrianni JA, Kong Q,  Zou WQ. A novel human prion disease with protease-sensitive prion. *Annals of Neurology*, 63: 697-708, 2008.

114.   Klybin I, Betts V, Blennow K, Zetterberg H, Wallin A, Lemere CA, Cullen WK, Welzel A, Peng Y, **Wisniewski T,** Selkoe DJ, Anwyl R, Walsh DM, Rowan MJ. Aß dimer-containing human cerebrospinal fluid disrupts synaptic plasticity: prevention by systemic passive immunization. *Journal of Neuroscience*, 28: 4231-4237, 2008.

115.   Firuzi O, Zhuo J, Chinnici CM, **Wisniewski T**, Pratico D. 5-lipoxygenase gene disruption reduces amyloid-β pathology in a mouse model of Alzheimer's disease. *FASEB Journal*, 22: 1169-1178, 2008.

116.   Sigurdsson EM, Wadghiri YZ, Mosconi L, Blind JA, Knudsen E, Asuni A, Tsui WH, Sadowski M, Turnbull DH, de Leon M, **Wisniewski T**. A non-toxic ligand for voxel-based MRI analysis of plaques in AD transgenic mice. *Neurobiology of Aging,* 29: 836-847, 2008.

117.   Goni F, Chabalgoity JA, Prelli F, Schreiber F, Scholtzova H, Chung E, Kascsak R, Kascsak R, Brown DR, Sigurdsson EM, **Wisniewski T.** High titers of mucosal and systemic anti-PrP antibodies abrogates oral prion infection in mucosal vaccinated mice. *Neuroscience*, 153: 679-686, 2008.

118.   Cercy SP, Sadowski MJ, **Wisniewski T**. Prominent neuroleptic sensitivity in a case of early-onset Alzheimer's disease due to Presenilin-1 G206A mutation. *Cognitive and Behavioral Neurology,* 21(3):190-195, 2008.

119.   Spinner DS, Cho IS, Park SY, Kim JI, Meeker HC, Ye X, LaFauci G, Kerr DJ, Flory MJ, Kim BS, Kascsak RB, **Wisniewski T**, Levis WR, Schuller-Levis GB, Carp RI, Park E, Kascsak RJ. Accelerated prion disease pathogenesis in the absence of Toll-like receptor 4 (TLR4) signaling. *Journal of Virology*, 82(21):10701-10708, 2008.

120.   Wegiel J, Dowjat K, Kaczmarski W, Kuchna I, Nowicki K, Frackowiak J, Mazur Kolecka B, Wegiel J, Silverman WP, Reisberg B, DeLeon M, **Wisniewski T,** Gong CX, Liu F, Adayev T, Chen-Hwang MC, Hwang YW. The role of overexpressed DYRK1A protein in the early onset of neurofibrillary degeneration in Down syndrome. *Acta Neuropathology*, 116(4):391-407, 2008.

121.   H. Scholtzova, Y. Z. Wadghiri, M. Douadi, E. M. Sigurdsson, Y. Li, D. Quartermain, P. Banerjee, and **T. Wisniewski**. A NMDA receptor antagonist leads to behavioral improvement and amyloid reduction in Alzheimer's disease model transgenic mice shown     by micro-magnetic resonance imaging. *Journal of Neuroscience Research,* 86 (12):2784-2791, 2008.

122.  Trouche SG, Asuni A, Rouland S, **Wisniewski T**, Frangione B, Verdier JM, Sigurdsson EM, Mestre-Frances N. Antibody response and plasma Aβ1-40 in young *Microcebus Murinus* primates immunized with Aβ1-42 and its derivates. *Vaccine*, 27:957-964, 2009.

123.  Zhan J, Brys M, Glodzik L, Tsui W, Javier E, Wegiel J, Kuchna I, Pirraglia E, Li Y, Mosconi L, Saint Louis LA, Switalski R, De Santi S, Kim BC, **Wisniewski T**, Reisberg B, Bobinski M, de Leon MJ. An entorhinal cortex sulcal pattern is associated with Alzheimer's disease. *Human Brain Mapping*, 30: 874-882, 2009.

124.  Boutajangout A, Goni F, Knudsen E, Schreiber F, Asuni A, Quartermain D, Frangione B, Chabalgoity A, **Wisniewski T**, Sigurdsson EM. Diminished amyloid β burden in Tg2576 mice following a prophylactic oral immunization with a Salmonella based amyloid β derivative vaccine. *Journal of Alzheimer's Disease*, 18: 961-972, 2009.

125.  Sadowski MJ, Pankiewicz J, Prelli F, Scholtzova H, Spinner DS, Kascsak RB, Kascsak RJ, **Wisniewski T**. Anti-PrP Mab 6D11 suppresses PrP$^{Sc}$ replication in prion infected myeloid precursor line FDC-P1/22L and in the lymphoreticular system in vivo. *Neurobiology of Disease*, 34: 267-278, 2009.

126.  Mosconi,L.; Mistur,R.; Switalski,R.; Tsui,W.H.; Glodzik,L.; Li,Y.; Pirraglia,E.; De,Santi S.; Reisberg,B.; **Wisniewski,T**.; De Leon,M.J. FDG-PET changes in brain glucose metabolism from normal cognition to pathologically verified Alzheimer's disease. *European Journal of Nuclear Medicine and Molecular Imaging*, 36(5): 811-822, 2009.
This manuscript won the "Best Clinical Paper of 2009" award from Springer and the European Association of Nuclear Medicine.

127.  Scholtzova H, Kascsak RJ, Bates KA, Boutajangout A, Kerr DJ, Meeker HC, Mehta PD, Spinner DS, **Wisniewski T**. Induction of Toll-like receptor 9 signaling as a method for ameliorating Alzheimer's disease related pathology, *Journal of Neuroscience*, 29: 1846-1854, 2009.

128.  Wegiel J, Kuchna I, Nowicki K, Imaki H, Wegiel J, Marchi E, Ma SY, Chauhan A, Chauhan V, Bobrowicz TW, de Leon M, Louis LA, Cohen IL, London E, Brown WT, **Wisniewski T**. The neuropathology of autism: defects of neurogenesis and neuronal migration, and dysplastic changes, *Acta Neuropathol.*, 119: 755-770, 2010.

129.  Zhang W, Li YS, Nardi MA, Dang S, Yang J, Li Z, Karpatkin S, **Wisniewski T**. Dissolution of arterial platelet thrombi in vivo with a bifunctional platelet

GPIIIa49-66 ligand which specifically targets the platelet thrombus, *Blood*, 116: 2336-2344, 2010.

130.   Goni F, Prelli F, Ji Y, Scholtzova H, Yang J, Sun Y, Liang FX, Kascsak R, Kascsak R, Mehta P, **Wisniewski T**. Immunomodulation Targeting Abnormal Protein Conformation Reduces Pathology in a Mouse Model of Alzheimer's Disease. *PLoS ONE,* 5(10): e13391, 2010.

131.   Chung E, Ji Y, Sun Y, Kascsak R, Kascsak R, Mehta P, Strittmatter SM, **Wisniewski T**. Anti-PrP$^C$ monoclonal antibody infusion as a novel treatment for Aβ oligomer cognitive cognitive deficits. *BMC Neuroscience*, 11:130, 2010.

132.   Wegiel J, Kaczmarski W, Barua M, Kuchna I, Nowicki K, Wang KC, Wegiel J, Yang S, Frackowiak J, Mazur-Kolecka B, Silverman WP, Reisberg B, Monteiro I,  de Leon M, **Wisniewski T**, Dalton A, Lai F, Hwang YW, Adayev T, Liu F, Iqbal K, Iqbal IG, Gong CX. Link between DYRK1A overexpression and several-fold enhancement of neurofibrillary degeneration with 3-repeat tau protein in Down syndrome. *Journal of Neuropathology and Experimental Neurology*, 70(1):36-50, 2011.

133.   Yang J, Ji Y, Mehta P, Bates KA, Sun Y, **Wisniewski T**. Blocking the apolipoprotein E/amyloid β interaction reduces fibrillar vascular amyloid deposition and cerebral microhemorrhages in TgSwDI mice. *Journal of Alzheimer's Disease,* 24(2):269-285, 2011.

134.   Yang J, Zaim Wadghiri Y, Hoang DM, Tsui W, Sun Y, Chung E, Li Y, Wang A, de Leon M, **Wisniewski T**. Detection of amyloid plaques targeted by USPIO-Aβ1-42 in Alzheimer's disease transgenic mice using magnetic resonance microimaging. *Neuroimage,* 55: 1600-1609, 2011.

135.   Dang S, Hong T, **Wisniewski T**, Zhang W. A novel strategy of dissolution of pre-existing platelet thrombus by synergistic administration of a low concentration of bifunctional antibodies against beta3 integrin. *PLoS ONE*, 6(10): e27012, 2011.

136.   Chung E, Prelli F, Dealler S, Lee WS, Chang YT, **Wisniewski T.** Styryl-based and Tricyclic Compounds as Potential Anti-Prion Agents. *PLoS ONE*, 6(9): e24844, 2011     (http://dx.plos.org/10.1371/journal.pone.0024844)

137.   Leal MC, Surace EI, Holgado MP, Ferrari CC Tarelli R, Pitossi F, **Wisniewski T**, Castano EM, Morelli L. Notch signaling proteins HES-1 and Hey-1 bind to insulin degrading enzyme (IDE) proximal promoter and repress its transcription

and activity: implications for cellular Aß metabolism. *BBA-Molecular Cell Research,* 1823(2): 227-235, 2012.

138.   Pomara N, Bruno D, Sarreal AS, Hernando RT, Nierenberg J, Petkova E, Sidtis JJ, **Wisniewski T**, Mehta PD, Pratico D, Zetterberg H, Blennow K. Cerebrospinal fluid amyloid beta levels are lower and F2-isoprostanes higher in individuals with major depressive disorder. *American Journal of Psychiatry*, 169(5):523-30, 2012.

139.   Wegiel J, Schanen NC, Cook EH, Sigman M, Brown WT, Kuchna I, Nowicki K, Wegiel J, Imaki H, Ma SY, Marchi E, Wierzba-Bobrowicz T, Chauhan A, Chauhan V, Cohen IL, London E, Flory M, Lach B, **Wisniewski T**. Differences between the patterns of developmental abnormalities in autism associated with duplications 15q11.2q13 and idiopathic autism. *Journal of Neuropathology and Experiment Neurology*, 71(5):382-397, 2012.

140.   Chang B, Petersen R, **Wisniewski T**, Rubenstein R. Influence of Mabs on PrP$^{Sc}$ formation using *in vitro* and cell-free systems. *PloS ONE*, 7(7): e41626, 2012.

141.   Um JW, Nygaard HB, Heiss JK, Kostylev MA, Stagi M, Takahashi H, Vortmeyer A, **Wisniewski T**, Gunther EC, Strittmatter SM. Alzheimer amyloid-β oligomer bound to post-synaptic prion protein signals via Fyn to alter NMDA receptors, dendritic spines and seizures. *Nature Neuroscience*, 15(9): 1227-1235, 2012.

142.   Zhang W, Dang S, Hong T, Tang J, Fan J, Bu D, **Wisniewski T**. A humanized single-chain antibody against beta 3 integrin inhibits pulmonary metastasis by preferentially fragmenting activated platelets in the tumor microenvironment. *Blood*, 120(14): 2889-2898, 2012.

143.   Wegiel J, Frackowiak J, Kolecka BM, Schanen NC, Cook Jr EH, Sigman M, Brown WT, Kuchna I, Wegiel J, Nowicki K, Imaki H, Ma SY, Chauhan A, Chauhan V, Miller DL, Mehta PD, Cohen IL, London E, Reisberg B, de Leon MJ, **Wisniewski T.** Abnormal Intracellular Accumulation and Extracellular Aβ Deposition in Idiopathic and Dup 15 Autism. *PLoS ONE*, 7(5):e35414, 2012.

144.   **Wisniewski T**, Newman K, Javitt NB. Alzheimer's disease: focus on desmosterol. *Journal of Alzheimer's Disease*, 33: 881-888, 2013.

145.   Wadghiri YZ, Li J, Wang J, Hoang DM, Sun Y, Xu H, Tsui W, Li Y, Wang A, de Leon M, **Wisniewski T.** Detection of Amyloid Plaques Targeted by Bifunctional USPIO in Alzheimer's Disease Transgenic Mice using Magnetic Resonance Microimaging. *PLoS ONE*, 8(2):e57097, 2013.

146.   Um JW, Kaufman AC, Kostylev M, Heiss JK, Stagi M, Takahashi H, Kerrisk ME, Vortmeyer A, **Wisniewski T**, Guther EC, Koleske J, Nygaard HB, Strittmatter SM.  Metabotropic Glutamate Receptor 5 Mediates Signaling from Alzheimer Aß Oligomer Bound to Prion Protein, *Neuron*, 79(5): 887-902, 2013.

147.   Ji Y, Liu M, Huo YR, Liu S, Shi Z, Liu S, **Wisniewski T**, Wang J. Apolipoprotein E4 frequency is increased among frontotemporal dementia and Alzheimer's disease patients in a Chinese population. *Dementia and Geriatric Cognitive Disorders*, 36: 163-170, 2013.

148.   Rubenstein R, Chiu A, Chang B, **Wisniewski T**. Influence of CD40 on Prion Disease and the Immune Response to Recombinant PrP. *Journal of Neuroimmunology*, 257 (1-2): 21-27, 2013.

149.   Wegiel J, Kuchna I, Nowicki K, Imaki H, Wegiel J, Yong Ma S, Azmitia EC, Banerjee P, Flory M, Cohen IL, London E, Brown TW, Hare KC, **Wisniewski T**. Contribution of olivo-floccular circuitry developmental defects to atypical gaze in autism. *Brain Research*, 1512: 106-122, 2013.

150.   Goni F, Herline K, Peyser D, Wong K, Ji Y, Sun Y, Mehta P, **Wisniewski T.** Immunomodulation Targeting Both Aβ and Tau Pathological Conformers Ameliorates Alzheimer's Disease Pathology in TgSwDI and 3xTg Mouse Models. *Journal of Neuroinflammation*, 10: 150, 2013.

150.   Liu S, Breitbart A, Sun Y,  Mehta PD, Boutajangout A, Scholtzova H, **Wisniewski T.** Blocking the Apolipoprotein E/Amyloid β Interaction in Triple Transgenic Mice Ameliorates Alzheimer's Disease Related Amyloid β and Tau Pathology. *Journal of Neurochemistry*, 128: 577-591, 2014.

152.   Salloway S, Sperling R, Fox NC, Blennow K, Klunk W, Raskind M, Sabbagh M, Honig LS, Porsteinsson AP, Ferris S, Reichert M, Ketter N, Nejadnik B, Guenzler V, Miloskavsky M, Wang D, Lu Y, Lull J, Tudor IC, Liu E, Grundman M, Yuen E, Black R, Brashear HR; Bapineuzumab 301 and 302 Clinical Trial Investigators (including **Wisniewski T**) Two phase 3 trials of bapineuzumab in mild to moderate Alzheimer's disease. *New England Journal of Medicine*, 370(4): 322-333, 2014.

153.   Iulita MF, Carmo SD, Ower A, Fortress A, Aguilar LF, Hanna M, **Wisniewski T**, Granholm AC, Buhusi M, Busciglio J, Cuello AC. Nerve Growth Factor Metabolic Dysfunction in Down's Syndrome Brains: a Cause for Cholinergic Degeneration? *Brain*, 137: 860-872, 2014.

154. Chung K, Boutajangout A, **Wisniewski T**, Chan J, Stopler T, Vincent N, Batchan M, D'Urso J, Lin Y, Kline R, Kamer A, Stone E, Yaghmoor F, Blanck T, Quartermain D, Bekker A, Haile M. The COX-2 Inhibitor Meloxicam Ameliorates Neuroinflammation and Depressive Behavior in Adult Mice After Splenectomy. *PLoS ONE*, under review.

155. Wegiel J, Flory M, Kuchna I, Nowicki K, Ma SY, Imaki H, Wegiel J, Cohen IL, London E, **Wisniewski T**, Brown WT. Stereological study of the neuronal number and volume of 38 brain subdivisions of subjects diagnosed with autism reveals significant alterations restricted to the striatum, amygdala and cerebellum. *Acta Neuropathologica Communications*, 2: 141, 2014.

156. Wegiel J, Flory M, Kuchna I, Nowicki N, Ma SY, Imaki H, Wegiel J, Cohen IL, London E, Brown WT, **Wisniewski T**. Brain-region-specific alterations of the trajectories of neuronal volume growth throughout the lifespan in autism. *Acta Neuropathologica Communications*, 2: 28, 2014.

157. Zhang Y, Shi Z, Liu M, Liu S, Yue W, Liu S, Xiang L, Lu H, Liu P, **Wisniewski T**, Wang J, Ji Y. Prevalence of cognitive impairment no dementia in a rural area of northern China. *Neuroepidemiology*, 42: 197-203, 2014.

158. Scholtzova H, Chianchiano P, Pan J, Sun Y, Goni F, Mehta PD, **Wisniewski T**. Toll-like receptor 9 stimulation for reduction of amyloid β and tau Alzheimer's disease related pathology. *Acta Neuropathologica Communications*, 2: 101, 2014.

159. Wegiel J, Flory M, Kuchna I, Nowicki K, Ma SY, Imaki H, Wegiel J, Frackowiak J, Kolecka BM, Wierzba-Bobrowicz T, London E, **Wisniewski T**, Brown WT. Neuronal nucleus and cytoplasm volume deficit in autistic children and volume increase in autistic adolescents and adults. *Acta Neuropathologica Communications*, under review.

160. Goñi F, Mathiason CK, Yim L, Wong K, Hayes-Klug J, Nalls A, Peyser D, Estevez V, Xu J, Osborn DA, Miller KV, Warren RJ, Brown DR, Chabalgoity JA, Hoover EA, **Wisniewski T.** Mucosal immunization with an attenuated Salmonella vaccine partially protects white-tailed deer from chronic wasting disease. *Vaccine*, in press.

161. Teohb CL, Sua D, Sahua S, Yunb SW, Prelli F, **Wisniewski T** , Chang YT. A Chemical Fluorescent Probe for the Detection of Aβ Oligomers. *Angew Chem*, under review.

162. Drummond ES**,** Nayak S, Ueberheide B, **Wisniewski T**. Proteomic analysis of individual

11/26/2014                                    Thomas Wisniewski MD

neurons isolated from formalin-fixed paraffin-embedded brain sections using laser microdissection. *Nature Methods*, under review

**Books, Chapters in Books, Letters and Reviews:**

1.      Post K, Onesti S, **Wisniewski T**. Pituitary Apoplexy. In <u>Intracranial Hemorrhages:</u> <u>Etiology, Pathogenesis, Clinical Features and Treatment</u>. Editor Kauffman H.

11/26/2014                                          Thomas Wisniewski MD

Raven Press; 1991

2.    **Wisniewski T.M.,** Wisniewski HM. Alzheimer's Disease and the Cerebral Amyloidoses.
      In Neurodevelopment, Aging and Cognition. Editors Ivica Kostovic, Stevo
      Knezevic, Henry M. Wisniewski and George J. Spilich,  Birkhauser, Boston ;
      p157-172; 1992.

3.    Frangione B, Haltia M, Levy E, Ghiso J, Kiuru S, Prelli F, **Wisniewski T.** Familial
      amyloidosis- Finnish type- and its relationship to Lewy bodies in Parkinson's and
      Diffuse Lewy Body disease. In the Proceedings of the XIth International
      Congress of Neuropathology- Kyoto; p150-156; 1992.

4.    **Wisniewski T**, Haltia M, Ghiso J, Frangione B.  I corpi di Lewy immunoreagisono con
      gli anticorpi dell-amiloide di tip Finnico omologo alla gelsolina.  *Update on
      Parkinson's disease and migraine* 1992: 2:59-60.

6.    **Wisniewski T**, Frangione B. Aberrant aggregation of a normal amyloid precursor protein
      fragment. *Neuroscience Facts* 1992; 3:66.

7.    Frangione B, **Wisniewski T,** Tagliavini F, Bugiani O, Ghiso J. Alzheimer's disease and
      Dutch variant: "Opposing faces of a single coin." In Alzheimer's Disease:
      Advances in Clinical and Basic Research. Editors:  Corain B, Iqbal K, Nicolin M.
      Wiley; p:387-396;1993.

8.    Frangione B, **Wisniewski T,** Ghiso J. Alzheimer's disease and amyloid β. In Amyloid
      and Amyloidosis 1993. Ed.:Kiselevsky R, Benson MD, Frangione B, Gauldie J,
      Muckle TJ, Young ID. Parthenon Publishing, 1994; pp:310-315.

9.    Ghiso J, **Wisniewski T**,  Frangione B.   Unifying features of systemic and cerebral
      amyloidoses.  *Molecular Neurobiology* 1994; 8: 49-64.

10.   Frangione B, **Wisniewski T,** Ghiso J. Position Paper on Alzheimer's Disease Research.
      *Neurobiology of Aging* 1994; 15 (suppl  2):S97-S99.

11.   Frangione B, **Wisniewski T,** Castano E,  Ghiso J. Amyloids, Genes and Chaperones. In
      Research Advances in Alzheimer's Disease and Related Disorders. Ed. Iqbal K.,
      Mortimer JA, Winblad B, Wisniewski T. Publisher John Wiley, Chapter 61,
      pp:563-568; 1995.

12.   Zlokovic, B., Mackic, J., Martel, C., **Wisniewski, T.,** Frangione, B., and Ghiso, J.:  The
      blood brain barrier regulates transport of Alzheimer's amyloid β and
      apolipoproteins E and J.   In  K. Iqbal, J. Mortimer, B. Winblad and H.

41

11/26/2014                                             Thomas Wisniewski MD

Wisniewski  (eds.)  Research advances in Alzheimer's disease and related disorders.  Proceedings of the IV international conference on Alzheimer's disease and related disorders.  Minneapolis, July/August, 1994.  John Wiley & Sons, Chichester (England), 1995, pp 585-595.

13.   **Wisniewski T**, Frangione B. The molecular biology of brain aging and neurodegenerative disorders. *Acta Neurobiologiae Experimentalis* 1996; 56: 267-279.

14.   **Wisniewski T**, Frangione B. Apolipoprotein E, Amyloidosis and Alzheimer's Disease. *Dementia (Japan)* 1996; 10: 171-183.

15.   Frangione B, Castano EM, **Wisniewski T**, Ghiso J, Prelli F, Vidal R. Apolipoprotein E and amyloidosis. *Ciba Foundation Symposium* 1996; 199: 132-141.

16.   Frangione B, Castano EM, Prelli F, Soto C, Ghiso J, **Wisniewski T**. Chaperoning Amyloid in Alzheimer's Disease: The Art of Avoiding Sticky Situations? In: A.D.Roses, K.H. Weisgraber and Y.Christen (ed.)  Apolipoprotein E and Alzheimer's Disease; Springer-Verlag, Berlin, Heidelberg, 1996; pp: 151-160.

17.   **Wisniewski T**, Ghiso J, Frangione B. Alzheimer's Disease and Amyloid β. *Neurobiology of Disease* 1997; 4: 313-328.

18.   **Wisniewski T**, Dowjat K, Frangione B. The Prionoses and Other Conformational Disorders. *Amyloid: The International Journal of Experimental and Clinical Investigation*  1998; 5: 212-224.

19.   Wisniewski HM, Wegiel J, **Wisniewski T**. Pathogenesis of amyloid-ß plaques: activated microglia the cause of fibrillar amyloid formation and neuropil degeneration. *NeuroScience News* 1998; 1: 30-34.

20.   Lalowski M, Baumann M, Rauvala H, Frangione B, **Wisniewski T**. HB-GAM, a novel amyloid associated protein, is present in prion related disorders and other cerebral amyloidoses. In: Fischer et al. (Editors) Progress in Alzheimer's and Parkinson's Diseases; Plenum Press, New York, 1998; pp: 121-131.

21.   Aucouturier, P, Frangione B, **Wisniewski T**. Prion Diseases and the Immune System. *Annals of Internal Medicine* (Paris, France), 1999; 150: 75-78.

22.   **Wisniewski T**, Frangione B. Amyloid: Chemical and Molecular Considerations. In: M. DeLeon (Ed.)  An Atlas of Alzheimer's Disease. Parthenon Publishing, Carnforth,

U.K., 1999; pp:109-130.

23.    Aucouturier P, Carp RI, Carnuad C, **Wisniewski T**. Prion Disease and the Immune
         System. *Clinical Immunology*, 2000, 96: 79-85.

24.    **Wisniewski T**, Frangione B. Book Review of *Prion Biology and Diseases*, Edited by
         Stanley B. Prusiner. *New England Journal of Medicine*, 2000, 342:983.

25.    Kayden HJ, **Wisniewski T.** On the biological activity of Vitamin E. *American Journal of
         Clinical Nutrition*, 2000, 72: 201-202.

26.    **Wisniewski T**. Henry M. Wisniewski, A life history. *Journal of Alzheimer's Disease*,
         2001, 3: 7-22.

27.    **Wisniewski T**, Sigurdsson EM, Aucouturier P, Frangione B. Chapter 13: Conformation
         as a Therapeutic Target in the Prionoses and other Neurodegenerative Conditions.
          In  Baker HF  (ed.)  Molecular and Cellular Pathology in Prion Diseases.  The
         Humana Press, Inc.(Totowa, NJ) p: 223-236, 2001.

28.    **Wisniewski T**. Prion Related Diseases. In Lorenzo NY (ed.) eMedicine Neurology.
         http://www.emedicine.com/neuro/topic662.htm, 2002

29.    Sigurdsson EM, Frangione B**, Wisniewski T**. A safer vaccine for Alzheimer's disease?
         *Neurobiology of Aging*, 23: 1001-1008, 2002.

30.    **Wisniewski T,** Brown D, Sigurdsson EM. Therapeutics in Alzheimer's and Prion
         Diseases. *Biochemical Society Transactions*, 30: 574-578, 2002.

31.    Sigurdsson EM, Frangione B, **Wisniewski T**. Immunization for Alzheimer's Disease.
         *Drug Development Research*, 56: 135-142, 2002.

32.    Sigurdsson EM, **Wisniewski T**, Frangione B. Infectivity of Amyloid Diseases. *Trends in
         Molecular Medicine*, 8: 411-413, 2002.

33.    **Wisniewski T**, Sigurdsson EM. Immunization Treatment Approaches in Alzheimer and
         Prion Diseases. *Current Neurology and Neuroscience Reports*, 2: 400-404, 2002.

34.    Wegiel J, **Wisniewski T**, Reisberg B, Silverman W. Alzheimer dementia
         neuropathology. In: Dementia. Presentations, differential diagnosis, and nosology.
         Edited by V. Olga B. Emery, PhD. and Thomas E. Oxman, MD., The Johns
         Hopkins University Press, Baltimore and London, Chapter 4: 89-120, 2003.

11/26/2014                                          Thomas Wisniewski MD

35.     Sadowski M, **Wisniewski T**. Immunological treatment and imaging approaches for prion
        disease. *Current Medical Chemistry: Immunology, Endocrine & Metabolic
        Agents,* 3: 113-118, 2003.

36.      Sadowski M, Verma A, **Wisniewski T**. Prion Diseases. In Neurology in Clinical
        Practice, 4th Edition, Bradley W. (ed.), Chapter 59G: 1613-1630, 2004.

37.     Sigurdsson EM, Wadghiri YZ, Sadowski M, Elliot JI, Li Y, Scholtzova H, Tang CY,
        Aguilnaldo G, Duff K, Turnbull DH, **Wisniewski T**. In vivo magnetic resonance
        of amyloid plaques in Alzheimer's disease model mice. Chapter in: *The Living
        Brain and Alzheimer's Disease,* Fondation IPSEN. Pages: 47-59, Ed. Hyman B.,
        Springer Verlag Berlin Heidelberg, 2004.

38      **Wisniewski T,** Sadowski M. Book title: 100 Questions and Answers about Alzheimer's
        disease. Jones and Bartlett Publishers, 2004.

39.      Sadowski M, **Wisniewski T**. Vaccines for Conformational Disorders. *Expert Review of
        Vaccines*, 3 (3): 279-290, 2004.

40.     **Wisniewski T**. Mad cow disease and variant Creutzfeldt-Jakob disease. In Lorenzo NY
        (ed.) eMedicine Neurology. http://www.emedicine.com/neuro , 2004.

41.     Ghiso J, **Wisniewski T**. An animal model of vascular amyloidosis. *Nature Neuroscience*,
        7: 902-904, 2004.

42.     Sasson J, Sadowski M, **Wisniewski T**, Brown DR. Therapeutics and prion disease: can
        immunization or drugs be effective?  *Mini-Reviews in Medicinal Chemistry*, 5:
        361-366, 2005.

43.     Wadghiri YZ, Sigurdsson EM, **Wisniewski T,** Turnbull DH.  MR Imaging of Amyloid
        Plaques in Transgenic Mice. Chapter 27, pages: 365-380; In Sigurdsson EM (ed)
        Amyloid Proteins: Methods in Molecular Biology Vol. 299, Humana Press Inc.,
        Totowa, NJ, 2005.

44.     **Wisniewski T,** Frangione B. Immunological and anti-chaperone therapeutic approaches
        for Alzheimer's disease. *Brain Pathology*, 15: 72-77, 2005.

45.     **Wisniewski T**. Is amyloid-beta-peptide immunization clinically effective in patients with
        Alzheimer's disease?  *Nature Clinical Practice Neurology*. 1: 84-85, 2005.

46.     Sigurdsson E., **Wisniewski T.** Promising Developments in Prion Immunotherapy.
        *Expert Reviews of Vaccines*, 4: 607-610, 2005.

47.   **Wisniewski T**., Sigurdsson E. Prion Related Diseases. In Lorenzo NY (ed.) eMedicine Neurology. http://www.emedicine.com/neuro/topic662.htm, 2006

48.   Sadowski M, **Wisniewski T.** Apolipoproteins in different amyloidoses. In *Protein Misfolding. Aggregation and Conformational Diseases*. Editors: Uversky VN, Fink AL; Kluwer Academic/Plenum Publishers. Chapter 16, pages: 329-350, 2006.

49.   Sadowski M, **Wisniewski T**. Disease modifying approaches for Alzheimer's pathology. *Current Pharmaceutical Design* 13(19):1943-54, 2007.

50.   **Wisniewski T**, Chabalgoity J.A. & Goni F. Is vaccination against transmissible spongiform encephalopathy feasible? *In* Animal vaccination – Part 1: development, production and use of vaccines (P.-P. Pastoret, M. Lombard & A.A. Schudel, eds). *Rev. sci. tech. Off. int. Epiz.*, 26 (1), 243-251, 2007.

51.   Sigurdsson E., **Wisniewski T.** Therapeutic Approaches for Prion and Alzheimer's Diseases. *FEBS Journal*, 274: 3784-3798, 2007.

52.   Sadowski M, Verma A, **Wisniewski T**. Infections of the Nervous System: Prion Diseases. In <u>Neurology in Clinical Practice</u>, 5th Edition, Bradley W. (ed.), Chapter 57G, 1567-1581, 2008.

53.   **Wisniewski T**, Konietzko U. Amyloid-β immunisation for Alzheimer's disease. *Lancet Neurology*, 7(9):805-811, 2008.

54.   **Wisniewski T**, Sadowski M. Preventing Aβ fibrillization and deposition: β-sheet breakers and pathological chaperone inhibitors. *BMC Neuroscience*, 9(Suppl 2):S5, 2008.

55.   **Wisniewski T**. AD Vaccines: Conclusions and Future Directions, In *CNS & Neurological Disorders-Drug Targets*, 8(2): 160-166, 2009.

56.   **Wisniewski T**, Boutajangout A. Vaccination as a Therapeutic Approach for Alzheimer' Disease. *Mount Sinai Journal of Medicine*, 77: 17-31, 2010.

57.   **Wisniewski T**, Boutajangout A. Immunotherapeutic Approaches for Alzheimer's disease in transgenic mouse models. *Brain Structure and Function*, 214: 201-218, 2010.

58.   Wegiel J, **Wisniewski T**, Chauhan A, Chauhan V, Kuchna I, Nowicki K, Imaki H, Wegiel J, Ma SY, Bobrowicz T, Cohen I, London E, Brown TW. Type,

topography, and sequelae of neuropathological changes: Shaping clinical phenotype of autism. In *Autism: Oxidative stress, inflammation, and immune abnormalities*. Boca Raton, FL, CRC Press, pages: 279-282, 2010.

59.    **Wisniewski T**, Sigurdsson EM. Murine Models of Alzheimer's Disease and Their Use in Developing Immunotherapies. *BBA-Molecular Basis of Disease*, 1802: 847-859, 2010.

60.    de Leon MJ, Rusinek H, Tsui W, **Wisniewski T**, Wegiel J, George A. Neuroimaging of cognitive disorders: commentary. Chapter 28 in *Understanding Neuropsychiatric Disorders*, Editors: Shenton ME, Turetsky BI. Cambridge University Press, pages: 395-401, 2010.

61.    **Wisniewski T**, Goni F.  Immunomodulation for Prion and Prion Related Diseases. *Expert Review of Vaccines*, 9(12): 1441-1452, 2010.

62.    Wadghiri YZ, Hoang DM, **Wisniewski T**, Sigurdsson EM. In vivo imaging of amyloid plaques in transgenic mice. *Methods in Molecular Biology*, 849: 435-451, 2012.

63.    **Wisniewski, T**, Goñi, F. Immunomodulation. In: Zou, W. Q., Gambetti, P. (Eds) *Prions and Diseases*, 1st ed., Volume 2: Animals, Humans and the Environment. Publisher: Springer, New York, Chapter 17: 267-287, 2012.

64.    Nelson PT, Alafuzoff I, Bigio EH, Bouras C, Braak H, Cairns NJ, Davies P, Del Tredic K, Duychaerts C, Frosch MP, Hof PR, Hulette CM, Hyman BT, Iwatsubo T, Jellinger KA, Jicha GA, Kovari E, Kukull WA, Leverenz JB, Love S, Mackenzie IR, Mann DM, Masliah E, McKee AC, Montine TJ, Morris JC, Schneider JA, Sonnen JA, Thal DR, Trojanowski JQ, Troncoso JC, **Wisniewski T**, Woltjer RL, Beach TG. Correlation of Alzheimer's Disease Neuropathologic Changes and Cognitive Status: a Review of the Literature. *Journal of Neuropathology and Experimental Neurology*, 71(5):362-381, 2012.

65.    **Wisniewski T**, Goñi, F. Could Immunomodulation be used to Treat Prion Diseases? *Expert Review of Anti-infective Therapy*, 10(3): 307-317, 2012.

66.    Potter H, **Wisniewski T**. Apolipoprotein E: essential catalyst of the Alzheimer amyloid cascade. *International Journal of Alzheimer's Disease*, 2012:489428,  2012.

67.    **Wisniewski T**. Active Immunotherapy for Alzheimer's disease. *Lancet Neurology*, 11(7):571-572, 2012.

68.    Wegiel J, Schanen NC, Cook EH, Brown WT, Kuchna I, Nowicki K, Wegiel J, Imaki H,

Ma SY, London E, **Wisniewski T**. Clinicopathological stratification of idiopathic autism associated with duplications 15q11.2-q13.  In *The Neuroscience of Autism Spectrum Disorders*. Chapter 3.9, pages: 347-359, Edited by Joseph D. Buxbaum & Patrick R. Hof. Academic Press, Elsevier, Amsterdam, 2013

69.    Boutajangout A., **Wisniewski T**.  The Innate Immune System in Alzheimer's Disease. *International Journal of Cell Biology*, Volume 2013, Article ID 576383, 1-7. 2013.

70.    Willhite CC, Karyakina NA, Yokel RA, Mornoli F, Yenugadhati N, **Wisniewski TM**, Ian MF, Krewski A, Krewski D. Systematic review of potential health risks posed by pharmaceutical, occupational and consumer exposures to metallic and nanodot aluminum, aluminum oxide and the soluble salts. *Critical Reviews in Toxicology*, 44 (S4):1-80, 2014.

71.    Hartley D, Blumenthal T, Carrillo M, DiPaolo G, Esralew L, Gardiner K, Granholm AC, Iqbal K, Krams M, Lemere C, Lott I, Mobley W, Ness S, Nixon R, Potter H, Reeves R, Sabbagh M, Silverman W, Tycko B, Whitten M, **Wisniewski T**. Down Syndrome and Alzheimer's Disease: Common Pathways, Common Goals. *Alzheimer's & Dementia*, in press.

72.    Wegiel J, Morys J, Kowianski P, Ma SY, Kuchna I, Nowicki K, Imaki H, Wegiel J, Flory M, Brown TW, **Wisniewski T**. Delayed development of the claustrum in autism. In *The Claustrum: Structural, Functional, and Clinical Neuroscience*. Edited by Smythies JR, Edelstein LR, Ramachandran VS. Academic Press, Chapter 8, pages: 225-235, 2014.

73.    Rubenstein R, Peterson R, **Wisniewski T**. "Prion Diagnosis", In the Manual of Molecular and Clinical Laboratory Immunology (8th Edition) published by the American Society for Microbiology Press. (R.L. Hodinka, Ed.), in press.

74.    **Wisniewski T**, Goni F.  Immunotherapy for Alzheimer's disease. *Biochemical Pharmacology*, 88: 499-507, 2014.

75.    Sabharwal P, **Wisniewski T.** Novel Immunological Approaches for the Treatment of Alzheimer's disease, *Chinese Journal of Contemporary Neurology and Neurosurgery*, 14: 139-151, 2014.

76.    Boutajangout A, **Wisniewski T**. Tau as a therapeutic target in Alzheimer's disease. *Gerontology*, 60: 381-385, 2014.

77.    Yaghmoor F, Noorsaeed A, Alsaggaf S, Aljohami W, Scholtzova H, Boutajangout A,

11/26/2014                                    Thomas Wisniewski MD

**Wisniewski T.** The Role of TREM2 in Alzheimer's Disease and other Neurological Disorders. *Journal of Alzheimer's Disease and Parkinsonism*, 4(5): 160, 2014.

78.  Crary JF, Trojanowski JQ, Schneider JA, Abisambra JF, Alafuzoff I, Arnold SE, Attems J, Beach TG, Cairns NJ, Dickson DW, Gearing M, Grinberg L, Hof PR, Hyman BT, Jellinger K, Kovacs GG, Knopman DS, Kofler J, Masliah E, McKee A, Murray ME, Neltner JH, Santa-Maria I, Seeley WW, Serrano-Pozo A, Shelanski ML, Stein T, Takao M, Thal DR, Toledo JB, Troncoso JC, Vonsattel JP, White 3rd CL, **Wisniewski T**, Woltjer RL, Yamada M, and Nelson PT. Primary age-related tauopathy (PART): a common pathology associated with human aging. *Acta Neuropathologica*, 128(6): 755-766. 2014.

79.  **Wisniewski T**, Goni F. Immunotherapeutic Approaches for Alzheimer's Disease. *Neuron*, in press.

**Total of 241 full length peer reviewed publications (162 peer reviewed original data manuscripts and 79 peer reviewed book chapters, reviews or books).**
**Average Citations per manuscript: ~21**
**H-Index: 56 (using Web of Science); 62 (using Google Scholar)**
**Total Citations: >13,000**

48