**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden,<br>*on behalf of themselves and*<br>*others similarly situated*,<br><br>          Plaintiffs,<br><br>              v.<br><br>National Football League and<br>NFL Properties, LLC,<br>successor-in-interest to<br>NFL Properties, Inc.,<br><br>          Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**DECLARATION OF Steven T. DeKosky, MD, FACP, FAAN, FANA**

Steven T. DeKosky affirms under penalty of perjury the truth of the following facts:

1.      I am Visiting Professor of Radiology and Neurology at the University of Pittsburgh School of Medicine, and Immediate Past Dean and Emeritus Professor of Neurology at the University of Virginia School of Medicine.  My *curriculum vitae* is attached as Exhibit A.

2.      I have been asked to submit this declaration in support of the objection to the proposed class action settlement in the above captioned case filed by the MoloLamken LLP law firm.  I am not being compensated for my work in doing so.

3.      Chronic traumatic encephalopathy (or CTE) is a unique neurodegenerative disease that is known to exist outside of ALS, Alzheimer's disease, or Parkinson's disease.

4.      Repetitive brain trauma is a necessary condition for developing CTE.

5.      ALS, Alzheimer's disease, and Parkinson's disease are found in the general population of individuals who have not suffered repetitive brain trauma.  Suicidality does not present as a symptom of these diseases.

6.      Mood and behavioral impairments such as depression, suicidality, hopelessness, impulsivity, explosiveness, rage, and aggression, although present in the general population, appear more frequently in individuals suffering from CTE than in the general population.

7.      The mood and behavioral impairments associated with CTE can present prior to the onset of CTE-related dementia and can be the cause of significant disability and distress for the patient.

8.      Based on my experience and knowledge of the clinical and scientific literature, I believe that a reliable, valid, and clinically accepted diagnosis of CTE, based, in part, on objective biomarkers, will likely be possible in the next decade, if not sooner, and long before the 65-year term of the proposed NFL Concussion Litigation Settlement expires.

9.      I am not aware of the use of the diagnostic or classification categories of "Neurocognitive Impairment Level 1.0," "Neurocognitive Impairment Level 1.5," or "Neurocognitive Impairment Level 2.0" anywhere in the medical or scientific community.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury that the foregoing is true and correct.


Dated:  November 26, 2014

Steven T. DeKosky, MD

# Exhibit A

# CURRICULUM VITAE

## STEVEN TRENT DeKOSKY, M.D.

<u>CURRENT POSITION:</u>   Visiting Professor
Department of Radiology (UPMC PET Center)
University of Pittsburgh School of Medicine

Immediate Past Vice President/Dean and Emeritus Professor of Neurology
University of Virginia School of Medicine

<u>PERSONAL INFORMATION</u>

Place of Birth:    Camden, New Jersey, USA

Residence:    3600 Raleigh Mountain Trail          Current: 900 Miami Avenue
Charlottesville, VA  22903                     Pittsburgh, PA 15228

Office:    E-mail: DeKosky@Virginia.edu; DeKosky@mac.com

<u>EDUCATION</u>

| | | |
|---|---|---|
| 1968 | A.B. (Psychology) | Bucknell University Lewisburg, Pennsylvania |
| 1968 -1970 | Graduate Student | Depts. of Psychology and Neuroscience University of Florida Gainesville, Florida |
| 1974 | M.D. | University of Florida College of Medicine Gainesville, Florida |

<u>POSTGRADUATE TRAINING</u>

| | | |
|---|---|---|
| 1974-1975 | Intern in Internal Medicine | The Johns Hopkins Hospital Baltimore, Maryland |
| 1975-1978 | Resident in Neurology | University of Florida College of Medicine Gainesville, Florida |
| 1978-1979 | Postdoctoral Fellow, Neurochemistry | Clinical Neuroscience Research Center/ department of Neurology University of Virginia School of Medicine Charlottesville, Virginia |
| 1/14-1/26/01 | Program for Chiefs of Clinical Services | Harvard School of Public Health Department of Health Policy and Management and the Center for Continuing Professional Education Boston, Massachusetts |
| 10/01 | Good Clinical Practices for Clinical Investigators | Association of Clinical Research Professionals Chicago, IL |

1

| Nov. 2008 | AAMC Executive Development Seminar for Deans Phase I | American Association of Medical Colleges Washington, DC |
| June 2009 | AAMC Executive Development Seminar for Deans Phase II | American Association of Medical Colleges Washington, DC |
| September 2013- March 2014 | Visiting Scholar | Department of Medical Ethics and Health Policy University of Pennsylvania Perelman School of Medicine Philadelphia, PA |
| April 2014 - present | Visiting Scholar | Department of Radiology (UPMC PET Center) University of Pittsburgh School of Medicine Pittsburgh, PA |

### ACADEMIC POSITIONS

| 1978-1979 | Instructor, Department of Neurology University of Virginia School of Medicine Charlottesville, Virginia |
| 1979-1985 | Assistant Professor of Neurology University of Kentucky College of Medicine |
| 1980-1985 | Assistant Professor of Anatomy University of Kentucky College of Medicine |
| 198l-1990 | Graduate Faculty University of Kentucky Graduate School |
| 1983 | Visiting Professor, Department of Psychobiology University of California - Irvine Laboratory of Dr. Carl W. Cotman |
| 1985-1990 | Associate Professor of Neurology (with tenure) University of Kentucky College of Medicine |
| 1985-1990 | Associate Professor of Anatomy and Neurobiology University of Kentucky College of Medicine Lexington, Kentucky |
| 1985-1987 | Interim Chairman, Department of Neurology University of Kentucky College of Medicine |
| 1990-2008 | Professor of Psychiatry (with tenure) Western Psychiatric Institute and Clinic (WPIC) & University of Pittsburgh School of Medicine Pittsburgh, Pennsylvania |
| 1990-2008 | Professor of Neurology and Neurobiology University of Pittsburgh School of Medicine |
| 1991-2008 | Graduate Faculty University of Pittsburgh School of Medicine |

| | |
|---|---|
| 1993-2000 | Chief, Division of Geriatrics and Neuropsychiatry, WPIC<br>University of Pittsburgh School of Medicine |
| 1997-2008 | Professor of Human Genetics<br>Graduate School of Public Health<br>University of Pittsburgh |
| 2000-2002 | Interim Chair, Department of Neurology<br>University of Pittsburgh School of Medicine |
| 2001-2004 | Director, Pittsburgh Institute for Neurodegenerative Diseases<br>University of Pittsburgh and University of Pittsburgh Medical Center |
| 2002-2008 | Chair, Department of Neurology<br>University of Pittsburgh School of Medicine |
| 2008-2013 | Dean, University of Virginia School of Medicine<br>Vice President, University of Virginia<br>James Carroll Flippin Professor of Medical Science |
| 2008-2014 | Professor of Neurology and Professor of Psychiatry and Behavioral Neurosciences<br>University of Virginia School of Medicine |
| 2008-present | Adjunct Professor of Neurology<br>University of Pittsburgh School of Medicine |
| 2013-2014 | Visiting Professor<br>Department of Medical Ethics and Health Policy<br>University of Pennsylvania Perelman School of Medicine |
| 2014-present | Visiting Professor<br>Department of Radiology<br>University of Pittsburgh School of Medicine |
| 2014-present | Professor of Neurology Emeritus<br>University of Virginia School of Medicine |

## HOSPITAL AFFILIATIONS

| | |
|---|---|
| 1979-1985 | Attending Neurologist, University Hospital<br>University of Kentucky, Lexington, Kentucky |
| 1979-1990 | Staff Neurologist<br>VA Medical Center, Lexington, Kentucky |
| 1982-1990 | Associate Medical Staff (Neurology)<br>Commission for Handicapped Children<br>Commonwealth of Kentucky |
| 1985-1987 | Interim Neurologist-in-Chief, University Hospital<br>Lexington, Kentucky |
| 1985 -1990 | Medical Staff, Cardinal Hill Rehabilitation Hospital<br>Lexington, Kentucky |

3

1990-2008       Medical Staff, University of Pittsburgh Medical Center
                Presbyterian-University Hospital, Western Psychiatric Institute and Clinic,
                Montefiore University Hospital
                Pittsburgh, Pennsylvania

2003-2008       Medical Staff, UPMC Health System, UPMC Shadyside
                Pittsburgh, Pennsylvania

2008-2013       Physician-in-Chief
                University of Virginia Health System
                Charlottesville, Virginia

2008-present    Medical Staff
                University of Virginia Health System
                Charlottesville, Virginia

2011-present    UVA Transitional Care Hospital and UVA Health South Rehabilitation Hospital
                Charlottesville, Virginia


PROFESSIONAL SOCIETIES AND ORGANIZATIONS

Alzheimer's Association/Administration:
        National Board of Directors (1994-2002; 2004-2011) (reelected 2004 after required 1 year hiatus)
                Vice Chairman, 1998-2000
                Co-Chairman, Strategic Planning Committee, 1996-1997
                Member, Ethics Advisory Panel, 1997-present
                Development Committee, 2000- 2011
                Public Policy Committee, 2000-2011
                Finance Committee, 2006-2011
Alzheimer's Association/Research:
        National Medical and Scientific Advisory Board (MSAB)
                Member, 1994
                Vice-Chairman, 1995-1997
                Chairman, 1997-2000
        National Medical and Scientific Advisory Council (successor to MSAB)
                Chairman, 1997-2002
                Member, ad hoc, 2008-2014
        Member, Board of Directors, World Alzheimer Congress, 1998-2000
        Chair, Research Round Table – 2009
        Chair, Annual Public Policy Forum, Washington, DC, 2008
        Founding Chair, ISTAART (International Society to Advance Alzheimer Research and Treatment), 2008-2011;
        elected to second term 2012-2014

        American Board of Psychiatry and Neurology
                Member, Neurology Council (2003-2010) (President, 2010)
                Member, Committee on Credentials –Neurology (2002-2005; Chair 2006-2010)
                Member, Committee on Finance (2002-2007)
                Member, Committee to Review Appeals – Neurology (2002-2007)
                Member, Committee on Research and Development – Neurology (2002-2010)
                Chair, Examination Committee – Neurology, Part B [behavioral neurology, neuropsychiatry,
                neuropsychology] (2008-present)
                Vice-Chair, Part I (Written Exam) Committee (2003-2004; Chair 2005-2007)

4

Member, Informatics Committee (2002-2005)
Member, Committee on Recertification (2002-2007)
Member, Committee on Core Competencies (2002-2010)
Member, Committee on Maintenance of Certification (2002-2010)
Member, Task Force on Conflict of Interest (2002-2007)
Chair, Strategic Planning Committee (2005-2010)
Member, Nominating Committee for Year 2007 Officers (2005-2006)
Liaison to Committee of Neurological Sciences (2005-2010)
Chair, Combined Part I Committee (2008-2010)
Chair, Vascular Neurology Steering Committee (2008-2010)
Member, Committee on Research and Development – Neurology (2005-2010)
ABPN Executive Committee 2008-2010
Member at Large, 2008; Secretary, 2009; Vice President, 2010
Member, Building Committee, 2013-present

Alzheimer's Disease International (ADI)
Executive Committee, 2002-2005
Chair, Medical and Scientific Advisory Panel, 2002-2005
Member, MSAP, 2006-present
Member, International Advisory Board for 29th ADI Conference Dec 2013 (San Juan, Puerto Rico)

American Neurological Association (elected 1988)
Member, Long Range Planning Committee (1995-1997)
Chair, Membership Committee (2006-2008)
Member, Executive Council (elected) (2008-2011)
Elected Fellow, 2013

American Academy of Neurology (Member since 1976; Fellow, 1983-present)
Section on Geriatrics (Founding Member)
Chair (1996-1998); Vice Chair (1994-1996)
Chairman, Liaison Committee (1991-1993)
Chairman, Public Policy Committee (1993-1994)
Section on Behavioral Neurology (Founding Member)
Director, Annual Course in Geriatric Neurology (1992-1995)
Chair, Aging and Dementia Program (1995-1996)
Member, Scientific Issues Subcommittee (1995-1996)
Member, Scientific Program Subcommittee (1995-1996)
Member, Legislative Affairs Committee (1998-2008)
Director, Dementia Update Course (1999-2002)
Chair, Dementia Practice Parameters Committee of Quality Standards Subcommittee (1999-2001)
Responsible for developing practice guidelines for early detection, diagnosis, and treatment of dementia

American College of Neuropsychopharmacology (ACNP; elected 2003)
Program Committee    (2005-2007)
Public Policy Committee   (2005-2008)
Human Research Committee   (2006-2009)

American Society for Neurological Investigation (ASNI)
Councilor for the Southern United States, 1986-1988

American Society for Experimental NeuroTherapuetics
Board of Directors, 2005-2008, 2012-2015
Society for Experimental Neuropathology
Councilor (elected) 1990-1992; Assistant Secretary Treasurer 1993-1995
Society for Neuroscience

International Society for Neurochemistry
American Society for Neurochemistry
Behavioral Neurology Society
International Society of Neuropathology
Fellow, Stroke Council, American Heart Association
New York Academy of Sciences
National Neurotrauma Society

HONORS AND AWARDS

| | |
|---|---|
| 1967 | Psi Chi, Bucknell University (National Psychology honorary) |
| 1968-1969 | Predoctoral Fellowship, Center for Neurobiological Sciences University of Florida College of Medicine |
| 1969 | Phi Sigma, University of Florida |
| 1972 | Alpha Omega Alpha Research Award University of Florida College of Medicine |
| 1974 | Roger Schnell Award for Excellence in Clinical Neurology (Graduation Award, University of Florida College of Medicine) |
| 1978-1979 | National Research Service Award in Developmental Neurology (Neurochemistry) NINCDS |
| 1980-1985 | Teacher-Investigator Development Award, NINCDS |
| 1983 | Sigma Xi, University of Kentucky |
| 1987 | Research Associate, Sanders-Brown Research Center on Aging |
| 1988 | William Osler Fellow, University of Kentucky College of Medicine |
| 1988 | Presidential Award, American Neurological Association |
| 1992 | *Who's Who in the East* |
| 1994-present | *The Best Doctors in America* |
| 1994-1995 | *Who's Who Worldwide* |
| 1996-1997 | *Best Doctors in America:  Northeast Region* |
| 1996 | Univ. of Pittsburgh Nominee:  1997 King Faisal International Prize for Medicine |
| 1996 | *Who's Who in Medicine and Healthcare* |
| 1997 | *Who's Who in Science and Engineering* |
| 1997 | 11th Annual Joseph M. Foley, M.D. Lecturer, Cleveland Clinic Foundation |
| 1998 | *Who's Who in America* |
| 1998 | David B. Tyler Memorial Lecturer, University of South Florida College of Medicine |
| 1999 | Distinguished Alumnus of the University of Florida College of Medicine |
| 2000 | Ralph W. Richter Award for Excellence in the Field of Alzheimer's Research |
| 2001 | George Randolph and Patricia Scott Lectureship on the Physiology of Aging, Mayo Foundation, Rochester, MN |
| 2003-present | Member (Neurology) American Board of Psychiatry and Neurology |
| 2002 | *Who's Who in Health Sciences Education* |
| 2003 | Rita Hayworth Award for Alzheimer's Disease Research, national Alzheimer's Association |
| 2003-present | *Best Doctors in America* (continuously elected to present) |
| 2003-present | *Who's Who in America* (continuously elected to present) |
| 2004-present | *America's Top Doctors* (continuously elected to present) |
| 2005 | Ronald and Nancy Reagan Research Institute Award for outstanding contributions to research, care, and advocacy on behalf of Alzheimer's patients and their caregivers. |
| 2006 | NIH Great Teachers Lecturer "Alzheimer's Disease" |
| 2008 | Alzheimer's Association Zaven Khachaturian Award |
| 2008-2013 | James Carroll Flippin Chair in Medical Sciences, University of Virginia |
| 2009-present | *Who's Who in Medicine and Healthcare (*continuously elected) |
| 2013 | Fellow, American Neurological Association |
| 2013 | Invited Commencement Speaker, University of Florida College of Medicine |
| 2014 | Luttge Invited Neuroscience Lecturer, University of Florida |

BOARD CERTIFICATION AND LICENSURE

| | |
|---|---|
| 1975 | Diplomate of the National Board of Medical Examiners |
| 1978 | Certificate of Registration in Medicine and Surgery of the State of Virginia [active] |
| 1979 | Medical Licensure, State of Kentucky |
| 1979 | Diplomate of the American Board of Psychiatry and Neurology (Neurology) |
| 1990 | Certificate of Registration in Medicine and Surgery of the State of Pennsylvania [active] |
| 2004-2014 | Recertification in Neurology, American Board of Psychiatry and Neurology (still hold lifetime certification) |

RESEARCH INTERESTS

Dementia, especially Alzheimer's disease: diagnosis, treatment, prevention; neurochemistry, genetics, neuroimaging, epidemiology, neuropsychiatry
Central Nervous System regeneration and response to injury
Traumatic Brain Injury and relationship to long-term neurological outcomes
Ethics, health policy, and clinical/biomarker aspects of preclinical assessment for dementia

PATENTS

1997:  "Use of the genetics of alpha-1-antichymotrypsin (ACT) and levels of ACT in blood and CSF for diagnosis of Alzheimer's disease" (With M. Ilyas Kamboh, Ph.D.)

JOURNAL AND GRANT REVIEW

Editorial Boards
*Archives of Neurology*  (1997-present)
      Associate Editor, 2002-2005
*Alzheimer Disease and Associated Disorders: An International Journal*  (1993-present)
*Brain Aging International Journal* (2002-present)
*Neurotherapeutics* (2010-present)
Alzheimer's and Dementia: *Translational Research and Clinical Interventions* (2014-present)
      Senior Associate Editor
*Annals of Neurology* (2001-2014)
*Journal of Alzheimer's Disease* (2002-2010)
*Neurodegenerative Diseases* (2002-2009)
*Current Alzheimer Research* (2003-2010)
*Neurosurgery (2005-2014)*

Journal Reviewer:
*American Journal of Psychiatry*
*Annals of Neurology*
*Archives of General Psychiatry*
*Archives of Neurology*
*Experimental Neurology*
*Journal of the American Medical Association (JAMA)*

Journal Reviewer (cont.):
*Journal of Cerebral Blood Flow and Metabolism*
*Journal of Comparative Neurology*
*Journal of Neural Transmission*
*Journal of Neuroscience*
*Lancet*
*Lancet Neurology*
*Nature*
*Nature Neuroscience*
*Neurobiology of Aging*
*Neurology*
*Neurology Network Commentary*  (1996-2000)
*Neuropsychopharmacology*
*Neurosurgery*
*New England Journal of Medicine*
*Physiology and Behavior*
*Proceedings of the National Academy of Sciences (USA)*
*Science*
*Science Translational Medicine*
*Stroke*

NIH Consulting, Study Sections, and Council:

National Institute of Health Common Fund
      Scientific Advisory "Council of Councils" 2013-2016

Member, Working Group on evaluating and making recommendations for changes to Common Fund Operations, Programs, Management and Oversight (2013-14)

National Center for Complementary and Alternative Medicine (NCCAM)
   Scientific Advisory Council, 2009-2013
   Chair, Drug Safety Monitoring Board, Creatine Safety, Tolerability, & Efficacy in Huntington's Disease (CREST-E) Study, NCCAM  (active)
   Chair, NCCAM Botanical Research Expert Panel, 2013

Study Sections Member:
   NIA-Neuroscience Review Committee (1997-2001); Chairperson (2000-2001)
   National Institute on Aging: Ad Hoc Study Sections on Alzheimer's Disease Research Centers:
      Member and Chair multiple times between 1995 and 2012; ADRC Study Section Chair, October 2013.

Alzheimer's Disease Research Centers (NIA funded) elected positions:
      Chair, ADRC Center Directors Executive Committee
      Chair, National Alzheimer Coordinating Center Steering Committee

National Institute on Aging Study Section: Geriatric Research and Training Centers (GRTCs)
Research Career Development Award Study Section, Medical Research Service, VA Central Office
Small Grants Review Committee, National Institute of Aging (multiple)
Small Business Innovation Research (SBIR), NIAA
National Institute on Aging Search Committee for Director of Neuroscience, NIA 2010-2011

Ad Hoc Grant Reviewer:
      Chair, Brain Canada.Chagnon Family Foundation, ADRD Prevention Initiative Review Group, 2013
      Peer Review Committee, Canadian Consortium on Neurodegeneration in Aging (CCNA); 2013-14
      Alzheimer Association
      National Science Foundation
      Veterans Administration Merit Review Board in Neurobiology
      Veterans Administration Research Advisory Group (RAG) Committee
      Recombinant DNA Advisory Committee (RAC), NIH
      Commonwealth of Virginia: Alzheimer's Disease and Related Disorders Research Fund
      Ohio State Board of Regents:  Ohio Eminent Scholars Program
      Human Frontier Science Program (Strasbourg, France)
      Alzheimer Disease Internatonal, multiple ad hoc; most recently 2013

COMMITTEES AND ADMINISTRATIVE DUTIES
University of Kentucky (1979-1990)
      Utilization Review Committee, University of Kentucky Medical Center; 1979-83
      Pharmacy and Therapeutics Committee, VA Medical Center, Lexington, KY; 1979-82
      Committee on Aging, University of Kentucky Medical Center; 1980-82
      Animal Care Subcommittee, University of Kentucky Medical Center; 1980-83
      Research Budget Committee, Lexington VA Medical Center 1982-85
        (Chairman, 1982-84); 1987-1990
      Research and Development Committee, Lexington VA Medical Center
        1980-83, 1984-85 (Chairman, 1982-83)
      Student Progress and Promotions Committee, University of Kentucky College of
        Medicine; 1984-85 (Faculty Council Liaison)
      Faculty Council (elected), University of Kentucky College of Medicine; 1984-85
      Geriatric Advisory Board, Lexington VA Medical Center; 1984-1990
      Quality Assurance Committee, Department of Neurology, University of Kentucky
        1985-1990 (Chairman, 1985-87)
      Department of Neurology Review/Chairman Search Committee (Department
        Representative) 1985-87

8

Steering Committee, Magnetic Resonance Imaging and Spectroscopy Center,
  University of Kentucky, 1985-1987
Veterans Administration Dean's Committee, Lexington VA Medical Center; 1985-1987
University Hospital Clinical Board, University of Kentucky Medical Center; 1985-1987
Chiefs of Clinical Service Committee, Univ. of Kentucky College of Medicine; 1985-1987
Chairman's Council, University of Kentucky College of Medicine; 1985-1987
Quality Assurance Review Board, Lexington VA Medical Center, 1987-1988
Research Committee, University of Kentucky College of Medicine, 1988-1991
Research Budget Committee, Lexington VA Medical Center, 1988-1990
Faculty Council (elected), University of Kentucky College of Medicine, 1989-1991

University of Pittsburgh (1990-2008)

Alzheimer's Disease Research Center Internal Advisory Group
  University of Pittsburgh Medical Center, 1990-present
Director, Behavioral Neurology/Neuropsychiatry of Aging Training Program
  University of Pittsburgh, 1990-2008
Task Force on Geriatric Programs, University of Pittsburgh Medical Center, 1991-2008
Residency Selection Committee, Department of Psychiatry, WPIC, 1990-2000
Department of Neurology Chairman Search Committee, 1992-1993
Director, Division of Geriatrics & Neuropsychiatry, Department of Psychiatry, 1992-2001
Director, Geriatric Health Services, University of Pittsburgh Medical Center, 1992-2002
Executive Committee, Center for Neurosciences/University of Pittsburgh, 1992-2008
Academic Promotions Committee, Department of Psychiatry, 1993-2001
Adult Medical Directors Committee, Western Psychiatric Institute and Clinic, 1993-1999
WPIC Research Strategic Planning Committee, 1993-2008
Functional Imaging Research Program Scientific Advisory Committee, 1994-2001
Associate Scientist, Safar Center for Resuscitation Research, 1995-2008
Executive Committee, Western Psychiatric Institute and Clinic, 1997-2008
University Council on Aging, 2000-2008
Clinical Research Steering Committee, 2000-2008
University of Pittsburgh Physicians, Council of Clinical Chairs, 2000-2008
University of Pittsburgh Physicians, Board of Directors, 2000-2008
Executive Committee, UPMC Medical Staff, 2000-2008
Executive Board, Pittsburgh Development Center, 2001-2008
Chair, Department of Neurosurgery Search Committee, University of Pittsburgh, 2006-2007
Internal Advisory Board, University of Pittsburgh Sleep Medicine Institute, 2008

University of Virginia (2008-2013)

President's Cabinet
Medical Center Operating Board (MCOB) Member (ex officio as VP/Dean)
        MCOB Quality Subcommittee Co-Chair
Physician in Chief, University of Virginia Health System
University Physician's Group (UPG) (Medical Faculty Practice Plan)
        Board of Directors
        Executive Committee
        Finance Committee
        Nominating Committee
Ivy Foundation Board of Directors
UVA Health Foundation Board of Directors
Culpeper Regional Hospital Board of Trustees
Health System Clinical Strategy Group Co-Chair
        Strategic Planning Executive Committee

CURRICULUM VITAE
STEVEN T. De KOSKY, M.D.

Clinical Staff Executive Committee
Medical Alumni Association Board of Directors
Medical School Foundation Board of Trustees
Virginia Urologic Foundation (VUF) Board of Directors
Director, UVA Alzheimer's Disease Research Center

CLINICAL AND RESEARCH RELATED ACTIVITIES
University of Kentucky 1979-90:
    Gordon Conference on Biology of Aging (Invited Participant), Ventura, California, 1982
    Board of Directors, Lexington Bluegrass Alzheimer's Disease and Related Disorders
        Association (ADRDA), 1984-1990 (Founding Member)
    Invited Examiner, Part II (oral examinations), American Board of Psychiatry and
        Neurology, 1981-present
    Medical Review Board, Division of Driver Licensing, Commonwealth of Kentucky, 1985-1990
    Professional Education Committee, Kentucky Organ Donors Association, 1987-1990
    Director, Memory Disorders Clinic, University of Kentucky Medical Center 1984-1990
    Co-Director, Alzheimer's Disease Research Center, University of Kentucky, 1985-1990
    Governor's Task Force on Alzheimer's Disease, State of Ohio (Vice Chair) 1986-1992

University of Pittsburgh 1990-2008
    Co-Director, Alzheimer's Disease Research Center, 1990-1994
    Director, Memory Disorders Clinic, 1990-2008
    Invited Participant, FASEB Meeting on Neurobiology of Brain Injury Copper Mountain, CO, June 1992
    Chairman, Professional Advisory Board, Greater Pittsburgh Chapter Alzheimer's Association, 1992-present
    Member, External Advisory Committee, University of Rochester Alzheimer's  Disease Center, 1993-1998
    Director, Alzheimer's Disease Research Center  University of Pittsburgh, 1994-2008
    Chairman, External Advisory Committee, University of Indiana Alzheimer's  Disease Center, 1995-present
    Chairman, External Advisory Committee, Emory University Alzheimer's  Disease Center, 1995-2008
    Member, External Advisory Committee, Alzheimer's Disease Research Center, University of Alabama at
        Birmingham, 1999-2004
    Member, External Advisory Board, Alzheimer's Disease Research Center
        University of Texas Medical School-Dallas, 1991-1998
    Member, Executive Committee, National Alzheimer's Coordinating Center [elected], 1999-present
        Chairman, 2001-2003
    Member, County of Allegheny, Division of Forensic Neuropathology Advisory Board, 2002-present
    Director and Committee Organizer, Barcelona-Pittsburgh Conference "Dementia Today," 2000, 2002, 2004,
        2006
    Member, Academic Advisory Board, Pfizer Biology Psychiatry Postdoctoral Fellowship Program, 1999-2004
        (Chair, 2003-2004)
    Chairman, External Advisory Committee, University of California-Davis Alzheimer's
        Disease Center, 2005-present
    Chairman, External Advisory Committee, Harvard / Massachusetts General Hospital Alzheimer's
        Disease Center, 2006-2011
    Member, Board of Directors, American Society for Experimental NeuroTherapeutics, 2005-present
    Member, Alzheimer's Disease Cooperative Study Internal Ethics Committee, 2007-present
    Member, External Advisory Board, Hellman Center, University of California San Francisco, 2009-2011
    Member, External Advisory Board, Sanders-Brown Center on Aging, University of Kentucky, 2010-2011


INVITED LECTURES: 2005-present

    American Medical Directors Association Annual Symposium.  San Francisco, CA, March 2000.
    Medical College of Georgia, Dean's Symposium. Augusta, GA, March 2000.
    University of Arkansas, Dementia Center of Arkansas.  Benton, AR, August 2000.
    Barcelona-Pittsburgh Dementia Today Conference.  Barcelona, Spain, October 2000

Mini-Medical School.  Harrisburg, PA, January 2001.
American Society of Neuroradiology Symposium.  Boston, MA, April 2001
Northwestern University Medical School, Chicago, IL, April 2001.
Dean's Lecture Series, University of Kentucky College of Medicine, Lexington, KY, May 2001.
Eleventh Annual Matthew and Marcia Simons Lecturer, Boston, MA, November 2001.
George Randolph and Patricia Scott Lectureship on the Physiology of Aging, Rochester, MN, Nov. 2001.
Southern Clinical Neurological Society 29th Annual Meeting, Puerto Vallarta, Mexico, January, 2002.
American Association for Geriatric Psychiatry 15th Annual Meeting, Orlando, FL, February, 2002.
American Society of Neuroimaging 25th Annual Meeting, Tampa Bay, FL, March, 2002.
John A. Burns School of Medicine, University of Hawaii, Honolulu, HI, Kaiser Lecture, March, 2002.
American Society for Pharmacology and Experimental Therapeutics-Ray Fuller Symposium, New Orleans, LA, April, 2002.
7th Neurodegenerative Disorders: Common Molecular Mechanisms, Montego Bay, Jamaica, April, 2002.
Geriatric Medicine Grand Rounds, University of Rochester, Rochester, MN, September, 2002.
Barcelona-Pittsburgh Dementia Today Conference.  Barcelona, Spain, October 2002.
2nd Conference of the Korean Dementia Society.  Seoul, Korea, November, 2002.
Neurology Grand Rounds, University of Maryland.  Baltimore, MD, February, 2003.
American Society for Experimental NeuroTherapeutics 5th Annual Meeting.  Washington, DC, March, 2003.
Parkinson Study Group 16th Annual Meeting, Key Biscayne, FL, May, 2003.
43rd Annual NCDEU Meeting, Boca Raton, FL, May, 2003.
11th Annual International Psychogeriatric Association Meeting, Chicago, IL, August, 2003.
2nd Annual Dementia Congress, Washington, DC, September, 2003.
3rd Annual International College of Geriatric Psychoneuropharmacology, San Juan, Puerto Rico, December, 2003.
Update on Early Treatment and Diagnosis of Alzheimer's Disease, Pittsburgh, PA, March, 2004.
6th Annual Meeting of the American Society for Experimental NeuroTherapeutics , Bethesda, MD, March, 2004.
8th International Montreal/Springfield Symposium on Advances in Alzheimer Therapy, Montreal, Canada, April, 2004.
American Society for Pharmacology and Experimental Therapeutics, Washington, DC, April, 2004.
1st Esteve International Symposium on Alzheimer's Disease, Barcelona, Spain, May, 2004.
International Symposium on Neurological Disorders, Shanghai, China, August, 2004.
Institute of Medicine 2004 Annual Meeting, Washington, DC, October, 2004.
Barcelona-Pittsburgh Conference, Dementia Today, Barcelona, Spain, October, 2004.
Northwestern Drug Discovery Program Keynote Lecture, Chicago, IL, November, 2004.
Macy Conference, The Convergence of Neuroscience, Behavioral Science, Neurology and Psychiatry, Scottsdale, AZ, January, 2005.
7th Annual Meeting of the American Society for Experimental NeuroTherapeutics, Washington, DC, March, 2005.
Annual Mild Cognitive Impairment Symposium, Miami Beach, FL, March, 2005.
University of Michigan Grand Rounds, Ann Arbor, MI, April, 2005.
University of Arkansas for Medical Sciences Conference on Complementary and Alternative Therapies, Little Rock, AR, April, 2005.
Neurology Grand Rounds, Robert Wood Johnson Medical School, New Brunswick, NJ, May, 2005.
Smithsonian Mini-Med School:  Aging Under the Microscope, Washington, DC, May, 2005.
Society of Biological Psychiatry Annual Meeting, Atlanta, GA, May, 2005.
International Conference on Prevention of Dementia, Washington, DC, June, 2005.
21st International Conference of Alzheimer's Disease International, Istanbul, Turkey, September 2005.
10th Annual Graylyn Conference on Women's Cognitive Health:  Fostering a Dialogue that Leads to Cutting Edge Translational Research, Winston-Salem, NC, October, 2005.
CNS Disease Congress:  Novel Advances in Discovery, Therapeutics & Clinical Trials, Boston, MA, March, 2006.
Contemporary Clinical Medicine:  Great Teacher's Lecture, National Institute of Health Clinical Center Grant Rounds, Bethesda, MD, April, 2006.
9th International Geneva/Springfield Symposium on Advances in Alzheimer Therapy, Geneva, Switzerland, April, 2006.

Southern Illinois Center for Alzheimer Disease and Related Disorders, Visiting Professorship, Springfield, IL, April, 2006.

8th Annual Future Leaders in Psychiatry Meeting, Miami Beach, FL, May, 2006.

Massachusetts General Hospital Grand Rounds, Boston, MA, June, 2006.

10th International Conference on Alzheimer's Disease and Related Disorders, Madrid, Spain, July, 2006.

Barcelona-Pittsburgh Conference, Dementia Today, Barcelona, Spain, October, 2006.

5th Annual Dementia Congress, Washington, DC, November, 2006.

Merck Research Laboratories Guest Lecturer, West Point, PA, November, 2006.

The Southern Clinical Neurological Society, Aruba, Dutch Caribbean, January, 2007.

American Association for Geriatric Psychiatry, New Orleans, LA, March, 2007.

University of Cincinnati Grand Rounds, March, 2007.

Albert Einstein Grand Rounds, New York, NY, May, 2007.

International Conference on Prevention of Dementia, Washington, DC, June, 2007.

Ohio State Lecture, Columbus, OH, June, 2007.

Erice International Seminars on Planetary Emergencies, Sicily, Italy, August, 2007.

University of Florida, Department of Psychiatry Grand Rounds, September, 2007.

University of Alabama Birmingham, Lindy E. Harrell Lecture in Alzheimer's Disease, September, 2007.

University of North Texas Health Sciences Center at Fort Worth Distinguished Speaker Series, October, 2007.

Korean Neurologic Association, Seoul, Korea, October, 2007.

Neurology Grand Rounds, Penn State Milton S. Hershey Medical Center, Hershey, PA, November, 2007.

Grand Rounds, Mount Sinai Hospital, Department of Neurology, New York, NY, November, 2007.

Brain and Behavior:  Advances in Neuroimaging, 12th Robert G. Heath, MD Lecture, Tulane University School of Medicine, New Orleans, LA, December, 2007.

10th Annual Meeting of the American Society for Experimental NeuroTherapeutics, Inc., Arlington, VA, March, 2008.

VI Barcelona Pittsburgh Conference, Barcelona, Spain, May, 2008.

Cleveland Clinic Visiting Professor, Cleveland, OH, October 12-13, 2008.

National Institute of Neurological Disorders and Stroke, Dementia of Alzheimer's Disease and Epilepsy, Rockville, MD, October 15-17, 2008.

University of California, Irvine Institute for Brain Aging and Dementia, Irvine, CA, October 23-24, 2008.

Johns-Wooten Symposium, Charlottesville, VA, "Treatment of Alzheimer's Disease" Address - Wooten Neurological Symposium, November 8, 2008.

University of Michigan, MADRC Community Appreciation Conference, Ann Arbor, MI, November 13-14, 2008.

Alzheimer's Association, New Directions in Dementia, Rancho Mirage, CA, November 20-22, 2008.

Johns-Wooten Symposium, Charlottesville, VA "Treatment of Alzheimer's Disease" Address - Wooten Neurological Symposium, November 8, 2008.

Los Angeles Alzheimer's Association/UCLA ADRC "Update on Alzheimer's Disease," Palm Springs, CA, November 21, 2008.

The Role of Neuroimaging in Clinical Trials and Drug Discovery, ASENT Annual Meeting, Washington, DC, March 7, 2009.

Meeting Chair, Prevalence & Trends of AD & Other Age-Related Cognitive Impairment in US, NIA Meeting, Washington, DC, March 20, 2009.

The Ginkgo Evaluation of Memory (GEM) Study Miami MCI Annual Meeting, Miami Beach, FL, March 28, 2009.

"What's on Your T-shirt? Empowering Individual and Team Success in Clinical and Translational Research," Association for Clinical Research Training and the CTSA Education Consortium, Washington, DC, [Keynote speaker] April 14, 2009.

"Frontiers in Medicine: Interventions for Alzheimer's Disease," Grand Rounds, Texas A&M University School of Medicine, College Station, TX, April 23, 2009.

"Neurochemistry and Neuropathology of MCI," in AAN Course: MCI: Implications for Clinicians, Seattle, WA, April 27, 2009

"Biomarkers of Alzheimer's Disease," UCSF/Northern California Alzheimer's Association, San Francisco, CA, June 3, 2009.

"Advances in Imaging and Improvements to Treatment Outcomes," University of Virginia/Alzheimer's Association Annual Education Meeting, Charlottesville, VA, June 20, 2009.

12

"What Does the Brain Have to Do with Behavior? A Personal Journey," Summer Medical and Dental Education Program, University of Virginia School of Medicine, Charlottesville, VA, July 7, 2009.

"Biomarkers and Lab Correlates," NINDS Clinical Trials Methods Course, Vail, CO, August 17, 2009

"Frontiers in Alzheimer's Disease Clinical Trials" NINDS Clinical Trials Methods Course, Vail, CO, August 17, 2009.

"Can Dementia be Prevented?" International Psychogeriatrics Association (IPA), Montreal, Canada, September 2, 2009.

"Debate: New Research Criteria for Dementia Should Be Adopted," Canadian Conference on Dementia, Toronto, Canada, October 2, 2009.

"Amyloid Imaging with Positron Emission Tomography," Canadian Conference on Dementia, Toronto, Canada, October 2, 2009.

"The GEM Study: Lessons Learned" Alzheimer's Association Research Roundtable, Washington, DC, October 19, 2010

Miami Early Dementia Conference, Miami, FL, March 12, 2010.

"Alzheimer's Disease: Progress, Translational Research, and the Future." Mayo Clinic Neurology Grand Rounds, Rochester, MN, March 19, 2010.

"Current and Future Strategies in Alzheimer's Disease," Florida Hospital Distinguished Lectureship, Orlando, FL, April 21, 2010.

"Twenty Years of Alzheimer's' Research:  Past, Present & Future" Alzheimer's Association, Denver, CO, May 3, 2010

"The Role of Amyloid  and Tau Protein in AD." 7th Barcelona/Pittsburgh Biennial Conference – Dementia Today, May 12-14, 2010.

"Extending the Meaning of Alzheimer's Disease: New Diagnostic Criteria, New Biomarkers, New Understanding," University of California San Francisco, August 25, 2010.

"Successful Leadership," NINDS/ANA Career Development, San Francisco, CA, September 11, 2010.

"Translational Research Advances in Alzheimer's Disease" Neuroscience Seminar, University of "Louisville Seminar Series, September 22, 2010.

"Progress in Alzheimer's Disease: New diagnostic criteria, new biomarkers, new challenges" Grand Rounds, Department of Psychiatry, Dartmouth School of Medicine, Lebanon, New Hampshire, Sept. 27, 2010.

"Alzheimer's Disease 2010: What Have We Learned?  Where Are We Going?" Central and Western Virginia Alzheimer's Association, Roanoke, VA, November 4, 2010.

"Progress in Alzheimer's Disease: New Diagnostic Criteria, New Biomarkers, New Challenges" Robert G. Heath Invited Lecture, Tulane University School of Medicine, New Orleans, LA, December 3, 2010.

"Ethics in Alzheimer's Disease: New diagnostic criteria, new biomarkers, new challenges". National Press Foundation, Washington, DC December 7, 2010.

"Long Term Consequences of Traumatic Brain Injury." Grand Rounds, Fort Detrick Army Garrison, Frederick, MD, January 20, 2011.

"Alzheimer's Disease:  From Bench to Bedside and Hopes from Translational Discoveries."  University of South Florida, Grozmart Family Lecture, Tampa, FL, March 25, 2011.

"Neuroimaging in Alzheimer's Disease:  From 'Rule Outs' to Preclinical Diagnosis.  Virginia Neurological Society, February 2, 2013.

"Technological Advances and Progress in Dementia Research."  Fritz Dreifuss Memorial Lecture, Virginia Neurological Society, February 2, 2013.

Commencement Address, University of Florida College of Medicine, Gainesville, FL May 12, 2013

"Alzheimer's Disease: the State of the State" Alzheimer's Disease International Conference. Boston, MA, July 13, 2013

"Amyloid Imaging in Clinical Practice" (Opening Plenary Lecture) Alzheimer's Disease International Conference., Boston, MA, July 14, 2013

"The Ginkgo Evaluation of Memory Study: A Model for AD Prevention Trials." University of Minnesota and Minneapolis VA Medical Center September 23, 2013

"Alzheimer's Disease: Past, Present and Future" Vanderbilt University Department of Neurology Grand Rounds, September 26, 2013

"Alzheimer's Disease: A Geriatrics Perspective" Meharry School of Medicine Meharry Consortium Geriatric Education Center Geriatric Update, September 27, 2013

"The History and Future of Alzheimer's Disease." Alzheimer's Association, Nashville, TN, September 27, 2013

"Early and preclinical diagnosis of Alzheimer's Disease: Practical and Biomarker Considerations." American Neurological Association New Orleans, LA, October 16, 2013

"Summary of 2013 Botanical Research Expert Panel Discussion." Meeting of the NIH Botanical Research Centers Directors, Baton Rouge, LA, November 5, 2013

"APOE Genotype and Sports Concussion: Research and Application." Safe Kids Foundation, Washington, DC, November 25 2013

"Current and Future Therapies in Alzheimer's Disease." Alzheimer's Disease International Second Annual Arab-North Africa Meeting. Dubai, United Arab Emirates (UAE), (invited) December 8, 2013

"Alzheimer's Disease." Neuroscience Caucus, United States Congress, Washington, DC, February 26, 2014

"The Brain Fights Back: Neuroplasticity in Health and Disease." Dr. William G. Luttge Lectureship in Neuroscience. Sponsored by the McKnight Brain Research Foundation. University of Florida College of Medicine, March 10, 2014

"Alzheimer's Disease: Translational Research and Patient Centered Care." Department of Psychiatry and Behavioral Sciences, Division of Geriatric Psychiatry and Neuropsychiatry, The Johns Hopkins School of Medicine, March 17, 2014

"Translational Alzheimer's Disease: from the Bench to Public Health Policy." Center for Neurodegenerative Disease Research, University of Pennsylvania Perelman School of Medicine, March 27, 2014

"Translational Alzheimer's Disease: from the Bench to Public Health Policy." UC-Irvine Center for the Neurobiology of Learning and Memory (UC-MIND). University of California- Irvine, April 10, 2014

"Current and Future Treatments of Alzheimer's Disease." 29th Meeting of Alzheimer's Disease International, San Juan, PR May 2, 2014.

"Dietary Supplements and Caffeine in Prevention of Dementia." Institute of Medicine Workshop, Irvine, CA, June 9, 2014.

"Sequelae of Traumatic Brain Injury: Searching for Mechanisms and a Denominator." Annual Meeting of the National NeuroTrauma Society (invited plenary); San Francisco, CA, June 30, 2014.


TEACHING EXPERIENCE AND RESPONSIBILITIES

University of Kentucky
    Medical School
        Lecturer, ANA 5l6 (Neuroanatomy, 1st year) [Cortical anatomy, connectivity]
        Lecturer, NEU 82l (Clinical Neurosciences, 2nd year) [Behavioral Neurology, Memory & Dementia, Cortical Function, Headache]
        NEU 835, 3rd year clerkship for medical students
    Graduate School
    NEU 851, Research Elective in Neurology (Course Director)
        CON 845, 4th year Neurology elective for medical students
        CON 8l8, lst year medical students (Clinical-Anatomic Correlation)
        Masters and Doctoral Committees, Departments of Anatomy and Psychology
        Lecturer, PGY 630 (Biology of Aging)
        Lecturer, NEU 605 (Graduate Studies in Neuroscience)
    Neurology Residency Program
        Residency Program Director, June 1985-April 1987
        Consultation & ward attending (adult and pediatric neurology) rotations, 1979 - 1990
        Special consultations:  Disorders of higher cortical function, 1979 - 1990


University of Pittsburgh
    Medical School
        Lecturer, Introduction to Medicine (Dementia and Behavioral Disorders)
        Lecturer, Small Group Leader, Problem based Learning Group Leader, Integrated Neuroscience Course
    Graduate School
    Doctoral Students, Department of Neurobiology
                Peter Miller, M.D., Ph.D. (Ph.D. received 1993)

14

|  | Kevin Taffe 1995-1999 (M.D.-Ph.D. Program) |
|  | Mark O'Malley 1996-1999 |
|  | Barbara Isanski 2005-2008 |
| Postdoctoral Fellows: | Scot D. Styren, Ph.D.(1994-1997) |
|  | James Goss, Ph.D. (1993-1996) |
|  | John Ciallella, Ph.D. (1997-2000) |
|  | Eric Abrahamson, Ph.D. (2001-present) |
| Clinical Postdoctoral Fellows: | David Martin, M.D. (1990-1991) |
|  | Mahmood Usman, M.D. (1991-1992) |
|  | Karyn Catt, M.D. (1996-1998) |

Dissertation Committees:

| 1998-2000 | Faridis Serrano | Department of Neuroscience |
| 1998-2000 | Xiao Yan Wong | Department of Human Genetics, Graduate School of Public Health |
| 1998-2000 | Peijun Chen, M.D., MPH | Department of Epidemiology, Graduate School of Public Health |
| 1999-2001 | Shannon Lindsay | Department of Human Genetics, Graduate School of Public Health |
| 1999-2002 | Erin Luedecking | Department of Human Genetics, Graduate School of Public Health |
| 2000-2003 | Purnima Desai | Department of Human Genetics, Graduate School of Public Health |
| 2007-2008 | Jessica Figgins | Department of Human Genetics Graduate School of Public Health |

NIH K-Award Mentor or Co-Mentor

Currently

| 1999-2003 | Carolyn Meltzer, MD, PhD | Professor and Chair Department of Radiology, Emory University School of Medicine |
| 2002-2005 | James Gebel, MD | Associate Professor and Chief, Stroke Institute, University of Louisville School of Medicine |
| 2006-2008 | Wes Farris, MD | Assistant Professor of Neurology, University of Pittsburgh |
| 2006-2008 | David Wolk, MD | Assistant Professor of Neurology, University of Pennsylvania |

Lecturer, Biological Bases of Neuropsychiatry, 1993, 1994, 1995, 1996, 1997, 1999, 2000, 2002, 2004, 2006, 2008
Cellular and Molecular Bases of Neuroscience: Molecular and Neuropathologic Mechanisms in Alzheimer's Disease (1998)

Neurology Residency Program

Special consultations:  Disorders of higher cortical function & neuropsychiatry, 1990-2008
Resident's Conferences:  Limbic system, Mental Status Exam, Dementia, Aphasia

Psychiatry Residency Program

Geriatric Psychiatry Inpatient Unit, Attending Consultant

15

Seminars and Case Presentations in behavioral neurology and neuropsychiatry

University of Virginia
   Lecturer, Department of Biology, Biology 4040 - Laboratory in Cell Biology, Spring 2010, 2011, 2012
   Seminars and Case Presentations in behavioral neurology and neuropsychiatry
   Alheimer's Disease lecture, First Year Medical Students, 2010
   Grand Rounds: Neurology, Family Medicine, Internal Medicine, Biomedical Engineering, 2010, 2011, 2012

CURRENT AND IMMEDIATE PAST RESEARCH FUNDING  (annual direct costs)

* = Research continuing at the University of Virginia

| | Years | Annual Direct Costs |
|---|---|---|
| *NIA AG05133 | | |
| Alzheimer Disease Research Center (O. Lopez, PI) | 4/1/10-3/31/15 | $   19,200 |
| UVA Satellite Clinic (Leader) | | |
| | | |
| *NIH AG025204 (W. Klunk, PI) | | |
| *In Vivo* PIB PET Amyloid Imaging:  Normals, | 5/1/10-4/30/15 | |
| MCI & Dementia | | |
| Project #4:  Modulators of Cognitive Transition | | $   9,511 |
| From Normal to MCI (Co-Investigator) | | |
| Project #5:  Modulators of Cognitive Transition | | $   5,156 |
| From MCI to AD (Co-Investigator) | | |
| Project #6:  Quantitative Neuropathological Correlates of | | $   9,511 |
| *In Vivo* PiB Retention (Co-Investigator) | | |
| | | |
| Principal Investigator | | |
| *NIA AG05133 | | |
| Alzheimer Disease Research Center | 5/1/75-8/31/08 | $ 1,443,367 |
| [Administrative Core Director, Clinical Core Director] | | |
| ADRC—Imaging Core Supplement | 5/1/05-8/31/08 | $   100,000 |
| ADRC—Data Management Supplement | 5/1/05-8/31/08 | $   100,000 |
| *NCCAM/NIA AT00162 | | |
| Ginkgo Biloba Prevention Trial in Older Individuals | 9/30/99-7/31/10 | $ 3,612,900 |
| *NIH  AG025204 | | |
| *In Vivo* PIB PET Amyloid Imaging:  Normals, | 5/15/05-8/31/08 | $   731,123 |
| MCI & Dementia | | |
| SAP 4100027294 (Commonwealth of Pennsylvania Grant) | | |
| Detection, Diagnosis and Intervention in Dementia | 6/1/05-8/31/08 | $ 1,060,512 |
| | | |
| Project Principal Investigator | | |
| *NIA AG14449  (E. Mufson, PI; ST DeKosky, Project Leader) | | |
| Neurobiology of Mild Cognitive Impairment in the Elderly | 4/1/07-3/31/12 | $   303,366 |
| Project:  NIH Synaptic, cholinergic and amyloid | | |
| alterations in mild cognitive impairment (Pitt DC's) | | |
| *NINDS  NS30318 (E. Dixon, PI) | | |
| Brain Trauma Research Center | 5/11/00-6/30/11 | $   102,152 |
| Project:  Traumatic Brain Injury, Amyloid Metabolism | | |
| and Statin Therapy | | |
| *NIH AG025204 (W. Klunk, PI) | | |
| *In Vivo* PIB PET Amyloid Imaging:  Normals, | 9/1/08-4/30/10 | $   731,123 |
| MCI & Dementia | | |
| Co-Investigator | | |
| *NIH AG023651 | | |

16

11/29/2014                                                                CURRICULUM VITAE
                                                                  STEVEN T. De KOSKY, M.D.


Mild Cognitive Impairment: A Prospective Community Study
(M. Ganguli, PI)                                    9/1/05-8/31/10          $    29,166

Prior Research Funding (University of Pittsburgh and University of Kentucky):  Available upon request.

17

CURRICULUM VITAE
STEVEN T. De KOSKY, M.D.

PUBLICATIONS

DeKosky, S.T., Heilman, K.M., Bowers, D. and Valenstein, E.: Recognition and discrimination of emotional faces and pictures.  Brain and Language 9:206-214, 1980.

DeKosky, S.T., and Bass, N.H.: Effects of aging and senile dementia on the microchemical pathology of human cerebral cortex.  In Amaducci, L., Davison, A.N. and Antuono, P. (eds.) Aging of the Brain and Dementia (Aging, Vol. 13). New York, Raven Press, 1980, 33-37.

DeKosky, S.T., and Bass, N.H.:  Aging, senile dementia, and the intralaminar microchemistry of cerebral cortex.  Neurology 32:1227-1233, 1982.

DeKosky, S.T., Nonneman, A.J., and Scheff, S.W.: Morphologic and behavioral effects of perinatal glucocorticoid administration. Physiology and Behavior 29:895-900, 1982.

Scheff, S.W., and DeKosky, S.T.: Steroid suppression of axon sprouting in the hippocampal dentate gyrus of the adult rat: Dose-response relationship. Experimental Neurology 82:183-191, 1983.

DeKosky, S.T., Scheff, S.W., and Cotman, C.W.:  Elevated corticosterone levels: A possible cause of reduced axon sprouting in aged animals. Neuroendocrinology, 38:33-38, 1984.

DeKosky, S.T., and Bass, N.H.:  Biochemistry of senile dementia.  In Lajtha, A. (ed.) Handbook of Neurochemistry, 2nd Edition.  New York:Plenum Press, 1985, 617-650.

Scheff, S.W., Anderson, K.J., and DeKosky, S.T.: Strain comparison of synaptic density in hippocampal CA1 of aged rats.  Neurobiology of Aging, 6:29-34, 1985.

DeKosky, S.T., Scheff, S.W., and Markesbery, W.R.:  Laminar organization of cholinergic circuits in human frontal cortex in Alzheimer's Disease and aging. Neurology, 35:1425-1431, 1985.

DeKosky, S.T., Scheff, S.W., Hackney, C.G., and Bass, N.H. Strain differences and laminar localization of structural neurochemical changes in aging rat. Neurobiology of Aging, 6:277-286, 1985.

Vicedomini, J.P., Nonneman, A.J., DeKosky, S.T., and Scheff, S.W.  Perinatal glucocorticoids alter dentate gyrus electrophysiology. Brain Research Bulletin, 15:111-116, 1985.

Vicedomini, J.P., Nonneman, A.J., DeKosky, S.T., and Scheff, S.W.  Perinatal glucocorticoids disrupt learning:  A sexually dimorphic response. Physiology and Behavior, 36:145-149, 1986.

Slevin, J.T., and DeKosky, S.T.:  Stability of sialogangliosides in kindled hippocampus.  Experimental Neurology, 91:208-211, 1986.

Anderson, K.J., Scheff, S. W., and DeKosky, S.T. Reactive synaptogenesis in hippocampal area CAl of aged and young adult rats.  J. Comparative Neurology, 252:374-384, 1986.

Morse, J.,  Scheff, S.W., and DeKosky, S.T. Gonadal steroids influence axon sprouting in the hippocampal dentate gyrus:  A sexually dimorphic response. Experimental Neurology, 94:649-658, 1986.

Slevin, J.T., Sparks, D.L., Dempsey, R.J., Davis, D.G., Hunsaker, J.C., and DeKosky, S.T. Altered striatal dopaminergic metabolism 36 hours after unilateral trauma to the human mesencephalon.  Neurology, 37:322-325, 1987.

Shih, W.J., Markesbery, W.R., Clark, D.B., Goldstein, S., Domstad, P. Coupal, J.J., Kung, H. DeKosky, S.T. and DeLand, F.  I-l23 HIPDM brain imaging findings in sub-acute spongiform encephalopathy (Creutzfeld-Jakob disease).  J. Nuclear Medicine 28:1484-1487, 1987.

Scheff, S.W., Morse, J.K., and DeKosky, S.T. Hydrocortisone  differentially alters lesion-induced axon sprouting in male and female rats.  Experimental Neurology 100:237-241, 1988.

Scheff, S.W., Morse, J.K., and DeKosky, S.T.  Neurotrophic effects of steroids on lesion-induced growth in the hippocampus.  I.  The asteroidal condition.  Brain Research 457:246-250, 1988.

Sparks, D.L., DeKosky, S.T., and Markesbery, W.R. Alzheimer's Disease: Aminergic-cholinergic alterations in hypothalamus. Archives of Neurology 45:994-999, 1988.

DeKosky, S.T., Scheff, S.W., and Hackney, C.G.: Acetylcholine synthesis in human CSF:  Implications for study of central cholinergic metabolism. Neurochemical Research 14: 191-196, 1989.

Harbaugh, R.E., Reeder, T.M., Senter, H.J., Knopman, D.S., Baskin, D.S., Pirozzolo, F., Chui, H.C., Shetter, A.G, Bakay, R.A., Leblanc, R., Watson, R.T., DeKosky, S.T., Read, S.L., Schmitt, F.A., and Johnston, J.T. Intracerebroventricular bethanechol chloride infusion in Alzheimer's disease:  Results of a collaborative, double-blind study. Journal of Neurosurgery 71:481-486, 1989.

Scheff, S.W., and DeKosky, S.T.  Glucocorticoid suppression of lesion-induced synaptogenesis: Effect of temporal manipulation of steroid treatment.  Experimental Neurology 105:260-264, 1989.

Schmitt, F.A., Ranseen, J.D., and DeKosky, S.T.:  Cognitive mental status examinations.  Clinics in Geriatric Medicine 5:545-564, 1989.

Scheff, S.W., DeKosky, S.T., and Price, D.A.:  Quantitative assessment of cortical synaptic density in Alzheimer's Disease.  Neurobiology of Aging  11:29-37, 1990.

DeKosky, S.T., Shih, W-J., Schmitt, F.A., Coupal, J., and Kirkpatrick, C.  Assessing utility of single photon emission computerized tomography (SPECT) scan in Alzheimer's disease: Correlation with cognitive severity.  Alzheimer's Disease and Related Disorders: An International Journal  4:14-23, 1990.

DeKosky, S.T.  Biochemical and neuropathological aspects of Alzheimer's disease.  Current Opinion in Neurology and Neurosurgery  (A. Kertesz, Volume Editor)  3:84-89, 1990.

DeKosky, S.T. and Scheff, S.W.  Synapse loss in frontal cortex biopsies in Alzheimer's disease: Correlation with cognitive severity.  Annals of Neurology  27:457-464, 1990.

Shih, W-J, DeKosky, S.T., Coupal, J.J., Simmons, G., Pulmano, C., Kung, H.F., Ryo, U.Y., and Clark, D.B.  I-123 Hydroxyiodobenzyl Propanediamine (HIPDM) cerebral blood flow imaging demonstrating transtentorial diaschisis.  Clinical Nuclear Medicine 15:623-629, 1990.

Scheff, S.W., Scott, S.A., and DeKosky, S.T.  Quantitation of synaptic density in the septal nuclei of young and aged Fischer 344 rats. Neurobiology of Aging 12:3-12, l991.

DeKosky, S.T.  Review of *Subcortical Dementia* (J. Cummings, Editor)  Journal of Neuropathology and Experimental Neurology 50:184, 1991.

Scott, S.A., DeKosky, S.T., and Scheff, S.W.  Volumetric atrophy of the amygdala in Alzheimer's disease:  Quantitative serial reconstruction. Neurology 41:351-356, 1991.

Schmitt, F. A. Shih, W-J, and DeKosky, S. T. Neuropsychological correlates of single photon emission computed tomography [SPECT] in Alzheimer's disease. Neuropsychology 6:159-171, 1992.

Sparks, D.L., Hunsaker, J.D., Slevin, J.T., DeKosky, S.T., Kryscio, R.J, Markesbery, W.R.  Monoaminergic and cholinergic synaptic markers in the nucleus basalis of Meynert (nbM):  Normal age related changes and the effect of heart disease and Alzheimer's disease.  Annals of Neurology, 31:611-620, 1992.

Scott, S.A., DeKosky, S.T., Sparks, D.L., Knox, C.A., and Scheff, S.W.  Amygdala cell loss and atrophy in Alzheimer's disease.  Annals of Neurology 32:555-563, 1992.

DeKosky, S.T., Harbaugh, R.E., Schmitt, F.A., Bakay, R.A.E., Chui, H.C., Knopman, D.S., Reeder, T.M., Shetter, A.G., Senter, H.J., Markesbery, W.R., and the Intraventicular Bethanechol Study Group.  Cortical biopsy in Alzheimer's disease:  Diagnostic accuracy and neurochemical, neuropathological and cognitive correlations.   Annals of Neurology 32:625-632, 1992.

Morse, J.K., DeKosky, S.T., and Scheff, S.W.  Neurotrophic effects of steroids on lesion-induced growth in the hippocampus.  II.  Hormone replacement. Experimental Neurology  118:47-52, 1992.

Miller, P.D., Chung, W-W., Lagenaur, C.F., and DeKosky, S.T.  Regional distribution of neural cell adhesion molecule (N-CAM) and L1 in human and rodent hippocampus.  Journal of Comparative Neurology 327:341-349, 1993.

Palmer, A.M. and DeKosky, S.T.:  Monoamine neurons in aging and Alzheimer's disease.  Journal of Neural Transmission 91:135-159, 1993.

Styren, S.D., DeKosky, S.T., Rogers, J., and Mufson, E.J.  Epidermal growth factor receptor expression in demented elderly: Localization to vascular endothelial cells of brain, pituitary, and skin.  Brain Research 615:181-190, 1993.

Rosen, J., Colantonio, A., Becker, J.T., Lopez, O.L., DeKosky, S.T., and Moss, H.B. Effects of a history of heavy alcohol consumption on Alzheimer's disease. British Journal of Psychiatry 163:358-363, 1993.

Palmer, A.M., Marion, D.W., Botscheller, M.L., Swedlow, P.E., Styren, S.D., and DeKosky, S.T. Traumatic brain injury-induced excitotoxicity assessed in a controlled cortical impact model.  Journal of Neurochemistry 61:2015-2024, 1993.

Lopez, O.L., Becker, J.T., and DeKosky, S.T.:  Dementia accompanying motor neuron disease.  Dementia 5:42-47, 1994.

Miller, P.D., Styren, S.D., Lagenaur, C.F., and DeKosky, S.T.:  Embryonic neural cell adhesion molecule (N-CAM) is elevated in the denervated rat dentate gyrus.  Journal of Neuroscience 14:4217-4225, 1994.

Lopez, O.L., Becker, J.T., Somsak, D., Dew, M.A., and DeKosky, S.T.  Awareness of cognitive deficits and anosoagnosia in probable Alzheimer's disease.  European Neurology 34:277-282, 1994.

Styren, S.D., Lagenaur, C.F., Miller, P.D., and DeKosky, S.T.  Rapid expression and transport of embryonic N-CAM in dentate gyrus following entorhinal cortex lesion: Ultrastructural analysis.  Journal of Comparative Neurology 349:486-492, 1994.

Chandra, V., Ganguli, M., Ratcliff, G., Pandav, R., Sharma, S., Gilby, J., Belle, S., Ryan, C., Baker, C., Seaberg, E., DeKosky, S., and Nath, L.  Studies of the epidemiology of dementia:  Comparisons between developed and developing countries.  Aging/Clinical and Experimental Research 6:307-321, 1994.

Palmer, A.M., Marion, D.W., Botscheller, M.L., Bowen, D.M., and DeKosky, S.T.  Increased transmitter amino acid concentration in human ventricular CSF after brain trauma.  NeuroReports 6:153-156, 1994.

Becker, J.T., Mintun, M.A., Diehl, D.J., Dobkin, J., Martidis, A., Madoff, D.C., and DeKosky, S.T.  Functional neuroanatomy of verbal free recall:  A replication study.  Human Brain Mapping 1:284-292, 1994.

DeKosky, S.T., Goss, J.R., Miller, P.D., Styren, S.D., Kochanek, P.M., and Marion, D.  Upregulation of nerve growth factor following cortical trauma.  Experimental Neurology 130:173-177, 1994.

Lopez, O.L., Larumbe, M.R., Becker, J.T., Rezek, D., Rosen, J., Klunk, W., and DeKosky, S.T.  Reliability of NINDS-AIREN clinical criteria for the diagnosis of vascular dementia.  Neurology 44:1240-1245, 1994.

Zhang, W., Kochanek, P., Styren, S., DeKosky, S., and Ho, C.  Differentiation between tissue edema and infarct after traumatic brain injury in rats using T2 and perfusion MRI.  Second Meeting of Society of Magnetic Resonance 1384, 1994.

Styren, S.D., Miller, P.D., Lagenaur, C.F., and DeKosky, S.T.  Alternate strategies in lesion-induced reactive synaptogenesis:  Differential expression of L1 in two populations of sprouting axons.  Experimental Neurology 131:165-173, 1995.

Ganguli, M., Ratcliff, G., Chandra, V., Sharma, S., Gilby, J., Pandav, R., Belle, S., Ryan, C., Baker, C., Seaberg, E., and DeKosky, S.T.  A Hindi version of the MMSE:  The development of a cognitive screening instrument for a largely illiterate rural elderly population in India.  International Journal of Geriatric Psychiatry 10:367-377, 1995.

Ganguli, M., Cauley, J.A., DeKosky, S.T., and Kamboh, M.I.  Dementia among elderly apolipoprotein type 4/4 homozygotes:  A prospective study.  Genetic Epidemiology 12:309-311, 1995.

Goss, J.R., Styren, S.D., P.D., Kochanek, P.M., Palmer, A.M., Marion, D.W., and DeKosky, S.T.  Hypothermia attenuates the normal increase in interleukin-1ß RNA and nerve growth factor following traumatic brain injury in the rat.  Journal of Neurotrauma 12:159-167, 1995.

Kamboh, M.I., Sanghera, D.K., Ferrell, R.E., and DeKosky, S.T.  Alzheimer's disease risk associated with APOE-4 is modified by alpha 1-antichymotrypsin genetic polymorphism.  Nature Genetics 10:486-488, 1995.

Lopez, O.L., Becker, J.T., Jungreis, C.A., Rezek, D., Estol, C., Boller, F., and DeKosky, S.T.  Computed tomography–but not magnetic resonance imaging–identified periventricular white-matter lesions predict symptomatic cerebrovascular disease in probable Alzheimer's disease.  Archives of Neurology 52:659-664, 1995.

Lopez, O.L., Becker, J.T., Klunk, W., and DeKosky, S.T.  The nature of behavioral disorders in human Kluver-Bucy syndrome.  Neuropsychiatry, Neuropsychology, and Behavioral Neurology 8:215-221, 1995.

Lopez, O.L., Brenner, R.P., Becker, J.T., Jungreis, C.A., Rezek, D., and DeKosky, S.T.  Electroencephalographic correlates of periventricular white matter lesions in probable Alzheimer's disease.  Dementia 6:343-347, 1995.

Kamboh, M.I., and DeKosky, S.T.  Apolipoprotein E genotyping in the diagnosis of Alzheimer's disease.  Annals of Neurology 38:967-969, 1995.

Kochanek, P.M., Marion, D.W., Zhang, W., Schiding, J.K., White, M., Palmer, A.M., Clark, R.S.B., O'Malley, M.E., Styren, S.D., Ho, C., and DeKosky, S.T.  Severe controlled cortical impact in rats:  Assessment of cerebral edema, blood flow, and contusion volume.  Journal of Neurotrauma 12:1015-1025, 1995.

Lopez, O.L., Gonzalez, M.P., Becker, J.T., Reynolds, C.F., Sudilovsky, A., and DeKosky, S.T.  Symptoms of depression in Alzheimer's disease, frontal lobe-type dementia, and subcortical dementia.  Annals of the New York Academy of Sciences 769:389-392, 1995.

DeKosky, S.T.  Searching for the holy grail:  What is the structural correlate of cognition?  Neurobiology of Aging 16:298-300, 1995.

Ganguli, M., Seaberg, E.C., Ratcliff, G.G., Belle, S.H., and DeKosky, S.T.  Cognitive stability over two years in a rural elderly population:  The MoVIES Project.  Neuroepidemiology 15:42-50, 1996.

CURRICULUM VITAE
STEVEN T. De KOSKY, M.D.

DeKosky, S.T., Styren, S.D., O'Malley, M.E., Goss, J.R., Kochanek, P., Marion, D., Evans, C.H., and Robbins, P.D. Interleukin-1 receptor antagonist suppresses neurotrophin response in injured rat brain. Annals of Neurology 39:123-127, 1996.

Clark, R.S.B., Kochanek, P.M., Marion, D.W., Schiding, J.K., White, M., Palmer, A.M., and DeKosky, S.T. Mild posttraumatic hypothermia reduces mortality after severe controlled cortical impact in rats. Journal of Cerebral Blood Flow and Metabolism 16:253-261, 1996.

Becker, J.T., Mintun, M.A., Aleva, K., Wiseman, M.B., Nichols, T., and DeKosky, S.T. Compensatory reallocation of brain resources supporting verbal episodic memory in Alzheimer's disease. Neurology 46:692-700, 1996.

Lopez, O.L., Gonzalez, M.P., Becker, J.T., Reynolds, C.F., Sudilovsky, A., and DeKosky, S.T. Symptoms of depression and psychosis in Alzheimer's disease and frontotemporal dementia: Exploration of underlying mechanisms. Neuropsychiatry, Neuropsychology, and Behavioral Neurology 3:154-161, 1996.

Clark, R.S.B., Carlos, T.M., Schiding, J.K., Bree, M., Fireman, L.A., DeKosky, S.T., and Kochanek, P.M. Antibodies against Mac-1 attenuate neutrophil accumulation after traumatic brain injury in rats. Journal of Neurotrauma 13:333-341, 1996.

Meador, K.J., Loring, D.W., Sethi, K.D., Yaghmai, F., Styren, S.D., and DeKosky, S.T. Dementia associated with dorsal midbrain lesion. Journal of the International Neuropsychological Society 2:359-367, 1996.

Ganguli, M., Burmeister, L.A., Seaberg, E.C., Belle, S., and DeKosky, S.T. Association between dementia and elevated TSH: A community-based study. Biological Psychiatry 40:714-725, 1996.

Belle, S.H., Seaberg, E.C., Ganguli, M., Ratcliff, G., DeKosky, S., and Kuller, L.H. Effect of education and gender adjustment on the sensitivity and specificity of a cognitive screening battery for dementia: Results from the MoVIES project. Neuroepidemiology 15:321-329, 1996.

Herbster, A.N., Nichols, T., Wiseman, M.B., Mintun, M.A., DeKosky, S.T., and Becker, J.T. Functional connectivity in auditory-verbal short-term memory in Alzheimer's disease. NeuroImage 4:67-77, 1996.

DeKosky, S.T., Aston, C.E., and Kamboh, M.I. Polygenic determinants of Alzheimer's disease: Modulation of risk by alpha 1-antichymotrypsin. Annals New York Academy of Sciences 802:27-34, 1996.

DeKosky, S.T., Scheff, S.W., and Styren, S.D. Structural correlates of cognition in dementia: Quantification and assessment of synapse change. Neurodegeneration 5:417-421, 1996.

Lopez, O.L., Kaufer, D., Reiter, C.T., Carra, J., DeKosky, S.T., and Palmer, A.M. Relationship between CSF neurotransmitter metabolites and aggressive behavior in Alzheimer's disease. European Journal of Neurology 3:153-155, 1996.

Rosomoff, H.L., Kochanek, P.M., Clark, R., DeKosky, S.T., Ebmeyer, U., Grenvik, A.N., Marion, D.W., Obrist, W., Palmer, A.M., Safar, P. and White, R.J. Resuscitation from severe brain trauma. Critical Care Medicine 24:S48-56, 1996.

Becker, J.T., Mintun, M.A., Aleva, K., Wiseman, M.B., Nichols, T. and DeKosky, S.T. Alterations in functional neuroanatomical connectivity in Alzheimer's disease: Positron emission tomography of auditory verbal short-term memory. Annals of the New York Academy of Sciences 777:239-242, 1996.

Marion, D.W., Penrod, L.E., Kelsey, S.F., Obrist, W.D., Kochanek, P.M., Palmer, A.M., Wisniewski, S.R., and DeKosky, S.T. Treatment of traumatic brain injury with moderate hypothermia. The New England Journal of Medicine 336:540-546, 1997.

Kamboh, M.I., Sanghera, D.K., Aston, C.E., Bunker, C.H., Hamman, R.F., Ferrell, R.E., and DeKosky, S.T.  Gender-specific nonrandom association between the alpha 1-antichymotrypsin and apolipoprotein E polymorphisms in the general population and its implications for the risk of Alzheimer's disease.  Genetic Epidemiology 14:169-180, 1997.

Kamboh, M.I., Aston, C.E., Ferrell, R.E., and DeKosky, S.T.  Genetic effect of alpha 1-antichymotrypsin on the risk of Alzheimer disease.  Genomics 41:382-385, 1997.

Lopez, O.L., Becker, J.T., Reynolds, C.F., Jungreis, C.A., Weinman, S., and DeKosky, S.T.  Psychiatric correlates of MR deep white-matter lesions in probable Alzheimer's disease.  The Journal of Neuropsychiatry and Clinical Neurosciences 9:246-250, 1997.

Ganguli, M., Ratcliff, G., and DeKosky, S.T.  Cognitive test scores in community-based older adults with and without dementia.  Aging and Mental Health 1:176-180, 1997.

Goss, J.R., Taffe, K.M., Kochanek, P.M., and DeKosky, S.T.  The antioxidant enzymes glutathione peroxidase and catalase increase following traumatic brain injury in the rat.  Experimental Neurology 146:291-294, 1997.

Kordower, J.H., Styren, S., Clarke, M., DeKosky, S.T., Olanow, C.W., and Freeman, T.B.  Fetal grafting for Parkinson's disease:  Expression of immune markers in two patients with functional fetal nigral implants.  Cell Transplantation 3:213-219, 1997.

Bell, M.J., Kochanek, P.M., Doughty, L.A., Carcillo, J.A., Adelson, P.D., Clark, R.S.B., Wisniewski, S.R., Whalen, M.J., and DeKosky, S.T.  Interleukin-6 and interleukin-10 in cerebrospinal fluid after severe traumatic brain injury in children. Journal of Neurotrauma 14:451-457, 1997.

Lopez, O.L., Wisnieski, S.R., Becker, J.T., Boller, F., and DeKosky, S.T.  Extrapyramidal signs in patients with probable Alzheimer's disease.  Archives of Neurology 54:969-975, 1997.

Styren, S.D., Bowser, R., and DeKosky, S.T.  Expression of fetal ALZ-50 reactive clone 1 (FAC1) in dentate gyrus following entorhinal cortex lesion.  Journal of Comparative Neurology 386:555-561, 1997.

Forbes, M.L., Hendrich, K.S., Kochanek, P.M., Williams, D.S., Schiding, J.K., Wisniewski, S.R., Kelsey, S.F., DeKosky, S.T., Graham, S.H., Marion, D.W., and Ho, C.  Assessment of cerebral blood flow and $CO_2$ reactivity after controlled cortical impact by perfusion magnetic resonance imaging using arterial spin-labeling in rats.  Journal of Cerebral Blood Flow and Metabolism 17:865-874, 1997.

Whalen, M.J., Carlos, T.M., Clark, R.S.B., Marion, D.W., DeKosky, S.T., Heineman, S., Schiding, J.K., Memarzadeh, F., and Kochanek, P.M.  The effect of brain temperature on acute inflammation after traumatic brain injury in rats.  Journal of Neurotrauma 14:561-572, 1997.

Small, G.W., Rabins, P.V., Barry, P.P., Buckholtz, N.S., DeKosky, S.T., et al.  Diagnosis and treatment of Alzheimer disease and related disorders:  Consensus statement of the American Association for Geriatric Psychiatry, the Alzheimer's Association, and the American Geriatrics Society.  Journal of the American Medical Association 278:1363-1371, 1997.

Bell, M.J., Kochanek, P.M., Doughty, L.A., Carcillo, J.A., Adelson, P.D., Clark, R.S.B., Whalen, M.J., and DeKosky, S.T.  Comparison of the interleukin-6 and interleukin-10 response in children after severe traumatic brain injury or septic shock.  Acta Neurochir (Suppl.) 70:96-97, 1997.

Whalen, M.J., Carlos, T.M., Clark, R.S.B., Marion, D.W., DeKosky, S.T., Heineman, S., Schiding, J.K., Memarzadeh, F., Dixon, C.E., and Kochanek, P.M.  The relationship between brain temperature and neutrophil accumulation after traumatic brain injury in rats.  Acta Neurochir (Suppl.) 70:260-261, 1997.

Lopez, O.L.,  Kamboh, M.I., Becker, J.T., Kaufer, D.I., and DeKosky, S.T.  The apolipoprotein E E4 allele is not associated with extrapyramidal signs or psychiatric symptoms in probable Alzheimer's disease.  Neurology 49:794-797, 1997.

Lopez, O.L., Brenner, R.P., Becker, J.T., Ulrich, R.F., Boller, F., and DeKosky, S.T.  EEG spectral abnormalities and psychosis as predictors of cognitive and functional decline in probable Alzheimer's disease.  Neurology 48:1521-1525, 1997.

Forbes, M.L., Hendrich, K.S., Schiding, J.K., Williams, D.S., Ho, C., DeKosky, S.T., Marion, D.W. and Kochanek, P.M.  Perfusion MRI assessment of cerebral blood flow and $CO_2$ reactivity after controlled cortical impact in rats.  Advances in Experimental Medicine and Biology 411:7-12, 1997.

Clark, R.S., Kochanek, P.M., Dixon, C.E., Chen, M., Marion, D.W., Heineman, S., DeKosky, S.T. and Graham, S.H.  Early neuropathologic effects of mild or moderate hypoxemia after controlled cortical impact injury in rats.  Journal of Neurotrauma 14:179-189, 1997.

Styren, S.D., Styren, G.C., and DeKosky, S.T.  Epidermal growth factor receptor expression in skin does not predict dementia in the elderly.  Dementia and Geriatric Cognitive Disorders 9:20-23, 1998.

Kaufer, D.I., Cummings, J.L., Christine, D., Bray, T., Castellon, S., Masterman, D., MacMillan, A., Ketchel, P., and DeKosky, S.T.  Assessing the impact of neuropsychiatric symptoms in Alzheimer's disease:  The Neuropsychiatric Inventory Caregiver Distress Scale.  Journal of the American Geriatric Society 46:210-215, 1998.

Kamboh, M.I., Aston, C.E., and DeKosky, S.T.  Association between ACT polymorphism and Alzheimer's disease.  Neurology 50:574-576, 1998.

Goss, J.R., O'Malley, M.E., Zou, L., Styren, S.D., Kochanek, P.M., and DeKosky, S.T.  Astrocytes are the major source of nerve growth factor upregulation following traumatic brain injury in the rat. Experimental Neurology 149:301-309, 1998.

Forbes, M.L., Clark, R.S.B., Dixon, C.E., Graham, S.H., Marion, D.W., DeKosky, S.T., Schiding, J.K., and Kochanek, P.M.  Augmented neuronal death in CA3 hippocampus following hyperventilation early after controlled cortical impact.  Journal of Neurosurgery 88:549-556, 1998.

Kamboh, M.I., Ferrell, R.E., and DeKosky, S.T.  Genetic association studies between Alzheimer's disease and two polymorphisms in the low density lipoprotein receptor-related protein gene.  Neuroscience Letters 244:65-68, 1998.

Meltzer, C.D., Smith, G., DeKosky, S.T., Pollock, B.P., Mathis, C.A., Moore, R.Y., Kupfer, D.J., and Reynolds, C.F.  Serotonin in aging, late-life depression, and Alzheimer's disease:  The emerging role of functional imaging.  Neuropsychopharmacology 18:407-430, 1998.

Styren, S.D.,  Kamboh, M.I., and DeKosky, S.T.  Expression of differential immune factors in temporal cortex and cerebellum:  The role of alpha-1-antichymotrypsin, apolipoprotein E and reactive glia in the progression of Alzheimer's disease.  Journal of Comparative Neurology 396:511-520, 1998.

Sinz, E.H., Kochanek, P.M., Heyes, M.P., Wisniewski, S.R., Bell, M.J., Clark, R.S.B., DeKosky, S.T., Blight, A.R., and Marion, D.W.  Quinolinic acid is increased in CSF and associated with mortality after traumatic brain injury in humans.  Journal of Cerebral Blood Flow Metabolism 18:610-615, 1998.

Lopez, O.L., Brenner, R., Becker, J.T., Ulrich, R., Boller, F., and DeKosky, S.T.  Electroencephalography and survival in Alzheimer's disease.  Neurology 51:918-919, 1998.

Chandra, V., DeKosky, S.T., Pandav, R., Johnston, J., Belle, S.H., Ratcliff, G., and Ganguli, M.  Neurologic factors associated with cognitive impairment in a rural elderly population in India:  The Indo-US Cross National Dementia Epidemiology Study.  Journal of Geriatric Psychiatry and Neurology 11:11-17, 1998.

DeKosky, S.T., Kochanek, P.M., Clark, R.S.B., Ciallella, J.R., and Dixon, C.E.  Secondary injury after head trauma:  Subacute and long-term mechanisms.  Seminars in Clinical Neuropsychiatry 3:176-185, 1998.

Forbes, M.L., Clark, R.S., Dixon, C.E., Graham, S.H., Marion, D.W., DeKosky, S.T., Schiding, J.K., and Kochanek, P.M.  Augmented neuronal death in CA3 hippocampus following hyperventilation early after controlled cortical impact.  J. of Neurosurgery 88:549-556, 1998.

Zou, L., Burmeister, L.A., Styren, S.D., Kochanek, P.M., and DeKosky, S.T.  Up-regulation of type 2 iodothyronine deiodinase mRNA in reactive astrocytes following traumatic brain injury in the rat.  Journal of Neurochemistry 71:887-890, 1998.

Ciallella, J.R., Yan, H.Q., Ma, X., Wolfson, B.M., Marion, D.W., DeKosky, S.T., and Dixon, C.E.  Chronic effects of traumatic brain injury on hippocampal vesicular acetylcholine transporter and M2 muscarinic receptor protein in rats.  Experimental Neurology 152:11-19, 1998.

Sweet, R.A., Nimgaonkar, V.L., Kamboh, M.I., Lopez, O.L., Zhang, F., and DeKosky, S.T.  Dopamine receptor genetic variation, psychosis, and aggression in Alzheimer disease.  Archives of Neurology 55:1335-1340, 1998.

Montoya, S.E., Aston, C.E., DeKosky, S.T., Kamboh, M.I., Lazo, J.S., and Ferrell, R.E.  Bleomycin hydrolase is associated with risk of sporadic Alzheimer's disease.  Nature Genetics 18:1-2, 1998.

Mayeux, R., Saunders, A.M., Shea, S., Mirra, S., Evans, D., Roses, A.D., Hyman, B.T., Cain, B., Tang, M.X., Phelps, C.H., and the Alzheimer's Disease Centers Consortium on APOE and Alzheimer's Disease.* (DeKosky, S.T. for the University of Pittsburgh).  Utility of the apolipoprotein-E genotype in the diagnosis of Alzheimer's disease.  New England Journal of Medicine 338:506-511, 1998.

Wang, X., DeKosky, S.T., Wisniewski, S., Aston, C.E., and Kamboh, M.I.  Genetic association of two chromosome 14 genes (Presenilin 1 and alpha 1 antichymotrypsin) with Alzheimer's disease. Annals of Neurology 44:387-390, 1998.

Whalen, M.J., Carlos, T.M., Kochanek, P.M., Wisniewski, S.R., Bell, M.J., Carcillo, J.A., Clark, R.S.B., DeKosky, S.T., and Adelson, P.D.  Soluble adhesion molecules in CSF are increased in children with severe head injury.  Journal of Neurotrauma 15:777-787, 1998.

Kaufer, D.I., Catt, K.E., Lopez, O.L., and DeKosky, S.T.  Dementia with Lewy bodies:  Response of delirium-like features to donepezil. Neurology 51:1512, 1998.

Chandra, V., Ganguli, M., Pandav, R., Johnston, J., Belle, S., and DeKosky, S.T.  Prevalence of Alzheimer's disease and other dementias in rural India:  The Indo-US Cross-National Dementia Epidemiology Study.  Neurology 51:1000-1008, 1998.

Meltzer, C.C., Smith, G., Price, J.C., Reynolds, C.F., Mathis, C.A., Greer, P., Lopresti, B., Pollock, B.G., Ben-Eliezer, D., Cantwell, M., Kaye, W., and DeKosky, S.T.  Reduced binding of [$^{18}$F] altanserin to serotonin type 2A receptors in aging:  Persistence of effect after partial volume correction.  Brain Research 813:167-171, 1998.

Chandra, V., Ganguli, M., Ratcliff, G., Pandav, R., Sharma, S.,  Belle, S., Ryan, C., Baker, C., DeKosky, S., and Nath, L.  Practical issues in cognitive screening of elderly illiterate populations in developing countries:  The Indo-US Cross National Dementia Epidemiology Study. Aging (Milano) 10:349-357, 1998.

Lopez, O.L., Lopez-Pousa, S., Kamboh, M.I., Adroer, R., Oliva, R., Becker, J.T., and DeKosky, S.T.  Apolipoprotein E polymorphism in Alzheimer's disease:  A comparative study of two research populations from Spain and the United States.  European Neurology 39:229-233, 1998.

Forbes, M.L., Clark, R.S.B., Dixon, C.E., Graham, S.H., Marion, D.W., DeKosky, S.T., Schiding, J.K., Safar, P., and Kochanek, P.M.  Augmented neuronal death in CA3 hippocampus following hyperventilation early after controlled cortical impact.  Journal of Neurosurgery 88:549-556, 1998.

Meltzer, C.C., Price, J.C., Mathis, C.A., Greer, P.J., Cantwell, M.N., Houck, P.R., Mulsant, B.H., Bel-Eliezer, D., Lopresti, B., DeKosky, S.T., and Reynolds, C.F.  PET imaging of serotonin type 2A receptors in late-life neuropsychiatric disorders.  Am J Psychiatry 156:1871-1878, 1999.

Luedecking, E.K., Ganguli, M., DeKosky, S.T., and Kamboh, M.I.  Genetic polymorphism in the persyn (y-synuclein) gene and the risk of Alzheimer's disease.  Neuroscience Letters 261:186-188,1999.

Dixon, C.E., Kochanek, P.M., Yan, H.Q., Schiding, J.K., Griffith, R.G., Baum, E., Marion, D.W., and DeKosky, S.T.  A one-year study of spatial memory performance, brain morphology, and cholinergic markers after moderate controlled cortical impact in rats.  Journal of Neurotrauma  16:109-122. 1999.

Chen, P., Ganguli, M., Mulsant, B.H., and DeKosky, S.T.  The temporal relationship between depressive symptoms and dementia.  Archives of General Psychiatry 56:261-266, 1999.

Kamboh, M.I., Aston, C.E., Perez-Tur, J., Kokmen, E., Ferrell, R.E., Hardy, J., and DeKosky, S.T.  A novel mutation in the apolipoprotein E gene (APOE*4 Pittsburgh) is associated with the risk of late-onset Alzheimer's disease.  Neurocience Letters 263:129-132, 1999.

Reynolds, M.D., Johnston, J.M., Dodge, H.H., DeKosky, S.T., and Ganguli, M.  Small head size is related to low Mini-Mental State Examination scores in a community sample of nondemented older adults. Neurology 53:228-229, 1999.

Shao, L., Ciallella, J.R., Yan, H.Q., Ma, X., Wolfson, B.M., Marion, D.W., DeKosky, S.T., and Dixon, C.E.  Differential effects of traumatic brain injury on vesicular acetylcholine transporter and $M_2$ muscarinic receptor mRNA and protein in rat.  Journal of Neurotrauma 16:555-566, 1999.

Goins, W.F., Lee, K.A., Cavalcoli, J.D., O'Malley, M.E., DeKosky, S.T., Fink, D., and Glorioso, J.C.  Herpes simplex virus type 1 vector-mediated expression of nerve growth factor protects dorsal root ganglia neurons from peroxide toxicity.  Journal of Virology 73:519-532, 1999.

Lopez, O.L., Wisniewski, S.R., Becker, J.T., Boller, F., and DeKosky, S.T.  Psychiatric medication and abnormal behavior as predictors of progression in probable Alzheimer's disease.  Archives of Neurology 56:1266-1272, 1999.

Sinz, E.H., Kochanek, P.M., Dixon, C.E., Clark, R.S.B., Carcillo, J.A., Schiding, J.K., Chen, M., Wisniewski, S.R., Carlos, T.M., Williams, D., DeKosky, S.T., Watkins, S.C., Marion, D.W., and Billiar, T.R.  Inducible nitric oxide synthase is an endogenous neuroprotectant after traumatic brain injury in rats and mice.  J. Clin. Invest. 104:647-656,1999.

Lopez, O.L., Litvan, I., Catt, K.E., Stowe, R., Klunk, W., Kaufer, D.I., Becker, J.T., and DeKosky, S.T.  Accuracy of four clinical diagnostic criteria for the diagnosis of neurodegenerative dementias.  Neurology 53:1292-1299, 1999.

Meltzer, C.C., Price, J.C., Mathis, C.A., Greer, P.J., Cantwell, M.N., Houck, P.R., Mulsant, B.H., Ben-Eliezer, D., Lopresti, B., DeKosky, S.T., and Reynolds, C.F.  PET imaging of serotonin type 2A receptors in late-life neuropsychiatric disorders.  American Journal of Psychiatry 156:1871-1878, 1999.

Whalen, M.J., Carlos, T.M., Kochanek, P.M., Clark, R.S.B., Heineman, S., Schiding, J.K., Franiciola, D., Memarzadeh, F., Lo, W.,  Marion, D.W., and DeKosky, S.T.  Neutrophils do not mediate blood-brain barrier permeability early after controlled cortical impact in rats.  Journal of Neurotrauma 16:583-594, 1999.

DeKosky, S.T.  Frontotemporal dementia begins to yield its secrets.  Neurology Network Commentary 3:253-260, 1999.

Ganguli, M., Dodge, H.H., Chen, J., Belle, S., and DeKosky, S.T.  Ten-year incidence of dementia in a rural elderly U.S. community population:  The MoVIES Project.  Neurology 54:1109-1116, 2000.

Whalen, M.J., Carlos, T.M., Kochanek, P.M., Wisniewski, S.R., Bell, M.J., Clark, R.S.B., DeKosky, S.T., Marion, D.W., and Adelson, P.D.  Interleukin-8 is increased in cerebrospinal fluid of children with severe head injury. Critical Care Medicine 28:929-934, 2000.

Ganguli, M., Chandra, V., Kamboh, M.I., Johnston, J.M., Dodge, H.H., Thelma, B.K., Juyal, R.C., Pandav, R., Belle, S.H., and DeKosky, S.T.  APOE polymorphism and Alzheimer disease: The Indo-US National Dementia Study. Archives of Neurology, 57:824-830, 2000.

Luedecking, E.K., DeKosky, S.T., Mehdi, H., Ganguli, M., and Kamboh, M.I.  Analysis of genetic polymorphisms in the transforming growth factor-ß1 gene and the risk of Alzheimer's disease.  Human Genetics 106:565-569, 2000.

Bhojak, T.J., DeKosky, S.T., Ganguli, M., and Kamboh, M.I.  Genetic polymorphisms in the cathepsin D and interleukin-6 genes and the risk of Alzheimer's disease.  Neuroscience Letters 288:21-24, 2000.

Lopez, O.L., Hamilton, R.L., Becker, J.T., Wisniewski, S., Kaufer, D.I., and DeKosky, S.T.  Severity of cognitive impairment and the clinical diagnosis of AD with Lewy bodies. Neurology 54:1780-1787, 2000.

Lopez, O.L., Wisniewski, S., Hamilton, R.L., Becker, J.T., Kaufer, D.I., and DeKosky, S.T.  Predictors of progression in patients with AD and Lewy bodies.  Neurology 54:1774-1779, 2000.

Minster, R.L., DeKosky, S.T., Ganguli, M., Belle, S., and Kamboh, M.I.  Genetic association studies of interleukin-1 (IL-1A and IL-1B) and interleukin-1 receptor antagonist genes and the risk of Alzheimer's disease.  Annals of Neurology 48:817-818, 2000.

Chen, P., Ratcliff, G., Belle, S.H., Cauley, J.A., DeKosky, S.T., and Ganguli, M.  Cognitive tests that best discriminate between presymptomatic AD and those who remain non-demented.  Neurology 55:1847-1853, 2000.

Lopez, O.L., Becker, J.T., Klunk W., Saxton, J., Hamilton, R.L., Kaufer, D.I., Sweet, R.A., Meltzer, C.C., Wisniewski, S., Kamboh, M.I., and DeKosky, S.T.  Research evaluation and diagnosis of probable Alzheimer's disease over the last two decades:  I.  Neurology  55:1854-1862, 2000.

Lopez, O.L., Becker, J.T., Klunk W., Saxton, J., Hamilton, R.L., Kaufer, D.I., Sweet, R.A., Meltzer, C.C., Wisniewski, S., Kamboh, M.I., and DeKosky, S.T.  Research evaluation and diagnosis of possible Alzheimer's disease over the last two decades:  II.  Neurology 55:1863-1869, 2000.
Cronin-Stubbs, D., DeKosky, S.T., Morris, J.C., and Evans, D.A. Promoting interactions with basic scientists and clinicians:  The NIA Alzheimer's Disease Data Coordinating Center.  Statistics in Medicine 19:1453-1461, 2000.

Kaufer, D.I., Cummings, J.L., Ketchel, P., Smith, V., MacMillan, A., Shelley, T., Lopez, O.L., and DeKosky, S.T. Validation of the NPI-Q:  A brief clinical form of the NP Inventory.  Journal of Neuropsychiatry and Clinical Neuroscience 12:233-239, 2000.

Sweet, R.A., Hamilton, R.L., Lopez, O.L., Klunk, W.E., Wisniewski, S.R., Kaufer, D.I., Healy, M.T., and DeKosky, S.T.  Psychotic symptoms in Alzheimer's disease are not associated with more severe neuropathologic features.  International Psychogeriatrics 12:547-558, 2000.

Kordower, J.H., Chu, Y., Stebbins, G.T., DeKosky, S.T., Cochran, E.J., Bennett, D., and Mufson, E.J.  Loss and atrophy of layer II entorhinal cortex neurons in elderly people with mild cognitive impairment.  Annals of Neurology 49:202-213, 2001.

Lopez, O.L., Smith, G., Becker, J.T., Meltzer, C.C., and DeKosky, S.T.  The psychotic phenomenon in probable Alzheimer's disease:  A positron emission tomography study.  Journal of Neuropsychiatry and Clinical Neurosciences 13:50-55, 2001.

Lopez, O.L., Zivkovic, S., Smith, G., Becker, J.T., Meltzer, C.C., and DeKosky, S.T.  Psychiatric symptoms associated with cortical-subcortical dysfunction in Alzheimer's disease. Journal of Neuropsychiatry and Clinical Neurosciences 13:56-60, 2001.

Wang, X., Luedecking, E.L., Minster, R.L., Ganguli, M., DeKosky, S.T., and Kamboh, M.I.  Lack of association between $\alpha$2-macroglobulin polymorphisms and Alzheimer's disease.  Human Genetics, 108:105-108,2001.

Meltzer, C.C., Drevets, W.C., Price, J.C., Mathis, C.A., Lopresti, B., Greer, P.J., Villemagne, V., Hold, D., Mason, N.S., Houck, P.R., Reynolds, C.F., and DeKosky, S.T.  Gender-specific aging effects on the serotonin 1A receptor.  Brain Research 895:9-17, 2001.

Nebes, R.D., Vora, I.J., Meltzer, C.C., Fukui, M.B., Williams, R.L., Kamboh, M.I., Saxton, J., Houck, P.R., DeKosky, S.T., and Reynolds, C.F.  The relationship of deep white matter hyperintensities and apolipoprotein E genotype to depressive symptoms in older adult without clinical depression.  Am J of Psychiatry 158:878-884, 2001.

Sweet, R.A., Hamilton, R.L., Healy, M.T., Wisniewski, S.R., Henteleff, R., Pollock, B.G., Lewis, D.A., and DeKosky, S.T.  Alterations of striatal dopamine receptor binding in Alzheimer's disease are associated with Lewy body pathology and with antemortem psychosis.  Archives of Neurology, 58:466-472, 2001.

Petersen, R.C., Stevens, J.C., Ganguli, M., Tangalos, E.G., Cummings, J.L., and DeKosky, S.T.  Practice parameter:  Early detection of dementia:  Mild cognitive impairment (an evidence-based review).  Report of the Quality Standards Subcommittee of the American Academy of Neurology.  Neurology 56:1133-1142, 2001.

Knopman, D.S., DeKosky, S.T., Cummings, J.L., Chui, H., Corey-Bloom, J., Relkin, N., Small, G.W., Miller, B., and Stevens, J.C.  Practice parameter: Diagnosis of dementia (an evidence-based review).  Report of the Quality Standards Subcommittee of the American Academy of Neurology.  Neurology 56:1143-1153, 2001.

Doody, R.S., Stevens, J.C., Beck, C., Dubinsky, R.M., Kaye, J.A., Gwyther, L., Mohs, R.C., Thal, L.J., Whitehouse, P.J., DeKosky, S.T., and Cummings, J.C.  Practice parameter: Management of dementia (an evidence-based review).  Report of the Quality Standards Subcommittee of the American Academy of Neurology.  Neurology 56:1154-1166, 2001.

Amick, J.E., Yandora, K.A., Bell, M.J., Wisniewski, S.R., Adelson, P.D., Carcillo, J.A., Janesko, K.L, DeKosky, S.T., Carlos, T.M., Clark, R.S.B., and Kochanek, P.M.  The Th1 versus Th2 cytokine profile in cerebrospinal fluid after severe traumatic brain injury in infants and children.  Pediatric Critical Care Medicine 2:260-264, 2001.
Bhojak, T.J., DeKosky, S.T., Ganguli, M., and Kamboh, M.I.  Genetic polymorphism in the cathepsin G gene and the risk of Alzheimer's disease.  Neuroscience Letters 309:138-140, 2001.

DeKosky, S.T. and Orgogozo, J.-M.  Alzheimer's disease:  Diagnosis, costs, and dimensions of treatment.  Alzheimer Disease and Association Disorders 15, Supplement 1, S3-S7, 2001.

Chen, P., Ratcliff, G., Belle, S.H., Cauley, J.A., DeKosky, S.T., and Ganguli, M.  Patterns of cognitive decline in presymptomatic Alzheimer disease:  A prospective community study.  Archives of General Psychiatry 58:853-858, 2001.

Chandra, V., Pandav, R., Dodge, H.H., Johnston, J.M., Belle, S.H., DeKosky, S.T., and Ganguli, M.  Incidence of Alzheimer's disease in a rural community in India:  The Indo-US Study.  Neurology 57:985-989, 2001.

Sukonick, D.L., Pollock, B.G., Sweet, R.A., Mulsant, B.H., Rosen, J., Klunk, W.E., Kastango, K.B., DeKosky, S.T., and Ferrell, R.E.  The 5-HTTPR*S/*L  polymorphism and aggressive behavior in Alzheimer's disease.  Archives of Neurology 58:1425-1428, 2001.

Burmeister, L.A., Ganguli, M., Dodge, H.H., Toczek, T., DeKosky, S.T., and Nebes, R.D.  Hypothyroidism and cognition:  Preliminary evidence for a specific defect in memory.  Thyroid 11:1177-1185, 2001.

Sweet, R.A., Pollock, B.G., Sukonick, D.L., Mulsant, B.H., Rosen, J., Klunk, W.E., Kastango, K.B., DeKosky, S.T., and Ferrell, R.E.  The 5-HTTPR polymorphism confers liability to a combined phenotype of psychotic and aggressive behavior in Alzheimer's disease.  International Psychogeriatrics 13:401-409, 2001.

Sweet, R.A., Panchalingam, K., Pettegrew, J.W., McClure, R.J., Hamilton, R.L., Lopez, O.L., Kaufer, D.I., DeKosky, S.T., and Klunk, W.E.  Psychosis in Alzheimer's disease:  Postmortem magnetic resonance spectroscopy evidence of excess neuronal and membrane phospholipid pathology.  Neurobiology of Aging 23:547-553,2002.

Nebes, R.D., Reynolds, C.F., Boada, F., Meltzer, C.C., Fukui, M.B., Saxton, J., Halligan, E.D., and DeKosky, S.T.  Longitudinal increase in the volume of white matter hyperintensities in late-onset depression.  International J of Geriatric Psychiatry 17:526-530, 2002.

Aizenstein, H.J., Nebes, R.D., Meltzer, C.C., Fukui, M.B., Williams, R.L., Saxton, J., Houck, P.R., Carter, C.S., Reynolds, C.F., and DeKosky, S.T.  The relation of white matter hyperintensities to implicit learning in healthy older adults.  International Journal of Geriatric Psychiatry 17:664-669, 2002.

Desai, P., DeKosky, S.T., and Kamboh, M.I.  Genetic variation in the cholesterol 24-hydroxylase (CYP46) gene and the risk of Alzheimer's disease.  NeuroScience Letters 328:9-12, 2002.

Lopez, O.L., Becker, J.T., Kaufer, D.I., Hamilton, R.L., Sweet, R.A., Klunk, W., and DeKosky, S.T. Research evaluation and prospective diagnosis of dementia with Lewy bodies. Archives of Neurology 59:43-46, 2002.

DeKosky, S.T., Ikonomovic, M.D., Styren, S.D., Beckett, L., Wisniewski, S., Bennett, D., Kordower, J.H., and Mufson, E.J.  Upregulation of choline acetyltransferase activity in hippocampus and frontal cortex of elderly subjects with mild cognitive impairment.  Annals of Neurology 51:145-155, 2002.

Sweet, R.A., Nimgaonkar, V.L., Devlin, B., Lopez, O.L., and DeKosky, S.T.  Increased familial risk of the psychotic phenotype of Alzheimer disease.  Neurology 58:907-911, 2002.

Lopez, O.L., Becker, J.T., Wisniewski, S., Saxton, J., Kaufer, D.I., and DeKosky, S.T.  Cholinesterase inhibitor treatment alters the natural history of Alzheimer's disease.  Journal of Neurology, Neurosurgery and Psychiatry 72:310-314, 2002.

Wang, X., DeKosky, S.T., Luedecking-Zimmer, E., Ganguli, M., and Kamboh, M.I.  Genetic variation in alpha 1-antichymotrypsin and its association with Alzheimer's disease.  Human Genetics 110:356-365, 2002.

Whyte, E.M., Mulsant B.H., Butters, M.A., Qayyum, M., Towers, A., Sweet, R.A., Klunk, W., Wisniewski, S., and DeKosky, S.T.  Cognitive and behavioral correlates of low vitamin B12 levels in elderly patients with progressive dementia.  American Journal for Geriatric Psychiatry 10:321-327, 2002.

Sweet, R.A., Kamboh, M.I., Wisniewski, S.R., Lopez, O.L., Klunk, W.E., Kaufer, D.I., and DeKosky, S.T. Apolipoprotein E and alpha-1-antichymotryipsin genotypes do not predict time to psychosis in Alzheimer's disease.  Journal of Geriatric Psychiatry and Neurology 15:24-30, 2002.

Bacanu, S.-A., Devlin, B., Chowdari, K.V., DeKosky, S.T., Nimgaonkar, V.L., and Sweet, R.A.  Linkage analysis of Alzheimer disease with psychosis.  Neurology 59:118-120, 2002.

Wang, X., DeKosky, S.T., Ikonomovic, M.D., and Kamboh, M.I.  Distribution of plasma alpha 1-antichymotrypsin levels in Alzheimer disease patients and controls and their genetic controls.  Neurobiology of Aging 23:377-382, 2002.

Lyketsos, C.G., Lopez, O., Jones, B., Fitzpatrick, A.L., Breitner, J., and DeKosky, S. Prevalence of neuropsychiatric symptoms in dementia and mild cognitive impairment.  JAMA 288:1475-1483, 2002.

Luedecking-Zimmer, E., DeKosky, S.T., Chen, Q., Barmada, M.M., and Kamboh, M.I.  Investigation of oxidized LDL-receptor 1 (OLR1) as the candidate gene for Alzheimer's disease on chromosome 12.  Human Genetics 111:443-451, 2002.

Cook, S.E., Nebes, R.D., Halligan, E.M., Burmeister, L.A., Saxton, J.A., Ganguli, M., Fukui, M.B., Meltzer, C.C., Williams, R.L., and DeKosky, S.T.  Memory impairment in elderly individuals with a mildly elevated serum TSH: The role of processing resources, depression and cerebrovascular disease.  Aging, Neuropsychology and Cognition 9:175-183, 2002.

McFarland, C., Sweet, R.A., DeKosky, S.T., Houck, P.R., Mulsant, B.H., Pollock, B.G., and Reynolds, C.F.  The establishment of a brain bank for the study of late-life depression:  A feasibility study of factors facilitating consent.  CNS Spectrums 7:816-821, 2002.

Basu, A., Krady, J.K., O'Malley, M., Styren, S.D., DeKosky, S.T., and Levison, S.W.  The type 1 interleukin-1 receptor is essential for the microglial response to brain injury and the expression of specific pro-inflammatory mediators.  Journal of Neuroscience 22:6071-6082, 2002.

Ciallella, J.R., Ikonomovic, M.D., Paljug, W.R., Wilbur, Y.I., Dixon, C.E., Kochanek, P.M., Marion, D.W., and DeKosky, S.T.  Changes in expression of amyloid precursor protein and interleukin-1ß after experimental traumatic brain injury in rats.  Journal of Neurotrauma 19:1555-1567, 2002.

Grundman, M., Sencakova, D., Jack, C.R., Petersen, R.C., Kim, H.T., Schultz, A., Weiner, M.F., DeCarli, C., DeKosky, S.T., van Dyck, C., Thomas, R.G. and Thal, L.J. for the Alzheimer's Disease Cooperative Study. Brain MRI hippocampal volume and prediction of clinical status in a mild cognitive impairment trial.  Journal of Molecular Neuroscience 19:23-27, 2002.

Lopez, O.L., Becker, J.T., Sweet, R.A., Klunk, W., Kaufer, D.I., Saxton, J. and DeKosky, S.T.  Patterns of change in the treatment of psychiatric symptoms in patients with probable Alzheimer's disease from 1983 to 2000. Journal of Neuropsychiatry and Clinical Neurosciences 15:67-73, 2003.

Desai, P.P., Hendrie, H.C., Evans, R.M., Murrell, J.R., DeKosky, S.T., and Kamboh, M.I.  Genetic variation in apolipoprotein D affects the risk of Alzheimer's disease in African-Americans. American Journal of Medical Genetics Part B (Neuropsychiatric Genetics) 116B:98-101, 2003.

Grundman, M., Jack, C.R., Petersen, R.C., Kim, H.T., Taylor, C., Datvian, M., Weiner, M.F., DeCarli, C., DeKosky, S.T., van Dyck, C., Darvesh, S., Yaffe, K., Kaye, J., Ferris, S.H., Thomas, R.G. and Thal, L.J. for the Alzheimer's Disease Cooperative Study.  Hippocampal volume is associated with memory but not nonmemory cognitive performance in patients with mild cognitive impairment.  Journal of Molecular Neuroscience 20:241-248, 2003.

DeKosky, S.T., Ikonomovic, M.D., Wang, X., Farlow, M., Wisniewski, S., Lopez, O.L., Becker, J.T., Saxton, J., Klunk, W.E., Sweet, R., Kaufer, D.I., and Kamboh, M.I.  Plasma and cerebrospinal fluid alpha-1-antichymotrypsin levels in Alzheimer's disease:  Correlation with cognitive impairment.  Annals of Neurology 53:81-90, 2003.

Luedecking-Zimmer, E., DeKosky, S.T., Nebes, R., and Kamboh, M.I.  Association of the 3'UTR transcription factor LBP-1c/CP2/LSF polymorphism with late-onset Alzheimer's disease.  American Journal of Medical Genetics 117B:114-117, 2003.

Klunk, W.E., Wang, Y., Huang, G., Debnath, M.L., Holt, D.P., Shao, L., Hamilton, R.L., Ikonomovic, M.D., DeKosky, S.T., and Mathis, C.A.  The binding of 2-(4'methylaminophenyl) benzothiazole to postmortem brain homogenates is dominated by the amyloid component.  The Journal of Neuroscience 23:2086-2092, 2003.

O'Brien, J.T., Erkinjuntti, T., Reisberg, B., Roman, G., Sawada,T., Pantoni, L., Bowler,J.V., Ballard, C., DeCarli, C., Gorelick, P.B., Rockwood, K., Burns, A., Gauthier, S., and DeKosky, S.T.  Vascular cognitive impairment.  Lancet Neurology 2:89-98, 2003.

DeKosky, S.T.  Similar enzymes, different mechanisms.  COX-1 and COX-2 enzymes in neurologic disease.  Archives of Neurology 60:632-633, 2003.

DeKosky, S.T.  Pathology and pathways of Alzheimer's disease with an update on new developments in treatment.  Journal of the American Geriatrics Society 51:S314-S320,2003.

Lopez, O.L., Becker, J.T., Sweet, R.A., Klunk, W., Kaufer, D.I., Saxton, J., Habeych, M., and DeKosky, S.T.  Psychiatric symptoms vary with the severity of dementia in probable Alzheimer's disease.  The Journal of Neuropsychiatry and Clinical Neurosciences 15:346-353, 2003.

Ikonomovic, M.D., Mufson, E.J., Wuu J., Cochran, E.J., Bennett, D.A., and DeKosky, S.T.  Cholinergic plasticity in hippocampus of individuals with mild cognitive impairment:  Correlation with Alzheimer's neuropathology.  Journal of Alzheimer's Disease 5:39-48, 2003.

Cook, S.E., Miyahara, S., Bacanu, S.-A., Perez-Madrinan, G., Lopez, O.L., Kaufer, D.I., Nimgaonkar, V.L., Wisniewski, S.R., DeKosky, S.T., and Sweet, R.A.  Psychotic symptoms in Alzheimer disease:  Evidence for subtypes.  American Journal of Geriatric Psychiatry 11:406-413, 2003.

DeKosky, S.  Early intervention is key to successful management of Alzheimer disease.  Alzheimer Disease and Associated Disorders 17:S99-S104, 2003.

Pandav, R., Dodge, H.H., DeKosky, S.T., and Ganguli, M.  Blood pressure and cognitive impairment in India and the United States:  A cross-national epidemiological study.  Archives of Neurology 60:1123-1128, 2003.

Mufson, E.J., Ikonomovic, M.D., Styren, S.D., Counts, S.E., Wuu, J., Leurgans, S., Bennett, D.A., Cochran, E.J., and DeKosky, S.T.  Preservation of brain nerve growth factor in mild cognitive impairment and Alzheimer disease.  Archives of Neurology 60:1143-1148, 2003.

Lopez, O.L. and DeKosky, S.T.  Neuropathology of Alzheimer's disease and mild cognitive impairment.  Rev Neurol 37:155-163, 2003.

Kerr, M.E., Kamboh, M.I., Yookyung, K., Kraus, M.F., Puccio, A.M., DeKosky, S.T., and Marion, D.W. Relationship between apoE4 allele and excitatory amino acid levels after traumatic brain injury: A preliminary report.  Critical Care Medicine 31:2371-2379, 2003.

Lopez, O.L., Jagust, W.J., DeKosky, S.T., Becker, J.T., Fitzpatrick, A., Dulberg, C., Breitner, J., Lyketsos, C., Jones, B., Kawas, C., Carlson, M., and Kuller, L.H.  Prevalence and classification of mild cognitive impairment in the Cardiovascular Health Study Cognition Study:  Part 1.  Archives of Neurology 60:1385-1393, 2003.

31

CURRICULUM VITAE
STEVEN T. De KOSKY, M.D.

Lopez, O.L., Jagust, W.J., Dulberg, C., Becker, J.T., DeKosky, S.T., Fitzpatrick, A., Breitner, J., Lyketsos, C., Jones, B., Kawas, C., Carlson, M., and Kuller, L.H.  Risk factors for mild cognitive impairment in the Cardiovascular Health Study Cognition Study:  Part 2.  Archives of Neurology 60:1394-1399, 2003.

Koldamova, R.P., Lefterov, I.M., Ikonomovic, M.D.. Skoko, J., Lefterov, P.I., Isanski, B.A., DeKosky, S.T., and Lazo, J.S. 22R-Hydroxycholesterol and 9-cis-retinoic acid induce ABCA1 transporter expression and cholesterol efflux in brain cells and decrease Ab secretion. Journal of Biological Chemistry 278(15):13244-13256, 2003.

DeKosky, S.T. and Marek, K.  Looking backward to move forward:  Early detection of neurodegenerative disorders. Science 302:830-834, 2003.

Bohnen, N.I., Kaufer, D.I., Ivanco, L.S., Lopresti, B., Koeppe, R.A., Davis, J.G., Mathis, C.A., Moore, R.Y., and DeKosky, S.T. Cortical cholinergic function is more severely affected in Parkinsonian dementia than in Alzheimer's disease: An *in vivo* positron emission tomographic study.  Archives of Neurology 60:1745-1748, 2003.

Butters, M.A., Sweet, R.A., Mulsant, B.H., Kamboh, M.I., Pollock, B.G., Begley, A.E., Reynolds, C.F., and DeKosky, S.T.  APOE is associated with age-of-onset, but not cognitive functioning, in late-life depression.  International Journal for Geriatric Psychiatry 18:1075-1081, 2003.

Dodge, H.H., Shen, C., Pandav, R., DeKosky, S.T., and Ganguli, M. Functional transitions and active life expectancy associated with Alzheimer's disease. Archives of Neurology 60:253-259, 2003.

Mufson, E.J., Ginsberg, S.D., Ikonomovic, M.D., and DeKosky, S.T.  Human cholinergic basal forebrain: Chemoanatomy and neurologic dysfunction.  Journal of Chemical Neuroanatomy 26:233-242, 2003.

Hope, C., Mettenburg, J., Gonias, S.L., DeKosky, ST., Kamboh, M.I., and Chu, C.T.  Functional analysis of plasma alpha-2-macroglobulin from Alzheimer's disease patients with the A2M intronic deletion."  Neurobiology of Disease 14:504-512, 2003.

DeKosky, S.T.  How should we design studies for stroke prevention?  Archives of Neurology 60:778-779, 2003.

Lambert, J.-C., Luedecking-Zimmer, E., Merrot, S., Hayes, A., Thaker, U., Desai, P., Houzet, A., Hermant, X., Cottel, D., Pritchard, A., Iwatsubo, T., Pasquier, F., Frigard, B., Conneally, P.M., Chartier-Harlin, M.-C., DeKosky, S.T., Lendon, C., Mann, D., Kamboh, M.I., and Amouyel, P.  Association of 3'-UTR polymorphisms of the oxidized LDL-receptor 1 (OLR1) gene with Alzheimer's disease.  Journal of Medical Genetics 40:424-430, 2003.

DeKosky, S.T., Taffe, K.M., Abrahamson, E.A., Dixon, C.E., Kochanek, P.M., and Ikonomovic, M.D.  Time course analysis of hippocampal nerve growth factor and antioxidant enzyme activity following lateral controlled cortical impact brain injury in the rat.  Journal of Neurotrauma 21:491-500, 2004.

DeKosky, S.T., Farlow, M., and Ikonomovic, M.D.  Increased levels of plasma alpha 1-antichymotrypsin mark Alzheimer's disease progression.  Research and Practice in Alzheimer's Disease 9:83-88, 2004.

Ganguli, M., Dodge, H.H., Shen, C., and DeKosky, S.T.  Mild cognitive impairment, amnestic type:  An epidemiologic study.  Neurology 63:115-121, 2004.

Pandav, R.S., Chandra, V., Dodge, H.H., DeKosky, S.T., and Ganguli, M.  Hemoglobin levels and Alzheimer disease:  An epidemiologic study in India.   American Journal of Geriatric Psychiatry 12:523-526, 2004.

Perez-Madriñan, G., Cook, S.E., Saxton, J.A., Miyahara, S., Lopez, O.L., Kaufer, D.I., Aizenstein, H.J., DeKosky, S.T., and Sweet, R.A.  Alzheimer disease with psychosis:  Excess cognitive impairment is restricted to the misidentification subtype.  American Journal of Geriatric Psychiatry 12:449-456, 2004.

Marshall, G.A., Kaufer, D.I., Lopez, O.L., Rao, G.R., Hamilton, R.L., and DeKosky, S.T. Right prosubiculum amyloid plaque density correlates with anosognosia in Alzheimer's disease. J Neurol Neurosurg Psychiatry 75: 1396-1400, 2004.

Ganguli, M., Rodriguez, E., Mulsant, B., Richards, S., Pandav, R.,VanderBilt, J., Dodge, H.H., Stoehr, G.P., Saxton, J., Morycz, R.K., Rubin, R.T., Farkas, B., and DeKosky, S.T.  Detection and management of cognitive impairment in primary care: The Steel Valley Seniors Survey.  Journal of the American Geriatrics Society 52:1668-1675, 2004.

DeKosky, S.T. and Ikonomovic, M.D.  NIFID:  A new molecular pathology with a frontotemporal dementia phenotype.  Neurology 63:1348-1349, 2004.

Ikonomovic, M.D., Uryu, K., Abrahamson, E.E., Ciallella, J.R., Trojanowski, J.Q., Lee, V. M.-Y., Clark, R.S., Marion, D.W., Wisniewski, S.R., and DeKosky, S.T.  Alzheimer's pathology in human temporal cortex surgically excised after severe brain injury.  Experimental Neurology 190:192-203, 2004.

DeKosky, S.T., Abrahamson, E.E., Taffe, K.M., Dixon, C.E., Kochanek, P.M., and Ikonomovic, M.D.  Effects of post-injury hypothermia and nerve growth factor infusion on antioxidant enzyme activity in the rat:  Implications for clinical therapies.  Journal of Neurochemistry 90:998-1004, 2004.

Sweet, R.A., Hamilton, R.L., Butters, M.A., Mulsant, B.H., Pollock, B.G., Lewis, D.A.,Lopez, O.L., DeKosky, S.T., and Reynolds, C.F.  Neuropathologic correlates of late-onset major depression.  Neuropsychopharmacology 29:2242-2250, 2004.

Bohnen, N., Kaufer, D., Hendrickson, R., Ivanco, L., Moore, R., and DeKosky, S.  Effects of donepezil on motor function in patients with Alzheimer's disease.  J Clin Psychopharmacology 24:354-356, 2004.

Ishikawa, M., Mizukami, K., Iwakiri, M., Kamma, H., Ikonomovic, M.D., DeKosky, S.T. and Asada, T.  Immunohistochemical study of hnRNP B1 in the postmortem temporal cortices of patients with Alzheimer's disease.  Neuroscience Research 50:481-484, 2004.

Lopez, O.L., Becker, J.T., Saxton, S., Sweet, R.A., Klunk, W., and DeKosky, S.T.  Alteration of a clinically meaningful outcome in the natural history of Alzheimer's disease by cholinesterase inhibition.  Journal of the American Geriatrics Society 53:83-87, 2005.

Ikonomovic, M.D., Mufson, E.J., Wuu, J., Bennett, D.A., and DeKosky, S.T.  Reduction of choline acetyltransferease activity in primary visual cortex in mild to moderate Alzheimer's disease.  Archives of Neurology 62:425-430, 2005.

Kuller, L.H., Lopez, O.L., Jagust, W.J., Becker, J.T., DeKosky, S.T., Lyketsos, C., Breitner, J.C.S., Fitzpatrick, A., and Dulberg, C.  Determinants of vascular dementia in the Cardiovascular Health Cognition Study.  Neurology, 64:1548-1552, 2005.

Lopez, O.L., Kuller, L.H., Becker, J.T., Jagust, W.J., DeKosky, S.T., Fitzpatrick, A., Breitner, J., Lyketsos, C., Kawas, C., and Carlson, M.  Classification of vascular dementia in the Cardiovascular Health Study Cognition Study.  Neurology 64:1539-1547, 2005.

Ganguli, M., Dodge, H.H., Shen, C., Pandav, R.S., and DeKosky, S.T.  Alzheimer's disease and mortality: A 15-year epidemiologic study.  Archives of Neurology 62:779-784, 2005.

Ozturk, A., Desai, P.P., Minster, R.L., DeKosky, S.T., and Kamboh, M.I.  Three SNPs in the GSTO1, GSTO2 and PRSS11 genes on chromosome 10 are not associated with age-at-onset of Alzheimer's disease.  Neurobiology of Aging 26:1161-1165, 2005.

Fleisher, A., Grundman, M., Jack, C.R., Petersen, R.C., Taylor,C., Kim, H.T., Schiller, D.H.B., Bagwell, V., Sencakowa, D., Weiner, M.F., DeCarli, C., DeKosky, S.T., van Dyck, C., Thomas, R.G., and Thal, L.J.  Sex, apolipoprotein E E4 status, and hippocampal volume in mild cognitive impairment.  Archives of Neurology 62:953-957, 2005.

Garand, L., Dew, M.A., Eazor, L.R., DeKosky, S.T., and Reynolds, C.F.  Caregiving burden and psychiatric morbidity in spouses of persons with mild cognitive impairment.  International Journal of Geriatric Psychiatry, 20:512-522, 2005.

Satchell, M.A., Lai, Y., Kochanek, P.M., Wisniewski, S.R., Fink, E.L., Siedberg, N.A., Berger, R.P., DeKosky, S.T., Adelson, P.D., and Clark, R.S.B.  Cytochrome *c*, a biomarker of apoptosis, is increased in cerebrospinal fluid from infants with inflicted brain injury from child abuse.  Journal of Cerebral Blood Flow and Metabolism 25:919-927, 2005.

Newman, A.B., Fitzpatrick, A.L., Lopez, O., Jackson, L., Lyketsos, C., Jagust, W., Ives, D., DeKosky, S.T., and Kuller, L.H.   Dementia and Alzheimer's disease incidence in relationship to cardiovascular disease in the Cardiovascular Health Study cohort.  Journal of the American Geriatrics Society 53:1101-1107, 2005.

Iwakiri, M., Mizukami, K., Ikonomovic, M.D., Ishikawa, M., Hidaka, S., Abrahamson, E.E., DeKosky, S.T., and Asada, T.  Changes in hippocampal $GABA_BR1$ subunit expression in Alzheimer's patients:  Association with Braak staging.  Acta Neuropathol 109:467-474, 2005.

Bacanu, S.A., Devlin, B., Chowdari, K.V., DeKosky, S.T., Nimgaonkar, V.L., and Sweet, R.A.  Heritability of psychosis in Alzheimer disease.  American Journal of Geriatric Psychiatry 13:624-627, 2005.

Bell-McGinty, S., Lopez, O.L., Meltzer, C.C., Scanlon, J.M., Whyte, E.M., DeKosky, S.T., and Becker, J.T.  Differential cortical atrophy in subgroups of mild cognitive impairment.  Archives of Neurology 62:1393-1397, 2005.

Mathis, C.A., Klunk, W.E., Price, J.C., and DeKosky, S.T.  Imaging technology for neurodegenerative diseases:  Progress toward detection of specific pathologies.  Archives of Neurology 62:196-200, 2005.

Desai, P., Nebes, R., DeKosky, S.T., and Kamboh, M.I.  Investigation of the effect of brain-derived neurotrophic factor (BDNF) polymorphisms on the risk of late-onset Alzheimer's disease (AD) and quantitative measures of AD progression.  Neuroscience Letters 379:229-234, 2005.

Nebes, R.D., Pollock, B.G., Meltzer, C.C., Saxton, J.A., Houck, P.R., Halligan, E.M., and DeKosky, S.T.  Serum anticholinergic activity, white matter hyperintensities, and cognitive performance.  Neurology 65:1487-1489, 2005.

Price, J.E., Klunk, W.E., Lopresti, B., Lu, X., Hoge, J.A., Ziolko, S.K., Holt, D.P., Meltzer, C.C., DeKosky, S.T., and Mathis, C.A. Kinetic modeling of amyloid binding in humans using PET imaging and Pittsburgh Compound-B. Journal of Cerebral Blood Flow & Metabolism 25:1528-1547, 2005.

Schneider, L.S., DeKosky, S.T., Farlow, M.R., Tariot, P.N., Hoerr, R., and Kieser, M.  A randomized, double-blind, placebo-controlled trial of two doses of Ginkgo biloba extract in dementia of the Alzheimer's type.  Current Alzheimer Research 2:541-551, 2005.
Klunk, W.E., Lopresti, B.J., Ikonomovic, M.D., Lefterov, I.M., Koldamova, R.P., Abrahamson, E.E., Debnath, M.L., Holt, D.P., Huang, G-F., Shao, L., DeKosky, S.T., Price, J.C., and Mathis. C.A.  Binding of the positron emission tomography tracer, Pittsburgh Compound-B, reflects the amount of amyloid-ß in Alzheimer's disease brain, but not in transgenic mouse brain.  Journal of Neuroscience 25:10598-10606, 2005.

DeKosky, S.T.  Statin therapy in the treatment of Alzheimer disease:  What is the rationale? The American Journal of Medicine 118(12A):48S-53S, 2005.

Bohnen, N.I., Kaufer, D.I., Hendrickson, R., Ivanco, L.S., Lopresti, B.J. Koeppe, R.A., Meltzer, C.C., Constantine, G., Davis, J.G., Mathis, C.A., DeKosky, S.T., and Moore, R.Y.  Degree of inhibition of cortical acetylcholinesterase activity and cognitive effects by donepezil treatment in Alzheimer's disease.  Journal of Neurology, Neurosurgery and Psychiatry 76:315-319, 2005.

Lopez, O.L., Becker, J.T., Sweet, R.A., Klunk, W., Saxton, J., and DeKosky, S.T.  Another data/rhetoric mismatch on donepezil.  JAGS 53:1832-1833, 2005.

Omalu, B.I., DeKosky, S.T., Minster, R.L., Kamboh, M.I., Hamilton, R.L.., and  Wecht, C.H. Chronic traumatic encephalopathy in a National Football League (NFL) player.  Neurosurgery 57:128-134, 2005.

Lopresti, B.J., Klunk, W.E., Mathis, C.A., Hoge, J.A., Ziolko, S.K., Lu, X., Meltzer, C.C., Schimmel, K., Tsopelas, N., DeKosky, S.T., and Price, J.C.  Simplified quantification of Pittsburgh-Compound B (PIB) amyloid imaging PET studies:  A comparative analysis.  Journal of Nuclear Medicine 46:1959-1972, 2005.

Rosano, C., Aizenstein, H.J., Cochran, J.L., Saxton, J.A., DeKosky, S.T., Newman, A.B., Kuller, L.H., Lopez, O.L., and Carter, C.S.  Event-related functional magnetic resonance imaging investigation of executive control in very old individuals with mild cognitive impairment.  Biological Psychiatry 57:761-767, 2005.

Tsuang, D.W., Wilson, R.K., Lopez, O.L., Luedecking-Zimmer, E.K., Leverenz, J.B., DeKosky, S.T., Kamboh, M.I., and Hamilton, R.L. Genetic association between the APOE-4 allele and Lewy bodies in Alzheimer's disease. Neurology 64:509-513, 2005.

Eror, E.A., Lopez, O.L., DeKosky, S.T., and Sweet, R.A.  Alzheimer disease subjects with psychosis have increased schizotypal symptoms before dementia onset.  Biological Psychiatry 58:325-330, 2005.

Sweet, R.A., Devlin, B., Pollock, B.G., Sukonick, D.L., Kastango, K.B., Bacanu, S.-A., Chowdari, K.V., DeKosky, S.T., and Ferrell, R.E.  Catechol-o-methyltransferase haplotypes are associated with psychosis in Alzheimer disease.  Molecular Psychiatry 10:1026-1036, 2005.

Desai PP, Ikonomovic MD, Abrahamson EE, Hamilton RL, Isanski BA, Hope CE, Klunk WE, DeKosky ST, Kamboh MI. Apolipoprotein D is a component of compact but not diffuse amyloid-beta plaques in Alzheimer's disease temporal cortex.  Neurobiology of Disease 20:574-582, 2005.

Rosano, C., Aizenstein, H., Cochran, J., Saxton, J., DeKosky, S., Newman, A.B., Kuller, L.H., Lopez, O.L., and Carter, C.S. Functional neuroimaging indicators of successful executive control in the oldest old.  NeuroImage 28:881-889, 2005.

Saxton, J., Kastango, K.B., Hugonot-Diener, L., Boller, F., Verny, M., Sarles, C.E., Girgis, R.R., Devouche, E., Mecocci, P., Pollock, B.G., and DeKosky, S.T.  Development of a short form of the Severe Impairment Battery (SIB).  American Journal of Geriatric Psychiatry 13:999-1005, 2005.

Mizukami, K., Ishikawa, M., Iwakiri, M., Ikonomovic, M.D., DeKosky, S.T., Kamma, H. and Asada, T. Immunohistochemical study of the hnRNP A2 and B1 in the hippocampal formations of brains with Alzheimer's disease.  Neuroscience Letters 386:111-115, 2005.

Bohnen, N.I., Kaufer, D.I., Hendrickson, R., Ivanco, L.S., Lopresti, B., Davis, J.G., Constantine, G., Mathis, C.A., Moore, R.Y. and DeKosky, S.T.  Cognitive correlates of alterations in acetylcholinesterase in Alzheimer's disease.  Neuroscience Letters 380:127-132, 2005.

Counts, S.E., Che, S., Ikonomovic, M., Wuu, J., Ginsberg, S.D., DeKosky, S.T. and Mufson, E.J. Galanin fiber hypertrophy within the cholinergic nucleus basalis during the progression of Alzheimer's disease.   Dementia and Geriatric Cognitive Disorders 21:205-214, 2006.

Abrahamson, E.E., Ikonomovic, M.D., Ciallella, J.R., Hope, C.E., Paljug, W.R., Isanski, B.A., Flood, D.G., Clark, R.S.B., and DeKosky, S.T.  Caspase inhibition therapy abolishes brain trauma-induced increases in Aß peptide:  Implications for clinical outcome.  Experimental Neurology 197:437-450, 2006.

Lopez, O.L., Becker, J.T., Jagust, W.J., Fitzpatrick, A., Carlson, M.C., DeKosky, S.T., Breitner, J., Lyketsos, C.G., Jones, B., Kawas, C., and Kuller, L.H.  Neuropsychological characteristics of mild cognitive impairment subgroups.  J Neurol Neurosurg Psychiatry 77:159-165, 2006.

Fagan, A.M., Mintun, M.A., Mach, R.H., Lee, S.-Y., Dence, C.S., Shah, A.R., LaRossa, G.N., Spinner, M.L., Klunk, W.E., Mathis, C.A., DeKosky, S.T., Morris, J.C., and Holtzman, D.M.  Inverse relation between in vivo amyloid imaging load and cerebrospinal fluid A$\beta_{42}$ in humans.  Annals of Neurology 59:512-519, 2006.

DeKosky, S.T., Fitzpatrick, A., Ives, D.G., Saxton, J., Williamson, J., Lopez, O.L., Burke, G., Fried, L., Kuller, L.H., Robbins, J., Tracy, R., Woolard, N., Dunn, L., Kronmal, R., Nahin, R., and Furberg, C.  The Ginkgo Evaluation of Memory (GEM) Study:  Design and baseline data of a randomized trial of Ginkgo biloba extract in prevention of dementia.  Contemporary Clinical Trials 27:238-253, 2006.

Nebes, R.D., Meltzer, C.C., Whyte, E.M., Scanlon, J.M., Halligan, E.M., Saxton, J.A., Houck, P.R., Boada, F.E. and DeKosky, S.T. The relation of white matter hyperintensities to cognitive performance in the normal old:  Education matters.  Aging, Neuropsychology and Cognition13:326-340, 2006.

Mintun, M.A., LaRossa, G.N., Sheline, Y.I., Dence, C.S., Lee, S.Y., Mach, R.H., Klunk, W.E., Mathis, C.A., DeKosky, S.T., and Morris, J.C.  [11C] PIB in a nondemented population:  Potential antecedent marker of Alzheimer disease.  Neurology 67:446-452, 2006.

McConnell, S., Karlawish, J., Vellas, B., and DeKosky, S.  Perspectives on assessing benefits and risks in clinical trials for Alzheimer's disease. Alzheimer's and Dementia 2:160-163, 2006.

Minster, R.L., DeKosky, S.T., and Kamboh, M.I.  Lack of association of two chromosome 10q24 SNPs with Alzheimer's disease.  Neuroscience Letters 402:170-172, 2006.

Wilkosz, P.A., Miyahara, S., Lopez, O.L., DeKosky, S.T., and Sweet, R.A. Prediction of psychosis onset in Alzheimer disease:  The role of cognitive impairment, depressive symptoms, and further evidence for psychosis subtypes.  American Journal of Geriatric Psychiatry 14:352-360, 2006.

Bohnen, N.I., Kaufer, D.I., Hendrickson, R., Ivanco, L.S., Lopresti, B.J., Davis, J.G., Constantine, G., Mathis, C.A., Moore, R.Y., and DeKosky, S.T.  Cognitive correlates of alterations in acetylcholinesterase in Alzheimer's disease.  Neuroscience Letter 380:127-132, 2006.

Bohnen, N.I., Kaufer, D.I., Hendrickson, R., Ivanco, L.S., Lopresti, B.J., Constantine, G.M., Mathis, C.A., Davis, J.G., Moore, R.Y., and DeKosky, S.T. Cognitive correlates of cortical cholinergic denervation in Parkinson's disease and parkinsonian dementia. J Neurol 253:242-247, 2006.

Nahin, R.L., Fitzpatrick, A.L., Williamson, J.D., Burke, G.L., DeKosky, S.T., and Furberg, C.  Use of herbal medicine and other dietary supplements in community-dwelling older people:  Baseline data from the Ginkgo Evaluation of Memory Study.  JAGS 54:1725-1735, 2006.

Fitzpatrick, A.L., Fried, L.P., Williamson, J., Crowley, P., Posey, D., Kwong, L., Bonk, J., Moyer, R., Chabot, J., Kidoguchi, L., Furberg, C.D., and DeKosky, S.T.  Recruitment of the elderly into a pharmacologic prevention trial:  The Ginkgo Evaluation of Memory Study experience.  Contemporary Clinical Trials 27:541-553, 2006.

DeKosky, S.T.  Maintaining adherence and retention in dementia prevention trials.  Neurology 67(Suppl. 3):S14-S16, 2006.

CURRICULUM VITAE
STEVEN T. De KOSKY, M.D.

Green, R.C. and DeKosky, S.T.  Primary prevention trials in Alzheimer disease.  Neurology 67(Suppl. 3):S2-S5, 2006.

Ozturk, A., DeKosky, S.T., and Kamboh, M.I.  Genetic variation in the Choline acetyltransferase (ChAT) gene may be associated with the risk of Alzheimer's disease.  Neurobiology of Aging 27:1440-1444, 2006.

Kamboh, M.I., Minster, R.L., Kenney, M., Ozturk, A., Desai, P.P., Kammerer, C.M., and DeKosky, S.T.  Alpha-1-antichymotrypsin (ACT or SERPINA3) polymorphism may affect age-at-onset and disease duration of Alzheimer's disease.  Neurobiology of Aging 27:1435-1439, 2006.

Lingler, J.H., Parker, L.S., DeKosky, S.T., and Schulz, R.  Caregivers as subjects of clinical drug trials:  A review of human subjects protection practices in published studies of Alzheimer's disease pharmacotherapies.  IRB: Ethics & Human Research 28:11-18, 2006.

Ziolko S.K., Weissfeld, L.A., Klunk, W.E., Mathis, C.A., Hoge, J.A., Lopresti, B.J., DeKosky, S.T., and Price, J.C.  Evaluation of voxel-based methods for the statistical analysis of PIB PET amyloid imaging studies in Alzheimer's Disease.  NeuroImage 33:94-102, 2006.

Klunk, W.E., Mathis, C.A., Price, J.C., Lopresti, B.J. and DeKosky, S.T..  Commentary: Two-year follow-up of amyloid deposition in patients with Alzheimer's disease. Brain 129:2805-2807, 2006.

Ozturk, A., DeKosky, S.T., and Kamboh, M.I.  Lack of association of 5 SNPs in the vicinity of the insulin-degrading enzyme (IDE) gene with late-onset Alzheimer's disease.  Neuroscience Letters 406:265-269, 2006.

Lingler, J.H., Nightingale, M.C., Erlen, J.A., Kane, A.L., Reynolds, C.F., Schulz, R., and DeKosky, S.T. Making sense of mild cognitive impairment: A qualitative exploration of the patient's experience. Gerontologist 46:791-800, 2006.

Omalu, B.I., DeKosky, S.T., Hamilton, R.L., Minster, R.L., Kamboh, M.I., Shakir, A., and Wecht, C.H.  Chronic traumatic encephalopathy in a national football league player: part II. Neurosurgery 59:1086-1092, 2006.

Ikonomovic, M.D., Abrahamson, E.E., Isanski, B.A., Manik, M.L., Mathis, C.A., DeKosky, S.T., and Klunk, W.E.  X-34 labeling of abnormal protein aggregates during the progression of Alzheimer's disease. Methods in Enzymology 412:123-144, 2006.

Kagan, V.E., Tyurina, Y.Y., Bayir, H., Chu, C.T., Kapralov, A.A., Vlasova, I.I., Belikova, N.A., Tyurin, V.A., Amoscato, A., Epperly, M., Greenberger, J., DeKosky, S., Shvedova, A.A., and Jiang, J. The "pro-apoptotic genies" get out of mitochondria: oxidative lipidomics and redox activity of cytochrome c/cardiolipin complexes. Chemico-Biological Interactions 163:15-28, 2006.

Kamboh, M.I., Minster, R.L., Feingold, E., and DeKosky, S.T. Genetic association of ubiquilin with Alzheimer's disease and related quantitative measures. Molecular Psychiatry 11:273-279, 2006.

Zhang, X., Chen, Y., Ikonomovic, M.D., Nathaniel, P.D., Kochanek, P.M., Marion, D.W., DeKosky, S.T., Jenkins, L.W., and Clark, R.S.B.  Increased phosphorylation of protein kinase B and related substrates after traumatic brain injury in humans and rats.  Journal of Cerebral Blood Flow and Metabolism 26:915-926, 2006.

Sundar, P.D., Feingold, E., Minster, R., DeKosky, S.T., and Kamboh, M.I.  Gender-specific association of ATP-binding cassette transporter 1 (ABCA1) polymorphisms with the risk of late-onset Alzheimer's disease. Neurobiology of Aging 28:856-862, 2006.

Bayir, H., Fadeel, B. Palladino, M.J., Witasp, E., Kurnikov, I.V., Tyurina, Y.Y., Tyurin, V.A., Amoscato, A.A., Jiang, J., Kochanek, P.M., DeKosky, S.T., Greenberger, J.S., Shvedova, A.A. and Kagan, V.E. Apoptotic interactions of cytochrome *c*:  Redox flirting with anionic phospholipids within and outside of mitochondria.  Biochimica et Biophysica Acta 1757:648-659, 2006.

CURRICULUM VITAE
STEVEN T. De KOSKY, M.D.

Ozturk, A., Minster, R.L., DeKosky, S.T., and Kamboh, M.I.  Association of tagSNPs in the urokinase-plasminogen activator (PLAU) gene with Alzheimer's disease and associated quantitative traits.  Neuropsychiatric Genetics 144:79-82, 2007.

Lopez, O.L., Kuller, L.H., Becker, J.T., Dulberg, C.,  Sweet, R.A., Gach, H.M., and DeKosky, S.T. Incidence of dementia in mild cognitive impairment in the Cardiovascular Health Study Cognition Study.  Archives of Neurology 64:416-420, 2007.

Scheff, S.W., Price, D.A., Schmitt, F.A., DeKosky, S.T., and Mufson, E. J. Synaptic alterations in CA1 in mild Alzheimer disease and mild cognitive impairment.  Neurology 68:1501-1508, 2007.

Bayir, H., Fadeel, B., Palladino, M.J., Witasp, E., Kurnikov, I.V., Tyurina, Y.Y., Tyurin, V.A., Amoscato, A.A., Jiang, J., Kochanek, P.M., DeKosky, S.T., Greenberger, J.S., Shvedova, A.A., and Kagan, V.E.  Apoptotic interactions of cytochrome c:  redox flirting with anionic phospholipids within and outside of mitochondria.  Biochim Biophys Acta 1757:648-659, 2007.

DeKosky, S.T., Abrahamson, E.E., Ciallella, J.R., Paljug, W.R., Wisniewski, S.R., Clark, R.S.B., and Ikonomovic, M.D.  Association of increased cortical soluble Aß$_{42}$ levels with diffuse plaques after severe brain injury in humans.  Archives of Neurology 64:541-544, 2007.

McIntyre, J.A., Hamilton, R.L., and DeKosky, S.T.  Redox-reactive autoantibodies in cerebrospinal fluids.  New York Academy of Sciences 1109:296-302, 2007.

Klunk, W.E., Price, J.C., Mathis, C.A., Tsopelas, N.D., Lopresti, B.J., Ziolko, S.K., Bi, W., Hoge, J.A., Ikonomovic, M.D., Saxton, J., Snitz, B., Pollen, D.A., Moonis, M., Lippa, C.F., Swearer, J., Johnson, K.A., Rentz, D.M., Fischman, A.J., Aizenstein, H., and DeKosky, S.T.  Amyloid deposition begins in the striatum of presenilin-1 mutation carriers from two unrelated pedigrees.  Journal of Neuroscience 27:6174-6184, 2007.

Ikonomovic, M.D., Abrahamson, E.E., Isanski, B.A., Wuu, J., Mufson, E.J. and DeKosky, S.T. Superior frontal cortex cholinergic axon density in mild cognitive impairment and early Alzheimer's disease. Archives of Neurology 64:1312-1317, 2007.

Fitzpatrick, A.L., Buchanan, C.K., Nahin, R.L., DeKosky, S.T., Atkinson, H.H., Carlson, M.C., and Williamson, J.D.  Associations of gait speed and other measures of physical function with cognition in a healthy cohort of the elderly. Journal of Gerontology 62A:1244-1251, 2007.

Garand, L., Dew, M.A., Urda, B., Lingler, J.H., DeKosky, S.T., and Reynolds, C.F.  Marital quality in the context of mild cognitive impairment.  Western Journal of Nursing Research 29:976-992, 2007.

Counts, S. E., He, B., Che, S., Ikonomovic, M.D., DeKosky, S.T., Ginsberg, S.D., and Mufson, E.J.  Alpha 7 nicotinic receptor up-regulation in cholinergic basal forebrain neurons in Alzheimer disease.  Archives of Neurology 64:1771-1776, 2007.

Dubois, B., Feldman, H., Jacova, C., DeKosky, S.T., Barberger-Gateau, P., Cummings, J., et al. Research criteria for the diagnosis of Alzheimer's disease:  Revising the NINCDS-ADRDA criteria – A position paper.  Lancet Neurology 6:734-746, 2007.

Wilcosz, P.A., Kodavali, C., Weamer, E.A., Miyahara, S., Lopez, O.L., Ningaonkar, V.L., DeKosky, S.T., and Sweet, R.A.  Prediction of psychosis onset in Alzheimer disease:  The role of depression symptom severity and the HTR2A T102C polymorphism.  American Journal of Medical Genetics Part B:  Neuropsychiatric Genetics 144:1054-1062, 2007.

Perez, S.E., Dar, S., Ikonomovic, M.D., DeKosky, S.T., and  Mufson, E.J., Cholinergic forebrain degeneration in APPswe/PS1?E9 transgenic mice.  Neurobiology of Disease 28:3-15, 2007.

CURRICULUM VITAE
STEVEN T. De KOSKY, M.D.

Lambert, J.-C., Ferreira, S., Gussekloo, J., Christiansen, L., Brysbaert, G., Slagboom, E., Cottel, D., Petit, T., Hauw, J.-J., DeKosky, S.T., Richard, F., Berr, C., Lendon, C., Kamboh, M.I., Mann, D., Christensen, K., Westendorp, R., and Amouyel, P.  Evidence for the association of the S100β gene with low cognitive performance and dementia in the elderly.  Molecular Psychiatry 12:870-880, 2007.

Bacskai, B.J., Frosch, M.P., Freeman, S.H., Raymond, S.B., Augustinack, J.C., Johnson, K.A., Irizarry, M.C., Klunk, W.E., Mathis, C.A., DeKosky, S.T., Greenberg, S.M., Hyman, B.T. and Growdon, J.H.  Molecular imaging with Pittsburgh Compound B confirmed at autopsy:  A case report.  Archives of Neurology 64:431-434, 2007.

Sundar, P.D., Feingold, E., Minster, R.L., DeKosky, S.T. and Kamboh, M.I.  Gender-specific association of ATP-binding cassette transporter 1 (ABCA1) polymorphisms with the risk of late-onset Alzheimer's disease.  Neurobiology of Aging 28:856-862, 2007.

McIntyre, J.A., Chapman, J., Shavit, E., Hamilton, R.L. and DeKosky, S.T.  Redox-reactive autoantibodies in Alzheimer's patients' cerebrospinal fluids:  Preliminary studies.  Autoimmunity 40:390-396, 2007.

Johnson, K.A., Gregas, M., Becker, J.A., Kinnecom, C., Salat, D.H., Moran, E.K., Smith, E.E., Rosand, J., Rentz, D.M., Klunk, W.E., Mathis C.A., Price, J.C., DeKosky, S.T., Fischman, A.J. and Greenberg, S.M.  Imaging of amyloid burden and distribution in cerebral amyloid angiopathy.  Annals of Neurology 62:229-234, 2007.

Williamson, J.D., Vellas, B., Furberg, C., Nahin, R., and DeKosky, S.T.  Comparison of the design differences between the Ginkgo Evaluation of Memory Study and the Guidage Study.  The Journal of Nutrition, Health and Aging 12:73S-79S, 2008.  PMID:  18165850

DeKosky, S.T.  Taking the next steps in the diagnosis of Alzheimer's disease:  The use of biomarkers.  CNS Spectrums 13, Suppl. 3:7-10, 2008.  PMID:  18564459

DeKosky, S.T. and Furberg, C.D.  Editorial:  Turning over a new leaf:  Ginkgo biloba in prevention of dementia:  Neurology 70:1730-1731, 2008.  PMID:  18458215

Lopez, O.L., Kuller, L.H., Mehta, P.D., Becker, J.T., Gach, H.M., Sweet, R.A., Chang, Y.F., Tracy, R., and DeKosky, S.T.  Plasma amyloid levels and the risk of AD in normal subjects in the Cardiovascular Health Study.  Neurology 70:1664-1671, 2008.  PMCID:  2670993

Ikonomovic, M.D., Klunk, W.E., Abrahamson, E.E., Mathis, C.A., Price, J.C., Tsopelas, N.D., Lopresti, B.J., Ziolko, S., Bi, W., Paljug, W.R., Debnath, M.L., Hope, C.E., Isanski, B.A., Hamilton, R.L. and DeKosky, S.T.  Post-mortem correlates of in vivo PiB-PET amyloid imaging in a typical case of Alzheimer's disease.  Brain 131:1630-1645, 2008.  PMCID:  2408940

Faulkner, L.R., Tivnan, P.W., Johnston, M.V., Aminoff, M.J., Coyle, P.K., Crumrine, P.K., DeKosky, S.T., Jozefowicz, R., Massey, J.M., and Pascuzzi, R.M.  The ABPN maintenance of certification program for neurologists:  Past, present, and future.  Neurology 71:599-604, 2008.  PMID:  18596242

Minster, R.L., DeKosky, S.T. and Kamboh, M.I.  No association of dynamin binding protein (DNMBP) gene SNPs and Alzheimer's disease.  Neurobiology of Aging 29:1602-1604, 2008.  PMCID:  2553275

DeKosky, S.T., Williamson, J.D., Fitzpatrick, A., Kronmal, R.A., Ives, D.G., Saxton, J.A., Lopez, O.L., Burke, G., Carlson, M.C., Fried, L.P., Kuller, L.H., Robbins, J., Tracy, R.P., Woolard, N.F., Dunn, L., Snitz, B.E., Nahin, R.L., Furberg, C.D. for the GEM Study Investigators.  Ginkgo biloba for prevention of dementia:  Results of the Ginkgo Evaluation of Memory (GEM) Study.  JAMA 300(19):2253-2262, 2008.  PMCID:  2823569

Ikonomovic, M.D., Abrahamson, E.E., Uz, T., Manev, H., and Dekosky, S.T. Increased 5-Lipoxygenase immunoreactivity in the hippocampus of patients with Alzheimer's disease. J Histochem Cytochem 56:1065-1073, 2008.  PMCID:  2583907

11/29/2014

Butters, M.A., Klunk, W.E., Mathis, C.A., Price, J.C., Ziolko, S.K., Hoge, J.A., Tsopelas, N.D., Lopresti, B.J., Reynolds, C.F.,  DeKosky, S.T. and Meltzer, C.C.  Imaging Alzheimer's pathology in late-life depression with PET and Pittsburgh Compound-B.  Alzheimer Disease and Associated Disorders 22:261-268, 2008.  PMID: 2636843

Aizenstein, H.J., Nebes, R.D., Saxton, J.A., Price, J.C., Mathis, C.A., Tsopelas, N.D., Ziolko, S.K.,  James, J.A., Snitz, B.E., Houck, P.R., Bi, W., Cohen, A.D., Lopresti, B.J., DeKosky, S.T., Halligan, E.M., and Klunk, W.E.  Frequent amyloid deposition without significant cognitive impairment among the elderly.  Archives of Neurology 65:1509-1517, 2008.  PMCID:  2636844

Butters, M.A., Young, J.B., Lopez, O., Aizenstein, H.J., Reynolds, C.F., DeKosky, S.T. and Becker, J.T.  Pathways linking late-life depression to persistent cognitive impairment and dementia.  Dialogues Clin Neurosci 10:345-357, 2008.  PMCID: 2872078

Lingler, J.H., Hirschman, K.B., Garand, L., Dew, M.A., Becker, J.T., Schulz, R. and DeKosky, S.T.  Frequency and correlates of advance planning among cognitively impaired older adults.  Am J Geriatr Psychiatry 16:643-649, 2008. PMCID:  2578353

Tyurin, V.A., Tyurina, Y.Y., Kochanek, P.M., Hamilton, R., DeKosky, S.T., Greenberger, J.S., Bayir, H. and Kagan, V.E.  Oxidative lipidomics of programmed cell death.  Methods Enzymol 442:375-393, 2008.  PMID: 18662580

Lopez, O.L. and DeKosky, S.T.  Clinical symptoms in Alzheimer's disease.  Handb Clin Neurol 89:207-216, 2008.  PMID: 18631743

Raji, C.A., Becker, J.T., Tsopelas, N.D., Price, J.C., Mathis, C.A., Saxton, J.A., Lopresti, B.J., Hoge, J.A., Ziolko, S.K., DeKosky, S.T. and Klunk, W.E.  Characterizing regional correlation, laterality and symmetry of amyloid deposition in mild cognitive impairment and Alzheimer's disease with Pittsburgh Compound B.  J Neurosci Methods 172:277-282, 2008.  PMCID:  2501111

Minster, R.L., DeKosky, S.T. and Kamboh, M.I.  No association of SORL1 SNPs with Alzheimer's disease.  Neurosci Lett 440:190-192, 2008.  PMCID:  2519047

Wolk, D.A., Signoff, E.D. and DeKosky, S.T.  Recollection and familiarity in amnestic mild cognitive impairment:  A global decline in recognition memory.  Neuropsychologia 46:1965-1978, 2008.  PMCID:  2519866

Drzezga, A., Grimmer, T., Henriksen, G., Stangier, I., Perneczky, R., Diehl-Schmid, J., Mathis, C.A., Klunk, W.E., Price, J., DeKosky, S., Wester, H.J., Schwaiger, M. and Kurz, A.  Imaging of amyloid plaques and cerebral glucose metabolism in semantic dementia and Alzheimer's disease.  Neuroimage 39:619-633, 2008.  PMID: 17962045

Figgins, J.A., Minster, R.L., Demirci, F.Y., DeKosky, S.T., and Kamboh, M.I. Association studies of 22 candidate SNPs with late-onset Alzheimer's disease. Am J Med Genet (Neuropsychiatr Genet) 150B:520-526, 2009. PMCID: 2751631

Bhalla, R.K., Butters, M.A., Becker, J.T., Houck, P.R., Snitz, B.E., Lopez, O.L., Aizenstein, H.J., Raina, K.D., DeKosky, S.T., and Reynolds, C.F.  Patterns of mild cognitive impairment following treatment of depression in the elderly.  American Journal of Geriatric Psychiatry 17:308-316, 2009.  PMCID:  2782929

Abrahamson, E. E., Ikonomovic, M.D., Dixon, D.E. and DeKosky, S.T.  Simvastatin therapy prevents brain trauma-induced elevations in ß-amyloid peptide levels. Annals of Neurology 66:407-414 2009.  PMID:  19798641

Andrieu, S., Coley, N., Aisen, P., Carrillo, M.C., DeKosky, S., Durga, J. et al.  Methodological issues in primary prevention trials for neurodegenerative dementia.  Journal of Alzheimer's Disease 16:235-270, 2009.  PMID: 19221415

CURRICULUM VITAE
STEVEN T. De KOSKY, M.D.

Reiman, E.M., Chen, K., Liu, X., Bandy, D., Yu, M., Lee, W., Ayutyanont, N., Keppler, J., Reeder, S.A., Langbaum, J., Alexander, G.E., Klunk, W.E., Mathis, C.A., Price, J.C., Aizenstein, H.J., DeKosky, S.T., and Caselli, R.J. Fibrillar amyloid beta burden in cognitively normal people at three levels of genetic risk for Alzheimer's disease. Proceedings of the National Academy of Sciences USA 106:6820-6825, 2009. PMCID: 2665196

Nahin, R.L., Pecha, M., Welmerink, D.B., Sink, K., DeKosky, S.T. and Fitzpatrick, A.L. Concomitant use of prescription drugs and dietary supplements in ambulatory elderly people. J Am Geriatr Soc 57:1197-1205, 2009. PMID: 19515113

Ikonomovic, M.D., Wecker, L., Abrahamson, E.E., Wuu, J., Counts, S.E., Ginsberg, S.D., Mufson, E.J. and DeKosky, S.T. Cortical alpha 7 nicotinic acetylcholine receptor and beta-amyloid levels in early Alzheimer disease. Arch Neurol 66:646-651, 2009. PMCID: 2841566

Leverenz, J.B., Lopez, O.L. and DeKosky, S.T. The expanding role of genetics in the lewy body diseases: The glucocerebrosidase gene. Arch Neurol 66:555-556, 2009. PMCID: 2763140

Snitz, B.E., Saxton, J., Lopez, O.L., Ives, D.G., Dunn, L.O., Rapp, S.R., Carlson, M.C., Fitzpatrick, A.L. and DeKosky, S.T. Identifying mild cognitive impairment at baseline in the Ginkgo Evaluation of Memory (GEM) Study. Aging Ment Health 13:171-182, 2009. PMCID: 2767255

McNamee, R.L., Yee, S.H., Price, J.C., Klunk, W.E., Rosario, B., Weissfeld, L., Ziolko, S., Berginc, M., Lopresti, B., DeKosky, S. and Mathis, C.A. Consideration of optimal time window for Pittsburgh Compound B PET summed uptake measurements. J Nucl Med 50:348-355, 2009. PMCID: 2694747

Wiley, C.A., Lopresti, B.J., Venneti, S., Price, J., Klunk, W.E., DeKosky, S.T. and Mathis, C.A. Carbon 11-labeled Pittsburgh Compound B and carbon 11-labeled (R)-PK11195 positron emission tomographic imaging in Alzheimer disease. Arch Neurol 66:60-67, 2009. PMCID: 2666881

Maki, R.A., Tyurin, V.A., Lyon, R.C., Hamilton, R.L., DeKosky, S.T., Kagan, V.E. and Reynolds, W.F. Aberrant expression of myeloperoxidase in astrocytes promotes phospholipid oxidation and memory deficits in a mouse model of Alzheimer's disease. J Biol Chem 284:3158-3169, 2009. PMCID: 2631957

Conley, Y.P., Mukherjee, A., Kammerer, C., DeKosky, S.T, Kamboh, M.I., Finegold, D.N. and Ferrell, R.E. Evidence supporting a role for the calcium-sensing receptor in Alzheimer disease. Am J Med Genet B Neuropsychiatr Genet 150B:703-709, 2009. PMCID: 3062902

Iwakiri, M., Mizukami, K., Ikonomovic, M.D., Ishikawa, M., Abrahamson, E.E., DeKosky, S.T. and Asada, T. An immunohistochemical study of GABA A receptor gamma subunits in Alzheimer's disease hippocampus: Relationship to neurofibrillary tangle progression. Neuropathology 29:263-269, 2009. PMCID: 3078755

Snitz, B.E., O'Meara, E.S., Carlson, M.C., Arnold, A., Ives, D.G., Rapp, S.R., Saxton, J., Lopez, O.L., Dunn, L.O., Sink, K.M. and DeKosky, S.T. Ginkgo biloba for preventing cognitive decline in older adults: A randomized trial. JAMA 302:2663-2670, 2009. PMCID: 2832285

Saxton J, Snitz BE, Lopez OL, Ives DG, Dunn LO, Fitzpatrick A, Carlson MC, DeKosky ST. Functional and cognitive criteria produce different rates of MCI. J Neurol Neurosurg Psychiatry 80:734-743, 2009. PMCID: 2698042

Minster, R.L., Demirci, F.Y., DeKosky, S.T. and Kamboh, M.I. No association between CALHM1 variation and risk of Alzheimer disease. Hum Mutat 30:E566-E569, 2009. PMCID: 2810280

Weamer, E.A., Emanuel, J.E., Varon, D., Miyahara, S., Wilkosz, P.A., Lopez, O.L., DeKosky, S.T. and Sweet, R.A. The relationship of excess cognitive impairment in MCI and early Alzheimer's disease to the subsequent emergence of psychosis. Int Psychogeriatr 21:78-85, 2009. PMCID: 2678562

Minster, R.L., DeKosky, S.T. and Kamboh, M.I.  No association of DAPK1 and ABCA2 SNPs on chromosome 9 with Alzheimer's disease.  Neurobiol Aging 30:1890-1891, 2009.  PMCID:  2763561

Cohen, A.D., Ikonomovic, M.D., Abrahamson, E.E., Paljug, W.R., DeKosky, S.T., Lefterov, I.M., Koldamova, R.P., Shao, L., Debnath, M.L., Mason, N.S., Mathis, C.A. and Klunk, W.E.  Anti-amyloid effects of small molecule Aβ binding agents in PSP1/APP mice.  Lett Drug Des Discov 6:437, 2009.  PMCID:  2812908

Lopez OL, Becker JT, Wahed AS, Saxton J, Sweet RA Dr, Wolk DA, Klunk W, DeKosky ST. Long-term effects of the concomitant use of memantine with cholinesterase inhibition in AD. J Neurol Neurosurg Psychiat 80:600-607, 2009.  PMCID:  2823571

Chapuis, J., Hot, D., Hansmannel, F., Kerdraon, O., Ferreira, S., Hubans, C., Maurage, C.A., Hout, L., Bensemain, F., Laumet, G., Ayral, A.M., Fievet, N., Hauw, J.J., DeKosky, S.T. et al.  Transcriptomic and genetic studies identify IL-33 as a candidate gene for Alzheimer's disease.  Molecular Psychiatry 14:1004-1016, 2009.  PMCID:  2860783

Cohen, A., Price, J., Weissfeld, L., James, J., Rosario, B., Bi, W., Nebes, R., Saxton, J., Snitz, B., Aizenstein, H., Wolk, D., DeKosky, S.T., Mathis, C. and Klunk, W.  Basal cerebral metabolism may modulate the cognitive effects of Aβ in mild cognitive impairment:  An example of brain reserve.  Journal of Neuroscience 29:14770-14778, 2009.  PMCID:  2810461

Holland, D., Brewer, J.B., Hagler, D.J., Fenema-Notestine, C., Dale, A.M.; the Alzheimer's Disease Neuroimaging Initiative, Weiner, M., Thal, L., Petersen, R., Jack, C.R. Jr, Jagust, W., Trojanowki, J., Toga, A.W., Beckett, L., Green, R.C., Gamst, A., Potter, W.Z., Montine, T., Anders, D., Bernstein, M., Felmlee, J., Fox, N., Thompson, P., Schuff, N., Alexander, G., Bandy, D., Koeppe, R.A., Foster, N., Reiman, E.M., Chen, K., Shaw, L., Lee, V.M., Korecka, M., Crawford, K.,  Neu, S., Harvey, D., Kornak, J., Kachaturian, Z., Frank, R., Snyder, P.J., Molchan, S., Kaye, J., Vorobik, R., Quinn, J., Schneider, L., Pawluczyk, S., Spann, B., Fleisher, A.S., Vanderswag, H., Heidebrink, J.L., Lord, J.L., Johnson, K., Doody, R.S., Villanueva-Meyer, J., Chowdhury, M., Stern, Y., Honig, L.S., Bell, K.L., Morris, J.C., Mintun, M.A., Schneider, S., Marson, D., Griffith, R., Badger, B., Grossman, H., Tang, C., Stern, J., Detoledo-Morrell, L., Shah, R.C., Bach, J., Duara, R., Isaacson, R., Strauman, S., Albert, M.S, Pedroso, J., Toroney, J., Rusinek, H., de Leon, M.J., De Santi, S.M., Doraiswamy, P.M., Petrella, J.R., Aiello, M., Clark, C.M., Pham, C., Nunez, J., Smith, C.D., Given, C.A., Hardy, P., DeKosky, S.T. et al.  Subregional neuroanatomical change as a biomarker for Alzheimer's disease.  Proc Natl Acad Sci USA 106:20954-20959, 2009.  PMCID:  2791580

Kuller, L.H., Ives, D.G., Fitzpatrick, A.L., Carlson, M.C., Mercado, C., Lopez, O.L., Burke, G.L., Furberg, C.D. and DeKosky, S.T.  Does Ginkgo biloba reduce the risk of cardiovascular events?  Circ Cardiovasc Qual Outcomes 3:41-47, 2010. PMCID:  2858335

Omalu, B., Hamilton, R., Kamboh, M., DeKosky, S., and Bailes, J. Chronic traumatic encephalopathy in a National Football League (NFL) player: Case report and emerging medico-legal practice questions. Journal of Forensic Nursing 6:40-46, 2010.  PMID:  20201914

Snitz, B.E., Arnold, A.M. and DeKosky, S.T.  Ginkgo biloba and cognitive decline.  JAMA 303:1477-1478, 2010.

Van Deerlin, V.M., Sleiman, P.M.A., Martinez-Lage, M., Chen-Plotkin, A., Wang, L.-S., Graff-Radford, N.R., Dickson, D.W., Rademakers, R., Boeve, B.F., Grossman, M., Arnold, S.E., Mann, D.M.A., Pickering-Brown, S.M., Seelaar, H., Heutink, P., van Swieten, J.C., Murrell, J.R., Ghetti, B., Spina, S., Grafman, J., Hodges, J., Spillantini, M.G., Gilman, S., Lieberman, A.P., Kaye, J.A., Woltjer, R.L., Bigio, E.H., Mesulam, M., al-Sarraj, S., Troakes, C., Rosenberg, R.N., White, C.L., Ferrer, I., Llado, A., Neumann, M., Kretzschmar, H.A., Hulette, C.M., Welsh-Bohmer, K.A., Miller, B.L., Alzualde, A., de Munain, A.L., McKee, A.C., Gearing, M., Levey, A.I., Lah, J.J., Hardy, J., Rohrer, J.D., Lashley, T., Mackenzie, I.R.A., Feldman, H.H., Hamilton, R.L., DeKosky, S.T. et al. Common variants at 7p21 are associated with frontotemporal lobar degeneration with TDP-43 inclusions. Nature Genetics 42:234-239, 2010.  PMCID:  2828525

CURRICULUM VITAE
STEVEN T. De KOSKY, M.D.

Tyurin, V.A., Tyurina, Y.Y., Ritov, V.B., Lysytsya, A., Amoscato, A.A., Kochanek, P.M., Hamilton, R., DeKosky, S.T., Greenberger, J.S., Bayir, H., and V.E. Kagan. Oxidative lipidomics of apoptosis: Quantitative assessment of phospholipid hydroperoxides in cells and tissues. Methods Mol Biol 610:353-374, 2010. PMCID: 20013189

Wilkosz, P.A., Seltman, H.J., Devlin, B., Weamer, E.A., Lopez, O.L., DeKosky, S.T. and Sweet, R.A. Trajectories of cognitive decline in Alzheimer's disease. Int Psychogeriatr 22:281-290, 2010. PMCID: 2834298

Faulkner, L.R., Juul, D., Pascuzzi, R.M., Aminoff, M.J., Crumrine, P.K., DeKosky, S.T., Jozefowicz, R.F., Massey, J.M., Pirzada, N. and Tilton, A. Trends in American Board of Psychiatry and Neurology specialties and neurologic subspecialties. Neurology 75:1110-1117, 2010. PMID: 20855855

Hansmannel, F., Sillaire, A., Kamboh, M.I., Lendon, C., Pasquire, F., Hannequin, D., Laumet, G., Mounier, A., Ayral, A.-M., DeKosky, S.T., Hauw, J.-J., Berr, C., Mann, D., Amouyel, P., Campion, D. and Lambert, J.-C. Is the urea cycle involved in Alzheimer's disease? Journal of Alzheimer's Disease 21:1013-1021, 2010. PMCID: 2945690

Lambert, J.C., Sleegers, K., Gonzalez-Perez, A., Ingelsson, M., Beecham, G.W., Hiltunen, M., Combarros, O., Bullido, M.J., Brouwers, N., Bettens, K., Berr, C., Pasquier, F., Richard, F., DeKosky, S.T. et al. The CALHM1 P86L polymorphism is a genetic modifier of age at onset in Alzheimer's disease: A meta-analysis study. J Alzheimers Dis 22:247-255, 2010. PMCID: 2964875

DeKosky, S.T., Ikonomovic, M.D. and Gandy, S. Traumatic brain injury: Football, warfare, and long-term effects. New England Journal of Medicine 363:1293-1296, 2010. PMID: 21265421

Gabel, M.J., Foster, N.L., Heidebrink, J.L. and Higdon, R. for the Pilot PET Study Group (Aizenstein, H.J., Arnold, S.E., Barbas, N.R., Boeve, B.F., Burke, J.R., Clark, C.M., DeKosky, S.T., Farlow, M.R., Foster, N.L., Gabel, M.J., Heidebrink, J.L., Higdon, R., Jagust, W.J., Kawas, C.H., Koeppe, R.A., Leverenz, J.B., Lipton, A.M., Peskind, E.R., Turner, R.S., Womack, K.B. and Zamrini, E.Y.). Validation of consensus panel diagnosis in dementia. Archives of Neurology 67:1506-1512, 2010. PMCID: 3178413

Dubois, B., Feldman, H.H., Jacova, C., Cummings, J. DeKosky, S.T., Barberger-Gateau, P., Delacourte, A., Frisoni, G. et al. Revising the definition of Alzheimer's disease: A new lexicon. Lancet Neurology 9:1118-1127, 2010. PMID: 20934914

Reynolds, C.F., Butters, M.A., Lopez, O., Pollock, B.G., Dew, M.A., Mulsant, B.H., Lenze, E.J., Holm, M., Rogers, J.C., Mazumdar, S., Houck, P.R., Begley, A., Anderson, S., Karp, J.F., Miller, M.D., Whyte, E.M., Stack, J., Gildengers, A., Szanto, K., Bensasi, S., Kaufer, D.I., Kamboh, I. and DeKosky, S.T. Maintenance treatment of depression in old age: A randomized, double-blind, placebo-controlled evaluation of the efficacy and safety of donepezil combined with antidepressant pharmacotherapy. Archives of General Psychiatry 68:51-60, 2011. PMCID: 3076045

DeKosky, S.T., Carrillo, M.C., Phelps, C., Knopman, D., Petersen, R.C., Frank, R., Schenk, D., Masterman, D., Siemers, E.R., Cedarbaum, J.M., Gold, M., Miller, D.S., Morimoto, B.H., Khachaturian, A.S. and Mohs, R.C. Revision of the criteria for Alzheimer's disease: A symposium. Alzheimer's & Dementia 7:e1-e12, 2011. PMID: 21322828

Brodaty, H., Breteler, M., DeKosky, S., Dorenlot, P., Fratiglioni, L., Hock, C., Kenigsberg, P.A., Scheltens, P. and De Strooper B. The world of dementia beyond 2020. Journal of the American Geriatrics Society 59:923-927, 2011. PMID: 21488846

Burns, L.C., Minster, R.L., Demirci, F.Y., Barmada, M.M., Ganguli, M., Lopez, O.L., DeKosky, S.T. and Kamboh, M.I. Replication study of genome-wide associated SNPs with late-onset Alzheimer's disease. Am J Med Genet B Neuropsychiatr Genet 156B:507-512, 2011. PMCID: 3082594

43

Wolk, D.A., Dunfee, K.L., Dickerson, B.C., Aizenstein, H.J. and DeKosky, S.T.  A medial temporal lobe division of labor:  Insights from memory in aging and early Alzheimer disease.  Hippocampus 21:461-466, 2011.  PMCID: 2918673

Womack, K.B., Diaz-Arrastia, R., Aizenstein, H.J., Arnold, S.E., Barbas, N.R., Boeve, B.F., Clark, C.M., DeCarli, C.S., Jagust, W.J., Leverenz, J.B., Peskind, E.R., Turner, R.S., Zamrini, E.Y., Heidebrink, J.L., Burke, J.R.,, DeKosky, S.T. et al.  Temporoparietal hypometabolism in frontotemporal lobar degeneration and associated imaging diagnostic errors.  Archives of Neurology 68:329-337, 2011.  PMCID: 3058918

Albert, M.S., DeKosky, S.T., Dickson, D., Dubois, B., Feldman, H.H., Fox, N.C., Gamst, A., Holtzman, D.M., Jagust, W.J., Petersen, R.C., Synder, P.J., Carrillo, M.C., Thies, B. and Phelps, C.H.  The diagnosis of mild cognitive impairment due to Alzheimer's disease:  Recommendations from the National Institute on Aging-Alzheimer's Association workgroups on diagnostic guidelines for Alzheimer's disease.  Alzheimers Dement 7:270-279, 2011.  PMCID: 3312027

Alzheimer Disease Genetics Consortium (DeKosky, S.T. co-author).  Common variants at MS4A4/MS4A6E, CD2AP, CD33 and EPHA1 are associated with late-onset Alzheimer's disease .  Nature Genetics 43:436-441, 2011.  PMCID: 3090745

Garand, L., Dew, M.A., Lingler, J.H. and DeKosky, S.T.  Incidence and predictors of advance care planning among persons with cognitive impairment. American Journal of Geriatric Psychiatry  19:712-720, 2011.  PMCID: 3145957

Ikonomovic, M.D., Klunk, W.E., Abrahamson, E.E., Wuu, J., Mathis, C.A., Scheff, S.W., Mufson, E.J. and DeKosky, S.T.  Precuneus amyloid burden is associated with reduced cholinergic activity in Alzheimer disease. Neurology 77:39-47, 2011.  PMCID: 3127332

Mufson, E.J., Binder, L., Counts, S.E., DeKosky, S.T., Detoledo-Morrell, L., Ginsberg, S.D., Ikonomovic, M.D., Perez, S.E. and Scheff, S.W.  Mild cognitive impairment pathology and mechanisms. Acta Neuropathol 123:13-30, 2012.  PMCID: 3282485

Kamboh, M.I., Minster, R.L., Demirci, F.Y., Ganguli, M., DeKosky, S.T., Lopez, O.L. and Barmada, M.M.  Association of CLU and PICALM variants with Alzheimer's disease.  Neurobiol Aging 33:518-521, 2012.  PMCID: 3010534

Yasar, S., Lin, F-M., Fried, L.P., Kawas, C.H., Sink, K.M., DeKosky, S.T. and Carlson, M.C. Diuretic use is associated with better learning and memory in older adults in the Ginkgo Evaluation of Memory study.  Alzheimer's and Dementia 8:188-195, 2012.  PMCID: 3341535

Ikonomovic, M.D., Abrahamson, E.E., Price, J.C., Hamilton, C.A., Paljug, W.R., Debnath, M.L., Cohen, A.D., Mizukami, K., DeKosky, S.T., Lopez, O.L. and Klunk, W.E.  Early AD pathology in a [C-11]PiB-negative case:  A PiB-amyloid imaging, biochemical, and immunohistochemical study.  Acta Neuropathol 123:433-447, 2012.  PMCID: 3383058

Gandy, S. and DeKosky, S.T.  APOE E4 status and traumatic brain injury on the gridiron or the battlefield.  Science Translational Medicine 4:134ed4, 2012.  PMID: 22593171

Kamboh, M.I., Demirci, F.Y., Wang, X., Minster, R.L., Carrasquillo, M.M., Pankratz, V.S., Younkin, S.G., Saykin, A.J., Jun, G., Baldwin, C., Logue, M.W., Buros, J., Farrer, L., Pericak-Vance, M.A., Haines, J.L., Sweet, R.A., Ganguli, M., Feingold, E., DeKosky, S.T., Lopez, O.L. and Barmada, M.M.  Genome-wide association study of Alzheimer's disease.  Translational Psychiatry 2:e117-123, 2012.  PMCID: 3365264

Garand, L., Lingler, J.H., Deardorf, K., Reynolds, C.F., DeKosky, S.T., Schulz, R. and Dew, M.A.  Anticipatory grief in new family caregivers of persons with mild cognitive impairment and dementia.  Alzheimer's Disease & Associated Disorders:  An International Journal 26:159-165, 2012.  PMCID: 3251637

Bettermann, K., Arnold, A.M., Williamson, J., Rapp, S., Sink, K., Toole, J.F., Carlson, M.C., Yasar, S., DeKosky, S. and Burke, G.L.  Statins, risk of dementia, and cognitive function:  Secondary analysis of the Ginkgo Evaluation of Memory Study.  J Stroke Cerebrovasc Dis 21:436-444, 2012.  PMCID:  3140577

Choi, S.H., Olabarrieta, M., Lopez, O.L., Maruca, V., DeKosky, S.T., Hamilton, R.L. and Becker, J.T.  Gray matter atrophy associated with extrapyramidal signs in the Lewy body variant of Alzheimer's disease.  Journal of Alzheimer's Disease 32:1043-1049, 2012.  PMCID:  3589734

Lopez, O.L., Becker, J.T., Chang, Y.F., Sweet, R.A., DeKosky, S.T., Gach, M.H., Carmichael, O.T., McDade, E. and Kuller, L.H.  Incidence of mild cognitive impairment in the Pittsburgh Cardiovascular Health Study- Cognition Study.  Neurology 79:1599-1606, 2012.  PMCID:  3475628

Kamboh, M.I., Barmada, M.M., Demirci, F.Y., Minster, R.L., Carrasquillo, M.M., Pankratz, V.S., Younkin, S.G., Saykin, A.J., Sweet, R.A., Feingold, E., DeKosky, S.T. and Lopez, O.L.  Genome-wide association analysis of age-at-onset in Alzheimer's disease.  Molecular Psychiatry 17:1340-1346, 2012.  PMCID:  3262952

Wolk, D.A., Price, J.C., Madeira, C., Saxton, J.A., Snitz, B.E., Lopez, O.L., Mathis, C.A., Klunk, W.E. and DeKosky, S.T.  Amyloid imaging in dementias with atypical presentation.  Alzheimer's and Dementia 8:389-398, 2012.  PMCID:  3517915

De Gasperi, R., Gama Sosa, M.A., Kim, S.H., Steele, J.W., Shaughness, M.C., Maudlin-Jeronimo, E., Hall, A.A., DeKosky, S.T., McCarron, R.M., Nambiar, M.P., Gandy, S., Ahlers, S.T. and Elder, G.A.  Acute blast injury reduces brain abeta in two rodent species.  Frontiers in Neurotrauma 3, 1-11, 2012.  PMCID:  3527696

Hollingworth, P., Sweet, R., Sims, R., Harold, D., Russo, G., Abraham, R., Stretton, A., Jones, N., Gerrish, A., Chapman, J., Ivanov, D., Moskvina, V., Lovestone, S., Priotsi, P., Lupton, M., Brayne, C., Gill, M., Lawlor, B., Lynch, A., Craig, D., McGuinness, B., Johnston, J., Holmes, C., Livingston, G., Bass, N.J., Gurling, H., McQuillin, A., the GERAD Consortium, the National Institute on Aging Late-Onset Alzheimer's Disease Family Study Group, Holmans, P., Jones, L., Devlin, B., Klei, L., Barmada, M.M., Demirci, F.Y., DeKosky, S.T., Lopez, O.L., Passmore, P., Owen, M.J., O'Donovan, M.C., Mayeux, R., Kamboh, M.I. and Williams, J.  Genome-wide association study of Alzheimer's disease with psychotic symptoms.  Molecular Psychiatry 17:1316-1327, 2012.  PMCID:  3272435

Gandy, S. and DeKosky, S.T.  2012:  The year in dementia. Lancet Neurology 12:4-6, 2013.  PMCID:  4006941

Juul, D., Flynn, F.G., Gutmann, L., Pascuzzi, R.M., Webb, L., Massey, J.M., DeKosky, S.T., Foertsch, M. and Faulker, L.R.  Association between performance on Neurology In-Training and Certification Examinations.  Neurology 80:206-209, 2013.  PMCID:  3589193

Gandy, S. and DeKosky, S.T.  Toward the treatment and prevention of Alzheimer's disease:  Rational strategies and recent progress.  Annual Review of Medicine 64:367-383, 2013.  PMCID:  3625402

Spina, S., Van Laar, A.D., Murrell, J.R., Hamilton, R.L., Kofler, J.K., Epperson, F., Farlow, M.R., Lopez, O., Quinlan, J., DeKosky, S.T. and Ghetti, B.  Phenotypic variability in three families with *Valosin-Containing Protein* mutation.  European Journal of Neurology 20:251-258, 2013.  PMCID:  3734548

Gandy, S., Haroutunian, V., DeKosky, S.T., Sano, M. and Schadt, E.E.  CR1 and the "vanishing amyloid" hypothesis of Alzheimer's disease.  Biological Psychiatry 73:393-395, 2013.  PMCID:  3600375

DeKosky, S.T., Blennow, K., Ikonomovic, M.D. and Gandy, S.  Acute and chronic traumatic encephalopathies:  Pathogenesis and biomarkers.  Nature Reviews Neurology 9:192-200, 2013.  PMCID:  4006940

Snitz, B.E., Weissfeld, L.A., Lopez, O.L., Kuller, L.H., Saxton, J., Singhabu, D.M., Klunk, W.E., Mathis, C.A., Price, J.C., Ives, D.G., Cohen, A.D., McDade, E. and DeKosky, S.T.  Cognitive trajectories associated with beta-amyloid deposition in the oldest old without dementia.  Neurology, 80:1378-1384, 2013.  PMCID:  3662268

Abrahamson, E.E., Foley, L.M., DeKosky, S.T., Hitchens, T., Ho, C., Kochanek, P.M. and Ikonomovic, M.D.  Cerebral blood flow changes after brain injury in human amyloid-beta knock-in mice.  Journal of Cerebral Blood Flow & Metabolism 33:826-833, 2013.  PMCID:  3677107

Cohen, A.D., Mowrey, W., Weissfeld, L.A., Aizenstein, H.J., McDade, E., Mountz, J.M., Nebes, R.D., Saxton, J.A., Snitz, B., DeKosky, S., Williamson, J., Lopez, O.L., Price, J.C., Mathis, C.A. and Klunk, W.E.  Classification of amyloid-positivity in controls:  Comparison of visual read and quantitative approaches.  NeuroImage 71:207-215, 2013.  PMCID:  3605888

Lopez, O.L., Becker, J.T., Chang, Y.-F., Sweet, R.A., Aizenstein, H., Snitz, B., Saxton, J., McDade, E., Kamboh, M.I., DeKosky, S.T., Reynolds, C.F. and Klunk, W.E.  The long-term effects of typical and atypical antipsychotics in patients with probable Alzheimer's disease.  Am J Psychiatry 170:1051-1058, 2013.  PMCID:  3990263

Mathis, C.A., Kuller, L.H., Klunk, W.E., Snitz, B.E., Price, J.C., Weissfeld, L.A., Rosario, B.L., Lopresti, B.J., Saxton, J.A., Aizenstein, H.J., McDade, E.M., Kamboh, M.I., DeKosky, S.T. and Lopez, O.L.  In vivo assessment of amyloid-deposition in nondemented very elderly subjects.  Annals of Neurology 73:751-761, 2013.  PMCID:  3725727

Yasar, S., Xia, J., Yao, W., Furberg, C.D., Xue, Q.-L., Mercado, C.I., Fitzpatrick, A.L., Fried, L.P., Kawas, C.H., Sink, K.M., Williamson, J.D., DeKosky, S.T. and Carlson, M.C.  Antihypertensive drugs decrease risk of Alzheimer's disease:  Ginkgo Evaluation of Memory Study.  Neurology 81:896-903, 2013.  PMCID:  3885216

Holton, P., Ryten, M., Nalls, M., Trabzuni, D., Weale, M.E., Hernandez, D., Crehan, H., Gibbs, J.R., Mayeux, R., Haines, J.L., Farrer, L.A., Pericak-Vance, M.A., Schellenberg, G.D., Alzheimer's Disease Genetics Consortium, Ramirez-Restrepo, M., Engel, A., Myers A.J., Corneveaux, J.J., Huentelman, M.J., Dillmann, A., Cookson, M.R., Reiman, E.M., Singleton, A., Hardy,J., Guerreiro, R., ApostoIvoa, L.G., Arnold, S.E., Baldwin, C.T., Barber, R., Barmada, M.M., Beach, T.G., Beecham, G.W., Beekly, D., Bennett, D.A., Bigio, E.H., Bird, T.D., Blacker, D., Boeve, B.F., Bowen, J.D., Boxer, A., Burke, J.R., Buros, J., Buxbaum, J.D., Cairns, N.J., Cantwell, L.B., Cao, C., Carlson, C.S., Carney, C.M., Carrasquillo, M.M., Carroll, S.L., Chui, H.C., Clark, D.G., Cotman, C.W., Crane, P.K. Crocco, E.A., Cruchaga, C., Cummings, J.L., DeJager, P.L., DeCarli, C., DeKosky, S.T. et al.  Initial assessment of the pathogenic mechanisms of the recently identified Alzheimer risk loci.  Annals of Human Genetics 77:85-105, 2013.  PMCID:  3578142

Hughes, T.M., Kuller, L.H., Barinas-Mitchell, E.J., Mackey, R.H., McDade, E.M., Klunk, W.E., Aizenstein, H.J., Cohen, A.D., Snitz, B.E., Mathis, C.A., DeKosky, S.T. and Lopez, O.L.  Pulse wave velocity is associated with beta-amyloid deposition in the brains of very elderly adults.  Neurology 81:1711-1718, 2013.  PMCID:  3812104

Reitz C, Mayeux R (Alzheimer's Disease Genetics Consortium); Collaborators:  Albert, M.S., Albin, R.L., Apostolova, L.G., Arnold, S.E., Baldwin, C.T., Barber, R., Barmada, M.M., Barnes,L.L., Beach, T.G., Beecham, G.W., Beekly, D., Bennett, D.A., Bigio, E.H., Bird, T.D., Blacker, D., Boeve, B.F., Bowen, J.D., Boxer, A., Burke, J.R., Buxbaum, J.D., Byrd, G.S., Cai, G., Cairns, N.J., Cantwell, L.B., Cao, C., Carlson, C.S., Carney, R.M., Carroll, S.L., Chui, H.C., Clark, D.G., Crane, P.K., Cribbs, D.H., Crocco, E.A., Cruchaga, C., DeCarli, C., DeKosky, S.T. et al (Alzheimer's Disease Genetics Consortium).  TREM2 and neurodegenerative disease.  New England Journal of Medicine 369:1564-1565, 2013.  PMID:  24131184

Miyashita, A., Koike, A., Jun, G., Wang, L.S., Takahashi, S., Matsubara, E., Kawarabayashi, T., Shoji, M., Tomita, N., Arai, H., Asada, T., Harigaya, Y., Ikeda, M., Amari, M., Hanyu, H., Higuchi, S., Ikeuchi, T., Nishizawa, M., Suga, M., Kawase, Y., Akatsu, H., Kosaka, K., Yamamoto, T., Imagawa, M., Hamaguchi, T., Yamada, M., Moriaha, T., Takeda, M., Takao, T., Nakata, K., Fujisawa, Y., Sasaki, K., Watanabe, K., Nakashima, K., Urakami, K., Ooya, T., Takahashi, M., Yuzuriha, T., Serikawa, K., Yoshimoto, S., Nakagawa, R., Kim, J.W., Ki,

C.S., Won, H.H., Na, D.L., Seo, S.W., Mook-Jung, I., Alzheimer Disease Genetics Consortium, St. George-Hyslop, P., Mayeux, R., Haines, J., Pericak-Vance, M., Yoshida, M., Nishida, N., Tokunaga, K., Yamamoto, K., Tsuji, S., Kanazawa, I., Ihara, Y., Schellenberg, G., Farrer, L., Kuwano, R.; Collaborators: Albert, M.S., Albin, R.L., Apostolova, L.G., Arnolds, S.E., Baldwin, C.T., Barber, R., Barmada, M.M., Barnes, L.L., Beach, T.G., Beecham, G.W., Beekly, D., Bennett, D.A., Bigio, E.H., Bird, T.D., Blacker, D., Boeve, B.F., Bowen, J.D., Boxer, A., Burke, J.R., Buxbaum, J.D., Cairns, N.J., Cantwell, L.B., Cao, C., Carlson, C.S., Carney, R.M., Carrasquillo, M.M., Carroll, S.L., Chui, H.C., Clark, D.G., Corneveaux, J., Crane, P.K., Cribbs, D.H., Crocco, E.A., Cruchaga, C., De Jager, P.L., DeCarli, C., DeKosky, S.T. et al.  SORL1 is genetically associated with late-onset Alzheimer's disease in Japanese, Koreans and Caucasians.  PLoS One 8:e58618, 2013.  PMCID: 3614978

Reitz, C., Jun, G., Naj, A., Rajbhandary, R., Vardarajan, B.N., Wang, L.S., Valladares, O., Lin, C.F., Larson, E.B., Graff-Radford, N.R., Evans, D., De Jager, P.L., Crane, P.K., Buxbaum, J.D., Murrell, J.R., Raj, T., Ertekin-Taner, N., Logue, M., Baldwin, C.T., Green, R.C., Barnes, L.L., Cantwell, L.B., Fallin, M.D., Go, R.C., Griffith, P., Obisesan, T.O., Manly, J.J., Lunetta, K.L., Kamboh, M.I., Lopez, O.L., Bennett, D.A., Hendrie, H., Hall, K.S., Goate, A.M., Byrd, G.S., Kukull, W.A., Foroud, T.M., Haines, J.L., Farrer, L.A., Pericak-Vance, M.A., Schellenberg, G.D., Mayeux, R. (Alzheimer Disease Genetics Consortium); Collaborators:  Albert, M.S., Albin, R.L., Apostolova, L.G., Arnold, S.E., Barber, R., Barmada, M.M., Beach, T.G., Beecham, G.W., Beekly, D., Bigio, E.H., Bird, T.D., Blacker, D., Boeve, B.F., Bowen, J.D., Boxer, A., Burke, J.R., Cai, G., Cairns, N.J., Cao, C., Carlson, C.S., Carney, R.M., Carroll, S.L., Chui, H.C., Clark, D.G., Cribbs, D.H., Crocco, E.A., Cruchaga, C., DeCarli, C., DeKosky, S.T. et al.  Variants in the ATP-binding cassette transporter (ABCA7), apolipoprotein E E4, and the risk of late-onset Alzheimer disease in African Americans.  JAMA 309:1483-1492, 2013.  PMCID: 3667653

Harms, M., Benitez, B.A., Cairns, N., Cooper, B., Cooper, P., Mayo, K., Carrell, D., Faber, K., Williamson, J., Bird T., Diaz-Arrastia, R., Foroud, T.M., Boeve, B.F., Graff-Radford, N.R., Mayeux, R., Chakraverty, S., Goate, A.M., Cruchaga, C. (NIA-LOAD/NCRAD Family Study Consortium); Collaborators:  Green, R., Kowall, N., Farrer, L., Williamson, J., Santana, V., Schmechel, D., Gaskell, P., Welsh-Bohmer, K., Pericak-Vance, M., Ghetti, B., Farlow, M.R., Horner, K., Growdon, J.H., Blacker, D., Tanzi, R.E., Hyman, B.T., Boeve, B., Kuntz, K., Norgaard, L., Larson, N., Kistler, D., Parfitt, F., Hadddow, J., Silverman, J., Beeri, M.S., Sano, M., Wang, J., Lally, R., Johnson, N., Mesulum, M., Weintraub, S., Bigio, E., Kaye, J., Kramer, P. Payne-Murphy, J., Bennett, D., Jacobs, H., Chang, J.S., Arends, D., Harrell, L., Bartzokis, G., Cummings, J., Lu, P.H., Toland, U., Markesbery, W., Smith, C., Brickhouse, A., Trojanowski, J., Van Deerlin, V., Wood, E.M., DeKosky, S.T. et al.  C9orf72 hexanucleotide repeat expansions in clinical Alzheimer disease.  JAMA Neurol 70:736-741, 2013.  PMCID: 3681841.

Hughes, T.M., Lopez, O.L., Evans, R.W., Kamboh, M.I., Williamson, J.D., Klunk, W.E., Mathis, C.A., Price, J.C., Cohen, A.D., Snitz, B.E., DeKosky, S.T. and Kuller, L.H.  Markers of cholesterol transport are associated with amyloid deposition in the brain.  Neurobiology of Aging 35:802-807, 2014.  PMCID: 3896052

DeKosky, S.T. and Gandy, S. Editorial:  Environmental exposures and the risk for Alzheimer's Disease: Can we identify the smoking guns? JAMA Neurology 71:273-275, 2014.  PMID: 24473699

Tate, J.A., Snitz, B.E., Alvarez, K.A., Nahin, R.L., Weissfeld, L.A., Lopez, O., Angus, D.C., Shah, F., Ives, D.G., Fitzpatrick, A.L., Williamson, J.D., Arnold, A.M., DeKosky, S.T. and Yende, S. for the GEM Study Investigators.  Infection hospitalization increases risk of dementia in the elderly.  Critical Care Medicine 42:1037-46, 2014.  PMCID: 4071960

Dubois, B., Feldman, H.H., Jacova, C., Hampel, H., Molinuevo, J.L., Blennow, K., DeKosky, S.T. et al.  Advancing research diagnostic criteria for Alzheimer's disease:  The IWG-2 criteria.  Lancet Neurology 13:614-629, 2014.  PMID: 24849862

CURRICULUM VITAE
STEVEN T. De KOSKY, M.D.

Hughes, T.M., Kuller, L.H., Barinas-Mitchell, E.J., McDade, E.M., Klunk, W.E., Cohen, A.D., Mathis, C.A., DeKosky, S.T., Price, J.C. and Lopez, O.L.  Arterial stiffness and beta-amyloid progression in nondemented elderly adults.  JAMA Neurology 71:562-2568, 2014.  PMID:  24687165

DeKosky, S.T. and Gandy, S.  Alzheimer disease risk factors - reply.  JAMA Neurology 71:1051-1052, 2014. PMID: 25111207

Alzheimer's Association National Plan Milestone Working Group, Fargo, K.N., Aisen, P., Albert, M., Au, R., Corrada, M.M., DeKosky, S. et al.  2014 report on the milestones for the US national plan to address Alzheimer's disease.  Alzheimer's & Dementia 10:S430-S452, 2014.

DeKosky, S.T.  Editorial:  Studying the brain:  Complexities at every level.  Neurology 83:1040-1041, 2014.  PMID: 25128178

Mitsis, E., Riggio, S., Kostakoglu, L., Dickstein, D., Machac, J., Delman, B., Goldstein, M., Jennings, D., D'Antonio, E., Martin, J., Naidich, T., Aloysi, A., Fernandez, C., Seibyl, J., DeKosky, S. et al.  Tauopathy PET and amyloid PET in the diagnosis of chronic traumatic encephalopathies:  Studies of a retired NFL player and of a man with FTD and a severe head injury.  Translational Psychiatry 4:e441, 2014.  PMID:  25226550

Gandy, S., Ikonomovic, M.D., Mitsis, E., Elder, G., Ahlers, S.T., Barth, J., Stone, J.R. and DeKosky, S.T.  Chronic traumatic encephalopathy:  Clinical-biomarker correlations and current concepts in pathogenesis.  Molecular Neurodegeneration 9:37, 2014.

Lopez, O.L., Klunk, W.E., Mathis, C., Coleman, R.L., Price, J., Becker, J.T., Aizenstein, H.J., Snitz, B., Cohen, A., Ikonomovic, M., McDade, E., DeKosky, S.T. et al.  Amyloid, neurodegeneration, and small vessel disease as predictors of dementia in the oldest-old.  Neurology 83:1804-1811, 2014.

Naj, A.C., Jun, G., Reitz, C., Kunkle, B.W., Perry, W., Park, Y.S., Beecham, G. W., Rajbhandary, R.A., Hamilton-Nelson, K.L., Wang, L.S., Kauwe, J.S., Huentelman, M.J., Myers, A.J., Bird, T.D., Boeve, B.F., Baldwin, C.T., Jarvik, G.P., Crane, P.K., Rogaeva, E., Barmada, M.M., Demirci, F.Y., Cruchaga, C., Kramer, P.L., Ertekin-Taner, N., Hardy, J., Graff-Radford, N.R., Green, R.C., Larson, E.B., St. George-Hyslop, P.H., Buxbaum, J.D., Evans, D.A., Schneider, J.A., Lunetta, K.L., Kamboh, M.I., Saykin, A.J., Reiman, E.M., DeJager, P.L., Bennett, D.A., Morris, J.C., Montine, T.J., Goate, A.M., Blacker, D., Tsuang, D.W., Hakonarson, H., Kukull, W.A., Foroud, T.M., Martin, E.R., Haines, J.L., Mayeux, R.P., Farrer, L.A., Schellenberg, G.D., Pericak-Vance, M.A., Alzheimer Disease Genetics, Consortium, Albert, M.S., Albin, R.L., Apostolova, L.G., Arnold, S.E., Barber, R., Barnes, L.L., Beach, T.G., Becker, J.T., Beekly, D., Bigio, E.H., Bowen, J.D., Boxer, A., Burke, J.R., Cairns, N.J., Cantwell, L.B., Cao, C., Carlson, C.S., Carney, R.M., Carrasquillo, M.M., Carroll, S.L., Chui, H.C., Clark, D.G., Corneveaux, J., Cribbs, D.H., Crocco, E.A., DeCarli, C., DeKosky, S.T. et al.  Effects of multiple genetic loci on age at onset in late-onset Alzheimer disease:  A genome-wide association study.  JAMA Neurology 71:1394-1404, 2014.

In Press

Wang, X., Lopez, O.L., Sweet, R.A., Becker, J.T., DeKosky, S.T., Barmada, M.M., Demirci, F.Y. and Kamboh, M.I.  Genetic determinants of disease progression in Alzheimer's disease.  J Alzheimers Dis, 2014 [In Press].

Pivtoraiko, V.N., Abrahamson, E.E., Leurgans, S.E., DeKosky, S.T., Mufson, E.J. and Ikonomovic, M.D.  Cortical pyroglutamate amyloid-beta levels and cognitive decline in Alzheimer's disease.  Neurobiology of Aging, 2014 [In Press].

DeKosky, S.T.  The role of big data in understanding late-life cognitive decline:  E unum, pluribus.  JAMA Neurology, 2014 [In Press].

Submitted

Palta, P., Golden, S.H., Crum, R.M., Colantuoni, E., Sharrett, A.R., Yasar, S., Nahin, R., DeKosky, S.T., Snitz, B., Williamson, J.D., Furberg, C.D., Rapp, S.R. and Carlson, M.C.  Patterns of cognitive decline in the presence and absence of diabetes and hypertension.  Neurology, 2014 [Submitted].

Palta, P., Carlson, M.C., Crum, R.M., Colantuoni, E., Sharrett, A.R., Yasar, S., Nahin, R., DeKosky, S.T., Snitz, B., Williamson, J.D., Furberg, C.D., Rapp, S.R. and Golden, S.H.  Diabetes and cognitive decline in older adults:  Ginkgo Evaluation of Memory Study.  Neurology, 2014 [Submitted].

BOOK CHAPTERS/EDITED VOLUMES

DeKosky, S.T.: Recovery of function in senile dementia of the Alzheimer type. In Scheff, S.W. (ed.): Aging and Recovery of Function in the Central Nervous System.  New York Plenum Press, 1984, 207-217.
Scheff, S.W., Anderson, K., and DeKosky, S.T.: Morphological aspects of brain damage in aging.  In Scheff, S.W. (ed.): Aging and Recovery of Function in the Central Nervous System.  New York: Plenum Press, 1984, 57-85.

DeKosky, S.T. The Dementias.  In: *Current Diagnosis.* Eighth Edition. R. Conn, Editor.  Philadelphia: Saunders, 1991, 957-969.

DeKosky, S.T.  Mental status changes in dementia patients.  In: *Emergent and Urgent Neurology.* W. J. Weiner, Editor.  Philadelphia: Lippincott, 1991, 389-396

DeKosky, S.T.  Pause and promise:  Dementia in the 21st Century.  In: *Handbook of Dementing Illnesses*.  J. Morris, Editor.  New York:  Dekker, Inc., 1994, 613-626.
ZeKosky, S.T. and Palmer, A.  Neurochemistry of aging.  In: *Clinical Neurology of Aging*.  Second Edition.  M. Albert, J. Knoefel, Editors.  New York: Oxford Press, 1994, 79-101.

DeKosky, S.T., Styren, S.D., and O'Malley, M.E.  Cholinergic changes and synaptic alterations in Alzheimer's Disease.  In:  *Alzheimer Disease:  Therapeutic Strategies*.  E. Giacobini, R. Becker, Editors.  Cambridge: Birkhauser, 1994, 93-96.

DeKosky, S.T.  Advances in the Biology of Alzheimer's Disease.  In: *The Dementias:  Diagnosis and Management*.  Second Edition.  M.F. Weiner, Editor.  Washington, DC:  American Psychiatric Press, 1996, 313-330.

Forbes, M.L., Hendrich, K.S., Schiding, J.K., Williams, D.S., Ho, C., DeKosky, S.T., Marion, D.W., and Kochanek, P.M.  Perfusion MRI assessment of cerebral blood flow and $CO_2$ reactivity after controlled cortical impact in rats.  In: *Advances in Experimental Biology and Medicine, Oxygen Transport to Tissue XVIII*.  E.M. Nemoto and J.C. LaManna, Editors.  New York:  Plenum Press, 411:7-12, 1997.

49

CURRICULUM VITAE
STEVEN T. De KOSKY, M.D.

Kochanek, P.M., Clark, R.S.B., Carlos, T.M., Carcillo, J.A., Whalen, M.J., Bell, M.J., Adelson, P.D., Marion, D.W., and DeKosky, S.T. Role of Inflammation after Severe Head Injury.  In: Critical Care State of the Art.  D. Porembka, Editor.  Anaheim, CA:  Society of Critical Care Medicine, 119-134, 1997.

Palmer, A.M. and DeKosky, S.T.  The neurochemistry of ageing.  In: *Principles and Practice of Geriatric Medicine, 3rd Edition*.  M.S.J. Pathy, Editor.  Chichester, England:  John Wiley & Sons Ltd. 1998, 65-76, 1998.

Kochanek, P.M., DeKosky, S.T., Carlos, T., Clark, R.S.B., and Whalen, M.  Inflammatory process in the pathobiology of secondary damage after traumatic brain injury.  In:  *Shock, Sepsis, and Organ Failure:  Brain Damage Secondary to Hemorrhagic-Traumatic Shock, Sepsis, and Traumatic Brain Injury*.  G. Schlag, H. Redl, and D. Traber, Editors.  Berlin:  Springer-Verlag, 1998, 197-213.

DeKosky, S.T. and Mulsant, B.H. Alzheimer's disease and other dementing disorders.  In: *Emergent and Urgent Neurology, Second Edition.* W.J. Weiner and L.M. Shulman, Editors.  455-463, 1999.

Kaufer, D.I. and DeKosky, S.T.  Diagnostic classifications:  Relationship to the neurobiology of dementia.  In: *Neurobiology of Mental Illness*.  D.S. Charney, E.J. Nestler, and B.S. Bunney, Editors.  New York:  Oxford University Press, 641-649, 1999.

DeKosky, S.T.  (Editor) Dementia, Neurologic Clinics.  New York: W.B. Saunders.  2000.

DeKosky, S.T.  Epidemiology and pathophysiology of Alzheimer's disease.  In:  *Clinical Cornerstone*.  M. Quan, Editor.  Belle Mead, NJ:  Excerpta Medica, 15-26, 2001.

Kerr, M., DeKosky, S., Kay, A., and Marion, D.  Role of genetic background:  Influence of apolipoprotein genotype in Alzheimer's disease and after head injury.  In:  *Brain* Injury.  R.S.B. Clark and P. Kochanek, Editors.  Norwell, MA:  Kluwer Academic Publishers, 317-347, 2001.

Kochanek, P.M., Whalen, M.J., Carlos, T.M., Clark, R.S.B., Dixon, C.E., DeKosky, S.T., and Marion, D.W.  The inflammatory response as a therapeutic target in traumatic brain injury.  In:  *Head Trauma:  Basic, Preclinical and Clinical Directions*.  L. P. Miller and R.L. Hayes, Editors.  New York:  John Wiley & Sons, Inc., 189-202, 2001.

Lopez, O.L. and DeKosky, S.T.  Neurobiology of Alzheimer's disease.  In:  *The Handbook of Medical Psychiatry*, S. Gershon and J. Soares, Editors.  New York:  Marcel Dekker, Inc., 537-552, 2003.

DeKosky, S.T., Kaufer, D.I. and Lopez, O.L.  The dementias.  In: *Neurology in Clinical Practice, 4th Edition*.  W.G. Bradley, R.B. Daroff, G.M. Fenichel, and J. Jankovic, Editors.  Philadelphia:  Butterworth Heinemann, 1901-1951, 2004.

Kaufer, D.I. and DeKosky, S.T.  Diagnostic classifications:  Relationship to the neurobiology of dementia.  In: *Neurobiology of Mental Illness, 2nd Edition*.  D.S. Charney, E.J. Nestler, and B.S. Bunney, Editors.  New York: Oxford University Press, 771-782, 2004.

Vellas, B. and DeKosky, S.  Consensus on preventive trials on Alzheimer's disease.  In:  *Research and Practice in Alzheimer's Disease, Vol. 10*.  B. Vellas, B. Windblad, M. Grundman, L.J. Fitten, H. Feldman, E. Giacobini and A. Kurz, Editors.  Paris:  Serdi Publisher, 47-58, 2005.

DeKosky, S.T., Ikonomovic, M.D., Hamilton, R.L., Bennett, D.A., and Mufson, E.J.  Neuropathology of mild cognitive impairment in the elderly.  In:  *Alzheimer's Disease and Related Disorders Annual, Vol. 5.*  S. Gauthier, P. Scheltens and J.L. Cummings, Editors.  Boca Raton, FL, 1-16, 2005.

Ikonomovic, M.D., Abrahamson, E.E., Isanski, B.A., Debnath, M.L., Mathis, C.A., DeKosky, S.T., and Klunk. W.E. X-34 labeling of abnormal protein aggregates during the progression of Alzheimer's disease. In: *Meth Enzymol. Amyloid, Prions, & Other Protein Aggregates*, *Vol. 9*.  R. Wetzel and I. Kheterpa, Editors. San Diego:  Elsevier Inc., 123-144, 2006.

50

DeKosky, S.T., Kaufer, D.I., Hamilton, R.L., Wolk, D.A., and Lopez, O.L.  The dementias.  In: *Neurology in Clinical Practice, 5th Edition*.  W.G. Bradley, R.B. Daroff, G.M. Fenichel, and J. Jankovic, Editors.  Philadelphia: Butterworth Heinemann Elsevier, 1855-1907, 2008.

Lopez, O.L. and DeKosky, S.T. Clinical Symptoms in Alzheimer's Disease. In: Handbook of Clinical Neurology: Dementia. C. Duyckaerts and I. Litvan, Editors. Amsterdam, the Netherlands:  Elsevier, 207-216, 2008.

Kaufer, D.I. and DeKosky, S.T. Diagnostic classifications: Relationship to the neurobiology of dementia.  In: *Neurobiology of Mental Illness, 3nd Edition*.  D.S. Charney and E.J. Nestler, Editors.  New York:  Oxford University Press, 895-907, 2009.

Apostolova, A., DeKosky, S.T. and Cummings, J.L.  The dementias.  In:  Bradley's Neurology in Clinical Practice Volume II.  *Neurological Disorders* Sixth Edition.  R.B. Daroff, J.M. Fenichel, J. Jankovic and J.C. Mazziotta, Editors.  New York:  Elsevier, 1534-1582, 2012.

Ikonomovic, M.D. and DeKosky, S.T. Alzheimer's Disease. In: *Metabolism of Human Diseases: Organ Physiology and Pathophysiology*. Eckhard Lammert and Martin Zeeb, Editors. New York: Springer, 2013 [In Press]

DeKosky, S.T., and Asthana, S. (editors) Handbook of Clinical Neurology: Geriatric Neurology. Aminoff, M., Swaab, R., and Boller, F. (series editors) Amsterdam, the Netherlands:  Elsevier, In Preparation.


ABSTRACTS AND PRESENTATIONS

Available upon request

51