**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden,<br>*on behalf of themselves and*<br>*others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and<br>NFL Properties, LLC,<br>successor-in-interest to<br>NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**DECLARATION OF DR. WAYNE GORDON**

Wayne Gordon, Ph.D.. affirms under penalty of perjury the truth of the following facts:

1.      I am the Jack Nash Professor and Vice Chair of the Department of Rehabilitation Medicine of the Icahn School of Medicine at Mount Sinai. My *curriculum vitae* is attached as Exhibit A.

2.      I have been asked to submit this declaration in support of the objection to the proposed class action settlement in the above captioned case filed by the MoloLamken LLP law firm. I am not being compensated for my work in doing so.

3.      Chronic traumatic encephalopathy (or CTE) is a unique neurodegenerative disease that is known to exist outside of ALS, Alzheimer's disease, or Parkinson's disease.

4.      Repetitive brain trauma is a necessary condition for developing CTE.

5.      ALS, Alzheimer's disease, and Parkinson's disease are found in the general population of individuals who have not suffered repetitive brain trauma.  Suicidality does not present as a symptom of these diseases.

6.      Mood and behavioral impairments such as depression, suicidality, hopelessness, impulsivity, explosiveness, rage, and aggression, although present in the general population, appear more frequently in individuals suffering from CTE than in the general population.

7.      The mood and behavioral impairments associated with CTE can present prior to the onset of CTE-related dementia and can be the cause of significant disability and distress for the patient.

8.      Based on my experience and knowledge of the clinical and scientific literature, I believe that a reliable, valid, and clinically accepted diagnosis of CTE in living persons and based in part on objective biomarkers, will likely be available in the next decade, if not sooner, and long before the 65-year term of the proposed NFL Concussion Litigation Settlement expires.

9.      I am not aware of the use of the diagnostic or classification categories of "Neurocognitive Impairment Level 1.0," "Neurocognitive Impairment Level 1.5," or "Neurocognitive Impairment Level 2.0" anywhere in the medical or scientific community. Further, there are many flaws in the cognitive assessment used to establish the nature and extent of cognitive impairment. For example:

a.      The Test of Pre-Morbid Function is used to establish baseline I.Q.  This test is a word reading test that penalizes those who speak with a dialect or do not have

2

fluency in English. It also does not account for those whose non-verbal abilities are superior to their verbal abilities.

b.   The cognitive domain most frequently raised in the assessment is malingering. Malingering is not a domain of cognitive function nor /has it been associated with the onset of CTE.

c.   The gradations of impairment used to assign benefits are flawed as a person needs to be impaired in multi-domains of cognitive function. The assessment therefore neglects the fact that a person can suffer from a severe memory impairment, not have additional cognitive impairments and may be unable to perform simple day-to-day functions.

d.   The test battery includes the MMPI which is a measure of personality function, not cognitive function.  Such a measure plays no role in cognitive assessment and has not been related to CTE.

e.   The criteria for compensation are solely dependent on the results of cognitive testing rather that viewing such assessments as one source of information that would be provided to a panel of experts who would include other sources of information in making a determination of eligibility, such as concussion history, medical history, and reports of significant others.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury that the foregoing is true and correct.

Dated:  November 30,, 2014

_____

Wayne A. Gordon, Ph.D., ABPP

# Exhibit A

# CURRICULUM VITAE

| | |
|---|---|
| **NAME:** | Wayne A. Gordon |
| **MAILING ADDRESS:** | Icahn School of Medicine at Mount Sinai<br>Department of Rehabilitation Medicine<br>3 East 101st Street, Room 118<br>New York, NY 10029-6574 |
| **TELEPHONE:** | (212) 824-8372 |
| **FAX:** | (212) 348-5901 |
| **E-MAIL:** | wayne.gordon@mssm.edu |
| **PLACE OF BIRTH:** | New York, New York |
| **CITIZENSHIP:** | United States of America |

**EDUCATION:**

| | |
|---|---|
| 1967-1972 | Ph.D., Ferkauf Graduate School of Education, Yeshiva University, New York City (Educational Psychology, School Psychological Services) |
| 1966-1967 | New School for Social Research, New York City (Psychology Masters degree program) |
| 1962-1966 | B.A. with honors, New York University, University Heights, New York City (History) |

**LICENSURE:**   1973, New York State License No. 4204 (Psychology)

**HONORS:**

| | |
|---|---|
| 2011 | Gold Key Award, American Congress of Rehabilitation Medicine |
| 2010 | William Fields Caveness Award, Brain Injury Association of America |
| 2009 | Department of Defense "Blue Ribbon" Panel on TBI and PTSD, Psychological Treatment |
| 2009 | Robert L. Moody Prize for Distinguished Initiatives in Brain Injury Research and Rehabilitation |
| 2008 | Partnership Award, The National Association of State Head Injury Administrators |
| 2007 | Fellow, American Congress of Rehabilitation Medicine |
| 2006 | Special Recognition Award, National Association of Rehabilitation Research and Training Centers |
| 1996 | Recognition Award, New York State Department of Health |
| 1996 | Fellow, Division of Health Psychology (Division 38), |
| 1994 | Congressman Ted Weiss Advocacy Award, New York State |

| 1993 | Fellow, Division of Rehabilitation Psychology (Division 22), American Psychological Association |
| 1992 | Roger Barker Distinguished Research Award, Division of Rehabilitation Psychology (Division 22), American Psychological Association |
| 1986 | Sidney Licht Award for Scientific Writing, America Congress of Rehabilitation Medicine (for Gordon, W., et al.) [1985]. Perceptual remediation in patients with right brain damage. *Archives of Physical Medicine and Rehabilitation, 66*, 353-359) |
| 1985 | Diplomate in Clinical Neuropsychology, American Board of Professional Psychology, American Board of Clinical Neuropsychology |
| 1983 | *Who's Who in Frontiers in Science and Technology* |
| 1976-1986 | *Who's Who in the East* |
| 1975 | Accredited by National Registry of Health Service Providers in Psychology |

**ACADEMIC APPOINTMENTS:**

| 2011-Present | Vice Chair, Department of Rehabilitation Medicine, Mount Sinai School of Medicine |
| 2010-Present | Co-Director, Mount Sinai NFL Center for Neurological Care, Mount Sinai Medical Center |
| 2004-present | Jack Nash Professor, Department of Rehabilitation Medicine, Mount Sinai School of Medicine |
| 1991-present | Professor of Rehabilitation Medicine and Psychiatry; Associate Director, Chief Psychologist and Co-Director of Research, Department of Rehabilitation Medicine; Mount Sinai Medical Center |
| 1986-1991 | Associate Professor of Rehabilitation Medicine and Psychiatry; Associate Director, Chief Psychologist and Co-Director of Research, Department of Rehabilitation Medicine; Mount Sinai Medical Center |
| 1984-1986 | Assistant Professor of Clinical Rehabilitation Medicine; Assistant Director of Behavioral Sciences/Psychological Services, Rusk Institute of Rehabilitation Medicine; New York University Medical Center |
| 1975-1984 | Assistant Clinical Professor of Rehabilitation Medicine; Supervisor of Research in the Behavioral Sciences, Rusk Institute of Rehabilitation Medicine; New York University Medical Center |
| 1972-1975 | Senior Clinical Research Psychologist, Department of Behavioral Sciences, Rusk Institute of Rehabilitation Medicine, New York University Medical Center |
| 1970-1972 | Clinical Research Psychologist, Department of Behavioral Sciences, Rusk Institute of Rehabilitation Medicine, New York University Medical Center |

| 1967-1970 | Research Assistant, Department of Behavioral Sciences, Rusk Institute of Rehabilitation Medicine, New York University Medical Center |
| 1965-1967 | Laboratory Assistant, Cardiovascular Research, Rusk Institute of Rehabilitation Medicine, New York University Medical Center |

**HOSPITAL APPOINTMENTS:**

| 1992-present | Attending Psychologist, Mount Sinai Hospital |
| 1986-1991 | Associate Attending Psychologist, Mount Sinai Hospital |

**PROFESSIONAL SOCIETIES:**

American Psychological Association (Divisions 22, 38, 40)
International Neuropsychology Society
American Congress of Rehabilitation Medicine
Society of Behavioral Medicine
Academy of Behavioral Medicine Research (Fellow)
American Board of Professional Psychology
American Spinal Injury Association (Associate)
Association of Academic Physiatrists (Associate)

**BOARD MEMBERSHIPS:**

| 2010-2013 | Treasurer, American Congress of Rehabilitation Medicine |
| 2009-2010 | Past President, American Congress of Rehabilitation Medicine |
| 2008-present | Member, Medical Advisory Board Brain Trauma Foundation |
| 2008-present | Member, Medical Advisory Board Sarah Jane Brain Foundation |
| 2008-present | Chair, Research Council Brain Injury Association of America |
| 2008-present | Advisor, BrainLine |
| 2008-2009 | President, American Congress of Rehabilitation Medicine |
| 2008 | Chair CDMRP Peer Review Panel on PTSD |
| 2007-present | Member of the Executive Committee, National Association of Rehabilitation Research and Training Centers |
| 2007-present | Board Member, Ontario Neurotrauma Foundation |
| 2007-2008 | President Elect, American Congress of Rehabilitation Medicine |
| 2006-2007 | Vice President, American Congress of Rehabilitation Medicine |
| 2005-2008 | Vice Chair, Board of Brain Injury Association of America |
| 2004-2006 | Board Member, American Congress of Rehabilitation Medicine |
| 2004-2006 | President, National Association of Rehabilitation Research and Training Centers |
| 2002-2007 | Member of the Executive Committee National Association of Rehabilitation Research and Training Centers |
| 2002-2005 | Board Member, Brain Injury Association of America |
| 1999 | Member, Program Committee International Neuropsychological Society |

**GRANT SUPPORT:**

Psychological and Educational Studies with Spina Bifida Children; U.S. Office of Education, Grant No. 32-42-8145-5020, 1965-1968; Leonard Diller, Principal Investigator

Studies in Cognition and Rehabilitation in Hemiplegia; Social and Rehabilitation Service, RD-2666-P, 1967-1970; Leonard Diller, Principal Investigator

Response Patterns in Brain Damaged Children and Teaching Styles; U.S. Office of Education, Grant No. OEG-0-70-3361, and the Easter Seal Society, 1970-1973; Wayne A. Gordon, Co-Principal Investigator

Further Studies in the Remediation of Brain Damage; National Institutes of Health (NINCDS), Grant No. NS10236-01-10, 1972-1982; Leonard Diller, Principal Investigator; Wayne A. Gordon, Co-Principal Investigator

Demonstration of Benefits of Early Identification of Psychological Problems and Early Intervention Toward Rehabilitation of Cancer Patients; National Institutes of Health (NCI), Grant No. N01-CN-55188, 1975-1979; Leonard Diller, Principal Investigator; Wayne A. Gordon, Co-Principal Investigator

Mental Health Research and Evaluation Rehabilitation; National Institute of Mental Health, Grant No. 732-MH14282, 1975-1978; Leonard Diller, Principal Investigator

Rehabilitation Indicators: Field Test; National Institute for Handicapped Research, Grant No. 12-P-59047, 1977-1982; Leonard Diller, Principal Investigator

Psychological Adjustment and Characteristics in Recent Spinal Cord Injuries; National Institute for Handicapped Research, Grant No. 13-P-59127, 1977-1981; Wayne A. Gordon, Principal Investigator

Year-round Work Experience for Disabled Students in the Business Sector; Department of Labor, Youthwork Incorporated, Grant No. 02325, 1980-1982; Rosalind Zuger, Principal Investigator

New York Regional Spinal Cord Injury Model System; National Institute for Handicapped Research, Grant No.13-P-55868/08, 1980-1986; Kristjan T. Ragnarsson, Principal Investigator

Activity Patterns of Normal and Physically Disabled Children and Their Families; William T. Grant Foundation, Grant No. 81075181, 1981-1986; Wayne A. Gordon, Principal Investigator

Research and Training Center on Head Trauma and Stroke; National Institute for Handicapped Research, Grant No. G00830039, 1983-1986; Wayne A. Gordon, Co-Principal Investigator

Model Family-Professional Partnership Interventions for Childhood Traumatic Brain Injury Survivors; U.S. Department of Education, National Institute for Disability and Rehabilitation Research, Grant No. H133A80023, 1989-1991; Wayne A. Gordon, Co-Principal Investigator

Treatment of Affective Deficits in Stroke Rehabilitation; National Institutes of Health, Grant No. NS24608, 1985-1991; Wayne A. Gordon, Principal Investigator

Traumatic Brain Injury Model System; U.S. Department of Education, National Institute for Disability and Rehabilitation Research, Grant No. G0087C201888, 1987-1992; Wayne A. Gordon, Co-Principal Investigator

Mount Sinai Spinal Cord Injury Model System; U.S. Department of Education, National Institute for Disability and Rehabilitation Research, Grant No. H133N00009, 1990-1995; Wayne A. Gordon, Co-Principal Investigator

Comprehensive Regional Traumatic Brain Injury Rehabilitation and Prevention Center (CR-TBI-RPC); U.S. Department of Education, Grant No. H128A00022, 1990-1994; Wayne A. Gordon, Principal Investigator

Research and Training Center on Community Integration of Individuals with Traumatic Brain Injury; U.S. Department of Education, National Institute for Disability and Rehabilitation Research, Grant No. H133B30038, 1993-1998; H133B980013, 1998-2004; Wayne A. Gordon, Principal Investigator

Traumatic Brain Injury Technical Assistance Project; New York State Department of Education, 1995-2000; Wayne A. Gordon, Principal Investigator

Training Personnel for the Education of Individuals with Disabilities; U.S. Department of Education, National Institute on Disability and Rehabilitation Research, Grant No. H029A60013, 1996-1999; Wayne A. Gordon, Principal Investigator

Evaluation of a Mentoring Program for Individuals with Brain Injury and their Families, Langeloth Foundation, 2000-2004; Wayne A. Gordon, Principal Investigator.

Mount Sinai Traumatic Brain Injury Model System of Care, U.S. Department of Education, National Institute on Disability and Rehabilitation Research, Grant No. H133A020501, 2002-2007; Wayne A. Gordon, Principal Investigator

Research and Training Center on Traumatic Brain Injury Interventions, U.S. Department of Education, National Institute on Disability and Rehabilitation Research, Grant No. H133B040033, 2004-2010; Wayne A. Gordon, Principal Investigator

Mount Sinai Injury Control Research Center, Centers for Disease Control and Prevention (CDC). Grant No. 1R49CE001171-01, 2007-2012; Wayne A. Gordon, Principal Investigator.

The New York Traumatic Brain Injury Model System, U.S. Department of Education, National Institute on Disability and Rehabilitation Research. Grant No. H133A070033, 2007-2012; Wayne A. Gordon, Principal Investigator.

Transforming TBI Research and Clinical Care, National Institute of Neurological Disorder and Stroke (NIH-NINDS), Grant No. 1RC2NS069409, 2009-2011; Wayne A. Gordon, Principal Investigator.

Mount Sinai Injury Control Research Center, Centers for Disease Control and Prevention (CDC). Grant No. 1R49CE002092-01, 2012-2017; Wayne A. Gordon, Principal Investigator.

The New York Traumatic Brain Injury Model System, U.S. Department of Education, National Institute on Disability and Rehabilitation Research. Grant No. H133A120084, 2012-2017; Wayne A. Gordon, Principal Investigator.

Neuropathology of CTE and Delayed Effects of TBI: Toward In-Vivo Diagnostics. National Institute of Health, Grant No. 11397022, 2013-2017; Wayne A. Gordon, Principal Investigator.


**TEACHING EXPERIENCE:**


**OTHER:**
**Doctoral Committees**
Student:                          Judith R. Gold (New York University, Counseling Psychology)
Title of Thesis:                  The relationships among selected personality characteristics, activity patterns of adjustment, and manner of onset of spinal cord injury

Student:                                  Mary R. Hibbard (New York University, Counseling Psychology)
Title of Thesis:                     Affective impairments in right brain damaged individuals
Student:                                  Carrie Gelber (Pace University, Psychology)
Title of Thesis:                     The relationship of development and Other psychosocial variables to
                                                the ability to adjust to a spinal cord injury
Student:                                  Joseph Weinberg (New York University, Educational Psychology)
Title of Thesis:                     Impairments of mental rotation in right brain damaged individuals
Student:                                  Ruth Jonas (New School for Social Research)
Title of Thesis:                     The relationship between the Type A behavior pattern and the
                                                expression of hostility


**Peer Review Activities**
National Institutes of Health
Consultant, Epidemiology and Disease Control Study Section, NIH, 1976-1977
Member, Special Study Section on the Psychological Precursors to Cancer, NCI, NIH, 1977
Member, Behavioral Medicine Study Section, NIH, 1976-1980
Co-Chair, Review Panel for Multi-purpose Arthritis Centers, NIAMDD, 1979-1980
Member, NIH Task Force on Medical Rehabilitation Research, 1990
Member, Rehabilitation Medicine Research Review Committee, NIH, 1996-1999

National Institute on Disability and Rehabilitation Research
Reviewer, Field Initiated Studies, Research and Demonstration Grants, Innovative Grants, and
Research Training Grants, 1985 - present
Reviewer, Rehabilitation Research and Training Centers, 1993

Veterans Administration
Consultant, VA Merit Review, 1987 – present

Center for Disease Control and Injury Prevention (CDC)
Reviewer, Injury Control Research Centers – 2004, 2008


**Consultation**
Consultant, National Exercise and Heart Disease Project, Social and Rehabilitation Services,
       Department of Health, Education and Welfare, 1972-1973
Member, Field Testing Task Force, Rehabilitation Indicators Project, Rehabilitation Services
       Administration, DHEW, 1974-1977
Member, Technical Assistance Group on Weighted Case Closures, Arkansas Rehabilitation
       Research and Training Center, 1977
Ad-Hoc reviewer, VA Cooperative Studies Program, 1979
Consultant, Brooklyn VA Medical Center, Psychology Service, 1979-1981
Member, In-House Grant Review Committee, Rusk Institute of Rehabilitation Medicine, 1975-
       1978
Advisory Board member, National Council on the Handicapped, Needs Survey of Disabled
       Americans, 1985

Advisory Board member, sponsored by the "Needs Assessment of Individuals with Cancer,"
    State of Pennsylvania Department of Health, 1984 - 1986
Program evaluation consultant, Post-Institutionalization Placement Program, United Cerebral
    Palsy of New York State, 1978-1985
Co-chair, Technical Advisory Group on Traumatic Brain Injury Rehabilitation, New York State
    Department of Health, 1992-1993
Consultant, U.S. Department of Education, Office of Special Education and Rehabilitative
    Services, Re-inventing Government, 1994
Chair, Managed Care Task Force, Brain Injury Association, 1996
Consultant, SmithKline and Beecham Pharmaceuticals, 1996
Consultant, Behavioral and Social Science Review Integration, NIH, 1998
Department of Defense Center for Psychological Health and Traumatic Brain Injury Advisory
    Panel on Cognitive Rehabilitation 2009
Department of Defense Blue Ribbon Panel on Traumatic Brain Injury and Post Traumatic Stress
    Disorder 2009
Consultant, American Academy of Emergency Physicians, Development of Patient Information
    Following Mild TBI 2009


**Journals**
Editorial Board
    *Archives of Physical Medicine and Rehabilitation (1988-1992)*
    *Neuropsychology Review (1986-1995)*
    *NeuroRehabilitation (1988-1995)*
    *Journal of Head Trauma Rehabilitation (1992-1999)*
    *Journal of Spinal Cord Injury Rehabilitation (1995-2001)*
    *Rehabilitation Process and Outcome (Present)*

Reviewer
    *Journal of Behavioral Medicine*
    *Archives of Physical Medicine and Rehabilitation*
    *Journal of Clinical and Consulting Psychology*
    *Psychosomatic Medicine*
    *Health Psychology and Medical Care*
    *Neuropsychology*
    *Neuropsychiatry, Neuropsychology and Behavioral Neurology*
    *Journal of Head Trauma Rehabilitation*


**Mount Sinai Medical Center Committees**
Member, Search Committee for Chief, Rehabilitation Medicine Service, City Hospital Center at
    Elmhurst, 1988
Member, Faculty Council, Mount Sinai School of Medicine, 1989-1993
Member, Search Committee for Chair, Department of Neurology, Mount Sinai Medical Center,
    1989-1990; 1993
Member, Search Committee for Chair, Department of Geriatrics and Adult Development, Mount
    Sinai Medical Center, 1993-1994

Chair, Appointments and Promotions Committee, Department of Rehabilitation Medicine,
Mount Sinai Medical Center, 1986- present
Chair, Ethics in Research Committee, Mount Sinai Medical Center, 1996

**Other Committees**
Chair, Liaison Committee, Division 22 (Rehabilitation Psychology) of the American
Psychological Association, 1978-1979
Chair, Research Committee, National Association of Rehabilitation Research and Training
Centers, 1983-1985
Member, Joint Committee on Functional Assessment, American Spinal Injury Association and
the Spinal Cord Injury Model Care System, 1984-1987
Member, Task Force on the Establishment of a Uniform National Database, American Congress
of Rehabilitation Medicine, 1984-present
Member, Research Committee, American Congress of Rehabilitation Medicine, 1985-1992
Chair, Psychology Interest Group, American Congress of Rehabilitation Medicine, 1993-1994
Member, Task Force on Federal Government Cooperative Agreements, National Head Injury
Foundation, 1985
Member, Essay Awards Committee, American Congress of Rehabilitation Medicine, 1984-
present
Member, Provider Council and Advisory Board, New York State Head Injury Association,
1987- 1990
Member, Research Committee, National Head Injury Foundation, 1987-present
Member, Awards Committee, National Head Injury Foundation, 1993-present
Participant, NIDRR/OSERS National Invitational Conference on Traumatic Brain Injury
Research, November, 1987
Member, Program Committee, International Neuropsychology Society, 1988
Chair, Technical Advisory Group on Traumatic Brain Injury Rehabilitation, New York State
Department of Health, 1992-1993
Chair, Psychology Interest Group, American Congress of Rehabilitation Medicine, 1994-1995
Member, New York State Head Injury Services Coordinating Council, NYS Department of
Health, 1993-1994
Member, Planning and Program Committee, Conference on TBI, U.S. Department of Education,
1994
Member, Institute of Medicine Committee on Traumatic Brain Injury, 2005
Member, Advisory Committee on Traumatic Brain Injury National Statistical and Data Center,
Craig Hospital, 2006-present
Member, International Advisory Group – Ontario Neurotrauma Foundation (Inpatient
Rehabilitation, 2007; Mild TBI, 2010; TBI in the Elderly, 2011)
Co-Chair, Third Interagency Conference on TBI, 2009-2011.


**PUBLICATIONS:**

**Peer-Reviewed Articles**
1.   Ben-Yishay, Y., Diller, L., Gerstman, L., & Gordon, W.  (1970). Relationship between
initial competence and ability to profit from cues in brain damaged individuals. *Journal of
Abnormal Psychology, 75,* 248-259.

2.  Ben-Yishay, Y., Diller, L., Mandelberg, I., Gordon, W., & Gerstman, L. (1971). Similarities and differences in block design performance between older-normal and brain injured persons: A task analysis. *Journal of Abnormal Psychology, 78,* 17-25.

3.  Dembo, T., Diller, L., Gordon, W., & Sherr, R. (1973).  A view of rehabilitation psychology.  *American Psychologist, 28,* 719-722.

4.  Ben-Yishay, Y., Diller, L., Mandelberg, I., Gordon, W., & Gerstman, L.J. (1974). Differences in matching persistence behavior during block design performance between older normal and brain damaged persons: A process analysis.  *Cortex, 10,* 121-347.

5.  Gordon, W., Gertler, M.M., Diller, L., Leetma, H., & Gerstman, L.J.  (1974).  Behavioral correlates of the coronary profile.  *Journal of Clinical Psychology,* 343-347.

6.  Diller, L., Gordon, W.A., Hanesian, H., et al. (1977).  Final Report, U.S. Office of Education, Grant #0-70-3367.  Response patterns in brain damaged children and teaching styles.  *Journal Supplement Abstract Service, 7,* (Ms. No. 1543).

7.  Weinberg, J., Diller, L., Gordon, W.A., Gerstman, L.J., Lieberman, A., Lakin, P., Hodges, G., & Ezrachi, O.  (1977). Visual scanning training effect on reading-related tasks in acquired right brain damage.  *Archives of Physical Medicine and Rehabilitation, 58,* 479-486.

8.  Weinberg, J., Diller, L., Gordon, W.A., Gerstman, L.J., Lieberman, A., Lakin, P., Hodges, G., & Ezrachi, O.  (1979). Training sensory awareness and spatial organization in people with right brain damage.  *Archives of Physical Medicine and Rehabilitation, 60,* 491-496.

9.  Freidenbergs, I., Gordon, W.A., Diller, L., Hibbard, M., Levine, L., Wolf, C., & Lipkins, R. (1979).  Psychological aspects of cancer: An annotated bibliography.  *Journal Supplement Abstract Service, 9,* (Ms. #1890).

10.  Freidenbergs, I., Gordon, W.A., Hibbard, M., & Diller, L. (1980).  Assessment and treatment of psychosocial problems of the cancer patient: A case study.  *Cancer Nursing, 3*, 111-119.

11.  Gordon, W., Freidenbergs, I., Diller, L., Hibbard, M., Wolf, C., Levine, L., Lipkins, R., Ezrachi, O., & Lucido, D. (1980).  The efficacy of psychosocial intervention with cancer patients.  *Journal of Clinical and Consulting Psychology, 48,* 743-759.

12.  Efthimiou, J., Gordon, W., Sell, G.H., & Stratford, C. (1981).  Electronic assistive devices: The impact on the quality of life of high level quadriplegic persons. *Archives of Physical Medicine and Rehabilitation, 62*, 131- 134.

13.  Freidenbergs, I., Gordon, W.A., Hibbard, M., Levine, L., Wolf, C., & Diller, L. (1981-1982). Psychosocial aspects of living with cancer:  A review of the literature.  *International Journal of Psychiatry in Medicine, 11,* 303-329.

14.  O'Neill, J., Brown, M., Gordon, W., Schonhorn, R., & Greer, E.  (1981). The activity patterns of mentally retarded adults in institutions and communities:  A longitudinal study.  *Applied Research in Mental Retardation, 2,* 367- 379.

15.  Diller, L., & Gordon, W.A.  (1981). Interventions for cognitive deficits in brain injured adults. *Journal of Consulting and Clinical Psychology, 49,* 822- 834.

16.  Lieberman, A.N., Foo, S.H., Ransohoff, J., Wise, A., George, A., Gordon, W., & Walker, W. (1982).  Long-term survival among patients with malignant brain tumors.  *Neurosurgery, 10*, 450-453.

17.  Weinberg, J., Piasetsky, E., Diller, L., & Gordon, W.A.  (1982). Treating perceptual organization deficits in non-neglecting RBD stroke patients.  *Journal of Clinical Neuropsychology, 4,* 59-75.

18. Gordon, W.A., Harasymiw, S., Bellile, S., Lehman, L., & Sherman, B. (1982). The relationship between pressure sores and adjustment in spinal cord injured individuals. *Rehabilitation Psychology, 27*, 185-191.

19. Brown, M., Diller, L., Gordon, W.A., Fordyce, W.E., & Jacobs, D.F. (1984). Rehabilitation indicators and program evaluation. *Rehabilitation Psychology, 29*, 21-35.

20. Ahn, J.H., Ragnarsson, K.T., Sell, G.H., Gordon, W.A., Lewin, H., & Goldfinger, G. (1984). Current trends in stabilizing high thoracic and thoraco-lumber spinal fractures. *Archives of Physical Medicine and Rehabilitation, 65*, 356-359.

21. Glenn, M.B., Carfi, J., Belle, S.E., Ahn, J.H., Gordon, W.A., Myers, P.A., Miron-Bernstein, S., & Ragnarsson, K.T. (1985). Serum albumen as a predictor of course and outcome in a rehabilitation service. *Archives of Physical Medicine and Rehabilitation, 66,* 294-297.

22. Gordon, W.A., Hibbard, M., Egelko, S., Diller, L, Scotzin, M., Lieberman, A., & Ragnarsson, K.T. (1985). Perceptual remediation in patients with right brain damage: A comprehensive program. *Archives of Physical Medicine and Rehabilitation, 66*, 353-359.

23. O'Neill, J., Gordon, W.A., Brown, M., Schonhorn, R., & Buch, L. (1985). Impact of a community-based residence program on skill levels and patterns of activity of profoundly retarded individuals. *Applied Research in Mental Retardation, 6,* 363-371.

24. Brown, M., & Gordon, W.A. (1986). Rehabilitation indicators: A complement to traditional approaches to patient assessment. *Central Nervous System Trauma, 3*, 25-35.

25. Gordon, W.A. (1987). A brighter picture for stroke patients. *Mount Sinai Review, 6,* 13-17.

26. Brown, M., Gordon, W.A., & Ragnarsson, K.T. (1987). Unhandicapping the disabled: What is possible? *Archives of Physical Medicine and Rehabilitation, 68*, 206-219, 317. (Abstract published in *Archives of Physical Medicine and Rehabilitation*, 1985, *66*, 535.)

27. Gordon, W.A., & Hibbard, M.R. (1988). Recovering from brain injury. *Mount Sinai Review, 7,* 17-20.

28. Gordon, W.A., Hibbard, M.R., & Morganstein, S. (1988). Clinical forum: Response to Tanner and Gerstenberger. *Aphasiology, 2,* 85-88.

29. Brown, M. & Gordon, W.A. (1987). Impact of impairment on activity patterns of children. *Archives of Physical Medicine and Rehabilitation, 68,* 828-832. (Abstract published in *Archives of Physical Medicine and Rehabilitation*, 1986, *67*, 623).

30. Egelko, S., Gordon, W.A., Hibbard, M., Diller, L., Lieberman, A., Holliday, R., Ragnarsson, K., Shaver, M., & Orazem, J. (1988). The relationship between CT scans and neuropsychological test performance in right brain damaged stroke patients. *Journal of Clinical and Experimental Neuropsychology, 10*, 539-564. (Abstract published in *Archives of Physical Medicine and Rehabilitation,* 1986, *67*, 633.)

31. Kreutzer, J., Gordon, W.A., & Wehman, P. (1989). Cognitive remediation following traumatic brain injury. *Rehabilitation Psychology, 34*, 117-130.

32. Gordon, W.A., Hibbard, M.R., & Kreutzer, J. (1989) Cognitive remediation: Issues in research and practice. *Journal of Head Trauma Rehabilitation, 4,* 76-85.

33. Hibbard, M., Grober, S., Gordon, W.A., Aletta, E., & Freeman, A. (1990). Cognitive therapy and the treatment of post-stroke depression. *Topics in Geriatric Rehabilitation, 5,* 43-55.

34. Hibbard, M.R., Grober, S.E., Gordon, W.A., Aletta, E.G., & Freeman, A. (1990). Modification of cognitive psychotherapy for the treatment of post-stroke depression. *The Behavior Therapist, 13,* 15-17.

35. O'Neill, J., Brown, M., Gordon, W., Orazem, J., Hoffman, C., & Schonhorn, R. (1990). Medicaid versus state funding of community residences: Impact on daily life of people with mental retardation. *Mental Retardation, 28*, 183-188.

36. Gordon, W.A., Hibbard. M.R., Egelko, S., Riley, E., Simon, D., Diller, L., & Ross, E.D. (1991). Issues in the diagnosis of post-stroke depression. *Rehabilitation Psychology, 36*, 71-88.

37. Grober, S.E., Gordon, W.A., Sliwinski, M., Hibbard, M.R., Aletta, E.G., & Paddison, P.L. (1991). The utility of the dexamethasone suppression test in the diagnosis of post-stroke depression. *Archives of Physical Medicine and Rehabilitation, 72,* 1076-1079. (Abstract published in *Archives of Physical Medicine and Rehabilitation*, 1989, *70*, A-72).

38. Hibbard, M.R., Gordon, W.A., Stein, P.N., Grober, S., & Sliwinski, M.J. (1992). Awareness of disability in patients following stroke. *Rehabilitation Psychology, 37,* 103-120.

39. Stein, P.N., Gordon, W.A., Hibbard, M.R., & Sliwinski, M.J. (1992). An examination of depression in the spouses of stroke patients. *Rehabilitation Psychology, 37,* 121-130.

40. Raskin, S.R., & Gordon, W.A. (1992). The impact of different approaches to cognitive remediation on generalization. *NeuroRehabilitation, 2,* 38-45.

41. Waxman, R., & Gordon, W.A. (1992). Expanding applications of cognitive remediation: Acute rehabilitation units and low functioning patients. *NeuroRehabilitation, 2,* 46-54.

42. Atten, T., Braciszeski, T., Cicerone, K., Dahlberg, C., Evans, S., Fotto, M., Gordon, W.A., Halley, W., Harrington, D., Levin, W., Malec, J., Millis, S., Morris, J., Muir, C., Richen, J., Salazar, E., Schiavone, D., & Smigielski, J. (1992). Guidelines for cognitive rehabilitation. *NeuroRehabilitation, 2,* 62-67.

43. Ragnarsson, K.T., & Gordon, W.A. (1992). Rehabilitation after spinal cord injury: The team approach. *Physical Medicine and Rehabilitation Clinics of North America, 3,* 853-878.

44. Gordon, W.A., & Hibbard, M.R. (1992). Critical issues in cognitive remediation. *Neuropsychology, 6,* 361-370.

45. Hibbard, M.R., & Gordon, W.A. (1992). The comprehensive psychological assessment of stroke patients. *NeuroRehabilitation, 2(4),* 9-20.

46. Gordon, W.A., Mann, N., & Willer, B. (1993). Demographic and social characteristics of the traumatic brain injury model system database. *Journal of Head Trauma Rehabilitation, 8(2),* 26-33.

47. Hall, K., Hamilton, B., Gordon, W.A., & Zasler, N. (1993). Characteristics and comparisons of functional assessment indices: Disability Rating Scale, Functional Independence Measure and Functional Assessment Measure. *Journal of Head Trauma Rehabilitation, 8(2),* 60-74.

48. Lehmkuhl, D., Hall, K., Mann, N., & Gordon, W.A. (1993). Factors that influence the costs and length of stay of persons with traumatic brain injury in acute care and in rehabilitation. *Journal of Head Trauma Rehabilitation, 8(2),* 88-100.

49. Willer, B., Rosenthal, M., Kreutzer, J., Gordon, W.A., & Rempel, R. (1993). Assessment of community integration following rehabilitation for traumatic brain injury. *Journal of Head Trauma Rehabilitation, 8(2),* 75-87.

50. Marks, M., Sliwinski, M., & Gordon, W.A. (1993). An examination of the needs of families with a brain-injured child. *NeuroRehabilitation, 3(3),* 1-12.

51. Gordon, W.A., & Lehmkuhl, D. (1993). Model systems of care for individuals with TBI. *American Rehabilitation, 19,* 24-28.

52.    Ragnarsson, K.T., & Gordon, W.A. (1993). The model system of care concept and the role of the physiatrist. *Rehabilitation Management,* 33-46.

53.    Milliren, J.W., & Gordon, W.A. (1994). The development of an integrated rehabilitation system for persons with traumatic brain injury: The evaluation of public policy in New York State. *Journal of Head Trauma Rehabilitation, 9,* 27-35.

54.    High, W.J., Gordon, W.A., Lehmkuhl, D., Newton, N., Vandergoot, D., Thoi, L., & Courtney, L. (1995). Productivity and service utilization following traumatic brain injury. *Journal of Head Trauma* Rehabilitation, *10,* 64-80.

55.    Stein, P.N., Sliwinski, M.J., Gordon, W.A., & Hibbard, M.R. (1996). The discriminative properties of somatic and non-somatic symptoms for post-stroke depression. *Journal of Clinical Neuropsychology*, *10,* 142-48.

56.    Gordon, W.A., & Hibbard, M.R. (1997). A review of post-stroke depression. *Archives of Physical Medicine and Rehabilitation*, *78,* 658-663.

57.    Mechanick, J.I., Pomerantz, F., Flanagan, S., Stein, A., Gordon, W.A., & Ragnarsson, K.T. (1997). Parathyroid suppression in spinal cord injury patient is associated with degree of neurologic impairment and not level of injury. *Archives of Physical Medicine and Rehabilitation*, *73,* 692-696.

58.    Gordon, W.A. & Brown, M. (1997). Community integration of persons with spinal cord injury. *American Rehabilitation*, *23,* 11-14.

59.    Shnek, Z., Foley, F., LaRocca, N., Gordon, W., DeLuca, J., Schwartzman, H., Halper, S., Lennox, S., & Irvine, J. (1997). Helplessness, self-efficacy cognitive distortions and depression in multiple sclerosis and spinal cord injury. *Annals of Behavioral Medicine*, *19,* 289-294.

60.    Hibbard, M.R., Uysal, S., Sliwinski, M., & Gordon, W.A. (1998). Undiagnosed health issues in individuals with traumatic brain injury in the community. *Journal of Head Trauma Rehabilitation*, *13(4),* 47-57.

61.    Gordon, W.A., Sliwinski, M., Echo, J., McLoughlin, M., Scheerer, & M., Meili, T. (1998). The benefits of exercise in individuals with TBI: A retrospective study. *Journal of Head Trauma Rehabilitation*, *13(4),* 58-67.

62.    Sliwinski, M., Gordon, W.A., & Bogdany, J. (1998). The beck depression inventory: Is it suitable measure of depression for individuals with traumatic brain injury. *Journal of Head Trauma Rehabilitation, 13(4),* 40-46.

63.    Gordon, W.A., Brown, M., Sliwinski, M., Hibbard, M., Patti, N., Weiss, M.J., Kalinsky, R., & Sheerer, M. (1998). The enigma of hidden TBI. *Journal of Head Trauma Rehabilitation, 13*, 39-56.

64.    Brown, M., & Gordon, W.A. (1999). Quality of Life as a Construct in Health and Disability Research. *Mount Sinai Journal of Medicine*, *66,* 160-169.

65.    Reich, D.L., Uysal, S., Sliwinski, M., Ergin, M.A., Kahn, R.A., Konstadt, S.N., McCullough, J., Hibbard, M.R., Gordon, W.A., & Griep, R.B. (1999) Neuropsychological outcome following deep hypothermic circulatory arrest in adults. *Journal of Cardiothoracic and Vascular Surgery, 117,* 156-163.

66.    Reich, D.L., Uysal, S., Bodian, C.A., Gabriele, S. Hibbard, M.H., Gordon, W.A. Sliwinski, M. & Kayne, R.D. (1999). The relationship of cognitive, personality, and academic measures to anesthesiology resident clinical performance. *Anesthesia and Analgesia*, *88,* 1092-1100.

67. Pierce, C.A., Richards, S., Gordon, W.A., & Tate, D. (1999). Life satisfaction following spinal cord injury and the WHO model of functioning and disability. *SCI Psychosocial Process*, *12(4),* 121, 123-127.

68. Brown, M., Gordon, W.A., & Haddad, L. (2000).  Models for predicting subjective quality of life in individuals with traumatic brain injury.  *Brain Injury, 14(1),* 5-19.

69. Gordon, W.A., Haddad, L., Brown, M., Hibbard, M.R. & M. Sliwinski (2000).  The sensitivity and specificity and self-reported symptoms in individuals with traumatic brain injury. *Brain Injury, 14(1),* 21-33.

70. Hibbard, M.R., Bogdany, J., Uysal, S., Kepler, K., Silver, J.M., Gordon, W.A., & Haddad, L. (2000).  Axis II pathology in individuals with traumatic brain injury.  *Brain Injury. 14(1),* 45-61.

71. Jaffe, M.P., O'Neill, J., Vandergoot, D., Gordon, W.A., & Small, B. (2000).  The unveiling of traumatic brain injury in an HIV/AIDS population.  *Brain Injury. 14(1),* 35-44.

72. Hibbard, M.R., Gordon, W.A., Flanagan, S., Haddad, L., & Labinsky, E. (2000).  Sexual dysfunction after traumatic brain injury.  *NeuroRehabilitation. 15,* 107-120.

73. Richards, J.S., Bombardier, C.H., Tate, D.G., Dijkers, M., Gordon, W.A., Shewchuck, R., DeVivo, M.J. (2000).  Access to the environment and life satisfaction after spinal cord injury. *Archives of Physical Medicine and Rehabilitation. 80(1),* 1501-1506.

74. Dowler, R., Richards, J.S., Putske, J., Gordon, W.A., & Tate, D.G. (2000). Impact of demographic and medical factors on satisfaction with life after spinal cord injury: a normative study. *The Journal of Spinal Cord Medicine. 24(2),* 87-91.

75. Findler, M., Cantor, J.B., Haddad, L., Gordon, W.A., & Ashman, T. (2001). The reliability and validity of the SF-36 Health Survey Questionnaire for use with individuals with traumatic Brain injury.  *Brain Injury. 15(8),* 715-723

76. Brown, M., Gordon, W.A., Spielman, L., & Haddad, L. (2002).  Participation by individuals with spinal cord injury in social and recreational activity outside the home. *Topics in Spinal Cord Injury Rehabilitation. 7(3),* 83-100.

77. Hibbard, M.R., Cantor, J., Charatz, H., Rosenthal, R., Ashman, T., Gundersen, N., Ireland-Knight, L., Gordon, W.A., Avner, J., & Gartner, A. (2002). Peer support in the community: Initial findings of a mentoring program for individuals with traumatic brain injury and their families. *Journal of Head Trauma Rehabilitation, 17(2),* 112-131.

78. Brown, M., Gordon, W.A., & Spielman, L. (2003). Participation in social and recreational activity in the community by individuals with traumatic brain injury. *Rehabilitation Psychology, 48(4),* 266-274.

79. Ashman, T.A., Schwartz, M.E., Cantor, J.B, Hibbard, M.R. & Gordon, W.A. (2004). Screening for substance abuse in individuals with traumatic brain injury. *Brain Injury, 18,* 191-202.

80. Brown, M., & Gordon, W.A. (2004).  Empowerment in measurement: 'Muscle', 'Voice' and subjective quality of life as a gold standard. *Archives of Physical Medicine and Rehabilitation, 85(4),* S13-S20.

81. Gordon, W.A., Cantor, J.B., Johanning, E., Charatz, H.J., Ashman, T.A., Breeze, J., Haddad, L., & Abramowitz, S. (2004).  Cognitive impairments associated with toxigenic fungal exposure: A replication and extension of previous findings.  *Applied Neuropsychology*, *11(2),* 65-74.

82. Cantor, J.B., Gordon, W.A., Schwartz, M.E., Charatz, H.J., Ashman, T.A., & Abramowitz, S. (2004).  Child and parent responses to a brain injury screening questionnaire. *Archives of Physical Medicine and Rehabilitation*, *85(4),* S54-S60.

83. Ashman, T.A, Spielman, L.A., Hibbard, M.R., Silver, J.M., Chandna, T., & Gordon, W.A. (2004). Psychiatric challenges in the first 6 years after traumatic brain injury: Cross-sequential analyses of axis I disorders. *Archives of Physical Medicine and Rehabilitation, 85(4),* S36-S42.

84. Gordon, W.A. (2004). Introduction: Community Integration of Individuals with Traumatic Brain Injury. *Archives of Physical Medicine and Rehabilitation 85(4),* S1-S2.

85. Gordon, W.A., & Cantor, J.B. (2004). The diagnosis of cognitive impairment associated with exposure to mold. *Advances in Applied Microbiology 55,* 361-374.

86. Brown, M., Dijkers, M.P.J.M., Gordon, W.A., Ashman, T., Charatz, H., & Cheng, Z. (2004). Participation Objective, Participation Subjective: A measure of participation combining outsider and insider perspectives. *Journal of Head Trauma Rehabilitation, 19,* 459-81.

87. Flanagan, S.R., Hibbard, M.R., & Gordon, W.A. (2005). The impact of age on traumatic brain injury. *Physical Medicine & Rehabilitation Clinics of North America 16(1),* 163-177.

88. Cantor, J., Ashman, T., Schwartz, M., Gordon, W.A., Hibbard, M.R., Brown, M., Spielman, L., Charatz, H.J., & Cheng, Z. (2005). The Role of Self-Discrepancy Theory in understanding post-TBI affective disorders: A pilot study. *Journal of Head Trauma Rehabilitation,* 20(6), 527-543.

89. Gordon, W.A. & Brown, M. (2005). Building research capacity: The role of partnerships. *American Journal of Physical Medicine and Rehabilitation, 84,* 999-1004.

90. Gordon, W.A., Cantor, J., Ashman, T., & Brown, M. (2006). Treatment of post-TBI executive dysfunction: Application of Theory to Clinical Practice. *Journal of Head Trauma Rehabilitation, 21(2),* 156-167.

91. Gordon, W.A., Zafonte, R., Cicerone, K., Cantor, J., Brown, M., Lombard, L., Goldsmith, R., & Chandna, T. (2006). Traumatic brain injury rehabilitation: State of the Science Review. *American Journal of Physical Medicine and Rehabilitation, 85(4),* 343-382.

92. Flanagan S.R., Hibbard, M.R., Riordan, B., & Gordon, W.A. (2006). Traumatic brain injury in the elderly: Diagnostic and treatment challenges. *Clinics in Geriatric Medicine 22(2),* 449-468.

93. Sherwin, E., Whiteneck, G., Corrigan, J., Bedell, G., Brown, M., Abreu, B., Depompei, R., Gordon, W. & Kreutzer, J. (2006). Domains of a TBI minimal data set: Community reintegration phase. *Brain Injury, 20(4),* 383-389.

94. Ashman, T.A, Gordon, W.A., Cantor, J.B., & Hibbard, M.R. (2006). Neurobehavioral consequences of traumatic brain injury. *Mount Sinai Journal of Medicine 73(7),* 999-1005.

95. Gordon, W.A., Cantor, J.B., Spielman, L., Ashman, T.A., & Johanning, E. (2006). Cognitive impairment associated toxigenic fungal exposure: A response to two critiques. *Applied Neuropsychology 13(4),* 251-257.

96. Cantor, J.B., Gordon, W.A., & Ashman, T.A. (2006). Screening for brain injury in schoolchildren [abstract]. *Journal of Head Trauma Rehabilitation; 21,* 424.

97. Gordon, W.A. (2008). Preface. *Journal of Head Trauma Rehabilitation, 23(1),* 2.

98. Ashman, T.A., Cantor, J.B., Gordon, W.A., Spielman, L., Egan, M., Ginsberg, A., Engmann, C., Dijkers, M., & Flanagan, S. (2008). Objective measurement of fatigue following traumatic brain injury. *Journal of Head Trauma Rehabilitation, 23(1),* 33-40.

99. Cantor, J.B., Ashman, T.A., Gordon, W.A., Ginsberg, A., Engmann, C., Egan, M., Spielman, L., Dijkers, M., & Flanagan, S. (2008). Fatigue after traumatic brain injury and its impact on participation and quality of life. *Journal of Head Trauma Rehabilitation, 23(14),* 41-51.

100. Hanks, R.A., Millis, S., Ricker, J., Giacino, J., Nakese-Richardson, R., Frol, A., Novack, T., Kalmar, K., Sherer, M. & Gordon, W.A. (2008). The predictive validity of a brief inpatient neuropsychologic battery for persons with traumatic brain injury. *Archives of Physical Medicine and Rehabilitation, 89,* 950-957.

101. Kalmar, K., Novack, T., Nakase-Richardson, R., Sherer, M., Frol, A., Gordon, W.A., Hanks, R., Giacino, J. & Ricker, J. (2008). Feasibility of a brief neuropsychologic test battery during acute inpatient rehabilitation after traumatic brain injury. *Archives of Physical Medicine and Rehabilitation, 89,* 942-949.

102. Ashman, T.A., Cantor, J.B., Gordon, W.A., Sacks, A., Spielman, L., Egan, M., & Hibbard, M.R. (2008). A comparison of cognitive functioning in older adults with and without traumatic brain injury. *Journal of Head Trauma Rehabilitation, 23(3),* 139-148.

103. Breed, S., Sacks, A., Ashman, T.A., Gordon, W.A., Dahlman, K., & Spielman, L. (2008). Cognitive functioning among individuals with traumatic brain injury, Alzheimer's disease, and no cognitive impairments. *Journal of Head Trauma Rehabilitation, 23(3),* 149-157.

104. Saatman, K., Duhaime, A.C., Bullock, R., Maas, A.I.R., Valadka, A., Manley, G.T., Brody, D., Contant, C., Dash, P., Diaz-Arrastia, R., Fertig, S., Gean, A., Goodman, C., Gordon, W., Hayes, R., Hicks, R., Langlois, J., Marmarou, A., Moore, D., Murray, G., Okonkwo, D., Papa, L., Phillips, L., Plesnila, N., Robertson, C., Robertson, C., Sahuquillo, J., Silbergleit, R., Steyerberg, E., Stocchetti, N., Teasdale, E., Teasdale, G., Temkin, N., Thompson, H., Tong, K., Wilson, L., & Wright, D. (2008). Classification of traumatic brain injury for targeted therapies. *Journal of Neurotrauma, 25,* 719-738.

105. Gordon, W.A. (2008). A wound obscure, yet serious: Consequences of Unidentified traumatic brain injury are often severe. *Cerebrum,* The Dana Press.

106. Tsaousides, T, & Gordon, W.A. (2009) Cognitive rehabilitation following traumatic brain injury: Assessment to treatment. *Mount Sinai Journal of Medicine, 76(2),* 173-181.

107. Ashman, T.A., Cantor, J.B., Gordon, W.A., Flanagan, S., Ginsberg, A., Engmann, C., Spielman, L., Egan, M., Ambrose, A.F., Greenwald, B. (2009) A randomized controlled trial of sertraline for the treatment of depression in individuals with traumatic brain injury. *Archives of Physical Medicine and Rehabilitation, 90,* 733-740.

108. Sacks, A., Fenske, C., Gordon, W.A., Hibbard, M.R., Perez, K., Brandau, S., Cantor, J. Ashman, T. & Spielman, L. (2009). Co-morbidity of substance abuse and traumatic brain injury. *Journal of Dual Diagnosis, 5,* 404-417.

109. Gordon, W.A. (2009). Clinical Trials in rehabilitation research: Balancing rigor and relevance. *Archives of Physical Medicine and Rehabilitation, 90(11),* S1-S2.

110. Whyte, J., Gordon, W.A., Gonzalez-Rothi, L. (2009). A phased developmental approach to neurorehabilitation research: The science of knowledge building. *Archives of Physical Medicine and Rehabilitation, 90(11),* S3-10.

111. Tsaousides, T., Warshowsky, A., Ashman, T.A., Cantor, J.B., Spielman, L., & Gordon, W.A. (2009). The relationship between employment-related self-efficacy and quality of life following traumatic brain injury. *Rehabilitation Psychology, 54(3),* 299-305.

112. Connors, S., Gordon, W., & Hovda, D. (2009). Care of war veterans with mild traumatic brain injury. *New England Journal of Medicine 361(5),* 536-537.

113. Dijkers, M., Takforce on Systematic Review and Guidelines: Boninger, M., Bushnik, T., Esselman, P. Gard, S., Gordon, W., Heinemann, A., Sherer, M., Vandergoot, D., Wehmeyer, M., & Starks, J. (2009). The value of traditional reviews in the era of systematic reviewing. *American Journal of Physical Medicine & Rehabilitation, 88(5),* 423-430.

114. Dams-O'Connor K, Gordon WA. (2010). Role and impact of cognitive rehabilitation. *Psychiatric Clinics of North America, 33(4),* 893-904.

115. Gordon, W.A. (2010). Perspective on rehabilitation research. *Archives of Physical Medicine and Rehabilitation, 91(2),* 169-172.

116. Helmick, K. et al (2010). Cognitive rehabilitation for military personnel with mild traumatic brain injury and chronic post-concussional disorder: Results of April 2009 consensus conference. *NeuroRehabilitation, 26(3),* 239-255.

117. Heinemann, W., Tulsky, D., Dijkers, M., Brown, M., Magasi, S., Gordon, W., DeMark, H. (2010). Issues in participation measurement in research and clinical applications. *Archives of Physical Medicine & Rehabilitation, 91(9),* S72-76.

118. Menon D., Schwab, K., Wright, D., Maas, A, & Demographics and Clinical Assessment Working Group of the International and Interagency Initiative toward Common Data Elements for Research on Traumatic Brain Injury and Psychological Health (2010). Position statement: Definition of traumatic brain injury. *Archives of Physical Medicine & Rehabilitation 91(11),* 1637-1640.

119. Maas, A., Harrison-Felix, C., Menon, D., Adelson, D., Balkin, T., Bullock, R., Engel, D., Gordon, W., Langlois-Orman, J., Lew, H., Robertson, C., Temkin, N., Valadka, A., Verfaellie, M., Wainwright, M., Wright, D. & Schwab, K. (2010). Common data elements for traumatic brain injury: Recommendations from the interagency working group on demographics and clinical assessment. *Archives of Physical Medicine & Rehabilitation 91(11),* 1641-1649.

120. Maas, A., Harrison-Felix, C., Menon, D., Adelson, P., Balkin, T., Bullock, R., Engel, D., Gordon, W., Langlois-Orman, J., Lew, H., Robertson, C., Temkin, N., Valadka, A., Verfaellie, M., Wainwright, M., Wright, D., & Schwab, K. (2011). Standardizing data collection in traumatic brain injury. *Journal of Neurotrauma 28(2),* 177-187.

121. Tsaousides, T., Cantor, J.B. & Gordon, W.A. (2011). Suicidal ideation following traumatic brain injury: Prevalence rates and correlates in adults living in the community. *Journal of Head Trauma Rehabilitation, 26(4),* 265-75.

122. Tang CY, Eaves E, Dams-O'Connor K, Ho L, Leung E, Wong E, Carpenter D, Ng J, Gordon W, Pasinetti G (2012). Diffuse disconnectivity in TBI: A resting state fMri and Dti study. Transl Neurosci, *3(1),* 9-14.

123. Stiers, W., Carlozzi, N., Cernich, A., Velozo, C., Pape, T., Hart, T., Gulliver, S., Rogers, M., Villarreal, E., Gordon, S., Gordon, W., Whiteneck, G. (2012). Measurement of social participation outcomes in rehabilitation of veterans with traumatic brain injury. *Journal of Rehabilitation Research & Development, 49(1),* 139-154.

124. Cantor, J., Bushnik, T., Cicerone, K., Dijkers, M., Gordon, W., Hammond, F., Kolakowsky-Hayner, S., Lequerica, A., Nguyen, M. & Spielman, L. (2012). Insomnia, fatigue, and sleepiness in the first 2 years after traumatic brain injury: An NIDRR TBI model system module study. *Journal of Head Trauma Rehabilitation 27(6),* E1-14.

125. Ho, L., Zhao, W., Dams-O'Connor, K., Tang, C.Y., Gordon, W., Peskind, E.R., Yemul, S., Haroutunian, V. & Pasinetti, G.M. (2012). Elevated plasma MCP-1 contents following traumatic brain injury as a potential "predisposition" factor associated with an increased risk for subsequent development of Alzheimer's disease. *Journal of Alzheimer's Disease 31(2),* 301-313.

126. Wu, LM., Diefenbach, MA., Gordon, WA., Cantor, JB., & Cherrier, MM. (2012). Cognitive problems in patients on androgen deprivation therapy: A qualitative pilot study. *Urologic Oncology,* S1078-1439.

127. Bushnik, T., Gordon, W. (2012). Updates from the Third Federal Interagency Conference on traumatic brain injury. *Journal of Head Trauma Rehabilitation, 27(3),* 222-223.

128. C.Y. Tang, E.L. Eaves, K. Dams-O'Connor, L. Ho, E. Leung, E. Wong, D. Carpenter, J. Ng, W. Gordon, G.M. Pasinetti. (2012). Diffuse disconnectivity in TBI: a resting state fMRI and DTI study. *Translational Neuroscience, 3(1),* 9-14.

129. Gordon, W.A. (2013). TBI and aging. *Guest Editorial, NeuroRehabilitation, 32,* 197-198.

130. Hirshson, C., Gordon, W.A., Singh, A., Ambrose, A., Spielman. L., Dams-O'Connor, K., Cantor, J. & Dijkers, M. (2013). Mortality of elderly individuals with TBI in the first 5 years following injury. *NeuroRehabilitation, 32(2),* 225-232.

131. Yuh, E., Mukherjee, P., Lingsma, H., Yue, J., Ferguson, A., Gordon, W., Valadka, A., Schnyer, D., Okonkwo, D., Maas, A., Manley, G. & The Track-TBI Investigators. (2013). Magnetic resonance imaging improves 3-month outcome prediction in mild traumatic brain injury. *Annals of Neurology, 73(2),* 224-35.

132. Zhao, W., Ho, L., Varghese, M., Yemul, S., Dams-O'Connor, K., Gordon, W., Knable, L., Freire, D., Haroutunian, V., & Pasinetti, G.M. (2013). Decreased level of olfactory receptors in blood cells following traumatic brain injury and potential association with tauopathy. *Journal of Alzheimer's Disease, 34(2),* 417-29.

133. Cantor, J., Gordon, W. & Gumber, S. (2013). What is post TBI fatigue? *NeuroRehabilitation, 32(4)*, 875-83.

134. Okonkwo, D., Yue, J., Puccio, A., Panczykowski, Inoue, T., McMahon, P., Sorani, M., Yuh, E., Lingsma, H., Maas, A., Valadka, A., Manley, G. & TRACK-TBI investigators: Casey, S., Cheong, M., Cooper, S., Dams-O'Connor, K., Gordon, W., Hricik, A., Lawless, K., Menon, D., Mukherjee, P., Sinha, T., Schnyer, D. & Vassar, M. (2013). GFAP-BDP as an acute diagnostic marker in traumatic brain injury: Results from the prospective TRACK-TBI study. *Journal of Neurotrauma, 30(17),* 1490-1497.

135. Yue JK, Vassar MJ, Lingsma HF, Cooper SR, Okonkwo DO, Valadka A, Gordon WA, Maas AL, Mukherjee P, Yuh EL, Puccio AM, Schnyer DM, Manley GT; TRACK-TBI Investigators. (2013). Transforming research and clinical knowledge in traumatic brain injury pilot: Multicenter implementation of the common data elements for traumatic brain injury. *Journal of Neurotrauma, 30(22)*, 1831-1844.

136. McMahon, P.J., Hricik, A.J., Yue, J.K., Puccio, A.M., Inoue, T., Lingsma, H., Beers, S.R., Gordon, W., Valadka, A., Manley, G.T., Okonkwo, D.O. (2014). Symptomatology and functional outcome in mild traumatic brain injury: Results from the prospective TRACK-TBI Study. *Journal of Neurotrauma 31,* 26-33.

137. Lu, W., Cantor, J., Aurora, R.N., Nguyen, M., Ashman, T., Spielman, L., Ambrose, A., Krellman, J.W. & Gordon W. (2014). Variability of respiration and sleep during polysomnography in individuals with TBI. *NeuroRehabilitation ,35(2),* 245-251.

138. Sorani, M.D., Yue, J.K., Sharma, S., Manley, G.T., Ferguson, A.R.; The TRACK TBI Investigators, Cooper, S.R., Dams-O'Connor, K., Gordon, W.A., Lingsma, H.F., Maas, A.I., Menon, D.K., Morabito, D.J., Mukherjee, P., Okonkwo, D.O., Puccio, A.M., Valadka, A.B. & Yuh, E.L. (2014). Genetic Data Sharing and Privacy. *Neuroinformatics.*

139. Diaz-Arrastia R, Wang KK, Papa L, Sorani MD, Yue JK, Puccio AM, McMahon PJ, Inoue T, Yuh EL, Lingsma H, Maas A, Valadka A, Okonkwo DO, Manley GT, Casey SS, Cheong M, Cooper SR, Dams-O'Connor K, Gordon W, Hricik AJ, Menon D, Mukherjee P, Schnyer DM, Sinha TK, Vassar MJ. (2014). Acute biomarkers of traumatic brain injury: Relationship between plasma levels of ubiquitin C-terminal hydrolase-L1 (UCH-L1) and glial fibrillary acidic protein (GFAP). *Journal of Neurotrauma, 31,* 19-25.

140. Cantor, J., Ashman, T., Dams-O'Connor, K., Dijkers, M.P., Gordon, W., Spielman, L., Tsaousides, T., Allen, H., Nguyen, M., & Oswald, J. (2014). Evaluation of the STEP intervention for executive dysfunction after traumatic brain injury: a randomized controlled trial with minimization. *Archives of Physical Medicine and Rehabilitation, 95,* 1-9.

141. Mitsis E., Riggio, S.,  Kostakoglu, L., Dickstein, D.L., Machac, J., Delman, B., Goldstein, M., Jennings, D., D'Antonio, E., Martin, J., Naidich, T.P., Aloysi, A., Fernandez, C., Seiby, J., DeKosky, S.T., Elder, G.A., Marek, K., Gordon, W., Hof, P.R, Sano, M. & Gandy, S. (2014). Tauopathy PET and Amyloid PET in the Diagnosis of Chronic Traumatic Encephalopathies: Studies of a Retired NFL Player and of a Man with FTD and a Severe Head Injury. *Translational Psychiatry.*

142. Goldin Y., Cantor J., Tsaousides, T., Spielman, L., & Gordon, W.  (2014). Sexual functioning and the effect of fatigue in traumatic brain injury.  *Journal of Head Trauma Rehabilitation, 29(5),* 418-26.

143. Ratcliff  J., Adeoye O., Lindsell C., Hart K., Pancioli A., McMullan J., Yue J., Nishijima D., Gordon W.A., Valadka A. (2014). ED disposition of the Glasgow Coma Scale 13 to 15 traumatic brain injury patient: Analysis of the Transforming Research and Clinical Knowledge in TBI study. *The American Journal of Emergency Medicine, 32(8)*, 844-850.

144. Gordon W.A., Ashman, T.A., Brown, M., Dams-O'Connor, K., Dijkers, M.P. (2014). Remembering Joshua B. Cantor, Ph.D.  *Journal of Head Trauma Rehabilitation, 29(6),* 465-466.

145. Ashman, T., Cantor, J., Tsaousides, T., Spielman, L. & Gordon, W. (2014). Comparison of Cognitive Behavioral Therapy and Supportive Psychotherapy for the Treatment of Depression Following Traumatic Brain Injury: A Randomized Controlled Trial.  *Journal of Head Trauma Rehabilitation, 29(6)* 467-478.

146. Dams-O'Connor, K., Cantor, J.B., Brown, M., Dijkers, M.P., Spielman, L. & Gordon, W.A. (2014). Screening for Traumatic Brain Injury: Findings and Public Health Implications.  *Journal of Head Trauma Rehabilitation, 29(6),* 479-489.

147. Dams-O'Connor, K., Gordon, W.A. (in press). Integrating interventions after traumatic brain injury: A synergistic approach to neurorehabilitation. *Brain Impairment 14(1)*, 51-62.

**Books and Book Chapters**

1. Gordon, W., Swinyard, C.A., Chaube, C., & Mesch, J. (1978).  Economic aspects of spina bifida care.  In C.A. Swinyard (Ed.), *Decision making and the defective newborn*, pp. 50-57.  Springfield, IL: Chas. C. Thomas.

2. Brown, M., Diller, L., Fordyce, W., Jacobs, D., & Gordon, W.  (1980).  Rehabilitation Indicators: Their nature and uses for assessment.  In B. Bolton & D.W. Cook (Eds.), *Rehabilitation client assessment*, pp. 102-117. Baltimore: University Park Press.

3. Diller, L., & Gordon, W. (1981).  Rehabilitation and clinical neuropsychology.  In S. Filskov & T. Boll (Eds.), *Handbook of clinical neuropsychology,* pp. 702-733.  New York: John Wiley and Sons.

4.    Gordon, W.A. (1982).  The behavioral disorders of children with spina bifida.  In A. Baum
      & J. E. Singer (Eds.), *Handbook of  psychology and health* (Vol. 2), pp. 213-229.  Hillside,
      NJ:  Laurence Erlbaum.

5.    Brown, M., Gordon, W., & Diller, L. (1983).  Functional assessment and outcome
      measurement: An integrative review.  In E.L. Pan, T.E. Backer & C.L. Vash (Eds.), *Annual
      review of rehabilitation*, (Vol. 3), pp. 93-120.  New York: Springer.

6.    Gordon, W.A., & Diller, L. (1983).  Stroke:  Coping with a cognitive deficit.  In T.E.
      Burish & L.A. Bradley (Eds.), *Coping with chronic disease: Research and applications*,
      pp. 113-131.  New York:  Academic Press.

7.    Brown, M., Gordon, W.A., & Diller, L. Rehabilitation Indicators. (1984).  In A.S. Halpern
      & M. J. Fuhrer (Eds.), *Functional assessment in rehabilitation*, pp. 187-204.  Baltimore:
      Paul H. Brooks.

8.    Feinblatt, A., Anderson, F.S., & Gordon, W.A. (1986).  Psychosocial considerations.  In
      J.C. Leek, M. E. Gershwin & W.M. Fowler, (Eds.), *Principles of physical medicine and
      rehabilitation in musculoskeletal diseases*, pp. 217-234.  Orlando, FL:  Grune and Stratton.

9.    Hibbard, M., Gordon, W.A., & Diller, L. (1986).  Affective disturbances associated with
      brain damage.  In S. Filskov & T. Boll (Eds.), *Handbook of clinical neuropsychology,*
      (Vol. 2), pp. 305-337.  New York: John Wiley.

10.   Hibbard, M.R., Gordon, W.A., Egelko, S., & Langer, K. (1986).  Issues in the diagnosis
      and cognitive therapy of depression in brain damaged individuals.  In A. Freeman & V.
      Greenwood (Eds.), *Cognitive therapy applications in psychiatric and medical settings*, pp.
      183-198. New York:  Human Sciences Press.

11.   Gordon, W.A. (1987).  Methodological considerations in cognitive remediation.  In M.
      Meier, L. Diller & A. Benton (Eds.), *Neuropsychological rehabilitation*, pp. 111-131.
      London: Churchill Livingston.

12.   Gordon, W.A., Herd, J.A., & Baum, A. (Eds.)  (1988).  *Perspectives in behavioral
      medicine,* (Vol. 3).  New York:  Academic Press.

13.   Gordon, W.A. (1991).  Cognitive remediation:  An approach to the amelioration of
      behavioral disorders.  In R. Wood (Ed.), *Neurobehavioral sequelae of traumatic brain
      injury,* pp. 175-193.  London:  Taylor & Francis Ltd.

14.   Gordon, W.A., & Hibbard, M.R. (1991).  The theory and practice of cognitive remediation.
      In P. Wehman & J.S. Kreutzer (Eds.), *Cognitive rehabilitation for persons with traumatic
      brain injury:  A  functional approach*, pp. 13-22.  Baltimore, MD:  Paul H. Brookes.

15.   Hibbard, M.R., Grober, S.E., Stein, P.N., & Gordon, W.A. (1992).  Cognitive behavioral
      therapy in the treatment of post-stroke depression.  In A. Freeman & F.M. Dattilio (Eds.),
      *Casebook of cognitive-behavior therapy,* pp. 303-310.  New York:  Guilford Press.

16.   Gordon, W.A. (Ed.) (1993).  *Advances in stroke rehabilitation*.  Andover, MA:  Andover
      Medical Publishers.

17.   Grober, S.E., Hibbard, M.R., Gordon, W.A., Stein, P.N., & Freeman A. (1993).  The
      cognitive therapeutic treatment of post-stroke depression with cognitive behavioral
      therapy. In W.A. Gordon (Ed.), *Advances in stroke rehabilitation,* pp. 215-241.  Andover,
      MA:  Andover Medical Publishers.

18.   Hibbard, M.R., Gordon, W.A., Stein, P.N., Grober, S., & Sliwinski, M. (1993).  A multi
      modal approach to the diagnosis of post-stroke depression.  In W.A. Gordon (Ed.),
      *Advances in stroke rehabilitation*, pp. 185-214.  Andover, MA:  Andover Medical
      Publishers.

19. Hibbard, M.R., Grober, S.E., Gordon, W.A., & Stein, P.N. (1993). The diagnosis of post-stroke depression. In W.A. Gordon (Ed.), *Advances in stroke rehabilitation*, pp. 185-214. Andover, MA: Andover Medical Publishers. (Abstract published in *Archives of Physical Medicine and Rehabilitation*, 1989, *70*, A-54).

20. Stein, P.N., Berger, A.L., Hibbard, M.R., & Gordon, W.A. (1993). Intervention with the spouses of stroke survivors. In W.A. Gordon (Ed.), *Advances in stroke rehabilitation*, pp. 242-257. Andover, MA: Andover Medical Publishers. (Abstract published in *Archives of Physical Medicine and Rehabilitation*, 1990, *71*, 776).

21. Gordon, W.A. (1995). Moving into the community. *Journal of Head Trauma Rehabilitation*, *10 (4)* (issue editor).

22. Dijkers, M.P., Abela, M.B., Gans, B.M., & Gordon, W.A. (1995). The aftermath of spinal cord injury. *Clinical Outcomes from the Model Systems*, Aspen Publication, 10, 185.

23. Gordon, W.A., Hibbard, M.R., Brown, M., Flanagan, S., & Campbell-Korves, M. (1999) Community integration of individuals with TBI. Rosenthal, M., Griffith, E.R., Kreutzer, J.S. & Pentland, B. (Eds.). *Rehabilitation of the adult and child with traumatic brain injury*. Third Edition. I.A. Davis, 312-325.

24. Gordon, W.A., Johanning, E., & Haddad, L. (1999). Cognitive impairment associated with exposure to toxigenic fungi. (Eds.) Eastern New York Occupational and Environmental Health Center. *Bioaerosols, Fungi and Mycotoxins: Health Effects, Assessment, Prevention and Control,* pp. 94-98.

25. Gordon, W.A. (1999). Rehabilitation psychology. In A. Kazdin (Ed.). *Encyclopedia of psychology*. New York: Oxford University Press.

26. Hibbard, M.R., Gordon, W.A., & Kothera, L.M., (2000). Traumatic brain injury. In A. Freeman & F.M. Dattilio (Eds.), *Cognitive-behavioral strategies in crisis Intervention,* pp. 219-242. New York: Guilford Press.

27. Hibbard, M.R., Gordon, W.A., & Kenner, B. (2001). The neuropsychological evaluation: A pathway to understanding the sequelae of brain injury. In I. Suchoff, K. Ciuffreda & N. Kapoor (Eds.), *Visual and vestibular consequences of acquired brain injury*, pp. 32-47. Santa Ana, CA: Optometric Extension Program.

28. Gordon, W.A., & Hibbard, M.R. (2005). Cognitive rehabilitation. In J. Silver, T. McAllister & S. Yudofsky (Eds.), *Textbook of traumatic brain injury,* pp. 655-660. Washington, DC: American Psychiatric Publishing, Inc.

29. Gordon, W.A., Cantor, J., Charatz, H., Ashman, T. & Johanning, E. (2005). The chronicity of cognitive impairment associated with exposure to toxic mold. In E. Johanning (Ed.), *Bioaerosols, fungi, bacteria, mycotoxins and human health,* pp. 85-91. Albany, NY: Boyd Printing Company, Inc.

30. Gordon, W.A., Brown, M., Bergman, A.L., Shields, R.W. (2006). Community integration research: An empowerment paradigm. In K. Hagglund & A. Heinemann (Eds.). *Handbook of Applied Disability and Rehabilitation Research,* pp. 5-23. New York, NY: Springer Publishing Company, Inc.

31. Hibbard, M.R., Gordon, W.A. & Kothera, L. (2007). Traumatic Brain Injury. In F. Dattilio & A. Freeman (Eds.), *Cognitive-Behavioral Strategies in Crisis Intervention,* pp. 151-174. New York, NY: The Guilford Press.

32. Flanagan, S.R., Gordon, W.A. (2009). Neurovascular Neuropsychology. In J. Festa & R. Lazar (Eds.), *Pharmacological Treatment for Cognitive Disorders of Neurovascular Origin*. New York, NY: Springer Publishing, pp. 255-279.

33.    Tsaousides T, & Gordon W.A. (2010). Neuropsychological interventions following traumatic brain injury. In: Ashley MJ, ed. *Traumatic Brain Injury: Rehabilitative Treatment and Case Management.* 3rd ed. Boca Raton, FL: Taylor and Francis, pp 675-696.

34.    Gordon, W.A. (2011). Cognitive Rehabilitation. In J.M. Silver, T.W. McAllister & S.C. Yudofsky (Eds). *Textbook of Traumatic Brain Injury, 2nd Edition.* Sacramento, CA: American Psychiatric Publishing, Inc., pp. 579-585.

35.    Tsaousides, T., Dams-O'Connor, K. & Gordon, W.A (2011). Manual of Traumatic Brain Injury Management. In F. Zollman (Ed.), *Cognition in Mild Traumatic Brain Injury: Neuropsychological Assessment.* New York, NY: Demos Medical Publishing, pp. 100-106.

**Letters to the Editor**

1.    Gordon, W.A., Hibbard, M.R., & Diller, L. (1986).  Reply to Shatin.  *Archives of Physical Medicine and Rehabilitation, 67,* 64.

2.    Ross, E.D., Gordon, W.A., Hibbard, M.R., & Egelko, S. (1986). Letter to the editor *Archives of General Psychiatry, 43,* 1200-1201.

3.    Connors, S., Gordon, W.A., Hovda, D. (2009). Letter to the editor *New England Journal of Medicine, 361(15),* 536-538.

**Dissertation**

1.    Gordon, W.  (1972).  *Auditory-visual interactions as a consequence of brain damage.* Unpublished doctoral dissertation, Yeshiva University.

**Book Reviews**

1.    Gordon, W.A. (1978).  Review: "Coping with Physical Illness." *Journal of Behavioral Medicine, 1,* 467-469.

2.    Gordon, W.A. (1980).  Review: "Disability and the Environment of Behavior and Rehabilitation: Behavioral Treatment of Long-stay Patients."  *Social Work in Health Care, 5,* 441-442.

3.    Gordon, W.A. (1983).  Review: "Spinal Cord Injury Statistics:  Regional Spinal Cord Injury Systems." *Rehabilitation World, 7,* 59-60.

4.    Gordon, W.A. (1987).  Review: "Head Trauma:  Educational Reintegration." *Contemporary Psychology, 32,* 970-971.

5.    Flanagan, S., & Gordon, W.A. (1996).  Review: "Community-Based Employment Following Traumatic Brain Injury."  *Journal of Head Trauma Rehabilitation*, *11,* 103-104.

**Non-Peer Reviewed Publications**

1.    Diller, L., Ben-Yishay, Y., Weinberg, J., Goodkin, R., Gerstman, L.J., Gordon, W., Mandelberg, I., Schulman, P., & Shah, N. (1974).  Studies in cognition and rehabilitation in hemiplegia. Final report, SRS, RD-2666-P, July, 1971. Reprinted as *Rehabilitation Monograph, 50,* Rusk Institute of Rehabilitation Medicine, New York, NY.

2.    Thompson, D.D., Dexter, W.R., Green, C., Krause, L., Mayclin, D., & Gordon, W.A. (1980).  Personality characteristics of spinal cord injury patients at injury and one-year follow-up. *Model Systems' SCI Digest, 2,* 9-15.

3.   Gordon, W.A., Hibbard, M.R., Egelko, S., Simon, D., Langer, K., Scotzin, M., Orazem, J., & Weinberg, J., (1984).  Evaluation of the deficits associated with right brain damage: Normative data on the IRM test battery.  New York:  New York University Medical Center, Rehabilitation Research and Training Center on Head Trauma and Stroke.

4.   Gordon, W.A., Hibbard, M.R., Egelko, S., Weinberg, J., Diller, L., & Piasetsky, E. (1986). Techniques for the treatment of visual neglect and spatial inattention in right brain damaged individuals.  New York:  New York University Medical Center, Rehabilitation Research and Training Center on Head Trauma and Stroke.

5.   Brown, M., & Gordon, W.A. (2003). Living in the community after TBI: A research update. *Brain Injury Source, 6(3)*, 46-47.

6.   Gordon, W.A., Flanagan, S., Hibbard, M.R., & Ashman, T. (2004). Defeating depression. *Advances for Directors in Rehabilitation, 13(5)*, 59.

7.   Flanagan, R., Gordon, W.A., & Hibbard, M.R. (2005). Diagnostic issues in TBI in the elderly.  *Brain Injury Professional, 2(2)*, 22-24.

8.   Hibbard, M.R., Cantor, J., Gundersen, N., Charatz, H., Ashman, T., Gordon, W.A., Brown, M., Avner, J., Ireland Knight, L., Gartner, A., Lowenstein, J., Berk, W., Quick, S., & Weinberger, J. (2005). *Mentoring Partnership Program: Mentor training workbook.* New York: RRTC on TBI Interventions, Mount Sinai School of Medicine.

9.   Hibbard, M.R., Cantor, J., Gundersen, N., Charatz, H., Gordon, W.A., Brown, M., Avner, J., Lowenstein, J., Berk, W., Quick, S., & Weinberger, J. (2005). *Mentoring Partnership Program: Program manual.* New York: RRTC on TBI Interventions, Mount Sinai School of Medicine.

10.  Gordon, W.A., & Brown, M. (2008). Mild traumatic brain injury: Identification, the key to preventing social failure.  *Brain Injury Professional, 5(2)*, 8-11.

11.  Dijkers, M., Gordon, W., Abreu, B., Graham, J. & Charness, Ann (2008). The intersection of aging/age and TBI: Systematic review methodology. *Brain Injury Professional 5(3)*, 8-11.

12.  Sacks, A., Yi, A. & Gordon, W.A. (2008). Post-TBI aging and cognitive functioning: A systematic review.  *Brain Injury Professional 5(3)*, 24-25.

13.  Connors, S., Corrigan, J., Ashley, M., Brannon, R., Colberg, A., Gordon, W., Gratten, K., Hinton, T., Thomas, P., Savage, R. & Vaughn, S. (2013). Brain injury as a chronic condition: Implications for public policy. *Brain Injury Professional, 10(1)*, 12-14.

14.  Gordon, W.A., Flanagan, S., Hibbard, M.R., Ashman, T. (in press).  Post-TBI depression: An important issue for assessment and treatment. *Advances in Rehabilitation.*

## **Abstracts:**

1.   Zuger, R.R., Davis, S.W., Hunter, P.N., Gordon, W., & Goldfinger, G.  (1979). Vocational placement of the spinal cord injured.  Presented at the annual meeting of the American Congress of Rehabilitation Medicine, Honolulu, HI. (Abstract published in *Archives of Physical Medicine and Rehabilitation*, 1979, *60*, 565).

2.   Gordon, W.A., Hibbard, M.R., Egelko, S., & Diller, L.  (1985). The multifaceted nature of the cognitive deficits following stroke: Unexpected findings.  Paper presented at the annual meeting of the American Congress of Rehabilitation Medicine, Kansas City, MO. (Abstract published in *Archives of Physical Medicine and Rehabilitation*, 1985, *66*, 538).

3. Ragnarsson, K.T., Dickey, R., Scotzin, M., Gordon, W.A., & Brown, M. (1985). Spinal cord patients' use and satisfaction with electronic technical aids: The quality of life impact. Paper presented at the annual meeting of the American Congress of Rehabilitation Medicine, Kansas City, MO. (Abstract published in *Archives of Physical Medicine and Rehabilitation*, 1985, *66*, 565).

4. Brown, M., Gordon, W.A., & Ragnarsson, K.T. (1985). Skill Indicators: A computerized approach to case management and program evaluation. Paper presented at the annual meeting of the American Congress of Rehabilitation Medicine, Kansas City, MO. (Abstract published in *Archives of Physical Medicine and Rehabilitation*, 1985, *66*, 535).

5. Shaver, M.S., Devivo, M.J., Ruh, R.D., & Gordon, W.A. (1986). Medical outcomes of patients injured in diving accidents: Comparison with outcomes in other etiologies. Paper presented at the annual meeting of the American Congress of Rehabilitation Medicine, Baltimore, MD. (Abstract published in *Archives of Physical Medicine and Rehabilitation*, 1986, *67*, 636).

6. Egelko, S., Ruckdeschel-Hibbard, M., Gordon, W.A., & Riley, E. (1986). Cognitive treatment of RBD patients: Depth vs. breadth approach. Paper presented at the annual meeting of the American Congress of Rehabilitation Medicine, Baltimore, MD. (Abstract published in *Archives of Physical Medicine and Rehabilitation*, 1986, *67*, 675).

7. Ruckdeschel-Hibbard, M., Egelko, S., Gordon, W.A., Riley, E., & Simon, D. (1986). The efficacy of combined visual information processing and arousal/attention remediation in right brain damaged stroke patients. Paper presented at the annual meeting of the American Congress of Rehabilitation Medicine, Baltimore, MD. (Abstract published in *Archives of Physical Medicine and Rehabilitation*, 1986, *67*, 675.)

8. Brown, M., & Gordon, W.A. (1987). The impact of childhood disability on the quality of life of family members. Paper presented at the annual meeting of the American Congress of Rehabilitation Medicine, Orlando, FL. (Abstract published in *Archives of Physical Medicine and Rehabilitation*, 1987, *68*, 656).

9. Gordon, W.A., Hibbard, M.R., Egelko, S., Diller, L., Riley, E., & Simon, D. (1988). Issues in the diagnosis of post-stroke depression. Paper presented at the annual meeting of the American Congress of Rehabilitation Medicine, Seattle, WA. (Abstract published in *Archives of Physical Medicine and Rehabilitation*, 69, 738).

10. Gordon, W.A., Hibbard, M.R., Aletta, E.G., Grober, S.E., & Paddison, P.L. (1988). Post-stoke depression: Is it right, left or both? Paper presented at the annual meeting of the American Congress of Rehabilitation Medicine, Seattle, WA. (Abstract published in *Archives of Physical Medicine and Rehabilitation, 69*, 738).

11. Hibbard, M.R., Gordon, W.A., Grober, S.E., Aletta, E. G., & Freeman, A. (1988). The treatment of post-stroke depression. Poster presented at the American Congress of Rehabilitation Medicine, Seattle, Washington. (Abstract published in *Archives of Physical Medicine and Rehabilitation, 69*, 738).

12. Gordon, W.A., Amitai, H., Langer, L. Weissman, J., & Berman, A.J. (1988). Mild TBI: A new population for rehabilitation medicine. Paper presented at the annual meeting of the American Congress of Rehabilitation Medicine, Seattle, WA. (Abstract published in *Archives of Physical Medicine and Rehabilitation, 69*, 709).

13. Aletta, E.G., Gordon, W.A., Hibbard, M.R., Grober, S.E., Paddison, P.L., & Sliwinski, M. (1989). The myths of post-stroke depression. Poster presented at the annual meeting of the American Congress of Rehabilitation Medicine, San Antonio, TX. (Abstract published in *Archives of Physical Medicine and Rehabilitation*, 1989, *70*, A-72).

14.  Hibbard, M.R., Gordon, W.A., Stein, P.N., Grober, S., & Sliwinski, M.J. (1990). Unawareness in stroke patients:  A problem of the mind not the body.  Presented at the annual meeting of the American Congress of Rehabilitation Medicine, Phoenix, AZ. (Abstract published in *Archives of Physical Medicine and Rehabilitation*, 1990, *71*, 776).

15.  Raskin, S.A., & Gordon, W.A. (1991). Cognitive remediation of memory deficits following posterior communicating artery aneurysm.  Paper presented at the annual meeting of the International Neuropsychological Society, San Antonio, TX.  (Abstract published in *Journal of Clinical and Experimental Neuropsychology*, 1991, *13*, 104.).

16.  Gordon, W.A., Amitai, H.R., Osso, D.J., & Weissman, J. (1991).  Severity of injury effect on traumatic brain injured patients: Complaints and neuropsychological impairments. Paper presented at the annual meeting of the American Congress of Rehabilitation Medicine, Washington, DC. (Abstract published in *Archives of Physical Medicine and Rehabilitation*, 1991, *72*, 798).

17.  Raskin, S.A., & Gordon, W.A. (1992). Implications of various diseases on memory remediation. Paper presented at the annual meeting of the National Neuropsychology Society, San Diego, CA. (Abstract published in *Journal of Clinical and Experimental Neuropsychology*, 1990, *14*, 94).

18.  Raskin, S.A., & Gordon, W.A.  (1992).  Cognitive remediation of cognitive deficits secondary to exposure to solvents.  Paper presented at the annual conference of the International Neuropsychology Society, Durham, United Kingdom.  (Abstract published in *Journal of Clinical and Experimental Neuropsychology*, 1992, *14*, 378).

19.  Hibbard, M.R., Stein, P.N., Ross, E., & Gordon, W.A. (1992).  Neuroanatomical basis for post stroke depression.  Paper presented at the annual meeting of the American Congress of Rehabilitation Medicine, San Francisco, CA.  (Abstract published in *Archives of Physical Medicine and Rehabilitation,* 1992, *73*, 978).

20.  Gordon, W.A., Hibbard, M.R., Flanagan, S., Shields, R. & Campbell-Korves, M. (1996). Life after brain injury.  Paper presented at the annual meeting of the American Congress of Rehabilitation Medicine, Chicago, IL.  (Abstract published in *Archives of Physical Medicine and Rehabilitation,* 1996, *77,* 831).

21.  Richards, J.S., Pierce, C.A., Gordon, W.A., Tate, D. (1998).  Life Satisfaction Post-Spinal Cord Injury and the World Health Organization Model of Disablement.  Paper presented at the annual meeting of American Congress of Rehabilitation Medicine, Seattle, WA. (Abstract published in *Archives of Physical Medicine and Rehabilitation*, 1998, *79*, 1343).

22.  Richards, J.S., Dowler, R.N., Gordon, W.A., Tate, D.G. (1998). Satisfaction with Life Following Spinal Cord Injury: A Normative Study (Abstract published in *Archives of Physical Medicine and Rehabilitation,* 1998, *79,* 1343).

23.  Uysal, S., Reich, D.L., Sliwinski, M., Hibbard, M., and Gordon, W. (1999). Neuropsychological sequelae of deep hypothermic circulatory arrest. *Archives of Clinical Neuropsychology*, *14*, 67.

24.  Flanagan, S., Teodorescu, V., Behnegar, A., Gordon, W., Shao, M. (in press). Incidence of deep venous thrombosis (DVT) and its propagation among rehabilitation medicine inpatients with brain injury. *Archives of Physical Medicine and Rehabilitation.*

25.  Goldin-Lauretta Y, Gordon W, Matsuzawa Y, Mitchell T, Spielman L, Tsaousides T, Cantor J. (2011). Screening for traumatic brain injury: A comparison of two distinct approaches. *Arch Phys Med Rehabil. 92,* 1962.

26. Goudsmit N, Dorantes C, Nguyen M, Cantor J, Tsaousides T, Gordon W, Dams-O'Connor K. (2011). Perceptions of deficits over time among traumatic brain injury survivors: a content analysis. *Arch Phys Med Rehabil. 92,* 1722.

27. Tsaousides T, Serova S, Spielman L. (2011). Discrepancies in worker characteristics and requirements between pre-injury and post-injury employment following traumatic brain injury. *Arch Phys Med Rehabil. 92,* 1723.

28. Dorantes C, Goudsmit N, Nguyen M, Cantor J, Tsaousides T, Dams-O'Connor K. (2011). Content analysis of goal setting among traumatic brain injury survivors. *Arch Phys Med Rehabil. 92,* 1724.

29. Hirshson C, Josama P, Dams-O'Connor K, Cantor J, Tsaousides T, Spielman L, Gordon W.  (2011). Mortality after traumatic brain injury in an older and ethnically diverse urban population. *Arch Phys Med Rehabil. 92,* 1727.

30. Pasinetti G. (2011). Traumatic brain injuries as a risk factor for Alzheimer's disease. *Arch Phys Med Rehabil. 92,* 1727.

31. Matsuzawa Y, Dijkers M, Tsaousides T, Gordon W, Cantor J.  (2011). The experience of litigation among survivors of TBI- Are there perceived barriers to recovery? *Arch Phys Med Rehabil. 92,* 1728.

32. Balzano J.E., Spielman L, Tsaousides T, Cantor J, Dams-O'Connor K. (2011). Longitudinal changes in self-reported quality of life among individuals with TBI 10-55 years post-injury. *Arch Phys Med Rehabil. 92,* 1729.

33. Josama P, Hirshson C, Cantor J, Dams-O'Connor K, Tsaousides T. (2011). Cause of injury and mortality after traumatic brain injury in an older adult population. *Arch Phys Med Rehabil. 92,* 1730.

**Presentations at Professional Meetings**

1. Gordon, W. (1971).  *Report on driver training research.*  Driver Training Workshop, Rusk. Institute of Rehabilitation Medicine, New York, NY.

2. Diller, L., Gordon, W., Greenspan, L., & Brower, J. (1971).  *Psychological and educational studies with muscular dystrophy children.*  Annual meeting of the Muscular Dystrophy Association, New York, NY.

3. Gordon, W. (1972).  *Public relations and rehabilitation: The patient as a consumer.* Second Symposium on Public Relations and Rehabilitation, Athens, Greece.

4. Gordon, W. (1972).  *The diagnosis and remediation of learning disabilities: Current state of the art.*  A series of invited presentations, East Harlem Center, New York City Bureau of Child Guidance, New York, NY.

5. Gordon, W. (1973). *Training and assessment of perceptual-motor skills and their relation to vocational placement.* (symposium moderator) American Foundation for the Overseas Blind, New York, NY.

6. Gordon, W. (1973).  *The multiple roles of the psychologist in educational settings.*  Invited presentation, Association for Aid to Blind Children, New York, NY.

7. Gordon, W., Gertler, M., Diller, L., Leetma, H., & Gerstman, L.  (1973).  *Behavioral correlates of coronary proneness.*  Annual meeting of the Eastern Psychological Association, New York, NY.

8. Diller, L., Hanesian, H., Hutchinson, M., & Gordon, W. (1973).  *Response patterns in brain injured children and teaching style.*  Annual meeting of the American Psychological Association, Montreal, Canada.

9.   Gordon, W., & Diller, L. (1973).  *The relationship between physical disability and school placement in handicapped children.*  Annual meeting of the American Psychological Association, Montreal, Canada.

10.  Ben-Yishay, Y., Gerstman, L., & Gordon, W. (1974).  *A prototype model for diagnosis, prognosis and remediation of perceptual organizational deficits: The use of block designs in rehabilitation of brain damaged adults (hemiplegia).*  Annual meeting of the International Neuropsychology Society, Boston, MA.

11.  Swinyard, C.A., Diller, L., Gordon, W.A., & Chaube, S. (1975).  *A follow-up study of nine hundred patients with cerebral palsy.*  Annual meeting of the American Academy for Cerebral Palsy, New Orleans, LA.

12.  Gordon, W. (1976).  *Perceptual and cognitive problems related to stroke recovery: A look at recent research.*  Invited presentation, Annual Stroke Conference, Nassau County Chapter of the American Heart Association, New York.

13.  Diller, L., Sherr, R.L., Weinberg, J., & Gordon, W.  (1976).  *The evaluation and treatment of spatial neglect in traumatic brain damage.* Thirteenth World Congress of Rehabilitation International, Tel Aviv, Israel.

14.  Brown, M., Diller, L., Fordyce, W., Jacobs, D., Barry, J., Gordon, W. & Mayer, J. (1977). *Accountability: Definitions, problems and the response of Rehabilitation Indicators.* Annual meeting of the National Rehabilitation Association, Washington, DC.

15.  Gordon, W., Freidenbergs, I., Diller, L., Hibbard, M., Rothman, L., Wolf, C., & Ezrachi, O. (1977).  *Assessment of psychosocial problems of cancer patients.*  Annual meeting of the American Psychological Association, San Francisco, CA.

16.  Freidenbergs, I., Gordon, W., Diller, L., Hibbard, M., Rothman, L., Wolf, C., & Ezrachi, O. (1977).  *Problem-oriented record in psychosocial assessment/intervention with cancer patients.*  Annual meeting of the American Psychological Association, San Francisco, CA.

17.  Diller, L., Gordon, W., Freidenbergs, I., Hibbard, M., Rothman, L., Wolf, C., & Ezrachi, O. (1977).  *The relationship between rehabilitation goal, ADL status and psychosocial problems in cancer patients.*  Annual meeting of the American Congress of Rehabilitation Medicine, Bal Harbour, FL.

18.  Diller, L., Weinberg, J., Gordon, W., & Diller, L. (1977).  *Visual cancellation as a tool in neuropsychology.*  Annual meeting of the International Neuropsychological Society, Oxford, England.

19.  Gordon, W., Freidenbergs, I., Diller, L., Hibbard, M., Rothman, L.,  Wolf, C., Lipkins, R., Ezrachi, O., & Frances, A. (1978).  *The psychosocial problems of cancer patients: A prospective study.*  Annual meeting of the American Psychological Association, Toronto, Canada.  (ERIC Document #ED 167-894).

20.  Diller, L., & Gordon, W.  (1978).  *Rehabilitation Indicators: A home for ADL.*  Annual meeting of the American Psychological Association, Toronto, Canada.

21.  Gordon, W.  (1978).  *Overlapping issues in medical psychology, rehabilitation psychology and behavioral medicine.*  Annual meeting of the American Psychological Association, Toronto, Canada.  (ERIC Document #ED 170-622).

22.  Diller, L., Gordon, W., & Freidenbergs, I. (1978).  *Psychosocial factors in the rehabilitation of people with cancer.*  Cleveland Cancer Center, Cleveland, OH.

23.  Gordon, W., Brown, M., & Sherman, B. (1979*).  Evaluating the impact of perceptual remediation: A case study.*  Annual meeting of the International Neuropsychology Society, New York, NY.

24. Davis S.W., Zuger, R.R., Hunter, P.N., Goldfinger, G., & Gordon, W. (1979). *Vocational placement and spinal cord injury.* Annual meeting of the American Spinal Injury Association, Atlanta, GA.

25. Gordon, W., & Freidenbergs, I. (1979*). Efficacy of psychosocial intervention with cancer patients.* Harvard Medical School, Department of Psychiatry, Boston, MA.

26. Weinberg, J., Piasetsky, E.B., Diller, L., Gordon, W., Jaffe, I., & Sawicke, J. (1979). *Treating perceptual organization deficits in non-neglecting RBD stroke patients.* Annual meeting of the American Psychological Association, New York, NY.

27. Gordon, W.A., Freidenbergs, I., Diller, L., Hibbard, M., Wolf, C., Levine, L., Ezrachi, O., & Lipkins, R. (1979). *Effects of psychosocial interventions on cancer patients.* Annual meeting of the American Psychological Association, New York, NY. (ERIC Document #ED 18-3976).

28. Gordon, W., Brown, M., Lehman, L., Sherman, B., Farber, J., Buccheri, G., & Lucido, D. (1979). *Patterns of activities among spinal cord individuals.* Annual meeting of the American Congress of Rehabilitation Medicine, Honolulu, HI, and at the Department of Rehabilitation Medicine, University of Washington, Seattle, WA.

29. Gordon, W.A., Harasymiw, S., Belille, S., Lehman, L., & Sherman, B. (1980). *The relationship between medical and psychosocial data in SCI individuals.* Annual meeting of the American Psychological Association, Montreal, Canada.

30. Harasymiw, S.J., Mayclin, D.K., Dexter, W.R., Thompson, D.D., Gordon, W.A., & Athelstan, G.T. (1980). *Psychosocial adjustment of spinal cord injured individuals.* Annual meeting of the American Congress of Rehabilitation Medicine, Washington, DC.

31. Brown, M., Gordon, W.A., & Calsyn, D. (1980). *Rehabilitation Indicators: Application of a non-traditional approach to functional assessment.* Educational course, annual meeting of the American Congress of Rehabilitation Medicine, Washington, DC.

32. Athelstan, G.T., Dexter, W.R., & Gordon, W.A. (1981). *Psychological, social and vocational adjustment of spinal cord injury.* Instructional course, annual meeting of the American Spinal Injury Association, New Orleans, LA.

33. Sell, G.H., Goldfinger, G., Gordon, W.A., Ragnarsson, K.T., & Lewin, H.M. (1981). *Impact of implicit rehabilitation strategies on length of stay and outcome following spinal cord injury.* Annual meeting of the American Spinal Injury Association, New Orleans, LA.

34. Ahn, J.H., Lewin, H.M., Ragnarsson, K.T., Gordon, W.A., Sell, G.H., & Goldfinger, G. (1981). *Review of spinal surgery for traumatic paraplegia.* Poster, annual meeting of the American Spinal Cord Injury Association, New Orleans, LA.

35. Gordon, W.A. (1981). *Behavioral remediation in central nervous system injury.* Annual meeting of the Academy of Behavioral Medicine Research, Monterey, CA.

36. Gordon, W.A., Freidenbergs, I., & Diller, L. (1981). *Psychosocial interventions with cancer patients.* Annual meeting of the Society for Psychotherapy Research, Aspen, CO.

37. O'Neill, J., Brown, M., Gordon, W., Schonhorn, R., Antell, F., & Greer, E. (1981*). The activity patterns of retarded adults as they move from institution to the community.* Symposium, annual meeting of the American Association on Mental Deficiency, Detroit, MI.

38. Gordon, W.A., Lehman, L., Sherman, B., & Brown, M. (1981). *Social adjustment to spinal cord injury.* Annual meeting of the American Congress of Rehabilitation Medicine, San Diego, CA.

39.  Ahn, J.H., Ragnarsson, K.T., Sell, G.H., Gordon, W.A., Lewin, H.M., &  Goldfinger, G. (1981).  *Current trends of spinal surgery for fractures of the thoraco-lumbar spine.*  Poster, annual meeting of the American Congress of Rehabilitation Medicine, San Diego, CA.

40.  Alexander, J., Brown, M., Gordon, W., Rintala, D., & Willems, E.  (1982*). New approaches to client functional assessment, intervention, and program evaluation in rehabilitation and behavioral medicine settings.* Workshop, sponsored by the Ontario Psychological Association and the Royal Ottawa Regional Rehabilitation Centre, Ottawa, Canada.

41.  Ragnarsson, K.T., Gordon, W.A., Goldfinger, G., & Warner, J. (1982*).  Outcome of long rehabilitation stay: A statistical analysis.* Annual meeting of the American Spinal Injury Association, New York, NY.

42.  Gordon, W.A., Freidenbergs, I., & Diller, L. (1982*).  Problem oriented assessment of psychosocial difficulties of individuals with cancer.*  Annual meeting of the American Psychological Association, Washington, DC.

43.  Gordon, W.A. (1982).  *Prosody and aprosody.*  Grand rounds, Department of Rehabilitation Medicine, New York University Medical Center, New York, NY.

44.  Gordon, W.A., Brown, M., & Ragnarsson, K.T. (1982).  *Assessing the impact of technological innovations in the daily life of persons with disabilities.* Annual meeting of the Research Society of North America, Houston, TX.

45.  Gordon, W.A., & Brown, M.  (1982).  *The utility of Rehabilitation Indicators to the insurance industry.*  Invited presentation, Insurance Rehabilitation Study Group, Washington, DC.

46.  Glenn, M.B., Carfi, J., Belille, S., Ahn, J.H., Gordon, W.A., Myers, P., Miron- Bernstein, S., & Ragnarsson, K.T.  (1982).  *Visceral protein status as a predictor of course and outcome on a rehabilitation service.* Annual meeting of the American Congress of Rehabilitation Medicine, Houston, TX.

47.  Brown, M., & Gordon, W.A.  (1983).  *Applications of Rehabilitation Indicators for program evaluation and case management purposes.*  Annual meeting of the National Association of Rehabilitation Research and Training Centers, Eugene, OR.

48.  O'Neill, J., Brown, M., & Gordon, W.A.  (1983).  *Activities and skills of severely retarded persons in institutions and communities.*  Annual meeting of the American Psychological Association, Los Angeles, CA.

49.  Sherr, R.L., Gordon, W.A., & Brown, M.  (1983).  *The social and emotional impact of stroke on the lives of older people.* Annual meeting of the American Psychological Association, Los Angeles, CA.

50.  O'Neill, J., Brown, M., Gordon, W., Schonhorn, R., & Buch, L.  (1984).  *Activities and skills of severely retarded in institutions and communities.*  Annual meeting of the American Association of Mental Deficiency, Minneapolis, MN.

51.  Brown, M., Ragnarsson, K.T., & Gordon, W.A.  (1984).  *The use of Skill Indicators in spinal cord injury case management.*  Poster, annual meeting of the American Spinal Injury Cord Association, Houston, TX.

52.  Gordon, W.A.  (1984).  *Accountability in rehabilitation patients.*  Invited presentation, Connecticut Chapter, Association of Rehabilitation Nurses, Stratford, CT.

53.  Langer, K.G., Hibbard, M.R., Egelko, S., & Gordon, W.A.  (1984).  *Depression in the physically disabled: Amputee and stroke patients.*  Poster, annual meeting of the American Psychological Association, Toronto, Canada.

54. Gordon, W.A., Diller, L., Hibbard, M.R., Egelko, S., & Scotzin, M. (1984). *Trilevel perceptual remediation program for right brain damaged stroke patients.* Annual meeting of the American Psychological Association, Toronto, Canada.

55. Gordon, W.A., Hibbard, M.R., & Egelko, S. (1984). *Factors related to visual perceptual recovery in RBD stroke patients.* Annual meeting of the American Congress of Rehabilitation Medicine, Boston, MA.

56. Hibbard, M.R., & Gordon, W.A. (1985). *Affect comprehension deficits in right brain damaged stroke patients.* Annual meeting of the International Neuropsychological Society, San Diego, CA.

57. Gordon, W.A. (1985). *Programmatic research programs with right brain damaged stroke patients.* Annual meeting of the National Association of Rehabilitation Research and Training Programs, Washington, DC.

58. Gordon, W.A., Robinson, R., & Ross, E.D. (1986). *Post stroke depression.* Instructional course, annual meeting of the American Congress of Rehabilitation Medicine, Baltimore, MD.

59. Gordon, W.A., Hibbard, M.R., Egelko, S., Langer K., & Riley, E. (1986). *Unexpected cognitive and affective deficits: Right and left brain damage.* Annual meeting of the American Psychological Association, Washington, DC.

60. Gordon, W.A. (1987). *The diagnosis of post-stroke depression.* Grand rounds, Behavioral Neurology and Psychiatry, University of Texas Health Sciences Center, Dallas, TX.

61. Gordon, W.A. (1988). *Higher cognitive and executive functions.* Course presentation, Treatment and Rehabilitation Graduate Course, Department of Neuropsychology, Queens College of The City of New York, Flushing, NY.

62. Gordon, W.A., & Hibbard, M.R. (1988). *Assessment and treatment of post-stroke depression.* Course presentation, Treatment and Rehabilitation Graduate Course, Department of Neuropsychology, Queens College of The City of New York, Flushing, NY.

63. Gordon, W.A. (1988). *Cognitive remediation.* Invited presentation, New York State Head Injury Association, Albany, NY.

64. Gordon, W.A. (1988). *Cognitive remediation: Where are we? Where are we going?* Conference: Cognitive Remediation: Community Integration Through Scientifically Based Practice, Richmond, VA.

65. Gordon, W.A. (1988). *The interface between neuropsychological tests and function.* Conference: Cognitive Remediation: Community Reintegration Through Scientifically Based Practice, Richmond, VA.

66. Gordon, W.A., Amitai, H., Langer, L., Weissman, J., & Berman, A.J. (1988). *The challenge of mild TBI.* Annual meeting of the National Head Injury Foundation, Atlanta, GA.

67. Gordon, W.A. (1989). *Approaches to cognitive remediation.* Conference: The Management of the Behavioral Sequelae of Traumatic Brain Injury, Washington, DC.

68. Gordon, W.A. (1989). *What is cognitive remediation?* Grand rounds, Department of Rehabilitation Medicine, Mount Sinai Medical Center, New York, NY.

69. Gordon, W.A. (1989). *Cognitive remediation state of the art.* Instructional course. annual meeting of the American Congress of Rehabilitation Medicine, San Antonio, TX.

70. Gordon, W.A. (1990). *Issues in the neuropsychological assessment of individuals with TBI.* Invited presentation, Postgraduate Course on Rehabilitation of the Brain Injured Adult and Child, Williamsburg, VA.

71. Gordon, W.A. (1990). *A Model Systems approach to minor head injury rehabilitation.* Invited presentation, Postgraduate Course on Rehabilitation of the Brain Injured Adult and Child, Williamsburg, VA.

72. Gordon, W.A. (1990). *Rehabilitation of the memory impairments of the brain injured individual.* Course, annual meeting of the American Congress of Rehabilitation Medicine, Phoenix, AZ.

73. Gordon, W.A., Hibbard, M.R., Paddison, P.L., Stein, P.N., Grober, S., & Sliwinski, M. (1991). *The prevalence of post stroke depression.* Poster, annual meeting of the American Psychiatric Association, New Orleans, LA.

74. Paddison, P.L., Gordon, W.A., Hibbard, M.R., Grober, S.A., & Sliwinski, M. (1991*). The utility of the dexamethasone suppression test in stroke patients.* Poster, annual meeting of the American Psychiatric Association, New Orleans, LA.

75. Hibbard, M.R., Gordon, W.A., Grober, S., Aletta, E., & Freeman, A. (1990). *The treatment of post-stroke depression.* Annual meeting of the European Association of Behavioral Therapy, Paris, France.

76. Hibbard, M.R., Gordon, W.A., Grober, S., Aletta, E., & Freeman, A. (1991*). The treatment of post-stroke depression.* Second Annual European Conference on Psychology, Budapest, Hungary.

77. Gordon, W.A. (1991). *A Model System approach to mild TBI.* Annual meeting of the American Congress of Rehabilitation Medicine, Washington, DC.

78. Gordon, W.A. (1991). *Important considerations in the rehabilitation of individuals with TBI.* Invited presentation, Workshop on Vocational Rehabilitation and Community Integration of Individuals with TBI, Philadelphia, PA.

79. Gordon, W.A. (1991). *A model system approach to the rehabilitation of individuals with TBI.* Invited presentation, New York State Head Injury Association, New York, NY.

80. Gordon, W.A. (1992). *Update on cognitive remediation.* Presented at seminar sponsored by the American Congress of Rehabilitation Medicine, San Francisco, CA.

81. Gordon, W.A., Lehmkuhl, D., & Kreutzer, J. (1992). *TBI model systems of care symposium.* Annual meeting of the National Head Injury Foundation, Boston, MA.

82. Gordon, W.A. (1993). *TBI model systems of care.* Grand rounds, Department of Rehabilitation Medicine, SUNY, Buffalo, NY.

83. Gordon, W.A. (1993). *Clinical issues in the rehabilitation of persons with TBI: Perspectives from an urban model system of care.* Keynote address, Magee Brain Injury Conference: Brain Injury Rehabilitation: The Challenge of the 1990's, Philadelphia, PA.

84. Gordon, W.A. (1993). *Understanding neuropsychological assessment.* Workshop presented at the Magee Brain Injury Conference: Brain Injury Rehabilitation: The Challenge of the 1990's, Philadelphia, PA.

85. Gordon, W.A. (1994). *The use of cognitive remediation to enhance performance following brain injury.* Presentation made as part of a workshop: The Enhancement of Performance Following Brain Injury, at the Seventh World Congress of the International Rehabilitation Medicine Association, Washington, DC.

86. Gordon, W.A. (1994). *Community integration for people with traumatic brain injury.* Gaylord Hospital, Wallingford, CT.

87. Gordon, W. A. (1994). *The "how to's" of using person-centered planning to help consumers obtain independence, education and employment.* Annual  meeting of  the New York State Head Injury Association, Albany, NY.

88. Gordon, W.A. (1994). *Cultural diversity as it impacts on people with traumatic brain injury*. Annual meeting of the National Head Injury Foundation, Chicago, IL.

89. Gordon, W. A. (1994). *TBI and individuals with SCI.* Contemporary Forums on SCI, Washington, DC.

90. Gordon, W.A. (1994). *Improving vocational outcomes of individuals with TBI.* Workshop, New York State Department of Health TBI Best Practices Conference, Albany, NY.

91. Gordon, W.A. (1995). *PAR: A realistic strategy for medical rehabilitation research.* Invited presentation:  Forging Collaborative Partnerships in the Study of Disabilities: An NIDRR Invitational Conference on Participatory Action Research, Washington, DC.

92. Gordon, W.A. (1995). *Participatory action research.* Symposium, annual meeting of the American Psychological Association, New York, NY.

93. Gordon, W.A. (1995). *TBI Technical Assistance Project.* Workshop, New York State Department of Health TBI Best Practices Conference, Albany, NY.

94. Gordon, W.A. (1995). *Participatory action research.* Symposium, annual meeting of the Brain Injury Association, San Diego, CA.

95. Gordon, W.A. (1996). *TBI and managed care.* Annual meeting of  the Brain Injury Association, Washington, DC.

96. Gordon, W.A. (1996). *Teaching children with brain injury.* Workshop, New York State Department of Health TBI Best Practices Conference, Albany, NY.

97. Gordon, W.A., & Hibbard, M.R. (1997). *Life after TBI.* Symposium, annual meeting of the Brain Injury Association.

98. Pierce, C.A., Richards, J.S., Gordon, W.A., & Tate, D. (1998). *Life satisfaction post-SCI and the WHO model of disablement.* Annual meeting of the American Association of Spinal Cord Injury.

99. Gordon, W.A., & Hibbard, M.R. *Identification of  kids with TBI in school.* (1998). Workshop, annual meeting of the Missouri Head Injury Conference, Columbia, MO.

100. Gordon, W.A. (1998). Keynote address, annual meeting of the Missouri Head Injury Conference, Columbia, MO.

101. Gordon, W.A. (1998). Keynote address, annual meeting of the Brain Injury Association of Connecticut, Hartford, CT.

102. Gordon, W.A., & Hibbard, M.R. (1998). *Living with TBI in the community.* Symposium, annual Meeting of the Brain Injury Association of New York State, Albany, NY.

103. Gordon, W.A. (1998) *Neuropsychological testing: What is it, how it works, what it  means.* Conference: Understanding the Medical and Legal Aspects of TBI, New York, NY.

104. Gordon, W.A., Hibbard, M.R., & O'Neill, J. (1998). *Quality of life following TBI.* Symposium, annual meeting of the Brain Injury Association, New Orleans, LA.

105. Gordon, W.A., & Berkelhammer, L. (1999). *Characteristics of students with TBI in New York City schools.* Annual meeting of the International Neuropsychological Society, Boston, MA.

106. Gordon, W.A. (1999). *Coexisting disabilities: Substance abuse and TBI.* Panel presentation, New York University, New York, NY.

107. Gordon, W.A. (1999). *Second Annual Conference: Understanding the Medical and Legal Aspects of Traumatic Brain.* Sponsored by The Brain Injury Association of New York State. Injury. The Mount Sinai Medical Center, New York, New York.

108. Gordon, W.A. (1999). *Unveiling TBI.* Annual meeting of the American Psychological Association, Boston, MA.

109. Gordon, W.A. (1999). *Innovative approaches to school re-entry.* Annual meeting of the National Association of State Head Injury Administrators, State of the States in Head Injury Meeting,  Kansas City, MO.

110. Gordon, W.A. (1999). *Mild TBI.* Annual meeting of the Brain Injury Association of Florida, Orlando, FL.

111. Gordon, W.A. (1999). *Mild and hidden TBI.* Annual meeting of the New York State Department of Health Best Practices Conference, Albany, New York.

112. Gordon, W.A. (1999).  *Symptoms of Mild TBI.* Annual meeting of the American Association of Physical Medicine and Rehabilitation, Washington, DC.

113. Gordon, W.A.  (1999).  *Living with hidden and less severe TBI.* Conference: TBI in the 21st Century, Bethesda, MD.

114. Gordon, W.A. (2002). *The interaction of community participation and public policy.* Conference: Bridging the Gaps: Refining the Disability Research Agenda for Rehabilitation and the Social Sciences, Washington, DC.

115. Gordon, W.A. (2003).  *Issues in concussion/mild traumatic brain injury assessment after mass trauma events*. CDC Conference on Traumatic Brain Injury in Mass Trauma Events, Atlanta, GA.

116. Gordon, W.A., & Cantor, J. (2003). *Cognitive impairment associated with exposure to toxic mold: A replication of previous findings.* Conference: Bioaerosols Fungi, Bacteria, Mycotoxins and Human Health, Saratoga Springs, NY.

117. Gordon, W.A., & Cantor, J. (2003). *The chronicity of cognitive impairment associated with exposure to toxic mold.* Conference: Bioaerosols Fungi, Bacteria, Mycotoxins and Human Health, Saratoga Springs, NY.

118. Gordon, W.A., Seekins, T., White, G., Campbell, M., & Shields, R.W. (2003). *Participatory action research (PAR) within three Research and Training Centers.* Symposium, ACRM-ASNR Joint Conference: Bridge to the Future, Tucson, AZ.

119. Gordon, W.A., & Brown, M. (2003). *Participation action research (PAR) within a Rehabilitation Research and Training Center.* Annual meeting of the American Public Health Association, San Francisco, CA.

120. Gordon, W.A. (2004).  *Traumatic brain injury: The unidentified epidemic.* Conference: Traumatic Brain Injury the Last Frontier: "In A Second" Statewide Provider's Conference, Anchorage, AK.

121. Gordon, W.A. (2004).  *How to screen for traumatic brain injury?* Conference: Traumatic Brain Injury the Last Frontier: "In A Second" Statewide Provider's Conference, Anchorage, AK.

122. Gordon, W.A. (2004). *Traumatic brain injury: The unidentified epidemic*.  TBI Council for Exceptional Children Mini-Conference, Dover, DE.

123. Gordon, W.A. (2004). *Post-TBI mood disorder.* Annual meeting of the Brain Injury Association of New Jersey, Edison, NJ.

124. Gordon, W.A. (2004). *Community inclusion*. Annual meeting of the Brain Injury Association of New Jersey, Edison, NJ.

125. Gordon, W.; Fenske, C., Perez, K., Brandau, S. (2004).*Co-Morbidity between TBI and Substance Abuse. Paper presented at:  Strengthening Systems: Investing for Results.* Alcoholism and Substance Abuse Providers of New York State 7th Annual Statewide Conference. New York, NY.

126. Hart, T., Cicerone, K., Gordon, W.A., & Whyte, J. (2005). *Broadening the evidence base for cognitive rehabilitation: Challenges and solutions in experimental design.* ACRM-ASNR Joint Conference, Chicago, IL.

127. Johnston, M., Cicerone, K., Esselman, P., Gordon, W.A., & Sipski, M. (2005). *Model Systems: Use of evidence guidelines to assess the state of the science in SCI, TBI and burn rehabilitation.* ACRM-ASNR Joint Conference, Chicago, IL.

128. Ashman, T.A., Cantor, J., & Gordon, W.A. (2005). *Cognitive performance and fatigue after TBI.* Presentation, International Neuropsychological Society, St. Louis, MO.

129. Brannon, R., Sipski, M., Richards, S., Gordon, W.A., Zafonte, R., Cicerone, K., Cantor, J., Brown, M., Esselman, P., & Feurback, T. (2005). *SCI, TBI and burn rehabilitation White Paper*. Presentation, American Congress of Rehabilitation Medicine, Chicago, IL.

130. Cantor, J.B., Ashman, T.A., Brown, M., Gordon, W.A., & Schwartz, M.E. (2005). *Self-discrepancy theory and post-TBI affective disorders: A pilot study.* Presentation, American Congress of Rehabilitation Medicine, Chicago, IL.

131. Gordon, W.A., & Brown, M. (2005). *Building research capacity: The role of partnerships.* Invited presentation, Rehabilitation Medicine Summit: Building Research Capacity, Washington, DC.

132. Gordon, W.A., Cantor, J., Ashman, T., & Brown, M. (2005). *Treatment of post-TBI executive dysfunction: Application of theory to clinical practice*. Invited presentation, Galveston Brain Injury Conference, Galveston, TX.

133. Gordon, W.A. (2005). *The interface between cognitive impairments and access to information technology.* Presentation, IBM Corporation, Tarrytown, NY.

134. Gordon, W.A. (2005). *Community integration of individuals with TBI.* Presentation, Defense Advanced Research Projects Agency (DARPA), Bethesda, MD.

135. Hart, T., Cicerone, K., Whyte, J., & Gordon, W.A. (2005). *Methodological issues in intervention research*. Symposium, American Congress of Rehabilitation Medicine, Chicago, IL.

136. Gordon, W.A. (2005). *Update on the diagnosis and treatment of post-TBI depression and executive dysfunction.* Workshop, New South Wales Brain Injury Rehabilitation Program, Sydney, Australia.

137. W.A. Gordon, W.A. (2005). *Keynote address - The identification of individuals with TBI: The importance of finding the "uncounted and untreated",* New South Wales Brain Injury Rehabilitation Program, Sydney, Australia.

138. Gordon, W.A. (2006). *Identification of children with TBI.* Invited presentation, San Diego Public Schools.

139. Gordon, W.A. (2006). *Post-TBI fatigue.* Grand rounds, University of Texas Medical Branch, Galveston, TX.

140. Flanagan, S., Diaz-Arrastia, R., Hibbard, M., Gordon, W. (2006). *Diagnostic treatment challenges for the elderly with TBI*. ACRM-ASNR Joint Conference, Boston, MA.

141. Sudsawad, P., Hannold, E., Gordon, W., Spivack, M., White, G. (2006). *Translating research into practice: Bridging the gap between researchers and research consumers.* ACRM-ASNR Joint Conference, Boston, MA.

142. Cantor, J.B., Gordon, W.A., & Ashman, T.A. (2006). *Screening for brain injury in schoolchildren.* Poster, Second Federal Interagency Conference, Bethesda, MD.

143. Flanagan, S., Diaz-Arrastia, R., Hibbard, M., & Gordon, W. (2006). *Geriatric traumatic brain injury: Diagnostic and treatment challenges*. Workshop, American Congress of Rehabilitation Medicine, Boston, MA.

144. Dijkers, M.P.J.M., & Gordon, W.A. (2006, March.). *Should we do more research on treatments after TBI?* Poster, Second Federal Interagency TBI Conference, Bethesda, MD.

145. Gordon, W.A. (2006, May). *Post-TBI fatigue.* Grand rounds, University of Texas Medical Branch, Galveston, TX.

146. Gordon, W.A. (2007, August). *Update on TBI.* Presentation, Interagency Council on Disability, Washington, DC.

147. Gordon, W.A. (2008, April). *Leonard Diller Lecture: A perspective on 40 years of cognitive rehabilitation*. Rehabilitation Psychology 10th Annual Conference, Tucson, AZ.

148. Gordon, W.A. (2008, April). *The identification of individuals with TBI: The importance of finding the "uncounted and untreated"*. Annual Conference of the International Center for the Disabled, New York, NY.

149. Gordon, W.A. (2008, May). *TBI and Aging: Cognitive impairments*. Galveston Brain Injury Conference, Galveston, TX.

150. Gordon, W.A. & Whiteneck, G. (October 2008). *Historical Experience and practical considerations in designing and conducting traumatic brain injury outcome studies: Considerations for collecting clinically useful data from OIF/OEF patients.* Annual Conference of the North American Brain Injury Society, New Orleans, LA.

151. Gordon, W.A. (2008, October). *Identifying unidentified individuals with TBI*. Annual Conference of the North American Brain Injury Society, New Orleans, LA.

152. Gordon, W.A. (2008, October).  *Recent research findings on post-TBI fatigue*. ACRM-ASNR Joint Educational Conference, Toronto, Canada.

153. Gordon, W.A. (2009, September). *Traumatic brain injury, aging and Dementia.* NIA Workshop, Bethesda, MD.

154. Gordon, W.A. (2009, October). *The necessary components of cognitive rehabilitation a.k.a. basic tenets of cognitive rehabilitation.* ACRM-ASNR Joint Educational Conference, Denver, CO.

155. Gordon, W.A. & Cantor, J.B (2010, February). *Cognitive Fatigue is not equal to Cognitive Impairment*. Rehabilitation Psychology Annual Conference, Tucson, AZ.

156. Gordon, W.A. (2010, April). *Presentation on NIDRR's strengths and weaknesses.* National Research Council Committee Meeting on the External Evaluation of NIDRR and Its Grantees, Washington, DC.

157. Gordon, W.A., Ashman, T.A., Tsaousides, T., Dams-O'Connor, K. & Cantor, J. (2010, Oct.) *Executive Plus, a Comprehensive Neurorehabilitation Program: Theoretical Foundations and Clinical Implementation.* Presentation, American Congress of Rehabilitation Medicine, Montreal, Quebec.

158. Gordon, W.A. (2010, Nov). Issues relevant to the identification of individuals with TBI in the community. Presentation, Strengthening Youth and Families Conference, Austin, TX.

159. Gordon, W.A. (2011, Feb. *The Brain Injury Screening Questionnaire: An approach to screening for TBI that can be applied to soldiers.* Presentation, 2011 NATO Wounds of War III Coping with Blast-related Traumatic Brain Injury in Returning Troops, Vienna, Austria.

160. Gordon, W.A. (2011, March). *Presentation to IOM Panel on Cognitive Rehabilitation Therapy.* Institute of Medicine (IOM) Workshop for the Committee on Cognitive Rehabilitation Therapy for Traumatic Brain Injury, Irvine, CA.

161. Gordon, W.A. (2011, March). *The interaction among TBI, substance abuse and other mental health disorders.* Grand Rounds Texas Department of Human Services, Austin, TX.

162. Gordon, W.A. (2011, May). *The Interaction between Traumatic Brain Injuries (TBI), Substance Abuse and Other Mental Health Disorders.* Texas Department of State Health Services (DSHS) Grand Rounds, Austin, TX.

163. Gordon, W.A. (2011, June). *Consequences of TBI late in Life.* Presentation, Federal Interagency Conference on Traumatic Brain Injury, Washington, DC.

164. Gordon, W.A. & Lu, W. (2013, January). TBI and the Homeless. Presentation at Manhattan Outreach Consortium, Goddard Riverside Community Center.