with his family and doctors and his medical records. **Hall of Fame:** From video of Webster's induction on July 26, 1997. **An arsenal of weapons:** Colin Webster interview, 2012. **Addicted to Ritalin:** Jim Vodvarka interview, 2012. **"Oh, probably about 25,000 times":** "Webster Still Feeling Bumps on Road to Hall," *Capital Times* (Madison, WI), July 11, 1997. **Thousands of letters:** Webster's family, doctors, friends, and attorney provided copies of his personal correspondence. **As Webster lay dead:** Bennet Omalu interview, 2012. **A media empire:** Walt Disney Company, 2012 Annual Report. **The network pays the NFL:** "ESPN Extends Deal with N.F.L. for $15 Billion," *New York Times*, Sept. 8, 2011. **ESPN's bet:** Barry Blyn interview, 2012. **"Ultimate reality show":** Mike Florio, Pro Football Talk blog, Dec. 26, 2010. **"Contact ballet":** Michael Oriard, *Reading Football*, p. 12. **A football-loving physicist:** Timothy Gay, *Football Physics*, pp. 29–30. **"Journal of No NFL Concussions":** Kevin Guskiewicz interview, 2012. **Frequent repetitive blows":** David C. Viano et al., "Concussion in Professional Football: Comparison with Boxing Head Impacts—Part 10," *Neurosurgery*, Dec. 2005. **Which concluded it was false:** FTC letter, April 24, 2013. **Nearly 6,000 retired players:** NFLConcussionLitigation.com. **Riding a bike:** "Researchers Discover 28 New Cases of Brain Damage in Deceased Football Players," ESPN.com, Dec. 3, 2012. **Abolishing tackle football:** "Preventing Sports Concussions among Children," *New York Times*, Oct. 6, 2012. **We asked her:** Ann McKee interview, 2012. **An estimated $40 billion:** ESPN was estimated to be worth nearly half the value of Disney, its parent company. See "Why ESPN Is Worth $40 Billion as the World's Most Valuable Media Property," Forbes.com, Nov. 9, 2012. **"You mean that guy":** The account of Webster's autopsy and Omalu's methodology was drawn from interviews with Omalu, Webster's medical records, and a viewing of an autopsy conducted by Omalu in French Camp, CA.

## CHAPTER 1

**Opening day of training camp:** "Jack Lambert: 'I'll Play Somewhere,' " *Pittsburgh Press*, July 16, 1974. **The Nutcracker:** Details about the Nutcracker derived from several sources, including "OU's Gift to Football," *The Oklahoman*, Aug. 22, 2010; David Maraniss, *When Pride Still Mattered*, p. 219; "Belichick Pines for Oklahoma," *Boston Herald*, July 29, 2006. **Noll turned it into a public spectacle:** Interviews with Jon Kolb, Stan Savran, and Art Rooney Jr., 2012. **"You think I'm mean":** "A Living Legend Called Mean Smilin' Jack," *Sports Illustrated*, July 12, 1976. **Lambert's legend:** Art Rooney Jr., *Ruanaidh*, p. 337; "Rowser Trade for 2 Choices," *Pittsburgh Press*, Jan. 30, 1974; "Jack Lambert: 'I'll Play Somewhere,' " *Pittsburgh Press*, July 16, 1974. **Webster, in contrast, was small and slow:** Art Rooney Jr., *Ruanaidh*, pp. 341–343; Rooney Jr. interview, 2012. **It was a clear day:** www.almanac.com/weather and www.wunderground.com/history. **There was the whistle and then the explosion:** "Jack Lambert: 'I'll Play Somewhere,' " *Pittsburgh Press*, July 16, 1974; interviews with Robin Cole, Dan Radokovich, and Kolb, 2012. **Rarely has the urge to escape:** Kolb interview, 2012. **West Virginia clinical psychologist:** Mike Webster's medical records. **Webster childhood:**

Interviews with Bill Webster, Pam Webster, Garrett Webster, Reid Webster, and Billy Makris, 2012; Webster's medical records; court records; "Blood and Guts," ESPN.com, Jan. 25, 2005. **There was a kind of desperation in the way he prepared:** Makris interview, 2012. **The University of Wisconsin:** Interviews with Reid Webster, Bill Webster, Pam Webster, Greg Apkarian, 2012. **Her upbringing was everything Webster's was not:** Pam Webster interview, 2012. **The greatest single draft:** Art Rooney Jr., *Ruanaidh*, pp. 343–346; "Steelers Haul in 1974 among Best Ever," ESPN.com, April 21, 2003. **Webster was the biggest long shot:** Art Rooney Jr., *Ruanaidh*, pp. 342–343. **"I'm gonna go home and get bigger":** Ralph Berlin interview, 2012. **The Red Bull Inn:** Interviews with Jon Kolb and Colin Webster, 2012; "Reflections in Iron," StartingStrength. com, 2011. **Brought his training home with him:** Interviews with Pam Webster, Colin Webster, and Garrett Webster, 2012. **Pushing a sled:** Chuck Finder, *The Steelers Encyclopedia*, p. 147. **Webster's training regimen included anabolic steroids:** Webster's medical records. **Rocky Bleier . . . Steve Courson, later admitted using steroids:** "I Used Steroids, Bleier Says," *Pittsburgh Post-Gazette*, May 15, 1985. **Webster stopped at nothing:** Interviews with Colin Webster, Pam Webster, and Garrett Webster, 2012; "Reflections in Iron," Starting Strength.com, 2011. **The strongest man in the game:** "Big Night," *ESPN The Magazine*, July 21, 2003; "The Strongest Man in Football," CBS video, 1980. **Webster appeared in every game:** ProFootballReference.com. **Webster was slightly goofy:** Interviews with Charles Kelly and Tunch Illkin, 2012. **Pittsburgh was being depopulated:** http://www.census.gov. **An estimated 30,000 steelworkers were laid off:** Robert W. Bednarzik and Joseph Szalanski, "An Examination of the Work History of Pittsburgh Steelworkers," Institute for Labor Study, 2012. **Webster built the stable family life:** Interviews with Pam Webster, Colin Webster, Garrett Webster, and Brooke Webster, 2012. **Sometimes overruled Bradshaw in the huddle:** Interviews with Bleier and Savran, 2012. **One of Webster's greatest assets:** Interviews with Harry Carson, Fred Smerlas, and Gerry Sullivan, 2012. **Training camp:** Interviews with several former Steelers players and coaches, including Kolb, Radokovich, Cole, and Gerry Mullins, 2012. **It was not recorded:** Webster's Steelers medical records. **Webster rarely acknowledged:** Interviews with family members and former teammates and coaches, 2012. **Admitted to the hospital:** Bob Stage interview, 2012. **Webster never missed a snap:** ProFootballReference.com. **When the streak finally ended:** "Turk Has Unenviable Task of Replacing Webster," *Pittsburgh Press*, Sept. 3, 1986. **His name was Merril Hoge:** Hoge interview, 2012. **The Steelers effectively cut Webster:** "Webster among Free Agents Who Jump Ship," *The Sporting News*, April 10, 1989. **He was devastated:** Interviews with Pam Webster, Colin Webster, Garrett Webster, and Sunny Jani, 2012. **Took a job in Kansas City:** Interviews with Tim Grunhard, Bob Moore, and Marty Schottenheimer, 2012. **As for Webster, he was done:** Interviews with Pam Webster, Colin Webster, and Garrett Webster, 2012. **On a medical form:** Webster's medical records. **A 3,000-square-foot home:** Pam Webster interview, 2012.

## CHAPTER 2

**Noll had a question:** Joe Maroon interview, 2012. **A Renaissance man:** "Teacher, Scientist, Innovator, Coach," *Sports Illustrated*, Aug. 23, 2007. **In one series of early experiments:** T. A. Gennarelli et al. "Acceleration Induced Head Injury in the Monkey," *Acta Neuropathologica Supplement*, 1981. **Oddly shaped sphere of Jell-O:** Joe Maroon, Ann McKee interviews, 2012; Mitch Berger interview, 2013, et al. **"Nobody thought":** Jeff Barth interview, 2012. **A front-page article:** "Silent Epidemic," *Wall Street Journal*, Nov. 24, 1982. **The results were startling:** Jeffrey T. Barth, *Mild Head Injury*, 1989. **Novel "secrets":** Joseph Maroon, *The Longevity Factor*. **When Maroon sold:** "Pittsburgh Medical Center Buys Properties Partly Owned by Staff Surgeon," *Pittsburgh Post-Gazette*, Sept. 15, 1999. **Personal experience with concussions:** Mark Lovell interview, 2012. **One of the first guinea pigs:** Much of Merrill Hoge's concussion history was drawn from Merrill Hoge interview, 2012, interviews with Maroon and Lovell, and Hoge's subsequent lawsuit against Bears team physician John Munsell. See *Hoge v. Munsell*, No. 98 WL 0996 (Ill. Lake County Ct, July 5, 2000). **He told a reporter:** "Injury Will Keep Hoge Out," *Chicago Tribune*, Oct. 4, 1994. **Hoge's baseline scores:** Henry "Tim" Bream III, "Postconcussion Syndrome: A Case Study," *Human Kinetics*, 1996. **"Fuck Ass Shit Test":** Lovell interview, 2012. **Neurosurgeon was shaken:** Maroon interview, 2012.

## CHAPTER 3

**Turned into a nightmare:** This account of Webster's unraveling is from interviews with Pam Webster, Colin Webster, Garrett Webster, Bob Stage, and Billy Makris, 2012. **Webster returned to Kansas City:** Interviews with Grunhard, Moore, and Schottenheimer, 2012. **Sunny Jani was his given name:** This section on Webster's relationship with Sunny Jani is based on interviews with Jani, 2012. **Sleeping in his car:** Mike Webster Feature, ESPN, Feb. 2010; "Man on the Moon," ESPN .com, Jan. 26, 2005. **Living out of his truck:** Interviews with Garrett Webster and Jani, 2012. **Mike's life was coming apart:** Pam Webster interview, 2012; court records. **His health continued to get worse:** Webster's medical records. **Super Glue to stanch the bleeding:** Pam Webster and Garrett Webster interviews, 2012. **Offices of Dr. Stanley Marks:** Webster's medical records. **At the Amtrak station:** Joe Gordon interview, 2012; "Man on the Moon," ESPN.com, Jan. 26, 2005. **Gordon was a Pittsburgh native:** "Joe Gordon, Former Steelers Director of Communications," *Pittsburgh Sports Daily Bulletin*, Aug. 5, 2012. **Gordon decked an Oakland TV reporter:** "Steelers vs. Ravens Latest in a Long Line of Football Feuds," *Pittsburgh Post-Gazette*, Jan. 16, 2009. **Gordon also was impressed by Webster's generosity:** Gordon interview, 2012. **The train station:** The details of Gordon's encounter with Webster at the Pittsburgh Amtrak station and Webster's extended stay at the downtown Hilton are from Gordon interview, 2012, and "Man on the Moon," ESPN.com, Jan. 26, 2005. **ESPN aired a story:** Mike Webster feature, ESPN, July

1996. **The fallen hero:** "Webster's Induction Comes Amid Chaos," *Houston Chronicle*, July 26, 1997; "Humbled Hero; Webster Fights to Overcome Despair," *Atlanta Journal-Constitution*, July 25, 1997; "A Life Off-Center," *Pittsburgh Post-Gazette*, July 24, 1997; "A Man of Steel Crumbles," *St. Petersburg Times*, July 24, 1997; "From Super Bowls to Sleeping in Bus Stations," Associated Press, July 20, 1997. **A business opportunity:** Interviews with Garrett Webster, Colin Webster, and Jani, 2012. **Webster asked Bob Stage:** Stage interview, 2012. **A check for $175,000:** Interviews with Garrett Webster and Jani, 2012. **Webster repeatedly rebuffed offers:** Interviews with family, friends, and former players, 2012. **The ceremony:** Details derived from video of the Hall of Fame ceremony. **Bradshaw rarely had set foot in Pittsburgh:** "Bradshaw: It's Great to Be Home," *Pittsburgh Post-Gazette*, Oct. 20, 2012. **At Bradshaw's own induction:** "Bradshaw Delivers Sermon That Revives Steelers Memories," *Pittsburgh Press*, Aug. 6, 1989. **His best friends:** Interviews with Dr. James Vodvarka, Dr. Charles Kelly, Garrett Webster, and Jani, 2012; Webster's medical records. **Bob Stage cringed:** Stage interview, 2012. **"I expected more":** "A Bittersweet Day in Canton," *Pittsburgh Post-Gazette*, July 27, 1997. **Webster's festering enmity:** Interviews with Colin Webster, Garrett Webster, Pam Webster, and Jani, 2012.

## CHAPTER 4

**The conference:** "Concussion from the Inside: The Athlete's Perspective," *Sports-Related Concussion*, 1999. **"Somebody somewhere isn't bleeding":** "A Steeler Turns Anger into Commodity," *New York Times*, Oct. 24, 1993. **Sitting in the audience:** Micky Collins interview, 2012. **Sexy paper:** Michael W. Collins et al., "Relationship between Concussion and Neuropsychological Performance in College Football Players," *Journal of the American Medical Association*, 1999. **A rising star:** Maroon interview, 2012. **The son of a Louisiana Supreme Court justice:** Julian Bailes interview, 2012. **May be anticipated":** "Chronic Traumatic Brain Injury," *Sports-Related Concussion*, 1999. **Collins told:** "Tests Offer Key to Concussions," *Detroit News*, Sept. 8, 1999. **Slapped the turf:** "Steelers Are Betting the Ranch on Lloyd," *Pittsburgh Post-Gazette*, June 1, 1997. **"A cannonball hitting me":** Associated Press, Nov. 27, 1992. **"A process of remembering":** "Post-Concussion Syndrome," *NFL Gameday*, Oct. 23, 1994. **One of the smartest players in the league:** "From Football to Finance," *Capital Times* (Madison, WI), Nov. 24, 1995. **Weeping softly:** "With Sadness in His Eyes, Toon Bids Farewell," *New York Times*, Nov. 28, 1992. **Penalty box:** "NFL May Consider Using a Penalty Box," *New York Times*, Nov. 29, 1994. **Lacerating his tongue:** Associated Press, Oct. 23, 1994. **Three questions:** "Aikman Left Woozy by Sixth Concussion," *Dallas Morning News*, Oct. 24, 1994. **The prototypical new player:** For more information on how Lawrence Taylor transformed the NFL, see the classic first chapter of Michael Lewis's book *The Blind Side* (electronic). **The physical consequences:** Tim Gay interview, 2012. **Football players got bigger:** Timothy Gay, *Football Physics*, 2004. **When it came time to edit:** Greg Garber, e-mail. **"A disgrace":** "Playing the Hits Is NFL's Disgrace," *Plain*

*Dealer* (Cleveland, OH), Oct. 26, 1994. **"A tragedy":** "The NFL Is Asking for a Tragedy," *New York Times*, Nov. 27, 1994. **"Hey, they do occur":** "Suiting Up with a Concussion Is a Dangerous Game," *Times Union* (Albany, NY), Jan. 31, 1995. **Maroon did his own calculations:** "The Breaks of the Game," *Baltimore Sun*, Dec. 28, 1994. **Tagliabue appeared:** "Taglia-Boo," *Sports Illustrated* (Scorecard), Dec. 26, 1994. **A staggering bet:** "Fox Network Outbids CBS for Rights to Pro Football," *New York Times*, Dec. 18, 1993. **Steinberg was astonished:** Leigh Steinberg interview, 2012. **The immediate consequences:** "Aikman Recalls Little of NFC Title Game," *Dallas Morning News*, Jan. 25, 1994. **Sometimes vomiting:** Steinberg interview, 2012. **A year later:** "Looking at Concussions, and the Repercussions," *New York Times*, Feb. 18, 1995. **Plummer's view:** Gary Plummer interview, 2013. **28 team doctors:** "NFL Medical Standards, Practices Are Different Than Almost Anywhere Else," *Washington Post*, March 16, 2013. **10 or 20 deep:** Ben Lynch interview, 2012. **"Straddling a line":** "Players Schooled on Concussions," *Orange County Register*, Feb. 18, 1995.

## CHAPTER 5

**Living with his oldest son, Colin:** Colin Webster interview, 2012. **Dad was in trouble in Philadelphia:** Colin Webster interview, 2012. **Webster's mental or physical deterioration:** Details of Webster's deteriorating physical condition are from interviews with Colin Webster, Garrett Webster, and Jani, 2012; Webster's medical records; and "A Steeler's Melting Point," ESPN.com's five-part series on Webster, Jan. 24–28, 2005. **Courson was concerned:** Vodvarka interview, 2012. **Vodvarka had grown up:** Details of Vodvarka's biography and his first meeting with Webster are from Vodvarka interview, 2012. **People hanging around Webster:** Interviews with Colin Webster, Garrett Webster, and Jani, 2012. **The Bert Bell/Pete Rozelle NFL Player Retirement Plan:** Plan documents. **Viewed the plan with contempt:** There are numerous accounts detailing the frustrations of former players with the NFL retirement plan. The Senate Committee on Commerce, Science, & Transportation held hearings on the subject on Sept. 18, 2007. **Deserved disability benefits:** Vodvarka interview, 2012. **Neither of them slept:** Bob Fitzsimmons interview, 2012. **When Mike and Sunny first went to meet him:** Jani interview, 2012. **The man to turn to:** Fitzsimmons interview, 2012; Fitzsimmons biography at www.fitzsimmons firm.com. **He sent him first to see Fred Krieg:** Fitzsimmons interview, 2012; Webster medical records. **Fitzsimmons also sent Webster:** Kelly interview, 2012; Webster's medical records. **Fitzsimmons turned finally to a forensic psychiatrist:** Webster's medical records. **Webster came to believe it was his destiny:** Interviews with Colin Webster, Garrett Webster, Jani, Fitzsimmons, Vodvarka, and Kelly, 2012. **Webster raged:** Interviews with Garrett Webster, Colin Webster, and Jani, 2012. **An array of firearms:** Colin Webster interview, 2012. **Legal pads and notebooks:** Nearly every person close to Webster who was interviewed provided copies of personal correspondence. **Fingers were so mangled:** Interviews with Garrett Webster and Jani, 2012. **Fitzsimmons cleared out a storage room:** Interviews with

Garrett Webster, Fitzsimmons, and Jani, 2012. **His bitterness was palpable:** Letters provided by Fitzsimmons. **Threatened to become the first player to quit the Hall:** Interviews with Colin Webster, Garrett Webster, and Jani, 2012. **Super Bowl rings into yet another money-raising scheme:** Jani interview, 2012. **Sunny called Fitzsimmons in a panic:** Interviews with Garrett Webster, Jani, and Fitzsimmons, 2012. **Acutely aware of what was happening to him:** Kelly interview, 2012. **"Mr. Webster, you're under arrest":** Details of the arrest and the events surrounding it are from court records; interviews with Colin Webster, Garrett Webster, Jani, Vodvarka, and Fitzsimmons; and "Ex-Steeler Webster Faces Forged Prescription Charge," *Pittsburgh Post-Gazette*, Feb. 26, 1999. **Drug use was out of control:** Vodvarka interview, 2012. **Helped get him out of the charges:** Fitzsimmons interview, 2012; court records. **Cut Webster off:** Vodvarka interview, 2012. **Fitzsimmons scrambled together a press conference:** Details of the run-up to the press conference and the event are from interviews with Colin Webster, Fitzsimmons, Vodvarka, and Jani, 2012; and "Hall of Fame Center Says He Has Brain Injury from Football," Associated Press, March 10, 1999. **Jail might be the best option:** Vodvarka interview, 2012. **A mini-debate:** "Opinions of Webster's Ailments and Treatment Vary," *Pittsburgh Post-Gazette*, March 15, 1999. **Four doctors weren't enough:** Court documents and Webster's disability case records. **Their paranoia:** Jani interview, 2012. **The NFL's handpicked neurologist:** Details of the meeting are derived from 2012 interviews with Dr. Edward Westbrook and Jani as well as Webster's disability case records. **Edward Westbrook was not in denial:** Westbrook interview, 2012. **The retirement board granted:** Webster's disability case records. **Thousands of former players were suing:** NFLConcussionLitigation.com. **"Proverbial smoking gun":** Fitzsimmons interview, 2012. **A hollow victory:** Webster's disability case records. **He couldn't get over the injustice:** Vodvarka interview, 2012, and 1999 letter. **No alternative except to sue:** Fitzsimmons interview, 2012. **IRS garnished most of the payments:** Court documents and Webster disability case records. **Pissing into [oven]:** Colin Webster interview, 2012. **Like high school buddies:** Garrett Webster and Jani interviews, 2012. **His incoherent letters:** Provided by Fitzsimmons. **The two men had once been close:** Stage interview, 2012. **Chest pains and trouble breathing:** Details of the Webster's death are from interviews with Garrett Webster, Jani, Fitzsimmons, and Vodvarka, 2012. **The Steelers paid for the funeral:** Interviews with Jani and Gordon, 2012. **Who's Who of Steelers greats:** "200 Offer Final Tribute to Steelers' Webster," *Pittsburgh Post-Gazette*, Sept. 28, 2002. **He watched with disgust:** Colin Webster interview, 2012. **Why just Mike?:** Pam Webster interview, 2012. **Phone rang at Bob Fitzsimmons's office:** Interviews with Bennet Omalu and Fitzsimmons, 2012.

## CHAPTER 6

**"The flippancy":** Steve Young interview, 2013. **The great-great-great-grandson:** Adam Lazarus, *Best of Rivals*, p. 37. **The Brett Favre part:** Young interview, 2013. **Young was merely frustrated:** Young interview, 2013. **Hid behind offensive line-**

**men**: Leigh Steinberg interview, 2013. **"A piñata"**: "Swarm Puts Hurt on Young," *San Francisco Chronicle*, Sept. 20, 1999. **"It's basically got to stop"**: "Offensive Line Feels the Heat," *San Francisco Chronicle*, Sept. 20, 1999. **Invited her family**: Young interview. **"The emperor"**: "Young Should Quit While He Still Can," *Hartford Courant*, Oct. 17, 1999. **Still too dangerous**: Associated Press, Oct. 14, 1999. **"Risk factor"**: "Young Could Play, but Says He Won't," *Los Angeles Times*, June 13, 2000. **More steeped in Steelers lore**: Kevin Guskiewicz interview, 2012. **The data had suggested to him**: Julian Bailes interview, 2012. **A 10-page survey**: *Health Survey of Retired Players*, Center for the Study of Retired Athletes, Chapel Hill, NC. **The survey highlighted**: "What Football Tells Us about Everyday Fitness," *Los Angeles Times*, June 2, 2003. **More ominous**: Kevin Guskiewicz, "Recurrent Concussion and Late-Life Cognitive Impairment," *Neurosurgery*, Oct. 2005. **College football players**: Kevin Guskiewicz, "The NCAA Concussion Study," *JAMA*, 2003. **Three times more likely**: Kevin Guskiewicz, "Risk of Depression in Retired Professional Football Players," *Medicine & Science in Sports & Exercise*, 2007. **His complaint**: *Hoge v. Munsell*, No. 98 WL 0996 (Ill. Lake County Ct, July 5, 2000). **Trivial matters set him off**: Merril Hoge interview, 2012. **Bears' doctor**: Munsell deposition, Nov. 19, 1997. **Hoge described**: Hoge testimony, July 14, 2000. **The crux**: Munsell deposition. **"Save a lot of time"**: Hoge testimony. **The jury awarded**: "Hoge Wins Lawsuit against Doctor," *Chicago Tribune*, July 22, 2000. **Fogel suddenly found himself**: Robert Fogel interview, 2012. **The letter**: Letter from William J. Rogers, Munsell attorney, to Fogel, March 30, 2000.

## CHAPTER 7

**Pellman had called**: Mark Lovell interview, 2012. **Nearly half**: NFL Subcommittee on Mild Traumatic Brain Injury, Status Report, Nov. 1996. **Reflecting years later**: Henry Feuer interview, 2013. **He had not produced**: PubMed, the database of biomedical literature maintained by the National Library of Medicine and the National Institutes of Health, does not list Pellman as an author of any previous concussion or brain research. **Most complete professional biography**: "Medical Adviser for Baseball Lists Exaggerated Credentials," *New York Times*, March 30, 2005. **"I don't know who any neuropsychologists are"**: "Doctor Yes," *ESPN The Magazine*, Oct. 28, 2006. **Barr was struck**: William Barr interview, 2012. **"Occupational risk"**: "The Worst Case," *Sports Illustrated*, Dec. 19, 1994. **The same year**: "Injuries in NFL to Big-Name Players Heighten Awareness," *Times-Picayune* (New Orleans, LA), Nov. 14, 1999. **During a 1999 playoff game**: Kyle Brady interview with John Barr, 2013. **Liked Pellman immensely**: Kevin Mawae interview with John Barr, 2013. **"Red Brick Broadway"**: Kevin Mawae interview with John Barr, 2013. **"Comical"**: Kevin Guskiewicz interview, 2012. **Pellman offered one explanation**: "Background on the National Football League's Research on Concussion in Professional Football," *Neurosurgery*, Oct. 2003. **"That's my understanding"**: Mark Lovell interview, 2012. **In a statement to ESPN**: Paul Tagliabue e-mail to ESPN, Aug. 13, 2013. **NFL definition of a concussion**: MTBI Status Report. **"Willing test subjects"**:

Chris Withnall, confidential memo to Riddell Inc., "A New Performance Index for Mild Traumatic Brain Injury (MTBI)," Nov. 15, 2000. **Lovell thought he'd probably be ousted**: Lovell interview, 2012. **$12,000 in seed money**: MTBI Status Report. **Strongly recommend**: Memorandum, Paul Tagliabue, June 10, 1998. **Mitchell's responsibilities**: Dorothy Mitchell biography, Brune & Richard LLP. **"Worked tirelessly"**: "Concussion in Professional Football," *Neurosurgery*, Oct. 2003. **Expert witness**: Details of the aborted McShane project and the dispute over his testimony are from John McShane interview, 2013, and documents forwarded to Munsell's attorneys by the NFL. Court transcripts indicate Hoge's attorney was unaware that Mitchell, as head of the NFL's counsel for policy and litigation, provided the documents. "Frankly, I don't know how they obtained these records," Hoge's attorney, Robert Fogel, told the court. **A number of early NFL concussion projects**: MTBI Status Report. **Wearing their hair long**: Beau Riffenburgh, "History of Pro Football Equipment," *Official NFL Encyclopedia*. **"Head harnesses"**: John J. Miller, *The Big Scrum*, p. 180. **A Chicago company**: Riddell Sports Inc., company history. **"The Humper"**: For the definitive story of Hardy Brown, see Jim Dent, *Twelve Mighty Orphans: The Inspiring True Story of the Mighty Mites Who Ruled Texas Football*. Brown learned to play football in a Fort Worth orphanage after witnessing his bootlegger father murdered with a shotgun. "You see these westerns with guys who have niches [sic] on their belt for the guys they killed? Hardy Brown had niches in his belt for all the jockstraps he got," Rams quarterback Norm Van Brocklin told NFL Films. **"Elliot waltzing"**: Bob Cantu interview, 2012. **"A fantasy"**: Mark Lovell interview, 2012. **"Incredible stuff"**: "Troy Vincent: Another Case Study in Concussions," *Philadelphia Daily News*, Dec. 24, 1999. **The committee examined**: Elliot J. Pellman et al., "Concussion in Professional Football," *Neurosurgery*, Oct. 2003. **Apuzzo**: Apuzzo's biography is available at keckmedicalcenterofusc.org/doctor/bio/view/72257. **Clearly was thrilled**: "USC Neurosurgeon Is a Giant on the Field and Off," *USC News*, Feb. 9, 2001. **Really enjoyed the association**: Cantu interview, 2012. **King of Concussions**: During a conference on CTE in the fall of 2012 at the Cleveland Clinic's Lou Ruvo Center for Brain Health in Las Vegas, a researcher introducing Cantu said: "He truly is the king of concussions, and it's really a pleasure to invite him up to the podium." **Cantu had grown up**: Bob Cantu interview, 2012. **Recommendations from rat data?**: Linda Carroll and David Rosner, *The Concussion Crisis*, p. 250 (electronic). **A bland guest editorial**: Paul Tagliabue, "Tackling Concussions in Sports," *Neurosurgery*, Oct. 2003. **More effusive and colorful**: Michael L. J. Apuzzo, "Galen 2003: Critical Analysis of Brain Injury in Sport," *Neurosurgery*, Oct. 2003. **Another study**: Elliot J. Pellman et al., "Concussion in Professional Football, Part 2," *Neurosurgery*, Dec. 2003. **The reaction was positive**: *Neurosurgery*, Dec. 2003 (comments). **NFL Paper Number 3**: Elliot J. Pellman et al., "Concussion in Professional Football, Part 3," *Neurosurgery*, Jan. 2004. **Response . . . was guarded**: *Neurosurgery*, Jan. 2004 (comments). **Yet another NFL study**: Elliot J. Pellman et al., "Concussion in Professional Football, Part 4," *Neurosurgery*, Oct. 2004. **They were rejecting**: Julian Bailes and Kevin Guskiewicz interviews, 2012. **Cantu . . . had misgivings**: Cantu interview, 2012. **Stilted language**

**of science:** Elliot J. Pellman et al., "Concussion in Professional Football, Part 4," *Neurosurgery,* Oct. 2004 (comments).

## CHAPTER 8

**Roughly 17,500 deaths:** Details on the Allegheny County coroner's policies and the circumstances in which the coroner took Webster's body into custody are from Chief Deputy Medical Examiner Joe Dominick interview, 2012. **Who happened to be working that day:** Omalu interview, 2012; Omalu's CV. **Unlikely character:** This section is from several interviews with Bennet Omalu, 2012; interviews with Fr. Carmen D'Amico, Julian Bailes, Cyril Wecht, and Bob Fitzsimmons; and Bennet Omalu, *Play Hard, Die Young: Football Dementia, Depression, and Death.* **At the coroner's office:** Omalu interview, 2012. **Cyril Wecht, a Pittsburgh legend:** Wecht interview, 2012; www.cyrilwecht.com; "Cyril H. Wecht: Up Close and Personal," *Pittsburgh Post-Gazette Magazine,* Oct. 24, 1999. **Bennet Ifeakandu Onyemalukwube:** This account of Omalu's childhood and immigration to the United States is derived from Omalu interviews, 2012; Omalu, *Play Hard, Die Young: Football Dementia, Depression, and Death;* and Omalu's CV. **The conflict claimed at least 1 million lives:** "Nigeria: Biafra War 30 Years On," Associated Press, Jan. 14, 2000. **"An asinine, pseudoscientific sham":** "40 Years on, Arlen Specter and Cyril Wecht Still Don't Agree on How JFK Died," *Pittsburgh Post-Gazette,* Nov. 16, 2003. **A one-year fellowship:** Omalu's CV. **"Bennet, you remind me of myself":** Omalu interview, 2012. **"Junior Wecht":** Omalu interview, 2012. **"A saying in Arabic":** Dr. Abdulrezak Shakir interview, 2012. **Private medical consultations:** Omalu interview, 2012. **Omalu placed the 3½-pound brain:** Details of how Webster's brain was removed and prepared for study are from 2012 interviews with Ron Hamilton, Ann McKee, and Omalu; Webster autopsy report. **Omalu forgot about it:** Omalu interview, 2012. **St. Benedict the Moor:** www.stbtmchurch.org. **Away from work:** D'Amico interview, 2012. **Slides of Webster's brain:** Omalu interview, 2012. **The buildup of tau:** This brief explanation of the tau protein, how it's detected, and how it destroys brain cells is from 2012 interviews with Dr. Dan Perl, Omalu, Hamilton, and McKee. **Omalu knew from his training:** Interviews with Omalu and Hamilton, 2012. **A landmark paper:** Dr. Harrison Martland, "Punch Drunk," *JAMA,* 1928. **"Slug-nutty":** "Too Many Punches, Too Little Concern," *Sports Illustrated,* April 11, 1983. **A British neuropathologist:** JA Corsellis et al., "The Aftermath of Boxing," *Psychological Medicine,* 1973. **Omalu's working theory:** Omalu interview, 2012. **Omalu was ready to seek a second opinion:** This account of how Omalu confirmed that Webster had CTE and assembled the research paper detailing the findings is drawn from 2012 interviews with Steve DeKosky, Omalu, and Hamilton. **A representative from the NFL Hall of Fame:** Steve DeKosky interview, 2012. **The paper was completed:** Early drafts provided by Omalu; Omalu et al., "Chronic Traumatic Encephalopathy in a National Football League Player," *Neurosurgery,* July 2005. **Omalu first submitted:** Omalu and Hamilton e-mails. **"The official journal of the NFL committee on MTBI":**

Omalu e-mail to Hamilton and DeKosky. **How naive they had been:** Interviews with Omalu, Hamilton, and DeKosky, 2012.

## CHAPTER 9

**Paper Number 5:** Elliot J. Pellman et al., "Concussion in Professional Football, Part 5," *Neurosurgery,* Nov. 2004. **A number of conclusions:** Elliot J. Pellman et al., "Concussion in Professional Football, Part 5," *Neurosurgery,* Nov. 2004. **Confidential documents:** The NFL produced the documents on Oct. 28, 2004, in response to discovery requests for "all other benefit claims for TBD (total and permanent disability) in which the Plan participant has asserted that: (1) the claim is based on mental disability, and (2) the mental disability was alleged to have resulted from repetitive trauma to the head or brain from League football activities." The NFL listed 11 such claims (besides Webster's) and produced incomplete case histories for several. The players' names were blacked out. It is impossible to tell from the documents the total number of players who received benefits from the NFL on the basis of claims of mental disability related to football. **One such case was Gerry Sullivan:** Sullivan's case history shows that he was awarded benefits for both mental and orthopedic disabilities. An independent psychiatrist determined that Sullivan was totally and permanently disabled "due to cognitive impairment and behavioral disinhibition." A neurologist brought in by the NFL disagreed. The retirement board granted benefits on the basis of the reports of the psychiatrist and an orthopedist. **The appellate court:** *Jani v. Bert Bell/Pete Rozelle NFL Player Retirement Plan,* Fourth Circuit Court of Appeals, unpublished opinion, Dec. 13, 2006. **So far as to declare:** David C. Viano et al., "Concussion in Professional Football, Part 10," *Neurosurgery,* Dec. 2005. **"Virtually worthless":** "Study of Ex-NFL Players Ties Concussion to Depression Risk," *New York Times,* May 31, 2007. **Numerous studies:** J. S. Delaney et al., "Concussion during the 1997 Canadian Football League Season," *Clinical Journal of Sports Medicine,* 2000; J. S. Delaney et al., "Concussions among University Football and Soccer Players," *Clinical Journal of Sports Medicine,* 2002. **At his alma mater:** Guskiewicz brought up the NFL midway through his commencement speech to emphasize the need for "perseverance, surrounding yourself with good people, and carefully making decisions." He said: "In 2005 and 2007, I published (along with a group of 5 colleagues) two research papers that have defined my career as a neuroscientist. The findings of my research outlined in these papers appeared to be incriminating toward arguably one of the most popular and profitable industries in America—professional football, yes—the NFL. Our four-year study identified a high probability of developing later life cognitive impairment and depression once a player had sustained 3 or more concussions during their NFL career. It was the last thing the NFL wanted to hear, and the league's own medical committee immediately began dismissing our findings and trying to hire other doctors and scientists to 'put out the fire.' The NFL was in damage control mode. Its committee members began pointing fingers at our research and even initiated its own study. This was 'industry-funded research' at its

best. Members of the league's committee even suggested that we were out to ruin the game of football. It was a difficult time for our group, because we knew our research was solid, and we refused to be intimidated and just walk away. The irony of this is that my 3 boys were playing Pop Warner Football at the time, and if I wanted to paint this ugly picture of the game—would I really allow my own children to participate in the sport? All along, we had claimed that our goal was to identify risk factors for concussion and long-term effects to help improve the game and to help preserve the sport of football." **Protector of the league:** Bob Cantu interview, 2012. **Conclusions of NFL Paper Number 6:** Elliot J. Pellman et al., "Concussion in Professional Football, Part 6," *Neurosurgery*, Dec. 2004. **The response:** Elliot J. Pellman et al., "Concussion in Professional Football, Part 6," *Neurosurgery*, Dec. 2004 (comments). **A lark:** Bill Barr interview, 2012. **Coauthored a chapter:** Mark R. Lovell and William Barr, "American Professional Football," *Traumatic Brain Injury in Sports*, pp. 209–219. **Madison Square Garden:** Barr interview, 2012. **He was incredulous:** Barr interview, 2012. **Pellman later denied:** "Doctor Yes," *ESPN The Magazine*, Oct. 28, 2006. **Barr began to contact:** Barr e-mail correspondence with Rick Naugle, Chris Randolph, and John Woodward. **This was false:** "Doctor Yes," *ESPN The Magazine*, Oct. 28, 2006. **Lovell denied:** Mark Lovell interview. **Maroon seemed taken aback:** Pellman et al., "Concussion in Professional Football, Part 6," *Neurosurgery*, Dec. 2004 (comments). **A letter to his dean:** Letter from Barr to Richard I. Levin, Vice Dean for Education, Faculty and Academic Affairs, NYU School of Medicine, April 29, 2005. **Five papers in as many months:** "Concussion in Professional Football," Parts 4–8, ran monthly between Oct. 2004 and Feb. 2005 in *Neurosurgery*. Committee members told the authors that the NFL project evolved into a series of 16 papers but that no specific number was originally planned. **Concussions were so minor:** Elliot J. Pellman et al., "Concussion in Professional Football, Part 7," *Neurosurgery*, Jan. 2007. **"Concussion prone":** Elliot J. Pellman et al., "Concussion in Professional Football, Part 12," *Neurosurgery*, Feb. 2006. **For $500,000:** "NFL Helmet Manufacturer Warned on Concussion Risk," *Frontline*, May 1, 2013. This article, written by Sabrina Shankman, was part of a reporting partnership between *Frontline* and ESPN's *Outside the Lines*. The original article can be found at pbs.org/wgbh/pages/frontline/sports/concussion-watch/nfl-helmet-manufacturer-warned-on-concussion-risk; and espn.go.com/otl/story/_/id/9228260/report-warned-riddell-no-helmet-prevent-concussions-nfl-helmet-maker-marketed-one-such-anyway/. **A confidential report:** Report from Chris Withnall, senior engineer, Biokinetics, prepared for Riddell Inc., Nov. 15, 2000. **"Full stop":** *Frontline*, May 1, 2013. **Riddell provided the helmets:** Mark Lovell interview, 2012. **Collins, who led the study:** Micky Collins et al., "Examining Concussion Rates and Return to Play in High School Football Players Wearing Newer Helmet Technology: A Three-Year Prospective Cohort Study," *Neurosurgery*, Feb. 2006. **A blistering commentary:** Micky Collins et al., "Examining Concussion Rates and Return to Play in High School Football Players Wearing Newer Helmet Technology: A Three-Year Prospective Cohort Study," *Neurosurgery*, Feb. 2006 (comments).

## CHAPTER 10

**Apuzzo continued to rubber-stamp:** Cantu, the section editor, said other peer reviewers were recruited to evaluate the papers after he and Guskiewicz refused; the publication of the NFL concussion series continued until just before the MTBI committee was disbanded. **Agreed to publish Omalu's paper:** Omalu e-mails. **Support Cantu's theory:** Cantu interview, 2012. **The torturous review process:** Omalu e-mails and interview, 2012. **An original version:** Omalu and Hamilton e-mails. **The paper was published:** Bennet I. Omalu et al., "Chronic Traumatic Encephalopathy in a National Football League Player," *Neurosurgery*, July 2005. **Donald Marion:** Omalu interview, 2012; Hamilton e-mails; Donald Marion interview, 2012. **Omalu wrote to his colleagues:** Omalu e-mail to DeKosky and Hamilton. **The NFL's letter:** Ira R. Casson, Elliot J. Pellman, and David C. Viano, "Correspondence," *Neurosurgery*, May 2006. **A shot of Johnnie Walker Red:** Omalu interview, 2012; Omalu, *Play Hard, Die Young: Football Dementia, Depression, and Death*. **He did some quick research:** Omalu interview, 2012; Omalu, *Play Hard, Die Young: Football Dementia, Depression, and Death*. **Omalu e-mailed:** Hamilton e-mails. **Hamilton wasn't at all amused:** Hamilton interview, 2012, and e-mails. **The men exchanged e-mails:** Hamilton e-mails. **Dug further into the history:** Omalu, Hamilton, and DeKosky interviews, 2012. **He had discovered another case of CTE:** Omalu, Hamilton, DeKosky, and Wecht interviews; Hamilton e-mails. **Terry Long killed himself:** Long autopsy report. **Long was like Webster:** Long biography from ProFootball Reference.com; Bailes interview, 2012; "Long, Terrence L.," *TribLive*, obituaries; and "Long Carries His Weight with Steelers," *Pittsburgh Press*, Aug. 6, 1985. **Tested positive for steroids:** "Long's Road Back," *Pittsburgh Post-Gazette*, Dec. 4, 1991. **Dramatic downward spiral:** Omalu, *Play Hard, Die Young: Football Dementia, Depression, and Death*; "Final Days Were Troubled for Former Steeler," *Pittsburgh Post-Gazette*, June 10, 2005. **"Ground Zero":** "Heads Up," *Pittsburgh Post-Gazette*, Sept. 7, 2000. Upon launching the UPMC concussion program, Micky Collins told Chuck Finder: "What we really want to do is make Pittsburgh ground zero." **The autopsy:** Dr. Abdulrezak Shakir interview, 2012; Long autopsy; Omalu interview, 2012. **Omalu repeated the process:** Bennet I. Omalu et al., "Chronic Traumatic Encephalopathy in a National Football League Player: Part II," *Neurosurgery*, Nov. 2006. **Omalu sent the slides to Hamilton:** Omalu and Hamilton interviews, 2012; Hamilton e-mails. **He went straight to the media:** "Wecht: Long Died from Brain Injury; Had Head Trauma from NFL Days," *Pittsburgh Post-Gazette*, Sept. 14, 2005. **The NFL responded swiftly:** "Surgeon Disputes Findings; Disagrees with Wecht That Football Killed Long," *Pittsburgh Post-Gazette*, Sept. 15, 2005. **Wecht called Omalu at home:** Omalu and Wecht interviews, 2012. **A 1987 letter written by Maroon:** "Cause of Death Sparks Debate," *Pittsburgh Post-Gazette*, Sept. 16, 2005. **Even more confusing:** "Suicide Ruling in Long's Death Hasn't Ended Controversy," *Pittsburgh Post-Gazette*, Jan. 26, 2006. **Finishing touches:** Hamilton e-mails. **Omalu, Hamilton, and DeKosky wrote:** Bennet I. Omalu et al., "Correspondence," *Neurosurgery*, May 2006. **Published the Long study six months later:** Bennet I. Omalu et al.,

"Chronic Traumatic Encephalopathy in a National Football League Player: Part II," *Neurosurgery*, Nov. 2006. **The phone rang at Omalu's desk:** Omalu and Bailes interviews, 2012; Omalu, *Play Hard, Die Young: Football Dementia, Depression, and Death*, 2008. **Bailes told Omalu:** Bailes and Omalu interviews, 2012. **One of Cantu's former patients:** Chris Nowinski and Omalu interviews, 2012; Omalu, *Play Hard, Die Young: Football Dementia, Depression, and Death*. **A new breed of Dissenter:** Nowinski biography from Nowinski interview, 2012; Christopher Nowinski, *Head Games: Football's Concussion Crisis*. **Killer Kowalski's Pro Wrestling School:** www .killerkowalskis.com. **"A dynamic individual":** Cantu interview, 2012. **Nowinski was checking SI.com:** Nowinski interview, 2012. **Andre Waters:** Biography from ProFootballReference.com; "Pro Football's Necessary Headaches to NFL Players," *Philadelphia Inquirer*, Oct. 30, 1994. **Nowinski played a hunch:** Nowinski interview, 2012. **While trying to get his book published:** Nowinski and Alan Schwarz interviews, 2012. **Primarily a baseball writer:** Schwarz interview, 2012; Alan Schwarz, *The Numbers Game: Baseball's Lifelong Fascination with Statistics*, 2005. **The story on the Waters results:** This account of the background on how the Andre Waters story developed is drawn from 2012 interviews with Schwarz, Nowinski, and Omalu. **Waters had brain damage:** "Expert Ties Ex-Players' Brain Damage to Football," *New York Times*, Jan. 18, 2007. **When Bailes contacted Omalu:** Bailes and Omalu interviews, 2012. **Omalu and Maroon had struck a truce:** Omalu and Maroon interviews, 2012; Hamilton e-mails. **Gathered in Hamilton's office:** This account of the meeting is drawn from 2012 interviews with Omalu, Bailes, Hamilton, DeKosky, and Maroon.

## CHAPTER 11

**Profoundly affected:** Harry Carson interview, 2012. **"Dick in the dirt":** Harry Carson, *Captain for Life*, p. 209 (electronic). **No player had hit him harder:** Harry Carson, *Captain for Life*, p. 184 (electronic). He confessed: Carson interview, 2012. **He went back:** "Two Authors of N.F.L. Study on Concussions Dispute Finding," *New York Times*, June 10, 2007. **Riddell developed PowerPoint presentations:** A history of the controversial Revolution helmet study, Riddell's marketing strategy, and the relationship between Riddell and ImPACT is summarized in a partial opinion issued in Riddell's lawsuit against Schutt. The court established a series of "undisputed facts," which included the findings that Riddell provided salary support for Collins and Lovell; ImPACT agreed not to sell concussion software at "any places in conflict with Riddell"; ImPACT agreed to pay Riddell for any sale "completed through a Riddell initiated contact"; and data compiled in 2002 and 2003, the first two years of the three-year study, produced "nearly identical concussion rates" in Year 1 and a difference that was "not statistically significant" in Year 2. The opinion granted Riddell summary judgment to toss out Schutt's claims that Riddell falsely advertised the concussion-reducing properties of the Revolution helmet. Schutt "has failed to identify literally false statements or show that it has been harmed by plaintiff statements," Judge Barbara B. Crabb wrote. See *Riddell,*

*Inc. v. Schutt Sports, Inc.* **The two pieces ran:** " 'I don't want anyone to end up like me'; Plagued by postconcussion syndrome and battling an amphetamine addiction, former Patriots linebacker Ted Johnson is a shell of his former self," *Boston Globe*, Feb. 2, 2007; and "Dark Days Follow Hard-Hitting Career in N.F.L.," *New York Times*, Feb. 2, 2007. The main difference in the two pieces was MacMullan's revealing interview with Belichick. The Patriots' coach declined comment to the *Times.* **"88 Plan":** "Wives United by Husbands' Post-N.F.L. Trauma," *New York Times*, March 14, 2007. **"Many elderly people":** *New York Times*, March 14, 2007. **1982 study:** Ira R. Casson et al., "Neurological and CT Evaluation of Knocked Out Boxers," *Journal of Neurology, Neurosurgery, and Psychiatry*, 1982. **Sports Illustrated brought in Casson:** Robert Boyle and Wilmer Ames, "Too Many Punches, Too Little Concern," *Sports Illustrated*, April 11, 1983. **In a 2010 article:** Ira R. Casson, "Do the 'Facts' Really Support an Association between Football Players' Concussions, Dementia and Depression?" *Neurology Today*, June 3, 2010. **Goldberg said he walked away thinking:** Bernard Goldberg interview, 2013. **Inherited a nightmare:** Bob Stern interview, 2013. **After taking office:** Don Van Natta Jr., "His Game, His Rules," *ESPN The Magazine*, March 5, 2013. **"Why did they ask you?":** Julian Bailes interview, 2012. **The daylong meeting:** Unless otherwise noted, this account of the NFL's tumultuous 2007 concussion summit comes primarily from interviews with Mark Lovell, Micky Collins, Julian Bailes, Kevin Guskiewicz, Bob Cantu, and Bill Barr. The timeline is drawn from a written agenda issued by the league to the participants. **"You're looking for an answer?":** This quote is from an interview *Times* reporter Alan Schwarz conducted with Pellman and Casson. A recording of the interview was provided by Schwarz. **Goodell also weighed in:** "NFL Personnel Discuss Concussion Management," *St. Petersburg Times* (FL), June 20, 2007. **A bit heated:** Schwarz interview with Pellman.

## CHAPTER 12

**Omalu wanted to travel to Florida:** Details of Florida trip from 2012 interviews with Omalu and Nowinski as well as their respective books. **A two-page document:** Document was provided by Nowinski. **Tossed around names:** Omalu and Nowinski interviews, 2012; Omalu e-mails. **"He can be trusted":** Omalu e-mails. **Omalu brought in his own champion:** The account of how SLI was formed is drawn from interviews with Omalu, Nowinski, Bailes, and Fitzsimmons, and Omalu e-mails. **Resurrected his own concussion summits:** Leigh Steinberg, Nowinski, Omalu, and Bailes interviews, 2012; 2007 National Concussion Summit pamphlet. **"Ticking time bomb":** "Steinberg Labels Concussions 'Time Bomb,' " Associated Press, April 20, 2007. **More disturbing story to tell:** Omalu, Nowinski, Bailes, Lovell, and Guskiewicz interviews, 2012; Omalu PowerPoint presentation. **Sights on the brain of another player:** Bailes and Nowinski interviews, 2012; Omalu e-mails. **Steelers offensive lineman:** Strzelczyk biography from ProFootballReference.com; "What Drove Justin Strzelczyk to His Death?" *Pittsburgh Post-Gazette*, Oct. 21, 2004. **He remembered Strzelczyk:** Bailes interview, 2012. **Schwarz had another**

story: "Lineman, Dead at 36, Exposes Brain Injuries," *New York Times,* June 15, 2007. **The NFL needed a new strategy:** Peter Davies interview, 2012, and e-mails. **Bailes continued to be shaken:** Colleen Bailes and Julian Bailes, interview, 2012. **Casson set out to find an independent expert:** Davies interview, 2012. **A leader in Alzheimer's research:** www.einstein.yu.edu; DeKosky interview, 2012. **Met with the committee at the NFL's headquarters:** Davies interview, 2012. **West Virginia University:** Details of the meeting and the events that followed are from 2012 interviews with Davies, Omalu, Bailes, and Maroon; Omalu and Davies e-mails; the PowerPoint presentation Davies prepared for the NFL; and "Game Brain," *GQ,* Oct. 2009. **"What are you going to do about this?":** This account of Jason Luckasevic's friendship with Omalu and the early conversations about the NFL lawsuit are from 2012 interviews with Luckasevic and Omalu. **On September 18, 2007:** Transcripts from "Oversight of the NFL Retirement System," hearing convened by the Senate Committee on Commerce, Science, & Transportation. **His name was Dave Duerson:** Biography from ProFootballReference.com; Duerson testimony; "Dave Duerson: The Ferocious Life and Tragic Death of a Super Bowl Star," *Men's Journal,* May 2011. **A screaming match:** "Dave Duerson Knew Nothing about Concussions and Players' Best Interests," www.concussioninc.net, Feb. 24, 2011. **Charged with assaulting his wife:** "Dave Duerson: The Ferocious Life and Tragic Death of a Super Bowl Star," *Men's Journal,* May 2011.

## CHAPTER 13

**Chris Benoit:** "The Last Days of Chris Benoit," *Maxim,* Nov. 14, 2007; "Steroids Discovered in Probe of Slayings, Suicide," Associated Press, June 27, 2007. **"I knew him well":** Nowinski e-mail to Omalu and others. **Within days of the murders:** Nowinski interview, 2012, and Omalu e-mails. **ESPN crew showed up:** Arty Berko and Omalu interviews, 2012. **Riddled with CTE:** Omalu, Nowinski, Bailes, Cantu, and Fitzsimmons interviews, 2012. **Raise its national profile:** Omalu and Nowinski interviews, 2012; Omalu e-mails; "Why Did Wrestler Kill Wife, Son, Self," *Larry King Live* transcripts, Sept. 6, 2007. **Larry could take only one brain researcher:** Omalu, Nowinski, Bailes, and Fitzsimmons interviews, 2012. **The ESPN piece:** "Brain Chasers," ESPN, *Outside the Lines,* July 28, 2007. **Almost from the beginning:** Omalu and Nowinski interviews, 2012. **SLI began to split apart:** This account of the split is drawn from 2012 interviews with Nowinski, Omalu, Bailes, Cantu, and Fitzsimmons. **"Our Story":** www.sportslegacy.org. **Nowinski had made the connection:** Nowinski and Stern interviews, 2012. **Her name was Ann McKee:** Details of McKee's biography were drawn from interviews with Ann McKee, Chuck McKee, Nowinski, Cantu, and Stern, 2012; "The Woman Who Would Save Football," *Grantland,* Aug. 17, 2012; and www.bu.edu. **Appleton:** "A Place to Place," *Sports Illustrated,* Aug. 11, 1986. **During her Alzheimer's studies:** Ann McKee interview, 2012. **Nowinski got McKee her first brain:** McKee and Nowinski interviews, 2012. **John Grimsley:** Biography derived from ProFootballReference.com; "Former Oiler Grimsley Found Shot to Death," *Houston Chronicle,* Feb. 6, 2008; "Ex-Oilers

Shocked by Loss of Teammate Grimsley," *Houston Chronicle,* Feb. 6, 2008; "Football-Related Head Injuries Affect Players' Loved Ones," *Houston Chronicle,* Oct. 25, 2008. **Two days later, Nowinski called:** Nowinski and McKee interviews, 2012. **She was excited:** McKee interview, 2012. **Her first call:** Ann McKee and Chuck McKee interviews, 2012. **Schwarz broke the story:** "12 Athletes Leaving Brains to Concussion Study," *New York Times,* Sept. 23, 2008. **Omalu was in Lodi:** Omalu interview, 2012. **A Shakespearean drama:** Details surrounding case against Wecht and Omalu's involvement derived from 2012 interviews with both men as well as Shakir and Dominick; "Timeline: The Investigation and Trial of Cyril H. Wecht," *Pittsburgh Post-Gazette,* Jan. 27, 2008. **Brain Injury Research Institute:** Interviews with Omalu, Bailes, Fitzsimmons, and Garrett Webster, 2012. **Another former NFL player died young:** Tom McHale biography from Lisa McHale interview, 2012; ProFootballReference.com; "Ex-Buccaneer Tom McHale Found Dead at 45," *Tampa Bay Times,* Sept. 25, 2008; "Major Breakthrough in Concussion Crisis," *Boston Globe,* Jan. 27, 2009. **The Omalu Group got to McHale's family first:** Omalu e-mails; Nowinski and Omalu interviews, 2012. **Nowinski called Omalu:** Details of the Omalu Group's agreement with Nowinski and subsequent contact with McHale's family are derived from Omalu's e-mails. **Trying to contact Omalu:** Nowinski interview, 2012. **Go public with the results:** Nowinski and Lisa McHale interviews, 2012. **The press conference:** Details derived from Nowinski, McKee, and Lisa McHale interviews, 2012; "Major Breakthrough in Concussion Crisis," *Boston Globe,* Jan. 27, 2009; "Sixth NFL Player's Brain Is Found to Have Brain Damage," *New York Times,* Jan. 28, 2009; BU-CSTE press release. **Learned of BU's announcement on TV:** Omalu interview, 2012. **Coming-out party as a spokeswoman:** "Major Breakthrough in Concussion Crisis," *Boston Globe,* Jan. 27, 2009.

## CHAPTER 14

**It was that kind of call:** McKee interview, 2012. **She asked if Nowinski could attend:** McKee and Nowinski interviews, 2012. **Another expert in neurodegenerative disease:** Daniel Perl interview, 2012; www.hjfcp3.org/military-medical -symposium/symposium-files/Daniel%20Perl~%20MD.pdf. **McKee was nervous but excited:** McKee interview, 2012. **NFL headquarters:** This account of McKee's presentation to the MTBI committee is drawn from 2012 interviews with McKee, Perl, Nowinski, Henry Feuer, Colonel Michael Jaffee, and John Mann. **Call her brother:** Ann McKee and Chuck McKee interviews, 2012. **The young Pittsburgh lawyer:** Luckasevic interview, 2012. **The league could fall back on:** Collective Bargaining Agreement, specifically the role of the retirement board. **One such case:** "Seeing Is Believing," *Sports Illustrated,* June 9, 2003; "Orlando Brown, Who Sued the N.F.L. over Errant Flag, Dies at 40," *New York Times,* Sept. 23, 2011. **Line up consultants:** Luckasevic interview, 2012; contract with Nowinski. **Questions lingered:** "Researchers Consulted with Law Firms," ESPN.com, April 6, 2013. **Fearing it could compromise their independence:** Guskiewicz interview, 2012. **A viable case:** Luckasevic interview, 2012. **Goldberg, Persky & White:** www.gpwlaw.com.

**Time to fish around:** Luckasevic interview, 2012. **Houston-based firm:** "Vioxx Jury Awards $253 Million in Damages," *Houston Chronicle*, Aug. 20, 2005. **Lanier's lawyers ultimately pulled out:** Luckasevic interview, 2012. **A big win:** "Former Dolphins Receiver O.J. McDuffie Wins $11.5 Million in Malpractice Lawsuit," *Sun-Sentinel* (Fort Lauderdale), May 5, 2010. **Tierney was right:** Luckasevic interview, 2012. **A big gun in Los Angeles:** Tom Girardi interview, 2012; www.girardikeese .com; "Erin Brockovich: The Real Story," *Salon*, April 14, 2000. **NFL Paper Number 16:** Anders Hamburger et al., "Concussion in Professional Football, Part 16," *Neurosurgery*, June 2009. **Another confounding story:** "Dementia Risk Seen in N.F.L. Players Study," *New York Times*, Sept. 29, 2009. **Announced that it would hold hearings:** "Congress to Hold Hearing on N.F.L. Head Injuries," *New York Times*, Oct. 2, 2009. **Democratic committee staffers:** Details of the setup for the hearing and the NFL's reactions are derived primarily from a 2012 interview with Eric Tamarkin, who at the time was counsel to the committee. **Will's Bill:** Dick Benson testimony. **Rebel with a cause:** "N.F.L. Players with Head Injuries Find a Voice," *New York Times*, Oct. 28, 2009. **The packed hearing:** Transcripts from written and oral testimony before the committee. **Linda Sanchez:** Biography from www .lindasanchez.house.gov; and "Sanchez Strives to Make History in the House," womensenews.org, Nov. 19, 2002. **On a shelf in his office at BU:** Nowinski interview, 2012. **400 law firms:** Dan Zegart, *Civil Warriors* (Delacorte Press, 2000), p. 202. **180,000 research papers:** Dan Zegart, *Civil Warriors*, p. 296. **Tobacco fight's version of Omalu:** Dan Zegart, *Civil Warriors*, p. 37. **Started in the morgue:** Ernst Wynder biography: cdc.gov/mmwr/preview/mmwrhtml/mm4843bx.htm. **Among the 62 mice still alive:** Ernst Wynder et al., "Experimental Production of Carcinoma with Cigarette Tar," *Cancer Research*, 1953. **Research group:** Dan Zegart, *Civil Warriors*, p. 37. **Savage the other side":** Dan Zegart, *Civil Warriors*, p. 38. **"A front":** Victor DeNoble interview, 2012. **A "metaphysical quarrel":** Dan Zegart, *Civil Warriors*, p. 38. **"NFL equals Tobacco":** Stern interview, 2012. **"Graciously" resigned:** "Co-Chairmen of NFL Concussion Panel Resign," Associated Press, Nov. 25, 2009. **Several changes to its concussion policy:** "NFL Changes Return to Play Rules for Concussions," Associated Press, Dec. 3, 2009; "New N.F.L. Rule on Concussions Benches Injured," *New York Times*, Dec. 3, 2009. **The headline that the NFL never wanted to see:** "Is Tackle Football Too Dangerous for Kids to Play?" *New York Times* blog, Nov. 30, 2009. **A guest column:** "Listening to Wisdom from a 10-Year-Old Son about His Head Injury," *New York Times*, Nov. 28, 2009. **A wire report:** "NFL to Ask Its Players to Donate Brains for Study," Associated Press, Dec. 20, 2009. **Schwarz was surprised:** Details of Schwarz's reaction and his call to Aiello derived from 2012 interview with Schwarz. **Nowinski on the phone:** Schwarz and Nowinski interviews, 2012. **The timing of the NFL's announcement:** Nowinski interview, 2012. **The following headline:** "N.F.L. Acknowledges Long-Term Concussion Effects," *New York Times*, Dec. 21, 2009. **Sent a bottle of champagne to BU:** Nowinski interview, 2012.

## CHAPTER 15

**"Started from zero":** Dr. Mitchel Berger interview, 2012. **Head, Neck and Spine Committee:** "NFL Picks Two New Co-Chairs of Concussion Committee," Associated Press, March 18, 2010. **A two-page letter:** The framed letter is posted on the wall at the offices of the BU Center for the Study of Traumatic Encephalopathy, 2012. **A full-fledged member:** Guskiewicz interview, 2012. **Appointing brain surgeons:** "NFL Picks Two New Co-Chairs of Concussion Committee," Associated Press, March 18, 2010. **Ellenbogen:** Dr. Rich Ellenbogen interview, 2012; "Taking Brain Injuries out of Sports," *Seattle Magazine*, Fall/Winter 2012. **Batjer:** Dr. Hunt Batjer interview, 2012. **Batjer and Ellenbogen professed to know very little:** Batjer and Ellenbogen interviews, 2012. **At odds with Ellenbogen's review:** Anders Hamburger et al., "Concussions in Professional Football, Part 16," *Neurosurgery*, Aug. 2007 (comments). **"Like the same old NFL":** "House Panel Criticizes New N.F.L. Doctors," *New York Times*, May 24, 2010; "Panel Criticizes NFL on Safety Research," Associated Press, May 24, 2010. **A man in exile:** Omalu interview, 2012. **BU's researchers literally kept a file:** Stern interview, 2012. **Omalu's exaggerations:** Cantu interview, 2012. **Nowinski was no more charitable:** Transcripts, *Dennis & Callahan Radio Show*, Oct. 14, 2010. **A writer for GQ:** Jeanne Marie Laskas interview, 2012. **Never recognizing the need to filter:** Lovell and Guskiewicz interviews, 2012. **Ban on tackle football:** Cantu interview, 2012; "Preventing Sports Concussions Among Children," *New York Times*, Oct. 7, 2012. **"He got steamrolled":** Collins interview, 2012. **The league's biggest threat:** Bailes interview, 2012. **Omalu's marginalization:** Carson interview, 2012. **On February 17, 2011:** Details of Duerson's death and the scene at the condo from Sunny Isles Beach Police Department Incident/Investigation Report, Feb. 17, 2011; Tregg and Alicia Duerson interviews, 2012; excerpts of texts to Alicia Duerson; excerpts of letter left by Duerson. **Cast a proxy vote:** Mike Webster disability lawsuit court records. **Copy of Sports Illustrated:** "Concussions: The Hits That Are Changing Football," *Sports Illustrated*, Nov. 1, 2010. **A DVD case:** "Trapped: Haitian Nights," *The Movie Database*. **"Football's First Martyr":** "Dave Duerson: Football's First Martyr Can't Die in Vain," *Time*, Feb. 25, 2011. **A star scholar-athlete:** Duerson biography, both rise and fall, derived from Alicia Duerson, Tregg Duerson, and Harold Rice interviews, 2012; "You Have to Accept My Pain: An Interview with Dave Duerson Three Months before His Suicide," *Deadspin*, Feb. 23, 2011; "Dave Duerson: The Ferocious Life and Tragic Death of a Super Bowl Star," *Men's Journal*, May 2011; ProFootballReference.com; bankruptcy records. **Duerson had a radio show:** *Double Time with Double D* radio show, VoiceAmerica, Oct. 21, 2010. **Donating his father's brain:** Details of Duerson family efforts to donate his brain are from 2012 interviews with Tregg Duerson, Alicia Duerson, Kelly Woods, and David Krichavsky. **NFL wasn't nearly as unified:** Berger, Ellenbogen, Batjer, and Guskiewicz interviews, 2012. **BU's rock star:** "The Woman Who Would Save Football," *Grantland*, Aug. 17, 2012. **Conference in Las Vegas:** "Chronic Traumatic Encephalopathy," conference in Las Vegas, Sept. 30–Oct. 1, 2012. **Their most ominous**

**assertions:** McKee, Cantu, Stern, and Nowinski interviews, 2012. **If CTE was occurring at a deep level:** McKee interview, 2012; Ann C. McKee et al., "The Spectrum of Disease in Chronic Traumatic Encephalopathy," *Brain*, 2012. **One of BU's main critics:** Berger interview, 2012; http://neurosurgery.ucsf.edu/index.php/about_us_faculty_berger.html. **Wasn't a single recorded case:** Ann C. McKee et al., "The Spectrum of Disease in Chronic Traumatic Encephalopathy," *Brain*, 2012. **Self-selecting quality:** McKee, Cantu, Berger, and Ellenbogen interviews, 2012. **"With all due respect":** Cantu interview, 2012. **"The facts are the facts":** Nowinski interview, 2012. **Steer Duerson's brain:** Batjer interview, 2012. **From the new committee's inception:** Ellenbogen, Guskiewicz, and Berger interviews, 2012. **A press conference:** "Duerson's Brain Trauma Diagnosed," *New York Times*, May 2, 2011. **"Drove him to suicide":** McKee interview, 2012. **"I just can't even believe this":** McKee interview, 2012.

## CHAPTER 16

**Two dozen clients:** Ron Feenberg interview, 2011. **A new front:** "Former Pro Athletes Battle against Bill Limiting Workers' Comp," *Sacramento Bee*, April 16, 2013. **A fierce lobbying campaign:** The NFL, with support from the other major sports leagues and 16 California teams, rallied around AB 1309, a bill that would close the loophole. On April 24, 2013, the bill passed out of the California State Assembly's Insurance Committee by a unanimous 11–0 vote and was headed to the full assembly for debate. **Brady and . . . Brees:** "Injured Pro Athletes Deserve Workers' Comp," *San Francisco Chronicle*, June 24, 2013. **Luckasevic had found:** Jason Luckasevic interview, 2012. **One of the first . . . cases:** Jeanne Marie Laskas, "The People V. Football," *GQ*, March 2011. **On July 19, 2011:** See *Vernon Maxwell, et al. v. National Football League, et al.*, Superior Court of the State of California, July 19, 2011. **"We thought maybe":** Tom Girardi interview, 2012. **The next month:** *Charles Ray Easterling and his wife, Mary Ann Easterling; et al. v. National Football League, Inc.*, U.S. District Court for the Eastern District of Pennsylvania, Aug. 17, 2011. Later, the Easterling suit would be described in some accounts as the first brain injury case to be filed against the NFL. It was the first to be filed in federal court, where all the cases were later consolidated. **"I won't remember":** "Taking Its Toll," *Outside the Lines*, March 16, 2012. **Painfully familiar:** "Death Isn't the End," *New York Times*, May 4, 2012. **Riddled with CTE:** "Football Player Who Killed Himself Had Brain Disease," *New York Times*, July 27, 2012. **By the time the results were released:** Nathan Fenno and Luke Rosiak of the *Washington Times* compiled the most comprehensive database on the lawsuits, a working online document that allows users to explore the plaintiffs by team, position, and number of seasons played. The database can be found at: washingtontimes.com/footballinjuries/; the website NFLConcussionLitigation.com has maintained the most current information about the lawsuits and the plaintiffs. **50 military service members:** G. Wolf et al., "The Effect of Hyperbaric Oxygen on Symptoms after Mild Traumatic Brain Injury," *Journal of Neurotrauma*, 2012. **Medieval-sounding device:** Julian Bailes interview, 2012.

**Pilot study:** Gary W. Small et al., "PET Scanning of Brain Tau in Retired National Football League Players: Preliminary Findings," *American Journal of Geriatric Psychiatry*, 2013. **Nearly every NFL team:** The ImPACT website lists many of the company's clients. See ImpactTest.com. **Two heart attacks:** Mark Lovell interview, 2012. **His own research:** Maroon coauthored a study on the use of natural plant extracts to neutralize the chemical reaction that leads to brain disease. See Russell L. Blaylock and Joseph Maroon, "Natural Plant Products and Extracts That Reduce Immunoexcitotoxicity-Associated Neurodegeneration and Promote Repair within the Central Nervous System," *Surgical Neurology International*, 2012. **A letter to the FTC:** Letter from Tom Udall to Federal Trade Commission Chairman Jon Leibowitz, Jan. 4, 2011. **One mouth guard:** Letter from Tom Udall to Federal Trade Commission Chairman Jon Leibowitz, Jan. 4, 2011. **An endorsement:** Letter from Tom Udall to Federal Trade Commission Chairman Jon Leibowitz, Jan. 4, 2011. **"No significant data":** Testimony of Jeffrey S. Kutcher, Senate Commerce Committee, Oct. 19, 2011. **"Don't forget to take your fish oil":** Peter Davies e-mail correspondence. **FTC ordered:** Letter from Mary K. Engle, the FTC's associate director for advertising practices, to John M. Shanahan, CEO, Newport Nutritionals, Inc., Nov. 7, 2012. **Closed its investigation:** Letter from Engle to John E. Villafranco, representing Riddell Sports Group, Inc., April 24, 2013. **A coffee table book:** *The First 50 Years*. **Their own words:** *The First 50 Years*, pp. 39–83. **"Propaganda organ":** "Steve Sabol, Cinematic Force for N.F.L., Dies at 69," *New York Times*, Sept. 18, 2012. **Origin story:** Michael Oriard, *Brand NFL*, pp. 14–18. **"NFL football is real":** Oriard, *Brand NFL*, p. 14. **Swallowed his tongue:** Andy Russell, *A Steeler Odyssey*, p. 15. **Summer of 2012:** E-mail from Clare Graff, NFL Communications, 2013. **"He really wanted to know":** Lorraine Esposito interview, 2013. **Dumb Mom:** Amanda Rodriguez interview, 2013. **Two helmets crashing:** "N.F.L.'s Policy on Helmet-to-Helmet Hits Makes Highlights Distasteful," *New York Times*, Oct. 21, 2010. **Pull a commercial:** "Unhappy NFL Prods Toyota to Edit TV Ad," Reuters, Jan. 19, 2011. **Pointed out:** On Feb. 4, 2013, Crossman tweeted: "So far I have found three players in the NFL's safety evolution commercial from last night who are suing the league over concussions."

## CHAPTER 17

**Hunched over a microscope:** Bennet Omalu interview, 2012. **Raised in a violent ghetto:** Award-winning sportswriter Jill Lieber Steeg wrote one of the first lengthy profiles on Seau's unlikely rise to NFL stardom for *Sports Illustrated* in 1993. After his death, she produced an exhaustive two-part series on the events leading up to his suicide. See Jill Lieber, "Hard Charger," *Sports Illustrated*, Sept. 6, 1993, and "Junior Seau: Song of Sorrow," *San Diego Union-Tribune*, Oct. 14, 2012. **12 yards deep:** Gary Plummer interview, 2013. **Seau was loud:** The account of Seau's personality changes and the final years of his life is drawn primarily from interviews with members of Seau's family, including three of his four children and Gina Seau, his ex-wife; Bette Hoffman, former director of the Junior Seau Foundation and the

executor of his will; and Lieber's *Union-Tribune* articles. **When police arrived:** Junior Seau autopsy report, Aug. 20, 2012. **Placed on a gurney:** The account of the events in Seau's house after his death and Tyler Seau's phone call with Bennet Omalu and Julian Bailes is from interviews with Tyler Seau, Bette Hoffman, Joe Davis, Bennet Omalu, and Julian Bailes. **At 8:38 that night:** E-mail correspondence between Tyler Seau and Bennet Omalu. **Chargers' doctor:** E-mail correspondence between Tyler Seau and Bennet Omalu. **Chao had his own issues:** The Medical Board of California website contains detailed records of the allegations against Chao and issues surrounding his drinking. See: mbc.ca.gov. For additional details of Chao's checkered history, see "The Chargers' Doctor Is a Drunk Quack. Why Haven't They Fired Him?" *Deadspin*, April 24, 2013. On June 13, 2013, Chao stepped down after 17 years as the Chargers' doctor. "I talked to the Chargers about my back problems in March and my desire to spend more time with my newborn twins and young daughter," Chao said in a statement released by the team. **At least a half dozen:** Craig Nelson interview, 2013. **Prusiner placed calls:** Prusiner's interest in obtaining part of Seau's brain is confirmed in e-mails and interviews with Bennet Omalu and Joe Davis. **"I empathize":** Peter King interview, 2013. **Nelson told Omalu:** Nelson interview, 2013. **Soot and the imprint:** Seau autopsy report, Aug. 20, 2012. **"Persona non grata":** Bennet Omalu interview, 2012. **Celebratory e-mail:** E-mail correspondence between Bennet Omalu and Stanley Prusiner. **Nowinski emphasized:** Tyler Seau interview, 2013. **At the center of the league's effort:** The account of the NFL's effort to take control of Seau's brain is drawn from interviews with Tyler Seau, Bette Hoffman, Gina Seau, Kevin Guskiewicz, Rich Ellenbogen, Russell Lonser, and others familiar with the negotiations. **"An early draft":** Bob Fitzsimmons interview, 2013. **Got a call:** Gary Plummer interview, 2013. **That was certain:** "Doctors: Junior Seau's Brain Had CTE," ESPN.com, Jan. 11, 2013. **"I still love football":** Jake Seau interview, 2013.

## EPILOGUE

**A proposal:** The section on Gary Huber's dealings with Big Tobacco is drawn from Dan Zegart, *Civil Warriors,* 2000; and Robert N. Proctor, *Golden Holocaust,* 2011. **50 confirmed cases:** Ann C. McKee et al., "The Spectrum of Disease in Chronic Traumatic Encephalopathy," *Brain,* 2012. **43 percent:** Associated Press, Aug. 7, 2012. **"No genius":** Matt Chaney e-mail to authors, 2013. **Dispensed paid advice:** "Researchers consulted with law firms," ESPN.com, April 6, 2013. **Had given way:** "Concussion Kickoff: Oral Arguments Held in NFL Concussion Litigation," NFLconcussionlitigation.com, April 10, 2013. **"Guiding strategists":** *United States of America v. Philip Morris USA Inc.,* District Court for the District of Columbia Judge Gladys Kessler, Aug. 17, 2006, p. 97. **Directed litigation:** Ibid., p. 68. **"Whitecoats":** Robert Proctor, *Golden Holocaust,* p. 545, and "Proposal for the Organization of the Whitecoat Project," Bates 3990006961/3990006964, at the University of California, San Francisco Legacy Tobacco Documents Library. See http://legacy.library.ucsf.edu/tid/ecr82i00/pdf. **"Deep shit":** Robert

Proctor, *Golden Holocaust,* p. 303, and "Project Down Under: Conference Notes," June 24, 1987, Bates 2021502102-2134 (p. 4). See http://legacy.library.ucsf.edu/tid/njh56b00/pdf. **When he first arrived:** Jim Otto interview, 2012. **Descendant of the Roman gladiators:** Jim Otto with Dave Newhouse, *Jim Otto: The Pain of Glory,* p. 7. **A gash:** Jim Otto with Dave Newhouse, *Jim Otto: The Pain of Glory,* p. viii. **"Looking at a gargoyle":** Jim Otto with Dave Newhouse, *Jim Otto: The Pain of Glory,* p. 143. **"Middle-aged horror show":** Jim Otto with Dave Newhouse, *Jim Otto: The Pain of Glory,* p. 2. **Probably end up killing him:** Otto interview, 2012. **"I'm not a wimp-out":** Jim Otto with Dave Newhouse, *Jim Otto: The Pain of Glory,* p. 6.

# BIBLIOGRAPHY

## BOOKS

Bailes, Julian E., Mark R. Lovell, and Joseph C. Maroon (eds.). *Sports-Related Concussion.* St. Louis, MO: Quality Medical Publishing, 1999.

Blount, Roy. *About Three Bricks Shy of a Load: A Highly Irregular Lowdown on the Year the Pittsburgh Steelers Were Super but Missed the Bowl.* Boston: Little, Brown, 1974.

Bradshaw, Terry, and David Fisher. *It's Only a Game.* New York: Pocket Books, 2001.

Cantu, Robert C., and Mark Hyman. *Concussions and Our Kids: America's Leading Expert on How to Protect Young Athletes and Keep Sports Safe.* Boston: Houghton Mifflin Harcourt, 2012 (Electronic).

Carroll, Linda, and David Rosner. *The Concussion Crisis: Anatomy of a Silent Epidemic.* New York: Simon & Schuster, 2011 (Electronic).

Carson, Harry. *Captain for Life: My Story as a Hall of Fame Linebacker.* New York: St. Martin's Press, 2011 (Electronic).

Cook, Kevin. *The Last Headbangers: NFL Football in the Rowdy, Reckless '70s, the Era That Created Modern Sports.* New York: W. W. Norton, 2012.

Dent, Jim. *Twelve Mighty Orphans: The Inspiring True Story of the Mighty Mites Who Ruled Texas Football.* New York: Thomas Dunne/St. Martin's, 2007.

Finder, Chuck. *The Steelers Encyclopedia.* Philadelphia: Temple University Press, 2012.

Gay, Timothy J. *Football Physics: The Science of the Game.* Emmaus, PA: Rodale, 2004.

Greenfield, Susan. *The Human Brain: A Guided Tour.* New York: Basic, 1997 (Electronic).

Harris, David. *The League: The Rise and Decline of the NFL.* Toronto: Bantam, 1986.

Hoge, Merril, and Brent Cole. *Find a Way: Three Words That Changed My Life.* New York: Center Street, 2010.

Kramer, Jerry (with Dick Schaap). *Instant Replay: The Green Bay Diary of Jerry Kramer.* New York: New American Library, 1968.

Lazarus, Adam. *Best of Rivals: Joe Montana, Steve Young, and the Inside Story Behind the NFL's Greatest Quarterback Controversy.* Boston: Da Capo Press, 2012.

Levin, Harvey S., Howard M. Eisenberg, and Arthur L. Benton (eds.). *Mild Head Injury.* New York and Oxford: Oxford University Press, 1989.

Lewis, Michael. *The Blind Side: Evolution of a Game.* New York: W. W. Norton, 2006 (Electronic).

Lovell, Mark R., Ruben J. Echemendia, Jeffrey T. Barth, and Michael W. Collins

(eds.). *Traumatic Brain Injury in Sports: An International Neuropsychological Perspective*. Lisse, The Netherlands: Swets & Zeitlinger, 2004.

Maroon, Joseph. *The Longevity Factor: How Resveratrol and Red Wine Activate Genes for a Longer and Healthier Life*. New York: Atria Books, 2009.

Millman, Chad, and Shawn Coyne. *The Ones Who Hit the Hardest: The Steelers, the Cowboys, the '70s, and the Fight for America's Soul*. New York: Gotham, 2010 (Electronic).

Muchnick, Irvin. *Duerson*. Berkeley, CA: Concussion Inc., 2011 (Electronic).

Muchnick, Irvin. *UMPC: Concussion Scandal Ground Zero*. Berkeley, CA: Concussion Inc., 2012 (Electronic).

National Football League Properties, Inc. *The First Fifty Years: A Celebration of the National Football League in Its Fiftieth Season*. New York: Simon and Schuster, 1969.

Nowinski, Christopher. *Head Games: Football's Concussion Crisis from the NFL to Youth Leagues*. East Bridgewater, MA: Drummond Publishing Group, 2007.

Omalu, Bennet. *Play Hard, Die Young: Football Dementia, Depression, and Death.* Lodi, CA: Neo-Forenxis, 2008.

Oriard, Michael. *Brand NFL: Making and Selling America's Favorite Sport*. Chapel Hill: University of North Carolina Press, 2007.

Oriard, Michael. *Reading Football: How the Popular Press Created an American Spectacle*. Chapel Hill: University of North Carolina Press, 1993.

Otto, Jim (with Dave Newhouse). *Jim Otto: The Pain of Glory*. Champaign, IL: Sports Publishing Inc., 2000.

Plimpton, George. *Paper Lion*. New York: Harper & Row, 1966.

Proctor, Robert. *Golden Holocaust: Origins of the Cigarette Catastrophe and the Case for Abolition*. Berkeley, CA: University of California, 2011.

Rooney, Art Jr. (with Roy McHugh). *Ruanaidh: The Story of Art Rooney and His Clan*. Pittsburgh, PA: Art Rooney Jr., 2008.

Russell, Andy. *An Odd Steelers Journey*. Champaign, IL: Sports Publishing Inc., 2002.

Solomon, Gary S., Karen M. Johnston, and Mark R. Lovell. *The Heads-Up on Sport Concussion*. Champaign, IL: Human Kinetics, 2006.

Tatum, Jack, and Bill Kushner. *They Call Me Assassin*. New York: Everett House, 1979.

Zegart, Dan. *Civil Warriors: The Legal Siege on the Tobacco Industry*. New York: Delacorte, 2000.

## SCIENTIFIC ARTICLES

Barth, Jeffrey T., et al. "Mild Head Injury in Sports: Neuropsychological Sequelae and Recovery of Function." In *Mild Head Injury*, edited by Harvey S. Levin, Howard M. Eisenberg, and Arthur L. Benton, 256–275. New York: Oxford University Press, 1989.

Blaylock, Russell L., and Joseph Maroon. "Immunoexcitotoxicity as a Central Mechanism in Chronic Traumatic Encephalopathy—A Unifying Hypothesis." *Surgical Neurology International* 2 (July 30, 2011): 107.

Casson, Ira R. "Do the 'Facts' Really Support an Association Between NFL Players' Concussions, Dementia and Depression?" *Neurology Today*, June 3, 2010: 6–7.

Casson, Ira R., et al. "Neurological and CT Evaluation of Knocked-Out Boxers." *Journal of Neurology, Neurosurgery and Psychiatry* 45 (1982):170–174.

Casson, Ira R., Elliot J. Pellman, and David C. Viano. "Correspondence." *Neurosurgery* 58 (May 2006): E1003.

Casson, Ira R., Elliot J. Pellman, and David C. Viano. "Correspondence." *Neurosurgery* 59 (Nov. 2006): E1152.

Collins, Michael W., et al. "Relationship Between Concussion and Neuropsychological Performance in College Football Players." *Journal of the American Medical Association* 282 (Sept. 8, 1999): 964–970.

Collins, Micky, et al. "Examining Concussion Rates and Return to Play in High School Football Players Wearing Newer Helmet Technology: A Three-Year Prospective Cohort Study." *Neurosurgery* 58 (Feb. 2006): 275–285.

Corsellis, JA, et al. "The Aftermath of Boxing." *Psychological Medicine* (Aug. 3, 1973): 270–303.

Guskiewicz, Kevin M., et al. "Association Between Recurrent Concussion and Late-Life Cognitive Impairment in Retired Football Players." *Neurosurgery* 57 (Oct. 2005): 719–726.

Guskiewicz, Kevin M., et al. "Cumulative Effects Associated with Recurrent Concussion in Collegiate Football Players." *Journal of the American Medical Association* 290 (Nov. 19, 2003): 2549–2555.

Guskiewicz, Kevin M., et al. "Recurrent Concussion and Risk of Depression in Retired Professional Football Players." *Medicine & Science in Sports & Exercise* 39, no. 6 (2007): 903–909.

Hamberger, Anders, et al. "Concussion in Professional Football: Morphology of Brain Injuries in the NFL Concussion Model—Part 16." *Neurosurgery* 64 (June 2009): 1174–1182.

Hart, John Jr., et al. "Neuroimaging of Cognitive Dysfunction and Depression in Aging Retired National Football League Players." *JAMA Neurology* 70, no. 3 (March 2013): 326–335.

Lehman, Everett J., et al. "Neurodegenerative Causes of Death among Retired National Football League Players." *Neurology* 79 (Nov. 6, 2012): 1–6.

Martland, Harrison S. "Punch Drunk." *The Journal of the American Medical Association*, Vol. 91, 15 (Oct. 13, 1928): 1103–1107.

McCrea, Michael, et al. "Acute Effects and Recovery Time Following Concussion in Collegiate Football Players." *Journal of the American Medical Association* 290 (Nov. 19, 2003): 2556.

McKee, Ann C., et al. "Chronic Traumatic Encephalopathy in Athletes: Progres-

sive Tauopathy Following Repetitive Head Injury." *Journal of Neuropathology and Experimental Neurology* 68 (July 2009): 709–735.

McKee, Ann C., et al. "The Spectrum of Disease in Chronic Traumatic Encephalopathy." *Brain*, Dec. 3, 2012: 1–22.

Omalu, Bennet I. "Chronic Traumatic Encephalopathy (CTE) in a National Football League Player: Case Report and Emerging Medicolegal Practice Questions." *Journal of Forensic Nursing* 6 (2010): 40–46.

Omalu, Bennet I. "Correspondence." *Neurosurgery* 58 (May 2006): E1003.

Omalu, Bennet I. "Emerging Histomorphologic Phenotypes of Chronic Traumatic Encephalopathy in American Athletes." *Journal of Forensic Nursing* 69 (July 2011): 173–183.

Omalu, Bennet I., et al. "Chronic Traumatic Encephalopathy in a National Football League Player." *Neurosurgery* 57 (July 2005): 128–134.

Omalu, Bennet I., et al. "Chronic Traumatic Encephalopathy in a National Football League Player—Part II." *Neurosurgery* 59 (Nov. 2006): 1086–1093.

Omalu, Bennet I., et al. "Chronic Traumatic Encephalopathy in a Professional American Wrestler." *Journal of Forensic Nursing* 6 (2010): 130–136.

Pellman, Elliot J., et al. "Concussion in Professional Football: Reconstruction of Game Impacts and Injuries." *Neurosurgery* 53 (Oct. 2003): 799–814.

Pellman, Elliot J., et al. "Concussion in Professional Football: Location and Direction of Helmet Impacts—Part 2." *Neurosurgery* 53 (Dec. 2003): 1328–1341.

Pellman, Elliot J., et al. "Concussion in Professional Football: Epidemiological Features of Game Injuries and Review of Literature—Part 3." *Neurosurgery* 54 (Jan. 2004): 81–96.

Pellman, Elliot J., et al. "Concussion in Professional Football: Repeat Injuries—Part 4." *Neurosurgery* 55 (Oct. 2004): 860–876.

Pellman, Elliot J., et al. "Concussion in Professional Football: Injuries Involving 7 or More Days Out—Part 5." *Neurosurgery* 55 (Nov. 2004): 1100–1119.

Pellman, Elliot J., et al. "Concussion in Professional Football: Neuropsychological Testing—Part 6." *Neurosurgery* 55 (Dec. 2004): 1290–1305.

Pellman, Elliot J., et al. "Concussion in Professional Football: Players Returning to the Same Game—Part 7." *Neurosurgery* 56 (Jan. 2005): 79–92.

Pellman, Elliot J., et al. "Concussion in Professional Football: Helmet Testing to Assess Impact Performance—Part 11." *Neurosurgery* 58 (Jan. 2006): 78–96.

Pellman, Elliot J., et al. "Concussion in Professional Football: Recovery of NFL and High School Athletes Assessed by Computerized Neuropsychological Testing—Part 12." *Neurosurgery* 58 (Feb. 2006): 263–274.

Small, Gary W., et al. "PET Scanning of Brain Tau in Retired National Football League Players: Preliminary Findings." *American Journal of Geriatric Psychiatry* 21 (Feb. 2013): 138–144.

Viano, David C., and Elliot J. Pellman. "Concussion in Professional Football: Biomechanics of the Striking Player—Part 8." *Neurosurgery* 56 (Feb. 2005): 266–280.

Viano, David C., et al. "Concussion in Professional Football: Brain Responses by Finite Element Analysis—Part 9." *Neurosurgery* 57 (Nov. 2005): 891–916.

Viano, David C., et al. "Concussion in Professional Football: Comparison with Boxing Head Impacts—Part 10." *Neurosurgery* 57 (Dec. 2005): 1154–1172.

Viano, David C., et al. "Concussion in Professional Football: Performance of Newer Helmets in Reconstructed Game Impacts—Part 13." *Neurosurgery* 59 (Sept. 2006): 591–606.

Viano, David C., Ira R. Casson, and Elliot J. Pellman. "Concussion in Professional Football: Biomechanics of the Struck Player—Part 14." *Neurosurgery* 61 (Aug. 2007): 313–328.

Viano, David C., et al. "Concussion in Professional Football: Animal Model of Brain Injury—Part 15." *Neurosurgery* 64 (June 2009): 1162–1173.

Weir, David R., James S. Jackson, and Amanda Sonnega. "Study of Retired NFL Players." *University of Michigan Institute for Social Research*, Sept. 10, 2009: 1–37.

# PHOTO INSERT CREDITS

Page 1
*Top:* L. Roger Turner/Wisconsin-State Journal
*Bottom:* Dave Stock/ProLook Inc.

Page 2
*Top:* Jonathan Daniel/ALLSPORT/Hulton Archive/Getty Images
*Bottom:* Courtesy Joe Maroon

Page 3
*Top:* Courtesy Mark Lovell
*Bottom:* Brad Mangin Photography

Page 4
*Top:* Andy Hayt/Sports Illustrated/Getty Images
*Bottom:* Associated Press

Page 5
*Top:* USC News
*Center:* AP Photo/Ed Betz
*Bottom:* Courtesy Bennet Omalu

Page 6
*Top:* AP Photo/Paul Sancya
*Center:* AP Photo/Edouard H. R. Gluck
*Bottom:* Mariela Lombard/ZUMAPRESS.com

Page 7
*Top:* Courtesy Ann McKee
*Bottom:* Brian Cahn/ZUMAPRESS.com

Page 8
*Top:* Courtesy ESPN's *Outside the Lines*
*Bottom:* Brad Mangin Photography

# INDEX

Aiello, Greg, 74, 215, 277, 284–85
Aikman, Troy, 71, 76–78, 79, 82, 117, 125, 167, 283
Ali, Muhammad, 71, 216
Allegheny General Hospital, 31, 35, 37, 44, 63, 67
Alzheimer's disease, 158, 192, 235, 255, 259, 267, 268, 277, 312
*see also* dementia
Amen Clinics, 310, 351
American Academy of Neurology, 32, 68–69
American Association of Neurological Surgeons, 205, 234
American College of Sports Medicine, 141
American Orthopaedic Society for Sports Medicine, 136
Anapol Schwartz PC, 309
Anderson, Dave, 73
Appleton, Wisc., 255–56
Apuzzo, Michael L. J., 139–40, 172
  at Concussion Summit, 219–21, 226–27
  as *Neurosurgery* editor, 139, 140, 141–43, 146, 172–73, 180–82, 188, 189, 197, 226, 291
  as NY Giants consultant, 139–40, 220, 227
Arfken, Cynthia, 210–11
Atlanta Falcons, 177
Atwater, Steve, 40

Bailes, Colleen, 235
Bailes, Julian, 67–68, 81, 82, 116, 117, 119, 126, 144, 150, 174,
203, 207, 233–34, 261, 262–63, 266, 277, 293, 336, 344
  concussion prevention devices developed by, 311–12
  at Concussion Summit, 1–2, 219, 220, 224–25, 272
  Guskiewicz and, 113, 114–15
  long-term brain damage studied by, 67–69, 113, 114, 146, 198, 202
  MTBI papers reviewed by, 146, 175
  Omalu and, 197–98, 205, 234–35
  and Seau's brain autopsy, 324–25, 330
  SLI and, 232, 234, 252–54
Barr, Bill, 128, 140, 175, 207, 312
  Collins's confrontation with, 223–24
  at Concussion Summit, 219, 220, 221
  Lovell attacked by, 221–22, 223
  MTBI papers criticized by, 176–78, 221
  Pellman and, 175–76, 178, 179–80
Barr, John, 129
Barth, Jeff, 33–35, 37, 38, 66, 67, 114, 126, 128, 159
Bartkowski, Steve, 75–76
baseball, 5, 127, 239
Batjer, Hunt, 288–90, 304
Baxter, Fred, 177
Belichick, Bill, 14, 214, 259
Bell, Todd, 299–300
Benoit, Chris, 249, 250
Benson, Dick, 278
Benson, Will, 278
Berbick, Trevor, 216
Berg, Peter, 323
Berger, Mitch, 286, 302–4

Berko, Arty, 250

Berlin, Ralph, 21, 113–14

Bert Bell/Pete Rozelle NFL Player
   Retirement Plan, 86–87, 91,
   272–73, 294
   benefits for long-term brain damage
     granted by, 168–70
   Webster lawsuit against, 101, 105,
     168–70, 192
   and Webster's disability claim,
     98–101, 168

beta-amyloid plaques, 158, 259, 268

Bettman, Gary, 74

Biokinetics, 143, 184

*Biologic Effects of Tobacco, The*
   (Wynder), 280

Blackledge, Ron, 27

Bleier, Rocky, 22, 25, 40, 96

Blount, Mel, 96, 104

Bonds, Barry, 127

Boston City Hospital, 341

*Boston Globe,* 213

Boston University School of Medicine,
   253, 254, 255, 257, 264
   *see also* BU Group

boxers, 216
   Parkinson's disease in, 159
   Punch-Drunk Syndrome in, 89, 90,
     97, 110, 158–59, 161, 190, 191,
     192, 197, 257, 259, 268, 302

Boyd, Brent, 87, 243–45, 280

Bradshaw, Terry, 3, 4, 23, 25, 67, 104,
   347
   at Webster's Hall of Fame induction,
     58–60, 62

Brady, Kyle, 129, 130, 177

Brady, Tom, 307

brain, anatomy of, 32–33

brain damage, long-term, 6, 117–18
   Bailes's and Jordan's research on,
     67–69, 113, 114, 146
   Casson's denial of, 215–18, 219,
     225
   MTBI Committee's denial of,

145–47, 167–68, 170, 174–75,
   198, 210, 234, 239, 269–71
   NFL's acknowledgment of, 284–85,
     290
   NFL's ignoring of evidence on, 2,
     280
   Webster as advocate for issue of,
     94–95
   *see also* chronic traumatic
     encephalopathy (CTE);
     concussions, sports-related

Brain Injury Association of America,
   102

Brain Injury Research Institute,
   261–62
   *see also* Omalu Group

Brain-Pad, 315–16, 317

*Brain Surgery* (Apuzzo), 139

Brees, Drew, 307

Brister, Bubby, 31, 35, 40, 347–48

Brooks, Michael, 70

*Brown, et al. v. N.F.L.,* 273

Brown, Hardy, 135, 364*n*

Brown, Jerome, 40

Brown, Orlando, 273

Bryant, Waymond, 216

BU Group, 253–54, 330, 343
   brain bank of, 259, 284, 287, 301,
     303, 304, 305
   competition between Omalu group
     and, 261–62, 290–91
   NFL concussion committee's
     disparagement of, 301, 302–3, 304
   NFL's donation to, 283–84, 287, 301
   and Seau's brain autopsy, 332–33,
     335–36
   Super Bowl press conference of,
     263–65

Butkus, Dick, 5


Caddick, Christine, 73

Caito, Fred, 42

California, workers' compensation
   cases in, 306, 307

California Superior Court, 309

Campbell, Earl, 168

Cantu, Bob, 136–37, 140–41, 174, 198,
   203, 207, 217, 250–51, 291, 292,
   302, 303–4, 347
   concussion guidelines of, 141–42
   at Concussion Summit, 219, 221, 222
   helmet study paper attacked by,
     186–87
   Johnson's incipient dementia
     diagnosis by, 214
   as *Neurosurgery* sports section editor,
     140, 142, 143, 146–47, 171–74,
     175, 180, 186–87
   NFL donation and, 284, 287
   Nowinski and, 200–201, 254
   on SLI board, 232, 252

*Captain for Life* (Carson), 208

Carson, Harry, 25, 63–64, 73, 209–10,
   347
   on backlash against Omalu, 293
   and Webster's death, 209

Casson, Ira, 126, 128, 171, 210, 234,
   270–71, 277, 278, 279
   boxing brain damage study of,
     70–71, 216
   brain damage evidence denied by,
     215–18, 219, 225
   at Concussion Summit, 2, 221, 224
   Goldberg's interview of, 217–18
   Guskiewicz's research attacked by,
     217
   McKee's findings attacked by,
     268–69, 270
   as MTBI Committee cochair, 215,
     235–36, 237, 238, 239, 266, 286
   Omalu's research attacked by,
     189–92, 215, 335
   resignation of, 283, 286

CBS, 75, 322–23

Center for the Study of Retired
   Athletes, 226, 336, 344, 346

Center for the Study of Traumatic
   Encephalopathy, *see* BU Group

Chaney, Matt, 344

Chao, David, 331, 334, 335–36

Chicago Bears, 20, 41–43, 118–22,
   132, 177, 178, 296, 309–10

Chrebet, Wayne, 130

chronic traumatic encephalopathy
   (CTE), 7–8, 163, 190–91, 194–
   96, 197, 205, 257, 259, 261–64,
   266, 272, 300, 311, 312
   Bailes's Concussion Summit
     presentation on, 224–25
   SLI Super Bowl press conference on,
     263–65
   steroid use and, 238–39
   subconcussive blows as possible cause
     of, 302
   tau protein buildup in, 224, 225,
     236, 267, 268
   *see also* brain damage, long-term;
     concussions, sports-related

"Chronic Traumatic Encephalopathy in
   a National Football League Player"
   (Omalu et al.), 163–65, 188–92,
   202, 215, 257

Chrostowski, Leszek, 201–2

*Civil Warriors* (Zegart), 281, 341, 342

Cleveland Browns, 168, 177

Cobb, Randall "Tex," 216

Coben, Larry, 309–10

Cohen, Will, 283

Colangelo, Ron, 128

Cole, Robin, 16

collective bargaining agreement (CBA),
   272–73

Collins, Michael "Micky," 64–65, 69,
   159, 175, 183, 215, 226, 292–93,
   313
   Barr confronted by, 223–24
   brain research of, 65–66, 137
   helmet study of, 184–87, 211, 315,
     369*n*–370*n*
   ImPACT and, 113, 183
   Lovell as mentor to, 66–67

Colucci, Anthony, 281

concussion, definitions of, 32, 115, 132
concussions, sports-related:
  Barth's research on, 33–35, 37, 38
  depression and, 116, 117
  early dementia and, 116, 144, 145
  fans' growing awareness of, 69–70,
    71–72, 125
  guidelines for, 31–32, 35–36, 37–38,
    141–43
  Guskiewicz's research on, 114–18
  lack of research on, 32, 78
  Lovell and Maroon's test for, *see*
    ImPACT; Pittsburgh Steelers Test
    Battery
  medical entrepreneurs and, 310–14
  NFL's downplaying of, 74–75, 82,
    144–45
  1996 conference on, 63–65
  physics of, 138
  seriousness of, as underplayed,
    32–33
  Steinberg and, 77–79, 80–82, 110,
    125
  *see also* brain damage, long-term;
    chronic traumatic encephalopathy
    (CTE)
Concussion Summit, 1–2, 218–28,
    229, 234, 254, 266, 272
Congress, U.S., 7, 87, 216, 242
  *see also* House of Representatives,
    U.S.; Senate Commerce
    Committee
Congress of Neurological Surgeons,
    139
Conyers, John, 278–79
Corcoran, John, 199
Corsellis, J. A. N. "Nick," 159, 192
Council for Tobacco Research, 281
Courson, Steve, 22, 23, 85
Crabb, Barbara B., 369n–370n
Creutzfeldt-Jakob disease, 332
Crossman, Matt, 323
Crowe, Cameron, 76
Culp, Curley, 25

Culverhouse, Gay, 278
Curinga, Lou, 21

D'Alessandro, David, 262
D'Amico, Carmen, 149, 156–57
Davies, Peter, 235–39, 259, 267, 269,
    317
Davis, Joe, 333, 334
Deese, Derrick, 108
Defense and Veterans Brain Injury
    Center, 268
DeKosky, Steve, 161–64, 189, 191–92,
    196–98, 205, 209–10, 257, 259
Delsohn, Steve, 251, 310
dementia, 116, 144, 145, 198, 214–15,
    232, 233, 243, 308
  *see also* Alzheimer's disease; brain
    damage, long-term; chronic
    traumatic encephalopathy (CTE);
    Punch-Drunk Syndrome
DeNoble, Victor, 281
Denver Broncos, 70, 110
Dissenters, 174, 180, 181, 187, 198,
    203, 207, 218, 219, 254, 287, 335,
    343
Dominick, Joe, 148–49, 155
Dotsch, Rollie, 14
Duerson, Alicia, 294, 296–99, 300,
    304
Duerson, Dave:
  Alicia assaulted by, 298
  background of, 295–96
  business career of, 297–99
  concussions of, 294–95, 296
  CTE diagnosed in, 7, 304–5
  as desiring to donate brain to
    research, 295, 300, 304
  mental problems of, 297–98
  NFL concussion policy defended
    by, 244–45, 294
  on NFL disability board, 294, 299
  as player representative, 244,
    296–97
  suicide of, 7, 293–95, 300, 305

Duerson, Tregg, 294, 299, 300–301, 304
Duper, Mark, 308

Easterling, Ray, 310
Ellenbogen, Richard, 288–90, 304, 314
Elway, John, 110
ESPN, 70, 109, 118, 204, 207, 249–50,
    311, 322, 347
  authors' investigation supported by,
    4, 8–9
  market research of, 4–5
  NFL contract of, 4, 8, 73
  SLI story of, 249–50, 251
  Webster story of, 57
Esposito, Lorraine, 321

Facenda, John, 319–20
*False Glory: Steelers and Steroids*
    (Courson), 22
Federal Trade Commission (FTC), 6,
    315, 317–18
Feenberg, Ron, 306–7
Feuer, Hank, 126, 133, 170–71,
    210–11, 269, 277, 288
Finder, Chuck, 194
*First Fifty Years, The* (NFL), 318–19
Fitzsimmons, Bob, 261, 262, 337
  in NFL lawsuit, 101, 105, 168–70
  Omalu's call to, 105
  SLI and, 232, 252–54
  Webster's disability case and, 87–92,
    98–101
  Webster's friendship with, 89, 92, 94,
    96, 105
Fogel, Robert, 119, 120, 121, 122
football:
  brain damage caused by, see brain
    damage, long-term; chronic
    traumatic encephalopathy (CTE);
    concussions, sports-related
  Hoge's defense of, 347
  inherent brutality in, 5–6, 39, 134
  U.S. obsession with, 5, 345–46
football, high school and college,

concussions in, 97, 114, 141, 181,
    183, 185–86, 210, 211, 264, 278
football, Pee Wee and middle school,
    concussions in, 211, 283, 288
*Football Physics* (Gay), 72
football players, retired, 198
  brains of, as scientific commodities,
    7, 8
  dementia in, 144, 145, 243, 308
  Guskiewicz's surveys and, 115–17
  health insurance problems of, 68
  in negligence lawsuits, 7, 141–42,
    272–76, 307, 308–9, 347–49
  neurological problems of, 68–69
  suicides by, 7, 193–94, 201, 204, 249,
    293–95, 310, 324–25, 329–30
  *see also individual players*
forensic pathology, 154–55, 160
Fox Network, 75
Framingham Heart Study, 255, 259
Frenk, Julio, 349
*Frontline*, 184, 341

Garber, Greg, 70, 73, 109, 204
Garcia, Jeff, 110
Gaunt, Sarah E., 99–100
Gay, Tim, 5, 72–73
Giordano, Bruno, 34
Girardi, Tom, 276, 309
Goldberg, Bernard, 217–18
Goldberg, Persky & White, 272,
    274–75
*Golden Holocaust* (Proctor), 341
Goodell, Charles, 219
Goodell, Roger, 220, 221, 228, 240,
    322, 344, 349
  Casson and Viano resignation to,
    283, 286
  Concussion Summit and, 1, 218–19,
    272
  Judiciary hearing testimony of,
    278–80
Gordon, Joe, 55, 61, 91, 104
Graff, Clare, 321

Gray, Mel, 323
Green, Darrell, 324
Green Bay Packers, 7, 255, 257
Greene, Joe, 14–15
Grimsley, John, 258–59, 285
Grimsley, Virginia, 258, 285
Grossman, Randy, 96
Grunhard, Tim, 28–29, 51
Guskiewicz, Kevin, 137, 159, 174, 175,
    203–4, 207, 227–28, 274, 313, 336
    on backlash against Omalu, 292
    Bailes and, 113, 114–15
    brain damage research of, 114–18,
       130–31, 145, 146, 198, 202
    causal relationship between
       concussions and CTE questioned
       by, 343–44, 346
    at Concussion Summit, 218, 219,
       220, 226, 272
    health surveys of, 115–17
    MacArthur "genius grant" of, 113,
       287, 344
    MTBI papers reviewed by, 146–47,
       171–72, 175, 180–81
    NFL attack on research of, 170–71,
       217, 366n–367n
    on NFL concussion committee,
       287–88, 336, 343–47

Halas, George, 135
Halberstam, David, 74–75, 87
Haley, Dick, 20–21
Hallenbeck, Scott, 321
Hall of Fame Players Association, 162
Ham, Jack, 15
Hamilton, Ronald, 159–62, 163, 164,
    189, 191–92, 194, 196–98, 205,
    234, 259
Hampton, Rodney, 308
Hardy, David, 342
Harris, Franco, 104
Harrison, James, 350
Harvard Brain Tissue Resource Center,
    231

Harvard Project, 341–43
Harvard School of Public Health, 349
Haynes, Mike, 58
HBO, 266, 279
Head Games: Football's Concussion
    Crisis (Nowinski), 201, 232, 280
helmet design, 6, 134–36, 315, 317,
    369n–370n
    MTBI Committee and, 134, 136–
       38, 142–43, 184–87, 211–12
    NOCSAE standards for, 143–44
    see also Riddell
Hester, Devin, 323
Hicks, Paul, 323
Himmelhoch, Jonathan, 90, 96, 97
Hoffman, Bette, 326, 327, 328, 330
Hoge, Merril, 27–28, 39–41, 63, 73,
    97, 117, 171, 178, 312
    concussions of, 40–45, 64–65, 71,
       118–22
    concussion test and, 39, 44, 65
    football defended by, 347
    Munsell sued by, 118–22, 125,
       128–29, 132–34
    retirement of, 45, 63, 79, 109, 125,
       189
House of Representatives, U.S.:
    Committee on Government Reform
       of, 127
    Judiciary Committee football
       hearings of, 277–83, 287, 289–90
Hovda, David, 141
Huber, Gary, 341–43
Huff, Sam, 244–45

Ide, Thad, 185
Ilkin, Tunch, 23, 27, 40
ImPACT (Immediate Post-Concussion
    Assessment and Cognitive
    Testing), 38–39, 44, 67–68, 97,
    112–13, 174, 182–83, 194, 215,
    223, 317, 348
    financial success of, 312–13, 314
    helmet study and, 185, 369n–370n

Jaffee, Col. Michael, 268–69, 270
Jani, Sunny, 51–54, 57–58, 85, 88, 94,
    95, 103–4
Jerry Maguire (film), 76, 79
Johnson, Billy "White Shoes," 168
Johnson, Keyshawn, 177
Johnson, Ted, 213–14, 218, 259–60,
    263
Jolly, Tom, 203
Jones, Barbara, 232
Jordan, Barry, 68–69, 82, 126, 144,
    146
Journal of Forensic Nursing, The, 291
Journal of Neurology, Neurosurgery, and
    Psychiatry, 216
Journal of the American Medical
    Association (JAMA), 65–66, 69,
    164, 175
Joyner, Seth, 40
Junior Seau Foundation, 326, 328

Kansas City Chiefs, 28–29, 50–51
Keating, Peter, 128, 176, 204, 207
Kelly, Charles, 89–90, 94–95, 96, 97,
    103
Kelso, Mark, 63
Kent State University, 14, 15
Kentucky, University of, 342
Kim, Duk Koo, 216
Kinetic energy, 72–73
King, Peter, 332–33
Klint, Jim, 109
Kolb, Jon, 14, 16, 21, 23, 26
Krieg, Fred, 89, 96, 97
Kutcher, Jeffrey, 316

Lambert, Jack, 2, 14, 15–16, 20, 67
Lane, Dick "Night Train," 136
Larry King Live, 250–51
Laskas, Jeanne Marie, 291
Lavin, Shelly, 297
Lawrence University, 256, 259
Lewis, Ray, 323
Lewy bodies, 159–60

Livingston, Bill, 73
Lloyd, Greg, 64
Lombardi, Vince, 13, 138
Long, Terry, 193–96, 233
Longevity Factor, The (Maroon), 36,
    317
Long Island Jewish Medical Center,
    128, 235
Lonser, Russ, 336, 338
Lorenz, Konrad, 319
Lovell, Mark, 35, 36, 37–38, 64, 65,
    80, 82, 200, 215, 217, 221–22,
    292, 313
    Barr's attack on, 221–22, 223
    brain damage research of, 126, 128,
       137, 178, 182
    Collins mentored by, 66–67
    in helmet study, 185, 211, 315, 369n
    in Hoge lawsuit, 119, 125, 132, 178
    ImPACT and, 38–39, 44, 67–68, 97,
       112–13, 174, 182–83, 312–13
    on MTBI committee, 125–26, 131,
       137, 174–75, 178–79, 185, 313
    MTBI papers coauthored by, 175,
       178–79, 182
    as NFL Neuropsychology Program
       head, 132, 174–75, 176–77, 183
Luckasevic, Jason:
    NFL lawsuit of, 241–42, 272–76,
       307, 308–9, 347
    Omalu's friendship with, 240–42,
       272, 308–9
Lynch, Ben, 80

MacArthur Foundation, 113, 287, 344
McCoy, Colt, 350
McDuffie, O. J., 275
McHale, Lisa, 261, 262, 263, 264
McHale, Tom, 261–65
McKee, Ann, 7–8, 257, 284, 301–2,
    303, 304, 305, 323, 336, 346
    background of, 255–57
    at BU Group Super Bowl press
       conference, 264–65

McKee, Ann (continued):
    Grimsley's brain autopsied by,
        258–59
    Judiciary Committee testimony of,
        282–83
    McHale's brain autopsied by, 263
    MTBI presentation of, 266–71
    on subconcussive blows as cause of
        CTE, 302
McKee, Chuck, 256, 259, 271
Mackey, John, 214–15, 218
Mackey, Sylvia, 215
McLuhan, Marshall, 318
McMahon, Jim, 106, 309–10
MacMullan, Jackie, 213
McNeill, Fred, 307, 310, 312
McNeill, Gavin, 308
McShane, John, 133–34
Makris, Billy, 18–19
Malanga, Gerard, 211
Mancini, Ray, 216
Mann, John, 267, 269, 270–71
Mansfield, Ray, 21
Mara, Wellington, 58
Marion, Donald, 189
Mariucci, Steve, 108, 109
Marks, Stanley, 55
Maroon, Charles, 36
Maroon, Joe, 31–32, 35, 63, 64, 66–67,
    74, 114, 126, 171, 178, 180, 205,
    224, 235, 316
    concussion testing and, 37–39
    entrepreneurship of, 35–37
    helmet study and, 315, 317
    Hoge and, 43–46, 119
    ImPACT and, 38–39, 44, 67–68, 97,
        113, 182–83, 194, 312, 317
    on implications of Omalu's findings,
        205–6, 314, 321
    Long autopsy results rebutted by,
        195–96
    on MTBI Committee, 215, 236
    Omalu's evidence examined by,
        205–6, 236, 237

    as Steelers' neurological consultant,
        31–32, 35, 37–39, 67
    Webster's CTE diagnosis questioned
        by, 97–98
Marshall, Wilber, 71, 72
Martland, Harrison, 158–59, 191
Massachusetts General Hospital,
    231
Matson, Ollie, 323
Matthew Gfeller Sport-Related
    Traumatic Brain Injury Research
    Center, 344
Mawae, Kevin, 129–30, 349
Michigan, University of, 277
Miller, Chris, 71
Miller, Jeff, 277, 278
Mitchell, Dorothy C., 133
Mix, Ron, 162
Monday Night Football, 4, 322
Montana, Joe, 107
Moon, Warren, 78, 79
Moore, Bob, 50
Morgan, Gerry, 135
Muchnick, Irvin, 245
Mudd, Howard, 318
Mullins, Gerry, 26
Munsell, John, 42, 119
    Hoge's lawsuit against, 118–22,
        125, 128–29, 132–34
Musick, Phil, 15, 16

National Football League (NFL):
    acknowledgment of brain damage
        link by, 284–85, 290
    Alzheimer's study commissioned by,
        276–77
    brain damage evidence ignored by,
        2, 271–72, 273, 276, 280
    brain-injury claims rejected by, 87
    BU Group donation of, 283–84,
        287, 301
    collective bargaining agreement of
        (CBA) of, 272–73
    concussion crisis downplayed by,

    74–75, 82, 144–45, 166–68, 174,
        197, 322
    concussion policy changes of, 283
    Concussion Summit of, see Concus-
        sion Summit
    congressional hearings on, 242–44,
        277–83, 287, 289–90, 294
    disability plan of, see Bert Bell/Pete
        Rozelle NFL Player Retirement
        Plan
    88 Plan of, 214–15, 218, 243, 276
    ESPN's contract with, 4, 8, 73
    Hoge's lawsuit and, 121–22
    Luckasevic lawsuit against, 241–42,
        272–76, 306–10, 347
    mass tort lawsuit against, 7, 100,
        347–48
    mommy bloggers campaign of,
        321–22
    neuropsychological testing mandate
        of, 215, 276, 350
    NIH donation of, 337
    1994 "Season of the concussion" in,
        71, 201, 347
    players' increased size and ability in,
        71–72
    research spending by, 346–47
    safety campaign of, 322–23
    Seau's brain autopsy and, 8, 334,
        335–36, 343
    steroid ban in, 22
    three-day symposium staged by,
        349–50
    tobacco industry compared to, 6–7,
        244, 280–83
    wealth and power of, 5, 6, 89, 130,
        197, 219, 280
National Heart Institute, 255
National Hockey League (NHL), 183
National Institute for Occupational
    Safety and Health (NIOSH), 349
National Institutes of Health (NIH),
    304
    NFL donation to, 337

    Seau's brain autopsy and, 336, 337,
        343
National Operating Committee on
    Standards for Athletic Equipment
    (NOCSAE), 143–44
Naugle, Rick, 177–78
Nelson, Craig, 332, 333, 334
Nelson, Steve, 308
Neurology Today, 217
Neurosurgery, 139, 140, 172–73, 226,
    291
    MTBI papers published in, 142–47,
        164, 166–67, 170, 171–72,
        174–75, 176, 177, 179, 180–81,
        220, 276, 289
    Omalu papers published in, 164–65,
        188, 189, 197
    peer-review process at, 146–47,
        171–72, 181–82
    Riddell helmet study published in,
        185–86
Newhouse, Dave, 351
New York Giants, 6, 130, 139–40, 220,
    227
New York Jets, 70, 128, 129–30, 131,
    145, 175–76, 180
New York State Athletic Commission, 68
New York Times, 8, 73, 127–28, 176–77,
    203, 204, 254, 259, 264, 283, 321
    Johnson story in, 213
    MTBI stories in, 210–11
    NFL brain damage acknowledgment
        story in, 284–85
    Strzelczyk story in, 234
    Waters story in, 204, 207, 210, 229
New York University Medical Center,
    175, 180
NFLevolution.com, 323
NFL Films, 319–20
NFL Hall of Fame, 3, 56–62, 83, 162
NFL Head, Neck and Spine Com-
    mittee (concussion committee),
    286–90, 301, 302–3, 304,
    335–36, 337, 343–47

NFL Mild Brain Injury Surveillance Study, 132, 139, 144

NFL Mild Traumatic Brain Injury (MTBI) Committee, 75, 79, 122, 126, 130, 159, 203–4, 227, 237, 238, 260, 272, 276, 286

  conclusions published by, 6, 145–47, 167–68, 170, 171–72, 174–75, 221, 227

  concussion as defined by, 132

  in demand for retraction of Omalu paper, 189–92, 196–98

  Guskiewicz's research attacked by, 170–71

  helmet design and, 134, 136–38, 142–43, 184–87, 211–12

  long-term brain damage denied by, 145–47, 167–68, 170, 174–75, 198, 210, 234, 239, 269–71

  Lovell and, 125–26

  NFL Neuropsychology Program data and, 175, 221

  research studies by, 132, 138–39, 142–47, 164, 166–67, 171–72, 174–75, 176–81, 220, 276, 289

NFL Neuropsychology Program, 174–75, 183, 221

NFL Players Association, 38, 68, 115, 244, 284, 290, 292, 300

NFL Retired Players Association, 116

Noderer, Megan, 329

Nolan, Mary, 328

Noll, Chuck, 13, 14, 20, 26, 28, 29, 38, 39, 41, 104, 193, 194, 314

  concussion guidelines questioned by, 31–32, 35, 36, 38

Noll, Marianne, 104–5

North Carolina, University of (UNC), 114, 226, 344

  Center for the Study of Retired Athletes at, 115, 202, 344, 346

Nowinski, Chris, 201, 202–3, 204, 207, 213, 233, 249, 254, 257, 260, 280, 285, 292, 304

advocacy role of, 198, 201, 229, 230, 263

background of, 198–200, 204

as brain hunter, 201–2, 231, 233–34, 257–58, 304, 330

and BU Group Super Bowl press conference, 263, 264

concussions of, 198, 200–201

Duerson's brain and, 301

Judiciary Committee testimony of, 282

Luckasevic lawsuit and, 274

McHale brain autopsy and, 262–63

at McKee's MTBI presentation, 266–67, 268, 271

and NFL's donation to BU Group, 284

Omalu Group's break with, 252–54, 291

Omalu's relationship with, 198, 201, 202, 229–30, 234, 249–50, 251–52

and Seau's brain autopsy, 333, 335–36

SLI founded by Omalu and, 230–32, 234

*Numbers Game, The* (Schwarz), 203

Oakland Raiders, 5, 350

Omalu, Bennet, 150–51, 156–57, 198, 205, 207, 234–35, 257, 259, 260, 290–91, 312, 338

background of, 9, 153–54

backlash against, 291–93

Bailes and, 197–98, 205

in break with SLI, 252–54

in call to Fitzsimmons, 105

in conversations with the dead, 9, 152

Davies and, 236–37

as excluded from Concussion Summit, 220, 229

Hamilton as mentor to, 159–60

intellect of, 149, 150, 162

Long's CTE diagnosed by, 194–96

Luckasevic's friendship with, 240–42, 272, 308–9

McHale's brain autopsied by, 262, 264

Maroon and, 205–6

NFL's attacks on, 227, 240–41, 259, 272, 292–93, 333, 335

Nowinski's relationship with, 198, 201, 202, 229–30, 249–50, 251–52

personal belief system of, 149–50

personality of, 149, 150, 160, 162, 291–92

Players Association presentation of, 292

in response to MTBI retraction demand, 189–92, 196–98

and Seau's brain autopsy, 324–25, 330–35

SLI founded by Nowinski and, 230–32, 234

at Steinberg seminar, 232–33

Waters's CTE diagnosed by, 203, 213, 291

Webster autopsied by, 4, 5, 9–10, 151–53, 155–56, 157–58, 159, 194, 207

Wecht as mentor to, 154–55, 164, 260

Omalu, John, 153

Omalu Group, 252–54, 261, 264

  competition between BU Group and, 261–62

*On Aggression* (Lorenz), 319

Oriard, Michael, 5, 320

Otto, Jim, 350–52

Otto, Sally, 351

Pacheco, Mark, 216

*Pain of Glory, The* (Jim Otto), 351

Parcells, Bill, 129, 145, 208

Parkinson's disease, 159–60

Parrish, Bernie, 244–45, 287

Pash, Jeff, 133, 228, 287, 344

Paterno, Joe, 31

Payton, Connie, 300

Peete, Holly Robinson, 321

Peete, Rodney, 321

Pellman, Elliot, 129–30, 132–33, 145, 226, 266, 276, 345

  Barr and, 175–76, 178, 179–80, 221–22

  in demand for Omalu paper retraction, 189–92

  embellished credentials of, 127–28, 129, 176–77

  helmet design project of, 136, 137, 184–87

  in Hoge lawsuit, 122, 125, 128–29, 134

  as ignorant of brain injury research, 128–29

  as lead author on MTBI papers, 142–45, 166–67, 174, 177, 179, 181

  Long autopsy results rebutted by, 196

  McKee's findings attacked by, 269

  as MTBI Committee chairman, 127, 130, 131–32, 137, 142, 144, 174, 181, 204, 270, 286

  Omalu attacked by, 227, 335

  removed as MTBI Committee chairman, 215

  as rheumatologist, 127, 128, 131, 137, 144, 191

Perfetto, Eleanor, 302

Perl, Daniel, 267, 269–70, 271

Perles, George, 14

Perrin, Dave, 114

Peterson, Carl, 50, 93

Pieroth, Elizabeth, 321, 322

Pittsburgh, University of, 34–35

  Medical Center at, *see* University of Pittsburgh Medical Center

*Pittsburgh Post-Gazette*, 36, 61, 97, 194, 195

Pittsburgh Steelers, 1, 2, 20, 21, 23, 55, 112–14, 130, 193

  concussion testing and, 38–39

Pittsburgh Steelers *(continued)*:
full-contact practices of, 26, 41
Maroon as neurological consultant to, 31–32, 35, 37–39, 67
Nutcracker drill of, 13–16
Webster released by, 28
Webster's growing hatred of, 90–91, 104
Pittsburgh Steelers Test Battery, 65, 67–68, 97, 112
*see also* ImPACT
Plummer, Gary, 79–81, 107, 108, 111, 117, 325, 337–38
Powell, John, 126
Pro Bowl, 24
Proctor, Robert, 341
ProHEALTH Care Associates, 129
Prusiner, Stanley, 332, 333, 334, 335
Punch-Drunk Syndrome (dementia pugilistica), 89, 90, 97, 110, 158–59, 161, 190, 191, 192, 197, 257, 259, 268, 302

Quarry, Jerry, 216

Randolph, Chris, 177–78, 312
Ratzan, Stuart, 275
Reger, John, 320
"Relationship between Concussion and Neuropsychological Performance in College Football Players" (Collins), 65–66
Rice, Harold, 297
Riddell, 135, 184–85, 223
false and misleading claims of, 6, 211–12, 315, 316
FTC investigation of, 315, 317–18
retired players' suit against, 7
Revolution helmet of, 184–86, 187, 211–12, 315, 317, 369n–370n
UPMC helmet study funded by, 184–86, 316, 317–18
Ritalin, 3, 55, 60, 83, 86, 89, 94, 95–97, 98

Rodriguez, Amanda, 322
Rooney, Art, Jr., 14, 15, 20–21
Rooney, Art, Sr., 61, 114
Rooney, Dan, 38, 55, 61, 91, 104
Rozelle, Pete, 219, 310, 319
Russell, Andy, 15, 320
Russomanno, Herman, 275–76, 309

Sabol, Ed and Steve, 319
Sanchez, Linda, 279–80, 289
San Diego Chargers, 325–26
San Francisco 49ers, 107–8
Sapp, Warren, 107–8
Sarmiento, Kelly, 322
Savran, Stan, 14
Schickendantz, Mark, 349–50
Schottenheimer, Marty, 28–29, 50
Schulten, Katherine, 283
Schutt, 212, 369n–370n
Schwarz, Alan, 213, 215, 226, 227, 234, 260, 264, 276, 283–84
MTBI stories by, 210–11
Nowinski and, 203, 254
Waters story by, 204, 207, 210
Seau, Gina, 326–27, 328, 333, 337, 338
Seau, Jake, 327, 339
Seau, Junior:
autopsy of, 7, 324–25, 330–35, 343
CTE diagnosed in, 7, 338–39, 348
personality change of, 327–28, 338
suicide of, 7, 324–25, 329–30, 338
Seau, Sydney, 327, 328–29
Seau, Tyler, 7, 327, 330–31, 332, 339
second impact syndrome, 141
Seifert, George, 107
Senate Commerce Committee, 315
NFL retirement system hearing of (2007), 242–44, 277, 294
sports equipment hearings of (2011), 316–17
Shakir, Abdulrezak, 155, 194
Shanahan, Mike, 110
Shankman, Sabrina, 184
Shell, Donnie, 41

Shula, Don, 58–59
Skipper, John, 8
Small, Gary, 312
Smith, Cy, 168
Smith, DeMaurice, 331
Sports Brain Guard, 316–17
*Sports Illustrated*, 75, 128, 216, 255, 319
Sports Legacy Institute (SLI), 230–32, 234, 250, 259, 274
brain samples acquired by, 202, 231, 233–34, 249, 257–58
BU affiliation with, 253, 254–55
disharmony in, 251–54
ESPN's piece on, 249–50, 251
*see also* BU Group
Stage, Bob, 24, 27, 47–48, 58, 61, 103
Stallworth, John, 20
Stautner, Ernie, 318
Steinberg, Gary, 109
Steinberg, Leigh, 75–77, 118, 207
concussion crisis seminars of, 78–79, 80–82, 106, 110, 125, 178, 232–33
Stern, Bob, 218–19, 254–55, 283, 284
Stern, David, 74
steroids, 22, 127, 193, 238–39
Stingley, Darryl, 71
Strzelczyk, Justin, 233–34, 295
suicides, 7, 193–94, 201, 202, 204, 249, 293–95, 310, 324–25, 329–30
Sullivan, Gerry, 168–69, 366n
Swann, Lynn, 20, 63, 104

Tagliabue, Paul, 62, 79, 87, 125, 132–33, 210, 215, 218–19, 240, 286
Apuzzo and, 140, 172
concussion crisis downplayed by, 74–75, 144
Pellman and, 127, 128, 131
statement to ESPN, 131
Tamarkin, Eric, 278
Tatum, Jack, 296
tau protein, 157–58, 224, 225, 235, 255, 256–57, 258–59, 265, 267, 268, 312, 338

Taylor, Lawrence, 71–72
Team Webster, 53, 57, 60, 83, 85, 86, 88, 96, 98, 337
Ted Johnson Rule, 215
Testaverde, Vinny, 71, 73
*They Call It Pro Football* (film), 319–20
*They Call Me Assassin* (Tatum), 296
Thomas, Derrick, 41
Tierney, Jack, 275–76
Tobacco and Health Research Institute, 342
tobacco industry:
Harvard Project funded by, 341–43
link between smoking and cancer denied by, 281–82
NFL compared to, 6–7, 244, 280–83
Tomczak, Mike, 63
Toon, Al, 70, 73, 117
concussions of, 70–71, 131
retirement of, 79, 109, 125, 126, 189

Udall, Tom, 314–16
United States Football League, 107
University of Pittsburgh Medical Center (UPMC), 36, 66, 112–13, 149, 154, 174, 183, 194, 312, 313
helmet study of, 184–87, 211–12, 315, 316, 317–18
Upchurch, Rick, 323
Upshaw, Gene, 244–45, 297, 299

Viano, Dave, 143–44, 210, 211, 221, 227–28, 266, 335
in demand for Omalu paper retraction, 189–92
McKee's findings attacked by, 269, 270
as MTBI Committee cochair, 215, 227, 286
resignation of, 283, 286
Virginia, University of, 33, 34
Vodvarka, James, 85–86, 89, 90, 95–96, 97, 100

Waeckerle, Joe, 222
Walker, Wayne, 350
Wallace, Steve, 81
*Wall Street Journal*, 33, 281
*War and Peace in the Global Village* (McLuhan), 318
Warner, Kurt, 347
Washington, Joe, 299
*Washington Post*, 80, 215, 350
Washington State, football safety laws in, 288, 314
Waters, Andre, 210, 229
    CTE in, 203, 204, 213, 291
    suicide of, 201, 204, 295
Webster, Betty, 17–18
Webster, Bill, 17, 19
Webster, Brooke, 24, 83–84
Webster, Colin, 17, 23, 58, 83, 86, 91, 95, 96, 101, 104
Webster, Garrett, 22, 49–50, 54, 102, 103–4, 207, 242–43, 261
Webster, Joey, 17–18
Webster, Mike:
    as advocate for brain-damage issues, 94–95
    autopsy of, 2, 4, 5, 9–10, 151–52, 233
    brain disease diagnosed in, 89–90
    as Chiefs' strength and conditioning coach, 50–51
    childhood of, 17–19
    concussions of, 138
    consecutive-play streak of, 27
    constant pain of, 49
    death of, 104, 148, 207–9, 295
    deep-seated fear as motivator of, 24, 26–27, 28
    disability case of, 87–92, 95, 98–101, 168
    divorce of, 54
    elected to Hall of Fame, 56–58
    erratic behavior of, 3, 10, 29–30, 47, 48–51
    and family history of mental illness, 17

financial problems of, 47, 48–49, 54
in first training camp, 13–16
Fitzsimmons's friendship with, 89, 92, 94, 96, 105
forged prescription arrest of, 95–97, 98
growing hatred of Steelers and NFL expressed by, 90–91, 104
at Hall of Fame induction, 3, 58–62, 83
headaches of, 26
head injuries as unreported by, 26
head used as battering ram by, 25
heart attack as cause of death of, 10, 148
heart disease of, 103–4
intensity of, 19–20, 21
Jani and, 51–54, 57–58, 85, 94, 103–4
Kansas City house of, 29–30, 47, 48
letters of, 91–93, 102–3
mental and physical deterioration of, 3, 53, 54–55, 57, 84, 85–86, 90, 91, 101–3
NFL lawsuit of, 101, 168–70, 192
in 1974 Steelers draft, 20
in Nutcracker drill, 15–16
Otto and, 352
paranoia of, 50, 61, 90–91
pills and supplements taken by, 22–23, 84, 86
as prankster, 23
Pro Bowl appearances by, 24
psychiatric exams of, 89–90
religious beliefs of, 16–17
retirement of, 29, 47
Ritalin addiction of, 3, 55, 60, 83, 86, 89, 94, 95–97
Stage and, 47–48, 61
steroid use by, 22
stun guns owned by, 84–85
Super Bowl rings of, 52, 94
training regimen of, 19, 21–22
at University of Wisconsin, 19–20

unrealistic business plans of, 48, 56, 58, 83
weapons owned by, 3, 84–85, 91
Westbrook's examination of, 98–99
Webster, Mike, brain of:
    Alzheimer's brain vs., 158, 161
    beta-amyloid plaque in, 158
    CTE diagnosed in, 207, 338
    DeKosky's examination of, 162–63
    Hamilton's examination of, 160–61
    normal external appearance of, 10, 152
    Omalu's autopsy of, 157–58, 159, 194
    Omalu's decision to preserve, 10, 152–53, 155–56
    Omalu's paper on, 163–65, 188–92, 202, 215, 257
    tau buildup in, 157–58, 235
Webster, Pam, 20, 21, 24, 26, 29, 50, 54, 60, 104–5, 168
    Mike's erratic behavior and, 29–30, 47, 48–49
    at Webster's Hall of Fame induction, 61
Webster, Reid, 18, 19
Wecht, Cyril, 152–53, 154–55, 160, 164, 194–96, 260
Weiner, Anthony, 290
Wenzel, Ralph, 306
Werley, Jonette, 156
Westbrook, Edward, 98–99, 169
West Chester University, 171
White, Reggie, 40

Widmeyer Communications, 250
Wiley, Clayton, 205
Wilkinson, Bud, 13
Williams, Aeneas, 108
Wilson, Otis, 296
*Winning with Integrity* (Steinberg), 76
Wisconsin, University of, 19–20
Withnall, Chris, 184
Wolfley, Craig, 22
Woodard, John, 177–78
woodpeckers, brains of, 1, 2
workers' compensation, former players' claims for, 306–7
World Class Expeditions, 258
Worley, Tim, 41–42
Woschitz, Frank, health survey of, 68, 69, 113, 114
Wynder, Ernst, 281, 283, 341

Yates, Tony, 64, 126, 145, 221–22
Young, Barbara Graham, 108, 111
Young, Steve, 79, 171
    background of, 106–7
    concussions of, 107–12, 167, 283, 337–38
    retirement of, 111, 112
Youngblood, Jack, 292
"Youth Health & Safety Luncheon," 321–22

Zackery Lystedt Law, 288, 314
Zamorano, J. R., 71, 77
Zegart, Dan, 281, 341, 342

Case 2:12-md-02323-AB   Document 6455-22   Filed 12/02/14   Page 23 of 26

...is an informative, intriguing, and sobering book about power and control. I recommend it strongly."
—NATE JACKSON, *WASHINGTON POST*

In *League of Denial,* award-winning ESPN investigative reporters Mark Fainaru-Wada and Steve Fainaru reveal how the NFL, over a period of nearly two decades, sought to cover up and deny mounting evidence that it was facing a deadly new scourge: a chronic brain disease that was driving an alarming number of players—including some of the all-time greats—to madness. Everyone knows that football is violent and dangerous. But what the players who built the NFL into a $10 billion industry didn't know—and what the league sought to shield from them—is that no amount of padding could protect the human brain from the force generated by modern football.

Fast-paced and disturbing, *League of Denial* examines how the league used its power and resources to attack independent scientists and elevate its own flawed research—a campaign with echoes of Big Tobacco's fight to deny the connection between smoking and lung cancer. It chronicles the tragic fates of players like Hall of Fame Pittsburgh Steelers center Mike Webster, who was so disturbed at the time of his death he fantasized about shooting NFL executives, and former San Diego Chargers great Junior Seau, whose diseased brain became the target of a scientific battle between researchers and the NFL. Based on exclusive interviews, previously undisclosed documents, and private e-mails, this is the story of what the NFL knew and when it knew it—questions at the heart of a crisis that threatens football, from the highest levels all the way down to Pop Warner—and of the battle for the sport's future.

"Journalistically bruising." —PETER KING

"Meticulously documented and endlessly chilling." —*NEW YORK TIMES*

"[Fainaru-Wada and Fainaru] ask tough questions of the NFL without taking their conclusions too far." —NPR, BEST BOOKS OF 2013

**MARK FAINARU-WADA** is an investigative reporter for ESPN. With his colleague Lance Williams, he coauthored the *New York Times* bestseller *Game of Shadows: Barry Bonds, BALCO, and the Steroids Scandal That Rocked Professional Sports.* He lives in Petaluma, California.

**STEVE FAINARU** is an investigative reporter for ESPN. While covering the Iraq war for the *Washington Post,* he received the 2008 Pulitzer Prize for International Reporting for his investigation into the U.S. military's reliance on private security contractors. He lives in Berkeley, California.

THREE RIVERS PRESS

Also available as an ebook and on audio from Penguin Random House
New releases, featured titles & more at
**ThreeRiversPress.com**

Cover design: Michael Nagin
Cover photograph: Nick Veasey/Getty Images

U.S. $15.00/$18.00 CAN
Sports & Recreation—Football

ISBN 978-0-7704-3756-5

51500

9 780770 437565