## **CERTIFICATE OF SERVICE**

       I hereby certify that on December 2, 2014, I caused the foregoing Supplemental Brief to be filed with the United State District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

                                                                                    */s/ William T. Gibbs*
                                                                                    William T. Gibbs