

Center for the Study of Traumatic Encephalopathy at Boston University's May 2, 2011 Press Conference