Boston University School of Medicine
Center for the Study of Traumatic Encephalopathy

   

Medical Campus
72 East Concord Street,
Robinson Complex, Suite 7800
Boston, Massachusetts 02118
T 617-638-6143  F 617-414-1197
www.bu.edu/alzresearch/cste

Ann McKee, MD
Co-Director

Associate Professor of Neurology and Pathology
Boston University School of Medicine

Director, VISN-1 Neuropathology
New England Veterans Administration Medical Centers

Director, Brain Banks, Boston University School of Medicine
Center for the Study of Traumatic Encephalopathy,
Alzheimer's Disease Center, Framingham Heart Study
and Centenarian Study

Neuropathologist, National VA ALS Brain Bank

200 Springs Road Building 18, Room 118
Bedford, MA 01730
T 781-687-2913  F 781-687-3515
amckee@bu.edu

1

## CENTER FOR THE STUDY OF TRAUMATIC ENCEPHALOPATHY NEUROPATHOLOGY REPORT

PATIENT'S NAME: David Duerson
AUTOPSY#: SLI-67
DATE OF DEATH:  2/17/2011
DATE OF AUTOPSY: 2/18/2011
DATE BRAIN RECEIVED: 2/23/11
FROM: Dade County, FL
TYPE OF SPECIMEN: Fixed brain
Brain weight:  1300 grams

### GROSS EXAMINATION
(Numerical score of severity key: 0 = none, 1+ = mild, 2+ = moderate, 3+ = severe, 4+ = very severe)

The meninges are thickened and fibrotic, there is scarring over the base of the brain
The cranial nerves (I-XII):
    Olfactory bubs: unremarkable
The cerebral blood vessels:
    Atherosclerosis of cerebral vessels: 1+ mid-Basilar, without occlusion
    Obstruction of cerebral vessels: none

Parenchymal vascular lesions: none
    Infarct(s) (>1.0 cm in diameter): none
    Lacunes (<1.0 cm): none
    Hemorrhages (parenchymal): none

There are no contusions.  There is no atrophy of the cerebral cortex or prominent asymmetry.
The cerebral hemispheres are sectioned coronally, the brainstem is sectioned transversely and cerebellum is sectioned sagittally. The findings are:

Cavum septum anterior 0.5 cm, fenestrations: none

Ventricular size:
    Lateral ventricles:
        Frontal horn: unremarkable
        Occipital horn: unremarkable
        Temporal horn: unremarkable
    Third ventricle: dilated, diamond shape posteriorly
    Fourth ventricle: unremarkable
    Cerebral aqueduct: unremarkable

Coronal sections of cerebrum:
    Hippocampal formation: unremarkable
    Amygdala: unremarkable
    Entorhinal cortex: unremarkable
    Striatum:
        Caudate/Putamen: unremarkable
        Globus pallidus: unremarkable
    Hypothalamus: unremarkable
    Mammillary bodies: unremarkable
    Thalamus: concave medial profile
    Subthalamic nucleus: unremarkable

Cerebral White Matter:
    The cerebral white matter is notable for prominent cribriform state in temporal and superior parietal subcortical white matter

Brainstem:
    Substantia nigra: white matter
    Locus coeruleus: white matter

Cerebellum: unremarkable

Other non-vascular gross CNS: none

## MICROSCOPIC EXAMINATION

Available for microscopic examination are sections from representative regions listed below. The sections have been stained with Luxol fast blue, hematoxylin and eosin (LHE), and with Bielschowsky silver.

Additional staining methods have been used as follows:

AT8: 1,2,3,4, 5, 7, 8,10,11,12, 14,16A, 16, 18, 22, 25:
Alpha-synuclein: 1,2,4,5,7, 10,11,14
Amyloid beta: 4,7,10,11,14,18, 25
AlphaBcrystallin: 3, 11, 22
TDP-43: 11,14, 22
Ubiquitin: 3, 22

Key sheet of available sections

1. Olfactory bulb
2. Midbrain at level of red nucleus
2A. Midbrain at superior cerebellar peduncle
3. Precentral, postcentral cortex (BA 4,3,2,1)
4. Inferior parietal cortex (BA 39,40)
5. Anterior cingulate (BA 24)
5A. Superior frontal (BA 8,9)
6. Inferior frontal cortex (BA 10,11,12)
7. Dorosolateral frontal (BA45,46)
8A. Caudate, putamen, and accumbens (CAP) with septal cortex, fornix
8B. Insular cortex
9. Anterior temporal (BA 38)
10. Superior temporal (BA 20, 21,22)
11. Amygdala, with entorhinal cortex (BA 28)
12. Globus pallidus, insula, sub. innominata
13. Anterior hippocampus
14. Hippocampal formation, lateral geniculate
15. Superior temporal posterior (BA 41,42)
16. Thalamus with subthalamic nucleus
16A Thalamus with mammillary body
17. Posterior cingulate (BA23,31)
18. Calcarine cortex (BA 17,18)
19. Superior parietal cortex (BA 7B)
20. Upper pons (level of locus cœruleus)
20A. Lower pons at Vth cranial nerve
21. Medulla oblongata( including inferior olives)
22-1. Cervical spinal cord
22-2,3 Thoracic spinal cord
22-4, 5 Lumbar spinal cord
22-6 Sacral spinal cord
23. Cerebellar vermis
24. Cerebellum with dentate nucleus
25. Parastriate cortex

## MICROSCOPIC FINDINGS

I. Leptomeninges:
 Fibrosis: 1+

II. Cranial Nerves
 Olfactory bulbs:
  NFTs: 2+ at8
  NTs: 2+
  Lewy Bodies: none
  Lewy neurites: none

III. Cerebral Blood Vessels:
 Arteriolosclerosis: 1+
 Amyloid angiopathy:
  leptomeninges: none
  intraparenchymal: none

IV. Cerebral cortex:

- Cytoarchitecture (radial and laminar): normal
- Neuronal loss: none
- Spongiform change: none
- NFTs: (AT8)
    - Rolandic: rare
    - Cingulate: 1+ NFT cingulate, gliosis, 3+ at8 periventricular region, fornix, induseum griseum
    - Insula: 4+ NFT
    - Septal: 4+ NFT
    - Inferior orbital frontal: 4+ NFT
    - Dorsolateral frontal: 4+ NFT
    - Inferior parietal: 2+, isolated
    - Temporal isocortex: 4+ NFT
    - Calcarine: none
    - Parastriate:
- Distribution of NFTs:
    - Glial NFTs: 3+
    - White matter NFT and neurites: 3+
    - Perivascular collections: 3+
    - Patchy distribution depth of sulcus: 4+
    - Subpial glial NFTs: 3+
    - Superficial layers NFTs: 4+
- Aß/Bielschowsky
    - SPs: (diffuse): none
    - SPs: (neuritic): none
- Neuropil threads, dot like, threadlike: 4+
- Microinfarcts: none
- Lewy bodies: none

Hippocampal formation:
- Neuronal loss (CA1): none
- NFTs@200X: count CA1: 2+
- Dentate: 1+ neurites
- CA4: 3+
- CA2: 3+
- SPs: none
- Hippocampal sclerosis: none
- Hippocampal ferruginization: none
- Microinfarcts: none
- Lewy bodies, CA1, synuclein: none
    - Synuclein positive neurites in CA2/3: none

Entorhinal cortex:
- Neuronal loss: 1+
- Astrocytosis: 1+
- NFTs layer 4/5 @ 200X: 4+
- SPs; layer 4/5 @ 100X; neuritic: none
- Lewy bodies: none

Transentorhinal: 1-2+
Cerebral white matter:
- Rolandic:
    - Loss of myelinated nerve fibers: 1+
    - Arteriolosclerosis:    1+
    - Microinfarcts: none
    - Perivascular macrophages: 3+
    - Cribriform state: none
- Inferior parietal:
    - Loss of myelinated nerve fibers: 1+
    - Arteriolosclerosis: 2+
    - Microinfarcts: none
    - Perivascular macrophages: 2+

- Cribriform state: none

Dorsolateral frontal:
- Loss of myelinated nerve fibers: 1+
- Arteriolosclerosis: 1+
- Microinfarcts: none
- Perivascular macrophages: 2+
- Cribriform state: none

Temporal isocortex and Extreme/external capsule:
- Arteriolosclerosis: 1+
- Microinfarcts: none
- Perivascular macrophages: 3+
- Cribriform state: 2+

Parastriate:
- Loss of myelinated nerve fibers: 1+
- Arteriolosclerosis: 1+
- Microinfarcts: none
- Perivascular macrophages: 3+
- Cribriform state: none

V. Subcortical Nuclei:

Amygdala:
- Neuronal loss: 1+
- Astrocytosis: 1+
- NFTs: 4+
- SPs: none
- Lewy bodies: none
- Alpha-synuclein positive neurites: none

Substantia innominata (nuc basalis Meynert):
- Neuronal loss: 1+
- NFTs: 4+
- Lewy bodies: none

Caudate/ Putamen
- Cribriform state: none
- Microinfarcts: none
- Arteriolosclerosis: none
- NFTs: 3+ accumbens only

Globus pallidus : unremarkable

Thalamus:
- Microinfarcts: none
- Astrocytosis: none
- NFTs: 2+

Hypothalamus:
- NFTs: 4+

Mammillary bodies:
- NFTs: 2+

VI. Brainstem

Periventricular aqueductal gray: 1+ AT8
- Gliosis: 3+ periaqueductal region

Superior colliculus:
- glial NFTs: 1+

Substantia nigra, pars compacta:
- Neuronal loss: 1+
- Astrocytosis: none
- Extraneuronal pigment: 1+
- Lewy bodies: none
- Lewy neurites: none
- Pale bodies: none
- Spheroids: none
- NFTs: 3+
- Microinfarcts: none

- pars reticulata: none
  cerebral peduncle: none

Dorsal and median raphe:
    Neuronal loss: 1+
    NFTs: 4+
    Lewy bodies: 1+

Midbrain reticular formation: 1-2+ AT8

Locus coeruleus:
    Neuronal loss: 1+
    NFTs: 4+
    Lewy bodies: none

Basis pontis:
    NFTs: rare

Dorsal nucleus of the vagus:
    Lewy bodies: none
    NFTs: 1-2+

Inferior olives:
    Neuronal loss: none
    NFTs: none

Pyramid: unremarkable

VII. Cerebellum:
Cortex: unremarkable
Dentate nucleus: unremarkable
Purkinje cells:
    Neuronal loss: 1+
White matter: unremarkable

VII: Spinal cord:
Cervical:
    Tau immunoreactive neurites: 1+
    NFTs: none
    Anterior horn cell loss: none
    Corticospinal tract degeneration: none

DIAGNOSES:

1. Chronic Traumatic Encephalopathy: Stage III/IV with classic pattern of neurofibrillary tau pathology involving frontal, temporal and insular cortices, subcortical white matter, hypothalamus, thalamus, mammillary bodies, substantia nigra, median raphe, locus coeruleus. TDP-43 neurites are primarily limited to the lateral midbrain in a region characterized by marked glial tangles. There is no evidence of Alzheimer's disease, there is no beta amyloid protein deposition, and there is no amyloid angiopathy. A few alpha-synuclein positive Lewy bodies are found in the olfactory bulb and median raphe. The white matter is notable for myelinated fiber loss, axonopathy especially prominent around blood vessels and thickened small arterioles with abundant hemosiderin-laden perivascular macrophages.

NEUROPATHOLOGIST:

*[signature]*

Ann C. McKee, MD