CONFIDENTIAL PURSUANT TO COURT ORDER

### Number of Claims Paid per Year by Qualifying Diagnosis

| Years | ALS | Death w/ CTE | Parkinson's | Alzheimer's | Level 2.0 | Level 1.5 | Total |
|---|---|---|---|---|---|---|---|
| 1 | 17 | 51 | 14 | 153 | 111 | 319 | 665 |
| 2 | 0 | 0 | 1 | 7 | 5 | 34 | 47 |
| 3 | 0 | 0 | 1 | 9 | 7 | 40 | 57 |
| 4 | 1 | 0 | 1 | 11 | 8 | 44 | 66 |
| 5 | 0 | 0 | 1 | 15 | 11 | 48 | 75 |
| 6 | 0 | 0 | 2 | 19 | 14 | 49 | 83 |
| 7 | 0 | 0 | 2 | 19 | 14 | 50 | 85 |
| 8 | 0 | 0 | 2 | 22 | 16 | 53 | 92 |
| 9 | 0 | 0 | 2 | 24 | 17 | 53 | 96 |
| 10 | 0 | 0 | 2 | 26 | 19 | 54 | 101 |
| 11 | 0 | 0 | 2 | 26 | 19 | 57 | 105 |
| 12 | 0 | 0 | 2 | 27 | 20 | 57 | 107 |
| 13 | 0 | 0 | 3 | 28 | 21 | 57 | 109 |
| 14 | 1 | 0 | 3 | 28 | 20 | 59 | 110 |
| 15 | 0 | 0 | 3 | 29 | 21 | 59 | 111 |
| 16 | 0 | 0 | 3 | 31 | 22 | 64 | 120 |
| 17 | 0 | 0 | 3 | 30 | 22 | 64 | 119 |
| 18 | 1 | 0 | 3 | 30 | 22 | 61 | 116 |
| 19 | 0 | 0 | 3 | 32 | 23 | 60 | 117 |
| 20 | 1 | 0 | 3 | 32 | 23 | 65 | 123 |
| 21 | 1 | 0 | 3 | 34 | 25 | 66 | 130 |
| 22 | 0 | 0 | 3 | 34 | 25 | 64 | 126 |
| 23 | 0 | 0 | 3 | 32 | 24 | 69 | 128 |
| 24 | 1 | 0 | 3 | 32 | 23 | 65 | 123 |
| 25 | 1 | 0 | 3 | 35 | 25 | 64 | 128 |
| 26 | 0 | 0 | 3 | 35 | 26 | 71 | 136 |
| 27 | 0 | 0 | 3 | 34 | 25 | 74 | 136 |
| 28 | 1 | 0 | 3 | 37 | 27 | 76 | 144 |
| 29 | 0 | 0 | 3 | 34 | 25 | 74 | 136 |
| 30 | 0 | 0 | 3 | 33 | 24 | 72 | 133 |
| 31 | 0 | 0 | 3 | 38 | 28 | 80 | 149 |
| 32 | 0 | 0 | 4 | 39 | 29 | 77 | 149 |
| 33 | 1 | 0 | 4 | 41 | 30 | 74 | 149 |
| 34 | 0 | 0 | 4 | 39 | 29 | 69 | 141 |
| 35 | 1 | 0 | 4 | 39 | 28 | 62 | 133 |
| 36 | 0 | 0 | 4 | 42 | 31 | 55 | 132 |
| 37 | 1 | 0 | 4 | 41 | 30 | 55 | 130 |

CONFIDENTIAL PURSUANT TO COURT ORDER

Number of Claims Paid per Year by Qualifying Diagnosis

| Years | ALS | Death w/ CTE | Parkinson's | Alzheimer's | Level 2.0 | Level 1.5 | Total |
|---|---|---|---|---|---|---|---|
| 38 | 0 | 0 | 4 | 39 | 28 | 54 | 125 |
| 39 | 1 | 0 | 3 | 36 | 26 | 53 | 119 |
| 40 | 0 | 0 | 3 | 33 | 24 | 55 | 115 |
| 41 | 0 | 0 | 3 | 29 | 21 | 55 | 107 |
| 42 | 0 | 0 | 3 | 28 | 21 | 52 | 103 |
| 43 | 0 | 0 | 3 | 28 | 20 | 52 | 102 |
| 44 | 0 | 0 | 3 | 28 | 20 | 52 | 102 |
| 45 | 0 | 0 | 3 | 29 | 21 | 50 | 103 |
| 46 | 0 | 0 | 3 | 29 | 21 | 49 | 101 |
| 47 | 0 | 0 | 2 | 27 | 20 | 46 | 96 |
| 48 | 0 | 0 | 2 | 27 | 20 | 48 | 98 |
| 49 | 0 | 0 | 3 | 28 | 20 | 45 | 95 |
| 50 | 0 | 0 | 2 | 27 | 19 | 37 | 86 |
| 51 | 0 | 0 | 2 | 26 | 19 | 35 | 83 |
| 52 | 0 | 0 | 2 | 24 | 17 | 30 | 73 |
| 53 | 0 | 0 | 2 | 26 | 19 | 25 | 71 |
| 54 | 0 | 0 | 2 | 23 | 17 | 21 | 64 |
| 55 | 0 | 0 | 2 | 20 | 14 | 18 | 54 |
| 56 | 0 | 0 | 2 | 19 | 14 | 14 | 48 |
| 57 | 0 | 0 | 1 | 15 | 11 | 7 | 35 |
| 58 | 0 | 0 | 1 | 13 | 9 | 4 | 28 |
| 59 | 0 | 0 | 1 | 11 | 8 | 2 | 22 |
| 60 | 0 | 0 | 1 | 9 | 7 | 1 | 18 |
| 61 | 0 | 0 | 1 | 7 | 5 | 0 | 13 |
| 62 | 0 | 0 | 0 | 3 | 2 | 0 | 7 |
| 63 | 0 | 0 | 0 | 2 | 1 | 0 | 4 |
| 64 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| 65 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 32 | 51 | 164 | 1,802 | 1,310 | 3,314 | 6,674 |

**Notes:**
1) Results are based upon the average of 10 stochastically generated runs of the model.

2) As explained in paragraph 41 (d) of our report, we have assumed that players who we projected to develop Parkinson's, Alzheimer's or Level 2.0 will first pass through Level 1.5 five years prior to their diagnosis to Parkinson's, Alzheimer's or Level 2.0. These results reflect their claims when they develop Level 1.5 and their supplemental claims when they develop Parkinson's, Alzheimer's or Level 2.0.

3) 3,186 of the 3,314 claimants with a Level 1.5 diagnosis are assumed to progress to Parkinson's, Alzheimer's or Level 2.0. We project that 3,488 total expected claimants will make 6,674 total claims. Of those 3,488 expected claimants, we assume that 3,186 will make multiple claims, first for Level 1.5 then for Parkinson's, Alzheimer's or Level 2.0.

02/24/2014

Supplemental Information_Table2

The Segal Company

CONFIDENTIAL PURSUANT TO COURT ORDER

| Eligible Season | Over 65 Years Paid Claimants by Qualifying Diagnosis and Eligible Seasons | | | | | |
|---|---|---|---|---|---|---|
| | ALS | Death w/ CTE | Parkinson's | Alzheimer's | Level 2.0 | Level 1.5 | Total |
| <1 | 1 | 3 | 6 | 61 | 45 | 116 | 231 |
| 1 | 7 | 7 | 40 | 442 | 321 | 823 | 1,641 |
| 2 | 4 | 3 | 23 | 250 | 182 | 461 | 922 |
| 3 | 3 | 1 | 17 | 183 | 133 | 339 | 676 |
| 4 | 1 | 3 | 13 | 141 | 103 | 260 | 521 |
| 5 | 3 | 2 | 12 | 134 | 98 | 242 | 492 |
| 6 | 2 | 5 | 10 | 108 | 78 | 199 | 401 |
| 7 | 2 | 4 | 8 | 91 | 66 | 167 | 340 |
| 8 | 2 | 2 | 8 | 93 | 67 | 164 | 337 |
| 9 | 2 | 4 | 7 | 76 | 55 | 140 | 285 |
| 10 | 1 | 5 | 6 | 70 | 51 | 124 | 257 |
| >10 | 3 | 12 | 14 | 152 | 111 | 279 | 572 |
| Total | 32 | 51 | 164 | 1,802 | 1,310 | 3,314 | 6,674 |

Notes:
1) Results are based upon the average of 10 stochastically generated runs of the model.

2) As explained in paragraph 41 (d) of our report, we have assumed that players who we projected to develop Parkinson's, Alzheimer's or Level 2.0 will first pass through Level 1.5 five years prior to their diagnosis to Parkinson's, Alzheimer's or Level 2.0. These results reflect their claims when they develop Level 1.5 and their supplemental claims when they develop Parkinson's, Alzheimer's or Level 2.0.

3) 3,186 of the 3,314 claimants with a Level 1.5 diagnosis are assumed to progress to Parkinson's, Alzheimer's or Level 2.0. We project that 3,488 total expected claimants will make 6,674 total claims. Of those 3,488 expected claimants, we assume that 3,186 will make multiple claims, first for Level 1.5 then for Parkinson's, Alzheimer's or Level 2.0.