Privileged and Confidential

**Table 2-1**

**Former Players with Compensable Concussion-Related Injury**
**by Type of Injury with Total Compensation**
**($ millions)**

| Most Serious Injury/ Disease | Total Claims | | Total Compensation | |
|---|---|---|---|---|
| | Count | Percent | Amount | Percent |
| Compensable Injury/Disease | | | | |
| ALS | 18 | 0.5% | $49.4 | 5.3% |
| Death w/CTE | 46 | 1.3% | $64.9 | 7.0% |
| Parkinson's | 14 | 0.4% | $3.2 | 0.3% |
| Alzheimer's | 1,757 | 48.9% | $474.9 | 50.9% |
| Level 2 | 1,761 | 49.0% | $341.0 | 36.5% |
| Level 1.5 | na | na | na | na |
| Total, Compensable | 3,596 | 100.0% | $933.4 | 100.0% |
| Not Compensated | 17,474 | na | na | na |
| Grand Total | 21,070 | na | $933.4 | 100.0% |

Note: All compensation categorized by most serious injury. All Level 1.5 claims are assumed to progress to Level 2 and more serious levels. $248 million is paid to former players at Level 1.5. This amount is included in the category of their most serious disease as follows: $212 milion paid at Level 2; $34 million to Alzheimer's and $2 million to other disease types. Players are not compensated because they did not experience a compensable injury or did not file a claim.

The overwhelming percent of compensable claims and compensation is paid to former players with Alzheimer's disease or Level 2 neurocognitive disorders – 98% of compensable claims and 87% of compensation. The distribution of claims reflects the relative probabilities of the occurrence of the various diseases in the general population combined with the additional incidence related to concussions.

*Timing of Compensation Payments and Funding*

Table 2-2 shows the timing of payments to former players and the receipt of funding by the settlement fund through the payment of the last compensable claim. The timing and total amount of funding are sufficient to pay all claims.

- Compensation payments in the first five years are high because there are a relatively large number of former NFL players who have already indicated they intend to file a claim. These claimants include former players who have already been diagnosed with a

5

Privileged and Confidential

compensable injury and will be paid in the first few years of the settlement fund. After these claims are resolved, the fund will be receiving and paying claims at a significantly lower rate, as the filing of future claims depends on the timing of the manifestation of future compensable injuries;

- The initial funding amount of approximately $364 million (55% of the total funding) is designed to provide enough assets to pay the compensable claims already identified and to cover the startup costs of the claim processing facility while still leaving a significant asset. The remaining assets are supplemented with an additional $311 million which is paid in annual installments through 2033. At that time, the remaining assets of the settlement fund (with earnings) are sufficient to pay all remaining claims.

- The Fund Balance increases through 2034 as the additional funding and earnings exceed the required amount to pay claims. The fund balance begins to decline after that as the settlement fund continues to pay claims, but with earnings as its only source of revenue - there is no additional funding contributed after 2033. The last claim is paid in the early 2080s at which time the fund is estimated to have a balance of approximately $80 million.[3]

### Table 2-2
### Settlement Fund Compensation Payments, Funding and Earnings
### Through the Payment of the Last Compensable Claim
### ($ millions)

| Time Period | Compensation Amount[1] | Funding | Earnings | End of Period Fund Balance |
|---|---|---|---|---|
| 2014 through 2018 | $292.3 | $364.0 | $25.0 | $91.6 |
| 2019 through 2023 | $78.2 | $103.7 | $28.1 | $143.8 |
| 2024 through 2028 | $95.5 | $103.7 | $38.6 | $189.0 |
| 2029 through 2038 | $178.6 | $103.7 | $103.2 | $214.0 |
| 2039 through 2048 | $167.7 | $0.0 | $72.9 | $116.2 |
| Remaining 35 Years | $133.3 | $0.0 | $103.4 | $80.4 |
| Total | $945.5 | $675.0 | $371.2 | na |

[1]Includes processing Costs

Note: Funding plus earnings is actually slightly in excess of the amount needed to pay all claims.

---

[3] The $80 million balance in the early 2080s implies overfunding of only approximately $5 million at 2014 levels.

6