UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, | No. 12-md-2323 (AB) |
| THIS DOCUMENT RELATES TO:<br><br>OTTIS ANDERSON | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Jason A. Zweig as counsel of record for former NFL player, OTTIS ANDERSON, in the above-referenced action. All notices and copies of pleadings, papers, and other materials relevant to this action that are not served via the ECF system should be directed to and served upon:

Jason A. Zweig
Hagens Berman Sobol Shapiro LLP
555 Fifth Avenue, Suite 1700
New York, New York 10017

Dated:  December 2, 2014               **HAGENS BERMAN SOBOL SHAPIRO LLP**

By: s/ Jason A. Zweig
    Jason A. Zweig
555 Fifth Avenue
Suite 1700
New York, New York 10017
Tel: (212) 856-7227
Fax: (917) 210-3980
jasonz@hbsslaw.com

010409-11  734949 V1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2323, on this 2nd day of December, 2014.

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: s/ Jason A. Zweig
  Jason A. Zweig

010409-11 734949 V1