# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) |
| | MDL NO. 2323 |
| ———————————————————— DAMON KEANE WASHINGTON | **ENTRY OF APPEARANCE** |
| v. | |
| NATIONAL FOOTBALL LEAGUE, ET AL  No. 2:12-cv-04636-AB | |

## ENTRY OF APPEARANCE
## ON BEHALF OF DAMON KEANE WASHINGTON

**NOW COMES** the undersigned Norman A. Abood, Esq. who does hereby give this Court and all interested parties notice of his entry of appearance as trial counsel for all purposes on behalf of plaintiff's Damon Keane Washington. The undersigned's contact information is as follows:

Norman A. Abood, Esq.
203 Fort Industry Square
152 N. Summit Street
Toledo, OH  43604
Telephone: (419) 724-3700
Fax:  (419) 724-3701
Email:  norman@nabood.com

Please mark your records accordingly.

Dated: December 3, 2014          Respectfully Submitted,
                                 THE LAW OFFICE OF NORMAN A. ABOOD
                                 /s/ *Norman A. Abood*
                                 Norman A. Abood, Esq. (0029004)

        203 Fort Industry Square
        152 N. Summit Street
        Toledo, OH  43604
        Ph.       (419) 724-3700
        Fax.      (419) 724-3701
        Email:    norman@nabood.com

*Attorney for Plaintiff's,*
*Damon Keane Washington*

## Certificate of Service

The undersigned hereby certifies that the above document was served on all parties on this 3rd day of December, 2014, by filing the document in the Court's ECF filing system, which gives e-mail notice to all attorneys of record.

/s/ *Norman A. Abood*
Norman A. Abood. Esq

*Attorney for Plaintiff's*
*Damon Keane Washington*