UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB <br><br> MDL No. 2323 <br><br> Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | |

## CO-LEAD CLASS COUNSEL'S RESPONSE TO MOTION OF PUBLIC CITIZEN, INC. FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM AS *AMICUS CURIAE*

Co-Lead Class Counsel hereby oppose Public Citizen's motion for leave to file a supplemental memorandum [ECF No. 6451]. This organization already has managed to express its particularized views about class action settlements in this case, notwithstanding the absence of any order granting it leave to participate as an *amicus*, because several class member objectors adopted its earlier-filed papers by reference. In the interim, Public Citizen has taken the aggressive tack of improperly contacting one of Class Counsel's experts, conduct inconsistent with the role of a disinterested *amicus* which should disentitle it from further involvement in this case. Its latest motion should be denied.

### BACKGROUND

On October 14, 2014, Public Citizen filed a motion for leave to file a memorandum as *amicus curiae* [ECF No. 6214]. Public Citizen also filed a related motion for leave to participate at the November 19, 2014 Fairness Hearing [ECF No. 6271]. Co-Lead Class Counsel elected not to oppose Public Citizen's motion for leave to file a memorandum, but objected to the organization's request to participate at the hearing [ECF No. 6330]. On November 10, 2014, the

Court denied Public Citizen's request to participate at the hearing without ruling on its motion for leave to file a memorandum [ECF No. 6415].  Several objectors adopted Public Citizen's arguments, effectively mooting any potential need for its participation as an *amicus*.  *See* ECF No. 6230 at 2; ECF No. 6241 at 34.

On November 15, 2014, after its request to participate at the Fairness Hearing had been denied, Public Citizen's counsel contacted Class Counsel's expert, Professor Robert Klonoff, to seek certain informal discovery from him, an aggressive maneuver that not only contravened the procedures set forth by the Court for the handling of these proceedings, but also applicable ethics rules.  *See* Exhibit A (November 17, 2014 letter of Christopher Seeger to Alan Morrison).  An exchange of letters, on which the Court was copied, followed.  *See* Exhibit B.

On December 1, 2014, Public Citizen moved for leave to file a supplemental *amicus* memorandum, which it attached to its motion and which essentially reiterates the central argument that Public Citizen raised in its original *amicus* memorandum—that Class Counsel cannot, in its view, adequately represent all of the members of this class.

## DISCUSSION

**The Court Should Deny Public Citizen's Motion for Leave to File a Supplemental Memorandum**

Public Citizen's proposed supplemental memorandum merely restates the primary theme of its original motion, and, in any event, its position has been voiced, and in several cases adopted, by the objectors already.  Not only is its continued effort to participate as an *amicus* effectively moot, but its conduct is inconsistent with that of a friend of the Court, and it should be disallowed from further participation.

To begin with, Public Citizen's views on the proposed settlement, expressed in its original *amicus* motion and reiterated in its supplemental memorandum, are already well-

represented by the other objectors—all of whom, unlike Public Citizen, *are* class members.[1] Indeed, Public Citizen's original motion itself acknowledged the existence of redundancy to "the filings of the Morey objectors." [ECF No. 6214 at 5 (referring to ECF No. 6201)]. In addition, as noted above, two of the objectors have expressly adopted Public Citizen's original proposed memorandum of law [ECF No. 6230 at 2; ECF No. 6241 at 34]. Moreover, Public Citizen's proposed supplemental memorandum does not raise any new contentions, but rather expands on arguments it already raised in its original motion. As a practical matter, therefore, Public Citizen's views already are before the Court. In fact, it was in part because of the redundancy of Public Citizen's request that Co-Lead Class Counsel opposed, and the Court denied, Public Citizen's request to participate at the Fairness Hearing.

Lastly, after the Court denied Public Citizen's request to participate at the Fairness Hearing, Public Citizen's counsel, Alan Morrison, inappropriately sent an email to Professor Robert H. Klonoff, an expert consultant retained by Co-Lead Class Counsel,[2] the substance of which constituted both a violation of Fed. R. Civ. P. 26(b)(4) and an *ex parte* attempt to intimidate a tendered expert in a pending legal matter that is utterly inconsistent with the supposed disinterested status of a proper *amicus*.

In short, Public Citizen has already been afforded the opportunity to express its views, which several objectors have voiced, and in several cases adopted, as their own. In light of Public Citizen's inappropriate contact with Professor Klonoff, the Court should reject Public Citizen's attempts to inject itself further into these proceedings.

---

[1] For example, the objectors already take issue with what they perceive as intra-class conflict related to the facts that, in their view, the settlement does not compensate all class members [ECF No. 6201 at 20-32; ECF No. 6213 at 2-5; ECF No. 6230 at 7-8; ECF No. 6237 at 2], and does not properly differentiate monetary awards amongst the class's various disease types [ECF No. 6230 at 11].

[2] Mr. Morrison's offending email is included with the letter attached as Exhibit A hereto.

**CONCLUSION**

Accordingly, Co-Lead Class Counsel respectfully request that the Court deny Public Citizen's motion for leave to file a supplemental memorandum as *amicus curiae*.

Dated:  December 4, 2014

>Respectfully submitted,
>
>/s/ Christopher A. Seeger
>Christopher A. Seeger
>SEEGER WEISS LLP
>77 Water Street
>New York, NY 10005
>Phone:  (212) 584-0700
>Fax:  (212) 584-0799
>cseeger@seegerweiss.com
>
>**Co-Lead Class Counsel**
>
>Sol Weiss
>ANAPOL SCHWARTZ
>1710 Spruce Street
>Philadelphia, PA 19103
>Phone:  (215) 735-1130
>Fax:  (215) 735-2024
>
>**Co-Lead Class Counsel**

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing was served electronically via the Court's electronic filing system on the 4th day of December, 2014, upon all counsel of record.

Dated:   December 4, 2014

                                            /s/ Christopher A. Seeger
                                            Christopher A. Seeger