UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | : : : : | |

## ORDER

AND NOW, the Court having considered the submissions of the parties in Support of and in Opposition to the Motion of Public Citizen, Inc. for Leave to File Supplemental Memorandum as Amicus Curiae [ECF No. 6451], and for good cause shown,

IT IS on this _____ day of _____, 2014, hereby ORDERED that the motion is DENIED.

_____
ANITA B. BRODY, J.