UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br>      Plaintiffs,<br>      v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>      Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**PROPOSED ORDER**

AND NOW, this _____ day of _____, 2014, after consideration of the Motion for Order Requiring the NFL To Disclose Documents, and any responses thereto, it is hereby ORDERED that the Motion is GRANTED.  The NFL and NFL Properties, LLC, are ordered to disclose, by _____, 201_: (1) documents showing the full extent of their knowledge regarding Chronic Traumatic Encephalopathy ("CTE") and its link to playing football; (2) any documents in their possession relating to any interactions between the NFL and ESPN, Inc.  involving the Public Broadcasting System documentary and book *League of Denial*, authored by Mark Fainaru-Wada and Steve Fainaru; and (3) documents reflecting the extent to which insurance will pay for the Settlement.

                                          BY THE COURT:

                                          _____
                                          ANITA B. BRODY
                                          United States District Judge