| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br>　　　　Plaintiffs,<br>　　　　　　v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>　　　　Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## PROPOSED ORDER

AND NOW, this _____ day of _____, 2014, after consideration of the Motion to Seek Disclosure of Payments to Experts, and any responses thereto, it is hereby ORDERED that the Motion is GRANTED. The NFL and NFL Properties, LLC, are ordered to disclose, by _____, 201_: (i) any direct or indirect financial payments or donations made to their experts, their experts' employees or associates, or organizations with which their experts are affiliated, which were made since January 1, 2009; and (ii) any agreements, formal or informal, to make direct or indirect payments or donations to their experts, their experts' employees or associates, or organizations with which their experts are affiliated, at any time in the future.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANITA B. BRODY
　　　　　　　　　　　　　　　　　　　　United States District Judge