UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## SUPPLEMENTAL DECLARATION OF DOUGLAS M. BURNS

DOUGLAS M. BURNS declares pursuant to 28 U.S.C. § 1746:

1. I am an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel to Defendants National Football League and NFL Properties LLC (collectively, the "NFL Parties") in MDL No. 2323. I respectfully submit this declaration in support of the National Football League's and NFL Properties LLC's Reply Memorandum of Law in Further Support of Final Approval of the Class Action Settlement Agreement and in Response to Objections.

2. Attached as Exhibit 1 is a true and correct copy of the Court's Memorandum & Order dated December 2, 2014 in *Smith v. National Football League Players' Association*, No. 4:14-cv-01559 (E.D. Mo.), Doc. No. 34.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
         December 12, 2014

                                                    _____
                                                         Douglas M. Burns