# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>             Plaintiffs,<br><br>             v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>             Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## CO-LEAD CLASS COUNSEL'S NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF MOTION FOR AN ORDER GRANTING FINAL APPROVAL OF SETTLEMENT AND CERTIFICATION OF CLASS AND SUBCLASSES AND OMNIBUS RESPONSE TO POST-FAIRNESS HEARING SUBMISSIONS

Co-Lead Class Counsel respectfully request that the Court take notice of the attached December 17, 2014 Order granting the motion to dismiss of defendant, National Football League ("NFL"), in *Dent v. Nat'l Football League*, No. C 14-02324 WHA (N.D. Cal. Dec. 17, 2014). The *Dent* Court agreed with the NFL that the plaintiffs' claims in that case were preempted by the Labor Management Relations Act, 29 U.S.C. § 186. This is the same basis upon which the NFL relied in moving to dismiss the case *sub judice*. *See* ECF No. 3589.

We submit that the recent decision of the *Dent* Court further demonstrates the reality of the litigation risks that plaintiffs would have faced if the instant case were to have continued to be litigated, rather than settled, as discussed in the Brief in Support of Plaintiffs' Motion for an Order Granting Final Approval of Settlement and Certification of Class and Subclasses [ECF No. 6423-1], at 52-60, 62-64 and Plaintiffs' Reply Brief [ECF No. 6467], at 17, 17 n.12, 30.  The recognition and evaluation of such litigation risks are part of the analyses to be conducted under *Girsh v. Jepson*, 521 F.2d 153, 157 (3d Cir. 1975) – the so-called fourth and ninth *Girsh* factors.

Dated:  December 19, 2014

<div style="margin-left:40%">

Respectfully submitted,


/s/ Christopher A. Seeger
Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

**Co-Lead Class Counsel**

Sol Weiss
ANAPOL SCHWARTZ
1710 Spruce Street
Philadelphia, PA 19103
Phone: (215) 735-1130
Fax: (215) 735-2024
sweiss@anapolschwartz.com

**Co-Lead Class Counsel**

</div>

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 19th day of December, 2014, upon all counsel of record.

Dated: December 19, 2014                    /s/ Christopher A. Seeger

                                            Christopher A. Seeger