# November 19, 2014 Fairness Hearing Demonstrative Slides Presented By Counsel for the Morey Objectors

### *In re NFL Concussion Injury Litigation*,
### No. 2:12-md-2323 (E.D. Pa.)

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League  et al.<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB |

# Objections to Class Action Settlement



# Denial of Final Approval Is Appropriate Where:

"[T]he settlement treats 'similarly situated class members differently'"

OR

"[T]he settlement releases 'claims of parties who received no compensation in the settlement'"

*Ehrheart v. Verizon Wireless*, 609 F.3d 590, 604 (3d Cir. 2010)
(quoting Manual for Complex Litigation, Fourth, § 21.61)

1

# Class Action Settlement Agreement

Section 18.1   Releases

(a) ···

hereby waive and release, forever discharge and hold harmless the Released Parties, and each of them, of and from any and all past, present and future claims ···

(ii)   arising out of, or relating to, head, brain and/or cognitive injury, as well as any injuries arising out of, or relating to, concussions and/or subconcussive events ···

(iv)   arising out of, or relating to, CTE; and/or

2



Healthy Brain



Brain Diseased
With CTE

# What is CTE?

Progressive degenerative brain disease

In people who suffered repetitive brain trauma (concussive and sub-concussive)

Objectors' Experts      Agreed
Dr. Gandy Decl. ¶ 4    Dr. Hovda (Class Cnsl.) Decl. ¶ 19

3

# What is CTE?

A brain with CTE shows tau tangles in certain locations and patterns

A healthy brain does not

Objectors' Experts
Tau protein builds up in the brain in a specific pattern that is unique to CTE.  (Dr. Gandy Decl. ¶¶ 4, 15)

Agreed
Scientists diagnose CTE by "determin[ing] if something called the 'tau protein' is present and in a particular pattern...."  (Dr. Yaffe (NFL) Decl. ¶ 55)



4

# What is CTE?

In contrast to Alzheimer's, Parkinson's, and ALS, CTE *requires* repetitive head trauma

*"The Industrial Disease of Football"*

Objectors' Experts
Dr. Gandy Decl. ¶ 4

Agreed
Dr. Hovda (Class Cnsl.) Decl. ¶ 19

# What is CTE?

*definitive* diagnosis - post mortem
(but lack of precision in diagnosing other
neurological diseases in the living)

Objectors' Experts
Dr. Stern Decl. ¶ 36
Dr. Gandy Decl. ¶ 15

Agreed
Dr. Schneider (NFL) Decl. ¶¶ 22, 42

6

# What is CTE?

# Within the next five to ten years, there will be highly accurate, clinically accepted methods to diagnose CTE during life

Objectors' Experts
Dr. Stern Decl. ¶ 38

Agreed
Dr. Hovda (Class Cnsl.) (quoted in Jane Leavy, *The Woman Who Would Save Football*, Grantland (Aug. 17, 2012), http://grantland.com/features/neuropathologist-dr-ann-mckee-accused-killing-football-be-sport-only-hope)

# What is CTE?

| STAGE I | STAGE II | STAGE III | STAGE IV |
|---------|----------|-----------|----------|
| Short-term memory difficulties | Short-term memory loss | Memory loss with mild dementia | Severe memory loss with dementia |
| Executive dysfunction | Executive dysfunction | Executive dysfunction | Executive dysfunction |
| Loss of attention and concentration | Loss of attention and concentration | Loss of attention and concentration | Profound loss of attention and concentration |
| Explosivity / aggression | Explosivity / aggression | Explosivity / aggression | Explosivity / aggression |
| Suicidality | Suicidality | Suicidality | Suicidality |
| Headaches | Headaches | Headaches | Depression |
| | Mood swings or depression | Mood swings or depression | Impulsivity |
| | Impulsivity | Impulsivity | Language difficulties |
| | Language difficulties | Language difficulties | Visuospatial difficulties |
| | | Visuospatial difficulties | Apathy |
| | | Apathy | Paranoia |

Source: McKee et al. 2013 (Nitz Decl. Ex. 5)

8

# NFL Causes CTE: Class Allegation



# NFL Causes CTE: Science



## 2013 Published Study in BRAIN Journal

**34** of **35** deceased professional

players diagnosed with **CTE**

## 2014 Research Update

**76** of **79** deceased NFL

players diagnosed with **CTE**

# NFL Causes CTE: Opinion of Class Counsel

**SEEGERWEISS**LLP

Call Us Toll Free:
888-584-0411

HOME    OUR FI...              ...US

==Multiple medical studies== have found direct correlation between football concussions and suffering from symptoms of _chronic traumatic encephalopathy_, also known as CTE. CTE is believed to be ==the most serious and harmful disease that results from NFL and concussions.== CTE is a progressive

...tball ...om a concussion-related disease?

Up-to-Date Information on NFL Football Concussions

After years of denying the scientific evidence that links repeated football concussions with long-term brain damage, the NFL is currently in the hot seat. A flood of multi-district NFL lawsuits are finally making this powerful organization take notice.

As Plaintiffs' Co-Lead Counsel, we deeply care about this topic—and about keeping the public up-to-date on the latest findings and pursuit of justice. We encourage those of you who would like to simply stay abreast of this volatile topic or those who want helpful information for a possible lawsuit, to bookmark this page.

Free Case Evaluation

Recipient of The National Law Journal's Plaintiffs Hot List

Full Name

11

*Post*-July 7, 2014 Award For CTE  ⟶  **$0**

Seeger Decl. ¶ 37
NFL Brief p. 78

12

# Compensation for Dementia ≠ Compensation for CTE



Death with CTE
_Before_ July 7, 2014

CTE
Stage 1
Stage 2
Stage 3
Stage 4

$4 million

Death with CTE
_On or After_ July 7, 2014

CTE
Stage 1
Stage 2

**$0**

Stage 3
Stage 4

Claims Process

— ? — Dementia 1.5 → $1.5 million

— ? — Dementia 2.0 → $3 million

13

# INTRACLASS CONFLICT

# Denial of Final Approval Is Appropriate Where:

Class representatives fail to "fairly and adequately represent the interests of the class."

Fed. R. Civ. P. 23(a)(4)

The "linchpin of the adequacy requirement is the alignment of interests and incentives between the representative plaintiffs and the rest of the class."

*Dewey v. Volkswagen Aktiengesellschaft*, 681 F.3d 170, 183 (3d Cir. 2012)

15

# Representative plaintiffs do not allege:

►        Have or at risk of having CTE

►        Played in NFL Europe

►        Subject to TBI/Stroke Set-Offs

**Rights bargained away**

# Intraclass Conflict:
## Unequal Compensation for Equal Condition – CTE

Death with CTE (stages I-IV)
*before* July 7, 2014  ⟶  $4 million
(max)

Death with CTE (stages I-IV)
*on or after* July 7, 2014  ⟶  **$0**

17

# Intraclass Conflict:
# Unequal Compensation for Equal Exposure – NFL Europe

Operated by NFL 1991-1992, 1995-2007

Same rules

Same equipment

Same players

Morey Declaration

Heimburger Declaration

18

# Intraclass Conflict:
## Unequal Compensation for Equal Exposure – NFL Europe

 3+ Games on Active Roster  1 Eligible Season

8+ Games on Developmental Squad ──➤ 0.5 Eligible Season

 10 Game Season ──➤ 0 Eligible Seasons

Both NFL and NFL Europe players release all claims

19

# Intraclass Conflict:
# Unequal Compensation for Equal Exposure – NFL Europe



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATION
PLAYERS'
LITIGATION

Kevin Turner an
on behalf of then
others similarly

Plaintiffs,

v.

National Footba
NFL Properties,
successor-in-inte
NFL Properties,

Defendants.

THIS DOCUME
ALL ACTIONS

DECLARATION OF ROBERT H. KLONOFF RELATING TO THE PROPOSED CLASS
SETTLEMENT IN THE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION
INJURY LITIGATION

16.   …   I also asked that counsel explain the rationale underlying the treatment of seasons played by class members in NFL Europe. I believe as well that the parties should consider modifications to the settlement agreement to address the NFL Europe issue.

93.   Several objectors complain that the settlement does not include time in NFL Europe in calculating eligible seasons for monetary awards.[140]  It is my belief that the parties should consider modifications to the settlement to address this issue .

Klonoff (Class Cnsl.) Decl.
¶¶ 16, 93

20

NOTICE

# Class Counsel's Notice Statistics Are Misleading

**78%** of the 65,000 people who visited the website <span style="color:red">looked only at the first page</span>

The average viewer looked for <span style="color:red">a minute or less</span>

Brown Decl. Attachment 7

# Short Form Notice



## What does the Settlement provide?

The Settlement provides money for three benefits:

- Baseline medical exams to determine if retired players suffer from neurocognitive impairment and are entitled to additional testing and/or treatment ($75 million),

- Monetary awards for diagnoses of ALS (Lou Gehrig's disease), Alzheimer's Disease, Parkinson's Disease, Dementia and certain cases of chronic traumatic encephalopathy or CTE (a neuropathological finding) diagnosed after death. The maximum monetary awards range from $1.5 million to $5 million depending on the diagnosis. All valid claims will be paid in full for 65 years; and

- Education programs and initiatives related to football safety ($10 million).

23

# Long Form Notice



**NFL Concussion Settlement**
Benefits and Legal Rights

## 14. WHAT DIAGNOSES QUALIFY FOR MONETARY AWARDS?

Monetary awards are available for the diagnosis of ALS, Parkinson's Disease, Alzheimer's Disease, Level 2 Neurocognitive Impairment (*i.e.*, moderate Dementia), Level 1.5 Neurocognitive Impairment (*i.e.*, early Dementia) or Death with CTE (the "Qualifying Diagnoses"). A Qualifying Diagnosis may occur at any time until the end of the 65-year term of the Monetary Award Fund.



24

# Long Form Notice

**NFL Concussi...**
Benefits and Le...

| QUALIFYING DIAGNOSIS | MAXIMUM AWARD AVAILABLE |
|---|---|
| Amyotrophic lateral sclerosis (ALS) | $5 million |
| Death with CTE (diagnosed after death) | $4 million |
| Parkinson's Disease | $3.5 million |
| Alzheimer's Disease | $3.5 million |
| Level 2 Neurocognitive Impairment (*i.e.*, moderate Dementia) | $3 million |
| Level 1.5 Neurocognitive Impairment (*i.e.*, early Dementia) | $1.5 million |

25

# Christopher Seeger Quotes

"CTE is not a relevant marker for anything in this settlement. It's the symptoms — if you have all the symptoms that are related to CTE, or the diseases that are related, like dementia and Alzheimer's and ALS, then that determines it. . . . If a player thinks he has any symptoms of it, that's the very reason to stay in the deal."

Christopher Seeger quoted in
SportingNews (July 14, 2014)

# Class Confusion: Eric Williams' Objection

Case 2:12-md-02323-AB Document 6345 Filed 11/03/14 Page 1 of 5

7/3/2014
National Football League Players'
Concussion
No. 2:12-md

Honorable J

My name is
years for the
and played there, another four years, till injury caused me to retire in 199

I'm guessing
Because, six
uniqueness;
(UCLA: NFL

The reason f
NFL, neuroc
agreement s
questions, n
give this prop

**Medical His**

**Before Age**
2000:
- Diagn

**2008 NFL**
- Award
disabi

RECEIVED
2014
By

**Age 50**

2012: UCLA

- Diagnosed with CTE. Subject NFL4

**CTE**

- Players diagnosed with CTE (living) today, have to kill themselves or die for their family to ever benefit.
- In my case, based upon all my other reports. There is an overwhelming chance, my family have a lifetime of medical bills, including long term care, on its horizon. But the only time the family can get relief is after I'm dead?.



# Proposed Revisions for a Fair and Adequate Settlement

NOTICE
   Re-notice class with clear, consistent, and accurate language

NFL EUROPE
   Give credit for play

NON-NFL TBI/STROKE OFFSETS
   Reduce to a reasonable, evidence-based percentage

CTE
   Include compensation for **CTE** for death after July 7, 2014
   Include compensation for **CTE** while living once reliable tests are developed
   Treat all symptoms of **CTE** – stages I - IV
   Or – eliminate **CTE** from the release

28



# Impediments to Fair Recovery

X  Opt in within 180 days

X  Baseline Assessment Program test within two years

X  Claim Package within two years of receiving a qualifying diagnosis

X  Asymmetric appeals process

# The Baseline Assessment Program

Capped at $75 million

Ends in 10 years, subject to a 5-year extension

Does not compensate CTE

Class Cnsl. Br. (p. 70): "main goal" of BAP to provide
    baseline assessments, not provide medical treatment

# Impediments to Fair Recovery

X  Opt in within 180 days

X  Baseline Assessment Program test within two years

X  Claim Package within two years of receiving a qualifying diagnosis

X  Asymmetric appeals process

Proposed Revisions for a Fair and Adequate Settlement

Lift the cap on the BAP

Extend the BAP to the full term of the Settlement

Eliminate the opt-in requirement

Make it easier to get a qualifying diagnosis

"Even up" the appeal process

33



| BASELINE NEUROPSYCHOLOGICAL TEST BATTERY AND SPECIFIC IMPAIRMENT CRITERIA FOR RETIRED NFL FOOTBALL PLAYERS |
|---|

**Section 1. Test Battery**

| Estimating Premorbid Intellectual Ability | Learning and Memory (6 scores) |
|---|---|
| ACS Test of Premorbid Functioning (TOPF) | WMS-IV Logical Memory I |
| **Complex Attention/Processing Speed (6 scores)** | WMS-IV Logical Memory II |
| WAIS-IV Digit Span | WMS-IV Verbal Paired Associates I |
| WAIS-IV Arithmetic | WMS-IV Verbal Paired Associates II |
| WAIS-IV Letter Number Sequencing | WMS-IV Visual Reproduction I |
| WAIS-IV Coding | WMS-IV Visual Reproduction II |
|  |  |
| WAIS-IV Symbol Search | **Language (3 scores)** |
| WAIS-IV Cancellation | Boston Naming Test |
| **Executive Functioning (4 scores)** | Category Fluency (Animal Naming) |
| Verbal Fluency (FAS) | BDAE Complex Ideational Material |
| Trails B | **Spatial-Perceptual (3 scores)** |
| Booklet Category Test | WAIS-IV Block Design |
| WAIS-IV Similarities | WAIS-IV Visual Puzzles |
| **Effort/Performance Validity (8 scores)** | WAIS-IV Matrix Reasoning |
| *ACS Effort Scores* | **Mental Health** |
| ACS-WAIS-IV Reliable Digit Span | MMPI-2RF |
| ACS-WMS-IV Logical Memory Recognition | Mini International Neuropsychiatric Interview |
| ACS-WMS-IV Verbal Paired Associates Recognition |  |
| ACS-WMS-IV Visual Reproduction Recognition |  |
| ACS-Word Choice |  |
| *Additional Effort Tests* |  |
| Test of Memory Malingering (TOMM) |  |
| Medical Symptom Validity Test (MSVT) |  |

35

# Deficiencies with the Test Battery

"The specific tests selected, and the length of the battery would not be consistent with that given by the large majority of neuropsychologists who specialize in neurodegenerative disease …"

Dr. Stern Decl. ¶ 43

"… the criteria used in the Settlement could require that the [player's] test performance be even more impaired than what is often seen in well-diagnosed cases of moderate stage dementia."

Dr. Stern Decl. ¶ 50

# Proposed Revisions for a Fair and Adequate Settlement

Adopt appropriate testing procedures that accurately reflect the extent of injury

Ability to revise test battery as experience using it builds

Use existing NFL tests of player IQ prior to joining NFL

37

