UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br> All Actions | |

## ORDER

AND NOW, the Court having considered the submissions of the parties in Support of and in Opposition to the Motion of Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick Cartwright, Jeffrey Rohrer, and Sean Considine For an Order Requiring Disclosure of Payments to, and Financial Relationships with, Experts [ECF No. 6462], and for good cause shown,

IT IS on this _____ day of _____, 2014, hereby ORDERED that the motion is DENIED.

_____
ANITA B. BRODY, J.