UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br>       Plaintiffs,<br>v.<br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br>       Defendants. | CIVIL ACTION NO: 14-cv-0029<br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**[PROPOSED] ORDER DENYING
MOTION FOR AN ORDER REQUIRING DISCLOSURE OF PAYMENTS TO,
AND FINANCIAL RELATIONSHIPS WITH, EXPERTS (DOC. NO. 6462)**

　　　AND NOW, this _____ day of _____, 2014, after consideration of the Motion for an Order Requiring Disclosure of Payments to, and Financial Relationships with, Experts filed by Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick Cartwright, Jeff Rohrer, and Sean Considine (Doc. No. 6462), and any responses thereto, it is hereby ORDERED that the Motion is DENIED.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANITA B. BRODY
　　　　　　　　　　　　　　　　　United States District Judge