UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br>                    Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br>                    Defendants. | CIVIL ACTION NO: 14-cv-0029<br><br><br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

[PROPOSED] ORDER DENYING
MOTION FOR AN ORDER REQUIRING THE NFL TO DISCLOSE CERTAIN
DOCUMENTS RELEVANT TO WHETHER THE SETTLEMENT IS FAIR,
ADEQUATE, AND REASONABLE (DOC. NO. 6461)

      AND NOW, this _____ day of _____, 2014, after consideration of the Motion for an Order Requiring the NFL to Disclose Certain Documents Relevant to Whether the Settlement Is Fair, Adequate, and Reasonable filed by Sean Morey, Alan Faneca, Ben Hamilton, Robert Royal, Roderick Cartwright, Jeff Rohrer, and Sean Considine (Doc. No. 6461), and any responses thereto, it is hereby ORDERED that the Motion is DENIED.

                                              BY THE COURT:

                                              _____
                                              ANITA B. BRODY
                                              United States District Judge