IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION | § § § § § § § § | No. 12-md-2323 (AB) MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | | |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Please note the appearance of Jason C. Webster and The Webster Law Firm as counsel for Objectors, Ramon Armstrong, Nathaniel Newton, Jr., Larry Brown, Kenneth Davis, Michael McGruder, Clifton L. Odom, and George Teague in this matter.  Ramon Armstrong, Nathaniel Newton, Jr., Larry Brown, Kenneth Davis, Michael McGruder, Clifton L. Odom, and George Teague, who timely filed an objection to the proposed settlement in this matter, should be included as members of the Armstrong Objectors.

All pleadings, motions and other documents to be served upon Objectors, Ramon Armstrong, Nathaniel Newton, Jr., Larry Brown, Kenneth Davis, Michael McGruder, Clifton L. Odom, and George Teague should be served upon Jason C. Webster and The Webster Law Firm at the following address:

Jason C. Webster
The Webster Law Firm
Regency Square Tower
6200 Savoy, Ste. 640
Houston, Texas  77036
Telephone: (713) 581-3900
Facsimile: (713) 581-3907
E-mail: jwebster@thewebsterlawfirm.com

1

Date:  January 5, 2015

        Respectfully submitted,

        /s/  *Jason C. Webster*
        Jason C. Webster
        **THE WEBSTER LAW FIRM**
        Regency Square Tower
        6200 Savoy, Ste. 640
        Houston, Texas  77036
        Telephone: (713) 581-3900
        Facsimile: (713) 581-3907
        jwebster@thewebsterlawfirm.com

        **ATTORNEYS FOR OBJECTORS RAMON ARMSTRONG, NATHANIEL NEWTON, JR., LARRY BROWN, KENNETH DAVIS, MICHAEL MCGRUDER, CLIFTON L. ODOM, AND GEORGE TEAGUE**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Appearance of Counsel was served on all counsel of record, via the Court's ECF System, on January 5, 2015.

        /s/  *Jason C. Webster*
        Jason C. Webster