IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION | § § § § § § § § | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | | |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Please note the appearance of Mitchell A. Toups and Weller, Green, Toups & Terrell, L.L.P., as counsel for Objectors Mary M. Dutton Hughes and Barbara Dutton Scheer in this matter. Mary M. Dutton Hughes and Barbara Dutton Scheer, who timely filed an objection to the proposed settlement in this matter, should be included as members of the Armstrong Objectors.

All pleadings, motions and other documents to be served upon Objectors Mary M. Dutton Hughes and Barbara Dutton Scheer should be served upon Mitchell A. Toups and Weller, Green, Toups & Terrell, L.L.P., at the following address:

Mitchell A. Toups
Weller, Green, Toups & Terrell, L.L.P.
P.O. Box 350
Beaumont, Texas 77704
Telephone: (409) 838-0101
Facsimile: (409) 832-8577
E-mail: matoups@wgttlaw.com
E-mail: jgordon@wgttlaw.com

Date:  December 31, 2014

1

Respectfully submitted,

*/s/  Mitchell A. Toups*
**WELLER, GREEN, TOUPS & TERRELL, L.L.P.**
Post Office Box 350
Beaumont, Texas 77704-0350
Telephone:  (409) 838-0101
Facsimile:  (409) 832-8577
Email:  matoups@wgttlaw.com

**ATTORNEYS FOR OBJECTORS
MARY M. DUTTON HUGHES and
BARBARA DUTTON SCHEER**

## CERTIFICATE OF SERVICE

    I certify that a true copy of the foregoing Notice of Appearance of Counsel was served on all counsel of record, via the Court's ECF System, on December 31, 2014.

*/s/  Mitchell A. Toups*
Mitchell A. Toups