

March 2, 2015

**VIA ECF and Hand Delivery**

The Honorable Anita B. Brody
United States District Court
  for the Eastern District of Pennsylvania
601 Market Street
Room 7613
Philadelphia, PA   19106

>       Re:   *In Re: National Football League Players' Concussion Injury Litig.*,
>             No. 2:12-md-02323-AB

Dear Judge Brody:

The Retired NFL Football Players represented by Mr. Toups, *et al*., recently submitted as alleged supplemental authority the opinion in *In re BankAmerica Corp. Sec. Litig.*, No. 13-2620, 2015 WL 110334 (8th Cir. Jan. 8, 2015).  *See* ECF No. 6480.  However, that opinion is not relevant to the motion before the Court seeking final approval of the Settlement and certification of the Class and Subclasses in this MDL.

The *BankAmerica* decision involved the Eighth Circuit's vacating the decision of the district court to order *cy pres* distribution of unclaimed settlement funds following the initial distribution and a second distribution of settlement proceeds to the Class in a shareholder securities fraud class action case.  The Eighth Circuit agreed with the bases for the objection set forth by the class representative that a further distribution to the classes was feasible, and that the charity chosen as the *cy pres* recipient was inappropriate as it was unrelated to the classes or the litigation.

Mr. Toups claims that the $10 million Education Fund is *cy pres* – it is not. He further claims that the Settlement "should be revised to eliminate the Education Fund so that the $10 million can be utilized for the direct benefit of the players." *See* ECF No. 6480. Since the Monetary Award Fund is uncapped and funded by the NFL Parties, the only thing that a shift of $10 million from the Education Fund to the Monetary Award Fund would do would be to put $10 million back into the pockets of the NFL Parties. Finally, even if the Education Fund were a *cy pres* distribution, unlike the designated recipient in *BankAmerica*, the purpose of the Education Fund is directly related to this litigation and the Class – it will provide education regarding safety and injury prevention in football and "programs promoting …the education of Retired NFL Football Players regarding the NFL CBA Medical and Disability Benefits programs and other educational initiatives benefitting Retired NFL Football Players." *See* Class Action Settlement Agreement (As Amended) § 12.1.

The procedural posture of the *BankAmerica* case and the substance of the issues addressed by that court have no bearing on the final approval of the Settlement Agreement and class certification pending before this Court. Accordingly, this Court should reject the supplemental authority submitted by Mr. Toups or give it the little weight that it deserves.

        Respectfully submitted,

        /s/ Christopher A. Seeger

        Christopher A. Seeger

cc:    All Counsel (via ECF)

## **CERTIFICATE OF SERVICE**

     It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 2nd day of March 2015, upon all counsel of record.

Dated: March 2, 2015                                                /s/ Christopher A. Seeger

                                                                               Christopher A. Seeger