UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, | No. 12-md-2323 (AB) |
| **THIS DOCUMENT RELATES TO:**<br><br>Plaintiffs' Master Administrative Long-Form Complaint, and<br><br>*Byron Williams, et al.*<br>v.<br>*National Football League, et al.,*<br>No. 2:12-cv-03534-AB | |

## NOTICE OF APPEARANCE

TO THE COURT AND ALL PARTIES AND ATTORNEYS OF RECORD:

Attorney Christopher B. Ingle hereby enters an appearance as attorney of record for plaintiff Byron Williams in the above-captioned matter. All notices and copies of pleadings, papers, and other materials relevant to this action that are not served via the ECF system should be directed to and served upon:

    Christopher B. Ingle, Esq.
    Rose Law Group pc
    7144 E Stetson Drive, Suite 300
    Scottsdale, AZ 85251
    Telephone:  480-505-3936
    Fax:  480-505-3925
    Email:  cingle@roselawgroup.com
    docket@roselawgroup.com

Case 2:12-md-02323-AB   Document 6495   Filed 03/02/15   Page 2 of 3

- 2 -

Dated:  March 2, 2015                    **ROSE LAW GROUP pc**


        By:  s/ Christopher B. Ingle
            Christopher B. Ingle

Rose Law Group pc
7144 E Stetson Drive, Suite 300,
Scottsdale, AZ 85251
Telephone:  480-505-3936
Fax:  480-505-3925
Email:  cingle@roselawgroup.com
docket@roselawgroup.com

- 3 -

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2323, on this 2nd day of March, 2015.

           **ROSE LAW GROUP pc**

           By:  s/ Christopher B. Ingle
                 Christopher B. Ingle

010409-11  734949 V1