**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | : : : : : | Hon. Anita B. Brody |

**SIXTH OPT OUT REPORT**
**SUBMITTED BY THE CLAIMS ADMINISTRATOR**

BrownGreer PLC ("BrownGreer"), the Claims Administrator under the proposed Class Action Settlement Agreement ("Settlement Agreement") in this matter, submits this Sixth Opt Out Report to supplement its five previously filed Opt Out Reports:

**1.**   *Previous Opt Out Reports by the Claims Administrator.*   The Claims Administrator has submitted five Opt Out Reports to apprise the Court, the Parties to the Settlement Agreement, the Settlement Class and other interested persons of the number and characteristics of the Opt Out requests received:

(a) First Opt Out Report, filed November 3, 2014 (Document 6340);

(b) Second Opt Out Report, filed November 13, 2014 (Document 6424);

(c) Third Opt Out Report, filed November 18, 2014 (Document 6438);

(d) Fourth Opt Out Report, filed December 12, 2014 (Document 6465); and

(e) Fifth Opt Out Report, filed February 17, 2015 (Document 6482).

As of the Fifth Opt Out Report, there were 211 Opt Out requests that appeared to be timely and 10 that seemed to be untimely.

1

2.  *Summary of Developments Since the Fifth Opt Out Report.* After the Fifth Opt Out Report, the Parties to the Settlement Agreement agreed to grant revocation requests made by five Class Members who had submitted timely Opt Out requests. These developments are explained more fully in Paragraph 3 below. Exhibit 1 to this Sixth Report identifies the 206 Opt Out requests that appear to be timely after these developments. Exhibit 2 lists the 10 Opt Out requests that appear to be untimely. This table summarizes the two Exhibits and the Opt Out statistics as of the date of this Sixth Opt Out Report:

| OPT-OUT REQUESTS:  SUMMARY OF SIXTH REPORT | | |
|---|---|---|
| A.  TIMELY OPT OUT REQUESTS (See Exhibit 1) | | |
| 1. | Retired NFL Football Players | 186 |
| 2. | Relatives of a Retired NFL Football Player | 20 |
| 3. | TOTAL | 206 |
| B.  UNTIMELY OPT-OUT REQUESTS (See Exhibit 2) | | |
| 4. | Retired NFL Football Players | 9 |
| 5. | Relative of a Retired NFL Football Player | 1 |
| 6. | TOTAL | 10 |

3.  *Details on Developments Since the Fifth Opt Out Report.* Since the February 17, 2015 filing of the Fifth Opt Out Report, we received and the Parties to the Settlement Agreement agreed to grant revocation requests made by the following individuals who had submitted timely Opt Out requests:

(a) Corwin Brown (# 32 in Exhibit 1 to the Fifth Opt Out Report);

(b) Glenn E. Earl (# 60 in Exhibit 1 to the Fifth Opt Out Report);

(c) Stephen F. Kenney (# 97 in Exhibit 1 to the Fifth Opt Out Report);

(d) George Kunz (# 104 in Exhibit 1 to the Fifth Opt Out Report); and

(e) Benjamin J. Lynch (# 111 in Exhibit 1 to the Fifth Opt Out Report).

We no longer count these five persons as Opt Outs and we have removed their names from Exhibit 1.  There have been no further developments regarding the other Opt Out requests identified in the Fifth Opt Out Report.

Respectfully submitted,

**CLAIMS ADMINISTRATOR**

By:   /s/ Orran L. Brown
Orran L. Brown
VSB No. 25832
BROWNGREER PLC
250 Rocketts Way
Richmond, VA  23231
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com

Date: March 4, 2015

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Sixth Opt Out Report was filed electronically this 4th day of March, 2015, and was served electronically upon Class Counsel, Counsel for the NFL Parties and all counsel of record by the United States District Court for the Eastern District of Pennsylvania's electronic filing system.

/s/ **Orran L. Brown**
Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia  23231
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com