UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY
LITIGATION; KEVIN TURNER, et al.,

    Plaintiffs,

vs.

NATIONAL FOOTBALL LEAGUE, et al.,

    Defendants.
_____/

Civil Action Number: 14-cv-0029

MDL Number: 2323

### NOTICE OF APPEARANCE OF COUNSEL FOR SELECTED FORMER PLAYERS

Pursuant to MDL Rule 2.1(c), the undersigned Plaintiffs' counsel hereby gives notice that Holliday Karatinos Law Firm, PLLC represents the following former NFL players who will be making claims in this case:

    Gary Anderson
    Reidel Anthony
    Douglas Beaudoin
    Gerard Bell
    Charles Bennett
    Scot Brantley
    Michael Butler
    Patrick Chukwurah
    Michael Clark
    Kenneth Clarke
    Cosey Coleman
    Mark Cotney
    Donnie Elder
    Kenneth Greene
    David Greenwood
    James Harrell
    Frank Hartley
    Jeff Herrod
    James Jones
    Sean Love
    Jason Odom
    Anthony Office

    Thomas Reaves
    Derrick Reynolds
    Mark Robinson
    Oscar Smith
    Bruce Taylor
    Torrin Tucker
    John Williams
    Jerry Wunsch

Their undersigned legal counsel requests that all court filings and communications regarding their claims be served upon their law firm at the addresses and telephone numbers listed below.

    */s/ Ted E. Karatinos*
    THEODORE "TED" E. KARATINOS
    HOLLIDAY KARATINOS LAW FIRM, PLLC
    18920 North Dale Mabry Highway, Suite 101
    Lutz, Florida 33548
    (813) 868-1887 (telephone)
    (813) 909-8535 (telefax)
    Designated Email: hbkemail@hbklawfirm
    Florida Bar No. 0983209
    Counsel for said former NFL Players

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished electronically through the EM-ECF system to all legal counsel of record on file as of March 20, 2015.

    */s/ Ted E. Karatinos*
    THEODORE "TED" E. KARATINOS