UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOORBALL PLAYERS'
CONCUSSION INJURY LITIGATION,
                Plaintiff,

vs.

**MDL No. 2323**
**12-md-2323**

NATIONAL FOOTBALL LEAGUE, et al.,
                Defendants,

## NOTICE OF APPEARANCE OF COUNSEL FOR SELECTED FORMER PLAYERS

Pursuant to MDL Rule 2.1 (c), and MDL No. 2323 Case Management Order No. 1 paragraph 14, the undersigned Plaintiffs' counsel hereby gives notice that Konstantine Kyros of Kyros Law represents the following NFL players in this case:

1) Eric Allen
2) Bruce Anderson
3) Jason Berryman
4) Corey Bird
5) William Bowens
6) Wilson Bowie
7) James Boyd
8) Paul Bradford
9) Dorothy Bradley for David Bradley
10) Steven Brannon
11) Bobby Brooks
12) Chris Brown
13) Gary Bugenhagen
14) Anthony Carifa
15) Roger Caron

16) Clanton Carter
17) Wendell Cason
18) Greg Clark
19) Anthony Cook
20) Keith Council
21) Dameyune Craig
22) Terence Crosby
23) John Curtis
24) Charles Davis
25) Steve Davis
26) Wendell Davis
27) Michael Douglass
28) Ken Downing
29) Marvin Dunn
30) Sean Dykes
31) Alan Ellis
32) Greg Engel
33) Tommy Fagan
34) Dan Farrogut for Kenneth Farrogut
35) Gary Farmer
36) Joseph Ferraro
37) John Fletcher
38) Anthony Florence
39) Mike Flores
40) Larry Franklin
41) Dwight Garner
42) Darren Gilbert
43) Hank Goebel
44) DeMingo Graham
45) Charles Green
46) Joe Green
47) Randy Grimes
48) Jimmy Hanna
49) George Harris
50) Perry Hartnett
51) John Harris
52) Marvin Harvey
53) Maurice Harvey
54) George Hazelton
55) Steve Heimkreiter

56) Anthony Henton
57) Donald Herron
58) Judith Hill Horton (Estate of Jimmy Hill)
59) Oliver Hoyte
60) Darren Hughes
61) Robert Hudson
62) Cletidus Hunt
63) Michael Hunt
64) Herman Hunter
65)  Ivy Joe Hunter
66) Donald Igwebuike
67) Robert Jackson
68) Maureen Helinski for Valerio Jasante
69) Charles Ray Jefferson
70) Eugene Jeter
71) Curtis Johnson
72) Danny Ray Johnson
73) Darrius Johnson
74) Richard Johnson
75) Chris Jones
76) Melvin Jones
77) Keith Jones
78) Mr. Travis Jones for Jimmie Lee Jones
79) Nathaniel James
80) Reggie Jones
81) Tony Jones
82) Victor Jones
83) Jason Kaiser
84) Jim Kalafat
85) Gordon Kelley
86) Charles Klingbell
87) RJ Kors
88) Mat Kranchik
89) Shane Laakso/ Estate of Eric Laakso
90) Walter Landers
91) Dan Lanphear
92) Norman LeJeune, Jr
93) Jonas Lewis
94) Warren Livingston

95) Regina Loonie/ Estate of Houston Antwine
96) Evelyn Lovetere for John Lovetere
97) Carolyn Malone for Art Malone
98) Kenneth McAllister
99) Bufford McGee
100) Brandon McGowarn
101) Ms. Sally Stern Estate of Andy Miketa
102) Paul Miles
103) Eugene Milton
104) Lincoln Minor
105) Bobby Mitchell
106) Ed Modzelewsik
107) Aries Monroe
108) Mrs. Stephanie Moore Estate of Booker Moore
109) Ms. Katherine Moppin Estate John Henry Johnson
110) Allan Morrison
111) Haywood Myers
112) Derrick Ned
113) Mark Nichols
114) Josephine Norton for James Norton
115) Djuanna Oglesby for Alfred Ogelsby
116) Michael L. Obrovac
117) Joe O'Malley
118) Willis Owens
119) Donald Patterson
120) Jeffery Pegues
121) Don Perkins
122) Walter Persuit
123) Timothy Peterson
124) Stan Petry
125) Irvine Phillips
126) Jim Phillips
127) Mr. Charles Philyaw
128) Ray Pinion
129) Joseph Przybycki
130) Lovett Purnell
131) Rollin Putzier
132) Eric Ravotti
133) Mary Riehm for Chris Riehm

134) Guy Roberts
135) Vernon Robertson
136) Paul Robinson
137) Andre Rountree
138) Connie Rutkowski for Charles Rutowski
139) Gregory Scales
140) Ed Scott
141) Tony Scott
142) Anthony Shelton
143) John Shinners
144) Cleo Simmons
145) Reggie Singletary
146) Richard Skelley
147) Stanley Smagala
148) Jimmy Smith
149) Danny Spradlin
150) Delona Pennington for John Stephens
151) Renee Nicholas John Milton Steven
152) Joseph Stewart
153) Todd Stewart
154) George St James
155) Vernon Studdard
156) Tamara Sumpter for Frank Sumpter
157) Richard Teets, Jr
158) Sandra Teets for Richard Teets, Sr
159) Ryan Terry
160) Charles Thomas
161) Johnny Thomas
162) John Thornton
163) Elaine Tomasic for Andy Tomasic
164) Paul Tripoli
165) Cecil Turner
166) Rick Upchurch
167) Greg Veldman
168) Charlie Wade
169) Robert Charles Wallace
170) John E Washington
171) Joseph Washington
172) Tyree Washington

173) Dennis Watkins
174) Robert (Bob) West
175) Mark Wheeler
176) Sammy White
177) (Whitley) Fred Camarena (Grandfather of Whitley Children)
178) Alphonso Williams
179) Greg Williams
180) Jamar Williams
181) Stanley Winfrey
182) Nathaniel (Nate) Wright
183) Jerome Woods
184) Michael Todd Young
185) Almon Young, Jr

Dated: March 28, 2015

Respectfully Submitted,

By: /s/ *Konstantine Kyros*
Konstantine Kyros
(Mass Bar No. 634442)
KYROS LAW
17 Miles Rd
Hingham, MA 02043
T: 1-800-934-2921
kon@kyroslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing NOTICE OF APPEARANCE was electronically filed with the clerk of Court of the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF System, which will send notice of the electronic filing in accordance with the procedures established in MDL 2323, on this 31st Day of March, 2015.

    Respectfully Submitted,

    By: /s/ *Konstantine Kyros*
    Konstantine Kyros
    KYROS LAW
    17 Miles Rd
    Hingham, MA 02043
    T: 1-800-934-2921
    kon@kyroslaw.com