# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br>           Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br>           Defendants. | CIVIL ACTION NO: 14-cv-0029<br><br><br><br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## **NOTICE**

PLEASE TAKE NOTICE that, pursuant to the direction and approval of the Court, the attached letter regarding the amendments to the Settlement Agreement submitted to the Court on February 13, 2015 and the process that is available to revoke a request to opt out of the proposed settlement was sent on March 30, 2015 to each of the persons (and their counsel, where identified) who submitted a request to opt out of the Settlement Class.

Dated: March 31, 2015

                                        Respectfully submitted,
                                        /s/ Christopher A. Seeger
                                        Christopher A. Seeger

SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

**Co-Lead Class Counsel**

Sol Weiss
ANAPOL SCHWARTZ
1710 Spruce Street
Philadelphia, PA 19103
Phone: (215) 735-1130
Fax: (215) 735-2024
sweiss@anapolschwartz.com

**Co-Lead Class Counsel**

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 31th day of March, 2015, upon all counsel of record.

| | |
|---|---|
| Dated: March 31, 2015 | /s/ Christopher A. Seeger |
| | Christopher A. Seeger |