**SEEGERWEISS**LLP

77 Water Street, New York, NY 10005    P 212.584.0700    F 212.584.0799    www.seegerweiss.com

March 30, 2015

NAME
ADDRESS

    Re:    National Football League Players' Concussion Injury Litigation

Dear M_. NAME,

    I am Co-Lead Class Counsel in the NFL Players' Concussion Injury Litigation. The Court has requested that I communicate with all current opt outs. You are being sent this letter because the Court-appointed Claims Administrator has received an opt-out request indicating your desire to be excluded from the Settlement Class.

    First, and very importantly, if you are represented by counsel, please share and discuss this letter with your lawyer.

    The purpose of this letter is to update you on certain amendments that have been made to the Settlement Agreement since the time you chose to opt out of the Settlement and to ensure that you understand your rights as an Opt Out to rejoin the Settlement if you so desire. In this regard, the Settlement Agreement expressly permits Opt Outs to rejoin the Class and come back into the Settlement up until the date that the Settlement is finally approved by Judge Brody. Although the Final Approval hearing occurred on November 19, 2014, as of today, there has been no ruling by the Court. As a result, there is still time to revoke your opt-out request should you wish to do so.

    As you may know, at the time of the Final Approval hearing conducted on November 19, 2014, there were a total of 208 retired players requesting to opt out. As of this letter, 17 retired players have revoked their opt-out requests and have decided to participate in the Settlement and receive benefits.

    The decision whether to revoke your opt-out decision and rejoin the Settlement is yours and yours alone to make. As noted above, there have been some changes to the Settlement Agreement that you may want to consider in making this decision.

    On February 5, 2015, the Court directed the Parties to address several points, which led the Parties to negotiate certain amendments to the Settlement Agreement. Those amendments have been submitted to the Court in connection with the request for Final Approval. These amendments add to the benefits already provided under the Settlement and are as follows:

    New York    Newark    Philadelphia

- Credit of one-half of an Eligible Season when a Retired NFL Football Player or deceased Retired NFL Football Player was on a World League of American Football, NFL Europe League, or NFL Europa League (collectively, "NFL Europe") team's active roster on the date of three or more regular season or postseason games or on the active roster on the date of one or more regular or postseason games, and then spent at least two regular or postseason games on the NFL Europe injured reserve list or team inactive list due to a concussion or head injury (with one Eligible Season maximum per year to the extent the Retired NFL Football Player also played in the NFL).

- Every eligible Retired NFL Football Player will be entitled to a "baseline assessment examination" regardless of the funds available under the Baseline Assessment Program.

- Waiver of the fee for appeals of adverse award decisions in cases of hardship.

- Waiver of the requirement of medical records for a Qualifying Diagnosis for a deceased Retired NFL Football Players when the records reflecting the Qualifying Diagnosis are unavailable because of a *force majeure* type event (*e.g.*, flood, fire).

- Eligibility for an award for a Qualifying Diagnosis of Death with CTE for Retired NFL Football Players who may have died prior to the date of Final Approval rather than Preliminary Approval, and who received a post-mortem diagnosis by the date of Final Approval (or 270 days following any death between Preliminary Approval and Final Approval to allow time for the necessary diagnosis).

The specific language of these amendments, and additional information about these amendments and the Settlement in general, may be found at the official Settlement website www.NFLConcussionSettlement.com or by calling **1-855-887-3485.**

While the Court is still considering the Parties' request for Final Approval, including the amendments to the Settlement Agreement, you still have an opportunity to revoke your request to opt out and join the Settlement again. The Settlement Agreement provides (Section 14.2(c)) that you may revoke your request to opt out at any time ***before Final Approval*** simply by sending a letter to Co-Lead Class Counsel and Counsel for the NFL Parties stating that "I wish to revoke my request to be excluded from the Settlement Class" along with your name, address, phone number, and date of birth. The written request to revoke an Opt Out must contain your Personal Signature. This is basically the same procedure you were to follow when you submitted your opt-out request. Further information about the process of opting back into the Settlement, including the contact information for the NFL Parties, can be seen at the official Settlement website www.NFLConcussionSettlement.com or by calling **1-855-887-3485.**

Very Truly Yours,

Christopher Seeger

CC: [Counsel to Opt Out]