# EXHIBIT 1

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K GARRISON (1946-1991)
RANDOLPH E PAUL (1946-1956)
SIMON H RIFKIND (1950-1995)
LOUIS S WEISS (1927-1950)
JOHN F WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(212) 373-3316

WRITER'S DIRECT FACSIMILE
(212) 492-0316

WRITER'S DIRECT E-MAIL ADDRESS
bkarp@paulweiss.com

UNIT 3601, OFFICE TOWER A  BEIJING FORTUNE PLAZA
NO 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU  U K
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
PO BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W ABBOTT
ALLAN J ARFFA
ROBERT A ATKINS
DAVID J BALL
JOHN F BAUGHMAN
LYNN B BAYARD
DANIEL J BELLER
CRAIG A BENSON
MITCHELL L BERG
MARK S BERGMAN
BRUCE BIRENBOIM
H CHRISTOPHER BOEHNING
ANGELO BONVINO
JAMES L BROCHIN
RICHARD J BRONSTEIN
DAVID W BROWN
SUSANNA M BUERGEL
PATRICK S CAMPBELL*
JESSICA S CAREY
JEANETTE K CHAN
YVONNE Y F CHAN
LEWIS R CLAYTON
JAY COHEN
KELLEY A CORNISH
CHRISTOPHER J CUMMINGS
CHARLES E DAVIDOW
DOUGLAS R DAVIS
THOMAS V DE LA BASTIDE III
ARIEL J DECKELBAUM
ALICE BELISLE EATON
ANDREW J EHRLICH
GREGORY A EZRING
LESLIE GORDON FAGEN
MARC FALCONE
ROSS A FIELDSTON
ANDREW C FINCH
BRAD J FINKELSTEIN
BRIAN P FINNEGAN
ROBERTO FINZI
PETER E FISCH
ROBERT C FLEDER
MARTIN FLUMENBAUM
ANDREW J FOLEY
HARRIS B FREIDUS
MANUEL S FREY
ANDREW L GAINES
KENNETH A GALLO
MICHAEL E GERTZMAN
ADAM M GIVERTZ
SALVATORE GOGLIORMELLA
ROBERT D GOLDBAUM
NEIL GOLDMAN
ERIC GOODISON
CHARLES H GOOGE, JR
ANDREW G GORDON
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A GUTENPLAN
GAINES GWATHMEY, III
ALAN S HALPERIN
JUSTIN G HAMILL
CLAUDIA HAMMERMAN
GERARD E HARPER
BRIAN S HERMANN
ROBERT M HIRSH
MICHELE HIRSHMAN
MICHAEL S HONG
DAVID S HUNTINGTON
LORETTA A IPPOLITO
JAREN JANGHORBANI
MEREDITH J KANE

ROBERTA A KAPLAN
BRAD S KARP
PATRICK N KARSNITZ
JOHN C KENNEDY
BRIAN KIM
ALAN W KORNBERG
DANIEL J KRAMER
DAVID K LAKHDHIR
STEPHEN P LAMB*
JOHN E LANGE
DANIEL J LEFFELL
XIAOYU GREG LIU
JEFFREY D MARELL
MARCO V MASOTTI
EDWIN S MAYNARD
DAVID W MAYO
ELIZABETH R McCOLM
MARK F MENDELSOHN
WILLIAM B MICHAEL
TOBY S MYERSON
CATHERINE NYARADY
JANE B O'BRIEN
ALEX YOUNG K OH
BRAD R OKUN
KELLEY D PARKER
MARC E PERLMUTTER
VALERIE E RADWANER
CARL L REISNER
WALTER G RICCIARDI
WALTER RIEMAN
RICHARD A ROSEN
ANDREW N ROSENBERG
JACQUELINE P RUBIN
RAPHAEL M RUSSO
JEFFREY D SAFERSTEIN
JEFFREY B SAMUELS
DALE M SARRO
TERRY E SCHIMEK
KENNETH M SCHNEIDER
ROBERT B SCHUMER
JAMES H SCHWAB
JOHN M SCOTT
STEPHEN J SHIMSHAK
DAVID R SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J SIMONS
MARILYN SOBEL
AUDRA J SOLOWAY
SCOTT M SONTAG
TARUN M STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F TARNOFSKY
MONICA K THURMOND
DANIEL J TOAL
LIZA M VELAZQUEZ
MARIA T VULLO
ALEXANDRA M WALSH*
LAWRENCE G WEE
THEODORE V WELLS, JR
BETH A WILKINSON
STEVEN C WILLIAMS
LAWRENCE I WITDORCHIC
MARK B WLAZLO
JULIA MASON WOOD
JORDAN E YARETT
KAYE N YOSHINO
TONG YU
TRACEY A ZACCONE
T ROBERT ZOCHOWSKI, JR

*NOT ADMITTED TO THE NEW YORK BAR

July 3, 2014

**CONFIDENTIAL**

**VIA U.S. MAIL**

Attorney General of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130-0152

Re: **Class Action Fairness Act of 2005 Notification**

*Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated* v. *National Football League and NFL Properties LLC*, No. 2:14-cv-00029 (E.D. Pa.); *In re: National Football League Players' Concussion Injury Litigation*, No. 2:12-md-02323-AB, MDL No. 2323 (E.D. Pa.)

Dear Sir/Madam Attorney General:

      Pursuant to the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, the defendants National Football League and NFL Properties LLC (collectively the "NFL Parties") hereby give notice that the parties[1] in the above-referenced lawsuit have entered

---

[1] The parties include the NFL Parties and proposed Class and Subclass Representative Plaintiffs. The proposed Settlement Class is defined as all Retired NFL Football Players, Representative Claimants and Derivative Claimants, where:

1

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

into a proposed settlement of a class action subject to the final approval of the United States District Court for the Eastern District of Pennsylvania. In compliance with 28 U.S.C. § 1715, the NFL Parties submit with this notice the following:

1. Copies of the complaints and amended complaints filed in this action:

    a. The Master Administrative Class Action Complaint for Medical Monitoring filed on June 7, 2012;

    b. The Master Administrative Long-Form Complaint filed on June 7, 2012;

    c. The Amended Master Administrative Long-Form Complaint filed on July 9, 2012;

    d. The Class Action Complaint filed on January 6, 2014 in *Turner, et al. v. National Football League, et al.*, No. 2:14-cv-00029-AB (E.D. Pa.).

2. The proposed class action settlement, entered into on June 25, 2014;

3. The proposed notification to proposed Settlement Class Members;

4. A list, based on the information available to the NFL Parties, of the names of proposed Settlement Class Members organized by the state in which they reside. The NFL Parties believe the proportionate share of the benefits of the settlement will be consistent with the percentage of residents in the states as listed.

Hard copies of the complaints listed in #1, above, are enclosed. The documents identified in #2 - #4, above, are enclosed on a CD-ROM. In addition, copies of these documents were filed with the court electronically and, therefore, are also available through the Public Access to Court Electronic Records (PACER) docketing system. *See* 2:12-md-02323, Dkt. Nos. 83, 84, 2642, 6073; 2:14-cv-00029, Dkt. No. 1.

The files on the enclosed disk are encrypted and can be accessed using the following codes:

---

"Retired NFL Football Players" means all living NFL Football players who, prior to the date of the Preliminary Approval and Class Certification Order, retired, formally or informally, from playing professional football with the NFL or any Member Club, including American Football League, World League of American Football, NFL Europe League and NFL Europa League players, or were formerly on any roster, including preseason, regular season, or postseason, of any such Member Club or league and who no longer are under contract to a Member Club and are not seeking active employment as players with any Member Club, whether signed to a roster or signed to any practice squad, developmental squad, or taxi squad of a Member Club;

"Representative Claimants" means authorized representatives, ordered by a court or other official of competent jurisdiction under applicable state law, of deceased or legally incapacitated or incompetent Retired NFL Football Players; and

"Derivative Claimants" means spouses, parents, children who are dependents, or any other persons who properly under applicable state law assert the right to sue independently or derivatively by reason of their relationship with a Retired NFL Football Player or deceased Retired NFL Football Player.

2

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        Encryption Password: muJL+ZIx

        Encryption Type/Version: SecureZip

        At this time, there has been no final judgment or notice of dismissal (28 U.S.C. § 1715(b)(6)), and there is no written judicial opinion relating to the materials described in subparagraphs (3) through (6) of subsection 1715(b) (28 U.S.C. § 1715(b)(8)). Furthermore, there are no other contemporaneous settlement agreements between the NFL Parties and Co-Lead Class Counsel, Class Counsel, or Subclass Counsel. The NFL Parties will provide supplemental notice of each of the events and documents described in this Paragraph.

        Any correspondence concerning the proposed settlement should be sent to the Clerk of the Court, James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, PA. Copies of any such correspondence should also be sent to me and Co-Lead Class Counsel, Class Counsel, and Subclass Counsel, contact information for whom is annexed hereto as Appendix A.

        This notice is given pursuant to 28 U.S.C. § 1715. Subsection 1715(f) provides that "[n]othing in this section shall be construed to expand the authority of, or impose any obligations, duties, or responsibilities upon, Federal or State officials."

        If you have any questions about the proposed settlement agreement, or the underlying litigation, please feel free to contact me.

Sincerely,

*Brad S. Karp* /A-M.
Brad S. Karp

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

*Attorneys for NFL Parties*

Dated: July 3, 2014

3

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

## Appendix A

### *Co-Lead Counsel*

| | |
|---|---|
| Christopher A. Seeger<br>**SEEGER WEISS LLP**<br>77 Water Street<br>New York, NY 10005<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com | Sol Weiss<br>**ANAPOL SCHWARTZ**<br>1710 Spruce Street<br>Philadelphia, PA 19103<br>Phone: (215) 735-1130<br>Fax: (215) 735-2024<br>sweiss@anapolschwartz.com |

### *Class Counsel*

| | |
|---|---|
| Steven C. Marks<br>**PODHURST ORSECK P.A.**<br>City National Bank Building<br>25 W. Flagler Street, Suite 800<br>Miami, FL 33130-1780<br>Phone: (305) 358-2800<br>Fax: (305) 358-2382<br>smarks@podhurst.com | Gene Locks<br>**LOCKS LAW FIRM**<br>The Curtis Center<br>Suite 720 East<br>601 Walnut Street<br>Philadelphia, PA 19106<br>Phone: 866-562-5752<br>Fax: (215) 893-3444<br>glocks@lockslaw.com |

### *Subclass Counsel*

| | |
|---|---|
| Arnold Levin<br>**LEVIN FISHBEIN SEDRAN & BERMAN**<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Phone: (215) 592-1500<br>Fax: (215) 592-4663<br>alevin@lfsblaw.com | Dianne M. Nast<br>**NAST LAW LLC**<br>1101 Market Street, Suite 2801<br>Philadelphia, Pennsylvania 19107<br>Phone: (215) 923-9300<br>Fax: (215) 923-9302<br>DNast@nastlaw.com |
| *Counsel for Subclass 1* | *Counsel for Subclass 2* |