# EXHIBIT 2

# Recipients of Notifications and
## Supplemental Notifications Pursuant to 28 U.S.C. § 1715

| | |
|---|---|
| Attorney General of Alabama<br>501 Washington Avenue<br>Montgomery, AL 36130-0152 | Attorney General of Alaska<br>P.O Box 110300<br>Juneau, AK 99811-0300 |
| Attorney General of American Samoa<br>American Samoa Gov't, Exec. Ofc. Bldg.<br>Utulei, Territory of American Samoa<br>Pago Pago, AS 96799 | Attorney General of Arizona<br>1275 West Washington Street<br>Phoenix, AZ 85007-2926 |
| Attorney General of Arkansas<br>323 Center St., Suite 200<br>Little Rock, AR 72201-2610 | Attorney General of California<br>California Department of Justice<br>Attn: Public Inquiry Unit<br>P.O. Box 944255<br>Sacramento. CA 94244-22550 |
| Attorney General of Colorado<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | Attorney General of Connecticut<br>Office of the Attorney General<br>55 Elm Street<br>Hartford, CT 06106 |
| Attorney General of Delaware<br>Carvel State Office Bldg.<br>820 North French Street<br>Wilmington, DE 19801 | Attorney General of District of Columbia<br>441 4th Street, NW<br>Washington, D.C. 20001 |
| Attorney General of Florida<br>State of Florida<br>The Capital PL-01<br>Tallahassee, FL 32399-1050 | Attorney General of Georgia<br>40 Capital Square, SW<br>Atlanta, GA 30334-1300 |
| Attorney General Of Guam<br>ITC Building<br>590 S. Marine Corps Dr, Ste. 706<br>Tamunig, Guam 96913 | Attorney General of Hawaii<br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 |
| Attorney General of Idaho<br>700 W. Jefferson Street, Suite 210<br>P.O. Box 83720<br>Boise, Idaho 83720-0010 | Attorney General of Illinois<br>James R. Thompson Center<br>100 W. Randolph St.<br>Chicago, IL 60601 |

| | |
|---|---|
| Attorney General of Indiana<br>Indiana Gov't. Center South – 5th Floor<br>302 West Washington Street<br>Indianapolis, IN 46204 | Attorney General of Iowa<br>Hoover State Office Bldg.<br>1305 E. Walnut Street<br>Des Moines, IA 50319 |
| Attorney General of Kansas<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612 | Attorney General of Kentucky<br>Capital Suite 118<br>700 Capitol Avenue<br>Frankfort, Kentucky 40601-3449 |
| Attorney General of Louisiana<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | Attorney General of Maine<br>6 State House Station<br>Augusta, ME 04333 |
| Attorney General of Maryland<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 | Attorney General of Massachusetts<br>One Ashburton Place<br>Boston, MA 02108-1518 |
| Attorney General of Michigan<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St.<br>P.O. Box 30212<br>Lansing, MI 48909 | Attorney General of Minnesota<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul, MN 55101-2131 |
| Attorney General of Mississippi<br>Walter Sillers Building<br>550 High Street, Suite 1200<br>Jackson, MS 39201 | Attorney General of Missouri<br>Supreme Ct. Bldg., 207 E. High St.,<br>Jefferson City, MO 65101 |
| Attorney General of Montana<br>Justice Building, Third Floor<br>215 North Sanders<br>P.O. Box 201401<br>Helena, MT 59620 | Attorney General of Nebraska<br>2115 State Capitol<br>Lincoln, NE 68509 |
| Attorney General of Nevada<br>100 North Carson Street<br>Carson City, NV 89701 | Attorney General of New Hampshire<br>NH Department of Justice<br>33 Capitol Street<br>Concord, NH 03301 |
| Attorney General of New Jersey<br>Richard J. Hughes Justice Complex<br>25 Markey Street<br>P.O. Box 080<br>Trenton, NJ 08625 | Attorney General of New Mexico<br>408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM 87501 |

| | |
|---|---|
| Attorney General of New York<br>The Capitol<br>Department of Law<br>Albany, NY 12224-0341 | Attorney General of North Carolina<br>9001Mail Service Center<br>Raleigh, NC 27699-9001 |
| Attorney General of North Dakota<br>State Capitol<br>600 E. Boulevard Ave. Dept. 125<br>Bismarck, ND 58505 | Attorney General of Northern Mariana Islands<br>Administration Building<br>P.O. Box 10007<br>Saipan, MP 96950-8907 |
| Attorney General of Ohio<br>State Office Tower<br>30 E. Broad St., 14th Floor<br>Columbus, OH 43215 | Attorney General of Oklahoma<br>313 NE 21st Street<br>Oklahoma City, OK 73105 |
| Attorney General of Oregon<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301 | Attorney General of Pennsylvania<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 |
| Attorney General of Puerto Rico<br>PO Box 902192<br>San Juan, PR 00902-0192 | Attorney General of Rhode Island<br>150 S. Main Street<br>Providence, RI 02903 |
| Attorney General of South Carolina<br>P.O. Box 11549<br>Columbia, SC 29211 | Attorney General of South Dakota<br>1302 E. Highway 14 Suite 1<br>Pierre, SD 57501-8501 |
| Attorney General of Tennessee<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | Attorney General of Texas<br>Capitol Station, P.O. Box 12548<br>Austin, TX 78701 |
| Attorney General of the United States<br>Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530-0001 | Attorney General of Utah<br>P.O. Box 142320<br>Salt Lak City, UT 84114-2320 |
| Attorney General of Vermont<br>P 109 State Street<br>Montpelier, VT 05609-1001 | Attorney General of the Virgin Islands<br>Department of Justice<br>G.E.R.S Complex 488-50C Kronprinsdens Gade<br>St. Thomas, VI 00802 |

| | |
|---|---|
| Attorney General of Virginia<br>900 East Main Street<br>Richmond, VA 23219 | Attorney General of Washington<br>1125 Washington St. SE.<br>P.O. Box 40100<br>Olympia, WA 98504-0100 |
| Attorney General of West Virginia<br>State Capitol Complex<br>Bldg. 1, Room E-26<br>Charleston, WV 25305 | Attorney General of Wisconsin<br>Wisconsin Department of Justice<br>P.O. Box. 7857<br>Madison, WI 53707-7857 |
| Attorney General of Wyoming<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne, WY 82002 | |