# EXHIBIT 3

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON    (1946-1991)
RANDOLPH E. PAUL    (1946-1956)
SIMON H. RIFKIND    (1950-1995)
LOUIS S. WEISS    (1927-1950)
JOHN F. WHARTON    (1927-1977)

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

WRITER'S DIRECT DIAL NUMBER

(212) 373-3316

WRITER'S DIRECT FACSIMILE

(212) 492-0316

WRITER'S DIRECT E-MAIL ADDRESS

bkarp@paulweiss.com

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

July 16, 2014

MATTHEW W. ABBOTT, ALLAN J. ARFFA, ROBERT A. ATKINS, DAVID J. BALL, JOHN F. BAUGHMAN, LYNN B. BAYARD, DANIEL J. BELLER, CRAIG A. BENSON, MITCHELL L. BERG, MARK S. BERGMAN, BRUCE BIRENBOIM, H. CHRISTOPHER BOEHNING, ANGELO BONVINO, JAMES L. BROCHIN, RICHARD J. BRONSTEIN, DAVID W. BROWN, SUSANNA M. BUERGEL, PATRICK S. CAMPBELL*, JESSICA S. CAREY, JEANETTE K. CHAN, YVONNE Y. F. CHAN, LEWIS R. CLAYTON, JAY COHEN, KELLEY A. CORNISH, CHRISTOPHER J. CUMMINGS, CHARLES E. DAVIDOW, DOUGLAS R. DAVIS, THOMAS V. DE LA BASTIDE III, ARIEL J. DECKELBAUM, ALICE BELISLE EATON, ANDREW J. EHRLICH, GREGORY A. EZRING, LESLIE GORDON FAGEN, MARC FALCONE, ROSS A. FIELDSTON, ANDREW C. FINCH, BRAD J. FINKELSTEIN, BRIAN P. FINNEGAN, ROBERTO FINZI, PETER E. FISCH, ROBERT C. FLEDER, MARTIN FLUMENBAUM, ANDREW J. FOLEY, HARRIS B. FREIDUS, MANUEL S. FREY, ANDREW L. GAINES, KENNETH A. GALLO, MICHAEL E. GERTZMAN, ADAM M. GIVERTZ, SALVATORE GOGLIORMELLA, ROBERT D. GOLDBAUM, NEIL GOLDMAN, ERIC GOODISON, CHARLES H. GOOGE, JR, ANDREW G. GORDON, UDI GROFMAN, NICHOLAS GROOMBRIDGE, BRUCE A. GUTENPLAN, GAINES GWATHMEY, III, ALAN S. HALPERIN, JUSTIN G. HAMILL, CLAUDIA HAMMERMAN, GERARD E. HARPER, BRIAN S. HERMANN, ROBERT M. HIRSH, MICHELE HIRSHMAN, MICHAEL S. HONG, DAVID S. HUNTINGTON, LORETTA A. IPPOLITO, JAREN JANGHORBANI, MEREDITH J. KANE

ROBERTA A. KAPLAN, BRAD S. KARP, PATRICK N. NARSNITZ, JOHN C. KENNEDY, BRIAN KIM, ALAN W. KORNBERG, DANIEL J. KRAMER, DAVID K. LAKHDHIR, STEPHEN P. LAMB*, DENIS LANGE, DANIEL J. LEFFELL, XIAOYU GREG LIU, JEFFREY D. MARELL, MARCO V. MASOTTI, EDWIN S. MAYNARD, DAVID W. MAYO, ELIZABETH R. McCOLM, MARK F. MENDELSOHN, WILLIAM B. MICHAEL, TOBY S. MYERSON, CATHERINE NYARADY, JANE B. O'BRIEN, ALEX YOUNG K. OH, BRAD R. OKUN, KELLEY D. PARKER, MARC E. PERLMUTTER, VALERIE E. RADWANER, CARL L. REISNER, WALTER G. RICCIARDI, WALTER RIEMAN, RICHARD A. ROSEN, ANDREW N. ROSENBERG, JACQUELINE P. RUBIN, RAPHAEL M. RUSSO, JEFFREY D. SAFERSTEIN, JEFFREY B. SAMUELS, DALE M. SARRO, TERRY E. SCHIMEK, KENNETH M. SCHNEIDER, ROBERT B. SCHUMER, JAMES H. SCHWAB, JOHN M. SCOTT, STEPHEN J. SHIMSHAK, DAVID R. SICULAR, MOSES SILVERMAN, STEVEN SIMKIN, JOSEPH J. SIMONS, MARILYN SOBEL, AUDRA J. SOLOWAY, SCOTT M. SONTAG, TARUN M. STEWART, ERIC ALAN STONE, AIDAN SYNNOTT, ROBYN F. TARNOFSKY, MONICA K. THURMOND, DANIEL J. TOAL, LIZA M. VELAZQUEZ, MARIA T. VULLO, ALEXANDRA M. WALSH*, LAWRENCE G. WEE, THEODORE V. WELLS, JR, BETH A. WILKINSON, STEVEN J. WILLIAMS, LAWRENCE I. WITDORCHIC, MARK B. WLAZLO, JULIA MASON WOOD, JORDAN E. YARETT, KAYE N. YOSHINO, TONG YU, TRACEY A. ZACCONE, T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

**CONFIDENTIAL**

**VIA U.S. MAIL**

Attorney General of Alabama
501 Washington Ave.
Montgomery, AL 36130-0152

Re: **Class Action Fairness Act of 2005 Supplemental Notification**

*Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated* v. *National Football League and NFL Properties LLC*, No. 2:14-cv-00029 (E.D. Pa.); *In re: National Football League Players' Concussion Injury Litigation*, No. 2:12-md-02323-AB, MDL No. 2323 (E.D. Pa.)

Dear Sir/Madam Attorney General:

Pursuant to the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, the defendants National Football League and NFL Properties LLC (collectively the "NFL Parties") hereby give supplemental notice that the United States District Court for the Eastern District of Pennsylvania has preliminarily approved the proposed settlement entered into

1

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

by the parties[1] in the above-referenced actions.  By letter dated July 3, 2014, the NFL Parties provided copies of the complaints and amended complaints filed in this action, the proposed Class Action Settlement Agreement, dated as of June 25, 2014, the proposed notification to proposed Settlement Class Members, and a list based on the information available to the NFL Parties of the names of proposed Settlement Class Members organized by the state in which they reside.

In compliance with 28 U.S.C. § 1715, the NFL Parties submit with this supplemental notice:

1.     The Court's Preliminary Approval Order and Memorandum, dated July 7, 2014; and

2.     Final, completed versions of the Long-Form Notice and Summary Notice.

The documents identified are enclosed on a CD-ROM.  In addition, copies of these documents were filed with the court electronically and, therefore, are also available through the Public Access to Court Electronic Records (PACER) docketing system.  *See* 2:12-md-02323, Dkt. Nos. 6083, 6084, 6086 (E.D. Pa.).

The files on the enclosed disk are encrypted and can be accessed using the following codes:

Encryption Password:  *d64sV7D

Encryption Type/Version:  SecureZip

A Fairness Hearing will be held on Wednesday, November 19, 2014, at 10:00 a.m. before the Honorable Anita B. Brody at Courtroom 7B of the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106 to, among other items, determine whether the proposed settlement agreement is fair, reasonable, and adequate.

---

[1] The parties include the NFL Parties and proposed Class and Subclass Representative Plaintiffs.  The proposed Settlement Class is defined as all Retired NFL Football Players, Representative Claimants and Derivative Claimants, where:

"Retired NFL Football Players" means all living NFL Football players who, prior to the date of the Preliminary Approval and Class Certification Order, retired, formally or informally, from playing professional football with the NFL or any Member Club, including American Football League, World League of American Football, NFL Europe League and NFL Europa League players, or were formerly on any roster, including preseason, regular season, or postseason, of any such Member Club or league and who no longer are under contract to a Member Club and are not seeking active employment as players with any Member Club, whether signed to a roster or signed to any practice squad, developmental squad, or taxi squad of a Member Club;

"Representative Claimants" means authorized representatives, ordered by a court or other official of competent jurisdiction under applicable state law, of deceased or legally incapacitated or incompetent Retired NFL Football Players; and

"Derivative Claimants" means spouses, parents, children who are dependents, or any other persons who properly under applicable state law assert the right to sue independently or derivatively by reason of their relationship with a Retired NFL Football Player or deceased Retired NFL Football Player.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

At this time, there has been no final judgment or notice of dismissal, and apart from the attached Preliminary Approval Memorandum, there are no written judicial opinions relating to the proposed settlement described in this supplemental notice. Furthermore, there are no other contemporaneous settlement agreements between the NFL Parties and Co-Lead Class Counsel, Class Counsel, or Subclass Counsel. The NFL Parties will provide supplemental notice of the events and documents described in this Paragraph as necessary.

Any correspondence concerning the proposed settlement should be sent to the Clerk of the Court, James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, PA. Copies of any such correspondence should also be sent to me and Co-Lead Class Counsel, Class Counsel, and Subclass Counsel, contact information for whom is annexed hereto as Appendix A.

This supplemental notice is given pursuant to 28 U.S.C. § 1715. Subsection 1715(f) provides that "[n]othing in this section shall be construed to expand the authority of, or impose any obligations, duties, or responsibilities upon, Federal or State officials."

If you have any questions about the proposed settlement agreement, or the underlying litigation, please feel free to contact me.

Sincerely,

Brad S. Karp / C. T.
Brad S. Karp

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

*Attorneys for NFL Parties*

Dated: July 16, 2014

3

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

## Appendix A

### *Co-Lead Counsel*

Christopher A. Seeger
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Sol Weiss
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, PA 19103
Phone: (215) 735-1130
Fax: (215) 735-2024
sweiss@anapolschwartz.com

### *Class Counsel*

Steven C. Marks
**PODHURST ORSECK P.A.**
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
Phone: (305) 358-2800
Fax: (305) 358-2382
smarks@podhurst.com

Gene Locks
**LOCKS LAW FIRM**
The Curtis Center
Suite 720 East
601 Walnut Street
Philadelphia, PA 19106
Phone: 866-562-5752
Fax: (215) 893-3444
glocks@lockslaw.com

### *Subclass Counsel*

Arnold Levin
**LEVIN FISHBEIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

*Counsel for Subclass 1*

Dianne M. Nast
**NAST LAW LLC**
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Phone: (215) 923-9300
Fax: (215) 923-9302
DNast@nastlaw.com

*Counsel for Subclass 2*