UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY
LITIGATION

KEVIN TURNER, et al.,

    Plaintiffs,

v.

NATIONAL FOOTBALL LEAGUE, et al.,

    Defendants.
_____/

Case Number: 14-cv-0029

MDL Number: 2323

## SCOT BRANTLEY'S UNCONTESTED MOTION FOR SUBSTITUTION OF COUNSEL

Former NFL Player, SCOT BRANTLEY, moves to substitute Theodore "Ted" E. Karatinos, Esq. of Holliday Karatinos Law Firm, PLLC as his new legal counsel in place of David Rosen, Esq. of Rose, Klein & Marias, LLP. All court papers and correspondence regarding his claim should be directed to his new legal counsel. Pursuant to Local Rule 7.1(b), the undersigned certify that this motion is uncontested.

WHEREFORE, former NFL Player, SCOT BRANTLEY, requests that this Court grant the foregoing substitution of counsel.

/s/ Ted E. Karatinos
THEODORE "TED" E. KARATINOS
HOLLIDAY KARATINOS LAW FIRM, PLLC
18920 North Dale Mabry Highway, Suite 101
Lutz, Florida 33548
(813) 868-1887 (telephone)
(813) 909-8535 (telefax)
hbkemail@hbklawfirm.com
Florida Bar No. 45284
New Counsel for Scot Brantley

DAVID ROSEN, ESQ.
ROSE, KLEIN & MARIAS, LLP
801 S Grand Ave, 11th Floor
Los Angeles, California 90017
(213) 784-2801 (telephone)
(213) 623-7755 (telefax)
California Bar No.
Former Counsel for Scot Brantley

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Scot Brantley's Uncontested Motion for Substitution of Counsel has been served electronically through the CM/ECF system to all counsel of record on ~~March~~ April 9, 2015.

/s/ *Ted E. Karatinos*
THEODORE "TED" E. KARATINOS