# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:**<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) Vernon Maxwell, et al. v. National Football League [et al.], No. 2:12-cv-01023-AB<br><br>**As to Plaintiff KRISTIE VISGER Only** | NOTICE OF WITHDRAWAL OF APPEARANCE<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF REORD:

Jason E. Luckasevic of Goldberg, Persky & White, P.C., Thomas Girardi of Girardi Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby withdraw their appearance as attorneys of record for Plaintiff **KRISTIE VISGER** _only_ in the above-referenced case.

Dated:  April 15, 2015

                                      Respectfully submitted,

                                      GOLDBERG, PERSY & WHITE, P.C.

                                      By: s/  _Jason E. Luckasevic_
                                      Jason E. Luckasevic, Esquire
                                      (PA Bar No. 85557)
                                      1030 Fifth Avenue
                                      Pittsburgh, PA  15219
                                      Telephone:  (412) 471-3980
                                      Facsimile: (412) 471-8308
                                      _Counsel for Plaintiffs_

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2015 the foregoing Notice of Withdrawal of Appearance was electronically filed. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

GOLDBERG, PERSY & WHITE, P.C.

By: s/  *Jason E. Luckasevic*