# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | **MDL NO.: 2323**<br><br>**12-md-2323** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | |

**JOINDER AND NOTICE OF RE-URGING OBJECTION OF
CRAIG HEIMBURGER AND DAWN HEIMBURGER**

Objectors Craig and Dawn Heimburger, out of an abundance of caution, join in and incorporate by reference the Armstrong Objectors' Supplemental Objection (Docket No. 6503) to the June 25, 2014 Amended Class Action Settlement (the "Amended Settlement Agreement"). The largely cosmetic changes made to the Amended Settlement Agreement do not cure the problems with class certification and settlement approval identified by the Heimburgers' objection. Accordingly, the Heimburgers renew, and incorporate by reference, their original objection, filed at Docket No. 6230, in opposition to the Amended Settlement Agreement, and restate they join in and adopt any other objections made to the original or Amended Settlement Agreement not inconsistent with their objection.

DATED: April 16, 2015

Respectfully submitted,

Lightman & Manochi

/s/ Glenn A. Manochi
Gary P. Lightman, Esquire
Glenn A. Manochi, Esquire
1520 Locust Street, 12th Floor
Philadelphia, PA 19102
(215) 545-3000

*Attorneys for Objectors Craig A. Heimburger and Dawn Heimburger*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of April, 2015, I filed the foregoing with the Clerk of the Court in the United States District Court for the Eastern District of Pennsylvania via ECF thus effectuating service on all counsel who are registered as electronic filers in this case. I further certify that on this date a true and correct copy of the foregoing document has been forwarded to the following counsel via U.S. Mail at the addresses listed below:

| | |
|---|---|
| Christopher A. Seeger<br>Co-Lead Class Counsel<br>SEEGER WEISS LLP<br>77 Water Street<br>New York, NY 10005 | Co-Lead Class Counsel<br>ANAPOL SCHWARTZ<br>1710 Spruce Street<br>Philadelphia, PA 19103 |
| Steven C. Marks<br>Class Counsel<br>PODHURST ORSECK P.A.<br>City National Bank Building<br>25 W. Flagler Street, Suite 800<br>Miami, FL 33130-1780 | Gene Locks<br>Class Counsel<br>LOCKS LAW FIRM<br>The Curtis Center, Suite 720 East<br>601 Walnut Street<br>Philadelphia, PA 19106 |
| Arnold Levin<br>Counsel - Subclass 1<br>LEVIN FISHBEIN SEDRAN &<br> BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106 | Dianne M. Nast<br>Counsel - Subclass 2<br>NAST LAW LLC<br>1101 Market Street, Suite 2801<br>Philadelphia, Pennsylvania 19107 |

DATED: April 16, 2015         /s/ Glenn A. Manochi
                              GLENN A. MANOCHI, ESQUIRE

E:\NFL CONCUSSION CLASS ACTION\DOCS\NFL.HEIMBURGER JOINDER AND RE-URGING OF OBJECTION.4-16-15.DOC