**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION : : : : : : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**SEVENTH OPT OUT REPORT**
**SUBMITTED BY THE CLAIMS ADMINISTRATOR**

BrownGreer PLC ("BrownGreer"), the Claims Administrator under the proposed Class Action Settlement Agreement ("Settlement Agreement") in this matter, submits this Seventh Opt Out Report to supplement its six previously filed Opt Out Reports:

**1.** *Previous Opt Out Reports by the Claims Administrator.* The Claims Administrator has submitted six Opt Out Reports to apprise the Court, the Parties to the Settlement Agreement, the Settlement Class and other interested persons of the number and characteristics of the Opt Out requests received:

(a) First Opt Out Report, filed November 3, 2014 (Document 6340);

(b) Second Opt Out Report, filed November 13, 2014 (Document 6424);

(c) Third Opt Out Report, filed November 18, 2014 (Document 6438);

(d) Fourth Opt Out Report, filed December 12, 2014 (Document 6465);

(e) Fifth Opt Out Report, filed February 17, 2015 (Document 6482); and

(f) Sixth Opt Out Report, filed March 4, 2015 (Document 6496).

As of the Sixth Opt Out Report, there were 206 Opt Out requests that appeared to be timely and 10 that seemed to be untimely.

2.  *Summary of Developments Since the Sixth Opt Out Report.* After the Sixth Opt Out Report, the Parties to the Settlement Agreement agreed to grant revocation requests made by seven Class Members who had submitted timely Opt Out requests. These developments are explained more fully in Paragraph 3 below. Exhibit 1 to this Seventh Report identifies the 199 Opt Out requests that appear to be timely after these developments. Exhibit 2 lists the 10 Opt Out requests that appear to be untimely. This table summarizes the two Exhibits and the Opt Out statistics as of the date of this Seventh Opt Out Report:

| | OPT-OUT REQUESTS:  SUMMARY OF SEVENTH REPORT | |
|---|---|---|
| | **A.  TIMELY OPT OUT REQUESTS (See Exhibit 1)** | |
| 1. | Retired NFL Football Players | 179 |
| 2. | Relatives of a Retired NFL Football Player | 20 |
| 3. | TOTAL | 199 |
| | **B.  UNTIMELY OPT-OUT REQUESTS (See Exhibit 2)** | |
| 4. | Retired NFL Football Players | 9 |
| 5. | Relative of a Retired NFL Football Player | 1 |
| 6. | TOTAL | 10 |

3.  *Details on Developments Since the Sixth Opt Out Report.* Since the March 4, 2015 filing of the Sixth Opt Out Report, we received and the Parties to the Settlement Agreement agreed to grant revocation requests made by the following individuals who had submitted timely Opt Outs:

(a) Andrew P. Banaszak (# 10 in Exhibit 1 to the Sixth Opt Out Report);

(b) Roderick R. Cartwright (# 38 in Exhibit 1 to the Sixth Opt Out Report);

(c) Keaton Cromartie (# 47 in Exhibit 1 to the Sixth Opt Out Report);

(d) Ken Fantetti (# 63 in Exhibit 1 to the Sixth Opt Out Report);

2

    (e)  Mark Koncar (# 97 in Exhibit 1 to the Sixth Opt Out Report);

    (f)  William T. Maas (# 107 in Exhibit 1 to the Sixth Opt Out Report); and

    (g)  Tamarick Vanover (# 174 in Exhibit 1 to the Sixth Opt Out Report).

We no longer count these seven persons as Opt Outs and we have removed their names from Exhibit 1.

        Respectfully submitted,

        **CLAIMS ADMINISTRATOR**

        By:   /s/ Orran L. Brown
        Orran L. Brown
        VSB No. 25832
        BROWNGREER PLC
        250 Rocketts Way
        Richmond, VA  23231
        Telephone:  (804) 521-7201
        Facsimile:  (804) 521-7299
        Email:  obrown@browngreer.com

Date:   April 17, 2015

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Seventh Opt Out Report was filed electronically this 17th day of April, 2015, and was served electronically upon Class Counsel, Counsel for the NFL Parties and all counsel of record by the United States District Court for the Eastern District of Pennsylvania's electronic filing system.

/s/ **Orran L. Brown**
Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia  23231
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com