IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | : : : : : | Hon. Anita B. Brody |

**EIGHTH OPT OUT REPORT
SUBMITTED BY THE CLAIMS ADMINISTRATOR**

BrownGreer PLC ("BrownGreer"), the Claims Administrator under the proposed Class Action Settlement Agreement ("Settlement Agreement") in this matter, submits this Eighth Opt Out Report to supplement its seven previously filed Opt Out Reports:

1.   *Previous Opt Out Reports by the Claims Administrator.*  The Claims Administrator has submitted seven Opt Out Reports to apprise the Court, the Parties to the Settlement Agreement, the Settlement Class and other interested persons of the number and characteristics of the Opt Out requests received:

(a) First Opt Out Report, filed November 3, 2014 (Document 6340);

(b) Second Opt Out Report, filed November 13, 2014 (Document 6424);

(c) Third Opt Out Report, filed November 18, 2014 (Document 6438);

(d) Fourth Opt Out Report, filed December 12, 2014 (Document 6465);

(e) Fifth Opt Out Report, filed February 17, 2015 (Document 6482);

(f) Sixth Opt Out Report, filed March 4, 2015 (Document 6496); and

(g) Seventh Opt Out Report, filed April 17, 2015 (Document 6506).

As of the Seventh Opt Out Report, there were 199 Opt Out requests that appeared to be timely and 10 that seemed to be untimely.

2. *Summary of the Development Since the Seventh Opt Out Report.* After the Seventh Opt Out Report, the Parties to the Settlement Agreement agreed to grant a revocation request made by one Class Member who had submitted a timely Opt Out request. This development is explained more fully in Paragraph 3 below. Exhibit 1 to this Eighth Report identifies the 198 Opt Out requests that appear to be timely after this development. Exhibit 2 lists the 10 Opt Out requests that appear to be untimely. This table summarizes the two Exhibits and the Opt Out statistics as of the date of this Eighth Opt Out Report:

| | OPT-OUT REQUESTS:  SUMMARY OF EIGHTH REPORT | |
|---|---|---|
| | **A.  TIMELY OPT OUT REQUESTS (See Exhibit 1)** | |
| 1. | Retired NFL Football Players | 178 |
| 2. | Relatives of a Retired NFL Football Player | 20 |
| 3. | TOTAL | 198 |
| | **B.  UNTIMELY OPT-OUT REQUESTS (See Exhibit 2)** | |
| 4. | Retired NFL Football Players | 9 |
| 5. | Relative of a Retired NFL Football Player | 1 |
| 6. | TOTAL | 10 |

3. *Details on Development Since the Seventh Opt Out Report.* Since the April 17, 2015 Seventh Opt Out Report, we received and the Parties to the Settlement Agreement agreed to grant a revocation request made by Roosevelt Williams, Jr. (# 177 in Exhibit 1 to the Seventh Opt Out Report) who had submitted a timely Opt Out. We no longer count Mr. Williams as an Opt Out and we have removed his name from Exhibit 1.

        Respectfully submitted,

        **CLAIMS ADMINISTRATOR**

        By:   /s/ Orran L. Brown
        Orran L. Brown
        VSB No. 25832
        BROWNGREER PLC
        250 Rocketts Way
        Richmond, VA  23231
        Telephone:  (804) 521-7201
        Facsimile:  (804) 521-7299
        Email:  obrown@browngreer.com

Date:   April 21, 2015

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing Seventh Opt Out Report was filed electronically this 21st day of April, 2015, and was served electronically upon Class Counsel, Counsel for the NFL Parties and all counsel of record by the United States District Court for the Eastern District of Pennsylvania's electronic filing system.

                                              /s/ **Orran L. Brown**
                                              Orran L. Brown
                                              Virginia State Bar No. 25832
                                              BrownGreer PLC
                                              250 Rocketts Way
                                              Richmond, Virginia  23231
                                              Telephone:  (804) 521-7201
                                              Facsimile:  (804) 521-7299
                                              Email:  obrown@browngreer.com