# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. PENN.)

| EXHIBIT 2 | | |  | | UNTIMELY OPT OUT REQUESTS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | **A. Retired NFL Football Players** | | | | | | | |
| | **1. Settlement Class Member Name** | **2. Settlement Class Member Type** | **3. Address Provided?** | **4. Phone Number Provided?** | **5. DOB Provided?** | **6. Government ID Provided?** | **7. Personal Signature Provided?** | **8. Signature Date Provided?** | **9. Postmark Date** |
| 1. | Babineaux, Jordan | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/15/14 |
| 2. | Berry, Reginald | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Email 1/13/15 |
| 3. | Buggs, Daniel | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/15/14 |
| 4. | Buggs, Wamon C. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | Missing 10/17/14 |
| 5. | Cole, Sr., Robin | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/15/14 |
| 6. | Harris, Charles W. | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 10/31/14 |
| 7. | Moffitt, John | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | Yes | 11/10/14 |
| 8. | Richards, Rex | Retired NFL Football Player | Yes | Yes | Yes | No | Yes | Yes | Missing 10/22/14 |
| 9. | Stoepel, Terry | Retired NFL Football Player | Yes | Yes | Yes | Yes | Yes | No | Missing 10/22/14 |
| | **Subtotal of Retired NFL Football Players** | | | 9 | | | | | |
| | | **B. Relative of a Retired NFL Football Player** | | | | | | | |
| | **1. Settlement Class Member Name** | **2. Settlement Class Member Type** | **3. Address Provided?** | **4. Phone Number Provided?** | **5. DOB Provided?** | **6. Government ID Provided?** | **7. Personal Signature Provided?** | **8. Signature Date Provided?** | **9. Postmark Date** |
| 10. | Rogers, Loretta | Derivative/Family - George Rogers | No | No | No | No | No | No | Email 10/20/14[1] |
| | **Subtotal of Relative of a Retired NFL Football Player** | | | 1 | | | | | |
| | **Total Untimely Opt Out Requests** | | | 10 | | | | | |

[1]Loretta Rogers filed her Opt Out request with the Court and Class Counsel emailed it to BrownGreer on 10/20/14. The Certificate of Service attached to the Opt Out request recites that it was mailed to the Court on 10/14/14 but we show the date of our email receipt, which is all we can verify. There is no postmark.