UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

## ORDER

**AND NOW**, this 21st day of April, 2015, it is **ORDERED** as follows:

The following motions are **GRANTED:**
- ECF No. 6120
- ECF No. 6130
- ECF No. 6133
- ECF No. 6134
- ECF No. 6135
- ECF No. 6138
- ECF No. 6170
- ECF No. 6171
- ECF No. 6214
- ECF No. 6215
- ECF No. 6216
- ECF No. 6231
- ECF No. 6236
- ECF No. 6327
- ECF No. 6451

The following motions are **GRANTED IN PART AND DENIED IN PART:**
- ECF No. 6180. The Brain Injury Association of America's request to file an *amicus curiae* brief is **DENIED**. However, the Brain Injury Association of America's Declaration of Drs. Brent E. Masel and Gregory J. O'Shanick (ECF No. 6180-2) is accepted and added to the record.

The following motions are **DENIED AS MOOT:**
- ECF No. 6151 (in light of ECF No. 6245)
- ECF No. 6163 (in light of ECF No. 6246)
- ECF No. 6164 (in light of ECF No. 6171)

- ECF No. 6192 (in light of ECF No. 6204)
- ECF No. 6211 (in light of ECF No. 6245)
- ECF No. 6244
- ECF No. 6249
- ECF No. 6260 (in light of ECF No. 6426)
- ECF No. 6331 (in light of ECF No. 6334)
- ECF No. 6338 (in light of ECF No. 6415)

The following motions are **DENIED:**
- ECF No. 6252
- ECF No. 6259
- ECF No. 6427
- ECF No. 6429
- ECF No. 6430
- ECF No. 6461
- ECF No. 6462

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:            Copies **MAILED** on _____ to:

O:\ABB 2015\L - Z\NFL Omnibus Order.docx