IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION _____ | § § § § § § | No. 12-md-2323 (AB) MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | § § | |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Please note the appearance of Mitchell A. Toups and Weller, Green, Toups & Terrell, L.L.P., as counsel for Objector William B. Duff in this matter. William B. Duff, who timely filed an objection to the settlement in this matter, should be included as a member of the Armstrong Objectors.

All pleadings, motions and other documents to be served upon Objector William B. Duff should be served upon Mitchell A. Toups and Weller, Green, Toups & Terrell, L.L.P. at the following address:

Mitchell A. Toups
Weller, Green, Toups & Terrell, L.L.P.
Bank of America Building
2615 Calder, Suite 400 (77702)
P.O. Box 350
Beaumont, Texas  77704
Telephone: (409) 838-0101
Facsimile: (409) 832-8577
E-mail: matoups@wgttlaw.com
E-mail: jgordon@wgttlaw.com

Date:  April 23, 2015

                                  Respectfully submitted,

                                  **WELLER, GREEN, TOUPS & TERRELL, L.L.P.**
                                  Post Office Box 350
                                  Beaumont, Texas 77704
                                  (409) 838-0101
                                  Fax: (409) 832-8577
                                  Email:  matoups@wgttlaw.com


                        BY:     /s/ Mitchell A. Toups_____
                                  **MITCHELL A. TOUPS**
                                  STATE BAR NO. 20151600


                       **ATTORNEYS FOR OBJECTOR WILLIAM B. DUFF**


### CERTIFICATE OF SERVICE

    I certify that a true copy of the foregoing Notice of Appearance of Counsel was served on all counsel of record, via the Court's ECF System, on April 23, 2015.

                                          /s/  *Mitchell A. Toups*
                                          Mitchell A. Toups