# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION  §§§§§§§§ | No. 12-md-2323 (AB)  MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Please note the appearance of Richard L. Coffman and The Coffman Law Firm as counsel for Objector William B. Duff in this matter. William B. Duff, who timely filed an objection to the settlement in this matter, should be included as a member of the Armstrong Objectors.

All pleadings, motions and other documents to be served upon Objector William B. Duff should be served upon Richard L. Coffman and The Coffman Law Firm at the following address:

Richard L. Coffman
The Coffman Law Firm
First City Building
505 Orleans St., Suite 505
Beaumont, Texas  77701
Telephone: (409) 833-7700
Facsimile: (866) 835-8250
E-mail: rcoffman@coffmanlawfirm.com
E-mail: hmcadams@coffmanlawfirm.com

Date:  April 23, 2015

                              Respectfully submitted,

                              /s/  *Richard L. Coffman*
                              Richard L. Coffman
                              **THE COFFMAN LAW FIRM**
                              First City Building
                              505 Orleans Street, Suite 505
                              Beaumont, TX 77701
                              Telephone: (409) 833-7700
                              Facsimile: (866) 835-8250
                              Email: rcoffman@coffmanlawfirm.com

                              **ATTORNEY FOR OBJECTOR**
                              **WILLIAM B. DUFF**

## CERTIFICATE OF SERVICE

    I certify that a true copy of the foregoing Notice of Appearance of Counsel was served on all counsel of record, via the Court's ECF System, on April 23, 2015.

                              /s/  *Richard L. Coffman*
                              Richard L. Coffman

**APPEARANCE OF COUNSEL ARMSTRONG OBJECTORS**