IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION | § § § | |
| _____ | § § § | No. 12-md-2323 (AB) MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | § § | |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Please note the appearance of Jason C. Webster and The Webster Law Firm as counsel for Objector William B. Duff in this matter. William B. Duff, who timely filed an objection to the settlement in this matter, should be included as a member of the Armstrong Objectors.

All pleadings, motions and other documents to be served upon Objector William B. Duff should be served upon Jason C. Webster and The Webster Law Firm at the following address:

Jason C. Webster
The Webster Law Firm
6200 Savoy, Suite 640
Houston, Texas 77036
Telephone: (713) 581-3900
Facsimile: (713) 581-3907
E-mail: filing@thewebsterlawfirm.com

Date:  April 23, 2015

      Respectfully submitted,

      /s/  *Jason C. Webster*
      Jason C. Webster
      **THE WEBSTER LAW FIRM**
      6200 Savoy, Suite 640
      Houston, Texas  77036
      Telephone: (713) 581-3900
      Facsimile: (713) 581-3907
      Email: filing@thewebsterlawfirm.com

      **ATTORNEY FOR OBJECTOR**
      **WILLIAM B. DUFF**

## CERTIFICATE OF SERVICE

    I certify that a true copy of the foregoing Notice of Appearance of Counsel was served on all counsel of record, via the Court's ECF System, on April 23, 2015.

      /s/  *Jason C. Webster*
      Jason C. Webster