UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>**This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and John Brodie, et al. v. NFL, USDC, EDPA, No. 2:12-cv-00861-AB**<br><br>**ANDREW STEWART AND SHARON STEWART** | **NOTICE OF WITHDRAWAL OF APPEARANCE OF DAVID D. LANGFITT, ESQUIRE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of David D. Langfitt on behalf of plaintiffs, ANDREW STEWART AND SHARON STEWART ONLY in *John Brodie, et al. v. NFL,* USDC, EDPA, No. 2:12-cv-00861-AB, and *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB is hereby WITHDRAWN.

                                                        RESPECTFULLY SUBMITTED

                                                        **LOCKS LAW FIRM**

April 24, 2015                              **BY:**   /s/ *David D. Langfitt*
                                                        David D. Langfitt, Esquire
                                                        601 Walnut Street, Suite 720 East
                                                        Philadelphia, PA 19106
                                                        215-893-0100 (tel.)
                                                        215-893-3444 (fax)
                                                        dlangfitt@lockslaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 24, 2015, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

                                       **LOCKS LAW FIRM**

                                **BY:**   /s/ *David D. Langfitt*

                                         David D. Langfitt, Esquire
                                         601 Walnut Street, Suite 720 East
                                         Philadelphia, PA 19106
                                         215-893-0100 (tel.)
                                         215-893-3444 (fax)
                                         dlangfitt@lockslaw.com