IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION | § § § § No. 12-md-2323 (AB) § § MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | § § |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Please note the appearance of Michael A. Warner and The Warner Law Firm, as counsel for Objector William B. Duff in this matter. William B. Duff, who timely filed an objection to the settlement in this matter, should be included as a member of the Armstrong Objectors.

All pleadings, motions and other documents to be served upon Objector William B. Duff should be served upon Michael A. Warner and The Warner Law Firm at the following address:

Michael A. Warner
The Warner Law Firm
101 SE 11th St, Suite 301
Amarillo, Texas 79101
Telephone: (806) 372-2595
Facsimile: (866) 397-9054
E-mail: mike@thewarnerlawfirm.com

Date: April 27, 2015

        Respectfully submitted,

        **THE WARNER LAW FIRM**
        101 SE 11th St., Suite 301
        Amarillo, Texas 79101
        (806) 372-2595
        Fax: (866) 397-9054
        Email: mike@thewarnerlawfirm.com

        **BY:**   **/s/ Michael A. Warner**
        **MICHAEL A. WARNER**
        STATE BAR NO. 20872700

    **ATTORNEYS FOR OBJECTOR WILLIAM B. DUFF**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Appearance of Counsel was served on all counsel of record, via the Court's ECF System, on April 27, 2015.

        */s/ Michael A. Warner*
        Michael A. Warner