# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| DOCUMENT RELATES TO:<br><br>*Maxwell v. Nat'l Football League,* No. 12-cv-1023;<br>*Pear v. Nat'l Football League,* No. 12-cv-1025;<br>*Monk v. Nat'l Football League,* No. 12-cv-3533;<br>*Henderson v. Nat'l Football League,* No. 12-cv-3534;<br>*Kuechenberg v. Nat'l Football League,* No. 12-cv-3535;<br>*Morton v. Nat'l Football League,* No. 12-cv-4087;<br>*Cunningham v. Nat'l Football League,* No. 12-cv-4574;<br>*Kapp v. Nat'l Football League,* No. 12-cv-4575;<br>*Bauman v. Nat'l Football League,* No. 12-cv-4576;<br>*Bailey v. Nat'l Football League,* No. 12-cv-5372;<br>*Sweet v. Nat'l Football League,* No. 12-cv-7214<br>*Duckworth v. Nat'l Football League,* No. 13-cv-04231<br>*Hudson v. Nat'l Football League,* No. 13-cv-07628<br>*Jani v. Nat'l Football League,* No. 14-cv-02064 | |

## NOTICE OF DISSOCIATION

## AND WITHDRAWAL OF APPEARANCE

Graham B. LippSmith and Celene S. Chan are no longer attorneys at the firm of Girardi | Keese. Please withdraw the appearance of Graham B. LippSmith and Celene S. Chan as counsel for all Plaintiffs in the above-captioned actions.

Dated: April 28, 2015            */s/ Graham B. LippSmith*
                                 Graham B. LippSmith
                                 Celene S. Chan
                                 KASDAN LIPPSMITH WEBER TURNER LLP
                                 500 S. Grand Ave., Suite 1310
                                 Los Angeles, CA 90071
                                 glippsmith@klwtlaw.com
                                 cchan@klwtlaw.com

                                 *Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Certificate of Service** |
| DOCUMENT RELATES TO:<br><br>*Maxwell v. Nat'l Football League,* No. 12-cv-1023;<br>*Pear v. Nat'l Football League,* No. 12-cv-1025;<br>*Monk v. Nat'l Football League,* No. 12-cv-3533;<br>*Henderson v. Nat'l Football League,* No. 12-cv-3534;<br>*Kuechenberg v. Nat'l Football League,* No. 12-cv-3535;<br>*Morton v. Nat'l Football League,* No. 12-cv-4087;<br>*Cunningham v. Nat'l Football League,* No. 12-cv-4574;<br>*Kapp v. Nat'l Football League,* No. 12-cv-4575;<br>*Bauman v. Nat'l Football League,* No. 12-cv-4576;<br>*Bailey v. Nat'l Football League,* No. 12-cv-5372;<br>*Sweet v. Nat'l Football League,* No. 12-cv-7214<br>*Duckworth v. Nat'l Football League,* No. 13-cv-04231<br>*Hudson v. Nat'l Football League,* No. 13-cv-07628<br>*Jani v. Nat'l Football League,* No. 14-cv-02064 | |

      I hereby certify that, on April 28, 2015, I caused a true and correct copy of the foregoing NOTICE OF DISSOCIATION AND WITHDRAWAL OF APPEARANCE to be filed via CM/ECF system, which caused notice to be sent to all counsel of record.

Dated: April 28, 2015

*/s/ Graham B. LippSmith*
Graham B. LippSmith
Celene S. Chan
KASDAN LIPPSMITH WEBER TURNER LLP
500 S. Grand Ave., Suite 1310
Los Angeles, CA 90071
glippsmith@klwtlaw.com
cchan@klwtlaw.com

*Attorneys for Plaintiffs*