IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| DOCUMENT RELATES TO:<br><br>*Russell v. Nat'l Football League,* No. 13-cv-5767;<br>*Chalenski v. Nat'l Football League,* No. 13-cv-5768;<br>*Molinaro v. Nat'l Football League,* No. 12-cv-5769; | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Graham B. LippSmith and Celene S. Chan on behalf of all Plaintiffs in the above-captioned actions.

Dated: April 28, 2015

 */s/ Graham B. LippSmith*
Graham B. LippSmith
Celene S. Chan
KASDAN LIPPSMITH WEBER TURNER LLP
500 S. Grand Ave., Suite 1310
Los Angeles, CA 90071
glippsmith@klwtlaw.com
cchan@klwtlaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Certificate of Service** |
| DOCUMENT RELATES TO:<br><br>*Russell v. Nat'l Football League,* No. 13-cv-5767;<br>*Chalenski v. Nat'l Football League,* No. 13-cv-5768;<br>*Molinaro v. Nat'l Football League,* No. 12-cv-5769; | |

I hereby certify that, on April 28, 2015, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be filed via CM/ECF system, which caused notice to be sent to all counsel of record.

Dated: April 28, 2015

/s/ Graham B. LippSmith
Graham B. LippSmith
Celene S. Chan
KASDAN LIPPSMITH WEBER TURNER LLP
500 S. Grand Ave., Suite 1310
Los Angeles, CA 90071
glippsmith@klwtlaw.com
cchan@klwtlaw.com

*Attorneys for Plaintiffs*