UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY
LITIGATION; KEVIN TURNER, et al.,

    Plaintiffs,

vs.

NATIONAL FOOTBALL LEAGUE, et al.,

    Defendants.
_____/

Civil Action Number: 14-cv-0029

MDL Number: 2323

## NOTICE OF APPEARANCE OF COUNSEL FOR SELECTED FORMER PLAYERS

Pursuant to MDL Rule 2.1(c), the undersigned Plaintiffs' counsel hereby gives notice that Holliday Karatinos Law Firm, PLLC represents the following former NFL players who will be making claims in this case:

    Gregory Boone
    Jeff George
    Shaun King
    Keith Newman, Jr.
    Charles Pitcock
    Charles Riggins
    Tavares Washington
    Clarence Williams

Their undersigned legal counsel requests that all court filings and communications regarding their claims be served upon their law firm at the addresses and telephone numbers listed below.

                        /s/ Ted E. Karatinos_____
                        THEODORE "TED" E. KARATINOS
                        HOLLIDAY KARATINOS LAW FIRM, PLLC
                        18920 North Dale Mabry Highway, Suite 101
                        Lutz, Florida 33548
                        (813) 868-1887 (telephone)
                        (813) 909-8535 (telefax)
                        Designated Email: hbkemail@hbklawfirm
                        Florida Bar No. 0983209
                        Counsel for said former NFL Players

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished electronically through the EM-ECF system to all legal counsel of record on file as of April 30, 2015.

*/s/ Ted E. Karatinos*_____
THEODORE "TED" E. KARATINOS