IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE CONCUSSION INJURY LITIGATION, | NO. 14-cv-0029-AB<br><br>MDL-2323 |
| KEVIN TURNER, et al.<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>THE NATIONAL FOOTBALL LEAGUE, et al.<br><br>　　　　　　Defendants. | |

### WITHDRAWAL AND SUBSTITUTION OF
### COUNSEL FOR PLAINTIFF JOHN LEONARD WILBUR

CHRISTOPHER A. DIAS and the LOCKS LAW FIRM hereby withdraw as counsel for Plaintiff JOHN LEONARD WILBUR, and GALIHER DeROBERTIS WAXMAN hereby enters an appearance as counsel for Plaintiff JOHN LEONARD WILBUR, pursuant to Rule 5.1(c) of the Local Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania.

This matter is not set for trial.

DATED:  Honolulu, Hawaii, __MAY 0 4 2015_____

　　　　　　　　　　　　　　　　_/s/ Christopher A. Dias_____
　　　　　　　　　　　　　　　　CHRISTOPHER A. DIAS
　　　　　　　　　　　　　　　　(Withdrawing Attorney for Plaintiff
　　　　　　　　　　　　　　　　JOHN LEONARD WILBUR)
　　　　　　　　　　　　　　　　Schutter Smith & Dias & Wong
　　　　　　　　　　　　　　　　810 Richards St., Ste. 810
　　　　　　　　　　　　　　　　Honolulu HI 96813-4721

-2-

DATED: Philadelphia, Pennsylvania, April 9, 2015

                                      GENE LOCKS
                                      DAVID D. LANGFITT
                                      (Withdrawing Attorneys for Plaintiff
                                      JOHN LEONARD WILBUR)
                                      Locks Law Firm
                                      601 Walnut Street, Suite 720 E
                                      Philadelphia, PA 19106

DATED: Honolulu, Hawaii, MAY 0 4 2015

                                      GARY O. GALIHER
                                      ILANA K. WAXMAN
                                      CLARISSE M. KOBASHIGAWA
                                      ALLISON M. AOKI
                                      ALYSSA R. SEGAWA
                                      ANTHONY M. CARR
                                      (Appearing Attorneys for Plaintiff
                                      JOHN LEONARD WILBUR)
                                      610 Ward Ave.
                                      Honolulu, HI 96814-3308