IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE CONCUSSION INJURY LITIGATION, | NO. 14-cv-0029-AB<br><br>MDL-2323 |
| KEVIN TURNER, et al.<br><br>        Plaintiffs,<br><br>vs.<br><br>THE NATIONAL FOOTBALL LEAGUE, et al.<br><br>        Defendants. | |

### CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2015 the foregoing, withdrawal and substitution of counsel was electronically filed with the Clerk of the Court and therefore served through the CM/ECF system on all counsel in this case registered with the CM/ECF system for this case.

                                          /s/ Gary O. Galiher
                                          Gary O. Galiher, Esquire