# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | : : : : : | Hon. Anita B. Brody |

# POSTING OF LIST OF OPT OUTS PURSUANT TO THE FINAL ORDER AND JUDGMENT

In Paragraph 18 of its April 22, 2015 Final Order and Judgment (Document 6510), the Court directed the Claims Administrator to post a list of Opt Outs forthwith. On May 4, 2015, after consultation with Class Counsel and counsel for the NFL Parties regarding the format of such list, the Claims Administrator posted under the Court Documents section on the official Settlement Website, www.nflconcussionsettlement.com, two lists identifying the Opt Out requests received by the Claims Administrator that had not been revoked by the Class Member before the entry of the Final Order and Judgment:

1. **Table 1--Timely Opt Out Requests Containing All Information Required by Section 14.2(c):** Table 1 lists the Class Members who submitted timely Opt Out requests by the October 14, 2014 Opt Out Deadline and that contained all the information required by Section 14.2(c) of the Settlement Agreement.

2. **Table 2-- Opt Out Requests that Were Untimely and/or Did Not Contain All Information Required by Section 14.2(c):** Table 2 lists the Class Members with Opt Out requests that were not timely submitted by the October 14, 2014 Opt Out Deadline, and/or were missing any of the information required by Section 14.2(c) of the Settlement Agreement. Table 2 shows what item(s) of information were not supplied and the controlling submission date for each untimely Opt Out request.

For the convenience of the Court, these two Tables are also filed with this pleading.  The Claims Administrator shall provide any further information requested by the Court or the Parties.

Respectfully submitted,

**CLAIMS ADMINISTRATOR**

By:   /s/ Orran L. Brown
Orran L. Brown
VSB No. 25832
BROWNGREER PLC
250 Rocketts Way
Richmond, VA  23231
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com

Date:   May 4th, 2015

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Opt Out Lists was filed electronically this 4th day of May, 2015, and was served electronically upon Class Counsel, Counsel for the NFL Parties and all counsel of record by the United States District Court for the Eastern District of Pennsylvania's electronic filing system.

/s/ **Orran L. Brown**
Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia  23231
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com