| Table 1 | NFL Concussion Settlement: Timely Opt Out Requests Containing All Information Required by Section 14.2(c) (As of the April 22, 2015 Final Order and Judgment) | | | |
|---|---|---|---|---|
| | Notice ID | Last Name | First Name | Middle Name |
| | A. Retired NFL Players | | | |
| 1. | 100000004 | Abdullah | Hamza | |
| 2. | 100000031 | Acks | Ronald | William |
| 3. | 100000097 | Ahanotu | Chidi | |
| 4. | 100000146 | Alexander, Jr. | Charles | F. |
| 5. | 100000340 | Anderson | Ottis | J. |
| 6. | 100000449 | Arnett | Jon | Dwane |
| 7. | 100000480 | Ashley Jr. | Walker | Lee |
| 8. | 100000603 | Bain | William | Ernest |
| 9. | 100000667 | Ballard | Howard | |
| 10. | 100000749 | Barnes | Billy | Ray |
| 11. | 100000787 | Barnett | Timothy | |
| 12. | 100000834 | Bass | Michael | Thomas |
| 13. | 100000870 | Baugh | Thomas | Anthony |
| 14. | 100000875 | Baumgartner | Steven | |
| 15. | 900001166 | Beban | Gary | J. |
| 16. | 100000930 | Bebout | Nick | |
| 17. | 100000982 | Bell | Bobby | L. |
| 18. | 100000993 | Bell | Gregory | Leon |
| 19. | 100001131 | Berton | Sean | |
| 20. | 100001142 | Bethea | Elvin | L. |
| 21. | 100001171 | Bielski | Richard | Adam |
| 22. | 100001186 | Bing | Darnell | L. |
| 23. | N/A | Blackshear | Rodney | T. |
| 24. | 100001383 | Bonness | Richard | K. |
| 25. | 100001596 | Brannon | Robert | |
| 26. | 100001671 | Brightful | Lamont | |
| 27. | N/A | Brooks IV | Robert | L. |
| 28. | 100001926 | Brown | Ronald | |
| 29. | 100002027 | Bryant | Trent | B. |
| 30. | 100002378 | Campbell | Woodrow | Lamar |
| 31. | 100002497 | Carter | Tyrone | |
| 32. | 100002768 | Clapp, II | Thomas | P. |
| 33. | 100002875 | Cline, Jr. | Anthony | Francis |
| 34. | 100002899 | Cobb | Marvin | Lawrence |
| 35. | 100003090 | Commiskey | Charles | E. |
| 36. | 100003166 | Cooper | Alexander | Louis |
| 37. | 100003197 | Cordileone | Louis | |
| 38. | 100003223 | Cosbie | Douglas | |
| 39. | 100003414 | Crumpler | Algernon | D. |
| 40. | 100003415 | Crumpler | Carlester | T. |
| 41. | 100003729 | Davis | Terrell | Lamar |

| Table 1 | NFL Concussion Settlement: Timely Opt Out Requests Containing All Information Required by Section 14.2(c) (As of the April 22, 2015 Final Order and Judgment) | | | |
|---|---|---|---|---|
| | Notice ID | Last Name | First Name | Middle Name |
| 42. | 400000182 | DeCarlo, Sr. | Arthur | A. |
| 43. | 100003858 | Dennis, III | Albert | R. |
| 44. | 100004084 | Dorris | Andrew | Michael |
| 45. | 100004087 | Dorsett | Tony | |
| 46. | 100004120 | Douglas | Cody | |
| 47. | 100004136 | Douglass | Bobby | |
| 48. | 100004354 | Eber | Richard | Lee |
| 49. | 100004372 | Edelman | Bradley | Mart |
| 50. | 100004651 | Fahnhorst | Keith | V. |
| 51. | 100004666 | Fanning | Michael | Lavern |
| 52. | 100004887 | Flatley | Paul | R. |
| 53. | 100005000 | Forsberg | Fred | C |
| 54. | 100005216 | Gabriel | Roman | |
| 55. | 100005391 | Gayle | Shaun | |
| 56. | 100005739 | Grant | Robert | B. |
| 57. | 100005759 | Gray | Quinn | F. |
| 58. | 100005848 | Green | Roy | |
| 59. | 100005904 | Grier | Roosevelt | |
| 60. | 100005920 | Griffin, Jr. | Leonard | James |
| 61. | 900007679 | Hackett | Barry | Dean |
| 62. | 100006151 | Hamilton | Ben | |
| 63. | 100006449 | Harrison | Jerome | Charles |
| 64. | 100006475 | Harry | Emile | Michael |
| 65. | 900008386 | Healy Jr. | William | R. |
| 66. | 100006814 | Hicks | Dwight | |
| 67. | 100006856 | Hill | Calvin | |
| 68. | 100006877 | Hill | Kent | |
| 69. | 900008737 | Hilliard | Lex | Douglas |
| 70. | 100007115 | Hoover | Bradley | Ray |
| 71. | 100007134 | Horn | Joseph | |
| 72. | 100007437 | Iorio | Joseph | W. |
| 73. | 100007672 | Jarvis | John | Bruce |
| 74. | 100007707 | Jefferson, Jr. | Roy | Lee |
| 75. | 100007809 | Johnson Jr. | Ted | C. |
| 76. | 100008137 | Jones | Donald | Ray |
| 77. | 100008151 | Jones | Frederick | Cornelius |
| 78. | 100008471 | Kelly | Eric | Francheste |
| 79. | 190000195 | Kelly, II | Patrick | |
| 80. | 100008513 | Kenney | William | Patrick |
| 81. | 100008632 | Kingsriter | Douglas | James |
| 82. | 100008766 | Kosar | Bernard | J. |
| 83. | 100008792 | Krakau | Mervin | F. |
| 84. | 100008806 | Krause | Paul | James |

| Table 1 | NFL Concussion Settlement: Timely Opt Out Requests Containing All Information Required by Section 14.2(c) (As of the April 22, 2015 Final Order and Judgment) | | | |
|---|---|---|---|---|
| | Notice ID | Last Name | First Name | Middle Name |
| 85. | 100008953 | Lanier, Sr. | Willie | Edward |
| 86. | 250014001 | LaRose | Marvin | Daniel |
| 87. | 100008975 | Larson | Gregory | K. |
| 88. | 100009197 | Lewis | Albert | R. |
| 89. | 100009442 | Lowe | Woodrow | |
| 90. | 100009489 | Lurtsema | Robert | Ross |
| 91. | 100009748 | Martin | Christopher | |
| 92. | 900012555 | Massaquoi | Mohamed | Jah |
| 93. | 100009880 | May, Jr. | Bert | Deems |
| 94. | 100009925 | McAlister | Christopher | James |
| 95. | 100009928 | McAllister | Dulymus | J. |
| 96. | 100010101 | McDougle Jr. | Jerome | |
| 97. | 100010305 | McNair | Todd | D. |
| 98. | 100010404 | Merritt Sr. | David | L. |
| 99. | 100010586 | Mincy | Charles | |
| 100. | 100010854 | Morey | Sean | J. |
| 101. | 100010936 | Morton | Larry | Craig |
| 102. | 100011184 | Nelson | Jimmie | Dirk |
| 103. | 100011178 | Nelson | Curtis | Shane |
| 104. | 100011289 | Niswanger | Rudolph | N. |
| 105. | 100011497 | Oliver | Darryl | H. |
| 106. | 100011513 | Olkewicz | Neal | |
| 107. | 100011639 | Owens | Mel | T. |
| 108. | 100011685 | Palmer | Paul | W. |
| 109. | 100011709 | Parker | J'vonne | |
| 110. | 100011767 | Parrish | Bernard | P. |
| 111. | 100011790 | Pastorini | Dan | |
| 112. | 100011803 | Patrick | Allen | |
| 113. | 100011868 | Pearson | Jayice | |
| 114. | 270006144 | Phillips | Joseph | Gordon |
| 115. | 100012247 | Porter | Kevin | |
| 116. | 100012313 | Preece | Steven | Packer |
| 117. | 100012362 | Pritchard | Ronald | David |
| 118. | N/A | Ragon | Randy | D. |
| 119. | 100012615 | Reed | Andre | D. |
| 120. | 100012714 | Rentzel | Thomas | L. |
| 121. | 100012836 | Riggins | Robert | John |
| 122. | 100012979 | Robinson | Johnny | Nolan |
| 123. | 100013051 | Rogers | George | W. |
| 124. | 100013192 | Royal, Jr. | Robert | S. |
| 125. | 900017334 | Schaefering | Brian | Christopher |
| 126. | 110021920 | Scott | Edward | |
| 127. | 100013596 | Scott III | Jacob | E |

3

| Table 1 | NFL Concussion Settlement: Timely Opt Out Requests Containing All Information Required by Section 14.2(c) (As of the April 22, 2015 Final Order and Judgment) | | | |
|---|---|---|---|---|
| | **Notice ID** | **Last Name** | **First Name** | **Middle Name** |
| 128. | 100013646 | Seals | George | E. |
| 129. | 110029965 | Seau, Jr. | Tiaina | B. |
| 130. | 100013686 | Senser | Joseph | M. |
| 131. | N/A | Sharpe | Luis | |
| 132. | 100013804 | Sherk | Jerry | Martin |
| 133. | 100013941 | Simonini | Ed | |
| 134. | N/A | Simpson | William | C. |
| 135. | 900018004 | Sims, Jr. | George | Pollard |
| 136. | 100014138 | Smith | Chris | M. |
| 137. | 100014204 | Smith | John | Thomas |
| 138. | 100014196 | Smith | Jesse | Daley |
| 139. | 100014241 | Smith | Neil | O. |
| 140. | N/A | Stant | Patrick | M. |
| 141. | 100014534 | Steed | Joel | E. |
| 142. | 100014548 | Stein | Robert | Allen |
| 143. | 100014641 | Still | Arthur | B. |
| 144. | 100014948 | Tant | Jay | W. |
| 145. | 100015103 | Terry | Douglas | Maurice |
| 146. | 100015394 | Toefield | LaBrandon | |
| 147. | 100015506 | Truax, III | William | F. |
| 148. | 900019945 | Trufant | Marcus | Lavon |
| 149. | 100015812 | Voigt | Stuart | A. |
| 150. | 100015903 | Walker | George | |
| 151. | 100015970 | Walls | Charles | Wesley |
| 152. | 100015983 | Walter | Tyson | Barrett |
| 153. | 100016103 | Washington | Mark | H. |
| 154. | 100016289 | Westbrook | Michael | |
| 155. | 100016353 | White | Edward | Alvin |
| 156. | 100016462 | Wilbur | John | |
| 157. | 100016704 | Williams | Ralph | |
| 158. | 100017090 | Wright | Jeffrey | Ralph |
| 159. | 100017160 | Yary | Anthony | Ronald |
| | **Subtotal of Retired NFL Football Players** | | **159** | |
| | **B. Relatives of a Retired NFL Football Player** | | | |
| 160. | N/A | Baugh | Jean | M. |
| 161. | 270001721 | Davis | Roberta | Lee |
| 162. | 190000014 | Kelly | Kari | |
| 163. | N/A | Kelly, III | Patrick | |
| 164. | N/A | Kenney | Sandra | Louise |
| 165. | 270000922 | Lamana | Virginia | P |
| 166. | 270000201 | Lesane | Elizabeth | Turner |

| Table 1 | NFL Concussion Settlement: Timely Opt Out Requests Containing All Information Required by Section 14.2(c) (As of the April 22, 2015 Final Order and Judgment) | | | |
|---|---|---|---|---|
| | Notice ID | Last Name | First Name | Middle Name |
| 167. | 270003553 | Phillips | Elizabeth | D. |
| 168. | 190000357 | Seau | Hunter | |
| 169. | 190000326 | Seau | Jake | R. |
| 170. | N/A | Seau | Luisa | |
| 171. | 190000262 | Seau | Sydney | B. |
| 172. | N/A | Seau | Tiaina | |
| 173. | N/A | Seau | Tyler | C. |
| 174. | N/A | Smith | Dione | Elizabeth |
| 175. | N/A | Tant | Natalie | |
| | Subtotal of Relatives of a Retired NFL Football Player | | 16 | |
| | TOTAL | | 175 | |