| Table 2 | NFL Concussion Settlement: Opt Out Requests That Were Untimely and/or Did Not Contain All Information Required by Section 14.2(c) <br> (As of the April 22, 2015 Final Order and Judgment) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Class Member Information** | | | | **Section 14.2(c) Opt Out Revocation Requirements** | | | | | | |
| | Notice ID | Last Name | First Name | Middle Name | Address Provided? | Phone Number Provided? | Date of Birth Provided? | Government ID Provided? | Personal Signature Provided? | Signature Date Provided? | Timely Submitted?* |
| | **A. Retired NFL Players** | | | | | | | | | | |
| 1. | 900000677 | Babineaux | Jordan | | Yes | Yes | Yes | Yes | Yes | Yes | No (10/15/14) |
| 2. | 100001107 | Bernard | Walter | | Yes | No | Yes | Yes | Yes | No | Yes |
| 3. | 100001125 | Berry | Reginald | Dennis | Yes | Yes | Yes | Yes | Yes | Yes | No (1/13/15) |
| 4. | 100001190 | Bingham | Gregory | Raleigh | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 5. | 100001264 | Blair | Michael | | Yes | No | Yes | Yes | Yes | No | Yes |
| 6. | 100001779 | Brown | Mike | | No | No | No | No | No | No | Yes |
| 7. | 100002077 | Buggs | Daniel | | Yes | Yes | Yes | Yes | Yes | Yes | No (10/15/14) |
| 8. | 100002078 | Buggs | Wamon | C. | Yes | Yes | Yes | Yes | Yes | Yes | No (10/17/14) |
| 9. | 110017237 | Bush | Lewis | F. | Yes | No | No | Yes | Yes | Yes | Yes |
| 10. | 100002556 | Carver | Shante | | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 11. | 100002966 | Cole Sr. | Robin | | Yes | Yes | Yes | Yes | Yes | Yes | No (10/15/14) |
| 12. | 100003583 | Darling | Devard | | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 13. | 100003600 | David | Jason | | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 14. | 260000647 | Hamilton | Harry | E. | Yes | Yes | No | No | Yes | Yes | Yes |
| 15. | N/A | Harris | Charles | W. | Yes | Yes | Yes | Yes | Yes | Yes | No (10/31/14) |
| 16. | 100007484 | Izzo | Larry | | Yes | No | Yes | Yes | No | Yes | Yes |
| 17. | 100008503 | Kennedy, Jr. | Jimmy | Wayne | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 18. | 250016542 | Meisner | Lee | Edward | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 19. | 100010601 | Minter | Cedric | | Yes | No | Yes | No | Yes | Yes | Yes |
| 20. | 100010609 | Miree | Brandon | C. | Yes | Yes | Yes | Yes | Yes | No | Yes |
| 21. | 250015226 | Moffitt | John | | Yes | Yes | Yes | Yes | Yes | Yes | No (11/10/14) |
| 22. | 100011625 | Owens | Brigman | | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 23. | 100011984 | Peters | Scott | | Yes | Yes | Yes | No | Yes | Yes | Yes |
| 24. | N/A | Richards | Rex | | Yes | Yes | Yes | Yes | Yes | Yes | No (10/22/14) |
| 25. | 260010034 | Rudnay | John | Carl | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 26. | 100014530 | Steagall | Derrick | | Yes | Yes | Yes | Yes | Yes | No | Yes |
| 27. | 100014657 | Stoepel | Terry | | Yes | Yes | Yes | Yes | Yes | No | No (10/22/14) |
| 28. | 100015152 | Thomas | Charles | G. | Yes | No | Yes | Yes | Yes | Yes | Yes |
| | **Subtotal of Retired NFL Football Players** | | | | **28** | | | | | | |
| | **B. Relatives of a Retired NFL Football Player** | | | | | | | | | | |
| 29. | N/A | Bush | Danielle | | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 30. | 190000166 | Bush | Deedee | | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 31. | N/A | Bush, Jr. | Lewis | F. | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 32. | N/A | Bush | Makai | | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 33. | N/A | Rogers | Loretta | | No | No | No | No | No | No | No (10/20/14) |
| | **Subtotal of Relatives of Retired NFL Football Players** | | | | **5** | | | | | | |
| | **TOTAL** | | | | **33** | | | | | | |

*This column shows the date of submission for any untimely attempted Opt Out.

1