UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 12-md-2323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : : : : : : | Hon. Anita B. Brody |

**RIDDELL DEFENDANTS' RESPONSE TO REQUEST FOR STATUS CONFERENCE**

Defendants Riddell, Inc.; All American Sports Corporation; Riddell Sports Group, Inc.; Easton-Bell Sports, Inc.; Easton-Bell Sports, LLC; EB Sports Corp.; and RBG Holdings Corp. (collectively, the Riddell Defendants) submit this response to the Seau plaintiffs' recent request for a Rule 16 status conference.[1]

Following the Court's approval of the Class Action Settlement between the NFL Parties and the Class Plaintiffs, the Seau family requested that the Court schedule a status conference pursuant to Federal Rule of Civil Procedure 16.[2] Shortly thereafter, plaintiffs in the Missouri actions filed a similar motion, including a request for a status conference.[3]

The Riddell Defendants are not parties to either the Settlement or the underlying Class Action Complaint,[4] and they are also not parties to the Missouri actions.[5] Nevertheless, a

---

[1] (ECF No. 6511.)

[2] (*Id.*)

[3] (ECF No. 6526.)

[4] *Turner v. Nat'l Football League*, No. 2:14-cv-00029-AB, ECF No. 1 (E.D. Pa. Jan. 6, 2014).

[5] (*See* ECF No. 6526.)

1

status conference addressing either the MDL in general or, specifically, any actions to which the Riddell Defendants are parties could impact the Riddell Defendants' interests.

The Riddell Defendants do not oppose a status conference at the appropriate time, should the Court so wish to convene one. They ask merely that, if the Court is inclined to convene a status conference, the Riddell Defendants be included in it and permitted to attend.

Dated:  May 11, 2015                                        Respectfully Submitted,


/s/ Paul G. Cereghini
Paul G. Cereghini
Thomas C. Howard
BOWMAN AND BROOKE LLP
2901 N. Central Avenue
Suite 1600
Phoenix, AZ  85012
Telephone:  (602) 643-2300
Fax:  (602)248-0947
paul.cereghini@bowmanandbrooke.com
thomas.howard@bowmanandbrooke.com


Robert L. Wise
Eden M. Darrell
BOWMAN AND BROOKE LLP
1111 E. Main Street, Suite 2100
Richmond, VA 23219
Telephone:  (804) 649-8200
Fax:  (804) 649-1762
rob.wise@bowmanandbrooke.com


Thomas P. Wagner
MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN
2000 Market St.
Suite 2300
Philadelphia, PA 19103
tpwagner@mdwcg.com

Attorneys for Defendants RIDDELL, INC.;
ALL AMERICAN SPORTS CORPORATION;
RIDDELL SPORTS GROUP, INC.;
EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC, EB SPORTS CORP.;
and RBG HOLDINGS CORP.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was electronically filed and served via ECF on all counsel of record registered to receive service via the Court's ECF system.

    /s/ Paul G. Cereghini