UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY
LITIGATION; KEVIN TURNER, et al.,

    Plaintiffs,

vs.

NATIONAL FOOTBALL LEAGUE, et al.,

    Defendants.
_____/

Civil Action Number: 14-cv-0029

MDL Number: 2323

## FORMER PLAYER'S NOTICE OF FILING AFFIDAVIT

Former NFL player, SEAN LOVE, gives notice of filing his attached affidavit.

/s/ Ted E. Karatinos
THEODORE "TED" E. KARATINOS
HOLLIDAY KARATINOS LAW FIRM, PLLC
18920 North Dale Mabry Highway, Suite 101
Lutz, Florida 33548
(813) 868-1887 (telephone)
(813) 909-8535 (telefax)
Designated Email: hbkemail@hbklawfirm
Florida Bar No. 0983209
Counsel for former NFL Player, Sean Love

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Affidavit and the attached exhibit have been furnished electronically through the EM-ECF system to all legal counsel of record on file as of May 12, 2015.

/s/ Ted E. Karatinos
THEODORE "TED" E. KARATINOS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRCT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY
LITIGATION

MDL no. 2323

This relates to:

SEAN LOVE and RENEE LOVE, Plaintiffs,
USDC, EDPA, Docket No. 2:12-cv-4378-AB

_____/

### AFFIDAVIT OF SEAN LOVE

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

I, Sean Love, hereby swear under oath that the following statements are true and correct to the best of my personal knowledge:

1. I am a Plaintiff in the above styled action.

2. A true and correct copy of my letter terminating Michael L. McGlamry is attached hereto as Exhibit "A".

3. Michael L. McGlamry has never met me.

4. I do not know what Michael L. McGlamry looks like.

5. Michael L. McGlamry has never personally spoken with me.

6. I am totally unaware of any actual legal work that Michael L. McGlamry has done on my case.

7. I did speak with a secretary at Michael L. McGlamry's office on one occasion.

8. Michael L. McGlamry's office did send some boilerplate group emails.

9. I did not receive any benefit from any legal work performed by Michael L. McGlamry or other lawyers in his firm.

10. I terminated Michael L. McGlamry before this Honorable Court approved the settlement.

**SWORN TO AND SUBSCRIBED** by Sean Love on April 29, 2015.

_____
AFFIANT

Sean Love personally appeared before the undersigned Notary Public on the date set forth above, produced a Florida Driver's License as identification, and signed this Affidavit under oath.

_____
NOTARY PUBLIC, STATE OF FLORIDA

My Commission Expires: 10·12·2018         (Seal)

KIMBERLY CLEMENT
MY COMMISSION #FF168040
EXPIRES October 12, 2018
(407) 398-0153   FloridaNotaryService.com

2

# Sean Love

2/25/2015

Pope McGlamry Attorneys at Law
**Attention: Mike McGlamry**
3391 Peachtree Road, Suite 300
Post Office Box 191625 (31119-1625)
Atlanta, GA 30326

Re: Sean Love's Concussion Case

Dear Mr. McGlamry:

Please do not do anything further on my NFL Concussion Case. Please cooperate with my new lawyer James Holliday by providing him with a complete copy of my file. Please direct all communications through my new lawyer. Please do not contact me directly. My new lawyer's contact information:

Holliday Karatinos Law Firm, PLLC
18920 North Dale Mabry Highway
Suite 101
Lutz, FL 33548

Sincerely,

Sean Love