## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323(AB)<br><br>MDL No. 2323 |

**THIS DOCUMENT RELATES TO:**

ANDREWS et al v. NATIONAL
FOOTBALL LEAGUE et al.
2:12-cv-04632-AB

ALLEN et al v. NATIONAL FOOTBALL
LEAGUE et al.
2:13-cv-05439-AB

BAGGS et al v. NATIONAL FOOTBALL
LEAGUE et al.
2:13-cv-05309-AB

BALLARD et al v. NATIONAL
FOOTBALL LEAGUE, INC. et al
2:13-cv-02244-AB

## REQUEST FOR STATUS CONFERENCE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 16

Plaintiffs Patrick Allen, Howard Ballard, Walter Bernard, Rodney Blackshear, Michael

Blair, Robert Brannon, Robert Brooks, Tyrone Carter, Cody Douglas, Quinn Gray, Christopher

McAlister, The Estate of Paul Oliver, Darryl Oliver, Jvonne Parker, Andre Reed, Luis Sharpe,

Derrick Steagall and LaBrandon Toefield in the above-captioned actions respectfully request that

the Court schedule a joint status conference, as soon as practicable, pursuant to Federal Rule of Civil Procedure 16.

Each of the above-mentioned Plaintiffs has opted against inclusion in this class action settlement with the NFL by filing the required materials within the deadlines and procedures established by the settling parties,

The above-mentioned Plaintiffs seek an opportunity to move forward. Plaintiffs respectfully request that they be permitted to join in Plaintiff Seau's motion for a Rule 16 conference. D.E. 5, *Seau v. NFL*, No. 2:13-cv-01531 (E.D. Pa. May 5, 2015).

In addition, counsel respectfully requests that this Court lift the stay and permit certain absent class members who opted out of the settlement with Defendant NFL be permitted to file their lawsuits.

A status conference will permit the above-mentioned Plaintiffs and these represented absent class-members who opted out of the settlement to address these issues with the Court.


Dated:  May 12, 2015                Respectfully submitted,

                                    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                                    By:     *s/ Wendy R. Fleishman*
                                            Wendy R. Fleishman

                                    Wendy R. Fleishman (WF3017)
                                    wfleishman@lchb.com
                                    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                    250 Hudson Street, 8th Floor
                                    New York, NY  10013-1413
                                    Telephone:  (212) 355-9500
                                    Facsimile:  (212) 355-9592

Elizabeth J. Cabraser
ecabraser@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2015, I caused the foregoing documents to be served via the

Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of

Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

> */s/ Wendy R. Fleishman*
> Wendy R. Fleishman
>
> Wendy R. Fleishman (WF3017)
> wfleishman@lchb.com
> LIEFF CABRASER HEIMANN &
> BERNSTEIN, LLP
> 250 Hudson Street, 8th Floor
> New York, NY  10013-1413
> Telephone:  (212) 355-9500
> Facsimile:   (212) 355-9592