IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| KEVIN TURNER and SHAWN WOODEN, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES, LLC, successor-in-interest to NFL PROPERTIES, INC.,<br><br>    Defendants. | : : : : : : : : : : : : : : | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENTS RELATES TO: ALL ACTIONS | : : : | |

## NOTICE OF APPEAL

Notice is hereby given that Class Members/Objectors Craig and Dawn Heimburger appeal to the United States Court of Appeals for the Third Circuit from the Memorandum Certifying the Class and Approving Settlement (Doc. No. 6509) entered in this action on April 22, 2015, the Final Order and Judgment (Doc. No. 6510) entered in this action on April 22, 2015, and the Amended Final Order and Judgment (Doc. No. 6534) entered in this action on May 8, 2015, and the Order (Doc. No. 6535) entered in this action on May 11, 2015 and all orders and opinions that merge therein. The Class Members/Objectors also hereby appeal from any and all orders or judgments approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or

identifying these Class Member/Objectors or the objection filed by these Class Member/Objectors, including any entered or signed subsequent to this notice of appeal. Copies of Doc. Nos. 6509, 6510, 6534 and 6535 are attached hereto as Exhibits "A," "B," "C," and "D," respectively.

Dated: May 13, 2015                    Respectfully submitted,

                                       LIGHTMAN & MANOCHI


                                       /s/ *Glenn A. Manochi*
                                       Gary P. Lightman, Esquire
                                       Glenn A. Manochi, Esquire
                                       1520 Locust Street, 12th Floor
                                       Philadelphia, PA 19102
                                       (215) 545-3000

                                       *Attorneys for Class Members and*
                                       *Objectors Craig A. Heimburger and*
                                       *Dawn Heimburger*

Case 2:12-md-02323-AB   Document 6539   Filed 05/13/15   Page 3 of 3

## PROOF OF SERVICE

I hereby certify that on May 13, 2015, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF system and, as a result, electronic notice of the filing was served upon all attorneys of record.

Dated: May 13, 2015

/s/ *Glenn A. Manochi*

NFL CONCUSSION/HEIMBURGER/APPEAL/NOTICE OF APPEAL 5-13-15.doc

3