Of Counsel:
GALIHER DeROBERTIS WAXMAN

| | |
|---|---|
| GARY O. GALIHER | 2008 |
| (gary.galiher@galiherlaw.com) | |
| ILANA K. WAXMAN | 8733 |
| CLARISSE M. KOBASHIGAWA | 9314 |
| ALLISON M. AOKI | 6912 |
| ALYSSA R. SEGAWA | 9798 |
| ANTHONY M. CARR | 9956 |

610 Ward Avenue
Honolulu, Hawaii 96814-3308
Telephone: (808) 597-1400

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN LEONARD WILBUR,<br><br>  Plaintiff,<br><br>vs.<br><br>THE NATIONAL FOOTBALL LEAGUE, et al.<br><br>  Defendants. | NO. 2:13-cv-04457-AB<br>MDL-2323<br><br>WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF JOHN LEONARD WILBUR |

**WITHDRAWAL AND SUBSTITUTION OF
COUNSEL FOR PLAINTIFF JOHN LEONARD WILBUR**

    CHRISTOPHER A. DIAS and the LOCKS LAW FIRM hereby withdraw as counsel for Plaintiff JOHN LEONARD WILBUR, and GALIHER DeROBERTIS WAXMAN hereby enters an appearance as counsel for Plaintiff JOHN LEONARD WILBUR, pursuant to Rule 5.1(c) of the Local Rules of Civil

Procedure for the United States District Court for the Eastern District of Pennsylvania.

This matter is not set for trial.

DATED: Honolulu, Hawaii, MAY 1 3 2015

CHRISTOPHER A. DIAS
(Withdrawing Attorney for Plaintiff
JOHN LEONARD WILBUR)
Schutter Smith & Dias & Wong
810 Richards St., Ste. 810
Honolulu HI 96813-4721

And

GENE LOCKS
DAVID D. LANGFITT
(Withdrawing Attorneys for Plaintiff
JOHN LEONARD WILBUR)
Locks Law Firm
601 Walnut Street, Suite 720 E
Philadelphia, PA 19106

DATED: Honolulu, Hawaii, MAY 1 3 2015

GARY O. GALIHER
ILANA K. WAXMAN
CLARISSE M. KOBASHIGAWA
ALLISON M. AOKI
ALYSSA R. SEGAWA
ANTHONY M. CARR
(Appearing Attorneys for Plaintiff
JOHN LEONARD WILBUR)
610 Ward Ave.
Honolulu, HI 96814-3308