IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re: National Football League Players' Concussion Injury Litigation**<br><br>This Document Relates To All Actions | MDL 2323<br><br>Master Docket No. 2:12-md-02323 (AB) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF JONATHAN SHUB

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Jonathan Shub, Esq. hereby notifies the Court and counsel that he is withdrawing as counsel of record for Plaintiffs in the above-captioned matter.

Dated: May 14, 2015

Respectfully Submitted,

/s/ Jonathan Shub
Jonathan Shub
**Kohn, Swift & Graf, P.C.**
One South Broad Street, Suite 2100
Philadelphia, PA 19107
215-238-1700 (phone)
215-238-1968 (fax)
jshub@kohnswift.com

*Attorney for Plaintiffs*

81296

## CERTIFICATE OF SERVICE

I, Jonathan Shub, of Kohn, Swift & Graf, P.C., hereby certify that on May 14, 2015, I electronically transmitted the attached document via the Court's CM/ECF System for filing and transmittal of Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

Respectfully submitted,

/s/ Jonathan Shub
Jonathan Shub

81296