# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIG., | ) ) ) ) | 2:12-md-02323-AB |

## NOTICE OF APPEAL

Class Members/ Objectors Cleo Miller, Judson Flint, Elmer Underwood, Vincent Clark, Sr., Fred Smerlas, Ken Jones, Jim Rourke, Lou Piccone, James David Wilkins II and Robert Jackson hereby appeal to the United States Court of Appeals for the Third Circuit from the Memorandum (Document 6509) entered in this action on April 22, 2015, the Final Order and Judgment (Document 6510) entered in this action on April 22, 2015, and the Amended Final Order and Judgment (Document 6534) entered in this action on May 8, 2015.

        Cleo Miller, Judson Flint,
        Elmer Underwood, Vincent Clark, Sr.,
        Ken Jones, Fred Smerlas, Jim Rourke,
        Lou Piccone, James David Wilkins II, and
        Robert Jackson,
        By their attorneys,

        */s/ John J Pentz*
        John J. Pentz
        19 Widow Rites Lane
        Sudbury, MA 01776
        Phone: (978) 261-5725
        jjpentz3@gmail.com

        Edward W. Cochran
        20030 Marchmont Rd.
        Cleveland Ohio 44122
        Phone: (216) 751-5546
        EdwardCochran@wowway.com

2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed via the ECF filing system on May 14, 2015, and that as a result electronic notice of the filing was served upon all attorneys of record.

                                                        */s/ John J. Pentz*
                                                        John J. Pentz