IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| KEVIN TURNER and SHAWN WOODEN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES, LLC, successor-in-interest to NFL PROPERTIES, INC.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENTS RELATES TO: ALL ACTIONS | |

## NOTICE OF APPEAL

Notice is hereby given that Class Member/Objector Curtis L. Anderson ("Anderson") appeals to the United States Court of Appeals for the Third Circuit from the Order striking Anderson's objection and prohibiting Anderson's counsel's from making oral argument on Anderson's behalf at the fairness hearing (Doc. No. 6426) entered in this action on November 17, 2014, the Memorandum Certifying the Class and Approving Settlement (Doc. No. 6509) entered in this action on April 22, 2015, the Final Order and Judgment (Doc. No. 6510) entered in this action on April 22, 2015, the Amended Final Order and Judgment (Doc. No. 6534) entered in this action on May 8, 2015, and the Order (Doc. No.

2

6535) entered in this action on May 11, 2015 and all orders and opinions that merge therein. Anderson also hereby appeals from any and all orders or judgments approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying Anderson or his objection, including any entered or signed subsequent to this notice of appeal.

Dated: May 15, 2015                                      Respectfully submitted,

                                                  Curtis L. Anderson,
                                                  By his attorney,

*/s/ George W. Cochran*
George W. Cochran (92855)
1385 Russell Drive
Streetsboro, Ohio 44241
Tel:   (330) 626-5600
Fax:   (330) 230-6136
Email: lawchrist@gmail.com

*Attorney for Class Member and Objector Curtis L. Anderson*

PROOF OF SERVICE

I hereby certify that on May 15, 2015, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF system and, as a result, electronic notice of the filing was served upon all attorneys of record.

Dated: May 15, 2015

/s/ *George W. Cochran*