## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 19, 2015, the foregoing document was transmitted electronically via CM/ECF to the Clerk of the Court for filing and transmittal of Notice of Electronic Filing to all attorneys of record who are ECF registrants.

Dated: May 19, 2015          /s/ Brad S. Karp
                             Brad S. Karp