IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION <br><br> _____ <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS | § § § § § § § § § No. 12-md-2323 (AB) <br><br> MDL No. 2323 |

**NOTICE OF APPEAL**

Notice hereby is given that Class Members/Objectors Raymond Armstrong, Nathaniel Newton, Jr., Larry Brown, Kenneth Davis, Michael McGruder, Clifton L. Odom, George Teague, Drew Coleman, Dennis DeVaughn, Alvin Harper, Ernest Jones, Michael Kiselak, Jeremy Loyd, Gary Wayne Lewis, Lorenzo Lynch, Hurles Scales, Jr., Gregory Evans, David Mims, Evan Ogelsby, Phillip E. Epps, Charles L. Haley, Sr., Kevin Rey Smith, Darryl Gerard Lewis, Curtis Bernard Wilson, Kelvin Mack Edwards, Sr., Dwayne Levels, Solomon Page, Tim McKyer, Larry Barnes, James Garth Jax, William B. Duff, Mary Hughes, and Barbara Scheer (collectively, the "Armstrong Objectors") hereby appeal to the United States Court of Appeals for the Third Circuit from the (i) April 22, 2015 Memorandum Certifying the Class and Approving Settlement (Doc. No. 6509), (ii) April 22, 2015 Final Order and Judgment (Doc. No. 6510), (iii) May 8, 2015 Amended Final Order and Judgment (Doc. No. 6534), (iv) May 11, 2015 Order (Doc. No. 6535), and all orders and opinions merged therein.

The Armstrong Objectors appeal all orders and judgments approving the class settlement, amended class settlement, class counsel's attorneys' fees and expenses, any incentive awards to the class representatives, and any order or judgment naming or identifying any Armstrong

1

Objector and/or the Armstrong Objectors' September 3, 2014 Objection (Doc. No. 6353), October 14, 2014 Amended Objection (Doc. No. 6233), and/or April 13, 2015 Supplemental Objection (Doc. No. 6503).

Date:  May 20, 2015

>Respectfully submitted,
>
>/s/  *Richard L. Coffman*
>Richard L. Coffman
>**THE COFFMAN LAW FIRM**
>505 Orleans St., Ste. 505
>Beaumont, TX 77701
>Telephone: (409) 833-7700
>Facsimile: (866) 835-8250
>Email: rcoffman@coffmanlawfirm.com
>
>Mitchell A. Toups
>**WELLER, GREEN, TOUPS & TERRELL, LLP**
>2615 Calder Ave., Suite 400
>Beaumont, TX 77702
>Telephone: (409) 838-0101
>Facsimile: (409) 838-6780
>Email: matoups@wgttlaw.com
>
>Jason Webster
>**THE WEBSTER LAW FIRM**
>6200 Savoy, Suite 515
>Houston, TX 77036
>Telephone: (713) 581-3900
>Facsimile: (713) 409-6464
>Email: jwebster@thewebsterlawfirm.com
>
>Mike Warner
>**THE WARNER LAW FIRM**
>101 Southeast 11th Suite 301
>Amarillo, TX 79101
>Telephone:  (806) 372-2595
>Email:  mike@thewarnerlawfirm.com
>
>**COUNSEL FOR THE ARMSTRONG OBJECTORS**

## CERTIFICATE OF SERVICE

     I certify that a true copy of the Armstrong Objectors' Notice of Appeal was served on all counsel of record, via the Court's ECF system, on May 20, 2015.

                                                         /s/  *Richard L. Coffman*
                                                         Richard L. Coffman