IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | § § § § | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and* others similarly situated, <br>    Plaintiffs, <br><br> v. <br><br> National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., <br>    Defendants. | § § § § § § § § § § § § § § | Civil Action No. 14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS including: <br><br> 2:12-cv-0123-AB Gary Jones, Only <br> 2:12-cv-04241-AB <br> 2:12-cv-05042-AB <br> 2:12-cv-06671-AB <br> 2:13-cv-01981-AB <br> 2:13-cv-06164-AB | § § § § § § § § § | |

**NOTICE OF APPEAL**

Notice is hereby given that Absent Settlement Class Members/Objectors Liyongo Patrise Alexander, Charlie Anderson, Charles E. Arbuckle, Cassandra Bailey, as Representative of the Estate of Johnny Bailey, Ben Bronson, Curtis Ceaser, Jr., Larry Centers, Darrell Colbert, Harry Colon, Christopher Crooms, Jerry W. Davis, Tim Denton, Michael Dumas, Corris Ervin, Doak Field, Baldwin Malcolm Frank, Derrick Frazier, Murray E. Garrett, Clyde P. Glosson, Roderick

Page | 1

W. Harris, Wilmer K. Hicks, Jr., Patrick Jackson, Gary Jones, Ryan McCoy, Jerry James Moses, Jr., Anthony E. Newsom, Rance Olison, John Owens, Robert Pollard, Derrick Pope, Glenell Sanders, Thomas Sanders, Dwight A. Scales, Todd Scott, Frankie Smith, Jermaine Smith, Tyrone Smith and James A. Young Sr., appeal to the United States Court of Appeals for the Third Circuit from (i) the Final Order and Judgment, entered April 22, 2015 (Dkt. No. 6510), (ii) the Amended Final Order and Judgment, entered May 8, 2015 (Dkt. No. 6534) and (iii) the Order, entered May 11, 2015 (Dkt. No. 6535).

Date:   May 20, 2015                                        Respectfully Submitted,

                                                            */s/ Lance H. Lubel*
Mickey Washington                                           Lance H. Lubel
Texas State Bar No.: 24039233                               Texas State Bar No.: 12651125
WASHINGTON & ASSOCIATES, PLLC                               Adam Voyles
1314 Texas Ave., Suite 811                                  Texas State Bar No.: 24003121
Houston, Texas 77002                                        LUBEL VOYLES  LLP
Telephone: (713) 225-1838                                   Montrose Blvd., Suite 800
Facsimile: (713) 225-1866                                   Houston, TX 77006
Email: mw@mickeywashington.com                              Telephone: (713) 284-5200
                                                            Facsimile: (713) 284-5250
James Carlos Canady                                         Email: lance@lubelvoyles.com
Texas State Bar No.: 24034357                               adam@lubelvoyles.com
MCGINNIS FEATHERSTON  CANADY
1080 W Sam Houston Pkwy N., Suite 260
Houston, Texas 77043
Telephone: (713) 973-2050
Facsimile: (713) 973-2060
Email: carlos@lawfirm2012.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2015, I caused the foregoing Notice of Appeal via the Court's CM/ECF system, which will provide electronic notice to all counsel of record and constitute service on all counsel of record, including the following:

Brad S. Karp
Theodore V. Wells Jr.
Bruce Birenboim
Lynn B. Bayard
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Main: (212) 373-3000
Fax: (212) 757-3990
bkarp@paulweiss.com
twells@paulweiss.com
bbirenboim@paulweiss.com
lbayard@paulweiss.com

Beth A. Wilkinson
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Main: (202) 223-7300
Fax: (202) 223-7420
bwilkinson@paulweiss.com

Robert C. Heim
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Main: (215) 994-4000
Fax: (215) 994-2222
Robert.heim@dechert.com

*Attorneys for National Football League and NFL Properties LLC*

Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005

Main: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Sol Weiss
ANAPOL SCHWARTZ
1710 Spruce Street
Philadelphia, PA 19103
Main: (215) 735-1130
Fax: (215) 735-2024
sweiss@anapolschwartz.com

*Co-Lead Class Counsel*

Steven C. Marks
PODHURST ORSECK P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
Main: (305) 358-2800
Fax: (305) 358-2382
smarks@podhurst.com

Gene Locks
LOCKS LAW FIRM
The Curtis Center
Suite 720 East
601 Walnut Street
Philadelphia, PA 19106
Main: (866) 562-5752
Fax: (215) 893-3444
glocks@lockslaw.com

*Class Counsel*

Arnold Levin
LEVIN FISHBEIN SEDRAN &
BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Main: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

*Counsel for Subclass 1*

Dianne M. Nast
NAST LAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Main: (215) 923-9300
Fax: (215) 923-9302
dnast@nastlaw.com

*Counsel for Subclass 2*

                                              */s/ Lance H. Lubel*
                                              Lance H. Lubel
                                              Texas State Bar No.: 12651125
                                              Adam Voyles
                                              Texas State Bar No.: 24003121
                                              LUBEL VOYLES  LLP
                                              Montrose Blvd., Suite 800
                                              Houston, TX 77006
                                              Telephone: (713) 284-5200
                                              Facsimile: (713) 284-5250
                                              Email: lance@lubelvoyles.com
                                                          adam@lubelvoyles.com