Of Counsel:
GALIHER DeROBERTIS WAXMAN

| | |
|---|---|
| GARY O. GALIHER | 2008 |
| ILANA K. WAXMAN | 8733 |
| CLARISSE M. KOBASHIGAWA | 9314 |
| ALLISON M. AOKI | 6912 |
| ALYSSA R. SEGAWA | 9798 |
| ANTHONY M. CARR | 9956 |

anthony.carr@galiherlaw.com
610 Ward Avenue
Honolulu, Hawaii 96814-3308
Telephone: (808) 597-1400

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN LEONARD WILBUR,<br><br>            Plaintiff,<br><br>vs.<br><br>THE NATIONAL FOOTBALL LEAGUE, et al.<br><br>            Defendants. | NO. 2:13-cv-04457-AB<br>MDL-2323<br><br>ANTHONY M. CARR'S NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF JOHN LEONARD WILBUR; CERTIFICATE OF SERVICE |

D:\06635T01\Pleadings\MDL Pleadings_re NFL Players' Concussion Injury Litigation\Ntc of Appearance_AMC.docx

ANTHONY M. CARR'S NOTICE OF APPEARANCE OF
COUNSEL FOR PLAINTIFF JOHN LEONARD WILBUR

ANTHONY M. CARR hereby enters his appearance as counsel for Plaintiff JOHN LEONARD WILBUR, pursuant to Rule 5.1(a) of the Local Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania.

-2-

This matter is not set for trial.

    DATED:  Honolulu, Hawaii, <u>May 20, 2015</u>                              .

                                                                         GARY O. GALIHER
                                                                         ILANA K. WAXMAN
                                                                          CLARISSE M. KOBASHIGAWA
                                                                          ALLISON M. AOKI
                                                                          ALYSSA R. SEGAWA
                                                                          ANTHONY M. CARR
                                                                          Attorneys for Plaintiff
                                                                          JOHN LEONARD WILBUR