IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN LEONARD WILBUR,<br><br>        Plaintiff,<br><br>vs.<br><br>THE NATIONAL FOOTBALL LEAGUE, et al.<br><br>        Defendants. | NO. 2:13-cv-04457-AB<br>MDL-2323<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2015, the foregoing document was electronically filed with the Clerk of the Court and therefore served through the CM/ECF system on all counsel in this case registered with the CM/ECF system for this case.

DATED: Honolulu, Hawaii, May 20, 2015.

                                              /s/ Anthony M. Carr
                                                Anthony M. Carr