IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN LEONARD WILBUR,<br><br>            Plaintiff,<br><br>vs.<br><br>THE NATIONAL FOOTBALL LEAGUE, et al.<br><br>           Defendants. | NO. 2:13-cv-04457-AB<br>MDL-2323<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2015, the foregoing document was electronically filed with the Clerk of the Court and therefore served through the CM/ECF system on all counsel in this case registered with the CM/ECF system for this case.

    DATED: Honolulu, Hawaii, May 20, 2015.

                                                    /s/ Clarisse M. Kobashigawa
                                                      Clarisse M. Kobashigawa