IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION _____ KEVIN TURNER and SHAWN WOODEN, on behalf of themselves and others similarly situated,       Plaintiffs, v. NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.,       Defendants _____ THIS DOCUMENT RELATES TO: ALL ACTIONS | No. 2:12-md-02323-AB MDL No. 2323 Civil Action No. 2:14-cv-00029-AB |

## NOTICE OF APPEAL

Notice is hereby given that Class Member/Objector Scott Gilchrist, individually and on behalf of the Estate of Carlton Chester "Cookie" Gilchrist, appeals to the United States Court of Appeals for the Third Circuit from the Memorandum Certifying the Class and Approving Settlement (Doc. No. 6509) entered in this action on April 22, 2015, the Final Order and Judgment (Doc. No. 6510) entered in this action on April 22, 2015, the Amended Final Order and Judgment (Doc. No. 6534) entered in this action on May 8, 2015, and the Order (Doc No. 6535) entered in this action on May 11, 2015, and all orders and opinions that merge therein. Copies of Doc. Nos. 6509, 6510, 6534 and 6535 are attached hereto as Exhibits "A," "B," "C," and "D," respectively.

1

DATED: May 21, 2015                        Respectfully submitted,


By:   /s/ Jeffrey J. Ciarlanto
Jeffrey J. Ciarlanto, Esq. (PA #205838)
Joseph M. Profy, Esq. (PA #77141)
David M. Promisloff, Esq. (PA #200971)
**Profy Promisloff & Ciarlanto, P.C.**
100 N 22nd Street, Unit 105
Philadelphia, PA 19103
Tel: (215) 259-5156
Fax: (215) 600-2642
Ciarlanto@prolawpa.com
Profy@prolawpa.com
David@prolawpa.com

Jared H. Beck, Esq.
Elizabeth Lee Beck, Esq.
**Beck & Lee Trial Lawyers**
Corporate Park at Kendall
12485 SW 137th Ave., Suite 205
Miami, FL 33186
Tel: (305) 234-2060
Fax: (786) 664-334
jared@beckandlee.com
elizabeth@beckandlee.com

Antonio G. Hernandez, Esq.
**Antonio G. Hernandez, P.A.**
4 SE 1st St. 2nd Floor
Miami, FL 33131
Tel: (305) 282-3698
Fax: (786) 513-7748
hern8491@bellsouth.net

Cullin O'Brien, Esq.
**Cullin O'Brien Law, P.A.**
6541 NE 21st Way
Ft. Lauderdale, FL 33308
Tel: (561) 676-6370
Fax: (561) 320-0285
cullin@cullinobrienlaw.com

*Attorneys for Class Member and Objector Scott Gilchrist, Individually and on Behalf of the Estate of Carlton Chester "Cookie" Gilchrist*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2015, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF system and, as a result, electronic notice of the filing was served upon all attorneys of record.

| | |
|---|---|
| Dated: May 21, 2015 | /s/ Jeffrey J. Ciarlanto |
| | Jeffrey J. Ciarlanto, Esq. (PA #205838) |
| | **Profy Promisloff & Ciarlanto, P.C.** |
| | 100 N 22nd Street, Unit 105 |
| | Philadelphia, PA 19103 |
| | Tel: (215) 259-5156 |
| | Fax: (215) 600-2642 |
| | Ciarlanto@prolawpa.com |