# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br>                            Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                            Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**ORDER**[1]

**AND NOW**, this _11th___ day of _May_, 2015, it is **ORDERED** that the Amended Final Order and Judgment, dated May 8, 2015, is clarified as follows:

> Paragraph 16 dismisses with prejudice all Related Lawsuits pending in the Court in which Releasors are the only named plaintiffs and Released Parties are the only named defendants. In all other Related Lawsuits pending in the Court, all Released Claims against the Released Parties are dismissed with prejudice.

All other terms of the Amended Final Order and Judgment remain unchanged.

---

[1] Unless otherwise noted, the terms used in this Order that are defined in the Settlement Agreement have the same meanings in this Order as in the Settlement Agreement.

1

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:     Copies **MAILED** on_____ to: