# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION _____ KEVIN TURNER and SHAWN WOODEN, on behalf of themselves and others similarly situated,  Plaintiffs,  v.  NATIONAL FOOTBALL LEAGUE and NFL PROPERTIES LLC, successor-in-interest to NFL Properties, Inc.,  Defendants _____ THIS DOCUMENT RELATES TO: ALL ACTIONS | No. 2:12-md-02323-AB MDL No. 2323  Civil Action No. 2:14-cv-00029-AB |

## NOTICE OF APPEARANCE

To the Clerk and All Attorneys of Record:

Kindly enter the appearance of Jeffrey J. Ciarlanto of Profy Promisloff & Ciarlanto, P.C. in the above-captioned action as counsel of record for Class Member/Objector Scott Gilchrist, individually and on behalf of the Estate of Carlton Chester "Cookie" Gilchrist. All notice and copies of pleadings, papers and other material relevant to this action that are not served via ECF should be directed to and served upon:

Jeffrey J. Ciarlanto
**Profy Promisloff & Ciarlanto, P.C.**
100 N 22nd Street, Unit 105
Philadelphia, PA 19103
Ciarlanto@prolawpa.com

1

2

DATED: May 21, 2015					Respectfully submitted,


							By:    /s/ Jeffrey J. Ciarlanto
							Jeffrey J. Ciarlanto, Esq. (PA #205838)
							**Profy Promisloff & Ciarlanto, P.C.**
							100 N 22nd Street, Unit 105
							Philadelphia, PA 19103
							Tel: (215) 259-5156
							Fax: (215) 600-2642
							Ciarlanto@prolawpa.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2015, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF system and, as a result, electronic notice of the filing was served upon all attorneys of record.

Dated: May 21, 2015

/s/ Jeffrey J. Ciarlanto
Jeffrey J. Ciarlanto, Esq. (PA #205838)
**Profy Promisloff & Ciarlanto, P.C.**
100 N 22nd Street, Unit 105
Philadelphia, PA 19103
Tel: (215) 259-5156
Fax: (215) 600-2642
Ciarlanto@prolawpa.com