IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | No. 2:12-md-02323 (AB)<br>MDL No. 2323 |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs-Objectors Jimmie H. Jones, Ricky Ray, and Jesse Solomon hereby appeal to the United States Court of Appeals for the Third Circuit from the Court's April 22, 2015 Memorandum Opinion and Order (ECF No. 6509), the Court's April 22, 2015 Final Order and Judgment (ECF No. 6510), as amended by the Court's May 8, 2015 Amended Final Order and Judgment (ECF No. 6534), as corrected by Order (ECF No. 6535).

Respectfully submitted,

s/ Dwight P. Bostwick
Dwight P. Bostwick
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1800
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
E-mail: dbostwick@zuckerman.com

*Attorney for Plaintiffs*

Dated: May 21, 2015

## **CERTIFICATE OF SERVICE**

I, Dwight P. Bostwick, hereby certify that on this 21st of May, 2015, a true and correct copy of the foregoing Notice of Appeal was served electronically upon all counsel of record via the Court's ECF filing system.

/s/ Dwight P. Bostwick