IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,* Plaintiffs, v. National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., Defendants. | : : : : : : : : : : : | Hon. Anita B. Brody CIVIL ACTION No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : : | |

## NOTICE OF APPEAL

Class Member/Objector Andrew Stewart hereby appeals to the United States Court of Appeals for the Third Circuit from the: (i) Memorandum Certifying the Class and Approving Settlement entered on April 22, 2015 (Doc. No. 6509); (ii) Final Order and Judgment entered on April 22, 2015 (Document 6510), (iii) Amended Final Order and Judgment entered on May 8, 2015 (Document 6534); and (iv) Order entered on May 11, 2015 (Document 6535).

Dated: May 21, 2015

/s/ *Michael H. Rosenthal*
Michael H. Rosenthal (ID No. 48231)
ROENTHAL LURIE LLC
1500 JFK Blvd., STE 1230
Philadelphia, PA 19102
(P) 215.496.9404
(F) 215.600.1728
Michael@RosenthalLurie.com
***Attorneys for Andrew Stewart***

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Notice Appeal was served on May 21, 2015 on all counsel of record by the Court' s ECF system.

                                            */s/ Michael H. Rosenthal*
                                            Michael H. Rosenthal