IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION §<br>§<br>§<br>_____ §<br>§<br>§<br>THIS DOCUMENT RELATES TO: §<br>ALL ACTIONS § | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |

## NOTICE OF APPEAL

Notice hereby is given that Class Member/Objector Willie T. Taylor ("Taylor"), who also is one of the Armstrong Objectors, hereby appeals to the United States Court of Appeals for the Third Circuit from the (i) April 22, 2015 Memorandum Certifying the Class and Approving Settlement (Doc. No. 6509), (ii) April 22, 2015 Final Order and Judgment (Doc. No. 6510), (iii) May 8, 2015 Amended Final Order and Judgment (Doc. No. 6534), (iv) May 11, 2015 Order (Doc. No. 6535), and all orders and opinions merged therein.

Taylor appeals all orders and judgments approving the class settlement, amended class settlement, class counsel's attorneys' fees and expenses, any incentive awards to the class representatives, and any order or judgment naming or identifying Taylor, Taylor's October 14, 2014 Objection (Doc. No. 6397), any Armstrong Objector, and/or the Armstrong Objectors' September 3, 2014 Objection (Doc. No. 6353), October 14, 2014 Amended Objection (Doc. No. 6233), and/or April 13, 2015 Supplemental Objection (Doc. No. 6503).

Date:  May 21, 2015

        Respectfully submitted,

        /s/  *Richard L. Coffman*
        Richard L. Coffman
        **THE COFFMAN LAW FIRM**
        505 Orleans St., Ste. 505
        Beaumont, TX 77701
        Telephone: (409) 833-7700
        Facsimile: (866) 835-8250
        Email: rcoffman@coffmanlawfirm.com

        Mitchell A. Toups
        **WELLER, GREEN, TOUPS & TERRELL, LLP**
        2615 Calder Ave., Suite 400
        Beaumont, TX 77702
        Telephone: (409) 838-0101
        Facsimile: (409) 838-6780
        Email: matoups@wgttlaw.com

        Jason Webster
        **THE WEBSTER LAW FIRM**
        6200 Savoy, Suite 515
        Houston, TX 77036
        Telephone: (713) 581-3900
        Facsimile: (713) 409-6464
        Email: jwebster@thewebsterlawfirm.com

        Mike Warner
        **THE WARNER LAW FIRM**
        101 Southeast 11th Suite 301
        Amarillo, TX 79101
        Telephone:  (806) 372-2595
        Email:  mike@thewarnerlawfirm.com

        **COUNSEL FOR THE ARMSTRONG OBJECTORS**

## CERTIFICATE OF SERVICE

    I certify that a true copy of this Notice of Appeal was served on all counsel of record, via the Court's ECF system, on May 21, 2015.

        /s/  *Richard L. Coffman*
        Richard L. Coffman