UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br><br>No. 2:13-cv-03447-AB |
| ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾ ‾<br>**This relates to:**<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and Scott Gilchrist for the Estate of Carlton Chester "Cookie" Gilchrist v. NFL, USDC, EDPA, No. 2:13-cv-03447-AB**<br><br>**CARLTON CHESTER "COOKIE" GILCHRIST** | **NOTICE OF WITHDRAWAL OF APPEARANCE OF GENE LOCKS, ESQUIRE and ANDREW PALMER BELL, ESQUIRE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of Gene Locks and Andrew Palmer Bell on behalf of Plaintiff, SCOTT GILCHRIST FOR THE ESTATE OF CARLTON CHESTER "COOKIE GILCHRIST" ONLY in *Gilchrist v. NFL,* USDC, EDPA, No. 2:14-cv-03447-AB, and *In Re: National Football League Players' Concussion Injury Litigation*, No 2:12-MD-02323-AB is hereby WITHDRAWN.

RESPECTFULLY SUBMITTED

**LOCKS LAW FIRM**

May 22, 2015                                       BY:___/s/ *Gene Locks*_____
                                                              Gene Locks, Esquire
                                                              601 Walnut Street, Suite 720 East
                                                              Philadelphia, PA 19106
                                                              215-893-0100 (tel.)
                                                              215-893-3444 (fax)
                                                              glocks@lockslaw.com

May 22, 2015                                          **BY:**   /s/ ***Andrew Palmer Bell***
                                                      Andrew Palmer Bell, Esquire
                                                      800 Third Avenue, 11th Floor
                                                      New York, NY  10022
                                                      212-838-3333 (tel.)
                                                      212-838-3735 (fax)
                                                      abell@lockslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2015, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

**LOCKS LAW FIRM**

**BY:**   /s/ *Gene Locks*
Gene Locks, Esquire
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
215-893-0100 (tel.)
215-893-3444 (fax)
glocks@lockslaw.com