UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION § § § | Case No. 2:12-md-02323-AB |

## NOTICE OF APPEAL

Objector James Mayberry ("Objector") hereby appeals to the United States Court of Appeals for the Third Circuit from the Memorandum Certifying the Class and Approving Settlement (Doc. 6509) entered in this action on April 22, 2015, the Final Order and Judgment (Doc. 6510) entered in this action on April 22, 2015, the Amended Final Order and Judgment (Doc. 6534) entered in this action on May 8, 2015, and the Order (Doc. 6535) entered in this action on May 11, 2015, and all orders and opinions that merge therein.

DATED: May 22, 2015                     Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 */s/ Edward Jason Dennis*
　　　　　　　　　　　　　　　　　　　Edward Jason Dennis
　　　　　　　　　　　　　　　　　　　State Bar No. 24045776
　　　　　　　　　　　　　　　　　　　jdennis@lynnllp.com
　　　　　　　　　　　　　　　　　　　David S. Coale
　　　　　　　　　　　　　　　　　　　State Bar No.
　　　　　　　　　　　　　　　　　　　dcoale@lynnllp.com
　　　　　　　　　　　　　　　　　　　Kent D. Krabill
　　　　　　　　　　　　　　　　　　　State Bar No. 24060115
　　　　　　　　　　　　　　　　　　　kkrabill@lynnllp.com
　　　　　　　　　　　　　　　　　　　**LYNN TILLOTSON PINKER & COX, LLP**
　　　　　　　　　　　　　　　　　　　2100 Ross Avenue, Suite 2700
　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　Telephone: 214-981-3800
　　　　　　　　　　　　　　　　　　　Facsimile: 214-981-3839

　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR OBJECTOR JAMES MAYBERRY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on all counsel of record via the Court's electronic filing system on May 22, 2015.

                                                  */s/ Edward Jason Dennis*
                                                  Edward Jason Dennis

4850-2959-9524, v. 1