# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>      Plaintiffs,<br><br>            v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>      Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## NOTICE OF APPEAL

NOTICE is hereby given that Objectors Alan Faneca, Roderick "Rock" Cartwright, Jeff Rohrer, and Sean Considine hereby appeal to the United States Court of Appeals for the Third Circuit from the April 22, 2015 Final Order and Judgment in 2:14-cv-00029-AB and MDL No. 2323 (Dkt. No. 6510), the May 8, 2015 Amended Final Order and Judgment in 2:14-cv-00029-AB and MDL No. 2323 (Dkt. No. 6534), the May 11, 2015 Order in 2:14-cv-00029-AB and MDL No. 2323 (Dkt. No. 6535), and all rulings and orders merged therein. This appeal is made pursuant to 28 U.S.C. § 1291.

Dated:  May 22, 2015                                                           Respectfully submitted,


                                                                               /s/ Steven F. Molo

| William T. Hangley | Linda S. Mullenix | Steven F. Molo |
| --- | --- | --- |
| Michele D. Hangley | 2305 Barton Creek Blvd., | Thomas J. Wiegand |
| HANGLEY ARONCHICK SEGAL | Unit 2 | Kaitlin R. O'Donnell |
| PUDLIN & SCHILLER | Austin, TX 78735 | MOLOLAMKEN LLP |
| One Logan Square | (512) 263-9330 (telephone) | 540 Madison Ave. |
| 18th & Cherry Streets | lmullenix@hotmail.com | New York, NY 10022 |
| 27th Floor | | (212) 607-8160 (telephone) |
| Philadelphia, PA 19103 | | (212) 607-8161 (facsimile) |
| (215) 496-7001 (telephone) | | smolo@mololamken.com |
| (215) 568-0300 (facsimile) | | twiegand@mololamken.com |
| whangley@hangley.com | | kodonnell@mololamken.com |
| mdh@hangley.com | | |

Martin V. Totaro
Eric R. Nitz
MOLOLAMKEN LLP
600 New Hampshire Ave., N.W.
Washington, DC 20037
(202) 556-2000 (telephone)
(202) 556-2001 (facsimile)
mtotaro@mololamken.com

*Attorneys for Alan Faneca, Roderick Cartwright, Jeff Rohrer, and Sean Considine*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2015, I caused the foregoing Notice of Appeal to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties.

/s/ Steven F. Molo