UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL AB LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

### AMENDED NOTICE OF APPEAL

Notice is hereby given that objecting class member Darren Russell Carrington hereby amends his May 15, 2015, notice of appeal (Docket No. 6548), currently docketed at the United States Court of Appeals for the Third Circuit as Case No. 15-2234. In addition to the already pending appeal from the Court's Final Order and Judgment (Docket. No. 6510) and Memorandum and Opinion (Docket. No. 6509) filed on April 22, 2015, I am also appealing

///

///

///

from the Amended Final Order and Judgment (Docket No. 6534) entered in this action on May 8, 2015, and the Order (Docket No. 6535) entered in this action on May 11, 2015.

Dated: May 26, 2015

Respectfully Submitted,

By: _____
Darren Russell Carrington

Darren Russell Carrington
14097 Montfort Court
San Diego, CA 92128
858.967.4797

# CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2015, I mailed the foregoing Amended Notice of Appeal by First-Class Mail, postage prepaid, to the following participants:

**Class Counsel:**

| | |
|---|---|
| SEEGER WEISS LLP<br>77 WATER STREET<br>NEW YORK, NY 10005 | ANAPOL SCHWARTZ<br>1710 SPRUCE STREET<br>PHILADELPHIA, PA 19103 |
| PODHURST ORSECK P.A.<br>25 W. FLAGLER STREET, SUITE 800<br>MIAMI, FL 33130-1780 | LOCKS LAW FIRM<br>601 WALNUT STREET SUITE 720 EAST<br>PHILADELPHIA, PA 19106 |
| LEVIN FISHBEIN SEDRAN & BERMAN<br>510 WALNUT STREET, SUITE 500<br>PHILADELPHIA, PA 19106 | NAST LAW LLC<br>1101 MARKET STREET, SUITE 2801<br>PHILADELPHIA, PA 19107 |

**Counsel for the National Football League:**

| | |
|---|---|
| GOODELL, DeVRIES, LEECH & DANN, LLP<br>2001 MARKET STREET SUITE 3700<br>PHILADELPHIA, PA 19103 | MCDERMOTT WILL & EMERY LLP<br>227 WEST MONROE ST.<br>CHICAGO, IL 60606-5096 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP<br>1285 AVNEUE OF THE AMERICAS<br>NEW YORK, NY 10019-6064 | DECHERT, PRICE AND RHOADS<br>200 CLARENDON ST 27TH FL<br>BOSTON, MA 02116 |
| BANCROFT PLLC<br>1919 M STREET NW SUITE 470<br>WASHINGTON, DC 20036 | LATHROP & GAGE LLP<br>2345 GRAND BLVD. SUITE 2200<br>KANSAS CITY, MO 64108 |
| VENABLE LLP<br>210 W PENNSYLVANIA AVE STE 500<br>TOWSON, MD 21204 | WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC<br>3344 PEACHTREE ROAD, NE STE. 2400<br>ATLANTA, GA 30326 |

| DUANE MORRIS LLP<br>1940 ROUTE 70 EAST SUITE 200<br>CHERRY HILL, NJ 08003 | STONE PIGMAN WALTHER WITTMANN LLC<br>546 CARONDELET ST<br>NEW ORLEANS, LA 70130-3588 |
|---|---|
| WINSTON & STRAWN<br>35 WEST WACKER DRIVE<br>CHICAGO, IL 60601 | MUNGER TOLLES & OLSON, LLP<br>355 SOUTH GRAND AVENUE 35TH FL<br>LOS ANGELES, CA 90071 |

Darren Carrington