UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION )<br>)<br>)<br>)<br>--------------------------------------------------------- )<br>)<br>THIS DOCUMENT RELATES TO: )<br>)<br>HOOVER ET AL. V. NATIONAL FOOTBALL LEAGUE ET AL., No. 2:12-cv-05209-AB )<br>) | MDL NO. 2323<br>12-MD-2323<br><br><br>NOTICE OF APPEARANCE |

The undersigned attorney hereby notifies the Court and counsel that W. Christopher Swett, Esquire shall appear as counsel of record for Plaintiff, Bradley R. Hoover in the above-captioned matter.

Respectfully submitted,

          s/ W. Christopher Swett
          W. Christopher Swett
          **Motley Rice LLC**
          28 Bridgeside Boulevard
          Mt. Pleasant, South Carolina 29464
          Phone: 843-216-9000
          Fax: 843-216-9540
          Email: cswett@motleyrice.com
          *Attorneys for Plaintiffs*

Dated: May 28, 2015

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL NO. 2323<br>12-MD-2323 |
| --------------------------------------------------------- | |
| THIS DOCUMENT RELATES TO: | CERTIFICATE OF SERVICE |
| HOOVER ET AL. V. NATIONAL FOOTBALL LEAGUE ET AL., No. 2:12-cv-05209-AB | |

I hereby certify that on May 28, 2015, I caused the following document:

**1. Notice of Appearance**

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an electronic notice of electronic filing to counsel of record.

s/ W. Christopher Swett
W. Christopher Swett
**Motley Rice LLC**
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
Phone: 843-216-9000
Fax: 843-216-9540
Email: cswett@motleyrice.com
*Attorneys for Plaintiffs*

Dated: May 28, 2015