UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>BRENT BOYD, *et al.*,<br>         Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, and NFL PROPERTIES LLC,<br>         Defendants. | Civil Action No. 12-cv-92 |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE ON BEHALF OF PLAINTIFF KENT HILL

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff **KENT HILL** hereby voluntarily dismisses without prejudice, his claims against all Defendants in the above-captioned actions, without prejudice. This notice of voluntary dismissal without prejudice, pertains to the claims of **KENT HILL** only and is not brought on behalf of any other plaintiff named in Civil Action No. 12-cv-92.

Neither the National Football League nor NFL Properties LLC, the named defendants in this action, have filed or served an answer to Plaintiffs' Complaint, or a Motion for Summary Judgment.

WHEREFORE, Plaintiff **KENT HILL** respectfully requests that this Court dismiss his claims, without prejudice, against all Defendants named in the above-captioned action.

**DATED this 3rd day of June 2015**.

                                              Respectfully submitted,

                                              */s/ Jeannine Kenney*
                                              Jeannine M. Kenney (PA # 307635)
                                              Michael D. Hausfeld
                                              Richard S. Lewis
                                              HAUSFELD LLP
                                              1700 K Street NW, Suite 650
                                              Washington, DC 20006
                                              Tel: (202) 540-7200
                                              Fax: (202) 540-7201
                                              jkenney@hausfeld.com
                                              mhausfeld@hausfeld.com
                                              rlewis@hausfeld.com

                                              Brent W. Landau
                                              HAUSFELD LLP
                                              325 Chestnut St., Suite 900
                                              Philadelphia, PA 19106
                                              Tel: (215) 985-3270
                                              Fax: (215) 985-3271
                                              blandau@hausfeld.com

                                              *Attorneys for Plaintiff*