UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>BRENT BOYD, *et al.*,<br>      Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, and NFL PROPERTIES LLC,<br>      Defendants. | Civil Action No. 12-cv-92 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
ON BEHALF OF PLAINTIFF ANTHONY "TONY" CLINE, JR.**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff **ANTHONY "TONY" CLINE, JR.** hereby voluntarily dismisses without prejudice, his claims against all Defendants in the above-captioned actions, without prejudice.  This notice of voluntary dismissal without prejudice, pertains to the claims of **ANTHONY "TONY" CLINE, JR.** only and is not brought on behalf of any other plaintiff named in Civil Action No. 12-cv-92.

Neither the National Football League nor NFL Properties LLC, the named defendants in this action, have filed or served an answer to Plaintiffs' Complaint, or a Motion for Summary Judgment.

2

WHEREFORE, Plaintiff **ANTHONY "TONY" CLINE, JR.** respectfully requests that this Court dismiss his claims, without prejudice, against all Defendants named in the above-captioned action.

**DATED this 3rd day of June 2015**.

Respectfully submitted,

  /s/ Jeannine Kenney
Jeannine M. Kenney (PA # 307635)
Michael D. Hausfeld
Richard S. Lewis
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
jkenney@hausfeld.com
mhausfeld@hausfeld.com
rlewis@hausfeld.com

Brent W. Landau
HAUSFELD LLP
325 Chestnut St., Suite 900
Philadelphia, PA 19106
Tel: (215) 985-3270
Fax: (215) 985-3271
blandau@hausfeld.com

*Attorneys for Plaintiff*