# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | **Case No. 12-md-2323 (AB)**<br><br>**MDL No. 2323** |
| THIS DOCUMENT RELATES TO:<br><br>BRENT BOYD, *et al.*,<br>       Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, and NFL PROPERTIES LLC,<br>       Defendants. | **Civil Action No. 12-cv-92** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE ON BEHALF OF PLAINTIFF EDWARD SIMONINI

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff **EDWARD SIMONINI** hereby voluntarily dismisses without prejudice, his claims against all Defendants in the above-captioned actions, without prejudice. This notice of voluntary dismissal without prejudice, pertains to the claims of **EDWARD SIMONINI** only and is not brought on behalf of any other plaintiff named in Civil Action No. 12-cv-92.

Neither the National Football League nor NFL Properties LLC, the named defendants in this action, have filed or served an answer to Plaintiffs' Complaint, or a Motion for Summary Judgment.

WHEREFORE, Plaintiff **EDWARD SIMONINI** respectfully requests that this Court dismiss his claims, without prejudice, against all Defendants named in the above-captioned action.

**DATED this 3rd day of June 2015**.

>Respectfully submitted,
>
>  */s/ Jeannine Kenney*
> Jeannine M. Kenney (PA # 307635)
> Michael D. Hausfeld
> Richard S. Lewis
> HAUSFELD LLP
> 1700 K Street NW, Suite 650
> Washington, DC 20006
> Tel: (202) 540-7200
> Fax: (202) 540-7201
> jkenney@hausfeld.com
> mhausfeld@hausfeld.com
> rlewis@hausfeld.com
>
> Brent W. Landau
> HAUSFELD LLP
> 325 Chestnut St., Suite 900
> Philadelphia, PA 19106
> Tel: (215) 985-3270
> Fax: (215) 985-3271
> blandau@hausfeld.com
>
> *Attorneys for Plaintiff*