UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>BRENT BOYD, *et al.*,<br>            Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, and NFL PROPERTIES LLC,<br>            Defendants. | Civil Action No. 12-cv-92 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
ON BEHALF OF PLAINTIFF RANDY RAGON**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff **RANDY RAGON** hereby voluntarily dismisses his claims without prejudice, against all Defendants in the above-captioned actions, without prejudice.  This notice of voluntary dismissal without prejudice, pertains to the claims of **RANDY RAGON** only and is not brought on behalf of any other plaintiff named in Civil Action No. 12-cv-92.

Neither the National Football League nor NFL Properties LLC, the named defendants in this action, have filed or served an answer to Plaintiffs' Complaint, or a Motion for Summary Judgment.

WHEREFORE, Plaintiff **RANDY RAGON** respectfully requests that this Court dismiss his claims, without prejudice, against all Defendants named in the above-captioned action.

**DATED this 3rd day of June 2015**.

                        Respectfully submitted,

                        */s/ Jeannine Kenney*
                        Jeannine M. Kenney (PA # 307635)
                        Michael D. Hausfeld
                        Richard S. Lewis
                        HAUSFELD LLP
                        1700 K Street NW, Suite 650
                        Washington, DC 20006
                        Tel: (202) 540-7200
                        Fax: (202) 540-7201
                        jkenney@hausfeld.com
                        mhausfeld@hausfeld.com
                        rlewis@hausfeld.com

                        Brent W. Landau
                        HAUSFELD LLP
                        325 Chestnut St., Suite 900
                        Philadelphia, PA 19106
                        Tel: (215) 985-3270
                        Fax: (215) 985-3271
                        blandau@hausfeld.com

                        *Attorneys for Plaintiff*