UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>BRENT BOYD, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, and NFL PROPERTIES LLC,<br>    Defendants. | Civil Action No. 12-cv-92 |

**NOTICE OF WITHDRAWAL
AS TO PLAINTIFF WILLIAM TRUAX**

PLEASE TAKE NOTICE that Michael Hausfeld, Richard Lewis, Brent Landau, Jeannine Kenney and Hausfeld LLP, withdraw as counsel of record for Plaintiff William Truax ONLY in the above-captioned matter at the request of Plaintiff William Truax.

DATE: June 4, 2015

Respectfully submitted,

  */s/ Jeannine Kenney*
Jeannine M. Kenney (PA # 307635)
Michael D. Hausfeld
Richard S. Lewis
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
jkenney@hausfeld.com

mhausfeld@hausfeld.com
rlewis@hausfeld.com

Brent W. Landau
HAUSFELD LLP
325 Chestnut St., Suite 900
Philadelphia, PA 19106
Tel: (215) 985-3270
Fax: (215) 985-3271
blandau@hausfeld.com

*Attorneys for Plaintiff*