# TRANSCRIPT PURCHASE ORDER
## for Third Circuit Court of Appeals

**District Court** Eastern District of Pennsylvania

**Court of Appeals Docket No.** 15-2272

**District Court Docket No.** 12-md-2323

Short Case Title: In re: National Football League Players' Concussion Injury Litigation

Date Notice of Appeal Filed by Clerk of District Court: 05/20/2015

**Part I.** (To be completed by party responsible for ordering transcript)

A. Check one of the following and serve ALL COPIES:

NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

**TRANSCRIPT:**

_____ None
_____ Unnecessary for appeal purposes.
__X__ Already on file in the District Court Clerk's office.
_____ This is to order a transcript of the proceedings heard on the date listed below from _____ (Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired.

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in the trial transcripts.

_____ Voir dire
_____ Open Statement of Plaintiff
_____ Opening Statement of Defendant
_____ Closing Argument of Plaintiff
_____ Closing Argument of Defendant
_____ Jury Instructions
_____ Sentencing Hearings

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

_____ CJA Form submitted to District Court Judge
_____ Motion for Transcript has been submitted to District Court
__✓__ CJA Form submitted to Court of Appeals
_____ Private Funds

Signature: [signed]
Date: June 9, 2015
Print Name: Richard L. Coffman
Counsel for: Armstrong Objectors
Address: 505 Orleans, Suite 505; Beaumont, Texas 77701
Telephone: (409) 833-7700

**Part II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

_____ Arrangements for payment were made on _____
_____ Arrangements for payment have not been made pursuant to FRAP 10(b)

_____  _____  _____
Date             Name of Court Report   Telephone

**Part III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District. Court Notification must be forwarded to the Court of Appeals on the same date.)

Actual Number of Pages _____   Actual Number of Volumes _____

_____                           _____
Date                                      Signature of Court Reporter