UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Floyd Little, et al. v. National Football League, et al.<br><br>Court File No. 2:12-cv-2219-AB | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS STU AND LINDA VOIGT** |

  Charles S. Zimmerman, J. Gordon Rudd, Jr., and Brian C. Gudmundson of Zimmerman Reed, P.L.L.P. ("Plaintiffs' Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Stu Voigt and Linda Voigt only in this action, and state as follows:

  1. Plaintiffs' counsel filed the action *Floyd Little, et al. v. National Football League, et al.*, No. 2:12-cv-2219-AB, in the Eastern District of Pennsylvania on April 24, 2012, for the benefit of several retired National Football League players, including Stu Voigt and Linda Voigt.

  2. Plaintiffs' counsel filed a short form complaint for Stu Voigt and Linda Voigt on July 16, 2012.

3. Since then, irreconcilable differences have arisen between Plaintiffs Stu Voigt and Linda Voigt and the undersigned.

4. Plaintiffs' counsel properly notified Stu Voigt and Linda Voigt of counsel's intention to withdraw from representing them in this matter.

5. Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiffs' counsel respectfully requests this Court for leave to withdraw as counsel for Stu Voigt and Linda Voigt only in Court File No. 2:12-cv-2219-AB.

Dated: June 10, 2015                    Respectfully submitted,

                                        ZIMMERMAN REED, P.L.L.P.


                                         s/ Brian C. Gudmundson
                                        Charles S. Zimmerman (#120054)
                                        J. Gordon Rudd, Jr. (#222082)
                                        Brian C. Gudmundson (#336695)
                                        1100 IDS Center, 80 South 8th Street
                                        Minneapolis, MN  55402
                                        Telephone: (612) 341-0400
                                        Facsimile: (612) 341-0844
                                        Charles.Zimmerman@zimmreed.com
                                        Gordon.Rudd@zimmreed.com
                                        Brian.Gudmundson@zimmreed.com