UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Floyd Little, et al. v. National Football League, et al.<br><br>Court File No. 2:12-cv-2219-AB | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF LEANDER JORDAN** |

  Charles S. Zimmerman, J. Gordon Rudd, Jr., and Brian C. Gudmundson of Zimmerman Reed, P.L.L.P. ("Plaintiffs' Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Leander Jordan only in this action, and state as follows:

  1. Plaintiffs' counsel filed the action *Floyd Little, et al. v. National Football League, et al.*, No. 2:12-cv-2219-AB, in the Eastern District of Pennsylvania on April 24, 2012, for the benefit of several retired National Football League players, including Leander Jordan.

  2. Plaintiffs' counsel filed a short form complaint for Plaintiff Leander Jordon on July 16, 2012.

3. Since then, irreconcilable differences have arisen between Plaintiff Leander Jordan and the undersigned.

4. Plaintiffs' counsel properly notified Leander Jordan of counsel's intention to withdraw from representing him in this matter.

5. Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiffs' counsel respectfully requests this Court for leave to withdraw as counsel for Leander Jordan only in Court File No. 2:12-cv-2219-AB.

Dated:  June 10, 2015                                  Respectfully submitted,

                                                       ZIMMERMAN REED, P.L.L.P.


                                                        s/ Brian C. Gudmundson
                                                       Charles S. Zimmerman (#120054)
                                                       J. Gordon Rudd, Jr. (#222082)
                                                       Brian C. Gudmundson (#336695)
                                                       1100 IDS Center, 80 South 8th Street
                                                       Minneapolis, MN  55402
                                                       Telephone: (612) 341-0400
                                                       Facsimile: (612) 341-0844
                                                       Charles.Zimmerman@zimmreed.com
                                                       Gordon.Rudd@zimmreed.com
                                                       Brian.Gudmundson@zimmreed.com