UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Floyd Little, et al. v. National Football League, et al.<br><br>Court File No. 2:12-cv-2219-AB | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF CURLEY CULP** |

  Charles S. Zimmerman, J. Gordon Rudd, Jr., and Brian C. Gudmundson of Zimmerman Reed, P.L.L.P. ("Plaintiffs' Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Curley Culp only in this action, and state as follows:

  1. Plaintiffs' counsel filed the action *Floyd Little, et al. v. National Football League, et al.*, No. 2:12-cv-2219-AB, in the Eastern District of Pennsylvania on April 24, 2012, for the benefit of several retired National Football League players, including Curley Culp.

  2. Plaintiffs' counsel filed a short form complaint for Plaintiff Curley Culp on July 16, 2012.

   3.  Since then, irreconcilable differences have arisen between Plaintiff Curley Culp and the undersigned.

   4.  Plaintiffs' counsel properly notified Curley Culp of counsel's intention to withdraw from representing him in this matter.

   5.  Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

   WHEREFORE, Plaintiffs' counsel respectfully requests this Court for leave to withdraw as counsel for Curley Culp only in Court File No. 2:12-cv-2219-AB.

Dated:  June 10, 2015        Respectfully submitted,

                ZIMMERMAN REED, P.L.L.P.

                s/ Brian C. Gudmundson
                Charles S. Zimmerman (#120054)
                J. Gordon Rudd, Jr. (#222082)
                Brian C. Gudmundson (#336695)
                1100 IDS Center, 80 South 8th Street
                Minneapolis, MN  55402
                Telephone: (612) 341-0400
                Facsimile: (612) 341-0844
                Charles.Zimmerman@zimmreed.com
                Gordon.Rudd@zimmreed.com
                Brian.Gudmundson@zimmreed.com