UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br><u>Floyd Little, et al.</u> v. National Football League, et al.<br><br>Court File No. <u>2:12-cv-2219-AB</u> | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS MICHAEL BUTLER AND DARLENE BUTLER** |

Charles S. Zimmerman, J. Gordon Rudd, Jr., and Brian C. Gudmundson of Zimmerman Reed, P.L.L.P. ("Plaintiffs' Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Michael Butler and Darlene Butler only in this action, and state as follows:

1.      Plaintiffs' counsel filed the action *Floyd Little, et al. v. National Football League, et al.*, No. 2:12-cv-2219-AB, in the Eastern District of Pennsylvania on April 24, 2012, for the benefit of several retired National Football League players, including Michael Butler and Darlene Butler.

2.      Plaintiffs' counsel filed a short form complaint for Plaintiffs Michael Butler and Darlene Butler on July 16, 2012.

3.      Since then, irreconcilable differences have arisen between Plaintiffs Michael Butler and Darlene Butler and the undersigned.

4.      Plaintiffs' counsel properly notified Michael Butler and Darlene Butler of counsel's intention to withdraw from representing them in this matter.

5.      Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiffs' counsel respectfully requests this Court for leave to withdraw as counsel for Michael Butler and Darlene Butler only in Court File No. 2:12-cv-2219-AB.

Dated:  June 10, 2015                             Respectfully submitted,

                                                 ZIMMERMAN REED, P.L.L.P.


                                                  s/ Brian C. Gudmundson
                                                 Charles S. Zimmerman (#120054)
                                                 J. Gordon Rudd, Jr. (#222082)
                                                 Brian C. Gudmundson (#336695)
                                                 1100 IDS Center, 80 South 8th Street
                                                 Minneapolis, MN  55402
                                                 Telephone: (612) 341-0400
                                                 Facsimile: (612) 341-0844
                                                 Charles.Zimmerman@zimmreed.com
                                                 Gordon.Rudd@zimmreed.com
                                                 Brian.Gudmundson@zimmreed.com