UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Hon. Anita B. Brody |
| | No. 12-md-2323-AB |
| | MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | Civil Action No. 12-cv-4635 |
| EUGENE BAKER et al.,     Plaintiffs, | |
| v. | |
| NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC,     Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE ON BEHALF OF PLAINTIFF ALBERT LEWIS

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Albert Lewis hereby voluntarily dismisses his claims against all Defendants in the above-captioned actions, without prejudice. This notice of voluntary dismissal without prejudice of Albert Lewis' claims in the above-captioned matter applies to that matter only. Mr. Lewis' claims in *Albert Lewis, et al. v. Kansas City Chiefs Football Club, Inc.*, Case No. 2:14-cv-01995, remain pending.

Neither the National Football League nor NFL Properties LLC, the named Defendants in this action, have filed or served an answer to Plaintiffs' Complaint, or a Motion for Summary Judgment.

Dated: June 11, 2015                              Respectfully Submitted,

                                                         */s/ Michael L. McGlamry*
                                                         **Michael L. McGlamry**

        Georgia Bar No. 492515
        **N. Kirkland Pope**
        Georgia Bar No. 584255
        POPE McGLAMRY, P.C.
        3391 Peachtree Road, N.E., Suite 300
        P.O. Box 191625 (31119-1625)
        Atlanta, GA  30326
        (404) 523-7706
        Fax (404) 524-1648
        efile@pmkm.com

        **Bruce A. Hagen**
        Georgia Bar No. 316678
        Bruce A. Hagen, P.C.
        119 N. McDonough Street
        Decatur, GA  30030
        (404) 522-7553
        Fax (404) 522-7744
        Bruce@hagen-law.com

        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2015, I caused the foregoing Motion to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

                                                */s/ Michael L. McGlamry*
                                                **Michael L. McGlamry**
                                                Georgia Bar No. 492515