UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>**THIS DOCUMENT RELATES TO:**<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) <u>*Garner v. National Football League [et al.]*</u>**, <u>No. 12-cv-04634 (E.D. Pa.)</u><br><br><u>**KEVIN PORTER AND ANNJELA PORTER, his wife**</u> | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>JURY TRIAL DEMANDED |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### ON BEHALF OF PLAINTIFFS KEVIN PORTER AND ANNJELA PORTER

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiffs, **KEVIN PORTER AND ANNJELA PORTER**, hereby voluntarily dismiss their claims against all Defendants in the above-captioned action, without prejudice. This notice of voluntary dismissal without prejudice in the above-captioned matter applies to that matter only. Their claims in *Albert Lewis, et al. v. Kansas City Chiefs Football Club, Inc.*, Case No. 2:14-cv-1995, remain pending.

Plaintiffs, **KEVIN PORTER AND ANNJELA PORTER** have filed this Notice under the docket of both *Garner, et., al. v. NFL [et al.]*, USDC, EDPA, No. 12-cv-04634 and *In Re: National Football League Players' Concussion Injury Litigation*, No. 2:12-MD-02323-AB.

DATED this 12th day of June, 2015.

        Respectfully submitted,

        **PODHURST ORSECK, P.A.**
        25 West Flagler Street, Suite 800
        Miami, FL 33130
        Telephone: (305) 358-2800
        Fax: (305) 358-2382

By:   /s/ Steven C. Marks
      STEVEN C. MARKS
      Fla. Bar. No. 516414
      Email: smarks@podhurst.com

      /s/ Stephen F. Rosenthal
      STEPHEN F. ROSENTHAL
      Fla. Bar No. 0131458
      Email: srosenthal@podhurst.com

      /s/ Ricardo M. Martinez-Cid
      RICARDO M. MARTÍNEZ-CID
      Fla. Bar No. 383988
      Email: rmcid@podhurst.com

*Attorneys for Plaintiff(s)*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>**THIS DOCUMENT RELATES TO:**<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) *Garner v. National Football League [et al.]*, **No. 12-cv-04634 (E.D. Pa.)**<br><br>**KEVIN PORTER AND ANNJELA PORTER, his wife** | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 12th, 2015, I caused the foregoing Notice of Voluntary Dismissal of Plaintiffs, **KEVIN PORTER AND ANNJELA PORTER,** to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

By:   /s/ Steven C. Marks
STEVEN C. MARKS
STEPHEN F. ROSENTHAL
RICARDO M. MARTÍNEZ-CID
**PODHURST ORSECK, P.A.**
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800
Fax: (305) 358-2382