# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| **THIS DOCUMENT RELATES TO:** | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| Robert Kuechenberg, et al. v. National Football League et al. No.  2:12-cv-03535-AB | |
| **As to Plaintiff KEITH T. FERGUSON Only** | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF REORD:

Jason E. Luckasevic of Goldberg, Persky & White, P.C., Thomas Girardi of Girardi Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby withdraw their appearance as attorneys of record for Plaintiff **KEITH T. FERGUSON** only in the above-referenced case.

Dated: June 17, 2015

Respectfully submitted,

GOLDBERG, PERSY & WHITE, P.C.

By: s/  *Jason E. Luckasevic*
Jason E. Luckasevic, Esquire
(PA Bar No. 85557)
1030 Fifth Avenue
Pittsburgh, PA  15219
Telephone:  (412) 471-3980
Facsimile: (412) 471-8308
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2015 the foregoing Notice of Withdrawal of Appearance was electronically filed. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

GOLDBERG, PERSY & WHITE, P.C.

By: s/ *Jason E. Luckasevic*