# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:**<br><br>Dave Pear, et al.<br>v. National Football League et al.<br>No. 2:12-cv-01025-AB<br><br><br>**As to Plaintiff JAMES PRUITT Only** | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF REORD:

Jason E. Luckasevic of Goldberg, Persky & White, P.C., Thomas Girardi of Girardi Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby withdraw their appearance as attorneys of record for Plaintiff **JAMES PRUITT** only in the above-referenced case.

Dated: June 17, 2015

    Respectfully submitted,

    GOLDBERG, PERSY & WHITE, P.C.

    By: s/ *Jason E. Luckasevic*
    Jason E. Luckasevic, Esquire
    (PA Bar No. 85557)
    1030 Fifth Avenue
    Pittsburgh, PA 15219
    Telephone: (412) 471-3980
    Facsimile: (412) 471-8308
    *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2015 the foregoing Notice of Withdrawal of Appearance was electronically filed. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

GOLDBERG, PERSY & WHITE, P.C.

By: s/  *Jason E. Luckasevic*