IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | :<br>:<br>:   MDL No. 2323<br>:   No. 12-md-2323-AB<br>:<br>: |
| THIS DOCUMENT RELATES TO ALL ACTIONS | :<br>:<br>:<br>: |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Please enter the appearance of Caroline Power as additional counsel of record for Defendants National Football League and NFL Properties LLC in the above-captioned action.

    Respectfully submitted,

Dated:  June 19, 2015

*s/ Caroline Power*_____
Caroline Power
Pa. Atty. ID 318587
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
Tel:   (215) 994-4000
Fax:   (215) 994-2222
caroline.power@dechert.com

## **CERTIFICATE OF SERVICE**

I, Kenneth J. Holloway, hereby certify that on June 19, 2015, I electronically filed the foregoing Notice of Entry of Appearance and electronically served it via the Court's CM/ECF system on all counsel of record.

Dated:  June 19, 2015

*s/ Caroline Power*_____
Caroline Power
Pa. Atty. ID 318587
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
Tel:    (215) 994-4000
Fax:   (215) 994-2222
caroline.power@dechert.com