UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Rodney Bailey, et al.<br>v. National Football League et al.<br>No. 2:12-cv-05372-AB<br><br><br>As to Plaintiff OLIVER WILLIAMS, JR. And KIMBERLY WILLIAMS | NOTICE OF WITHDRAWAL OF APPEARANCE |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF REORD:

Jason E. Luckasevic of Goldberg, Persky & White, P.C., Thomas Girardi of Girardi Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby withdraw their appearance as attorneys of record for Plaintiffs **OLIVER WILLIAMS, JR. and KIMBERLY WILLIAMS** only in the above-referenced case.

Dated: June 25, 2015

         Respectfully submitted,

         GOLDBERG, PERSY & WHITE, P.C.

         By: s/ *Jason E. Luckasevic*
         Jason E. Luckasevic, Esquire
         (PA Bar No. 85557)
         1030 Fifth Avenue
         Pittsburgh, PA  15219
         Telephone:  (412) 471-3980
         Facsimile: (412) 471-8308
         *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 25, 2015 the foregoing Notice of Withdrawal of Appearance was electronically filed.  Notification of this filing will be sent to all parties via the Court's CM/ECF system.

                                   GOLDBERG, PERSY & WHITE, P.C.

                                   By: s/  *Jason E. Luckasevic*