UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Dave Pear, et al.<br>v. National Football League et al.<br>No. 2:12-cv-01025-AB<br><br>**As to Plaintiffs TIMOTHY BARNETT And CHELONDA BARNETT Only** | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Timothy Barnett and Chelonda Barnett hereby voluntarily dismiss their claims against all Defendants in the above-captioned actions, without prejudice. This notice of voluntary dismissal without prejudice in the above-captioned matter applies to Plaintiffs Timothy Barnett and Chelonda Barnett only. Their claims in *Albert Lewis, et al. v. Kansas City Chiefs Football Club, Inc.*, Case No. 2:14-cv-01995, remain pending.

None of the named Defendants in this action have filed or served an answer to Plaintiffs' Complaint, or a Motion for Summary Judgment.

Dated: June 25, 2015

                                                Respectfully submitted,

                                                GOLDBERG, PERSY & WHITE, P.C.

                                                By: s/ *Jason E. Luckasevic*
                                                Jason E. Luckasevic, Esquire
                                                (PA Bar No. 85557)
                                                1030 Fifth Avenue
                                                Pittsburgh, PA  15219
                                                Telephone:  (412) 471-3980
                                                Facsimile: (412) 471-8308
                                                *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2015 the foregoing Notice was electronically filed. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

GOLDBERG, PERSY & WHITE, P.C.

By: s/  *Jason E. Luckasevic*