# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL NO. 2323 |
| ---------------------------------------------------------------<br>**DAMON KEANE WASHINGTON**<br><br>v.<br><br>**NATIONAL FOOTBALL LEAGUE, ET AL**<br><u>No. 2:13-cv-05439-AB</u><br><br>_____/ | **MOTION TO BE EXCUSED FROM PRETRIAL SCHEDULING CONFERENCE** |

## MOTION TO BE EXCUSED FROM PRETRIAL SCHEDULING CONFERENCE
_____

**NOW COMES** the undersigned Norman A. Abood, Esq. who does hereby request leave to be excused from the Pretrial Scheduling Conference, scheduled for July 1, 2015 at 11:00 a.m. due to representing Damon Washington who has not opted out of the settlement.

Dated: June 30, 2015

Respectfully Requested,
THE LAW OFFICE OF NORMAN A. ABOOD
<u>/s/ *Norman A. Abood*</u>
Norman A. Abood, Esq. (0029004)
203 Fort Industry Square
152 N. Summit Street
Toledo, OH  43604
Ph.           (419) 724-3700
Fax.          (419) 724-3701
Email:        norman@nabood.com

*Attorney for Plaintiff,*
*Damon Keane Washington*

## Certificate of Service

The undersigned hereby certifies that the above document was served on all parties on this 30th day of June, 2015, by filing the document in the Court's ECF filing system, which gives e-mail notice to all attorneys of record.

/s/ *Norman A. Abood*
Norman A. Abood. Esq

*Attorney for Plaintiff*
*Damon Keane Washington*