UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>　　　　　　　　　　Defendants. | Civ. Action No.: 14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## AMENDED STIPULATION AND [PROPOSED] ORDER[1]

This Stipulation and Agreement, dated May 19, 2015, as amended as of this 30th day of June 2015, is made and entered into by and among the National Football League and NFL Properties LLC (the "NFL Parties"), and Class Counsel (collectively, the "Parties").

WHEREAS, on April 22, 2015, this Court issued a Memorandum (ECF No. 6509) and Final Order and Judgment (ECF No. 6510), and on May 8, 2015, an

---

[1] Unless otherwise noted, the terms used in this Order that are defined in the Settlement Agreement have the same meanings in this Order as in the Settlement Agreement.

amended Final Order and Judgment (ECF No. 6534), approving the Settlement Agreement in its entirety;

WHEREAS, on May 4, 2015, Claims Administrator BrownGreer PLC, in accordance with the Final Order and Judgment and the Settlement Agreement, filed the list of Opt Outs who timely submitted proper requests to opt out in compliance with Section 14.2(a) of the Settlement Agreement, including Retired NFL Football Players Chidi Ahanotu, Terrell Davis, Brad Hoover, Eric Kelly, Tyson Walter and Michael Westbrook (ECF No. 6533);

WHEREAS, Chidi Ahanotu, Terrell Davis, Brad Hoover, Eric Kelly, Tyson Walter and Michael Westbrook have since submitted written requests seeking to revoke their Opt Out requests (*see* Exhibit 1 (Declaration of Orran L. Brown));

WHEREAS, the Parties have agreed to accept the revocation requests submitted by Chidi Ahanotu, Terrell Davis, Brad Hoover, Eric Kelly, Tyson Walter and Michael Westbrook, subject to Court approval, because they submitted them before Opt Out litigation has commenced;

**AND NOW**, this 30th day of June, 2015, it is hereby stipulated and agreed by the Parties that the revocation requests submitted by Chidi Ahanotu, Terrell Davis, Brad Hoover, Eric Kelly, Tyson Walter and Michael Westbrook are accepted, subject to Court approval, because they submitted them before Opt Out litigation has commenced.

It is so **STIPULATED AND AGREED**,

By: _____  By: _____

Date: 6/30/2015  Date: June 30, 2015

Christopher Seeger
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
cseeger@seegerweiss.com

*Class Counsel*

Brad S. Karp
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
bkarp@paulweiss.com

*Counsel for the NFL Parties*

It is so **ORDERED**, based on the above Stipulation and the accompanying Declaration of Orran L. Brown, Sr., that the revocation requests submitted by Chidi Ahanotu, Terrell Davis, Brad Hoover, Eric Kelly, Tyson Walter and Michael Westbrook all are approved and the Claims Administrator is **DIRECTED** to post a revised list of Opt Outs forthwith excluding Chidi Ahanotu, Terrell Davis, Brad Hoover, Eric Kelly, Tyson Walter and Michael Westbrook.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:   Copies **MAILED** on _____ to: