# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE | : | No. 2:12-md-02323-AB |
| PLAYERS' CONCUSSION INJURY | : | |
| LITIGATION | : | MDL No. 2323 |
| | : | |
| | : | Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| ALL ACTIONS | : | |
| | : | |

## <u>DECLARATION OF ORRAN L. BROWN, SR.</u>

I, ORRAN L. BROWN, SR., hereby declare and state as follows:

1.　　My name is Orran L. Brown, Sr.  I am the Chairman and a founding partner of BrownGreer PLC ("BrownGreer"), located at 250 Rocketts Way, Richmond, Virginia 23231.

2.　　I am over the age of 21.  The matters set forth in this Declaration are based upon my personal knowledge and information.

3.　　I submit this Declaration to describe the Opt Out revocation requests that BrownGreer, as the Claims Administrator under the Class Action Settlement Agreement in this action ("Settlement Agreement"), has received since the Court entered its Final Approval Order and Judgment on April 22, 2015.

4.　　In its April 22, 2015 Final Approval Order and Judgment, the Court directed the Claims Administrator to post a list of Opt Outs as of that date.  Accordingly, we posted on the official Settlement website a list of the 175 Opt Outs that were timely and included all elements required for a valid Opt Out under Section 14.2(a) of the Settlement Agreement (Exhibit 1 to this Declaration) (the "Opt Out List"), and a list of the 33 Opt Outs that were untimely and/or were missing one or more of Section 14.2(a)'s required elements (Exhibit 2

to this Declaration).  Section 14.2(c) of the Settlement Agreement provides that a Class

Member who had opted out but wished to revoke that Opt Out could submit a written request

to do so "[p]rior to the Final Approval Date."  Since April 22, 2015, the following six Class

Members included on the Opt Out List have submitted requests to revoke those Opt Outs:

> (a) Chidi Ahanotu:  On June 1, 2015, Class Counsel received by email and forwarded to the Claims Administrator a revocation request signed by Mr. Ahanotu and dated June 1, 2015.

> (b) Terrell L. Davis:  On May 4, 2015, the Claims Administrator received by mail a revocation request signed by Mr. Davis.  The envelope containing the revocation request had no postmark date, but Mr. Davis dated his signature on the revocation request April 27, 2015.

> (c) Bradley R. Hoover:  On June 15, 2015, Class Counsel received by email and forwarded to the Claims Administrator a revocation request signed by Mr. Hoover and dated June 4, 2015.

> (d) Eric F. Kelly:  On April 28, 2015, the Claims Administrator received by mail a revocation request signed by Mr. Kelly and postmarked April 22, 2015.

> (e) Tyson B. Walter:  On May 18, 2015, Class Counsel received by email and forwarded to the Claims Administrator a revocation request signed by Mr. Walter and dated May 15, 2015.

> (f) Michael Westbrook:  On April 28, 2015, Class Counsel received by mail and forwarded to the Claims Administrator a revocation request signed by Mr. Westbrook and postmarked April 24, 2015.

5.      I attach copies of the above revocation requests, which I have redacted to

protect personal information (Exhibits 3-8 of this Declaration).

6.      The Parties to the Settlement Agreement have agreed to accept the above

revocation requests, subject to Court approval.  If the Court grants its approval, the Claims

Administrator will no longer count these six persons as Opt Outs and, upon direction of the

Court, will post a revised Opt Out List excluding them on the Settlement website.

I, Orran L. Brown, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.  Executed on this 30th day of June, 2015.

_____
Orran L. Brown, Sr.

| Exhibit 1 | NFL Concussion Settlement:  Timely Opt Out Requests Containing All Information Required by Section 14.2(a) (As of the April 22, 2015 Final Order and Judgment) | | | |
|---|---|---|---|---|
| | **Notice ID** | **Last Name** | **First Name** | **Middle Name** |
| **A. Retired NFL Players** | | | | |
| 1. | 100000004 | Abdullah | Hamza | |
| 2. | 100000031 | Acks | Ronald | William |
| 3. | 100000097 | Ahanotu | Chidi | |
| 4. | 100000146 | Alexander, Jr. | Charles | F. |
| 5. | 100000340 | Anderson | Ottis | J. |
| 6. | 100000449 | Arnett | Jon | Dwane |
| 7. | 100000480 | Ashley Jr. | Walker | Lee |
| 8. | 100000603 | Bain | William | Ernest |
| 9. | 100000667 | Ballard | Howard | |
| 10. | 100000749 | Barnes | Billy | Ray |
| 11. | 100000787 | Barnett | Timothy | |
| 12. | 100000834 | Bass | Michael | Thomas |
| 13. | 100000870 | Baugh | Thomas | Anthony |
| 14. | 100000875 | Baumgartner | Steven | |
| 15. | 900001166 | Beban | Gary | J. |
| 16. | 100000930 | Bebout | Nick | |
| 17. | 100000982 | Bell | Bobby | L. |
| 18. | 100000993 | Bell | Gregory | Leon |
| 19. | 100001131 | Berton | Sean | |
| 20. | 100001142 | Bethea | Elvin | L. |
| 21. | 100001171 | Bielski | Richard | Adam |
| 22. | 100001186 | Bing | Darnell | L. |
| 23. | N/A | Blackshear | Rodney | T. |
| 24. | 100001383 | Bonness | Richard | K. |
| 25. | 100001596 | Brannon | Robert | |
| 26. | 100001671 | Brightful | Lamont | |
| 27. | N/A | Brooks IV | Robert | L. |
| 28. | 100001926 | Brown | Ronald | |
| 29. | 100002027 | Bryant | Trent | B. |
| 30. | 100002378 | Campbell | Woodrow | Lamar |
| 31. | 100002497 | Carter | Tyrone | |
| 32. | 100002768 | Clapp, II | Thomas | P. |
| 33. | 100002875 | Cline, Jr. | Anthony | Francis |
| 34. | 100002899 | Cobb | Marvin | Lawrence |
| 35. | 100003090 | Commiskey | Charles | E. |
| 36. | 100003166 | Cooper | Alexander | Louis |
| 37. | 100003197 | Cordileone | Louis | |
| 38. | 100003223 | Cosbie | Douglas | |
| 39. | 100003414 | Crumpler | Algernon | D. |
| 40. | 100003415 | Crumpler | Carlester | T. |
| 41. | 100003729 | Davis | Terrell | Lamar |

**EXHIBIT 1**

| | | NFL Concussion Settlement:  Timely Opt Out Requests Containing All Information Required by Section 14.2(a)<br>(As of the April 22, 2015 Final Order and Judgment) | | |
|---|---|---|---|---|
| **Exhibit 1** | | | | |
| | **Notice ID** | **Last Name** | **First Name** | **Middle Name** |
| 42. | 400000182 | DeCarlo, Sr. | Arthur | A. |
| 43. | 100003858 | Dennis, III | Albert | R. |
| 44. | 100004084 | Dorris | Andrew | Michael |
| 45. | 100004087 | Dorsett | Tony | |
| 46. | 100004120 | Douglas | Cody | |
| 47. | 100004136 | Douglass | Bobby | |
| 48. | 100004354 | Eber | Richard | Lee |
| 49. | 100004372 | Edelman | Bradley | Mart |
| 50. | 100004651 | Fahnhorst | Keith | V. |
| 51. | 100004666 | Fanning | Michael | Lavern |
| 52. | 100004887 | Flatley | Paul | R. |
| 53. | 100005000 | Forsberg | Fred | C |
| 54. | 100005216 | Gabriel | Roman | |
| 55. | 100005391 | Gayle | Shaun | |
| 56. | 100005739 | Grant | Robert | B. |
| 57. | 100005759 | Gray | Quinn | F. |
| 58. | 100005848 | Green | Roy | |
| 59. | 100005904 | Grier | Roosevelt | |
| 60. | 100005920 | Griffin, Jr. | Leonard | James |
| 61. | 900007679 | Hackett | Barry | Dean |
| 62. | 100006151 | Hamilton | Ben | |
| 63. | 100006449 | Harrison | Jerome | Charles |
| 64. | 100006475 | Harry | Emile | Michael |
| 65. | 900008386 | Healy Jr. | William | R. |
| 66. | 100006814 | Hicks | Dwight | |
| 67. | 100006856 | Hill | Calvin | |
| 68. | 100006877 | Hill | Kent | |
| 69. | 900008737 | Hilliard | Lex | Douglas |
| 70. | 100007115 | Hoover | Bradley | Ray |
| 71. | 100007134 | Horn | Joseph | |
| 72. | 100007437 | Iorio | Joseph | W. |
| 73. | 100007672 | Jarvis | John | Bruce |
| 74. | 100007707 | Jefferson, Jr. | Roy | Lee |
| 75. | 100007809 | Johnson Jr. | Ted | C. |
| 76. | 100008137 | Jones | Donald | Ray |
| 77. | 100008151 | Jones | Frederick | Cornelius |
| 78. | 100008471 | Kelly | Eric | Francheste |
| 79. | 190000195 | Kelly, II | Patrick | |
| 80. | 100008513 | Kenney | William | Patrick |
| 81. | 100008632 | Kingsriter | Douglas | James |
| 82. | 100008766 | Kosar | Bernard | J. |
| 83. | 100008792 | Krakau | Mervin | F. |
| 84. | 100008806 | Krause | Paul | James |

| Exhibit 1 | NFL Concussion Settlement:  Timely Opt Out Requests Containing All Information Required by Section 14.2(a)<br>(As of the April 22, 2015 Final Order and Judgment) | | | |
|---|---|---|---|---|
| | Notice ID | Last Name | First Name | Middle Name |
| 85. | 100008953 | Lanier, Sr. | Willie | Edward |
| 86. | 250014001 | LaRose | Marvin | Daniel |
| 87. | 100008975 | Larson | Gregory | K. |
| 88. | 100009197 | Lewis | Albert | R. |
| 89. | 100009442 | Lowe | Woodrow | |
| 90. | 100009489 | Lurtsema | Robert | Ross |
| 91. | 100009748 | Martin | Christopher | |
| 92. | 900012555 | Massaquoi | Mohamed | Jah |
| 93. | 100009880 | May, Jr. | Bert | Deems |
| 94. | 100009925 | McAlister | Christopher | James |
| 95. | 100009928 | McAllister | Dulymus | J. |
| 96. | 100010101 | McDougle Jr. | Jerome | |
| 97. | 100010305 | McNair | Todd | D. |
| 98. | 100010404 | Merritt Sr. | David | L. |
| 99. | 100010586 | Mincy | Charles | |
| 100. | 100010854 | Morey | Sean | J. |
| 101. | 100010936 | Morton | Larry | Craig |
| 102. | 100011184 | Nelson | Jimmie | Dirk |
| 103. | 100011178 | Nelson | Curtis | Shane |
| 104. | 100011289 | Niswanger | Rudolph | N. |
| 105. | 100011497 | Oliver | Darryl | H. |
| 106. | 100011513 | Olkewicz | Neal | |
| 107. | 100011639 | Owens | Mel | T. |
| 108. | 100011685 | Palmer | Paul | W. |
| 109. | 100011709 | Parker | J'vonne | |
| 110. | 100011767 | Parrish | Bernard | P. |
| 111. | 100011790 | Pastorini | Dan | |
| 112. | 100011803 | Patrick | Allen | |
| 113. | 100011868 | Pearson | Jayice | |
| 114. | 270006144 | Phillips | Joseph | Gordon |
| 115. | 100012247 | Porter | Kevin | |
| 116. | 100012313 | Preece | Steven | Packer |
| 117. | 100012362 | Pritchard | Ronald | David |
| 118. | N/A | Ragon | Randy | D. |
| 119. | 100012615 | Reed | Andre | D. |
| 120. | 100012714 | Rentzel | Thomas | L. |
| 121. | 100012836 | Riggins | Robert | John |
| 122. | 100012979 | Robinson | Johnny | Nolan |
| 123. | 100013051 | Rogers | George | W. |
| 124. | 100013192 | Royal, Jr. | Robert | S. |
| 125. | 900017334 | Schaefering | Brian | Christopher |
| 126. | 110021920 | Scott | Edward | |
| 127. | 100013596 | Scott III | Jacob | E |

| Exhibit 1 | NFL Concussion Settlement: Timely Opt Out Requests Containing All Information Required by Section 14.2(a) (As of the April 22, 2015 Final Order and Judgment) | | | |
|---|---|---|---|---|
| | **Notice ID** | **Last Name** | **First Name** | **Middle Name** |
| 128. | 100013646 | Seals | George | E. |
| 129. | 110029965 | Seau, Jr. | Tiaina | B. |
| 130. | 100013686 | Senser | Joseph | M. |
| 131. | N/A | Sharpe | Luis | |
| 132. | 100013804 | Sherk | Jerry | Martin |
| 133. | 100013941 | Simonini | Ed | |
| 134. | N/A | Simpson | William | C. |
| 135. | 900018004 | Sims, Jr. | George | Pollard |
| 136. | 100014138 | Smith | Chris | M. |
| 137. | 100014204 | Smith | John | Thomas |
| 138. | 100014196 | Smith | Jesse | Daley |
| 139. | 100014241 | Smith | Neil | O. |
| 140. | N/A | Stant | Patrick | M. |
| 141. | 100014534 | Steed | Joel | E. |
| 142. | 100014548 | Stein | Robert | Allen |
| 143. | 100014641 | Still | Arthur | B. |
| 144. | 100014948 | Tant | Jay | W. |
| 145. | 100015103 | Terry | Douglas | Maurice |
| 146. | 100015394 | Toefield | LaBrandon | |
| 147. | 100015506 | Truax, III | William | F. |
| 148. | 900019945 | Trufant | Marcus | Lavon |
| 149. | 100015812 | Voigt | Stuart | A. |
| 150. | 100015903 | Walker | George | |
| 151. | 100015970 | Walls | Charles | Wesley |
| 152. | 100015983 | Walter | Tyson | Barrett |
| 153. | 100016103 | Washington | Mark | H. |
| 154. | 100016289 | Westbrook | Michael | |
| 155. | 100016353 | White | Edward | Alvin |
| 156. | 100016462 | Wilbur | John | |
| 157. | 100016704 | Williams | Ralph | |
| 158. | 100017090 | Wright | Jeffrey | Ralph |
| 159. | 100017160 | Yary | Anthony | Ronald |
| | **Subtotal of Retired NFL Football Players** | | **159** | |
| **B. Relatives of a Retired NFL Football Player** | | | | |
| 160. | N/A | Baugh | Jean | M. |
| 161. | 270001721 | Davis | Roberta | Lee |
| 162. | 190000014 | Kelly | Kari | |
| 163. | N/A | Kelly, III | Patrick | |
| 164. | N/A | Kenney | Sandra | Louise |
| 165. | 270000922 | Lamana | Virginia | P |
| 166. | 270000201 | Lesane | Elizabeth | Turner |

| Exhibit 1 | NFL Concussion Settlement:  Timely Opt Out Requests Containing All Information Required by Section 14.2(a) (As of the April 22, 2015 Final Order and Judgment) | | | |
|---|---|---|---|---|
| | **Notice ID** | **Last Name** | **First Name** | **Middle Name** |
| **167.** | 270003553 | Phillips | Elizabeth | D. |
| **168.** | 190000357 | Seau | Hunter | |
| **169.** | 190000326 | Seau | Jake | R. |
| **170.** | N/A | Seau | Luisa | |
| **171.** | 190000262 | Seau | Sydney | B. |
| **172.** | N/A | Seau | Tiaina | |
| **173.** | N/A | Seau | Tyler | C. |
| **174.** | N/A | Smith | Dione | Elizabeth |
| **175.** | N/A | Tant | Natalie | |
| | **Subtotal of Relatives of a Retired NFL Football Player** | | **16** | |
| | **TOTAL** | | **175** | |

| Exhibit 2 | NFL Concussion Settlement:  Opt Out Requests That Were Untimely and/or Did Not Contain All Information Required by Section 14.2(a)<br>(As of the April 22, 2015 Final Order and Judgment) | | | | | | | | | |

| | Class Member Information | | | | Section 14.2(c) Opt Out Revocation Requirements | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Notice ID | Last Name | First Name | Middle Name | Address Provided? | Phone Number Provided? | Date of Birth Provided? | Government ID Provided? | Personal Signature Provided? | Signature Date Provided? | Timely Submitted?* |
| | | | | | **A. Retired NFL Players** | | | | | | |
| 1. | 900000677 | Babineaux | Jordan | | Yes | Yes | Yes | Yes | Yes | Yes | No (10/15/14) |
| 2. | 100001107 | Bernard | Walter | | Yes | No | Yes | Yes | Yes | No | Yes |
| 3. | 100001125 | Berry | Reginald | Dennis | Yes | Yes | Yes | Yes | Yes | Yes | No (1/13/15) |
| 4. | 100001190 | Bingham | Gregory | Raleigh | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 5. | 100001264 | Blair | Michael | | Yes | No | Yes | Yes | Yes | No | Yes |
| 6. | 100001779 | Brown | Mike | | No | No | No | No | No | No | Yes |
| 7. | 100002077 | Buggs | Daniel | | Yes | Yes | Yes | Yes | Yes | Yes | No (10/15/14) |
| 8. | 100002078 | Buggs | Wamon | C. | Yes | Yes | Yes | Yes | Yes | Yes | No (10/17/14) |
| 9. | 110017237 | Bush | Lewis | F. | Yes | No | No | Yes | Yes | Yes | Yes |
| 10. | 100002556 | Carver | Shante | | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 11. | 100002966 | Cole Sr. | Robin | | Yes | Yes | Yes | Yes | Yes | Yes | No (10/15/14) |
| 12. | 100003583 | Darling | Devard | | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 13. | 100003600 | David | Jason | | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 14. | 260000647 | Hamilton | Harry | E. | Yes | Yes | No | No | Yes | Yes | Yes |
| 15. | N/A | Harris | Charles | W. | Yes | Yes | Yes | Yes | Yes | Yes | No (10/31/14) |
| 16. | 100007484 | Izzo | Larry | | Yes | No | Yes | Yes | No | Yes | Yes |
| 17. | 100008503 | Kennedy, Jr. | Jimmy | Wayne | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 18. | 250016542 | Meisner | Lee | Edward | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 19. | 100010601 | Minter | Cedric | | Yes | No | Yes | No | Yes | Yes | Yes |
| 20. | 100010609 | Miree | Brandon | C. | Yes | Yes | Yes | Yes | Yes | No | Yes |
| 21. | 250015226 | Moffitt | John | | Yes | Yes | Yes | Yes | Yes | Yes | No (11/10/14) |
| 22. | 100011625 | Owens | Brigman | | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 23. | 100011984 | Peters | Scott | | Yes | Yes | Yes | No | Yes | Yes | Yes |
| 24. | N/A | Richards | Rex | | Yes | Yes | Yes | Yes | Yes | Yes | No (10/22/14) |
| 25. | 260010034 | Rudnay | John | Carl | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 26. | 100014530 | Steagall | Derrick | | Yes | Yes | Yes | Yes | Yes | No | Yes |
| 27. | 100014657 | Stoepel | Terry | | Yes | Yes | Yes | Yes | Yes | No | No (10/22/14) |
| 28. | 100015152 | Thomas | Charles | G. | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| | **Subtotal of Retired NFL Football Players** | | | | | | | **28** | | | |
| | | | | | **B. Relatives of a Retired NFL Football Player** | | | | | | |
| 29. | N/A | Bush | Danielle | | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 30. | 190000166 | Bush | Deedee | | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 31. | N/A | Bush, Jr. | Lewis | F. | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 32. | N/A | Bush | Makai | | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 33. | N/A | Rogers | Loretta | | No | No | No | No | No | No | No (10/20/14) |
| | **Subtotal of Relatives of Retired NFL Football Players** | | | | | | | **5** | | | |
| | **TOTAL** | | | | | | | **33** | | | |

*This column shows the date of submission for any untimely attempted Opt Out.

# EXHIBIT 2

Christopher Seeger
Co-Lead Class Counsel
SEEGER WEISS, LLP
77 Water Street
New York, NY  10005

Sol Weiss
Co-Lead Class Counsel
ANAPOL SCHWARTZ
1710 Spruce Street
Philadelphia, PA  19103

Brad Karp
Counsel for the NFL Parties
Paul Weiss Rifkind Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY  10019

Re:   **REVOCATION OF OPT OUT FROM SETTLEMENT CLASS**

Dear Counsel:

Please take notice that I, _Chidi Ahanotu_, wish to revoke my request to be excluded from the Settlement Class in *In re: National Football League Players' Concussion Injury Litigation*, No. 2:12-md-02323.

Name:     _Chidi Ahanotu_

Address:     **REDACTED**

Phone No.:

Date of Birth:

Signature:

Print Name:   _Chidi Ahanotu_

Date:     _6 / 1_ , 2015.

cc:   Jason E. Luckasevic

**EXHIBIT 3**

Terrell Davis

REDACTED

I wish to revoke my request to be excluded from the Settlement Class in In re: National Football League Players' Concussion Injury Litigation, No. 2:12-md-02323"

_____
Name

_____
4/27/15
Date

**EXHIBIT 4**

DAVIS



REDACTED



MAY 0 4 2015

BrownGreer PLC
Richmond

NFL Concussion Settlement
P.O. Box 25369
Richmond, VA 23260

23260536969

June 4, 2015

Christopher A. Seeger, Esquire
Seeger Weiss LLP
77 Water Street
New York, New York  10005

Jeffrey Pash, Esquire
National Football League
345 Park Avenue
New York, New York  10154

Sol Weiss, Esquire
Anapol Schwartz
1710 Spruce Street
Philadelphia, Pennsylvania  19103

Anastasia Danias, Esquire
National Football League
345 Park Avenue
New York, New York  10154

Brad S. Karp, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York  10019

Re: *In re:  National Football League Players' Concussion Injury Litigation*
No. 2:12-md-02323 (E.D. Pa.)

Dear Counsel:

I wish to revoke my request to be excluded from the Settlement Class.  Please advise if further information is needed so I may participate in the Settlement Agreement. You may also contact my attorney, Anne McGinness Kearse at Motley Rice (843.216.9140) or her paralegal, Lisa Ranaldo (843.216.9637).

Thank you for your cooperation in this matter.

Sincerely,

Brad Hoover

REDACTED

**EXHIBIT 5**

April 21, 2015

Christopher A. Seeger
Co-Lead Class Counsel
SEEGER WEISS LLP
77 Water Street
New York, NY 10005

Sol Weiss
Co-Lead Class Counsel
ANAPOL SCHWARTZ
1710 Spruce Street
Philadelphia, PA 19103

Steven C. Marks
Class Counsel
PODHURST ORSECK P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780

Gene Locks
Class Counsel
LOCKS LAW FIRM
The Curtis Center, Suite 720 East
601 Walnut Street
Philadelphia, PA 19106

Arnold Levin
Counsel - Subclass 1
LEVIN FISHBEIN SEDRAN &
BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Dianne M. Nast, Counsel –
Counsel - Subclass 2
NAST LAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107

**Re:**   Civil Action No. 2:12-md-02323 MDL No. 2323; *In Re: National Football League Players' Concussion Injury Litigation*; In the United State District Court for the Eastern District of Pennsylvania.

Civil Action No.2: 12-cv-05042-AB; *Larry Centers, et al. vs. National Football League, et al.;* In the United State District Court for the Eastern District of Pennsylvania.

To Whom It May Concern:

Effectively immediately, please let this letter serve as my wish to REVOKE my request to be excluded from the Settlement Class.

Sincerely,

Eric Kelly

**REDACTED**

**EXHIBIT 6**

cc:    NFL Concussion Settlement
P.O. Box 25369
Richmond, VA 23260



# LUBEL VOYLES LLP

TRIAL LAWYERS

RECEIVED

APR 28 2015

BrownGreer PLC
Richmond



**CERTIFIED MAIL™**

7012 2920 0001 6493 2004

NFL Concussion Settlement
P.O. Box 25369
Richmond, VA 23260

5020 Montrose Blvd.
Suite 800
Houston, Texas 77006

23260536969

Tyson B. Walter

REDACTED

Claims Administrator
NFL Concussion Settlement
P.O. Box 25369
Richmond, VA 23260

Dear Claims Administrator:

My name is Tyson Barrett Walter, and I live at            REDACTED            My birthday
is REDACTED and my assigned identification number for this case is            .

I am contacting you because as of this day, May 15, 2015, I hereby exercise my right to rescind my order
excluding myself from the Settlement Class ("opt out") as detailed in the letter provided to the Claims
Administrator and dated October 13, 2014. I therefore wish to include myself ("opt in") in the Settlement
Class in **In re: National Football League Players' Concussion Injury Litigation, No. 2:12-md-02323.**

It is my understanding that this notice to "opt in" will be granted and become effective upon receipt as Final
Order/Approval is not effective until the latter of the 30 day Appeals window expiring without any filings
or the date on which any and all filed Appeals have been fully resolved. Therefore, as Final Order/Approval
has yet to, and cannot, occur until May 22, 2015 at the earliest, the rights to rescind my previous notification
remain valid as of the date of this notice, May 15, 2015.

With this in mind, and per instructions from the Class' Co-Lead Counsel (with the understanding that said
instructions were provided to me in general and solely as a member of the Class and that I have not retained
any council or party to specifically represent me in this or any matter), I hereby exercise my right to contact
you by letter, postmarked prior to the Final Order/Approval becoming effective and, using the same identity
authentication as previously presented, rescind my order to "opt out" of the aforementioned proposed class
action settlement. Therefore, upon receipt of this notification, full rights relating to the Settlement Class in
**In re: National Football League Players' Concussion Injury Litigation, No. 2:12-md-02323** shall be
restored to myself, Tyson Barrett Walter, and/or my estate, for the entire duration of said settlement.

Please confirm receipt of this notice, and its effectiveness, via letter (to the address above and on file), or
email    REDACTED    . Additionally, I may be reached by phone REDACTED should you
have any comments or questions.

Sincerely,

Tyson B. Walter

**EXHIBIT 7**



**REDACTED**

WALTER

REDACTED

CERTIFIED MAIL

UNITED STATES
POSTAL SERVICE

US POSTAGE
PAID
IRVING, TX
75063
MAY 16, 15
AMOUNT
$3.79
R2303S103382-15

1000   23260

7014 2120 0003 4891 4

RECEIVED

MAY 2 1 2015

BrownGreer PLC
Richmond

CLAIMS ADMINISTRATOR
NFL CONCUSSION SETTLEMENT
P.O. BOX 25369
RICHMOND, VA 23260

23260536969

**REDACTED**

April 20, 2015

Seeger Weiss, LLP
Mr. Christopher Seeger
77 Water St
New York, NY 10005

Mr. Seeger,

I wish to revoke my request to be excluded from the Settlement Class.

Michael Westbrook

**REDACTED**

DOB **REDACTED**

Thank you,

Michael Westbrook

**EXHIBIT 8**

PHOENIX
AZ 852
24 APR '15
PM 6 L

$ 000.48
0000016780   APR 24 2015
MAILED FROM ZIP CODE 852A9

Seeger Weiss LLP
Mr Christopher Seeger
77 Water St.
New York, NY 10005

10005440450