## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 1, 2015, the foregoing document was transmitted electronically via CM/ECF to the Clerk of the Court for filing and transmittal of Notice of Electronic Filing to all attorneys of record who are ECF registrants.

Dated:  July 1, 2015    /s/ Christopher A. Seeger
Christopher A. Seeger
Seeger Weiss LLP
77 Water St. 26th Floor
New York, NY 10005
Phone: 212-584-0700
Email: Cseeger@seegerweiss.com

***Attorney for Plaintiffs***