IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL : No. 12-md-2323 (AB)
LEAGUE PLAYERS' CONCUSSION :
INJURY LITIGATION : MDL NO. 2323

---

DAMON KEANE WASHINGTON

v.

NATIONAL FOOTBALL LEAGUE,
ET. AL.
No. 2:13-cv-05439-AB

ORDER

AND NOW, this **1st** day of July, 2015, it is Ordered that the plaintiff's motion, **docket entry #6619**, to be excused from the **07-01-2015** pretrial scheduling conference is **GRANTED**.

ATTEST:                              or        BY THE COURT

BY:_____              _____
   Deputy Clerk                              Judge

Civ 12 (9/83)

**Copies ecmf on** _____ **to:**            **Copies mailed on** _____ **to:**