```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE: NATIONAL FOOTBALL         :    No. 12-md-2323 (AB)
LEAGUE PLAYERS' CONCUSSION       :
INJURY LITIGATION                :    MDL NO. 2323

---

WILLIAM ANDREWS, ET.AL.          :    CIVIL ACTION Nos.
            v.                   :    CA 2012-4632, CA 2013-2244,
NATIONAL FOOTBALL LEAGUE,             CA 2013-5309 & CA 2013-5439
ET. AL.
                                 :
HOWARD BALLARD, ET. AL.
         v.
NATIONAL FOOTBALL LEAGUE, INC.,  :
ET. AL.

STEVIE BAGGS, ET. AL.            :
         v.
NATIONAL FOOTBALL LEAGUE,        :
ET. AL.

COREY ALLEN, ET. AL.             :
         v.
NATIONAL FOOTBALL LEAGUE,        :
ET. AL.

## O R D E R

AND NOW, this **1st** day of **July, 2015**, it is Ordered that the following defendants' motions are **GRANTED**.

1) Defendant's motion, **docket entry #44 in CA 2012-4632**, to appear at the rule 07-01-2015 rule 16 conference by telephone.

2) Defendant's motion, **docket entry #46 in CA 2012-2244**, to appear at the rule 07-01-2015 rule 16 conference by telephone.

   3) Defendant's motion, **docket entry #5 in CA 2013-5309**, to appear at the rule 07-01-2015 rule 16 conference by telephone.

   4) Defendant's motion, **docket entry #28 in CA 2013-5439**, to appear at the rule 07-01-2015 rule 16 conference by telephone.

ATTEST:       or  BY THE COURT

BY:_____   _____
  Deputy Clerk       Judge

Civ 12 (9/83)

**Copies ecmf on _____ to:**   **Copies mailed on _____ to:**