# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Boyd, et al. v. National Football League, et al.*, No. 2:12-cv-00092-AB | Hon. Anita B. Brody |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT AND ALL PARTIES AND ATTORNEYS OF RECORD: Please TAKE NOTICE that attorney Jon T. King hereby appears as counsel of record for plaintiff WILLIAM TRUAX in the above-referenced actions. All notices and copies of pleadings, papers, and other materials relevant to these actions that are not served via the ECF system should be directed to and served upon:

> Jon T. King
> Hagens Berman Sobol Shapiro LLP
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> *jonk@hbsslaw.com*

DATED: July 2, 2015

HAGENS BERMAN SOBOL SHAPIRO LLP

By:   /s/ Jon T. King
         JON T. KING
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
Email: jonk@hbsslaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing NOTICE OF APPEARANCE has been electronically filed with the Clerk of Court using CM/ECF on this 2nd day of July, 2015. A true and correct copy of the foregoing document is being served on this date on all counsel of via transmission of a Notice of Electronic Filing generated by CM/ECF

DATED: July 2, 2015                          HAGENS BERMAN SOBOL SHAPIRO LLP

                                                                   By:   /s/ Jon T. King
                                                                          JON T. KING