# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| ———————————————— <br><br> THIS DOCUMENT RELATES TO: <br><br> Jim Finn, *et al*., <br> Plaintiffs, <br><br> v. <br><br> National Football League, <br> Defendant | Civil Action No. 2:12-cv-01034 |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### ON BEHALF OF PLAINTIFF JOE HORN

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff **JOE HORN** hereby voluntarily dismisses his claims against the Defendant in the above-captioned action, without prejudice. This notice of voluntary dismissal without prejudice of **JOE HORN's** claims in the above-captioned matter applies to that matter only. Mr. Horn's claims in *Joe Horn, et al. v. Kansas City Chiefs Football Club, Inc*., Case No. 2:14-cv-3382, remain pending.

Defendant National Football League, the named Defendant in this action, has not filed or served an answer to Plaintiffs' Complaint, or a Motion for Summary Judgment.

WHEREFORE, Plaintiff **JOE HORN** respectfully requests that this Court dismiss his claims, without prejudice, against Defendant National Football League in the above-captioned action.

DATED: July 8, 2015

RESPECTFULLY SUBMITTED:

/s/ Christopher A. Seeger
Christopher A. Seeger
David R. Buchanan
SEEGER WEISS LLP
550 Broad Street, Suite 920
Newark, NJ 07102
T: (973) 639-9100
F: (973) 639-9393
cseeger@seegerweiss.com

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
T: (973) 994-1700

Fred Longer
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
T: (215) 592-1500
F: (215) 592-4663
flonger@lfsblaw.com

Marc S. Albert
LAW OFFICES OF MARC S. ALBERT
32-72 Steinway Street
Astoria, NY 11103
T: (855) 252-3788
F: (718) 777-0353
malbert@msainjurylaw.com

*Attorneys for Plaintiff*

- 3 -

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing was served electronically via the Court's electronic filing system on the 8th day of July, 2015, upon all counsel of record.

Dated: July 8, 2015

/s/ Christopher A. Seeger
Christopher A. Seeger
