UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒<br>**THIS DOCUMENT RELATES TO:**<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) *Garner v. National Football League [et al.]*, **No. 12-cv-04634 (E.D. Pa.)**<br><br>**TED JOHNSON** | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
ON BEHALF OF PLAINTIFF TED JOHNSON**

PLEASE TAKE NOTICE that STEVEN C. MARKS, ESQ., RICARDO M. MARTINEZ-CID, ESQ., and STEPHEN F. ROSENTHAL, ESQ., of the law firm of PODHURST ORSECK, P.A., hereby withdraw their appearance as attorneys of record for Plaintiff, **TED JOHNSON**, and BRAD SOHN, ESQ., and WENDY R. FLEISHMAN, ESQ., hereby enter an appearance as attorney of records for Plaintiff, **TED JOHNSON**, pursuant to Rule 5.1(c) of the Local Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania.

DATED this 9th day of July, 2015.

          Respectfully submitted,

**PODHURST ORSECK, P.A.**
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800
Fax: (305) 358-2382

By:   /s/ Steven C. Marks
     STEVEN C. MARKS
     Fla. Bar. No. 516414
     Email: smarks@podhurst.com

/s/ Stephen F. Rosenthal
STEPHEN F. ROSENTHAL
Fla. Bar No. 0131458
Email: srosenthal@podhurst.com

/s/ Ricardo M. Martinez-Cid
RICARDO M. MARTÍNEZ-CID
Fla. Bar No. 383988
Email: rmcid@podhurst.com

DATED this 9th day of July, 2015.

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP.**
250 Hudson Street – 8th Floor
Telephone: (212) 355-9500
Fax: (212) 355-9592

By:   /s/ Wendy R. Fleishman
     WENDY R. FLEISHMAN, ESQ.
     Email: wfleishman@lchb.com

By:   /s/ Brad Sohn
     BRAD SOHN, ESQ.
     Email: bsohn@lchb.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| _____<br><br>THIS DOCUMENT RELATES TO:<br><br>**Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)** *Garner v. National Football League [et al.]*, **No. 12-cv-04634 (E.D. Pa.)**<br><br>**TED JOHNSON** | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br>**JURY TRIAL DEMANDED** |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9th, 2015, I caused the foregoing Notice of Withdrawal and Substitution of Counsel for Plaintiff, **TED JOHNSON,** to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

| | |
|---|---|
| By: /s/ Steven C. Marks<br>STEVEN C. MARKS<br>STEPHEN F. ROSENTHAL<br>RICARDO M. MARTINEZ-CID<br>**PODHURST ORSECK, P.A.**<br>25 West Flagler Street, Suite 800<br>Miami, FL 33130<br>Telephone: (305) 358-2800<br>Fax: (305) 358-2382 | By: /s/ Wendy R. Fleishman<br>WENDY R. FLEISHMAN<br>BRAD SOHN<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP.**<br>250 Hudson Street – 8th Floor<br>Telephone: (212) 355-9500<br>Fax: (212) 355-9592 |