## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Pugh, et al. v. National Football League, et al.*, No. 2:12-cv-01165-AB | **Hon. Anita B. Brody** |

### NOTICE OF APPEARANCE

TO THE HONORABLE COURT AND ALL PARTIES AND ATTORNEYS OF

RECORD:  Please TAKE NOTICE that attorney Jon T. King hereby appears as counsel of

record for plaintiffs JON ARNETT and JANE ARNETT in the above-referenced actions.  All

notices and copies of pleadings, papers, and other materials relevant to these actions that are not

served via the ECF system should be directed to and served upon:

> Jon T. King
> Hagens Berman Sobol Shapiro LLP
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> *jonk@hbsslaw.com*

DATED:  July 9, 2015

HAGENS BERMAN SOBOL SHAPIRO LLP

By: ___/s/ Jon T. King_____
        JON T. KING
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
Email: jonk@hbsslaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing NOTICE OF APPEARANCE has been electronically filed with the Clerk of Court using CM/ECF on this 9th day of July, 2015.  A true and correct copy of the foregoing document is being served on this date on all counsel of via transmission of a Notice of Electronic Filing generated by CM/ECF

DATED:  July 9, 2015                    HAGENS BERMAN SOBOL SHAPIRO LLP

                              By:    /s/ Jon T. King
                                    JON T. KING