# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br>                    Plaintiffs,<br><br>                    v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                    Defendants. | Civ. Action No.:  14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## AMENDED STIPULATION AND [~~PROPOSED~~] ORDER[1]

This Stipulation and Agreement, dated May 19, 2015, as amended as of

this 30th day of June 2015, is made and entered into by and among the National Football

League and NFL Properties LLC (the "NFL Parties"), and Class Counsel (collectively,

the "Parties").

WHEREAS, on April 22, 2015, this Court issued a Memorandum (ECF

No. 6509) and Final Order and Judgment (ECF No. 6510), and on May 8, 2015, an

---

[1] Unless otherwise noted, the terms used in this Order that are defined in the Settlement Agreement have the same meanings in this Order as in the Settlement Agreement.

amended Final Order and Judgment (ECF No. 6534), approving the Settlement Agreement in its entirety;

WHEREAS, on May 4, 2015, Claims Administrator BrownGreer PLC, in accordance with the Final Order and Judgment and the Settlement Agreement, filed the list of Opt Outs who timely submitted proper requests to opt out in compliance with Section 14.2(a) of the Settlement Agreement, including Retired NFL Football Players Chidi Ahanotu, Terrell Davis, Brad Hoover, Eric Kelly, Tyson Walter and Michael Westbrook (ECF No. 6533);

WHEREAS, Chidi Ahanotu, Terrell Davis, Brad Hoover, Eric Kelly, Tyson Walter and Michael Westbrook have since submitted written requests seeking to revoke their Opt Out requests (*see* Exhibit 1 (Declaration of Orran L. Brown));

WHEREAS, the Parties have agreed to accept the revocation requests submitted by Chidi Ahanotu, Terrell Davis, Brad Hoover, Eric Kelly, Tyson Walter and Michael Westbrook, subject to Court approval, because they submitted them before Opt Out litigation has commenced;

**AND NOW**, this 30th day of June, 2015, it is hereby stipulated and agreed by the Parties that the revocation requests submitted by Chidi Ahanotu, Terrell Davis, Brad Hoover, Eric Kelly, Tyson Walter and Michael Westbrook are accepted, subject to Court approval, because they submitted them before Opt Out litigation has commenced.

2

It is so STIPULATED AND AGREED,

By: _____       By: _____

Date: __6/30/2015__               Date: __June 30, 2015__

Christopher Seeger                 Brad S. Karp
**SEEGER WEISS LLP**               **PAUL, WEISS, RIFKIND, WHARTON**
77 Water Street                    **& GARRISON LLP**
New York, NY 10005                 1285 Avenue of the Americas
Phone: (212) 584-0700              New York, NY 10019-6064
cseeger@seegerweiss.com            Phone: (212) 373-3000
                                   bkarp@paulweiss.com

*Class Counsel*                    *Counsel for the NFL Parties*

It is so **ORDERED**, based on the above Stipulation and the accompanying Declaration of Orran L. Brown, Sr., that the revocation requests submitted by Chidi Ahanotu, Terrell Davis, Brad Hoover, Eric Kelly, Tyson Walter and Michael Westbrook all are approved and the Claims Administrator is **DIRECTED** to post a revised list of Opt Outs forthwith excluding Chidi Ahanotu, Terrell Davis, Brad Hoover, Eric Kelly, Tyson Walter and Michael Westbrook.

_____
ANITA B. BRODY, J.

July 1, 2015

Copies **VIA ECF** on _____ to:       Copies **MAILED** on _____ to:

3

# Exhibit 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE | : | No. 2:12-md-02323-AB |
| PLAYERS' CONCUSSION INJURY | : | |
| LITIGATION | : | MDL No. 2323 |
| | : | |
| | : | Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| ALL ACTIONS | : | |
| | : | |

## DECLARATION OF ORRAN L. BROWN, SR.

I, ORRAN L. BROWN, SR., hereby declare and state as follows:

1.      My name is Orran L. Brown, Sr.  I am the Chairman and a founding partner of

BrownGreer PLC ("BrownGreer"), located at 250 Rocketts Way, Richmond, Virginia 23231.

2.      I am over the age of 21.  The matters set forth in this Declaration are based

upon my personal knowledge and information.

3.      I submit this Declaration to describe the Opt Out revocation requests that

BrownGreer, as the Claims Administrator under the Class Action Settlement Agreement in

this action ("Settlement Agreement"), has received since the Court entered its Final Approval

Order and Judgment on April 22, 2015.

4.      In its April 22, 2015 Final Approval Order and Judgment, the Court directed

the Claims Administrator to post a list of Opt Outs as of that date.  Accordingly, we posted

on the official Settlement website a list of the 175 Opt Outs that were timely and included all

elements required for a valid Opt Out under Section 14.2(a) of the Settlement Agreement

(Exhibit 1 to this Declaration) (the "Opt Out List"), and a list of the 33 Opt Outs that were

untimely and/or were missing one or more of Section 14.2(a)'s required elements (Exhibit 2

to this Declaration).  Section 14.2(c) of the Settlement Agreement provides that a Class

Member who had opted out but wished to revoke that Opt Out could submit a written request

to do so "[p]rior to the Final Approval Date."  Since April 22, 2015, the following six Class

Members included on the Opt Out List have submitted requests to revoke those Opt Outs:

    (a) Chidi Ahanotu:  On June 1, 2015, Class Counsel received by email and forwarded to the Claims Administrator a revocation request signed by Mr. Ahanotu and dated June 1, 2015.

    (b) Terrell L. Davis:  On May 4, 2015, the Claims Administrator received by mail a revocation request signed by Mr. Davis.  The envelope containing the revocation request had no postmark date, but Mr. Davis dated his signature on the revocation request April 27, 2015.

    (c) Bradley R. Hoover:  On June 15, 2015, Class Counsel received by email and forwarded to the Claims Administrator a revocation request signed by Mr. Hoover and dated June 4, 2015.

    (d) Eric F. Kelly:  On April 28, 2015, the Claims Administrator received by mail a revocation request signed by Mr. Kelly and postmarked April 22, 2015.

    (e) Tyson B. Walter:  On May 18, 2015, Class Counsel received by email and forwarded to the Claims Administrator a revocation request signed by Mr. Walter and dated May 15, 2015.

    (f) Michael Westbrook:  On April 28, 2015, Class Counsel received by mail and forwarded to the Claims Administrator a revocation request signed by Mr. Westbrook and postmarked April 24, 2015.

    5.      I attach copies of the above revocation requests, which I have redacted to

protect personal information (Exhibits 3-8 of this Declaration).

    6.      The Parties to the Settlement Agreement have agreed to accept the above

revocation requests, subject to Court approval.  If the Court grants its approval, the Claims

Administrator will no longer count these six persons as Opt Outs and, upon direction of the

Court, will post a revised Opt Out List excluding them on the Settlement website.

I, Orran L. Brown, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.  Executed on this 30th day of June, 2015.

_____

Orran L. Brown, Sr.

| Exhibit 1 | **NFL Concussion Settlement:  Timely Opt Out Requests Containing All Information Required by Section 14.2(a)** (As of the April 22, 2015 Final Order and Judgment) | | |
|---|---|---|---|

| | Notice ID | Last Name | First Name | Middle Name |
|---|---|---|---|---|
| | | **A. Retired NFL Players** | | |
| 1. | 100000004 | Abdullah | Hamza | |
| 2. | 100000031 | Acks | Ronald | William |
| 3. | 100000097 | Ahanotu | Chidi | |
| 4. | 100000146 | Alexander, Jr. | Charles | F. |
| 5. | 100000340 | Anderson | Ottis | J. |
| 6. | 100000449 | Arnett | Jon | Dwane |
| 7. | 100000480 | Ashley Jr. | Walker | Lee |
| 8. | 100000603 | Bain | William | Ernest |
| 9. | 100000667 | Ballard | Howard | |
| 10. | 100000749 | Barnes | Billy | Ray |
| 11. | 100000787 | Barnett | Timothy | |
| 12. | 100000834 | Bass | Michael | Thomas |
| 13. | 100000870 | Baugh | Thomas | Anthony |
| 14. | 100000875 | Baumgartner | Steven | |
| 15. | 900001166 | Beban | Gary | J. |
| 16. | 100000930 | Bebout | Nick | |
| 17. | 100000982 | Bell | Bobby | L. |
| 18. | 100000993 | Bell | Gregory | Leon |
| 19. | 100001131 | Berton | Sean | |
| 20. | 100001142 | Bethea | Elvin | L. |
| 21. | 100001171 | Bielski | Richard | Adam |
| 22. | 100001186 | Bing | Darnell | L. |
| 23. | N/A | Blackshear | Rodney | T. |
| 24. | 100001383 | Bonness | Richard | K. |
| 25. | 100001596 | Brannon | Robert | |
| 26. | 100001671 | Brightful | Lamont | |
| 27. | N/A | Brooks IV | Robert | L. |
| 28. | 100001926 | Brown | Ronald | |
| 29. | 100002027 | Bryant | Trent | B. |
| 30. | 100002378 | Campbell | Woodrow | Lamar |
| 31. | 100002497 | Carter | Tyrone | |
| 32. | 100002768 | Clapp, II | Thomas | P. |
| 33. | 100002875 | Cline, Jr. | Anthony | Francis |
| 34. | 100002899 | Cobb | Marvin | Lawrence |
| 35. | 100003090 | Commiskey | Charles | E. |
| 36. | 100003166 | Cooper | Alexander | Louis |
| 37. | 100003197 | Cordileone | Louis | |
| 38. | 100003223 | Cosbie | Douglas | |
| 39. | 100003414 | Crumpler | Algernon | D. |
| 40. | 100003415 | Crumpler | Carlester | T. |
| 41. | 100003729 | Davis | Terrell | Lamar |

1

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| **Exhibit 1** | **NFL Concussion Settlement: Timely Opt Out Requests Containing All Information Required by Section 14.2(a)** (As of the April 22, 2015 Final Order and Judgment) | | |

| | Notice ID | Last Name | First Name | Middle Name |
|---|---|---|---|---|
| 42. | 400000182 | DeCarlo, Sr. | Arthur | A. |
| 43. | 100003858 | Dennis, III | Albert | R. |
| 44. | 100004084 | Dorris | Andrew | Michael |
| 45. | 100004087 | Dorsett | Tony | |
| 46. | 100004120 | Douglas | Cody | |
| 47. | 100004136 | Douglass | Bobby | |
| 48. | 100004354 | Eber | Richard | Lee |
| 49. | 100004372 | Edelman | Bradley | Mart |
| 50. | 100004651 | Fahnhorst | Keith | V. |
| 51. | 100004666 | Fanning | Michael | Lavern |
| 52. | 100004887 | Flatley | Paul | R. |
| 53. | 100005000 | Forsberg | Fred | C |
| 54. | 100005216 | Gabriel | Roman | |
| 55. | 100005391 | Gayle | Shaun | |
| 56. | 100005739 | Grant | Robert | B. |
| 57. | 100005759 | Gray | Quinn | F. |
| 58. | 100005848 | Green | Roy | |
| 59. | 100005904 | Grier | Roosevelt | |
| 60. | 100005920 | Griffin, Jr. | Leonard | James |
| 61. | 900007679 | Hackett | Barry | Dean |
| 62. | 100006151 | Hamilton | Ben | |
| 63. | 100006449 | Harrison | Jerome | Charles |
| 64. | 100006475 | Harry | Emile | Michael |
| 65. | 900008386 | Healy Jr. | William | R. |
| 66. | 100006814 | Hicks | Dwight | |
| 67. | 100006856 | Hill | Calvin | |
| 68. | 100006877 | Hill | Kent | |
| 69. | 900008737 | Hilliard | Lex | Douglas |
| 70. | 100007115 | Hoover | Bradley | Ray |
| 71. | 100007134 | Horn | Joseph | |
| 72. | 100007437 | Iorio | Joseph | W. |
| 73. | 100007672 | Jarvis | John | Bruce |
| 74. | 100007707 | Jefferson, Jr. | Roy | Lee |
| 75. | 100007809 | Johnson Jr. | Ted | C. |
| 76. | 100008137 | Jones | Donald | Ray |
| 77. | 100008151 | Jones | Frederick | Cornelius |
| 78. | 100008471 | Kelly | Eric | Francheste |
| 79. | 190000195 | Kelly, II | Patrick | |
| 80. | 100008513 | Kenney | William | Patrick |
| 81. | 100008632 | Kingsriter | Douglas | James |
| 82. | 100008766 | Kosar | Bernard | J. |
| 83. | 100008792 | Krakau | Mervin | F. |
| 84. | 100008806 | Krause | Paul | James |

| | | NFL Concussion Settlement:  Timely Opt Out Requests Containing All Information Required by Section 14.2(a) (As of the April 22, 2015 Final Order and Judgment) | | |
|---|---|---|---|---|
| Exhibit 1 | | | | |

| | Notice ID | Last Name | First Name | Middle Name |
|---|---|---|---|---|
| 85. | 100008953 | Lanier, Sr. | Willie | Edward |
| 86. | 250014001 | LaRose | Marvin | Daniel |
| 87. | 100008975 | Larson | Gregory | K. |
| 88. | 100009197 | Lewis | Albert | R. |
| 89. | 100009442 | Lowe | Woodrow | |
| 90. | 100009489 | Lurtsema | Robert | Ross |
| 91. | 100009748 | Martin | Christopher | |
| 92. | 900012555 | Massaquoi | Mohamed | Jah |
| 93. | 100009880 | May, Jr. | Bert | Deems |
| 94. | 100009925 | McAlister | Christopher | James |
| 95. | 100009928 | McAllister | Dulymus | J. |
| 96. | 100010101 | McDougle Jr. | Jerome | |
| 97. | 100010305 | McNair | Todd | D. |
| 98. | 100010404 | Merritt Sr. | David | L. |
| 99. | 100010586 | Mincy | Charles | |
| 100. | 100010854 | Morey | Sean | J. |
| 101. | 100010936 | Morton | Larry | Craig |
| 102. | 100011184 | Nelson | Jimmie | Dirk |
| 103. | 100011178 | Nelson | Curtis | Shane |
| 104. | 100011289 | Niswanger | Rudolph | N. |
| 105. | 100011497 | Oliver | Darryl | H. |
| 106. | 100011513 | Olkewicz | Neal | |
| 107. | 100011639 | Owens | Mel | T. |
| 108. | 100011685 | Palmer | Paul | W. |
| 109. | 100011709 | Parker | J'vonne | |
| 110. | 100011767 | Parrish | Bernard | P. |
| 111. | 100011790 | Pastorini | Dan | |
| 112. | 100011803 | Patrick | Allen | |
| 113. | 100011868 | Pearson | Jayice | |
| 114. | 270006144 | Phillips | Joseph | Gordon |
| 115. | 100012247 | Porter | Kevin | |
| 116. | 100012313 | Preece | Steven | Packer |
| 117. | 100012362 | Pritchard | Ronald | David |
| 118. | N/A | Ragon | Randy | D. |
| 119. | 100012615 | Reed | Andre | D. |
| 120. | 100012714 | Rentzel | Thomas | L. |
| 121. | 100012836 | Riggins | Robert | John |
| 122. | 100012979 | Robinson | Johnny | Nolan |
| 123. | 100013051 | Rogers | George | W. |
| 124. | 100013192 | Royal, Jr. | Robert | S. |
| 125. | 900017334 | Schaefering | Brian | Christopher |
| 126. | 110021920 | Scott | Edward | |
| 127. | 100013596 | Scott III | Jacob | E |

| | | | | |
|---|---|---|---|---|
| **Exhibit 1** | **NFL Concussion Settlement:  Timely Opt Out Requests Containing All Information Required by Section 14.2(a)** _(As of the April 22, 2015 Final Order and Judgment)_ | | | |

| | Notice ID | Last Name | First Name | Middle Name |
|---|---|---|---|---|
| 128. | 100013646 | Seals | George | E. |
| 129. | 110029965 | Seau, Jr. | Tiaina | B. |
| 130. | 100013686 | Senser | Joseph | M. |
| 131. | N/A | Sharpe | Luis | |
| 132. | 100013804 | Sherk | Jerry | Martin |
| 133. | 100013941 | Simonini | Ed | |
| 134. | N/A | Simpson | William | C. |
| 135. | 900018004 | Sims, Jr. | George | Pollard |
| 136. | 100014138 | Smith | Chris | M. |
| 137. | 100014204 | Smith | John | Thomas |
| 138. | 100014196 | Smith | Jesse | Daley |
| 139. | 100014241 | Smith | Neil | O. |
| 140. | N/A | Stant | Patrick | M. |
| 141. | 100014534 | Steed | Joel | E. |
| 142. | 100014548 | Stein | Robert | Allen |
| 143. | 100014641 | Still | Arthur | B. |
| 144. | 100014948 | Tant | Jay | W. |
| 145. | 100015103 | Terry | Douglas | Maurice |
| 146. | 100015394 | Toefield | LaBrandon | |
| 147. | 100015506 | Truax, III | William | F. |
| 148. | 900019945 | Trufant | Marcus | Lavon |
| 149. | 100015812 | Voigt | Stuart | A. |
| 150. | 100015903 | Walker | George | |
| 151. | 100015970 | Walls | Charles | Wesley |
| 152. | 100015983 | Walter | Tyson | Barrett |
| 153. | 100016103 | Washington | Mark | H. |
| 154. | 100016289 | Westbrook | Michael | |
| 155. | 100016353 | White | Edward | Alvin |
| 156. | 100016462 | Wilbur | John | |
| 157. | 100016704 | Williams | Ralph | |
| 158. | 100017090 | Wright | Jeffrey | Ralph |
| 159. | 100017160 | Yary | Anthony | Ronald |
| | **Subtotal of Retired NFL Football Players** | | **159** | |
| **B. Relatives of a Retired NFL Football Player** | | | | |
| 160. | N/A | Baugh | Jean | M. |
| 161. | 270001721 | Davis | Roberta | Lee |
| 162. | 190000014 | Kelly | Kari | |
| 163. | N/A | Kelly, III | Patrick | |
| 164. | N/A | Kenney | Sandra | Louise |
| 165. | 270000922 | Lamana | Virginia | P |
| 166. | 270000201 | Lesane | Elizabeth | Turner |

| Exhibit 1 | NFL Concussion Settlement: Timely Opt Out Requests Containing All Information Required by Section 14.2(a) (As of the April 22, 2015 Final Order and Judgment) | | | |
|---|---|---|---|---|
| | Notice ID | Last Name | First Name | Middle Name |
| 167. | 270003553 | Phillips | Elizabeth | D. |
| 168. | 190000357 | Seau | Hunter | |
| 169. | 190000326 | Seau | Jake | R. |
| 170. | N/A | Seau | Luisa | |
| 171. | 190000262 | Seau | Sydney | B. |
| 172. | N/A | Seau | Tiaina | |
| 173. | N/A | Seau | Tyler | C. |
| 174. | N/A | Smith | Dione | Elizabeth |
| 175. | N/A | Tant | Natalie | |
| | Subtotal of Relatives of a Retired NFL Football Player | | 16 | |
| | TOTAL | | 175 | |

| Exhibit 2 | NFL Concussion Settlement:  Opt Out Requests That Were Untimely and/or Did Not Contain All Information Required by Section 14.2(a) |
|---|---|
| | (As of the April 22, 2015 Final Order and Judgment) |

| | Class Member Information | | | | Section 14.2(c) Opt Out Revocation Requirements | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Notice ID | Last Name | First Name | Middle Name | Address Provided? | Phone Number Provided? | Date of Birth Provided? | Government ID Provided? | Personal Signature Provided? | Signature Date Provided? | Timely Submitted?* |
| **A. Retired NFL Players** | | | | | | | | | | | |
| 1. | 900000677 | Babineaux | Jordan | | Yes | Yes | Yes | Yes | Yes | Yes | No (10/15/14) |
| 2. | 100001107 | Bernard | Walter | | Yes | No | Yes | Yes | Yes | No | Yes |
| 3. | 100001125 | Berry | Reginald | Dennis | Yes | Yes | Yes | Yes | Yes | Yes | No (1/13/15) |
| 4. | 100001190 | Bingham | Gregory | Raleigh | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 5. | 100001264 | Blair | Michael | | Yes | No | Yes | Yes | Yes | No | Yes |
| 6. | 100001779 | Brown | Mike | | No | No | No | No | No | No | Yes |
| 7. | 100002077 | Buggs | Daniel | | Yes | Yes | Yes | Yes | Yes | Yes | No (10/15/14) |
| 8. | 100002078 | Buggs | Wamon | C. | Yes | Yes | Yes | Yes | Yes | Yes | No (10/17/14) |
| 9. | 110017237 | Bush | Lewis | F. | Yes | No | No | Yes | Yes | Yes | Yes |
| 10. | 100002556 | Carver | Shante | | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 11. | 100002966 | Cole Sr. | Robin | | Yes | Yes | Yes | Yes | Yes | Yes | No (10/15/14) |
| 12. | 100003583 | Darling | Devard | | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 13. | 100003600 | David | Jason | | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 14. | 260000647 | Hamilton | Harry | E. | Yes | Yes | No | No | Yes | Yes | Yes |
| 15. | N/A | Harris | Charles | W. | Yes | Yes | Yes | Yes | Yes | Yes | No (10/31/14) |
| 16. | 100007484 | Izzo | Larry | | Yes | No | Yes | Yes | No | Yes | Yes |
| 17. | 100008503 | Kennedy, Jr. | Jimmy | Wayne | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 18. | 250016542 | Meisner | Lee | Edward | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 19. | 100010601 | Minter | Cedric | | Yes | No | Yes | No | Yes | Yes | Yes |
| 20. | 100010609 | Miree | Brandon | C. | Yes | Yes | Yes | Yes | Yes | No | Yes |
| 21. | 250015226 | Moffitt | John | | Yes | Yes | Yes | Yes | Yes | Yes | No (11/10/14) |
| 22. | 100011625 | Owens | Brigman | | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 23. | 100011984 | Peters | Scott | | Yes | Yes | Yes | No | Yes | Yes | Yes |
| 24. | N/A | Richards | Rex | | Yes | Yes | Yes | Yes | Yes | Yes | No (10/22/14) |
| 25. | 260010034 | Rudnay | John | Carl | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 26. | 100014530 | Steagall | Derrick | | Yes | Yes | Yes | Yes | Yes | No | Yes |
| 27. | 100014657 | Stoepel | Terry | | Yes | Yes | Yes | Yes | Yes | No | No (10/22/14) |
| 28. | 100015152 | Thomas | Charles | G. | Yes | No | Yes | Yes | Yes | Yes | Yes |
| | **Subtotal of Retired NFL Football Players** | | | | | | | **28** | | | |
| **B. Relatives of a Retired NFL Football Player** | | | | | | | | | | | |
| 29. | N/A | Bush | Danielle | | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 30. | 190000166 | Bush | Deedee | | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 31. | N/A | Bush, Jr. | Lewis | F. | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 32. | N/A | Bush | Makai | | Yes | No | Yes | Yes | Yes | Yes | Yes |
| 33. | N/A | Rogers | Loretta | | No | No | No | No | No | No | No (10/20/14) |
| | **Subtotal of Relatives of Retired NFL Football Players** | | | | | | | **5** | | | |
| | **TOTAL** | | | | | | | **33** | | | |

*This column shows the date of submission for any untimely attempted Opt Out.

1

**EXHIBIT 2**

Christopher Seeger
Co-Lead Class Counsel
SEEGER WEISS, LLP
77 Water Street
New York, NY  10005

Sol Weiss
Co-Lead Class Counsel
ANAPOL SCHWARTZ
1710 Spruce Street
Philadelphia, PA  19103

Brad Karp
Counsel for the NFL Parties
Paul Weiss Rifkind Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY  10019

Re:     **REVOCATION OF OPT OUT FROM SETTLEMENT CLASS**

Dear Counsel:

Please take notice that I, _Chidi Ahanotu_, wish to revoke my request to be excluded from the Settlement Class in *In re: National Football League Players' Concussion Injury Litigation*, No. 2:12-md-02323.

Name:  _Chidi Ahanotu_

Address:  **REDACTED**

Phone No.:

Date of Birth:

Signature:  _____

Print Name:  _Chidi Ahanotu_

Date:  _6 / 1_____, 2015.

cc:     Jason E. Luckasevic

**EXHIBIT 3**

Terrell Davis

REDACTED

I wish to revoke my request to be excluded from the Settlement Class in In re:
National Football League Players' Concussion Injury Litigation, No. 2:12-
md-02323"

_____        _____
Name                                                              4/27/15
                                                                       Date

**EXHIBIT 4**



June 4, 2015

Christopher A. Seeger, Esquire
Seeger Weiss LLP
77 Water Street
New York, New York  10005

Jeffrey Pash, Esquire
National Football League
345 Park Avenue
New York, New York  10154

Sol Weiss, Esquire
Anapol Schwartz
1710 Spruce Street
Philadelphia, Pennsylvania  19103

Anastasia Danias, Esquire
National Football League
345 Park Avenue
New York, New York  10154

Brad S. Karp, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York  10019

Re: *In re: National Football League Players' Concussion Injury Litigation*
No. 2:12-md-02323 (E.D. Pa.)

Dear Counsel:

I wish to revoke my request to be excluded from the Settlement Class. Please advise if further information is needed so I may participate in the Settlement Agreement. You may also contact my attorney, Anne McGinness Kearse at Motley Rice (843.216-9140) or her paralegal, Lisa Ranaldo (843.216.9637).

Thank you for your cooperation in this matter.

Sincerely,

Brad Hoover

REDACTED

**EXHIBIT 5**

April 21, 2015

Christopher A. Seeger
Co-Lead Class Counsel
SEEGER WEISS LLP
77 Water Street
New York, NY 10005

Sol Weiss
Co-Lead Class Counsel
ANAPOL SCHWARTZ
1710 Spruce Street
Philadelphia, PA 19103

Steven C. Marks
Class Counsel
PODHURST ORSECK P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780

Gene Locks
Class Counsel
LOCKS LAW FIRM
The Curtis Center, Suite 720 East
601 Walnut Street
Philadelphia, PA 19106

Arnold Levin
Counsel - Subclass 1
LEVIN FISHBEIN SEDRAN &
BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Dianne M. Nast, Counsel –
Counsel - Subclass 2
NAST LAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107

**Re:** Civil Action No. 2:12-md-02323 MDL No. 2323; *In Re: National Football League Players' Concussion Injury Litigation*; In the United State District Court for the Eastern District of Pennsylvania.

Civil Action No.2: 12-cv-05042-AB; *Larry Centers, et al. vs. National Football League, et al.*; In the United State District Court for the Eastern District of Pennsylvania.

To Whom It May Concern:

Effectively immediately, please let this letter serve as my wish to REVOKE my request to be excluded from the Settlement Class.

Sincerely,

Eric Kelly

**REDACTED**

# EXHIBIT 6

cc:    NFL Concussion Settlement
       P.O. Box 25369
       Richmond, VA 23260



## LUBEL VOYLES LLP

TRIAL LAWYERS

RECEIVED

APR 2 8 2015

BrownGreer PLC
Richmond

**CERTIFIED MAIL**

N HOUSTON

7012 2920 0001 6493 2004



$6.69 0
US POSTAGE
FIRST-CLASS
062S0007775492
77006

NFL Concussion Settlement
P.O. Box 25369
Richmond, VA 23260

5020 Montrose Blvd.
Suite 800
Houston, Texas 77006

23260536969

Tyson B. Walter

**REDACTED**

Claims Administrator
NFL Concussion Settlement
P.O. Box 25369
Richmond, VA 23260

Dear Claims Administrator:

My name is Tyson Barrett Walter, and I live at **REDACTED**   My birthday
is **REDACTED** and my assigned identification number for this case is   .

I am contacting you because as of this day, May 15, 2015, I hereby exercise my right to rescind my order excluding myself from the Settlement Class ("opt out") as detailed in the letter provided to the Claims Administrator and dated October 13, 2014. I therefore wish to include myself ("opt in") in the Settlement Class in **In re: National Football League Players' Concussion Injury Litigation, No. 2:12-md-02323.**

It is my understanding that this notice to "opt in" will be granted and become effective upon receipt as Final Order/Approval is not effective until the latter of the 30 day Appeals window expiring without any filings or the date on which any and all filed Appeals have been fully resolved. Therefore, as Final Order/Approval has yet to, and cannot, occur until May 22, 2015 at the earliest, the rights to rescind my previous notification remain valid as of the date of this notice, May 15, 2015.

With this in mind, and per instructions from the Class' Co-Lead Counsel (with the understanding that said instructions were provided to me in general and solely as a member of the Class and that I have not retained any council or party to specifically represent me in this or any matter), I hereby exercise my right to contact you by letter, postmarked prior to the Final Order/Approval becoming effective and, using the same identity authentication as previously presented, rescind my order to "opt out" of the aforementioned proposed class action settlement. Therefore, upon receipt of this notification, full rights relating to the Settlement Class in **In re: National Football League Players' Concussion Injury Litigation, No. 2:12-md-02323** shall be restored to myself, Tyson Barrett Walter, and/or my estate, for the entire duration of said settlement.

Please confirm receipt of this notice, and its effectiveness, via letter (to the address above and on file), or email **REDACTED**   . Additionally, I may be reached by phone **REDACTED** should you have any comments or questions.

Sincerely,

Tyson B. Walter

**EXHIBIT 7**



**Texas** DRIVER LICENSE  USA TX

**REDACTED**

WAL 1580

REDACTED

CERTIFIED MAIL

$3.79

7014 2120 0003 4891 4

CLAIMS ADMINISTRATOR
NFL CONCUSSION SETTLEMENT
P.O. BOX 25369
RICHMOND, VA 23260

RECEIVED

MAY 2 1 2015

BrownGreer PLC
Richmond

23260536969



PHOENIX AZ
AZ 852
24 APR '15
PM 5 L

$ 000.48

Seeger Weiss LLP
Mr. Christopher Seeger
77 Water St
New York, NY 10005

10005440050

## CERTIFICATE OF SERVICE

I hereby certify that, on July 1, 2015, the foregoing document was transmitted electronically via CM/ECF to the Clerk of the Court for filing and transmittal of Notice of Electronic Filing to all attorneys of record who are ECF registrants.

Dated:  July 1, 2015                    /s/ Christopher A. Seeger
                                        Christopher A. Seeger
                                        Seeger Weiss LLP
                                        77 Water St. 26th Floor
                                        New York, NY 10005
                                        Phone: 212-584-0700
                                        Email: Cseeger@seegerweiss.com

                                        *Attorney for Plaintiffs*