UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Hopkins, et al. v. National Football League, et al.*, No. 2:12-cv-01239-AB | Hon. Anita B. Brody |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT AND ALL PARTIES AND ATTORNEYS OF RECORD:  Please TAKE NOTICE that attorney Jon T. King hereby appears as counsel of record for plaintiffs WILLIAM E. BAIN and ELIZABETH A. BAIN in the above-referenced actions.  All notices and copies of pleadings, papers, and other materials relevant to these actions that are not served via the ECF system should be directed to and served upon:

    Jon T. King
    Hagens Berman Sobol Shapiro LLP
    715 Hearst Avenue, Suite 202
    Berkeley, CA 94710
    *jonk@hbsslaw.com*

DATED:  July 17, 2015          HAGENS BERMAN SOBOL SHAPIRO LLP

                                             By:     /s/ Jon T. King
                                                 JON T. KING
                                      715 Hearst Avenue, Suite 202
                                      Berkeley, CA 94710
                                      Tel: (510) 725-3000
                                      Fax: (510) 725-3001
                                      Email: jonk@hbsslaw.com

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing NOTICE OF APPEARANCE has been electronically filed with the Clerk of Court using CM/ECF on this 17th day of July, 2015. A true and correct copy of the foregoing document is being served on this date on all counsel of via transmission of a Notice of Electronic Filing generated by CM/ECF

DATED:  July 17, 2015              HAGENS BERMAN SOBOL SHAPIRO LLP

                                                        By:    /s/ Jon T. King
                                                               JON T. KING