UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Maxwell, et al. v. National Football League, et al.*, No. 2:12-cv-01023-AB<br><br>*Cherry, et al., v. National Football League, et al.*, No. 2:12-cv-04121-AB | **Hon. Anita B. Brody** |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT AND ALL PARTIES AND ATTORNEYS OF RECORD: Please TAKE NOTICE that attorney Jason A. Zweig hereby appears as counsel of record for plaintiff WANDA ANDERSON in the above-referenced action. All notices and copies of pleadings, papers, and other materials relevant to this action that are not served via the ECF system should be directed to and served upon:

> Jason A. Zweig
> Hagens Berman Sobol Shapiro LLP
> 455 N. Cityfront Plaza Drive, Suite 2410
> Chicago, IL 60611
> *jasonz@hbsslaw.com*

DATED: July 20, 2015          HAGENS BERMAN SOBOL SHAPIRO LLP

By:   /s/ Jason A. Zweig
      JASON A. ZWEIG
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Tel: (708) 628-4949
Fax: (708) 628-4950
Email: jasonz@hbsslaw.com

- 1 -

- 2 -

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing NOTICE OF APPEARANCE has been electronically filed with the Clerk of Court using CM/ECF on this 20th day of July, 2015. A true and correct copy of the foregoing document is being served on this date on all counsel of via transmission of a Notice of Electronic Filing generated by CM/ECF

DATED: July 20, 2015                    HAGENS BERMAN SOBOL SHAPIRO LLP

                                                            By:   /s/ Jason A. Zweig
                                                                    JASON A. ZWEIG