# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO: | No. 12-md-2323-AB |
| *WALTER BRISTER, et al., v. NATIONAL FOOTBALL LEAGUE, et al.,* | MDL No. 2323 |
| | No. 12-cv-03693 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE ON BEHALF OF BARRY DEAN HACKETT AND CYNTHIA HACKETT

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Barry Dean Hackett and Cynthia Hackett hereby voluntarily dismiss their claims against Defendants in the above-captioned action, without prejudice. This notice of voluntary dismissal without prejudice shall apply only to the claims of Plaintiffs Barry Dean Hackett and Cynthia Hackett. The claims of all other Plaintiffs in the above-captioned matter are not hereby dismissed and shall remain in full force and effect.

This notice of voluntary dismissal without prejudice of Plaintiffs Barry Dean Hackett and Cynthia Hackett's claims in the above-captioned matter applies to this matter only. Their claims in *Albert Lewis, et al. v. Kansas City Chiefs Football Club, Inc.*, Case No. 2:14-cv-1995, remain pending.

None of the Defendants in this action have filed or served an answer to Plaintiffs' Complaint, or a Motion for Summary Judgment.

1

Dated: July 23, 2015								Respectfully Submitted,

											KREINDLER & KREINDLER, LLP

										By: */s/ Anthony Tarricone*
											Anthony Tarricone
											855 Boylston Street
											Boston, MA 02116
											Telephone: (617) 424-9100
											Email: atarricone@kreindler.com

											***Attorneys for Plaintiffs Barry Dean Hackett and Cynthia Hackett***

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2015, I caused the foregoing Notice of Voluntary Dismissal Without Prejudice to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

      */s/ Anthony Tarricone*
      Anthony Tarricone