UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*CHERRY, et al. v. NATIONAL FOOTBALL LEAGUE, et al.* | Case No. 2:12-cv-04121-AB<br><br>**Hon. Anita B. Brody** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Anthony Tarricone, Esquire as counsel on behalf of Plaintiffs Ottis Anderson and Wanda Anderson only with regard to the above-captioned matter. Anthony Tarricone shall remain counsel for all other Plaintiffs in the above-captioned matter.

Dated: July 23, 2015

                                            Respectfully Submitted,

                                            KREINDLER & KREINDLER, LLP

                                  By: */s/ Anthony Tarricone*
                                        Anthony Tarricone
                                        855 Boylston Street
                                        Boston, MA 02116
                                        Telephone: (617) 424-9100
                                        Email: atarricone@kreindler.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 23, 2015, I caused the foregoing Notice of Withdrawal of Appearance to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

                                                               /s/ Anthony Tarricone
                                                               Anthony Tarricone