# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Everitt, et al. v. National Football League, et al.*, No. 2:12-cv-00731-AB[1]<br><br>*Anderson, et al. v. National Football League, et al.*, No. 2:13-cv-05206-AB | **Hon. Anita B. Brody** |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT AND ALL PARTIES AND ATTORNEYS OF RECORD:  Please TAKE NOTICE that attorney Jon T. King hereby appears as counsel of record for plaintiffs RICHARD BIELSKI and JOHAN BIELSKI in the above-referenced actions. All notices and copies of pleadings, papers, and other materials relevant to these actions that are not served via the ECF system should be directed to and served upon:

    Jon T. King
    Hagens Berman Sobol Shapiro LLP
    715 Hearst Avenue, Suite 202
    Berkeley, CA 94710
    *jonk@hbsslaw.com*

| | |
|---|---|
| DATED:  July 23, 2015 | HAGENS BERMAN SOBOL SHAPIRO LLP<br><br>By:   /s/ Jon T. King<br>      JON T. KING<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Tel: (510) 725-3000 |

---

[1]

- 2 -

Fax: (510) 725-3001
Email: jonk@hbsslaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing NOTICE OF APPEARANCE has been electronically filed with the Clerk of Court using CM/ECF on this 23rd day of July, 2015. A true and correct copy of the foregoing document is being served on this date on all counsel of via transmission of a Notice of Electronic Filing generated by CM/ECF

DATED:  July 23, 2015                                   HAGENS BERMAN SOBOL SHAPIRO LLP

                                                        By:   /s/ Jon T. King
                                                              JON T. KING