UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Art Monk, et al.<br>v. National Football League et al.<br>No. 2:12-cv-03533-AB<br><br><br>**As to Plaintiffs ERIC CURRY and WILATREAL CURRY** | NOTICE OF WITHDRAWAL OF APPEARANCE |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF REORD:

Jason E. Luckasevic of Goldberg, Persky & White, P.C., Thomas Girardi of Girardi Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby withdraw their appearance as attorneys of record for Plaintiffs **ERIC CURRY and WILATREAL CURRY** only in the above-referenced case.

Dated: August 11, 2015

                                      Respectfully submitted,

                                      GOLDBERG, PERSY & WHITE, P.C.

                                      By: s/ *Jason E. Luckasevic*
                                      Jason E. Luckasevic, Esquire
                                      (PA Bar No. 85557)
                                      1030 Fifth Avenue
                                      Pittsburgh, PA  15219
                                      Telephone:  (412) 471-3980
                                      Facsimile: (412) 471-8308
                                      *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2015 the foregoing Notice of Withdrawal of Appearance was electronically filed. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

GOLDBERG, PERSY & WHITE, P.C.

By: s/ *Jason E. Luckasevic*