## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:**<br><br>Thomas Henderson, et al.<br>v. National Football League et al.<br>No. 2:12-cv-03534-AB<br><br><br>**As to Plaintiff MARK WALCZAK** | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF REORD:

Jason E. Luckasevic of Goldberg, Persky & White, P.C., Thomas Girardi of Girardi Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby withdraw their appearance as attorneys of record for Plaintiff **MARK WALCZAK** only in the above-referenced case.

Dated: August 11, 2015

        Respectfully submitted,

        GOLDBERG, PERSY & WHITE, P.C.

        By: s/ *Jason E. Luckasevic*
        Jason E. Luckasevic, Esquire
        (PA Bar No. 85557)
        1030 Fifth Avenue
        Pittsburgh, PA 15219
        Telephone: (412) 471-3980
        Facsimile: (412) 471-8308
        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2015 the foregoing Notice of Withdrawal of Appearance was electronically filed.  Notification of this filing will be sent to all parties via the Court's CM/ECF system.

                              GOLDBERG, PERSY & WHITE, P.C.

                              By: s/  *Jason E. Luckasevic*