UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Dave Pear, et al.<br>v. National Football League et al.<br>No. 2:12-cv-01025-AB<br><br><br>**As to Plaintiff KEITH HENDERSON** | NOTICE OF WITHDRAWAL OF APPEARANCE |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF REORD:

Jason E. Luckasevic of Goldberg, Persky & White, P.C., Thomas Girardi of Girardi Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby withdraw their appearance as attorneys of record for Plaintiff **KEITH HENDERSON** only in the above-referenced case.

Dated: August 17, 2015

Respectfully submitted,

GOLDBERG, PERSY & WHITE, P.C.

By: s/ *Jason E. Luckasevic*
Jason E. Luckasevic, Esquire
(PA Bar No. 85557)
1030 Fifth Avenue
Pittsburgh, PA 15219
Telephone: (412) 471-3980
Facsimile: (412) 471-8308
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2015 the foregoing Notice of Withdrawal of Appearance was electronically filed.  Notification of this filing will be sent to all parties via the Court's CM/ECF system.

          GOLDBERG, PERSY & WHITE, P.C.

          By: s/  *Jason E. Luckasevic*