UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY
LITIGATION,

No. 12-md-2323 (AB)

**THIS DOCUMENT RELATES TO:**

**Plaintiffs' Master Administrative Long-Form Complaint, and**

*David Atkins, et al.*
**v.**
*National Football League, et al.,*
**No. 2:14-cv-00022-AB**

## <u>NOTICE OF APPEARANCE</u>

TO THE COURT AND ALL PARTIES AND ATTORNEYS OF RECORD:

Attorney Kathryn Honecker hereby enters an appearance as attorney of record for Plaintiff David Atkins in the above-captioned matter. All notices and copies of pleadings, papers, and other materials relevant to this action that are not served via the ECF system should be directed to and served upon:

Kathryn Honecker, Esq.
Rose Law Group pc
7144 E Stetson Drive, Suite 300
Scottsdale, AZ 85251
Telephone: 480-505-3936
Fax: 480-505-3925
Email: khonecker@roselawgroup.com
docket@roselawgroup.com

- 1 -

Dated:  September 9, 2015                    **ROSE LAW GROUP pc**


/s/ Kathryn Honecker
Kathryn Honecker

7144 E Stetson Drive, Suite 300,
Scottsdale, AZ 85251
Telephone:  480-505-3936
Fax:  480-505-3925
khonecker@roselawgroup.com
docket@roselawgroup.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2323, on this 9th day of September, 2015.

**ROSE LAW GROUP pc**

By:  s/ Kathryn Honecker_____
        Kathryn Honecker