**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE; NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and Eugene Morris, et al. v. National Football League, et al., No. 12-02077 | CASE NO. 12-md-2323<br><br>MDL No. 2323<br><br>Judge:  Hon. Anita B. Brody<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:  PLEASE TAKE NOTICE** that the appearance of David S. Casey, Jr., Frederick Schenk, Robert Francavilla and Gayle Blatt, and Casey Gerry Schenk Francavilla Blatt & Penfield, LLP on behalf of Plaintiff ROY LEE JEFFERSON, ONLY, in National Football League, et al., No. 12-02077, in Re National Football League Players' Litigation, No. 2:12-MD-02323-AB is hereby WITHDRAWN as they no longer serve as his counsel of record.  Under Rule 5.1 (c) of the Local Rules of Civil Procedure, Jon T. King of Hagens Berman Sobol Shapiro LLP made an appearance on behalf of JEFFERSON on July 2, 2015 and therefore now serves as his counsel of record.

                                        Respectfully submitted,

Dated:  September 24, 2015        CASEY GERRY SCHENK
                                  FRANCAVILLA BLATT & PENFIELD, LLP

                                  By:  /s/
                                       Frederick Schenk, SBN 086392
                                       *fschenk@cglaw.com*
                                       **CASEY GERRY SCHENK**
                                       **FRANCAVILLA BLATT & PENFIELD, LLP**
                                       110 Laurel Street
                                       San Diego, CA  92101
                                       Telephone: (619) 238-1811
                                       Facsimile: (619) 544-9232

263

-1-

NOTICE OF WITHDRAWAL OF APPEARANCE