UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY
LITIGATION,

No. 12-md-2323 (AB)

_____

**THIS DOCUMENT RELATES TO:**

**Plaintiffs' Master Administrative Long-Form Complaint, and**

*Andre Hastings, et al.*
**v.**
*National Football League, et al.,*
**No. 2:14-cv-00022-AB**

## NOTICE DISASSOCIATION OF ATTORNEY CHRISTOPHER B. INGLE

The law firm of Rose Law Group pc and attorney Kathryn Honecker hereby notify the

Court that attorney Christopher B. Ingle is no longer with Rose Law Group pc.  Attorney

Honecker continues to handle the above-referenced matter. All future communications, filings,

and rulings should be directed to attorney Kathryn Honecker as counsel for Plaintiffs in the

above-referenced matter.

Dated:  September 24, 2015

**ROSE LAW GROUP pc**

/s/ Kathryn Honecker
Kathryn Honecker

- 1 -

- 2 -

7144 E Stetson Drive, Suite 300,
Scottsdale, AZ 85251
Telephone:  480-505-3936
Fax:  480-505-3925
khonecker@roselawgroup.com
docket@roselawgroup.com

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing NOTICE OF DISASSOCIATION was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2323, on this 24th day of September, 2015.

**ROSE LAW GROUP pc**

By: /s/ Kathryn Honecker
        Kathryn Honecker