# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>BRENT BOYD, *et al.*,<br>     Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, and NFL PROPERTIES LLC,<br>     Defendants. | Civil Action No. 12-cv-92 |

## NOTICE OF WITHDRAWAL
## AS TO PLAINTIFF ROBERT LURTSEMA

PLEASE TAKE NOTICE that Michael Hausfeld, Richard Lewis, Brent Landau, Jeannine Kenney and Hausfeld LLP, withdraw as counsel of record for Plaintiff Robert Lurtsema ONLY in the above-captioned matter at the request of Plaintiff Robert Lurtsema.

DATE: October 9, 2015

Respectfully submitted,

  /s/ Jeannine Kenney
Jeannine M. Kenney (PA # 307635)
Michael D. Hausfeld
Richard S. Lewis
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
jkenney@hausfeld.com

mhausfeld@hausfeld.com
rlewis@hausfeld.com

Brent W. Landau
HAUSFELD LLP
325 Chestnut St., Suite 900
Philadelphia, PA 19106
Tel: (215) 985-3270
Fax: (215) 985-3271
blandau@hausfeld.com

*Attorneys for Plaintiff*