UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Robert Holt, et al. v. National Football League, et al.<br><br>Court File No. 2:12-cv-4185-AB | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS RICKEY AND LORRAINE DIXON** |

      Charles S. Zimmerman, J. Gordon Rudd, Jr., and Brian C. Gudmundson of Zimmerman Reed, L.L.P. ("Plaintiffs' Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Rickey Dixon and Lorraine Dixon only in this action, and state as follows:

      1.     Plaintiffs' counsel filed the action *Robert Holt, et al. v. National Football League, et al.*, No. 12-cv-4185, in the Eastern District of Pennsylvania on July 23, 2012, for the benefit of several retired National Football League players, including Rickey Dixon and Lorraine Dixon.

      2.     Plaintiffs' counsel filed a short form complaint for Plaintiffs Rickey Dixon and Lorraine Dixon on August 14, 2012.

3. Since then, irreconcilable differences have arisen between Plaintiffs Rickey Dixon and Lorraine Dixon and the undersigned.

4. Plaintiffs' counsel properly notified Rickey Dixon and Lorraine Dixon of counsel's intention to withdraw from representing them in this matter.

5. Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiffs' counsel respectfully requests this Court for leave to withdraw as counsel for Rickey Dixon and Lorraine Dixon only in Court File No. 2:12-cv-4185-AB.

Dated: November 10, 2015            Respectfully submitted,

ZIMMERMAN REED, L.L.P.


 s/ Brian C. Gudmundson
Charles S. Zimmerman (#120054)
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Charles.Zimmerman@zimmreed.com
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com