IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : MDL No. 2323<br>: 12-md-2323<br>:<br>: |
| THIS DOCUMENT RELATES TO:<br>*Hamilton v. National Football League*, 14-6353 | :<br>:<br>: |

## ORDER

**AND NOW,** this 16th _ day of November, 2015, it is **ORDERED** that Plaintiff Harry Hamilton's Motion for Temporary Restraining Order is **DENIED**.[1]

s/Anita B. Brody

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to:

---

[1] Hamilton's pro se filing appears to seek an injunction preventing the disclosure of certain information ordered by a Pennsylvania state court as part of his state court divorce proceedings. A federal court "may not grant an injunction to stay proceedings in a State court except as expressly authorized by Act of Congress, or where necessary in aid of its jurisdiction, or to protect or effectuate its judgments." 28 U.S.C. § 2283. Even liberally construed, Hamilton's motion does not implicate any of these exceptions, and therefore I will not enjoin the state court's discovery proceedings.