UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Adams et al. v. NFL et al.*, 12-0683 | Hon. Anita B. Brody |

## ORDER

**AND NOW,** on this ___25TH__ day of ____November____, 2015, it is **ORDERED** that the Motion to Withdraw as Attorney for Byron and Beverly Williams only (ECF No. 6592)[1] filed by Charles S. Zimmerman, J. Gordon Rudd, Jr., and Brian C. Gudmundson of Zimmerman Reed, P.L.L.P., is **GRANTED**.

                                                s/Anita B. Brody

                                                _____
                                                Anita B. Brody
                                                United States District Court Judge

Copies **VIA ECF** on _____ to:                  Copies **MAILED** on _____ to:

---

[1] This motion was also filed as ECF No. 27 in *Adams et al. v. NFL et al.*, 12-6083.