UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Rucker et al. v. NFL et al.*, 12-1036 | **Hon. Anita B. Brody** |

# ORDER

**AND NOW,** on this _25th___ day of _____November____, 2015, it is **ORDERED** that the Motion to Withdraw as Attorney for James and Carol Rourke only (ECF No. 6593)[1] filed by Charles S. Zimmerman, J. Gordon Rudd, Jr., and Brian C. Gudmundson of Zimmerman Reed, P.L.L.P., is **GRANTED**.

s/Anita B. Brody

Anita B. Brody
United States District Court Judge

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to:

---

1 This motion was also filed as ECF No. 10 in *Rucker et al. v. NFL et al.*, 12-1036.

1