UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Little et al. v. NFL et al.*, 12-2219 | Hon. Anita B. Brody |

## ORDER

**AND NOW,** on this 25th day of November, 2015, it is **ORDERED** that the following Motions to Withdraw as Attorney filed by Charles S. Zimmerman, J. Gordon Rudd, Jr., and Brian C. Gudmundson of Zimmerman Reed, P.L.L.P., are **GRANTED**:

- Motion to Withdraw as Attorney for Wayne and Sylvia Walker (ECF No. 6600)
- Motion to Withdraw as Attorney for Stu and Linda Voigt (ECF No. 6601)
- Motion to Withdraw as Attorney for William and Mary Lueck (ECF No. 6602)
- Motion to Withdraw as Attorney for Anthony and Annette Liscio (ECF No. 6603)
- Motion to Withdraw as Attorney for Leander Jordan (ECF No. 6604)
- Motion to Withdraw as Attorney for Curley Culp (ECF No. 6605)
- Motion to Withdraw as Attorney for Steven and Mary Baumgartner (ECF No. 6606)
- Motion to Withdraw as Attorney for Ronald and Judith Acks (ECF No. 6607)
- Motion to Withdraw as Attorney for Michael and Darlene Butler (ECF No. 6608)
- Motion to Withdraw as Attorney for Kenneth and Tina Greene (ECF No. 6609)[1]

1

_[signature]_
Anita B. Brody
United States District Court Judge

Copies **VIA ECF** on _____ to:           Copies **MAILED** on _____ to:

O:\ABB 2015\L - Z\NFL Little Order Granting Motion to Withdraw.doc

---

1 These motions were filed as ECF Nos. 123-132 in *Little et al. v. NFL et al.*, 12-2219.