UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Holt et al. v. NFL et al.*, 12-4185 | Hon. Anita B. Brody |

## ORDER

**AND NOW,** on this 25th day of November, 2015, it is **ORDERED** that the following Motions to Withdraw as Attorney filed by Charles S. Zimmerman, J. Gordon Rudd, Jr., and Brian C. Gudmundson of Zimmerman Reed, P.L.L.P., are **GRANTED**:

- Motion to Withdraw as Attorney for Keith and Bridget Washington (ECF No. 6594)

- Motion to Withdraw as Attorney for Myron and Kathleen Taliaferro (ECF No. 6595)

- Motion to Withdraw as Attorney for Ernie Mills (ECF No. 6597)

- Motion to Withdraw as Attorney for Bobby Bell (ECF No. 6598)

- Motion to Withdraw as Attorney for Michael Clark (ECF No. 6599)[1]

It is **FURTHER ORDERED** that Plaintiff Larry Craig Morton is directed to **SHOW CAUSE on or before December 18, 2015** why the Motion to Withdraw as Attorney for Larry Craig Morton (ECF No. 6596)[2] should not be **GRANTED**.[3]

---

1 These motions were also filed as ECF Nos. 159-160 and 162-164 in *Holt et al. v. NFL et al.*, 12-4185.
2 This motion was also filed as ECF No. 161 in *Holt et al. v. NFL et al.*, 12-4185.
3 Mr. Morton has opted out of the class settlement reached with the NFL and NFL Properties, LLC ("NFL Defendants"), and no substitute counsel has entered an appearance on his behalf.

1

_____
Anita B. Brody
United States District Court Judge


Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:


O:\ABB 2015\L - Z\NFL Holt Order Granting Motion to Withdraw.doc