Thomas J. LaLanne (California Bar No. 55199)
tom@lalannelaw.com
LAW OFFICES OF THOMAS J. LaLANNE
400 Harbor Drive
Sausalito, CA  94965
Tel:     (415) 434-1122
Fax:     (415) 434-1125

Attorneys for Lien Claimant
KATHRYN DEAN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No.  2:12-MD-02323-ab<br><br>**NOTICE OF APPEARANCE FOR LIEN CLAIMANT KATHRYN DEAN** |

PLEASE TAKE NOTICE that the Law Offices of Thomas J. LaLanne hereby appears in this litigation on behalf of lien claimant KATHRYN DEAN.

Dated:  November 25, 2015          LAW OFFICES OF THOMAS J. LaLANNE

*/s/ Thomas J. LaLanne*
Thomas J. LaLanne (CBN 55199)
Attorneys for Lien Claimant
KATHRYN DEAN

1
NOTICE OF APPEARANCE FOR LIEN CLAIMANT KATHRYN DEAN

**CERTIFICATE OF SERVICE**

I, Thomas J. LaLanne, declare:

I am an attorney at law over the age of eighteen years of age and not a party to this action. My business address is 400 Harbor Drive, Sausalito, San Francisco, California 94965.

On November 25, 2015, I served true and correct copies of the foregoing document

**NOTICE OF APPEARANCE FOR LIEN CLAIMANT KATHRYN DEAN**

on the interested parties herein as follows:

By Electronic Service pursuant to controlling General Order(s) and Local Rules, through the Court's automatic transmission of a notice of electronic filing in this case to all persons who have consented to such Electronic Service by registering with the Court as a CM/ECF User.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 25th day of November, 2015, at Sausalito, California.

/s/ Thomas J. LaLanne

2
NOTICE OF APPEARANCE FOR LIEN CLAIMANT KATHRYN DEAN