UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Lewis, et al. v. Kansas City Football Club, Inc.*, 14-1995<br>*Smith, et al. v. Kansas City Football Club, Inc.*, 14-3383<br>*Horn, et al. v. Kansas City Football Club, Inc.*, 14-3382<br>*Kenney, et al. v. Kansas City Football Club, Inc.*, 14-4779 | **Hon. Anita B. Brody** |

**ORDER**

**AND NOW,** on this _1st___ day of December, 2015, it is **ORDERED** that:

- **On or before December 18, 2015**, Plaintiffs in the above-captioned cases must file an amended Motion to Remand specifically addressing why the preemption issues raised in their motion differ, and should be addressed separately, from the preemption issues raised in the NFL Defendants' Motion to Dismiss (ECF No. 3589).

- **On or before January 20, 2016**, Defendant may file a response to Plaintiffs' amended Motion to Remand.

- **On or before February 1, 2016**, Plaintiffs may file a reply brief in further support of their amended motion.

s/Anita B. Brody

_____
Anita B. Brody
United States District Court Judge

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

1