# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 <br> 12-md-2323 |
| THIS DOCUMENT RELATES TO ACTIONS INVOLVING ANY RIDDELL DEFENDANT[1] | |

## ORDER

AND NOW, this **1st** day of **December**, 2015, it is **ORDERED** that the Motion to Sever (ECF No. 3593) filed by Defendants Riddell, Inc.; All-American Sports Corporation; Riddell Sports Group, Inc.; Easton-Bell Sports, Inc.; Easton-Bell Sports, LLC; EB Sports Corp.; and RBG Holdings Corp. (collectively, the "Riddell Defendants") is **GRANTED**[2] without

---

[1] The Riddell Defendants are Riddell, Inc.; All-American Sports Corporation; Riddell Sports Group, Inc.; Easton-Bell Sports, Inc.; Easton-Bell Sports, LLC; EB Sports Corp.; and RBG Holdings Corp. This Order DOES NOT APPLY to actions filed only against the NFL or NFL Properties, LLC ("NFL Defendants").

[2] The Riddell Defendants move to sever based on Rules 20 and 21 of the Federal Rules of Civil Procedure. Under Rule 20, parties may be joined if their claims arise "out of the same transaction, occurrence, or series of transactions or occurrences" or involve common questions of law or fact. Fed. R. Civ. P. 20(a)(1). Under Rule 21, a court may sever parties if they are misjoined or for the "efficient administration of justice." *Official Cmte. Of Unsecured Creditors v. Shapiro*, 190 F.R.D. 352, 355 (E.D. Pa. 2000) (quoting 4 Moore's Federal Practice § 21.02(1)); *see also In re Diet Drugs*, 325 F. Supp. 2d 540, 541 (E.D. Pa. 2004).

The claims against the Riddell Defendants primarily relate to deficiencies in the helmets they supplied to the NFL. *See* ECF No. 2642 (Am. Master Administrative Long-Form Complaint), at 73-82. Severance is appropriate to promote the efficient administration of justice in the resolution of these claims because, for example, the plaintiffs may have played for different teams, used different Riddell helmets at different times, and suffer from different symptoms and injuries. Moreover, certain Riddell Defendants may not have been in existence at the time some plaintiffs played in the NFL. *See In re Asbestos Prods. Liability Litig.*, MDL No. 875, Nos. 01-00162, 08-71147, 2009 WL 959539, at *1 (E.D. Pa. Apr. 6, 2009) ("We note that claims of different plaintiffs which involve common legal issues, but totally different alleged facts, may not be grouped into a single action . . . ."); *In re Diet Drugs*, 325 F. Supp. 2d at 541 (severing claims where the plaintiffs suffered injuries as a result of consuming two drugs produced by Wyeth because their claims did not "arise out of the same transaction . . . or series of transactions").

prejudice.[3] It is further **ORDERED** that:

1. Any claims against any Riddell Defendants are **SEVERED** from any claims against the NFL or NFL Properties, LLC (the "NFL Defendants").[4]

2. Each multi-plaintiff action filed against any Riddell Defendants that is severed by Paragraph 1 of this Order is further **SEVERED** into separate individual actions against those Riddell Defendants.

3. Any action currently pending against the NFL Defendants is unaffected by this Order.

4. On or before **January 29, 2016**, each plaintiff who wishes to continue to pursue his/her original claims against any Riddell Defendant must file an individual Severed Complaint.

5. Unless otherwise authorized by the Court, a plaintiff's Severed Complaint may contain only claims asserted in his/her original action and may name only the Riddell Defendant(s) sued in that original action.

6. Each plaintiff filing a Severed Complaint pursuant to this Order must indicate that the complaint is related to Civil Action No. 12-md-2323. The caption in each Severed Complaint must conform to the attached template.

7. The Clerk of Court is directed to assign a separate Civil Action Number to each Severed Complaint. The Clerk of Court is directed to file a copy of this Order in any severed civil action commenced pursuant to this Order.

8. For each Riddell Defendant named in a Severed Complaint, counsel who have entered an appearance on behalf of that Riddell Defendant in Civil Action No. 12-md-2323 are designated as defense counsel for that Riddell Defendant.

---

[3] This severance does not affect the pre-existing rights of any party. Moreover, this severance shall be without prejudice to any party's right to request consolidation at a later stage of the litigation.

[4] To the extent that any action affected by this Order names any other defendants, the claims against any Riddell Defendants are severed from claims against those defendants.

9. Each plaintiff who files a Severed Complaint must remit a filing fee of $400.00 to the Clerk of Court.

10. Failure to file a Severed Complaint on or before **January 29, 2016**, will result in the dismissal with prejudice of any and all claims asserted by that plaintiff against any Riddell Defendants.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

O:\ABB 2015\L - Z\NFL Order on Riddell Motion to Sever.docx

## TEMPLATE CAPTION FOR SEVERED COMPLAINTS

_____,

            Plaintiff,

            Civil Action No. _____

       v.

[check the relevant Riddell Defendants[*]]

\_\_\_ Riddell, Inc.

\_\_\_ All American Sports, Inc.

\_\_\_ Riddell Sports Group, Inc.

\_\_\_ Easton-Bell Sports, Inc.

\_\_\_ Easton-Bell Sports, LLC

\_\_\_ EB Sports Corporation

\_\_\_ RBG Holdings Corporation

            Defendants.

THIS DOCUMENT RELATES TO:

In re: National Football League Players' Concussion Injury Litigation (MDL 2323), No. 12-md-2323

## SEVERED COMPLAINT AGAINST RIDDELL DEFENDANTS

---

[*] A plaintiff may name all or some subset of the Riddell Defendants originally sued. A plaintiff may not name a Riddell Defendant not sued in his/her original action.

| | |
|---|---|
| 2:12-cv-336 | WALLACE et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-1023 | MAXWELL et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-1024 | BARNES et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-1025 | PEAR et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-1026 | STEED v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-1423 | HUGHES et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-2505 | BROOKS et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-2799 | JACKSON et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-2800 | MYLES et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-3337 | GRANGER et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-3533 | MONK et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-3534 | HENDERSON et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-3535 | KUECHENBERG et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-3537 | RHETT et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-3715 | WALLACE v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-3776 | RADEMACHER et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-4087 | MORTON et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-4241 | SCOTT v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-4379 | SIMPSON et al v. NATIONAL FOOTBAL LEAGUE et al |
| 2:12-cv-4573 | GAY et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-4574 | CUNNINGHAM et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-4575 | KAPP et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-4576 | BAUMAN et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-4631 | DUERSON v. NATIONAL FOOTBALL LEAGUE, INC. et al |
| 2:12-cv-4632 | ANDREWS et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-4699 | WALKER v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-5042 | CENTERS et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-5210 | MORRIS et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-5212 | GAYLE v. NATIONAL FOOTBALL LEAGUE, INC. et al |
| 2:12-cv-5372 | BAILEY et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-5475 | TAYLOR et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-5781 | MEANS et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-5908 | YOUNG v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-6196 | HAYES et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-6671 | FRANCIS et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-6774 | ABDULLAH et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-6904 | ARONSON et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-7015 | WOODS et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-7138 | MELTON et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:12-cv-7214 | SWEET et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:13-cv-95 | SULLIVAN et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:13-cv-961 | HILLIARD et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:13-cv-962 | WILLIAMS et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:13-cv-1531 | SEAU et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:13-cv-1532 | SEAU et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:13-cv-1790 | BELL et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:13-cv-1891 | ORTEGO v. NATIONAL FOOTBALL LEAGUE et al |
| 2:13-cv-1981 | ANDERSON et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:13-cv-2244 | BALLARD et al v. NATIONAL FOOTBALL LEAGUE, INC. et al |
| 2:13-cv-2802 | HOLT et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:13-cv-4230 | DeLEONE v. NATIONAL FOOTBALL LEAGUE, et al |
| 2:13-cv-4231 | DUCKWORTH et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:13-cv-4549 | BUSH et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:13-cv-5200 | CALDWELL et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:13-cv-5211 | MALONE et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:13-cv-5258 | BLUE v. NATIONAL FOOTBALL LEAGUE et al |
| 2:13-cv-5309 | BAGGS et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:13-cv-5437 | WILLIAMS et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:13-cv-5439 | ALLEN et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:13-cv-5642 | CLARKS et al v. NATIONAL FOOTBALL LEAGUE et al |

| | |
|---|---|
| 2:13-cv-5766 | KERNEK et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:13-cv-5841 | PRUITT et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:13-cv-6159 | LEWIS et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:13-cv-6164 | MOSES et al v. NATIONAL FOOTBALL LEAGUE, INC. et al |
| 2:13-cv-6354 | SIMMONS et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:13-cv-6681 | HOUSE et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:13-cv-7376 | DOUGLASS et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:13-cv-7533 | COCHRAN et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:13-cv-7628 | HUDSON et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:13-cv-7659 | DEMARIE et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:13-cv-7661 | ADAMS et al v. NFL PROPERTIES, L.L.C. et al |
| 2:14-cv-561 | BROOKS et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:14-cv-1616 | SHERMAN v. NATIONAL FOOTBALL LEAGUE et al |
| 2:14-cv-1617 | HOOPES v. NATIONAL FOOTBALL LEAGUE et al |
| 2:14-cv-1750 | LEIBSON v. NATIONAL FOOTBALL LEAGUE et al |
| 2:14-cv-2064 | JANI et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:14-cv-2396 | FASSITT et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:14-cv-2623 | PHILLIPS v. NATIONAL FOOTBALL LEAGUE et al |
| 2:14-cv-3842 | NEIL v. NATIONAL FOOTBALL LEAGUE et al |
| 2:14-cv-4399 | ALLISON et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:14-cv-4480 | MOSS et al v. NATIONAL FOOTBALL LEAGUE et al |
| 2:14-cv-4502 | MCCANTS v. NATIONAL FOOTBALL LEAGUE et al |