Of Counsel:
GALIHER DeROBERTIS WAXMAN

| | |
|---|---|
| GARY O. GALIHER | 2008 |
| (*gary.galiher@galiherlaw.com*) | |
| ILANA K. WAXMAN | 8733 |
| CLARISSE M. KOBASHIGAWA | 9314 |
| (*clarisse.kobashigawa@galiherlaw.com*) | |
| ALLISON M. AOKI | 6912 |
| ALYSSA R. SEGAWA | 9798 |
| ANTHONY M. CARR | 9956 |

610 Ward Avenue
Honolulu, Hawaii 96814-3308
Telephone: (808) 597-1400

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN LEONARD WILBUR,<br><br>Plaintiff,<br><br>vs.<br><br>THE NATIONAL FOOTBALL LEAGUE; NFL PROPERTIES, LLC,<br><br>Defendants. | NO. 2:13-cv-04457-AB<br>MDL-2323 TR<br><br>**STATEMENT NOTING A PARTY'S DEATH; CERTIFICATE OF SERVICE** |

D:\06635T01\Pleadings\USDC Pennsylvania\Statement Noting Death.docx

## STATEMENT NOTING A PARTY'S DEATH

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure, DIONE ELIZABETH SMITH, who is a representative of the deceased party, notes

the death during the pendency of this action of JOHN LEONARD WILBUR, Plaintiff first named.

DATED: Honolulu, Hawaii, December 4, 2015                                    .

/s/ Clarisse M. Kobashigawa
GARY O. GALIHER
ILANA K. WAXMAN
CLARISSE M. KOBASHIGAWA
ALLISON M. AOKI
ALYSSA R. SEGAWA
ANTHONY M. CARR
Attorneys for Plaintiffs