IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| JOHN LEONARD WILBUR,<br><br>  Plaintiff,<br><br>vs.<br><br>THE NATIONAL FOOTBALL LEAGUE; NFL PROPERTIES, LLC,<br><br>  Defendants. | NO. 2:13-cv-04457-AB<br>MDL-2323 TR<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of December, 2015 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and therefore served through the CM/ECF system on all counsel in this case registered with the CM/ECF system for this case.

DATED:   Honolulu, Hawaii, December 4, 2015                                                   .

/s/ Clarisse M. Kobashigawa
GARY O. GALIHER
ILANA K. WAXMAN
CLARISSE M. KOBASHIGAWA
ALLISON M. AOKI
ALYSSA R. SEGAWA
ANTHONY M. CARR