Of Counsel:
GALIHER DeROBERTIS WAXMAN

| | |
|---|---|
| GARY O. GALIHER | 2008 |

(*gary.galiher@galiherlaw.com*)

| | |
|---|---|
| ILANA K. WAXMAN | 8733 |
| CLARISSE M. KOBASHIGAWA | 9314 |

(*clarisse.kobashigawa@galiherlaw.com*)

| | |
|---|---|
| ALLISON M. AOKI | 6912 |
| ALYSSA R. SEGAWA | 9798 |
| ANTHONY M. CARR | 9956 |

610 Ward Avenue
Honolulu, Hawaii  96814-3308
Telephone:  (808) 597-1400

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN LEONARD WILBUR,<br><br>             Plaintiff,<br><br>    vs.<br><br>THE NATIONAL FOOTBALL LEAGUE, et al.<br><br>             Defendants. | NO. 2:13-cv-04457-AB<br>MDL-2323<br><br>PLAINTIFFS' MOTION TO SUBSTITUTE AND FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; EXHIBIT 1; CERTIFICATE OF SERVICE |

**PLAINTIFFS' MOTION TO SUBSTITUTE AND FOR LEAVE TO FILE
FIRST AMENDED COMPLAINT**

Plaintiffs named above hereby move this Honorable Court to file a First Amended Complaint in the action herein.  This Motion is made pursuant to Rules 15 and 25 of the Federal Rules of Civil Procedure and is based on the Declaration and Memorandum attached hereto.

Specifically, Plaintiffs seek to amend the Complaint to reflect the death of Plaintiff JOHN LEONARD WILBUR, on December 9, 2013, and substitute in DIONE ELIZABETH SMITH, decedent's daughter, Individually and as Personal Representative of the Estate of JOHN LEONARD WILBUR; decedent's daughter, LINDSEY K. WILBUR, and decedent's son, NATHAN HALSEY WILBUR.

All changes in the proposed First Amended Complaint are reflected by crossing out words being deleted and words being added are shown in brackets.

DATED:  Honolulu, Hawai`i, December 4, 2015                              .

/s/ Clarisse M. Kobashigawa<br>
GARY O. GALIHER<br>
ILANA K. WAXMAN<br>
CLARISSE M. KOBASHIGAWA<br>
ALLISON M. AOKI<br>
ALYSSA R. SEGAWA<br>
ANTHONY M. CARR<br>
Attorneys for Plaintiffs