# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN LEONARD WILBUR,<br><br>    Plaintiff,<br><br>vs.<br><br>THE NATIONAL FOOTBALL LEAGUE, et al.<br><br>    Defendants. | NO. 2:13-cv-04457-AB<br>MDL-2323<br><br>DECLARATION OF COUNSEL |

## DECLARATION OF COUNSEL

I, Clarisse M. Kobashigawa, hereby declare under penalty of perjury, pursuant to 28 U.S.C. §1746 as follows:

1. I am an attorney duly licensed to practice law in the State of Hawai`i and entered an appearance of counsel for Plaintiff on May 20, 2015, in this Court.

2. Plaintiffs seek to file a First Amended Complaint herein to reflect the death of Plaintiff JOHN LEONARD WILBUR, on December 9, 2013, and substitute parties DIONE ELIZABETH SMITH, decedent's daughter, Individually and as Personal Representative of the Estate of JOHN LEONARD WILBUR; decedent's daughter, LINDSEY K. WILBUR, and decedent's son, NATHAN HALSEY WILBUR.

3. Because Rule 15(a)(2) of F.R.C.P. allows for amendment of pleadings either by written consent of the parties or by leave of Court, Declarant has filed the foregoing Motion for Leave to File First Amended Complaint.

4. This Declaration is submitted in support of the Motion filed herein.

I declare under penalty of law that the forgoing is true and correct executed this 4th day of December, 2015.

/s/ Clarisse M. Kobashigawa
CLARISSE M. KOBASHIGAWA