## CERTIFICATE OF SERVICE

 I hereby certify that on December 4, 2015, the foregoing document was electronically filed with the Clerk of the Court and therefore served through the CM/ECF system on all counsel in this case registered with the CM/ECF system for this case.

 DATED:  Honolulu, Hawaii, December 4, 2015.

/s/ Clarisse M. Kobashigawa
GARY O. GALIHER
ILANA K. WAXMAN
CLARISSE M. KOBASHIGAWA
ALLISON M. AOKI
ALYSSA R. SEGAWA
ANTHONY M. CARR
Attorneys for Plaintiffs
