UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Lewis, et al. v. Kansas City Football Club, Inc.*, 14-1995<br>*Smith, et al. v. Kansas City Football Club, Inc.*, 14-3383<br>*Horn, et al. v. Kansas City Football Club, Inc.*, 14-3382<br>*Kenney, et al. v. Kansas City Football Club, Inc.*, 14-4779 | **Hon. Anita B. Brody** |

## NOTICE

Counsel for the Defendants contacted chambers and asked about the scope of the amended Motion to Remand, to be filed by the Plaintiffs under my December 1, 2015 Order (ECF No. 28). I would like to clarify the Order. The Plaintiffs' amended Motion to Remand must *only* address the question of whether the Plaintiffs' claims should be heard first.

s/Anita B. Brody

_____
Anita B. Brody
United States District Court Judge

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to:

1