UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden,<br>*on behalf of themselves and*<br>*others similarly situated*,<br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>National Football League and<br>NFL Properties, LLC,<br>successor-in-interest to<br>NFL Properties, Inc.,<br>　　　　　　　　　　Defendants. | Civ. Action No.: 14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## STIPULATION AND [PROPOSED] ORDER[1]

This Stipulation and Agreement, dated December 10, 2015 is made and entered into by and among the National Football League and NFL Properties LLC (the "NFL Parties"), and Class Counsel (collectively, the "Parties").

WHEREAS, on April 22, 2015, this Court issued a Memorandum (ECF No. 6509) and Final Order and Judgment (ECF No. 6510), and on May 8, 2015, an amended Final Order and Judgment (ECF No. 6534), approving the Settlement Agreement in its entirety;

---

[1] Unless otherwise noted, the terms used in this Order that are defined in the Settlement Agreement have the same meanings in this Order as in the Settlement Agreement.

WHEREAS, on May 4, 2015, Claims Administrator BrownGreer PLC, in accordance with the Final Order and Judgment and the Settlement Agreement, filed the list of Opt Outs who timely submitted proper requests to opt out in compliance with Section 14.2(a) of the Settlement Agreement, including Retired NFL Football Player John Wilbur (through his personal representative Dione Elizabeth Smith) and Dione Elizabeth Smith (as the daughter of Mr. Wilbur) (ECF No. 6533);

WHEREAS, Dione Elizabeth Smith, on behalf of herself and John Wilbur, has since submitted a written request seeking to revoke their Opt Out requests (the "Smith Revocation Requests") (*see* Exhibit 1 (Declaration of Orran L. Brown));

WHEREAS, the Parties have agreed to accept the Smith Revocation Requests, subject to Court approval, because they were submitted before Opt Out litigation has commenced in this Court;

**AND NOW**, this 10th day of December, 2015, it is hereby stipulated and agreed by the Parties that the Smith Revocation Requests are accepted, subject to Court approval, because they were submitted before Opt Out litigation has commenced in this Court.

It is so STIPULATED AND AGREED,

By: _____  By: _____

Date: __12/11/15__  Date: __Dec. 11, 2015__

Christopher Seeger
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
cseeger@seegerweiss.com

*Class Counsel*

Brad S. Karp
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
bkarp@paulweiss.com

*Counsel for the NFL Parties*

It is so **ORDERED**, based on the above Stipulation and the accompanying Declaration of Orran L. Brown, Sr., that the revocation requests submitted by Dione Elizabeth Smith on behalf of the late John Wilbur and herself are approved and the Claims Administrator is **DIRECTED** to post a revised list of Opt Outs forthwith excluding John Wilbur and Dione Elizabeth Smith.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to: