## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 11th day of December, 2015, upon all counsel of record.

Dated:  December 11, 2015	/s/ Brad S. Karp
	Brad S. Karp