IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN LEONARD WILBUR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE NATIONAL FOOTBALL LEAGUE, | : | NO. 13-4457 |
| | | MDL No. 12-2323 |

**O R D E R**

**AND NOW**, this  23RD   day of December, 2015, it is Ordered that Plaintiffs' Motion to Substitute and for Leave to File First Amended Complaint (MDL 13-2323, ECF No.6709 and C.A. No. 13-4457, ECF No.6) is **GRANTED**.  Plaintiffs shall file their FIRST AMENDED COMPLAINT on ECF in both cases.

ATTEST:                             or     BY THE COURT

                                            s/Anita B. Brody

BY:_____          _____
M. O'Donnell, Civil Deputy/         Anita B. Brody,   J.
Secretary

Civ 12 (9/83)

**COPIES VIA ECF ON:**