## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 14th day of January, 2016, upon all counsel of record.

Dated:  January 14, 2016                /s/ Brad S. Karp
                                        Brad S. Karp