# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No 12-md-2323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO ALL ACTIONS AGAINST THE RIDDELL DEFENDANTS SEVERED BY THIS COURT'S DECEMBER 1, 2015 ORDER | |

## PLAINTIFFS' MOTION TO REMAND SEVERED RIDDELL ACTIONS FOR LACK OF SUBJECT MATTER JURISDICTION

Plaintiffs,[1] by and through undersigned counsel, move to remand their actions against Riddell that were severed by this Court's December 1, 2015 Order because this Court lacks subject matter jurisdiction over these actions, as explained in the accompanying Memorandum in Support.

WHEREFORE, this Court should remand these actions to the Superior Court of California, Los Angeles County.

January 18, 2016

Respectfully Submitted,

By: /s/ *Jason E. Luckasevic*
GOLDBERG, PERSKY & WHITE, P.C.
Jason E. Luckasevic
PA ID #No. 85557
Jason T. Shipp
PA ID #No. 87471
11 Stanwix Street, Suite 1800
Pittsburgh, PA 15222

---

[1] A list of moving Plaintiffs is attached herein as Exhibit A.

1

Telephone: (412) 471-3980
Facsimile: (412) 471-8308

GIRARDI KEESE
Thomas Girardi
Christopher Aumais
Nicole DeVanon
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone:  (213) 977-0211
Facsimile:  (213)481-1554

RUSSOMANNO & BORRELLO, P.A.
Herman J. Russomanno
Robert J. Borrello
150 West Flagler Street - PH 2800
Miami, FL 33130
Telephone: (305) 373-2101
Facsimile: (305) 373-2103

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served upon all counsel of record via the CM/ECF system, this 18th day of January, 2016

/s/ Jason E. Luckasevic
Jason E. Luckasevic, Esquire

Counsel for Plaintiff