| Name | Spouse |
| --- | --- |
| Bobby E. Abrams Jr. | Stephanie Abrams |
| Kim Anderson | |
| Joseph P. Aska Jr. | Tina M. Aska |
| Charles R. Anthony | Janice M. Reeves |
| Fred L. Anderson | Darla Anderson |
| Vince Albritton | |
| Rufus Alexander | |
| Brian W. Alford | |
| James D. Allen | |
| Steve Baack | |
| Elmer F. Bailey | |
| Mario Bailey | |
| Stacey Bailey | Kellie Bailey |
| Rodney Bailey | |
| Jeffrey S. Baker | Patricia Baker |
| Michael R. Baldassin | Mary Baldassin |
| Fred L. Barnett | Lindsay Barnett |
| Michael K. Bankston Sr. | Ketonya M. Bankston |
| Timothy Barnett | Chelonda Barnett |
| Idrees Bashir | Melanie Bashir |
| Rashad Bauman | Veronica Bauman |
| John Beasley | Patricia A. Beasley |
| Aubrey Beavers | |
| Rogers Beckett | Carla Beckett |
| Mitchell Benson | Theresa Benson |
| Donald Bessillieu | |
| Brian Blades | Tisha Blades |
| Jeffrey L. Blackshear | |
| Michael Blazitz | |
| Phillip Bobo | |
| William Keith Bostic | Natalie A. Bostic |
| Tony Bouie | Allison Bouie |
| Marc Boutte | |
| Charles Bowser | |
| William C. Bradley | Susan Bradley |
| Kyle Brady | Kristin K. Brady |
| Sean Brewer | Jaimi Brewer |
| Carlton Brewster | |
| Kevin Brooks | Tiffany Brooks |
| Clifford Brown | |
| Jonathan Brown | Diniki Brown |
| Reginald V. Brown | |
| Robert Lee Brown | Dawn M. Brown |
| Terry Brown | Ann Brown |
| Robert P. Brunet | Lydia A. Brunet |
| Maurice Bryant | |
| Courtland Bullard Jr. | |

| | |
|---|---|
| Jeffrey L. Burris | |
| Robert C. Butler | Cyrillyn Y. Butler |
| Keith Biggers | Natasha Biggers |
| Christopher J. Brewer | |
| Thomas J. Bailey Jr. | Jacqueline Bailey |
| Anthony Bass | Dawniqua Bass |
| Walter N. Bowyer Jr | |
| Sean L. Boyd | |
| Barry M. Brooks Jr. | Amy M. Brooks |
| Hillary Butler | |
| John A. Burch III | |
| Jerametrius T. Butler Sr. | Maria Butler |
| Christopher Calloway | |
| Joseph Campbell Jr. | |
| Jonathan T. Carter | |
| Marty Carter | |
| Michael D. Carter | Sandra Carter |
| Shante Carver | |
| Lindsey Chapman | |
| Raymond T. Chester | |
| Darryl Clack | Juanita Clack |
| Jamal Clark | |
| Jonathan Clinkscale | |
| Lincoln C. Coleman Jr. | |
| Anthony A. Collins | Trudy Collins |
| Darren Comeaux | Karen Comeaux |
| Fred H. Cook III | |
| Obadiah Cooper | |
| Horace Copeland | Tangela Copeland |
| Frank E. Cornish III | Barbara Cornish |
| Tony Covington | |
| Aaron Cox | |
| Claude Crabb | Carolyn Crabb |
| Eric Crabtree | Cheryl A. Crabtree |
| Francisco Craig | Denise Craig |
| Corey V. Croom | |
| Cleveland Crosby | Angelia L. Crosby |
| Irvin A. Cross | Elizabeth Cross |
| Harry M. Crump | Andrea Crump |
| Julian Douglas Cunningham | Katherine Allen Cunningham |
| Patrick Cunningham | Debbie G. Cunningham |
| Eric F. Curry | Wilatreal Curry |
| George J. Curry Jr. | Dawn M. Curry |
| Duane Clemons | |
| Ahmad R. Carroll | |
| Roger T. Craig | Vernessia Craig |
| Brian D. Cabral | Rebecca Cabral |
| Ron Collins | |

| | |
|---|---|
| Louis A. Cordileone | Karen Cordileone |
| James Cribbs | |
| Robert J. Cryder | Lisa Cryder |
| Antico Dalton | |
| Timothy Daniel | |
| Matt Darby | |
| Kenneth Davidson | Tamara Davidson |
| Ennis R. Davis II | |
| Lorenzo Davis | |
| Michael R. Davis | |
| Oliver Davis | |
| Thabiti Davis | |
| Vernon W. Dean | |
| Kevin Devine | |
| Stacey Dillard | Vicky Dillard |
| Adrian Dingle | |
| Hanford L. Dixon | |
| Stephen G. Doig | |
| Matthew Dorsett | |
| Anthony D. Dorsett | Janet Dorsett |
| Santana Dotson | Monique Dotson |
| Rome Douglas | Maylana M. Douglas |
| London Dunlap | |
| Mark S. Duper | Carolyn E. Duper |
| Billy Joe DuPree | Marsha Dupree |
| Joe DeLamielleure | Gerri DeLamielleure |
| Bobby R. Duckworth | |
| Darrell O. Davis | Sharron Davis |
| Gary Dandridge | |
| Ronald L. Dickerson Jr | Kendreah Dickerson |
| Troy Davis | |
| John Ebersole | Janice Ebersole |
| Larry Edwards | |
| Tyrone Edwards | Tammy M. Edwards |
| James Elrod | Marlene Elrod |
| Aaron Emanuel | |
| Gregory Evans | |
| Alex A. Espinoza | |
| Kolas D. Elion | Shannon Elion |
| Bobby J. Edmonds Jr. | |
| Dominic Furio | Michelle Furio |
| Arnold Fields | Olga L. Fields |
| Ascotti Fields | Donna B. Fields |
| Bernard Ford | |
| Bradford J. Ford | |
| Darryl D. Ford | |
| Barry Foster Sr. | Teray Foster |
| Larry Foster | |

| | |
|---|---|
| Donald Frank | |
| Robert J. Fredrickson | Barbara A. Fredrickson |
| Rogers L. Finnie | |
| Howard Fest | Marye B. Fest |
| Mike Gann | Karen Gann |
| Mark Garalczyk | |
| Talman Gardner | Debora Gardner |
| Percell M. Gaskins | Dionna Gaskins |
| Akbar Gbajabiamila | Crystal Gbajabiamila |
| Antonio Gibson | Betty Gibson |
| David Gibson | Jennifer Gibson |
| Darrell Gill | Veda Gill |
| Reginald J. Gipson | Reginald Gipson |
| Chris Goode | |
| Kerry Goode | Tanja Goode |
| Cornell Gowdy | |
| William R. Graham | Laura Lisa Graham |
| Marsharne Graves | Sophia E. Graves |
| Rory A. Graves | |
| Terry Gray | |
| David L. Grayson Jr. | |
| David L. Grayson Sr. | |
| Hugh Green | Guy Green |
| Roy Green | |
| Carl Greenwood | |
| Jeff Griffin | |
| Eric Guliford | |
| Derrel Gofourth | Milissa Gofourth |
| Jon Giesler | Marybeth Giesler |
| George Goeddeke | Geneva Goeddeke |
| Duane Galloway | |
| James Grigsby | |
| John B. Galvin Jr. | Kerri Galvin |
| Isaac Hagins | |
| Delton D. Hall | |
| Lynell Hamilton | |
| Jermaine Hampton | |
| Rodney Hampton | Andetria Hampton |
| Anthony Hancock | Paula Hancock |
| William Hardison | Arnell Hardison |
| Anthony Hargain | |
| Elroy Harris Jr | |
| Joseph A. Harris | Lydia H. Harris |
| Dwight Harrison | |
| Lloyd Harrison | Rachell D. Harrison |
| Wayne A. Hawkins | Sharon Hawkins |
| Gregory Hawthorne | |
| Frederick R. Hayes | |

| | |
|---|---|
| Thomas Hayes Jr. | Sallie Hayes |
| Patrick D. Heenan | Sharron Heenan |
| Nathaniel Hemsley | |
| Othello Henderson | |
| Thomas Henderson | |
| Kenneth B. Herock | Antoniette B. Herock |
| Jessie Lee Hester | Gerlienus Hester |
| Dallas Hickman | Celeste M. Hickman |
| Darrell F. Hill II | |
| J.D. Hill | Caryl Hill |
| Kahlil S. Hill | |
| LonZell Hill | Lanita O. Hill |
| Marcus Hill | |
| Richard Himes | Sylvia Himes |
| Floyd Hodge | Terry M. Hodge |
| Joseph Holmes | Debra Holmes |
| James A. Hood | Bonita Hood |
| Bryan Hooks | |
| Melvin Hoover | |
| Tamburo Hopkins | |
| Artis Houston | LaVerne Houston |
| David A. Hughes III | Holly Hughes |
| Patrick Hunter | |
| Gaylon M. Hyder | Melinda Hyder |
| Malcolm Hamilton | |
| David H. Humm | |
| Clinton Hart | Kelli Hart |
| James Herndon | Cassie Herndon |
| Keenan Howry | |
| Earnest Hunter | Kim Hunter |
| Andrew Hill | |
| Brian Ingram | |
| Eddie Lee Ivery | Antoinette J. Ivery |
| Harold L. Jackson | Carolyn Jackson |
| James Jackson | Greta Jackson |
| Jeffrey P. Jackson | |
| Stephen W. Jackson | |
| William C. Jaco | Joan C. Jaco |
| Roland James | Carmel James |
| George Jamison | Arnella L. Jamison |
| John Janata | |
| Damien Jeffries | Javoni Jeffries |
| Kenneth Jenkins | Amy Jenkins |
| James C. Jensen | Darlene J. Jensen |
| Melvin Jenkins | Javoni Jenkins |
| Ronney Jenkins | |
| Akili Johnson | |
| Dirk Johnson | |

| | |
|---|---|
| Marty Johnson | |
| Todd Johnson | |
| Anthony A. Jones | |
| Broderick Jones | |
| Kirk Cameron Jones | |
| Leroy Jones | Sherry Jones |
| Markeysia Jones | Sylvia R. Jones |
| William T. Judson | |
| Jabari Jackson | |
| Noel C. Jenke | |
| Lynn James | |
| John Kaiser | Resa L. Kaiser |
| Kareem Kelly | |
| Derek Kennard | Denise Kennard |
| Wade Key | Catherine Key |
| Emanuel King | Kendra King |
| George S. King | Cathleen King |
| Kelly Kirchbaum | Wilheamena Kirchbaum |
| David A. Kocourek | Mary Lee Kocoruek |
| Robert H. Kohrs | Linda Kohrs |
| Steve Korte | Karelis Korte |
| Robert Kuechenberg | |
| Larry M. Kaminski | Linda B. Kaminski |
| Alai Kalaniuvalu | Renee Kalaniuvalu |
| Joseph Klopfenstein | |
| Paul Laaveg | Nancy Laaveg |
| Charles W. Lamson | Madeline E. Lamson |
| Paul J. Lane Jr. | |
| Edward P. Lee | Susan Jackson-Lee |
| Keith Lee | |
| David Lewis | Bonnie Asberry-Lewis |
| Ronnie Lippett | |
| Louis Lipps | Leah Lipps |
| Marc Logan | Amoy Chin-Logan |
| Douglas M. Long | Krisite Long, in her own right |
| Zechariah Lord Jr. | |
| David E. Lucas Jr. | |
| Michael Lush | Debra Lush |
| Chad Lucas | |
| Terry L. Long | Lynne Medley-Long |
| Leonard A. Marshall | |
| Van Malone | Nedra Malone |
| William H. Mandley | Teresa S. Mandley |
| Anthony Marshall | |
| James L. Marshall | Susan Landwehr Marshall |
| Emanuel Martin | |
| Eric W. Martin | Stacy Martin |
| Marvin Mattox | |

| | |
|---|---|
| Vernon Maxwell | |
| B. Deems May Jr. | Susan May |
| Alonzo Mayes | |
| Corey Mayfield | Tonia Mayfield |
| Brent McClanahan | Diane M. McClanahan |
| Kenneth McClendon | |
| Fred McCrary | Nerma McCrary |
| Gregory McCrary | |
| Antonio McGee | Sue McGee |
| Reginald McKenzie | |
| Michael W. McKibben | Randi McKibben |
| David McMillan III | |
| Fred McNeill | Tia McNeill |
| Bruce McNorton | |
| Rodney McSwain | |
| Richard Mercier | |
| Charles E. Miller | |
| Danny Miller | |
| Derrell Mitchell | |
| Lyvonia Mitchell | |
| Singor Mobley | |
| James A. Monk | Desiree B. Monk |
| Alvin Moore | Odetta Moore |
| Reginald Moore | |
| Stanley D. Morgan | Rholedia Morgan |
| Byron Morris | Samar Morris |
| Zefross Moss | Latreida Moss |
| Leon C. Murray | Jeri L. Murray |
| Jeff McIntyre | |
| Marvin Marshall | LaScotia Marshall |
| Henry Dejhown Mandley | |
| Ira R. Matthews III | |
| Mark McCants | |
| Anthony L. McDowell | |
| Earthwind Moreland | |
| Steve Nelson | Angela R. Nelson |
| Erik Norgard | Lisa M. Norgard |
| Terna Nande | |
| Marcus D. Nash | |
| McDonald Oden | |
| Chris Oldham | Eliza Oldham |
| John L. Outlaw | Linda Outlaw |
| Loren Owens | Barbara Owens |
| Marvin D. Owens | Romell Foster-Owens |
| Morris Owens | |
| Ifeanyi Ohalete | |
| Franklin Oliver | Charisse Oliver |
| David L. Palmer | |

| | |
|---|---|
| Richard Palmer | Debora Palmer |
| Christopher A. Pane | Terrie Pane |
| Ezekiel Parker | |
| Ricky D. Parker | |
| Edward Payton | Rica Payton |
| Dave Pear | Heidi Pear |
| Marion Todd Peat | Jana C. Dolinsek-Peat |
| Christopher Penn | |
| Antonio Perkins | Monica Perkins |
| Charles Pharms III | |
| Delvic Philyaw | Angela Philyaw |
| Damon Pieri | Jennifer L. Pieri |
| Myron Pottios | Doreen Pottios |
| Roosevelt Potts | Tenisha Potts |
| Gregory D. Pruitt | |
| John Pitts | Joyce Pitts |
| Richard M. Palmer | |
| Peter W. Perreault | Rachel Roth, Personal Rep |
| Trenton D. Pollard | Ericka Pollard |
| Theodore P. Popson | |
| Thomas C. Randolph | Evelyn A. Randolph |
| Darrol Ray | Diane Ray |
| Terry Ray | Marie Ray |
| Daniel L. Reece Sr, | Kimberly Reece |
| Stephen Reese | Marilyn W. Reese |
| Johnny Rembert | Miltena Rembert |
| Reggie Rembert | |
| Melvin Renfro | Elizabeth Renfro |
| Gloster Richardson | Betty Richardson |
| Michael C. Richardson | |
| Willie Richardson | Earline Richardson |
| James E. Robbins | Shaneeta Robbins |
| Randy Robbins | Tracy Robbins |
| William H. Roberts | |
| Bernard H. Robertson III | Rheneisha Robertson |
| Kendrick D. Rogers | |
| Reginald Rogers Sr. | Laura Mamon Rogers |
| Juan A. Roque | Jennifer L. Roque |
| Lee Rouson | Lisa Rouson |
| Council Rudolph | Anne Rudolph |
| Leonard Russell | Tasha Russell |
| Reynard Rutherford | Marcia C. Rutherford |
| Tyrone Rodgers | |
| Melvin D. Robinson | Nelda Robinson |
| Randy W. Rich | Cathy Rich |
| Daniel P. Rains | Deborah Rains |
| Robert Reed | |
| Rueben J. Riley Jr. | |

| | |
|---|---|
| Oliver Ross | Gillie Ross |
| Ray Rowe | |
| Clarence Sanders | |
| Richard Schafrath | Judith Schafrath |
| Michael Schneck | Amanda Schneck |
| James M. Schnitker | Beverlee Schnitker |
| Larry Schreiber | |
| Willard Scissum | Andreuille Scissum |
| Curtis Shearer | |
| Jason Shelley | Janine Shelley |
| Sanders Shiver | Penny L. Shiver |
| David B. Sims | |
| Franky Smith | Linda Smith |
| John H. Smith | |
| John T. Smith | Monica R. Smith |
| Philip Smith | |
| Omar Smith | Rachel Smith |
| Trent Smith | |
| Michael S. Solwold | |
| Maurice Spencer | |
| Tony L. Stargell | |
| Richard S. Stephens | |
| James P. Stewart | Melissa Stewart |
| Ralph W. Stockemer | Jessica Stockemer |
| Dwight Stone | Jennifer M. Stone |
| Tyronne Stowe | Elise Stowe |
| Michael Strachan | Loretta Stachan |
| Robert Suci | Merita Suci |
| Eric Sutton | Tywana Sutton |
| Joseph Sweet | M. Storme Sweet |
| Richard F. Sanford | Allison L. Sanford |
| Charles Stackhouse Jr. | |
| William Schultz | Rebecca Schultz |
| Arthur A. Strozier | |
| Justin C. Strzelczyk | Keana McMahon |
| George Sartin | |
| Robert E. Schobel | Lyndsay Schobel |
| Alphonso Taylor | Heather Taylor |
| Eugene Y. Taylor | |
| Anthony Thomas | Hayley Thomas |
| Rodney L. Thomas | Jean Thomas |
| Alexander W. Thompson | Stacy Thompson |
| Lewis D. Tillman | Kathy K. Tillman |
| Gregory D. Tolver Jr. | |
| Stephen D. Towle | Janette Towle |
| Greg Turner | Rhonda Turner |
| Odessa Turner | |
| Maurice Tyler | Penelope W. Tyler |

| | |
|---|---|
| Wendell A. Tyler | Carmen Tyler |
| Arthur W. Thoms | Darlene Thoms |
| Mark A. Thomas | |
| James P. Van Wagner | Kelley VanWagner |
| Patrick Venzke | Willow Venzke |
| George Visger | Kristie Visger |
| Bruce Walker | Vanisha Walker |
| Anthony Wallace | Keisha Wallace |
| Charles Wesley Walls | Christy W. Walls |
| William Ward Walsh | |
| John Henry Ward | Gayle Ward |
| Derek G. Ware | Vivian Ware |
| Kenny Watson | |
| Robert Weathers | |
| Kenneth Wheaton | Franchell Wheaton |
| Theodore Wheeler III | Sharon Wheeler |
| David M. White | Monica J. White |
| Sherman White | |
| Russell White | Aminah White |
| James David Wilkins II | |
| Calvin J. Williams Jr | Charese Williams |
| David Williams | |
| Delvin Williams | |
| Lester J. Williams | |
| Marcus A. Williams Jr. | |
| Newton D. Williams | Jacqueline Williams |
| Scott Williams | |
| James E. Willis | Shalane Willis |
| Donald Wilson | |
| Quincy Wilson | |
| Sirmawn Wilson | Heather Wilson |
| Darryl Wren | Charlene Wren |
| Terry L. Wright | |
| Toby L. Wright | Jandi Wright |
| Torrey Wright | |
| Andre Waters | Tina Ricks, Personal Rep |
| James H. Williams | Crystal Williams |
| John A. Williams | |
| Michael L. Webster | Sunny Jani, Admin |
| Jeffrey L. Walker | |
| Kyle J. Wachholtz | |
| Damen K. Wheeler Sr. | |
| Paul A. Wiggins | Semone Wiggins |
| Mark Wilson | Jessica Wilson |
| Gillis Wilson | |
| Destry Wright | |
| George Wrighster III | |
| Samuel Charles Wiley | |

| | |
|---|---|
| Renard Young | |
| Steven Zabel | Susan N. Zabel |
| Emanuel Zanders | Yvonne Zanders |
| Scott Zimmerman | Lindsey Zimmerman |
| Eric Zomalt | Cynthia Zomalt |
| Edward R. Zeman Sr. | Kathy Zeman |
| Maximmillian J. Zendejas | |
| Edward R. Zeman II | |