# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ) No 12-md-2323-AB ) ) MDL No. 2323 ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS AGAINST THE RIDDELL DEFENDANTS SEVERED BY THIS COURT'S DECEMBER 1, 2015 ORDER | ) ) ) ) ) ) |

## ORDER

AND NOW, this _____ day of _____, 2016, upon consideration of Plaintiffs' Motion to Remand Severed Riddell Actions for Lack of Subject Matter Jurisdiction, said Motion is GRANTED. Movants actions against Riddell, Inc., All American Sports, Inc., Riddell Sports Group, Inc., Easton-Bell Sports, Inc., Easton-Bell Sports, LLC, EB Sports Corporation and RBG Holdings Corporation, severed by this Court's December 1, 2015 Order, are REMANDED to the Superior Court of California, Los Angeles County.

_____ J.