IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No 12-md-2323-AB <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO ALL ACTIONS AGAINST THE RIDDELL DEFENDANTS SEVERED BY THIS COURT'S DECEMBER 1, 2015 ORDER | |

**MOTION FOR RECONSIDERATION
AND STAY OF DECEMBER 1, 2015 ORDER**

Plaintiffs represented by the undersigned counsel ("Movants"),[1] who comprise a substantial majority of the Plaintiffs who have asserted claims against the "Riddell Defendants", as defined in this Court's December 1, 2015 Order (ECF No. 6706) (the "Severance Order"), hereby move for relief from the Severance Order as follows:

1. Movants request reconsideration of ¶ 9 of the Severance Order, which requires payment of an additional filing fee on each severed claim.

2. Movants request a stay of the Severance Order pending a ruling on the Riddell Defendants' August 30, 2012 Motion to Dismiss.

3. Movants request a stay of the Severance Order pending a ruling on Movants' Motion to Remand Severed Riddell Actions for Lack of Subject Matter Jurisdiction, which has been filed by Movants contemporaneously herewith.

---

[1] Movants are identified with particularity in a schedule attached hereto as Exhibit A.

1

4. Movants request modification of the Severance Order to permit a single filing of papers that pertain to all of the severed actions.

The grounds for these requests are set forth in Movants' Brief in Support of this Motion.

WHEREFORE, Movants request that this Court enter the proposed Order attached hereto or an Order substantively similar thereto.

Dated:  January 18, 2016                                    Respectfully Submitted,

By: /s/ *Jason E. Luckasevic*
GOLDBERG, PERSKY & WHITE, P.C.
Jason E. Luckasevic
PA ID #No. 85557
Jason T. Shipp
PA ID #No. 87471
11 Stanwix Street, Suite 1800
Pittsburgh, PA 15222
Telephone: (412) 471-3980
Facsimile: (412) 471-8308

GIRARDI KEESE
Thomas Girardi
Christopher Aumais
Nicole DeVanon
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone:  (213) 977-0211
Facsimile:  (213)481-1554

RUSSOMANNO & BORRELLO, P.A.
Herman J. Russomanno
Robert J. Borrello
150 West Flagler Street - PH 2800
Miami, FL 33130
Telephone: (305) 373-2101
Facsimile: (305) 373-2103

*Attorneys for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served upon all counsel of record via the CM/ECF system, this 18th day of January, 2016

                                             */s/ Jason E. Luckasevic*
                                             Jason E. Luckasevic, Esquire

                                             Counsel for Plaintiff