# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No 12-md-2323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO ALL ACTIONS AGAINST THE RIDDELL DEFENDANTS SEVERED BY THIS COURT'S DECEMBER 1, 2015 ORDER WHERE THE PLAINTIFFS | |

**ORDER**

AND NOW, this ____ day of January, 2016, upon consideration of certain Plaintiffs' Motion for Reconsideration and Stay of December 1, 2015 Order (ECF No. 6706, the "Riddell Severance Order"), it is hereby ORDERED that the Motion is granted, and that:

1. Paragraph 9 of the Riddell Severance Order is stricken; and the Clerk of Court is directed not to collect any filing fee in connection with the Severed Complaints, and to refund any filing fee collected in connection therewith;

2. The Riddell Severance Order is stayed pending further Order of this Court; and

3. The Clerk of Court is directed to establish a docket number for filing any papers that pertain to all of the severed actions; and any paper filed under such docket number will be deemed filed in each of the severed actions.

BY THE COURT:    _____, J.