UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Holt et al. v. NFL et al.*, 12-4185 | **Hon. Anita B. Brody** |

# ORDER

**AND NOW,** on this __21ST____ day of January, 2016, it is **ORDERED** that the Motion to Withdraw as Attorney for Larry Craig Morton (ECF No. 6596)[1] is **GRANTED**.

s/Anita B. Brody

_____
Anita B. Brody
United States District Court Judge

Copies **VIA ECF** on _____ to:         Copies **MAILED** on _____ to:

---

1 This motion was also filed as ECF No. 161 in *Holt et al. v. NFL et al.*, 12-4185.

1