UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN CALDWELL,<br><br>Plaintiff,<br><br>v.<br>[check the relevant Riddell Defendants]<br><br>☒ Riddell, Inc.<br>☒ All American Sports, Inc,<br>☒ Riddell Sports Group, Inc.<br>☒ Easton-Bell Sports, Inc.<br>☒ Easton-Bell Sports, LLC<br>☒ EB Sports Corporation<br>☒ RBG Holdings Corporation<br><br>Defendants. | Civil Action No. 12-md-2323 (AB)<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO :<br><br>In re: National Football League Players' Concussion Injury Litigation (MDL 2323), No. 12-md-2323 and 13-cv-05200-AB | |

## SEVERED COMPLAINT AGAINST RIDDELL DEFENDANTS
## JURY TRIAL DEMANDED

1. Plaintiff (s), PETTIS NORMAN, (and, if applicable, Plaintiff's Spouse) IVETTE NORMAN, bring(s) this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323

2. Plaintiff (and, if applicable Plaintiff's Spouse) is/are filing this severed complaint as required by this Court's Order, (ECF No. 6706) filed December 1, 2015.

3. Plaintiff (and, if applicable Plaintiff's Spouse), incorporate(s) by reference the allegations (as designated below) of the Master Administrative Long-Form Complaint, as may be amended, as if fully set forth at length in the Severed Complaint.

4. [Fill in if applicable] Plaintiff is filing this case in a representative capacity as the _____ of _____.

5. Plaintiff, PETTIS NORMAN, is a resident and citizen of Dallas, TX. and claims damages as set forth below.

6. [Fill in if applicable] Plaintiff's spouse IVETTE NORMAN is a resident and citizen of Dallas, TX., and claims damages as a result of loss of consortium proximately caused by the harm suffered by her Plaintiff husband/decedent.

7. On information and belief the Plaintiff (or decedent) sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices. On information and belief, Plaintiff suffers (or decedent suffered) from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff (or decedent) sustained during games and/or practices. On information and belief, the Plaintiff's (or decedent's) symptoms arise from injuries that are latent and have developed and continue to develop over time.

8. [Fill in if applicable] The original complaint by Plaintiff(s) in the matter was filed in Los Angeles County Superior Court. If the case is remanded, it should be remanded to Los Angeles County Superior Court.

9. Plaintiff claims damages as a result of [check all that apply]

  ☒ Injury to Herself/Himself

  ☐ Injury to the Person Represented

☐ Wrongful Death

☐ Survivorship Action

☒ Economic Loss

☐ Loss of Service

☐ Loss of Consortium

10. [Fill in if applicable] As a result of the injuries to her husband, PETTIS NORMAN, Plaintiff's Spouse, IVETTE NORMAN, suffers from a loss of consortium, including the following injuries:

☒ loss of marital services;

☒ loss of Companionship;

☒ loss of support; and

☒ monetary loss in the form of unreimbursed costs she has had to expend for the health care and personal care of her husband.

11. [Check if applicable] ☒ Plaintiff (and Plaintiff's Spouse, if applicable) reserve(s) the right to object to federal jurisdiction.

## DEFENDANTS

12. Plaintiff (and Plaintiff's Spouse, if applicable) bring(s) this case against the following Defendants in this action [check all that apply]:

☒ Riddell, Inc.

☒ All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

☒ Riddell Sports Group, Inc.

☒ Easton-Bell Sports, Inc.

☒ Easton-Bell Sports, LLC

☒ EB Sports Corporation

☒ RBG Holdings Corporation

13. [Check where applicable] As to each of the Riddell Defendants referenced above, the claims asserted are:

☒ design defect;

☒ informational defect;

☒ manufacturing defect.

14. [Check if applicable] ☒ The Plaintiff, (or decedent) wore one or more helmets designed and/or manufactured by the Riddell Defendants during one of more years Plaintiff (or decedent) played in the NFL and or AFL.

15. Plaintiff played in [check if applicable]:

☒ The National Football League ("NFL") and or in

☐ The American Football League ("AFL") during 1962-1970 and 1971-1973 for the following teams: <u>Dallas Cowboys; San Diego Chargers.</u>

## CAUSES OF ACTION

16. Plaintiff herein adopts by reference the following Counts of the Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]

☐ Count XI (Loss of Consortium (Against the NFL and Riddell Defendants))

☒ Count XIV (Strict Liability for Design Defect (Against Riddell Defendants))

☒ Count XV (Strict Liability for Manufacturing Defect (Against the Riddell Defendants))

☒ Count XVI (Failure to Warn (Against the Riddell Defendants))

☒ Count XVII (Negligence (Against the Riddell Defendants))

☒ Count XVIII (Civil Conspiracy/Fraudulent Concealment (Against the Riddell Defendants))

17. Plaintiff asserts the following additional causes of action [write in or attach]

_____

_____

_____

_____

_____

_____

_____

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff (and Plaintiff's Spouse, if applicable) pray(s) for judgment as follows:

A. An award of compensatory damages, the amount of which will be determined at trial;

B. For punitive and exemplary damages as applicable;

C. For all applicable statutory damages of the state whose laws will govern this action;

D. For medical monitoring, whether denominated as damages or in the form of equitable relief;

E. For an award of attorneys' fees and costs;

F. An award of prejudgment interest and costs of suit; and

G. An award of such other and further relief as the Court deems just and proper.

## JURY DEMANDED

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff (s) hereby demand(s) a trial by jury.

DATED:  January 21, 2016					Respectfully submitted,

							ROSE, KLEIN & MARIAS LLP
							801 S. Grand Avenue, 11th Floor
							Los Angeles, California 90017
							(213) 626-0571
							d.rosen@rkmlaw.net

						By: _____
							David A. Rosen
							Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on January 25, 2016, I caused the foregoing Severed Complaint Against Riddell Defendants to be served via the Electronic Case Filing (ECF) system in the United States District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

By: _____
David A. Rosen