# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY
LITIGATION

THIS DOCUMENT RELATES TO ALL
ACTIONS AGAINST THE RIDDELL
DEFENDANTS SEVERED BY THIS
COURT'S DECEMBER 1, 2015 ORDER

Civil Action No. 12-md-2323 (AB)
MDL No. 2323

## NOTICE OF JOINDER IN PLAINTIFFS' MOTION TO REMAND
## SEVERED RIDDELL ACTIONS FOR LACK OF SUBJECT MATTER JURISDICTION

Plaintiffs,[1] by and through undersigned counsel, hereby join in the motion to remand

actions against the Riddell defendants that were severed by this Court's December 1, 2015 Order,

filed as Document 6717 on January 18, 2016.  Joining plaintiffs so move because this Court

lacks subject matter jurisdiction over these actions, as explained  in the Memorandum of Support

which accompanied the Motion (Document 6717-3).  The facts and law set forth therein apply

equally to joining Plaintiffs' cases.

WHEREFORE, this Court should remand these actions to the Superior Court of

California, Los Angeles County.

---

[1] A list of moving plaintiffs is attached herein as Exhibit A.

DATED:  January 21, 2016          Respectfully submitted,

ROSE, KLEIN & MARIAS LLP
801 S. Grand Avenue, 11th Floor
Los Angeles, California 90017
(213) 626-0571
d.rosen@rkmlaw.net

By: _____
      David A. Rosen, CA. State Bar No. 101287
      Attorneys for Plaintiffs

**EXHIBIT A to NOTICE OF JOINDER IN PLAINTIFFS' MOTION TO REMAND
SEVERED RIDDELL ACTIONS FOR LACK OF SUBJECT MATTER JURISDICTION**

### 2:12 cv 01024 Larry Barnes

Lawrence Barnes
Woodrow Bennett
Joseph Brown
Rudolph Bukich
Brian Holloway
Carolyn Lens (Gregory dec'd)
Jesse Soloman
Eleanor Perfetto (Ralph Wenzel, dec'd)
James Wilder

### 2:12 CV 05200 Bryan Caldwell

Pettis and Ivette Norman
Charlie Phillips
Severn Reece

### 2:12 cv 03776 William Rademacher

William Rademacher

### 2:12 cv 06904 Douglas Aronson

Fred and Dina Brown

### 2:13 cv 01790 Nickolas Bell

Nickolas and Trisha Bell

CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2016, I caused the foregoing Notice of Joinder in Plaintiff's Motion to Remand Severed Riddell Actions for Lack of Subject Matter Jurisdiction to be served via the Electronic Case Filing (ECF) system in the United States District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

By: _____

David A. Rosen