## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2016, I caused the foregoing Notice of Joinder in Plaintiff's Motion to Remand Severed Riddell Actions for Lack of Subject Matter Jurisdiction to be served via the Electronic Case Filing (ECF) system in the United States District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

By: _____
David A. Rosen