IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : | MDL No. 2323 12-md-2323 |
| THIS DOCUMENT RELATES TO ACTIONS INVOLVING ANY RIDDELL DEFENDANT[1] | : : | |

**ORDER**

**AND NOW**, this _27th____ day of January, 2016, it is **ORDERED** that this Court's December 1, 2015 Order (ECF No. 6706) is **VACATED**.[2] The disposition of Severed Complaints already filed pursuant to the Court's December 1, 2015 Order will be determined in a further order of the Court.

s/Anita B. Brody

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

---

[1] The Riddell Defendants are Riddell, Inc.; All-American Sports Corporation; Riddell Sports Group, Inc.; Easton-Bell Sports, Inc.; Easton-Bell Sports, LLC; EB Sports Corp.; and RBG Holdings Corp. This Order DOES NOT APPLY to actions filed only against the NFL or NFL Properties, LLC ("NFL Defendants").

[2] The Riddell Defendants' Motion to Sever (ECF No. 3593) remains pending.