IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | :<br>:<br>:  MDL No. 2323<br>:  No. 12-md-2323-AB<br>:<br>:<br>: |
| THIS DOCUMENT RELATES TO ALL ACTIONS | :<br>:<br>: |

## NOTICE OF WITHDRAWAL OF APPEARANCES

TO THE CLERK OF COURT:

Please withdraw the appearances of the following attorneys with Dechert LLP as counsel of record for Defendants National Football League and NFL Properties LLC in the above-captioned action:  Robert C. Heim; Timothy C. Blank; Nathan M. McClellan; Caroline Power; and Kenneth J. Holloway.  The National Football League and NFL Properties LLC will continue to be represented by the other counsel of record currently entered in this matter.

Respectfully submitted,

Dated:  February 1, 2016

*s/ Robert C. Heim*
Robert C. Heim
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
Tel:     (215) 994-4000
Fax:    (215) 994-2222
robert.heim@dechert.com

                                          *s/ Timothy C. Blank*_____
                                          Timothy C. Blank
                                          DECHERT LLP
                                          One International Place, 40th Floor
                                          100 Oliver Street
                                          Boston, MA 02110-2605
                                          Tel:    (617) 728-7100
                                          Fax:   (617) 426-6567
                                          timothy.blank@dechert.com


                                          *s/ Nathan M. McClellan*___
                                          Nathan M. McClellan
                                          DECHERT LLP
                                          Cira Centre
                                          2929 Arch Street
                                          Philadelphia, PA  19104-2808
                                          Tel:   (215) 994-4000
                                          Fax:   (215) 994-2222
                                          nathan.mcclellan@dechert.com


                                          *s/ Caroline Power*___
                                          Caroline Power
                                          DECHERT LLP
                                          Cira Centre
                                          2929 Arch Street
                                          Philadelphia, PA  19104-2808
                                          Tel:   (215) 994-4000
                                          Fax:   (215) 994-2222
                                          caroline.power@dechert.com


                                          *s/ Kenneth J. Holloway*_____
                                          Kenneth J. Holloway
                                          DECHERT LLP
                                          Cira Centre
                                          2929 Arch Street
                                          Philadelphia, PA  19104-2808
                                          Tel:   (215) 994-4000
                                          Fax:   (215) 994-2222
                                          kenneth.holloway@dechert.com

**CERTIFICATE OF SERVICE**

I, Kenneth J. Holloway, hereby certify that on February 1, 2016, I electronically filed the foregoing NOTICE OF WITHDRAWAL OF APPEARANCES and electronically served it via the Court's CM/ECF system on all counsel of record.

Dated: February 1, 2016                     *s/ Kenneth J. Holloway*_____
                                            Kenneth J. Holloway
                                            DECHERT LLP
                                            Cira Centre
                                            2929 Arch Street
                                            Philadelphia, PA  19104-2808
                                            Tel:    (215) 994-4000
                                            Fax:   (215) 994-2222
                                            kenneth.holloway@dechert.com