IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE | : | MDL No. 2323 |
| PLAYERS' CONCUSSION INJURY LITIGATION | : | 12-md-2323 |
| | : | |
| | : | |
| | : | |
| THIS DOCUMENT RELATES TO ACTIONS | : | |
| INVOLVING ANY RIDDELL DEFENDANT[1] | : | |

## ORDER

**AND NOW**, this _3rd____ day of February, 2016, it is **ORDERED** that, in light of this Court's Order of January 27, 2016 (ECF No. 6740), Plaintiffs' Motion to Remand Severed Riddell Actions for Lack of Subject Matter Jurisdiction (ECF No. 6717) and Motion for Reconsideration and Stay of December 1, 2015 Order (ECF No. 6718), as well as any and all joinders in those motions, are hereby **DENIED, without prejudice, as MOOT**.

        s/Anita B. Brody

        _____
        ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:         Copies **MAILED** on _____ to:

---

[1] The Riddell Defendants are Riddell, Inc.; All-American Sports Corporation; Riddell Sports Group, Inc.; Easton-Bell Sports, Inc.; Easton-Bell Sports, LLC; EB Sports Corp.; and RBG Holdings Corp.