# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to: | NOTICE OF ATTORNEY'S LIEN |
| Plaintiffs' Master Administrative Long Form Complaint and (if applicable) | |
| **This document relates to:** | |
| **FRED BANKS,** Plaintiff, USDC, EDPA, Docket No. 2:12-cv-03124-AB | |

Pursuant to O.C.G.A. § 15-19-14, the Petitioner, Michael McGlamry, attorney for the Plaintiffs in the above-entitled action, hereby notifies this Court and all parties that he has a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien.

Dated:  February 5, 2016

                                               Respectfully submitted,

                                               POPE, McGLAMRY, KILPATRICK, MORRISON & NORWOOD, P.C.

                                               /s/ *Michael L. McGlamry*
                                               Michael L. McGlamry
                                               Georgia Bar No. 492515

2

        3391 Peachtree Road, NE, Suite 300
        P.O. Box 191625 (31119-1625)
        Atlanta, GA 30326
        Ph: (404) 523-7706
        Fax: (404) 524-1648
        efile@pmkm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing *Notice of Attorney's Lien* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Easter District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

DATED:  February 5, 2016

                                        /s/ *Michael L. McGlamry*
                                        Michael L. McGlamry
                                        Georgia Bar No. 492515
                                        3391 Peachtree Road, NE, Suite 300
                                        P.O. Box 191625 (31119-1625)
                                        Atlanta, GA 30326
                                        Ph: (404) 523-7706
                                        Fax: (404) 524-1648
                                        efile@pmkm.com