# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 <br><br> 12-md-2323 (AB) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - <br><br> **This document relates to:** <br><br> **FRED BANKS**, Plaintiff, USDC, EDPA, Docket No. 2:12-cv-03124-AB | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to the filing of a *Notice of Attorney's Lien* and the accompanying *Petition to Establish Attorney's Lien,* which were filed with the Court on this same date, this Notice of Withdrawal of Appearance is submitted on behalf of the firm of Pope, McGlamry, Kilpatrick, Morrison & Norwood, P.C., specifically including Michael L. McGlamry, N. Kirkland Pope, Jay F. Hirsch, and George W. Walker as counsel for Plaintiff Fred Banks in this MDL proceeding.

Dated: February 5, 2016

/s/ *Michael L. McGlamry*
Michael L. McGlamry
Georgia Bar No. 492515
POPE, McGLAMRY, KILPATRICK,
MORRISON & NORWOOD, PC
3391 Peachtree Road N.E., Suite 300
Atlanta, GA  30326
Tel. 404-523-7706
Fax 404-524-1648
efile@pmkm.com

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 <br><br> 12-md-2323 (AB) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - <br><br> **This document relates to:** <br><br> **FRED BANKS**, Plaintiff, USDC, EDPA, Docket No. 2:12-cv-03124-AB | **CERTIFICATE OF SERVICE** |

I hereby certify that, on February 5, 2016, I caused a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE to be filed via CM/ECF system, which caused notice to be sent to all counsel of record.

/s/ *Michael L. McGlamry*
Michael L. McGlamry
Georgia Bar No. 492515
POPE, McGLAMRY, KILPATRICK, MORRISON & NORWOOD, PC
3391 Peachtree Road N.E., Suite 300
Atlanta, GA  30326
Tel. 404-523-7706
Fax 404-524-1648
efile@pmkm.com