IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Easterling v. Nat'l Football League*, No. 11-cv-5209;<br>*Maxwell v. Nat'l Football League*, No. 12-cv-1023;<br>*Barnes* v. *Nat'l Football League*, No. 12-cv-1024;<br>*Pear* v. *Nat'l Football League*, No. 12-cv-1025;<br>*Camarena* v. *Nat'l Football League*, No. 12-cv-3125;<br>*Guyton* v. *Nat'l Football League*, No. 12-cv-3336;<br>*Morton* v. *Nat'l Football League*, No. 12-cv-4087;<br>*Duerson* v. *Nat'l Football League*, No. 12-cv-4631;<br>*Curry* v. *Nat'l Football League*, No. 12-cv-5780;<br>*Pyle* v. *Nat'l Football League*, No. 12-cv-6936;<br>*Woods* v. *Nat'l Football League*, No. 12-cv-7015;<br>*Brabham* v. *Nat'l Football League*, No. 13-cv-164;<br>*Mathis* v. *Nat'l Football League*, No. 13-cv-783;<br>*McClinton* v. *Nat'l Football League*, No. 13-cv-830;<br>*Bowie* v. *Nat'l Football League*, No. 13-cv-1332;<br>*Tardio* v. *Nat'l Football League*, No. 13-cv-1331;<br>*Schmitz* v. *Nat'l Football League*, No. 13-cv-1706; | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |

*Perry* v. *Nat'l Football League,*
No. 13-cv-3446;
*Matsos* v. *Nat'l Football League,*
No. 13-cv-3443;
*Hawkins* v. *Nat'l Football League,*
No. 13-cv-3444;
*Gilchrist* v. *NFL Properties, LLC,*
No. 13-cv-3447;
*Gillis* v. *Nat'l Football League,*
No. 13-cv-3442;
*Quinlan* v. *NFL Properties, LLC,*
No. 13-cv-3448;
*Abbruzzese* v. *Nat'l Football League,*
No. 13-cv-1892;
*Paul* v. *Nat'l Football League,*
No. 13-cv-3441
*Bettis* v. *Nat'l Football League,*
No. 13-cv-3445
*Kenney* v. *NFL Properties. LLC,*
No. 13-cv-473

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the appearance of Beth A. Wilkinson on behalf of Defendants Buccaneers Limited Partners, Buffalo Bills, Inc., Detroit Lions, Inc., National Football League, NFL Properties LLC., Philadelphia Eagles, LLC., Roger S. Goodell and Tennessee Titans Entertainment, Inc. is hereby WITHDRAWN and you are respectfully requested to remove the undersigned from all service and notice lists.

PLEASE TAKE FURTHER NOTICE that Buccaneers Limited Partners, Buffalo Bills, Inc., Detroit Lions, Inc., National Football League, NFL Properties LLC., Philadelphia Eagles, LLC., Roger S. Goodell and Tennessee Titans Entertainment, Inc. will continue to be represented by the law firm of Paul, Weiss, Rifkind,Wharton & Garrison LLP.

Dated:  February 22, 2016
       Washington, D.C.

Respectfully submitted,

WILKINSON, WALSH + ESKOVITZ PLLC

By:   */s/ Beth A. Wilkinson*
      Beth A. Wilkinson

1900 M Street, NW Suite 800
Washington, D.C. 20036
bwilkinson@wilkinsonwalsh.com

*Attorney for the Buccaneers Limited Partners, Buffalo Bills, Inc., Detroit Lions, Inc., National Football League, NFL Properties LLC., Philadelphia Eagles, LLC., Roger S. Goodell and Tennessee Titans Entertainment, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2016, a true and correct copy of the foregoing Notice of Withdrawal was filed electronically and served upon counsel of record via the Court's CM/ECF system.

/s/ *Beth A. Wilkinson*
Beth A. Wilkinson