UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Lewis, et al. v. Kansas City Football Club, Inc.*, 14-1995<br>*Horn, et al. v. Kansas City Football Club, Inc.*, 14-3382<br>*Smith, et al. v. Kansas City Football Club, Inc.*, 14-3383<br>*Kenney, et al. v. Kansas City Football Club, Inc.*, 14-4779 | **Hon. Anita B. Brody** |

### ORDER

**AND NOW,** on this __25th__ day of February, 2016, it is **ORDERED** that Plaintiffs' Motion to Remand (ECF No. 6660)[1] is **DENIED AS MOOT**.[2]

s/Anita B. Brody

Anita B. Brody
United States District Court Judge

Copies **VIA ECF** on _____ to:       Copies **MAILED** on _____ to:

---

1 This motion was also filed in the following cases:
- *Lewis et al. v. Kansas City Football Club, Inc.*, 14-1995 (ECF No. 24)
- *Horn et al. v. Kansas City Football Club, Inc.*, 14-3382 (ECF No. 14)
- *Smith et al. v. Kansas City Football Club, Inc.*, 14-3383 (ECF No. 14)
- *Kenney et al. v. Kansas City Football Club, Inc.*, 14-4779 (ECF No. 5)

2 On December 1, 2015, the Court ordered Plaintiffs to file an Amended Motion to Remand. *See* ECF No. 6705. Plaintiffs filed their Amended Motion on December 17, 2015. *See* ECF No. 6712. The Amended Motion specifically incorporates the arguments raised in the original Motion to Remand "as if fully set forth." *Id.* at 2.