# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No 12-md-2323-AB <br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO THE FOLLOWING ACTIONS: | |
| MAXWELL v NFL, et al.,         12-cv-1023 <br> PEAR v NFL, et al.,            12-cv-1025 <br> MONK v NFL, et al.,            12-cv-3533 <br> HENDERSON v NFL, et al.,   12-cv-3534 <br> KUECHENBERG v NFL, et al., 12-cv-3535 <br> BAUMAN v NFL, et al.,        12-cv-4576 <br> BAILEY v NFL, et al.,          12-cv-5372 <br> SWEET v NFL, et al.,           12-cv-7214 <br> DUCKWORTH v NFL, et al.,  13-cv-4231 <br> JANI v NFL, et al.              14-cv-2064 | |

## PLAINTIFFS' MOTION TO SCHEDULE RULE 16 PRETRIAL CONFERENCE

Plaintiffs, by and through undersigned counsel, move this Court to schedule a pretrial conference pursuant to F.R.C.P. 16 with counsel for Plaintiffs and the Riddell Defendants[1] in the above-captioned actions, and in support thereof, state as follows:

1. Plaintiffs, all former NFL Players, their spouses, or personal representatives, brought the instant actions against, *inter alia*, the Riddell Defendants, in relation to chronic traumatic brain injury Plaintiff players suffered while wearing Riddell helmets as professional football players.

---

[1] Namely, Riddell, Inc., All American Sports Corporation, Riddell Sports Group, Inc., Easton-Bell Sports Group, Inc., Easton-Bell Sports, Inc., EB Sports Corp., and RBG Holdings Corp.

2. Their claims are based in strict liability and negligence, as well as, in many cases, loss of consortium and wrongful death.

3. On August 30, 2012, the Riddell Defendants filed their Motion to Dismiss Based on LMRA § 301 Preemption. Plaintiffs responded in opposition to this Motion on October 31, 2012, and the Riddell Defendants replied on December 17, 2012.

4. This Court has not yet ruled on the Riddell Defendants' Motion to Dismiss.

5. The Riddell Defendants also filed a Motion to Sever on August 30, 2012.

6. This Court granted the Riddell Defendants' Motion to Sever on December 1, 2015.

7. On January 27, 2016, this Court vacated its December 1, 2015 Order granting the Riddell Defendants' Motion to Sever.

8. Plaintiffs believe that a pretrial conference at this juncture will expedite the disposition of these actions. *Cf.* F.R.C.P. 16(a).

WHEREFORE, Plaintiffs ask that this Court schedule a pretrial conference with Plaintiffs and the Riddell Defendants at the earliest possible time convenient to this Court.

Dated: February 26, 2016                    Respectfully Submitted,

/s/ *Jason E. Luckasevic*
GOLDBERG, PERSKY & WHITE, P.C.
Jason E. Luckasevic
PA ID #No. 85557
Jason T. Shipp
PA ID #No. 87471
11 Stanwix Street, Suite 1800
Pittsburgh, PA 15222
Telephone: (412) 471-3980
Facsimile: (412) 471-8308

GIRARDI KEESE
Thomas Girardi

Christopher T. Aumais
Nicole DeVanon
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone:  (213) 977-0211
Facsimile:  (213)481-1554

RUSSOMANNO & BORRELLO, P.A.
Herman J. Russomanno
Robert J. Borrello
150 West Flagler Street - PH 2800
Miami, FL 33130
Telephone: (305) 373-2101
Facsimile: (305) 373-2103

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served upon all counsel of record via the CM/ECF system this 26th day of February, 2016.

/s/ *Jason E. Luckasevic*
Jason E. Luckasevic, Esquire

Counsel for Plaintiffs
