# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No 12-md-2323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO THE FOLLOWING ACTIONS: | |
| MAXWELL v NFL, et al.,            12-cv-1023<br>PEAR v NFL, et al.,                  12-cv-1025<br>MONK v NFL, et al.,                12-cv-3533<br>HENDERSON v NFL, et al.,     12-cv-3534<br>KUECHENBERG v NFL, et al., 12-cv-3535<br>BAUMAN v NFL, et al.,           12-cv-4576<br>BAILEY v NFL, et al.,               12-cv-5372<br>SWEET v NFL, et al.,                12-cv-7214<br>DUCKWORTH v NFL, et al.,   13-cv-4231<br>JANI v NFL, et al.                     14-cv-2064 | |

## ORDER

AND NOW, this ____ day of _____, 2016, upon consideration of Plaintiffs' Motion to Schedule Rule 16 Pretrial Conference, said Motion is GRANTED. Counsel for Plaintiffs and the Riddell Defendants in the above-captioned action shall attend a pretrial conference in Courtroom 7-B of the James A. Byrne U.S. Courthouse, Philadelphia, Pennsylvania on _____, 2016 at _____.