# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> *Fassitt, et al. v. National Football League, et al.,* <br><br> Kenneth Neil, Plaintiff | No. 2:14-cv-02396 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE ON BEHALF OF PLAINTIFF KENNETH NEIL

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kenneth Neil hereby voluntarily dismiss his claims against Defendants in the above-captioned action, without prejudice. This notice of voluntary dismissal without prejudice shall apply only to the claims of Plaintiff Kenneth Neil. The claims of all other Plaintiffs in the above-captioned matter are not hereby dismissed and shall remain in full force and effect.

This notice of voluntary dismissal without prejudice of Plaintiff Kenneth Neil's claims in the above-captioned matter applies to this matter only. His claims in *Ken Neil v. National Football League, et al.*, Case No. 2:14-cv-03842-AB, remain pending. None of the Defendants in this action have filed or served an answer to Plaintiffs' Complaint, or a Motion for Summary Judgment. Plaintiff has filed this Notice under both the individual docket number listed in the caption above and the MDL docket.

WHEREFORE, Plaintiff Kenneth Neil respectfully requests that this Court dismiss his claims, without prejudice, against Defendants in the above-captioned action only.

Dated: March 8, 2016

                                                        Respectfully submitted:

                                                        *s/ David B. Franco*
                                                        David B. Franco (TXBR #24072097)
                                                        James R. Dugan, II
                                                        THE DUGAN LAW FIRM, APLC
                                                        365 Canal Street, Suite 1000
                                                        New Orleans, LA 70130
                                                        Telephone: (504) 648-0180
                                                        Facsimile: (504) 648-0181
                                                        Email: dfranco@dugan-lawfirm.com

                                                        ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, March 8, 2016, I caused the foregoing Notice of Voluntary Dismissal Without Prejudice to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

*s/ David B. Franco*
David B. Franco
