UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Fassitt, et al. v. National Football League, et al.,*<br><br>As to Plaintiff Kenneth Neil | No. 2:14-cv-02396 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

James R. Dugan, II and David B. Franco of The Dugan Law Firm, APLC hereby withdraw their appearance as attorneys of record for Plaintiff Kenneth Neil only in the above-captioned case.

Dated: March 8, 2016

                                            Respectfully submitted:

                                            *s/ David B. Franco*
                                            David B. Franco (TXBR #24072097)
                                            James R. Dugan, II
                                            THE DUGAN LAW FIRM, APLC
                                            365 Canal Street, Suite 1000
                                            New Orleans, LA 70130
                                            Telephone: (504) 648-0180
                                            Facsimile: (504) 648-0181
                                            Email: dfranco@dugan-lawfirm.com

                                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, March 8, 2016, I caused the foregoing Notice of Withdrawal of Appearance to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

                                                        *s/ David B. Franco*
                                                        David B. Franco