UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Robert Holt, et al. v. National Football League, et al.<br><br>Court File No. 2:12-cv-4185-AB | **O R D E R** |

AND NOW, this ____ day of _____, 2016, upon consideration of the motion by Charles S. Zimmerman, J. Gordon Rudd, Jr., and Brian C. Gudmundson of Zimmerman Reed, L.L.P. to withdraw as counsel in relation to the claims of Barney Chavous and Odessa Chavous ONLY in this action, and for good cause shown, said motion is granted.  The above-listed counsel are hereby granted leave to withdraw as counsel for Barney Chavous and Odessa Chavous.

_____
Honorable Anita B. Brody