UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Floyd Little, et al. v. National Football League, et al.<br><br>Court File No. 2:12-cv-2219-AB | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF CHRIS DIETERICH** |

      Charles S. Zimmerman, J. Gordon Rudd, Jr., and Brian C. Gudmundson of Zimmerman Reed, L.L.P. ("Plaintiffs' Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Chris Dieterich only in this action, and state as follows:

      1.    Plaintiffs' counsel filed the action *Floyd Little, et al. v. National Football League, et al.*, No. 2:12-cv-2219-AB, in the Eastern District of Pennsylvania on April 24, 2012, for the benefit of several retired National Football League players, including Chris Dieterich.

      2.    Plaintiffs' counsel filed a short form complaint for Plaintiffs Chris Dieterich on July 13, 2012.

3.      Since then, irreconcilable differences have arisen between Plaintiffs Chris Dieterich and the undersigned.

4.      Plaintiffs' counsel properly notified Chris Dieterich of counsel's intention to withdraw from representing him in this matter.

5.      Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiffs' counsel respectfully requests this Court for leave to withdraw as counsel for Chris Dieterich only in Court File No. 2:12-cv-2219-AB.

Dated:  March 11, 2016                                  Respectfully submitted,

                                                        ZIMMERMAN REED, L.L.P.


                                                         s/ Brian C. Gudmundson
                                                        Charles S. Zimmerman (#120054)
                                                        J. Gordon Rudd, Jr. (#222082)
                                                        Brian C. Gudmundson (#336695)
                                                        1100 IDS Center, 80 South 8th Street
                                                        Minneapolis, MN  55402
                                                        Telephone: (612) 341-0400
                                                        Facsimile: (612) 341-0844
                                                        Charles.Zimmerman@zimmreed.com
                                                        Gordon.Rudd@zimmreed.com
                                                        Brian.Gudmundson@zimmreed.com