UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to:<br><br>Plaintiffs' Master Administrative Long Form Complaint and *WILLIAM RADEMACHER et. al. vs. National Football League*<br>USDC, EDPA, **Docket No. 12-cv-03776-AB** | **NOTICE OF WITHDRAWAL OF APPEARANCE**<br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION |

### NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES:

Please withdraw the appearance of David A. Rosen as counsel for Rademacher, et al, v. National Football League. Kevin P. Smith of Rose, Klein & Marias LLP will remain as counsel of record in this matter.

DATED: March 15, 2016　　　　ROSE, KLEIN & MARIAS LLP

By: _____
Kevin P. Smith
Attorneys for Rademacher, et al

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Notice of Withdrawal of Appearance* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: March 16, 2016

Respectfully Submitted:

Kevin P. Smith (State Bar No. 252580)
**ROSE KLEIN AND MARIAS**
801 S. Grand, 11th Floor
Los Angeles, California 90017
(213) 626-0571 Telephone
*Attorneys for Plaintiffs*