UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to: | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| Plaintiffs' Master Administrative Long Form Complaint and _BRYAN CALDWELL, et. al. vs. National Football League_ USDC, EDPA, **Docket No. 12-cv-05200-AB** | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES:

Please withdraw the appearance of David A. Rosen as counsel for Caldwell, et al, v. National Football League. Kevin P. Smith of Rose, Klein & Marias LLP will remain as counsel of record in this matter.

DATED: March 16, 2016            ROSE, KLEIN & MARIAS LLP

By: _____
Kevin P. Smith
Attorneys for Caldwell, et al

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Notice of Withdrawal of Appearance* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: March 16, 2016

Respectfully Submitted:

_____
Kevin P. Smith (State Bar No. 252580)
**ROSE KLEIN AND MARIAS**
801 S. Grand, 11th Floor
Los Angeles, California 90017
(213) 626-0571 Telephone
*Attorneys for Plaintiffs*