UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>*MAXWELL v. NFL, et al.*         12-cv-1023<br>*PEAR v. NFL, et al.*              12-cv-1025<br>*MONK v. NFL, et al.*              12-cv-3533<br>*HENDERSON v. NFL, et al.*    12-cv-3534<br>*KUECHENBERG v. NFL, et al.* 12-cv-3535<br>*BAUMAN v. NFL, et al.*         12-cv-4576<br>*BAILEY v. NFL, et al.*             12-cv-5372<br>*SWEET v. NFL, et al.*             12-cv-7214<br>*DUCKWORTH v. NFL*             13-cv-4231<br>*JANI v. NFL*                           14-cv-2064 | **Hon. Anita B. Brody** |

## PROPOSED ORDER

AND NOW, this ____ day of March 2016, upon consideration of the Riddell defendants' motion for leave to file a surreply to the plaintiffs' reply in support of the plaintiffs' motion to schedule a Rule 16 pretrial conference, it is hereby ORDERED that the Riddell defendants' motion is GRANTED and that the surreply attached to the Riddell defendants' motion as Exhibit 1 is deemed filed.

 

*/s/ Anita B. Brody*_____
ANITA B. BRODY, J.