IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION  ) ) ) | MDL No. 2323 |
| ) | |
| This relates to: ) ) | |
| Plaintiffs' Master Administrative Long Form Complaint and (if applicable) ) ) ) | NOTICE OF ATTORNEY'S LIEN |
| **This document relates to:** ) ) | |
| **KENNETH B. CALLICUTT** and **MARY E. CALLICUTT**, Plaintiffs, USDC, EDPA, Docket No. 2:12-cv-04086-AB ) ) ) | |

_____

## NOTICE OF ATTORNEY'S LIEN

Pursuant to O.C.G.A. § 15-19-14, the Petitioner, Manoj S. Varghese, attorney for the Plaintiffs in the above-entitled action, hereby notifies this Court and all parties that he has a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien.

Dated: April 1, 2016

                                                   Respectfully submitted,

                                                   /s/ Manoj S. Varghese
                                                 Manoj S. Varghese
                                                 Georgia Bar No. 734668

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Tel: (404) 881-4100

1401958.1

3

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Notice of Attorney's Lien* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

DATED:  April 1, 2016.

                                              /s/ Manoj S. Varghese
                                              Manoj S. Varghese