# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to: | |
| Plaintiffs' Master Administrative Long Form Complaint and (if applicable) | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| **This document relates to:** | |
| **KENNETH B. CALLICUTT** and **MARY E. CALLICUTT**, Plaintiffs, USDC, EDPA, Docket No. 2:12-cv-04086-AB | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to the filing of a Notice of Attorney's Lien and the accompanying Petition to Establish Attorney's Lien, which were filed with the Court on this same date, this Notice of Withdrawal of Appearance is submitted on behalf of the firm of Bondurant Mixson & Elmore, LLP, specifically and including Naveen Ramachandrappa and Manoj S. Varghese, the firm of Davis, Zipperman, Kirschenbaum & Lotito, LLP, specifically E. Marcus Davis, and the firm of DuBose Miller, specifically Von A. DuBose, as counsel for Plaintiffs Kenneth B. Callicutt and Mary E. Callicutt in this MDL proceeding.

Dated: April 1, 2016

                                          Respectfully submitted,

                                          /s/ Manoj S. Varghese
                                          Manoj S. Varghese
                                          Georgia Bar No. 734668

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Tel: (404) 881-4100

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

DATED: April 1, 2016.

/s/ Manoj S. Varghese
Manoj S. Varghese
Georgia Bar No. 734668
