## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | )<br>)<br>)  **MDL No. 2323**<br>) |
| This relates to: | )<br>) |
| Plaintiffs' Master Administrative Long Form Complaint and (if applicable) | )<br>) **NOTICE OF**<br>) **WITHDRAWAL OF** |
| **This document relates to:** | **APPEARANCE**<br>) |
| **DEMARCUS CURRY and ROXANNE CURRY,** Plaintiffs, USDC, EDPA, Docket No. 2:12-cv-05780-AB | )<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to the filing of a Notice of Attorney's Lien and the accompanying Petition to Establish Attorney's Lien, which were filed with the Court on this same date, this Notice of Withdrawal of Appearance is submitted on behalf of the firm of Bondurant Mixson & Elmore, LLP, specifically and including Naveen Ramachandrappa and Manoj S. Varghese, the firm of Davis, Zipperman, Kirschenbaum & Lotito, LLP, specifically E. Marcus Davis, and the firm of DuBose Miller, specifically Von A. DuBose, as counsel for Plaintiffs Demarcus Curry and Roxanne Curry in this MDL proceeding.

1402410.1

Dated: April 1, 2016

Respectfully submitted,

/s/ Manoj S. Varghese
Manoj S. Varghese
Georgia Bar No. 734668

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Tel: (404) 881-4100

1402410.1

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

DATED:  April 1, 2016.

/s/ Manoj S. Varghese
Manoj S. Varghese
Georgia Bar No. 734668