# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: THE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br>THIS DOCUMENT RELATES TO ALL ACTIONS | No. 2:12-md-02323-AB<br>MDL No. 2323 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

Kindly withdraw the appearance of Elizabeth Castagna Inglis and Dechert LLP as attorneys of record in the above-captioned matter. Ms. Castagna Inglis is no longer employed at Dechert LLP but authorizes the withdrawal of appearance.

Respectfully submitted,

Dated: April 4, 2016
/s/ *Robert C. Heim*
Robert C. Heim
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-2000
robert.heim@dechert.com

## CERTIFICATE OF SERVICE

I, Robert C. Heim, hereby certifies that on this, the 4th day of April 2016, I filed the foregoing Withdrawal of Appearance with the United States District Court for the Eastern District of Pennsylvania via Courier. By so filing the foregoing document, I cause it to be served by operation of the Court's Notice of Docket Activity.

Dated: April 4, 2016

/s/ *Robert C. Heim*
Robert C. Heim
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-2000
robert.heim@dechert.com