# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| | 12-md-2323 (AB) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| **This document relates to:** | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| **CHRISTIAN MORTON and LAKISHA MORTON**, Plaintiffs, USDC, EDPA, Docket No. 2:13-cv-6101-AB | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to the filing of a *Notice of Attorney's Lien* and the accompanying *Petition to Establish Attorney's Lien,* which were filed with the Court on this same date, this Notice of Withdrawal of Appearance is submitted on behalf of the firm of Pope, McGlamry, Kilpatrick, Morrison & Norwood, P.C., specifically including Michael L. McGlamry, N. Kirkland Pope, Jay F. Hirsch, and George W. Walker as counsel for Plaintiffs Christian Morton and Lakisha Morton in this MDL proceeding.

Dated: April 8, 2016

/s/ *Michael L. McGlamry*
Michael L. McGlamry
Georgia Bar No. 492515
POPE, McGLAMRY, KILPATRICK,
MORRISON & NORWOOD, PC
3391 Peachtree Road N.E., Suite 300
Atlanta, GA 30326
Tel. 404-523-7706
Fax 404-524-1648
efile@pmkm.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br><br>12-md-2323 (AB) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - -<br><br>**This document relates to:**<br><br>**CHRISTIAN MORTON and LAKISHA MORTON**, Plaintiffs, USDC, EDPA, Docket No. 2:13-cv-6101-AB | **CERTIFICATE OF SERVICE** |

    I hereby certify that, on April 8, 2016, I caused a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE to be filed via CM/ECF system, which caused notice to be sent to all counsel of record.

                                          /s/ *Michael L. McGlamry*
                                          Michael L. McGlamry
                                          Georgia Bar No. 492515
                                          POPE, McGLAMRY, KILPATRICK,
                                          MORRISON & NORWOOD, PC
                                          3391 Peachtree Road N.E., Suite 300
                                          Atlanta, GA  30326
                                          Tel. 404-523-7706
                                          Fax 404-524-1648
                                          efile@pmkm.com