IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : :  MDL No. 2323 :  No. 12-md-2323-AB : : |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : : : : |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter the appearance of Michael Joseph Edelman, Esquire, of Pepper Hamilton, LLP, as additional counsel of record for Defendants National Football League and NFL Properties LLC in the above-captioned matter.

Respectfully submitted,

Dated:  April 18, 2016

*s/ Michael Joseph Edelman*
Michael Joseph Edelman
PA ID:  315858
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
215.981.4000
edelmanm@pepperlaw.com

## CERTIFICATE OF SERVICE

       I, Michael Joseph Edelman, hereby certify that on April 18, 2016, I electronically filed the foregoing ENTRY OF APPEARANCE and electronically served it via the Court's CM/ECF system upon all counsel of record.

Dated:  April 18, 2016

*s/ Michael Joseph Edelman*
Michael Joseph Edelman
PA ID:  315858
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
215.981.4000
edelmanm@pepperlaw.com