IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : <br> : <br> :  MDL No. 2323 <br> :  No. 12-md-2323-AB <br> : <br> : <br> : |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : <br> : <br> : |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Sean P. Fahey, Esquire, of Pepper Hamilton, LLP, as additional counsel of record for Defendants National Football League and NFL Properties LLC in the above-captioned matter.

Respectfully submitted,

Dated:  April 18, 2016

*s/ Sean P. Fahey*
Sean P. Fahey
PA ID:  73305
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
215.981.4000
faheys@pepperlaw.com

## CERTIFICATE OF SERVICE

       I, Michael Joseph Edelman, hereby certify that on April 18, 2016, I electronically filed the foregoing ENTRY OF APPEARANCE and electronically served it via the Court's CM/ECF system upon all counsel of record.

Dated: April 18, 2016

*s/ Michael Joseph Edelman*
Michael Joseph Edelman
PA ID: 315858
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
215.981.4000
edelmanm@pepperlaw.com