# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB <br><br> MDL No. 2323 |
| | : | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: | : : | |
| *Shepard v. Kansas City Chiefs Football Club, Inc.* | : : | No. 14-cv-03380-AB |
| and | : : | |
| *Horn, et al. v. Kansas City Chiefs Football Club, Inc.* | : : : : | No. 14-cv-03382-AB |
| and | : : | |
| *Manuel v. Kansas City Chiefs Football Club, Inc.* | : : : | No. 14-cv-043384-AB |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the appearance of Kendra D. Hanson on behalf of the Kansas City Chiefs Football Club, Inc. is hereby WITHDRAWN and you are respectfully requested to remove the undersigned from all service and notice lists.

PLEASE TAKE FURTHER NOTICE that the Kansas City Chiefs Football Club, Inc. will continue to be represented by the law firms of Seigfreid Bingham, P.C. and Paul, Weiss, Rifkind, Wharton & Garrison LLP in the above-captioned matters.

Dated: April 21, 2016

1029353v1

Respectfully submitted,

*/s/ Kendra D. Hanson*
Gregory S. Gerstner, Esq.
Frederick H. Riesmeyer II, Esq.
Christopher M. McHugh, Esq.
Kendra D. Hanson, Esq.
SEIGFREID BINGHAM, P.C.
2323 Grand Blvd., Suite 1000
Kansas City, Missouri 64108
ggerstner@sb-kc.com
friesmeyer@sb-kc.com
cmchugh@sb-kc.com
khanson@sb-kc.com
(816) 421-4460

***Attorneys for the Kansas City Chiefs Football Club, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2016, a true and correct copy of the foregoing Notice of Withdrawal was filed electronically and served upon counsel of record via the Court's CM/ECF system.

*/s/ Kendra D. Hanson*