**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| **IN RE: NATIONAL FOOTBALL** | : | **No. 2:12-md-02323-AB** |
| **PLAYERS' CONCUSSION** | : | |
| **INJURY LITIGATION** | : | **MDL No. 2323** |
| | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| **GEORGE SEALS,** Plaintiff in | : | |
| Moss v. NFL, No. 14-cv-4480 | : | |

## NOTICE OF ATTORNEY'S LIEN

Pursuant to La. R.S. 37:218, et seq. and La. R.S. 9:5001, et seq., the Petitioners, Derriel C. McCorvey for The Law Office of Derriel C. McCorvey, L.L.C., The Singleton Law Firm, Andrus Hood & Wagstaff and Mike Espy, PLC, attorneys for the Plaintiff in the above-entitled action, hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien.

Dated:  April 22, 2016

Respectfully Submitted By:

**THE LAW OFFICE OF**
**DERRIEL C. McCORVEY, L.L.C.**

/s/ Derriel C. McCorvey
Derriel C. McCorvey
LA Bar Roll # 26083
TX Bar Roll# 24073351
117 Caillouett Place
Post Office Box 2473
Lafayette, LA 70502

1

Tel. 337-291-2431
Fax 337-291-2433
Email: derriel@mccorveylaw.com

/s/ W. James Singleton
LABR# 17801
The Singleton Law Firm, APLC
4050 Linwood Avenue
Shreveport, LA 71108
Ph. 318-631-5200
Fax 318-636-7759
wjsingleton@singletonlaw.com

/s/ Vance R. Andrus
Vance R Andrus
LABR# 2484
ANDRUS HOOD & WAGSTAFF
1999 Broadway
Suite 4150
Denver, CO 80202
Ph. (303) 376-6360
Fax (303) 376-6371
vance.andrus@ahw-law.com

/s/ Mike Espy
MSBR# 5240
Mike Espy PLLC
317 E. Capitol Street, Ste. 101
Jackson, MS 39201
Ph. 601-355-9101
Fax 601-355-6021
mikesmike@mikespy.com

Attorneys for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2016, I electronically filed the foregoing *Notice of Attorney's Lien* with the Clerk of the Court by using the CM/ECF system. Said document has this date been served on all counsel of record in these proceedings by CM-ECF.


/s/Derriel C. McCorvey
DERRIEL C. MCCORVEY