UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> Robert Kuechenberg, et al. <br> v. National Football League et al. <br> No. 2:12-cv-03535-AB <br><br><br> **As to Plaintiffs KEITH BOSTIC and NATALIE BOSTIC Only** | NOTICE OF WITHDRAWAL OF APPEARANCE |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF REORD:

Jason E. Luckasevic of Goldberg, Persky & White, P.C., Thomas Girardi of Girardi Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby withdraw their appearance as attorneys of record for Plaintiffs **KEITH BOSTIC and NATALIE BOSTIC** only in the above-referenced case.

Dated: May 2, 2016

                                          Respectfully submitted,

                                          GOLDBERG, PERSY & WHITE, P.C.

                                          By: s/ *Jason E. Luckasevic*
                                          Jason E. Luckasevic, Esquire
                                          (PA Bar No. 85557)
                                          11 Stanwix Street, Suite 1800
                                          Pittsburgh, PA  15222
                                          Telephone:  (412) 471-3980
                                          Facsimile: (412) 471-8308
                                          *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2016 the foregoing Notice of Withdrawal of Appearance was electronically filed. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

GOLDBERG, PERSY & WHITE, P.C.

By: s/ *Jason E. Luckasevic*