# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB <br><br> MDL No. 2323 |
| | : | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: | : : | |
| *Shepard v. Kansas City Chiefs Football Club, Inc.* | : : : | No. 14-cv-03380-AB |
| and | : : | |
| *Horn, et al. v. Kansas City Chiefs Football Club, Inc.* | : : : | No. 14-cv-03382-AB |
| and | : : | |
| *Manuel v. Kansas City Chiefs Football Club, Inc.* | : : : : | No. 14-cv-043384-AB |

NOTICE OF APPEARANCE

      COMES NOW Gregory S. Gerstner and hereby enters his appearance as additional counsel for the Kansas City Chiefs Football Club, Inc.

      Respectfully submitted,

*/s/ Gregory S. Gerstner*
Gregory S. Gerstner, MO
SEIGFREID BINGHAM, P.C.
2323 Grand Blvd., Suite 1000
Kansas City, Missouri 64108
ggerstner@sb-kc.com
(816) 421-4460

***Attorneys for the Kansas City Chiefs Football Club, Inc.***

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 2nd day of May, 2016, a true and correct copy of the foregoing Notice of Appearance was filed electronically and served upon counsel of record via the Court's CM/ECF system.

               */s/ Gregory S. Gerstner*