UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Holt et al. v. NFL et al.*, 12-4185 | **Hon. Anita B. Brody** |

## ORDER

**AND NOW,** on this _5th__ day of May, 2016, it is **ORDERED** that Plaintiffs Rickey and Lorraine Dixon[1] are permitted to file documents on the ECF dockets in the above-captioned cases.

s/Anita B. Brody

---

Anita B. Brody
United States District Court Judge

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

---

[1] On March 8, 2016, I permitted Plaintiffs Rickey and Lorraine Dixon to proceed pro se in this action. *See* ECF No. 6762.

1