UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL PLAYERS' CONCUSSION INJURY LITIGATION : | No. 2:12-md-02323-AB <br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: : | |
| **CARL SIMPSON,** Plaintiff in Simpson v. NFL, No. 12-cv-4379 : | |

## NOTICE OF ATTORNEY'S LIEN

Pursuant to La. R.S. 37:218, et seq. and La. R.S. 9:5001, et seq., the Petitioners, Derriel C. McCorvey for The Law Office of Derriel C. McCorvey, L.L.C., The Singleton Law Firm, Andrus Hood & Wagstaff and Mike Espy, PLC, attorneys for the Plaintiff in the above-entitled action, hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien.

Dated: May 6, 2016

Respectfully Submitted By:

THE LAW OFFICE OF
DERRIEL C. McCORVEY, L.L.C.

/s/ Derriel C. McCorvey
Derriel C. McCorvey
LA Bar Roll # 26083
TX Bar Roll# 24073351
117 Caillouett Place
Post Office Box 2473
Lafayette, LA 70502

1

2

>Tel. 337-291-2431
>Fax 337-291-2433
>Email: derriel@mccorveylaw.com
>
>/s/ W. James Singleton
>LABR# 17801
>The Singleton Law Firm, APLC
>4050 Linwood Avenue
>Shreveport, LA 71108
>Ph. 318-631-5200
>Fax 318-636-7759
>wjsingleton@singletonlaw.com
>
>/s/ Vance R. Andrus
>Vance R Andrus
>LABR# 2484
>ANDRUS HOOD & WAGSTAFF
>1999 Broadway
>Suite 4150
>Denver, CO 80202
>Ph. (303) 376-6360
>Fax (303) 376-6371
>vance.andrus@ahw-law.com
>
>/s/ Mike Espy
>MSBR# 5240
>Mike Espy PLLC
>317 E. Capitol Street, Ste. 101
>Jackson, MS 39201
>Ph. 601-355-9101
>Fax 601-355-6021
>mikesmike@mikespy.com
>
>Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2016, I electronically filed the foregoing *Notice of Attorney's Lien* with the Clerk of the Court by using the CM/ECF system. Said document has this date been served on all counsel of record in these proceedings by CM-ECF.

>/s/Derriel C. McCorvey
>DERRIEL C. MCCORVEY