# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>**ALEXANDER COOPER,** Plaintiff in Simpson v. NFL, No. 12-cv-4379 | |

## NOTICE OF ATTORNEY'S LIEN

Pursuant to La. R.S. 37:218, et seq. and La. R.S. 9:5001, et seq., the Petitioners, Derriel C. McCorvey for The Law Office of Derriel C. McCorvey, L.L.C., The Singleton Law Firm, Andrus Hood & Wagstaff and Mike Espy, PLC, attorneys for the Plaintiff in the above-entitled action, hereby notify this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien.

Dated:  May 6, 2016

Respectfully Submitted By:

THE LAW OFFICE OF
DERRIEL C. McCORVEY, L.L.C.

/s/ Derriel C. McCorvey
Derriel C. McCorvey
LA Bar Roll # 26083
TX Bar Roll# 24073351
117 Caillouett Place
Post Office Box 2473
Lafayette, LA 70502

1

        Tel. 337-291-2431
        Fax 337-291-2433
        Email: derriel@mccorveylaw.com

        /s/ W. James Singleton
        LABR# 17801
        The Singleton Law Firm, APLC
        4050 Linwood Avenue
        Shreveport, LA 71108
        Ph. 318-631-5200
        Fax 318-636-7759
        wjsingleton@singletonlaw.com

        /s/ Vance R. Andrus
        Vance R Andrus
        LABR# 2484
        ANDRUS HOOD & WAGSTAFF
        1999 Broadway
        Suite 4150
        Denver, CO 80202
        Ph. (303) 376-6360
        Fax (303) 376-6371
        vance.andrus@ahw-law.com

        /s/ Mike Espy
        MSBR# 5240
        Mike Espy PLLC
        317 E. Capitol Street, Ste. 101
        Jackson, MS 39201
        Ph. 601-355-9101
        Fax 601-355-6021
        mikesmike@mikespy.com

        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on May 6 2016, I electronically filed the foregoing *Notice of Attorney's Lien* with the Clerk of the Court by using the CM/ECF system. Said document has this date been served on all counsel of record in these proceedings by CM-ECF.

        /s/Derriel C. McCorvey
        DERRIEL C. MCCORVEY