UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> **CHRIS MONTANE SMITH,** <br> **BILLIE SMITH** <br> Plaintiffs in Simpson v. NFL, No. 12-cv-4379 | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to providing a *Notice of Attorney's Lien* and the accompanying *Petition to Establish Attorney's Lien* to the Plaintiffs Chris Montane Smith and Billie Smith via Certified Mail, this Notice of Withdrawal of Appearance is submitted on behalf of The Law Office of Derriel C. McCorvey, L.L.C., specifically including Derriel C. McCorvey as counsel for plaintiffs Chris Montane Smith and Billie Smith in this MDL proceeding.

Dated:  May 6, 2016

Respectfully Submitted By:

**THE LAW OFFICE OF**
**DERRIEL C. McCORVEY, L.L.C.**

/s/ Derriel C. McCorvey
Derriel C. McCorvey
LA Bar Roll # 26083
TX Bar Roll# 24073351
117 Caillouett Place
Post Office Box 2473
Lafayette, LA 70502
Tel. 337-291-2431
Fax 337-291-2433
Email: derriel@mccorveylaw.com

1

/s/ W. James Singleton
LABR# 17801
The Singleton Law Firm, APLC
4050 Linwood Avenue
Shreveport, LA 71108
Ph. 318-631-5200
Fax 318-636-7759
wjsingleton@singletonlaw.com

/s/ Vance R. Andrus
Vance R Andrus
LABR# 2484
ANDRUS HOOD & WAGSTAFF
1999 Broadway
Suite 4150
Denver, CO 80202
Ph. (303) 376-6360
Fax (303) 376-6371
vance.andrus@ahw-law.com

/s/ Mike Espy
MSBR# 5240
Mike Espy PLLC
317 E. Capitol Street, Ste. 101
Jackson, MS 39201
Ph. 601-355-9101
Fax 601-355-6021
mikesmike@mikespy.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2016, I electronically filed the foregoing *Notice of Withdrawal of Appearance* with the Clerk of the Court by using the CM/ECF system. Said document has this date been served on all counsel of record in these proceedings by CM-ECF.

/s/Derriel C. McCorvey
DERRIEL C. MCCORVEY

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2016, I caused a true and correct copy of the foregoing *NOTICE OF WITHDRAWAL OF APPEARANCE* to be mailed via Certified Mail to plaintiffs Chris Montane Smith and Billie Smith.

/s/Derriel C. McCorvey
DERRIEL C. MCCORVEY