UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to: | NOTICE OF WITHDRAWAL OF APPEARANCE |
| Plaintiffs' Master Administrative Long Form Complaint and *DOUGLAS ARONSON et. al. vs. National Football League* USDC, EDPA, **Docket No. 12-cv-06904-AB** | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES:

Please withdraw the appearance of Kevin P. Smith as counsel for Aronson, et al, v. National Football League. Counsel of record for this matter will be Amelia Steelhead of Rose, Klein & Marias LLP.

DATED: May 19, 2016          ROSE, KLEIN & MARIAS LLP

By: _____
Kevin P. Smith
Attorneys for Aronson, et al

DATED: May 19, 2016                    ROSE, KLEIN & MARIAS LLP

                                       By: _____
                                       Amelia Steelhead
                                       Attorneys for Aronson, et al

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Notice of Withdrawal of Appearance* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: May 20, 2016

Respectfully Submitted:

_____
Kevin P. Smith (State Bar No. 252580)
**ROSE KLEIN AND MARIAS**
801 S. Grand, 11th Floor
Los Angeles, California 90017
(213) 626-0571 Telephone
*Attorneys for Plaintiffs*