UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to: | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| Plaintiffs' Master Administrative Long Form Complaint and *BRYAN CALDWELL, et. al. vs. National Football League* USDC, EDPA, **Docket No. 13-cv-05200-AB** | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES:

Please withdraw the appearance of Kevin P. Smith as counsel for Caldwell, et al, v. National Football League. Counsel of record in this matter will be Amelia Steelhead of Rose, Klein & Marias LLP.

DATED: May 19, 2016                   ROSE, KLEIN & MARIAS LLP

                                      By: _____
                                      Kevin P. Smith
                                      Attorneys for Caldwell, et al

DATED: May 19, 2016						ROSE, KLEIN & MARIAS LLP


							By: _____
							      Amelia Steelhead
							      Attorneys for Caldwell, et al

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Notice of Withdrawal of Appearance* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: May 20, 2016                                      Respectfully Submitted:

_____
Kevin P. Smith (State Bar No. 252580)
**ROSE KLEIN AND MARIAS**
801 S. Grand, 11th Floor
Los Angeles, California 90017
(213) 626-0571 Telephone
*Attorneys for Plaintiffs*