IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | § § § § § § § § § § § § § § § § § § § § § | No. 12-md-2323 (AB)<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody<br><br><br>NOTICE OF WITHDRAWAL OF APPEARANCE |
| ------------------------------------------------<br><br>THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and Lee Roy Jordan, et al v. The National Football League No. 4:12-cv-01296 USDC, EDPA NO. 12—2802<br><br>TYRONE MONTGOMERY ANTHONY MILLER | | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

      **PLEASE TAKE NOTICE** that the appearance of Walter Umphrey, Matthew C. Matheny and Jacqueline Ryall and the Provost Umphrey Law Firm, LLP., on behalf of Plaintiffs, TYRONE MONTGOMERY and ANTHONY MILLER **ONLY** in *Jordan, et al vs. The National Football League*, No. 4:12-cv-01296, USDC, EDPA 12-cv-2802, and *In Re National Football League Players' Concussion Injury Litigation,* No. 2:12-MD-02323-AB is hereby WITHDRAWN.

                                                                Respectfully submitted,

JUNE 7, 2016                                           /s/
                                                By:_____
                                                    MATTHEW C. MATHENY
                                                    STATE BAR NUMBER: 24039040

mmatheny@provostumphrey.com
JACQUELINE RYALL
STATE BAR NUMBER: 17469445
jryall@provostumphrey.com

PROVOST ✯ UMPHREY
LAW FIRM, L.L.P.
Attorney at Law
Post Office Box 4905
Beaumont, Texas 77704
(409) 835-6000
(409) 838-8888 - Fax Number

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2016, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

```
                    /s/
By:_____
    MATTHEW C. MATHENY
```