IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | § § § § § § § § § § § § § § § § § § § | No. 12-md-2323 (AB)<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody<br><br><br>NOTICE OF WITHDRAWAL OF APPEARANCE |
| ------------------------------------------ | | |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and Gregg, et al v. The National Football League No. 4:13-cv-01315 USDC, EDPA. 2:13-cv-03092<br><br>FORREST GREGG | | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of Walter Umphrey, Matthew C. Matheny and Jacqueline Ryall and the Provost Umphrey Law Firm, LLP., on behalf of  Plaintiff, FORREST GREGG ONLY  in *Gregg, et al vs. The National Football League, No. 4:13-cv-01315 USDC, EDPA 2:13-cv-03092, and In Re  National Football League Players' Concussion Injury Litigation,* No. 2:12-MD-02323-AB is hereby WITHDRAWN.

Respectfully submitted,

JUNE 7, 2016

By: /s/
   _____
   MATTHEW C. MATHENY
   STATE BAR NUMBER: 24039040
   mmatheny@provostumphrey.com

        JACQUELINE RYALL
        STATE BAR NUMBER: 17469445
        jryall@provostumphrey.com

        PROVOST ☆ UMPHREY
        LAW FIRM, L.L.P.
        Attorney at Law
        Post Office Box 4905
        Beaumont, Texas 77704
        (409) 835-6000
        (409) 838-8888 - Fax Number

### **CERTIFICATE OF SERVICE**

     I hereby certify that on June 7, 2016, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

                                /s/
                    By:_____
                         MATTHEW C. MATHENY