UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 15-2206, 15-2217, 15-2230, 15-2234, 15-2272, 15-2273
15-2290, 15-2291, 15-2292, 15-2294, 15-2304 & 15-2305

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS CONCUSSION
INJURY LITIGATION

Craig Heimburger; Dawn Heimburger,

Appellants (15-2206)

Cleo Miller; Judson Flint; Elmer Underwood; Vincent Clark, Sr.;
Ken Jones; Fred Smerlas; Jim Rourke; Lou Piccone;
James David Wilkins, II,

Appellants (15-2217)

Curtis L. Anderson,

Appellant (15-2230)

Darren R. Carrington,

Appellant (15-2234)

Raymond Armstrong; Nathaniel Newton, Jr.; Larry Brown;
Kenneth Davis; Michael McGruder; Clifton L. Odom; George Teague;      Drew
Coleman; Dennis DeVaughn; Alvin Harper; Ernest Jones;
Michael Kiselak; Jeremy Loyd; Gary Wayne Lewis; Lorenzo Lynch;
Hurles Scales, Jr.; Gregory Evans; David Mims; Evan Ogelsby;
Phillip E. Epps; Charles L. Haley, Sr.; Kevin Rey Smith; Darryl Gerard Lewis;
Curtis Bernanrd Wilson; Kelvin Mack Edwards, Sr.; Dwayne Levels;
Solomon Page; Tim McKyer; Larry Barnes; James Garth Jax;
William B. Duff; Mary Hughes; Barbara Scheer,

Appellants (15-2272)

Liyongo Patrise Alexander; Charlie Anderson; Charles E. Arbuckle;
Cassandra Bailey, as Representative of the Estate of Johnny Bailey;
Ben Bronson; Curtis Ceaser, Jr.; Larry Centers; Darrell Colbert; Harry Colon;
Christopher Crooms; Jerry W. Davis; Tim Denton; Michael Dumas;
Corris Ervin; Doak Field; Baldwin Malcolm Frank; Derrick Frazier;
Murray E. Garrett; Clyde P. Glosson; Roderick W. Harris; Wilmer K. Hicks, Jr.;
Patrick Jackson; Gary Jones; Ryan McCoy; Jerry James Moses, Jr.;

Anthony E. Newsom; Rance Olison; John Owens; Robert Pollard;
Derrick Pop; Glenell Sanders; Thomas Sanders; Dwight A. Scales;
Todd Scott; Frankie Smith; Jermaine Smith; Tyrone Smith; James A. Young, Sr.,

Appellants (15-2273)

Scott Gilchrist, individually and on behalf of the Estate of
Carlton Chester "Cookie" Gilchrist,

Appellant (15-2290)

Jimmie H. Jones; Ricky Ray; Jesse Solomon,

Appellants (15-2291)

Andrew Stewart,

Appellant (15-2292)

Willie T. Taylor,

Appellant (15-2294)

Alan Faneca; Roderick "Rock" Cartwright;
Jeff Rohrer; Sean Considine,

Appellants (15-2304)

James Mayberry,

Appellant (15-2305)

---

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action Nos. 2-12-md-02323 and 2-14-cv-00029)
District Judge: Honorable Anita B. Brody

---

Argued November 19, 2015

Before: AMBRO, HARDIMAN, and NYGAARD, Circuit Judges

## JUDGMENT

These causes came on to be heard on the record before the United States District

Court for the Eastern District of Pennsylvania and were argued on November 19, 2015.

2

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that

the judgment of the District Court dated May 11, 2015 is hereby affirmed.  Each side to

bear its own costs.  All of the above in accordance with the opinion of this Court.

ATTEST:

s/Marcia M. Waldron
Clerk

Dated: April 18, 2016

Certified as a true copy and issued in lieu
of a formal mandate on ___June 9, 2016___

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**