UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Fleming et al. v. NFL et al.*, 13-0051 | **Hon. Anita B. Brody** |

# ORDER

AND NOW, on this 21st day of June, 2016, it is **ORDERED** that the Motion for Leave to Withdraw as Counsel for Plaintiff Mark Higgs (ECF No. 6766), filed by Charles S. Zimmerman, J. Gordon Rudd, Jr., and Brian C. Gudmundson of Zimmerman Reed, L.L.P., is **GRANTED**.[1]

_____
Anita B. Brody
United States District Court Judge

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

O:\ABB 2016\L - Z\NFL Higgs Order Granting Motion to Withdraw.doc

---

1 This motion was filed as ECF No. 30 in *Fleming et al. v. NFL et al.*, 13-0051.

1