UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Little et al. v. NFL et al.*, 12-2219 | **Hon. Anita B. Brody** |

## ORDER

**AND NOW**, on this 21st day of June, 2016, it is **ORDERED** that the Motion for Leave to Withdraw as Counsel for Plaintiff Chris Dietrich (ECF No. 6765), filed by Charles S. Zimmerman, J. Gordon Rudd, Jr., and Brian C. Gudmundson of Zimmerman Reed, L.L.P., is **GRANTED.**[1]

Anita B. Brody
United States District Court Judge

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

O:\ABB 2016\L - Z\NFL Little Order Granting Motion to Withdraw.doc

---

1 This motion was filed as ECF No. 137 in *Little et al. v. NFL et al.*, 12-2219.

1