UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Holt, et al. v. NFL, et al.*, 12-4185 | **Hon. Anita B. Brody** |

## ORDER

AND NOW, on this 21st day of June, 2016, it is **ORDERED** that the Motion for Leave to Withdraw as Counsel for Plaintiff Clifford Charlton (ECF No. 6763) and the Motion for Leave to Withdraw as Counsel for Plaintiffs Barney Chavous and Odessa Chavous (ECF No. 6764) filed by Charles S. Zimmerman, J. Gordon Rudd, Jr., and Brian C. Gudmundson of Zimmerman Reed, L.L.P. are **GRANTED**.[1]

_____
Anita B. Brody
United States District Court Judge

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

O:\ABB 2016\L - Z\NFL Holt Withdrawal re Charlton and Chavous.doc

---

1 These motions were also filed as ECF Nos. 171 and 172 in *Holt, et al. v. National Football League, et al.*, No. 12-4185.

1