UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| **THIS DOCUMENT RELATES TO:** | |
| *Bailey, et al., v. National Football League, et al.,* | No. 2:12-cv-05372-AB |
| *Bauman, et al., National Football League, et al.,* | No. 2:12-cv-03533-AB |
| *Cunningham, et al., v. National Football League, et al.,* | No. 2:12-cv-04574-AB |
| *Henderson, et al., v. National Football et al.,* | No. 2:12-cv-03534-AB |
| *Kapp, et al., v. National Football League, et al.,* | No. 2:12-cv-04575-AB |
| *Kuechenberg, et al., v. National Football League, et al.,* | No. 2:12-cv-03535-AB |
| *Maxwell, et al., v. National Football League, et al.,* | No. 2:12-cv-01023-AB |
| *Monk, et al., v. National Football League, et al.,* | No. 2:12-cv-03533-AB |
| *Morton, et al., v. National Football League, et al.,* | No. 2:12-cv-04087-AB |

1

| | | |
|---|---|---|
| *Pear, et al., v. National Football League, et al.,* | : | No. 2:12-cv-01025-AB |
| *Sweet v. National Football League, et al.,* | : | No. 2:12-cv-07214-AB |
| *Wallace v. National Football League, et al.,* | : | No. 2:12-cv-03715-AB |

## NOTICE OF APPEARANCE

COMES NOW Nicole F. DeVanon and hereby enters her appearance on behalf of all Plaintiffs in the above-captioned actions.

Respectfully Submitted,

*/s/ Nicole F. DeVanon*
Nicole F. DeVanon (CA SBN 284551)
ndevanon@girardikeese.com
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone : (213) 977-0211
Telefax :    (213) 481-1554

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk of the Court of the United State District Court for the Eastern District of Pennsylvania by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2323, on this 22nd day of June, 2016.

**GIRARDI | KEESE**

By: /s/ Nicole F. DeVanon
    Nicole F. DeVanon