UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*MCDONALD, et al. v. NFL, et al.*, 12-2728 | **Hon. Anita B. Brody** |

## ORDER

**AND NOW,** on this 22nd day of June, 2016, it is **ORDERED** that Plaintiffs' Motion to Remand, for Discovery in Aid of Remand, and for Sanctions, Costs and Attorney's Fees (12-md-2323, ECF No. 3138) (12-cv-2728, ECF No. 3) is **DENIED as moot** because Plaintiffs are Settlement Class Members.

_____
Anita B. Brody
United States District Court Judge

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to:

O:\ABB 2016\L - Z\NFL McDonald Order re Motion to Remand.doc

1