UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*BARNES, et al. v. NFL, et al.*, 12-1024 | **Hon. Anita B. Brody** |

## ORDER

AND NOW, on this 22nd day of June, 2016, it is **ORDERED** that Scot Brantley's Uncontested Motion for Substitution of Counsel (12-md-2323, ECF No. 6502) is **GRANTED**.

_____
Anita B. Brody
United States District Court Judge

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

O:\ABB 2016\L - Z\NFL Brantley Order re Substitution of Counsel.doc

1