UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>This Document relates to:<br>*Thomas DeLeone v. National Football League, Inc., et al; Civil Action No. 1:13-cv-04658* | MDL DOCKET No. 2323<br>JUDGE ANITA B. BRODY |

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel, hereby suggests by written notice on the record of the May 22, 2016 Death of Plaintiff, Thomas DeLeone. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Thomas DeLeone's Estate.

Dated: June 22, 2016                                          Respectfully Submitted,

                                                                                      /s/ William T. Gibbs
                                                                                      Corboy & Demetrio, P.C.
                                                                                      33 North Dearborn Street, 21st Floor
                                                                                      Chicago, Illinois  60602

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 22st day of June 2016.

                                                                                      /s/ William T. Gibbs
                                                                                      Corboy & Demetrio, P.C.