# CERTIFICATE OF SERVICE

I, William T. Gibbs, hereby certify that on June 22, 2016, a true and correct copy of

Plaintiff's SUGGESTION OF DEATH was filed via CM/ECF, which caused notice to be sent to

all counsel of record.


Dated: June 22, 2016                    By:   /s/ *William T. Gibbs*