# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL
LEAGUE PLAYERS' CONCUSSION
INJURY LITIGATION

No. 12-md-2323 (AB)

MDL No. 2323

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**THIS DOCUMENT RELATES TO:**

Art Monk, et al.
v. National Football League et al.
No.  2:12-cv-03533-AB

**NOTICE OF WITHDRAWAL
OF APPEARANCE**

**As to Plaintiff WILLIAM JUDSON Only**

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF REORD:

Jason E. Luckasevic of Goldberg, Persky & White, P.C., Thomas Girardi of Girardi Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby withdraw their appearance as attorneys of record for Plaintiff **WILLIAM T. JUDSON** only in the above-referenced case.

Dated: June 23, 2016

Respectfully submitted,

GOLDBERG, PERSY & WHITE, P.C.

By: s/ *Jason E. Luckasevic*
Jason E. Luckasevic, Esquire
(PA Bar No. 85557)
11 Stanwix Street, Suite 1800
Pittsburgh, PA  15222
Telephone:  (412) 471-3980
Facsimile: (412) 471-8308
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2016 the foregoing Notice of Withdrawal of Appearance was electronically filed.   Notification of this filing will be sent to all parties via the Court's CM/ECF system.

GOLDBERG, PERSY & WHITE, P.C.

By: s/  *Jason E. Luckasevic*