UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Smith et al. v. Arizona Cardinals Football Club, LLC*, 16-1704 | Hon. Anita B. Brody |

**ORDER**

**AND NOW,** on this 23rd_____ day of June, 2016, it is **ORDERED** that Plaintiffs' Motion for Relief from the Stay and Injunction (ECF No. 6099), Plaintiffs' Motion for Leave to File a Reply (ECF No. 6111), and Defendant Arizona Cardinals Football Club, LLC's Motion to Intervene (ECF No. 6118) are **DENIED AS MOOT**.[1]

        __s/Anita B. Brody_____
        Anita B. Brody
        United States District Court Judge

Copies **VIA ECF** on _____ to:      Copies **MAILED** on _____ to:

O:\ABB 2016\L - Z\NFL Order Denying Motion for Relief as Moot.doc

---

[1] On July 15, 2014, Plaintiffs filed a Motion for Relief seeking to quash or modify a provision of my Preliminary Approval Order enjoining proposed class members from continuing to prosecute lawsuits against the NFL or any Member Club. Under the Preliminary Approval Order, this injunction remained in effect "unless and until a proposed Settlement Class Member's Opt Out becomes effective on the date this Court grants Final Approval" of the Settlement Agreement. Prelim. Approval Order ¶ 6, ECF No. 6084. The remaining Plaintiffs in this lawsuit against the Arizona Cardinals Football Club all opted out of the Settlement Agreement. On April 22, 2015 I granted final approval of the Settlement Agreement. *See* Final Order & J., ECF No. 6510. The Third Circuit has since affirmed my decision. The injunction is no longer effective against Plaintiffs, and their motion for relief is therefore moot.

    Because Plaintiffs' Motion for Relief is moot, their Motion for Leave to File a Reply and Defendant Arizona Cardinals Football Club's Motion to Intervene to join the NFL's opposition to Plaintiffs' motion are also both moot.

1