# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL NO. 2323<br>12-MD-2323 |
| THIS DOCUMENT RELATES TO: | |
| PLAINTIFFS' MASTER ADMINISTRATIVE LONG-FORM COMPLAINT | NOTICE OF WITHDRAWAL OF APPEARANCE |
| - and - | |
| *ANTONIO D. BECKHAM, ET AL. V. NATIONAL FOOTBALL LEAGUE, ET AL.*<br>No. 2:12-cv-07213-AB; | |

**TO THE COURT, ALL PARTIES AND THEIR ATTOREYS OF RECORD:**

Anne McGinness Kearse, Esquire and Donald A. Migliori, Esquire of Motley Rice LLC hereby withdraw their appearance as attorneys of record for Plaintiffs TALANCE M. SAWYER in the above-referenced case.

RESPECTFULLY SUBMITTED this 28 day of June, 2016,

MOTLEY RICE, LLC

Motley Rice LLC
Anne McGinness Kearse, Esq. (SCDC#7570)
Donald A Migliori, Esq. (RIDC#4936)
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Phone: 843-216-9000
Fax: 843-216-9655
akearse@motleyrice.com

1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION <br><br> ——————————————————————— <br> THIS DOCUMENT RELATES TO: <br><br> PLAINTIFFS' MASTER ADMINISTRATIVE LONG-FORM COMPLAINT <br><br> - and - <br><br> *ANTONIO D. BECKHAM, ET AL. V. NATIONAL FOOTBALL LEAGUE, ET AL.* <br> No. 2:12-cv-07213-AB; | MDL NO. 2323 <br> 12-MD-2323 <br><br><br><br><br><br><br><br> CERTIFICATE OF SERVICE |

I hereby certify that on June 28, 2016, I caused the following document:

1. **Notice of Withdrawal of Appearance**

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an electronic notice of electronic filing to counsel of record.

Anne McGinness Kearse, Esquire
**Motley Rice LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC  29464
Phone: (843) 216-9000
Fax: (843) 216-9540
Email: akearse@motleyrice.com

2