UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>---------------------------------------------------<br>THIS DOCUMENT RELATES TO:<br><br>Earl Cochran, Jr., et. al.<br>v. National Football League, et. al.<br>No. 2:13-cv-07533-AB<br><br>As to Plaintiff TONY HOLLINGS, Only | No. 12-md-2323 (AB)<br>MDL No. 2323<br><br><br><br><br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    S. Reed Morgan of The Law Office of S. Reed Morgan, P.C. hereby withdraws his appearance as attorney of record for Plaintiff TONY HOLLINGS, only, in the above-referenced case. David Buckley of Attorney David Buckley, PLLC remains counsel of record for Plaintiff, TONY HOLLINGS.

Dated: July 1, 2016

                                          Respectfully submitted,

                                          THE LAW OFFICE OF S. REED MORGAN, P.C.

                                          By: */s/ S. Reed Morgan*
                                          S. Reed Morgan
                                          Fed ID No. 6080
                                          TX Bar No. 14452300
                                          413 Eighth Street
                                          PO Box 38
                                          Comfort, Texas 78013
                                          Tel: 830-995-2464
                                          Fax: 956-995-2728

        */s/ David Buckley*_____
        David Buckley
        ATTORNEY DAVID BUCKLEY, PLLC
        Fed ID No. 1465981
        TX Bar No. 24078281
        1811 Bering Drive, Suite 300
        Houston, Texas 77057
        Tel: 281-719-9312
        Fax: 281-719-9307

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2016 the foregoing Notice of Withdrawal of Appearance was electronically filed. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

        THE LAW OFFICE OF S. REED MORGAN, P.C.

        By: */s/ S. Reed Morgan*_____