UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION <br><br>-------------------------------------------------- <br>THIS DOCUMENT RELATES TO: <br><br>Earl Cochran, Jr., et. al. <br>v. National Football League, et. al. <br>No. 2:13-cv-07533-AB <br><br>As to Plaintiffs QUINTON CAVER and SHALAETHA PRESTON-CAVER, Only | No. 12-md-2323 (AB) <br>MDL No. 2323 <br><br><br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

S. Reed Morgan of The Law Office of S. Reed Morgan, P.C. hereby withdraws his appearance as attorney of record for Plaintiffs QUINTON CAVER and SHALAETHA PRESTON-CAVER, only, in the above-referenced case. David Buckley of Attorney David Buckley, PLLC remains counsel of record for Plaintiffs, QUINTON CAVER and SHALAETHA PRESTON-CAVER.

Dated: July 1, 2016

        Respectfully submitted,

        THE LAW OFFICE OF S. REED MORGAN, P.C.

        By: */s/ S. Reed Morgan*
        S. Reed Morgan
        Fed ID No. 6080
        TX Bar No. 14452300
        413 Eighth Street
        PO Box 38
        Comfort, Texas 78013
        Tel: 830-995-2464
        Fax: 956-995-2728

/s/ David Buckley_____
David Buckley
ATTORNEY DAVID BUCKLEY, PLLC
Fed ID No. 1465981
TX Bar No. 24078281
1811 Bering Drive, Suite 300
Houston, Texas 77057
Tel: 281-719-9312
Fax: 281-719-9307

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2016 the foregoing Notice of Withdrawal of Appearance was electronically filed. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

THE LAW OFFICE OF S. REED MORGAN, P.C.

By: /s/ S. Reed Morgan_____