UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | § § § § § § No. 12-md-2323 (AB)<br>MDL No. 2323 |
| ------------------------------------------------ | § |
| THIS DOCUMENT RELATES TO: | § § **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| Earl Cochran, Jr., et. al.<br>v. National Football League, et. al.<br>No. 2:13-cv-07533-AB | § § § § |
| As to Plaintiff JAMES THOMAS LEE JR., Only | § § § |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

S. Reed Morgan of The Law Office of S. Reed Morgan, P.C. hereby withdraws his appearance as attorney of record for Plaintiff JAMES THOMAS LEE JR., only, in the above-referenced case. David Buckley of Attorney David Buckley, PLLC remains counsel of record for Plaintiff, JAMES THOMAS LEE JR.

Dated: July 1, 2016

        Respectfully submitted,

        THE LAW OFFICE OF S. REED MORGAN, P.C.

        By: */s/ S. Reed Morgan*
        S. Reed Morgan
        Fed ID No. 6080
        TX Bar No. 14452300
        413 Eighth Street
        PO Box 38
        Comfort, Texas 78013
        Tel: 830-995-2464
        Fax: 956-995-2728

>*/s/ David Buckley*_____
>David Buckley
>ATTORNEY DAVID BUCKLEY, PLLC
>Fed ID No. 1465981
>TX Bar No. 24078281
>1811 Bering Drive, Suite 300
>Houston, Texas 77057
>Tel: 281-719-9312
>Fax: 281-719-9307

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2016 the foregoing Notice of Withdrawal of Appearance was electronically filed. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

>THE LAW OFFICE OF S. REED MORGAN, P.C.
>
>By: */s/ S. Reed Morgan*_____