UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL | § | No. 12-md-2323 (AB) |
| LEAGUE PLAYERS' CONCUSSION | § | MDL No. 2323 |
| INJURY LITIGATION | § | |
| | § | |
| | § | |
| -------------------------------------------------- | § | |
| THIS DOCUMENT RELATES TO: | § | **NOTICE OF WITHDRAWAL OF** |
| | § | **APPEARANCE** |
| Earl Cochran, Jr., et. al. | § | |
| v. National Football League, et. al. | § | |
| No. 2:13-cv-07533-AB | § | |
| | § | |
| As to Plaintiff ANTWAN T. LAKE, Only | § | |
| | § | |

## <u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

S. Reed Morgan of The Law Office of S. Reed Morgan, P.C. hereby withdraws his

appearance as attorney of record for Plaintiff ANTWAN T. LAKE, only, in the above-referenced

case. David Buckley of Attorney David Buckley, PLLC remains counsel of record for Plaintiff,

ANTWAN T. LAKE.

Dated: July 1, 2016

Respectfully submitted,

THE LAW OFFICE OF S. REED MORGAN, P.C.

By: */s/ S. Reed Morgan*_____
S. Reed Morgan
Fed ID No. 6080
TX Bar No. 14452300
413 Eighth Street
PO Box 38
Comfort, Texas 78013
Tel: 830-995-2464
Fax: 956-995-2728

*/s/ David Buckley*_____
David Buckley
ATTORNEY DAVID BUCKLEY, PLLC
Fed ID No. 1465981
TX Bar No. 24078281
1811 Bering Drive, Suite 300
Houston, Texas 77057
Tel: 281-719-9312
Fax: 281-719-9307

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2016 the foregoing Notice of Withdrawal of Appearance was electronically filed. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

THE LAW OFFICE OF S. REED MORGAN, P.C.

By: */s/ S. Reed Morgan*_____