**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : | MDL No. 2323 12-md-2323 |
| THIS DOCUMENT RELATES TO ACTIONS INVOLVING ANY RIDDELL DEFENDANT[1] | : : | |

## ORDER TO SHOW CAUSE

**AND NOW**, this _____ day of July, 2016, the parties are **ORDERED TO SHOW**

**CAUSE on or before July 27, 2016** why the Court should not suggest remand of the claims

against the Riddell Defendants to the Judicial Panel on Multidistrict Litigation ("MDL Panel")

pursuant to MDL Panel Rule of Procedure 10.1(b)(i). If any party opposes a suggestion of

remand, it may file a brief of no more than ten (10) pages **on or before July 27, 2016.**[2]

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:            Copies **MAILED** on _____ to:

---

[1]     The Riddell Defendants are Riddell, Inc.; All-American Sports Corporation; Riddell Sports Group, Inc.; Easton-Bell Sports, Inc.; Easton-Bell Sports, LLC; EB Sports Corp.; and RBG Holdings Corp.

[2]     In January 2012, the MDL Panel consolidated various lawsuits against the National Football League ("NFL") into a single multidistrict litigation before me. Several of these lawsuits were brought not just against the NFL, but also against the Riddell Defendants. In its initial order centralizing this litigation before me, the MDL Panel stated that it was "unclear . . . how closely related the claims against the Riddell defendants are to the claims against the NFL." MDL Transfer Order at 2, No. 12-md-2323, ECF No. 1. While the Panel acknowledged that the claims against the Riddell Defendants may be "easily separable," it concluded that, as the transferee judge, I would be "in the best position to determine whether [the Riddell] claims are sufficiently related to the NFL claims to remain in centralized proceedings." *Id.* Since this initial transfer order, numerous cases involving the NFL and the Riddell Defendants have been transferred to me through the MDL process.

Pursuant to the MDL Panel's initial transfer order, I must determine whether the claims against the Riddell Defendants are sufficiently related to the NFL claims to remain in *this* MDL.