IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>This Document relates to:<br>*Julius Adams, et al. v. National Football League, Inc., et al*; Civil Action No. 13-cv-07661 | MDL DOCKET No. 2323<br><br>Judge Anita B. Brody |

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel, hereby suggests by written notice on the record of the October 10, 2015 Death of Plaintiff, Sam Adams. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Sam Adam's Estate.

Dated: July 14, 2016

Respectfully Submitted,

*/s/ Wendy Fleishman*

Wendy R. Fleishman (State Bar No. WF 3017)
wfleishman@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

1309947.1

**CERTIFICATE OF SERVICE**

      I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 14th day of July 2016.

Respectfully Submitted,

Dated: July 14, 2016

_____
Wendy R. Fleishman (State Bar No. WF 3017)
wfleishman@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:  212.355.9592