UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Smith, et al. v. Arizona Cardinals Football Club, LLC*, 16-1704 | Hon. Anita B. Brody |

# ORDER

**AND NOW,** on this _19th__ day of July, 2016, it is **ORDERED** that Plaintiffs' Motion to Remand (ECF No. 6799)[1] is **DENIED WITHOUT PREJUDICE**. Briefing on Plaintiffs' Motion to Remand will be coordinated with any further briefing the Court may order on the NFL Defendants' Motion to Dismiss and the motions to remand filed in *Lewis v. Kansas City Chiefs Football Club, Inc.*, 14-1995; *Horn v. Kansas City Chiefs Football Club, Inc.*, 14-3382; *Smith v. Kansas City Chiefs Football Club, Inc.*, 14-3383; and *Kenney v. Kansas City Chiefs Football Club, Inc.*, 14-4779.[2]

                                                                                             s/Anita B. Brody

                                                                                             ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:              Copies **MAILED** on _____ to:

---

[1] The identical motion was also filed as ECF No. 5 in *Smith v. Arizona Cardinals Football Club, LLC*, 16-1704.

[2] Plaintiffs state that "[e]fficiency can . . .be achieved by considering" the Motion to Remand in this case "together" with the motions to remand filed in *Lewis*, *Horn*, *Smith*, and *Kenney*. *See* Mot. to Remand at ii, 12-md-2323, ECF No. 6799. Plaintiffs also urge the Court to "expedite its consideration of the Motion to Remand in this case as well as in *Lewis*, *Smith*, *Horn*, and *Kenney*." *Id.*

        On July 13, 2016, I denied without prejudice the motions to remand filed in *Lewis*, *Horn*, *Smith*, and *Kenney* and stated that briefing on those motions would be coordinated with briefing on the NFL Defendants' Motion to Dismiss. Order, 12-md-2323, ECF No. 6873. Because efficiency will be best achieved by considering Plaintiffs' Motion to Remand together with the motions in *Lewis*, *Horn*, *Smith*, and *Kenney*, I will deny Plaintiffs' motion without prejudice at this time.