IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ) ) ) MDL No. 2323 ) |
| This relates to: | ) ) |
| Plaintiffs' Master Administrative Long Form Complaint and (if applicable) | ) ) **NOTICE OF** ) **WITHDRAWAL OF** |
| **This document relates to:** | ) **ATTORNEY'S LIEN** ) |
| **KENNETH B. CALLICUTT** and **MARY E. CALLICUTT**, Plaintiffs, USDC, EDPA, Docket No. 2:12-cv-04086-AB | ) ) ) ) |

## WITHDRAWAL AND RELEASE OF NOTICE OF ATTORNEY'S LIEN AND PETITION TO ESTABLISH ATTORNEY'S LIEN

On April 1, 2016, the undersigned ("BME") filed a Notice of Attorney's Lien [Dkt. 6778] and a Petition to Establish Attorney's Lien [Dkt. 6778-1] relating to its representation of Kenneth B. Callicutt and Mary E. Callicutt (the "Callicutts") in this litigation.  BME and the Callicutts have resolved the questions regarding BME's entitlement to a fee for its representation of the Callicutts. Therefore, BME withdraws its Notice of Attorney's Lien [Dkt. 6778] and Petition to Establish Attorney's Lien [Dkt. 6778-1].  To the extent an attorney's lien in

1450732.1

favor of BME was created against the Callicutts' potential recovery in this action, BME releases such lien.

Dated: August 3, 2016

Respectfully submitted,

*/s/ Manoj S. Varghese*
Manoj S. Varghese
Georgia Bar No. 734668

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Tel: (404) 881-4100

1450732.1

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing WITHDRAWAL AND RELEASE OF NOTICE OF ATTORNEY'S LIEN AND PETITION TO ESTABLISH ATTORNEY'S LIEN to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

DATED: August 3, 2016.

*/s/ Manoj S. Varghese*
Manoj S. Varghese
Georgia Bar No. 734668
