IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 <br> 12-md-2323 |
| THIS DOCUMENT RELATES TO ACTIONS INVOLVING ANY RIDDELL DEFENDANT[1] | |

FILED
AUG 11 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

## ORDER

**AND NOW**, this 11th day of August, 2016, in light of the Riddell Defendants' request "that the Court address problematic issues with plaintiffs' filings in this MDL," *see* ECF No. 6880, at 4, it is **ORDERED** that all Severed and Amended Complaints filed pursuant to the Court's December 1, 2015 Order (ECF No. 6706)[2] are **STRICKEN**. The Clerk of Court is directed to return the filing fees paid by each Plaintiff who filed a Severed and Amended Complaint.

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

O:\ABB 2016\L - Z\NFL Riddell Order Striking Complaints.docx

---

[1] The Riddell Defendants are Riddell, Inc.; All-American Sports Corporation; Riddell Sports Group, Inc.; Easton-Bell Sports, Inc.; Easton-Bell Sports, LLC; EB Sports Corp.; and RBG Holdings Corp.

[2] The Court subsequently vacated this Order. *See* ECF No. 6740.

1