IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : | MDL No. 2323 12-md-2323 |
| THIS DOCUMENT RELATES TO: *Hamilton v. National Football League*, 14-6353 | : : | |

**ORDER**

**AND NOW**, this ___11th_____ day of August, 2016, it is **ORDERED** that Plaintiff Harry Hamilton's Motion for Temporary Restraining Order (ECF No. 6885, No. 12-md-2323; ECF No. 5, No. 14-6353) is **DENIED**.[1]

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

---

[1] Hamilton's pro se filing appears to seek an injunction ordering the Bert Bell/Pete Rozelle NFL Player Retirement Plan to release certain funds that it is withholding from him. Hamilton's motion fails to allege any jurisdictional basis on which the Court can order the relief he seeks.

1