UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323(AB) <br><br> MDL No. 2323 |
| -------------------------------------------------------- <br> **This relates to:** <br><br> **William Andrews, et al. v. NFL, et al., No. 12-CV-4632** | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Wendy R. Fleishman, Esquire of Lieff Cabraser Heimann & Bernstein, LLP hereby respectfully withdraws her appearance as attorney of record for QUINN GRAY, one of the Plaintiffs in the above-captioned matter.

Dated: August 18, 2016         Respectfully submitted,

                              LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                              By:    */s/ Wendy R. Fleishman*

                              Wendy R. Fleishman (WF3017)
                              LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                              250 Hudson Street, 8th Floor
                              New York, NY  10013-1413
                              Telephone:  (212) 355-9500
                              Facsimile:   (212) 355-9592
                              wfleishman@lchb.com

                              *Attorney for Plaintiff Quinn Gray*

1314803.1

## CERTIFICATE OF SERVICE

      I hereby certify that on August 18, 2016, I caused the foregoing documents to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

                                       */s/ Wendy R. Fleishman*

                                       Wendy R. Fleishman
                                       LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                       250 Hudson Street, 8th Floor
                                       New York, NY  10013-1413
                                       Telephone:  (212) 355-9500
                                       Facsimile:   (212) 355-9592