UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:**<br><br>Art Monk, et al.<br>v. National Football League et al.<br>No. 2:12-cv-03533-AB<br><br><br>**As to Plaintiffs JOHN T. SMITH and MONICA R. SMITH Only** | NOTICE OF WITHDRAWAL OF APPEARANCE |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF REORD:

Jason E. Luckasevic of Goldberg, Persky & White, P.C., Thomas Girardi of Girardi Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby withdraw their appearance as attorneys of record for Plaintiffs **JOHN T. SMITH and MONICA R. SMITH** only in the above-referenced case.

Dated: August 22, 2016

                                                Respectfully submitted,

                                                GOLDBERG, PERSY & WHITE, P.C.

                                                By: s/ *Jason E. Luckasevic*
                                                Jason E. Luckasevic, Esquire
                                                (PA Bar No. 85557)
                                                11 Stanwix Street, Suite 1800
                                                Pittsburgh, PA  15222
                                                Telephone:  (412) 471-3980
                                                Facsimile: (412) 471-8308
                                                *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2016 the foregoing Notice of Withdrawal of Appearance was electronically filed.  Notification of this filing will be sent to all parties via the Court's CM/ECF system.

GOLDBERG, PERSY & WHITE, P.C.

By: s/  *Jason E. Luckasevic*