UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323(AB)<br><br>MDL No. 2323 |
| -------------------------------------------------------<br>**This relates to:**<br><br>**Julius Adams, et al. v. NFL, et al., No. 13-CV-07661** | **NOTICE OF WITHDRAWAL OF APPEARANCE FOR PLAINTIFF RON YARY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Wendy R. Fleishman, Esquire of Lieff Cabraser Heimann & Bernstein, LLP hereby respectfully withdraws her appearance as attorney of record for RON YARY, one of the Plaintiffs in the above-captioned matter.

Dated: August 23, 2016           Respectfully submitted,

                                 LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                                 By:    */s/ Wendy R. Fleishman*

                                 Wendy R. Fleishman (WF3017)
                                 LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                 250 Hudson Street, 8th Floor
                                 New York, NY  10013-1413
                                 Telephone:  (212) 355-9500
                                 Facsimile:   (212) 355-9592
                                 wfleishman@lchb.com

                                 *Attorney for Plaintiff Quinn Gray*

1315703.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2016, I caused the foregoing documents to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

>/s/ Wendy R. Fleishman
>
>Wendy R. Fleishman
>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
>250 Hudson Street, 8th Floor
>New York, NY  10013-1413
>Telephone:  (212) 355-9500
>Facsimile:   (212) 355-9592