UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL OPT OUT PLAINTIFFS (*see Attachment A for a complete list of actions involving Opt Out Plaintiffs*) | Hon. Anita B. Brody |

# ORDER

AND NOW, on this 29a day of August, 2016, it is **ORDERED** that any counsel who wishes to serve as Lead Counsel or as a member of the Steering Committee for the Opt Out Plaintiffs in this litigation must submit a resume to the Court. Interested counsel should submit their resume via email by Tuesday, September 6, 2016, with the subject line "Application for Opt Out Lead Counsel" or "Application for Opt Out Steering Committee."

Send resumes to: chambers_of_judge_anita_b_brody@paed.uscourts.gov.

_____
Anita B. Brody
United States District Court Judge

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

O:\ABB 2016\L - Z\NFL Opt Out Lead Counsel Application Order.doc

1

**ATTACHMENT A**

**List of Pending Actions in MDL No. 2323 Involving Opt Out Plaintiffs**

1. *Abdullah, et al. v. NFL, et al.* (12-cv-6774)
2. *Adams, et al. v. NFL, et al.* (13-cv-7661)
3. *Alexander, et al. v. NFL, et al.* (12-cv-1923)
4. *Allen, et al. v. NFL, et al.* (13-cv-5439)
5. *Anderson, et al. v. NFL, et al.* (13-cv-2325)
6. *Anderson, et al. v. NFL, et al.* (13-cv-5206)
7. *Andrews, et al. v. NFL, et al.* (12-cv-4632)
8. *Baggs, et al. v. NFL, et al.* (13-cv-5309)
9. *Bailey, et al. v. NFL, et al.* (12-cv-5372)
10. *Ballard, et al. v. NFL, et al.* (13-cv-2244)
11. *Bauman, et al. v. NFL, et al.* (12-cv-4576)
12. *Boyd, et al. v. NFL, et al.* (12-cv-0092)
13. *Brister, et al. v. NFL* (12-cv-3693)
14. *Brodie, et al. v. NFL, et al.* (12-cv-0861)
15. *Budness, et al. v. NFL, et al.* (13-cv-5078)
16. *Cherry, et al. v. NFL* (12-cv-4121)
17. *Culpepper, et al. v. NFL, et al.* (12-cv-2490)
18. *Demarie, et al. v. NFL, et al.* (13-cv-7659)
19. *Douglass v. NFL, et al.* (13-cv-7376)
20. *Duckworth, et al. v. NFL, et al.* (13-cv-4231)
21. *Everitt, et al. v. NFL, et al.* (12-cv-0731)
22. *Finn, et al. v. NFL* (12-cv-1034)
23. *Foreman, et al. v. NFL, et al.* (12-cv-4160)
24. *Garner, et al. v. NFL, et al.* (12-cv-4634)
25. *Gayle v. NFL, et al.* (12-cv-5212)
26. *Hairston, et al. v. NFL, et al.* (12-cv-0989)
27. *Hannah, et al. v. NFL, et al.* (12-cv-3379)
28. *Henderson, et al. v NFL, et al.* (12-cv-3534)
29. *Holt, et al. v. NFL, et al.* (12-cv-4185)
30. *Hopkins, et al. v. NFL, et al.* (12-cv-1239)
31. *Horn, et al v. Kansas City Chiefs Football Club, Inc. Football Club, Inc.* (14-cv-3382)
32. *Hostetler, et al. v. NFL, et al.* (12-cv-2199)
33. *Hughes, et al. v. NFL, et al.* (12-cv-1423)
34. *Jani, et al. v. NFL, et al.* (14-cv-2064)
35. *Jones, et al. v. NFL* (12-cv-1027)
36. *Jordan, et al. v. NFL* (12-cv-2802)
37. *Kenney, et al. v. Kansas City Chiefs Football Club, Inc.* (14-cv-4779)
38. *Lewis, et al. v. Kansas City Chiefs Football Club, Inc.* (14-cv-1995)
39. *Little, et al. v. NFL, et al.* (12-cv-2219)
40. *Monk, et al. v. NFL, et al.* (12-cv-3533)
41. *Morris, et al. v. NFL, et al.* (12-cv-5210)
42. *Morton v. NFL, et al.* (13-cv-7660)

43. *Parrish v. NFL, et al.* (12-cv-1700)
44. *Pear, et al. v. NFL, et al.* (12-cv-1025)
45. *Pugh, et al. v. NFL, et al.* (12-cv-1165)
46. *Richter, et al. v. NFL, et al.* (12-cv-6369)
47. *Scroggins v. NFL* (16-cv-2058)
48. *Seau, et al. v. NFL, et al.* (13-cv-1531)
49. *Seau, et al. v. NFL, et al.* (13-cv-1532)
50. *Simmons, et al. v. NFL, et al.* (13-cv-6354)
51. *Smith, et al. v. Arizona Cardinals Football Club, LLC* (16-cv-1704)
52. *Smith, et al. v. Kansas City Chiefs Football Club, Inc.* (14-cv-3383)
53. *Stabler, et al. v. NFL, et al.* (12-cv-4186)
54. *Steed v. NFL, et al.* (12-cv-1026)
55. *Sweet, et al. v. NFL, et al.* (12-cv-7214)
56. *Wisniewski, et al. v. NFL, et al.* (12-cv-4187)