UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Bush et al. v. National Football League et al.*<br>No. 13-cv-04549 | Hon. Anita B. Brody |

# ORDER

**AND NOW**, this __30th___ day of August, 2016, upon consideration of the Motion to Include the Bush Plaintiffs in the "List of Pending Actions in MDL 2323 Involving Opt Out Plaintiffs" (ECF 6883), the NFL Defendants are **ORDERED TO SHOW CAUSE** on or before **Tuesday, September 6, 2016** why the Motion should not be granted.

 s/Anita B. Brody

 _____

 Anita B. Brody
 United States District Court Judge


Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: