PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON    (1946-1991)
RANDOLPH E. PAUL     (1946-1956)
SIMON H. RIFKIND     (1950-1995)
LOUIS S. WEISS       (1927-1950)
JOHN F. WHARTON      (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(212) 373-3316

WRITER'S DIRECT FACSIMILE
(212) 492-0316

WRITER'S DIRECT E-MAIL ADDRESS
bkarp@paulweiss.com

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU  U K
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
PO BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

August 31, 2016

By ECF

Honorable Anita B. Brody
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Room 7613
Philadelphia PA, 19106

*In re: National Football League Players' Concussion Injury Litigation,*
2:12-md-02323-AB

Dear Judge Brody:

      We write on behalf of the National Football League and NFL Properties LLC (the "NFL Parties") to request an adjournment of the September 12, 2016 Organizational Meeting of Opt Out Plaintiffs.

      On August 30, 2016, certain objectors to the Class Action Settlement filed a petition for a writ of certiorari seeking United States Supreme Court review of that settlement. Moreover, on August 22 and 26, 2016, Justice Alito granted extensions to two other groups of purported objectors to file petitions for a writ of certiorari by no later than September 19, 2016. A third application for an extension has not yet been ruled

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Honorable Anita B. Brody     2

upon. In total, perhaps a total of four certiorari petitions may be pending with the Supreme Court within the next three weeks.

      Given these filings, the Class Action Settlement will not become effective for a number of months, at a minimum. Given this delay in the Effective Date, the NFL Parties believe it would be prudent and in the interests of judicial economy to adjourn the September 12 hearing until such time as the Supreme Court has considered and ruled on these petitions. We have consulted with Class Counsel, and they join in this application.

      Respectfully submitted,

Brad S. Karp
*Counsel for the NFL Parties*