### CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing letter was served electronically via the Court's electronic filing system on the 31st day of August, 2016, upon all counsel of record.


Dated:  August 31, 2016        /s/ Brad S. Karp
                                           Brad S. Karp