UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>　　　　Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that, effective September 1, 2016, the address of MoloLamken's New York office is:

　　MoloLamken LLP
　　430 Park Avenue
　　New York, NY  10022

All other addresses, including the address of MoloLamken's Washington, D.C., office and the addresses of co-counsel William T. Hangley, Michele D. Hangley, and Linda S. Mullenix remain unchanged.

<table>
<tr><td>

Dated: September 2, 2016

William T. Hangley<br>
Michele D. Hangley<br>
HANGLEY ARONCHICK SEGAL<br>
PUDLIN & SCHILLER<br>
One Logan Square<br>
18th & Cherry Streets<br>
27th Floor<br>
Philadelphia, PA 19103<br>
(215) 496-7001 (telephone)<br>
(215) 568-0300 (facsimile)<br>
whangley@hangley.com<br>
mdh@hangley.com

</td><td>

/s/ Steven F. Molo

Steven F. Molo<br>
Thomas J. Wiegand<br>
MOLOLAMKEN LLP<br>
430 Park Ave.<br>
New York, NY 10022<br>
(212) 607-8160 (telephone)<br>
(212) 607-8161 (facsimile)<br>
smolo@mololamken.com<br>
twiegand@mololamken.com

Eric R. Nitz<br>
MOLOLAMKEN LLP<br>
600 New Hampshire Ave., N.W.<br>
Washington, DC 20037<br>
(202) 556-2000 (telephone)<br>
(202) 556-2001 (facsimile)<br>
enitz@mololamken.com

Linda S. Mullenix<br>
2305 Barton Creek Blvd., Unit 2<br>
Austin, TX 78735<br>
(512) 263-9330 (telephone)<br>
lmullenix@hotmail.com

</td></tr>
</table>

*Attorneys for Objectors*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2016, I caused the foregoing Notice of Change of Address to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties.

/s/ Steven F. Molo