UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>See attached Table A | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT AND ALL PARTIES AND ATTORNEYS OF RECORD: Please TAKE NOTICE that attorney Steve W. Berman hereby appears as counsel of record for Plaintiffs as indicated in the attached Table A. All notices and copies of pleadings, papers, and other materials relevant to these actions that are not served via the ECF system should be directed to and served upon:

> Steve W. Berman
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 1918 Eighth Avenue, Suite 3300
> Seattle, Washington  98101
> steve@hbsslaw.com

Dated:  September 2, 2016                      Respectfully submitted,

                                                                        By:  /s/ *Steve W. Berman*
                                                                        Steve W. Berman
                                                                        HAGENS BERMAN SOBOL SHAPIRO LLP
                                                                        1918 Eighth Avenue
                                                                        Suite 3300
                                                                        Seattle, Washington  98101
                                                                        Tel: (206) 623-7292
                                                                        Fax: (206) 623-0594
                                                                        Email: steve@hbsslaw.com

- 2 -

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing NOTICE OF APPEARANCE has been electronically filed with the Clerk of Court using CM/ECF on this 2nd day of September, 2016. A true and correct copy of the foregoing document is being served on this date on all counsel of record via transmission of a Notice of Electronic Filing generated by the Court's CM/ECF system.

                          By:  /s/ *Steve W. Berman*
                                Steve W. Berman

**Exhibit A**
**List of Actions and Clients**

| Action | Client(s) |
|---|---|
| *Adams, et al. v. NFL, et al.*, 13-cv-7661; *Foreman, et al. v. NFL, et al.*, 12-cv-4160 | Anthony Ron Yary and Jaime Suzanne Yary |
| *Alexander, et al. v. NFL, et al.*, 12-cv-1923 | Charles Alexander Jr. |
| *Allen, et al. v. NFL, et al.*, 13-cv-5439; *Boyd, et al. v. NFL, et al.*, 12-cv-0092 | Michael Bass and Rosita Bass |
| *Anderson, et al. v. NFL, et al.*, 13-cv-5206; *Morris, et al. v. NFL, et al.*, 12-cv-5210 | Richard Bielski and Johan Bielski |
| *Andrews, et al., v. NFL, et al.*, 12-cv-4632 | Tyrone Carter |
| *Bailey, et al., v. NFL, et al.*, 12-cv-5372 | Michael Fanning |
| *Boyd, et al. v. NFL, et al.*, 12-cv-0092 | Brad Edelman, Fred Forsberg and Kaye Forsberg, J. Bruce Jarvis and Cynthia Jarvis, Paul Krause and Pamela Krause, Robert Lurtesma and Aloise Lurtsema, William Truax |
| *Cherry, et al. v. NFL*, 12-cv-4121 | Ottis Anderson and Wanda Anderson |
| *Duckworth, et. al. v. NFL, et al.*, 13-cv-4231 | Elvin Bethea, Edward A. White and Joan White |
| *Duckworth, et. al. v. NFL, et al.*, 13-cv-4231; *Richter, et al. v. NFL, et al.*, 12-cv-6369 | Thomas L. Rentzel |
| *Everitt, et al. v. NFL, et al.*, 12-cv-0731 | Billy Ray Barnes |
| *Harrison, et al. v. NFL, et al.*, 12-cv-0989 | Woodrow Campbell, Marvin LaRose |
| *Hannah, et al. v. NFL, et al.*, 12-cv-3379 | Bob Grant and Katherine Grant |
| *Henderson, et al. v. NFL, et al.*, 12-cv-3534 | Dan Pastorini |
| *Holt, et al. v. NFL, et al.*, 12-cv-4185 | Bobby Bell |
| *Holt, et al. v. NFL, et al.*, 12-cv-4185; *Jani, et al. v. NFL, et al.*, 14-cv-2064 | Richard Eber and Ellen Eber |
| *Holt, et al. v. NFL, et al.*, 12-cv-4185; *Morton v. NFL, et al.*, 13-cv-7660 | Larry Craig Morton |
| *Hopkins, et al. v. NFL, et al.*, 12-cv-1239 | William E. Bain and Elizabeth A. Bain |
| *Hughes, et al. v. NFL, et al.*, 12-cv-1423 | Charles Commiskey |
| *Jani, et al. v. NFL, et al.*, 14-cv-2064 | Richard Eber |
| *Jones, et al. v. NFL*, 12-cv-1027 | Lamont Brightful |
| *Little, et al. v NFL, et al* 12-cv-2219 | Ronald Acks and Judith Acks, Steve Baumgartner and Mary Baumgartner, Stu Voigt and Linda Voigt |

| Action | Client(s) |
|---|---|
| *Morris, et al. v. NFL, et al.*, 12-cv-5210 | Roy Lee Jefferson and Camille Jefferson |
| *Parrish v. NFL, et. al.,* 12-cv-1700 | Bernard Parrish, Ruthie Parrish |
| *Pugh, et al. v. NFL, et al.,* 12-cv-1165 | Marvin Cobb, Jon Arnett and Jane Arnett, Gregory Larson |
| *Stabler, et al. v. NFL, et al.,* 12-cv-4186 | Jesse Daley Smith |
| *Sweet, et al. v. NFL, et al.,* 12-cv-7214 | Paul Flatley |