UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Bush et al. v. National Football League et al.*<br>No. 13-cv-04549 | Hon. Anita B. Brody |

## ORDER

**AND NOW**, this _8_ day of September, 2016, upon consideration of the unopposed Motion to Include the Bush Plaintiffs in the "List of Pending Actions in MDL 2323 Involving Opt Out Plaintiffs" (ECF 6883), it is **ORDERED** that the Motion is **GRANTED**. The case of *Bush, et al. v. National Football League, et al.*, No. 13-cv-4549, will be included in the "List of Pending Actions in MDL 2323 Involving Opt Out Plaintiffs" (Attachment A).

_____
Anita B. Brody
United States District Court Judge

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

## ATTACHMENT A

### List of Pending Actions in MDL No. 2323 Involving Opt Out Plaintiffs

1. *Abdullah, et al. v. NFL, et al.* (12-cv-6774)
2. *Adams, et al. v. NFL, et al.* (13-cv-7661)
3. *Alexander, et al. v. NFL, et al.* (12-cv-1923)
4. *Allen, et al. v. NFL, et al.* (13-cv-5439)
5. *Anderson, et al. v. NFL, et al.* (13-cv-2325)
6. *Anderson, et al. v. NFL, et al.* (13-cv-5206)
7. *Andrews, et al. v. NFL, et al.* (12-cv-4632)
8. *Baggs, et al. v. NFL, et al.* (13-cv-5309)
9. *Bailey, et al. v. NFL, et al.* (12-cv-5372)
10. *Ballard, et al. v. NFL, et al.* (13-cv-2244)
11. *Bauman, et al. v. NFL, et al.* (12-cv-4576)
12. *Boyd, et al. v. NFL, et al.* (12-cv-0092)
13. *Brister, et al. v. NFL* (12-cv-3693)
14. *Brodie, et al. v. NFL, et al.* (12-cv-0861)
15. *Budness, et al. v. NFL, et al.* (13-cv-5078)
16. *Bush et al. v. NFL, et al.* (13-cv-4549)
17. *Cherry, et al. v. NFL* (12-cv-4121)
18. *Culpepper, et al. v. NFL, et al.* (12-cv-2490)
19. *Demarie, et al. v. NFL, et al.* (13-cv-7659)
20. *Douglass v. NFL, et al.* (13-cv-7376)
21. *Duckworth, et al. v. NFL, et al.* (13-cv-4231)
22. *Everitt, et al. v. NFL, et al.* (12-cv-0731)
23. *Finn, et al. v. NFL* (12-cv-1034)
24. *Foreman, et al. v. NFL, et al.* (12-cv-4160)
25. *Garner, et al. v. NFL, et al.* (12-cv-4634)
26. *Gayle v. NFL, et al.* (12-cv-5212)
27. *Hairston, et al. v. NFL, et al.* (12-cv-0989)
28. *Hannah, et al. v. NFL, et al.* (12-cv-3379)
29. *Henderson, et al. v NFL, et al.* (12-cv-3534)
30. *Holt, et al. v. NFL, et al.* (12-cv-4185)
31. *Hopkins, et al. v. NFL, et al.* (12-cv-1239)
32. *Horn, et al v. Kansas City Chiefs Football Club, Inc. Football Club, Inc.* (14-cv-3382)
33. *Hostetler, et al. v. NFL, et al.* (12-cv-2199)
34. *Hughes, et al. v. NFL, et al.* (12-cv-1423)
35. *Jani, et al. v. NFL, et al.* (14-cv-2064)
36. *Jones, et al. v. NFL* (12-cv-1027)
37. *Jordan, et al. v. NFL* (12-cv-2802)
38. *Kenney, et al. v. Kansas City Chiefs Football Club, Inc.* (14-cv-4779)
39. *Lewis, et al. v. Kansas City Chiefs Football Club, Inc.* (14-cv-1995)
40. *Little, et al. v. NFL, et al.* (12-cv-2219)
41. *Monk, et al. v. NFL, et al.* (12-cv-3533)
42. *Morris, et al. v. NFL, et al.* (12-cv-5210)

43. *Morton v. NFL, et al.* (13-cv-7660)
44. *Parrish v. NFL, et al.* (12-cv-1700)
45. *Pear, et al. v. NFL, et al.* (12-cv-1025)
46. *Pugh, et al. v. NFL, et al.* (12-cv-1165)
47. *Richter, et al. v. NFL, et al.* (12-cv-6369)
48. *Scroggins v. NFL* (16-cv-2058)
49. *Seau, et al. v. NFL, et al.* (13-cv-1531)
50. *Seau, et al. v. NFL, et al.* (13-cv-1532)
51. *Simmons, et al. v. NFL, et al.* (13-cv-6354)
52. *Smith, et al. v. Arizona Cardinals Football Club, LLC* (16-cv-1704)
53. *Smith, et al. v. Kansas City Chiefs Football Club, Inc.* (14-cv-3383)
54. *Stabler, et al. v. NFL, et al.* (12-cv-4186)
55. *Steed v. NFL, et al.* (12-cv-1026)
56. *Sweet, et al. v. NFL, et al.* (12-cv-7214)
57. *Wisniewski, et al. v. NFL, et al.* (12-cv-4187)