UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY
LITIGATION; KEVIN TURNER, et al.,

    Plaintiffs,

Civil Action Number: 14-cv-0029

vs.

MDL Number: 2323

NATIONAL FOOTBALL LEAGUE, et al.,

    Defendants.
_____/

**NOTICE OF APPEARANCE OF COUNSEL FOR SELECTED FORMER PLAYERS**

Pursuant to MDL Rule 2.1(c), the undersigned Plaintiffs' counsel hereby gives notice that Holliday Karatinos Law Firm, PLLC represents the following former NFL players who will be making claims in this case:

| | |
|---|---|
| **Neal Anderson** | **Reese McCall** |
| **Aaron Barrett** | **George McCullough** |
| **Craig Curry** | **Tyrone McKenzie** |
| **Jamie Duncan** | **Michael Meade** |
| **Keldrick Dunn** | **Ernie Mills** |
| **Earnest Graham** | **Joseph Odom** |
| **Ezra Johnson** | **Donald Smith** |
| **Ellis Johnson** | **Dwight Smith** |
| **Reginald Johnson** | **Yancey Thigpen** |
| **Derek Kennard** | **Carnell Williams** |

Their undersigned legal counsel requests that all court filings and communications regarding their claims be served upon their law firm at the addresses and telephone numbers listed below.

                                                  */s/ Ted E. Karatinos*
                                                THEODORE "TED" E. KARATINOS
                                                HOLLIDAY KARATINOS LAW FIRM, PLLC
                                                18920 North Dale Mabry Highway, Suite 101
                                                Lutz, Florida 33548
                                                (813) 868-1887 (telephone)
                                                (813) 909-8535 (telefax)
                                                Designated Email: hbkemail@hbklawfirm
                                                Florida Bar No. 0983209
                                                Counsel for said former NFL Players

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished electronically through the EM-ECF system to all legal counsel of record on file as of September 13, 2016.

*/s/ Ted E. Karatinos*
THEODORE "TED" E. KARATINOS