UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br><br>Case No. 2:12-md-2323 (AB) |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## NOTICE OF CHANGE OF FIRM AFFILIATION

TO THE COURT, ALL PARTIES AND THIER COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the following new firm affiliation and contact information for attorney, David B. Franco:

> FrancoLaw, PLLC
> 1001 Studewood Street, 2nd Floor
> Houston, Texas 77008
> Telephone (504) 226-5226
> Facsimile (504) 229-6730
> Email: dfranco@dfrancolaw.com

All notices, filings and written communication regarding this action should be sent to the above firm and address.

Dated: September 13, 2016

Respectfully submitted,

*s/ David B. Franco*
David B. Franco (TX# 24072097)
**FRANCOLAW, PLLC**
1001 Studewood Street, 2nd Floor
Houston, Texas 77008
Telephone: (504) 226-5226
Facsimile: (504) 229-6730
Email: dfranco@dfrancolaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2016, I caused the foregoing Notice of Change of Firm Affiliation to be filed with the Clerk of Court of the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all parties and counsel of record.

*s/ David B. Franco*
David B. Franco

2