UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br>                       Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                       Defendants. | Civ. Action No.: 14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## STIPULATION AND [PROPOSED] ORDER[1]

This Stipulation and Agreement, dated September [14], 2016, is made and entered into by and among the National Football League and NFL Properties LLC (the "NFL Parties"), and Class Counsel (collectively, the "Parties").

WHEREAS, on April 22, 2015, this Court issued a Memorandum (ECF No. 6509) and Final Order and Judgment (ECF No. 6510), and on May 8, 2015, an amended Final Order and Judgment (ECF No. 6534), approving the Settlement Agreement in its entirety;

---

[1] Unless otherwise noted, the terms used in this Order that are defined in the Settlement Agreement have the same meanings in this Order as in the Settlement Agreement.

WHEREAS, on May 4, 2015, Claims Administrator BrownGreer PLC, in accordance with the Final Order and Judgment and the Settlement Agreement, filed the list of Opt Outs who timely submitted proper requests to opt out in compliance with Section 14.2(a) of the Settlement Agreement, including Retired NFL Football Players Woodrow Lowe and Thomas L. Rentzel and (ECF No. 6533);

WHEREAS, Woodrow Lowe and Thomas L. Rentzel have since submitted written requests seeking to revoke their Opt Out requests (*see* Exhibit 1 (Declaration of Orran L. Brown, Sr.));

WHEREAS, the Parties have agreed to accept the revocation requests submitted by Woodrow Lowe and Thomas L. Rentzel, subject to Court approval, because they submitted the requests before Opt Out litigation has commenced in this Court;

**AND NOW**, this [14] day of September, 2016, it is hereby stipulated and agreed by the Parties that the revocation request submitted by Woodrow Lowe and Thomas L. Rentzel are accepted, subject to Court approval, because they submitted the requests before Opt Out litigation has commenced in this Court.

It is so STIPULATED AND AGREED,

By: _____/s/_____          By: __*Brad S. Karp*_____

Date: __9/14/16__                  Date: __9/14/16__

Christopher Seeger                 Brad S. Karp
**SEEGER WEISS LLP**               **PAUL, WEISS, RIFKIND, WHARTON**
77 Water Street                    **& GARRISON LLP**
New York, NY 10005                 1285 Avenue of the Americas
Phone: (212) 584-0700              New York, NY 10019-6064
cseeger@seegerweiss.com            Phone: (212) 373-3000
                                   bkarp@paulweiss.com

*Class Counsel*                    *Counsel for the NFL Parties*

It is so **ORDERED**, based on the above Stipulation and the accompanying Declaration of Orran L. Brown, Sr., that the revocation requests submitted by Woodrow Lowe and Thomas L. Rentzel are approved and the Claims Administrator is **DIRECTED** to post a revised list of Opt Outs forthwith excluding Woodrow Lowe and Thomas L. Rentzel.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to: