## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 14th day of September, 2016, upon all counsel of record.


Dated:  September 14, 2016        /s/ Brad S. Karp
                                                          Brad S. Karp