UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>*Thomas DeLeone v. National Football League, Inc., et al; Civil Action No. 1:13-cv-04658* | JUDGE ANITA B. BRODY |

## MOTION FOR SUBSTITUTION OF PLAINTIFF

Plaintiff moves to substitute MALINDA K. DELEONE, Personal Representative of the Estate of THOMAS DELEONE, as proper party Plaintiff and states:

1. On May 22, 2016, THOMAS D. DELEONE passed away. (*See* ECF: 6849 - Suggestion of Death, filed June 22, 2016).

2. On September 14, 2016, MALINDA K. DELEONE was appointed Personal Representative of the Estate of THOMAS D. DELEONE, Deceased, by the Third Judicial District Court in and for Summit County, State of Utah. (*See* Exhibit 'A').

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order, pursuant to Rule 25 of the Federal Rules of Civil Procedure, that MALINDA K. DELEONE, Personal Representative of the Estate of THOMAS D. DELEONE, deceased, is substituted as proper party Plaintiff in this matter.

Dated: September 16, 2016

Respectfully Submitted,

/s/ William T. Gibbs
Corboy & Demetrio, P.C.
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602