The Order of the Court is stated below:
Dated: September 14, 2016   /s/ Brittanie Martindale
04:13:51 PM               District Court Clerk

Stephen M. Sargent (7436)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
ssargent@parrbrown.com

*Attorneys for Personal Representative*

IN THE THIRD JUDICIAL DISTRICT COURT IN AND FOR

SUMMIT COUNTY, STATE OF UTAH

| IN THE MATTER OF THE ESTATE OF THOMAS DENNING DeLEONE, Deceased. | **LETTERS TESTAMENTARY** <br><br> Probate No. 163500095 |
|---|---|

1. Malinda K. DeLeone was duly appointed and qualified as general personal representative of the estate of the above-named decedent on the 14 day of September, 2016, by the Court, with all authority pertaining thereto.

2. Administration of the estate is unsupervised.

3. These letters are issued to evidence the appointment, qualification and authority of the above-described personal representative.

4845-3809-5416

-------------------------------------END OF ORDER-------------------------------------

