UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>JUDGE ANITA B. BRODY |
| THIS DOCUMENT RELATES TO:<br>*Thomas DeLeone v. National Football League, Inc., et al;* Civil Action No. 1:13-cv-04658 | |

## PROPOSED ORDER

AND NOW, this ____ day of _____, 2016, upon consideration of the motion for Substitution of Plaintiff ONLY in this action, the Court being fully advised, and for good cause shown:

1. Motion is granted;

2. MALINDA K. DELEONE, Personal Representative of the Estate of THOMAS D. DELEONE, deceased, is hereby substituted as proper party Plaintiff; and

3. Leave is hereby granted to change the caption of the case accordingly:

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALINDA K. DELEONE, Personal Representative of the Estate of THOMAS D. DELEONE, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, INC., a corporation ("NFL"); and RIDDELL, INC., a corporation, f/k/a EN&T ASSOCIATES, INC., RIDDELL SPORTS GROUP, INC., a corporation; ALL AMERICAN SPORTS, a corporation; EASTON-BELL SPORTS INC., a corporation; EASTON-BELL SPORTS, LLC., a Limited Liability Company; EB SPORTS, a corporation; and RGB HOLDINGS, a corporation; (collectively "RIDDELL"),<br><br>Defendants. | Civil Action No. 1:13-cv-04658 |
| THIS DOCUMENT RELATES TO:<br>*In re: National Football League Players' Concussion Injury Litigation (MDL 2323), No. 12-md-2323* | |

Dated: _____

_____
Honorable Anita B. Brody