## CERTIFICATE OF SERVICE

I, William T. Gibbs, hereby certify that on September 16, 2016, a true and correct copy of Plaintiff's MOTION FOR SUBSTITUTION OF PLAINTIFF was filed via CM/ECF, which caused notice to be sent to all counsel of record.


Dated: September 16, 2016                             By: ___/s/ *William T. Gibbs*