# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>                               Plaintiffs,<br><br>                v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                               Defendants. | Civ. Action No.:  14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## STIPULATION AND [~~PROPOSED~~] ORDER[1]      *ABG*

This Stipulation and Agreement, dated September [14], 2016, is made and entered into by and among the National Football League and NFL Properties LLC (the "NFL Parties"), and Class Counsel (collectively, the "Parties").

WHEREAS, on April 22, 2015, this Court issued a Memorandum (ECF No. 6509) and Final Order and Judgment (ECF No. 6510), and on May 8, 2015, an amended Final Order and Judgment (ECF No. 6534), approving the Settlement Agreement in its entirety;

---

[1] Unless otherwise noted, the terms used in this Order that are defined in the Settlement Agreement have the same meanings in this Order as in the Settlement Agreement.

WHEREAS, on May 4, 2015, Claims Administrator BrownGreer PLC, in accordance with the Final Order and Judgment and the Settlement Agreement, filed the list of Opt Outs who timely submitted proper requests to opt out in compliance with Section 14.2(a) of the Settlement Agreement, including Retired NFL Football Players Woodrow Lowe and Thomas L. Rentzel and  (ECF No. 6533);

WHEREAS, Woodrow Lowe and Thomas L. Rentzel have since submitted written requests seeking to revoke their Opt Out requests (*see* Exhibit 1 (Declaration of Orran L. Brown, Sr.));

WHEREAS, the Parties have agreed to accept the revocation requests submitted by Woodrow Lowe and Thomas L. Rentzel, subject to Court approval, because they submitted the requests before Opt Out litigation has commenced in this Court;

**AND NOW**, this [14] day of September, 2016, it is hereby stipulated and agreed by the Parties that the revocation request submitted by Woodrow Lowe and Thomas L. Rentzel are accepted, subject to Court approval, because they submitted the requests before Opt Out litigation has commenced in this Court.

It is so **STIPULATED AND AGREED,**

By: _____

Date: __9/14/16_____

Christopher Seeger
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
cseeger@seegerweiss.com

*Class Counsel*

By: _Brad S. Karp_____

Date: __9/14/16_____

Brad S. Karp
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
bkarp@paulweiss.com

*Counsel for the NFL Parties*

It is so **ORDERED**, based on the above Stipulation and the accompanying Declaration of Orran L. Brown, Sr., that the revocation requests submitted by Woodrow Lowe and Thomas L. Rentzel are approved and the Claims Administrator is **DIRECTED** to post a revised list of Opt Outs forthwith excluding Woodrow Lowe and Thomas L. Rentzel.

_____  9/15/16
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

3

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  NATIONAL FOOTBALL LEAGUE        :        No. 2:12-md-02323-AB
PLAYERS' CONCUSSION INJURY              :
LITIGATION                              :               MDL No. 2323
                                        :
―――――――――――――――――――――――――――――           :        Hon. Anita B. Brody
                                        :
THIS DOCUMENT RELATES TO:               :
                                        :
ALL ACTIONS                             :
―――――――――――――――――――――――――――――           :

## DECLARATION OF ORRAN L. BROWN, SR.

I, ORRAN L. BROWN, SR., hereby declare and state as follows:

1.      My name is Orran L. Brown, Sr.  I am the Chairman and a founding partner of

BrownGreer PLC ("BrownGreer"), located at 250 Rocketts Way, Richmond, Virginia 23231.

2.      I am over the age of 21.  The matters set forth in this Declaration are based

upon my personal knowledge and information.

3.      I submit this Declaration to describe two Opt Out revocation requests that

BrownGreer, as the Claims Administrator under the Class Action Settlement Agreement in

this action ("Settlement Agreement"), received on August 30, 2016 and September 13, 2016.

4.      In its April 22, 2015 Final Approval Order and Judgment, the Court directed

the Claims Administrator to post a list of Opt Outs as of that date.  Accordingly, we posted

on the official Settlement website a list of the 175 Opt Outs that were timely and included all

elements required for a valid Opt Out under Section 14.2(a) of the Settlement Agreement (the

"Opt Out List"), and a list of the 33 Opt Outs that were untimely and/or were missing one or

more of Section 14.2(a)'s required elements.  Section 14.2(c) of the Settlement Agreement

1

provides that a Class Member who had opted out but wished to revoke that Opt Out could submit a written request to do so "[p]rior to the Final Approval Date."

5.    After the April 22, 2015 Final Approval Date, nine Class Members included on the Opt Out List as timely and complete submitted requests to revoke those Opt Outs. The Parties to the Settlement Agreement agreed to accept those revocation requests, subject to Court approval. The Parties and I reported the requests to the Court. By Orders of July 15, 2015 (Document 6642), December 22, 2015 (Document 6713), and January 26, 2016 (Document 6739), the Court approved the revocation requests. As a result, we no longer counted those persons as Opt Outs and on each occasion posted on the Settlement website a revised Opt Out List identifying the remaining timely and complete Opt Outs remaining after the Court's Order, which totaled 166 after the third Order.

6.    By Order of September 8, 2016 (Document 6902), the Court approved the Opt Out requests of Lewis F. Bush Sr., Lewis Bush, Jr., Danielle Bush, Dee Bush, and Makai Bush, which increased the Opt Out List to a total of 171.

7.    Two Class Members on that Opt Out List of timely and complete Opt Outs have submitted requests to revoke those Opt Outs:

> (a) Thomas Rentzel: On August 30, 2016, I received by fax a revocation request from Mr. Thomas Rentzel, a copy of which (with personal information redacted) is attached as Attachment 1 to this Declaration.
>
> (b) Woodrow Lowe: On September 13, 2016, I received by fax a revocation request from Mr. Woodrow Lowe, a copy of which (with personal information redacted) is attached as Attachment 2 to this Declaration.

The Parties to the Settlement Agreement have agreed to accept these revocation requests, subject to Court approval. If the Court grants its approval, we will no longer count them as Opt Outs and, upon direction of the Court, and will post a revised list of Opt Outs on the Settlement website.

2

I, Orran L. Brown, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.  Executed on this 14th day of September, 2016.

Orran L. Brown, Sr.

August 12, 2016

Paul, Weiss, Rifkind, Wharton & Garrison LLP          *Via Facsimile No.: 212-757-3990*
Attn: Brad S. Karp
1285 Avenue of the Americas
New York, NY 10019-6064

Seeger Weiss LLP                                      *Via Facsimile No.: 212-584-0799*
Attn: Christopher A. Seeger
77 Water Street
New York, NY 10005

Orran L. Brown, Sr.
Claims Administrator
Brown Greer PLC                                      *Via Facsimile No.: 804-521-7299*
250 Rocketts Way
Richmond, VA 23231

    Re:    Revocation of Opt Out – Thomas Lance Rentzel

Dear Sirs:

Pursuant to Section 14.2(c) of the Class Action Settlement Agreement (As Amended) in the case
styled *In Re: National Football League Players' Concussion Injury Litigation*, No. 2:12-md-
02323, I, Thomas Lance Rentzel, hereby state that I wish to revoke my request to be excluded
from the Settlement Class.

For your records and information, my address is ·
                                            my phone number is              , and my
birthdate is                    .  Please also provide copies of all communications to my brother
(who has my power of attorney) as follows:

                    Christopher H. Rentzel

# ATTACHMENT 1

August 12, 2016
Page 2

Please confirm the receipt and effectiveness of this revocation.

Sincerely,

Thomas Lance Rentzel

By: _____
Christopher H. Rentzel, attorney-in-
fact pursuant to the written power of
attorney of Thomas Lance Rentzel

August 12, 2016
Page 3

Agreed:

Thomas Lance Rentzel
Thomas Lance Rentzel

cc:    Jessica Smith

Woodrow Lowe

BrownGreer PLC - Claims Administrator
NFL Concussion Settlement
250 Rocketts Way
Richmond, Va. 23231

Attention: Orran L. Brown, Sr.

Re: Request to Revoke My Timely and Proper Opt out
    Name:   Woodrow Lowe
    Address:

    Tel:
    Birth:

Dear Sir:

Please accept this request to revoke my timely and proper opt out which was made before the final approval date.

I wish to be restored to being a member of the class.

Thank you.

Best Regards,

Woodrow Lowe

ATTACHMENT 2

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 14th day of September, 2016, upon all counsel of record.


Dated:  September 14, 2016          /s/ Brad S. Karp
                                                   Brad S. Karp