UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>*Thomas DeLeone v. National Football League, Inc., et al*; Civil Action No. 1:13-cv-04658 | JUDGE ANITA B. BRODY |

~~PROPOSED~~ ORDER

AND NOW, this 19th day of September, 2016, upon consideration of the motion for Substitution of Plaintiff ONLY in this action, the Court being fully advised, and for good cause shown:

1. Motion is granted;

2. MALINDA K. DELEONE, Personal Representative of the Estate of THOMAS D. DELEONE, deceased, is hereby substituted as proper party Plaintiff; and

3. Leave is hereby granted to change the caption of the case accordingly:

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALINDA K. DELEONE, Personal Representative of the Estate of THOMAS D. DELEONE, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, INC., a corporation ("NFL"); and RIDDELL, INC., a corporation, f/k/a EN&T ASSOCIATES, INC., RIDDELL SPORTS GROUP, INC., a corporation; ALL AMERICAN SPORTS, a corporation; EASTON-BELL SPORTS INC., a corporation; EASTON-BELL SPORTS, LLC., a Limited Liability Company; EB SPORTS, a corporation; and RGB HOLDINGS, a corporation; (collectively "RIDDELL"),<br><br>Defendants. | Civil Action No. 1:13-cv-04658<br><br>13-4230 - EDPA |
| THIS DOCUMENT RELATES TO:<br>*In re: National Football League Players' Concussion Injury Litigation (MDL 2323), No. 12-md-2323* | |

Dated:

*[signature]*
Honorable Anita B. Brody
9/19/16

Copies via ECF on —