# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:** <br><br> Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) *Brown v. National Football League [et al.]* **No. 12-07048 (E.D. Pa.)** | **NOTICE OF CHANGE OF ADDRESS** <br><br> IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION |

## NOTICE OF CHANGE OF ADDRESS

Notice is hereby given that effective September 12, 2016, the mailing address for Steven C. Marks, Stephen F. Rosenthal, and Ricardo M. Martinez-Cid, of Podhurst Orseck, P.A., has changed to:

> PODHURST ORSECK, P.A.
> SunTrust International Center
> One S.E. 3rd Avenue
> Suite 2700
> Miami, Florida 33131
> (305) 358-2800

Please correct your records accordingly.

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2016, I caused the foregoing Notice of Change of Address, to be served via the Electronic Case Filing (ECF) system in the United

Podhurst Orseck, P.A.

SunTrust International Center, One S.E. 3rd Avenue, Suite 2700, Miami, FL 33131 Miami 305.358.2800  Fax  305.358.2382 • Ft. Lauderdale 954.463.4346    www.podhurst.com

States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

        Respectfully submitted,

        **PODHURST ORSECK, P.A.**
        25 West Flagler Street, Suite 800
        Miami, FL 33130
        Telephone: (305) 358-2800
        Fax: (305) 358-2382

By:    /s/ Steven C. Marks
        STEVEN C. MARKS
        Fla. Bar. No. 516414
        Email: smarks@podhurst.com

        /s/ Stephen F. Rosenthal
        STEPHEN F. ROSENTHAL
        Fla. Bar No. 0131458
        Email: srosenthal@podhurst.com

        /s/ Ricardo M. Martinez-Cid
        RICARDO M. MARTÍNEZ-CID
        Fla. Bar No. 383988
        Email: rmcid@podhurst.com

        *Attorneys for Plaintiff(s)*

Podhurst Orseck, P.A.

SunTrust International Center, One S.E. 3rd Avenue, Suite 2700, Miami, FL 33131 Miami 305.358.2800 Fax 305.358.2382 • Ft. Lauderdale 954.463.4346   www.podhurst.com