UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br> MDL No. 2323 <br> **Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, Plaintiffs, <br> v. <br> National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., Defendants. | CIVIL ACTION NO: 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**JOINT REPORT ON PREPARATION TO IMPLEMENT
THE SETTLEMENT PROGRAM AFTER THE EFFECTIVE DATE**

Co-Lead Class Counsel and the National Football League and NFL Properties LLC (collectively, the "Parties") submit this Joint Report on the Preparation to Implement the Settlement Program After the Effective Date ("Report"). Accompanying the Report is a true and correct copy of the Declaration of Orran L. Brown, Sr. (attached as Exhibit A) and a true and correct copy of the Declaration of Matthew Garretson (attached as Exhibit B).

*Settlement Implementation*

As reflected in the declaration of the Claims Administrator, Settlement Class Members and their counsel continue to express significant interest in the commencement of the Settlement

1

Program, which the Parties are working hard to prepare for implementation. At present, more than 11,000 Settlement Class Members and their counsel have signed up for future information about the Settlement Program, and provided the Claims Administrator with contact information to receive notification once the Settlement becomes effective. Thousands more Settlement Class Members and their counsel have communicated with the Claims Administrator about the Settlement since it received the Final Approval of this Court. The Settlement Website (www.NFLConcussionSettlement.com) has received over 149,000 unique visitors and provides access to the Settlement Agreement, the Court-approved notices, the Court's Orders and frequently asked questions among other documents and information. The Claims Administrator has received over 800 written communications and responded to the over 700 that asked questions about the Settlement. The Settlement Call Center has received over 13,000 calls with 6,704 of these callers speaking directly to live operators for over 444 hours.

As a result of these extensive communications and other efforts, the Claims Administrator has compiled a mailing list of over 34,000 names with up-to-date addresses. After the Effective Date, this mailing list will be used to distribute the Settlement Class Supplemental Notice that is currently being prepared for the Court's consideration. The Settlement Class Supplemental Notice will, among other things, explain how Settlement Class Members can register for the Settlement and highlight once again the benefits available after registration.

Upon the Third Circuit's affirmance of the Court's approval of the Settlement, the Parties—anticipating the need to timely implement the Settlement Program following the Effective Date—expedited work with the Claims, BAP and Lien Resolution Administrators (collectively "Administrators") to operationalize the various components of the Settlement Program. As a result, the Claims Administrator has developed the systems necessary to enable

registration promptly after the Effective Date. The Administrators also will be prepared to accept Monetary Award Fund ("MAF") submissions and begin operation of the Baseline Assessment Program ("BAP") on the schedule set forth in the Settlement Agreement. In coordination with the Parties, the Administrators have made significant and substantial progress in drafting the forms and procedures that will govern the administration of the Settlement, including registration, BAP examinations and the eventual BAP Supplemental Benefits, and the submission and processing of Monetary Award claims.

In addition, the Administrators are actively recruiting medical professionals to serve as Qualified BAP Providers and Qualified MAF Physicians, with present focus on the fifty largest metropolitan areas in the United States, plus Anchorage, Honolulu and Green Bay, in order to provide broad coverage in areas of geographic proximity to Retired NFL Football Players. To date, the Administrators have identified key provider organizations with board-certified neurologists and ABPP- and ABCN-certified clinical neuropsychologists in each of the target cities and are actively engaged in recruiting these organizations, among other organizations and individual medical professionals

Finally, the Lien Resolution Administrator has already reached agreements with many governmental agencies to resolve related healthcare Liens on terms that are very favorable to the Settlement Class Members. The Lien Resolution Administrator is continuing its negotiations with remaining healthcare payers/providers.

*Petitions for Writ of Certiorari to the United States Supreme Court*

The Settlement will not become effective unless and until all appeals are exhausted and resolved in favor of the Settlement. From the several groups of Settlement Class Members who appealed Final Approval of the Settlement to the United States Court of Appeals for the Third

Circuit, only two groups filed timely Petitions for Writ of Certiorari ("Petitions") with the United States Supreme Court. Scott Gilchrist and the Estate of Carlton Chester "Cookie" Gilchrist filed their timely Petition on August 30, 2016. With leave of the Supreme Court for extension of time, the "Armstrong" Objectors filed their Petition later, on September 26, 2016. Opposition by the Parties to the Armstrong Petition is due on or before October 31, 2016, and to the Gilchrist Petition on or before November 2, 2016.

Dated: October 7, 2016

Respectfully Submitted:

   */s/ Christopher Seeger*
Christopher Seeger
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

*Co-Lead Class Counsel*

Sol Weiss
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, PA 19103
Phone: (215) 735-1130
Fax: (215) 735-2024
sweiss@anapolschwartz.com

*Co-Lead Class Counsel*

  */s/ Brad S. Karp*
Brad S. Karp
Bruce Birenboim
Lynn B. Bayard
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373.3000
Fax: (212)757.3990
bkarp@paulweiss.com
bbirenboim@paulweiss.com
lbayard@paulweiss.com

*Attorneys for National Football League and NFL Properties LLC*