## CERTIFICATE OF SERVICE

On October 7, 2016, I electronically filed the foregoing documents through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: October 7, 2016                                                                 Respectfully submitted,

/s/ *Christopher Seeger*
Christopher Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Telephone:  212-584-0700
Fax:  212-584-0799
Email:  cseeger@seegerweiss.com

*Co-Lead Class Counsel*