# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:**<br><br>Robert Kuechenberg, et al.<br>v. National Football League et al.<br>No.  2:12-cv-03535-AB<br><br><br>**As to Plaintiff MATTHEW DORSETT Only** | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF REORD:

     Jason E. Luckasevic of Goldberg, Persky & White, P.C., Thomas Girardi of Girardi Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby withdraw their appearance as attorneys of record for Plaintiff **MATTHEW DORSETT** only in the above-referenced case.

Dated: October 13, 2016        Respectfully submitted,

                                            GOLDBERG, PERSY & WHITE, P.C.

                                            By: s/  *Jason E. Luckasevic*
                                            Jason E. Luckasevic, Esquire
                                            (PA Bar No. 85557)
                                            11 Stanwix Street, Suite 1800
                                            Pittsburgh, PA  15222
                                            Telephone:  (412) 471-3980
                                            Facsimile: (412) 471-8308
                                            *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2016 the foregoing Notice of Withdrawal of Appearance was electronically filed. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

GOLDBERG, PERSY & WHITE, P.C.

By: s/ *Jason E. Luckasevic*