# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This relates to: | NOTICE OF ATTORNEY'S LIEN |
| Plaintiffs' Master Administrative Long Form Complaint and (if applicable) | |
| **This document relates to:** | |
| **RONNEY DANIELS AND MECOYA DANIELS,** Plaintiffs, USDC, EDPA, Docket No. 2:12-cv-04378-AB | |

Pursuant to O.C.G.A. § 15-19-14, the Petitioner, Michael McGlamry, attorney for the Plaintiffs in the above-entitled action, hereby notifies this Court and all parties that he has a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien.

Dated:  October 13, 2016

                            Respectfully submitted,

                            POPE, McGLAMRY, KILPATRICK,
                            MORRISON & NORWOOD, P.C.

                            /s/ *Michael L. McGlamry*
                            Michael L. McGlamry
                            Georgia Bar No. 492515
                            3391 Peachtree Road, NE, Suite 300
                            P.O. Box 191625 (31119-1625)

Atlanta, GA 30326
Ph: (404) 523-7706
Fax: (404) 524-1648
efile@pmkm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing *Notice of Attorney's Lien* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Easter District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

DATED:  October 13, 2016

                                           /s/ *Michael L. McGlamry*
                                           Michael L. McGlamry
                                           Georgia Bar No. 492515
                                           3391 Peachtree Road, NE, Suite 300
                                           P.O. Box 191625 (31119-1625)
                                           Atlanta, GA 30326
                                           Ph: (404) 523-7706
                                           Fax: (404) 524-1648
                                           efile@pmkm.com