# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | : : : : | |

## <u>DECLARATION OF ORRAN L. BROWN, SR.</u>

I, ORRAN L. BROWN, SR., hereby declare and state as follows:

1.      My name is Orran L. Brown, Sr.  I am the Chairman and a founding partner of BrownGreer PLC ("BrownGreer"), located at 250 Rocketts Way, Richmond, Virginia 23231.

2.      I am over the age of 21.  The matters set forth in this Declaration are based upon my personal knowledge and information.

3.      I submit this Declaration to describe the Opt Out revocation request by Donald Ray Jones that BrownGreer, as the Claims Administrator under the Class Action Settlement Agreement in this action, received on October 13, 2016.

4.      In its April 22, 2015 Final Approval Order and Judgment, the Court directed the Claims Administrator to post a list of Opt Outs as of that date.  Accordingly, we posted on the official Settlement website a list of the 175 Opt Outs that were timely and included all elements required for a valid Opt Out under Section 14.2(a) of the Settlement Agreement and a list of the 33 Opt Outs that were untimely and/or were missing one or more of Section 14.2(a)'s required elements.  Section 14.2(c) of the Settlement Agreement provides

1

that a Class Member who had opted out but wished to revoke that Opt Out could submit a

written request to do so "[p]rior to the Final Approval Date."

5.      At various times after the April 22, 2015 Final Approval Date, eleven persons

who opted out submitted requests to revoke their Opt Outs.  The Parties to the Settlement

Agreement agreed to accept those revocation requests, subject to Court approval.  In each

instance, the Parties reported the revocation requests to the Court.  By Orders of July 15,

2015 (Document 6642), December 22, 2015 (Document 6713), January 26, 2016 (Document

6739), and September 15, 2016 (Document 6907), the Court approved all the revocations.

As a result, we no longer counted those persons as Opt Outs and posted on the Settlement

website a revised list of Opt Outs, now called the Timely Opt Out Requests Containing All

Information Required by Section 14.2(a) or Otherwise Approved by the Court, to reflect results

in the Orders.

6.      By Order of September 8, 2016 (Document 6902), the Court approved a

motion to include five plaintiffs on the List of Pending Actions in MDL 2323 Involving Opt

Out Plaintiffs.  We then moved those five persons to the list of Timely Opt Out Requests

Containing All Information Required by Section 14.2(a) or Otherwise Approved by the Court,

which now contains 169 names.

7.      On October 13, 2016, we received by mail a letter from Mr. Donald Ray Jones,

who is one of the 169 persons on the list of Timely Opt Out Requests Containing All

Information Required by Section 14.2(a) or Otherwise Approved by the Court, asking to revoke

his Opt Out.  I have attached to this Declaration a copy of his letter, after redacting his

personal identifying information.  The Parties to the Settlement Agreement have agreed to

accept his revocation request, subject to Court approval.  If the Court grants its approval, we

will no longer count Mr. Jones as an Opt Out and, upon direction of the Court, will post on the Settlement website a revised list of Timely Opt Out Requests Containing All Information Required by Section 14.2(a) or Otherwise Approved by the Court.

      I, Orran L. Brown, Sr., declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on this 14th day of October, 2016.

_____
Orran L. Brown, Sr.

**DONALD RAY JONES**

Address █████████████████████

phone: ████████████████

email: ███████████████

**VIA CERTIFIED MAIL**
NFL Concussion Settlement
P.O. Box 25369
Richmond, VA 23260

Re: Request to revoke timely Opt Out under the NFL Concussion Settlement

To whom it may concern:

I wish to revoke my request to be excluded from the Settlement Class as set forth in that certain Class Action Settlement Agreement (as amended) in the case known as In re: National Football League Players' Concussion Injury Litigation, No. 2:12-md-02323, which was filed in the U.S. District Court for the Eastern District of Pennsylvania.

My full name, address and telephone number are set forth above. My date of birth is ██████████ ███ and my Notice ID under the aforementioned litigation is █████████.

Please confirm receipt of this letter and revocation of my previous request to be excluded from the Settlement Class.

Sincerely,

*[signature]*

Donald Ray Jones

cc: Anoush Hakimi, Esq.