## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 14th day of October, 2016, upon all counsel of record.


Dated:  October 14, 2016          /s/ Brad S. Karp
                                  Brad S. Karp