## **CERTIFICATE OF SERVICE**

      It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 3rd day of November, 2016, upon all counsel of record.


Dated:  November 3, 2016        /s/ Brad S. Karp
                                                      Brad S. Karp