# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE | : | MDL No. 2323 |
| PLAYERS' CONCUSSION INJURY LITIGATION | : | 12-md-2323 |
| | : | |
| | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| *Hamilton v. National Football League*, 14-6353 | : | |

## ORDER

**AND NOW**, this _7th____ day of November, 2016, it is **ORDERED** that Plaintiff Harry

Hamilton's Motion for Temporary Restraining Order (ECF No. 6935, No. 12-md-2323; ECF No.

7, No. 14-6353) is **DENIED**.[1]

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                Copies **MAILED** on _____ to:

---

[1] Hamilton's pro se filing appears to seek an injunction ordering the Bert Bell/Pete Rozelle NFL Player Retirement Plan to release certain funds that it is withholding from him. Hamilton's motion fails to allege any jurisdictional basis on which the Court can order the relief he seeks.