# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 <br> Judge Anita B. Brody |
| THIS DOCUMENT RELATES TO: <br><br> *Earle Faison v. National Football League , Inc., et all; Civil Action No. 2:12-cv-04575-AB* | |

## SUGGESTION OF DEATH

Plaintiff, by and through, undersigned counsel, hereby suggests by written notice received on October 17, 2016, that on June 13, 2016, Plaintiff Earle Faison died. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Earle Faison's Estate.

Dated: November 10, 2016

Respectfully Submitted:

/s/ Nicole F. DeVanon
Girardi & Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record on this 10th day of November 2016.

/s/ Nicole F. DeVanon
Girardi & Keese