UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Robert Massey, et al. v. National Football League, et al.<br><br>Court File No. 2:12-cv-6069-AB | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS W. PAT CARTER AND SYNORICA CARTER** |

   Charles S. Zimmerman, J. Gordon Rudd, Jr., and Brian C. Gudmundson of Zimmerman Reed LLP ("Plaintiffs' Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of W. Pat Carter and Synorica Carter only in this action, and state as follows:

   1. Plaintiffs' counsel filed the action *Robert Massey, et al. v. National Football League, et al.*, No. 2:12-cv-6069-AB, in the Eastern District of Pennsylvania on September 27, 2012, for the benefit of several retired National Football League players, including W. Pat Carter and Synorica Carter.

   2. Plaintiffs' counsel filed a short form complaint for W. Pat Carter and Synorica Carter on October 29, 2012.

3.	Since then, irreconcilable differences have arisen between Plaintiffs W. Pat Carter and Synorica Carter and the undersigned.

4.	Plaintiffs' counsel properly notified W. Pat Carter and Synorica Carter of counsel's intention to withdraw from representing them in this matter.

5.	Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiffs' counsel respectfully requests this Court for leave to withdraw as counsel for W. Pat Carter and Synorica Carter only in Court File No. 2:12-cv-6069-AB.

Dated:  November 17, 2016	Respectfully submitted,

ZIMMERMAN REED LLP

 s/ Charles S. Zimmerman
Charles S. Zimmerman (#120054)
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Charles.Zimmerman@zimmreed.com
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com