UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br><u>Robert Holt, et al.</u> v. National Football League, et al. (Plaintiff Ernie Mills ONLY)<br><br>Court File No. <u>12-cv-4185-AB</u> | **<u>NOTICE OF ATTORNEY'S LIEN</u>** |

      Pursuant to Minn. Stat. § 481.13, the Petitioner, Charles S. Zimmerman, attorney for the Plaintiff Ernie Mills in the above-entitled action, hereby notifies this Court and all parties that Zimmerman Reed LLP and its attorneys have a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff Ernie Mills.

Dated: November 17, 2016          Respectfully submitted,

                                                ZIMMERMAN REED LLP

                                                s/ Charles S. Zimmerman
                                                Charles S. Zimmerman (#120054)
                                                J. Gordon Rudd, Jr. (#222082)
                                                Brian C. Gudmundson (#336695)
                                                1100 IDS Center, 80 South 8th Street
                                                Minneapolis, MN  55402
                                                Telephone: (612) 341-0400
                                                Facsimile: (612) 341-0844
                                                Charles.Zimmerman@zimmreed.com

Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  November 17, 2016                          ZIMMERMAN REED LLP

                                                s/ Charles S. Zimmerman
                                             Charles S. Zimmerman (#120054)
                                             J. Gordon Rudd, Jr. (#222082)
                                             Brian C. Gudmundson (#336695)
                                             1100 IDS Center, 80 South 8th Street
                                             Minneapolis, MN  55402
                                             Telephone: (612) 341-0400
                                             Facsimile: (612) 341-0844
                                             Charles.Zimmerman@zimmreed.com
                                             Gordon.Rudd@zimmreed.com
                                             Brian.Gudmundson@zimmreed.com