UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Robert Holt, et al. v. National Football League, et al.<br><br>Court File No. 2:12-cv-4185-AB | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF BILLY MILNER** |

Charles S. Zimmerman, J. Gordon Rudd, Jr., and Brian C. Gudmundson of Zimmerman Reed LLP ("Plaintiffs' Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Billy Milner only in this action, and state as follows:

1.      Plaintiffs' counsel filed the action *Robert Holt, et al. v. National Football League, et al.*, No. 2:12-cv-4185-AB, in the Eastern District of Pennsylvania on July 23, 2012, for the benefit of several retired National Football League players, including Billy Milner.

2.      Plaintiffs' counsel filed a short form complaint for Billy Milner on August 20, 2012.

3.     Since then, irreconcilable differences have arisen between Plaintiff Billy Milner and the undersigned.

4.     Plaintiffs' counsel properly notified Billy Milner of counsel's intention to withdraw from representing him in this matter.

5.     Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiffs' counsel respectfully requests this Court for leave to withdraw as counsel for Billy Milner only in Court File No. 2:12-cv-4185-AB.

Dated:  November 17, 2016                    Respectfully submitted,

                                             ZIMMERMAN REED LLP


                                              s/ Charles S. Zimmerman
                                             Charles S. Zimmerman (#120054)
                                             J. Gordon Rudd, Jr. (#222082)
                                             Brian C. Gudmundson (#336695)
                                             1100 IDS Center, 80 South 8th Street
                                             Minneapolis, MN  55402
                                             Telephone: (612) 341-0400
                                             Facsimile: (612) 341-0844
                                             Charles.Zimmerman@zimmreed.com
                                             Gordon.Rudd@zimmreed.com
                                             Brian.Gudmundson@zimmreed.com