UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br><u>Reginald Rucker, et al.</u> v. National Football League, et al. (Plaintiffs Jim and Carol Rourke ONLY)<br><br>Court File No. <u>12-cv-1036-AB</u> | **<u>NOTICE OF ATTORNEY'S LIEN</u>** |

     Pursuant to Minn. Stat. § 481.13, the Petitioner, Charles S. Zimmerman, attorney for the Plaintiffs Jim Rourke and Carol Rourke in the above-entitled action, hereby notifies this Court and all parties that Zimmerman Reed LLP and its attorneys have a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiffs Jim Rourke and Carol Rourke.

| | |
|---|---|
| Dated:  November 17, 2016 | Respectfully submitted,<br><br>ZIMMERMAN REED LLP<br><br> s/ Charles S. Zimmerman<br>Charles S. Zimmerman (#120054)<br>J. Gordon Rudd, Jr. (#222082)<br>Brian C. Gudmundson (#336695)<br>1100 IDS Center, 80 South 8th Street<br>Minneapolis, MN  55402<br>Telephone: (612) 341-0400<br>Facsimile: (612) 341-0844 |

Charles.Zimmerman@zimmreed.com
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  November 17, 2016  ZIMMERMAN REED LLP

 s/ Charles S. Zimmerman
Charles S. Zimmerman (#120054)
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Charles.Zimmerman@zimmreed.com
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com