UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Robert Holt, et al. v. National Football League, et al. (Plaintiffs Myron and Kathleen Taliaferro ONLY)<br><br>Court File No. 12-cv-4185-AB | **NOTICE OF ATTORNEY'S LIEN** |

Pursuant to Minn. Stat. § 481.13, the Petitioner, Charles S. Zimmerman, attorney for the Plaintiffs Myron Taliaferro and Kathleen Taliaferro in the above-entitled action, hereby notifies this Court and all parties that Zimmerman Reed LLP and its attorneys have a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiffs Myron Taliaferro and Kathleen Taliaferro.

Dated:  November 17, 2016

Respectfully submitted,

ZIMMERMAN REED LLP

 s/ Charles S. Zimmerman
Charles S. Zimmerman (#120054)
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402

Telephone: (612) 341-0400  
Facsimile: (612) 341-0844  
Charles.Zimmerman@zimmreed.com  
Gordon.Rudd@zimmreed.com  
Brian.Gudmundson@zimmreed.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  November 17, 2016                    ZIMMERMAN REED LLP


                                                                 s/ Charles S. Zimmerman
                                                                Charles S. Zimmerman (#120054)
                                                                J. Gordon Rudd, Jr. (#222082)
                                                                Brian C. Gudmundson (#336695)
                                                                1100 IDS Center, 80 South 8th Street
                                                                Minneapolis, MN  55402
                                                                Telephone: (612) 341-0400
                                                                Facsimile: (612) 341-0844
                                                                Charles.Zimmerman@zimmreed.com
                                                                Gordon.Rudd@zimmreed.com
                                                                Brian.Gudmundson@zimmreed.com