UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Floyd Little, et al. v. National Football League, et al.<br><br>Court File No. 2:12-cv-2219-AB | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS ANTHONY AND LORI THOMPSON** |

Charles S. Zimmerman, J. Gordon Rudd, Jr., and Brian C. Gudmundson of Zimmerman Reed LLP ("Plaintiffs' Counsel"), moves this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Anthony Thompson and Lori Thompson only in this action, and state as follows:

1. Plaintiffs' counsel filed the action *Floyd Little, et al. v. National Football League, et al.*, No. 2:12-cv-2219-AB, in the Eastern District of Pennsylvania on April 24, 2012, for the benefit of several retired National Football League players, including Anthony Thompson and Lori Thompson.

2. Plaintiffs' counsel filed a short form complaint for Plaintiffs Anthony Thompson and Lori Thompson on July 16, 2012.

3. Since then, irreconcilable differences have arisen between Plaintiffs Anthony Thompson and Lori Thompson and the undersigned.

4. Plaintiffs' counsel properly notified Anthony Thompson and Lori Thompson of counsel's intention to withdraw from representing them in this matter.

5. Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiffs' counsel respectfully requests this Court for leave to withdraw as counsel for Anthony Thompson and Lori Thompson only in Court File No. 2:12-cv-2219-AB.

Dated: November 17, 2016                    Respectfully submitted,

                                            ZIMMERMAN REED LLP


                                             s/ Charles S. Zimmerman
                                            Charles S. Zimmerman (#120054)
                                            J. Gordon Rudd, Jr. (#222082)
                                            Brian C. Gudmundson (#336695)
                                            1100 IDS Center, 80 South 8th Street
                                            Minneapolis, MN  55402
                                            Telephone: (612) 341-0400
                                            Facsimile: (612) 341-0844
                                            Charles.Zimmerman@zimmreed.com
                                            Gordon.Rudd@zimmreed.com
                                            Brian.Gudmundson@zimmreed.com