UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Marvin Fleming, et al. v. National Football League, et al. (Plaintiffs Donald and Alfreda Westbrook ONLY)<br><br>Court File No. 13-cv-00051-AB | **NOTICE OF ATTORNEY'S LIEN** |

Pursuant to Minn. Stat. § 481.13, the Petitioner, Charles S. Zimmerman, attorney for the Plaintiffs Donald Westbrook, Jr. and Alfreda Westbrook in the above-entitled action, hereby notifies this Court and all parties that Zimmerman Reed LLP and its attorneys have a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiffs Donald Westbrook, Jr. and Alfreda Westbrook.

Dated: November 17, 2016

Respectfully submitted,

ZIMMERMAN REED LLP

 s/ Charles S. Zimmerman
Charles S. Zimmerman (#120054)
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402

Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Charles.Zimmerman@zimmreed.com
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  November 17, 2016                              ZIMMERMAN REED LLP

                                           s/ Charles S. Zimmerman
                                          Charles S. Zimmerman (#120054)
                                          J. Gordon Rudd, Jr. (#222082)
                                          Brian C. Gudmundson (#336695)
                                          1100 IDS Center, 80 South 8th Street
                                          Minneapolis, MN  55402
                                          Telephone: (612) 341-0400
                                          Facsimile: (612) 341-0844
                                          Charles.Zimmerman@zimmreed.com
                                          Gordon.Rudd@zimmreed.com
                                          Brian.Gudmundson@zimmreed.com