IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | MDL No. 2323 12-md-2323 |
| THIS DOCUMENT REALTES TO: Plaintiff Darren Mickell | : : : | Notice of Appearance |
| v. National Football League [et al.], No. 2:12-md-02323-AB | : : : : | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

The undersigned attorney hereby notifies the Court and counsel that Donna H. Clancy, Esq. hereby enters her appearance as an attorney of record for the Plaintiff Darren Mickell in the above-referenced case.

DATED: November 18, 2016

THE CLANCY LAW FIRM, P.C

By: _Donna H. Clancy_

Donna H. Clancy
The Trump Building
40 Wall Street, 61st Floor
New York, New York 10005
(212)747-1744 (T)
(646)205-3956 (F)
dhc@dhclancylaw.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** : : : : | **MDL No. 2323** **12-md-2323** |
| **THIS DOCUMENT REALTES TO:** **Plaintiff Darren Mickell** : : : | **Certificate of Service** |
| **v. National Football League [et al.],** **No. 2:12-md-02323-AB** : : : : | |

On November 18, 2016, I electronically filed the NOTICE OF APPEARANCE

through the CM/ECF system, which will send a notice of electronic filing to all counsel

of record.

DATED: November 18, 2016

THE CLANCY LAW FIRM, P.C

By: *Donna H. Clancy*

Donna H. Clancy
The Trump Building
40 Wall Street, 61st Floor
New York, New York 10005
(212)747-1744 (T)
(646)205-3956 (F)
dhc@dhclancylaw.com
*Attorneys for Plaintiff*