# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:** <br><br> This document relates to: <br> <u>Glen and Charlotte Collins,</u> Plaintiffs <br> v. National Football League [et al.], <br> No. 12-cv-01024-AB | **NOTICE OF ATTORNEYS' LIEN** |

Petitioners, Wayne E. Ferrell, Jr. and Charles H. Peckham and Mary A. Martin, attorneys for Plaintiffs in the above-entitled action, hereby notify this Court and all parties that they have a lien in this case for reasonable attorneys' fees, plus expenses, as set forth in the accompanying Petition to Establish Attorneys' Lien.

Dated: November 21, 2016

Respectfully submitted,

By: */s/ Charles H. Peckham*
_____
Charles H. Peckham, Esquire
Texas Bar No.: 15704900
Federal Bar No.: 15770
Mary A. Martin
Texas Bar No.: 00797280
Federal Bar No.: 12272
PECKHAM, PLLC
Two Bering Park
800 Bering Drive, Suite 220
Houston, Texas 77057
Phone: (713) 574-9044
Fax: (713) 493-2255
cpeckham@peckhampllc.com

And

Wayne E. Ferrell, Jr., Esquire
Mississippi Bar No.: 5182
LAW OFFICES OF WAYNE FERRELL, JR., PLLC
405 Tombigbee Street
Post Office Box 24448
Jackson, Mississippi 39225-4448
Phone: (610) 696-4700
Fax: (601) 696-7514
wferrell@airlawonline.com

## **CERTIFICATE OF SERVICE**

  I hereby further certify that the foregoing Notice of Attorney's Lien has been served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

DATED: November 21, 2016

               */s/ Charles H. Peckham*
               _____
               Charles H. Peckham