# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| **THIS DOCUMENT RELATES TO:** | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| Robert Kuechenberg, et al.<br>v. National Football League et al.<br>No.  2:12-cv-03535-AB | |
| **As to Plaintiffs REGINALD GIPSON and GERRILYN GIPSON Only** | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF REORD:

Jason E. Luckasevic of Goldberg, Persky & White, P.C., Thomas Girardi of Girardi

Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby

withdraw their appearance as attorneys of record for Plaintiffs **REGINALD GIPSON and**

**GERRILYN GIPSON** only in the above-referenced case.

Dated: December 1, 2016              Respectfully submitted,

GOLDBERG, PERSY & WHITE, P.C.

By: s/  *Jason E. Luckasevic*
Jason E. Luckasevic, Esquire
(PA Bar No. 85557)
11 Stanwix Street, Suite 1800
Pittsburgh, PA  15222
Telephone:  (412) 471-3980
Facsimile: (412) 471-8308
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2016 the foregoing Notice of Withdrawal of Appearance was electronically filed.  Notification of this filing will be sent to all parties via the Court's CM/ECF system.

GOLDBERG, PERSY & WHITE, P.C.

By: s/ *Jason E. Luckasevic*