# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>Judge Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br><br>Johnnie Morton, et al.<br>v. National Football League, et al.<br>No: 2:12-cv-04087-AB<br><br>As to Plaintiff CHRISTOPHER HALE Only | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Nicole F. DeVanon of Girardi Keese and Fred Heather of Glaser, Weil, Fink, Howard, Avchen and Shapiro LLP hereby withdraw their appearance as attorneys of record for Plaintiff **CHRISTOPHER HALE** only in the above referenced case.

Dated: December 1, 2016                Respectfully Submitted:

/s/ Nicole F. DeVanon
Girardi & Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record on this 1st Day of December.

/s/ Nicole F. DeVanon

Girardi & Keese