UNITED STATES DISTRICT COURT
EASTER DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE, et.al,<br><br>Defendants,<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | No. 2:12-md-02323-AB<br>MDL No. 2323 |

## NOTICE OF APPEARANCE OF COUNSEL FOR SELECTED FORMER PLAYER

Pursuant to MDL Rule 2.1 (c) and MDL No. 2323 Case Management Order No. 1 paragraph 14, the undersigned Plaintiffs' counsel hereby gives notice that The Yerrid Law Firm represents the following NFL players in this case:

1. Kerry Justin
2. Mark Lee
3. Terry Taylor

Their undersigned legal counsel requests that all court filings and communications regarding their claims be served upon this law firm at the addresses and telephone numbers listed below.

Dated: December 2, 2016

                                                HEATHER N. BARNES, ESQ.
                                                C. STEVEN YERRID, ESQ.
                                                THE YERRID LAW FIRM
                                                101 E. Kennedy Boulevard, Suite 3910
                                                Tampa, Florida 33602
                                                (813) 222-8222 (telephone)
                                                (813) 222-8224 (telefax)
                                                hbarnes@yerridlaw.com
                                                cjameson@yerridlaw.com
                                                Florida Bar No. 207594
                                                Florida Bar No. 85522

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2016 I caused the foregoing Entry of Appearance to be electronically filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, and that the filing is available for downloading and viewing from the electronic court filing system by counsel for all parties.

                                                */s/ Heather N. Barnes*
                                                Heather N. Barnes, Esq.
                                                The Yerrid Law Firm