**UNITED STATES DISTRICT COURT**
**EASTER DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, | |
| Plaintiffs, | No. 2:12-md-02323-AB |
| vs. | MDL No. 2323 |
| NATIONAL FOOTBALL LEAGUE, et.al, | |
| Defendants, | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**NOTICE OF APPEARANCE OF COUNSEL FOR SELECTED**
**FORMER PLAYERS**

Pursuant to MDL Rule 2.1 (c) and MDL No. 2323 Case Management Order No. 1 paragraph 14, the undersigned Plaintiffs' counsel hereby gives notice that The Yerrid Law Firm represents the following NFL players in this case:

1. Carlton Bailey-Jones
2. Gregory Favors
3. Anthony Griggs
4. Aaron Wallace
5. Ben Coates
6. Chartric Darby
7. Robert Harris
8. Bernard Whittington

9.     Arthur Cox

10.    Kevin Dogins

11.    Charlie Garner

12.    Adam Schreiber


Their undersigned legal counsel requests that all court filings and communications regarding their claims be served upon this law firm at the addresses and telephone numbers listed below.


Dated: December ____, 2016


HEATHER N. BARNES, ESQ.
C. STEVEN YERRID, ESQ.
THE YERRID LAW FIRM
101 E. Kennedy Boulevard, Suite 3910
Tampa, Florida 33602
(813) 222-8222 (telephone)
(813) 222-8224 (telefax)
hbarnes@yerridlaw.com
cjameson@yerridlaw.com
Florida Bar No. 207594
Florida Bar No. 85522

## CERTIFICATE OF SERVICE

I hereby certify that on December ____, 2016 I caused the foregoing Entry of

Appearance to be electronically filed with the United States District Court for the Eastern

District of Pennsylvania via the Court's CM/ECF system, and that the filing is available for

downloading and viewing from the electronic court filing system by counsel for all parties.


*/s/ Heather N. Barnes*
Heather N. Barnes, Esq.
The Yerrid Law Firm