UNITED STATES DISTRICT COURT
EASTER DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE, et.al,<br><br>Defendants,<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | No. 2:12-md-02323-AB<br>MDL No. 2323 |

### NOTICE OF APPEARANCE OF COUNSEL FOR SELECTED FORMER PLAYERS

Pursuant to MDL Rule 2.1 (c) and MDL No. 2323 Case Management Order No. 1 paragraph 14, the undersigned Plaintiffs' counsel hereby gives notice that The Yerrid Law Firm represents the following NFL players in this case:

1. Gil Byrd
2. Dayron Brutley
3. Richard Chapura
4. Anthony Chickillo
5. Randy Crowder
6. Phil Darns
7. Henry Ellard
8. Sam Gash

9. Nesby Glasgow
10. Cornell Green
11. Willard Harrell
12. Roy Harris
13. Eric Hayes
14. Earl Holmes
15. Ester James Junior
16. Kendall Mack
17. Glenn Martinez
18. Frederick McCallister
19. Dwight McDonald
20. Vito McKeever
21. Wilbert Montgomery
22. Frank Murphy
23. Don Nottingham
24. Kalvin Pearson
25. Mike Pelton
26. Anthony Pleasant
27. Wayne Smith
28. David Taylor
29. Ben Thomas
30. Pat Thomas
31. Vernon Turner
32. Steve White
33. Michael Williams
34. Terrance Williams

Their undersigned legal counsel requests that all court filings and communications regarding their claims be served upon this law firm at the addresses and telephone numbers listed below.

Dated: December 2, 2016

                                                                    _____
                                                                    HEATHER N. BARNES, ESQ.
                                                                    C. STEVEN YERRID, ESQ.
                                                                    THE YERRID LAW FIRM
                                                                    101 E. Kennedy Boulevard, Suite 3910
                                                                    Tampa, Florida 33602
                                                                    (813) 222-8222 (telephone)
                                                                    (813) 222-8224 (telefax)
                                                                    hbarnes@yerridlaw.com
                                                                    cjameson@yerridlaw.com
                                                                    Florida Bar No. 207594
                                                                    Florida Bar No. 85522

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2016 I caused the foregoing Entry of Appearance to be electronically filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, and that the filing is available for downloading and viewing from the electronic court filing system by counsel for all parties.

                                                                    /s/ Heather N. Barnes
                                                                    Heather N. Barnes, Esq.
                                                                    The Yerrid Law Firm