**UNITED STATES DISTRICT COURT**
**EASTER DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, | |
| Plaintiffs, | No. 2:12-md-02323-AB |
| | MDL No. 2323 |
| vs. | |
| NATIONAL FOOTBALL LEAGUE, et.al, | |
| Defendants, | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**NOTICE OF APPEARANCE OF COUNSEL FOR SELECTED**
**FORMER PLAYERS**

Pursuant to MDL Rule 2.1 (c) and MDL No. 2323 Case Management Order No. 1 paragraph 14, the undersigned Plaintiffs' counsel hereby gives notice that The Yerrid Law Firm represents the following NFL players in this case:

1.      Chidi Ahanotu
2.      Mike Alstott
3.      Rod Barksdale
4.      Larry Brinson
5.      Jeff Bryant
6.      Wendell Patrick Carter
7.      Bernard Eric Green
8.      Brian Holloway

9.    Oliver Hoyte
10.   Demetrious Johnson
11.   Mark Jones
12.   Terry LeCount
13.   Dennis Lundy
14.   Wilbert Montgomery
15.   Maurice Morris
16.   Llewellyn "Yo" Murphy
17.   Mark Nichols
18.   Michael Perry
19.   William Perry
20.   Reggie Phillips
21.   Ricky A. Porter
22.   Mark Royals
23.   Ray Seals
24.   Lance Smith
25.   Rob Taylor
26.   Calvin Thomas
27.   Michael Timpson
28.   Lionell Washington
29.   Larry Watkins
30.   Curtis Weathers
31.   Adrian White
32.   Daniel Wilcox
33.   James Wilder
34.   Donnell Woolford
35.   Mark Word
36.   Glenn Young

Their undersigned legal counsel requests that all court filings and communications regarding their claims be served upon this law firm at the addresses and telephone numbers listed below.

Dated: December 2, 2016

HEATHER N. BARNES, ESQ.
C. STEVEN YERRID, ESQ.
THE YERRID LAW FIRM
101 E. Kennedy Boulevard, Suite 3910
Tampa, Florida 33602
(813) 222-8222 (telephone)
(813) 222-8224 (telefax)
hbarnes@yerridlaw.com
cjameson@yerridlaw.com
Florida Bar No. 207594
Florida Bar No. 85522

## CERTIFICATE OF SERVICE

I hereby certify that on December 2 , 2016 I caused the foregoing Entry of Appearance to be electronically filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, and that the filing is available for downloading and viewing from the electronic court filing system by counsel for all parties.

/s/ Heather N. Barnes
Heather N. Barnes, Esq.
The Yerrid Law Firm