IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## ORDER

**AND NOW**, this ____ day of _____, 2016, it is **ORDERED** as follows:

1. Neither Podhurst Orseck P.A nor any attorney affiliated with Podhurst Orseck P.A will collect or demand the payment of an attorney fee from the proceeds constituting the Estate of Kevin Turner's Monetary Award as provided under the Class Action Settlement Agreement; rather, all fees due and owing to Podhurst Orseck P.A. nor any attorney affiliated with Podhurst Orseck P.A. in connection with the settlement of this matter will be paid solely from the Attorneys' Fees Qualified Settlement Fund in strict accordance with the Class Action Settlement Agreement.

2. R. Montgomery Donaldson, Robert A. Penza and P. John Brady of Polsinelli PC, subject to the terms of their engagement agreement with the Estate of Kevin Turner, will

hereafter serve as counsel for the Estate of Kevin Turner in this action in connection with the claim and payment process effected by the Class Action Settlement Agreement.

_____
ANITA B. BRODY, J.

**Copies VIA ECF** on _____ to:    **Copies MAILED** on _____ to: