# EXHIBIT C

From: "STEVEN C. MARKS" <SMARKS@PODHURST.com>
Date: April 13, 2015 at 3:52:05 PM CDT
To: Kevin Turner <kturner612@gmail.com>
Subject: Re: Settlement

Kevin,

I am traveling today and tomorrow but will get back to you this week. Please be assured we are going to be fair and do right by you and your family. I had hoped that this would have been an issue behind us by now but unfortunately we are still waiting for final approval. Furthermore, no fees have been recovered and no fees have even been requested much less approved by the court. Nevertheless, I understand your concern and we will address it to your satisfaction as a professionals and a friend.

Steven

Steven C. Marks
Podhurst Orseck PA
25 West Flagler Street
Suite 800
Miami FL 33130
305.358.2800

> On Apr 13, 2015, at 3:37 PM, Kevin Turner <kturner612@gmail.com> wrote:
>
> Steve,
> I wish I could talk with you about this, but email will have to do.
> I believe a little over a year ago we were talking about attorney fees. I'm on the mindset that per the settlement, NFL, will pay fees. Is that correct?
> That seems to be the only honorable way to do it, otherwise guys who never even took any action, would wind up receiving 30-40% more than those who went public when it was not popular to do so.
> Anyway, we discussed this, but I don't recall ever getting a solid answer on this. I know I have signed contract with Podhurst, but at that time, the fees being paid by settlement had not crossed my mind. However, this was with good reason, since, I don't believe, class action had not even been discussed. Now, if that contract were to remain valid, the attorneys would get paid by two sources. I just can't believe that this is what Judge Brody had in mind when reviewing settlement.
> Please help me clear this up. My health is declining rapidly and I'm trying to get my estate in order. Chances are more than likely that my death will precede any distribution of monies related to settlement.
> Thanks so much for your help and friendship you have shown me.
>
> KT
>
>
>
> Sent from my iPhone
>

1