# EXHIBIT D

From: "STEVEN C. MARKS" <SMARKS@PODHURST.com>
Date: April 22, 2015 at 2:06:04 PM CDT
To: Kevin Turner <kturner612@gmail.com>, "allisonsanford18@gmail.com" <allisonsanford18@gmail.com>
Subject: NFL Concussion Litigation

Dear Kevin,

Last night I spoke with all my partners who have had any involvement with the NFL cases to discuss your various concerns. First, I want to state what I think and hope is obvious; I value our friendship, think the world of you, would do anything I can to help you and your family, and have been honored to represent you. I am sure it has been an extraordinarily difficult journey these last few years, which has become difficult beyond words for you and your family.

As to your recent email, I share your concern about the delays and have done everything within my power to bring finality from a litigation and compensation point of view. I am somewhat encouraged that yesterday the Court ruled on over 20 pending motions, many of which deal with final approval. My guess and hope is that this was housecleaning so that the judge could issue her final order, which we are confident will grant final approval. Of course, then we will have to deal with any objectors who file notices of appeal and either resolve their grievances or face appellate proceedings, which could drag the process out much longer.

I wish I could give you a date certain as to when we will be in a position to submit your claim for payment. Obviously, since we are one of only a few firms that negotiated the terms of the agreement and selected the administrator, we think we are uniquely qualified to get your claim processed, perhaps as the very first claim paid, since you have served as the class representative and the face of the litigation. But, unfortunately, none of this can occur until the settlement becomes effective, which requires the court to grant the settlement final approval and the resolution or dismissal of any appeals from objectors.

Likewise, until the court grants the settlement final approval, no attorneys' fees will be sought, much less awarded. There is no way, at this stage, for us to know what fees, if any, we will ultimately receive from the NFL.

As I told you even before the deal was announced at dinner with your Dad and Gina, I thought it was very unfair that the players who initiated and fought this battle could conceivably end up paying private attorneys under their contracts, thus potentially receiving less than others who had not brought suit or retained counsel. I told you and your Dad at that time that I would fight that unfair result by seeking to have an adjustment made to the recoveries for those who did not retain counsel, so that we might approximate parity for all concerned. I committed to you at that dinner that I would do the right thing at the right time for you, and be fair even if that meant reducing or possibly waiving our contractual fee. You may recall that you told me that you did not want any such accommodation. Certainly, I don't hold you to that statement, even though I was very moved by your comments that we deserved every penny under our contract with you. I say this not to suggest for a minute that we reached a clear understanding or agreement at that dinner, since there were even more uncertainties at that time than there are now. I simply bring it up to remind you that, even before the deal was announced, I volunteered to be flexible and reasonable, depending upon the ultimate outcome.

This commitment remains equally true today and will never change. We have a long history as a firm of acting reasonably and ethically. In your particular case, my personal feelings towards you and your family are an even a greater consideration.

So as difficult as it is, I once again ask you to remain patient and keep the faith, not only that we will reach the right litigation result for you, but that you will survive and somehow beat this horrible illness.

I am available any time so please do not hesitate to have Allison call me if you want to discuss this further. Of course, I will immediately let you know of any ruling on the final approval motion which I suspect could even occur in the next few weeks.

Best personal regards,

Steven

1

Steven C. Marks, Esq.
**Podhurst Orseck, P.A.**
25 West Flagler Street – Suite 800
Miami, FL  33130
Tel: (305) 358-2800
Fax: (305) 358-2382
Email:  smarks@podhurst.com