# EXHIBIT E

| | |
|---|---|
| **From:** | myra turner <nolandr@aol.com> |
| **Sent:** | Saturday, April 16, 2016 5:56 PM |
| **To:** | Robert Penza |
| **Subject:** | Fwd: NFL Concussion Settlement |
| **Attachments:** | KT_Contract_Ray.pdf |

-----Original Message-----
From: Gina Palacio <GPalacio@PODHURST.com>
To: 'myra turner' <nolandr@aol.com>
Sent: Fri, Apr 15, 2016 11:07 am
Subject: NFL Concussion Settlement

Dear Ray,

I hope you, Myra, Nolan, Natalie & Cole are doing well. Please do not hesitate to call me if you need anything.

I've attached the Authority to Represent that Steve spoke with you about for your signature. Please sign pages 2 and 4 and return it to our office either by email or fax whichever is more convenient.

Let me know if you have any questions, concerns or problems with the attachment.

Best personal regards,

Gina C. Palacio, F.R.P.
*Sr. Paralegal to Steven C. Marks, Esq.*
**Podhurst Orseck, P.A.**
25 West Flagler Street – Suite 800
Miami, FL  33130
Tel: (305) 358-2800
Fax: (305) 358-2382
Email:  gpalacio@podhurst.com

1

Kevin Turner
106

Rec'd
1/8/2012
ad.

## AUTHORITY TO REPRESENT

I, the undersigned client, do hereby retain and employ the firms of PODHURST ORSECK, P.A., JAMES E. DODDO, P.A., and BRADLEY K. BLANK, ESQ. as my attorneys to represent me in my claim for damages against THE NATIONAL FOOTBALL LEAGUE, or any other person, firm or corporation liable, resulting from injuries sustained while a player in the NFL.

I hereby agree to pay from any recovered amount, the cost of investigation including reasonable charges for in-house charges for services and, should it be necessary to institute suit, the court costs including the actual amount charged by third party providers of services to the attorney. As compensation for their services, I agree to pay my said attorneys, from the proceeds of any gross recovery, including any awarded attorneys' fees, the following fees:

a.   40% of any recovery; plus

b.   An additional 5% of any recovery after institution of any appellate proceeding is filed or post-judgment relief or action is required for recovery on the judgment.

JAMES E. DODDO, P.A., BRADLEY K. BLANK, ESQ. and the law firm of PODHURST ORSECK, P.A. will participate in the fees set forth above, and JAMES E. DODDO, P.A. and BRADLEY K. BLANK, ESQ. will be responsible and available to the client for consultation, will participate and assist in preparation of the case, and will bear full responsibility to the client, for its processing, up to final conclusion together with PODHURST ORSECK, P.A. PODHURST ORSECK, P.A. will be the lead trial and appellate counsel.

On the basis of work performed in accordance with the Canon of Ethics, and depending upon performance of services as anticipated under this agreement, PODHURST ORSECK, P.A. will share in the fees derived to the extent of 75%, JAMES E. DODDO, P.A. to the extent of 15%, and BRADLEY K. BLANK, ESQ. to the extent of 10%.

It is agreed and understood that this employment is upon a contingent fee basis, and if no recovery is made, I will not be indebted to my said attorneys for any sum whatsoever as attorneys' fees and costs.

The undersigned client has, before signing this Authority to Represent, received and read the Statement of Client's Rights, and understands each of the rights set forth therein. The undersigned client has signed the statement and received a signed copy to keep to refer to while being represented by the undersigned attorneys.

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800  Fax 305.358.2382  •  Fort Lauderdale 954.463.4346          www.podhurst.com

This Authority to Represent may be canceled by written notification to the attorneys at any time within 3 business days of the date the Authority to Represent was signed, as shown below, and if canceled the client shall not be obligated to pay any fees to the attorneys for the work performed during that time. If the attorneys have advanced funds to others in representation of the client, the attorneys are entitled to be reimbursed for such amounts as they have reasonably advanced on behalf of the client.

Dated at Miami, Florida, this _____ day of _____, 2012.

_____   _____
PAUL RAYMOND TURNER, As Personal     KEVIN TURNER
Representative for the Estate of Kevin Turner
DATE: _____

The above employment is hereby accepted upon the terms stated therein.

**PODHURST ORSECK, P.A.**
City National Bank Building
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800
Fax: (305) 358-2382

By: _____   1/19/12
Ricardo M. Martínez-Cid   Fla. Bar No. 0131458
Florida Bar No. 383988

**JAMES E. DODDO, P.A.**
7695 SW 104 Street, Suite 210
Miami, FL 33156-3159
Telephone: (305) 663-3333
Fax: (305) 668-0003

By: _____
James E. Doddo
Florida Bar No. 173028

**BRADLEY K. BLANK, ESQ.**
1800 Sunset Harbour Drive, Suite 2402
Miami Beach, FL 33139
Telephone: (617) 247-9800

-2-

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346   www.podhurst.com

## STATEMENT OF CLIENT'S RIGHTS

Before you, the prospective client, arrange a contingency fee agreement with a lawyer, you should understand this Statement of your rights as a client. This Statement is not a part of the actual contract between you and your lawyer, but, as a prospective client, you should be aware of these rights:

1. There is no legal requirement that a lawyer charge a client a set fee or a percentage of money recovered in a case. You, the client, have the right to talk with your lawyer about the proposed fee and to bargain about the rate or percentage as in any other contract. If you do not reach an agreement with one lawyer you may talk with other lawyers.

2. Any contingent fee contract must be in writing and you have three (3) business days to reconsider the contract. You may cancel the contract without any reason if you notify your lawyer in writing within three (3) business days of signing the contract. If you withdraw from the contract within the first three (3) business days, you do not owe the lawyer a fee although you may be responsible for the lawyer's actual costs during that time. If your lawyer begins to represent you, your lawyer may not withdraw from the case without giving you notice, delivering necessary papers to you, and allowing you time to employ another lawyer. Often, your lawyer must obtain court approval before withdrawing from a case. If you discharge your lawyer without good cause after the three-day period, you may have to pay a fee for work the lawyer has done.

3. Before hiring a lawyer, you, the client, have the right to know about the lawyer's education, training and experience. If you ask, the lawyer should tell you specifically about his or her actual experience dealing with cases similar to yours. If you ask, the lawyer should provide information about special training or knowledge and give you this information in writing if you request it.

4. Before signing a contingency fee contract with you, a lawyer must advise you whether he or she intends to handle your case alone or whether other lawyers will be helping with the case. If your lawyer intends to refer the case to other lawyers, he or she should tell you what kind of fee sharing arrangement will be made with the other lawyers. If lawyers from different law firms will represent you, at least one lawyer from each law firm must sign the contingency fee contract.

5. If your lawyer intends to refer your case to another lawyer or counsel with other lawyers, your lawyer should tell you about that at the beginning. If your lawyer takes the case and later decides to refer it to another lawyer or to associate with other lawyers, you should sign a new contract that includes the new lawyers. You, the client, also have the right to consult with each lawyer working on your case and each lawyer is legally responsible to represent your interests and is legally responsible for the acts of the other lawyers involved in the case.

6. You, the client, have the right to know in advance how you will need to pay the expenses and the legal fees at the end of the case. If you pay a deposit in advance for costs, you may ask reasonable questions about how the money will be or has been spent and how much of it remains unspent. Your lawyer should give a reasonable estimate about future necessary costs. If your lawyer agrees to lend or advance you money to prepare or research the case, you have the right to know

-3-

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346   www.podhurst.com

periodically how much money your lawyer has spent on your behalf. You also have the right to decide, after consulting with your lawyer, how much money is to be spent to prepare a case. If you pay the expenses, you have the right to decide how much to spend. Your lawyer should also inform you whether the fee will be based on the gross amount recovered or on the amount recovered minus the costs.

7. You, the client, have the right to be told by your lawyer about possible adverse consequences if you lose the case. Those adverse consequences might include money which you might have to pay to your lawyer for costs and liability you might have for attorney's fees, costs, and expenses to the other side.

8. You, the client, have the right to receive and approve a closing statement at the end of the case before you pay any money. The statement must list all of the financial details of the entire case, including the amount recovered, all expenses, and a precise statement of your lawyer's fee. Until you approve the closing statement your lawyer cannot pay any money to anyone, including you, without an appropriate order of the court. You also have the right to have every lawyer or law firm working on your case sign this closing statement.

9. You, the client, have the right to ask your lawyer at reasonable intervals how the case is progressing and to have these questions answered to the best of your lawyer's ability.

10. You, the client, have the right to make the final decision regarding settlement of a case. Your lawyer must notify you of all offers of settlement before and after the trial. Offers during the trial must be immediately communicated and you should consult with your lawyer regarding whether to accept a settlement. However, you must make the final decision to accept or reject a settlement.

11. If at any time, you, the client, believe that your lawyer has charged an excessive or illegal fee, you have the right to report the matter to The Florida Bar, the agency that oversees the practice and behavior of all lawyers in Florida. For information on how to reach The Florida Bar, call 850-561-5600, or contact the local bar association. Any disagreement between you and your lawyer about a fee can be taken to court and you may wish to hire another lawyer to help you resolve this disagreement. Usually fee disputes must be handled in a separate lawsuit, unless your fee contract provides for arbitration. You can request, but may not require, that a provision for arbitration (under *Chapter 682, Florida Statutes*, or under the fee arbitration rule of the *Rules Regulating The Florida Bar*) be included in your fee contract.

DATE: _____          _____
                               KEVIN TURNER

DATE: _____          _____
                               PAUL RAYMOND TURNER, As Personal
                               Representative for the Estate of Kevin Turner

-4-

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800  Fax 305.358.2382  •  Fort Lauderdale 954.463.4346          www.podhurst.com

|  |  |
|---|---|
| DATE: _____ | **PODHURST ORSECK, P.A.**<br>City National Bank Building<br>25 West Flagler Street, Suite 800<br>Miami, FL 33130<br>Telephone: (305) 358-2800<br>Fax: (305) 359-2382<br><br>By: _____  1/18/12<br>Ricardo M. Martinez-Cid   Fla. Bar No. 0131458<br>Florida Bar No. 383988 |
| DATE: 1/19/12 | **JAMES E. DODDO, P.A.**<br>7695 SW 104 Street, Suite 210<br>Miami, FL 33156-3159<br>Telephone: (305) 663-3333<br>Fax: (305) 668-0003<br><br>By: _____<br>James E. Doddo<br>Florida Bar No. 173028 |
| DATE: _____ | **BRADLEY K. BLANK, ESQ.**<br>1800 Sunset Harbour Drive, Suite 2402<br>Miami Beach, FL 33139<br>Telephone: (617) 247-9800 |

-5-

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346   www.podhurst.com