# EXHIBIT F

| | |
|---|---|
| **From:** | Robert Penza |
| **Sent:** | Thursday, April 21, 2016 2:48 PM |
| **To:** | smarks@podhurst.com |
| **Cc:** | nolandr@aol.com; 'Gina Palacio' (GPalacio@PODHURST.com) |
| **Subject:** | Kevin Turner |
| **Attachments:** | KT_Contract_Ray-c.pdf |

Steve,

Congratulations on the very favorable appellate decision in the NFL Concussion litigation! I have reviewed the opinion and Judge Ambro did a nice job covering the CTE major point of objection, including the current news on this issue while the decision was pending. Hopefully no one will waste time with motions for reconsideration. Do you know whether the NFL administrator will permit Settlement Award claims to be submitted by you before the 90 period expires for filing appeals to the Supreme Court? On my end I am trying to get everything ready so that Kevin's award can fund his trust for his wife and family.

Raymond forwarded to me for review the attached Authority to Represent document for Kevin's estate. Raymond is in the process of being appointed as the personal representative of Kevin's estate, and a probate hearing is set for May 3, 2016. We expect Raymond to be appointed after this hearing, then Raymond will be authorized to sign on behalf of the estate. Certainly Raymond wants your firm to continue the representation for the estate to conclude this matter you started for Kevin, but I don't think it's appropriate for Raymond to sign the attached form you provided, once he is authorized. Since the claims are now going to be resolved through the class action, it's my understanding from the Court decisions that attorneys' fees will be paid separately by the NFL and not from the Kevin's class action award. The form supplied is stating the estate agrees to pay 45% of any gross recovery. Can you review and provide an alternative engagement agreement if needed by your firm for the estate, which pertains to this class action? Please send all future communication concerning Kevin's estate to my attention. Thanks in advance and congratulations again on an excellent job well done. Best regards.

Bob

**Robert Penza**
*Shareholder*

rpenza@polsinelli.com
**302.252.0945**
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
polsinelli.com



Polsinelli PC, Polsinelli LLP in California

1