# EXHIBIT G

**From:** STEVEN C. MARKS <SMARKS@PODHURST.com>
**Sent:** Wednesday, April 27, 2016 9:49 AM
**To:** Robert Penza
**Subject:** NFL - Kevin Turner
**Attachments:** Retainer Agreement - Ray Turner.pdf

Dear Bob,

I've attached the Authority to Represent which we modified with the language below.

> "As personal representative, I am authorizing my son's attorneys, Podhurst Orseck, to continue as counsel for my son's estate pursuant to the agreement stated above. However, I reserve the right to object to the fee percentages stated above."

Please let me know if this is agreeable.

Steven

Steven C. Marks
**Podhurst Orseck, P.A.**
25 West Flagler Street, Suite 800
Miami, Florida 33130
Telephone: (305) 358-2800
Email: smarks@podhurst.com