# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Rodney Bailey, et al.<br>v. National Football League et al.<br>No.  2:12-cv-05372-AB<br><br><br>**As to Plaintiff RODNEY BAILEY Only** | NOTICE OF WITHDRAWAL OF APPEARANCE |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF REORD:

Jason E. Luckasevic of Goldberg, Persky & White, P.C., Thomas Girardi of Girardi Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby withdraw their appearance as attorneys of record for Plaintiff **RODNEY BAILEY** only in the above-referenced case.

Dated: December 15, 2016             Respectfully submitted,

                                                     GOLDBERG, PERSY & WHITE, P.C.

                                                     By: s/  *Jason E. Luckasevic*
                                                     Jason E. Luckasevic, Esquire
                                                     (PA Bar No. 85557)
                                                     11 Stanwix Street, Suite 1800
                                                     Pittsburgh, PA  15222
                                                     Telephone:  (412) 471-3980
                                                     Facsimile: (412) 471-8308
                                                     *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2016 the foregoing Notice of Withdrawal of Appearance was electronically filed. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

GOLDBERG, PERSY & WHITE, P.C.

By: s/  *Jason E. Luckasevic*