# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>                    Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br>                    Defendants.<br><br>**THIS DOCUMENT RELATES TO:**<br>**ALL ACTIONS** | **Hon. Anita B. Brody** |

## UNCONTESTED MOTION FOR EXTENSION OF TIME TO RESPOND TO ESTATE OF KEVIN TURNER'S MOTION TO RESOLVE ATTORNEY FEE DISPUTE

Undersigned counsel respectfully moves to extend the time to respond to the Estate of Kevin Turner's motion to resolve attorney fee dispute and appear as counsel for Paul Raymond Turner, the personal representative of the Estate of Kevin Turner (the "Motion") (ECF No. 7029) until January 11, 2017.

1. Undersigned counsel's response to the Motion is currently due on December 28, 2016.

2. Due to the intervening holidays, undersigned counsel requires additional time to fully evaluate the arguments in the Motion and prepare a response.

Podhurst Orseck, P.A.

SunTrust International Center, One S.E. 3rd Avenue, Suite 2700, Miami, FL 33131 Miami 305.358.2800 Fax 305.358.2382 • Ft. Lauderdale 954.463.4346   www.podhurst.com

3. An extension of 14 days for undersigned counsel's time to respond will not prejudice any party, as there is presently no deadline that will be affected by such an extension and the extension will not unduly delay these proceedings.

## Certificate of Uncontested Status

I hereby certify that that I have consulted with counsel for the Estate of Kevin Turner, who has informed me that the Estate does not contest this motion for an extension of time.

Dated: December 21, 2016

Respectfully submitted,

**PODHURST ORSECK, P.A.**
SunTrust International Center
One S.E. 3rd Ave, Suite 2700
Miami, FL 33131
Telephone: (305) 358-2800
Fax: (305) 358-2382

By: /s/ Steven C. Marks
STEVEN C. MARKS
Fla. Bar. No. 516414
Email: smarks@podhurst.com

/s/ Stephen F. Rosenthal
STEPHEN F. ROSENTHAL
Fla. Bar No. 0131458
Email: srosenthal@podhurst.com

/s/ Ricardo M. Martinez-Cid
RICARDO M. MARTÍNEZ-CID
Fla. Bar No. 383988
Email: rmcid@podhurst.com

*Attorneys for Plaintiffs*

2

Podhurst Orseck, P.A.

SunTrust International Center, One S.E. 3rd Avenue, Suite 2700, Miami, FL 33131 Miami 305.358.2800  Fax  305.358.2382 • Ft. Lauderdale 954.463.4346    www.podhurst.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December, 2016, I caused the foregoing Notice of Change of Address, to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

By: /s/ Steven C. Marks
STEVEN C. MARKS

Podhurst Orseck, P.A.

SunTrust International Center, One S.E. 3rd Avenue, Suite 2700, Miami, FL 33131 Miami 305.358.2800  Fax  305.358.2382 • Ft. Lauderdale 954.463.4346    www.podhurst.com