# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs'<br>v. National Football League [et al.],<br>No. 12-cv-01024-AB | NOTICE OF APPEARANCE OF COUNSEL<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL
## FOR SELECTED FORMER PLAYERS

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW Charles H. Peckham and Mary A. Martin of the law firm of Peckham Martin, PLLC, and Wayne E. Ferrell of the law firm of Law Offices of Wayne Ferrell, Jr., PLLC, in the above-entitled and numbered cause, and pursuant to MDL Rule 2.1(c) and MDL No. 2323 Case Management Order No. 1, give notice that Peckham Martin, PLLC and the Law Offices of Wayne E. Ferrell, Jr., PLLC, represent the following NFL players in this case:

1. Jesse Anderson

2. Rashard Anderson

3. Alan Bush

4. Johnie Cooks

5. James "Jim" Dunaway

6. Marcus Dupree

7. Larry Friday

8. Tommie Funchess

9. Tyrone Keys

10. Jeffrey Moore

11. Lawrence Pillers

12. Elex Price

13. Etric Pruitt

14. Archie Reese

15. John "Deac" Sanders

16. Aaron Sears

17. Don Smith

18. Ollie Smith

19. Patrick Swoopes

20. Lewis Tillman

21. Nathan "Nate" Wonsley

22. Otis Wonsley

Their undersigned legal counsel requests that all Court filings and communications regarding their claims be served upon these law firms at the addresses and telephone numbers listed below:

PECKHAM MARTIN, PLLC
CHARLES H. PECKHAM
TEXAS SBN: 15704900
FBN: 15770
MARY A. MARTIN
TEXAS SBN: 00797280
FBN: 12272
800 Bering Drive, Suite 220
Houston, Texas 77057
(713) 574-9044
(713) 493-2255 (Fax)
&
LAW OFFICES OF WAYNE FERRELL, JR., PLLC
WAYNE E. FERRELL
MISSISSIPPI SBN: 5182
405 Tombigbee Street
Post Office Box 24448
Jackson, Mississippi 39225-4448
(610) 696-4700
(610) 696-7514 (Fax)

Respectfully submitted,

PECKHAM, PLLC

*/s/ Charles H. Peckham*
Charles H. Peckham
TBN:  15704900
FBN:  15770
Mary A. Martin
TBN:  00797280
FBN:  12272
Two Bering Park
800 Bering Drive, Suite 220
Houston, Texas 77057
(713) 574-9044 Phone
(713) 493-2255 Facsimile

LAW OFFICES OF WAYNE FERRELL, JR., PLLC

*/s/ Wayne E. Ferrell*
WAYNE E. FERRELL
MBN: 5182
405 Tombigbee Street
Post Office Box 24448
Jackson, Mississippi 39225-4448
(610) 696-4700
(610) 696-7514 (Fax)

## **CERTIFICATE OF SERVICE**

      I certify that the foregoing document has been electronically filed with the Clerk of the Court by using the CM/ECF system, which will in turn send a notice of the electronic filing to all counsel of record, on this 22nd day of December, 2016.

                                     */s/ Charles H. Peckham*
                                     Charles H. Peckham