## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Hon. Anita B. Brody |

### [PROPOSED] ORDER   ABB

AND NOW, upon consideration of the Motion to Extend the Time to Respond to the Estate of Kevin Turner's Motion to Resolve Attorney Fee Dispute and Appear as Counsel for Paul Raymond Turner, the Personal Representative of the Estate of Kevin Turner (ECF No. 7029), it is hereby ORDERED that the Motion for Extension of Time is GRANTED. The time to respond to ECF No. 7029 is extended to January 11, 2017.

SO ORDERED this 22nd day of December, 2016.

Anita B. Brody
United States District Court Judge

Copies via ECF on ___