## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL PLAYERS' CONCUSSION INJURY LITIGATION** | : : : : : | **No. 2:12-md-02323-AB** **MDL No. 2323** |
| THIS DOCUMENT RELATES TO: **REGINALD FREEMAN,** Plaintiff in Rhett v. NFL, No. 12-cv-3537 | : : : : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to providing a *Notice of Attorney's Lien* and the accompanying *Petition to Establish Attorney's Lien* to the Plaintiff Reginald Freeman via Certified Mail, this Notice of Withdrawal of Appearance is submitted on behalf of  McCORVEY LAW, LLC, specifically including Derriel C. McCorvey as counsel for plaintiff Reginald Freeman in this MDL proceeding.

Dated:  December 27, 2016

Respectfully Submitted By:

**McCORVEY LAW, LLC**

/s/ Derriel C. McCorvey
Derriel C. McCorvey
LA Bar Roll # 26083
TX Bar Roll# 24073351
102 Versailles Blvd., Ste. 620
Post Office Box 2473
Lafayette, LA 70502
Tel. 337-291-2431
Fax 337-291-2433
Email: derriel@mccorveylaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2016, I electronically filed the foregoing *Notice of Withdrawal of Appearance* with the Clerk of the Court by using the CM/ECF system. Said document has this date been served on all counsel of record in these proceedings by CM-ECF.

/s/Derriel C. McCorvey
DERRIEL C. MCCORVEY

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2016, I caused a true and correct copy of the foregoing *NOTICE OF WITHDRAWAL OF APPEARANCE* to be mailed via Certified Mail to plaintiff Reginald Freeman.

/s/Derriel C. McCorvey
DERRIEL C. MCCORVEY