IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 <br><br> Hon. Anita B. Brody |
| ------------------------------------------------- | |
| THIS DOCUMENT RELATES TO: <br><br> Plaintiffs' Master Administrative Long-Form Complaint and Rafferty, et al v. The National Football League No. 4:12-cv-02302 USDC, EDPA. 2:12-cv-04741 <br><br> ROBERT D. BEAN | NOTICE OF WITHDRAWAL OF APPEARANCE ON BEHALF OF PLAINTIFF ROBERT D. BEAN |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of Walter Umphrey, Matthew C. Matheny and Jacqueline Ryall and the Provost Umphrey Law Firm, LLP., on behalf of  Plaintiff,   **ROBERT D. BEAN** ONLY  in *Rafferty, et al vs. The National Football League, No. 4:12cv-02302 USDC, EDPA 2:12-cv-04741, and In Re  National Football League Players' Litigation,* No. 2:12-MD-02323-AB is hereby WITHDRAWN.

Respectfully submitted,

January 3, 2017

By:_____/s/_____
MATTHEW C. MATHENY
STATE BAR NUMBER: 24039040
mmatheny@provostumphrey.com
JACQUELINE RYALL
STATE BAR NUMBER: 17469445
jryall@provostumphrey.com

1

> PROVOST ✯ UMPHREY
> LAW FIRM, L.L.P.
> Attorney at Law
> Post Office Box 4905
> Beaumont, Texas 77704
> (409) 835-6000
> (409) 838-8888 - Fax Number

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2017, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

> /s/
> By:_____
> MATTHEW C. MATHENY