# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> **MDL No. 2323** |
| This relates to: <br><br> Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) <br><br> **This document relates to the Plaintiffs and Class Members listed in the table shown below** | **NOTICE OF ATTORNEY'S LIEN** |

Petitioner, Podhurst Orseck, P.A., formerly counsel to the Plaintiffs or class members in the table listed below, hereby notifies this Court and all parties that it has an attorney's charging lien under Florida law, for reasonable attorney's fees, plus expenses, as to each of its former clients listed below, as set forth in the accompanying Petition to Establish Attorney's Charging Lien:

| Plaintiff | Court | Case Name | Case No. |
|---|---|---|---|
| Darryl Ashmore | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Kevan Barlow | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Ben Coates | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Ben Coleman | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Chartric "Chuck" Darby | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Jay (Jamal) Foreman | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |

Podhurst Orseck, P.A.

SunTrust International Center, One S.E. 3rd Avenue, Suite 2700, Miami, FL 33131 Miami 305.358.2800  Fax  305.358.2382 • Ft. Lauderdale 954.463.4346     www.podhurst.com

| | | | |
|---|---|---|---|
| Robert Harris | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Jeff Herrod | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Sean Hill | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Jacoby Rhinehart | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Jamal Robertson | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Derek H. Ross | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Tracy Scroggins | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Leon Searcy | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Taveres (T.J.) Slaughter | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Steve Smith | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Barron Tanner | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Kyle Turley | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Fred Weary | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Bernard Whittington | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Eddie "Boo" Williams | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Max Lane | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Willie Blade | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Edwin Mulitalo | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Armegis Spearman | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Michael Wiley | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Daryl Porter | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Robert Kratch | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Mike Arthur | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Carlton Bailey-Jones | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Donny Brady | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Jesse Chatman | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |

Podhurst Orseck, P.A.

SunTrust International Center, One S.E. 3rd Avenue, Suite 2700, Miami, FL 33131 Miami 305.358.2800  Fax  305.358.2382 • Ft. Lauderdale 954.463.4346       www.podhurst.com

| | | | |
|---|---|---|---|
| Ken Dilger | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Michael Downs | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Demetric Evans | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Charles Frye | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Anthony G. Griggs | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Bobby J. Hamilton | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Kelvin Harris | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Ralph Pete Hunter | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Tyson Thompson | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Marques McFadden | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Torrin L. Tucker | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Tommy Barnhardt | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Douglas E. Evans | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Randy Fuller | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Ronald Humphrey | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Earl Little | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Anthony McCoy | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Frederick Beasley | U.S.D.C., E.D.Pa. | *Garner v. National Football League, et., al.,* | 12-cv-04634 |
| Larry Bowie | U.S.D.C., E.D.Pa. | *Garner v. National Football League, et., al.,* | 12-cv-04634 |
| Charlie Garner, III | U.S.D.C., E.D.Pa. | *Garner v. National Football League, et., al.,* | 12-cv-04634 |
| Rafael Cooper (Webster) | U.S.D.C., E.D.Pa. | *Garner v. National Football League, et., al.,* | 12-cv-04634 |
| Thomas Tapeh | U.S.D.C., E.D.Pa. | *Garner v. National Football League, et., al.,* | 12-cv-04634 |
| Anthony Sherrod Davis | U.S.D.C., E.D.Pa. | *Jean-Gilles v. National Football League, et., al.,* | 13-cv-02109 |
| Gregory Favors | U.S.D.C., E.D.Pa. | *Jean-Gilles v. National Football League, et., al.,* | 13-cv-02109 |
| Rodney Bailey | U.S.D.C., E.D.Pa. | *Jean-Gilles v. National Football League, et., al.,* | 13-cv-02109 |
| Marcellus Rivers | U.S.D.C., E.D.Pa. | *Jean-Gilles v. National Football League, et., al.,* | 13-cv-02109 |

Podhurst Orseck, P.A.

SunTrust International Center, One S.E. 3rd Avenue, Suite 2700, Miami, FL 33131 Miami 305.358.2800  Fax  305.358.2382 • Ft. Lauderdale 954.463.4346   www.podhurst.com

| | | | |
|---|---|---|---|
| Albert Connell | U.S.D.C., E.D.Pa. | *Jean-Gilles v. National Football League, et., al.,* | 13-cv-02109 |
| Walter Williams | U.S.D.C., E.D.Pa. | *Jean-Gilles v. National Football League, et., al.,* | 13-cv-02109 |
| Brandon Haw | U.S.D.C., E.D.Pa. | *Jean-Gilles v. National Football League, et., al.,* | 13-cv-02109 |
| Maurice A. Morris | U.S.D.C., E.D.Pa. | *Baty v. National Football League, et., al.,* | 12-cv-03215 |
| Reginald Myles | U.S.D.C., E.D.Pa. | *Portis v. National Football League, et., al.,* | 13-cv-05192 |
| Joseph Odom | U.S.D.C., E.D.Pa. | *Portis v. National Football League, et., al.,* | 13-cv-05192 |
| David Ball | U.S.D.C., E.D.Pa. | *Portis v. National Football League, et., al.,* | 13-cv-05192 |
| Paris Johnson | U.S.D.C., E.D.Pa. | *Portis v. National Football League, et., al.,* | 13-cv-05192 |
| Freddie Lee Solomon, Jr. | U.S.D.C., E.D.Pa. | *Portis v. National Football League, et., al.,* | 13-cv-05192 |
| Tyrone Rogers | U.S.D.C., E.D.Pa. | *Garner v. National Football League, et., al.,* | 12-cv-04634 |
| Bruce Thornton | U.S.D.C., E.D.Pa. | *Cerqua v. National Football League, et., al.,* | 12-cv-06937 |
| Adam Schreiber | U.S.D.C., E.D.Pa. | *Cerqua v. National Football League, et., al.,* | 12-cv-06937 |
| Scott Tinsley | N/A | N/A (Un-filed Class Member) | N/A |
| Joseph J. Jefferson | N/A | N/A (Un-filed Class Member) | N/A |
| Torrance Marshall | N/A | N/A (Un-filed Class Member) | N/A |
| Omar Stoutmire | N/A | N/A (Un-filed Class Member) | N/A |
| Elijah Williams | N/A | N/A (Un-filed Class Member) | N/A |

Respectfully submitted,

**PODHURST ORSECK, P.A**
SunTrust International Center
One S.E. 3rd Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 358-2800
Fax: (305) 358-2382

By: /s/ *Steven C. Marks*
STEVEN C. MARKS

Podhurst Orseck, P.A.

SunTrust International Center, One S.E. 3rd Avenue, Suite 2700, Miami, FL 33131 Miami 305.358.2800  Fax  305.358.2382 • Ft. Lauderdale 954.463.4346    www.podhurst.com

>Fla. Bar. No. 516414
>Email: smarks@podhurst.com
>STEPHEN F. ROSENTHAL
>Fla. Bar No. 0131458
>Email: srosenthal@podhurst.com
>RICARDO M. MARTÍNEZ-CID
>Fla. Bar No. 383988
>Email: rmcid@podhurst.com
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January, 2017, I caused the foregoing Notice of Attorney's Lien, to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

>/s/ Steven C. Marks
>STEVEN C. MARKS

Podhurst Orseck, P.A.

SunTrust International Center, One S.E. 3rd Avenue, Suite 2700, Miami, FL 33131 Miami 305.358.2800  Fax  305.358.2382 • Ft. Lauderdale 954.463.4346    www.podhurst.com