UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| ---------------------------<br>This relates to:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)<br><br>**This document relates to the Plaintiffs and Class Members listed in the table shown below** | **PETITION TO ESTABLISH ATTORNEY'S CHARGING LIEN** |

Petitioner, Podhurst Orseck, P.A., formerly counsel to the Plaintiffs or class members in the table listed below, hereby petitions this Court, on behalf of itself and its co-counsel, to establish a charging lien under Florida law, for the reasons set forth herein, as to each of the below-listed former clients:

| Plaintiff | Court | Case Name | Case No. |
|---|---|---|---|
| Darryl Ashmore | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Kevan Barlow | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Ben Coates | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Ben Coleman | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Chartric "Chuck" Darby | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Jay (Jamal) Foreman | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |

Podhurst Orseck, P.A.

SunTrust International Center, One S.E. 3rd Avenue, Suite 2700, Miami, FL 33131 Miami 305.358.2800 Fax 305.358.2382 • Ft. Lauderdale 954.463.4346 | www.podhurst.com

| | | | |
|---|---|---|---|
| Robert Harris | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Jeff Herrod | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Sean Hill | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Jacoby Rhinehart | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Jamal Robertson | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Derek H. Ross | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Tracy Scroggins | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Leon Searcy | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Taveres (T.J.) Slaughter | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Steve Smith | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Barron Tanner | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Kyle Turley | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Fred Weary | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Bernard Whittington | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Eddie "Boo" Williams | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Max Lane | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Willie Blade | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Edwin Mulitalo | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Armegis Spearman | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Michael Wiley | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Daryl Porter | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Robert Kratch | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Mike Arthur | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Carlton Bailey-Jones | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Donny Brady | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Jesse Chatman | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |

Podhurst Orseck, P.A.

SunTrust International Center, One S.E. 3rd Avenue, Suite 2700, Miami, FL 33131 Miami 305.358.2800  Fax  305.358.2382 • Ft. Lauderdale 954.463.4346      www.podhurst.com

| | | | |
|---|---|---|---|
| Ken Dilger | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Michael Downs | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Demetric Evans | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Charles Frye | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Anthony G. Griggs | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Bobby J. Hamilton | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Kelvin Harris | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Ralph Pete Hunter | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Tyson Thompson | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Marques McFadden | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Torrin L. Tucker | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Tommy Barnhardt | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Douglas E. Evans | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Randy Fuller | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Ronald Humphrey | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Earl Little | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Anthony McCoy | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Frederick Beasley | U.S.D.C., E.D.Pa. | *Garner v. National Football League, et., al.,* | 12-cv-04634 |
| Larry Bowie | U.S.D.C., E.D.Pa. | *Garner v. National Football League, et., al.,* | 12-cv-04634 |
| Charlie Garner, III | U.S.D.C., E.D.Pa. | *Garner v. National Football League, et., al.,* | 12-cv-04634 |
| Rafael Cooper (Webster) | U.S.D.C., E.D.Pa. | *Garner v. National Football League, et., al.,* | 12-cv-04634 |
| Thomas Tapeh | U.S.D.C., E.D.Pa. | *Garner v. National Football League, et., al.,* | 12-cv-04634 |
| Anthony Sherrod Davis | U.S.D.C., E.D.Pa. | *Jean-Gilles v. National Football League, et., al.,* | 13-cv-02109 |
| Gregory Favors | U.S.D.C., E.D.Pa. | *Jean-Gilles v. National Football League, et., al.,* | 13-cv-02109 |
| Rodney Bailey | U.S.D.C., E.D.Pa. | *Jean-Gilles v. National Football League, et., al.,* | 13-cv-02109 |
| Marcellus Rivers | U.S.D.C., E.D.Pa. | *Jean-Gilles v. National Football League, et., al.,* | 13-cv-02109 |

Podhurst Orseck, P.A.

SunTrust International Center, One S.E. 3rd Avenue, Suite 2700, Miami, FL 33131 Miami 305.358.2800  Fax  305.358.2382 • Ft. Lauderdale 954.463.4346    www.podhurst.com

| | | | |
|---|---|---|---|
| Albert Connell | U.S.D.C., E.D.Pa. | *Jean-Gilles v. National Football League, et., al.,* | 13-cv-02109 |
| Walter Williams | U.S.D.C., E.D.Pa. | *Jean-Gilles v. National Football League, et., al.,* | 13-cv-02109 |
| Brandon Haw | U.S.D.C., E.D.Pa. | *Jean-Gilles v. National Football League, et., al.,* | 13-cv-02109 |
| Maurice A. Morris | U.S.D.C., E.D.Pa. | *Baty v. National Football League, et., al.,* | 12-cv-03215 |
| Reginald Myles | U.S.D.C., E.D.Pa. | *Portis v. National Football League, et., al.,* | 13-cv-05192 |
| Joseph Odom | U.S.D.C., E.D.Pa. | *Portis v. National Football League, et., al.,* | 13-cv-05192 |
| David Ball | U.S.D.C., E.D.Pa. | *Portis v. National Football League, et., al.,* | 13-cv-05192 |
| Paris Johnson | U.S.D.C., E.D.Pa. | *Portis v. National Football League, et., al.,* | 13-cv-05192 |
| Freddie Lee Solomon, Jr. | U.S.D.C., E.D.Pa. | *Portis v. National Football League, et., al.,* | 13-cv-05192 |
| Tyrone Rogers | U.S.D.C., E.D.Pa. | *Garner v. National Football League, et., al.,* | 12-cv-04634 |
| Bruce Thornton | U.S.D.C., E.D.Pa. | *Cerqua v. National Football League, et., al.,* | 12-cv-06937 |
| Adam Schreiber | U.S.D.C., E.D.Pa. | *Cerqua v. National Football League, et., al.,* | 12-cv-06937 |
| Scott Tinsley | N/A | N/A (Un-filed Class Member) | N/A |
| Joseph J. Jefferson | N/A | N/A (Un-filed Class Member) | N/A |
| Torrance Marshall | N/A | N/A (Un-filed Class Member) | N/A |
| Omar Stoutmire | N/A | N/A (Un-filed Class Member) | N/A |
| Elijah Williams | N/A | N/A (Un-filed Class Member) | N/A |

**BASIS FOR THE CHARGING LIEN**

1. Podhurst Orseck, P.A. ("Podhurst") satisfies the requirements for an attorney's charging lien under Florida law as to each of its above-listed former clients. *See generally Daniel Mones, P.A. v. Smith*, 486 So. 2d 559, 561 (Fla. 1986).

2. Podhurst had a signed contract for legal representation with each of its above-listed former clients for claims for damages against the National Football League arising out of head injuries they sustained while playing professional football. The contracts were signed and

Podhurst Orseck, P.A.

SunTrust International Center, One S.E. 3rd Avenue, Suite 2700, Miami, FL 33131 Miami 305.358.2800  Fax  305.358.2382 • Ft. Lauderdale 954.463.4346   www.podhurst.com

accepted by one or more Podhurst lawyers in Miami, Florida, such that Florida law governs the agreements.

3. Other law firms who referred the cases to Podhurst also appear on these contracts, and share in the contractual right to a fee.  This Petition is intended to assert a lien on behalf of Podhurst along with its co-counsel law firms who appear on the contracts with the above-listed former clients.

4. The contracts expressly provided that Podhurst would be paid attorney's fees and reimbursed for reasonable costs expended on a contingency basis, out of any recovery earned for the client.

5. Podhurst and its co-counsel performed work on behalf of each of the above-listed former clients, including but not limited to some or all of the following:  interviewing the client to gather information relevant to his claims, speaking with family members for the same purpose, collecting pertinent medical records, analyzing the client's standing for a claim, filing claims on their behalf in this multi-district litigation, updating them on the status of the litigation, fielding telephone calls with their questions about the case and potential benefits available under the settlement.

6. All of the above-listed former clients have served Podhurst with a notice of termination of employment.

7. These terminations were not for cause owing to any malfeasance by Podhurst or its co-counsel.  Rather, many were communicated after the former client was solicited by competing law firms who offered to represent the clients for lower rates.

Podhurst Orseck, P.A.

SunTrust International Center, One S.E. 3rd Avenue, Suite 2700, Miami, FL 33131 Miami 305.358.2800  Fax  305.358.2382 • Ft. Lauderdale 954.463.4346   www.podhurst.com

8. Although Podhurst has not yet sought to collect any fee from the above-listed former clients, it is presumed that they will dispute that they owe Podhurst or its co-counsel any compensation for the work done on their behalf.

9. This petition is being timely asserted in this action while it remains active, and the Court has reserved jurisdiction over the parties, their counsel, and all settlement class members, and to consider matters concerning attorneys' fees and costs. *See* ECF No. 6534, ¶¶ 15, 17.

Accordingly, Podhurst respectfully requests that the Court:

(i) Determine its charging lien with respect to the above-listed former clients;

(ii) Establish the amount of each such lien;

(iii) Order that Podhurst be permitted to enforce its lien against the proceeds each of the above-listed clients may derive from the settlement reached in this action;

(iv) Order that the Defendant, its insurer, and the Claims Administrator be prohibited from paying to each of the above-listed clients any such recovery under said lien has been satisfied; and

(v) Grant such other relief as the Court deems just and appropriate.

Respectfully submitted,

**PODHURST ORSECK, P.A**
SunTrust International Center
One S.E. 3rd Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 358-2800
Fax: (305) 358-2382

Podhurst Orseck, P.A.

SunTrust International Center, One S.E. 3rd Avenue, Suite 2700, Miami, FL 33131 Miami 305.358.2800  Fax  305.358.2382 • Ft. Lauderdale 954.463.4346    www.podhurst.com

By: /s/ *Steven C. Marks*
STEVEN C. MARKS
Fla. Bar. No. 516414
Email: smarks@podhurst.com
STEPHEN F. ROSENTHAL
Fla. Bar No. 0131458
Email: srosenthal@podhurst.com
RICARDO M. MARTÍNEZ-CID
Fla. Bar No. 383988
Email: rmcid@podhurst.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January, 2017, I caused the foregoing Notice of Attorney's Lien, to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

/s/ Steven C. Marks
STEVEN C. MARKS

Podhurst Orseck, P.A.

SunTrust International Center, One S.E. 3rd Avenue, Suite 2700, Miami, FL 33131 Miami 305.358.2800  Fax  305.358.2382 • Ft. Lauderdale 954.463.4346   www.podhurst.com