UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>    Plaintiffs,<br><br>    v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>    Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**FANECA OBJECTORS' PETITION FOR AN AWARD OF
ATTORNEYS' FEES AND EXPENSES**

Pursuant to Fed R. Civ. P. 23(h), objectors Alan Faneca, Roderick "Rock" Cartwright, Jeff Rohrer, and Sean Considine (the "Faneca Objectors")[1] hereby request an award of attorneys' fees and expenses as set forth in the accompanying Faneca Objectors' Memorandum of Law in Support of Petition for an Award of Attorneys' Fees and Expenses.

---

[1] The Faneca Objectors – Alan Faneca, Roderick Cartwright, Sean Considine, and Jeff Rohrer – were previously known to this Court as the Morey Objectors. At that time, the objector group also included Sean Morey, Ben Hamilton, and Robert Royal. Those three objectors have since opted out of the settlement class.

Dated:  January 11, 2017

William T. Hangley
Michele D. Hangley
HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
One Logan Square
18th & Cherry Streets
27th Floor
Philadelphia, PA  19103
(215) 496-7001 (telephone)
(215) 568-0300 (facsimile)
whangley@hangley.com
mdh@hangley.com

*/s/ Steven F. Molo*

Steven F. Molo
Thomas J. Wiegand
MOLOLAMKEN LLP
430 Park Ave.
New York, NY  10022
(212) 607-8160 (telephone)
(212) 607-8161 (facsimile)
smolo@mololamken.com
twiegand@mololamken.com

Eric R. Nitz
MOLOLAMKEN LLP
600 New Hampshire Ave., NW
Washington, DC  20037
(202) 556-2000 (telephone)
(202) 556-2001 (facsimile)
enitz@mololamken.com

Linda S. Mullenix
2305 Barton Creek Blvd., Unit 2
Austin, TX  78735
(512) 263-9330 (telephone)
lmullenix@hotmail.com

*Counsel for the Faneca Objectors*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2017, I caused the foregoing Faneca Objectors' Petition for an Award of Attorneys' Fees and Expenses and supporting documents to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties.

*/s/ Steven F. Molo*