# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS |  |

## [PROPOSED] ORDER GRANTING PETITION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES

**AND NOW**, this _____ day of _____, 2017, it is

**ORDERED**:

1.      After consideration of the Faneca Objectors' Petition for an Award of Attorneys' Fees and Expenses, the Petition is GRANTED.

2.      The request for an award of attorneys' fees and expenses meets the requirements of Federal Rules of Civil Procedure 23(h) and 54(d)(2).

3.      Counsel for Objectors Alan Faneca, Roderick Cartwright, Jeff Rohrer, and Sean Considine are awarded attorneys' fees in the amount of _____, to be paid

from the Attorneys' Fees Qualified Settlement Fund in accordance with Sections 21.1 and 21.2 of the Settlement Agreement.

4.      Counsel for Objectors Alan Faneca, Roderick Cartwright, Jeff Rohrer, and Sean Considine are further awarded expenses in the amount of _____, to be paid from the Attorneys' Fees Qualified Settlement Fund in accordance with Sections 21.1 and 21.2 of the Settlement Agreement.


_____
ANITA B. BRODY, J.


Copies **VIA ECF** on _____ to:                Copied **MAILED** on _____ to: