# EXHIBIT C

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Miami Division

MARVIN JONES; LEON SEARCY;                          Case No. 11-cv-24594-JEM
PATRICK SURTAIN; ORONDE GADSDEN;
DARYL PORTER; LAMAR THOMAS;
TROY DRAYTON; SEAN HILL;
SHANNON HILL; ROBERT HARRIS;
MARLO HARRIS; KEVIN LEWIS;
LISA HENDERSON; LIONAL DALTON;
TIFFANY EDWARDS; JED WEAVER;
JORI WEAVER; HENRI CROCKETT;
ROY BARKER; HURVIN MCCORMACK;
DONNELL BENNETT; ADRIENNE BENNETT;
TROY HAMBRICK; DARREN HAMBRICK;
KYLE TURLEY; STACY TURLEY;
MITCH WHITE; JENNIFER WHITE;
CAM CLEELAND; MINDY CLEELAND;
JEFFREY BREGEL; JAY FOREMAN;
KEVIN TURNER; CHRIS CHAMBERS;
KEVAN BARLOW; REGGIE BARLOW;
AARON BEASLEY; ERIC BEVERLY;
WILLIE BLADE; LAMONT BRIGHTFUL;
VINCENT BRISBY; CHAD BROWN;
CRISTIN BROWN; DEAUNTAE BROWN;
REGILYN BROWN; DUANE BUTLER;
BYRON CHAMBERLAIN; BEN COATES;
YVETTE COATES; BEN COLEMAN;
CHRIS COOPER; JARROD COOPER;
JAMES COTTON; VERNON CRAWFORD;
CHATRIC DARBY; CHARLETTE DARBY;
GREG DELONG; DUSTY DVORACEK;
KALIMBA EDWARDS; MARIO EDWARDS;
EDWARD ELLIS; MATT FINKES;
JAMMI GERMAN; JACK GOLDEN;
JARVIS GREEN; MARK GUNN;
STEVEN HERNDON; LAMARCUS HICKS;
GEORGE JONES; WILLIE JONES;
RICHARD JORDAN; CEDRIC KILLINGS;
TOMMY KNIGHT; ROBERT KRATCH;
TEDDY LEHMAN; TIMOTHY LESTER;
NATALIE LESTER; OTIS LEVERETTE;
NICOLAS LUCHEY; SHANE MATTHEWS;
GERALD MCBURROWS; LEONARD MCDOWELL;

DELL MCGEE; TIM MCKYER;
RONDORICK MERKERSON; EDWIN MULITALO;
ANTONIO NEWSON; SCOT OSBORNE;
KEN OXENDINE; ED PERRY;
WALI RAINER; LAMONT REID;
JACOBY RHINEHART; JAMAL ROBERTSON;
TODD RUCCI; PATRICK SAPP;
NOEL SCARLETT; PAUL SHIELDS;
NATE SINGLETON; TAVARIS SLAUGHTER;
TORRANCE SMALL; ARMEGIS SPEARMAN;
GREGORY SPIRES; ALZADIA SPIRES;
TERRELL SUTTON; BARRON TANNER;
DIONNA CHAMBERS; TAVARES TILLMAN;
DARRYL WILLIAMS; EDDIE WILLIAMS;
REINARD WILSON; AND JIMMY WYRICK

       Plaintiffs,

vs.

NATIONAL FOOTBALL LEAGUE,

       Defendant.

_____/


_____

## **FIRST AMENDED COMPLAINT**

_____

# TABLE OF CONTENTS

NATURE OF THE ACTION ...................................................................................................1

JURISDICTION AND VENUE ..............................................................................................2

THE PARTIES .........................................................................................................................3

GENERAL ALLEGATIONS APPLICABLE TO ALL COUNTS.........................................13

    The NFL.....................................................................................................................13

    Concussions and CTE Generally .............................................................................13

    The NFL's Knowledge of the Dangers and Risks Associated with
    Concussions ..............................................................................................................15

    The NFL Voluntarily Undertakes the Responsibility of Studying
    Concussions Yet Fraudulently Conceals the Long-Term Effects
    of Concussions .........................................................................................................18

    The NFL's Belated Acknowledgement of the Concussion Crisis ...........................24

MEDICAL MONITORING ALLEGATIONS.........................................................................28

PLAINTIFF-SPECIFIC ALLEGATIONS ..............................................................................29

    Plaintiff Marvin Jones' Concussion History in the NFL and Injuries ..............................29

    Plaintiff Robert Harris' Concussion History in the NFL and Injuries ..............................30

    Plaintiff Kevin Lewis' Concussion History in the NFL and Injuries ...............................31

    Plaintiff Daryl Porter's Concussion History in the NFL and Injuries ..............................32

    Plaintiff Lional Dalton's Concussion History in the NFL and Injuries ............................32

    Plaintiff Jed Weaver's Concussion History in the NFL and Injuries................................33

    Plaintiff Leon Searcy's Concussion History in the NFL and Injuries ..............................34

    Plaintiff Henri Crockett's Concussion History in the NFL and Injuries ..........................34

    Plaintiff Roy Barker's Concussion History in the NFL and Injuries................................35

Plaintiff Hurvin McCormack's Concussion History in the NFL and Injuries ..................35

Plaintiff Troy Drayton's Concussion History in the NFL and Injuries ...........................36

Plaintiff Donnell Bennett's Concussion History in the NFL and Injuries ......................37

Plaintiff Oronde Gadsden's Concussion History in the NFL and Injuries ......................37

Plaintiff Sean Hill's Concussion History in the NFL and Injuries ..................................38

Plaintiff Lamar Thomas's Concussion History in the NFL and Injuries .........................38

Plaintiff Patrick Surtain's Concussion History in the NFL and Injuries ........................39

Plaintiff Troy Hambrick's Concussion History in the NFL and Injuries.........................39

Plaintiff Darren Hambrick's Concussion History in the NFL and Injuries .....................40

Plaintiff Mitch White's Concussion History in the NFL and Injuries .............................40

Plaintiff Cam Cleeland's Concussion History in the NFL and Injuries...........................41

Plaintiff Kyle Turley's Concussion History in the NFL and Injuries ..............................42

Plaintiff Jeffrey Bregel's Concussion History in the NFL and Injuries...........................43

Plaintiff Jay Foreman's Concussion History in the NFL and Injuries .............................44

Plaintiff Matthias Askew's Concussion History in the NFL and Injuries .......................45

Plaintiff Kevan Barlow's Concussion History in the NFL and Injuries ..........................45

Plaintiff Reggie Barlow's Concussion History in the NFL and Injuries .........................46

Plaintiff Aaron Beasley's Concussion History in the NFL and Injuries..........................46

Plaintiff Eric Beverly's Concussion History in the NFL and Injuries ............................47

Plaintiff Willie Blade's Concussion History in the NFL and Injuries .............................47

Plaintiff Lamont Brightful's Concussion History in the NFL and Injuries .....................48

Plaintiff Vincent Brisby's Concussion History in the NFL and Injuries.........................48

Plaintiff Chad Brown's Concussion History in the NFL and Injuries .............................49

Plaintiff Deauntae Brown's Concussion History in the NFL and Injuries ........................50

Plaintiff Regilyn Brown's Concussion History in the NFL and Injuries...........................50

Plaintiff Duane Butler's Concussion History in the NFL and Injuries.............................51

Plaintiff Byron Chamberlain's Concussion History in the NFL and Injuries...................51

Plaintiff Chris Chambers' Concussion History in the NFL and Injuries ..........................52

Plaintiff Ben Coates' Concussion History in the NFL and Injuries..................................52

Plaintiff Ben Coleman's Concussion History in the NFL and Injuries ............................53

Plaintiff Chris Cooper's Concussion History in the NFL and Injuries.............................54

Plaintiff Jarrod Cooper's Concussion History in the NFL and Injuries...........................54

Plaintiff James Cotton's Concussion History in the NFL and Injuries............................55

Plaintiff Vernon Crawford's Concussion History in the NFL and Injuries......................55

Plaintiff Chartric Darby's Concussion History in the NFL and Injuries .........................56

Plaintiff Greg DeLong's Concussion History in the NFL and Injuries ...........................56

Plaintiff Dusty Dvoracek's Concussion History in the NFL and Injuries .......................57

Plaintiff Kalimba Edwards' Concussion History in the NFL and Injuries ......................58

Plaintiff Mario Edwards' Concussion History in the NFL and Injuries ..........................58

Plaintiff Edward Ellis' Concussion History in the NFL and Injuries ..............................59

Plaintiff Matt Finkes' Concussion History in the NFL and Injuries................................59

Plaintiff Jammi German's Concussion History in the NFL and Injuries..........................60

Plaintiff Jack Golden's Concussion History in the NFL and Injuries .............................60

Plaintiff Jarvis Green's Concussion History in the NFL and Injuries .............................61

Plaintiff Mark Gunn's Concussion History in the NFL and Injuries...............................61

Plaintiff Steve Herndon's Concussion History in the NFL and Injuries .........................62

Plaintiff LaMarcus Hicks' Concussion History in the NFL and Injuries .........................63

Plaintiff George Jones' Concussion History in the NFL and Injuries ..............................63

Plaintiff Willie Jones' Concussion History in the NFL and Injuries ................................64

Plaintiff Richard Jordan's Concussion History in the NFL and Injuries ..........................64

Plaintiff Cedric Killings' Concussion History in the NFL and Injuries ..........................65

Plaintiff Tommy Knight's Concussion History in the NFL and Injuries .........................65

Plaintiff Robert Kratch's Concussion History in the NFL and Injuries...........................66

Plaintiff Teddy Lehman's Concussion History in the NFL and Injuries ..........................66

Plaintiff Timothy Lester's Concussion History in the NFL and Injuries.........................67

Plaintiff Otis Leverette's Concussion History in the NFL and Injuries...........................68

Plaintiff Nicholas Luchey's Concussion History in the NFL and Injuries .......................68

Plaintiff Shane Matthews' Concussion History in the NFL and Injuries ........................69

Plaintiff Gerald McBurrows' Concussion History in the NFL and Injuries.....................69

Plaintiff Leonard McDowell's Concussion History in the NFL and Injuries...................70

Plaintiff Dell McGee's Concussion History in the NFL and Injuries...............................70

Plaintiff Tim McKeyer's Concussion History in the NFL and Injuries............................71

Plaintiff Rondorick Merkerson's Concussion History in the NFL and Injuries ...............72

Plaintiff Edwin Mulitalo's Concussion History in the NFL and Injuries ........................72

Plaintiff Antonio Newson's Concussion History in the NFL and Injuries ......................73

Plaintiff Scot Osborne's Concussion History in the NFL and Injuries............................73

Plaintiff Ken Oxedine's Concussion History in the NFL and Injuries ............................74

Plaintiff Ed Perry's Concussion History in the NFL and Injuries ...................................74

Plaintiff Wali Rainer's Concussion History in the NFL and Injuries...............................75

Plaintiff Lamont Reid's Concussion History in the NFL and Injuries ..............................75

Plaintiff Jacoby Rhinehart's Concussion History in the NFL and Injuries .....................76

Plaintiff Jamal Robertson's Concussion History in the NFL and Injuries........................76

Plaintiff Todd Rucci's Concussion History in the NFL and Injuries................................77

Plaintiff Patrick Sapp's Concussion History in the NFL and Injuries ..............................78

Plaintiff Noel Scarlett's Concussion History in the NFL and Injuries .............................78

Plaintiff Paul Shields' Concussion History in the NFL and Injuries ................................79

Plaintiff Nate Singleton's Concussion History in the NFL and Injuries ..........................79

Plaintiff Tavaris Slaughter's Concussion History in the NFL and Injuries......................80

Plaintiff Torrance Small's Concussion History in the NFL and Injuries..........................80

Plaintiff Armegis Spearman's Concussion History in the NFL and Injuries....................81

Plaintiff Gregory Spires' Concussion History in the NFL and Injuries............................82

Plaintiff Terrell Sutton's Concussion History in the NFL and Injuries ............................82

Plaintiff Barron Tanner's Concussion History in the NFL and Injuries ...........................83

Plaintiff Tavares Tillman's Concussion History in the NFL and Injuries ........................83

Plaintiff Kevin Turner's Concussion History in the NFL and Injuries.............................84

Plaintiff Darryl Williams' Concussion History in the NFL and Injuries..........................84

Plaintiff Eddie Williams' Concussion History in the NFL and Injuries...........................85

Plaintiff Reinard Wilson's Concussion History in the NFL and Injuries .........................85

Plaintiff Jimmy Wyrick's Concussion History in the NFL and Injuries ..........................86

COUNT I—NEGLIGENT UNDERTAKING

(On Behalf of All Plaintiff NFL Players) .......................................................................87

COUNT II—FRAUDULENT CONCEALMENT

    (On Behalf of All Plaintiff NFL Players) ......................................................................89

COUNT III—FRAUDULENT MISREPRESENTATION

    (On behalf of the following Plaintiff NFL Players: Kevan Barlow, Reggie Barlow, Aaron Beasley, Eric Beverly, Willie Blade, Lamont Brightful, Chad Brown, Chris Chambers, Cam Cleeland, Chris Cooper, Jarrod Cooper, James Cotton, Lional Dalton, Chatric Darby, Dusty Dvoracek, Kalimba Edwards, Mario Edwards, Edward Ellis, Jay Foreman, LaMarcus Hicks, Jack Golden, Jarvis Green, Troy Hambrick, Steven Herndon, Cedric Killings, Teddy Lehman, Otis Leverette, Kevin Lewis, Nicolas Luchey, Edwin Mulitalo, Antonio Newson, Scot Osborne, Ed Perry, Wali Rainer, Lamont Reid, Jacoby Reinhart, Jamal Robertson, Tavaris Slaughter, Armegis Spearman, Gregory Spires, Patrick Surtain, Tavares Tillman, Kyle Turley, Jed Weaver, Mitch White, Eddie Williams, Reinard Wilson, and Jimmy Wyrick) ...........................................................................................................92

COUNT IV—NEGLIGENT MISREPRESENTATION

    (On behalf of the following Plaintiff NFL Players: Kevan Barlow, Reggie Barlow, Aaron Beasley, Eric Beverly, Willie Blade, Lamont Brightful, Chad Brown, Chris Chambers, Cam Cleeland, Chris Cooper, Jarrod Cooper, James Cotton, Lional Dalton, Chatric Darby, Dusty Dvoracek, Kalimba Edwards, Mario Edwards, Edward Ellis, Jay Foreman, LaMarcus Hicks, Jack Golden, Jarvis Green, Troy Hambrick, Steven Herndon, Cedric Killings, Teddy Lehman, Otis Leverette, Kevin Lewis, Nicolas Luchey, Edwin Mulitalo, Antonio Newson, Scot Osborne, Ed Perry, Wali Rainer, Lamont Reid, Jacoby Reinhart, Jamal Robertson, Tavaris Slaughter, Armegis Spearman, Gregory Spires, Patrick Surtain, Tavares Tillman, Kyle Turley, Jed Weaver, Mitch White, Eddie Williams, Reinard Wilson, and Jimmy Wyrick) ...........................................................................................................95

COUNT V—LOSS OF CONSORTIUM

    (On behalf of Adrienne Bennett, Cristin Brown, Dionna Chambers, Mindy Cleland, Charlette Darby, Tiffany Edwards, Marlo Harris, Lisa Henderson, Shannon Hill, Natalie Lester, Alzadia Spires, Stacy Turley, Jori Weaver, and Jennifer White)...................................................................................................................98

The Plaintiffs sue the Defendant National Football League, and, in support thereof, state as follows:

## NATURE OF THE ACTION

1.     This action arises from the concussion crisis afflicting former professional football players in the National Football League (the "NFL" or the "League").  For close to a century, evidence has linked concussions and long-term neurological problems, and specialists in brain trauma have been warning about the risks of permanent brain damage from repetitive concussions for decades.  The NFL – as the organizer and purveyor of a professional sport in which head trauma is a regular and repeated occurrence – was aware of these risks but deliberately ignored and concealed them.  Rather than warn its players that they risked permanent brain injury if they returned to play too soon after sustaining a concussion, the NFL actively deceived players, resulting in the players' belief that concussions did not present serious, life-altering risks.

2.     The NFL, through its own initiative and voluntary undertaking, created the Mild Traumatic Brain Injury Committee (the "MTBI Committee" or the "Committee") in 1994.  The Committee was ostensibly created to research and ameliorate the impact of concussions on NFL players.

3.     Despite clear medical evidence that on-field concussions led directly to brain injuries and frequently had tragic repercussions for its retired players, the NFL failed to protect other players from suffering a similar fate, and failed to inform players of the true risks associated with such head trauma.  Instead, the NFL purposefully misrepresented and/or concealed medical evidence on the issue.  While athletes who had suffered concussions in other professional sports were being restricted from returning to play for full games or even seasons,

NFL players who had suffered concussions were regularly being returned to play after having suffered a concussion in that same game or practice.

4.      The NFL's active and purposeful concealment and misrepresentation of the severe neurological risks associated with concussions exposed players to dangers they could have avoided had the League provided them with accurate information.  Many of these players, since retired, have suffered severe and permanent brain damage as a result of the NFL's acts and/or omissions.  In fact, the MTBI Committee's concealment and misrepresentation of relevant medical evidence over the years has caused an increased risk of life-threatening injury to players who were being kept in the dark.

5.      The Plaintiff NFL Players each assert some or all of the following claims against the NFL: (i) negligent undertaking; (ii) fraudulent concealment; (iii) fraudulent misrepresentation; and (iv) negligent misrepresentation.  This action also seeks to recover fair compensation for the spouses of certain Plaintiff NFL Players based upon their right to seek loss of consortium.

## JURISDICTION AND VENUE

6.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because the parties are of diverse citizenship and the amount in controversy in this action exceeds $75,000.00 dollars, exclusive of costs, interest, and attorneys' fees.

7.      This Court has personal jurisdiction over the Defendant because it has substantial and continuous business contacts with the State of Florida, including but not limited to its having three (3) franchises which play in Florida, and derives substantial revenue from its contacts with Florida.

8.      Venue is proper pursuant to 28 U.S.C. § 1391(c), as Defendant is a corporation subject to personal jurisdiction in this District.

**THE PARTIES**

9.      Plaintiff Marvin Jones is a resident and citizen of the State of Florida.  He played in the NFL from 1993 to 2003.

10.      Plaintiff Robert Harris is a resident and citizen of the State of Florida and is married to Plaintiff Marlo Harris, also a resident and citizen of Florida.  He played in the NFL from 1992 to 2000.

11.      Plaintiff Kevin Lewis is a resident and citizen of the State of Florida and is married to Plaintiff Lisa Henderson, also a resident and citizen of Florida.  He played in the NFL from 2000 to 2005.

12.      Plaintiff Daryl Porter is a resident and citizen of the State of Florida.  He played in the NFL from 1997 to 2002.

13.      Plaintiff Lional Dalton is a resident and citizen of the State of Florida and is married to Plaintiff Tiffany Edwards, also a resident and citizen of Florida.  He played in the NFL from 1998 to 2006.

14.      Plaintiff Jed Weaver is a resident and citizen of the State of Florida and is married to Plaintiff Jori Weaver, also a citizen and resident of Florida.  He played in the NFL from 1999 to 2004.

15.      Plaintiff Leon Searcy is a resident and citizen of the State of Florida.  He played in the NFL from 1992 to 2002.

16.      Plaintiff Henri Crockett is a resident and citizen of the State of Florida.  He played in the NFL from 1997 to 2003.

17.     Plaintiff Roy Barker is a resident and citizen of the State of Florida.  He played in the NFL from 1993 to 1999.

18.     Plaintiff Hurvin McCormack is a resident and citizen of the State of Florida.  He played in the NFL from 1995 to 1999.

19.     Plaintiff Troy Drayton is a resident and citizen of the State of Florida.  He played in the NFL from 1993 to 2001.

20.     Plaintiff Donnell Bennett is a resident and citizen of the State of Florida and is married to Plaintiff Adrienne Bennett, also a resident and citizen of Florida.  He played in the NFL from 1994 to 2001.

21.     Plaintiff Oronde Gadsden is a resident and citizen of the State of Florida.  He played in the NFL from 1995 to 1996 and from 1998 to 2003.

22.     Plaintiff Sean Hill is a resident and citizen of the State of Florida and is married to Plaintiff Shannon Hill, also a resident and citizen of Florida.  He played in the NFL from 1994 to 1996.

23.     Plaintiff Lamar Thomas is a resident and citizen of the State of Florida.  He played in the NFL from 1993 to 1998.

24.     Plaintiff Patrick Surtain is a resident and citizen of the State of Florida.  He played in the NFL from 1998 to 2008.

25.     Plaintiff Troy Hambrick is a resident and citizen of the State of Florida. He played in the NFL from 2000 to 2004.

26.     Plaintiff Darren Hambrick is a resident and citizen of the State of Florida. He played in the NFL from 1998 to 2002.

27.     Plaintiff Mitch White is a resident and citizen of the State of Texas and is married to Plaintiff Jennifer White, also a resident and citizen of Texas.  He played in the NFL from 2001 to 2005.

28.     Plaintiff Cam Cleeland is a resident and citizen of the State of Washington and is married to Plaintiff Mindy Cleeland, also a resident and citizen of Washington.  He played in the NFL from 1998 to 2006.

29.     Plaintiff Kyle Turley is a resident and citizen of the State of Tennessee and is married to Plaintiff Stacy Turley, also a resident and citizen of Tennessee.  He played in the NFL from 1998 to 2007.

30.     Plaintiff Jeffrey Bregel is a resident and citizen of the State of California.  He played in the NFL from 1987 to 1989.

31.     Plaintiff Jay Foreman is a resident and citizen of the State of Nebraska.  He played in the NFL from 1999 to 2006.

32.     Plaintiff Matthias Askew is a resident and citizen of the State of Florida. He played in the NFL from 2004 to 2009.

33.     Plaintiff Kevan Barlow is a resident and citizen of the State of Pennsylvania. He played in the NFL from 2001 to 2007.

34.     Plaintiff Reggie Barlow is a resident and citizen of the State of Alabama. He played in the NFL from 1996 to 2003.

35.     Plaintiff Aaron Beasley is a resident and citizen of the State of Maryland. He played in the NFL from 1996 to 2004.

36.     Plaintiff Eric Beverly is a resident and citizen of the State of Georgia. He played in the NFL from 1997 to 2007.

37.     Plaintiff Willie Blade is a resident and citizen of the State of Texas.  He played in the NFL from 2001 to 2005.

38.     Plaintiff Lamont Brightful is a resident and citizen of the State of Wisconsin.  He played in the NFL from 2002 to 2005.

39.     Plaintiff Vincent Brisby is a resident and citizen of the State of Texas.  He played in the NFL from 1993 to 2000.

40.     Plaintiff Chad Brown is a resident and citizen of the State of Colorado and is married to Plaintiff Cristin Brown, also a resident and citizen of Colorado.  He played in the NFL from 1993 to 2007.

41.     Plaintiff Deauntae Brown is a resident and citizen of the State of Michigan.  He played in the NFL in 1997.

42.     Plaintiff Regilyn Brown is a resident and citizen of the State of Michigan.  He played in the NFL from 1996 to 2002.

43.     Plaintiff Duane Butler is a resident and citizen of Burlington, Ontario, Canada. He played in the NFL from 1997 to 1998.

44.     Plaintiff Byron Chamberlain is a resident and citizen of the State of California. He played in the NFL from 1995 to 2003.

45.     Plaintiff Chris Chambers is a resident and citizen of the State of Florida. He played in the NFL from 2001 to 2011.

46.     Plaintiff Ben Coates is a resident and citizen of the State of Ohio and is married to Plaintiff Yvette Coates, also a resident and citizen of Ohio. He played in the NFL from 1991 to 2000.

47.     Plaintiff Ben Coleman is a resident and citizen of the State of California. He played in the NFL from 1993 to 2001.

48.     Plaintiff Chris Cooper is a resident and citizen of the State of California. He played in the NFL from 2001 to 2010.

49.     Plaintiff Jarrod Cooper is a resident and citizen of the State of California. He played in the NFL from 2001 to 2008.

50.     Plaintiff James Cotton is a resident and citizen of the State of Ohio. He played in the NFL from 2000 to 2004.

51.     Plaintiff Vernon Crawford is a resident and citizen of the State of Massachusetts. He played in the NFL from 1997 to 2000.

52.     Plaintiff Chartric Darby is a resident and citizen of the State of Florida and is married to Plaintiff Charlette Darby, also a resident and citizen of Florida. He played in the NFL from 2001 to 2008.

53.     Plaintiff Greg DeLong is a resident and citizen of the State of North Carolina. He played in the NFL from 1995 to 2000.

54.     Plaintiff Dusty Dvoracek is a resident and citizen of the State of Oklahoma. He played in the NFL from 2006 to 2008.

55.     Plaintiff Kalimba Edwards is a resident and citizen of the State of Georgia. He played in the NFL from 2002 to 2009.

56.     Plaintiff Mario Edwards is a resident and citizen of the State of Texas. He played in the NFL from 2000 to 2004.

57.     Plaintiff Edward Ellis is a resident and citizen of the State of Massachusetts. He played in the NFL from 1997 to 2005.

7

58.     Plaintiff Matt Finkes is a resident and citizen of the State of Oklahoma. He played in the NFL in 1997.

59.     Plaintiff Jammi German is a resident and citizen of the State of Florida. He played in the NFL from 1998 to 2001.

60.     Plaintiff Jack Golden is a resident and citizen of the State of Texas. He played in the NFL from 2000 to 2004.

61.     Plaintiff Jarvis Green is a resident and citizen of the State of Louisiana. He played in the NFL from 2002 to 2010.

62.     Plaintiff Mark Gunn is a resident and citizen of the State of Ohio. He played in the NFL from 1991 to 1996.

63.     Plaintiff Steven Herndon is a resident and citizen of the State of Georgia. He played in the NFL from 2001 to 2004.

64.     Plaintiff LaMarcus Hicks is a resident and citizen of the State of Michigan. He played in the NFL from 2006 to 2008.

65.     Plaintiff George Jones is a resident and citizen of the State of Texas. He played in the NFL from 1997 to 1999.

66.     Plaintiff Willie Jones is a resident and citizen of the State of Florida. He played in the NFL from 1999 to 2003.

67.     Plaintiff Richard Jordan is a resident and citizen of the State of Michigan. He played in the NFL from 1997 to 2002.

68.     Plaintiff Cedric Killings is a resident and citizen of the State of Florida. He played in the NFL from 2000 to 2007.

69.     Plaintiff Tommy Knight is a resident and citizen of the State of Arizona. He played in the NFL from 1997 to 2003.

70.     Plaintiff Robert Kratch is a resident and citizen of the State of Minnesota. He played in the NFL from 1989 to 1997.

71.     Plaintiff Teddy Lehman is a resident and citizen of the State of Oklahoma. He played in the NFL from 2004 to 2008.

72.     Plaintiff Timothy Lester is a resident and citizen of the State of Florida and is married to Plaintiff Natalie Lester, also a resident and citizen of Georgia. He played in the NFL from 1992 to 1999.

73.     Plaintiff Otis Leverette is a resident and citizen of the State of Alabama. He played in the NFL from 2001 to 2006.

74.     Plaintiff Nicolas Luchey is a resident and citizen of the State of Georgia. He played in the NFL from 1999 to 2007.

75.     Plaintiff Shane Matthews is a resident and citizen of the State of Florida. He played in the NFL from 1993 to 2006.

76.     Plaintiff Gerald McBurrows is a resident and citizen of the State of Missouri. He played in the NFL from 1995 to 2003.

77.     Plaintiff Leonard McDowell is a resident and citizen of the State of Texas. He played in the NFL from 1989 to 1996.

78.     Plaintiff Dell McGee is a resident and citizen of the State of Georgia. He played in the NFL from 1996 to 1998.

79.     Plaintiff Tim McKyer is a resident and citizen of the State of North Carolina. He played in the NFL from 1986 to 1998.

80.     Plaintiff Rondorick Merkerson is a resident and citizen of the State of Nevada. He played in the NFL from 1998 to 1999.

81.     Plaintiff Edwin Mulitalo is a resident and citizen of the State of Utah. He played in the NFL from 1999 to 2008.

82.     Plaintiff Antonio Newson is a resident and citizen of the State of Nevada. He played in the NFL from 2002 to 2005.

83.     Plaintiff Scott Osborne is a resident and citizen of the State of Colorado. He played in the NFL from 2000 to 2004.

84.     Plaintiff Ken Oxendine is a resident and citizen of the State of Georgia. He played in the NFL from 1998 to 2000.

85.     Plaintiff Ed Perry is a resident and citizen of the State of Florida. He played in the NFL from 1997 to 2005.

86.     Plaintiff Wali Rainer is a resident and citizen of the State of Virginia. He played in the NFL from 1999 to 2006.

87.     Plaintiff Lamont Reid is a resident and citizen of the State of North Carolina. He played in the NFL in 2005.

88.     Plaintiff Jacoby Rhinehart is a resident and citizen of the State of Texas. He played in the NFL from 1999 to 2004.

89.     Plaintiff Jamal Robertson is a resident and citizen of the State of Georgia. He played in the NFL from 2002 to 2006.

90.     Plaintiff Todd Rucci is a resident and citizen of Pennsylvania. He played in the NFL from 1993 to 2000.

91.     Plaintiff Patrick Sapp is a resident and citizen of the State of South Carolina. He played in the NFL from 1996 to 1999.

92.     Plaintiff Noel Scarlett is a resident and citizen of the State of Texas. He played in the NFL in 2000.

93.     Plaintiff Paul Shields is a resident and citizen of the State of Arizona. He played in the NFL from 1999 to 2000.

94.     Plaintiff Nate Singleton is a resident and citizen of the State of Louisiana. He played in the NFL from 1993 to 1997.

95.     Plaintiff Tavaris Slaughter is a resident and citizen of the State of Alabama. He played in the NFL from 2000 to 2008.

96.     Plaintiff Torrence Small is a resident and citizen of the State of Louisiana. He played in the NFL from 1992 to 2001.

97.     Plaintiff Armegis Spearman is a resident and citizen of the State of Mississippi. He played in the NFL from 2000 to 2004.

98.     Plaintiff Gregory Spires is a resident and citizen of the State of Texas and is married to Plaintiff Alzadia Spires, also a resident and citizen of Texas. He played in the NFL from 1998 to 2007.

99.     Plaintiff Terrell Sutton is a resident and citizen of the State of Mississippi. He played in the NFL from 2009 to 2010.

100.    Plaintiff Barron Tanner is a resident and citizen of the State of Texas and is married to Plaintiff Donna Chambers, also a resident and citizen of Texas. He played in the NFL from 1997 to 2003.

101.    Plaintiff Tavares Tillman is a resident and citizen of the State of Georgia. He played in the NFL from 2000 to 2007.

102.    Plaintiff Kevin Turner is a resident and citizen of the State of Alabama. He played in the NFL from 1992 to 1999.

103.    Plaintiff Darryl Williams is a resident and citizen of the State of Florida. He played in the NFL from 1992 to 2001.

104.    Plaintiff Eddie Williams is a resident and citizen of the State of Louisiana. He played in the NFL from 2001 to 2004.

105.    Plaintiff Reinard Wilson is a resident and citizen of the State of Florida. He played in the NFL from 1997 to 2004.

106.    Plaintiff Jimmy Wyrick is a resident and citizen of the State of Texas. He played in the NFL from 2000 to 2004.

107.    Defendant NFL, which maintains its principal place of business at 280 Park Avenue, 15th Floor, New York, New York 10017, is an unincorporated association consisting of thirty-two (32) member football teams.

108.    The NFL regularly conducts business in Florida, including, but not limited to the organizing and overseeing of games for the Miami Dolphins, Tampa Bay Buccaneers, and Jacksonville Jaguars teams, and selecting Florida cities to host the Super Bowl in Florida in 1968, 1969, 1971, 1976, 1979, 1984, 1989, 1991, 1995, 1999, 2001, 2005, 2007, 2009, and 2010.

109.    The League is in the business of, among other things, operating the sole major professional football league in the United States.  As such, the NFL promotes, organizes, and regulates the sport of professional football in the United States.

## GENERAL ALLEGATIONS APPLICABLE TO ALL COUNTS

### *The NFL*

110.    The NFL is a $9,000,000,000.00 dollar-per-year business.

111.    The organization oversees America's most popular spectator sport, acting as a trade association for thirty-two (32) franchise owners.

112.    The NFL governs and promotes the game of football, sets and enforces rules and League policies, and regulates team ownership.

113.    It generates revenue mostly through marketing sponsorships, licensing merchandise, and by selling national broadcasting rights to the games.  The teams share a percentage of the League's overall revenue.

114.    Owing in part to its immense financial power and monopoly status in American football, the NFL has enormous influence over the education of team physicians, trainers, coaches, and football players at all levels of the game concerning the assessment and impact of football related injuries.

### *Concussions and CTE Generally*

115.    It has been well known for nearly a century that concussions and repetitive head injuries cause a myriad of long-term sequelae.

116.    The American Association of Neurological Surgeons defines a concussion as "a clinical syndrome characterized by an immediate and transient alteration in brain function, including an alteration of mental status and level of consciousness, resulting from mechanical force or trauma."

117.    The injury generally occurs when the head either accelerates rapidly and then is stopped, or is rotated rapidly.  The results frequently include, among other things, confusion, blurred vision, memory loss, nausea, and sometimes unconsciousness.

118.     Medical evidence has shown that symptoms of a concussion can reappear hours or days after the injury, indicating that the injured party has not healed from the initial blow.

119.     According to neurologists, once a person suffers a concussion, he is up to four (4) times more likely to sustain a second one.  Additionally, after suffering even a single concussion, a lesser blow may cause the injury, and the injured person requires more time to recover.  This goes to the heart of the problem: players returning to play before allowing their initial concussion to heal fully.

120.     Clinical and neuropathological studies by some of the nation's foremost experts have demonstrated that multiple concussions sustained during an NFL player's career can cause severe cognitive problems such as depression and early-onset dementia.

121.     Repeated head trauma can also result in so-called "Second Impact Syndrome," in which re-injury to a person who has already suffered a concussion triggers swelling that the skull cannot accommodate.

122.     Repeated instances of head trauma also frequently lead to Chronic Traumatic Encephalopathy ("CTE"), a progressive degenerative disease of the brain.

123.     CTE involves the build-up of toxic proteins in the brain's neurons.  This build-up results in a condition whereby signals sent from one cell to thousands of connecting cells in various parts of the brain are not received, leading to abnormal and diminished brain function.

124.     CTE is found in athletes (and others) with a history of repetitive concussions. Conclusive studies have shown this condition to be prevalent in retired professional football players who have a history of head injury.

125.     This head trauma, which includes multiple concussions, triggers progressive degeneration of the brain tissue.  These changes in the brain are thought to begin when an

athlete's brain is subjected to trauma, but symptoms may not appear until months, years, or even decades after the last concussion or the end of active athletic involvement. The brain degeneration is associated with memory loss, confusion, impaired judgment, paranoia, impulse-control problems, aggression, depression, and eventually progressive dementia.

126. The University of North Carolina's Center for the Study of Retired Athletes published survey-based papers in 2005 through 2007 that found a strong correlation between depression, dementia, and other cognitive impairment in NFL players and the number of concussions those players had received.

127. To date, neuropathologists have performed autopsies on over twenty-five (25) former NFL players. Reports indicate that over ninety (90) percent of the players had CTE.

### The NFL's Knowledge of the Dangers and Risks Associated with Concussions

128. For decades, the NFL has been aware that multiple blows to the head can lead to long-term brain injury, including but not limited to memory loss, dementia, depression, and CTE and its related symptoms.

129. CTE was first addressed in a 1928 article written by pathologist Harrison Martland, discussing "Punch Drunk" syndrome in a group of athletes exposed to repetitive brain trauma (the "Martland study"). The article was published in the *Journal of the American Medical Association*.

130. The Martland study was the first to link sub-concussive blows and "mild concussions" to degenerative brain disease.

131. In or about 1952, the *Journal of the American Medical Association* published a study of encephalopathic changes in professional boxers.

15

132.    That same year, an article published in the *New England Journal of Medicine* recommended a three-strike rule for concussions in football (*i.e.,* recommending that players cease to play football after receiving their third concussion.)

133.    In 1973, a potentially fatal condition known as "Second Impact Syndrome"—in which re-injury to the already-concussed brain triggers swelling that the skull cannot accommodate—was discovered.  It did not receive this name until 1984.

134.    Upon information and belief, Second Impact Syndrome has resulted in the deaths of at least forty (40) football players.

135.    Between 1952 and 1994, numerous studies were published in medical journals including the *Journal of the American Medical Association*, *Neurology*, and the *New England Journal of Medicine*, warning of the dangers of single concussions, multiple concussions, and/or football-related head trauma from multiple concussions.  These studies collectively established that:

> a.    repetitive head trauma in contact sports has dangerous long-term effects on the brain;
>
> b.    post-mortem evidence of CTE was present in numerous cases of boxers and contact-sport athletes;
>
> c.    there is a relation between neurologic pathology and length of career in athletes who play contact sports;
>
> d.    immediate retrograde memory issues occur following concussions;
>
> e.    mild head injury requires recovery time without risk of subjection to further injury;
>
> f.    head trauma is linked to dementia; and
>
> g.    a football player who suffers a concussion requires significant rest before being subjected to further contact.

16

136.   By 1991, three (3) distinct medical professionals/entities, all independent from the NFL—Dr. Robert Cantu of the American College of Sports Medicine, the American Academy of Neurology, and the Colorado Medical Society—developed return-to-play criteria for football players suspected of having sustained head injuries.

137.   Upon information and belief, by 1991, the National Collegiate Athletic Association ("NCAA") football conferences and individual college teams' medical staffs, along with many lower-level football groups (*e.g.,* high school, junior high school, and pee-wee league) had adopted return-to-play criteria to protect football players even remotely suspected of having sustained concussions.

138.   In 1999, the National Center for Catastrophic Sport Injury Research at the University of North Carolina conducted a study involving eighteen thousand (18,000) collegiate and high school football players.  The research showed that once a player suffered one (1) concussion, he was three (3) times more likely to sustain a second in the same season.

139.   A 2000 study, which surveyed 1,090 former NFL players, found that more than sixty (60) percent had suffered at least one concussion, and twenty-six (26) percent had suffered three (3) or more, during their careers.  Those who had sustained concussions reported more problems with memory, concentration, speech impediments, headaches, and other neurological problems than those who had not been concussed.

140.   In 2004, a convention of neurological experts in Prague met with the aim of providing recommendations for the improvement of safety and health of athletes who suffer concussive injuries in ice hockey, rugby, football, and other sports based on the most up-to-date research.   These experts recommended that a player never be returned to play while symptomatic, and coined the phrase, "when in doubt, sit them out."

141.     This echoed similar medical protocol established at a Vienna conference in 2001. These two (2) conventions were attended by predominately American doctors who were experts and leaders in the neurological field.

142.     Upon information and belief, in literally hundreds upon thousands of games and practices, concussed players—including those knocked entirely unconscious—were returned to play in the *same game or practice*.

143.     Indeed, while the NFL knew for decades of the harmful effects of concussions on a player's brain, it actively concealed these facts from coaches, trainers, players, and the public.

### The NFL Voluntarily Undertakes the Responsibility of Studying Concussions Yet Fraudulently Conceals the Long-Term Effects of Concussions

144.     As described above, the NFL has known for decades that multiple blows to the head can lead to long-term brain injury, including, but not limited to, memory loss, dementia, depression, and CTE and its related symptoms.

145.     Rather than take immediate measures to protect its players from these known dangers, the NFL instead formed a committee to study the issue in 1994. This Committee, the Mild Traumatic Brain Injury Committee (the "MTBI Committee" or the "Committee"), voluntarily undertook the responsibility of studying the effects of concussions on NFL players.

146.     Through its creation of the MTBI Committee, the NFL affirmatively assumed a duty to use reasonable care in the study of concussions and post-concussion syndrome in NFL players, and to use reasonable care in the publication of data from the MTBI Committee's work.

147.     Rather than exercising reasonable care in these duties, the NFL immediately engaged in a long-running course of fraudulent and negligent conduct.

148.     The MTBI Committee's stated goal was to present objective findings on the extent to which a concussion problem existed in the League, and to outline solutions. The MTBI

18

Committee's studies were supposed to be geared toward "improv[ing] player safety" and for the purpose of instituting "rule changes aimed at reducing head injuries."

149.     By 1994, when the NFL formed the MTBI Committee, independent scientists, doctors, and neurologists alike were already convinced that all concussions—even seemingly mild ones—were serious injuries that can permanently damage the brain, impair thinking ability and memory, and hasten the onset of mental decay and senility, especially when they are inflicted frequently and without time to properly heal.

150.     The MTBI Committee was intended to be independent from the NFL, consisting of a combination of doctors and researchers.

151.     In actuality however, the MTBI Committee was not independent.  It consisted of at least five (5) members who were already affiliated with the NFL.

152.     The Committee was headed by Dr. Elliot Pellman, a rheumatologist who lacked any specialized training or education relating to concussions, and who reportedly had previously been fired by Major League Baseball for lying to Congress regarding his resume.  Dr. Pellman would go on to chair the MTBI Committee from 1994-2007, and his leadership of the Committee came under frequent harsh outside criticism related to his deficient medical training, background, and experience.

153.     The NFL failed to appoint any neuropathologist to the MTBI Committee.

154.     From its inception in 1994, the MTBI Committee allegedly began conducting studies to determine the effect of concussions on the long-term health of NFL players. NFL Commissioner Roger Goodell ("Goodell") confirmed this in June 2007 when he stated publicly that the NFL had been studying the effects of traumatic brain injury for "close to 14 years . . . ."

155.    The MTBI Committee did not publish its first findings on active players until 2003.  In that publication, the MTBI Committee stated, contrary to years of (independent) findings, that there were no long term negative health consequences associated with concussions.

156.    The MTBI Committee published its findings in a series of sixteen (16) papers between 2003 and 2009.  According to the MTBI Committee, all of their findings supported a conclusion that there were no long term negative health consequences associated with concussions.  These findings regularly contradicted the research and experiences of neurologists who treat sports concussions and the players who endured them.

157.    Completely contrary to public findings and conclusions, the NFL's team of hand-picked experts on the MTBI Committee did not find concussions to be of significant concern and felt it appropriate for players suffering a concussion to continue playing football during the same game or practice in which one was suffered.  This recommendation and practice by the NFL, promoted by the MTBI Committee, was irresponsible and dangerous.

158.    The MTBI Committee's methodology and the conclusions reached in their research were criticized by independent experts due to the numerous flaws in the study design, methodology, and interpretation of the data, which led to conclusions at odds with common medical knowledge and basic scientific protocol.

159.    For example, in 2004 the MTBI Committee published a conclusion in which it claimed that the Committee's research found no risk of repeated concussions in players with previous concussions and that there was no "7- to 10- day window of increased susceptibility to sustaining another concussion."

160.    In a comment to this publication, one independent doctor wrote that "[t]he article sends a message that it is acceptable to return players while still symptomatic, which **contradicts**

**literature published over the past twenty years** suggesting that athletes be returned to play only after they are asymptomatic, and in some cases for seven days." (emphasis added).

161. As further example, an MTBI Committee conclusion in 2005 stated that "[t]here was no evidence of any adverse effect" of returning to play in the same game as having suffered a concussion. "These data suggest," the Committee reported, "that these players were at no increased risk" of subsequent concussions or prolonged symptoms such as memory loss, headaches, and disorientation.

162. Yet, a 2003 NCAA study of 2,905 college football players found just the opposite: "Those who have suffered concussions are more susceptible to further head trauma for seven to 10 days after the injury."

163. Other contrary conclusions that the MTBI Committee published over several years include but are not limited to the following:

   a. an October 2006 article by Drs. Pellman and Viano stated that because a "significant percentage of players returned to play in the same game [as they suffered a concussion] and the overwhelming majority of players with concussions were kept out of football-related activities for less than 1 week, it can be concluded that mild [concussions] in professional football are not serious injuries;"

   b. that NFL players did not show a decline in brain function after a concussion;

   c. that there were no ill effects among those who had three (3) or more concussions or who took hits to the head that sidelined them for a week or more;

   d. that "no NFL player experienced the second-impact syndrome or cumulative encephalopathy from repeat concussions;" and

   e. that NFL players' brains responded and healed faster than those of high school or college athletes with the same injuries.

21

164.    The Committee's papers (the "Pellman Papers") received significant criticism in the media from independent doctors and researchers, and were met with skepticism in peer review segments following each article's publication.

165.    Renowned experts Dr. Robert Cantu and Dr. Julian Bailes wrote harshly critical reviews of the studies' conclusions.

166.    The Pellman Papers were also criticized in the popular press by ESPN and the *New York Times* when repeated inconsistencies and irregularities in the MTBI Committee's data were revealed.

167.    An ESPN article described how the MTBI Committee failed to include hundreds of neuropsychological tests done on NFL players in the results of the Committee's studies on the effects of concussions.  The article further revealed that Dr. Pellman had fired a neuropsychologist for the New York Jets, Dr. William Barr, after Dr. Barr voiced concern that Dr. Pellman might be picking and choosing what data to include in the Committee's research to get results that would downplay the negative effects of concussions.

168.    As described in the following paragraphs, when faced with studies which implicated a causal link between concussions and cognitive degeneration, the NFL, through the MTBI Committee, continued to produce contrary findings which were false, distorted, and deceiving, all in an effort to conceal and deceive players and the public at large.

169.    Between 2002 and 2007, Dr. Bennet Omalu examined the brain tissue of deceased NFL players, including Mike Webster, Terry Long, Andre Waters, and Justin Strzelczyk.  Dr. Omalu concluded that the players suffered from CTE.  Some of his findings were published in *Neurosurgery* articles.

170.    In response to Dr. Omalu's articles, the MTBI Committee wrote a letter to the editor of *Neurosurgery* asking that Dr. Omalu's article be retracted.

171.    In 2005, a clinical study performed by Dr. Kevin Guskiewicz found that retired players who sustained three (3) or more concussions in the NFL had a five-fold prevalence of mild cognitive impairment in comparison to NFL retirees without a history of concussions.  In doing this research, Dr. Guskiewicz conducted a survey of over 2,550 former NFL athletes.  The MBTI Committee attacked and undermined the study, stating: "We want to apply scientific rigor to this issue to make sure that we're really getting at the underlying cause of what's happening. . . . You cannot tell that from a survey."

172.    In August 2007, the NFL, in keeping with its scheme of fraud and deceit, issued a concussion pamphlet to players which stated: "Current research with professional athletes has not shown that having more than one or two concussions leads to permanent problems if each injury is managed properly. . . . Research is currently underway to determine if there are any long-term effects of concussion[s] in NFL athletes."

173.    In a statement made around the time that the concussion pamphlet was released, NFL Commissioner Roger Goodell said, "We want to make sure all NFL players . . . are fully informed and take advantage of the most up to date information and resources as we continue to study the long-term impact on concussions."  The NFL decided that the "most up to date information" did not include the various independent studies indicating a causal link between multiple concussions and cognitive decline in later life.

23

### *The NFL's Belated Acknowledgement of the Concussion Crisis*

174.    Facing increasing media scrutiny over the MTBI Committee's questionable studies, Dr. Pellman eventually resigned as the head of the Committee in 2007.  He was replaced as head by Dr. Ira Casson and Dr. David Viano, but remained a member of the Committee.

175.    Dr. Casson continued to dismiss outside studies and overwhelming evidence linking dementia and other cognitive decline to brain injuries.  When asked in a 2007 public interview whether concussions could lead to brain damage, dementia, or depression, Dr. Casson denied the linkage six (6) separate times.

176.    In June 2007, the NFL convened a concussion summit for team doctors and trainers.  At the summit, Dr. Casson told team doctors and trainers that CTE has never been scientifically documented in football players.

177.    When Boston University's Dr. Ann McKee found CTE in the brains of two (2) more deceased NFL players in 2008, a MTBI Committee representative characterized each study as an "isolated incident" from which no conclusion could be drawn.

178.    In 2008, under increasing pressure, the NFL commissioned the University of Michigan's Institute for Social Research to conduct a study on the health of retired players.  Over 1,000 former NFL players took part in the study.  The results of the study, released in 2009, reported that "Alzheimer's disease or similar memory-related diseases appear to have been diagnosed in the league's former players vastly more often than in the national population---including a rate of 19 times the normal rate for men ages 30 through 49."

179.    The NFL, **who commissioned the study,** responded to these results by claiming that the study was incomplete, and that further findings would be needed.  Other experts in the

field found the NFL's reaction to be "bizarre," noting that "they paid for the study, yet they tried to distance themselves from it."

180.    After the results of this study were released, Representative John Conyers, Jr., Chairman of the House Judiciary Committee, called for hearings on the impact of head injuries sustained by NFL players.

181.    At the first hearing in October 2009, NFL Commissioner Roger Goodell acknowledged that the NFL owes a duty to the public at large to educate them as to the risks of concussions due to the League's unique position of influence: "In addition to our millions of fans, more than three million youngsters aged 6-14 play tackle football each year; more than one million high school players also do so and nearly seventy five thousand collegiate players as well.  We must act in their best interests even if these young men never play professional football."

182.    Also at the October hearing, NFL Players' Association Executive Director DeMaurice Smith stated,  "[T]here have been studies over the last decade highlighting [connection between on-field injury and post career mental illness].  Unfortunately, the N.F.L. has diminished those studies, urged the suppression of the findings and for years, moved slowly in an area where speed should have been the impetus."

183.    Dr. Casson gave testimony at these hearings, and continued to deny the validity of other non-NFL studies, stating that "[t]here is not enough valid, reliable or objective scientific evidence at present to determine whether or not repeat head impacts in professional football result in long term brain damage."

184.    In 2007, in a televised interview on HBO's Real Sports, Dr. Casson definitively and unequivocally stated that there was no link between concussions and depression, dementia, Alzheimer's disease, or "anything like [that] whatsoever."

185.    Shortly after the 2009 congressional hearings, however, the NFL announced that it would impose its most stringent rules to date on managing concussions, requiring players who exhibit any significant sign of concussion to be removed from a game or practice and be barred from returning the same day.

186.    On or about December 20, 2009, the NFL publicly acknowledged for the first time, through its spokesman Greg Aiello, that "concussions can lead to long-term problems."

187.    In January 2010, the House Judiciary Committee held further hearings on football player head injuries.  Representative Conyers noted that "until recently, the NFL had minimized and disputed evidence linking head injuries to mental impairment in the future."

188.    The NFL's belated change of policy contradicted past recommendations by its MTBI Committee which had recommended as safe the League's practice of returning players to the game after a concussion.  In fact, the Committee had published a paper in 2005 that stated "[p]layers who are concussed and return to the same game have fewer initial signs and symptoms than those removed from play.  Return to play does not involve a significant risk of a second injury either in the same game or during the season."

189.    In 2010, the NFL re-named the MTBI Committee to the "Head, Neck, and Spine Medical Committee" and announced that Dr. Pellman would no longer be a member of the panel. Drs. H. Hunt Batjer and Richard Ellenbogen were selected to replace Drs. Casson and Viano.

190.     Under its new leadership, the Committee admitted that data collected by the NFL's formerly appointed brain-injury leadership was "infected," and said that their Committee should be assembled anew.

191.     Dr. Batjer was quoted as saying, "[w]e all had issues with some of the methodologies described, the inherent conflict of interest that was there in many areas, that was not acceptable by any modern standards or not acceptable to us.  I wouldn't put up with that, our universities wouldn't put up with that, and we don't want our professional reputations damaged by conflicts that were put upon us."

192.     In June 2010, scientific evidence linked multiple concussions to yet another degenerative brain disease—Amyotrophic Lateral Sclerosis ("ALS"), commonly referred to as "Lou Gehrig's Disease."

193.     In October 2011, Dr. Mitchel Berger of the Head, Neck, and Spine Medical Committee announced that a new study was in the planning process. He admitted that the MTBI Committee's previous long-range study was useless because "[t]here was no science in that." Dr. Berger further stated that data from the previous study would not be used.  "We're really moving on from that data.  There's really nothing we can do with that data in terms of how it was collected and assessed."

194.     Now, the NFL requires its member teams to have concussion experts on the sidelines during games to clear players suspected of concussions prior to their return to play.

195.     Notwithstanding this new policy, on October 23, 2011, San Diego Charger Kris Dielman plainly suffered a concussion early in a game and could be seen staggering back to the huddle.  Despite the obvious brain injury, Mr. Dielman was neither evaluated by a doctor nor held out for even one play.  He suffered grand mal seizures on the team's plane ride home.

196.    Ten (10) days later, in November of 2011, the League's injury and safety panel issued a directive telling its game officials to watch closely for concussion symptoms in players.

197.    On or about December 21, 2011, the NFL alerted all thirty two (32) teams that, effective immediately, an independently certified athletic trainer would be assigned to monitor all suspected concussion-related injuries.  The independent trainers are paid by the NFL and approved by the NFL Players' Association.  The trainers' sole purpose is to oversee the treatment of possible concussions and ensure that medical staff on each sideline are following proper League protocol and testing for any head trauma.

198.    Why League policy changes, accurate information sharing, strict fines and warnings were not recommended by the NFL's so called "expert" committee soon after its creation in 1994 is difficult to comprehend.  That it took sixteen (16) years to admit that there was a problem and to take real action to address that problem is willful and wanton and exhibits a reckless disregard for the safety of its players and the public at large.

## MEDICAL MONITORING ALLEGATIONS

199.    As a result of the NFL's negligent and/or fraudulent misconduct, the Plaintiff NFL Players have been exposed to a greater than normal risk of brain injury following an initial concussion, thereby subjecting them to a proven increased risk of developing the adverse symptoms and conditions described above.

200.    Many of the Plaintiff NFL Players have not yet fully begun to evidence many of the long-term physical and mental effects of the concussive injuries they sustained while playing in the NFL, which may remain latent and go undetected for some period of time.

201.    These latent brain injuries require specialized testing that is not generally given to the public at large.

202. The available monitoring regime is specific for individuals exposed to concussions, and is different from that normally recommended in the absence of exposure to this risk of harm. The medical monitoring regime includes, but is not limited to, baseline tests and diagnostic examinations which will assist in diagnosing the adverse health effects associated with concussions. This diagnosis will facilitate the treatment and behavioral and/or pharmaceutical interventions that will prevent or mitigate various adverse consequences of the latent neurodegenerative disorders and diseases associated with the repeated traumatic head impacts that these players experienced in the NFL.

203. The available monitoring regime is reasonably necessary according to contemporary scientific principles within the medical community specializing in the diagnosis of head injuries and their potential link to, *inter alia*, memory loss, early onset dementia, CTE, Alzheimer-like syndromes, and similar cognitive-impairing conditions.

204. By monitoring and testing the Plaintiff NFL Players who are suspected of having suffered a concussion during either game or practice play, the risk of each such player suffering long term injuries, disease, and losses, as described herein, will be significantly reduced.

## PLAINTIFF-SPECIFIC ALLEGATIONS

### *Plaintiff Marvin Jones' Concussion History in the NFL and Injuries*

205. Plaintiff Marvin Jones played in the NFL from 1993 to 2003.

206. Plaintiff Jones suffered four (4) diagnosed concussions in games played.

207. With respect to each of the diagnosed concussions, Plaintiff Jones was taken to the sidelines and asked two or three simple questions by his team's doctor, Elliot Pellman. (The questions included, for example, "Who is the president?" and "What day is it?" etc.). Following a successful answer to these questions, Plaintiff Jones would be returned to play.

29

208.    Plaintiff Jones suffered other head injuries or blows to the head after being returned to play after his diagnosed concussions.

209.    Plaintiff Jones also suffered approximately twenty (20) undiagnosed concussions while playing in the NFL.  In one of these cases, he was knocked unconscious.

210.    Plaintiff Jones was returned to play after every concussion he sustained, never missing more than one play.

211.    Plaintiff Jones was never held out from practice or missed a practice due to a concussion.

212.    At no time did the NFL inform Plaintiff Jones that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

213.    As a result of the numerous concussions suffered during his playing career, Plaintiff Jones, though only 39 years old, suffers from, *inter alia,* the symptomology associated with CTE, severe migraine headaches, memory lapses and deficiency, suicidal thoughts, cervical spine arthritis, bi-polar mood symptoms, depression, extreme fatigue and apathy, bouts of intermittent extreme irritability, extreme anxiety and panic disorder, and intermittent extreme sensitivity to light.  Plaintiff Jones is also at heightened risk of developing further adverse neurological symptoms in the future.

### *Plaintiff Robert Harris' Concussion History in the NFL and Injuries*

214.    Plaintiff Robert Harris played in the NFL from 1992 to 2000.

215.    Plaintiff Harris sustained between one (1) and two (2) concussions per season, every season that he played in the NFL.

216.    Plaintiff Harris was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

217.    At no time did the NFL inform Plaintiff Harris that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

218.    As a result of the numerous concussions suffered during his playing career, Plaintiff Harris suffers from, *inter alia,* headaches, loss of memory, sleeping problems, cervical arthritis, dizziness, impulse control problems, blurred vision, slurred speech, and irritability. Since retiring, Plaintiff Harris has been diagnosed as having a neurological disorder and chronic brain injury.  He has also received head surgery.  Plaintiff Harris is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Kevin Lewis' Concussion History in the NFL and Injuries

219.    Plaintiff Kevin Lewis played in the NFL from 2000 to 2005.

220.    Plaintiff Lewis sustained numerous undiagnosed concussions while playing in the NFL.

221.    Plaintiff Lewis was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

222.    At no time did the NFL inform Plaintiff Lewis that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

223.    As a result of the numerous concussions suffered during his playing career, Plaintiff Lewis suffers from, *inter alia,* headaches and loss of memory, and has attention deficit

problems. Plaintiff Lewis is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Daryl Porter's Concussion History in the NFL and Injuries

224. Plaintiff Daryl Porter played in the NFL from 1997 to 2002.

225. Plaintiff Porter sustained numerous diagnosed and undiagnosed concussions while playing in the NFL.

226. Plaintiff Porter was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

227. At no time did the NFL inform Plaintiff Porter that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

228. As a result of the numerous concussions suffered during his playing career, Plaintiff Porter suffers from, *inter alia,* migraine headaches, loss of memory, difficulty concentrating, sleeping problems, and cervical arthritis. Plaintiff Porter is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Lional Dalton's Concussion History in the NFL and Injuries

229. Plaintiff Lional Dalton played in the NFL from 1998 to 2006.

230. Plaintiff Dalton received multiple diagnosed and undiagnosed concussions throughout his NFL career.

231. Plaintiff Dalton received his first diagnosed concussion during a training camp practice. He was knocked unconscious and revived by training staff with smelling salts. Plaintiff Dalton was returned to play during that practice.

232.    At that time, Plaintiff Dalton was shown literature from the NFL implying that there were no dangers associated with his return to play.

233.    Plaintiff Dalton sustained his second diagnosed concussion during a regular season practice in 2006.  Plaintiff Dalton was knocked unconscious as a result of the concussion, yet was returned to play during that same practice.

234.    At no time after suffering a concussion was Plaintiff Dalton warned about the dangers of returning to play too quickly.  Nor was Plaintiff Dalton warned about the risk of long-term injury due to football-related concussions.  This lack of warnings was a substantial factor in causing his current injuries.

235.    As a result of the numerous concussions suffered during his playing career, Plaintiff Dalton suffers from, *inter alia,* vision problems, depression, and loss of memory.  He also is required to take seizure medications.   Plaintiff Dalton is also at heightened risk of developing further adverse neurological symptoms in the future.

### *Plaintiff Jed Weaver's Concussion History in the NFL and Injuries*

236.    Plaintiff Jed Weaver played in the NFL from 1999 to 2004.

237.    Plaintiff Weaver sustained numerous undiagnosed concussions while playing in the NFL.

238.    Plaintiff Weaver was returned to play too soon after having suffered those concussions and subsequently sustained other head injuries or blows to the head.

239.    At no time did the NFL inform Plaintiff Weaver that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

240.    As a result of the numerous concussions suffered during his playing career, Plaintiff Weaver suffers from, *inter alia,* depression, anxiety, daily headaches, extreme irritability, dizziness, and difficulty concentrating.  Plaintiff Weaver is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Leon Searcy's Concussion History in the NFL and Injuries

241.    Plaintiff Leon Searcy played in the NFL from 1992 to 2002.

242.    Plaintiff Searcy sustained numerous concussions while playing in the NFL.

243.    Plaintiff Searcy was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

244.    At no time did the NFL inform Plaintiff Searcy that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

245.    As a result of the numerous concussions suffered during his playing career, Plaintiff Searcy suffers from, *inter alia,* headaches, memory loss, difficulty concentrating, irritability, and mood swings.  Plaintiff Searcy is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Henri Crockett's Concussion History in the NFL and Injuries

246.    Plaintiff Henri Crockett played in the NFL from 1997 to 2003.

247.    Plaintiff Crockett sustained one diagnosed concussion during a game in 2003.  He was returned to play in the same game.

248.    Plaintiff Crockett also sustained numerous undiagnosed concussions while playing in the NFL.

249.     Plaintiff Crockett was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

250.     At no time did the NFL inform Plaintiff Crockett that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

251.     As a result of the numerous concussions suffered during his playing career, Plaintiff Crockett suffers from, *inter alia,* headaches, memory problems, difficulty concentrating, and fatigue.   Plaintiff Crockett is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Roy Barker's Concussion History in the NFL and Injuries

252.     Plaintiff Roy Barker played in the NFL from 1993 to 2001.

253.     Plaintiff Barker sustained multiple concussions while playing in the NFL.

254.     Plaintiff Barker was returned to play too soon after having sustained these concussions and subsequently suffered other head injuries or blows to the head.

255.     At no time did the NFL inform Plaintiff Barker that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

256.     As a result of the numerous concussions suffered during his playing career, Plaintiff Barker suffers from, *inter alia*, headaches, memory loss, and loss of concentration. Plaintiff Barker is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Hurvin McCormack's Concussion History in the NFL and Injuries

257.     Plaintiff Hurvin McCormack played in the NFL from 1993 to 2001.

258.    Plaintiff McCormack sustained multiple concussions while playing in the NFL.

259.    Plaintiff McCormack was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

260.    At no time did the NFL inform Plaintiff McCormack that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

261.    As a result of the numerous concussions suffered during his playing career, Plaintiff McCormack suffers from, *inter alia*, headaches, memory loss, and difficulty concentrating.  Plaintiff McCormack is also at heightened risk of developing further adverse neurological symptoms in the future.

### *Plaintiff Troy Drayton's Concussion History in the NFL and Injuries*

262.    Plaintiff Troy Drayton played in the NFL from 1993 to 2001.

263.    Plaintiff Drayton sustained multiple concussions while playing in the NFL.

264.    Plaintiff Drayton was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

265.    At no time did the NFL inform Plaintiff Drayton that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

266.    As a result of the numerous concussions suffered during his playing career, Plaintiff Drayton suffers from, *inter alia*, headaches, memory loss, and difficulty concentrating. Plaintiff Drayton is also at heightened risk of developing further adverse neurological symptoms in the future.

### *Plaintiff Donnell Bennett's Concussion History in the NFL and Injuries*

267.    Plaintiff Donnell Bennett played in the NFL from 1994 to 2001.

268.    Plaintiff Bennett sustained multiple concussions while playing in the NFL.

269.    Plaintiff Bennett was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

270.    At no time did the NFL inform Plaintiff Bennett that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

271.    As a result of the numerous concussions suffered during his playing career, Plaintiff Bennett suffers from, *inter alia*, headaches, memory loss, and difficulty concentrating. Plaintiff Bennett is also at heightened risk of developing further adverse neurological symptoms in the future.

### *Plaintiff Oronde Gadsden's Concussion History in the NFL and Injuries*

272.    Plaintiff Oronde Gadsden played in the NFL from 1995 to 1996 and from 1998 to 2003.

273.    Plaintiff Gadsden sustained multiple concussions while playing in the NFL.

274.    Plaintiff Gadsden was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

275.    At no time did the NFL inform Plaintiff Gadsden that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

276.    As a result of the numerous concussions suffered during his playing career, Plaintiff Gadsden suffers from, *inter alia*, headaches, memory loss, and difficulty concentrating.

Plaintiff Gadsden is also at heightened risk of developing further adverse neurological symptoms in the future.

### *Plaintiff Sean Hill's Concussion History in the NFL and Injuries*

277.    Plaintiff Sean Hill played in the NFL from 1994 to 1996.

278.    Plaintiff Hill sustained multiple concussions while playing in the NFL.

279.    Plaintiff Hill was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

280.    At no time did the NFL inform Plaintiff Hill that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

281.    As a result of the numerous concussions suffered during his playing career, Plaintiff Hill suffers from, *inter alia*, headaches, memory loss, and difficulty concentrating. Plaintiff Hill is also at heightened risk of developing further adverse neurological symptoms in the future.

### *Plaintiff Lamar Thomas's Concussion History in the NFL and Injuries*

282.    Plaintiff Lamar Thomas played in the NFL from 1993 to 1998.

283.    Plaintiff Thomas sustained multiple concussions while playing in the NFL.

284.    Plaintiff Thomas was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

285.    At no time did the NFL inform Plaintiff Thomas that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

286.    As a result of the numerous concussions suffered during his playing career, Plaintiff Thomas suffers from, *inter alia*, headaches, memory loss, and difficulty concentrating. Plaintiff Thomas is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Patrick Surtain's Concussion History in the NFL and Injuries

287.    Plaintiff Patrick Surtain played in the NFL from 1998 to 2008.

288.    Plaintiff Surtain sustained multiple concussions while playing in the NFL.

289.    Plaintiff Surtain was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

290.    At no time did the NFL inform Plaintiff Surtain that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

291.    As a result of the numerous concussions suffered during his playing career, Plaintiff Surtain suffers from, *inter alia*, memory loss.  Plaintiff Surtain is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Troy Hambrick's Concussion History in the NFL and Injuries

292.    Plaintiff Troy Hambrick played in the NFL from 2000 to 2004.

293.    Plaintiff Hambrick sustained multiple concussions while playing in the NFL.

294.    Plaintiff Hambrick was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

295.    At no time did the NFL inform Plaintiff Hambrick that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

296.     As a result of the numerous concussions suffered during his playing career, Plaintiff Hambrick suffers from, *inter alia*, memory loss.  Plaintiff Hambrick is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Darren Hambrick's Concussion History in the NFL and Injuries

297.     Plaintiff Darren Hambrick played in the NFL from 1998 to 2002.

298.     Plaintiff Hambrick sustained multiple concussions while playing in the NFL.

299.     Plaintiff Hambrick was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

300.     At no time did the NFL inform Plaintiff Hambrick that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

301.     As a result of the numerous concussions suffered during his playing career, Plaintiff Hambrick suffers from, *inter alia*, memory loss.  Plaintiff Hambrick is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Mitch White's Concussion History in the NFL and Injuries

302.     Plaintiff Mitch White played in the NFL from 2001 to 2005.

303.     Plaintiff White sustained multiple concussions while playing in the NFL.

304.     For example, Plaintiff White received a concussion during a training camp practice, resulting in severe dizziness.

305.     Plaintiff White suffered a second concussion during another training camp.

306.     Plaintiff White was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

307.  Plaintiff White was also shown literature from the NFL representing that engaging in normal football conduct directly subsequent to or shortly after suffering a concussion would not place players at any greater risk.

308.  At no time did the NFL inform Plaintiff White that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

309.  As a result of the numerous concussions suffered during his playing career, Plaintiff White has been diagnosed with a traumatic brain injury, and suffers from, *inter alia,* headaches, loss of memory, suicidal thoughts, sleeping problems, cervical arthritis, anxiety, dizziness, chronic brain injury, impulse control problems, fatigue, irritability, numbness and tingling, post-traumatic stress disorder, and depression, and is required to take multiple medications.  Plaintiff White is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Cam Cleeland's Concussion History in the NFL and Injuries

310.  Plaintiff Cam Cleeland played in the NFL from 1998 to 2006.

311.  Plaintiff Cleeland sustained eight (8) diagnosed concussions and numerous undiagnosed concussions while playing in the NFL.

312.  Plaintiff Cleeland was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

313.  At no time did the NFL inform Plaintiff Cleeland that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

41

314.    Plaintiff Cleeland was also shown literature from the NFL representing that engaging in normal football conduct directly subsequent to or shortly after suffering a concussion would not place players at any greater risk.

315.    As a result of the numerous concussions suffered during his playing career, Plaintiff Cleeland has been diagnosed with post-traumatic stress disorder and cervical arthritis, and suffers from, *inter alia,* suicidal thoughts, sleeping problems, anxiety, dizziness, impulse control problems, fatigue, weight gain, numbness and tingling, apathy, depression, and mood swings.  Plaintiff Cleeland is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Kyle Turley's Concussion History in the NFL and Injuries

316.    Plaintiff Kyle Turley played in the NFL from 1998 to 2007.

317.    Plaintiff Turley sustained multiple concussions while playing in the NFL.

318.    Plaintiff Turley was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

319.    At no time did the NFL inform Plaintiff Turley that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

320.    Further, Plaintiff Turley relied on specific misrepresentations of the NFL regarding or relating to the medical evidence on the adverse health consequences associated with concussions, as well as how to treat and evaluate concussions.  These representations include, but are not limited to, the 2007 pamphlet, described above in paragraphs 96 and 97, distributed by the NFL.

42

321.   As a result of the numerous concussions suffered during his playing career, Plaintiff Turley suffers from, *inter alia,* migraine headaches, dizziness, ringing in his ears, seizures, and memory problems.  He is also required to take medication for his headaches. Plaintiff Turley is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Jeffrey Bregel's Concussion History in the NFL and Injuries

322.   Plaintiff Jeffrey Bregel played in the NFL from 1987 to 1989.

323.   Plaintiff Bregel sustained multiple concussions, including four (4) diagnosed concussions, while playing in the NFL.

324.   Plaintiff Bregel was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

325.   By way of example, Plaintiff Bregel suffered two (2) of his diagnosed concussions after knocking heads with an opposing player during practice. Plaintiff Bregel immediately suffered a severe headache, loss of concentration, and stinging sensation running down his arms. Despite his symptomology, Plaintiff Bregel was not pulled from practice, and was commanded by his coach to immediately run the same play again.

326.   At no time did the NFL inform Plaintiff Bregel that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

327.   As a result of the numerous concussions suffered during his playing career, Plaintiff Bregel suffers from, *inter alia,* migraine headaches, dizziness, loss of memory, impulse control problems, depression, suicidal thoughts, fatigue, bipolar disorder, sleep problems, irritability, cervical spine arthritis, numbness/tingling sensations, anxiety, adjustment disorder,

personality disorder, schizophrenia, and neurolepsy. Plaintiff Bregel is currently taking the following medications for his symptoms: Cymbalta, Abilify, Temazepam, Lorazepam, and Provigil. Plaintiff Bregel is also at heightened risk of developing further adverse neurological symptoms in the future.

### *Plaintiff Jay Foreman's Concussion History in the NFL and Injuries*

328.    Plaintiff Jay Foreman played in the NFL from 1999 to 2006.

329.    Plaintiff Foreman sustained multiple concussions, including four (4) diagnosed concussions, while playing in the NFL.

330.    Plaintiff Foreman was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

331.    At no time did the NFL inform Plaintiff Foreman that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

332.    Further, Plaintiff Foreman relied on specific misrepresentations of the NFL regarding or relating to the medical evidence on the adverse health consequences associated with concussions, as well as how to treat and evaluate concussions. These misrepresentations were, among other things, included in NFL literature provided to Plaintiff Foreman while he was still playing in the NFL.

333.    As a result of the numerous concussions suffered during his playing career, Plaintiff Foreman suffers from, *inter alia*, severe headaches, depression, memory loss, loss of concentration, and mood swings. Plaintiff Foreman is also at heightened risk of developing further adverse neurological symptoms in the future.

44

### *Plaintiff Matthias Askew's Concussion History in the NFL and Injuries*

334.    Plaintiff Matthias Askew played in the NFL from 2004 to 2009.

335.    Plaintiff Askew sustained approximately two (2) undiagnosed concussions while playing in the NFL.

336.    Plaintiff Askew was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

337.    At no time did the NFL inform Plaintiff Askew that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

338.    As a result of the numerous concussions suffered during his playing career, Plaintiff Askew suffers from, *inter alia*, severe headaches and memory loss. Plaintiff Askew is also at heightened risk of developing further adverse neurological symptoms in the future.

### *Plaintiff Kevan Barlow's Concussion History in the NFL and Injuries*

339.    Plaintiff Kevan Barlow played in the NFL from 2001 to 2007.

340.    Plaintiff Barlow sustained twelve (12) diagnosed and approximately ten (10) undiagnosed concussions while playing in the NFL.

341.    Plaintiff Barlow was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

342.    At no time did the NFL inform Plaintiff Barlow that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

343.    As a result of the numerous concussions suffered during his playing career, Plaintiff Barlow suffers from, *inter alia*, headaches, memory loss, irritability, anxiousness, sleep

issues, dizziness, fatigue, loss of concentration, and increased sensitivity to noise. Plaintiff Barlow is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Reggie Barlow's Concussion History in the NFL and Injuries

344.   Plaintiff Reggie Barlow played in the NFL from 1996 to 2003.

345.   Plaintiff Barlow sustained three (3) diagnosed and approximately four (4) undiagnosed concussions while playing in the NFL.

346.   Plaintiff Barlow was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

347.   At no time did the NFL inform Plaintiff Barlow that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

348.   As a result of the numerous concussions suffered during his playing career, Plaintiff Barlow suffers from, *inter alia*, memory loss, blurred vision, and nausea. Plaintiff Barlow is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Aaron Beasley's Concussion History in the NFL and Injuries

349.   Plaintiff Aaron Beasley played in the NFL from 1996 to 2004.

350.   Plaintiff Beasley sustained one (1) diagnosed and approximately three (10) undiagnosed concussions while playing in the NFL.

351.   Plaintiff Beasley was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

352.   At no time did the NFL inform Plaintiff Beasley that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

353.   As a result of the numerous concussions suffered during his playing career, Plaintiff Beasley suffers from, *inter alia*, memory loss, and sleep issues. Plaintiff Beasley is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Eric Beverly's Concussion History in the NFL and Injuries

354.   Plaintiff Eric Beverly played in the NFL from 1997 to 2007.

355.   Plaintiff Beverly sustained four (4) diagnosed and approximately five (5) undiagnosed concussions while playing in the NFL.

356.   Plaintiff Beverly was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

357.   At no time did the NFL inform Plaintiff Beverly that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

358.   As a result of the numerous concussions suffered during his playing career, Plaintiff Beverly suffers from, *inter alia*, headaches and memory loss. Plaintiff Beverly is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Willie Blade's Concussion History in the NFL and Injuries

359.   Plaintiff Willie Blade played in the NFL from 2001 to 2005.

360.   Plaintiff Blade sustained approximately four (4) undiagnosed concussions while playing in the NFL.

361.    Plaintiff Blade was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

362.    At no time did the NFL inform Plaintiff Blade that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

363.    As a result of the numerous concussions suffered during his playing career, Plaintiff Blade suffers from, *inter alia*, memory loss and depression. Plaintiff Blade is also at heightened risk of developing further adverse neurological symptoms in the future.

### *Plaintiff Lamont Brightful's Concussion History in the NFL and Injuries*

364.    Plaintiff Lamont Brightful played in the NFL from 2002 to 2005.

365.    Plaintiff Brightful sustained three (3) diagnosed and approximately seven (7) undiagnosed concussions while playing in the NFL.

366.    Plaintiff Brightful was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

367.    At no time did the NFL inform Plaintiff Brightful that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

368.    As a result of the numerous concussions suffered during his playing career, Plaintiff Brightful suffers from, *inter alia*, intense headaches, light sensitivity, and trouble sleeping. Plaintiff Brightful is also at heightened risk of developing further adverse neurological symptoms in the future.

### *Plaintiff Vincent Brisby's Concussion History in the NFL and Injuries*

369.    Plaintiff Vincent Brisby played in the NFL from 1993 to 2000.

370.   Plaintiff Brisby sustained twelve (12) diagnosed and approximately one hundred and twenty eight (128) undiagnosed concussions while playing in the NFL.

371.   Plaintiff Brisby was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

372.   At no time did the NFL inform Plaintiff Brisby that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

373.   As a result of the numerous concussions suffered during his playing career, Plaintiff Brisby suffers from, *inter alia*, headaches, memory loss, dizziness, and mood swings. Plaintiff Brisby is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Chad Brown's Concussion History in the NFL and Injuries

374.   Plaintiff Chad Brown played in the NFL from 1993 to 2007.

375.   Plaintiff Brown sustained approximately 15 (15) diagnosed and over fifty (50) undiagnosed concussions, while playing in the NFL.

376.   Plaintiff Brown was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

377.   At no time did the NFL inform Plaintiff Brown that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

378.   As a result of the numerous concussions suffered during his playing career, Plaintiff Brown suffers from, *inter alia*, headaches, memory loss, mood swings, and loss of

mental acuity. Plaintiff Brown is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Deauntae Brown's Concussion History in the NFL and Injuries

379. Plaintiff Deauntae Brown played in the NFL in 1997.

380. Plaintiff Brown sustained two (2) diagnosed and approximately three (3) undiagnosed concussions, while playing in the NFL.

381. Plaintiff Brown was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

382. At no time did the NFL inform Plaintiff Brown that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

383. As a result of the numerous concussions suffered during his playing career, Plaintiff Brown suffers from, *inter alia*, headaches and dizziness. Plaintiff Brown is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Regilyn Brown's Concussion History in the NFL and Injuries

384. Plaintiff Regilyn Brown played in the NFL from 1996 to 2002.

385. Plaintiff Brown sustained one (1) diagnosed and approximately twenty (20) undiagnosed concussions while playing in the NFL.

386. Plaintiff Brown was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

387. At no time did the NFL inform Plaintiff Brown that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

50

388.    As a result of the numerous concussions suffered during his playing career, Plaintiff Brown suffers from, *inter alia*, memory loss, hearing loss, depression, vision issues, and speech issues. Plaintiff Brown is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Duane Butler's Concussion History in the NFL and Injuries

389.    Plaintiff Duane Butler played in the NFL from 1997 to 1998.

390.    Plaintiff Butler sustained four (4) diagnosed and approximately eight (8) undiagnosed concussions while playing in the NFL.

391.    Plaintiff Butler was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

392.    At no time did the NFL inform Plaintiff Butler that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

393.    As a result of the numerous concussions suffered during his playing career, Plaintiff Butler suffers from, *inter alia*, headaches, memory loss, attention issues, and dizziness. Plaintiff Butler is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Byron Chamberlain's Concussion History in the NFL and Injuries

394.    Plaintiff Byron Chamberlain played in the NFL from 1995 to 2003.

395.    Plaintiff Chamberlain sustained approximately ten (10) undiagnosed concussions while playing in the NFL.

396.    Plaintiff Chamberlain was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

397.    At no time did the NFL inform Plaintiff Chamberlain that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

398.    As a result of the numerous concussions suffered during his playing career, Plaintiff Chamberlain suffers from, *inter alia*, headaches, light sensitivity, ringing in the ears, dizziness, nausea, sleep issues, and memory loss. Plaintiff Chamberlain is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Chris Chambers' Concussion History in the NFL and Injuries

399.    Plaintiff Chris Chambers played in the NFL from 2001 to 2011.

400.    Plaintiff Chambers sustained three (3) diagnosed and approximately three (3) undiagnosed concussions while playing in the NFL.

401.    Plaintiff Chambers was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

402.    At no time did the NFL inform Plaintiff Chambers that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

403.    As a result of the numerous concussions suffered during his playing career, Plaintiff Chambers suffers from, *inter alia*, memory loss. Plaintiff Chambers is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Ben Coates' Concussion History in the NFL and Injuries

404.    Plaintiff Ben Coates played in the NFL from 1991 to 2000.

405.    Plaintiff Coates sustained eight (8) diagnosed and approximately (4) undiagnosed concussions while playing in the NFL.

406.    Plaintiff Coates was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

407.    At no time did the NFL inform Plaintiff Coates that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

408.    As a result of the numerous concussions suffered during his playing career, Plaintiff Coates suffers from, *inter alia*, migraine headaches, memory loss, mood swings, vision issues, ringing in the left ear, depression, anger issues, and increased irritability. Plaintiff Coates is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Ben Coleman's Concussion History in the NFL and Injuries

409.    Plaintiff Ben Coleman played in the NFL from 1993 to 2001.

410.    Plaintiff Coleman sustained approximately fifteen (15) undiagnosed concussions while playing in the NFL.

411.    Plaintiff Coleman was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

412.    At no time did the NFL inform Plaintiff Coleman that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

413.    As a result of the numerous concussions suffered during his playing career, Plaintiff Coleman suffers from, *inter alia*, headaches, depression, and ringing in his right ear. Plaintiff Coleman is also at heightened risk of developing further adverse neurological symptoms in the future.

***Plaintiff Chris Cooper's Concussion History in the NFL and Injuries***

414.    Plaintiff Chris Cooper played in the NFL from 2001 to 2010.

415.    Plaintiff Cooper sustained approximately twelve (12) undiagnosed concussions while playing in the NFL.

416.    Plaintiff Cooper was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

417.    At no time did the NFL inform Plaintiff Cooper that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

418.    As a result of the numerous concussions suffered during his playing career, Plaintiff Cooper suffers from, *inter alia*, mood swings, hearing loss, memory loss, and sleep issues. Plaintiff Cooper is also at heightened risk of developing further adverse neurological symptoms in the future.

***Plaintiff Jarrod Cooper's Concussion History in the NFL and Injuries***

419.    Plaintiff Jarrod Cooper played in the NFL from 2001 to 2008.

420.    Plaintiff Cooper sustained approximately nine (9) diagnosed and approximately one hundred (100) undiagnosed concussions while playing in the NFL.

421.    Plaintiff Cooper was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

422.    At no time did the NFL inform Plaintiff Cooper that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

423.    As a result of the numerous concussions suffered during his playing career, Plaintiff Cooper suffers from, *inter alia*, migraine headaches, cluster migraines, memory loss, hearing loss, vision issues, weakness and loss of feeling in the arms, tremors in his arms, depression, vertigo, weight loss, lack of sex drive, and seizures. Plaintiff Cooper is also at heightened risk of developing further adverse neurological symptoms in the future.

### *Plaintiff James Cotton's Concussion History in the NFL and Injuries*

424.    Plaintiff James Cotton played in the NFL from 2000 to 2004.

425.    Plaintiff Cotton sustained approximately fourteen (14) undiagnosed concussions while playing in the NFL.

426.    Plaintiff Cotton was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

427.    At no time did the NFL inform Plaintiff Cotton that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

428.    As a result of the numerous concussions suffered during his playing career, Plaintiff Cotton suffers from, *inter alia*, memory loss, migraines, and sleep issues. Plaintiff Cotton is also at heightened risk of developing further adverse neurological symptoms in the future.

### *Plaintiff Vernon Crawford's Concussion History in the NFL and Injuries*

429.    Plaintiff Vernon Crawford played in the NFL from 1997 to 2000.

430.    Plaintiff Crawford sustained approximately ten (10) undiagnosed concussions while playing in the NFL.

431.   Plaintiff Crawford was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

432.   At no time did the NFL inform Plaintiff Crawford that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

433.   As a result of the numerous concussions suffered during his playing career, Plaintiff Crawford suffers from, *inter alia*, memory loss and depression. Plaintiff Crawford is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Chartric Darby's Concussion History in the NFL and Injuries

434.   Plaintiff Chartric Darby played in the NFL from 2001 to 2009.

435.   Plaintiff Darby sustained approximately two (2) diagnosed and approximately twenty five (25) undiagnosed concussions while playing in the NFL.

436.   Plaintiff Darby was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

437.   At no time did the NFL inform Plaintiff Darby that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

438.   As a result of the numerous concussions suffered during his playing career, Plaintiff Darby suffers from, *inter alia*, headaches, memory loss, problems sleeping, nausea, hearing loss in his left ear, and dizziness. Plaintiff Darby is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Greg DeLong's Concussion History in the NFL and Injuries

439.   Plaintiff Greg DeLong played in the NFL from 1995 to 2000.

440.    Plaintiff DeLong sustained approximately seven (7) undiagnosed concussions while playing in the NFL.

441.    Plaintiff DeLong was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

442.    At no time did the NFL inform Plaintiff DeLong that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

443.    As a result of the numerous concussions suffered during his playing career, Plaintiff DeLong suffers from, *inter alia*, headaches and memory loss. Plaintiff DeLong is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Dusty Dvoracek's Concussion History in the NFL and Injuries

444.    Plaintiff Dusty Dvoracek played in the NFL from 2006 to 2008.

445.    Plaintiff Dvoracek sustained one (1) diagnosed and at least twenty (20) undiagnosed concussions while playing in the NFL.

446.    Plaintiff Dvoracek was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

447.    At no time did the NFL inform Plaintiff Dvoracek that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

448.    As a result of the numerous concussions suffered during his playing career, Plaintiff Dvoracek suffers from, *inter alia*, headaches, memory loss, ringing in the ears, trouble sleeping, depression, and irritability. Plaintiff Dvoracek is also at heightened risk of developing further adverse neurological symptoms in the future.

### *Plaintiff Kalimba Edwards' Concussion History in the NFL and Injuries*

449.    Plaintiff Kalimba Edwards played in the NFL from 2002 to 2009.

450.    Plaintiff Edwards sustained approximately thirty (30) undiagnosed concussions while playing in the NFL.

451.    Plaintiff Edwards was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

452.    At no time did the NFL inform Plaintiff Edwards that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

453.    As a result of the numerous concussions suffered during his playing career, Plaintiff Edwards suffers from, *inter alia*, memory loss, problems sleeping, paranoia, stuttering, slowed speech, and difficulty with word retrieval. Plaintiff Edwards is also at heightened risk of developing further adverse neurological symptoms in the future.

### *Plaintiff Mario Edwards' Concussion History in the NFL and Injuries*

454.    Plaintiff Mario Edwards played in the NFL from 2000 to 2004.

455.    Plaintiff Edwards sustained approximately six (6) undiagnosed concussions while playing in the NFL.

456.    Plaintiff Edwards was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

457.    At no time did the NFL inform Plaintiff Edwards that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

58

458.    As a result of the numerous concussions suffered during his playing career, Plaintiff Edwards suffers from, *inter alia*, headaches, memory loss, dizziness, hearing loss, and vision loss. Plaintiff Edwards is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Edward Ellis' Concussion History in the NFL and Injuries

459.    Plaintiff Edward Ellis played in the NFL from 1997 to 2005.

460.    Plaintiff Ellis sustained approximately ten (10) undiagnosed concussions while playing in the NFL.

461.    Plaintiff Ellis was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

462.    At no time did the NFL inform Plaintiff Ellis that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

463.    As a result of the numerous concussions suffered during his playing career, Plaintiff Ellis suffers from, *inter alia*, headaches, memory loss, depression, and lightheadedness. Plaintiff Ellis is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Matt Finkes' Concussion History in the NFL and Injuries

464.    Plaintiff Matt Finkes played in the NFL in 1997.

465.    Plaintiff Finkes sustained two (2) diagnosed and approximately three (3) undiagnosed concussions while playing in the NFL.

466.    Plaintiff Finkes was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

467.     At no time did the NFL inform Plaintiff Finkes that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

468.     As a result of the numerous concussions suffered during his playing career, Plaintiff Finkes suffers from, *inter alia*, migraine headaches and memory loss. Plaintiff Finkes is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Jammi German's Concussion History in the NFL and Injuries

469.     Plaintiff Jammi German played in the NFL from 1998 to 2001.

470.     Plaintiff German sustained approximately four (4) diagnosed and approximately five (5) undiagnosed concussions while playing in the NFL.

471.     Plaintiff German was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

472.     At no time did the NFL inform Plaintiff German that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

473.     As a result of the numerous concussions suffered during his playing career, Plaintiff German suffers from, *inter alia*, headaches, light sensitivity, hearing loss, sleep issues, and fatigue. Plaintiff German is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Jack Golden's Concussion History in the NFL and Injuries

474.     Plaintiff Jack Golden played in the NFL from 2000 to 2004.

475.     Plaintiff Golden sustained approximately four (4) diagnosed and three (3) undiagnosed concussions while playing in the NFL.

476.     Plaintiff Golden was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

477.     At no time did the NFL inform Plaintiff Golden that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

478.     As a result of the numerous concussions suffered during his playing career, Plaintiff Golden suffers from, *inter alia*, memory loss, muscle spasms, and headaches. Plaintiff Golden is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Jarvis Green's Concussion History in the NFL and Injuries

479.     Plaintiff Jarvis Green played in the NFL from 2002 to 2010.

480.     Plaintiff Green sustained four (4) diagnosed and approximately forty (40) undiagnosed concussions while playing in the NFL.

481.     Plaintiff Green was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

482.     At no time did the NFL inform Plaintiff Green that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

483.     As a result of the numerous concussions suffered during his playing career, Plaintiff Green suffers from, *inter alia*, headaches and memory loss. Plaintiff Green is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Mark Gunn's Concussion History in the NFL and Injuries

484.     Plaintiff Mark Gunn played in the NFL from 1991 to 1996.

485.    Plaintiff Gunn sustained approximately twenty (20) undiagnosed concussions while playing in the NFL.

486.    Plaintiff Gunn was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

487.    At no time did the NFL inform Plaintiff Gunn that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

488.    As a result of the numerous concussions suffered during his playing career, Plaintiff Gunn suffers from, *inter alia*, headaches, memory loss, and dizziness. Plaintiff Gunn is also at heightened risk of developing further adverse neurological symptoms in the future.

### *Plaintiff Steve Herndon's Concussion History in the NFL and Injuries*

489.    Plaintiff Steve Herndon played in the NFL from 2001 to 2004.

490.    Plaintiff Herndon sustained approximately ten (10) undiagnosed concussions while playing in the NFL.

491.    Plaintiff Herndon was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

492.    At no time did the NFL inform Plaintiff Herndon that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

493.    As a result of the numerous concussions suffered during his playing career, Plaintiff Herndon suffers from, *inter alia*, memory loss and speech issues. Plaintiff Herndon is also at heightened risk of developing further adverse neurological symptoms in the future.

***Plaintiff LaMarcus Hicks' Concussion History in the NFL and Injuries***

494.    Plaintiff LaMarcus Hicks played in the NFL from 2006 to 2008.

495.    Plaintiff Hicks suffered approximately five (5) undiagnosed concussions while playing in the NFL.

496.    Plaintiff Hicks was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

497.    At no time did the NFL inform Plaintiff Hicks that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

498.    As a result of the numerous concussions suffered during his playing career, Plaintiff Hicks suffers from, *inter alia*, headaches, blurred vision, severe dizziness, memory loss, and noise sensitivity. Plaintiff Hicks is also at heightened risk of developing further adverse neurological symptoms in the future.

***Plaintiff George Jones' Concussion History in the NFL and Injuries***

499.    Plaintiff George Jones played in the NFL from 1997 to 1999.

500.    Plaintiff Jones sustained multiple concussions while playing in the NFL.

501.    Plaintiff Jones was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

502.    At no time did the NFL inform Plaintiff Jones that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

503.    As a result of the numerous concussions suffered during his playing career, Plaintiff Jones suffers from, *inter alia*, headaches, memory loss, and loss of concentration.

Plaintiff Jones is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Willie Jones' Concussion History in the NFL and Injuries

504.    Plaintiff Willie Jones played in the NFL from 1999 to 2003.

505.    Plaintiff Jones sustained twenty (20) diagnosed and approximately twenty five (25) undiagnosed concussions while playing in the NFL.

506.    Plaintiff Jones was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

507.    At no time did the NFL inform Plaintiff Jones that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

508.    As a result of the numerous concussions suffered during his playing career, Plaintiff Jones suffers from, *inter alia*, severe headaches and severe memory loss. Plaintiff Jones is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Richard Jordan's Concussion History in the NFL and Injuries

509.    Plaintiff Richard Jordan played in the NFL from 1997 to 2002.

510.    Plaintiff Jordan sustained five (5) diagnosed and approximately fifteen (15) undiagnosed concussions while playing in the NFL.

511.    Plaintiff Jordan was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

512.    At no time did the NFL inform Plaintiff Jordan that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

513.    As a result of the numerous concussions suffered during his playing career, Plaintiff Jordan suffers from, *inter alia*, headaches, vision issues, buzzing in the ears, and memory loss. Plaintiff Jordan is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Cedric Killings' Concussion History in the NFL and Injuries

514.    Plaintiff Cedric Killings played in the NFL from 2000 to 2007.

515.    Plaintiff Killings sustained one diagnosed and approximately fifteen (15) undiagnosed concussions while playing in the NFL.

516.    Plaintiff Killings was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

517.    At no time did the NFL inform Plaintiff Killings that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

518.    As a result of the numerous concussions suffered during his playing career, Plaintiff Killings suffers from, *inter alia*, headaches and memory loss. Plaintiff Killings is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Tommy Knight's Concussion History in the NFL and Injuries

519.    Plaintiff Tommy Knight played in the NFL from 1997 to 2003.

520.    Plaintiff Knight sustained two (2) diagnosed and approximately three (3) undiagnosed concussions while playing in the NFL.

521.    Plaintiff Knight was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

522.    At no time did the NFL inform Plaintiff Knight that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

523.    As a result of the numerous concussions suffered during his playing career, Plaintiff Knight suffers from, *inter alia*, panic attacks, nausea, dizziness, and lightheadedness. Plaintiff Knight is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Robert Kratch's Concussion History in the NFL and Injuries

524.    Plaintiff Robert Kratch played in the NFL from 1989 to 1997.

525.    Plaintiff Kratch sustained approximately six (6) undiagnosed concussions while playing in the NFL.

526.    Plaintiff Kratch was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

527.    At no time did the NFL inform Plaintiff Kratch that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

528.    As a result of the numerous concussions suffered during his playing career, Plaintiff Kratch suffers from, *inter alia*, headaches, and memory loss. Plaintiff Kratch is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Teddy Lehman's Concussion History in the NFL and Injuries

529.    Plaintiff Teddy Lehman played in the NFL from 1997 to 2007.

530.    Plaintiff Lehman sustained two (2) diagnosed and approximately ten (10) undiagnosed concussions while playing in the NFL.

531.     Plaintiff Lehman was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

532.     At no time did the NFL inform Plaintiff Lehman that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

533.     As a result of the numerous concussions suffered during his playing career, Plaintiff Lehman suffers from, *inter alia*, depression, memory loss, hearing loss, problems sleeping, and ringing in the ears. Plaintiff Lehman is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Timothy Lester's Concussion History in the NFL and Injuries

534.     Plaintiff Timothy Lester played in the NFL from 1992 to 1999.

535.     Plaintiff Lester sustained over twenty (20) undiagnosed concussions while playing in the NFL.

536.     Plaintiff Lester was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

537.     At no time did the NFL inform Plaintiff Lester that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

538.     As a result of the numerous concussions suffered during his playing career, Plaintiff Lester suffers from, *inter alia*, headaches, memory loss, dizziness, chronic brain injuries, impulse control problems, depression, fatigue, irritability, muscle spasms, and numbness/tingling sensations. Plaintiff Lester is also at heightened risk of developing further adverse neurological symptoms in the future.

67

### *Plaintiff Otis Leverette's Concussion History in the NFL and Injuries*

539.    Plaintiff Otis Leverette played in the NFL from 2001 to 2006.

540.    Plaintiff Leverette sustained approximately thirty (30) undiagnosed concussions while playing in the NFL.

541.    Plaintiff Leverette was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

542.    At no time did the NFL inform Plaintiff Leverette that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

543.    As a result of the numerous concussions suffered during his playing career, Plaintiff Leverette suffers from, *inter alia*, headaches, memory loss, and blurred vision. Plaintiff Leverette is also at heightened risk of developing further adverse neurological symptoms in the future.

### *Plaintiff Nicholas Luchey's Concussion History in the NFL and Injuries*

544.    Plaintiff Nicholas Luchey played in the NFL from 1999 to 2007.

545.    Plaintiff Luchey sustained one (1) diagnosed and at least fifty (50) undiagnosed concussions while playing in the NFL.

546.    Plaintiff Luchey was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

547.    At no time did the NFL inform Plaintiff Luchey that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

548.    As a result of the numerous concussions suffered during his playing career, Plaintiff Luchey suffers from, *inter alia*, headaches, vision issues, loss of focus, and anger management issues. Plaintiff Luchey is also at heightened risk of developing further adverse neurological symptoms in the future.

### *Plaintiff Shane Matthews' Concussion History in the NFL and Injuries*

549.    Plaintiff Shane Matthews played in the NFL from 1993 to 2006.

550.    Plaintiff Matthews sustained approximately three (3) diagnosed and approximately eight (8) undiagnosed concussions while playing in the NFL.

551.    Plaintiff Matthews was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

552.    At no time did the NFL inform Plaintiff Matthews that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

553.    As a result of the numerous concussions suffered during his playing career, Plaintiff Matthews suffers from, *inter alia*, headaches and memory loss. Plaintiff Matthews is also at heightened risk of developing further adverse neurological symptoms in the future.

### *Plaintiff Gerald McBurrows' Concussion History in the NFL and Injuries*

554.    Plaintiff Gerald McBurrows played in the NFL from 1995 to 2003.

555.    Plaintiff McBurrows sustained approximately eight (8) diagnosed and approximately twenty (20) undiagnosed concussions while playing in the NFL.

556.    Plaintiff McBurrows was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

557.     At no time did the NFL inform Plaintiff McBurrows that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

558.     As a result of the numerous concussions suffered during his playing career, Plaintiff McBurrows suffers from, *inter alia*, memory loss and vision issues. Plaintiff McBurrows is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Leonard McDowell's Concussion History in the NFL and Injuries

559.     Plaintiff Leonard McDowell played in the NFL from 1989 to 1996.

560.     Plaintiff McDowell sustained multiple concussions while playing in the NFL.

561.     Plaintiff McDowell was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

562.     At no time did the NFL inform Plaintiff McDowell that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

563.     As a result of the numerous concussions suffered during his playing career, Plaintiff McDowell suffers from, *inter alia*, headaches, memory loss, and loss of concentration. Plaintiff McDowell is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Dell McGee's Concussion History in the NFL and Injuries

564.     Plaintiff Dell McGee played in the NFL from 1996 to 1998.

565.     Plaintiff McGee sustained approximately two (2) diagnosed and approximately two (2) undiagnosed concussions while playing in the NFL.

70

566.    Plaintiff McGee was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

567.    At no time did the NFL inform Plaintiff McGee that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

568.    As a result of the numerous concussions suffered during his playing career, Plaintiff McGee suffers from, *inter alia*, severe headaches, numbness in his legs, and tingling sensations in his arms and fingers. Plaintiff McGee is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Tim McKeyer's Concussion History in the NFL and Injuries

569.    Plaintiff Tim McKyer played in the NFL from 1986 to 1998.

570.    Plaintiff McKyer sustained three (3) diagnosed and approximately one hundred (100) undiagnosed concussions while playing in the NFL.

571.    Plaintiff McKyer was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

572.    At no time did the NFL inform Plaintiff McKyer that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

573.    As a result of the numerous concussions suffered during his playing career, Plaintiff McKyer suffers from, *inter alia*, headaches, memory loss, sleeping issues, and disorientation. Plaintiff McKyer is also at heightened risk of developing further adverse neurological symptoms in the future.

***Plaintiff Rondorick Merkerson's Concussion History in the NFL and Injuries***

574.    Plaintiff Rondorick Merkerson played in the NFL from 1998 to 1999.

575.    Plaintiff Merkerson sustained approximately one hundred (100) undiagnosed concussions while playing in the NFL.

576.    Plaintiff Merkerson was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

577.    At no time did the NFL inform Plaintiff Merkerson that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

578.    As a result of the numerous concussions suffered during his playing career, Plaintiff Merkerson suffers from, *inter alia*, headaches, memory loss, speech issues, and anger management issues. Plaintiff Merkerson is also at heightened risk of developing further adverse neurological symptoms in the future.

***Plaintiff Edwin Mulitalo's Concussion History in the NFL and Injuries***

579.    Plaintiff Edwin Mulitalo played in the NFL from 1999 to 2008.

580.    Plaintiff Mulitalo sustained six diagnosed and approximately fifteen (15) undiagnosed concussions while playing in the NFL.

581.    Plaintiff Mulitalo was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

582.    At no time did the NFL inform Plaintiff Mulitalo that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

583.     As a result of the numerous concussions suffered during his playing career, Plaintiff Mulitalo suffers from, *inter alia*, headaches and memory loss. Plaintiff Mulitalo is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Antonio Newson's Concussion History in the NFL and Injuries

584.     Plaintiff Antonio Newson played in the NFL from 2002 to 2005.

585.     Plaintiff Newson sustained multiple concussions while playing in the NFL.

586.     Plaintiff Newson was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

587.     At no time did the NFL inform Plaintiff Newson that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

588.     As a result of the numerous concussions suffered during his playing career, Plaintiff Newson suffers from, *inter alia*, headaches and memory loss. Plaintiff Newson is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Scot Osborne's Concussion History in the NFL and Injuries

589.     Plaintiff Scot Osborne played in the NFL from 2002 to 2005.

590.     Plaintiff Osborne sustained one (1) diagnosed and approximately ten (10) undiagnosed concussions while playing in the NFL.

591.     Plaintiff Osborne was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

592.     At no time did the NFL inform Plaintiff Osborne that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

593.    As a result of the numerous concussions suffered during his playing career, Plaintiff Osborne suffers from, *inter alia*, headaches and dizziness. Plaintiff Osborne is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Ken Oxedine's Concussion History in the NFL and Injuries

594.    Plaintiff Ken Oxedine played in the NFL from 1998 to 2000.

595.    Plaintiff Oxedine sustained approximately fifteen (15) undiagnosed concussions while playing in the NFL.

596.    Plaintiff Oxedine was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

597.    At no time did the NFL inform Plaintiff Oxedine that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

598.    As a result of the numerous concussions suffered during his playing career, Plaintiff Oxendine suffers from, *inter alia*, headaches, light sensitivity, dizziness, and memory loss. Plaintiff Oxedine is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Ed Perry's Concussion History in the NFL and Injuries

599.    Plaintiff Ed Perry played in the NFL from 1997 to 2005.

600.    Plaintiff Perry sustained three (3) diagnosed and approximately four (4) undiagnosed concussions while playing in the NFL.

601.    Plaintiff Perry was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

602.     At no time did the NFL inform Plaintiff Perry that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

603.     As a result of the numerous concussions suffered during his playing career, Plaintiff Perry suffers from, *inter alia*, migraine headaches, blurred vision, dizziness, and general weakness. Plaintiff Perry is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Wali Rainer's Concussion History in the NFL and Injuries

604.     Plaintiff Wali Rainer played in the NFL from 1999 to 2006.

605.     Plaintiff Rainer sustained multiple concussions while playing in the NFL.

606.     Plaintiff Rainer was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

607.     At no time did the NFL inform Plaintiff Rainer that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

608.     As a result of the numerous concussions suffered during his playing career, Plaintiff Rainer suffers from, *inter alia*, headaches, sleeping issues, memory loss, and light sensitivity. Plaintiff Rainer is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Lamont Reid's Concussion History in the NFL and Injuries

609.     Plaintiff Lamont Reid played in the NFL in 2005.

610.     Plaintiff Reid sustained three (3) diagnosed and approximately ten (10) undiagnosed concussions while playing in the NFL.

611.     Plaintiff Reid was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

612.     At no time did the NFL inform Plaintiff Reid that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

613.     As a result of the numerous concussions suffered during his playing career, Plaintiff Reid suffers from, *inter alia*, headaches, memory loss, loss of consciousness, vision loss, and hearing loss. Plaintiff Reid is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Jacoby Rhinehart's Concussion History in the NFL and Injuries

614.     Plaintiff Jacoby Rhinehart played in the NFL from 1999 to 2004.

615.     Plaintiff Rhinehart sustained one (1) diagnosed and approximately two (2) undiagnosed concussions while playing in the NFL.

616.     Plaintiff Rhinehart was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

617.     At no time did the NFL inform Plaintiff Rhinehart that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

618.     As a result of the numerous concussions suffered during his playing career, Plaintiff Rhinehart suffers from, *inter alia*, memory loss. Plaintiff Rhinehart is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Jamal Robertson's Concussion History in the NFL and Injuries

619.     Plaintiff Jamal Robertson played in the NFL from 2002 to 2006.

620.    Plaintiff Robertson sustained two (2) diagnosed and approximately four (4) undiagnosed concussions while playing in the NFL.

621.    Plaintiff Robertson was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

622.    At no time did the NFL inform Plaintiff Robertson that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

623.    As a result of the numerous concussions suffered during his playing career, Plaintiff Robertson suffers from, *inter alia*, headaches and memory loss. Plaintiff Robertson is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Todd Rucci's Concussion History in the NFL and Injuries

624.    Plaintiff Todd Rucci played in the NFL from 1993 to 2000.

625.    Plaintiff Rucci sustained approximately three (3) undiagnosed concussions while playing in the NFL.

626.    Plaintiff Rucci was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

627.    At no time did the NFL inform Plaintiff Rucci that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

628.    As a result of the numerous concussions suffered during his playing career, Plaintiff Rucci suffers from, *inter alia*, daily headaches, migraines, and noise sensitivity. Plaintiff Rucci is also at heightened risk of developing further adverse neurological symptoms in the future

### *Plaintiff Patrick Sapp's Concussion History in the NFL and Injuries*

629.    Plaintiff Patrick Sapp played in the NFL from 1996 to 1999.

630.    Plaintiff Sapp sustained two (2) diagnosed and approximately five (5) undiagnosed concussions while playing in the NFL.

631.    Plaintiff Sapp was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

632.    At no time did the NFL inform Plaintiff Sapp that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

633.    As a result of the numerous concussions suffered during his playing career, Plaintiff Sapp suffers from, *inter alia*, headaches and memory loss. Plaintiff Sapp is also at heightened risk of developing further adverse neurological symptoms in the future.

### *Plaintiff Noel Scarlett's Concussion History in the NFL and Injuries*

634.    Plaintiff Noel Scarlett played in the NFL from 1999 to 2000.

635.    Plaintiff Scarlett sustained three (3) diagnosed and approximately five (5) undiagnosed concussion while playing in the NFL.

636.    Plaintiff Scarlett was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

637.    At no time did the NFL inform Plaintiff Scarlett that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

638.    As a result of the numerous concussions suffered during his playing career, Plaintiff Scarlett suffers from, *inter alia*, headaches and memory loss. Plaintiff Scarlett is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Paul Shields' Concussion History in the NFL and Injuries

639.    Plaintiff Paul Shields played in the NFL from 1999 to 2000.

640.    Plaintiff Shields sustained one (1) diagnosed and approximately one (1) undiagnosed concussion while playing in the NFL.

641.    Plaintiff Shields was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

642.    At no time did the NFL inform Plaintiff Shields that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

643.    As a result of the numerous concussions suffered during his playing career, Plaintiff Shields suffers from, *inter alia*, memory loss and speech issues. Plaintiff Shields is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Nate Singleton's Concussion History in the NFL and Injuries

644.    Plaintiff Nate Singleton played in the NFL from 1993 to 1997.

645.    Plaintiff Singleton sustained one (1) diagnosed and approximately twenty (20) undiagnosed concussions while playing in the NFL.

646.    Plaintiff Singleton was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

647. At no time did the NFL inform Plaintiff Singleton that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

648. As a result of the numerous concussions suffered during his playing career, Plaintiff Singleton suffers from, *inter alia*, headaches, memory loss, and loss of concentration. Plaintiff Singleton is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Tavaris Slaughter's Concussion History in the NFL and Injuries

649. Plaintiff Tavaris Slaughter played in the NFL from 2000 to 2008.

650. Plaintiff Slaughter sustained three (3) diagnosed and approximately twenty (20) undiagnosed concussions while playing in the NFL.

651. Plaintiff Slaughter was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

652. At no time did the NFL inform Plaintiff Slaughter that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

653. As a result of the numerous concussions suffered during his playing career, Plaintiff Slaughter suffers from, *inter alia*, headaches, memory loss, vision issues, twitching of the eyes, and sleep issues. Plaintiff Slaughter is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Torrance Small's Concussion History in the NFL and Injuries

654. Plaintiff Torrance Small played in the NFL from 1992 to 2001.

655.    Plaintiff Small sustained three (3) diagnosed and approximately fifteen (15) undiagnosed concussions while playing in the NFL.

656.    Plaintiff Small was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

657.    At no time did the NFL inform Plaintiff Small that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

658.    As a result of the numerous concussions suffered during his playing career, Plaintiff Small suffers from, *inter alia*, memory loss. Plaintiff Small is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Armegis Spearman's Concussion History in the NFL and Injuries

659.    Plaintiff Armegis Spearman played in the NFL from 2000 to 2004.

660.    Plaintiff Spearman sustained approximately fifteen (15) undiagnosed concussions while playing in the NFL.

661.    Plaintiff Spearman was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

662.    At no time did the NFL inform Plaintiff Spearman that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

663.    As a result of the numerous concussions suffered during his playing career, Plaintiff Spearman suffers from, *inter alia*, memory loss, migraines, and visual abnormalities in his right eye. Plaintiff Spearman is also at heightened risk of developing further adverse neurological symptoms in the future.

### *Plaintiff Gregory Spires' Concussion History in the NFL and Injuries*

664.    Plaintiff Gregory Spires played in the NFL from 1998 to 2007.

665.    Plaintiff Spires sustained two (2) diagnosed and approximately ten (10) undiagnosed concussions while playing in the NFL.

666.    Plaintiff Spires was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

667.    At no time did the NFL inform Plaintiff Spires that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

668.    As a result of the numerous concussions suffered during his playing career, Plaintiff Spires suffers from, *inter alia*, headaches, memory loss, light sensitivity, and fatigue. Plaintiff Spires is also at heightened risk of developing further adverse neurological symptoms in the future.

### *Plaintiff Terrell Sutton's Concussion History in the NFL and Injuries*

669.    Plaintiff Terrell Sutton played in the NFL from 2009 to 2010.

670.    Plaintiff Sutton sustained approximately four (4) undiagnosed while playing in the NFL.

671.    Plaintiff Sutton was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

672.    At no time did the NFL inform Plaintiff Sutton that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

673.    As a result of the numerous concussions suffered during his playing career, Plaintiff Sutton suffers from, *inter alia*, headaches and memory loss. Plaintiff Sutton is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Barron Tanner's Concussion History in the NFL and Injuries

674.    Plaintiff Barron Tanner played in the NFL from 1997 to 2003.

675.    Plaintiff Tanner sustained approximately two (2) diagnosed and approximately fifteen (15) undiagnosed concussions while playing in the NFL.

676.    Plaintiff Tanner was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

677.    At no time did the NFL inform Plaintiff Tanner that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

678.    As a result of the numerous concussions suffered during his playing career, Plaintiff Tanner suffers from, *inter alia*, severe headaches, memory loss, fatigue, and sleeping issues. Plaintiff Tanner is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Tavares Tillman's Concussion History in the NFL and Injuries

679.    Plaintiff Tavares Tillman played in the NFL from 2000 to 2007.

680.    Plaintiff Tillman sustained approximately eight (8) undiagnosed concussions while playing in the NFL.

681.    Plaintiff Tillman was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

682.    At no time did the NFL inform Plaintiff Tillman that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

683.    As a result of the numerous concussions suffered during his playing career, Plaintiff Tillman suffers from, *inter alia*, headaches and memory loss. Plaintiff Tillman is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Kevin Turner's Concussion History in the NFL and Injuries

684.    Plaintiff Kevin Turner played in the NFL from 1992 to 1999.

685.    Plaintiff Turner sustained approximately two (2) diagnosed and multiple undiagnosed concussions while playing in the NFL.

686.    Plaintiff Turner was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

687.    At no time did the NFL inform Plaintiff Turner that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

688.    As a result of the numerous concussions suffered during his playing career, Plaintiff Turner suffers from, *inter alia*, amyotrophic lateral sclerosis (ALS) and all of its associated symptoms.

### Plaintiff Darryl Williams' Concussion History in the NFL and Injuries

689.    Plaintiff Darryl Williams played in the NFL from 1992 to 2001.

690.    Plaintiff Williams sustained three (3) diagnosed and approximately fifteen (15) undiagnosed concussions while playing in the NFL.

691.    Plaintiff Williams was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

692.    At no time did the NFL inform Plaintiff Williams that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

693.    As a result of the numerous concussions suffered during his playing career, Plaintiff Williams suffers from, *inter alia*, headaches and memory loss. Plaintiff Williams is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Eddie Williams' Concussion History in the NFL and Injuries

694.    Plaintiff Eddie Williams played in the NFL from 2001 to 2004.

695.    Plaintiff Williams sustained two (2) diagnosed and approximately three (3) undiagnosed concussion while playing in the NFL.

696.    Plaintiff Williams was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

697.    At no time did the NFL inform Plaintiff Williams that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

698.    As a result of the numerous concussions suffered during his playing career, Plaintiff Williams suffers from, *inter alia*, headaches, memory loss, dizziness, anxiety, and depression. Plaintiff Williams is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Reinard Wilson's Concussion History in the NFL and Injuries

699.    Plaintiff Reinard Wilson played in the NFL from 1997 to 2004.

700.     Plaintiff Wilson sustained one (1) diagnosed and approximately twenty (20) undiagnosed concussions while playing in the NFL.

701.     Plaintiff Wilson was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

702.     At no time did the NFL inform Plaintiff Wilson that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

703.     As a result of the numerous concussions suffered during his playing career, Plaintiff Wilson suffers from, *inter alia*, headaches, memory loss, light sensitivity, and fatigue. Plaintiff Wilson is also at heightened risk of developing further adverse neurological symptoms in the future.

### Plaintiff Jimmy Wyrick's Concussion History in the NFL and Injuries

704.     Plaintiff Jimmy Wyrick played in the NFL from 2000 to 2004.

705.     Plaintiff Wyrick sustained approximately six (6) diagnosed concussions while playing in the NFL.

706.     Plaintiff Wyrick was returned to play too soon after having suffered his concussions and subsequently suffered other head injuries or blows to the head.

707.     At no time did the NFL inform Plaintiff Wyrick that he risked severe and permanent brain damage by returning to play too soon after sustaining a concussion. The NFL's failure was a substantial cause of his current injuries.

708.     As a result of the numerous concussions suffered during his playing career, Plaintiff Wyrick suffers from, *inter alia*, headaches, memory loss, and depression. Plaintiff

Wyrick is also at heightened risk of developing further adverse neurological symptoms in the future.

**COUNT I—NEGLIGENT UNDERTAKING**
**(On behalf of all Plaintiff NFL Players)**

709. The Plaintiff NFL Players incorporate by reference all preceding paragraphs as if fully set forth herein and further allege on information and belief as follows.

710. Defendant NFL, through its own voluntary initiative and undertaking, created the MTBI Committee in 1994 which undertook to research the long-term effects of concussions and to ameliorate the occurrence/severity of concussions during game and practice play in an effort to educate and protect NFL players.

711. In so doing, the NFL undertook to render services to the thirty two (32) franchised teams and/or to individual NFL players.

712. The NFL, as purveyors of safety rules and regulations for the League and because of its enormous influence and control over research and education concerning football injuries, recognized that its formation of the MTBI Committee and the Committee's subsequent activities were necessary for the safety of individual NFL players, including the Plaintiff NFL Players and the public at large.

713. Because of its undertaking to render the above-described services and its recognition that such services were necessary to NFL players' safety, the NFL had a duty to exercise reasonable care in its and the MTBI Committee's undertaking.

714. The NFL failed to exercise reasonable care by numerous actions and omissions including but not limited to the following:

      a. Appointing unqualified physicians to key positions within the MTBI Committee;

87

b. Appointing a physician to lead the MTBI Committee whose main goal was to satisfy the NFL in representing that there were no risks associated with sustaining concussions rather than accurately report or investigate such risks;

c. Allowing, requesting, or mandating the MTBI Committee to conduct research and/or studies that were deficient in a number of respects, including but not limited to the following:

   i. The MTBI Committee's studies were based on an insufficient pool of players and omitted key groups of affected players, including players who were forced to retire due to post-concussion syndrome;

   ii. The MTBI Committee's methodology contained numerous design, data-collection, and data-analytical flaws;

   iii. The MTBI Committee refused to recognize, warn of, or adopt available independent research and/or evidence that established a link between concussions and long-term physical and mental health issues to which the players would be susceptible;

   iv. The MTBI Committee refused to recognize or warn players that practice and game-play concussions were likely and/or common in a contact sport such as professional football;

   v. The MTBI Committee failed to track medical status of players who left the NFL to determine whether they suffered from long-term health effects due to concussions;

d. Downplaying or denying the severity of concussions and/or head injuries and the link between such injuries and long-term adverse health effects;

e. Failing to educate, inform, or warn the players about the potential for, or proof of, long-term adverse health effects from sustaining concussions/head injuries during practice and/or game-play;

f. Failing to take immediate action to ameliorate the occurrences and severity of concussions/head injuries sustained during practice and/or game-play after its studies revealed a clear link between concussions and long-term cognitive health problems; and

g. Creating a "culture" within the NFL that promoted return-to-play policies that focused on increasing revenue rather than player safety.

715.    The NFL's failure to exercise reasonable care increased the risk that the Plaintiff NFL Players would suffer brain injuries.

716.    The Plaintiff NFL Players reasonably relied to their detriment on the NFL's actions and omissions on the subject.  The Plaintiff NFL Players sustained injuries due to their reliance.

717.    The NFL's failure to exercise reasonable care directly and proximately caused the Plaintiff NFL Players to suffer brain injuries that have resulted in severe and permanent adverse health effects.

718.    Due to the Plaintiff NFL Players' injuries, the Plaintiff NFL Players have suffered from the symptoms and/or afflictions described herein and will continue to suffer from them in the future.

719.    The NFL's negligent undertaking entitle the Plaintiff NFL Players to damages for, *inter alia*, bodily injury, pain and suffering, disability, medical expenses, loss of earnings, medical monitoring, and loss of potential employment. These losses are either permanent or continuing, and the Plaintiff NFL Players will suffer these losses into the future.

WHEREFORE, the Plaintiff NFL Players demand judgment against Defendant NFL for all recoverable damages, costs, pre-judgment interest, medical monitoring, and all such other relief this Court deems appropriate.  The  Plaintiff NFL Players further demand trial by jury of all issues triable as of right by jury.

### COUNT II—FRAUDULENT CONCEALMENT
**(On behalf of all Plaintiff NFL Players)**

720.    The Plaintiff NFL Players incorporate by reference all preceding paragraphs as if fully set forth herein and further allege on information and belief as follows.

89

721.    Defendant NFL, because of its enormous influence over football-injury-related research and education and in light of its voluntary undertaking described above, owed NFL players, including the Plaintiff NFL Players, a duty to disclose the known risks of long-term adverse medical effects associated with concussions and related head injuries.

722.    The NFL and its MTBI Committee actively concealed and/or failed to disclose, to both its players and the general public, information related to the long term health risks of sustaining concussions/head-injuries during football play.

723.    The NFL—as a result of both findings of other independent studies published on the same topic and its own Committee's data—knew that a clear causal link exists between concussions suffered during football play and adverse long-term health effects.

724.    The NFL engaged in a pattern of fraudulently concealing that causal link.  It failed to publish warnings of the adverse health effects of football-related concussions until as late as June 2010, over sixteen (16) years after the NFL's MTBI Committee first began researching the health effects of such injuries and approximately eighty-two (82) years after the first published article discussing the correlation between contact sports and brain trauma.

725.    Between 1994–2010, the NFL's MTBI Committee played a pivotal role in actively concealing and downplaying the known link between adverse health effects and football-related concussions, as described in ¶¶ 128-198.

726.    The NFL knew that NFL Players, including the Plaintiff NFL Players, did not recognize the severity of the dangers posed by concussions and related head injuries, and that they relied on the NFL for such risk-related information. The NFL also knew that there were no rules, guidelines, or criteria in place to protect the Plaintiff NFL Players from concussions and related head injuries. Consequently, the NFL knew that its concealment of information related to

90

the health risks of concussions and/or brain injuries would induce NFL players, including the Plaintiff NFL Players, to continue to play after sustaining a concussion or related head injury, to return to play sooner than medically recommended after suffering such injury, and to play an aggressive style of football.

727.    The Plaintiff NFL Players were justified in relying on the NFL's representations of information relating to the negative long-term effects of concussions/head-injuries because of the NFL's unique position as the regulatory body of professional football, its enormous influence over research and education relating to football injuries, and its establishment of the MTBI Committee. The Plaintiff NFL Players relied on the NFL's representations to their detriment by, *inter alia*, returning to play too soon after sustaining concussions and related head injuries and failing to seek appropriate medical treatment for those injuries, thereby suffering long-term neurological damage.

728.    Due to the Plaintiff NFL Players' injuries, the Plaintiff NFL Players have suffered from the symptoms and/or afflictions described herein and will continue to suffer from them in the future.

729.    The NFL's fraudulent misconduct entitle the Plaintiff NFL Players to damages for, *inter alia*, bodily injury, pain and suffering, disability, medical expenses, loss of earnings, medical monitoring, and loss of potential employment. These losses are either permanent or continuing, and the Plaintiff NFL Players will suffer these losses into the future.

WHEREFORE, the Plaintiff NFL Players demand judgment against Defendant NFL for all recoverable damages, costs, pre-judgment interest, medical monitoring, and all such other relief this Court deems appropriate.  The  Plaintiff NFL Players further demand trial by jury of all issues triable as of right by jury.

## COUNT III—FRAUDULENT MISREPRESENTATION

**(On behalf of the following Plaintiff NFL Players: Kevan Barlow, Reggie Barlow, Aaron Beasley, Eric Beverly, Willie Blade, Lamont Brightful, Chad Brown, Chris Chambers, Cam Cleeland, Chris Cooper, Jarrod Cooper, James Cotton, Lional Dalton, Chatric Darby, Dusty Dvoracek, Kalimba Edwards, Mario Edwards, Edward Ellis, Jay Foreman, LaMarcus Hicks, Jack Golden, Jarvis Green, Troy Hambrick, Steven Herndon, Cedric Killings, Teddy Lehman, Otis Leverette, Kevin Lewis, Nicolas Luchey, Edwin Mulitalo, Antonio Newson, Scot Osborne, Ed Perry, Wali Rainer, Lamont Reid, Jacoby Reinhart, Jamal Robertson, Tavaris Slaughter, Armegis Spearman, Gregory Spires, Patrick Surtain, Tavares Tillman, Kyle Turley, Jed Weaver, Mitch White, Eddie Williams, Reinard Wilson, and Jimmy Wyrick)**

730.    These Plaintiff NFL Players adopt and incorporate by reference paragraphs 1 through 204 and those paragraphs applicable to the above-listed Plaintiff NFL Players as if fully set forth herein and further allege on information and belief as follows.

731.    The NFL's MTBI Committee was established in 1994 for the purpose of researching, producing, and publishing a series of studies on the adverse health effects of football related concussions. The Committee began conducting research to support its studies from its inception in 1994.

732.    The Committee's research efforts culminated in the publication of sixteen (16) research papers in medical journals of general circulation between 2003 and 2009.

733.    The myriad representations contained in the Committee's research papers are discussed in detail at ¶¶ 128-198.  By way of example, the salient misrepresentations include:

h.    The studies' findings that, after suffering an initial concussion, a player was not exposed to a "7- to 10- day window of increased susceptibility to sustaining another concussion;"

i.    The studies' conclusion that, because there was "no evidence of any adverse effect" of returning a formerly unconscious NFL player to play in the same game, these players were "at no increased risk" of suffering subsequent concussions after returning to play;

j.    The studies' conclusion that because a "significant percentage of players returned to play in the same game [after suffering a concussion] and the overwhelming majority of players with concussions were kept out of

92

football-related activities for less than 1 week, it can be concluded that mild [concussions] in professional football are not serious injuries;"

    k.  The studies' conclusion that there was no increased risk of adverse health effects among players who had suffered three (3) or more concussions or among players who had been sidelined for more than one (1) week as a result of a concussion;

    l.  The studies' claim that, after suffering a concussive injury, NFL players' brains healed faster than those of high school or collegiate football players; and

    m.  The studies' claim that "no NFL player experienced the second-impact syndrome or cumulative encephalopathy from repeat concussions."

734.    The NFL bolstered the misrepresentations contained in its published studies with public statements made by members of the Committee—including but not limited to statements made by Drs. Elliot Pellman, David Viano, and Ira Casson in both generally circulated medical journals and media outlets—that defended the Committee's studies from the near-unanimous criticisms levied by the independent medical community.

735.    In accord with the Committee's conclusions, the NFL produced a concussion pamphlet in August 2007 which it distributed to all NFL players, including Plaintiffs. That pamphlet made the following false or misleading representations of material fact:

    a.  That "current research with professional athletes has shown that you should not be at further risk of greater injury once you receive proper medical treatment for a concussion;"

    b.  That "current research with professional athletes has not shown that having more than one or two concussions leads to permanent problems if each injury is managed properly;" and

    c.  That "there is no magic number for how many concussions is too many" and that "research is currently underway to determine if there are any long-term effects of concussion in NFL athletes."

736.    Additionally, in a statement made around the time that the concussion pamphlet was distributed, NFL Commissioner Roger Goodell said, "We want to make sure all NFL players

. . . are fully informed and take advantage of the most up to date information and resources as we continue to study the long-term impact on concussions."

737.    Throughout the 2003 to 2009 period that the NFL published the Committee's research papers, endorsed statements made by Committee doctors, and produced the concussion pamphlet, the NFL knew that all of the misrepresentations contained therein were false or misleading because: (1) prior studies, published as early as 1952, in medical journals of general circulation, linked football related concussions with myriad adverse health effects; (2) contemporaneous findings from independent research studies—some of which were commissioned by the NFL itself—concluded that concussions suffered by NFL players place those players at a heightened risk of future cognitive impairment; and (3) both the medical community and general media sources such as ESPN and the *New York Times* levied near-unanimous criticisms of the Committee's studies.

738.    Despite such knowledge, the NFL made the misrepresentations outlined above with the intent of inducing NFL players, including these Plaintiff NFL Players, to return to play too soon after having suffered a football-related concussion and to promote an aggressive style of football that would attract viewers and promote the spectacle of violence that the NFL uses to market its product and merchandise to consumers.

739.    These Plaintiff NFL Players relied on the misrepresentations made by the NFL's studies, Committee members, concussion pamphlet, and other literature by, *inter alia*, playing an aggressive style of football (*e.g.* hitting players by leading with the crown of their head), failing to seek proper medical treatment for their concussive brain injuries, returning to play immediately after having suffered in-game concussive brain injuries, participating in subsequent games and practices without allowing sufficient time for their concussive brain injuries to heal,

and failing to seek proper medical treatment for concussion-related health problems, these Plaintiff NFL Players continued to suffer after retiring from the NFL.

740. As a result of these Plaintiff NFL Players' reliance on the NFL's misrepresentations, the damage resulting from these Plaintiff NFL Players' football-related concussions was unnecessarily exacerbated. The numerous concussions that these Plaintiff NFL Players sustained during their NFL careers now cause them to suffer from a number of severe and permanent adverse health effects.

741. The NFL's misrepresentations entitle these Plaintiff NFL Players to damages for, *inter alia*, bodily injury, pain and suffering, disability, medical expenses, loss of earnings, medical monitoring, and loss of potential employment. These losses are either permanent or continuing, and these Plaintiff NFL Players will suffer these losses into the future.

WHEREFORE, these Plaintiff NFL Players demand judgment against Defendant NFL for all recoverable damages, costs, pre-judgment interest, medical monitoring, and all such other relief this Court deems appropriate. These Plaintiff NFL Players further demand trial by jury of all issues triable as of right by jury.

## COUNT IV—NEGLIGENT MISREPRESENTATION
**(On behalf of the following Plaintiff NFL Players: Kevan Barlow, Reggie Barlow, Aaron Beasley, Eric Beverly, Willie Blade, Lamont Brightful, Chad Brown, Chris Chambers, Cam Cleeland, Chris Cooper, Jarrod Cooper, James Cotton, Lional Dalton, Chatric Darby, Dusty Dvoracek, Kalimba Edwards, Mario Edwards, Edward Ellis, Jay Foreman, LaMarcus Hicks, Jack Golden, Jarvis Green, Troy Hambrick, Steven Herndon, Cedric Killings, Teddy Lehman, Otis Leverette, Kevin Lewis, Nicolas Luchey, Edwin Mulitalo, Antonio Newson, Scot Osborne, Ed Perry, Wali Rainer, Lamont Reid, Jacoby Reinhart, Jamal Robertson, Tavaris Slaughter, Armegis Spearman, Gregory Spires, Patrick Surtain, Tavares Tillman, Kyle Turley, Jed Weaver, Mitch White, Eddie Williams, Reinard Wilson, and Jimmy Wyrick)**

742.    These Plaintiff NFL Players adopt and incorporate by reference paragraphs 1 through 204 and those paragraphs applicable to the above-listed Plaintiff NFL Players as if fully set forth herein and further allege on information and belief as follows.

743.    As outlined in detail above, the Committee's research papers, statements made by Committee members in support of those statements, the 2007 concussion pamphlet, and other NFL literature all contain numerous misrepresentations of material facts.

744.    At the time the NFL made the representations at issue, the NFL knew or should have known of the falsity and/or misleading nature of those representations and was negligent in making them without first verifying their truthfulness or veracity. The NFL ignored (1) established findings of prior research studies; (2) contemporaneous findings from independent research studies; and (3) near-unanimous criticisms of its studies' validity by the medical community and mass media, all of which placed the NFL on notice of the falsity and/or misleading nature of the representations made by the MTBI Committee's studies, the Committee's members and doctors, and the NFL's concussion pamphlet and other literature.

745.    The NFL made the misrepresentations outlined above with the intent of inducing NFL players, including these Plaintiff NFL Players, to return to play too soon after having suffered a football-related concussion and to promote an aggressive style of football that would attract viewers and promote the spectacle of violence that the company uses to market its product and merchandise to consumers.

746.    These Plaintiff NFL Players justifiably relied on the misrepresentations made by the NFL's studies, Committee members, concussion pamphlet, and other literature by, *inter alia*, playing an aggressive style of football (*e.g.* hitting players by leading with the crown of his head), failing to seek proper medical treatment for their concussive brain injuries, returning to

play immediately after having suffered in-game concussive brain injuries, participating in subsequent games and practices without allowing sufficient time for their concussive brain injuries to heal, and failing to seek proper medical treatment for concussion-related health problems, these Plaintiff NFL Players continued to suffer after retiring from the NFL.

747.   The NFL occupies the unique position of regulating the game of professional football.  Because of its influential position, amateur and professional football players, as well as the public at large, reasonably rely on the NFL to truthfully and accurately educate them as to the risks of football-related concussions. Consequently, these Plaintiff NFL Players were justified in relying on the NFL's representations that football-related concussions pose no significant long term health risks.

748.   As a result of these Plaintiff NFL Players' reliance on the NFL's misrepresentations, the damage resulting from these Plaintiff NFL Players' football-related concussions was unnecessarily exacerbated. The numerous concussions that these Plaintiff NFL Players sustained during their NFL careers now cause them to suffer from a number of severe and permanent adverse neurological problems.

749.   The NFL's misrepresentations entitle these Plaintiff NFL Players to damages for, *inter alia*, bodily injury, pain and suffering, disability, medical expenses, loss of earnings, medical monitoring, and loss of potential employment.  These losses are either permanent or continuing, and these Plaintiff NFL Players will suffer these losses into the future.

WHEREFORE, these Plaintiff NFL Players demand judgment against Defendant NFL for all recoverable damages, costs, pre-judgment interest, medical monitoring, and all such other relief this Court deems appropriate.  These Plaintiff NFL Players further demand trial by jury of all issues triable as of right by jury.

## COUNT V—LOSS OF CONSORTIUM

**(On behalf of Adrienne Bennett, Cristin Brown, Dionna Chambers, Mindy Cleeland, Yvette Coates, Charlette Darby, Tiffany Edwards, Marlo Harris, Lisa Henderson, Shannon Hill, Natalie Lester, Alzadia Spires, Stacy Turley, Jori Weaver, and Jennifer White)**

750.    Plaintiff Spouses Adrienne Bennett, Cristin Brown, Dionna Chambers, Mindy Cleeland, Yvette Coates, Charlette Darby, Tiffany Edwards, Marlo Harris, Lisa Henderson, Shannon Hill, Natalie Lester, Alzadia Spires, Stacy Turley, Jori Weaver, and Jennifer White adopt and incorporate by reference the factual allegations set forth in paragraphs 1 through 204 and those paragraphs applicable to their husbands as fully set forth herein, and further allege on information and belief as follows.

751.    Plaintiff Spouses are married to NFL players who are suffering from various symptoms caused by the concussive injuries they received while playing in the NFL.

752.    As a result of their husbands' injuries, the Plaintiff Spouses have suffered a loss of the love, companionship, fellowship, comfort, consortium, solace, and aid of their husbands. The Plaintiff Spouses will continue to suffer these losses for an indefinite time into the future.

WHEREFORE, the Plaintiff Spouses demand judgment against Defendant NFL for all recoverable damages, costs, pre-judgment interest, and all such other relief this Court deems appropriate.  The Plaintiff Spouses further demand trial by jury of all issues triable as of right by jury.

DATED this 20th day of January, 2012.

Respectfully submitted,

**PODHURST ORSECK, P.A.**
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800
Fax: (305) 358-2382

By:     /s/ Ricardo M. Martínez-Cid
        STEVEN C. MARKS
        Fla. Bar. No. 516414
        Email: smarks@podhurst.com
        STEPHEN F. ROSENTHAL
        Fla. Bar No. 0131458
        Email: srosenthal@podhurst.com
        RICARDO M. MARTÍNEZ-CID
        Fla. Bar No. 383988
        Email: rmcid@podhurst.com
        RAMON A. RASCO
        Fla. Bar No. 0617334
        Email: rrasco@podhurst.com
        Attorneys for Plaintiffs