# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)  <br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>                              Plaintiffs,<br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br>                              Defendants.<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br><br>**THIS DOCUMENT RELATES TO:**<br>*Kevin Turner, et al., v. National Football League, et al.,*<br><br>**E.D. Pa. No. 2:12-cv-01027**<br>**S.D. Fla.: No. 1:11-cv-24594** | **Hon. Anita B. Brody** |

## [PROPOSED] ORDER

**AND NOW**, upon consideration of the Estate of Kevin Turner's Motion to Resolve Attorney Fee Dispute and Appear as Counsel for Paul Raymond Turner, the Personal Representative of the Estate of Kevin Turner (ECF No. 7029) (the "Turner Estate Motion"), and the Response to the Turner Estate Motion filed by Podhurst Orseck, P.A. (ECF No. ___), it is hereby ORDERED that the Turner Estate Motion is DENIED.

**SO ORDERED** this _____ day of _____, 2017.

                                                                                       _____
                                                                                       Anita B. Brody
                                                                                       United States District Court Judge