UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br>　　　　　　　　　　　Defendants. | **Hon. Anita B. Brody** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL ACTIONS** | |

**NOTICE OF JOINDER IN
PODHURST ORSECK, P.A.'S RESPONSE IN OPPOSITION TO
ESTATE OF KEVIN TURNER'S MOTION TO RESOLVE ATTORNEY FEE DISPUTE**

　　　McCORVEY LAW, LLC, hereby joins, adopts, and incorporates by reference in its entirety, Podhurst Orseck, P.A.'s Response in Opposition to the Estate of Kevin Turner's Motion to Resolve Attorney Fee Dispute [ECF No. 7071]. In support thereof, McCORVEY LAW, LLC asserts:

　　　1.　　McCORVEY LAW, LLC currently represents a number of class members eligible to participate in the settlement in this action, pursuant to individual contingency fee agreements.

1

2. Aside from the common benefit work that McCORVEY LAW, LLC has performed, McCORVEY LAW, LLC also has invested substantial amounts of time and resources representing class members pursuant to its retainer agreements, none of which it will be compensated for unless the class members obtain a recovery.

3. McCORVEY LAW, LLC remains committed to representing its clients throughout the settlement process to ensure that they obtain the benefits to which they are entitled under the settlement. This work also requires a substantial investment of time and resources.

Dated: January 11, 2017

                Respectfully submitted by,

                              **McCORVEY LAW, L.L.C.**

                              /s/ Derriel C. McCorvey
                              Derriel C. McCorvey
                              LA Bar Roll # 26083
                              TX Bar Roll# 24073351
                              102 Versailles Blvd., Ste. 620
                              Post Office Box 2473
                              Lafayette, LA 70502
                              Tel. 337-291-2431
                              Fax 337-291-2433
                              derriel@mccorveylaw.com
                              Attorney for Plaintiffs