**CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of January, 2017, I caused the foregoing *Notice of Joinder in Podhurst Orseck, P.A.'s Response in Opposition to Estate of Kevin Turner's Motion to Resolve Attorney Fee Dispute*, to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

                                                      By:    /s/Derriel C. McCorvey
                                                                       Derriel C. McCorvey