APPENDIX  X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Kevin Turner and Shawn Wooden, on behalf
of themselves and others similarly situated,　　　：　　CIVIL ACTION

　　　　　　　　　v.　　　　　　　　　　：

National Football League and NFL　　　　　：
Properties, LLC, successor-in-interest to NFL　：　　NO.　2:12-md-02323-AB
Properties, Inc.,

ORDER

　　　　AND NOW, this　　　　　Day of　　　　　　, 2017 , it is hereby

　　　　ORDERED that the application of __Robert A. Penza__, Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

　　　　□　GRANTED.

　　　　□　DENIED.

_____
　　　　　　　　　　　　　　　　　　　　　　　　　J.