# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:** <br><br> Art Monk, et al. <br> v. National Football League et al. <br> No. 2:12-cv-03533-AB <br><br><br> **As to Plaintiffs ROBERT C. BUTLER and CYRILLYN Y. BUTLER Only** | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF REORD:

    Jason E. Luckasevic of Goldberg, Persky & White, P.C., Thomas Girardi of Girardi Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby withdraw their appearance as attorneys of record for Plaintiffs **ROBERT C. BUTLER and CYRILLYN Y. BUTLER** only in the above-referenced case.

Dated: January 13, 2017            Respectfully submitted,

                                             GOLDBERG, PERSY & WHITE, P.C.

                                             By: s/ *Jason E. Luckasevic*
                                             Jason E. Luckasevic, Esquire
                                             (PA Bar No. 85557)
                                             11 Stanwix Street, Suite 1800
                                             Pittsburgh, PA 15222
                                             Telephone: (412) 471-3980
                                             Facsimile: (412) 471-8308
                                             *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2017 the foregoing Notice of Withdrawal of Appearance was electronically filed. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

GOLDBERG, PERSY & WHITE, P.C.

By: s/ *Jason E. Luckasevic*