## **CERTIFICATE OF SERVICE**

      It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 18th day of January, 2017, upon all counsel of record.

Dated:  January 18, 2017              /s/ Brad S. Karp
                                           Brad S. Karp