# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br>                              Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                              Defendants. | Civ. Action No.: 14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**STIPULATION AND [PROPOSED] ORDER APPROVING**
**<u>SETTLEMENT CLASS SUPPLEMENTAL NOTICE</u> [1]**

This Stipulation and Agreement is made this 19th day of January 2017, by and among the National Football League and NFL Properties LLC (the "NFL Parties"), and Co-Lead Class Counsel.

WHEREAS, on January 7, 2017 the Settlement became Effective;

WHEREAS, the Settlement Agreement provides in Section 14.1(d) for the dissemination of a Settlement Class Supplemental Notice by first-class mail, by posting on the Settlement Website and through the automated telephone system, to advise

---

[1] Unless otherwise noted, the terms used in this Order that are defined in the Settlement Agreement have the same meanings in this Order as in the Settlement Agreement.

Settlement Class Members of the previously disclosed deadlines: (i) to register for participation in the Class Action Settlement; (ii) to participate, if eligible, in the BAP; and (iii) to submit Claim Packages or Derivative Claim Packages.

WHEREAS, the Settlement Agreement further provides in Section 14.1(d) that the Settlement Class Supplemental Notice may include additional information as agreed upon by Co-Lead Class Counsel and Counsel for the NFL Parties, and approved by the Court.

WHEREAS, the NFL Parties and Co-Lead Class Counsel have agreed upon additional information to be included in the Settlement Class Supplemental Notice to provide a further overview of the Settlement to Settlement Class Members, particularly with respect to processes and deadlines for registration, participation in the BAP, and submitting claims for Monetary Awards.

WHEREAS, Kinsella Media, which is serving as the Court-appointed Settlement Class Notice Agent (Doc. No. 6084), has reviewed the proposed Settlement Class Supplemental Notice and concluded that the "Settlement Class Supplemental Notice is designed to capture Class Members' attention. . . .  The text provides important information regarding how Class Members can participate in the Settlement and includes all specific instructions Class Members need to follow to properly exercise their rights. It is designed to encourage readership and understanding, in a well-organized and reader-friendly format."  Declaration of Shannon Wheatman on Settlement Class Supplemental Notice, ¶ 15 (attached hereto as Exhibit A).

Accordingly, the NFL Parties and Co-Lead Class Counsel submit for review and approval by the Court the proposed Settlement Class Supplemental Notice which is attached hereto as Exhibit "B."

**AND NOW**, this 19th day of January, 2017, it is hereby stipulated and agreed by the NFL Parties and Co-Lead Class Counsel that the proposed Settlement Class Supplemental Notice be approved by the Court.

**It is so STIPULATED AND AGREED,**

By: _/s/_____        By: _Brad S. Karp (PB)_____

Date: ___1/19/17_____        Date: ___1/19/17_____

Christopher Seeger                              Brad S. Karp
**SEEGER WEISS LLP**                    **PAUL, WEISS, RIFKIND, WHARTON**
77 Water Street                                    **& GARRISON LLP**
New York, NY 10005                         1285 Avenue of the Americas
Phone: (212) 584-0700                      New York, NY 10019-6064
cseeger@seegerweiss.com             Phone: (212) 373-3000
                                                              bkarp@paulweiss.com

*Co-Lead Class Counsel*                   *Counsel for the NFL Parties*


It is so **ORDERED**, this ____ day of _____, 2017, that the content of the Settlement Class Supplemental Notice is **APPROVED** and that the Settlement Class Supplemental Notice may be disseminated to the Settlement Class as provided in the Settlement Agreement.

_____
ANITA B. BRODY, J.


Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to: