# NFL Concussion Settlement Update

## Register for Monetary Awards, Baseline Medical Exams, and Other Benefits

*A federal court authorized this Notice.  This is not a solicitation from a lawyer.*

- You are receiving this notice to inform you that the Settlement with the National Football League ("NFL") and NFL Properties LLC (together, "NFL Parties") was approved by the Court, and all appeals have been resolved in favor of the Settlement.  The Settlement is therefore final and effective as of **January 7, 2017,** which is the "Effective Date" of the Settlement.

- The Settlement Class includes all former players who retired before July 7, 2014 from the NFL, the American Football League ("AFL") that merged with the NFL, the World League of American Football, NFL Europe League, and NFL Europa League, as well as immediate family members of retired players and legal representatives of incapacitated, incompetent, or deceased retired players.

- Settlement Class Members have given up the right to sue the NFL Parties for all of the claims that this Settlement resolves and are bound by the Amended Settlement Agreement, available at www.NFLConcussionSettlement.com.

- Settlement Class Members can now register to participate in the Settlement program.  This Notice explains how you do that.

- Those who opted out from the Settlement may still seek to revoke their decision to opt-out, and participate in the Settlement program by sending a revocation request to the Claims Administrator at NFL Concussion Settlement, P.O. Box 25369, Richmond, VA 23260.

| PARTICIPATION IN THE SETTLEMENT PROGRAM | | | |
|---|---|---|---|
| | **SUMMARY** | **DEADLINE** | **MORE INFO** |
| **REGISTER** | To receive any benefits from the Settlement, you need to register at www.NFLConcussionSettlement.com or submit a paper Registration Form to the Claims Administrator. | **August 7, 2017** <br><br> Derivative Claimants must register within 30 days after their Retired NFL Football Player submits a claim for a Monetary Award. | Questions 1 - 3 |
| **PARTICIPATE IN BASELINE ASSESSMENT PROGRAM (IF ELIGIBLE)** | After you register, eligible retired players will be able to participate in the Baseline Assessment Program ("BAP") and receive a baseline assessment examination from qualified and independent medical providers.  (Retired players must have at least one-half of an Eligible Season to participate in the BAP.) | The deadline to participate in the BAP is tied to your age: <br><br> Retired players born on or before January 7, 1974: **June 6, 2019** <br><br> Retired players born after January 7, 1974: **June 7, 2027** or before age 45, whichever comes first. | Questions 5 - 9 |

**QUESTIONS?  CALL 1-855-887-3485 OR VISIT WWW.NFLCONCUSSIONSETTLEMENT.COM**

| PARTICIPATION IN THE SETTLEMENT PROGRAM | | | |
|---|---|---|---|
| | **SUMMARY** | **DEADLINE** | **MORE INFO** |
| **SUBMIT CLAIM FOR MONETARY AWARD OR DERIVATIVE CLAIMANT AWARD (IF ELIGIBLE)** | If the retired player receives a Qualifying Diagnosis, you must submit a Claim Package or Derivative Claim Package to receive a Monetary Award or Derivative Claimant Award. | A Qualifying Diagnosis, other than Death with CTE, may be made at any time until the end of the 65-year term of the Settlement. However:<br><br>Retired players diagnosed on or before February 6, 2017 must submit a claim by **February 6, 2019**; and<br><br>Retired players diagnosed after February 6, 2017 must submit a claim within two years from the date of diagnosis.<br><br>Derivative Claimants must submit a claim no later than 30 days after their Retired NFL Football Player or his legal representative receives notice of entitlement to a Monetary Award. | Questions 10 - 17 |

## AVAILABLE BENEFITS

- The Settlement provides eligible retired players with:
    - Baseline neuropsychological and neurological exams to determine if retired players are: a) currently suffering from any neurocognitive impairment, including impairment serious enough for compensation; and b) eligible for additional testing and/or treatment; and
    - Monetary Awards for diagnoses of ALS (Lou Gehrig's Disease), Parkinson's Disease, Alzheimer's Disease, early and moderate Dementia, and certain cases of Chronic Traumatic Encephalopathy ("CTE") diagnosed after death.
- Authorized representatives of deceased, legally incapacitated, or incompetent retired players and family members of retired players who meet certain criteria may also file claims for Monetary Awards or Derivative Claimant Awards.
- Proof that injuries were caused by playing NFL football is not required for any of the Settlement benefits.
- This Settlement does not affect a retired player's participation in NFL or NFLPA-related benefits programs.
- The Settlement also provides funding for education programs promoting safety and injury prevention with respect to football players, including safety-related initiatives in youth football, the education of retired players regarding the NFL's medical and disability programs, and other educational programs and initiatives.

## HOW TO REGISTER FOR BENEFITS

**1. How do I register for Settlement benefits?**

Settlement Class Members must register online or by mail by **August 7, 2017**.

To register online, go to the settlement website at www.NFLConcussionSettlement.com, click REGISTER NOW, and follow the instructions provided on the screen.

You can download and print a Registration Form by clicking the Registration Form link on the settlement website. Also, you can request a paper Registration Form by calling 1-855-887-3485, emailing ClaimsAdministrator@NFLConcussionSettlement.com, or writing to NFL Concussion Settlement, P.O. Box 25369, Richmond, VA 23260.

You must complete your registration on the settlement website or submit your paper Registration Form by emailing it to ClaimsAdministrator@NFLConcussionSettlement.com or mailing it to NFL Concussion Settlement, P.O. Box 25369, Richmond, VA 23260, on or before **August 7, 2017.**

**IF YOU DO NOT REGISTER, YOU WILL <u>NOT</u> BE ABLE TO PARTICIPATE IN THE BAP OR RECEIVE MONETARY AWARDS OR DERIVATIVE CLAIMANT AWARDS FROM THIS SETTLEMENT.**

Derivative Claimants may also register within 30 days after their Retired NFL Football Player submits a claim for a Monetary Award.

Even if you already signed up to receive future information or updates, you must still register.

If you are not sure whether you should register, you may call 1-855-887-3485; write to NFL Concussion Settlement, P.O. Box 25369, Richmond, VA 23260; email ClaimsAdminstrator@NFLConcussionSettlement.com with questions; or visit www.NFLConcussionSettlement.com.

**2. Does registering mean I filed a claim?**

No. Registering does not mean that you filed a claim. Successful registration only means that you are eligible to file a claim and potentially receive Settlement benefits. You must register to participate in the BAP and/or file a claim for a Monetary Award or Derivative Claimant Award. If you do not register, you will not be eligible for any of the Settlement benefits.

**3. What happens after I register?**

The Claims Administrator will review timely registrations and notify you within 45 days if your registration is approved. If your registration is approved, you will be sent additional information on how to participate in the BAP (for eligible retired players) and submit a claim for a Monetary Award or Derivative Claimant Award. If your registration is not approved, you will have the opportunity to challenge the determination to the Claims Administrator. If that challenge is denied, you may appeal that decision to the Court.

**4. I originally opted out of the Settlement, can I still participate?**

If you are reconsidering your decision to opt out of the Settlement, the time to revoke has passed. However, you may <u>request that a late revocation be considered</u> by submitting a written request to the Claims Administrator at NFL Concussion Settlement, P.O. Box 25369, Richmond, VA 23260.

You can view a list of persons who opted out of the Settlement by visiting the settlement website at www.NFLConcussionSettlement.com. Click on the "Documents" link under the Information tab at the top of the homepage and select "Timely Opt Out Requests Containing all Information Required by Section 14.2(a) or Otherwise Approved by the Court."

### THE BASELINE ASSESSMENT PROGRAM

**5. What is the Baseline Assessment Program ("BAP")?**

The BAP provides baseline neuropsychological and neurological assessment examinations to determine whether retired players are currently suffering from cognitive impairment.

**6. Who can participate in the BAP?**

All living retired players who have earned at least one-half of an Eligible Season, who did not exclude themselves (opt out) from the Settlement, and who timely register to participate in the Settlement may participate in the BAP.

"Eligible Season" is a term used to count the seasons in which a retired player played or practiced in the NFL, AFL, World League of American Football, NFL Europe League, or NFL Europa League.

A retired player earns an Eligible Season for:

- Each season in which he was on an NFL or AFL Member Club's "Active List" for three or more regular or postseason games, or

- Each season in which he was on an Active List for one or more regular or postseason games and then spent at least two regular or postseason games on an injured reserve list or inactive list due to a concussion or head injury.

A retired player also earns one-half of an Eligible Season for:

- Each season in which he was on an NFL or AFL Member Club's practice, developmental or taxi squad for at least eight games, but did not otherwise earn an Eligible Season, or

- Each season in which he was on a World League of American Football, NFL Europe League, or NFL Europa League team's active roster for three or more regular or postseason games, or

- Each season in which he was on a World League of American Football, NFL Europe League, or NFL Europa League team's active roster for one or more regular or postseason games and then spent at least two regular or postseason games on the World League of American Football, NFL Europe League, or NFL Europa League injured reserve list or team inactive list due to a concussion or head injury.

The "Active List" means the list of all players physically present, eligible, and under contract to play for an NFL or AFL Member Club on a particular game day within any applicable roster or squad limits in the applicable NFL or AFL Constitution and Bylaws.

**7. What is the deadline for a retired player to get a BAP baseline assessment examination?**

The BAP deadline depends on the retired player's age.

- Retired players born **on or before** January 7, 1974, will need to have a baseline assessment examination on or before June 6, 2019 (within two years of the start of the BAP).

- Retired players born **after** January 7, 1974, will need to have a baseline assessment examination on or before June 7, 2027 or before they turn 45, whichever comes first.

**8. Why should a retired player get a BAP baseline assessment examination?**

Getting a BAP baseline assessment examination will be beneficial. It will determine whether the retired player has any cognitive impairment. If he is diagnosed with Level 1 Neurocognitive Impairment (*i.e.*, moderate cognitive impairment), he will be eligible to receive further medical testing and/or treatment for that condition. If he is diagnosed with Level 1.5 (*i.e.,* early dementia) or Level 2 (*i.e.,* moderate dementia)

Neurocognitive Impairment during the BAP examination, he will have a Qualifying Diagnosis to support a claim for a Monetary Award.

In addition, regardless of any cognitive impairment today, the results of the BAP baseline assessment examination can be used as a comparison to measure any subsequent deterioration of cognitive condition over the course of his life. Participants also will be examined by at least two experts during the BAP baseline assessment examinations, a neuropsychologist and a neurologist, and the retired player and/or his family members will have the opportunity to ask questions relating to any cognitive impairment during those examinations.

Retired players do not need to participate in the BAP to receive a Monetary Award. However, any award to a retired player may be reduced by 10% if the retired player does not participate in the BAP, receives a Qualifying Diagnosis on or after **January 7, 2017**, and receives a Qualifying Diagnosis (other than ALS) after his deadline to receive a BAP baseline assessment examination.

### 9. How does a retired player schedule a BAP baseline assessment examination and where will it be done?

Retired players need to register for Settlement benefits before they can get a BAP baseline assessment examination.

The BAP Administrator will send notice to eligible retired players explaining how to arrange for an initial BAP baseline assessment examination. The BAP uses a nationwide network of qualified and independent medical providers who will provide both the initial BAP baseline assessment examination as well as any further testing and/or treatment. The BAP Administrator will attempt to find medical providers that are convenient to each eligible retired player. A list of the medical providers will be available at www.NFLConcussionSettlement.com or by calling 1-855-887-3485.

## MONETARY AWARDS

### 10. What diagnoses qualify for Monetary Awards?

Monetary Awards are available for the diagnosis of ALS, Parkinson's Disease, Alzheimer's Disease, Level 2 Neurocognitive Impairment (*i.e.*, moderate Dementia), Level 1.5 Neurocognitive Impairment (*i.e.*, early Dementia) or Death with CTE (each, a "Qualifying Diagnosis"). A Qualifying Diagnosis may occur at any time on or before January 7, 2082. However, a Qualifying Diagnosis of Death with CTE can be made only for retired players who died before April 22, 2015. Representative Claimants for a retired player who died between July 7, 2014 and April 22, 2015 had until 270 days from the retired player's date of death to obtain such a post-mortem diagnosis of CTE.

### 11. Who is allowed to provide Qualifying Diagnoses?

Only qualified specialists are able to make a Qualifying Diagnosis. Depending on the date of the diagnosis, a medical provider must meet certain requirements to be considered a qualified specialist.

| Date of Diagnosis | Credentials Required to Make a Qualifying Diagnosis (except for Death with CTE) |
|---|---|
| Before July 7, 2014 | Board-certified neurologist, board-certified neurosurgeon, or board-certified neuro-specialist physician (or otherwise qualified neurologist, neurosurgeon, or neuro-specialist physician). |
| July 7, 2014 through January 7, 2017 | Board-certified neurologist, board-certified neurosurgeon, or board-certified neuro-specialist physician. |
| After January 7, 2017 | Qualified MAF Physicians (or, alternatively, Qualified BAP Providers for diagnosis of Level 1.5 or Level 2 Neurocognitive Impairment). |

In addition, if the retired player died before January 7, 2017, the physician must have provided a Qualifying Diagnosis while the retired player was living, and if the physician does not meet the qualifications described above, the physician must have sufficient qualifications in the field of neurology or neurocognitive disorders.

A Qualifying Diagnosis of Death with CTE for retired players who died before April 22, 2015 must have been made by a board-certified neuropathologist.

**12. Who is a Qualified MAF Physician?**

A Qualified MAF Physician is a board-certified neurologist, board-certified neurosurgeon, or other board-certified neuro-specialist physician, who is part of the Claims Administrator's approved list of physicians authorized to make a Qualifying Diagnosis.  The list of Qualified MAF Physicians will be available at www.NFLConcussionSettlement.com or by calling 1-855-887-3485.

**13. What if the deceased retired player received a Qualifying Diagnosis, but the medical records have been destroyed?**

If the medical records showing the Qualifying Diagnosis are unavailable because of an event beyond the Representative Claimant's control (*e.g.*, flood, hurricane, fire), he or she may ask the Claims Administrator to review the claim anyway.  The Representative Claimant will need to show that he or she made a reasonable effort to obtain the medical records from any available source and present a certified death certificate that refers to a Qualifying Diagnosis made while the retired player was alive.

**14. How do I file a claim for a Monetary Award?**

To receive a Monetary Award, all Settlement Class Members, including Representative and Derivative Claimants, must register by **August 7, 2017**.  Once you are registered, and after the retired player receives a Qualifying Diagnosis, then you may submit a Claim Package or Derivative Claim Package.

The Claim Package must include the Claim Form, a Diagnosing Physician Certification Form, a HIPAA Authorization Form, medical records supporting the Qualifying Diagnosis, and records demonstrating employment and participation in NFL football.

The Derivative Claim Package must include a Derivative Claim Form and records sufficient to verify the person's relationship with the retired player.

The Claims Administrator can provide all forms necessary to submit a complete Claim Package and/or a Derivative Claim Package. The forms will be available at www.NFLConcussionSettlement.com or by calling 1-855-887-3485.

### 15. Is there a time limit to file claims for Monetary Awards?

Yes. While a Qualifying Diagnosis may be made at any time during the 65-year term of the Settlement, the deadline to file a claim is based on the date of diagnosis:

- Retired players who are diagnosed on or before February 6, 2017 must submit claims for Monetary Awards by **February 6, 2019**.

- Retired players who are diagnosed after February 6, 2017 have two years from the date of diagnosis to file claims. This deadline may be extended up to an additional two years upon a showing of substantial hardship that precluded compliance with the deadline. The Qualifying Diagnosis itself is not enough to show a substantial hardship.

- Derivative Claimants must submit claims no later than 30 days after their Retired NFL Football Player or a Representative Claimant receives notice of an entitlement to a Monetary Award.

- **All claims must be submitted by January 7, 2082**, the date that the term of the Monetary Award Fund expires.

### 16. Can I re-apply for a Monetary Award if my claim is denied?

Yes. A Settlement Class Member who submits a claim for a Monetary Award that is denied can re-apply in the future should the retired player's medical condition change. The new claim must be timely submitted and satisfy all necessary requirements.

### 17. Can I appeal the determination of my Monetary Award or Derivative Claimant Award?

Yes. The Settlement establishes a process for a Settlement Class Member to appeal the denial of a claim for a Monetary Award or a Derivative Claimant Award, and/or the amount of the Monetary Award or Derivative Claimant Award.

Any Settlement Class Member who wants to appeal must pay a $1,000 fee to the Claims Administrator before his or her appeal will be reviewed. If the appeal is successful, the fee will be refunded. A Settlement Class Member can request that the $1,000 fee be waived due to hardship, but he or she will need to provide additional financial information upon request.

**GETTING MORE INFORMATION**

**18. How do I get more information?**

For more information, you may:

- Call **1-855-887-3485** (between 8:00 a.m. and 8:00 p.m. Eastern Time)
- Visit **www.NFLConcussionSettlement.com**
- Email **ClaimsAdministrator@NFLConcussionSettlement.com**
- Write **NFL Concussion Settlement, P.O. Box 25369, Richmond, VA 23260**

More details are in the Amended Settlement Agreement available at www.NFLConcussionSettlement.com.