## CERTIFICATE OF SERVICE

On January 19, 2017, I electronically filed the foregoing documents through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: January 19, 2017                                    Respectfully submitted,


                                                           /s/ *Christopher Seeger*
                                                           Christopher Seeger
                                                           SEEGER WEISS LLP
                                                           77 Water Street
                                                           New York, New York 10005
                                                           Telephone: (212) 584-0700
                                                           Email:  cseeger@seegerweiss.com

                                                           *Co-Lead Class Counsel*