# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

### ESTATE OF KEVIN TURNER'S
### UNCONTESTED MOTION FOR EXTENSION OF TIME
### TO FILE REPLY IN FURTHER SUPPORT OF ITS
### MOTION TO RESOLVE ATTORNEY FEE DISPUTE

The Estate of Kevin Turner respectfully moves to extend the time to file its reply to the Response in Opposition to The Estate of Kevin Turner's Motion to Resolve Attorney Fee Dispute (ECF No. 7071) until January 30, 2016, as follows:

1. The Estate of Kevin Turner's reply currently is due January 23, 2017.

2. By this motion, which is not contested, the Estate of Kevin Turner seeks an extension of seven days to file a reply. This one-week extension will not prejudice any party, as there is no hearing scheduled or any related matter that will be affected by the extension.

3. For the same reason, this brief extension will not unduly delay any of the proceedings in this matter.

## CERTIFICATE OF UNCONTESTED STATUS

I hereby certify that my colleague Robert A. Penza has consulted with counsel at Respondent Podhurst Orseck, P.A., who has advised that he does not contest this motion for an extension of time.

Respectfully submitted,

*/s/ R. Montgomery Donaldson*
R. Montgomery Donaldson   (PA 63400)
Robert A. Penza   (*pro hac vice* application pending)
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
rmdonaldson@polsinelli.com
rpenza@polsinelli.com

and

P. John Brady
Mark Olthoff
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 374-0515
jbrady@polsinelli.com
molthoff@polsinelli.com

Dated: January 20, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January, 2017, a true and correct copy of the foregoing document was filed via CM/ECF, which caused notice to be sent to all counsel of record.

Dated: January 20, 2017

/s/ R. Montgomery Donaldson
R. Montgomery Donaldson   (PA 63400)