IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., <br><br> Defendants. | No. 2:12-md-02323-AB <br><br> MDL No. 2323 <br><br> **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## [PROPOSED] ORDER

**AND NOW**, upon consideration of the Estate of Kevin Turner's Uncontested Motion for Extension of Time to File Reply in Further Support of its Motion to Resolve Attorney Fee Dispute (EFC No. 7071), it is hereby ORDERED that the Motion for Extension of Time is GRANTED. The time to respond to ECF No. 7071 is extended to January 30, 2017.

**SO ORDERED** this _____ day of _____, 2017.

_____
ANITA B. BRODY, J.