# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : MDL No. 2323<br>: 12-md-2323<br>:<br>: |

## ORDER

**AND NOW,** this _23rd___ day of January, 2017, it is **ORDERED** that the Stipulation and Proposed Order Approving Settlement Class Supplemental Notice (ECF No. 7086) is **DENIED**. It is further **ORDERED** that Co-Lead Class Counsel must submit a revised Proposed Settlement Class Supplemental Notice, focused on class member registration, on or before **January 25, 2017**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:         Copies **MAILED** on _____ to: