IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | NO. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |

**N O T I C E**

A **STATUS CONFERENCE** regarding settlement implementation will be held on **February 8, 2017** at **10:30 a.m.** in Courtroom 7B on the 7th Floor of the U.S. Courthouse, 601 Market St., Philadelphia, PA.


ATTEST:                              or       BY THE COURT


BY: /s/ Marie O'Donnell                       _____
M.O'Donnell, Civil Deputy/                    Anita B. Brody,    J.
Secretary

Civ 12 (9/83)

**COPIES VIA ECF ON:**

**SEEGERWEISS**LLP

77 Water Street, New York, NY 10005   P 212.584.0700   F 212.584.0799   www.seegerweiss.com

January 23, 2017

**By email**

Honorable Anita B. Brody
United States District Judge
Eastern District of Pennsylvania
James A. Byrnes United States Courthouse
601 Market Street
Philadelphia, PA 19106

        Re:   ***In re National Football League Players' Concussion Injury Litigation*, No. 2:12-md-02323-AB**

Dear Judge Brody:

        In accordance with its terms, the class-wide Settlement Agreement became effective on January 7, 2017, following the expiration of the time for the filing of rehearing petitions from the Supreme Court's December 12, 2016 denial of the two petitions for writ of *certiorari*, which had sought review of the Third Circuit's affirmance of the Court's final approval of the Settlement Agreement.

        On behalf of all Class Counsel, I write to respectfully request that the Court schedule an in-person Case Management Conference during the week of February 6, 2017, for Co-Lead Class Counsel to report to the Court on the status of the implementation of the Settlement Agreement.

        I thank the Court for its consideration of this request.

                                Respectfully,

                                s/ Christopher A. Seeger
                                Christopher A. Seeger
                                *Co-Lead Class Counsel*

Honorable Anita B. Brody
January 23, 2017
Page | 2

cc: <u>All via email</u>

    Brad S. Karp, Esq.
    Sol Weiss, Esq.
    Arnold Levin, Esq.
    Dianne M. Nast, Esq.
    Steven C. Marks, Esq.
    Gene Locks, Esq.

13036-999