*This is an official notice, approved by Judge Anita Brody of the United States District Court for the Eastern District of Pennsylvania*

# NFL Concussion Settlement Pre-registration Notice

**Good News—The NFL Concussion Settlement is now effective, as of January 7, 2017.  You may be eligible for benefits.  Now is the time to prepare for Registration that opens on February 6, 2017.**

**There are two upcoming events to be aware of:**

(1) Judge Anita Brody will hold a status conference on settlement implementation on February 8, 2017, at 10:30 a.m.

- **You can watch this conference live online at www.NFLConcussion Settlement.com by clicking the button labelled "February 8th Status Conference – Live Stream."**
- Judge Brody and the lawyers for the retired players and the NFL will be answering questions about the settlement.  Questions can be submitted in advance to ClaimsAdministrator@NFLConcussionSettlement.com.  Please put "Question for Status Conference" in the subject lint.

(2) After February 6, 2017, you will also receive an individual notice about registration.  ONCE REGISTRATION OPENS, YOU MUST REGISTER ON OR BEFORE AUGUST 7, 2017 TO

*This is an official notice, approved by Judge Anita Brody of the United States District Court for the Eastern District of Pennsylvania*

**PARTICIPATE IN THE SETTLEMENT AND BE ELIGIBLE FOR ANY BENEFITS.**