## CERTIFICATE OF SERVICE

On January 25, 2017, I electronically filed the foregoing documents through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: January 25, 2017            Respectfully submitted,

                                              /s/ *Christopher Seeger*
                                              Christopher Seeger
                                              SEEGER WEISS LLP
                                              77 Water Street
                                              New York, New York 10005
                                              Telephone: (212) 584-0700
                                              Email:  cseeger@seegerweiss.com

                                              ***Co-Lead Class Counsel***