# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | **Hon. Anita B. Brody** |
| | No. 12-md-2323-AB |
| THIS DOCUMENT RELATES TO: | No. 14-01995-AB |
| *LEWIS et al., v. KANSAS CITY CHEIFS FOOTBALL CLUB, INC.*, | No. 14-03383-AB |
| and | No. 14-03382-AB |
| *SMITH et al., v. KANSAS CITY CHIEFS FOOTBALL CLUB, INC.*, | No. 14-04779-AB |
| and | MDL No. 2323 |
| *HORN, et al. v. KANSAS CITY CHIEFS FOOTBALL CLUB, INC.* | |
| and | |
| *KENNEY, et al. v. KANSAS CITY CHIEFS FOOTBALL CLUB, INC.* | |

**JOINT REQUEST FOR STATUS CONFERENCE PURSUANT TO FRCP 16**

Plaintiffs in each of the above-captioned cases (hereinafter "Plaintiffs"), by and through undersigned counsel, respectfully join in the request (Doc. 7098) that the Court schedule a status conference, as soon as possible, pursuant to Federal Rules of Civil Procedure 16.

Plaintiffs request a status conference to discuss the status of Plaintiffs' Motion to Remand.

THE KLAMANN LAW FIRM, P.A.

  /s/ Andrew Schermerhorn
John M. Klamann, MO        #29335
Andrew Schermerhorn, MO   #62101
Paul D. Anderson, MO        #65354
4435 Main Street, Ste. 150
Kansas City, MO 64111

1

        Telephone: (816) 421-2626
        Facsimile: (816) 421-8686
        jklamann@klamannlaw.com
        ajs@klamannlaw.com
        panderson@klamannlaw.com

        Kenneth B. McClain, MO    #32430
        Lauren E. McClain, MO     #65016
        Timothy J. Kingsbury, MO  #64958
        HUMPHREY, FARRINGTON & McCLAIN, P.C.
        221 West Lexington, Suite 400
        Independence, MO 64051
        Telephone: (816) 836-5050
        Facsimile: (816) 836-8966
        kbm@hfmlegal.com
        lem@hfmlegal.com
        tjk@hfmlegal.com

        Wm. Dirk Vandever, MO    #24463
        THE POPHAM LAW FIRM, P.C.
        712 Broadway, Suite 100
        Kansas City, MO 64105
        Telephone: (816) 221-2288
        Facsimile: (816) 221-3999
        dvandever@pophamlaw.com

        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, January 25, 2017, I caused the foregoing to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

        /s/ *Andrew Schermerhorn*
        Andrew Schermerhorn, MO