UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br><br> MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br>                            Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                            Defendants. | Civ. Action No.:  14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**APPLICATION BY CO-LEAD CLASS CONSEL FOR
APPROVAL OF AMENDED PRE-REGISTRATION NOTICE
<u>AND PROPOSED ORDER</u>[1]**

In advance of the Status Conference set for February 8, 2017 and in furtherance of the notice to be provided to the Settlement Class that registration for the Settlement Program will commence on February 6, 2017, Co-Lead Class Counsel submits for review and approval a proposed and amended Pre-registration Notice to be disseminated to the Settlement Class.  The proposed and amended Pre-registration Notice is attached hereto as Exhibit "A".

---

[1] Unless otherwise noted, the terms used in this Order that are defined in the Settlement Agreement have the same meanings in this Order as in the Settlement Agreement.

The purpose of this Pre-registration Notice is to alert the Settlement Class of the January 7, 2017 Effective Date for the Settlement, the opening of registration on February 6, 2017 and the February 8, 2017 Status Conference. In addition, the Pre-registration Notice will inform Settlement Class Members how they can submit questions in advance of and for discussion at the Status Conference and view a live transmission of the Status Conference.

Dated: January 25, 2017

    /s/ Christopher Seeger\_\_\_\_
Christopher Seeger
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
cseeger@seegerweiss.com

*Co-Lead Class Counsel*

It is so **ORDERED**, this \_\_\_\_ day of _____, 2017, that the Pre-registration Notice is **APPROVED** and that the Pre-registration Notice may be disseminated to the Settlement Class.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to: