IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:12-md-02323-AB

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __P. John Brady__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __711680__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| Missouri | 09/13/1980 | 30183 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Kansas | 05/15/1987 | 11855 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| MO USDC, W.D. | 01/30/1981 | 30183 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| KS USDC | 11/03/1989 | 11855 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am entering my appearance for  __Estate of Kevin Turner__

(Applicant's Signature)

(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Polsinelli PC

900 W. 48th Place, Suite 900, Kansas City, MO 64112

816-753-1000

Sworn and subscribed before me this

24th Day of January, 2017

Monica A. Burton

Notary Public

MONICA A. BURTON
NOTARY PUBLIC-NOTARY SEAL
STATE OF MISSOURI
JACKSON COUNTY
MY COMMISSION EXPIRES 12/6/2019
COMMISSION # 15595959

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____P. John Brady____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| R. Montgomery Donaldson | [signature] | 01/06/1992 | 63400 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Polsinelli PC

222 Delaware Avenue, Suite 1101, Wilmington, DE 19801

302-252-0920

Sworn and subscribed before me this

25th Day of January, 2017

[signature]
Notary Public

WHITNEY HARMON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 4-22-2020

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated | : | CIVIL ACTION |
| v. | : | |
| National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., | : | NO.  2:12-md-02323-AB |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _____P. John Brady_____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was:

filed today via CM/ECF, which caused notice to be sent to all counsel of record

_____
Signature of Attorney

R. Montgomery Donaldson
Name of Attorney

Estate of Kevin Turner
Name of Moving Party

January 25, 2017
Date

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated : CIVIL ACTION
:
v. :
:
National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., : NO. 2:12-md-02323-AB

## ORDER

AND NOW, this            Day of              , 20   , it is hereby

ORDERED that the application of __P. John Brady__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____

J.