APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Kevin Turner and Shawn Wooden, on behalf
of themselves and others similarly situated     :     CIVIL ACTION

       : 

       v.        :

National Football League and NFL Properties,    :
LLC, successor-in-interest to NFL Properties,    :     NO.    2:12-md-02323-AB
Inc.,

ORDER

AND NOW, this        Day of        , 20    , it is hereby

ORDERED that the application of __P. John Brady_____, Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

    ☐    GRANTED.

    ☐    DENIED.

_____

                                  J.