

Steven F. Molo
Molo Lamken LLP
430 Park Avenue
New York, NY 10022
T: 212.607.8170
F: 212.607.8161
smolo@mololamken.com
www.mololamken.com

January 26, 2017

By ECF

The Honorable Anita B. Brody
U.S. District Court for the
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Room 7613
Philadelphia, PA  19106

      Re:    *In re Nat'l Football League Players' Concussion Injury Litig.*, No. 2:12-md-2323

Dear Judge Brody,

      I write on behalf of the Faneca Objectors.[1]  We have received Co-Lead Class Counsel's Initial Response to the Faneca Objectors' Petition for an Award of Attorneys' Fees and Costs, filed yesterday at Docket No. 7106.  We are in general agreement with Class Counsel that all petitions for attorneys' fees should be considered together in an efficient and orderly manner.  We have no objection to our petition being stayed or held under advisement.  However, dismissal at this stage – even without prejudice – is not appropriate.

      As an initial matter, the Faneca Objectors' fee petition was properly and timely filed after the effective date of the settlement (January 7, 2017).  The Court had regained jurisdiction over the settlement and matters such as attorneys' fees were then ripe for presentation to this Court.  Nevertheless, we agree completely with Co-Lead Class Counsel that this Court should adjudicate all fee petitions together, at the same time, in an orderly and efficient manner.  We recognize that since the effective date of the settlement, Co-Lead Class Counsel has been engaged in the important work of implementing the settlement and ensuring that class members can obtain the settlement's benefits as soon as possible.  Of course, those efforts take priority over the issue of attorneys' fees.

      To that end, we do not oppose Co-Lead Class Counsel's request to postpone briefing on the Faneca Objectors' fee petition, should any briefing is necessary.  If Co-Lead Class Counsel has any issue with the Faneca Objectors' request for attorneys' fees and costs, we are prepared to discuss those issues in an effort to reach agreement and minimize any burden on the Court.  Indeed, I emailed Mr. Seeger, offering to discuss our petition, the day we filed it, and I followed

---

[1] We write pursuant to your policies and procedures governing administrative and scheduling matters.

Hon. Anita B. Brody - 2 - January 26, 2017

up with phone messages.  He was unable to speak until late yesterday afternoon.  In that call, I informed Mr. Seeger that we are happy to discuss the issue of fees and any questions regarding our petition.  It is our sincere hope that any issue regarding fees can be resolved amicably and commit that we are willing to work to that end.

However, dismissing the Faneca Objectors' fee petition, even without prejudice, would be inappropriate.  Our petition was timely filed.  Requiring the Faneca Objectors to re-file their petition at a later date will simply result in unnecessary and duplicative filings cluttering the Court's docket.  Neither Co-Lead Class Counsel nor any other party seeking fees will suffer any prejudice by our petition simply being on file.

Rather, the better approach would be to stay any briefing on the Faneca Objectors' petition, should any be needed, until such time as the Court finds appropriate.  Alternatively, the Court could simply extend the deadline for a response, if any, to the Faneca Objectors' petition.  Either approach would permit discussions between counsel.  In any event, we agree that the near-term focus should be on the implementation of the settlement and that the issue of fees should be decided efficiently, on a comprehensive basis.

We therefore request that the Court take our petition under advisement, stay any briefing, or alternatively, extend the deadline for any opposition.

                Respectfully submitted,

                */s/ Steven F. Molo*

                Steven F. Molo

Cc: All counsel by ECF

## Certificate of Service

I certify that, on January 26, 2017, I caused to be filed with the Clerk of the Court, using the CM/ECF system, the foregoing letter regarding the briefing on the Faneca Objectors' Petition for an Award of Attorneys' Fees and Costs. The CM/ECF system will effect service on all counsel of record.

*/s/ Steven F. Molo*
Steven F. Molo