# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL
LEAGUE PLAYERS' CONCUSSION
INJURY LITIGATION

No. 12-md-2323 (AB)

MDL No. 2323

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**THIS DOCUMENT RELATES TO:**

**NOTICE OF WITHDRAWAL
OF APPEARANCE**

  Vernon Maxwell, et al.
v. National Football League et al.
No.  2:12-cv-01023-AB

**As to Plaintiff CHARLES E. MILLER Only**

---

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF REORD:

Jason E. Luckasevic of Goldberg, Persky & White, P.C., Thomas Girardi of Girardi
Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby
withdraw their appearance as attorneys of record for Plaintiff **CHARLES E. MILLER** only in
the above-referenced case.

Dated: January 27, 2017

Respectfully submitted,

GOLDBERG, PERSKY & WHITE, P.C.

By: s/  *Jason E. Luckasevic*
Jason E. Luckasevic, Esquire
(PA Bar No. 85557)
11 Stanwix Street, Suite 1800
Pittsburgh, PA  15222
Telephone:  (412) 471-3980
Facsimile: (412) 471-8308
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2017 the foregoing Notice of Withdrawal of Appearance was electronically filed.  Notification of this filing will be sent to all parties via the Court's CM/ECF system.

GOLDBERG, PERSY & WHITE, P.C.

By: s/ *Jason E. Luckasevic*_____