UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Kevin Turner and Shawn Wooden,<br>*on behalf of themselves and*<br>*others similarly situated,*<br>　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>National Football League and<br>NFL Properties, LLC,<br>successor-in-interest to<br>NFL Properties, Inc.,<br>　　　　　　　　　　Defendants. | No. 14-cv-00029-AB |

## [PROPOSED] ORDER

AND NOW, on this _____ day of _____, 2017, having considered the Motion to Approve the Settlement Trust Agreement and the proposed Settlement Trust Agreement attached as Exhibit A to the Motion, IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that:

1. The proposed Settlement Trust Agreement comports with the Settlement Agreement and is approved;

2. Co-Lead Class Counsel, the NFL Parties, the Trustee, and the Special Masters shall promptly execute the Settlement Trust Agreement approved by the Court, thereby creating the Settlement Trust;

3. The Settlement Trust and Trustee will be subject to the continuing jurisdiction and supervision of this Court.

_____
Anita B. Brody

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on ____ to: