## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 27th day of January, 2017, upon all counsel of record.

Dated:  January 27, 2017  /s/ Brad S. Karp
Brad S. Karp