# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br>       Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>       Defendants. | Civ. Action No.: 14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## APPLICATION BY CO-LEAD CLASS CONSEL FOR APPROVAL OF THE CONTENTS AND FOR THE DISSEMINATION OF THE SETTLEMENT CLASS SUPPLEMENTAL NOTICE PACKAGE AND PROPOSED ORDER[1]

Co-Lead Class Counsel submits for review and approval the contents of the Settlement Class Supplemental Notice package that is to be disseminated to the Settlement Class pursuant to Section 14.1(d) of the Settlement Agreement. As proposed, the Settlement Class Supplemental Notice package will include a cover page, the hard-copy Registration Form, and a Supplemental Notice.

A copy of the proposed cover page is attached hereto as Exhibit "A".

---

[1] Unless otherwise noted, the terms used in this Order that are defined in the Settlement Agreement have the same meanings in this Order as in the Settlement Agreement.

A copy of the proposed Registration Form is attached hereto as Exhibit "B".

A copy of the proposed Supplemental Notice is attached hereto as Exhibit "C".

Co-Lead Class Counsel requests that the content of each of these documents be approved for dissemination to the Settlement Class

Dated: January 30, 2017

        ___/s/ Christopher Seeger____
        Christopher Seeger
        **SEEGER WEISS LLP**
        77 Water Street
        New York, NY 10005
        Phone: (212) 584-0700
        cseeger@seegerweiss.com

        *Co-Lead Class Counsel*

It is so **ORDERED**, this ____ day of _____, 2017, that the contents of the Settlement Class Supplemental Notice package are **APPROVED** and that the Settlement Class Supplemental Notice may be disseminated to the Settlement Class.

        _____
        ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:      Copies **MAILED** on _____ to: