# NFL Concussion Settlement Registration Instructions

# TO RECEIVE ANY BENEFITS YOU MUST REGISTER ON OR BEFORE AUGUST 7, 2017*

**Registration is the first step and should be your top priority.**

- The best method to register is online.  Go to the settlement website at www.NFLConcussionSettlement.com, click REGISTER NOW, and follow the instructions.

- If online registration is inconvenient for you, you can fill out the attached registration form and send it by:

| _U.S. Mail_ | OR | _FedEx or UPS_ |
|---|---|---|
| NFL Concussion Settlement | | NFL Concussion Settlement |
| Claims Administrator | | c/o BrownGreer PLC |
| P.O. Box 25369 | | 250 Rocketts Way |
| Richmond, VA 23260 | | Richmond, VA 23231 |

# YOU MUST REGISTER, EVEN IF YOU HAVE ALREADY "SIGNED UP" FOR MORE INFORMATION

**IF YOU HAVE ANY QUESTIONS OR NEED HELP REGISTERING:**
**CALL 1-855-887-3485**
**OR EMAIL ClaimsAdministrator@NFLConcussionSettlement.com**
**OR VISIT www.NFLConcussionSettlement.com**

*If you are a Derivative Claimant, NOT a Retired Player or a Representative of a Retired Player, then you may have additional time to register.  See the long-form registration notice or visit **www.NFLConcussionSettlement.com**.