# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## REGISTRATION FORM

All Settlement Class Members, whether a Retired NFL Football Player, a Representative Claimant, or a Derivative Claimant, must register to be eligible for benefits. Please complete this form to the best of your ability. You also may complete this form online by clicking the Register Now button at www.NFLConcussionsettlement.com. If you need assistance, call 1-855-887-3485.

### EVERYONE MUST SELECT ONE OPTION BELOW

☐ I am a **Retired NFL Football Player**.

☐ I am a **Representative Claimant**. I have a legal right to act on behalf of a Retired NFL Football Player.

☐ I am a **Derivative Claimant**. I have certain legal rights because of my relationship with a Retired NFL Football Player.

### SECTION I — IDENTITY OF RETIRED NFL FOOTBALL PLAYER
Everyone must complete this section

| Name of Retired Player | First | | M.I. | Last | | Suffix |
|---|---|---|---|---|---|---|

**Retired Player's SSN, Taxpayer ID or Foreign ID Number** (if not a U.S. Citizen): ___-___-___ or _____

**Retired Player's Date of Birth**: __/__/____ (Month/Day/Year)

| | Team | From | To |
|---|---|---|---|
| | **Example**: New York Giants | 2001 | 2005 |
| **Retired Player's Professional Football Employment History (if known)** Please complete this section to the best of your ability, as shown in the example. If you need space for more than six teams, please attach an extra page to this form. | 1. | | |
| | 2. | | |
| | 3. | | |
| | 4. | | |
| | 5. | | |
| | 6. | | |

**CONTINUE TO PAGE 2**

---

**Registration Form for the NFL Concussion Settlement Program**
**Page 1 of 6**

## REGISTRATION FORM
### SECTION II — FOR RETIRED NFL FOOTBALL PLAYER CLAIMANTS ONLY

If you are a Retired NFL Football Player, complete this section. If you are NOT a Retired NFL Football Player, skip this section and go to Section III.

| | |
|---|---|
| **Settlement Program ID** (if known) | |
| **Your Mailing Address** | Address 1 <br> Address 2 <br> City <br> State/Province <br> Postal Code / Country |
| **Your Telephone Number** | \|___\|___\|___\| - \|___\|___\|___\| - \|___\|___\|___\|___\| |
| **Your Email Address** | |
| **Preferred Method for Us to Communicate with You** | ☐ Online Portal   ☐ Email   ☐ U.S. Mail |

**CONTINUE TO PAGE 3**

## REGISTRATION FORM
### SECTION III — FOR REPRESENTATIVE CLAIMANTS ONLY

If you are a Representative Claimant, complete this section. If you are NOT a Representative Claimant, skip this section and go to Section IV.

A Representative Claimant is an authorized representative, ordered by a court or other official of competent jurisdiction under applicable state law, of a deceased or legally incapacitated or incompetent Retired NFL Football Player.

| Field | Details |
|---|---|
| **Settlement Program ID** (if known) | |
| **Your Name** | First / M.I. / Last / Suffix |
| **Your Mailing Address** | Address 1 / Address 2 / City / State/Province / Postal Code / Country |
| **Your Telephone Number** | \|___\|___\|___\| - \|___\|___\|___\| - \|___\|___\|___\|___\| |
| **Your Email Address** | |
| **Preferred Method for Us to Communicate with You** | ☐ Online Portal   ☐ Email   ☐ U.S. Mail |
| **Is the Retired NFL Football Player for whom you are acting deceased or legally incapacitated or incompetent?** | ☐ Deceased  ☐ Legally Incapacitated or Incompetent |
| **Date of Death** (if applicable) | \|___\|___\|/\|___\|___\|/\|___\|___\|___\|___\| (Month/Day/Year) |
| **Retired NFL Football Player's Last Known State of Residence** | \|___\|___\|___\| |

**Note to Representative Claimants:**

Along with this Registration Form, <u>YOU MUST SUBMIT</u> a copy of the court order or other document issued by an official of competent jurisdiction that gives you legal authority to act on behalf of the deceased or legally incapacitated or incompetent Retired NFL Football Player.

If you have not yet been ordered by a court or other official of competent jurisdiction to be the authorized representative of the deceased or legally incapacitated or incompetent Retired NFL Football Player before the Registration deadline, <u>you may request a deadline extension</u> to submit your Registration Form by: (1) using your secure online portal; or (2) writing to the NFL Concussion Settlement Claims Administrator, P.O. Box 25369, Richmond, VA 23260.

**CONTINUE TO PAGE 4**

| REGISTRATION FORM |
|---|
| **SECTION IV — FOR DERIVATIVE CLAIMANTS ONLY** |

If you are a Derivative Claimant, complete this section. If you are NOT a Derivative Claimant, skip this section and go to Section V.

A Derivative Claimant is a spouse, parent, child who is a dependent, or any other person who properly under applicable state law asserts the right to sue independently or derivatively by reason of their relationship with a Retired NFL Football Player.

| | | | | | |
|---|---|---|---|---|---|
| **Settlement Program ID** (if known) | | | | | |
| **Your Name** | First | | M.I. | Last | Suffix |
| **Your Mailing Address** | Address 1 | | | | |
| | Address 2 | | | | |
| | City | | | | |
| | State/Province | | | | |
| | Postal Code | | Country | | |
| **Your Telephone Number** | |___|___|___| - |___|___|___| - |___|___|___|___| | | | | |
| **Your Email Address** | | | | | |
| **Preferred Method for Us to Communicate with You** | ☐ Online Portal    ☐ Email    ☐ U.S. Mail | | | | |
| **What is your relationship to the Retired NFL Football Player?** | | | | | |

**CONTINUE TO PAGE 5**

**Registration Form for the NFL Concussion Settlement Program**
**Page 4 of 6**

| REGISTRATION FORM | | |
|---|---|---|
| **SECTION V — ATTORNEY INFORMATION FOR ALL REGISTRANTS** | | |
| If an attorney is representing you in connection with the NFL Concussion Settlement, complete this section. If an attorney is NOT representing you in connection with the NFL Concussion Settlement, skip this section and go to Section VI. | | |
| **Attorney Name** | First | M.I.   Last   Suffix |
| **Law Firm Name** | | |
| **Attorney Mailing Address** | Address 1 | |
| | Address 2 | |
| | City | |
| | State/Province | |
| | Postal Code | Country |
| **Attorney Telephone** | \|___\|___\|___\| - \|___\|___\|___\| - \|___\|___\|___\|___\| | |
| **Attorney Fax** | \|___\|___\|___\| - \|___\|___\|___\| - \|___\|___\|___\|___\| | |
| **Attorney Email Address** | | |
| All future communications related to the NFL Concussion Settlement will be directed to your attorney. | | |

**CONTINUE TO PAGE 6**

**Registration Form for the NFL Concussion Settlement Program**
**Page 5 of 6**

| REGISTRATION FORM |
|---|
| **SECTION VI — SIGNATURE FOR ALL REGISTRANTS** |

This Form is an official document submitted in connection with the Class Action Settlement in *In re: National Football League Players' Concussion Injury Litigation,* No. 2:12-md-2323 (E.D. Pa.). **By signing below, I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that all information provided in this Registration Form is true and correct to the best of my knowledge, information and belief.**

| **Signature** | | **Date** | \|_\|_\|/\|_\|_\|/\|_\|_\|_\|_\| (Month/Day/Year) |
|---|---|---|---|
| **Printed Name** | First | M.I.  Last | Suffix |

| **SECTION VII — HOW TO SUBMIT THIS REGISTRATION FORM** | |
|---|---|
| **By Email:** | ClaimsAdministrator@NFLConcussionSettlement.com |
| **By Mail:** | NFL Concussion Settlement<br>Claims Administrator<br>P.O. Box 25369<br>Richmond, VA 23260 |
| **By Delivery:** (FedEx, UPS, etc.) | NFL Concussion Settlement<br>c/o BrownGreer PLC<br>250 Rocketts Way<br>Richmond, VA 23231 |

**If you are a valid Settlement Class Member you will be REGISTERED once you submit this form. The Claims Administrator will contact you if there are any additional questions about the information you have provided.**

**END OF REGISTRATION FORM**