**NFL Concussion Settlement Update**

**YOU CAN NOW REGISTER TO PARTICIPATE IN THE SETTLEMENT**

**YOU MUST REGISTER BY AUGUST 7, 2017**

*A federal court authorized this Notice.  This is not a solicitation from a lawyer.*

HOW TO REGISTER FOR BENEFITS

**How do I register for Settlement benefits?**

**Settlement Class Members must register by August 7, 2017.  You can register online, or mail or by email  a completed Registration Form to the Claims Administration.**

You can register online now.  Go to the settlement website at www.NFLConcussionSettlement.com, click REGISTER NOW, and follow the instructions provided on the screen.

You can register by mail.  You can download and print a Registration Form by clicking the Registration Form link on the settlement website.  You can also request a paper Registration Form by calling 1-855-887-3485, emailing ClaimsAdministrator@NFLConcussionSettlement.com, or writing to NFL Concussion Settlement, P.O. Box 25369, Richmond, VA 23260.  Instructions will be provided with the Registration Form.

You must complete your registration on the settlement website or submit your paper Registration Form by emailing it to ClaimsAdministrator@NFLConcussionSettlement.com or mailing it to NFL Concussion Settlement, P.O. Box 25369, Richmond, VA 23260, on or before **August 7, 2017.**  Derivative Claimants may register within 30 days of the Retired NFL Football Player's submission of a Claim Package, but all Settlement Class Members should register as soon as possible.

**IF YOU DO NOT REGISTER, You Will Not Be Able To Participate In The Baseline Assessment Program Or Receive Monetary Awards Or Derivative Claimant Awards From This Settlement.**

**Even if you already signed up to receive future information or updates, you must still register.**

If you are not sure whether you should register, you may call 1-855-887-3485; write to NFL Concussion Settlement, P.O. Box 25369, Richmond, VA 23260; or email ClaimsAdminstrator@NFLConcussionSettlement.com with questions; or visit www.NFLConcussionSettlement.com.

**Does registering mean I filed a claim?**

No.  Registering does not mean that you filed a claim for a Monetary Award or Derivative Claimant Award.  Successful registration only means that you are eligible to file a claim and potentially receive Settlement benefits.  You must register before you can participate in the Baseline Assessment Program ("BAP") and/or file a claim for a Monetary Award or Derivative Claimant Award.  If you do not register, you will not be

eligible for any of the Settlement benefits. A full description of the Settlement benefits is available at www.NFLConcussionSettlement.com.

**What happens after I register?**

If you are a valid member of the Settlement Class, you will be registered. The Claims Administrator will contact you if there are any additional questions about the information you have provided. You can expect to receive additional information on how to participate in the BAP (for eligible retired players) and submit a claim for a Monetary Award or Derivative Claimant Award. If your registration is not approved, you will have the opportunity to challenge the determination to the Claims Administrator. If that challenge is denied, you may appeal that decision to the Special Master.

**DEADLINES FOR REGISTRATION AND BENEFITS**

| PARTICIPATION IN THE SETTLEMENT PROGRAM | | |
| --- | --- | --- |
| | **SUMMARY** | **DEADLINE** |
| **REGISTER** | To receive any benefits from the Settlement, you need to register at www.NFLConcussionSettlement.com or submit a paper Registration Form to the Claims Administrator. | **August 7, 2017**<br><br>Derivative Claimants may also register within 30 days after their Retired NFL Football Player submits a claim for a Monetary Award. |
| **PARTICIPATE IN BASELINE ASSESSMENT PROGRAM (IF ELIGIBLE)** | After you register, eligible retired players will be able to participate in the BAP and receive a baseline assessment examination from qualified and independent medical providers. Retired players must have at least one-half of an Eligible Season to participate in the BAP. | The deadline to participate in the BAP is tied to your age:<br><br>Retired players born on or before January 7, 1974: **June 6, 2019**<br><br>Retired players born after January 7, 1974: **June 7, 2027** or before age 45, whichever comes first. |

| PARTICIPATION IN THE SETTLEMENT PROGRAM | | |
|---|---|---|
| | **SUMMARY** | **DEADLINE** |
| **SUBMIT CLAIM FOR MONETARY AWARD OR DERIVATIVE CLAIMANT AWARD (IF ELIGIBLE)** | If the retired player receives a Qualifying Diagnosis, you must submit a Claim Package or Derivative Claim Package to receive a Monetary Award or Derivative Claimant Award. | A Qualifying Diagnosis, other than Death with CTE, may be made at any time until the end of the 65-year term of the Settlement. However: Retired players diagnosed on or before February 6, 2017 must submit a claim by **February 6, 2019**; and Retired players diagnosed after February 6, 2017 must submit a claim within two years from the date of diagnosis. Derivative Claimants must submit a claim no later than 30 days after their Retired NFL Football Player or his legal representative receives notice of entitlement to a Monetary Award. |

## GETTING MORE INFORMATION

**How do I get more information?**

For more information, you may:

- Call **1-855-887-3485** (between 8:00 a.m. and 8:00 p.m. Eastern Time)
- Visit **www.NFLConcussionSettlement.com**
- Email **ClaimsAdministrator@NFLConcussionSettlement.com**
- Write **NFL Concussion Settlement, P.O. Box 25369, Richmond, VA 23260**

More details are in the Amended Settlement Agreement available at www.NFLConcussionSettlement.com.