## CERTIFICATE OF SERVICE

On January 30, 2017, I electronically filed the foregoing documents through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: January 30, 2017  Respectfully submitted,

/s/ *Christopher Seeger*
Christopher Seeger
SEEGER WEISS LLP
77 Water Street
New York, New York 10005
Telephone: (212) 584-0700
Email:  cseeger@seegerweiss.com

*Co-Lead Class Counsel*