IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | § § § § | No. 12-md-2323 (AB)<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| ---------------------------------------------- | § § § § | |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and Williams, et al v. The National Football League No. 4:12-cv-01725 USDC, EDPA 2:12-cv-03777-AB<br><br>ROOSEVELT WILLIAMS | § § § § § § § § § § § § § § | NOTICE OF WITHDRAWAL OF APPEARANCE ON BEHALF OF ROOSEVELT WILLIAMS |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of Walter Umphrey, Matthew C. Matheny and Jacqueline Ryall and the Provost Umphrey Law Firm, LLP., on behalf of Plaintiff, ROOSEVELT WILLIAMS **ONLY** in *Williams, et al vs. The National Football League, No. 4:12-cv-01725 USDC, EDPA 2:12-cv-03777, and In Re National Football League Players' Litigation,* No. 2:12-MD-02323-AB is hereby WITHDRAWN.

Respectfully submitted,

January 30, 2017

/s/
By:_____
    MATTHEW C. MATHENY
    STATE BAR NUMBER: 24039040
    mmatheny@provostumphrey.com
    JACQUELINE RYALL
    STATE BAR NUMBER: 17469445

1

>jryall@provostumphrey.com
>
>PROVOST ✯ UMPHREY
>LAW FIRM, L.L.P.
>Attorney at Law
>Post Office Box 4905
>Beaumont, Texas 77704
>(409) 835-6000
>(409) 838-8888 - Fax Number

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2017, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

>           /s/
>By:_____
>    MATTHEW C. MATHENY