# CAPRETZ & ASSOCIATES
## ATTORNEYS AT LAW

James T. Capretz

5000 BIRCH STREET
WEST TOWER • SUITE 4600
NEWPORT BEACH CA 92660
_____
TELEPHONE -- (949) 724-3000
FACSIMILE -- (949) 757-2635
WEBSITE – www.capretz.com

January 31, 2017

<u>Via ECF</u>

The Honorable Anita B. Brody
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Rm. 7613
Philadelphia, PA 19106

Re:  <u>In re Nat'l Football League Players' Concussion Injury Litig., No. 2:12-md-2323</u>

Dear Judge Brody:

    We represent plaintiff-objectors retired NFL player Preston Jones and his wife Katherine Jones ("Jones Objectors"). We write in response to the recent filings regarding attorneys' fees by the Molo Lamken firm (on behalf of the Faneca Objectors) and Co-Lead Class Counsel (Dkt. Nos. 7106 and 7109).

    We agree with the concept, reflected in both of the above filings, that petitions for attorneys' fees for services benefitting the Class should be considered together on a uniform briefing and hearing schedule. Likewise, it is our intention to file a fee petition shortly related to the Jones Objection's role in expanding benefits to class members who played in NFL Europe. We therefore also agree with the Molo Lamken firm that there is no harm in filing such fee petitions early, in advance of the setting of such a schedule, and that such early filed petitions most efficiently should remain on file in anticipation of consideration on any future schedule set by the Court.

Respectfully submitted,

*/s/ James T. Capretz*
James T. Capretz
Don K. Ledgard
CAPRETZ & ASSOCIATES
5000 Birch Street, Suite 4600
Newport Beach, California 92660
jcapretz@capretz.com (email)
(949) 724-3000 (telephone)
(949) 209-2090 (facsimile)

*Attorneys for Objectors*
*Preston Jones and Katherine Jones*

Cc:  All counsel by ECF

E-Mail – JCapretz@capretz.com

**Certificate of Service**

I certify that, on January 31 2017, I caused to be filed with the Clerk of the Court, using the CM/ECF system, the foregoing letter regarding the briefing on Objectors' Petitions for Award of Attorneys' fees and costs. The CM/ECF system will effect service on all counsel record.

                                        */s/ James T. Capretz*
                                        James T. Capretz