UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>　　　　　　　　　Defendants. | Civ. Action No.: 14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## STIPULATION AND [PROPOSED] ORDER[1]

This Stipulation and Agreement, dated February [1], 2017, is made and entered into by and among the National Football League and NFL Properties LLC (the "NFL Parties"), and Class Counsel (collectively, the "Parties").

WHEREAS, on April 22, 2015, this Court issued a Memorandum (ECF No. 6509) and Final Order and Judgment (ECF No. 6510), and on May 8, 2015, an amended Final Order and Judgment (ECF No. 6534), approving the Settlement Agreement in its entirety;

---

[1] Unless otherwise noted, the terms used in this Order that are defined in the Settlement Agreement have the same meanings in this Order as in the Settlement Agreement.

WHEREAS, on May 4, 2015, Claims Administrator BrownGreer PLC, in accordance with the Final Order and Judgment and the Settlement Agreement, filed the list of Opt Outs who timely submitted proper requests to opt out in compliance with Section 14.2(a) of the Settlement Agreement, including Retired NFL Football Player Mark Washington (ECF No. 6533);

WHEREAS, Mark Washington has since submitted a written request seeking to revoke his Opt Out request (*see* Exhibit 1 (Declaration of Orran L. Brown, Sr.));

WHEREAS, the Parties have agreed to accept the revocation request submitted by Mark Washington, subject to Court approval, because he submitted the request before Opt Out litigation has commenced in this Court;

**AND NOW**, this [1st day of February, 2017, it is hereby stipulated and agreed by the Parties that the revocation request submitted by Mark Washington is accepted, subject to Court approval, because he submitted the request before Opt Out litigation has commenced in this Court.

It is so **STIPULATED AND AGREED,**

By: _____          By: __Brad S. Karp_____

Date: ___February 1, 2017_____                Date: __February 1, 2017____

Christopher Seeger                             Brad S. Karp
**SEEGER WEISS LLP**                           **PAUL, WEISS, RIFKIND, WHARTON**
77 Water Street                                **& GARRISON LLP**
New York, NY 10005                             1285 Avenue of the Americas
Phone: (212) 584-0700                          New York, NY 10019-6064
cseeger@seegerweiss.com                        Phone: (212) 373-3000
                                               bkarp@paulweiss.com

*Class Counsel*                                *Counsel for the NFL Parties*


It is so **ORDERED**, based on the above Stipulation and the accompanying Declaration of Orran L. Brown, Sr., that the revocation request submitted by Mark Washington is approved and the Claims Administrator is **DIRECTED** to post a revised list of Opt Outs forthwith excluding Mark Washington.

_____
ANITA B. BRODY, J.


Copies **VIA ECF** on _____ to:              Copies **MAILED** on _____ to:

3