# **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 1st day of February, 2017, upon all counsel of record.

Dated:  February 1, 2017      /s/ Brad S. Karp
                              Brad S. Karp