# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| _____ | : | MDL No. 2323 |
| IN RE: NATIONAL FOOTBALL LEAGUE | : | 12-md-2323 |
| PLAYERS' CONCUSSION INJURY LITIGATION | : | |
| _____ | : | |

## AMENDED NOTICE

The **STATUS CONFERENCE** regarding settlement implementation, scheduled for **February 8, 2017 at 10:30 a.m.** (ECF No. 7101), will be held in the ceremonial courtroom of the U.S. Courthouse, 601 Market St., Philadelphia, PA.


ATTEST:                                    or         BY THE COURT

    s/ Marie O'Donnell    2/6/17

BY: _____              _____

M. O'Donnell, Civil Deputy / Secretary         Anita B. Brody, J.



Copies **VIA ECF** on __2/6/17: