UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> Vernon Maxwell, et al. <br> v. National Football League et al. <br> No. 2:12-cv-01023-AB <br><br><br> As to Plaintiff SHANTE CARVER Only | |

## MOTION TO GRANT PLAINTIFF'S
## REQUEST FOR EXCLUSION FROM SETTLEMENT CLASS

Plaintiff, by and through counsel, files the instant Motion to Grant Plaintiff's Exclusion from Settlement Class, and in support thereof, states as follows:

1. Plaintiff filed his claims in this action as part of the *Maxwell v. NFL, et al.*, 2:12-cv-01023-AB matter.

2. Plaintiff attempted to request exclusion from the Settlement Class in this action via Request sent to the NFL Concussion Claims Administrator on October 8, 2014. *See* October 7, 2014 Request for Exclusion, attached as Exhibit A.

3. Plaintiff was placed on the timely opt out report filed on April 21, 2015. *See* ECF Number 6507-1.

4. After correspondence from the Claims Administrator, Plaintiff learned that he was not excluded from the Settlement Class because he had failed to include his phone number with his Request. *See* May 8, 2015 letter of Jason E. Luckasevic to Orran L. Brown, attached as Exhibit B; May 12, 2015 letter of Orran L. Brown to Jason E. Luckasevic, attached as Exhibit C.

5. Apparently, the Claims Administrator never received Mr. Carver's proper Request for Exclusion from Settlement Class, which included his phone number, until Counsel for Mr. Carver contacted him with his May 6, 2015 letter. *See* Exhibits B and C.

6. Mr. Carver wishes to be excluded from the Settlement Class in this matter.

7. Upon information and belief, Defendants have possessed proper contact information from Mr. Carver at all times material to the initiation of this litigation to accurately determine his identity.

8. Interests of justice entail that Mr. Carver's inadvertent omission of his phone number in his Request for Exclusion is not sufficient reason to include him in the Settlement Class against his express wish to continue litigating as an opt out Plaintiff.

WHEREFORE, plaintiff asks that this Court accept his Request for Exclusion from the Settlement Class and recognize his exclusion from the same.

Dated: February 8, 2017

Respectfully submitted,

GOLDBERG, PERSKY & WHITE, P.C.

By: s/ *Jason E. Luckasevic*
Jason E. Luckasevic, Esquire
(PA Bar No. 85557)
11 Stanwix Street, Suite 1800
Pittsburgh, PA  15222
Telephone:  (412) 471-3980
Facsimile: (412) 471-8308
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2017 the foregoing MOTION TO GRANT PLAINTIFF'S REQUEST FOR EXCLUSION FROM SETTLEMENT CLASS was electronically filed. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

GOLDBERG, PERSY & WHITE, P.C.

By: s/ *Jason E. Luckasevic*

10/07/2014

To NFL Concussion Claims Administrator

I Shante Carver identification #100002556 wish to exclude (OPT OUT) myself from the settlement class in re: National Football League Players' Concussion Injury Litigation, No 2:12-md-02323.

Thank You.

*Shante Carver*  10-07-2014

Shante E Carver
7360 W. Ellis St
Laveen, AZ 85339
02/12/1971

**EXHIBIT A**



SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT
PASAPORTE

UNITED STATES OF AMERICA

Type / Type / Tipo   Code / Código   Passport No. / 
P   USA   450716486

Surname / Nom / Apellidos
CARVER
Given Names / Prénoms / Nombres
SHANTE EBONY
Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento
12 Feb 1971
Place of birth / Lieu de naissance / Lugar de nacimiento
CALIFORNIA, U.S.A.
Date of issue / Date de délivrance / Fecha de expedición
08 May 2009
Date of expiration / Date d'expiration / Fecha de caducidad
07 May 2019
Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 27

Sex / Sexe / Sexo
M
Authority / Autorité / Autoridad
United States
Department of State

P<USACARVER<<SHANTE<EBONY<<<<<<<<<<<<<<<<<<<<
4507164869USA7102121M1905076501776916<393328

S. Carver
7360 W. Ellis St
Laveen, AZ 85339

PHOENIX
AZ 852
08 OCT '14
PM 9 L

$0.49⁰
US PO:
FIRST-C|

071V0056
85339
000042400

OCT 13 2014

NFL Concussion Settlement
P.O. Box 25369
Richmond, VA 23260

23260536969



| | | | |
|---|---|---|---|
| GOLDBERG PERSKY WHITE P.C.<br>ATTORNEYS AT LAW | DAVID P. CHERVENICK (PA & WV)<br>LANE A. CLACK (PA & MI)<br>BRUCE E. MATTOCK (PA & WV)<br>DAVID B. RODES (PA)<br>JOSEPH J. CIRILANO (PA, MI, OH & WV)<br>CHARLES J. McLEIGH (PA, WV & OH)<br>JASON E. LUCKASEVIC (PA, MI & AZ)<br>JASON T. SHIPP (PA & MI)<br>DIANA NICKERSON JACOBS (PA & OH)<br>CORI J. KAPUSTA (PA) | LEIF J. OCHELTREE (PA & WV)<br>JOHN N. KELSEY (MI & IN)<br>JOHN R. POMERVILLE (MI)<br>STEPHANIE N. BELL (PA, OH & WV)<br>HOLLY L. DEIHL (PA & WV)<br>M. MICHAEL ELMER (PA)<br>BENJAMIN W. SCHWEERS (PA)<br>JAMES W. DORING (PA) | Retired:<br>JOEL PERSKY<br><br>Of Counsel:<br>THEODORE GOLDBERG<br>THOMAS W. WHITE<br>PETER T. PALADINO, JR<br>MARK C. MEYER<br>JAMES J. BEDORTHA<br>HOWARD M. LOUIK |

PITTSBURGH, PA · DETROIT, MI · SAGINAW, MI · WEIRTON, WV · JOHNSTOWN, PA · GREENSBURG, PA · WASHINGTON, PA

May 6, 2015

Orran L. Brown, Esq.
BrownGreer PLC
250 Rocketts Way
Richmond, VA 23231

Re:   *In re: National Football League Players' Concussion Injury Litigation—*
      *Shante Carver*

Dear Mr. Brown:

I am counsel of record for Shante Carver in the above-captioned litigation. Mr. Carver filed a timely opt out from the settlement of this matter as recognized by the First through Eighth Opt Out Reports Submitted by the Claims Administrator between November 3, 2014, and April 21, 2015. Yesterday, you filed the Posting of List of Opt Outs Pursuant to the Final Order and Judgment. In this Posting, Mr. Carver's opt out was listed as deficient for the sole reason that he did not include his phone number in his Request for Exclusion from Settlement Class. However, Mr. Carver did indeed include his phone number in his request. *See* Request for Exclusion from Settlement Class of Shante Ebony Carver, attached. Hence, I ask that you include Mr. Carver's Request as one being a Timely Opt Out Request Containing All Information Required by Section 14.2(c). Thank you for your time in relation to this matter.

Very truly yours,

Jason E. Luckasevic

JEL/kjs
Enclosure

ASBESTOS LITIGATION · PERSONAL INJURY ·                       E · NURSING HOME ABUSE · GAS & OIL DRILLING

1030 I    **EXHIBIT B**    PA 15219
(412,                      71-8308

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |

## REQUEST FOR EXCLUSION FROM SETTLEMENT CLASS

To:    Claims Administrator
       NFL Concussion Settlement
       P.O. Box 25369
       Richmond, VA 23260

Please take notice that I, **Shante Ebony Carver**, hereby request to be excluded from the Settlement Class in *In re: National Football League Players' Concussion Injury Litigation*, No. 2:12-md-02323.

Name: Shante Carver

Address: 7360 W. Ellis St
         Laveen, AZ 85339

Phone No.: 602-568-6949

Date of Birth: 02/12/1971

Signature: *[signature]*

Print Your Name: Shante Carver

Date: 10/10/, 2014.

\* A copy of your driver's license or other government issued identification
MUST BE ATTACHED.



# NFL CONCUSSION SETTLEMENT
*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

May 12, 2015

**By Electronic Mail**

Jason E. Luckasevic, Esquire
Goldberg Persky White P.C.
1030 Fifth Avenue
Pittsburgh, Pennsylvania 15219

    RE:    ***In re: National Football League Players' Concussion Injury Litigation***
             **Case No. 2:12-md-02323 (E.D. Pa.)**

Dear Mr. Luckasevic:

    Thank you for your letter of May 6, 2015. We never received or saw the October 10, 2014 Request for Exclusion form that you included until we received it with your May 6 letter. Instead, all we had received from or relating to Mr. Carver was the enclosed letter dated October 7, 2014, which did not include a phone number. We did not know that Mr. Carver was represented by counsel until we received your letter.

    We are not authorized to conclude whether the absence of the phone number is determinative in any respect and do not know if it will have any consequences. We were merely reporting to the Court the information we have in light of the provisions in Section 14/2(c) of the Settlement Agreement regarding the contents of a request for exclusion.

                                         Sincerely,

                                         Orran L. Brown, Sr.
                                         BrownGreer PLC
                                         Claims Administrator
                                         NFL Concussion Settlement

Enclosure

**EXHIBIT C**

10/07/2014

To NFL Concussion Claims Administrator

*I Shante Carver identification #100002556 wish to exclude (OPT OUT) myself from the settlement class in re: National Football League Players' Concussion Injury Litigation, No 2:12-md-02323.*

Thank You.

*(signature)* 10-07-2014

Shante E Carver
7360 W. Ellis St
Laveen, AZ 85339
02/12/1971




S. Carver
7360 W. Ellis St
Laveen, AZ 85339

PHOENIX
AZ 852
08 OCT '14
PM 9 L

$0.49 0
US PO
FIRST-C

071V0056
85339
000042400

OCT 13 2014

NFL Concussion settlement
P.O. Box 25369
Richmond, VA 23260

23260536969