UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> Vernon Maxwell, et al. <br> v. National Football League et al. <br> No. 2:12-cv-01023-AB <br><br><br> **As to Plaintiff <u>SHANTE CARVER</u> Only** | |

ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of Plaintiff's Motion to Grant Request from Exclusion from Settlement Class, said Motion is GRANTED. Plaintiff Shante Carver is excluded from the Settlement Class in this matter.

                                                                                      Anita B. Brody
                                                                                      United States District Court Judge