UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, | No. 12-md-2323 (AB) |
| | |
| **THIS DOCUMENT RELATES TO:** | <u>**NOTICE OF ATTORNEY'S LIEN**</u> |
| **Plaintiffs' Master Administrative Long-Form Complaint, and** | |
| *Demetric Evans, et al.* **v.** *National Football League, et al.,* **No. 2:14-cv-03534-AB** | |

Petitioner, Rose Law Group, pc, formerly counsel for the Plaintiff Demetric Evans, hereby notifies this Court and all parties that it has an attorney's charging lien under Arizona and Pennsylvania law, for reasonable attorney's fees, plus expenses as set forth in the accompanying Petition to Establish Attorney's Charging Lien.

Dated:  February 8, 2017

**ROSE LAW GROUP pc**

/s/ Kathryn Honecker
Kathryn Honecker

7144 E Stetson Drive, Suite 300,
Scottsdale, AZ 85251
Telephone:  480-505-3936
       Fax:  480-505-3925
khonecker@roselawgroup.com
docket@roselawgroup.com

- 1 -

## <u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that the foregoing NOTICE OF ATTORNEY'S LIEN was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2323, on this 8th day of February, 2017.

**ROSE LAW GROUP pc**

By: _s/ Kathryn Honecker_____
       Kathryn Honecker