UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, <br><br> **THIS DOCUMENT RELATES TO:** <br><br> Plaintiffs' Master Administrative Long-Form Complaint, and <br><br> *Andre Hastings, et al.* <br> **v.** <br> *National Football League, et al.,* <br> **No. 2:14-cv-00022-AB** | No. 12-md-2323 (AB) <br><br> **NOTICE OF ATTORNEY'S LIEN** |

      Petitioner, Rose Law Group, pc, formerly counsel for the Plaintiff Andre Hastings, hereby notifies this Court and all parties that it has an attorney's charging lien under Arizona and Pennsylvania law, for reasonable attorney's fees, plus expenses as set forth in the accompanying Petition to Establish Attorney's Charging Lien.

Dated:  February 8, 2017                      **ROSE LAW GROUP pc**

                                                        /s/ Kathryn Honecker
                                                        Kathryn Honecker

                                                        7144 E Stetson Drive, Suite 300,
                                                        Scottsdale, AZ 85251
                                                        Telephone:  480-505-3936
                                                               Fax:  480-505-3925
                                                        khonecker@roselawgroup.com
                                                       docket@roselawgroup.com

010409-11  734949 V1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing NOTICE OF ATTORNEY'S LIEN was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2323, on this 8th day of February, 2017.

**ROSE LAW GROUP pc**

By: s/ Kathryn Honecker
     Kathryn Honecker

010409-11  734949 V1