UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, <br><br> **THIS DOCUMENT RELATES TO:** <br><br> Plaintiffs' Master Administrative Long-Form Complaint, and <br><br> *Andre Hastings, et al.* <br> **v.** <br> *National Football League, et al.,* <br> **No. 2:14-cv-00022-AB** | No. 12-md-2323 (AB) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

The law firm of Rose Law Group pc and attorney Kathryn Honecker hereby withdraw their appearance as attorneys of record for Plaintiff **ANDRE HASTINGS** only in the above-referenced case.

Dated:  February 8, 2017

**ROSE LAW GROUP pc**

/s/ *Kathryn Honecker*
Kathryn Honecker
7144 E Stetson Drive, Suite 300,
Scottsdale, AZ 85251
Telephone:  480-505-3936
Fax:  480-505-3925
khonecker@roselawgroup.com

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing NOTICE OF WITHDRAW was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2323, on this 8th day of February, 2017.

**ROSE LAW GROUP pc**

By: /s/ *Kathryn Honecker*
     Kathryn Honecker