UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br><u>Marvin Fleming, et al.</u> v. National Football League, et al.<br><br>Court File No. <u>2:13-cv-00051-AB</u> | **<u>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS LAWRENCE SAMPLETON, JR. AND EDYTHE SAMPLETON</u>** |

   Charles S. Zimmerman, J. Gordon Rudd, Jr., and Brian C. Gudmundson of Zimmerman Reed LLP ("Plaintiffs' Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Lawrence Sampleton, Jr. and Edythe Sampleton only in this action, and state as follows:

   1. Plaintiffs' counsel filed the action *Marvin Fleming, et al. v. National Football League, et al.*, No. 12-cv-09270, in the Southern District of New York on December 19, 2012 and it was transferred and assigned Court File No. 2:13-cv-00051-AB, in the Eastern District of Pennsylvania on January 4, 2013, for the benefit of several retired National Football League players, including Lawrence Sampleton, Jr. and Edythe Sampleton.

2.      Plaintiffs' counsel filed a short form complaint for Lawrence Sampleton, Jr. and Edythe Sampleton on January 10, 2013.

3.      Since then, irreconcilable differences have arisen between Plaintiffs Lawrence Sampleton, Jr. and Edythe Sampleton and the undersigned.

4.      Plaintiffs' counsel properly notified Lawrence Sampleton, Jr. and Edythe Sampleton of counsel's intention to withdraw from representing them in this matter.

5.      Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiffs' counsel respectfully requests this Court for leave to withdraw as counsel for Lawrence Sampleton, Jr. and Edythe Sampleton only in Court File No. 13-cv-00051-AB.

Dated:  February 9, 2017                    Respectfully submitted,

ZIMMERMAN REED LLP

 s/ Charles S. Zimmerman
Charles S. Zimmerman (#120054)
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Charles.Zimmerman@zimmreed.com
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com