UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Marvin Fleming, et al. v. National Football League, et al. (Plaintiffs Lawrence Sampleton, Jr. and Edythe Sampleton ONLY)<br><br>Court File No. 13-cv-00051-AB | **NOTICE OF ATTORNEY'S LIEN** |

Pursuant to Minn. Stat. § 481.13, the Petitioner, Charles S. Zimmerman, attorney for the Plaintiffs Lawrence Sampleton, Jr. and Edythe Sampleton in the above-entitled action, hereby notifies this Court and all parties that Zimmerman Reed LLP and its attorneys have a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiffs Lawrence Sampleton, Jr. and Edythe Sampleton.

Dated:  February 9, 2017

Respectfully submitted,

ZIMMERMAN REED LLP

 s/ Charles S. Zimmerman
Charles S. Zimmerman (#120054)
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
1100 IDS Center, 80 South 8th Street

                                              Minneapolis, MN  55402
                                              Telephone: (612) 341-0400
                                              Facsimile: (612) 341-0844
                                              Charles.Zimmerman@zimmreed.com
                                              Gordon.Rudd@zimmreed.com
                                              Brian.Gudmundson@zimmreed.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  February 9, 2017                                        ZIMMERMAN REED LLP

                                                               s/ Charles S. Zimmerman  
Charles S. Zimmerman (#120054)  
J. Gordon Rudd, Jr. (#222082)  
Brian C. Gudmundson (#336695)  
1100 IDS Center, 80 South 8th Street  
Minneapolis, MN  55402  
Telephone: (612) 341-0400  
Facsimile: (612) 341-0844  
Charles.Zimmerman@zimmreed.com  
Gordon.Rudd@zimmreed.com  
Brian.Gudmundson@zimmreed.com