UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Robert Holt, et al. v. National Football League, et al.<br><br>Court File No. 2:12-cv-4185-AB | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS KENYON RASHEED AND TRACI WIEDENFELD-RASHEED** |

  Charles S. Zimmerman, J. Gordon Rudd, Jr., and Brian C. Gudmundson of Zimmerman Reed LLP ("Plaintiffs' Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Kenyon Rasheed and Traci Wiedenfeld-Rasheed only in this action, and state as follows:

  1. Plaintiffs' counsel filed the action *Robert Holt, et al. v. National Football League, et al.*, No. 2:12-cv-4185-AB, in the Eastern District of Pennsylvania on July 23, 2012, for the benefit of several retired National Football League players, including Kenyon Rasheed and Traci Wiedenfeld-Rasheed.

  2. Plaintiff's counsel filed a short form complaint for Kenyon Rasheed and Traci Wiedenfeld-Rasheed on August 20, 2012.

3. Since then, irreconcilable differences have arisen between Plaintiffs Kenyon Rasheed and Traci Wiedenfeld-Rasheed and the undersigned.

4. Plaintiffs' counsel properly notified Kenyon Rasheed and Traci Wiedenfeld-Rasheed of counsel's intention to withdraw from representing them in this matter.

5. Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiffs' counsel respectfully requests this Court for leave to withdraw as counsel for Kenyon Rasheed and Traci Wiedenfeld-Rasheed only in Court File No. 2:12-cv-4185-AB.

Dated:  February 9, 2017　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　ZIMMERMAN REED LLP


　　　　　　　　　　　　　　　　　　　　　 s/ Charles S. Zimmerman
　　　　　　　　　　　　　　　　　　　　　Charles S. Zimmerman (#120054)
　　　　　　　　　　　　　　　　　　　　　J. Gordon Rudd, Jr. (#222082)
　　　　　　　　　　　　　　　　　　　　　Brian C. Gudmundson (#336695)
　　　　　　　　　　　　　　　　　　　　　1100 IDS Center, 80 South 8th Street
　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN  55402
　　　　　　　　　　　　　　　　　　　　　Telephone: (612) 341-0400
　　　　　　　　　　　　　　　　　　　　　Facsimile: (612) 341-0844
　　　　　　　　　　　　　　　　　　　　　Charles.Zimmerman@zimmreed.com
　　　　　　　　　　　　　　　　　　　　　Gordon.Rudd@zimmreed.com
　　　　　　　　　　　　　　　　　　　　　Brian.Gudmundson@zimmreed.com