UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Robert Holt, et al. v. National Football League, et al.<br><br>Court File No. 2:12-cv-4185-AB | **<u>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS JUDSON FLINT AND DIANNE FLINT</u>** |

  Charles S. Zimmerman, J. Gordon Rudd, Jr., and Brian C. Gudmundson of Zimmerman Reed LLP ("Plaintiffs' Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Judson Flint and Dianne Flint only in this action, and state as follows:

  1. Plaintiffs' counsel filed the action *Robert Holt, et al. v. National Football League, et al.*, No. 2:12-cv-4185-AB, in the Eastern District of Pennsylvania on July 23, 2012, for the benefit of several retired National Football League players, including Judson Flint and Dianne Flint.

  2. Plaintiffs' counsel filed a short form complaint for Judson Flint and Dianne Flint on August 14, 2012.

3. Since then, irreconcilable differences have arisen between Plaintiffs Judson Flint and Dianne Flint and the undersigned.

4. Plaintiffs' counsel properly notified Judson Flint and Dianne Flint of counsel's intention to withdraw from representing them in this matter.

5. Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiffs' counsel respectfully requests this Court for leave to withdraw as counsel for Judson Flint and Dianne Flint only in Court File No. 2:12-cv-4185-AB.

Dated: February 9, 2017                    Respectfully submitted,

                                                    ZIMMERMAN REED LLP

                                                  s/ Charles S. Zimmerman
Charles S. Zimmerman (#120054)
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Charles.Zimmerman@zimmreed.com
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com