**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) |
| | MDL No. 2323 |
| | No. 2:12-cv-03715-AB |
| --------------------------------------- | |
| **THIS DOCUMENT RELATES TO:** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** |
| **Plaintiffs' Master Administrative Long-Form Complaint and (if applicable) Steve Wallace No. 2:12-cv-03715-AB v. National Football League [et al.], No. 1:12-cv-01931-CC** | |

### NOTICE OF WITHDRAWAL AS COUNSEL FOR PLAINTIFF

Kristen L. Beightol hereby notifies this Court and counsel of record of her withdrawal of representation on behalf of STEVE WALLACE in the above-styled action. Nicole F. DeVanon, William Q. Bird, and John W. Crongeyer will remain counsel of record for Plaintiff in this matter. Their addresses appear below their signature lines below.

Respectfully submitted this 10th day of February, 2017.

/s/ Kristen L. Beightol
William Q. Bird
Kristen L. Beightol
Bird Law Group, P.C.
2170 Defoor Hills Road
Atlanta, Georgia 30318
Tel: (404) 873-4696
Fax: (404) 872-3745

2

*/s/ Nicole F. DeVanon*
Nicole F. DeVanon
Girardi | Keese
1126 Wilshire Boulevard
Los Angeles, California 90017
Tel: (213) 977-0211
Fax: (213) 481-1554
ndevanon@girardikeese.com

*/s/ John W. Crongeyer, M.D.*
John W. Crongeyer, M.D.
Crongeyer Law Firm, P.C.
2170 Defoor Hills Road
Atlanta, Georgia 30318
Tel: (404) 542-6205

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing NOTICE OF WITHDRAWAL AS COUNSEL

FOR PLAINTIFF was electronically filed with the Clerk of the Court of the United States

District Court for the Eastern District of Pennsylvania by using the CM/ECF System, which will

send notice of electronic filing in accordance with the procedures established in MDL 2323, on

this 10th day of February, 2017.

BIRD LAW GROUP, P.C.

*/s/ Kristen L. Beightol*
Kristen L. Beightol