## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL
LEAGUE PLAYERS' CONCUSSION
INJURY LITIGATION

No. 12-md-2323 (AB)

MDL No. 2323

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**THIS DOCUMENT RELATES TO:**

**NOTICE OF WITHDRAWAL
OF APPEARANCE**

 Thomas Henderson, et al.
v. National Football League et al.
No. 2:12-cv-03534-AB

**As to Plaintiff RONNEY JENKINS Only**

---

## <u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>

TO ALL PARTIES AND THEIR ATTORNEYS OF REORD:

     Jason E. Luckasevic of Goldberg, Persky & White, P.C., Thomas Girardi of Girardi Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby withdraw their appearance as attorneys of record for Plaintiff **RONNEY JENKINS** only in the above-referenced case.

Dated: February 13, 2017

Respectfully submitted,

GOLDBERG, PERSKY & WHITE, P.C.

By: s/  *Jason E. Luckasevic*
Jason E. Luckasevic, Esquire
(PA Bar No. 85557)
11 Stanwix Street, Suite 1800
Pittsburgh, PA  15222
Telephone:  (412) 471-3980
Facsimile: (412) 471-8308
*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 13, 2017 the foregoing Notice of Withdrawal of Appearance was electronically filed.  Notification of this filing will be sent to all parties via the Court's CM/ECF system.

GOLDBERG, PERSY & WHITE, P.C.

By: <u>s/</u>  *Jason E. Luckasevic*<u>          </u>