**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | NO. 12-MD-2323 (AB) <br><br> MDL NO. 2323 <br><br> Hon. Anita B. Brody |
| **THIS DOCUMENT RELATES TO:** <br><br> **ALL ACTIONS** | |

**COMPENDIUM OF EXHIBITS FOR DECLARATION OF CHRISTOPHER A. SEEGER IN SUPPORT OF CO-LEAD CLASS COUNSELS' PETITION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF COSTS AND EXPENSES, ADOPTION OF A SET-ASIDE OF FIVE PERCENT OF EACH MONETARY AWARD AND DERIVATIVE CLAIMANT AWARD, AND INCENTIVE AWARDS FOR CLASS REPRESENTATIVES**

**Exhibit Name**                                                                                                   **Exhibit**

Declaration of Orran S. Brown, Sr. on Class Communications, Registrations
and Cost Projections ...................................................................................................................A
- Attachment – Claims Administrator Update

Declaration of Matthew L. Garretson ........................................................................................B

Declaration of Arnold Levin (Levin Sedran & Berman) ...........................................................C
- Exhibit 1 – Lodestar Report
- Exhibit 2 – Cost and Expense Report
- Exhibit 3 – Firm Biography

Declaration of Gene Locks (Locks Law Firm) ..........................................................................D
- Exhibit 1 – Lodestar Report
- Exhibit 2 – Cost & Expense Report
- Exhibit 3 – Firm Biography

Declaration of Steven C. Marks (Podhurst Orseck, PA) ............................................................E
- Exhibit 1 – Lodestar Report
- Exhibit 2 – Cost & Expense Report
- Exhibit 3 – Firm Biography

Declaration of Dianne M. Nast (NastLaw LLC) ........................................................................F
- Exhibit 1 – Lodestar Report
- Exhibit 2 – Cost & Expense Report
- Exhibit 3 – Firm Biography

Declaration of Sol H. Weiss (Anapol Weiss) ...................................................................G
- Exhibit 1 – Lodestar Report
- Exhibit 2 – Cost & Expense Report
- Exhibit 3 – Firm Biography

Declaration of Garrett D. Blanchfield Jr. (Reinhardt Wendorf & Blanchfield) ....................H
- Exhibit 1 – Lodestar Report
- Exhibit 2 – Cost & Expense Report
- Exhibit 3 – Firm Biography

Declaration of William G. Caldes (Spector Roseman Kodroff & Willis, P.C.)……………..I
- Exhibit 1 – Lodestar Report
- Exhibit 2 – Cost & Expense Report
- Exhibit 3 – Firm Biography

Declaration of Leonard A. Davis (Herman, Herman & Katz) ..............................................J
- Exhibit 1 – Lodestar Report
- Exhibit 2 – Firm Biography

Declaration of James R. Dugan II (The Dugan Law Firm) ...................................................K
- Exhibit 1 – Lodestar Report
- Exhibit 2 – Cost & Expense Report
- Exhibit 3 – Firm Biography

Declaration of Daniel C. Girard (Girard Gibbs LLP)............................................................L
- Exhibit 1 – Lodestar Report
- Exhibit 2 – Cost & Expense Report
- Exhibit 3 – Firm Biography

Declaration of Thomas V. Girardi (Girardi Keese)..............................................................M
- Exhibit 1 – Lodestar Report
- Exhibit 2 – Cost & Expense Report
- Exhibit 3 – Firm Biography

Declaration of Bruce A. Hagen (Hagen, Rosskopf & Earle, LLC) .....................................N
- Exhibit 1 – Lodestar Report
- Exhibit 2 – Cost & Expense Report
- Exhibit 3 – Firm Biography

Declaration of Samuel Issacharoff ......................................................................................O
- Exhibit 1 – Lodestar Report
- Exhibit 2 – Cost & Expense Report
- Exhibit 3 – Declaration of Samuel Issacharoff
- Exhibit 4 – Declaration of Cynthia L. Estlund

Declaration of Richard Lewis (Hausfeld LLP)..................................................................P
- Exhibit 1 – Lodestar Report
- Exhibit 2 – Cost & Expense Report
- Exhibit 3 – Firm Biography

Declaration of Jason E. Luckasevic (Goldberg, Persky & White, P.C.)................................Q
- Exhibit 1 – Lodestar Report
- Exhibit 2 – Cost & Expense Report
- Exhibit 3 – Firm Biography

Declaration of Derriel C. McCorvey (McCorvey Law, LLC)...............................................R
- Exhibit 1 – Lodestar Report
- Exhibit 2 – Cost & Expense Report
- Exhibit 3 – Firm Biography

Declaration of Mike McGlamry (Pope McGlamry) .............................................................S
- Exhibit 1 – Lodestar Report
- Exhibit 2 – Cost & Expense Report
- Exhibit 3 – Firm Biography

Declaration of Craig R. Mitnick (Mitnick Law Office, LLC) ...............................................T
- Exhibit 1 – Lodestar Report
- Exhibit 2 – Cost & Expense Report
- Exhibit 3 – Firm Biography
- Exhibit 4 - Letter from Joseph Pisarcik, President and CEO of the NFL Alumni Association; Declaration of the NFLAA Board of Directors; and Letter from Val Butts, wife of Retired player Marion Butts

Declaration of David A. Rosen (Rose, Klein & Marias LLP)...............................................U
- Exhibit 1 – Lodestar Report
- Exhibit 2 – Cost & Expense Report
- Exhibit 3 – Firm Biography

Declaration of Frederick Schnek (Casey, Gerry, Schenk LLP)............................................V
- Exhibit 1 – Lodestar Report
- Exhibit 2 – Cost & Expense Report
- Exhibit 3 – Firm Biography

Declaration of Anthony Tarricone (Kreindler & Kreindler LLP) ........................................W
- Exhibit 1 – Lodestar Report
- Exhibit 2 – Cost & Expense Report
- Exhibit 3 – Firm Biography

Declaration of Charles S. Zimmerman (Zimmerman Reed LLP) .........................................X
- Exhibit 1 – Lodestar Report
- Exhibit 2 – Cost & Expense Report
- Exhibit 3 – Firm Biography

Brian T. Fitzpatrick, *An Empirical Study of Class Action Settlements*, 7  Journal of Empirical Legal Studies, 811-46 (Dec.2010) ....................................................................Y