# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | | |

### DECLARATION OF ORRAN L. BROWN, SR. ON CLASS COMMUNICATIONS, REGISTRATIONS AND COST PROJECTIONS

I, ORRAN L. BROWN, SR., hereby declare and state as follows:

**1.**     *Introduction*.  My name is Orran L. Brown, Sr.  I am the Chairman and a founding partner of BrownGreer PLC, located at 250 Rocketts Way, Richmond, Virginia 23231 ("BrownGreer").  BrownGreer is the Court-appointed Claims Administrator in connection with the class action settlement that this Court approved on April 22, 2015.

**2.**     *Purpose*.  I submit this Declaration to provide information requested by Co-Lead Class Counsel on our communications with the Settlement Class to date, the opening of Registration, and on the possible costs of administration in the Claims Administrator's role in the implementation of the Settlement Agreement.

**3.**     *NFL Concussion Settlement Website.*  Pursuant to Section 4.1 of the Settlement Agreement, and in consultation with the Parties and the Settlement Class Notice Agent, BrownGreer developed a public, informational website, www.NFLConcussionSettlement.com (the "Settlement Website"), to provide notice and

524702

additional courtesy information and services to the Settlement Class. The Settlement Website provides notice materials, Court documents, frequently asked questions ("FAQs"), alerts, and a link to register.

4. *Website Visitor Activity.* As of February 6, 2017, the Settlement Website had received 180,982 unique visitors, with representation from all 50 states, as determined by IP Address. There are 8,946 visitors who have used the "Sign Up for Future Information" feature and provided contact information for the Settlement Program to use to reach them, including, among others, Retired NFL Football Players, family members of Retired NFL Football Players, and counsel for Retired NFL Football Players (including those with large client inventories). Tables 1 and 2 in the Attachment to this Declaration present detailed information on website visitor activity and sign ups.

5. *Post Office Box.* As of February 6, 2017, BrownGreer had received 139 letters to a P.O. Box established for Settlement Class Members and others to send general questions about the Settlement Agreement or Settlement Program. We responded to 88 of these letters. We did not respond to the remaining 51 inquiries because they did not pose questions, were requests to update contact information only, or we consolidated multiple letters from one individual into a single response. Along with answering the letters, we also signed up 80 individuals for more information as a result of receiving their letter. Table 3 in the Attachment to this Declaration presents additional information on communications sent to and from BrownGreer as the Claims Administrator.

6. *Claims Administrator Email Inbox.* As of February 6, 2017, BrownGreer had received 1,096 emails to ClaimsAdministrator@NFLConcussionSettlement.com. We responded to 1,037 of these emails. We did not respond to the remaining 59 inquiries

because they did not pose questions, we consolidated multiple emails from an individual into a single response, or we forwarded the questions to the Parties or to Garretson Resolution Group ("GRG"), the Court-appointed Lien and BAP Administrator, as the party more appropriate for handling the inquiry. We also signed up 820 individuals for more information as a result of receiving their email, and added them to the Notice Mailing List.

      **7.** *Additional Contacts and Sign Ups to Receive More Information.* We also received 25 emails, letters, and faxes directly to individuals at BrownGreer. We responded to 18 of these communications. We did not respond to the remaining seven because they did not pose questions or we forwarded the questions to GRG as the party more appropriate for handling the inquiry. We received 32 inbound phone calls and made 20 outbound phone calls. As a result of these activities, we signed up 25 individuals for more information.

      **8.** *Call Center Activity*. Through February 3, 2017, the Settlement Program's Call Center, which had been staffed by Heffler Claims Group ("Heffler"), had received 14,423 calls, logging over 837 hours of call time, with 7,297 of these callers speaking with live operators for over 489 hours. Through those communications, individuals have received updates on the status of the litigation and had other questions answered. As a result of these additional calls, we signed up 2,351 individuals for more information, resulting in a total of 12,222 individuals signed up for more information on the program. On February 3 at 8:30 p.m. Eastern Time, pursuant to plan, Heffler transitioned to us the toll-free number for the Settlement Program. Starting on February 6, 2017, callers reached our live agents. Through February 7, 2017, we had received 392 calls, totaling over 43 hours.

      **9.** *Registration*. On February 6, 2017, we opened Registration as required by Article IV of the Settlement Agreement. Settlement Class Members and attorneys can now

register for Settlement benefits by visiting the Settlement Website and clicking the "Register Now" button.  Settlement Class Members can also register by submitting a hard copy Registration Form that was included in the Settlement Class Supplemental Notice packet mailed on February 6, 2017.  Through February 7, 2017, we received 2,729 registrants through the Settlement Website.

      **10.**    *Projected Administrative Costs*.  Class Counsel asked us to project our potential administrative costs of the Claims Administrator over the 65-year life of the Settlement Program.  This is very difficult to do before we know how many Settlement Class Members will register with us, how many claims we will receive, how complete they will be, how many outcomes will be appealed, and the quantity of the many other functions we will perform in this program.  We can, however, make reasonably informed projections, based on many assumptions, all of which are subject to change.  Based on those assumptions and projections, we estimate $11,925,000 in Claims Administrator costs for the program. This estimate is comprised of projections of three budget categories, based on the draft administrative agreement we are now working to finalize with the Parties:

    **(a) Task Costs:**  We estimate $5,805,000 in fees and expenses incurred on functions that are measured by time and not units: (1) $155,000 for our assistance distributing the Settlement Class Notice and Supplemental Notice; (2) $1,750,000 for start-up tasks related to the development of the NFL Concussion Settlement website, credentialed web portals and other software applications; establishing a Communication Center; and tracking, reviewing and reporting on Opt Outs, Objections and Opt Out Revocations; and (3) $3,900,000 for recurring administrative tasks over the 65-year life of the Settlement Program including regular reporting, development of policies, a Frequently Asked Questions Document and operations manual documenting all Claims Administrator policies and procedures; and maintenance of the list of Qualified MAF Physicians eligible to provide Qualifying Diagnoses to Retired NFL Football Players.

    **(b)  Unit Costs:**  $5,970,000 in unit costs.  These costs will depend on volumes, and because our contract will allow for periodic adjustments to these unit costs, they may go up or down, which would affect resulting costs over time.  For this Declaration, we

project using starting unit costs, with no adjustments. Our per unit costs projections include: (1) $500,000 for an assumed volume of 20,000 registrants; (2) $3,750,000 for an assumed 5,000 Monetary Award claims; (3) $600,000 for an assumed 2,000 Supplemental Monetary Award claims; (4) $450,000 for an assumed 4,500 Derivative Claimants; (5) $595,000 for an assumed 1,700 claims identified for fraud assessment; and (6) $75,000 for an assumed 2,300 non-medical liens.

(c) **Additional Services:** $150,000 in additional services. Our contract will provide for additional services outside of the scope of our core services and functions as new and unanticipated issues arise. We base this projection on approximately 1% of our total projected administrative costs.

I, Orran L. Brown, Sr., declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on this 8th day of February, 2017.

_____
Orran L. Brown, Sr.

5

# NFL CONCUSSION SETTLEMENT

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

| NFL 1002 | CLAIMS ADMINISTRATOR UPDATE (AS OF 2/6/17) |
|---|---|

### TABLE 1: WEBSITE VISITORS BY STATE

| # | Location | Unique Visitors | Visits | Average Actions[1] Per Visit | Average Time (Minutes) | Bounce Rate[2] |
|---|---|---|---|---|---|---|
| 1. | California | 13,615 | 14,528 | 2 | 2 | 68.6% |
| 2. | Texas | 10,378 | 11,700 | 2 | 3 | 63.9% |
| 3. | Florida | 8,934 | 9,624 | 2 | 2 | 66.3% |
| 4. | New York | 8,530 | 9,538 | 2 | 2 | 65.7% |
| 5. | Pennsylvania | 5,299 | 5,589 | 2 | 2 | 70.2% |
| 6. | Illinois | 4,801 | 5,039 | 2 | 1 | 72.7% |
| 7. | Georgia | 4,699 | 5,083 | 2 | 2 | 64.4% |
| 8. | New Jersey | 4,176 | 4,403 | 2 | 1 | 71.4% |
| 9. | Virginia | 4,080 | 4,316 | 2 | 2 | 69.4% |
| 10. | North Carolina | 3,890 | 4,152 | 2 | 1 | 72.5% |
| 11. | Michigan | 3,831 | 4,046 | 2 | 1 | 72.3% |
| 12. | Ohio | 3,717 | 3,877 | 2 | 1 | 72.3% |
| 13. | Unknown | 51,911 | 56,556 | 3 | 3 | 65.8% |
| 14. | Other | 53,121 | 57,286 | 2 | 2 | 71.6% |
| 15. | Totals | 180,982 | 195,737 | 2 | 2 | 68.5% |

[1] An action occurs anytime the visitor views a new webpage, follows a link or takes any other action on the website.
[2] The Bounce Rate is the percentage of visitors who leave website after viewing only one page.



CHART 1: WEBSITE VISITS FREQUENCY MAP

Unique visitors (Sum)
167 — 13,615

# NFL Concussion Settlement
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

**NFL 1002** — **CLAIMS ADMINISTRATOR UPDATE** (AS OF 2/6/17)

## Table 2: Sign-Ups for Future Information

| | Sign-Up Method | Retired Player | Authorized Rep | Attorney for Player or Family | Family Member | Other/ Unknown | Total |
|---|---|---|---|---|---|---|---|
| 1. | Website | 5,786 | 440 | 353 | 1,594 | 773 | 8,946 |
| 2. | Call Center | 1,310 | 18 | 20 | 778 | 225 | 2,351 |
| 3. | P.O. Box | 40 | 1 | 18 | 12 | 9 | 80 |
| 4. | CA Inbox | 207 | 11 | 349 | 86 | 167 | 820 |
| 5. | Other | 3 | 0 | 3 | 5 | 14 | 25 |
| 6. | Totals | 7,346 | 470 | 743 | 2,475 | 1,188 | 12,222 |



Chart 2: Monthly Informational Sign-Ups

| | Q3 2014 | Q4 2014 | Q1 2015 | Q2 2015 | Q3 2015 | Q4 2015 | Q1 2016 | Q2 2016 | Q3 2016 | Q4 2016 | Q1 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Website | 2,724 | 873 | 239 | 469 | 316 | 326 | 358 | 990 | 1,364 | 438 | 849 |
| Call Center | 1,635 | 359 | 76 | 119 | 41 | 25 | 22 | 15 | 41 | 11 | 7 |
| P.O. Box | 23 | 12 | 6 | 3 | 2 | 1 | 5 | 4 | 5 | 16 | 3 |
| CA Inbox | 9 | 63 | 23 | 35 | 5 | 20 | 77 | 106 | 213 | 105 | 164 |
| Other | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 3 | 3 | 3 | 12 |
| Totals | 4,391 | 5,699 | 6,044 | 6,671 | 7,036 | 7,408 | 7,870 | 8,988 | 10,614 | 11,187 | 12,222 |

## Table 3: Claimant Correspondence and Claims Administrator Responses

| | Representation Status | Letters / Emails / Phone Calls / Faxes Received | Responses Sent | Response Not Required |
|---|---|---|---|---|
| 1. | Pro Se or Unknown | 638 | 577 | 61 |
| 2. | Represented | 654 | 586 | 68 |
| 3. | Totals | 1,292 | 1,163 | 129 |

## Table 4: Opt-Out Summary

| | Settlement Class Member Type | Total Received | Revocation Requests Granted | Net Opt-Outs |
|---|---|---|---|---|
| | **A. Timely Opt Out Requests Containing All Information Required by Section 14.2(a) or Otherwise Approved by the Court** | | | |
| 1. | Retired NFL Football Players | 184 | 42 | 142 |
| 2. | Relatives of a Retired NFL Football Player | 23 | 4 | 19 |
| 3. | Totals | 207 | 46 | 161 |
| | **B. Opt Out Requests That Were Untimely and/or Did Not Contain All Information Required by Section 14.2(a)** | | | |
| 4. | Retired NFL Football Players | 27 | | |
| 5. | Relatives of a Retired NFL Football Player | 1 | | |
| 6. | Totals | 28 | | |
| 7. | **Grand Totals** | 235 | 46 | 161 |