# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>    Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>    Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### DECLARATION OF DIANNE M. NAST IN SUPPORT OF CO-LEAD CLASS COUNSEL'S PETITION FOR AN AWARD OF ATTORNEY'S FEES AND <u>REIMBURSEMENT OF COSTS AND EXPENSES</u>

Dianne M. Nast declares as follows pursuant to 28 U.S.C. § 1746:

1.   I am the founder of the law firm of NastLaw LLC. I submit this declaration in support of Co-Lead Class Counsel's Petition for an Award of Attorney's Fees and Reimbursement of Costs and Expenses in connection with and for services rendered and expenses incurred for the common benefit of the Settlement Class in the above-captioned multidistrict litigation ("Action") from the inception of the litigation through July 15, 2016, as well as for the payment of expenses incurred therewith. I have personal knowledge of the

matters set forth in this declaration and, if called upon, I could and would testify competently thereto.

2.  In the beginning of 2012 when this case was filed, the predecessor law firm, RodaNast, P.C., employed the attorneys who worked on this case. At the end of 2012, NastLaw LLC was formed, and all of the RodaNast, P.C. attorneys who worked on this case are and have been employed by NastLaw LLC since that time. RodaNast, P.C. is no longer operating. All time and expenses reported in this Declaration include NastLaw LLC and RodaNast, P.C. time, and are described as time and expenses of "this firm."

3.  As a member of the Plaintiffs' Steering Committee ("PSC") and Court-appointed Class Counsel, this firm has been involved in many aspects of this litigation. During the course of this litigation, this firm has been involved in the following types of activities, as directed by Co-Lead Counsel:

- Negotiation of settlement terms, including editing and commenting on the Settlement Agreement and attendance at multiple settlement meetings with Defendants;

- Served as Class Counsel for Subclass 2;

- Attendance at court status conferences, oral arguments and hearings at both the District Court and Appellate Court levels, and participation in preparation and practice sessions leading up to those hearings;

- Researching and editing the Class Action Complaint;

- Extensive legal research into the viability of medical monitoring claims;

- Drafting and editing of the Protective Order, ESI Protocol and Deposition Protocol;

- Researching and editing the opposition to Defendants' Motion to Dismiss the Class Action Complaint, focusing on preemption issues;

- Drafting and administering Case Management Order No. 5 re: Submission of Plaintiffs' Time and Expense Reports, including quarterly collection of reports;

- Researching editing the Motion for Preliminary Approval;

- Negotiation of additional settlement terms in light of the District Court's concerns about the initial Settlement Agreement;

- Researching and editing the Motion for Final Approval, including legal research responding to the concerns of objectors;

- Editing the Rule 23(f) appeal filed after preliminary approval was granted;

- Researching and editing the appellate briefs filed with the Third Circuit after various objectors appealed the grant of final approval to the settlement;

- Researching and editing the opposition to the petitions for certiorari filed by various objectors;

- Researched and drafted correspondence addressing the death of class representative Kevin Turner and its impact on the appellate proceedings; and

- Responded to numerous questions and concerns of class members about the settlement, the status of the court proceedings and the pendency of the various appeals.

4. The schedule attached hereto as Exhibit 1 is a detailed summary indicating the amount of common benefit time spent by the attorneys and professional support staff of this firm who were involved in, and billed fifty or more hours to, this Action, and the lodestar calculation for those individuals based on this firm's current billing rates. For personnel who are no longer employed by this firm, the lodestar calculation is based on the billing rates of such personnel in their final year of employment by this firm. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by this firm. Time expended in preparing this application for attorney's fees and expenses has been excluded.

5. The hourly rates for the attorneys and professional support staff of this firm included in Exhibit 1 are the same as the regular rates charged for their services in other contingent matters and have been accepted by other federal courts in other class action cases prosecuted by this firm.

3

6. The total number of hours expended on the common benefit of this Action by this firm during the time period is 1,211.75 hours. The total lodestar for this firm for those hours is $765,060.25, consisting of $721,884.00 for attorneys' time and $43,176.25 for professional support staff time.

7. This firm's lodestar figures are based solely upon this firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in this firm's billing rates.

8. As detailed in Exhibit 2 hereto, this firm is seeking reimbursement of a total of $117,138.64 in common benefit expenses incurred in connection with the prosecution of this Action. These expenses are reflected on the books and records of this firm. These books and records are prepared from expense vouchers, check records, and other source material, and are an accurate record of the expenses incurred.

9. With respect to the standing of this firm to share in an award of fees, costs, and expenses, attached hereto as Exhibit 3 is a biography of this firm, including the attorneys in my firm who were principally involved in this Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 28, 2016, at Philadelphia, Pennsylvania.

*[Signature]*
Dianne M. Nast

# EXHIBIT 1

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION

No. 12-md-2323-AB

NASTLAW LLC
(including RodaNast, P.C.)

LODESTAR REPORT

Inception through July 15, 2016

| NAME | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|
| **PARTNERS:** | | | |
| **Dianne M. Nast** | 688.9 | $800 | $551,120.00 |
| | | | |
| **ASSOCIATES:** | | | |
| **Daniel N. Gallucci** | 64.8 | $575 | $37,260.00 |
| **Erin C. Burns** | 238.4 | $560 | $133,504.00 |
| | | | |
| **PARALEGALS:** | | | |
| **Michael D. Ford** | 79.0 | $215 | $16,985.00 |
| **Emily C. Bell** | 86.1 | $225 | $19,372.50 |
| **Diane Brown** | 54.55 | $125 | $6,818.75 |
| | | | |
| **TOTALS:** | 1211.75 | | $765,060.25 |

# EXHIBIT 2

# IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION

## No. 12-md-2323-AB

## NASTLAW LLC
### (including RodaNast, P.C.)

## COST AND EXPENSE REPORT

### Inception through July 15, 2016

| NUMBER | CATEGORY | AMOUNT |
| --- | --- | --- |
| 1 | Assessments | $100,000.00 |
| 2 | Commercial Copies | $0.00 |
| 3 | Computerized Research | $3,483.27 |
| 4 | Court Reporters/Transcripts | $0.00 |
| 5 | Expert Services | $0.00 |
| 6 | Facsimile | $87.10 |
| 7 | Filing & Service Fees | $0.00 |
| 8 | In-House Copies | $1,706.05 |
| 9 | Long Distance Telephone | $2.11 |
| 10 | Postage/Express Delivery | $290.38 |
| 11 | Travel/Meals/Lodging | $11,569.73 |
| 12 | Miscellaneous | $0.00 |
| **TOTAL EXPENSES** | | $117,138.64 |

# EXHIBIT 3

NastLaw LLC
1101 Market Street
Suite 2801
Philadelphia, Pennsylvania 19107
(215) 923-9300
(215) 923-9302 (facsimile)
www.nastlaw.com

## FIRM BIOGRAPHY

Led by Dianne M. Nast, NastLaw attorneys combine over 90 years of complex civil litigation experience.  We provide our clients with experienced, confident representation to guide them in the most difficult cases.

Our Firm's focus is on complex civil litigation, including pharmaceutical litigation and antitrust litigation.  Firm founder, Dianne Nast, brings decades of complex litigation experience to the firm.

## ATTORNEYS

**Dianne M. Nast** is a *magna cum laude* graduate of Rutgers University School of Law.  From 1976 to 1995, she was a shareholder with the Philadelphia law firm of Kohn, Nast & Graf, P.C. (now Kohn, Swift & Graf, P.C.) and then a senior shareholder at RodaNast, P.C. from 1995 to 2012.

Ms. Nast holds an AV Martindale-Hubbell rating, and has been selected to be listed in *The Best Lawyers in America*, included in each edition since 2003.  The *National Law Journal* has selected Ms. Nast as one of the nation's top fifty women litigators.  Ms. Nast was also selected by *Philadelphia Magazine* as one of Philadelphia's Best Complex Litigation Lawyers.  She has been named as one of Pennsylvania's Top Fifty Women Lawyers.  She appears in numerous *Who's Who* publications.

In April, 2015, the American Bar Association Tort and Trial Practice Section awarded Ms. Nast its Pursuit of Justice Award.  In June, 2016, Ms. Nast was selected by The Legal Intelligencer, Pennsylvania's leading legal newspaper, covering legal developments statewide and nationally, to receive its Life Time Achievement Award, honoring Ms. Nast's accomplishments and innovations during her continuing legal career.

Ms. Nast was appointed in 1998 by then Chief Justice William H. Rehnquist to a

1

five-year term as Chair of the Board of Directors of the Federal Judicial Center Foundation. She served as a Director of the Federal Judicial Center Foundation for eleven years, from 1991 until 2002.

Judge Edward Becker, then Chief Judge of the United States Court of Appeals for the Third Circuit, appointed Ms. Nast to serve as a member of the fifteen-member Third Circuit Task Force on Selection of Class Counsel. The Task Force issued a report, *Selection of Class Counsel*, 208 F.R.D. 340 (2002), cited over 100 times in court opinions. She was selected by The American Law Institute to serve on the ALI's Principles of the Law of Aggregate Litigation.

Ms. Nast chaired the Lawyers Advisory Committee for the United States Court of Appeals for the Third Circuit and on that Committee. She served for eight years on the Third Circuit's Committee on Revision of Judicial Conduct Rules of the Judicial Council and on the Judicial Conference Long Range Planning Committee.

Ms. Nast has served as Lawyer Chair of the Judicial Conference of the United States Court of Appeals for the Third Circuit. She is a member of the Historical Society of the Third Circuit, and chaired the Circuit's Centennial Celebration.

She was appointed by the late Chief Judge Alfred L. Luongo to Chair the Eastern District of Pennsylvania's Lawyers Advisory Committee, and served for four years in that position. She served for three years as President of The Historical Society for the United States District Court for the Eastern District of Pennsylvania and as Editor of the Society's Annual Historical Calendar.

She is a member of the American Bar Association Litigation Section, where she has served on the Task Force on State Justice Initiatives, the Task Force on the State of the Justice System and the Task Force on Strategic Planning. She served a three-year term on the Section's Council, served as a Section Division Director, and co-chaired the Section's Antitrust Committee. On May 12, 2015, Ms. Nast received the Pursuit of Justice Award from the American Bar Association Tort, Trial and Insurance Practice section. She served as a Delegate to the American Bar Association House of Delegates and the Pennsylvania Bar Association House of Delegates. She served as a member of the Philadelphia Bar Association Board of Governors. She is a member of the Public Justice Foundation.

She served six years as a Director on the Board of the Public Defender's Office of Philadelphia. Ms. Nast was selected as one of a small group of Philadelphia attorneys to

be appointed Judge Pro Tempore, serving as presiding Judge in major civil jury cases in the Court of Common Pleas.

Ms. Nast is member of the Disciplinary Committee of the Supreme Court of Pennsylvania. She is a Fellow of the American Bar Foundation. Ms. Nast is a member of the American Law Institute, is a member of the Board of Directors of the Sedona Conference, a member of the American Antitrust Institute and the Public Justice Foundation.

**Michele S. Burkholder** graduated with Distinction from the Pennsylvania State University with dual degrees in Journalism and Sociology, and received her Juris Doctorate, *cum laude*, from the Dickinson School of Law, and was a member of the Woolsack Honor Society. She was Vice-President of the International Law Society and a member of Amnesty International. Ms. Burkholder served as a law clerk to the Honorable Ronald E. Vican, President Judge of Monroe County, Pennsylvania.

Ms. Burkholder is court-appointed Plaintiffs' Liaison Counsel in *Darvocet, Darvon and Propoxyphene Products Liability Litigation,* MDL No. 2226 (E.D. Ky.).

**Daniel N. Gallucci** received his Bachelor of Arts in History from Gettysburg College and his Juris Doctorate from the Dickinson School of Law of the Pennsylvania State University, where he was a member of the Woolsack Honor Society and the National Trial Moot Court Team. He was Articles Editor of *The Dickinson Law Review* and received the Best Case Note Award in the 1996-97 Law Review Competition. He also received the Conrad A. and Rocco C. Falvello Memorial Award for Diligence and Progress and was named to the Order of Barristers for Excellence in Courtroom Advocacy.

He was a law clerk to the Honorable Michael A. Georgelis, President Judge of the Court of Common Pleas of Lancaster County.

Mr. Gallucci has tried jury cases involving medical malpractice and wrongful death, and won the third largest jury verdict in the history of Lancaster County, Pennsylvania.

Mr. Gallucci served as Co-Lead Counsel in the *Heparin Products Liability Litigation,* MDL No. 1953 (N.D. Ohio) and was appointed as Co-Liaison Counsel for the Pennsylvania Plaintiffs in the *YAZ Products Liability Litigation* (Phila. C.C.P.). Most recently, he was appointed as Co-Liaison Counsel by The Honorable Arnold L. New in

the *Xarelto Products Liability Litigation*, January Term, 2015, No. 2349 (Phila. C.C.P.), and a member of the State Liaison Committee by the Honorable Eldon E. Fallon in the *Xarelto (Rivaroxaran) Products Liability Litigation* (MDL No. 2592 (E.D. La.)). Additionally, he serves on the Science and Case-Specific Committees in *Zoloft (Serataline Hydrochloride) Products Liability Litigation*, MDL No. 2342 (E.D. Pa.).

**Erin C. Burns** received her Bachelor of Arts from the University of Delaware and her Juris Doctorate from the Villanova University School of Law. She is a member of Psi Chi and served as a staff writer and Symposium Editor on *The Villanova Environmental Law Journal*.

Ms. Burns served as a law clerk to the Honorable Louis J. Farina, Lancaster County Court of Common Pleas and was an associate at RodaNast, P.C. from 2004 until 2012.

She served as the Vice-Chairperson of the Young Lawyers Section of the Lancaster Bar Association in 2004 and the Chairperson of that Section in 2005. Also in 2005, she sat on the Board of Directors of the Lancaster Bar Association. In March of 2005, Ms. Burns received the President's Award from the Lancaster Bar Association for development and implementation of a Habitat for Humanity community service day for the Young Lawyers Section.

She also served as a Leader of the Law Explorers Program through Learning for Life, a program for youth interested in careers in the law from 2004 through 2006.

She was recognized in Who's Who of American Women in 2006 and by Strathmore's Who's Who in 2007 and is a member of the National Association of Professional Women.

In 2012, Ms. Burns was a featured panelist for the *Legal Intelligencer's* first annual Litigation Summit, where she spoke about the taxation of costs under 28 U.S.C. §1920 for e-discovery expenses.

She is a member of the Law & Briefing Committee for *In re Zoloft (Serataline Hydrochloride) Products Liability Litigation*, MDL No. 2342 (E.D. Pa.) and was part of the deposition team for *Shane Group, Inc., et al. v. Blue Cross Blue Shield of Michigan,* Case No. 2:10-cv-14360-DPH-MKM (E.D. Mich.). Ms. Burns served as one of three Mediation Counsel in *In re Skelaxin Antitrust Litigation*, MDL No. 2343 (E.D. Tenn.).

**Joanne E. Matusko** received her Bachelor of Science from Beaver College and her Juris Doctorate from the Widener University School of Law. While at Widener, Ms. Matusko was a member of the Moot Court team. She also holds an MBA degree from Lebanon Valley College and an Associate's degree in medical technology.

Additionally, Ms. Matusko is a member of the Clinical Laboratory Management Association and of the American Society of Clinical Pathologists.

She worked as Director of Laboratory Services at a local hospital and was an Adjunct Instructor of Laboratory Sciences at Thomas Jefferson University College of Allied Health Professions. She is currently an Adjunct Professor at Central Penn College and Harrisburg Area Community College teaching business, legal, and healthcare classes.

Ms. Matusko received a Prominent listing on Martindale-Hubbell in June 2011 and was selected by *Super Lawyers* as a Rising Star lawyer in 2010 and 2013 and as a Super Lawyer in 2014 and 2015.

Ms. Matusko served as a member of the Trial Committee in *Yaz, Yasmin, Ocella Gianvi Product Liability Litigation,* September Term 2009, No. 1307 (Phila. C.C.P.). Additionally, she serves on the Case-Specific Committees in *Zoloft (Serataline Hydrochloride) Products Liability Litigation*, MDL No. 2342 (E.D. Pa.), and *Xarelto Products Liability Litigation*, January Term, 2015, No. 2349 (Phila. C.C.P.).

**Matthew A. Reid** graduated from Ursinus College with a Bachelor of Arts in International Business and received the dual degree of Juris Doctorate and Masters of Business Administration from Widener School of Law in Wilmington, Delaware. He also holds an Honors Certificate in Business Organizations Law.

Mr. Reid is a member of the Pennsylvania BAR Association and the Philadelphia Trial Lawyers Association. His practice includes both antitrust and mass tort complex litigation.

**Joseph N. Roda** received his Juris Doctorate from the University of Pennsylvania, and his undergraduate degree from Brown University. He is an experienced brief writer who also brings a strong mathematical background to Nastlaw LLC.

Mr. Roda's practice at Nastlaw involves both antitrust and mass tort complex litigation. He has helped pursue automobile defect cases against a number of major auto manufacturers and has significant defective drug litigation experience. Mr. Roda has

5

worked on recent lawsuits involving a number of defective drugs, including Yaz birth control, Zoloft, Fosamax, Xarelto, Testosterone, Talcum Powder, and Proton Pump Inhibitors.  He has assisted with the administration of several major settlements and recently helped to obtain class certification and settlement in a major hospital data breach litigation.

In addition to his work in Pennsylvania and New Jersey, Mr. Roda is a member of the California State Bar.  He works with the Orange County Bar Association Pro Bono Committee and is a review committee member for the OCBA Lawyer Referral and Information Service.  He has spent hundreds of hours helping to plan and execute fundraising events for the Orange County Public Law Center, which provides pro bono legal assistance to local residents.

**Michael S. Tarringer** received his Juris Doctorate from Villanova University School of Law, where he was one of the student-founders of the Family Law Society.  Mr. Tarringer also holds a Bachelor of Science in Marketing from Philadelphia University, where he graduated summa cum laude and received the American Marketing award, the Sara Tyler Wister Prize and membership in the Delta Mu Delta Business Honor Society.

Mr. Tarringer has over 15 years of class action experience, and he has concentrated his law practice in the fields of Antitrust, Consumer Protection, Products Liability, and Pharmaceutical litigation.

Prior to joining NastLaw, Mr. Tarringer served as a Federal Judicial Law Clerk to the Honorable Robert F. Kelly, in the United States District Court for the Eastern District of Pennsylvania.  In addition, Mr. Tarringer served in key litigation roles in *In re Kaiser Group Int'l*, Case No. 00-2263 (Bankr. D. Del.). *See* 326 B.R. 265 (D. Del. 2005) and 278 B.R. 58 (Bankr. D. Del. 2002); and *Walter Cwietniewicz, d/b/a Ellis Pharmacy, et al v. Aetna U.S. Healthcare*, June Term, 1998, No. 423 (Pa. Comm. Pl., Phila. Cty.).  Mr. Tarringer also served on the Plaintiffs' Legal Committee in the Orthopedic Bone Screw Products Liability Litigation.

## CASES

NastLaw LLC has an extensive product liability and personal injury practice focusing on antitrust matters, in addition to its class action practice focusing on pharmaceutical products liability matters. An exemplar listing, in alphabetical order, of some of the class actions in which Ms. Nast has served as Lead Counsel or Executive Committee Member includes the following:

> *Actos (Pioglitzaone) Products Liability Litigation*, MDL No. 2299 (W.D. La.), before The Honorable Rebecca F. Doherty.
>
> *Augmentin Antitrust Litigation (SAJ Distributors, Inc. and Stephen L. LaFrance Holdings, Inc. v. SmithKline Beecham Corp., d/b/a GlaxoSmithKline*, Civil Action No. 04-CV-23 (E.D. Va.)), before The Honorable Henry C. Morgan, Jr.
>
> *Avandia Marketing, Sales Practices and Products Liability Litigation,* MDL No. 1871 (E.D. Pa.), before The Honorable Cynthia M. Rufe.
>
> *Castano Tobacco Litigation*, Civil Action No. 94-1044 (E.D. La.), before The Honorable Okla Jones II.
>
> *Chocolate Confectionery Antitrust Litigation*, MDL No. 1935 (M.D. Pa.), before The Honorable Christopher C. Conner.
>
> *Children's' Ibuprofen Oral Suspension Antitrust Litigation*, Misc. No. 04mc0535 (D.D.C.), before The Honorable Ellen S. Huvelle.
>
> *Darvocet, Darvon and Propoxyphene Products Liability Litigation,* MDL No. 2226 (E.D. Ky.), before The Honorable Danny C. Reeves.
>
> *Diet Drug Product Liability Litigation*, MDL No. 1203 (E.D. Pa.), before The Honorable Harvey Bartle III.
>
> *Digoxin and Doxycycline Antitrust Litigation,* MDL No. 2724 (E.D. Pa.), before The Honorable Cynthia M. Rufe.
>
> *Effexor XR Antitrust Litigation,* Civil Action No. 11-5479 (D. N.J.), before The Honorable Peter J. Sheridan.
>
> *General Motors LLC Ignition Switch Litigation,* MDL No. 2543 (S.D.N.Y.), before The Honorable Jesse M. Furman.
>
> *Heparin Products Liability Litigation*, MDL No. 1953 (N.D. Ohio), before The Honorable James G. Carr.

*Hypodermics Products Antitrust Litigation*, MDL No. 1730 (D.N.J.), before The Honorable Jose L. Linares.

*Lipitor (Atorvastatin Calcium) Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2502 (D. S.C.), before The Honorable Richard Mark Gergel.

*Medtronic, Inc. Implantable Defibrillators Products Liability Litigation*, MDL No. 1726 (D. Minn.), before The Honorable James M. Rosenbaum.

*Medtronic, Inc. Sprint Fidelis Leads Products Liability Litigation*, MDL No. 1905 (D. Minn.), before The Honorable Richard H. Kyle.

*Mirena IUD Products Liability Litigation*, MDL No. 2434 (S.D. N.Y.), before The Honorable Cathy Seibel.

*Modafinil Antitrust Litigation*, Civil Action No. 06-CV-1797, (E.D. Pa.), before The Honorable R. Barclay Surrick and, subsequently, The Honorable Mitchell S. Goldberg.

*National Football League Players' Concussion Injury Litigation,* MDL No. 2323 (E.D. Pa.), before The Honorable Anita B. Brody.

*Nifedipine Antitrust Litigation*, MDL No. 1515 (D.D.C.), before The Honorable Richard J. Leon.

*Ovcon Antitrust Litigation (SAJ Distributors, Inc., et al. v. Warner Chilcott Holdings Company III, Ltd., et al.*, Civil Action No. 1:05cv02459 (D. D.C.)), before The Honorable Colleen Kollar-Kotelly.

*Paxil Antitrust Litigation (Nichols, et al. v. SmithKline Beecham Corp.*, Civil Action No. 00-6222 (E.D. Pa.)), before The Honorable John R. Padova.

*Pelvic Repair Systems* (S.D. W.V.), before The Honorable Joseph R. Goodwin, including *Ethicon, Inc.* MDL No. 2327, *Boston Scientific Corp.,* MDL No. 2326 and *American Medical Systems, Inc.* MDL No. 2325.

*Serzone Products Liability Litigation,* MDL No. 1477 (S.D. W.Va.), before The Honorable Joseph R. Goodwin.

*Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545 (N.D. Ill.), before The Honorable Matthew F. Kennelly.

*Tylenol (Acetaminophen) Marketing, Sales Practices and Products Liability Litigation,* MDL No. 2436 (E.D. Pa.), before The Honorable Lawrence F. Stengel.

*Wellbutrin SR Antitrust Litigation* (*SAJ Distributors, Inc., et al. v. Smithkline Beecham Corp.*, Civil Action No. 04-5525 (E.D. Pa.)), before The Honorable Bruce W. Kauffman and, subsequently, The Honorable Lawrence F. Stengel.

*Wellbutrin XL Antitrust Litigation*, Civil Action No. 08-2431 (E.D. Pa.), before The Honorable Mary A. McLaughlin.

*Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La.) before The Honorable Eldon E. Fallon.

*Xarelto Products Liability Litigation*, January Term, 2015, No. 2349 (Phila. C.C.P.) before The Honorable Arnold L. New.

*Yasmin and Yaz (Drospirenone) Marketing Sales Practices and Products Liability Litigation* MDL No. 2100 (S.D. Ill.), before The Honorable David R. Herndon.

*Yaz, Yasmin, Ocella Gianvi Product Liability Litigation,* September Term 2009, No. 1307 (Phila. C.C.P.), before The Honorable Sandra Mazer Moss.

*Zoloft (Serataline Hydrochloride) Products Liability Litigation*, MDL No. 2342 (E.D. Pa.), before The Honorable Cynthia M. Rufe.