# EXHIBIT G

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>　　　　Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## DECLARATION OF SOL H. WEISS, ESQUIRE IN SUPPORT OF CO-LEAD CLASS COUNSEL'S PETITION FOR AN AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF COSTS AND EXPENSES

Sol H. Weiss, Esquire declares as follows pursuant to 28 U.S.C. § 1746:

1.　　　I am President of Anapol Weiss.  I submit this declaration in support of Co-Lead Class Counsel's Petition for an Award of Attorney's Fees and Reimbursement of Costs and Expenses in connection with and for services rendered and expenses incurred for the common benefit of the Settlement Class in the above-captioned multidistrict litigation ("Action") from the inception of January 27, 2012 through July 15, 2016, as well as for the payment of expenses

incurred therewith.  I have personal knowledge of the matters set forth in this declaration and, if called upon, I could and would testify competently thereto.

2.	Sol H. Weiss, Esquire of Anapol Weiss was appointed as Co-Lead Counsel by the Court for this litigation.  I contributed to the organization of the Plaintiffs' Steering Committee (PSC) and Plaintiffs' Executive Committee (PEC).  I organized meetings and initiated communication (conference calls and emails) among PSC and PEC members.  I was instrumental in creating and participated in the Public Relations and Legal Committees.  On public relations, I interviewed and retained the PR Firm.  I helped shape the PR campaign that featured retired players and their families rather than lawyers.  Within six months, the initial public perception that football players make a lot of money and should not sue the NFL changed.  In an ESPN Poll, 70% of respondents believed retired players were justified in filing lawsuits for closed head injuries.  Public opinion in support of retired players was a factor that added pressure and leverage in forcing the NFL to eventually settle the case.  I prepared and revised Tolling Agreements which assisted 5,000 players to file suit against the NFL.  I participated in live conferences and telephonic conferences with the Honorable Anita Brody of the United States District Court for the Eastern District of Pennsylvania on a broad range of issues.  I was instrumental in engaging David Frederick on the seminal pretrial issue - preemption.  I worked with Mr. Frederick throughout the preemption issue, including mock oral arguments.  I attended many settlement meetings and mediations with the NFL.  I, along with David Buchanan and Larry Coben, negotiated the eventual battery of tests used for the Baseline Assessment Program. This included the scoring protocols.  I met with plaintiffs' neuropsychological experts as well as the NFL's experts.  I reviewed and suggested changes to each draft of the various Settlement

Agreements.  I, along with Larry Coben, met with and prepared scientists and physicians who submitted Declarations on CTE issues and neurocognitive disorders.

Larry E. Coben of Anapol Weiss was appointed to the Executive Committee.  Mr. Coben retained a number of well credentialed scientists and doctors who consulted with plaintiffs' counsel on causation issues and liability.  Mr. Coben spent considerable time meeting with and preparing experts who submitted extensive Declarations.  Mr. Coben retained Grant Iverson, a leading neuropsychologist who provided invaluable guidance on the use of neuropsychological tests to measure neurocognitive losses.

3.     The schedule attached hereto as Exhibit 1 is a detailed summary indicating the amount of common benefit time spent by the attorneys and professional support staff of my firm who were involved in, and billed fifty or more hours to, this Action, and the lodestar calculation for those individuals based on my firm's current billing rates.  For personnel who are no longer employed by my firm, the lodestar calculation is based on the billing rates of such personnel in their final year of employment by my firm.  The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm.  Time expended in preparing this application for attorney's fees and expenses has been excluded.

4.     The hourly rates for the attorneys and professional support staff of my firm included in Exhibit 1 are the same as the regular rates charged for their services in other contingent matters.

5.     The total number of hours expended on the common benefit of this Action by my firm during the time period is 4,241.22 hours.  The total lodestar for my firm for those hours is $1,857,436.00, consisting of $1,533,140.00 for attorneys' time and $324,296.00 for professional support staff time.

6.      My firm's lodestar figures are based solely upon my firm's billing rates, which rates do not include charges for expense items.  Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

7.      As detailed in Exhibit 2 hereto, my firm is seeking reimbursement of a total of $1,031,971.55 in common benefit expenses incurred in connection with the prosecution of this Action.  These expenses are reflected on the books and records of my firm.  These books and records are prepared from expense vouchers, check records, and other source material, and are an accurate record of the expenses incurred.

8.      With respect to the standing of my firm to share in an award of fees, costs, and expenses, attached hereto as Exhibit 3 is a biography of my firm, including the attorneys in my firm who were principally involved in this Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 5, 2017, at Philadelphia, Pennsylvania.

SOL H. WEISS, ESQUIRE

4

# EXHIBIT 1

# IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION

## No. 12-md-2323-AB

## ANAPOL WEISS

## LODESTAR REPORT

### Inception through July 15, 2016

| NAME | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|
| **PARTNERS:** | | | |
| **Sol H. Weiss** | 1,420.30 | $650.00 | $923,195.00 |
| **Lawrence E. Coben** | 916.80 | $650.00 | $595,920.00 |
| **ASSOCIATES:** | | | |
| **Julie P. Thompson** | 51.00 | $275.00 | $14,025.00 |
| | | | |
| | | | |
| | | | |
| **STAFF ATTORNEYS:** | | | |
| | | | |
| | | | |
| **CONTRACT ATTORNEYS:** | | | |
| | | | |
| | | | |
| **IT** | | | |
| **Ann Marie Hinkel** | 1,137.00 | $175.00 | $198,975.00 |
| | | | |
| | | | |
| **PARALEGALS:** | | | |
| **Ted Pepin** | 81.15 | $175.00 | $14,201.25 |
| **Maria Borrajo** | 64.32 | $175.00 | $11,256.00 |
| **Dillon Fisher-Ives** | 89.75 | $175.00 | $15,706.25 |
| **Bonnie Bozarth** | 480.90 | $175.00 | $84,157.50 |
| | | | |
| **TOTALS:** | 4,241.22 | | $1,857,436.00 |

# EXHIBIT 2

**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**

**No. 12-md-2323-AB**

**ANAPOL WEISS**

**COST AND EXPENSE REPORT**

**Inception through July 15, 2016**

| NUMBER | CATEGORY | AMOUNT |
|--------|----------|--------|
| 1 | Assessments | 530,000.00 |
| 2 | Commercial Copies | 233.25 |
| 3 | Computerized Research | 440.24 |
| 4 | Court Reporters/Transcripts | 261.15 |
| 5 | Expert Services | 372,140.51 |
| 6 | Facsimile | 17.00 |
| 7 | Filing & Service Fees | 52.22 |
| 8 | In-House Copies | 3,298.00 |
| 9 | Long Distance Telephone | 9,878.26 |
| 10 | Postage/Express Delivery | 448.81 |
| 11 | Travel/Meals/Lodging | 114,299.19 |
| 12 | Miscellaneous | 902.92 |
| TOTAL EXPENSES | | 1,031,971.55 |

# EXHIBIT 3

# Sol H. Weiss, Esquire

Sol H. Weiss is a shareholder of Anapol Weiss. He concentrates his practice in complex civil litigation including class actions and pharmaceutical cases, medical and other professional malpractice, securities litigation and products liability matters.



## Leadership Roles

Sol has played crucial roles in national lawsuits including the National Football League Players' Concussion Injury Litigation, in which he serves as Co-Lead Counsel.

Mr. Weiss is among Lead Class Counsel in the Kids for Cash civil rights litigation and has negotiated combined settlements of $27.75 million for the juvenile victims. He has also been appointed as Liaison Counsel in numerous state court mass tort consolidated litigations.

Mr. Weiss has served in various positions for the Pennsylvania Association for Justice and was a member of the Board of the Philadelphia Trial Lawyers Association. He served on the Executive Committee of the American Association of Justice (AAJ) for five years and still serves on its Board of Governors.

Sol has served in various positions for the Pennsylvania Association for Justice and was a member of the Board of the Philadelphia Trial Lawyers Association. He is also a past President of the Eastern Pennsylvania Chapter of the American Board of Trial Advocates.

Sol is an active member of the Board of Consultors of the Villanova University School of Law.  He also served as Director of the Linda Creed Breast Cancer Foundation.

## Professional Recognition

Sol was voted 2014 Lawyer of the Year in the category of Mass Tort and Class Action Litigation by Philadelphia's Best Lawyers®. He has been selected for inclusion in The Best Lawyers in America® every year since 2006, and he was featured on the cover of the 2011 edition of Philadelphia's Best Lawyers®.

Mr. Weiss has been named among the Top 100 Pennsylvania Lawyers and Top 100 Philadelphia Lawyers by Super Lawyers every year since 2010, and he has been included in Pennsylvania Super Lawyers® since 2004.

In 2009, Sol received the AAJ Harry M. Philo award as the Association's outstanding trial lawyer for his work on limiting Federal Preemption. He also received the prestigious David S. Shrager President's Award in 2011 for extraordinary service to the Association.

In 2016, Sol received the Lifetime Achievement Award presented by The Legal Intelligencer. This award honors attorneys who have helped shape the law in Pennsylvania and who have had a distinct impact on the legal profession in Pennsylvania.

In 2016, Sol was also welcomed as a member of The Fellows of the American Bar Association. This organization's mission is to serve the legal profession and the public through groundbreaking research, publications and programs that advance justice, the understanding of law and its impact on society.

## Education and Background

Mr. Weiss earned his bachelor's degree from the Pennsylvania State University in 1968, and he earned his law degree from Villanova University School of Law in 1972. He is licensed to practice in Pennsylvania and is specially admitted to practice in other states.

## Lectures and Publications

Sol frequently lectures about class actions, pharmaceutical liability, civil litigation issues, trial skills and technology in the courtroom.

# Larry E. Coben



**Bar Admissions**

State Bar of Arizona and Federal District Court - 1994

State Bar of Pennsylvania, U.S. District Court and Court of Appeals, Third Circuit. - 1973

U.S. Supreme Court, the 1st, 4th, 5th, 10th, and 11th U.S. Circuit Courts of Appeal, and *Pro Hac Vice* in State courts such as: Texas, Mississippi, Massachusetts, Arizona, Illinois, Tennessee, Vermont, New Mexico, Florida, Delaware, Georgia, Ohio, Hawaii, Maine, New York, Nevada, Virginia, Michigan and Utah

**Education**

Cumberland School of Law of Samford University - J.D., cum laude (1973)

Athens College - B.A. (1968)

**Professional Memberships and Associations**

Attorneys Information Exchange Group—Chief Legal Officer

Pennsylvania DOT Autonomous Vehicle Task Force

Arizona State Bar Association

Maricopa County Bar Association

American Bar Association

- Member Publications Editorial Board (1999 - Present)
- Vice Chair Trial Techniques Committee (1995-98)
- Vice Chair of Tort and Insurance Practice Section (1996-97)
- Vice Chair Medicine and Law
- CLE Board
- Emerging Issues Committee (1994-95)
- Committee on Solo and Small Firm Practitioners (1994-95)

Policy Committee of the Institute for Injury Reduction - Chairman (1991-93)

Pennsylvania Trial Lawyers Association

Arizona Trial Lawyers Association - Board of Directors (1999-Present)

Western Trial Lawyers Association - Board of Directors (2002-Present)

The Association of Trial Lawyers of America

Attorneys Information Exchange Group (AIEG) on Crashworthiness

- Founding member
- Executive Committee member

American National Standards Institute Z90 Committee

- Chairman of Labeling Sub-Committee (1988-94)

Society of Automotive Engineers (1997-Present)

Institute for Injury Reduction (IIR)

- Founding member
- Chairman of the Board (1988-91)

Tort and Insurance Law Journal for Medicine and Law Committee (1988-89)

Medico-Legal Committee of Pennsylvania Bar Association (1987-88)

Observer to the Drafting Committee on a Uniform Interstate Depositions and Discovery of Documents Act.

**Noteworthy Cases as Lead Counsel**

*Pursell v. Volkswagen,* Court of Common Pleas, Bucks County Pennsylvania., February 2008. [\$10.2 million dollar verdict against Volkswagen in a products liability case for a design defect - lack of an anti-submarining ramp for the rear center seated occupant].

*Harris v. Ford Motor Company,* N.J. Super. Ct., September 2002. [\$8.8 million dollar verdict against an auto manufacturer for an injured person in a products liability case stemming from a roll over accident].

*Walker v. Schutt Sports Sales Group*, Gayson Ct., April 2000. [Largest known verdict (\$12 million dollars) against a football helmet company - without any setoff - regarding spinal cord injury.]

*Buongiovanni v. General Motors Corporation*, Pa. Ct. Common Pleas, 1998. [At the time, it was the largest verdict for an injured person in a products liability case in the State of Pennsylvania.]

Yarusso v. Bell Helmets, Delaware Super. Ct., 1998. [First known verdict against motorcycle helmet manufacturer regarding helmet shock attenuation design and spinal cord injury.]

*Munro v. Galati and General Motors Corporation*, Arizona Supreme Court - No Federal Preemption of "No Air Bag Claim" (938P.2d 1114 (1997)).

*Peisino v. Riddell Corporation*, Delaware Super. Ct., 1992. [First known verdict in the nation for a football player who suffered a spinal cord injury due to helmet design/shock attenuation.]

*Easterling v. NFL,* E.D. Pa. 2011. [First National Class Action for Concussion related neuro-cognitive disabilities filed against the NFL. Member of the Plaintiffs' Steering Committee and co-director of legal and expert analysis committees.]

**Textbooks**

Crashworthiness Litigation 2d, <u>American Association for Justice (AAJ)</u>, 2008.

Crashworthiness Litigation, <u>ATLA Press</u>, 1998.

Products Liability Litigation: Product Studies - Chapters on Crashworthiness, Frontal; Restraint Systems, Seat Belts; Litigation and Preemption. Clark, Boardman and Callaghan, 1996.

Pennsylvania Products Liability Guide. Bisel, February 1993.

Crashworthiness, <u>ATLA Anthology Series</u>, 1989.

Automobile Crashworthiness - Side Impact Accident, <u>American Jurisprudence Proof of Facts 3d Series</u>, 1989.

**Articles Published**

*Autonomous Vehicles*—Collision Avoidance Technology: Making It Easier and Safer: How Should The Civil Justice System Respond?, Legal Intelligencer, Philadelphia, PA, 2016

*Autonomous Vehicles: Where Morality Meets Machinery,* Legal Intelligencer, Philadelphia, PA. *Sept. 2016.*

*Product Defects: Selling Products Without Optional Safety Equipment,* Legal Intelligencer, June, 2016, Philadelphia, Pa.

*Pennsylvania Products Liability: Instructing the Jury,* Philadelphia Trial Lawyers Association VERDICT, Special Edition, January 2015.

*Pennsylvania Products Liability: Tincher v. Omega Flex, Inc., Back to the Future—Where are We Now and Where Will We Go? Parts I and II,* Legal Intelligencer Philadelphia, Pa. December 2014 and January 2015.

*Highway Design and Maintenance Hazards,* AIEG Voice, Winter 2014

*Pennsylvania's Approach to Joint and Several Liability: Statutory Changes and How They Affect Liability of Multiple Defendants,* Legal Intelligencer, Philadelphia, Pa., August 2014

*Liability for Failing to Properly Recall a Defective Product,* Legal Intelligencer, June 2014

*Litigating Professional Malpractice,* Arizona Advocate, April 2014

*Concussion in Sports: Identification and Treatment,* AAJ publication 2014

*Ethics for Trial Lawyers: Where do Ethics Begin and End? What About Full Disclosure?* AIEG publication January 2014

*Seatbelts and Buses: Together or Not?* AAJ publication, December 2013

*Football Helmets, Why Are There so Many Head Injuries in Football? Can Helmets Protect Against Concussion and Brain Injury?* Legal Intelligencer, Philadelphia Pa., Fall 2013

*What is the Fairest and Fullest Method of Evaluation Future Economic Losses?* Arizona Advocate, Fall 2012 and Legal Intelligencer, Philadelphia, Pa. December 2012

*Arizona Consumers and Business Leaders Alike Should Consider Effective Ways to Obtain Justice Vis-à-vis Class Action Litigation,* Arizona Advocate, May 2012

*Who Should Prevail In the Battle Over the Right to Alter The Face of Tort Liability: the Courts or The Legislature?* The Legal Intelligencer, Philadelphia, PA, January 2012

*Rollover Accidents: Why Motor Vehicles Rollover and Why Motorists Suffer Catastrophic Injury?* Legal Intelligencer, Philadelphia, Pa., Fall 2011

*Expert Testimony: Arizona's New Rule—Trial Judges, Gatekeeper or Executioner*, Fall 2011

*Recreational Helmets: Design Defects Producing Head and Neck Injuries,* AIEG Summer 2011

*Should a Product Manufacturer Be Held Liable for Failing to Recall a Product Learned to be Defective?* Arizona Advocate, Fall 2010

*Why Motor Vehicle Design Choices Remain a Primary Cause of Catastrophic Injury and Fatality,* Legal Intelligencer Philadelphia, PA, August 2010

*In Personal Injury Cases, Instructing Juries On Loss of Life's Pleasures: IT'S THE RIGHT THING TO DO,* AzTLA Advocate, March 2008.

*Evidentiary and Substantive Issues in Products Liability Cases,* AzTLA Advocate, April 2007.

*Instructing Juries on Loss of Life's Pleasures; It's the Right Thing To Do,* Arizona Attorney, April 2006.

*Debunking the Malibu Myth and How to Try a Roof Crush Case and Win,* Western Trial Lawyers, June 2005.

*Contingency Fees: If It's Not Broken, Why Fix It?,* Arizona Attorney, August 2004.

*Conspiracy of Silence: Hidden Seat Back Hazards,* TRIAL, March 2004.

*If a Product is Defective, Why Must it Also Be "Unreasonably Dangerous?,* AzTLA Advocate, March 2004*Defeating the Federal Preemption Defense in Product Liability Cases,* American Association for Justice, Spring 2007..

*On-Road Rollover Hazards: Why Do Vehicles Roll Over?,* AzTLA Advocate, January 2004.

*Children in Seat Belts in Crashes,* AzTLA Advocate, May 2003.

*Helmet Protection: Why Not More?,* Proceedings of the 2002 SAE Motorsports Engineering Conference and Exhibition (pg. 649-653), December 2002.

*Why are Americans at Grave Risk of Catastrophic Injury in Rollover Accidents?,* Andrews Automotive Litigation Reporter, December 2002.

*I Was Wearing My Seat Belt - Honestly! How to Prove That Your Client was Belted,* AzTLA Advocate, September 2002.

*A Products Liability Defendant Cannot Obtain Apportionment of Fault When the Only Other 'Party At Fault' is the Product*, <u>AzTLA Advocate</u>, May 2002.

*What is the Fairest and Fullest Method of Evaluating Future Economic Losses in Personal Injury and Wrongful Death Actions in Arizona?* <u>AzTLA Advocate</u>, December 2001.

*The Anatomy of a Frontal Crashworthiness Case*, <u>AzTLA Advocate</u>, September 2001.*The Anatomy of a Frontal Crashworthiness Case*, <u>Andrews Automotive Litigation Reporter</u>, August 2001.

*What is Products Liability in the New Millennium?* <u>AzTLA Advocate</u>, April 2001.

*Accident Analysis of Air Bag Induced Injuries/Fatalities*, <u>AzTLA Advocate</u>, September 2000.

*Competing Tort Law Forums: Courts vs. Legislatures*, <u>AzTLA Advocate</u>, September 2000.

*The Air Bag Preemption War*, <u>ATLA Trial Magazine</u>, September 2000.

*Protecting Litigation Support Materials From Discovery*, <u>ATLA Trial Magazine</u>, July 2000.

*Large Trucks, Danger on the Road*, <u>AzTLA Advocate</u>, June 2000.

*Should A Product Manufacturer Be Held Liable For Failing To Recall A Defective Product Learned To Be Defective?* <u>AzTLA Advocate</u>, February 2000.

*One-way Protective Orders in PL Litigation Unfair*, <u>Maricopa Lawyer</u>, November 1999.

*Rollover Accidents: Why Vehicles Rollover and Why Motorists Suffer Catastrophic Injury*, <u>AzTLA Advocate</u>, August 1999.

*Contesting the Use of Statistical Accident Data to Defend Crashworthiness Claims*, <u>ATLA The Products Liability Law Reporter</u>, Volume 18, Number 6, July 1999.

*Admissibility of Evidence of Other Similar Incidents in Products Liability Cases*, <u>AzTLA Advocate</u>, February 1999.

*Enhanced Injuries: Apportionment or Not*, <u>AzTLA Advocate</u>, April 1998.

*Seat Safety: The Impact of Unsafe Design*, <u>TRIAL</u>, February 1998.

*Frontal Crashworthiness Concepts*, ATLA 1997 Annual Convention, Attorneys' Information Exchange Group Program.

*The Risk of Air Bag Systems*, ATLA 1997 Annual Convention, Products Liability Section Program.

*The Arizona Supreme Court Rejects Federal Preemption of Non-Airbag Crashworthiness Claims*, AzTLA Advocate, June 1997.

*The Risks and Benefits of Air Bag Systems: Are they Needlessly Killing and Injuring Motorists?*, SAE International Congress and Exposition, 1997.

*Hazardous Bedding for Children: Who is Responsible?*, AzTLA Advocate, April 1997.

*Federal Preemption: Victims Prevail in No-Air Bag Cases*, AzTLA Advocate, September 1996.

*The Daubert Decision: Gatekeeper or Executioner?*, TRIAL, August 1996.

*The Non-Relevancy of Statistics in a Products Liability Case*, AzTLA Advocate, July 1996.

*Pre-Trial Discovery: The Relevancy of the Design, Manufacture, and Testing of Other Vehicle Models and Other Accidents*, WTLA Western Chronicle, Winter 1996.

*Pre-Trial Discovery: The Relevancy of the Design, Manufacture, and Testing of Other Vehicle Models and Other Accidents*, AzTLA Advocate, December 1995.

*Children in Seat Belts in Crashes*, WTLA Western Chronicle, Fall 1995.

*Where Does Myrick Lead Us?*, TRIAL, September 1995.

*Victory in An Unsafe Seat Belt Case*, WTLA Western Chronicle, Spring 1995.

*The Analysis and Presentation of a Restraint System Case*, Products Liability Advisory, May 1995.

*Victory in a No Air Bag Case*, TRIAL, April 1995.

*Warnings in a Changing Marketplace: Why Wasn't I Told?*, ATLA Products Liability Law Reporter, February 1995.

*Representing Catastrophically Injured (Brain and Spinal Cord Injury) Victims*, WTLA Western Chronicle, Fall 1994.

*Rollover Accidents: Why Motor Vehicles Rollover and Why Motorists Suffer Catastrophic Injury in Rollover*, AzTLA Advocate, July 1994.

*Federal Preemption of Motor Vehicle Design Claims: It Does Not Exist*, WTLA Western Chronicle, June 1994.

*Pre-Trial Discovery Issues: Document Production by Compilation in a Reading Room*, Maricopa Lawyer, March 1994.

*Investigation Automotive Accidents*, <u>TRIAL</u>, March 1994.

*Evaluating Crashworthiness*, <u>AzTLA Advocate</u>, January 1994.

*The Use of Protective Orders*, <u>The Legal Intelligencer</u>, Volume 209, No. 13, Pg. 7, July 1993.

*Pre-trial Discovery Issues: Document Production By Compilation in a Reading Room*, <u>Products Liability Law Journal</u>, May 1993.

*Seat Belt Litigation*, <u>TRIAL</u> (add'l authors - James Gilbert and Donald Slavik), February 1993.

*The Tide Has Turned: Federal Preemption Cannot Defeat Motor Vehicle Design Claims -- Such As Air Bags and Passive Belt Actions*, <u>TRIAL</u>, January 1993.

*Litigating Corporate Discovery Objections on the Basis of Attorney-Client Privilege*, <u>Products Liability Law Journal</u>, volume 4, November 1992.

*Beware of Secrecy Agreements: A New Judicial Approach is Required*, <u>Products Liability Law Journal</u>, August 1992.

*Overcoming Objections to Discovery: Countering Attorney-Client and Work Product Arguments*, <u>TRIAL</u>, July 1992.

*Secrecy Agreements: A Cover-Up of Public Hazards,* <u>The Legal Intelligencer</u>, Volume 206, No. 108, Pg. 8, June 1992.

*Beware of Secrecy Agreements: New Judicial Approach to Protect the Public,* <u>The Legal Intelligencer</u>, Volume 206, No. 96, Pg. 4, May 1992.

*Should The Auto Industry Escape Responsibility For Its Refusal To Install Passive Restraints By Relying Upon Federal Preemption?*, <u>Products Liability Law Journal</u>, August 1991.

*Litigation of Professional Malpractice*, <u>The Legal Intelligencer</u>, August 13, 1991.

*Safety Hazards: Automatic Seat Belts And Lap Belts*, <u>TRIAL</u>, July 1991.

*Cross-Examination Of Witnesses*; Reviewed by Larry E. Coben, <u>TRIAL</u>, July 1990.*Seat Belts: A History of Neglect*, <u>The Legal Intelligencer</u>, Volume 203, No. 5, Pg. 6, July 1990.

*Should Motor Vehicle Manufacturers Be Responsible For Drunk Drivers?*, <u>Products Liability Law Journal</u>, vol.1, no. 4, January 1990.

*Seat Belts: The Automotive Industry's Defense To Poorly Designed Vehicles*, <u>Products Liability Law Journal</u>, vol. 1, no. 2, June 1989.

*Medicine And Law: Recent Developments*, <u>Tort and Insurance Law Journal</u>, Winter 1989.

*Sports Helmets: More Harm Than Protection?*, <u>TRIAL</u>, March 1989.

*Seat Belts: The Automobile Industry's Defense To Poorly Designed Vehicles*, <u>Automotive Litigation Reporter</u>, October 1988.

*Evaluating Crashworthiness: The Clues Are In The Wreckage*, <u>TRIAL</u>, February 1988.

*Federalism In Products Liability*, <u>TRIAL</u>, November 1987.

*Strict Liability, Burden Of Proof And Social Issues Of Risk Utility*, <u>Pennsylvania Law Journal-Reporter</u>, May 1987.

*Products Liability: Technical And Legal Implications - Part II - A Product's Manufacture And Use*, <u>Standardization News</u>, September 1986.

*Protective Orders In Product Liability Cases: The Gag Rule*, <u>TRIAL</u>, August 1986.

*It's Time To Reassess Discovery Rules*, <u>Pennsylvania Law Journal</u>, June 1986.

*Building A Crashworthy Car*, <u>TRIAL</u>, July 1985.

*A Good Beginning*, <u>Pennsylvania Law Journal</u>, January 1985.

*Using Experts and Discovery In Products Liability Cases*, <u>The Pennsylvania Lawyer</u>, September 1984.

*Motorcycle Helmets: The Difference -- Sometimes -- Between Life and Death*, <u>TRIAL</u>, November 1983.

*The Seat Belt Defense*, <u>The Pennsylvania Lawyer</u>, March/April 1980.

*Law Focus . . . Expert's Role Affected By New Discovery Rules*, <u>The Pennsylvania Lawyer</u>, October 1979.

*New Discovery Rules Go Into Effect In State*, <u>The Pennsylvania Lawyer</u>, April 1979.

**Amicus Brief Author**

*Stewart v. Toyota Motor Corporation* – California Court of Appeals, Second District, Division 3, March 2011.

*Williamson v. Mazda Motor of America, Inc.* – U.S. Supreme Court, July 2010.

*Hernandez-Gomez v. Volkswagen Of America* - Arizona Supreme Court, 2001.

*Geier v. Honda Motor Co. of America* - U.S. Supreme Court, 1999.

*Drattel v. Toyota Motor Corporation* - New York Court of Appeals, 1998.

*Zuern v. Ford Motor Company* - Arizona Supreme Court, 1997.

*Tibbetts v. Ford Motor Company* - New Hampshire Supreme

Court*Nagaraj v. American Honda Motor Company* - Superior Court of Pennsylvania

*Maurice Cox v. Chrysler Corporation* - Supreme Court - South Carolina

*Neilsen v. Porsche* - United States Ninth Circuit Court of Appeals

*Myrick v. Freightliner Corporation* - Eleventh Circuit and U.S. Supreme

Court*Lindsey v. Navistar International Transportation* - Eleventh Circuit

*Wayne Richart v. Ford Motor Company* - Tenth Circuit

*Barbara Ritt v. G.M.* - Seventh Circuit

*Patricia Wood v. G.M.* - First Circuit

*James Doty v. Ford Motor Co.*, District of Columbia

Circuit*Alexander Evers v. G.M.* - Eleventh Circuit

**Presentation and Seminars**

"What Trial Lawyers Should Know About Automotive Product Liability" American Association for Justice Seminar, Austin, Texas, January 11, 2016

"Hot Topics at Year-End", Legal Intelligencer Seminar, Philadelphia, Pennsylvania, December 2, 2015

"Helmets", AIEG 2015 Spring Seminar, San Diego, California, April 9, 2015

"Fighting Protective (Gag) Orders: You Must Share and Fight to Keep the Data", AIEG 2015 Spring Seminar, San Diego, California, April 9, 2015

"What's on the Horizon: Emerging Litigation Theories and Themes", AIEG 2015 Spring Seminar, San Diego, California, April 10, 2015

"Evidence of Defect and Effectiveness of Alternative Design in ESC Case: An Experimental Method", AIEG 2015 Spring Seminar, San Diego, California, April 9, 2015

"Plaintiff-Only Hot Topics and Trends in Litigation", American Association for Justice Seminar, Miami Beach, Florida, January 28, 2015

"Products Liability in Pennsylvania: Back to the Future-The Supreme Court Changes the Standard of Care-What's it Mean?" Legal Intelligencer Seminar, Philadelphia, Pennsylvania, December 16, 2014

"Takata Air Bag Recall", American Association for Justice Seminar, New York, New York, December 11, 2014

"Practical Tips for Trial Performance", Handling a Case from A to Z Seminar, Legal Intelligencer, Philadelphia, Pennsylvania, November 20, 2014

"Product Liability", Show Me the Case Seminar, Legal Intelligencer, Doylestown, Pennsylvania, June 10, 2014

"Using the Rules of Professional Conduct as a Weapon to Compel Pre-Trial Discovery", AIEG 2014 Spring Conference, Boston, Massachusetts, April 24, 2014

"Looking Beneath the Surface: Identifying Causes of Action", Legal Intelligencer Seminar, Philadelphia, Pennsylvania, December 11, 2013

"Over the Top Settlements" Pennsylvania Bar Institute Seminar, Philadelphia, Pennsylvania, November 7, 2013

"Cargo Retention and Loading Claims", AIEG 2013 Fall Conference, Scottsdale Arizona, October 10, 2013

"The Business of Personal Injury Law", Legal Intelligencer Seminar, Philadelphia, Pennsylvania, September 11, 2013

"Injury Mechanics and Long Term Treatment of Concussions and Brain Injury", Arizona Association for Justice/Arizona Trial Lawyers Association, Phoenix, Arizona, March 22, 2013

"Daubert: Ins, Outs and How-Tos", Arizona Association for Justice/Arizona Trial Lawyers Association, Phoenix, Arizona, October 11, 2012

"Preemption—The Demise of FMVSS", AIEG 2011 Seminar, Austin, Texas.

"Roof Strength and Pre-tensioner Seat Belt Protection", AIEG 2007 Seminar, New York, NY, October 2007.

"Auto Focus", AIEG 2007 Seminar, Chicago, Illinois, April 19-21, 2007.

"The Anatomy of a Trial for New Lawyers", Lorman Education Services, Phoenix, Arizona, April 21, 2006.

"Earn & Collect Your Fees Ethically", State Bar of Arizona, Phoenix, Arizona, March 27, 2006.

"Cars, Trains - But No Planes", Arizona Trial Lawyers Association, Phoenix Arizona, March 18, 2005.

"Auto Focus", AIEG 2004 Seminar, Santa Fe, New Mexico, October 27-30, 2004.

"Experts Only as Good as The Lawyers Who Prepare Them", Arizona Trial Lawyers Association, Phoenix, Arizona, October 15, 2004.

"Hold Me Back! Restraint Systems: The Dynamic State of Vehicle Safety & Their Impact on Litigation", Maricopa County Bar Association Seminar, Phoenix, Arizona, May 26, 2004.

"Products Liability", Lorman Education Services, Phoenix, Arizona, May 25, 2004.

"Identifying Product Liability Cases in Auto Litigation", Arizona Trial Lawyers Association, Auto Litigation/Arbitration/Mediation Program, Phoenix, Arizona, March 19, 2004.

"Rollovers, Crashworthiness, Etc.," AzTLA seminar: "On the Road Again", Phoenix, Arizona, November 14, 2003.

"AIEG Under Attack," AIEG 2003 Auto Focus seminar, Santa Monica, California, October 24, 2003.

"Air Bag Discovery," AIEG 2002 Air Bag Summit V, Kansas City, Missouri, May 16-17, 2002.

"Wrongful Death & Survivorship - Law & Proof of Wrongful Death & Survivorship Damages," Arizona Trial Lawyers Association Damages Seminar, Phoenix, Arizona, March 22, 2002.

"How to Present and Attack Accident Reconstruction Simulations: Advice and Demonstration," (presented in conjunction with Thomas M. Klein of Bowman & Brooke, LLP, and Stephen M. Werner, Ph.D., P.E., of Exponent), ABA's Emerging Issues in Motor Vehicle Product Liability Litigation, Phoenix, Arizona, March 21-22, 2002.

"Networking on the Internet - Sharing Information While Maintaining Confidentially and Work Product Privileges," ATLA 2001 Annual Convention, July 14-18, 2001.

"Recreational Helmets - Bicycle and Football: Design Defects Producing Head and Neck Injuries," ATLA 2001 Annual Convention, July 14-18, 2001.

"Work Product," AIEG Spring Seminar, Denver, Colorado, March 30-April 1, 2001.

"Recreational Helmets—Design Defects Producing Head and Neck Injuries," Texas Trial Lawyers Association, Products Liability Seminar, February 2001.

"Crashworthiness: Identifying and Pursuing Safety Issues in Litigation," AzTLA, Learned Luncheon Series, March 13, 2000.

"Competing Tort Law Forums: Courts vs. Legislature," ABA Section of Litigation, Products Liability Committee, Mid-year Meeting, February 3, 2000.

"From Classroom To Courtroom: Trial Techniques For the New Lawyer," ATLA sponsored seminar at Arizona State University College of Law, October 1999.

"Proof of Seat Belt Usage" and "Proof of Other Similar Incidents," AIEG Auto Focus Seminar, Scottsdale, Arizona, September 1999.

"Introduction to Crashworthiness," ATLA, AIEG Presentation at Annual ATLA Convention, July 1999.

"Trying The Airbag Case in 1999," ABA Emerging Issues in Motor Vehicle Product Liability Litigation, April 1999.

"Expert Selection/Cost Management," AzTLA Products Liability Seminar, 1998.

"Factual and Technical Discovery," AzTLA Products Liability Seminar, 1998.

"Ethics for Trial Lawyers: Where do Ethics Begin and End? What About Full Disclosure?," AzTLA Ethics for Personal Injury Lawyers, 1998.

"Seat Back and Rollover Accidents and Vehicle Defects," AIEG Spring Convention, 1998.

"Airbag Induced Injuries," ABA Spring Auto Focus Seminar, 1998.

"Air Bag Safety Issues and Frontal Crash Protection," ATLA Annual Convention, 1997.

"Use of Demonstrative Evidence," Trial, Tactics, Tips & Techniques, Pennsylvania Bar Institute, 1997.

"Hazardous Bedding for Children: Who Is Responsible?," Western Chronicle, S 1997.

"Rollover Accidents: Why Motor Vehicles Rollover and Why Motorists Suffer Catastrophic Injury in Rollover," Products Liability Section Newsletter, Vol. II, No. 1, Winter 1997.

"What Has *Daubert* Done to Us? — Or 'Where Has All the Evidence Gone?'," Andrews Automotive Litigation Reporter, August 5, 1997.

"The Risks and Benefits of Air Bag Systems: Are They Needlessly Killing and Injuring Motorists?," SAE International Congress and Exposition, 1997.

"Plaintiff's Perspective of Ethics and The Trial Attorney," AzTLA 1997.

"Auto Focus 1996," Chair - Attorneys Information and Exchange Group, October 1996.

"Automotive Litigation 1996: Defect, Discovery, Decision," Andrews Automotive Litigation Conference, September 1996.

"Investigation and Preparation of a Seatbelt Defect Case," ATLA Jazzfest Seminar, May 1996.

"Latest Trends in Motor Vehicle Design/Crashworthiness Litigation," AIEG Spring Seminar, May 1996.

"Seat Belt Performance in a Rollover Accident and Roof Crush," ABA Emerging Issues in Motor Vehicle Product Liability Litigation, March 1996.

"Proving and Disproving Enhanced Injury," Western Trial Lawyers Association - Auto Crashworthiness Seminar, October 1995.

"Roll the Dice with the Stars of Trial Advocacy," New Mexico Trial Lawyers Association, Las Vegas, Nevada, June 1995.

"Should Vehicle Manufacturers be Immune from Liability Because of Their Compliance with Federal Motor Vehicle Safety Standards? The Preemption Saga Revisited," ABA Emerging Issues in Motor Vehicle Product Liability Litigation, March 1995.

"Theme Development—Initial Presentation and Follow-up through trial," AIEG Spring Seminar, March 1995.

"Litigation Forecast: What the Future Holds for Your Firm," Legal World Seminar's Trans-Panama Canal Air/Sea Cruise, November 1994.

AIEG Auto Focus Automotive Products Liability Seminar, Tempe, Arizona, October 1994.

"Crashworthiness and Proof of Cause: Mechanisms of Injury," Annual Jazzfest Seminar: Crashworthiness and Other Products Liability Issues in Vehicle Litigation, New Orleans, LA, April 1994.

"Crashworthiness," Pennsylvania Bar Institute (PBI), Pennsylvania, April 1994.

"Frontal Crashworthiness and Roll Over Accidents," MTLA Products Liability Seminar, Jackson, Mississippi, March 1994.

"Child Car Seat Safety: Improper Restraint—Design Parameters and Instructional Liability Issues: (1) History of Child Restraints, and (2) Techniques to Enhance Recovery in Catastrophic Head Injury Cases," 1994 National Conference On Products Liability Law, Chicago, Illinois, March 1994.

"My Airbag Hurt Me—Injuries from Airbag Deployment," Emerging Issues in Motor Vehicle Product Liability Litigation, Phoenix, Arizona March 1994.

"Products Liability Update," Super Seminar on Personal Injury, Products Liability and Medical Negligence, National College of Advocacy, Tucson, Arizona, February 1994.

"Motor Vehicle Crashworthiness Frontal Collision Safety Issues," AIEG Auto Focus, Automotive Products Liability Seminar, Scottsdale, Arizona, October 1993.

"Litigation Issues Related to German Manufacturers," AIEG Adult Toys VI Seminar, Atlanta, Georgia, May 1993.

"Restraint System Litigation: Seat Belts, Air Bags, Seatback and Other Interior Design Product Defects," Arizona Trial Lawyers of America Automobile Crash Litigation Seminar, Phoenix, Arizona, April 1993.

"Legal and Factual Issues in Passive Restraint Litigation," ABA Third Annual National Institute on Emerging Issues in Automotive Litigation, Phoenix, Arizona, April 1993.

"Crashworthiness/Seat Belt Litigation," Kentucky Academy of Trial Attorneys Collision Dynamics Seminar, Louisville, Kentucky, March 1993.

"Litigation Issues Related to Passive Seat Belt Design Claims," ATLA Winter Convention - Litigation At Sunrise, Acapulco, Mexico, January 1993.

"Combating the Paper Explosion: Effective Document Control," ATLA Winter Convention, Acapulco, Mexico, January 1993.

"Pre-Trial Discovery Issues: Document Production By Compilation In A Reading Room," AIEG Rear Seat Lap Belts, Atlanta, Georgia, January 1993.

"Issues Of Federal Preemption In Automotive Litigation," for AIEG/Auto Focus 1992 Seminar, California, September 1992.

"Automobile Passenger Restraints Which Don't," ATLA Annual Convention, Washington, D.C., July 1992.

"Recreational Helmets—Design Defects Producing Head And Neck Injuries" and "Litigation Issues Related To Passive Seat Belt Design Claims," AIEG Adult/Toy Seminar, Dallas, Texas, April 1992.

"Emerging Issues In Automobile Product Liability Litigation," American Bar Association Seminar, Phoenix, Arizona, April 1992.

"Restraint System Litigation: Seat Belts, Air Bags, Seat Back And Other Interior Design Product Defects," Arizona Trial Lawyers Association Seminar on Automotive Crash Litigation, February 1992.

"Identifying The Crashworthiness Case," Pennsylvania Bar Institute Seminar, Pittsburgh, Pennsylvania, December 1991 and Philadelphia, Pennsylvania, January 1992.

"Design Defects In Safety Equipment: Air Bags, Passenger Restraint Systems and Child Seat," ATLA Seminar, Washington, D.C., October 1991.

"Handling The Seat Belt Case," ATLA Convention, Toronto, Canada, July 1991.

"Litigation Issues In Automobile Rear Seat Lap Belt Cases," Pennsylvania Trial Lawyers Association Annual Convention, Pittsburgh, Pennsylvania, July 1991.

"Handling the Seat Belt Case," ATLA Annual Convention, Toronto, Canada, July 1991.

"Crashworthiness and Vehicle Defects," 1991 Kentucky Bar Association Annual Convention, Louisville, Kentucky, June 1991.

"Use of Occupant Kinematics Simulation at Trial" and "Occupant Restraint and Protection/Automobile Product Liability Litigation," AIEG Adult Toys Seminar, Denver, Colorado, April 1991.

"Survey of Pertinent Passenger Restraint Regulations and Their Impact on Automobile Product Liability Litigation," ABA National Institute Seminar, Phoenix, Arizona, March 1991.

"Occupant Kinematics And Injury Mechanism In Motor Vehicle Crashes," Attorneys Information Exchange Group - Auto Focus '90 Seminar, September 1990.

"War Games: Or How To Prepare For And Depose Expert Witnesses In Seat Belt Defense Cases," ATLA Second Annual Workhorse Seminar, September 1990.

"Side Impact/Crashworthiness," Auto Focus 1989, Automotive Product Liability Seminar, AIEG CLE Program for 1989.

"Seat Belts That Kill And Maim And Shouldn't: Problems and Solutions." ATLA Workhorse Seminar, Chicago, September 1989.

"Seat Belt Safety: NHTSA Oversight," Testimony Before the U.S. House of Representatives Gov't Activities and Transportation Subcommittee, June 23, 1988.

[The Dangers of Rear Seat Lap Belts.]"Products Liability," Pennsylvania Bar Institute, 1988.

"Automotive Design Seminar," Pennsylvania Bar Institute, 1988.

"Passive Restraint Litigation," The American Trial Association, AIEG Seminar, October 1985.

"Initial Case Work-Up: Plaintiff," The Philadelphia Bar Association, Personal Injury Practice Seminar, April 25, 1984.

"Discovery," Pennsylvania Trial Lawyers Association Products Liability Seminar, February 25, 1984.

"Discovery And Use Of Experts In Products Cases," Pennsylvania Trial Lawyers Association Annual Convention, 1983.

**Teaching Activities**

Arizona State University Sandra Day O'Connor College of Law, guest speaker "Analysis and Trial of a Products Liability Case", November 2015

Arizona State University Sandra Day O'Connor College of Law, guest speaker "Products Liability", 2008-2009.

Graduate course at the Engineering School of the University of Pennsylvania, entitled "Engineering In Litigation," 1989-90.