# EXHIBIT H

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>        Plaintiffs,<br><br>        v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>        Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**DECLARATION OF GARRETT D. BLANCHFIELD JR. IN SUPPORT OF CO-LEAD CLASS COUNSEL'S PETITION FOR AN AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF COSTS AND EXPENSES**

Garrett D. Blanchfield, Jr. declares as follows pursuant to 28 U.S.C. § 1746:

1.        I am a Partner of the law firm of Reinhardt Wendorf & Blanchfield.  I submit this declaration in support of Co-Lead Class Counsel's Petition for an Award of Attorney's Fees and Reimbursement of Costs and Expenses in connection with and for services rendered and expenses incurred for the common benefit of the Settlement Class in the above-captioned multidistrict litigation ("Action") from the inception of the litigation through July 15, 2016, as well as for the payment of expenses incurred therewith.  I have personal knowledge of the

matters set forth in this declaration and, if called upon, I could and would testify competently thereto.

2.     My firm attended the meeting of all Plaintiff's counsel on February 21-22, 2012 at the request of Co-Lead Counsel.  Following that meeting, Garrett Blanchfield, a partner at this firm, was appointed to the Third Party Discovery Issues Committee and the Privilege Committee.

3.     The schedule attached hereto as Exhibit 1 is a detailed summary indicating the amount of common benefit time spent by the attorneys and professional support staff of my firm who were involved in this Action, and the lodestar calculation for those individuals based on my firm's current billing rates.  For personnel who are no longer employed by my firm, the lodestar calculation is based on the billing rates of such personnel in their final year of employment by my firm.  The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm.  Time expended in preparing this application for attorney's fees and expenses has been excluded.

4.     The hourly rates for the attorneys and professional support staff of my firm included in Exhibit 1 are the same as the regular rates charged for their services in other contingent matters and have been accepted by other federal courts in other class action cases prosecuted by my firm.

5.     The total number of hours expended on the common benefit of this Action by my firm during the time period is 23.10 hours.  The total lodestar for my firm for those ours is $14,899.50, consisting of $14,899.50 for attorneys' time and $0 for professional support staff time.

6.      My firm's lodestar figures are based solely upon my firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

7.      As detailed in Exhibit 2 hereto, my firm is seeking reimbursement of a total of $1,480.57 in common benefit expenses incurred in connection with the prosecution of this Action. These expenses are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records, and other source material, and are an accurate record of the expenses incurred.

8.      With respect to the standing of my firm to share in an award of fees, costs, and expenses, attached hereto as Exhibit 3 is a biography of my firm, including the attorneys in my firm who were principally involved in this Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 28, 2016, at St. Paul, MN.

Garrett D. Blanchfield, Jr.

4838-3930-6047, v. 1

3

# EXHIBIT 1

**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**

**No. 12-md-2323-AB**

**REINHARDT WENDORF & BLANCHFIELD**

**LODESTAR REPORT**

**Inception through July 15, 2016**

| NAME | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|
| **PARTNERS:** | | | |
| **Blanchfield, Garrett** | 23.10 | 645.00 | $14,899.50 |
| | | | |
| **ASSOCIATES:** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **STAFF ATTORNEYS:** | | | |
| | | | |
| | | | |
| **CONTRACT ATTORNEYS:** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **PARALEGALS:** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS:** | 23. 10 | | $14,899.50 |

# EXHIBIT 2

# IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION

## No. 12-md-2323-AB

## REINHARDT WENDORF & BLANCHFIELD

## COST AND EXPENSE REPORT

### Inception through July 15, 2016

| NUMBER | CATEGORY | AMOUNT |
|---|---|---|
| 1 | Assessments | |
| 2 | Commercial Copies | |
| 3 | Computerized Research | |
| 4 | Court Reporters/Transcripts | |
| 5 | Expert Services | |
| 6 | Facsimile | |
| 7 | Filing & Service Fees | |
| 8 | In-House Copies | |
| 9 | Long Distance Telephone | |
| 10 | Postage/Express Delivery | |
| 11 | Travel/Meals/Lodging | 1480.57 |
| 12 | Miscellaneous | |
| **TOTAL EXPENSES** | | 1480.57 |

# EXHIBIT 3

# Reinhardt, Wendorf & Blanchfield

## Attorneys at Law

**E-1250 FIRST NATIONAL BANK BUILDING**
**332 MINNESOTA STREET**
**SAINT PAUL, MINNESOTA 55101**

# FIRM PROFILE

The law firm of Reinhardt Wendorf & Blanchfield was founded in March, 2003 by Mark Reinhardt, Mark Wendorf and Garrett Blanchfield, and is the successor firm of Reinhardt & Anderson, a nationally known class action firm. The firm focuses its practice on representing plaintiffs in class action litigation. The philosophy of the firm encompasses the values of hard work, ingenuity, integrity, pride in a quality product and successful result.

Reinhardt Wendorf & Blanchfield zealously represents plaintiff classes in actions involving violations of state and federal antitrust, securities, consumer protection and racketeering laws. Our attorneys have successfully confronted some of the world's biggest corporations, challenged their questionable practices and recovered billions of dollars in the cases in which we have been involved. The firm's reputation for excellence has been recognized in courtrooms across America.

## ANTITRUST LITIGATION

Reinhardt Wendorf & Blanchfield is committed to vigorously prosecuting price fixing and anti-competitive, unlawful business practices on behalf of its clients. The firm's antitrust attorneys have the experience and the economic and legal background necessary to help consumers and businesses injured by anti-competitive conduct. Our attorneys have successfully litigated major antitrust cases in state and federal courts throughout the United States at both the

1

trial court and appellate levels.   Some of the antitrust cases in which the firm has played a significant role are:

**In re Aftermarket Filters Antitrust Litigation**, *Court File No. 08-cv-4883 (N. D. Ill.).* Reinhardt Wendorf & Blanchfield is class counsel and participated in significant document review in this antitrust case alleging a conspiracy to fix the prices and allocate customers for aftermarket air, oil, fuel and transmission filters in violation of §1 of the Sherman Act. Counsel recovered $18,000,000 on behalf of the plaintiff class.

**In Re: ACTOS End-Payor Antitrust Litigation,** *Court File No. 13-cv-09244 (SDNY).* Reinhardt Wendorf & Blanchfield is class counsel in the antitrust case alleging defendants engaged in an anticompetitive scheme to allocate and unreasonably delay competition in the market for the prescription drugs ACTOS and ACTOS*plus*.

**In Re: Aggrenox Antitrust Litigation**, *Court File No. 14-md-2516-SRU (D. Conn.).* Reinhardt Wendorf & Blanchfield is class counsel in this antitrust case alleging defendants participated in an anti-competitive scheme to delay generic competition for Aggrenox, including a "pay-for-delay" settlement to delay entry of a generic version of the drug.

**In re Air Cargo Shipping Services Antitrust Litigation,** *Court File No. 06-md-01775-JG-VVP (EDNY).*   Reinhardt Wendorf & Blanchfield is class counsel and participated in document review in this class action alleging antitrust violations in the air cargo shipping services market.   More than $848 million has been recovered on behalf of the plaintiff class.

**In Re:   Aluminum Warehousing Antitrust Litigation,** *Court File No. 13-md-2841 (SDNY).*  The firm is class counsel in this antitrust case alleging a conspiracy to increase aluminum stockpiles and load-out delays in order to inflate the Platts Midwest Premium, a key component of aluminum contracts, and thereby drive up aluminum prices.

**In re American Express Anti-Steering Rules Antitrust Litigation (II)** *Court File No. 11-MD-02221(EDNY).*  Reinhardt Wendorf & Blanchfield was co-lead counsel and is a member of the Executive Committee in this massive merchant antitrust case alleging claims of monopolization.

**In re American Express Consolidated Merchants Litigation,** *Court File No. 04-CV-00366 (SDNY).*   Reinhardt Wendorf & Blanchfield is co-lead counsel in this massive merchants antitrust tying case claims.  This case was heard in the United States Supreme Court *sub nom*, American Express Company, et al. v. Italian Colors Restaurant, et al., *133 S Ct. 2304 (June 20, 2013).*

**In re Aspartame Antitrust Litigation**, *Court File No. 06-1732-LDD (E. D. Pa)*. Reinhardt Wendorf & Blanchfield was class counsel in this antitrust case alleging price fixing in the sweeteners industry.

**In re ATM Fee Antitrust Litigation,** *Court File No. 04-cv-02676-CRB (N. D. Calif.)*. Reinhardt Wendorf & Blanchfield is class counsel and participated in significant discovery in this antitrust case relating to bank fees for ATM card usage.

**In Re: Automotive Parts Antitrust Litigation,** *Court File No. 12-md-02311 (E.D. Mich.)* Reinhardt Wendorf & Blanchfield serves as class counsel in this massive antitrust case alleging defendants engaged in a decade-long conspiracy to unlawfully fix and artificially raise the price of many automotive parts resulting in increased prices to both automotive manufacturers and consumers.

**In re Blood Reagents Antitrust Litigation,** *Court File No. 09-md-2081(E. D. Pa.)* Reinhardt Wendorf & Blanchfield serves as class counsel in this class action alleging a conspiracy to artificially fix, raise and/or stabilize the price of Blood Reagents in the United States.

**In Re: Blue Cross Blue Shield Antitrust Litigation,** *Court File No. 13-cv-20000 (N.D. Ala.)*.  Reinhardt Wendorf & Blanchfield represents a class of subscribers alleging defendants engaged in a conspiracy to allocate markets in order to establish and maintain monopoly power throughout the regions in which they operate in violation of the Sherman Act.

**Boland v. Consolidated Multiple Listing Service, Inc. et al.,** *Court File No. 09-cv-1974-SB, District of South Carolina.*  Reinhardt Wendorf & Blanchfield serves as class counsel in this case alleging unlawful restraint of competition among real estate brokerages in violation of federal antitrust laws.

**In re: Brand Name Prescription Drugs Antitrust Litigation,** *Court File No. 94-C-897, Northern District of Illinois.*  The firm performed substantial work including serving as a member of the trial team, representing the class in this prescription drug antitrust price fixing case that recovered over $700 million in settlements on behalf of the plaintiff class.

**In re Bromine Antitrust Litigation,** *Court File No. IP 99-9310-C-B/S, Southern District of Indiana.* Mark Reinhardt served as lead counsel in this multi-district antitrust class action alleging a nationwide conspiracy to fix the prices of certain bromine products. The plaintiff class recovered nearly $10,000,000 in cash and product vouchers.

**Chicago Ingredients, Inc. v. Archer Daniels and Midland Company, Inc., Ajinomoto U.S.A., Inc., Ajinomoto Co., Inc., Chiel Foods and Chemicals, Inc., Miwon Co, Ltd., Takeda Chemical Industries, Ltd., Takeda U.S.A., Inc., and Tong Hai Fermentation Industrial Corp.,** *Master File No. CV-00-0384, District of Minnesota.* Reinhardt Wendorf & Blanchfield was class counsel in this multi-district antitrust class action.

**In re Carbon Black Antitrust Litigation**, MDL Docket No. 1543.  The firm served as class counsel in this national antitrust class action alleging violations of federal antitrust laws.

**In re: Carbon Dioxide Industry Antitrust Litigation**, *Court File No. MDL 940, Middle District of Florida*) Our attorneys and paralegals performed substantial work representing the class in this antitrust case alleging that the major manufacturers of bulk liquid carbon dioxide engaged in a horizontal agreement to fix prices.  The plaintiff class recovered $53 million in settlements along with significant therapeutic relief.

**In Re: Cathode Ray Tube (CRT) Antitrust Litigation**, *Master File No. 3:07-cv-05944-SC, MDL No. 1917, Northern District of California.*  Reinhardt Wendorf & Blanchfield is class counsel in this antitrust case alleging a national conspiracy to fix the price of, cathode-ray tubes ("CRTs") and products containing CRTs.  Over $149,000,000 in settlements was obtained on behalf of the plaintiff class.

**CC1 Limited Partnership, et al v. Horizon Lines, Inc., et al,** *Court File No. 08-cv-01467-DRD, U.S. District Court, District of Puerto Rico.*  Reinhardt Wendorf & Blanchfield is class counsel in this antitrust case alleging a conspiracy to suppress and eliminate competition in the market for coastal water freight transportation services between the United States and Puerto Rico.  Class counsel negotiated $52,250,000 in settlements on behalf of the plaintiff class.

**In re Chocolate Confectionary Antitrust Litigation,** *Court File No. MDL 1935, Middle District of Pennsylvania.*  Reinhardt Wendorf & Blanchfield is class counsel in this antitrust case alleging a conspiracy to fix the prices of chocolate in the worldwide chocolate market.

**In re Cigarette Antitrust Litigation,** *Court File No.1:00-CV-0447-JOF, Northern District of Georgia.* Reinhardt Wendorf & Blanchfield served on the expert witness committee in this nationwide antitrust case against the major manufacturers of cigarettes.

**In re Commercial Tissue Products Antitrust Litigation,** *MDL No. 1189, U.S. District Court, District of Florida.*  The firm was on the executive committee and participated in extensive discovery in this national antitrust case alleging price fixing in the paper products industry.  The plaintiff class recovered in excess of $40,000,000 in settlements.

**Kirk Dahl et al., v. Bain Capital Partners LLC, et al.,** *Court File No. 07-cv-12388, District of Massachusetts.*  Reinhardt Wendorf & Blanchfield is class counsel in this antitrust case alleging a conspiracy among some of the world's largest private equity firms to not compete when bidding on large leveraged buy-outs.  The plaintiff class recovered in excess of $590 million in settlements.

**In re Delta/Airtran Baggage Fee Antitrust Litigation,** *Court File No. 09-md-2089, Northern District of Georgia.*  Reinhardt Wendorf & Blanchfield serves as class counsel

in this class action alleging violations of the federal antitrust laws related to the baggage fees charged by airlines.

**In Re:  Domestic Air Transportation Antitrust Litig.,** *MDL File No. 861, Northern District of Georgia.* The firm served as class counsel in this class action alleging violations of federal antitrust laws related to airfare pricing.   Counsel negotiated settlements totaling $458,000,000 on behalf of the plaintiff class.

**In re:  Domestic Drywall Antitrust Litigation,** *Court File No. 13-md-2437-MMB, Eastern District of Pennsylvania.* Reinhardt Wendorf & Blanchfield is class counsel in this antitrust case alleging manufacturers conspired to fix, raise, stabilize and maintain the prices of gypsum board in violation of Federal Antitrust laws.

**In re DRAM Antitrust Litigation,** *Court File No. MDL 1486, Central District of California.* Reinhardt Wendorf & Blanchfield served as class counsel and participated in extensive discovery in this antitrust case alleging a national conspiracy to fix the price of D-RAM, a type of computer chip.   Counsel negotiated settlements in the amount of $325,997,000 on behalf of the plaintiff class.

**Matthew Edwards v. National Milk Producers Federation et. al.,** *11-cv-4766-JSW, Northern District of California.* Reinhardt Wendorf & Blanchfield represents one of the named plaintiffs in this antitrust case alleging a conspiracy to limit the production of raw farm milk in violation of Federal Antitrust laws.

**In re: European Rail Pass Antitrust Litigation,** *Civil File No. 00-Civ.691-1(WCC), Southern District of New York.* Reinhardt Wendorf & Blanchfield served as lead counsel in this antitrust class action alleging price fixing of the commission paid to travel agents selling passes for European rail travel.  The plaintiff class recovered $375,000 in cash and $888,000 in rail passes from two defendants who, in the wake of downturns in the travel industry, faced serious financial difficulties and potential bankruptcy.

**Expressions Hair Design v. Schneiderman,** *Court File No. 13-cv-3775-JSR (SDNY).* Reinhardt Wendorf & Blanchfield is class counsel in this case alleging the New York no-surcharge law, N.Y. Gen. Bus. Law § 518, violates the First Amendment to the U.S. Constitution, is unconstitutionally vague, and is preempted by federal antitrust law.

**In re Fasteners Antitrust Litigation,** *Court File No. MDL 1912, Eastern District of Pennsylvania.* Reinhardt Wendorf & Blanchfield was class counsel in this antitrust case alleging a national conspiracy to fix the price of fasteners, zippers, snaps, hooks & eyes, rivets, eyelets and similar fastening devices. Counsel recovered $17,550,000 in settlements for the plaintiff class.

**In re Flash Memory Antitrust Litigation,** *Master File No. 07-0086 SBA, MDL 1852, Northern District of California.* Reinhardt Wendorf & Blanchfield was class counsel in this indirect purchaser antitrust class action alleging a national conspiracy to fix the price of flash memory chips which were used in a variety of applications, including, memory

cards, USB storage devices, digital audio devices, mobile wireless technology, game consoles and personal computers.

**In re Flat Glass Antitrust Litigation (II)**, *Court File No. MDL No. 1942*, Reinhardt Wendorf & Blanchfield was class counsel and worked extensively with the economic experts in this antitrust case alleging a national conspiracy to fix the prices of Construction Flat Glass.  Over $22.3 million in settlements was recovered on behalf of the plaintiff class.

**In re Flat Glass Antitrust Litigation**, *MDL 1200, Western District of Pennsylvania.* Reinhardt Wendorf & Blanchfield was on the executive committee of this antitrust case alleging a horizontal price fixing conspiracy. Class counsel recovered $61.7 million in settlements on behalf of the class.

**Fond du Lac Bumper Exchange, Inc., et al. v. Jui Li Enterprise Co., et al,** *Court File No. 09-cv-00852 (E.D. Wis.)*  The firm serves as class counsel in this national class action alleging a conspiracy to fix the price of aftermarket auto sheet metal parts in violation of Federal antitrust laws.

**In re Graphics Processing Units Antitrust Litigation**, *Court File No. 07-cv-01826-WHA, (N. D. Cal.).* Reinhardt Wendorf & Blanchfield was class counsel in this indirect purchaser class action alleging violation of federal antitrust laws related to Graphics Processing Units and Cards.

**In re High Fructose Corn Syrup Antitrust Litigation**, *Master File No. 95-1477, MDL No. 1087, District of Illinois.* Reinhardt Wendorf & Blanchfield was class counsel and participated in extensive discovery in this national antitrust case alleging horizontal price fixing by the major manufacturers of high fructose corn syrup.   $431,000,000 in settlement were recovered on behalf of the plaintiff class.

**In re High Pressure Laminates**, *Court File No. 00-MD-1368 (CLB), Southern District of New York.* Reinhardt Wendorf & Blanchfield was class counsel in this antitrust case alleging price fixing in the high pressure laminate industry.  The plaintiff class recovered $9.5 million in settlements.

**In re Hydrogen Peroxide Antitrust Litigation** *Court File No. 05-1339, MDL 1682, Eastern District of Pennsylvania.*  Reinhardt Wendorf & Blanchfield was class counsel in this antitrust case alleging price fixing in the manufacture and sale of Hydrogen Peroxide and its downstream products sodium perborate & sodium per carbonate.   Counsel obtained over $87.3 million in settlements from four defendants on behalf of the plaintiff class.

**In re: Industrial Silicon Antitrust Litigation**, *Civil File No. 95-2104, Western District of Pennsylvania.* The firm served as co-lead and trial counsel in this antitrust price fixing case that recovered $22.5 million in settlements from six defendants on behalf of the plaintiff class.

**In re International Air Transportation Surcharge Antitrust Litigation**, *Court File No. 06-cv-01793-CRB, Northern District of California*. Reinhardt Wendorf & Blanchfield was class counsel in this class action alleging antitrust violations related to fuel surcharges in the air transportation industry. Counsel obtained $59,007,273 in settlements on behalf the class of U.S. Ticket purchasers and £48,339,176 on behalf U.K. ticket purchasers.

**In re K-Dur Antitrust Litigation,** *Civil File No. 01-1652 (JAG), District of New Jersey.* Reinhardt Wendorf & Blanchfield was class counsel and participated in discovery in this antitrust market allocation class action alleging unlawful agreements between Schering-Plough Corporation, Upsher-Smith Laboratories and American Home Products Corporation related to extended-release potassium chloride tablets and capsules.

**Kleen Products, LLC, et al v. Packaging Corporation of America, et al.,** *Court File No. 10-cv-5711, Northern District of Illinois* Reinhardt Wendorf & Blanchfield serves as class counsel participating in extensive discovery projects in this pending class action alleging violation of federal antitrust laws.

**In Re: Lidoderm Antitrust Litigation,** *Court File No. 14-md-02521 (N.D. Cal.).* The firm is class counsel in this class action alleging defendants engaged in an anticompetitive scheme to delay availability of a generic version of the lidocaine patch Lidoderm.

**In re Linen Services Antitrust Litigation,** *Court File No. 03-cv-7823-GEL, Southern District of New York.* Reinhardt Wendorf & Blanchfield was class counsel in this antitrust case alleging price fixing in the linen services industry. Counsel negotiated settlements in the amount of $6.3 million in cash and $2.9 million in vouchers on behalf of the plaintiff class.

**In re Linerboard Antitrust Litigation,** *Court File No. 99-CV-2549, Eastern District of Pennsylvania.* Reinhardt Wendorf & Blanchfield served on the expert witness committee and participated in extensive discovery in this antitrust class action alleging the manufacturers of corrugated linerboard conspired to fix prices on a nationwide level. The Plaintiff class recovered over $200 million in settlements.

**In Re: Lithium Ion Batteries Antitrust Litigation,** *Court File No. 13-md-02420-YGR (N.D. Cal.).* The firm is class counsel in this antitrust class action alleging the Manufacturers of Lithium Ion Batteries engaged in a conspiracy to unlawfully fix and artificially raise the prices of Lithium Ion Rechargeable Batteries in violation of federal antitrust laws.

**Marcus Corporation v. American Express,** *Court File No. 04-05432, Southern District of New York.* Reinhardt Wendorf & Blanchfield is co-lead counsel in this pending anti-trust case challenging the tying of credit cards to charge cards.

**McDonough, et al v. Toys "R" Us, Inc., et al**, *Court File No. 06-cv-0242-AB, Eastern District of Pennsylvania.* The firm is class counsel and participated in substantial discovery in this pending class action alleging antitrust violations in the baby products market. Settlements totaling $35.5 have been obtained on behalf of the plaintiff class.

**In Re: Medical X-Ray Film Antitrust Litigation**, *Court File No. CV-93-5904 (CPS), Eastern District of New York.* The firm was on the executive committee in this national class action alleging price fixing in the medical x-ray film industry. The Plaintiff class recovered $39,360,000 in settlements.

**In re Milk Products Antitrust Litigation**, *Master File No. 3-96-458, District of Minnesota.* The firm was on the steering committee of this Minnesota antitrust case alleging a regional conspiracy to fix the price of milk.

**In re Monosodium Glutamate Antitrust Litigation**, *Master File No.00-1328 PAM/JGL, District of Minnesota.* Reinhardt Wendorf & Blanchfield participated in extensive document review in the antitrust case against the producers of MSG. The plaintiff class recovered $123,400,000 in settlements.

**In re NASDAQ Market Makers Antitrust Litigation**, *Court File No. 94 Civ. 3996 RWS, Southern District of New York.* The firm performed substantial work representing the class in this case alleging market manipulation by the market makers in the National Association of Securities Dealers. Over $1 billion in settlements was recovered on behalf of the plaintiff class.

**In re NCAA Student-Athlete Name and Likeness Licensing Litigation**, *Court File No. 09-cv-1967, Northern District of California.* Reinhardt Wendorf & Blanchfield serves as class counsel and represents one of the named plaintiffs in this class action alleging *per se* violations of federal antitrust laws by engaging in a price-fixing conspiracy and a group boycott/refusal to deal that has unlawfully foreclosed class members from receiving compensation in connection with commercial exploitation of their images following their conclusion of intercollegiate athletic competition. A $40 million settlement was reached with two of the defendants. A trial against the remaining defendant resulted in the Court finding that the NCAA's rules prohibiting compensation for likeness use was an antitrust violation and issued a permanent injunction against those rules.

**In Re: National Football League's "Sunday Ticket" Antitrust Litigation**, *MDL No. 2668 (C.D. Cal.).* The Firm is class counsel in this case filed on behalf of bars and restaurants alleging defendants colluded to charge supra-competitive prices for out of market NFL games via DirecTV's NFL Sunday Ticket package.

**In Re: Niaspan Antitrust Litigation**, *Court File No. 13-md-2460 (E.D. Penn.).* Reinhardt Wendorf & Blanchfield is class counsel in this antitrust case alleging defendants engaged in a multifaceted anticompetitive scheme to exclude competition by

8

preventing, suppressing and delaying entry of generic versions from the market for the prescription drug Niaspan.

**In re Online DVD Rental Antitrust Litigation**, *Court File No. 09-md-2029, Northern District of California.* Reinhardt Wendorf & Blanchfield serves as class counsel and has participated in extensive discovery in this class action alleging monopolization and illegal restraint of trade in the on-line DVD rental market. Class counsel has negotiated a settlement of $27,250,000 from one of the defendants. Litigation continues against the remaining defendant.

**In re Optical Disk Drive Products Antitrust Litigation**, *Court File No. 10-md-2143, Northern District of California.* Reinhardt Wendorf & Blanchfield served as class counsel in this class action alleging violation of federal antitrust laws in the optical disk drive market. Counsel negotiated settlement totaling $37,750,000 on behalf of the plaintiff class.

**In re OSB Antitrust Litigation**, *Master File No. 06-CV-00826 (PSD), Eastern District of Pennsylvania.* Reinhardt Wendorf & Blanchfield was class counsel in this antitrust case alleging a conspiracy to fix the price of OSB board. RWB worked with the experts, participated in extensive discovery and was in charge of the discovery efforts against one of the defendants. The plaintiff class recovered over $120,000,000 in settlements.

**In Re: Packaged Ice Antitrust Litigation**, *Court File No. MDL 1952.* Reinhardt Wendorf & Blanchfield is class counsel and represented one of the named plaintiffs in this antitrust case alleging a national conspiracy to fix the price of packaged ice. The defendants in this case declared bankruptcy, however, counsel was able to negotiate a settlement of $700,000 with Reddy Ice.

**In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation**, *MDL 05-1720 (JG)(JO), Eastern District of New York.* RWB is co-lead counsel of a subset of allegations against Visa and MasterCard and is participating in extensive discovery in this massive anti-trust case against the issuers of credit cards. Counsel recovered in excess of $6 billion in settlement on behalf of the plaintiff class.

**Performance Labs, Inc., et al. v. American Express Co., et al.,** *Case No. 06-cv-2974 (SWK), Southern District of New York.* Reinhardt Wendorf & Blanchfield is co-lead counsel in this case alleging that the restrictions placed on merchants by American Express are antitrust violations.

**In re Photochromic Lens Antitrust Litigation**, *Court File No. 10-md-2173, Middle District of Florida.* Reinhardt Wendorf & Blanchfield serves as class counsel in this class action alleging violation of federal antitrust laws.

**In re Plastic Cutlery Antitrust Litigation,** *Master File No. 96-728, Eastern District of Pennsylvania.* The firm was co-lead counsel in this national antitrust case alleging the

major manufacturers of plastic cutlery engaged in a horizontal agreement to fix prices. The Plaintiff class recovered over $1.1 million in settlements.

**In Re: Plastic Tableware Antitrust Litigation,** *Master File No. 94-CV-3564 (United States District Court, Eastern District of Pennsylvania)* The firm was co-lead counsel in this national antitrust case alleging the major manufacturers of injection molded plasticware engaged in a horizontal agreement to fix prices. Plaintiff class recovered $9 million in settlements.

**In re Polypropylene Carpet Antitrust Litigation,** *Master File No. 4:95-CV-193-HLM, MDL Docket No. 1075 (N. D. GA).* The firm was on the executive committee and participated in extensive discovery in this national antitrust case alleging price fixing of polypropylene carpet. The plaintiff class recovered over $7 million in settlements.

**In re Polyurethane Foam Antitrust Litigation,** *Court File No. 10-md-2196 (JZ), Northern District of Ohio.* Reinhardt Wendorf & Blanchfield serves as class counsel in this antitrust class action alleging violation of federal antitrust laws. The plaintiff class recovered over $275,500,000 in settlements.

**In re Pool Product Distribution Market Antitrust Litigation,** *Court File No. 12-md-02328-SSV, (E.D. La)* The firm serves as class counsel in this national antitrust class alleging the Defendants entered into agreements and attempted to monopolize the market for Pool Products in violation of antitrust laws. Counsel negotiated settlements totaling $15,950,000 on behalf of class plaintiffs.

**In re: Potash Antitrust Litigation,** *Court File No. 3-93-197, District of Minnesota.* The firm served a co-lead counsel in this national antitrust class action alleging the major producers of potash conspired to artificially inflate prices.

**In re Pressure Sensitive Labelstock Antitrust Litigation,** Court File No. 03-MDL-1556 (M. D. Pa.). Reinhardt Wendorf & Blanchfield was class counsel and participated discovery in this antitrust case alleging price fixing in the pressure sensitive label industry. Settlements of $46.5 million have been recovered on behalf of the plaintiff class.

**In re Publication Paper Litigation,** *Court File No. 3:04-MD-1631, District of Connecticut.* Reinhardt Wendorf & Blanchfield is class counsel in this nationwide antitrust case alleging price fixing of coated and uncoated magazine paper.

**In Re: Puerto Rican Cabotage Antitrust Litigation,** *Court File No. 08-md-1960 (D. PR).* Reinhardt Wendorf & Blanchfield was class counsel in this antitrust case alleging Jones Act shipping companies engaged in a conspiracy to fix prices for ocean shipping services between the United States and Puerto Rico.

**In re Refrigerant Compressors Antitrust Litigation,** *Court File No. 02-md-02042, Eastern District of Michigan.* Reinhardt Wendorf & Blanchfield serves as class counsel in this pending class action alleging a conspiracy to fix, raise, maintain and/or stabilize prices of, and allocate the worldwide market for, hermetically sealed refrigerant compressors. The plaintiff class recovered $48.4 million in settlements.

**In re Rubber Chemicals Antitrust Litigation,** *Court File No. 02-19278, Hennepin County District Court).* Reinhardt Wendorf & Blanchfield served on the discovery and expert witness committees in this indirect purchaser antitrust class action, and served as lead counsel for the Minnesota case. As lead counsel, Garrett Blanchfield obtained a unanimous reversal of defendants' motion to dismiss from the Minnesota Supreme Court. *Lorix v. Crompton Corp., et al,* 734 N.W.2d 619 (Minn. 2007). The plaintiff class recovered $3,798,225 in settlements.

**Seiver et al. v. Time Warner,** *Court File No. 03-CV-7747, Southern District of New York.* Reinhardt Wendorf & Blanchfield was co-lead counsel in this antitrust class action alleging Time Warner entered into illegal tying arrangements which required its subscribers to lease unwanted cable modems as part of their subscription fee for cable modem high-speed internet access.

**In re Static Random Access Memory (SRAM) Antitrust Litigation,** *Court File No. 07-cv-01819-CW, Northern District of California.* The firm was class counsel in this class action case alleging a national conspiracy to fix the price of SRAM, a type of computer chip. Over $76 million in settlements has been recovered on behalf of the plaintiff class.

**In Re: Steel Antitrust Litigation,** *Court File No. 08-cv-5214 (N.D. Ill.).* The firm is class counsel in this antitrust case alleging defendants engaged in a scheme to artificially restrict the supply of steel products in the United States, thereby allowing defendants to charge supra-competitive prices. Settlements in excess of $163,000,000 have been negotiated on behalf of the plaintiff class with three defendants remaining in the case.

**In Re: TFT-LCD (Flat Panel) Antitrust Litigation,** *Court File No. M: 07-1827 SI, MDL No. 1827, Northern District of California.* Reinhardt Wendorf & Blanchfield is class counsel and is participating in extensive discovery in this pending antitrust case alleging a national conspiracy to inflate and stabilize the prices of Thin-Film Transistor Liquid Crystal Displays. Almost $1.1 billion was recovered on behalf of the plaintiff class.

**In re Transpacific Passenger Air Transportation Antitrust Litigation,** *Court File No. 07-cv-5634, Northern District of California.* Reinhardt Wendorf & Blanchfield serves as class counsel in this class action alleging a long-running international conspiracy to fix the prices of trans-Pacific air passenger transportation and the fuel surcharges on this transportation. $39,502,000 has been recovered on behalf of the plaintiff class.

**In Re: Treasury Securities Auction Antitrust Litigation**, *MDL No. 2673 (SDNY)*.  The firm is class counsel in this class action alleging defendants engaged in a scheme to manipulate the market for U.S. Treasury bills, notes and bonds in violation of federal antitrust laws.

**Universal Delaware, Inc., d/b/a Gap Truck Stop v. ComData Corporation**, *Court File No. 07-cv-1078-JKG-HSP, Eastern District of Pennsylvania.* Reinhardt Wendorf & Blanchfield was class counsel and participated in discovery in this class action case alleging anti-competitive conduct related to transaction fees on Comdata Proprietary Card Transactions.  Defendants collectively agreed to pay $130,000,000 in cash settlements.

**In re Urethane Antitrust Litigation**, *Court File No. 04-1616, District of Kansas.* Reinhardt Wendorf & Blanchfield represents the class in this ongoing antitrust class action alleging price fixing in the sale of urethane and urethane chemicals. More than $1.144 billion was recovered on behalf of the plaintiff class.

**In Re: Vehicle Carrier Services Antitrust Litigation**, *Court File No. 13-cv-3306 (D. NJ).*  The firm is class counsel in this antitrust case alleging the providers of vehicle carrier services engaged in a multi-year conspiracy to fix, raise, maintain and/or stabilize prices, and allocate the market and customers in the United States.

**In re Vitamins Antitrust Litigation,** *Court File No. 99-197 (TFH), District of Columbia.*  Reinhardt Wendorf & Blanchfield was class counsel and participated in extensive discovery in this national antitrust case alleging price fixing in the bulk vitamins industry.  This case recovered over $1 billion in settlements from several of the defendants.

## SECURITIES CLASS ACTION LITIGATION

The attorneys of Reinhardt Wendorf & Blanchfield are well-known for their class action securities litigation practice. The firm has represented classes of shareholders throughout the country, recovering millions of dollars for defrauded shareholders. Reinhardt Wendorf & Blanchfield aggressively pursues these cases on behalf of shareholders and other victims injured by corporate fraud, misrepresentation, breaches of fiduciary duty, and other financial wrongdoings. Some of the securities cases in which the firm played a significant role are:

**In Re: ADC Telecommunications, Inc. Shareholder Litigation,** *Court File No. 27-cv-10-17053 (Henn. Cty. District Court).* Reinhardt Wendorf & Blanchfield was class counsel in this derivative case in which the Defendants agreed to make disclosures related to the acquisition.

**Bruce Bosshart et. al v. Manugistics Group, Inc.,** *File No. 98-CV-1504, District of Minnesota.* The firm served as co-lead counsel in this securities fraud class action that recovered $2 million on behalf of the plaintiff class.

**In Re: Caribou Coffee, Inc. Shareholder Litigation,** *Court File No. 27-cv-12-24893 (Henn. Cty. District Court).* Reinhardt Wendorf & Blanchfield served as local counsel in this shareholder litigation alleging breach of fiduciary duty related to the decision by the Caribou Board of Directors to sell the company to Joh A. Benckiser Group. As a result of this litigation, Defendants agreed to make additional disclosures about the transaction.

**In re Ceridian Corporation** *Civil File No. 04-CV-03704-MJD-JGL, District of Minnesota.* Reinhardt Wendorf & Blanchfield was liaison counsel in this securities fraud class action.

**Unger v. Chronomed, Inc. et al** *Civil Action No.: MC 04-12272, Hennepin County.* Reinhardt Wendorf & Blanchfield was liaison counsel in this Minnesota securities fraud class action.

**In Re Computer Learning Centers Securities Litigation,** *File No. 98-859-A, Eastern District of Virginia.* The firm was co-lead counsel in the securities class action alleging violation of federal securities laws. Class counsel recovered over $7.5 million in cash and stock on behalf of the plaintiff class.

**Craig Anderson, et. al. v. EFTC Corporation, et al,** *File No. No. 98-CV-962, District of Colorado.* The firm served as co-lead counsel in the securities class action that recovered $6 million on behalf of the plaintiff class.

**Don Blakstad et al v. Net Perceptions, Inc. et al.** *Master File No. 03-17820District of Minn.* The firm served as class counsel in this securities fraud class action.

**In re Engineering Animation Securities Litigation,** *Court File No. 4-99-CV-10117, Central District of Iowa.* The firm served as class counsel in this securities fraud class action that recovered $7.5 million on behalf of the plaintiff class.

**In Re: FSI International, Inc. Shareholder Litigation,** *Court File No. 10-cv-12-1118 (Carver Cty. District Court).* Reinhardt Wendorf & Blanchfield served as local counsel in this shareholder class action alleging breach of fiduciary duty related to the acquisition of FSI by Tokyo Electron Limited.

**In re Future Health Care Securities Litig.,** *File No. C-9-95-180, Southern District of Ohio.* Reinhardt Wendorf & Blanchfield served as class counsel in this securities class action that recovered $5.75 million in settlements on behalf of the plaintiff class.

**In re Gander Mountain Securities Class Action,** *Court File No. 05-CV-0183 DWF/JSM, District of Minnesota.* Reinhardt Wendorf & Blanchfield served as class counsel in this securities fraud class action.

**Greenblatt v. Nash-Finch Company et al.,** *Court File No. 27-cv-13-13710 (Henn. Cty. District Court).* Reinhardt Wendorf & Blanchfield was local counsel in this shareholder case alleging breach of fiduciary duty related to the merger of Nash-Finch with SS Delaware, Inc. As a result of this case, the defendants agreed to make additional disclosures related to the transaction.

**Scott Halliday, et al. v. Lawson Software,** *Court File No. 62-cv-3669, Ramsey County.* Reinhardt Wendorf & Blanchfield served as liaison counsel in this Minnesota direct shareholder class action for breach of fiduciary duty related to the takeover of Lawson Software by CGC Software Holdings. As a result of this case, the defendants agreed to make additional disclosures to shareholders.

**Hennepin County 1986 Recycling Bond Litigation,** *Master File CT 92-22272, Hennepin County.* Reinhardt Wendorf & Blanchfield was class counsel and served on the executive committee in this Minnesota class action representing bondholders who alleged improper redemption. The plaintiff class recovered over $10.6 million in settlements.

**IBEW Local 98 Pension Fund v. Best Buy Co., Inc.,** *Court File No. 11-429 (D. Minn.).* Reinhardt Wendorf & Blanchfield was plaintiffs' counsel in this class action alleging violations of the Securities Exchange Act of 1934.

**In re Imperial Credit Industries, Inc., Securities Litigation,** *Case No.CV 98-8842 SVW, Central District of California.* Reinhardt Wendorf & Blanchfield served as co-lead counsel in this securities fraud class action.

14

**International Union of Operating Engineers, Local 132 Pension Plan v. International Multifoods Corp., et al.** *Case No. CV 04-1361, Hennepin County.* Reinhardt Wendorf & Blanchfield served as liaison counsel in this securities class action alleging breach if fiduciary duty related to the merger between International Multifoods Corp. (IMC) and Smucker. As a result of this class action, IMC agreed to include additional information in the Registration Statement related to the merger.

**Jones v. Sherman Black, et al.**, *Court File No. 27-cv-10-2804 (Henn. Cty. District Court).* Reinhardt Wendorf & Blanchfield was class counsel in this shareholder action alleging breach of fiduciary duty. This case was consolidated with the In Re: Compellant Technologies, Inc. Shareholder Litigation in Delaware Chancery Court where counsel were able to negotiate additional disclosures and amendments to the merger agreement between Dell and Compellant.

**Jim Pierce, et al. v. Americredit Corp., et al.,** *Master File No. 4:03-CV-026-Y, Northern District of Texas.* Reinhardt Wendorf & Blanchfield served as class counsel in this securities fraud class action.

**Joshua Teitelbaum v. Rural Cellular Corporation, et al.,** *Court File No.: 21-CV-07-1145, Douglas County.* Reinhardt Wendorf & Blanchfield was liaison counsel in this Minnesota stockholder class action alleging breach of fiduciary duty related to the sale of Rural Cellular Corporation to Verizon Communications. As a result of this litigation, Defendants agreed to make additional significant disclosures about the transaction.

**Kirk Dahl, et al. v. Charles Schwab & Co., Inc.**, 524 N.W.2d 746 (Minn. 1994) Reinhardt Wendorf & Blanchfield was co-lead counsel in this class action alleging violations of stockbroker fiduciary duty.

**In Re: Lakes Entertainment Shareholder Litigation,** *Court File No. 27-cv-15-1990 (Henn. Cty. District Court).* Reinhardt Wendorf & Blanchfield was local counsel in this shareholder class action alleging breach of fiduciary duty.

**Long v. Eschelon Telecom, Inc. et al.** *Court File No.: 27-cv-07-6687, Hennepin County.* Reinhardt Wendorf & Blanchfield was liaison counsel in this Minnesota securities class action alleging self-dealing and breach of fiduciary duty. As a result of this case, the defendants agreed to make additional disclosures to shareholders.

**Lusk v. Life Time Fitness, Inc.,** *Court File No. 15-cv-01911 (D. Minn.).* The Firm serves as local counsel in this class action alleging violations of the Securities Exchange Act of 1934 related to the buyout of Lifetime Fitness by a consortium of investors that included Life Time's founder and CEO.

**In re Metris Securities Litigation**, *Court File No. 02-3677, District of Minnesota.* Reinhardt Wendorf & Blanchfield served as liaison counsel in this securities fraud class action that settled for $7,500,000.

**In re Nash Finch Securities Litigation,** *Court File No. 05-02934 ADM-AJB, District of Minnesota.* Reinhardt Wendorf & Blanchfield was liaison counsel in this class action alleging violations of the Securities Exchange Act of 1934. The plaintiff class received $6,750,000 in settlements.

**In re Navarre Corp. Securities Litig.,** *Court File No.: 05-1151-PAM-RLE, District of Minnesota.* Reinhardt Wendorf & Blanchfield was liaison class counsel in this securities fraud class action that recovered $4,000,000 on behalf of the class plaintiffs.

**In re Pemstar Securities Litigation,** *Court File No.02-1821, District of Minnesota.* Reinhardt Wendorf & Blanchfield served as liaison class counsel in this securities fraud class action that settled for $12,000,000.

**In re Piper Funds, Inc. Institutional Government Income Portfolio Litigation,** *Court File No.* 3-94-587, *District of Minnesota.* The firm performed substantial work representing the class in this national class action alleging violation of federal securities laws. Settlements totaling $70 million were recovered on behalf of the plaintiff class.

**Police Pension Fund of Peoria v. Capella Education Company,** *Court File No. 10-cv-04474 (D. Minn.).* The firm was counsel for the plaintiff class in this securities fraud case alleging defendants made false statement and failed to disclose adverse facts known to them about Capella which caused class members to pay inflated prices for Capella common stock and suffer economic loss when the adverse facts became known in the market.

**In re Powerwave Technologies Inc. Securities Litigation,** *Court File No. SACV-98-605-GLT (Eex), Central District of California.* The firm served as co-lead counsel in this national securities class action that recovered $3 million on behalf of the plaintiff class.

**In re Putnam Mutual Funds Investment Litigation,** *MDL Docket No. 1590.* Reinhardt Wendorf & Blanchfield served as class counsel in this mutual fund timing class action which recovered $3,225,500 in settlements for the plaintiff class.

**Reinhardt et al. v. Strong, et al,** *Court File No. 03-CV-7438(PKC) Southern District of New York.* Reinhardt Wendorf & Blanchfield served as class counsel in this mutual fund timing class action. $13,678,500 in settlements was recovered on behalf of the plaintiff class.

**In re Retek Securities Litigation,** *Court File No. 02-CV-4209, District of Minnesota.* Reinhardt Wendorf & Blanchfield served as class counsel in this securities fraud class action.

**In Re: Rochester Medical Corp. Shareholder Litigation,** *Court File No. 55-cv-13-6107 (Olmstad Cty. District Court).* Reinhardt Wendorf & Blanchfield Served as local

counsel in this shareholder action alleging breach of fiduciary duty related to the sale of Rochester Medical Corp. to C.R. Bard. Inc. As a result of this case, the defendants agreed to make certain supplemental disclosures regarding material information concerning the merger to ensure shareholders were fully informed.

**Rowe v. St. Paul Travelers Companies, Inc.,** *Court File No. 04-cv-4576-JRT-FLN, District of Minnesota.* Reinhardt Wendorf & Blanchfield was liaison counsel in this derivative case which resulted in changes to the company's Corporate Governance Policy.

**In re Rural Cellular Litigation,** *Court File No. 03-CV-121, District of Minnesota.* Reinhardt Wendorf & Blanchfield served as liaison counsel in this securities fraud class action.

**Sailors v. Northern States Power Co.,** *Court File No. CV 3-91-479, District of Minnesota.* The firm served as co-lead counsel in this securities fraud class action.

**In Re: SHFL Entertainment, Inc.,** *Court File No. 27-cv-13-13529 (Henn. Cty. District Court).* Reinhardt Wendorf & Blanchfield served as local counsel in this shareholder action alleging breach of fiduciary duty related to the acquisition of SHFL by Bally Technologies. As a result of this case, the defendants agreed to make additional material supplemental disclosures related to the transaction.

**In Re the Sportsman's Guide, Inc. Litigation,** *Court File No. 19-C6-06-7903, Dakota County.* Reinhardt Wendorf & Blanchfield was liaison counsel in this securities class action alleging breach if fiduciary duty related to the acquisition of Sportsman's Guide, Inc. by Redcats USA, Inc. As a result of this litigation, Defendants agreed to make significant disclosures about the transaction.

**In re St. Paul Companies Securities Litigation,** *Court File No. 02-3825, District of Minnesota.* Reinhardt Wendorf & Blanchfield served as co-liaison counsel in this securities fraud class action. Over $4,000,000 in settlements was recovered on behalf of the plaintiff class.

**In re Stellent, Inc. Securities Litigation,** *Master File No. CV-03-4384 RHK/AJB, District of Minnesota.* Reinhardt Wendorf & Blanchfield served as liaison counsel in this securities fraud class action that recovered $12,000,000 for the Plaintiff class.

**In re SuperValu Securities Litigation,** *Court File No. 02-CBV-1738, District of Minnesota.* Reinhardt Wendorf & Blanchfield served as co-liaison counsel in this securities fraud class action. Over $6,000,000 in settlements was recovered on behalf of the plaintiff class.

**Svenningson v. Piper, Jaffray and Hopwood, et al.,** *File No. 3-85-921, District of Minnesota.* The firm was co-lead counsel in this securities class action alleging failure to perform due diligence. Plaintiff class recovered $4,000,000 in settlements.

**In Re: Synovis Life Technologies, Inc. Shareholder Litigation,** *Court File No. 62-cv-11-10039 (Ramsey Cty. District Court)*.   Reinhardt Wendorf & Blanchfield served as local counsel in this class action alleging breach of fiduciary duty.   A settlement was reached in which defendants agreed to make certain additional material disclosures related to the merger with Baxter International, Inc.

**In re Transcrypt International Securities Litigation,** *Master File No. 4:98-CV-3099, District of Nebraska*.   Reinhardt Wendorf & Blanchfield was co-lead counsel in this securities fraud class action.   The plaintiff class recovered $3.85 million in cash and 4.46 million shares of common stock.   An additional $11.75 million in settlements was obtained from the accountants and underwriters.

**In re Tricord Systems Inc. Securities Litigation,** *Master File No. 3-94-746, District of Minnesota*.   The firm was class counsel and served on the executive committee in this securities fraud class action.

**In re United Health Group Incorporated PSLRA Litigation,** *Court File No. 06-1691 JMR/FLN, District of Minnesota*.   Reinhardt Wendorf & Blanchfield was liaison counsel in this securities class action that recovered $925,500,000 in settlements on behalf of the class in addition to significant corporate governance reforms.

**In re Xcel Securities, Derivative & "ERISA" Litigation,** *Master File No.02-2677(DSD/FLN), District of Minnesota*. Reinhardt Wendorf & Blanchfield served as liaison counsel in this securities fraud class action.   Class counsel negotiated a settlement in the amount of $80,000,000 for the plaintiff class.

**Young v. ev3, Inc et al.,** *Court File No. 27-cv-10-14045 (Henn. Cty. District Court)*. The firm was class counsel in this shareholder class action alleging breach of fiduciary duty.

## CONSUMER AND RICO LITIGATION

The attorneys of Reinhardt Wendorf & Blanchfield have zealously protected consumer rights in state and federal courts, including the United States Supreme Court. Cases the firm has successfully litigated include deceptive acts and practices in the areas of lending, false and deceptive advertising, fraud, breach of contract, misrepresentation, unsafe food, dishonest and deceptive marketing practices, invasion of privacy issues, violations of the Telephone Consumer Protection Act, and other violations of consumers' rights. Some of the consumer and RICO cases in which the attorneys of Reinhardt Wendorf & Blanchfield played a significant role are:

**In Re: 100% Grated Parmesan Cheese Marketing and Sales Practices Litigation.,** *MDL No. 2705, U.S. District Court, Northern District of Illinois*. The firm currently serves on the executive committee in this consumer class action challenging the false and deceptive advertising practices of numerous manufacturers of Parmesan Cheese.

**Boyd Demmer, et al v. Illinois Farmers Insurance Group,** *Court File No. MC 00-017872, Hennepin County District Court*. Reinhardt Wendorf & Blanchfield served as class counsel in this case alleging violation of Minnesota Statutes relating to the collection of insurance premiums for wage loss coverage on automobile policies. As a result of this litigation, counsel obtained refunds of a portion of the PIP premiums paid by class members.

**Buchet, et al. v. ITT Consumer Financial Corporation, et al.,** *File No. 3-91-809, District of Minnesota.* The firm served as co-lead counsel in this national consumer class action alleging RICO violations and forgery. Counsel recovered $6.4 million in settlements on behalf of the plaintiff class.

**Camp v. the Progressive Corporation, et al.** *Civil Action No. 01-2680 Eastern District of Louisiana.* The firm served as class counsel and participated in significant discovery in this class action alleging violation of state overtime laws. The plaintiff class recovered over $6,000,000 in settlements.

**In Re: Caterpillar, Inc. C13 and C15 Engine Products Liability Litigation,** *Court File No. 14-cv-03722 (D. N.J.).* Reinhardt Wendorf & Blanchfield represents one of the named plaintiffs in this class action alleging MY2007 engines suffer from a common design defect that renders MY2007 CAT engines unreliable, resulting in the engine failing, derating, or requiring repowering.

**City of Wyoming v. Procter & Gamble Company, et al.,** *Court File No. 15-cv-02101-JRT-TNL (D. Minn.).* Reinhardt Wendorf & Blanchfield represents the named plaintiff in

this class action filed on behalf of municipalities for damages caused to sewer systems and waste treatment facilities by "flushable wipes."

**In Re:   Conagra Peanut Butter Products Liability Litigation,** *Court File No. 07-mdl-1845 TWT (United States District Court, Northern District of Georgia).* Reinhardt Wendorf & Blanchfield served as class counsel in this product liability class action related to peanut butter that was contaminated with salmonella.  Millions of dollars in settlements were paid out to individual claimants.

**Denton v. Newell Window Furnishings, Inc.,** *Court File No. 97CH01556, Cook County, Illinois).*  The firm served as co-lead counsel in this product liability class action related to lead contained in mini blinds.

**Elliot v. ITT, et al.,** *Court File No. 90-C-1841, Northern District of Illinois.* The firm served as lead counsel in this consumer class action alleging RICO violations and insurance packing.

**Frankle v. Best Buy Co., Inc.,** *Court File No. 08-cv-5501 JRT/JJG, District of Minnesota.* The firm was liaison counsel in this consumer class action alleging the improper installation and venting of dryers in consumer homes. As a result of this case, Best Buy agreed to replace improper dryer venting with heavy metal or semi-rigid duct vent at no cost to the consumer or to reimburse class members their reasonable out-of-pocket expenses if they have already replaced the improper venting.

**In Re: General Motors LLC Ignition Switch Litigation,** *Court File No. 14-md-2543 (SDNY).*   Reinhardt Wendorf & Blanchfield represents the class in this case alleging defendants knowingly sold motor vehicles containing defective ignition switches.  These defective switches were cutting off engine power, thus disabling critical functions, such as power steering, power braking and airbags, needed to safely operate vehicles.

**Gerriets et al v. Western National Mutual Insurance Company,** *Court File No. MC 00-016563, Hennepin County District Court).*  Reinhardt Wendorf & Blanchfield served as class counsel in this case alleging violation of Minnesota Statutes relating to the collection of insurance premiums for wage loss coverage on automobile policies. Counsel obtained refunds of a portion of the PIP premiums paid by class members.

**Good v. Ameriprise Financial, Inc., et al,** *Court File No. 06-CV-1027 DWF/SRN, District of Minnesota.*   Reinhardt Wendorf & Blanchfield was class counsel in this consumer class action related to the payment of commissions.

**H. J. Inc. v. Northwestern Bell Telephone Co.,** 492 U.S. 229, 109 S.Ct. 2893 (1989) Mark Reinhardt served as lead counsel and both briefed and successfully argued before the Supreme Court of the United States in this national consumer class action alleging RICO bribery.  (H.J., Inc. v. Northwestern Bell, 109 U.S. 2893 (1989)).

**Hall v. State of Minnesota et al.,** *Court File No. 62-cv-15-2112 (Henn. Cty. District Court).*   Reinhardt Wendorf & Blanchfield is class counsel in this case alleging defendants violate the due process clauses of the United States and Minnesota Constitutions by taking possession of property it knows it does not own then selling, keeping or otherwise benefitting from unrestricted us without providing adequate notice to the rightful owners.

**Hamline Park Plaza Partnership, et al. v. Northern States Power Company,** *Court File No. CT 95-004816 Hennepin County District Court.*   The firm served as lead counsel in this Minnesota class action alleging consumer fraud and deceptive trade practices related to Northern States Power's Lighting Retrofit Program.

**Hara v. USAA Casualty Insurance Company,** *Court File No. 10-cv-3944, District of Minnesota.*  Reinhardt Wendorf & Blanchfield served as class counsel for this Minnesota class action for damages and equitable relief arising from Defendant's failure to calculate insurance premiums correctly using information available to it, in breach of its obligations under its form insurance policies and under Minnesota statutory law.

**Hawkins v. Thorp Loan Credit & Thrift Company,** *File No.*  85-6074, *Hennepin County District Court.* The firm served as lead counsel in this Minnesota consumer class action alleging violation of the Minnesota Small Loan Act.  Counsel obtained over $47 million in cash refunds and product discounts on behalf of the plaintiff class.

**In re Herbal Supplements Marketing and Sales Practices Litigation,** *Court File No. 15-cv-5070 (N.D. Ill.)* Reinhardt Wendorf and Blanchfield represents one of the named plaintiffs in this class action alleging certain store brand herbal supplements did not contain the ingredients the product label claimed the product contained, or, contained other substances that were not disclosed on the packaging for those herbal supplements.

**In Re High Carbon Concrete Litigation,** *File No.: 97-20657, Hennepin County District Court.* The firm was lead counsel in this consumer case brought on behalf of a class of approximately 1000 class members alleging violations of the Minnesota Deceptive Trade Practices Act and the Minnesota Prevention of Consumer Fraud Act. The class-wide settlement provided for complete replacement of the defective concrete application at no cost to the consumer.

**Hohn v. ITT,** *Court File No. 4-87-808, District of Minnesota.*  The firm served as lead counsel in this RICO and consumer fraud class action.

**In re Jetblue Airways Corp. Privacy Litigation,** *MDL Docket No. 1587.*  Reinhardt Wendorf & Blanchfield served as class counsel in this consumer privacy class action.

**Johnson v. American Family Mutual Insurance Company,** *Court File No. 10-cv-4224, District of Minnesota.*  Reinhardt Wendorf & Blanchfield served as class counsel for this Minnesota class action for damages and equitable relief arising from Defendant's failure to calculate insurance premiums correctly using information available to it, in

breach of its obligations under its form insurance policies and under Minnesota statutory law.

**Johnson v. The Evangelical Lutheran Church in America,** *Court File No. 11-cv-00023 (D. Minn.).* The Firm was counsel for the plaintiff class in this case alleging guaranteed lifetime annuity payments were drastically reduced in violation of the contract Plaintiffs entered into with the Defendants.

**Joseph King v. The Home Depot, Inc.** *Court File No. 1:04-00239-WQD District of Maryland.* Reinhardt Wendorf & Blanchfield served as class counsel in this case alleging improper assignment of credit card payments. $4 million in settlements was recovered for the plaintiff class.

**Kluessendorf v. Progressive Preferred Insurance Company,** *Court File No. 10-cv-3945, District of Minnesota.* Reinhardt Wendorf & Blanchfield served as class counsel for this Minnesota class action for damages and equitable relief arising from Defendant's failure to calculate insurance premiums correctly using information available to it, in breach of its obligations under its form insurance policies and under Minnesota statutory law.

**Lynette Lijewski, et al. v. Regional Transit Board, et al.,** *Court File No. 4-93-Civ-1108, District of Minnesota.* The firm served as co-lead counsel in this Minnesota class action alleging violations of the Americans with Disabilities Act. Counsel obtained significant therapeutic relief as well as a cash settlement on behalf of the plaintiff class.

**In Re: McCormick & Company, Inc. Pepper Products Marketing and Sales Practices Litigation,** *MDL NO. 2665 (D.C.).* The firm is plaintiffs' counsel in this class action alleging defendants deceived customers by selling partially empty containers of black pepper, a practice in the food industry commonly known as nonfunctional slack fill.

**Naficy et al v. Sprint Spectrum, L.P.,** *Civil File No. CV-98-4093 CBM (Shx), Central District of California.* The firm was lead counsel in this California class action alleging the Sprint PCS wireless network had not been developed to a sufficient level to allow Sprint PCS to meet anticipated demand and, as a result, the quality of service did not meet the level of quality promised in Sprint PCS advertisements. The plaintiff class settled with Sprint for restitution totaling 10% of the total air time charges up to $20 per account, for a specified month.

**In Re: National Football League Players' Concussion Injury Litigation,** *Court File No. 12-md-02323 (D. Penn.).* Reinhardt Wendorf & Blanchfield is class counsel in this case alleging long-term chronic injuries and financial losses suffered as a result of the Defendants wrongful conduct with respect to concussive brain injuries sustained by Plaintiffs during their NFL careers. Counsel for the class negotiated a settlement that includes medical testing and cash payments of $1.5-$5 million per player, depending on

diagnosis as well as $10 million to be spent on education programs to promote safety and injury prevention.

**Nelson v. Citibank,** *Court File No. 4-29-287, District of Minnesota.* The firm served as lead counsel in this national consumer class action alleging violations of the National Bank Act.

**In re Northwest Privacy Litigation,** *Civil File No. CV 04-0126, District of Minnesota.* The firm was lead counsel in this consumer class action alleging release of confidential customer information in violation of the Electronic Communications Privacy Act, 18 U.S.C. §2701 *et seq.,* and state and federal law.

**Leonard & Eileen Olson, et al v. American Family Mutual Insurance Company,** *Court File No. MC 00-016519, Hennepin County District Court.* Reinhardt Wendorf & Blanchfield served as class counsel in this case alleging violation of Minnesota Statutes relating to the collection of insurance premiums for wage loss coverage on automobile policies. Counsel obtained refunds of a portion of the PIP premiums paid by class members.

**Palmer v. Illinois Farmers Insurance Company,** *Court File No. 10-cv-3956, District of Minnesota.* Reinhardt Wendorf & Blanchfield served as class counsel for this Minnesota class action for damages and equitable relief arising from Defendant's failure to calculate insurance premiums correctly using information available to it, in breach of its obligations under its form insurance policies and under Minnesota statutory law.

**Park v. Konica Minolta Photo Imaging, I.S.A., Inc.,** *File No. 2:05-cv-5519 (HAA,) District of New Jersey.* Reinhardt Wendorf & Blanchfield served as lead counsel in this national consumer case alleging the deceptive marketing of defective digital cameras. The relief provided in the settlement extended the warranty period with respect to the defective product and, class members received repair of the defective product; reimbursement for the cost of repairs if the consumer had already had the camera repaired; or a partial reimbursement of costs if the consumer bought a new digital camera (regardless of manufacturer).

**In re Pet Food Products Liability Litigation,** *MDL Docket No. 1850.* Reinhardt Wendorf & Blanchfield served as class counsel in this products liability class action alleging contaminated pet food products caused the illness and/or death of thousands of cats and dogs across the United States.   $24,000,000 in settlements was recovered on behalf of the plaintiff class.

**Rathbun v. W.T. Grant,** 219 N.W.2d 641 (Minn. 1974).  Mark Reinhardt served as lead counsel in this consumer class action alleging usury.  The case was one of the first class actions brought under the new rules in Minnesota.

**Raymond Arent et al v. State Farm Mutual Automobile Insurance Company,** *Court File No. MC 00-016521, Hennepin County District Court.* Reinhardt Wendorf &

Blanchfield served as class counsel in this case alleging violation of Minnesota Statutes relating to the collection of insurance premiums for wage loss coverage on automobile policies. Counsel settled the case and obtained refunds of a portion of the PIP premiums paid by class members.

**Roth v. Life Time Fitness, Inc. et al.,** *Court File No. 15-cv-03270 (D. Minn.)* Reinhardt Wendorf & Blanchfield serves as plaintiffs' counsel in this class action alleging failure to pay wages due and owing for work performed.

**In Re Salmonella Litigation,** *File No. PI94-016304, Hennepin County District Court.* The firm served as lead counsel in this national consumer class action filed on behalf of individuals who became ill after consuming salmonella bacteria contained in ice cream. Plaintiff class recovered approximately $4.5 million in settlements for the plaintiff class.

**In Re Schmitt Music Litigation,** *File No. 3-93-116, District of Minnesota.* The firm served as lead counsel in this consumer class action alleging RICO and usury violations in the state of Minnesota related to the Defendant's "Instrument Trial Purchase Plan" which was marketed to the parents of students in school band programs. The Plaintiff class recovered $2.5 million in settlements.

**Streich v. American Family Mutual Ins. Co.,** 399 N.W.2d 210 (Minn. Ct. App. 1987). The firm served as lead counsel in this consumer class action alleging consumer fraud. Counsel obtained a substantial settlement for the class.

**Sutton v. FCA Restaurant Company LLC,** *Court File No. 08-cv-5122(ADM/JJK), District of Minnesota.* Reinhardt Wendorf & Blanchfield was class counsel in this class action related credit card numbers and expiration dates being printed on customer receipts in violation of the Fair Credit Reporting Act. Class members received vouchers for free food at defendant's restaurants to settle the case.

**In Re: Syngenta Litigation,** *Court File No. 27-cv-15-3785 (Hennepin County District Court).* Reinhardt Wendorf & Blanchfield represents one of the named plaintiffs in this Minnesota case alleging the defendant introduced genetically modified corn without first obtaining approval from China, a key export market which effectively closed the market to U.S. corn shipments starting in November 2013 causing lost revenue to corn producers.

**In re Synthroid Marketing Litigation,** *Court File No. 97 C 6017, MDL 1182, Northern District of Illinois.* Reinhardt Wendorf & Blanchfield served as class counsel and participated in extensive discovery in this class action related to the marketing of thyroid medication. Over $87 million in settlements were paid out to the plaintiff class.

**In Re: Takata Airbag Products Liability Litigation,** *Court File No. 15-MD-2599 (S.D. Fla.).* The firm is counsel for the plaintiff class in this products liability class action related to defective Takata airbags installed in many motor vehicles. Plaintiffs' allege the defective airbags often fail to protect vehicle occupants from bodily injury during

accidents, either when they fail to deploy or when they violently explode, sometimes expelling metal debris and shrapnel at vehicle occupants.

**In Re: Target Corporation Customer Data Security Breach Litigation,** *Court File No. 14-md-0522 (D. Minn.).* Reinhardt Wendorf & Blanchfield serves as Coordinating Liaison Counsel and represents a class of financial institution plaintiffs alleging they have suffered substantial losses as a result of Target's failure to adequately protect its sensitive payment data. Counsel negotiated a settlement of $39,4000,000 on behalf of the plaintiff class of financial institutions.

**Tripp, et al. v. Aetna, et al.,** *Court File No. 90-0008JC, District of New Mexico.* The firm served as lead counsel in this consumer class action alleging violations of the small loan act and RICO violations.

**Percic Enterprises, Inc. v. European Autoworks, Inc.,** *Court File No.* 09-cv-03629 (D. Minn.) Reinhardt Wendorf & Blanchfield served as class counsel in this class action involving claims under the Telephone Consumer Protection Act.

**In re U.S. Bancorp Litigation,** *Master File No. 99-891, District of Minnesota.* The firm served as co-lead counsel in this national consumer class action alleging breach of fiduciary duty in the release of personal customer data. Counsel obtained a settlement of $5 million in cash and product refunds on behalf of the plaintiff class.

**In re Volkswagen and Audi Warranty Extension Litigation,** *Court File No. 07-md-1790, District of Mass.* Reinhardt Wendorf & Blanchfield served as class counsel in the national consumer fraud case related to defendant's defective design of the 1.8 litre turbo-charged engines found in model year 1197-2004 Audi vehicles and model year 1998-2004 Volkswagen Passat vehicles. As a result of the litigation, the defendant agreed to reimburse class members 50-100% of their out-of-pocket costs for oil sludge related engine repairs and replacements and reasonable related expenses.

**In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation,** *Court File No. 15-md-2672 (N.D. Cal.)* The firm is counsel for the plaintiff class in this case alleging Volkswagen deceptively and falsely manufactured, marketed and sold to consumers "clean" diesel automobiles as having low emissions and high fuel efficiency and vehicle performance when, in fact, vehicles contained emissions cheating software that produced false emissions results when tested.

**Yost, et al v. Allstate Insurance Company,** *Court File No. MC 00-016522, Hennepin County District Court.* Reinhardt Wendorf & Blanchfield served as class counsel in this case alleging violation of Minnesota Statutes relating to the collection of insurance premiums for wage loss coverage on automobile policies. Counsel obtained refunds of a portion of the PIP premiums paid by class members.

**Small v. Target Corp.,** *Court File No. 13-1509 (D. Minn.)* Reinhardt Wendorf & Blanchfield served as class counsel in this case alleging violation of the Telephone Consumer Protection Act.

# ATTORNEY BIOGRAPHIES

## Mark Reinhardt

Mark Reinhardt is a founding partner in Reinhardt Wendorf & Blanchfield. Prior to forming Reinhardt Wendorf & Blanchfield, Mark Reinhardt co-founded Reinhardt & Anderson in 1979. He is a 1971 graduate of Columbus School of Law, Catholic University of America, and recipient of the Reginald Heber Smith Fellowship in 1971 and again in 1972. The Fellowship allowed him to work in the area of significant class action litigation. He is admitted to practice in the Supreme Court of Minnesota and is a member of the bars of the Supreme Court of the United States, the Courts of Appeals for the Second, Third, Fourth, Sixth, Eighth and Ninth Circuits, the District of Minnesota, Eastern and Western Districts of Wisconsin and the District of Columbia.

For the last 35 years, Mr. Reinhardt has devoted a major amount of his practice to complex commercial and class action litigation. He has tried jury cases to verdict in several different areas of law, including class action/antitrust. He has taken an active role in numerous regional and national class actions and has served as lead counsel or a member of the executive committees of many of these actions. He has briefed and argued these cases at all federal levels, including the United States Supreme Court (H.J., Inc. v. Northwestern Bell, 109 U.S. 2893 (1989)). He has also been employed on a nationwide basis as a consultant on class action and RICO issues and has testified on the RICO statute before the U.S. Senate Judiciary Committee. For over ten years, Mr. Reinhardt's peers have named him a "Leading Minnesota Attorney" in the area of antitrust litigation.

Mr. Reinhardt was an adjunct Professor of law at William Mitchell College of Law and has taught many Continuing Legal Education courses in complex business litigation, racketeering, class actions, and antitrust. He is a member of the advisory board of the Civil RICO Report, a BNA publication. He has published in the areas of RICO and class action litigation. His writings include: Streich v. American Family: Anatomy of a Class Action, 12 Minn. Trial Law. 15 (Fall 1987); The Pattern of Pattern - Cases Post-H.J. Inc. , 5 Civ. RICO Rep. 5 (March 6, 1990); The RICO Act, Public Utilities Fortnightly, July 1991; Coming out of the Trenches with RICO, (M.T.L.A. May 1992); Complex Commercial Litigation, (Business Torts, SC Bar-CLE Division, September 1994); When and How to Settle Class Actions (Minnesota State Bar Association CLE, March 1996); and Review of an Antitrust Class Action, (Minnesota State Bar Association CLE, November 1999); Management of the Large Case and Current Class Action Issues: Plaintiff's Perspective, (Minnesota Institute Legal Education, September 2000); Review of Nationwide Antitrust Practice (South Carolina Bankruptcy Association, February 2005) and Class Actions 101, Lunch & Learn (South Carolina Bar Association, June 2009); and Class Action 101, (Ramsey County Bar Association, February 2012).

# Mark A. Wendorf

Mr. Wendorf is a founding partner in Reinhardt Wendorf & Blanchfield. Prior to forming Reinhardt Wendorf & Blanchfield, Mr. Wendorf was a partner in the law firm of firm Reinhardt & Anderson. Mr. Wendorf is a 1986 graduate of William Mitchell College of Law, St. Paul, Minnesota. He practices in the areas of class action antitrust and consumer litigation, and insurance law. His practice includes both trial and appellate work in state and federal courts across the country. Mr. Wendorf served as trial counsel in one of the few antitrust class actions tried in the past 10 years. In addition to his trial and appellate court experience, Mr. Wendorf has written and lectured extensively on issues involving the applicability and reform of statutes of limitation. His writings include: The First Amendment: Churches Seeking Sanctuary for the Sins of the Fathers, 31 Fordham Urb. L.J. 617 (2004).

# Garrett D. Blanchfield

Mr. Blanchfield is a founding partner in the law firm of Reinhardt Wendorf & Blanchfield. Prior to forming Reinhardt Wendorf & Blanchfield, he was a partner in the St. Paul, Minnesota law firm of Reinhardt & Anderson. He has litigated class actions for more than 15 years with a focus on antitrust, securities and consumer cases. He is a 1990 graduate of Hamline University School of Law, where he was the Production Editor for the *Hamline Journal of Public Law and Policy*. Mr. Blanchfield interned with the Minnesota Court of Appeals Judge Doris Huspeni and also interned in the Canadian Department of Justice. Mr. Blanchfield was admitted to the Minnesota Bar in 1990. Upon graduation from law school, Mr. Blanchfield clerked for Minnesota District Court Judge Robert G. Schiefelbein. Mr. Blanchfield has taught legal writing at a local law school and lectured at a securities law CLE. In 2007, he obtained a unanimous reversal of a Minnesota Court of Appeals decision that limited the standing of indirect purchasers under Minnesota's Antitrust Act, *Lorix v. Crompton Corp., et al,* 734 N.W.2d 619 (Minn. 2007). In *Robertson v. Sea Pines Real Estate Co.,* 679 F.3d. 278 (4th Cir., 2012), Mr. Blanchfield successfully argued to the 4th Circuit in support of a District Court decision denying Defendant's motions to dismiss a pair of cases alleging violations of the Sherman Act.

# Brant D. Penney

Brant Penney began working as an attorney at Reinhardt & Anderson in 2002 and joined the successor firm of Reinhardt, Wendorf & Blanchfield in August of 2003. A 2002 graduate of William Mitchell College of Law, Mr. Penney has over 10 years of experience litigating class actions in the areas of consumer protection, TCPA, antitrust, employment, and securities law. Mr. Penney has been involved in all aspects of litigation at the state and federal level, and is admitted to practice in the Supreme Court of Minnesota, the Eighth Circuit Court of Appeals, and the District of Minnesota. He also currently serves as a Council Member of the Antitrust Law Section of the Minnesota State Bar Association. Mr. Penney published the following article: The First Amendment: Churches Seeking Sanctuary for the Sins of the Fathers, 31 Fordham Urb. L.J. 617 (2004).

# Roberta A. Yard

Ms. Yard joined Reinhardt Wendorf & Blanchfield in 2006. Ms. Yard had previously worked for Heins, Mills & Olson and Hammagren & Meyer. She was admitted to the bar in 2002. Ms. Yard graduated from Winona State University in 1991, *magna cum laude*, with a B.S. in Sociology/Criminal Justice, and from Santa Clara University School of Law in 2002, where she was the Editor-in-Chief of the Santa Clara Law Review. Ms. Yard practices primarily in the areas of antitrust and securities fraud class action litigation, and has experience in nearly all aspects of litigation in both state and federal court.

# Lisa Neal Hayes

Mrs. Hayes began working as an associate with Reinhardt, Wendorf & Blanchfield in May, 2007. Mrs. Hayes had previously worked with Whatley Drake & Kallas of Birmingham, Alabama. She was admitted to the bar in 2004. Mrs. Hayes graduated from Auburn University in 2000 with a B.S. in Human Development and Family Studies and from Cumberland School of Law in 2004. Mrs. Hayes practices primarily in the area of antitrust class action litigation.

4810-5864-8603, v. 1