# EXHIBIT R

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>          Plaintiffs,<br><br>                    v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>          Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## DECLARATION OF DERRIEL C. MCCORVEY IN SUPPORT OF CO-LEAD CLASS COUNSEL'S PETITION FOR AN AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF COSTS AND EXPENSES

Derriel C. McCorvey declares as follows pursuant to 28 U.S.C. § 1746:

1.      I am the owner of the law firm of McCORVEY LAW, LLC.  I submit this declaration in support of Co-Lead Class Counsel's Petition for an Award of Attorney's Fees and Reimbursement of Costs and Expenses in connection with and for services rendered and expenses incurred for the common benefit of the Settlement Class in the above-captioned multidistrict litigation ("Action") from April 15, 2012 through July 15, 2016, as well as for the

payment of expenses incurred therewith.  I have personal knowledge of the matters set forth in this declaration and, if called upon, I could and would testify competently thereto.

2.      The role of McCORVEY LAW, LLC was to conduct common benefit work as directed by Co-Lead Counsel while performing duties as a Plaintiffs' Steering Committee member firm pursuant to the firm's appointment by the Court.  Specifically, my firm engaged in the following common benefit activities:   attended PSC meetings, participated in conference calls and status conferences; conducted speaking engagements; reviewed drafts of pleadings; approved the settlement agreement; voted on various items; participated in making decisions on hiring of public relations firm and David Frederick for oral argument before the Third Circuit; worked in conjunction with a public relations and marketing firm under the guidance of the PSC to prep particular plaintiffs for interviews that showed the PSC and the litigation in a favorable light with Bloomberg News; gathered information relative to our firm's clients at the request of leadership in order to develop a database of plaintiffs, contributed financial capital to the common benefit fund in support of the litigation and all other tasks as assigned.

3.      The schedule attached hereto as Exhibit 1 is a detailed summary indicating the amount of common benefit time spent by the attorneys and professional support staff of my firm who were involved in, and billed fifty or more hours to, this Action, and the lodestar calculation for those individuals based on my firm's current billing rates.  For personnel who are no longer employed by my firm, the lodestar calculation is based on the billing rates of such personnel in their final year of employment by my firm.  The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm.  Time expended in preparing this application for attorney's fees and expenses has been excluded.

4.      The hourly rates for the attorneys and professional support staff of my firm included in Exhibit 1 are the same as the regular rates charged for their services in other contingent matters.

5.      The total number of hours expended on the common benefit of this Action by my firm during the time period is 331.3 hours.  The total lodestar for my firm for those hours is $198,780.00, consisting of $198,780.00 for attorney's time and $0.00 for professional support staff time.

6.      My firm's lodestar figures are based solely upon my firm's billing rates, which rates do not include charges for expense items.  Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

7.      As detailed in Exhibit 2 hereto, my firm is seeking reimbursement of a total of $104,155.65 in common benefit expenses incurred in connection with the prosecution of this Action.  These expenses are reflected on the books and records of my firm.  These books and records are prepared from expense vouchers, check records, and other source material, and are an accurate record of the expenses incurred.

8.      With respect to the standing of my firm to share in an award of fees, costs, and expenses, attached hereto as Exhibit 3 is a biography of my firm, including the attorneys in my firm who were principally involved in this Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 4, 2017, at Lafayette, Louisiana.

Derriel C. McCorvey

# EXHIBIT 1

**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**

**No. 12-md-2323-AB**

**McCORVEY LAW, LLC**

**LODESTAR REPORT**

**April 15, 2012 through July 15, 2016**

| NAME | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|
| **PARTNERS:** | | | |
| **Derriel C. McCorvey** | 331.3 | $600.00 | $198,780.00 |
| | | | |
| **ASSOCIATES:** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **STAFF ATTORNEYS:** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **CONTRACT ATTORNEYS:** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **PARALEGALS:** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS:** | 331.3 | $600.00 | $198,780.00 |

# EXHIBIT 2

**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**

**No. 12-md-2323-AB**

**McCORVEY LAW, LLC**

**COST AND EXPENSE REPORT**

**April 15, 2012 through July 15, 2016**

| NUMBER | CATEGORY | AMOUNT |
|--------|----------|--------|
| 1 | Assessments | $100,000.00 |
| 2 | Commercial Copies | |
| 3 | Computerized Research | |
| 4 | Court Reporters/Transcripts | |
| 5 | Expert Services | |
| 6 | Facsimile | |
| 7 | Filing & Service Fees | |
| 8 | In-House Copies | |
| 9 | Long Distance Telephone | |
| 10 | Postage/Express Delivery | $       102.72 |
| 11 | Travel/Meals/Lodging | $    4,052.93 |
| 12 | Miscellaneous | |
| **TOTAL EXPENSES** | | $104,155.65 |

# EXHIBIT 3

# DERRIEL C. MCCORVEY



*Post Office Box 2473*
*Lafayette, Louisiana 70502*
*Tel. 337-291-2431*
*Fax 337-291-2433*
**McCORVEY LAW, LLC**
www.mccorveylaw.com

## BAR ADMISSIONS

Mr. McCorvey is admitted to practice in: Louisiana and Texas; U.S. District Courts for the Western, Eastern and Middle Districts of Louisiana, U.S. 5TH Circuit Court of Appeal. He has been admitted pro hac vice in the U.S. District Courts, Eastern and Southern Districts of Texas, Northern District of Georgia and the Northern District of Indiana.

### EXPERIENCE

Mr. McCorvey has over 17 years of trial experience, encompassing a vast scope of legal representation and is the founding owner of the McCORVEY LAW, LLC.  Mr. McCorvey received a Bachelor of Arts degree in economics in 1993 from Louisiana State University and a Doctorate of Jurisprudence from the Southern University Law Center in 1998.

Mr. McCorvey served as proud member of the L.S.U. Fighting Tigers Football team from 1988-1993. As a member of the Fighting Tigers, Mr. McCorvey received All S.E.C. honors in 1991, All academic S.E.C. honors from 1991-1993. Mr. McCorvey's L.S.U. academic honors also included being an L.S.U. Athletic Directors Cup recipient from 1990 -1993 and the recipient of the Andrew Gumby Award in 1993, given to the Latin student with the highest grade point average. Immediately after graduating from LSU, Mr. McCorvey played briefly as a member of the Indianapolis Colts of the National Football League in 1993.

1

Mr. McCorvey's primary focus has been civil trial litigation.  His firm's goal is always to ensure that its clients who have suffered losses as a result of other people's negligence or wrongful conduct are adequately compensated.  Derriel C. McCorvey's primary office is in Lafayette, Louisiana.

Mr. McCorvey has been appointed as a PSC member in several multi-district litigations including MDL NO. 2323, In re: National Football League Players' Concussion Injury Litigation and the MDL NO. 2391; In re: Testosterone Replacement Therapy Products Liability Litigation MDL 2545; In re:  Biomet M2a Magnum Hip Implant Products Liability Litigation. He has also been involved in MDL NO. 2179, In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL NO. 2299, In re:  Actos (Pioglitazone) Products Liability Litigation, 6:11-MD-2299; In Re: American Medical/ In re: Pelvic Repair; 2:12-md-02325, MDL NO. 2328; In re: Pool Products Distribution Market Antitrust Litigation; In re: Xarelto (Rivaroxaban) Products Liability Litigation MDL NO. 2592.

Mr. McCorvey filed several early class actions on behalf of persons and businesses impacted by the Deep Water Horizon explosion on April 20, 2010 in the Gulf of Mexico and subsequent British Petroleum oil spill in the Gulf of Mexico. The class action suits filed by Mr. McCorvey, involved a diverse group of plaintiffs; specifically, charter boat captains, commercial fishermen, recreational fishermen, business owners and property owners.

After all claims arising out of the Deep Water Horizon were consolidated, Mr. McCorvey was appointed by the Plaintiff's Steering Committee, (PSC), to two common benefit plaintiff committees. (The Gulf Coast Claims Community Outreach committee as well as the B1 Bundle Master Complaint Economic Loss Workgroup.) Mr. McCorvey's work on these aforementioned workgroups is extensive and vital to the overall prosecution of the Plaintiffs' claims against BP and other responsible parties.

Mr. McCorvey has handled virtually every type of case in the area of civil litigation. The success of Mr. McCorvey's practice is founded on the premise that the client should always be the number one priority. Mr. McCorvey has tried cases in state and federal courts throughout Louisiana and Texas. To wit: [*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL NO. 2179 (EDLA); City of New Orleans Employee's Retirement System v. Hayward, et al, Case No. 10-cv-1640 (EDLA); Calvin Richard v. BP, PLC, et al; Case*

2

*No. 10-cv-01438 (EDLA); Richard Brondum et al v. BP, PLC, et al; Case No. 10-cv-01613 (EDLA); Joshua Danzig v. BP, PLC, et al; Case No. 10-cv-01726 (EDLA); Jarvis Harmon, Sr. v. BP, PLC, et al; Case No. 10-cv-1931(EDLA); Rickey Mergist v. Multi-Chem Group, L.L.C., et al, Case No. 11-cv-1821(WDLA); United States v. Ernie Joseph Davis, Case No. 01-cr-00074 (EDTX); Raphiel Simien v. Louie Padilla, et al, Case No. 02-cv-2530 (WDLA); Larry Jones v. Delta Towing, L.L.C., et al Case No. 06-cv-02347 (EDLA); Denna Bly v. United Fuels & Lubricants, L.L.C., et al, Case No. 08-cv-00051 (WDLA); Garland Jean-Batiste v. Lafayette City-Parish Government, et al, Case No. 08-cv-01985 (WDLA); United States v. Clifton J. Trahan, Case No. 08-cr-00088 (EDTX); United States v. $112,032.00 U.S. Currency; Case No. 08-cv-00686 (EDTX); United States v. Darius Nathaniel Fisher, Case No. 08-cr-0205 (WDLA); United States v. Darius Nathaniel Fisher, Case No. 10-30424 (USCOA 5th Cir.); Shawn D. Jackson v. Hall County Sheriff's Office, et al, Case No. 10-cv-00070 (NDGA); Larry Jones, Jr. v. HUB Enterprises, Inc., Case No. 11-cv-00347 (WDLA); and Shawn D. Jackson v. Hall County Government, et al, Case No. 11-cv-00058 (NDGA).; Brooks et al V. National Football League et al; Case No. 2:12-cv-0094–SSV-DEK; Oasis Pool Service, Inc. v. Pool Corp., et al, Case No. 12-cv-01095 (EDLA)*]; *Beauregard-Southerland, et al v. Boston Scientific Corp., et al, Case No. 5:12-cv-02317(WDLA); David L. Hurt, et al v. Biomet, Inc., et al; Case No. 2012-cv-00604–FTM-SPC (MDFL) and Daniel Duffy, Jr. and Tonya Duffy v. Pfizer, Inc., et al; Case No. 14-cv-04533.*

Mr. McCorvey is an attorney who has learned the value of cooperation dating back to his commitment as a team player as a member of the Fighting Tigers of Louisiana State University and as a member of the Indianapolis Colts.