# EXHIBIT S

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>　　　　Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## DECLARATION OF POPE MCGLAMRY IN SUPPORT OF CO-LEAD CLASS COUNSEL'S PETITION FOR AN AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF COSTS AND EXPENSES

Michael L. McGlamry declares as follows pursuant to 28 U.S.C. § 1746:

1.　　　I am a shareholder of the law firm of Pope McGlamry. I submit this declaration in support of Co-Lead Class Counsel's Petition for an Award of Attorney's Fees and Reimbursement of Costs and Expenses in connection with and for services rendered and expenses incurred for the common benefit of the Settlement Class in the above-captioned multidistrict litigation ("Action") from the inception of the litigation through July 15, 2016, as well as for the payment of expenses incurred therewith. I have personal knowledge of the

matters set forth in this declaration and, if called upon, I could and would testify competently thereto.

2.      Pope McGlamry had a continuous, active role in the common-benefit litigation. As a Pope McGlamry Shareholder, I was co-chair of the Discovery Committee and M.J. Blakely, also a Pope McGlamry shareholder, worked with me on that committee. In that role, I oversaw the drafting and revision of written discovery requests to be served on the Defendants. I also served on the Communications/ Public Relations committee. In that role, I helped to manage and worked with CLS, the retained public retains professionals who spearheaded the Plaintiffs' communications campaign and helped that group to obtain access to key retired players and spouses in support of the campaign. I attended the weekly conference call meetings and actively participated to guide and monitor the communications and information flowing to the public about the NFL concussion litigation and the underlying facts. I also, at the request of Plaintiffs' Leadership, served on the Ethics Sub-Committee that was formed to address ethical issues inherent with outside counsel contacting and seeking to obtain as clients former NFL players who had previously retained counsel. On that committee, I worked with outside experts and the claims and lien administrators to develop a coordinated response to the problem, within the boundaries of the rules of ethics and the law.

Additionally, Trip Tomlinson and Kimberly J. Johnson, both Pope, McGlamry shareholders, served on the Legal Committee, participating in weekly calls and research to address legal issues, including the potential impact of the Collective Bargaining Agreement on the former players' ability to seek redress.

Multiple other Pope McGlamry attorneys and support staff further contributed to the common-benefit efforts, as reflected in the detailed time reports submitted herewith.

3.       The schedule attached hereto as Exhibit 1 is a detailed summary indicating the amount of common benefit time spent by the attorneys and professional support staff of my firm who were involved in, and billed fifty or more hours to, this Action, and the lodestar calculation for those individuals based on my firm's current billing rates.  For personnel who are no longer employed by my firm, the lodestar calculation is based on the billing rates of such personnel in their final year of employment by my firm.  The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm.  Time expended in preparing this application for attorney's fees and expenses has been excluded.

4.       The hourly rates for the attorneys and professional support staff of my firm included in Exhibit 1 are the same as the regular rates charged for their services in other contingent matters.

5.       The total number of hours expended on the common benefit of this Action by my firm during the time period is 1,274.9 hours.  The total lodestar for my firm for those ours is $829,030, consisting of $820,385 for attorneys' time and $8,645 for professional support staff time.

6.       My firm's lodestar figures are based solely upon my firm's billing rates, which rates do not include charges for expense items.  Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

7.       As detailed in Exhibit 2 hereto, my firm is seeking reimbursement of a total of $125,137.01 in common benefit expenses incurred in connection with the prosecution of this Action.  These expenses are reflected on the books and records of my firm.  These books and

3

records are prepared from expense vouchers, check records, and other source material, and are an accurate record of the expenses incurred.

8.    With respect to the standing of my firm to share in an award of fees, costs, and expenses, attached hereto as Exhibit 3 is a biography of my firm, including the attorneys in my firm who were principally involved in this Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 3, 2017 in Atlanta, Georgia.

Michael L. McGlamry

# EXHIBIT 1

**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**

**No. 12-md-2323-AB**

**POPE McGLAMRY**

**LODESTAR REPORT**

**Inception through July 15, 2016**

| NAME | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|
| **SHAREHOLDERS:** | | | |
| Michael L.  McGlamry | 874.9 | $700 | $612,430 |
| C. Neal Pope | 6.1 | $800 | $4,880 |
| Wade H. Tomlinson | 31.2 | $700 | $21,840 |
| N. Kirkland Pope | 1.3 | $700 | $910 |
| Jay F. Hirsch | 0.5 | $700 | $350 |
| G. Walter Walker | 1.2 | $700 | $840 |
| Kimberly J. Johnson | 106.3 | $600 | $63,780 |
| Michael J. Blakely | 95.5 | $600 | $57,300 |
| | | | |
| **ASSOCIATES:** | | | |
| Jill L. Cassert | 44.2 | $500 | $22,100 |
| Caroline McGlamry | 1.2 | $450 | $540 |
| Shaun O'Hara | 78.7 | $450 | $35,415 |
| | | | |
| **PARALEGALS:** | | | |
| Kay Delaney | 7.8 | $275 | $2,145 |
| Vicki Laverty | 26.0 | $250 | $6,500 |
| | | | |
| **TOTALS:** | 1,274.9 | | $829,030 |

# EXHIBIT 2

**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**

**No. 12-md-2323-AB**

**POPE McGLAMRY**

**COST AND EXPENSE REPORT**

**Inception through July 15, 2016**

| NUMBER | CATEGORY | AMOUNT |
|---|---|---|
| 1 | Assessments | $100,000.00 |
| 2 | Commercial Copies | $56.35 |
| 3 | Computerized Research | $4,717.86 |
| 4 | Court Reporters/Transcripts | |
| 5 | Expert Services | |
| 6 | Facsimile | |
| 7 | Filing & Service Fees | |
| 8 | In-House Copies | $710.68 |
| 9 | Long Distance Telephone | |
| 10 | Postage/Express Delivery | $20.97 |
| 11 | Travel/Meals/Lodging | $19,631.15 |
| 12 | Miscellaneous | |
| **TOTAL EXPENSES** | | $125,137.01 |

# EXHIBIT 3



## Firm Resume

January 3, 2017

Fifty years ago, C. Neal Pope, the founding partner of Pope, McGlamry, Kilpatrick, Morrison & Norwood, P.C. ("Pope McGlamry"), commenced the practice of law in east central Alabama and Georgia, having established offices in Atlanta and Columbus, Georgia and Phenix City, Alabama by the year 1984.  In August of 1984, the firm and its current iteration of named partners began to, and have continued to, represent clients suffering from catastrophic injuries in a wide range of actions, including products liability cases.  The firm has achieved success in its representation of clients in both individual actions and in representative capacities, and has applied its team approach to the management of complex litigation to obtain excellent results for its clients.  Although its offices are located in Atlanta and Columbus, Georgia, the firm enjoys a national presence and reputation.

Pope McGlamry has the manpower, experience, and resources to handle complex litigation.  The firm consists of fifteen lawyers, several of whom have clerked in the federal court system at both the district court and circuit court level, with diverse backgrounds and a wide variety of experiences.  Although Pope McGlamry has historically, and primarily, represented plaintiffs in their individual and/or representative capacity, through lateral hires the firm also boasts vast experience from the defense perspective.

Much of Pope McGlamry's success arose from its achievements litigating product liability claims, including those involving defective drugs or faulty medical devices.  For example, in *Borom v. Eli Lily Co.*, United States District Court, Middle District of Georgia, Neal Pope and Max McGlamry obtained results locally that had an effect nationally.  The firm brought a wrongful death action against Eli Lily on behalf of the family of Lola T. Jones who died from kidney and liver failure within a month of taking the company's Oraflex drug.  As a result of the litigation, not only was the family of the deceased awarded $6 million, a significant sum in 1983, but also the drug was removed from the market so that others would not be harmed by the drug.   The two not only handled the lead case involving Oraflex, but also led the litigation in other pharmaceutical and medical products cases, such as the Bjork-Shiley heart valve litigation.   With the establishment of Pope McGlamry in 1984, the firm continued taking the lead in defective drugs or faulty medical devices cases such as the Halcion litigation. Another example of the firm's product liability success is evidenced by the fact that the firm once held the record for the largest wrongful death verdict for a minor in both a Georgia state court and a Georgia federal court, with both cases grounded on products liability claims.

Pope McGlamry has also been a leader in complex litigation involving multiple plaintiffs in both the MDL setting and in class action litigation. The firm has been involved in mass tort, multi-district, and complex individual and commercial litigation, including automotive, household, pharmaceutical, agriculture, aviation, and medical device product litigation for over 30 years. More recently, Pope McGlamry has served in the leadership in several MDL actions, including the following: (1) DePuy ASR™ Hip System cases, Judicial Council Coordination Proceeding No. 4649; (2) In re: National Football League Players' Concussion Injury Litigation, MDL 2323; (3) In re: WellNx Marketing and Sales Practices Litigation, MDL 1861; and (4) In re: Consolidated Non-filing Insurance Fee Litigation, MDL 1130.

Pope McGlamry has also been involved in and designated as class counsel by federal and state courts in numerous class actions. The firm has participated in verdicts and settlements on behalf of individuals and representative plaintiffs that have generated over $750 million in cash recovery and an additional $1.5 billion in injunctive and in kind relief for class members. A partial list of the complex individual actions (mass tort, products liability, personal injury and wrongful death), commercial litigation and class action litigation that Pope McGlamry has participated in is available at www.pmkm.com on the Verdicts & Settlements page. In handling these matters, Pope McGlamry has established expertise in complex cases.

Some of the firm's more significant cases highlighting its experience in complex litigation, including product liability claims, mass torts, and class actions, include:

**Diminished Value Litigation**

- *Anderson v. Fidelity and Guaranty Insurance Underwriters, Inc., et al.,* Civil Action File No. SU2000CV-4571, Superior Court of Muscogee County, State of Georgia;
- *Bagley v. Auto-Owners Insurance Company, et al.,* Civil Action File No. SU-02-CV-2273, Superior Court of Muscogee County, State of Georgia;
- *Bickerstaff and Shearon v. Alfa Insurance Corporation, et al.,* Civil Action File No. SU02CV2287, Superior Court of Muscogee County, State of Georgia;
- *Bristol v. Allstate, et al., Civil Action File No. SU04VC2971,* Superior Court of Muscogee County, State of Georgia;

- *Brookes v. Grange Mutual Casualty Company, et al.,* Civil Action File No. SU02CV325, Superior Court of Muscogee County, State of Georgia;
- *Brown v. Liberty Mutual Insurance Company, et al.,* Civil Action File No. SU-2002-CV-207-7, Superior Court of Muscogee County, State of Georgia;
- *Case v. GuideOne Insurance, et al., Civil Action File No. SU03CV2033,* Superior Court of Muscogee County, State of Georgia;
- *Chung v. Superior Insurance, Civil Action File No. SU03CV1922,* Superior Court of Muscogee County, State of Georgia;
- *Colquitt v. Southern Guaranty Insurance Company, et al.,* Civil Action File No. SU02CV2651, Superior Court of Muscogee County, State of Georgia;
- *Cudd v. American Home Assurance Company, et al.,* Civil Action File No. SU03CV1783, Superior Court of Muscogee County, State of Georgia;
- *Daughtry and Morgan v. Direct General Insurance Company, et al.,* Civil Action File No. SU02CV1380-7, Superior Court of Muscogee County, State of Georgia;
- *Earl v. Allstate Insurance Company, et al.,* Civil Action File No. SU-01-CV-193, Superior Court of Muscogee County, Georgia;
- *Granberry and Gordon v. Amex Assurance Company,* Civil Action File No. SU03CV1923, Superior Court of Muscogee County, State of Georgia;
- *Griffin v. Gateway Insurance Company,* Civil Action File No. SU-03-CV-2588-7, Superior Court of Muscogee County, State of Georgia;
- *Hamrick v. Southern General,* Civil Action File No. SU03CV1889, Superior Court of Muscogee County, State of Georgia;
- *Head and Hamlet v. Georgia Farm Bureau, et al.,* Civil Action File No. SU2000CV-4573, Superior Court of Muscogee County, State of Georgia;
- *Hole v. Metropolitan Life,* Civil Action File No. SU02CV364, Superior Court of Muscogee County, State of Georgia;
- *Humes v. The Continental Insurance Company, et al.,* Civil Action File No. SU02CV2275, Superior Court of Muscogee County, State of Georgia;
- *Hyatt v. Cotton States Mutual Insurance Company,* Civil Action File No. SU2001CV-3783-9, Superior Court of Muscogee County, State of Georgia;
- *Lovelace, et al. v. Vesta Insurance Corporation, et al.,* Civil Action File No. SU03CV2035, Superior Court of Muscogee County, State of Georgia;

- *Mabry v. State Farm Mutual Automobile Insurance Co.,* Civil Action File No. SU99CV4915, Superior Court of Muscogee County, Georgia;
- *Martin and Wicker v. Government Employees Insurance Company, et al.,* Civil Action File No. SU01CV312, Superior Court of Muscogee County, State of Georgia;
- *McLean v. Progressive Casualty Insurance Company, et al.,* Civil Action File No. SU01CV1030, Superior Court of Muscogee County, State of Georgia;
- *Meier v. Hartford Casualty Insurance, et al.,* Civil Action File No. SU02CV2416-7, Superior Court of Muscogee County, State of Georgia;
- *Miller v. Horace Mann Insurance Company,* Civil Action File No. SU02CV1295-7, Superior Court of Muscogee County, State of Georgia;
- *Miller v. Travco Insurance Company, et al.,* Civil Action File No. SU-2002-CV-255, Superior Court of Muscogee County, State of Georgia;
- *Moore v. Massachusetts, Civil Action File No. SU04CV361-7,* Superior Court of Muscogee County, State of Georgia;
- *Nash v. SAFECO, et al.,* Civil Action File No. SU03CV1972, Superior Court of Muscogee County, State of Georgia;
- *Oldham v. Nationwide Mutual Insurance Company, et al.,* Civil Action File No. SU01-CV-4132-7, Superior Court of Muscogee County, State of Georgia;
- *Oldham v. American Manufacturers Mutual Insurance Company, et al.,* Civil Action File No. SU-02-CV-2271, Superior Court of Muscogee County, State of Georgia;
- *Powell v. National General Insurance Company, et al.,* Civil Action File No. SU03CV1924, Superior Court of Muscogee County, State of Georgia;
- *Pressley v. Chicago Insurance Company, et al.,* Civil Action File No. SU-03-CV-2059, Superior Court of Muscogee County, State of Georgia;
- *Spangler v. Atlanta Casualty, et al.,* Civil Action File No. SU-02-CV-1075, Superior Court of Muscogee County, State of Georgia;
- *Stahl v. St. Paul Fire & Marine Insurance Company, et al.,* Civil Action File No. SU01CV1032, Superior Court of Muscogee County, State of Georgia;
- *Walton v. United Services Automobile Association, et al.,* Civil Action File No. SU01CV1732-7, Superior Court of Muscogee County, State of Georgia;
- *Walker, et. al. v. American National General Insurance Company, et. al.,* Civil Action File No. SU-03-CV-2058, Superior Court of Muscogee County, State of Georgia; and

- *Yodlowski v. Merastar Insurance Company, et al.,* Civil Action File No. SU02CV2272, Superior Court of Muscogee County, State of Georgia.

In *Mabry v. State Farm*, Pope McGlamry was lead counsel for a certified class of policy holders who were not reimbursed for the diminished value of their vehicles following first party claims for property damage. The Supreme Court of Georgia heard issues in this case on five occasions, with Pope McGlamry prevailing on behalf of the class in each instance. The class action ultimately resulted in a $150 million cash settlement for policy holders. Following its success in *Mabry*, Pope McGlamry proceeded with actions against every other major insurer in Georgia resulting in over $170 million more in settlement proceeds for Georgia policy holders. Having successfully pursued all of the principal insurance providers in the state, Pope McGlamry took the novel approach of proceeding with a suit against the remaining providers as a defendant class. The firm was again successful in obtaining a cash settlement for the remaining affected policy holders in Georgia.

### *Borom v. Eli Lily Co.*, United States District Court, Middle District of Georgia

Pope McGlamry filed suit against Eli Lily & Company, the maker of Oraflex, for the wrongful death of Lola Jones. Pope McGlamry's experts were able to prove that within a month of initial ingestion of the drug, Oraflex caused liver and kidney problems, which ultimately led to Ms. Jones' death. Oraflex was marketed in the United States two years after being first introduced in Europe. At trial, Eli Lily admitted that it knew of 29 deaths in Europe linked to its product before it was ever approved by the FDA. The jury returned a verdict for $6 million and Eli Lily removed Oraflex from the market.

### *Gentry v. Volkswagen of America, Inc., et al.*, State Court of Fulton County, Georgia

The jury in *Gentry* awarded an $11 million verdict in the products liability and wrongful death action brought by the parents of Lori Gentry. Lori was killed following an automobile collision, and Pope McGlamry sued the vehicle manufacturer for the defective design of its passenger restraint system. The jury's verdict was upheld, and at the time, it represented the largest wrongful death verdict for a minor in a Georgia state court.

***Mason v. Ford Motor Company*, United States District Court, Northern District of Georgia, Atlanta Division**

Pope McGlamry sought recovery on behalf of the family of Richard Robert Mason for his wrongful death, alleging that Ford was liable for the defective design of the fuel tank on its Ford Explorer.  The jury awarded the family over $9 million.  The verdict was affirmed by the Eleventh Circuit and, at the time, represented the largest wrongful death verdict for a minor in a Georgia federal court.

***Grundberg v. Upjohn Co.*, United States District Court for the District of Utah**

In a case involving the sleeping pill Halcion, Pope McGlamry sued the manufacturer of the drug on behalf of the Plaintiff who had shot and killed her mother while under the drug's influence.  The settlement of the case was the cover story of Newsweek.  Based on evidence obtained in that action, the drug was not allowed to be sold in a number of countries and the FDA changed and strictly limited the dosage and the time the drug could be taken.

***In re: Wellnx Marketing and Sales Practices Litigation*, United States District Court, District of Massachusetts, No. 07-MD-1861 (RGS)**

Sixteen actions were filed in various states alleging that Wellnx made false and misleading statements on the labeling of its products.  These cases were consolidated by the MDL Panel, and Pope McGlamry was appointed to serve as co-lead counsel in the MDL.  A settlement resulted in changes in marketing practices and partial refunds for consumers who participated.

**CROA Litigation**

- *Hillis v. Equifax Consumer Services, Inc., et al.*, United States District Court, Northern District of Georgia, Atlanta Division
- *Slack v. Fair Isaac Corporation, et al.*, United States District Court, Northern District of California
- *Townes v. Trans Union, LLC, et al.*, United States District Court, District of Delaware

Pope McGlamry filed separate class actions under Credit Repair Organizations Act, 15 U.S.C. § 1681 et seq., against the three national credit reporting agencies.  The actions settled for cash and in-kind relief exceeding $475 million.

***Adams v. Southern Farm Bureau Life Insurance Company*, United States District Court, Northern District of Georgia, Atlanta Division**

Pope McGlamry filed a class action alleging breach of fiduciary duty, fraud, negligence, and breach of contract in regard to the sale of universal life insurance policies by Southern Farm Bureau.  A class settlement valued in excess of $50 million was approved by the Court.

***Henderson, et al. v. Scientific-Atlanta, Inc.*, United States District Court, Northern District of Georgia**

Pope McGlamry filed a securities fraud class action resulting in a $14 million class settlement.

***In Re:  Consolidated "Non-Filing Insurance" Fee Litigation*, MDL-1130, United States District Court, Middle District of Alabama, Northern Division**

In a class action against retail and finance companies relating to alleged illegal non-filing insurance products, Pope McGlamry served as co-lead counsel for the class.  Settlements included restitution in the amount of $121,088,317 plus injunctive relief valued at $935,996,279.

***Meyer, et al. v. Citizens and Southern National Bank*, United States District Court, Middle District of Georgia**

A class action was filed on behalf of trust beneficiaries regarding the failure of the trustee to properly manage trust funds.  A class settlement of $32,600,000 was approved by the Court.

***Patterson v. CUNA Mutual Insurance Society, Inc.*, United States District Court, Northern District of Georgia, Atlanta Division**

Pope McGlamry filed a class action seeking relief for credit union members for the denial of credit disability and credit life benefits based on "age maximum."   The action settled for injunctive relief and cash payments of approximately $20 million.

**Online Travel Company Cases**

- *City of Atlanta, Georgia v. Hotels.com, L.P., et al.*, Superior Court of Fulton County, State of Georgia

- *Columbus, Georgia v. Expedia, Inc.*, Superior Court of Muscogee County, State of Georgia
- *Columbus, Georgia v. Hotels.com, L.P.*, Superior Court of Muscogee County, State of Georgia
- *Columbus, Georgia v. Orbitz, LLC*, Superior Court of Muscogee County, State of Georgia

Pope McGlamry is representing the City of Atlanta and the City of Columbus in multiple litigations involving online travel companies and the manner in which they disguise fees as taxes without remitting them to the proper taxing authorities. Various aspects of these cases have been before either the Georgia Court of Appeals or the Supreme Court of Georgia five times, and Pope McGlamry has prevailed in each instance. As a result of Pope McGlamry's efforts, another online travel company reached a settlement with the City of Columbus before suit was filed.

***Executive Risk Indemnity, Inc. v. AFC Enterprises, Inc., et al.*, United States District Court, Northern District of Georgia, Atlanta Division**

Executive Risk sought to rescind the directors and officers' policy issued to AFC alleging it had been procured through fraud following a restatement of the company's earnings. Pope McGlamry defended AFC and prosecuted its counterclaim for benefits under the policy. Following a week long bench trial before the Honorable Charles A. Pannell, Jr., Executive Risk's complaint was dismissed and judgment was granted on AFC's counterclaims in the amount of $24,295,980.40. The Eleventh Circuit affirmed the judgment of the trial court.

## Defective Seat Belt Litigation

- *Broach v. General Motors*, State Court of Fulton County, Georgia

    An auto products liability/wrongful death action was filed against GM based on its defective seat belts. The parties settled the claim for a confidential sum.

- *Gallo v. Ford Motor Company, Inc.*, United States District Court, Northern District of Georgia, Atlanta Division

    Plaintiff suffered severe brain injury due to rollover and defective seat belt. A confidential settlement was reached between the parties.

- *McBride, Jr. v. General Motors Corporation*, United States District Court, Middle District of Georgia, Columbus Division

    A defective seat belt led to catastrophic injuries following an accident. Pope McGlamry was able to satisfactorily resolve the matter by settlement.

- *Lehman v. General Motors Corporation*, United States District Court, Middle District of Georgia, Columbus Division

    Pope McGlamry filed this auto products liability action for the catastrophic injuries and wrongful death caused by GM's defective seat belts.  The parties resolved the matter out of court for a confidential sum.

- *Milam v. General Motors Corporation*, United States District Court, Eastern District of Tennessee, Northern Division

    Suit was filed on behalf of the family of a minor killed due to a defective seat belt system.  A confidential settlement was reached before trial.

- *Van Der Noordaa v. Hyundai Motor Company*, United States District Court, Middle District of Georgia, Columbus Division

    Suit was filed following the discovery that a defective seat belt had contributed to a wrongful death.  This products liability claim resolved through a confidential settlement.

**Buser v. General Motors, Circuit Court, Jackson County Missouri at Kansas City**

Pope McGlamry filed an auto products liability/wrongful death action arising from a defective roof and roof support system.  The case settled for a confidential sum.

***Duvall, et al. v. General Motors Corporation, et al.*, Circuit for Russell County, Alabama**

Pope McGlamry sought to recover for a catastrophic brain injury resulting from a defective hood restraint system and general uncrashworthiness.  The litigation was settled for undisclosed amount.

***Leddon v. Fabtech Motorsports, Inc., et al.*, Superior Court of Muscogee County, Georgia**

It was alleged that an eighteen year old girl was killed in a rollover accident arising from the faulty manufacture of lift kit for a Ford F-150.  Pope McGlamry was able to recover $1,300,000 in settlement for the family.

***Marler v. The City of Lanett, et al.*, Circuit Court of Chambers County, Alabama**

Plaintiff's husband died due to an inadequate response of the EMT service of the County and a defective defibrillator and a malfunction of same.  Before trial, the case was resolved for a confidential amount.

***Carleton v. ValuJet Airlines, Inc., et al.*, State Court of Fulton County, Georgia**

The cases of eight passengers killed in a May 11, 1995 crash of ValuJet Flight 592 were consolidated for trial.  All eight cases were settled for an undisclosed amount.

***Elliott, Jr., et al. v. United States of America*, United States District Court, Middle District of Georgia, Columbus Division**

Pope McGlamry filed a wrongful death and personal injury action arising from carbon monoxide poisoning due to a defective water heater at military base.  A verdict of approximately $12 million was returned.  Although appealed to the Eleventh Circuit, Pope McGlamry was able to avoid the general bar established by the Feres Doctrine.

**<u>Attorney Profiles</u>**

**C. Neal Pope**

Mr. Pope graduated with a B.A. from Auburn University in 1961 and received a LL.B. from the University of Alabama in 1966.  Following his graduation from the University of Alabama, Neal began practicing law in 1966. While pursuing his education and chosen career path, Neal also served the country as a Lieutenant in the U.S. Marine Corps from 1961-1963.

Mr. Pope is a Fellow of the American College of Trial Lawyers and has been recognized by Best Lawyers in America® in products liability and personal injury litigation since 1987.  He is licensed in the State and Superior Courts of Georgia, the Northern, Middle, and Southern Districts of Georgia, all Alabama State and Federal courts, the State courts of Florida, the Eleventh Circuit Court of Appeals, and the United States Supreme Court.  Neal is also a member of the District of Columbia Bar, licensed to practice in its courts.

Since beginning the practice of law in 1966, Mr. Pope has been at the forefront of litigation involving products liability, personal injury, and class action. Through his active participation in all of the firm's major litigation, he continues to broaden the firm's national reputation for the handling of complex litigation.

Email: nealpope@pmkm.com

**Paul Kilpatrick, Jr.**

Mr. Kilpatrick graduated from the University of Georgia with an A.B. in 1963 and a J.D. in 1965.  Following his successful completion of the Georgia Bar while a student, he began practicing law in 1964.  Paul served in the U.S. Army during the Vietnam Conflict, from 1965-1968, leaving with the rank of Capt. JAG. From 1968, when he left active duty military service, he has practiced law in Columbus, Georgia.

Paul is a member of several associations, including the Columbus Bar (President, 1975-1976), Russell County and American Bar Associations, State Bar of Georgia (Member, Board of Governors, 1975-1991; Member, Executive Committee, 1989-1994; President-Elect, 1990-1991; President, 1992-1993; Immediate past President, 1993-1994; Chairman, Family Law Section, 1980-1981; Member, Board of Bar Examiners, 2000-2006), The Florida Bar, Alabama State

Bar, Georgia Trial Lawyers Association, Alabama Trial Lawyers Association, Southern Conference of Bar Presidents, American Board of Trial Advocates.

Mr. Kilpatrick is licensed to practice in the State and Superior Courts of Georgia, the Northern, Middle, and Southern Districts of Georgia, all Alabama State and Federal courts, the State courts of Florida, the Eleventh Circuit Court of Appeals, and the United States Supreme Court.  Paul is also a member of the District of Columbia Bar, licensed to practice in its courts.

Email: paulkilpatrick@pmkm.com

**R. Timothy Morrison**

Tim Morrison graduated from the University of Alabama with a B.S. in 1972 and a J.D. in 1976. He was a member of the University of Alabama Law Review from 1975-1976. Following his graduation from the University of Alabama, Tim began practicing law in 1976.

Tim is a member of several associations, including the American Bar Associations, Alabama State Bar, State Bar of Georgia, Bar Association of the District of Columbia, Alabama Trial Lawyers Association, Georgia Trial Lawyers Association, The Association of Trial Lawyers of America, and the Lawyers Club of Atlanta.  He is licensed to practice in the State and Superior Courts of Georgia, the Northern, Middle, and Southern Districts of Georgia, all Alabama State and Federal courts, the Eleventh Circuit Court of Appeals, and the United States Supreme Court.  Tim is also a member of the District of Columbia Bar, licensed to practice in its courts.

Email: timmorrison@pmkm.com

**William Usher Norwood, III**

Mr. Norwood attended Emory University and graduated from the University of Georgia with an A.B. in 1965 and a LL.B. in 1967.  Following his graduation from the University of Georgia, Bill began practicing law in 1967.

Bill has been elected as a Fellow of the American College of Trial Lawyers (State Chair from 1999-2000); International Academy of Trial Lawyers; and

International Society of Barristers.  He is licensed in the State and Superior Courts of Georgia, the Northern, Middle, and Southern Districts of Georgia, the Eleventh Circuit Court of Appeals, and the United States Supreme Court.  Bill is a member of several associations, including the Atlanta Bar Association and State Bar of Georgia (Board of Governors, 1973-1979); Georgia Board of Bar Examiners (1991-1996), Chairman, (1996); Board to Determine Fitness, (1996-1999).  Mr. Norwood has been recognized as a Top 100 Super Lawyers in Georgia and in Best Lawyers in America® (1993-present).  He is also a Board Member of the Institute for the Advancement of the American Legal System (IAALS) in Denver, Colorado.

Mr. Norwood enjoys a broad range of experience that includes twenty-five years spent defending medical malpractice actions, taking approximately sixty such cases to verdict.  He also has extensive experience in complex litigation.  Bill was named individual lead counsel in two class action cases.  He also handled the oral arguments in each of the five appearances before the Supreme Court of Georgia in *Mabry v. State Farm Mutual Automobile Insurance Co.*, Superior Court of Muscogee County, Georgia, which ultimately led to the successful recovery of improperly withheld diminished value payments for the State's automobile insureds.

Not only has Bill enjoyed success in his role as lead attorney, he has also excelled in bringing parties together.  For the past eight years, a significant portion of Bill's practice has been devoted to serving as a mediator, having successfully resolved more than 90 cases during that time period.  He also represented the Decatur County Superior Court as Counsel to the Court in a contempt action by virtue of an appointment as Special Assistant Attorney General.

Email: billnorwood@pmkm.com


## Michael L. McGlamry

Mr. McGlamry graduated Magna Cum Laude from Wake Forest University in 1978 and Cum Laude with a J.D. from the University of Georgia Lumpkin School of Law in 1982.  Since completion of law school, Mike has continuously practiced in Atlanta, Georgia.  He is licensed in the State and Superior Courts of Georgia, the Northern, Middle, and Southern Districts of Georgia, the Eleventh Circuit Court of Appeals, and the United States Supreme Court.

In addition to the above, Mike has participated as a member of the U.S. District Court, Northern District of Georgia's Ad Hoc Committee on E-Discovery. As a member of that Committee, he was involved in the development of the Federal Civil Trial Practice 2010 seminar sponsored by the Institute of Continuing Legal Education (ICLE) in Georgia.  Mike has also been appointed by the State Bar President to serve on the Joint Task Force on Electronic Discovery, a joint effort of the State Bar of Georgia and the Georgia Chamber of Commerce.  He presently serves on the Judicial Procedure and Administrative/ Uniform Rules Committee and Subcommittee on E-Discovery established by the Georgia State Bar.  He is the Ethics Committee Chairman for the Georgia Trial Lawyers Association ("GTLA"), co-chair of the GTLA's Business Litigation Section, and Congressional District Five representative to the GTLA.

Email: mikemcglamry@pmkm.com


**Wade H. Tomlinson**

Wade (Trip) Tomlinson graduated from the University of Georgia with a B.B.A. in 1976 and, after teaching elementary school children for several years, he received his J.D. from the University of Georgia in 1987 (cum laude).  He was a Judicial Law Clerk for the Honorable Wilbur D. Owens, Jr., Chief Judge, U. S. District Court, Middle District of Georgia (1987-1989), and for the Honorable Albert Henderson, Senior Judge, U.S. Court of Appeals, Eleventh Circuit (1989-1990).

Trip is a member of several professional associations and organizations, including the American Bar Association, where he served as an Associate Editor for the Tort & Insurance Law Journal (1995-1997), the State Bar of Georgia, and Henry Lumpkin Inn of Court (Master Bencher).  He also is a founding member and serves on the Executive Committee of the Columbus Inn of Court.  Trip served a three-year term on the Attorney Disciplinary Committee for the U.S. District Court, Middle District of Georgia.  Trip is licensed to practice in the State and Superior Courts of Georgia, the Northern and Middle Districts of Georgia and numerous other District Courts, the U.S. Court of Federal Claims, the Third and Eleventh Circuit Court of Appeals, and the United States Supreme Court.

Trip is and has been actively involved in leadership roles in numerous civic, charitable and community organizations. Currently, he serves as a trustee, board member, or Commissioner for: The Columbus Museum; One Columbus

(promoting unity and respect within a diverse community); The Housing Authority of Columbus, Georgia; UGA Honors Program Advisory Board; Georgia Appleseed Center for Law and Justice. Trip formerly served on the boards of the Muscogee Excellence in Education Foundation and the Chattahoochee Riverkeeper and Chattahoochee RiverWatch.

Email: triptomlinson@pmkm.com

## Jay F. Hirsch

Jay Hirsch is a graduate of Tulane University (Bachelor of Arts, 1983) and the University of Georgia School of Law (J.D., 1986). Jay is licensed to practice in the State and Superior Courts of Georgia, the Northern and Middle Districts of Georgia, the State courts of Florida, the U.S. Court of Federal Claims, the Eleventh Circuit Court of Appeals, and the United States Supreme Court.

Jay is a member of the State Bar of Georgia, the Florida Bar, the Atlanta Bar Association, and the Georgia Trial Lawyers Association (GTLA). Mr Hirsch is a Champion member of the GTLA and has served on the Board of Trustees of the Civil Justice Political Action Committee (2003-2006).

Email: jayhirsch@pmkm.com

## N. Kirkland Pope

Mr. Pope graduated with a B.S. in Finance from Auburn University in 1992 and accepted a commission in The United States Marine Corps the same year. He served as an infantry officer with the Second Marine Division. In 2001 he received his J.D. from the University of Alabama, and started his own practice upon graduating law school. In 2003, as a part of the Marine Reserves, Kirk was deployed with the Fourth Marine Division to Wasit Province, Iraq as a part of Operation Iraqi Freedom. He joined Pope McGlamry from Pope and Rayfield, PC in 2006 and is located in the firm's Atlanta office.

Kirk is licensed in the State and Superior Courts of Georgia, the Northern, Middle, and Southern Districts of Georgia, the Eleventh Circuit Court of Appeals, and the United States Supreme Court. He is also licensed in the State courts of Alabama, the Northern and Middle Districts of Alabama, and the Northern and

Southern Districts of Illinois.  He has been identified as a Rising Star by Super Lawyers, recognized as a Best Lawyer in America®, and was selected to the National Trial Lawyers Association consisting of the top 100 trial lawyers from each state.

Email: kirkpope@pmkm.com

## Kimberly J. Johnson

Ms. Johnson graduated from DePauw University with a B. Mus. in 1991 and taught music in the public schools for four years before attending law school. She received her J.D. from at the University of Alabama in 1998 (summa cum laude). She served as a Judicial Law Clerk for the Honorable W. Harold Albritton III, then-Chief Judge, U.S. District Court, Middle District of Alabama (1998-1999), and for the Honorable Emmett R. Cox, Circuit Judge, U.S. Court of Appeals, Eleventh Circuit (1999-2000).

Kim is licensed in the State and Superior Courts of Georgia, the Northern and Middle Districts of Georgia, all Alabama State courts, the Sixth and Eleventh Circuit Courts of Appeals, and the United States Supreme Court.  In both her practice and in her clerkships, Ms. Johnson has been intimately involved in complex litigations involving product liability claims and consumer class actions.

Ms. Johnson has served on the editorial board of *The Verdict*, a publication of the Georgia Trial Lawyers Association, and has been identified as a Rising Star by Super Lawyers.

Email: kimjohnson@pmkm.com

## Michael J. ("M.J.") Blakely, Jr.

Mr. Blakely is a trial lawyer that specializes in handling catastrophic personal injury and wrongful death cases, mass torts, class actions and other complex litigation.  He attended Oxford College and Emory College of Emory University where he worked to obtain his Bachelor of Arts in 2002.  Mr. Blakely earned his Juris Doctorate from the University of Georgia School of Law in 2006. While in law school, Mr. Blakely was a member of the Mock Trial Board and Mock Trial Team.  He received the Weinberg, Wheeler, Hudgins, Gunn and Dial

Award for Outstanding Mock Trial Advocate. He served as a research assistant for Dean Rebecca H. White in the area of Employment Discrimination, and was a Joseph Henry Lumpkin Inn of Court Pupil, the Vice-President of the Black Law Student's Association, and a Dean's Ambassador.

Prior to joining the law firm of Pope McGlamry, Mr. Blakely worked for a large suburban law firm in Gwinnett County.  He has tried several cases to verdict and successfully argued before the Supreme Court of Georgia.  Mr. Blakely is a member of the State Bar of Georgia, the Georgia Trial Lawyers Association, the American Association for Justice, the Lawyers Club of Atlanta, and the University of Georgia Alumni Association.  In 2010, Mr. Blakely was invited back to the Joseph Henry Lumpkin Inn of Court as a Barrister where he served a two year term.

Mr. Blakely was admitted to the practice of law in the State of Georgia in 2006, and is licensed to practice in all Georgia courts, as well as the United States District Court for the Northern and Middle Districts of Georgia and the Supreme Court of the United States.

Email: mjblakely@pmkm.com

**Caroline G. McGlamry**

Caroline McGlamry was born in Atlanta, Georgia and graduated cum laude with a B.A. from the University of North Carolina at Chapel Hill in 2009. Caroline spent a year working in Washington, D.C. before furthering her studies at the University of Georgia School of Law where she graduated with a J.D. in 2013. While in law school, Caroline served as the Executive Notes Editor for the Georgia Journal of International and Comparative Law. She also served as President of UGA's Street Law and on the Athens Peer Court Design & Implementation Team, where she helped develop and implement a Teen Court model for the Athens, GA community.

In 2013, Caroline joined Pope McGlamry and has focused her career on representing plaintiffs in personal injury, wrongful death, products and pharmaceutical liability, class actions and mass torts actions.

Caroline is active in the community, serving Youth Counselor/ Blaze Committee at her church, Haygood United Methodist Church, and as Chairman of the Grady High School Mock Trial Foundation Board. In her spare time, Caroline

enjoys running and playing tennis, spends football season cheering on the Dawgs, and basketball season cheering even harder for the Tar Heels.

Email:  carolinemcglamry@pmkm.com