# EXHIBIT U

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden,<br>*on behalf of themselves and*<br>*others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and<br>NFL Properties LLC,<br>successor-in-interest to<br>NFL Properties, Inc.,<br><br>Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

### DECLARATION OF DAVID A ROSEN IN SUPPORT OF CO-LEAD CLASS COUNSEL'S PETITION FOR AN AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF COSTS AND EXPENSES

DAVID A. ROSEN declares as follows pursuant to 28 U.S.C. § 1746:

1. I am a former partner of the law firm of Rose, Klein & Marias LLP. I was appointed Judge of the Los Angeles Superior Court where I have sat since March 1, 2016. I submit this declaration in support of Co-Lead Class Counsel's Petition for an Award of Attorney's Fees and Reimbursement of Costs and Expenses in connection with and for services rendered and expenses incurred for the common benefit of the Settlement Class in the above-captioned multidistrict litigation ("Action") from the inception of the litigation through July 15,

2016, as well as for the payment of expenses incurred therewith. I have personal knowledge of the matters set forth in this declaration and, if called upon, I could and would testify competently thereto.

2. I was a member of the Plaintiffs' Steering Committee, an active member of the Public Relations Sub-Committee, and chair of the Workers' Compensation Sub-Committee. I also served on the Lien and Ethics Sub-Committees. Specifically in my role with the Public Relations Committee, I actively participated in the selection of and consultation with our professional consultants, and helped prepare individual claimants for public relations activity. With respect to the Workers' Compensation Committee, I studied and produced a memorandum as to the way in which the different workers' compensation laws and systems of the 50 states consider and handle professional athlete's claims in general, and brain trauma claims specifically. This included research into Workers' Compensation statute of limitation issues, cumulative trauma issues and the interface between workers' compensation and civil or third party actions.

3. The schedule attached hereto as Exhibit 1 is a detailed summary indicating the amount of common benefit time spent by the attorneys and professional support staff of my firm who were involved in, and billed fifty or more hours to, this Action, and the lodestar calculation for those individuals based on my firm's current billing rates. For personnel who are no longer employed by my firm, the lodestar calculation is based on the billing rates of such personnel in their final year of employment by my firm. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm. Time expended in preparing this application for attorney's fees and expenses has been excluded.

4. The hourly rates for the attorneys and professional support staff of my firm included in Exhibit 1 are the same as the regular rates charged for their services in other

contingent matters and have been accepted by other federal courts in other class action cases prosecuted by my firm.

5. The total number of hours expended on the common benefit of this Action by my firm during the time period is 243.03 hours. The total lodestar for my firm for those hours is $157,969.50, consisting of $157,969.50 for attorneys' time and $0.00 for professional support staff time.

6. My firm's lodestar figures are based solely upon my firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

7. As detailed in Exhibit 2 hereto, my firm is also seeking reimbursement of a total of $112,168.64 in common benefit expenses incurred in connection with the prosecution of this Action. These expenses are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records, and other source material, and are an accurate record of the expenses incurred.

8. With respect to the standing of my firm to share in an award of fees, costs, and expenses, attached hereto as Exhibit 3 is a biography of my firm, including the attorneys in my firm who were principally involved in this Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 22, 2016, at Los Angeles, California.

David A. Rosen

# EXHIBIT 1

# IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION

## No. 12-md-2323-AB

## [ROSE KLEIN & MARIAS]

## LODESTAR REPORT

### Inception through July 15, 2016

| NAME | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|
| **PARTNERS:** | | | |
| David A. Rosen | 243.03 | $650.00 | $157,969.50 |
| | | | |
| **ASSOCIATES:** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **STAFF ATTORNEYS:** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **CONTRACT ATTORNEYS:** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **PARALEGALS:** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| TOTALS: | | | $157,969.50 |
|---|---|---|---|

# EXHIBIT 2

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION

No. 12-md-2323-AB

[ROSE KLEIN & MARIAS]

COST AND EXPENSE REPORT

Inception through July 15, 2016

| NUMBER | CATEGORY | AMOUNT |
|---|---|---|
| 1 | Assessments | $100,000.00 |
| 2 | Commercial Copies | |
| 3 | Computerized Research | |
| 4 | Court Reporters/Transcripts | |
| 5 | Expert Services | |
| 6 | Facsimile | |
| 7 | Filing & Service Fees | |
| 8 | In-House Copies | |
| 9 | Long Distance Telephone | $3.52 |
| 10 | Postage/Express Delivery | |
| 11 | Travel/Meals/Lodging | $12,165.12 |
| 12 | Miscellaneous | |
| **TOTAL EXPENSES** | | $112,168.64 |

# EXHIBIT 3

# FindLaw.

Are you a legal Professional?
Visit our professional site
Law firm marketing

| Learn About The Law | Find a Lawyer | FindLaw Answers | Legal Forms | News | Blogs |

FindLaw » Lawyer Directory » Back to lawyers practicing Criminal Law near Winchester, NH

updated 02/29/2016

Your profile? Update now

Search FindLaw

## Rosen, David A.

Rose, Klein & Marias, LLP



801 S. Grand Avenue, 11th Floor
Los Angeles, CA 90017
Phones: 213-626-0571
Fax: 213-623-7755
Contact Us

www.rkmlaw.net
Other websites associated with this firm:
www.pro-unionsweb.com

## MAP LOCATION



Placement on map is approximate.

## LAWYER OVERVIEW

David Rosen focuses on the trial preparation, trial and appeal of toxic tort, asbestos exposure, and employment dispute cases. Mr. Rosen has represented workers and consumers from many different trades and areas in these matters, handling a number of jury trials and successful appeals.

Mr. Rosen is a member of the American Association for Justice (AAJ) - Board of Governors 2008 to present, the Consumer Attorneys of California (CAOC) - Board of Governors 1993 to present, the Consumer...

Read More

### Current Employment Position(s)
- Managing Partner

### Year Joined Firm
- 1979

### Practice Areas
- Toxic Torts, including Asbestos Exposure 45%
- Employment Disputes 20%
- Consumer, Class Actions, Environmental 35%

### Litigation
- 96%

### Representative Cases
- Traub v. Board of Retirement, 34 Cal. 3d 793 (1983)
- Hartwell Corp. v. Superior Court, 27 Cal. 4th 256 (2002)
- Evraets v. Intermedics, 29 Cal.App. 4th 779 (1994)
- Anderson v. Owens Corning, 53 Cal. 3d 987 (1991)
- Nelson v. Flintkote, 172 Cal. App. 3rd 727 (1985)
- Clark v. Baxter Healthcare, 83 Cal.App. 4th 1048 (2000)

## HOW DO I CHOOSE A LAWYER?

Consider the following:
**Comfort Level** - Are you comfortable telling the lawyer personal information? Does the lawyer seem interested in solving your problem?
**Credentials** - How long has the lawyer been in practice? Has the lawyer worked on other cases similar to yours?
**Cost** - How are the lawyer's fees structured - hourly or flat fee? Can the lawyer estimate the cost of your case?
**City** - Is the lawyer's office conveniently located?

## NOT SURE WHAT QUESTIONS TO ASK A LAWYER?

Here are a few to get you started:

- How long have you been in practice?
- How many cases like mine have you handled?
- How often do you settle cases out of court?
- What are your fees and costs?
- What are the next steps?

## WANT TO CHECK LAWYER DISCIPLINE?

Case 2:12-md-02323-AB   Document 7151-24   Filed 02/13/17   Page 12 of 14

# ROSE, KLEIN & MARIAS LLP

 

SELECT AN OFFICE
TO CALL NOW

# A Law Firm With A History Of Excellence

For more than 80 years, our law firm has been committed to two things:

- First, we are committed to getting maximum compensation for each of our clients in personal injury and workers' compensation cases.
- Second, we are committed to furthering the laws that apply to these cases and the way that these cases are handled. We strive to create an environment in which people who are hurt at work or injured due to an act of negligence do not have to struggle to get by.

The history of Rose, Klein & Marias began in 1936, when attorney Victor C. Rose began practicing law in Los Angeles. Four years later, he was joined by Alfred M. Klein. In 1946, Eugene Marias joined the team.

In the decades since, the firm has expanded to include dozens of experienced lawyers. We now have ten locations to conveniently serve all of Southern California. Although we have

grown, our dedication to helping our clients hasn't changed. This dedication is what has allowed us to thrive. We are driven to succeed.

## Dedicated to Personal Injury and Workers' Compensation

Our law firm is focused on two areas of practice: workers' compensation and personal injury. These are the matters we have devoted our careers to. These are the cases we care about. Our focus means that we have the depth of knowledge to help our clients get results.

We take pride in the fact that attorneys from our firm have spearheaded many of the types of cases we handle. In 1975, we were the first law office in California to bring a lawsuit against asbestos manufacturers for damage done by their product. Throughout the years, we have broken new ground in numerous types of personal injury and workers' comp cases.

## Leadership in the Profession

Our team is made up of leaders. Among our lawyers are past presidents of the California Applicants' Attorneys Association (CAAA) and the Consumer Attorneys of California (CAOC).

Our peers, as well as our future peers, turn to us to learn about the law. In addition to giving seminars on various topics, our law firm has a 45-year history of educating the lawyers of the future at the University of Southern California (USC) and the University of California - Los Angeles (UCLA).

## Our Next Accomplishment: Compensation for You

While our history is filled with many accomplishments, the one we want to discuss with you is one we have yet to achieve: getting you the compensation you need to move forward with your life. Let us show you how we will achieve it.

Want a Free Consultation?  The best way is to Contact us today to schedule a free consultation about any personal injury or workers' compensation case, from auto accidents to repetitive motion injuries.

Schedule Your Free Consultation

## Schedule your free consultation:

Los Angeles: 213-784-2801

Cerritos: 562-606-0348

Ontario: 909-581-9476

San Diego: 619-677-1431

Ventura: 805-290-4882

**View all locations**

Follow us / leave a review:

( REVIEW US )

### Firm Affiliations:



ROSE, KLEIN & MARIAS, LLP
TOP LISTED IN
Best Lawyers
THE WORLD'S PREMIER GUIDE



AMERICAN ASSOCIATION for JUSTICE
LEADERSFORUM
PATRON · 2016

© 2016 by Rose, Klein & Marias, LLP. All rights reserved. Disclaimer | Site Map