**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | § § § § § | **No. 12-md-2323 (AB)** **MDL No. 2323** **Hon. Anita B. Brody** |
| **-----------------------------------------------** | § § § | |
| | § § § § | **NOTICE OF WITHDRAWAL OF APPEARANCE ON BEHALF OF PLAINTIFF AUDRAY MCMILLIAN** |
| **THIS DOCUMENT RELATES TO:** | § § | |
| **Plaintiffs' Master Administrative Long-Form Complaint and Thomas, et al v. The National Football League No. 4:12-cv-02875 USDC, EDPA. 2:12-cv-05953** | § § § § § | |
| | § § | |
| **AUDRAY MCMILLIAN** | § | |

---

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of Walter Umphrey, Matthew C. Matheny and Jacqueline Ryall and the Provost Umphrey Law Firm, LLP., on behalf of Plaintiff, **AUDRAY MCMILLIAN** ONLY in *Thomas, et al vs. The National Football League, No. 4:12cv-02875 USDC, EDPA 2:12-cv-05953, and In Re National Football League Players' Litigation,* No. 2:12-MD-02323-AB is hereby WITHDRAWN.

Respectfully submitted,

February 20, 2017

By:_____/s/_____
    MATTHEW C. MATHENY
    STATE BAR NUMBER: 24039040
    mmatheny@provostumphrey.com
    JACQUELINE RYALL
    STATE BAR NUMBER: 17469445
    jryall@provostumphrey.com

PROVOST ☆ UMPHREY
LAW FIRM, L.L.P.
Attorney at Law
Post Office Box 4905
Beaumont, Texas 77704
(409) 835-6000
(409) 838-8888 - Fax Number

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2017, I caused the foregoing Notice of

Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in

the United States District of Pennsylvania, on all parties registered for CM/ECF in the

above captioned matter.

/s/
By:_____
MATTHEW C. MATHENY

2