# Exhibit A



brains of deceased NFL players.

The statistics now show that up to **95% of us who played in the NFL brains are being ravaged by CTE** after a lifetime in football, CTE is a tau protein that over time destroys areas of the brain used for cognitive thinking and impulse control.

-Dr. Anne McKee

*Chief Neuropathologist for the National VA ALS Brain Bank.*

Our statistics at NFL Players Brains Matter support Dr. McKee's statement, 86% of players receiving qualifying diagnosis from the NFL Players Brains Matter Fast Track Team to date, show deficits found within the Independent neuropsychological evaluation are congruent with organic injury that can potentially result from repetitive concussions and qualify for compensation based on the criteria set forth in the Concussion Injury Litigation Class Action Lawsuit against the National Football League.

-Fred Willis

*Executive Director NFL Players Brains Matter*



Past Issues

## From: Fred Willis & NFL Players Brains Matter
### Update from Status Conference on February 8th Concussion Settlement Implementation.

*Don't Wait Until June 6th Or Longer for a BAP Exam, Find Out Your Options for a No Cost "Qualifying Diagnosis" and Settlement for the NFL Concussion Lawsuit and File Your Claim by March 23rd.*



### To My NFL Brothers

Regarding the status conference on the concussion Lawsuit today it was great to listen to all these experts, but if you have been following my emails I conveyed to you my conversations both with the BAP Administrator & Claims Administrator back on January 7th, so move on there's nothing new here to see folks.

1. Registration for the NFL Concussion Settlement opens on February 6, 2017!
You must register on or before August 7, 2017 to participate in the Settlement and be eligible for any benefits! All players who have used the NFL Players Brains Matter Fast Track team have been registered and claims will be filed by March 23.

2. Players who have got a "Qualifying Diagnosis" can submit their claims on March 23, 2017 to the Claims Administrator, Settlement Claims will be paid on a 1st in 1st out basis, I estimated settlements to be paid out starting in the 2nd quarter of this year, the claims administrator stated today payments would start in late July!

3. And as so aptly stated today by **Christopher Seager**, co-lead counsel for the retired NFL-player plaintiffs: *"Let me explain the Method to the Madness of the BAP application process, so we can get your money out the door very quickly"????*
Another Key Date I mentioned was confirmed today by the BAP administrator:
When can I get a BAP exam to qualify for The NFL Concussion Lawsuit?
I was correct **The Commencement Date for a BAP exam is Not until June 6th or longer!**

3. And as so aptly stated today by **Christopher Seager**, co-lead counsel for the retired NFL-player plaintiffs: *"Let me explain the Method to the Madness of the BAP application process, so we can get your money out the door very quickly"????*
Another Key Date I mentioned was confirmed today by the BAP administrator.
When can I get a BAP exam to qualify for The NFL Concussion Lawsuit?
I was correct **The Commencement Date for a BAP exam is Not until June 6th or longer!**
*That is not money out the door very quickly Chris!*

3. What this all means is nothing until you get a "Qualifying Diagnosis"!!
The NFL Player Friendly Brains Matter Fast Track Team, is your only option **NOW** to get a "Qualifying Diagnosis" and file your claim by March 23rd!

4. It is also clear now that all those "Cut & Paste" lawyers are rearing their ugly heads and coming out of the woodwork to talk you into a free BAP exam 6 months from now, so they can steal a fee from any settlement you might receive for doing nothing!

**Definition of a "Cut & Paste Lawyer"**- meaning a lawyer who signed you to some piece of paper along time ago that you don't remember and has done nothing but send you occassional cut & paste updates and nothing else, has never dug in his own pocket to pay for a qualifying diagnosis for you at a cost of ($8-10K) and is now going to tell you to go get a Free BAP Assessment to collect his 25-40% Fee for doing nothing.

**Please reconsider him taking your money for doing nothing!**

Best regards,

Fred Willis
*Founder, Executive Director NFL Players Brains Matter*
*Founder, President & CEO HPN Neurologic Inc.*
*Founder, President & CEO HPN Concussion Management Inc.*
*"Fred Willis is a proud brain donor VA-BU-SLI Brain Bank, hoping to make a difference in the scientific understanding of CTE"*





# The NFL Concussion Lawsuit
## Here Are All The Facts and Options You Need To Know

### Who are the players in the NFL Concussion Lawsuit?

**Garretson Resolution Group** is now your BAP Administrator.
Cincinnati, OH.
593-714-0400

**BrownGreer PLC** is now your Claims Administrator.
Richmond, VA.
804-521-7200

## The NFL Now Has Control Over the Testing, Treatment and Diagnosis of Any Player.

### The BAP Baseline Assessment Program Is Now in Effect and Why You Don't Want to Participate in the BAP!
### Here's Why!

**Now That the BAP Administrator Is In Control, When Can I Get an Exam to Qualify for The NFL Concussion Lawsuit???**

1. Simple Question: When can I get a BAP exam to qualify for The NFL Concussion Lawsuit?
Answer: Not until June 6th or longer!

## Here's Why!

**Now That the BAP Administrator Is In Control, When Can I Get an Exam to Qualify for The NFL Concussion Lawsuit???**

1. Simple Question: When can I get a BAP exam to qualify for The NFL Concussion Lawsuit?
   Answer: Not until June 6th or longer!
2. According to The NFL Concussion Settlement Garretson Resolution Group (GRG) has 90 days from the effective date of (January 7th) to get the BAP provider network up and running by (April 7th) but you can't get an examination until (June 6th)?
3. To complicate things even more, the BAP Administrator is going to set up a complex zip code matrix in 53 of the largest cities around the country, to include Green Bay, WI. Honolulu, HI. And Anchorage, AK?
4. Next the BAP Administrator has to locate "Strategic Provider Hospital Sites" in all 53 cities who will recruit and submit applications from Doctors who are unfamiliar with the COMPREHENSIVE NEUROPSYCHOLOGICAL EVALUATION PROCESS and want to become BAP providers. The requirement for a BAP provider must be either a neuropsychologist certified by ABPP or by ABCN in the specialty of Clinical Neuropsychology, or a board-certified neurologist and not to have committed a felony!
5. We are talking about qualifying between 500-1,000 BAP doctors in 90 days???
6. **And finally Co-Lead Class Counsel and Counsel for the NFL Parties have the right to review every BAP provider application. WOW! review 1,000 applications, when they can't agree on anything!!!**

## If You Wait for a BAP Exam the Following Will 'Come To Pass'

1. The BAP Administrator says and I quote "You won't get a Neuro examination until *June 6th*" - 5 **Months from NOW!**
2. All of these BAP Provider Doctors are running their individual practices! They will have to fit you in with the rest of their patients, no priority here? **(2 Months for appointment?)**
3. If you receive a "Qualifying Diagnosis", a extensive written report on Qualifying or Non-Qualifying Diagnosis needs to be done to support your claim to the Claims Administrator. **(2 Months for the Report?)**
4. If you receive a "Qualifying Diagnosis" you then file your claim sometime in **2018** with The Claims Administration **(4 Months for a Decision?)**
5. In my opinion, if you get a "Qualifying Diagnosis" through a BAP exam, you will not receive a cash settlement for **(1 ½ Years!)**



# Here Now Are All Your Final Options

**Option 1-** If you have already received a qualifying diagnosis at LEVEL 1.5 or better you can now file a claim with the Claims Administrator Brown Grier. BrownGreer PLC, 250 Rocketts Way, Richmond, VA 23231 804.521.7200.

**Option 2-** Consider getting your examination and "Qualifying Diagnosis" and file your claim **NOW** with the NFL Player Brains Matter Player Friendly Fast Track Team.

The NFL Players Brains Matter Fast Track Team, is now your **only option** to get a "Qualifying Diagnosis" !

Our fast track team can schedule an exam for you immediately and receive the maximum monetary award you are entitled. Our Doctors are BAP Approved Board Certified Neurologists and Neuropsychologists Memory Specialists.

All medical exam costs, travel, hotel, transportation etc. will be "paid for in full", and if you get a qualifying diagnosis you will queue up for your claim on March 23rd. Settlement payouts will begin in the 2nd quarter of this year. (April, May, June)

**(It is important to note: Settlement Claims will be paid on a 1st in 1st out basis. I estimate settlements payments to start in the 2nd Quarter of this year!)**

**Option 3-** Accept the delay and quagmire of the Baseline Assessment Program that went into effect on January 7th, Please Note: "**YOU CANNOT GET A BAP EXAM UNTIL JUNE 6th or Later**."

Once The Fast Track Team gets you a qualifying diagnosis we will begin work on the 88 Plan, The Total & Permanent disability benefit and Treatment for your Post-Concussion Syndrome. Our Player Friendly Fast Track Team combines and prepares your case and handles all of the paperwork and court filings all the way to the "Claims Process" and beyond.

## Our Unique Approach Includes Treatment!

My company HPN Neurologic has developed and provided for licensed clinical trained mental health professional teams to treat retired players suffering from Post-Concussion Syndrome in major cities around the country.

**HPN High Performance Neurofeedback** is a type of brainwave-based biofeedback that has shown clinical efficacy in addressing the symptoms of Traumatic Brain Injury (TBI), Post-Traumatic Stress Disorder (PTSD), Post-Concussive Syndrome, Anxiety, Depression, and

## Our Unique Approach Includes Treatment!

My company HPN Neurologic has developed and provided for licensed clinical trained mental health professional teams to treat retired players suffering from Post-Concussion Syndrome in major cities around the country.

**HPN High Performance Neurofeedback** is a type of brainwave-based biofeedback that has shown clinical efficacy in addressing the symptoms of Traumatic Brain Injury (TBI), Post-Traumatic Stress Disorder (PTSD), Post-Concussive Syndrome, Anxiety, Depression, and Attention Deficit issues (AD/HD). Patients have more freedom, clarity, vitality and ease in their lives after using HPN.

**HPN High Performance Neurofeedback** treatment is administered by a world-class network of well trained and experienced practitioners. The quality of our practitioners is the foundation of our remarkable results.

## Discussing You're Settlement Profile and Getting Your Examination Now

1. The actual amount of compensation will be determined based on each retired player's actual age at the time of diagnosis and on other potential adjustments. Awards are reduced for retired players who played less than five eligible seasons. The age of the retired player at diagnosis (not the age when applying for a monetary award) is used to determine the monetary amount awarded.
2. Your Age @ Level 1.5 Qualifying Diagnosis.
3. Eligible Seasons and Career History.
4. Percentage of Reduction If Any for less than 5 Seasons or a Birthday.

*__Please Note:__ If you are not diagnosed **Level 1.5 Neurocognitive Impairment** or better and are diagnosed **Level 1.0** (Cognitive decline that entitles a player to receive supplemental benefit medical treatment up to $50,000.00-$75,000.00 but is not great enough for the player to immediately receive financial compensation) is another reason to get your exam done **NOW** to get this behind you!*

*Post-Concussion Syndrome is a declining behavior disease, it's only a matter of time, by getting examined now you will have no out of pocket expenses for **2 years if you reach a 1.5 LEVEL** to get a settlement. (Players 45 and under have 10 years).*

## The Monetary Award Table

| AGE AT DIAGNOSIS | ALS | DEATH W/CTE | PARKINSON'S | ALZHEIMER'S | LEVEL 2 | LEVEL 1.5 |
|---|---|---|---|---|---|---|
| Under 45 | $5,000,000 | $4,000,000 | $3,500,000 | $3,500,000 | $3,000,000 | $1,500,000 |

## The Monetary Award Table

| AGE AT DIAGNOSIS | ALS | DEATH W/CTE | PARKINSON'S | ALZHEIMER'S | LEVEL 2 | LEVEL 1.5 |
|---|---|---|---|---|---|---|
| Under 45 | $5,000,000 | $4,000,000 | $3,500,000 | $3,500,000 | $3,000,000 | $1,500,000 |
| 45 - 49 | $4,500,000 | $3,200,000 | $2,470,000 | $2,300,000 | $1,900,000 | $950,000 |
| 50 - 54 | $4,000,000 | $2,300,000 | $1,900,000 | $1,600,000 | $1,200,000 | $600,000 |
| 55 - 59 | $3,500,000 | $1,400,000 | $1,300,000 | $1,150,000 | $950,000 | $475,000 |
| 60 - 64 | $3,000,000 | $1,200,000 | $1,000,000 | $950,000 | $580,000 | $290,000 |
| 65 - 69 | $2,500,000 | $980,000 | $760,000 | $620,000 | $380,000 | $190,000 |
| 70 - 74 | $1,750,000 | $600,000 | $475,000 | $380,000 | $210,000 | $105,000 |
| 75 - 79 | $1,000,000 | $160,000 | $145,000 | $130,000 | $80,000 | $40,000 |
| 80+ | $300,000 | $50,000 | $50,000 | $50,000 | $50,000 | $25,00 |

**Contact Us for No Cost "Qualifying Diagnosis"**



## Our Unique Approach Includes Treatment for Post-Concussion Syndrome!

## Our Unique Approach Includes Treatment for Post-Concussion Syndrome!

## Results of NFL Retired Player
## 2 Year Clinical Trial Study

The 2 Year NFL Retired Player Clinical Trial Study determining the efficacy of HPN High Performance Neurofeedback treatment for reduction of symptoms related to Traumatic Brain Injury and enhancement of cognitive function. The entire treatment protocol improved on all measures of behavior. All pre-test QEEGs revealed statistically significant deviations from a normative data base on measures of Absolute Power, Amplitude Asymmetries, Coherence, and Phase. Post testing indicated remarkable normalization of all QEEG Brain Maps

**Read Clinical Trial Study**

The NFL Player Friendly Fast Track Team approach is an excellent way to get a diagnosis and file your claim NOW and put the concussion lawsuit behind you, don't wait 6 months until June for a BAP exam.

I am available for further discussion regarding any questions or paperwork relating to your benefits: **{The NFL Concussion Lawsuit, The 88 Plan and Total & Permanent Disability}**, please feel free to call me, my contact information is below.
Go now to nflplayersbrainsmatter.com website to find out your options.

**Visit Website Now!**

fred.willis@hpnneurologic.com

O: **(978) 526-0928**  |  Cell/Text **(508) 212-2074**

*Please click on our website links below*
nflplayersbrainsmatter.com
http://concussiontreatmenthelp.com/
www.hpnconcussionmanagement.com

**Read Clinical Trial Study**

The NFL Player Friendly Fast Track Team approach is an excellent way to get a diagnosis and file your claim NOW and put the concussion lawsuit behind you, don't wait 6 months until June for a BAP exam.

I am available for further discussion regarding any questions or paperwork relating to your benefits: **{The NFL Concussion Lawsuit, The 88 Plan and Total & Permanent Disability}**, please feel free to call me, my contact information is below.
Go now to nflplayersbrainsmatter.com website to find out your options.

**Visit Website Now!**

fred.willis@hpnneurologic.com

O: **(978) 526-0928**  |  Cell/Text **(508) 212-2074**
Please click on our website links below
nflplayersbrainsmatter.com
http://concussiontreatmenthelp.com/
www.hpnconcussionmanagement.com
www.hpnneurologic.com



Facebook   Twitter   Website   Email

Copyright © 2017 HPN Neurologic, All rights reserved.

unsubscribe from this list   update subscription preferences

