# Exhibit B



**HPN** CONCUSSION MANAGEMENT

# KNOWING THE BENEFITS & IF YOU QUALIFY

GET STARTED!

## NFL Concussion Settlement

The Supreme Court has rejected challenges to the NFL Concussion Settlement case which NOW clears the way for payouts to begin to former players who have a "Qualifying Diagnosis" and have been diagnosed with brain injuries linked to repeated concussions.

# NFL Concussion Settlement

The Supreme Court has rejected challenges to the NFL Concussion Settlement case which NOW clears the way for payouts to begin to former players who have a "Qualifying Diagnosis" and have been diagnosed with brain injuries linked to repeated concussions.

All living NFL Football players who, prior to July 7, 2014, (1) have retired, formally or informally, from playing professional football with the NFL or any Member Club, including AFL, World League of American Football, NFL Europe League and NFL Europa League players, or (2) were formerly on any roster, including preseason, regular season, or postseason, of any such Member Club or league and no longer are under contract to a Member Club and are not seeking active employment as a player with any Member Club, whether signed to a roster or signed to any practice squad, developmental squad, or taxi squad of a Member Club.

## NFL PLAYERS & CTE CRISIS

Degenerative brain disease in retired NFL Players has been associated with memory loss, reduced impulse control, depression, headaches, premature senility and more. As we age, the damage and symptoms manifest themselves even more if untreated, neurocognitive deficits, which are a reduction or impairment of cognitive function show physical changes can be seen to have occurred in the brain, such as after concussion brain injury during our playing careers.

Fred Willis is frequently credited with being the person/advocate most responsible for bringing the plight of his NFL brothers and the concussion and CTE crisis to the forefront of consciousness. Over 4 years his aggressive advocacy has reshaped how we understand, research, and treat the effects of brain trauma. His program honors a decision, action and initiative that has contributed to proving classification for post-concussion syndrome.

Fred Willis' aim within the NFL Retired Player community is to influence decisions and to provide step-by-step information to successfully obtain and guarantee retired players the benefits they deserve. He is dedicated to retaining the leading experts in science and medicine to evaluate your baseline requirements in order to present your claim in the most favorable light to the fund's administrator who will be appointed to determine how much compensation a player and their family are entitled to.

The medical experts he works closely with have access to the most advanced cutting edge technology which can be used to show damage to the brain. This cutting edge, advanced **"Players Friendly Fast Track Team"** technology allows him to obtain maximum compensation for players who have not yet experienced the full effects of their injuries which could develop in the future after their case has been settled and then treatment to increase the quality of life of retired NFL football players and seek to examine the health conditions that affect retired NFL players and to find better ways to diagnose, treat, and prevent their most pressing medical problems.

If a player decides to get evaluated, treated, or diagnosed and does not utilize the BAP mechanism, that player could be financially penalized by a reduction of 10% if he recovers any monetary award.

# MEET PLAYERS FRIENDLY FAST TRACK TEAM

The Team That Players Need Right Now



**FRED WILLIS**

Founder & Executive Director



**GEORGE ROZELLE**

Research & Treatment Advisor



**BRIAN T. MCCONNELL**

Player Relations Coordinator



**DARLENE WILLIS**

Family Advisor



**JEFF BULLARD, MD**

Medical Advisor



**MARK MADEIRA**

Law and Ethics Advisor



**PAUL SCOTT**

Retired Player Disability Advisor

Our "Players Friendly Fast Track Team" is made up of Player Relations Advisors, Family Advisor, Law & Ethics Advisors, Research Advisor, Board Certified Neurologists and Neuropsychologists memory specialists and Licensed Treatment Clinicians for post-concussion syndrome.

Our **"Players Friendly Fast Track Team"** process to get a qualifying diagnosis will pay in full for all your medical neurological exams and expenses relating to qualification and **our team will** never abandon you. The Monetary Award Fund ("MAF") is an uncapped fund that will provide compensation to Retired NFL Players diagnosed with any of the 6 Qualifying Diagnoses which include Levels 1.5 and 2.0 Neurocognitive Impairment, Alzheimer's Disease, Parkinson's Disease, ALS, and Death with CTE for players who died by the date of Final Approval, or April 22, 2015.

The statistics now show that up to 95% of us who played in the NFL brains are being ravaged by CTE after a lifetime in football. CTE is a tau protein that over time destroys areas of the brain used for cognitive thinking and impulse control.

The 88 Plan and NFL Concussion Lawsuit put the onerous and significant cost outlay for a neurological medical exam and "Qualifying Diagnosis" on you and it will not reimburse these costs.

The NFL settlement claims process will involve very detailed paperwork with specific deadlines and document requests. Our **"Players Friendly Fast Track Team"** will work on all stages of the process for acceptance for The NFL Concussion Lawsuit, The 88 Plan and Total and Permanent Disability Benefits ("T&P"), they will help you gather all of the necessary information and make sure your paperwork is filed correctly and on time. Missing deadlines or incomplete paperwork may result in a denial or a long delay of compensation.



## D4 Treatment Study

After you have been qualified The D4 Treatment Study is a "Pro Bono" treatment program at no charge or cost to retired NFL player's it includes treatment for the behavior issues associated with Post-Concussion Syndrome. What is consistent here is the NFL doesn't want to give us the benefits we deserve if diagnosed and have made it abrasive, ambiguous and arduous to understand and most of all "To Qualify"!!!

If you're interested in obtaining these benefits the first steps are:

If you're interested in obtaining these benefits the first steps are:

Step 1    Step 2    Step 3

## Step 1

For those of us with this disease characterized by mood swings, uncontrolled anger, depression, suicidal tendencies and eventually dementia — from repeated head trauma. if you feel you are in a "Distressed State" meaning stuck, depressed, anxious, angry, aggressive, impulsive, erratic, withdrawn, tired a lot, lost, unfocussed, having difficulty staying asleep, confusion, behavior or mood changes, trouble with memory, concentration, attention, or thinking, we will sit down with you and your wife or significant other who are the "Ultimate Witness" to your disease and complete the Confidential Diagnostic Questionnaire and Clinical Dementia Scale and the MoCA Test, we call this initial validity testing which gives us a head start on your neuropsyche testing, your wife or significant other will play a very powerful role in this process, wives or significant others of retired NFL players with post-concussion syndrome should not be left to handle much of the paperwork, the discussions with doctors and lawyers, and the fight for benefits, while also holding their households together, because their husbands have been left with short term memory loss, depression, and other ills that make it difficult to hold a job or pay mounting medical bills, if interested they can work closely with my wife to 'pick up the pieces' after brain injuries to football player husbands.

## The **88** Plan

The 88 Plan and NFL Concussion Lawsuit put the onerous and significant cost outlay for a neurological medical exam with a board certified neurologist on you and it will not reimburse these costs. It will take a concerted effort by all of us, including a lawyer to accomplish this benefit. If you choose to go the **"BAP Provider"** route it could be years until you see a settlement.

READ 88 PLAN BOOKLET

REGARDING CONCUSSION SETTLEMENT AGREEMENT

## An Imminent Upcoming Event

On August 30, 2016 a petition **for a writ of certiorari** (often called a **cert. petition),** Certiorari (request for review) was filed with the United States Supreme Court asking the Court to review the Concussion Settlement Agreement. Additionally, two other groups of objecting players made requests for extensions



## If you're interested in obtaining these benefits the first steps are:

Step 1    Step 2    Step 3

### Step 2

A comprehensive neurological workup exam by a board certified neurologist/neuropsychologist memory specialists, your medical exam is the most crucial step we take in this process and it will be paid for in full. If you have had a medical exam done by a board certified neurologist please let us know but it has to be according to the BASELINE NEUROPSYCHOLOGICAL TEST BATTERY AND SPECIFIC IMPAIRMENT CRITERIA FOR RETIRED NFL FOOTBALL PLAYERS. Qualifying Diagnoses must be made by approved qualified specialists. Any time prior to Final Settlement Approval, **only board-certified neurologists, board-certified neurosurgeons or board-certified neuro-specialist physicians or similarly qualified specialists can make Qualifying Diagnoses.** Following Final Settlement Approval, only qualified specialists approved by the Claims Administrator will be able to make Qualifying Diagnoses.

## The **88** Plan

The 88 Plan and NFL Concussion Lawsuit put the onerous and significant cost outlay for a neurological medical exam with a board certified neurologist on you and it will not reimburse these costs. It will take a concerted effort by all of us, including a lawyer to accomplish this benefit. If you choose to go the **"BAP Provider"** route it could be years until you see a settlement.

READ 88 PLAN BOOKLET

REGARDING CONCUSSION SETTLEMENT AGREEMENT
## An Imminent Upcoming Event

On August 30, 2016 a petition **for a writ of certiorari** (often called a **cert. petition),** Certiorari (request for review) was filed with the United States Supreme Court asking the Court to review the Concussion Settlement Agreement. Additionally, two other groups of objecting players made requests for extensions to file their appeals which is a brief asking the Supreme Court to hear our case.

## If you're interested in obtaining these benefits the first steps are:

| Step 1 | Step 2 | Step 3 |
|---|---|---|

### Step 3

100% of any and all expenses for neurological medical exams will be paid for in full on a non-recourse basis, until a Specific Qualifying Diagnosis classification is received.

## The **88** Plan

The 88 Plan and NFL Concussion Lawsuit put the onerous and significant cost outlay for a neurological medical exam with a board certified neurologist on you and it will not reimburse these costs. It will take a concerted effort by all of us, including a lawyer to accomplish this benefit. If you choose to go the **"BAP Provider"** route it could be years until you see a settlement.

READ 88 PLAN BOOKLET

## An Imminent Upcoming Event

On August 30, 2016 a petition **for a writ of certiorari** (often called a **cert. petition**), Certiorari (request for review) was filed with the United States Supreme Court asking the Court to review the Concussion Settlement Agreement. Additionally, two other groups of objecting players made requests for extensions to file their appeals which is a brief asking the Supreme Court to hear our case.

Justices will hold a private conference on December 9th during which they will vote on how to decide the NFL Concussion Settlement case. If the Court rejects the request, the matter will then become truly "final" and the registration and claim process for retired players would begin shortly thereafter based on the "Effective Date".

The Effective Date of the Amended Settlement Agreement will be the date on which all timely filed appeals to the Final Order and Judgment are resolved in

REGARDING CONCUSSION SETTLEMENT AGREEMENT

# An Imminent Upcoming Event

On August 30, 2016 a petition **for a writ of certiorari** (often called a **cert. petition),** Certiorari (request for review) was filed with the United States Supreme Court asking the Court to review the Concussion Settlement Agreement. Additionally, two other groups of objecting players made requests for extensions to file their appeals which is a brief asking the Supreme Court to hear our case.

Justices will hold a private conference on December 9th during which they will vote on how to decide the NFL Concussion Settlement case. If the Court rejects the request, the matter will then become truly "final" and the registration and claim process for retired players would begin shortly thereafter based on the "Effective Date".

The Effective Date of the Amended Settlement Agreement will be the date on which all timely filed appeals to the Final Order and Judgment are resolved in favor of the Settlement, at that time players will be forced to use "The BAP Provider" system, if you choose to seek an independent neurological exam, you will be penalized 10% of your settlement, therefore Time Is Of the Essence to Get Examined by Independent Doctors.

**LOOK IN THE** MIRROR

## What are the Common TBI & CTE Symptoms

TBI symptoms vary depending on the extent of the injury and the area of the brain affected. Some symptoms appear immediately; others may appear days, weeks and even years later. You may feel right now that your current condition has pulled you out of your life plan and something is not right. You may also feel feeling stuck, depressed, anxious, angry, aggressive, impulsive, erratic, withdrawn, tired a lot, lost, unfocused, having difficulty staying asleep, headaches, confusion, lightheadedness, dizziness, blurred vision, ringing in the ears, a bad taste in the mouth, behavior or mood changes, trouble with memory, concentration, attention, or thinking, loss of consciousness lasting a few seconds to minutes, sensitivity to light or sound.

## If Your Diagnosed with Neurocognitive Impairment

### Your participation will bring about the following:

| 1) Qualifying Diagnosis | 2) DSM-5 Criteria | 3) The 88 Plan | 4) NFL Concussion Lawsuit | 5) Disability Benefits | 6) HPN Treatment |



### Qualifying Diagnosis

As a participant you will a receive comprehensive neurological exam by a board certified neurologist/neuropsychologist memory specialists, your medical exam is the most crucial step we take in this process and it will be paid for in full. If you have had a medical exam done by a board certified neurologist or neuropsychologist please let us know. Qualifying Diagnoses must be made by approved qualified specialists, 100% of any and all expenses for neurological medical exams will be paid for in full on a non-recourse basis until a Specific Qualifying Diagnosis classification is received.

## What are the Common TBI & CTE Symptoms

TBI symptoms vary depending on the extent of the injury and the area of the brain affected. Some symptoms appear immediately; others may appear days, weeks and even years later. You may feel right now that your current condition has pulled you out of your life plan and something is not right. You may also feel feeling stuck, depressed, anxious, angry, aggressive, impulsive, erratic, withdrawn, tired a lot, lost, unfocussed, having difficulty staying asleep, headaches, confusion, lightheadedness, dizziness, blurred vision, ringing in the ears, a bad taste in the mouth, behavior or mood changes, trouble with memory, concentration, attention, or thinking, loss of consciousness lasting a few seconds to minutes, sensitivity to light or sound.

## If Your Diagnosed with Neurocognitive Impairment

Your participation will bring about the following:

| 1) Qualifying Diagnosis | 2) DSM-5 Criteria | 3) The 88 Plan | 4) NFL Concussion Lawsuit | 5) Disability Benefits | 6) HPN Treatment |



### Meeting DSM-5 Criteria for Acceptance into the 88 Plan

Your comprehensive Neurological Medical Exam by an Independent Board Certified Neurologist and Neuropsychologist Memory Specialists will determine you have dementia according to DSM-5 criteria and Level 1.5 Neurocognitive Impairment. It will be established in part with evidence of decline in performance in at least two areas subject to clinical evaluative testing (such as complex attention, executive function, learning, memory, language and perceptual skill) and related functional impairment, neurocognitive impairment (DSM-5) which is the development of multiple cognitive deficits that include memory impairment and at least one of the following cognitive disturbances: aphasia, apraxia, agnosia, or a disturbance in executive functioning. This will qualify you for the 88 Plan benefit, the maximum benefit in any Plan Year is $130,000.

## What are the Common TBI & CTE Symptoms

TBI symptoms vary depending on the extent of the injury and the area of the brain affected. Some symptoms appear immediately; others may appear days, weeks and even years later. You may feel right now that your current condition has pulled you out of your life plan and something is not right. You may also feel feeling stuck, depressed, anxious, angry, aggressive, impulsive, erratic, withdrawn, tired a lot, lost, unfocussed, having difficulty staying asleep, headaches, confusion, lightheadedness, dizziness, blurred vision, ringing in the ears, a bad taste in the mouth, behavior or mood changes, trouble with memory, concentration, attention, or thinking, loss of consciousness lasting a few seconds to minutes, sensitivity to light or sound.

## If Your Diagnosed with Neurocognitive Impairment

Your participation will bring about the following:



| 1) Qualifying Diagnosis | 2) DSM-5 Criteria | 3) The 88 Plan | 4) NFL Concussion Lawsuit | 5) Disability Benefits | 6) HPN Treatment |

### The 88 Plan

My company and I will assist at no cost to you with **The 88 Plan** Application which pays lifelong benefits to vested NFL Players who qualify and prove they have Dementia. The maximum benefit in any Plan Year is $130,000.

READ 88 PLAN BOOKLET

## What are the Common TBI & CTE Symptoms

TBI symptoms vary depending on the extent of the injury and the area of the brain affected. Some symptoms appear immediately; others may appear days, weeks and even years later. You may feel right now that your current condition has pulled you out of your life plan and something is not right. You may also feel feeling stuck, depressed, anxious, angry, aggressive, impulsive, erratic, withdrawn, tired a lot, lost, unfocussed, having difficulty staying asleep, headaches, confusion, lightheadedness, dizziness, blurred vision, ringing in the ears, a bad taste in the mouth, behavior or mood changes, trouble with memory, concentration, attention, or thinking, loss of consciousness lasting a few seconds to minutes, sensitivity to light or sound.

## If Your Diagnosed with Neurocognitive Impairment

### Your participation will bring about the following:

| 1) Qualifying Diagnosis | 2) DSM-5 Criteria | 3) The 88 Plan | 4) NFL Concussion Lawsuit | 5) Disability Benefits | 6) HPN Treatment |



### NFL Concussion Lawsuit

The Fast Track team and I will also assist you with what you need to know about qualifying for compensation from the NFL Concussion Lawsuit. How you will qualify and what class you would fall into if you qualify and how much money you would receive after the offsets.

## What are the Common TBI & CTE Symptoms

TBI symptoms vary depending on the extent of the injury and the area of the brain affected. Some symptoms appear immediately; others may appear days, weeks and even years later. You may feel right now that your current condition has pulled you out of your life plan and something is not right. You may also feel feeling stuck, depressed, anxious, angry, aggressive, impulsive, erratic, withdrawn, tired a lot, lost, unfocussed, having difficulty staying asleep, headaches, confusion, lightheadedness, dizziness, blurred vision, ringing in the ears, a bad taste in the mouth, behavior or mood changes, trouble with memory, concentration, attention, or thinking, loss of consciousness lasting a few seconds to minutes, sensitivity to light or sound.

## If Your Diagnosed with Neurocognitive Impairment

Your participation will bring about the following:

| 1) Qualifying Diagnosis | 2) DSM-5 Criteria | 3) The 88 Plan | 4) NFL Concussion Lawsuit | 5) Disability Benefits | 6) HPN Treatment |



### Total and Permanent Disability Benefits ("T&P")

The Fast Track team and I will assist you with the qualification process for your total and permanent disability benefits at no cost.

Minimum benefit of $22,084 (Active Football), $13,750

(Active Non-Football), $11,250 (Inactive A), or $5,000

(Inactive B) per month
Payable for life or until cessation of the disablement.

You may be eligible if:

You are a Vested Inactive Player

You are not receiving your pension benefit from the Retirement Plan
You are unable to engage in any occupation for remuneration or profit or have been approved for SSA disability benefits

# What are the Common TBI & CTE Symptoms

TBI symptoms vary depending on the extent of the injury and the area of the brain affected. Some symptoms appear immediately; others may appear days, weeks and even years later. You may feel right now that your current condition has pulled you out of your life plan and something is not right. You may also feel feeling stuck, depressed, anxious, angry, aggressive, impulsive, erratic, withdrawn, tired a lot, lost, unfocussed, having difficulty staying asleep, headaches, confusion, lightheadedness, dizziness, blurred vision, ringing in the ears, a bad taste in the mouth, behavior or mood changes, trouble with memory, concentration, attention, or thinking, loss of consciousness lasting a few seconds to minutes, sensitivity to light or sound.

# If Your Diagnosed with Neurocognitive Impairment

### Your participation will bring about the following:

1) Qualifying Diagnosis        2) DSM-5 Criteria        3) The 88 Plan        4) NFL Concussion Lawsuit        5) Disability Benefits        6) HPN Treatment



## HPN Treatment

Treatment with our "cutting edge" FDA approved HPN device that effectively treats the symptoms of behavior from traumatic brain injury and will change the course of any deficit.  We see treatment with HPN as an assault, invasion and incursion action that levels the playing field and increases their "Quality of Life". players recover, get better, strengthen, heal and survive the fear of this dreaded progressive disease the leads to "CTE" Chronic Traumatic Encephalopathy, which can only be detected at autopsy. The bonus with this therapy is the time invested is minimal while the results extraordinary.

**Important** Informational Links



NFL Settlement Elitgibility



The 88 Plan Booklet



NFL Concussion Lawsuit



NFL HPN Clinical Study

For more info on qualifying, please contact Fred Willis at (978) 526-0928 or Cell/Text (508) 212-2074.

CONTACT NOW!