IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL OPT OUT PLAINTIFFS (*see Attachment A for a complete list of actions involving Opt Out Plaintiffs*) | **Hon. Anita B. Brody** |

## ORDER

An Organizational Meeting of all Opt Out Plaintiffs will be held on **Monday, March 27, 2017, at 10:00 a.m.** in Courtroom 7-B of the U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

_____
ANITA B. BRODY, J.
2/23/17

Copies **VIA ECF** on _____ to:       Copies **MAILED** on _____ to:

O:\ABB 2017\L - Z\NFL Opt Out Organizational Meeting 3_27_17 Order.docx

1

## ATTACHMENT A

### List of Pending Actions in MDL No. 2323 Involving Opt Out Plaintiffs

1. *Abdullah, et al. v. NFL, et al.* (12-cv-6774)
2. *Adams, et al. v. NFL, et al.* (13-cv-7661)
3. *Alexander, et al. v. NFL, et al.* (12-cv-1923)
4. *Allen, et al. v. NFL, et al.* (13-cv-5439)
5. *Anderson, et al. v. NFL, et al.* (13-cv-2325)
6. *Anderson, et al. v. NFL, et al.* (13-cv-5206)
7. *Andrews, et al. v. NFL, et al.* (12-cv-4632)
8. *Baggs, et al. v. NFL, et al.* (13-cv-5309)
9. *Bailey, et al. v. NFL, et al.* (12-cv-5372)
10. *Ballard, et al. v. NFL, et al.* (13-cv-2244)
11. *Bauman, et al. v. NFL, et al.* (12-cv-4576)
12. *Boyd, et al. v. NFL, et al.* (12-cv-0092)
13. *Brister, et al. v. NFL* (12-cv-3693)
14. *Brodie, et al. v. NFL, et al.* (12-cv-0861)
15. *Budness, et al. v. NFL, et al.* (13-cv-5078)
16. *Bush et al. v. NFL, et al.* (13-cv-4549)
17. *Cherry, et al. v. NFL* (12-cv-4121)
18. *Culpepper, et al. v. NFL, et al.* (12-cv-2490)
19. *Demarie, et al. v. NFL, et al.* (13-cv-7659)
20. *Douglass v. NFL, et al.* (13-cv-7376)
21. *Duckworth, et al. v. NFL, et al.* (13-cv-4231)
22. *Everitt, et al. v. NFL, et al.* (12-cv-0731)
23. *Finn, et al. v. NFL* (12-cv-1034)
24. *Foreman, et al. v. NFL, et al.* (12-cv-4160)
25. *Garner, et al. v. NFL, et al.* (12-cv-4634)
26. *Gayle v. NFL, et al.* (12-cv-5212)
27. *Hairston, et al. v. NFL, et al.* (12-cv-0989)
28. *Hannah, et al. v. NFL, et al.* (12-cv-3379)
29. *Henderson, et al. v NFL, et al.* (12-cv-3534)
30. *Holt, et al. v. NFL, et al.* (12-cv-4185)
31. *Hopkins, et al. v. NFL, et al.* (12-cv-1239)
32. *Horn, et al v. Kansas City Chiefs Football Club, Inc. Football Club, Inc.* (14-cv-3382)
33. *Hostetler, et al. v. NFL, et al.* (12-cv-2199)
34. *Hughes, et al. v. NFL, et al.* (12-cv-1423)
35. *Jani, et al. v. NFL, et al.* (14-cv-2064)
36. *Jones, et al. v. NFL* (12-cv-1027)
37. *Jordan, et al. v. NFL* (12-cv-2802)
38. *Kenney, et al. v. Kansas City Chiefs Football Club, Inc.* (14-cv-4779)
39. *Lewis, et al. v. Kansas City Chiefs Football Club, Inc.* (14-cv-1995)
40. *Little, et al. v. NFL, et al.* (12-cv-2219)
41. *Monk, et al. v. NFL, et al.* (12-cv-3533)
42. *Morris, et al. v. NFL, et al.* (12-cv-5210)

43. *Morton v. NFL, et al.* (13-cv-7660)
44. *Parrish v. NFL, et al.* (12-cv-1700)
45. *Pear, et al. v. NFL, et al.* (12-cv-1025)
46. *Pugh, et al. v. NFL, et al.* (12-cv-1165)
47. *Richter, et al. v. NFL, et al.* (12-cv-6369)
48. *Scroggins v. NFL* (16-cv-2058)
49. *Seau, et al. v. NFL, et al.* (13-cv-1531)
50. *Seau, et al. v. NFL, et al.* (13-cv-1532)
51. *Simmons, et al. v. NFL, et al.* (13-cv-6354)
52. *Smith, et al. v. Arizona Cardinals Football Club, LLC* (16-cv-1704)
53. *Smith, et al. v. Kansas City Chiefs Football Club, Inc.* (14-cv-3383)
54. *Stabler, et al. v. NFL, et al.* (12-cv-4186)
55. *Steed v. NFL, et al.* (12-cv-1026)
56. *Sweet, et al. v. NFL, et al.* (12-cv-7214)
57. *Wisniewski, et al. v. NFL, et al.* (12-cv-4187)