# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

IN RE:  NATIONAL FOOTBALL LEAGUE      :   No. 2:12-md-02323 –AB
PLAYERS' CONCUSSION                 :
INJURY LITIGATION                  :   MDL No. 2323
_____  :

**THIS DOCUMENT RELATES TO:**     :
                                    :   **NOTICE OF WITHDRAWAL OF**
                                    :   **APPEARANCE**
**JEFFREY THOMASON, PLAINTIFF,**  :
**SHORT FORM, DOC 3015**        :
                                    :

---

       Pursuant to the filing of a Notice of Attorney's Lien and the accompanying Petition to Establish Attorney's Lien, which were filed with the Court on this same date, this Notice of Withdrawal of Appearance is submitted on behalf of the firm of Giddens Law Firm, John D. Giddens P.A., and Philip W. Thomas Law Firm, specifically including John D. Giddens, Baskin L. Jones, and Philip W. Thomas as counsel for Plaintiff Jeffrey Thomason in this MDL Proceeding.

Dated: February 24, 2017

       Respectfully Submitted By:


                             s/John D. Giddens
                             John D. Giddens


John D. Giddens
GIDDENS LAW FIRM
226 North President Street (39236)
Post Office Box 22546
Jackson, Mississippi 39225-2546
Tel: (601) 355-2022
Fax: (601) 355-0012

Philip W. Thomas
PHILIP W. THOMAS LAW FIRM
Post Office Box 24464
Jackson, Mississippi 39225-4464
747 North Congress St. (39202)
pthomas@thomasattorney.com
(601) 714-5660

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 24th day of February, 2017.

s/John D. Giddens
John D. Giddens