# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

IN RE:  NATIONAL FOOTBALL LEAGUE : No. 2:12-md-02323 –AB
PLAYERS' CONCUSSION : 
INJURY LITIGATION : MDL No. 2323
----------------------------------------------------------------------- : 
_____ : 

**THIS DOCUMENT RELATES TO:** : **Hon. Anita B. Brody**
 : 
**LEON SEALS, PLAINTIFF, SHORT FORM,
DOC 4472**

### NOTICE OF ATTORNEY'S LIEN

Pursuant to U.C.C. § 9-303, and *Stephens v. Wetzel*, Sb.2d 293 (Miss. 2000), the

Petitioners, John D. Giddens for John D. Giddens, P.A. and Philip Thomas of Philip W. Thomas

Law Firm, attorneys for the Plaintiff in the above-entitled action, hereby notify this Court and all

parties that they have a lien in this case for reasonable attorney's fees, plus expenses, as set forth

in the accompanying Petition to Establish Attorney's Lien.

Dated: February 24, 2017

Respectfully Submitted By:

s/John D. Giddens
John D. Giddens

John D. Giddens
GIDDENS LAW FIRM
226 North President Street (39236)
Post Office Box 22546
Jackson, Mississippi 39225-2546
Tel: (601) 355-2022
Fax: (601) 355-0012

Philip W. Thomas
PHILIP W. THOMAS LAW FIRM
Post Office Box 24464
Jackson, Mississippi 39225-4464
747 North Congress St. (39202)
pthomas@thomasattorney.com
(601) 714-5660

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 24th day of February, 2017.

<u>s/John D. Giddens</u>
John D. Giddens