## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | **MDL No. 2323** <br><br> 12-md-2323 (AB) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| **This document relates to:** <br><br> **MELVIN BRATTON and EUGENIA BRATTON,** Plaintiffs, USDC, EDPA, Docket No. 2:12-cv-1032-AB | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to the filing of a *Notice of Attorney's Lien* and the accompanying

*Petition to Establish Attorney's Lien,* which were filed with the Court on this same

date, this Notice of Withdrawal of Appearance is submitted on behalf of the firm of

Pope, McGlamry, Kilpatrick, Morrison & Norwood, P.C., specifically including

Michael L. McGlamry, N. Kirkland Pope, and Jay F. Hirsch as counsel for

Plaintiffs Melvin Bratton and Eugenia Bratton in this MDL proceeding.

Respectfully submitted this 26th day of February 2017.

/s/ *Michael L. McGlamry*
Michael L. McGlamry
Georgia Bar No. 492515
POPE, McGLAMRY, KILPATRICK,
MORRISON & NORWOOD, PC
3391 Peachtree Road N.E., Suite 300
Atlanta, GA  30326
Tel. 404-523-7706
Fax 404-524-1648
efile@pmkm.com

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| | 12-md-2323 (AB) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| **This document relates to:** | **CERTIFICATE OF SERVICE** |
| **MELVIN BRATTON and EUGENIA BRATTON,** Plaintiffs, USDC, EDPA, Docket No. 2:12-cv-1032-AB | |

I hereby certify that, on February 26, 2017, I caused a true and correct copy

of the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE to be filed via

CM/ECF system, which caused notice to be sent to all counsel of record.

/s/ *Michael L. McGlamry*
Michael L. McGlamry
Georgia Bar No. 492515
POPE, McGLAMRY, KILPATRICK,
MORRISON & NORWOOD, PC
3391 Peachtree Road N.E., Suite 300
Atlanta, GA 30326
Tel. 404-523-7706
Fax 404-524-1648
efile@pmkm.com