## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| | 12-md-2323 (AB) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| **This document relates to:** | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| **JAMES WHITLEY,** Plaintiff, USDC, EDPA, Docket No. 2:12-cv-3124-AB | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to the filing of a *Notice of Attorney's Lien* and the accompanying *Petition to Establish Attorney's Lien,* which were filed with the Court on this same date, this Notice of Withdrawal of Appearance is submitted on behalf of the firm of Pope, McGlamry, Kilpatrick, Morrison & Norwood, P.C., specifically including Michael L. McGlamry, N. Kirkland Pope, and Jay F. Hirsch as counsel for Plaintiff James Whitley in this MDL proceeding.

Respectfully submitted this 26th day of February 2017.

    /s/ *Michael L. McGlamry*
    Michael L. McGlamry
    Georgia Bar No. 492515
    POPE, McGLAMRY, KILPATRICK,
    MORRISON & NORWOOD, PC
    3391 Peachtree Road N.E., Suite 300
    Atlanta, GA  30326
    Tel. 404-523-7706
    Fax 404-524-1648
    efile@pmkm.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| | 12-md-2323 (AB) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| **This document relates to:** | **CERTIFICATE OF SERVICE** |
| **JAMES WHITLEY,** Plaintiff, USDC, EDPA, Docket No. 2:12-cv-3124-AB | |

I hereby certify that, on February 26, 2017, I caused a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE to be filed via CM/ECF system, which caused notice to be sent to all counsel of record.

/s/ *Michael L. McGlamry*
Michael L. McGlamry
Georgia Bar No. 492515
POPE, McGLAMRY, KILPATRICK, MORRISON & NORWOOD, PC
3391 Peachtree Road N.E., Suite 300
Atlanta, GA  30326
Tel. 404-523-7706
Fax 404-524-1648
efile@pmkm.com