# EXHIBIT A

NFL Concussion Case CA. No. 2:12-md-2323-AB    Attorney Fee and Expense Report
Compiled from Co-Lead Class Counsel's Fee Petition dated Feb. 13, 2017 (ECF No. 7151)

| # | Attorney Name | Firm Name | Hours | Fee Amount | Expenses | Total Fees + Expenses |
|---|---|---|---|---|---|---|
| 1 | Christopher A. Seeger | Seeger Weiss LLP | 21,044.06 | $18,124,869.10 | $1,498,690.99 | $19,623,560.09 |
| 2 | Arnold Levin | Levine Sedran & Berman | 5,021.25 | $6,031,806.25 | $519,893.97 | $6,551,700.22 |
| 3 | Gene Locks | Locks Law Firm | 4,243.00 | $3,084,500.00 | $639,160.00 | $3,723,660.00 |
| 4 | Steven C. Marks | Podhurst Orseck, PA | 4,510.80 | $3,005,744.50 | $771,127.79 | $3,776,872.29 |
| 5 | Dianne M. Nast | NastLaw LLC | 1,211.75 | $765,060.25 | $117,138.64 | $882,198.89 |
| 6 | Sol H. Weiss | Anapol Weiss | 4,241.22 | $1,857,436.00 | $1,031,971.55 | $2,889,407.55 |
| 7 | Garrett D. Blanchfield Jr. | Reinhardt Wendorf & Blanc | 23.10 | $14,899.50 | $1,480.57 | $16,380.07 |
| 8 | William G. Caldes | Spector Roseman Kodroff & Willis | 74.40 | $51,708.00 | $1,460.92 | $53,168.92 |
| 9 | Leonard A. Davis | Herman, Herman & Katz | 136.30 | $89,660.00 | $- | $89,660.00 |
| 10 | James R. Dugan II | The Dugan Law Firm | 293.90 | $188,340.50 | $118,880.16 | $307,220.66 |
| 11 | Daniel C. Girard | Giard Gibbs LLP | 373.10 | $279,489.00 | $8,300.11 | $287,789.11 |
| 12 | Thomas V. Girardi | Girardi Keese | 626.80 | $472,370.00 | $5,509.15 | $477,879.15 |
| 13 | Bruce A. Hagen | Hagen, Rosskopf & Earle, LLC | 540.80 | $324,480.00 | $16,998.08 | $341,478.08 |
| 14 | Samuel Issacharoff | Issacharoff/Estlund | 801.75 | $800,512.50 | $7,302.22 | $807,814.72 |
| 15 | Richard Lewis | Hausfeld LLP | 1,281.80 | $763,917.50 | $165,468.47 | $929,385.97 |
| 16 | Jason E. Luckasevic | Goldberg, Persky & White, P.C. | 500.60 | $262,860.00 | $11,823.78 | $274,683.78 |
| 17 | Derriel C. McCorvey | McCorvey Law, LLC | 331.30 | $198,780.00 | $104,155.65 | $302,935.65 |
| 18 | Mike McGlamry | Pope McGlamry | 1,274.90 | $829,030.00 | $125,137.01 | $954,167.01 |
| 19 | Craig R. Mitnick | Mitnick Law Office, LLC | 1,198.15 | $898,612.50 | $83,082.20 | $981,694.70 |
| 20 | David A. Rosen | Rose, Klein & Marias LLP | 243.03 | $157,969.50 | $112,168.64 | $270,138.14 |
| 21 | Frederick Schnek | Casey, Gerry, Schenk LLP | 417.40 | $333,920.00 | $86,651.72 | $420,571.72 |
| 22 | Anthony Tarricone | Kreindler & Kreindler LLP | 1,573.00 | $1,258,400.00 | $120,832.04 | $1,379,232.04 |
| 23 | Charles S. Zimmerman | Zimmerman Reed LLP | 1,106.50 | $885,907.25 | $135,545.72 | $1,021,452.97 |
| | Total | | 51,068.91 | $40,680,272.35 | $5,682,779.38 | $46,363,051.73 |