# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *On behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## AMENDED CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of ECF Document No. 7177, *Motion for Permanent Injunction by Co-Lead Counsel Prohibiting Improper Communications with the Class by Class Member, Fred Willis, Through His Organizations, NFL Players Brains Matter, HPN Neurologic, And HPN Concussion Management, Or Otherwise*, along with the supporting documents was served via certified mail, return receipt requested, and overnight delivery upon Fred Willis (who is not on the ECF service list for this MDL) on February 23, 2017, and via

email on February 27, 2017.  Mr. Willis was served at the mailing address and email address he used for Settlement registration.

Dated: February 27, 2017

/s/ Christopher A. Seeger
Christopher A. Seeger
