# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> **DEXTER CARTER,** Plaintiff in Simpson v. NFL, No. 12-cv-4379 | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to the filing of the *Notice of Attorney's Lien* and the accompanying *Petition to Establish Attorney's Lien* which were filed with the Court on this same date, this Notice of Withdrawal of Appearance is submitted on behalf of McCORVEY LAW, LLC, specifically including Derriel C. McCorvey as counsel for plaintiff Dexter Carter in this MDL proceeding.

Dated: February 27, 2017

Respectfully Submitted By:

        **McCORVEY LAW, LLC**

        /s/ Derriel C. McCorvey
        Derriel C. McCorvey
        LA Bar Roll # 26083
        TX Bar Roll# 24073351
        102 Versailles Blvd., Ste. 620
        Post Office Box 2473
        Lafayette, LA 70502
        Tel. 337-291-2431
        Fax 337-291-2433
        Email: derriel@mccorveylaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2017, I electronically filed the foregoing *Notice of Withdrawal of Appearance* with the Clerk of the Court by using the CM/ECF system. Said document has this date been served on all counsel of record in these proceedings by CM-ECF.

/s/Derriel C. McCorvey<br>DERRIEL C. MCCORVEY