# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>**REGINALD NELSON,** Plaintiff in Rhett v. NFL, No. 12-cv-3537 | |

## NOTICE OF ATTORNEY'S LIEN

Pursuant to La. R.S. 37:218, et seq. and La. R.S. 9:5001, et seq., the Petitioner, Derriel C. McCorvey for McCORVEY LAW, LLC, attorney for the Plaintiff in the above-entitled action, hereby notifies this Court and all parties that they have a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien.

Dated: February 27, 2017

Respectfully Submitted By:

**McCORVEY LAW, LLC**

/s/ Derriel C. McCorvey
Derriel C. McCorvey
LA Bar Roll # 26083
TX Bar Roll# 24073351
102 Versailles Blvd., Ste. 620
Post Office Box 2473
Lafayette, LA 70502
Tel. 337-291-2431
Fax 337-291-2433
Email: derriel@mccorveylaw.com

1

## CERTIFICATE OF SERVICE

    I hereby certify that on February 27, 2017, I electronically filed the foregoing *Notice of Attorney's Lien* with the Clerk of the Court by using the CM/ECF system. Said document has this date been served on all counsel of record in these proceedings by CM-ECF.

                                        /s/Derriel C. McCorvey
                                       DERRIEL C. MCCORVEY