# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: NATIONAL FOOTBALL PLAYERS' CONCUSSION INJURY LITIGATION | : No. 2:12-md-02323-AB<br>:<br>: MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>**HERMAN FONTENOT,** Plaintiff in Granger v. NFL, No. 12-cv-3337 | :<br>:<br>:<br>: |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to the filing of the *Notice of Attorney's Lien* and the accompanying *Petition to Establish Attorney's Lien* which were filed with the Court on this same date, this Notice of Withdrawal of Appearance is submitted on behalf of McCORVEY LAW, LLC, specifically including Derriel C. McCorvey as counsel for plaintiff Herman Fontenot in this MDL proceeding.

Dated: February 27, 2017

Respectfully Submitted By:

**McCORVEY LAW, LLC**

/s/ Derriel C. McCorvey
Derriel C. McCorvey
LA Bar Roll # 26083
TX Bar Roll# 24073351
102 Versailles Blvd., Ste. 620
Post Office Box 2473
Lafayette, LA 70502
Tel. 337-291-2431
Fax 337-291-2433
Email: derriel@mccorveylaw.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2017, I electronically filed the foregoing *Notice of Withdrawal of Appearance* with the Clerk of the Court by using the CM/ECF system. Said document has this date been served on all counsel of record in these proceedings by CM-ECF.

/s/Derriel C. McCorvey
DERRIEL C. MCCORVEY