# IN THE UNITED DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br><br>National Football League Players' Concussion Injury Litigation | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE ORGANIZATIONAL MEETING FOR ALL OPT OUT PLAINTIFFS SCHEDULED FOR MARCH 27, 2017**<br><br>Civ. Action No. 13-cv-4549 |

Plaintiffs LEWIS BUSH, deceased by his Successor in Interest DEE BUSH; DEE BUSH an individual; DANIELLE BUSH, and individual; LEWIS BUSH, Jr., a minor, by his Guardian ad Litem, ELIZABETH FOX; and MAKAI BUSH, a minor, by her Guardian ad Litem CLEO BUSH (hereinafter "Plaintiffs"); hereby move this Court for an order granting leave for Neal A. Markowitz of Thorsnes Bartolotta McGuire LLP, counsel for Plaintiffs, to appear telephonically for the Organizational Meeting for all Opt Out Plaintiffs scheduled for **March 27, 2017, at 10:00 a.m.**  In support hereof, Plaintiffs state:

1. This Court has set **March 27, 2017, at 10:00 a.m.**, for the Organizational Meeting for all Opt Out Plaintiffs.

2. Mr. Markowitz is a resident of San Diego County, California.

3. Plaintiffs respectfully request that this Court permit Mr. Markowitz to appear telephonically to avoid the time and expense associated with traveling to Philadelphia, Pennsylvania, from San Diego, California.

THORSNES BARTOLOTTA MCGUIRE LLP
2550 FIFTH AVENUE, 11TH FLOOR
SAN DIEGO, CALIFORNIA 92103
(619) 236-9363
FAX (619) 236-9653

1216496v1       12-19885-HJB       Motion to Appear Telephonically for Meeting Scheduled for March 27, 2017

1

WHEREFORE, Plaintiffs respectfully request Mr. Markowitz be permitted to appear by telephone at the meeting scheduled for **March 27, 2017, at 10:00 a.m.**

Dated: February 28, 2017        THORSNES BARTOLOTTA McGUIRE LLP

By:   /s/ Neal A. Markowitz

NEAL A. MARKOWITZ (CA SBN 201692)
Email: markowitz@tblawyers.com
KEVIN F. QUINN (CA SBN 106224)
Email: quinn@tbmlawyers.com
2550 Fifth Avenue, 11th Floor
San Diego, California  92103
Telephone: (619) 236-9363
Facsimile: (619) 236-9653

Attorneys for Plaintiffs LEWIS BUSH, DEE BUSH, DANIELLE BUSH, LEWIS BUSH, Jr., and MAKAI BUSH

*Certificate of Service*

On February 28, 2017, I electronically filed a copy of the foregoing document through the CM/ECF system for the United States District Court for the Eastern District of Pennsylvania, which will send a notice of electronic filing to all counsel of record and make it available for viewing and downloading from the CM/ECF system.

By:   /s/ Neal A. Markowitz

Neal A. Markowitz