# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>　　　　Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## [PROPOSED] ORDER GRANTING EXTENSION AND SETTING COORDINATED BRIEFING SCHEDULE

**AND NOW,** upon consideration of Co-Lead Class Counsel's Motion for Extension of Time to File Reply Memorandum in Support of Their Fee Petition and to Set Coordinated Briefing Schedule, it is hereby

ORDERED that Co-Lead Class Counsel's motion is GRANTED.

1. Co-Lead Class Counsel's omnibus memorandum in reply to all objections to their Petition for an Award of Attorney's Fees, Reimbursement of Costs and Expenses, Adoption of a Set-Aside of Each Monetary Award and Derivative Claimant Award, and Case Contribution

Awards for Class Representatives [ECF No. 7151] and in response to the Faneca Objectors' cross-petition for attorneys' fees and reimbursement of expenses [ECF No. 7070] shall be filed no later than **March 16, 2017**.

2. The Faneca Objectors' reply, if any, in support of their cross-petition for fees shall be filed no later than **March 27, 2017**.

**SO ORDERED,** this _____ day of _____, 2017.

_____
Anita B. Brody
United States District Judge