IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION<br>_____<br><br>KEVIN TURNER & SHAWN WOODEN<br>on behalf of themselves and others similarly situated<br><br>v.<br><br>National Football League and<br>NFL Properties LLC,<br>successor-in-interest to NFL Properties, Inc.<br>_____<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | No. 12-md-2323 (AB)<br><br>MDL No. 2323<br><br>Civ. Action No. 14-00029-AB |

**ARMSTRONG OBJECTORS' PETITION FOR AN AWARD OF ATTORNEYS' FEES**

Pursuant to FED R. CIV. P. 23(h), Objectors Raymond Armstrong, Larry Barnes, Larry Brown, Drew Coleman, Kenneth Davis, William B. Duff, Kelvin Mack Edwards, Sr., Phillip E. Epps, Gregory Evans, Charles L. Haley, Sr., Mary Hughes, James Garth Jax, Ernest Jones, Michael Kiselak, Dwayne Levels, Darryl Gerard Lewis, Gary Wayne Lewis, Jeremy Loyd, Lorenzo Lynch, Tim McKyer, David Mims, Clifton L. Odom, Evan Ogelsby, Solomon Page, Hurles Scales, Jr., Barbara Scheer, Kevin Rey Smith, Willie T. Taylor, George Teague, and Curtis Bernard Wilson (collectively, the "Armstrong Objectors") respectfully move for an award of attorneys' fees, as set forth in the Supporting Memorandum of Law.

1

Date: March 1, 2017

    Respectfully submitted,

    */s/ Richard L. Coffman*
    Richard L. Coffman
    **THE COFFMAN LAW FIRM**
    First City Building
    505 Orleans, Fifth Floor
    Beaumont, Texas  77701
    Telephone: (409) 833-7700
    Facsimile: (866) 835-8250
    Email: rcoffman@coffmanlawfirm.com

    Mitchell A. Toups
    **WELLER, GREEN, TOUPS &TERRELL, LLP**
    2615 Calder Ave., Suite 400
    Beaumont, TX 77702
    Telephone: (409) 838-0101
    Facsimile: (409) 838-6780
    Email: matoups@wgttlaw.com

    Jason C. Webster
    **THE WEBSTER LAW FIRM**
    6200 Savoy, Suite 150
    Houston, TX 77036
    Telephone: (713)581-3900
    Facsimile: (713) 581-3907
    Email: jwebster@thewebsterlawfirm.com

    Mike Warner
    **THE WARNER LAW FIRM**
    101 Southeast 11th Suite 301
    Amarillo, TX 79101
    Telephone: (806) 372-2595
    Email: mike@thewarnerlawfirm.com

    **COUNSEL FOR THE ARMSTRONG OBJECTORS**

## CERTIFICATE OF SERVICE

I certify that a true copy of the Armstrong Petition for an Award of Attorneys' Fees was served on all counsel of record, via the Court's ECF system, on March 1, 2017.

*/s/ Richard L. Coffman*
Richard L. Coffman

**COUNSEL FOR THE ARMSTRONG OBJECTORS**
