EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION | § § § § | No. 12-md-2323 (AB) |
| KEVIN TURNER & SHAWN WOODEN on behalf of themselves and others similarly situated | § § § § § | MDL No. 2323<br>Civ. Action No. 14-00029-AB |
| v. | § § § | |
| National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc. | § § § § § | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | § § § | |

## DECLARATION OF THE WEBSTER LAW FIRM IN SUPPORT OF OBJECTOR ARMSTRONG'S PETITION FOR AN AWARD OF ATTORNEY'S FEES

**Jason C. Webster,** declares as follows pursuant to 28 U.S. C. §1746:

1.      I am the Owner of The Webster Law Firm.  I was Counsel to 34 Objectors in what has been referred to as the "Armstrong Objection".  I submit this declaration in support of Armstrong Objector's Award of Attorneys' Fees in connection with and for services rendered and expenses incurred for the common benefit of the Settlement Class in the above-captioned multidistrict litigation ("Action") from January, 2014, through December, 2016.  I have personal knowledge of the matters set forth in this declaration and, if called upon, I could and would testify competently thereto.

2.      Our firm's role and services were as settlement class objectors.  I assisted Richard Coffman and Mitchell Toups, and their firms, to enhance the class settlement.  My primary job was coordinating the objectors/clients, communicating with our clients, answering questions of our clients and explaining the process to our clients.  I also helped review the objections and obtain input from our objectors/clients in order to properly determine all objections to the settlement by our 34 objectors/clients.  Our work in objecting substantially enhanced the class settlement as shown in more detail in the brief and the Declaration of Coffman and Toups .

3.      The schedule attached hereto as Exhibit "A" is a detailed summary indicating the amount of common benefit time spent by the attorneys and paralegals of my firm who were involved in, and billed fifty or more hours to this Action, and the lodestar calculation for these individuals based on my firm's current billing rates.   The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm.   Time expended in preparing this application for attorney's fees and expenses has been excluded.

4.      The hourly rates for the attorneys and paralegals of my firm included in Exhibit "A" are the same as the regular rates charged for their services in other contingent matters and have been accepted by other federal courts in other class action cases prosecuted by my firm.

5.      The total number of hours expended on the common benefit of this Action by my firm during the time period is 262.5 hours.  The total lodestar for my firm for those hours is $77,460 consisting of attorney and paralegal time.

6.      My firm's lodestar figures are based solely upon my firm's billing rates, which rates do not include charges for expense items.  Expense items are billed separately and such charges are not duplicated in my firm's billing rates.  I am not requesting reimbursement of any expenses.

2

7.      As detailed in Exhibit "A" hereto, my firm is seeking reimbursement of a total of $77,460.00.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____, 2017, at Houston, Texas.


_____
Jason C. Webster, Esquire

3

EXHIBIT A

**IN RE: NFL PLAYERS' CONCUSSION INJURY LITIGATION**
**No. 12-md-2323-AB**

**THE WEBSTER LAW FIRM**
**LODESTAR SUMMARY**

**January 2014-December 2016**

| NAME | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|
| Jason C. Webster, Attorney | 176.50 | $400.00 | $70,600.00 |
| Denise Garcia, Paralegal | 63.50 | $85.00 | $5,397.50 |
| Christina Nicklas, Paralegal | 22.50 | $65.00 | $1,462.50 |
| Totals | 262.5 | | $77,460.00 |

4