# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>      Plaintiffs,<br><br>      v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>      Defendants. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## FANECA OBJECTORS' RESPONSE TO
## CO-LEAD CLASS COUNSEL'S MOTION FOR EXTENSION OF TIME

As the Court is aware, on January 11, 2017, the Faneca Objectors filed a Petition for an Award of Attorneys' Fees and Expenses in recognition of the $102.5-million benefit that the Faneca Objectors' efforts brought to the class. *See* Dkt. No. 7070. On February 13, 2017, Co-Lead Class Counsel filed their fee petition. *See* Dkt. No. 7151. One week later, class member Cleo Miller, represented by attorney John J. Pentz, filed an objection to both fee petitions. *See* Dkt. No. 7161. Co-Lead Class Counsel now move for an extension of time to file a consolidated response to the Faneca Objectors' fee petition, the Miller objection, and several additional filings related to Co-Lead Class Counsel's petition for attorneys' fees. *See* Dkt. No. 7228.

The Faneca Objectors agree that coordinated briefing would serve the interests of judicial efficiency.  Thus, the Faneca Objectors do not oppose Co-Lead Class Counsel's request for an extension of time until March 16, 2017, to file a consolidated response to the Faneca Objectors' fee petition, the Miller objection, and the other filings.

Consistent with that approach, the Faneca Objectors request leave to file a single, consolidated brief that addresses all responses to their fee petition on or before April 6, 2017. Given the complexity of the issues and the length of time Co-Lead Class Counsel have had to respond to the Faneca Objectors' petition,[1] the Faneca Objectors respectfully submit that up to 21 days is a reasonable amount of time to allow for a reply.

Dated:  March 1, 2017

Respectfully Submitted,

/s/ Steven F. Molo

William T. Hangley
Michele D. Hangley
HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
One Logan Square
18th & Cherry Streets
27th Floor
Philadelphia, PA  19103
(215) 496-7001 (telephone)
(215) 568-0300 (facsimile)
whangley@hangley.com
mdh@hangley.com

Linda S. Mullenix
2305 Barton Creek Blvd., Unit 2
Austin, TX  78735
(512) 263-9330 (telephone)
lmullenix@hotmail.com

Steven F. Molo
Thomas J. Wiegand
MOLOLAMKEN LLP
430 Park Ave.
New York, NY  10022
(212) 607-8160 (telephone)
(212) 607-8161 (facsimile)
smolo@mololamken.com
twiegand@mololamken.com

Eric R. Nitz
MOLOLAMKEN LLP
600 New Hampshire Ave., NW
Washington, DC  20037
(202) 556-2000 (telephone)
(202) 556-2001 (facsimile)
enitz@mololamken.com

*Counsel for the Faneca Objectors*

---

[1] The Faneca Objectors filed their petition on January 11, 2017.  *See* Dkt. 7070.  Over two months will have elapsed by the time Co-Lead Class Counsel respond on March 16, 2017.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2017, I caused the foregoing Faneca Objectors' Response to Co-Lead Class Counsel's Motion for Extension of Time to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties.

*/s/ Steven F. Molo*