# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : MDL No. 2323<br>: 12-md-2323<br>:<br>: |

## ORDER

**AND NOW,** this __1st___ day of March, 2017, it is **ORDERED** that Co-Lead Class Counsel's Motion for Extension of Time (ECF No. 7228) is **GRANTED**, as follows:

- All deadlines related to Co-Lead Class Counsel's Petition for an Award of Attorneys' Fees (ECF No. 7151) are **EXTENDED** until further notice;

- Co-Lead Class Counsel may file a single omnibus memorandum in reply to all objections and other responses to the Co-Lead Class Counsel's Petition for an Award of Attorneys' Fees (ECF No. 7151) and in response to the Faneca Objectors' Petition for an Award of Attorneys' Fees and Expenses (ECF No. 7070).

s/Anita B. Brody

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: