# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| ------------------------------ | |
| **THIS DOCUMENT RELATES TO:**<br><br>Vernon Maxwell, et al.<br>v. National Football League et al.<br>No. 2:12-cv-01023-AB<br><br><br>**As to Plaintiff <u>SHANTE CARVER</u> Only** | |

## ORDER

AND NOW, this ___6th___ day of ___March___, 2017, upon consideration of Plaintiff's Motion to Grant Request from Exclusion from Settlement Class, said Motion is GRANTED. Plaintiff Shante Carver is excluded from the Settlement Class in this matter.

_____
Anita B. Brody
United States District Court Judge

Copies via ECF on ___