# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br><br>12-md-2323 (AB) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - -<br><br>**This document relates to:**<br><br>**ANDY PARKER and JENNIFER PARKER,** Plaintiffs, USDC, EDPA, Docket No. 2:13-cv-4930-AB | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to the filing of a *Notice of Attorney's Lien* and the accompanying *Petition to Establish Attorney's Lien,* which were filed with the Court on this same date, this Notice of Withdrawal of Appearance is submitted on behalf of the firm of Pope, McGlamry, Kilpatrick, Morrison & Norwood, P.C., specifically including Michael L. McGlamry, N. Kirkland Pope, and Jay F. Hirsch as counsel for Plaintiffs Andy Parker and Jennifer Parker in this MDL proceeding.

Respectfully submitted this 7th day of March, 2017.

/s/ *Michael L. McGlamry*
Michael L. McGlamry
Georgia Bar No. 492515
POPE, McGLAMRY, KILPATRICK, MORRISON & NORWOOD, PC
3391 Peachtree Road N.E., Suite 300
Atlanta, GA  30326
Tel. 404-523-7706
Fax 404-524-1648
efile@pmkm.com

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 <br><br> 12-md-2323 (AB) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - <br><br> **This document relates to:** <br><br> **ANDY PARKER and JENNIFER PARKER,** Plaintiffs, USDC, EDPA, Docket No. 2:13-cv-4930-AB | **CERTIFICATE OF SERVICE** |

I hereby certify that, on March 7, 2017, I caused a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE to be filed via CM/ECF system, which caused notice to be sent to all counsel of record.

/s/ *Michael L. McGlamry*
Michael L. McGlamry
Georgia Bar No. 492515
POPE, McGLAMRY, KILPATRICK, MORRISON & NORWOOD, PC
3391 Peachtree Road N.E., Suite 300
Atlanta, GA  30326
Tel. 404-523-7706
Fax 404-524-1648
efile@pmkm.com