## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 8th day of March, 2017, upon all counsel of record.

Dated:  March 8, 2017          /s/ Brad S. Karp
                               Brad S. Karp