UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## ORDER

**AND NOW**, this _____ day of March it is **ORDERED** that Co-Lead Class Counsel will distribute the attached Notice to all Settlement Class Members, on or before **March 13, 2017,** pursuant to Federal Rule of Civil Procedure 23(h).

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:         Copies **MAILED** on _____ to:

O:\ABB 2017\L - Z\NFL Order Approving Attorneys Fees Notice.docx

*This is an official notice, approved by Judge Anita Brody of the United States District Court for the Eastern District of Pennsylvania in*
***In Re: National Football League Players' Concussion Injury Litigation (MDL No. 2323)***

# NFL CONCUSSION SETTLEMENT

## NOTICE TO ALL SETTLEMENT CLASS MEMBERS OF PETITION FOR ATTORNEYS' FEES, COSTS, AND 5% HOLDBACK ON AWARDS

On February 13, 2017, the attorneys appointed by the Court to represent members of the Settlement Class filed a Petition for Attorneys' Fees, Costs, and Holdback (the "Petition"), seeking an award of $112.5 million. If the Petition is granted, these fees and costs will be paid by the NFL, separate from any Monetary Award paid to a Retired NFL Player or Representative Claimant, or any Derivative Claimant Award. In addition, the attorneys have requested that the Court holdback 5% of all Monetary Awards and Derivative Claimant Awards, to provide future common benefit fees for attorneys who do work to facilitate the Settlement.

**HOW DO I VIEW THE PETITION FOR ATTORNEYS' FEES?**

All Settlement Class Members have the right to review and file objections to the Petition. You may view the Petition on the Settlement Website:

Go to www.NFLConcussionSettlement.com. Select "Information," then select "Documents." Under "Court Documents" select document number 2, titled "Petition for Attorney Fees and Declaration of Co-Lead Class Counsel."

The Petition is also available on the Electronic Case Filing System for the Eastern District of Pennsylvania, as docket entry 7151 for case number 2:12-md-02323.

**HOW DO I OBJECT TO THE PETITION FOR ATTORNEYS' FEES?**

If you are a Settlement Class Member, you may object to the Petition, or any part of it. You may file an objection on your own or through an attorney. Your objection must be in writing and must include the following:

- The name of the case and multidistrict litigation, *In re: National Football League Players' Concussion Injury Litigation*, No. 2:12-md-02323;

- Your name, address, telephone number, and date of birth;

- If you are a Representative Claimant or Derivative Claimant, the name of the Retired NFL Football Player to whom you are related;

- A detailed statement of your objections, and the specific reasons for each such objection, including any facts or law you wish to bring to the Court's attention;

- Any other supporting papers, materials or briefs that you want the Court to consider in support of your objection; and

Case 2:12-md-02323-AB   Document 7260   Filed 03/08/17   Page 3 of 3

*This is an official notice, approved by Judge Anita Brody of the
United States District Court for the Eastern District of Pennsylvania in*
***In Re: National Football League Players' Concussion Injury Litigation (MDL No. 2323)***

- Your signature by hand, and the date on which you signed it (even if represented by an attorney).

You must mail your objection, postmarked on or before **March 27, 2017** to:

> Clerk of the District Court / NFL Concussion Settlement
> U.S. District Court for the Eastern District of Pennsylvania
> United States Courthouse
> 601 Market Street
> Philadelphia, PA 19106-1797

Objections filed by attorneys should be filed on the Electronic Case Filing System. In addition, any attorney asserting objections on behalf of Settlement Class Members must: (i) file a notice of appearance with the Court on or before March 27, 2017; and (ii) file a sworn declaration attesting to his or her representation of each Settlement Class Member on whose behalf the objection is being filed.

**PLEASE DO NOT CONTACT THE JUDGE DIRECTLY ABOUT THE SETTLEMENT OR THIS NOTICE.**