UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>　　　　Plaintiffs,<br><br>　　　　　v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>　　　　Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

# ORDER

**AND NOW,** this __8TH__ day of March, 2017, in light of the fact that Co-Lead Class Counsel has filed a Petition for an Award of Attorneys' Fees (MDL ECF No. 7151) and notice will be distributed to the Class, pursuant to Federal Rule of Civil Procedure 23(h), it is **ORDERED** that:

- All objections or other responses to Co-Lead Class Counsel's Petition must be filed on or before **March 27, 2017**.

- Co-Lead Class Counsel may file an omnibus memorandum in reply to all objections, petitions, and other responses on or before **April 10, 2017**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:         Copies **MAILED** on _____ to: