IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## APPEARANCE

Michael H. Moirano hereby enters an appearance on behalf of proposed intervenor, John Lorentz.

*/s/ Michael H. Moirano*
Michael H. Moirano

Michael H. Moirano
Moirano Gorman Kenny, LLC
135 S. LaSalle St., Suite 3025
Chicago, IL 60603
(312)614-1260
Firm No. 58896

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certify that on the 9th day of March, 2017, a true and correct copy of the above and foregoing was filed using the CM/ECF System, which caused notice to be sent to all counsel of record.

                                                                                  */s/ Michael H. Moirano*