## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

_____
:
IN RE: NATIONAL FOOTBALL LEAGUE:   :   No. 2:12-md-02323-AB
PLAYER'S CONCUSSION                :   MDL No. 2323
INJURY LITIGATION                  :
_____
:
Kevin Turner and Shawn Wooden,     :
*on behalf of themselves and*      :
*others similarly situated,*       :
:
        Plaintiffs,   :   CIVIL ACTION NO. 14-CV-0029
:
   v.                          :
:
National Football League and       :
NFL Properties, LLC,               :
successor-in-interest to           :
NFL Properties, Inc.,              :
:
        Defendants.   :
_____

### MOTION TO INTERVENE TO RESOLVE
### <u>FEE DISPUTES WITH ANAPOL WEISS</u>

    John Lorentz, by his attorneys, Michael Moirano and Claire Kenny, moves to intervene, under Federal Rule of Civil Procedure 24, to resolve fee disputes with class counsel Anapol Weiss, for the reasons set for the in the Memorandum of Law submitted herewith.

    Respectfully submitted,

    **JOHN LORENTZ,**

    <u>/s/  Michael H. Moirano</u>

        One of his attorneys

        Michael H. Moirano
        Claire Gorman Kenny
        **MOIRANO GORMAN KENNY, LLC**
        135 S. LaSalle St, Suite 3025
        Chicago, IL 60603
        (312) 614-1260
        mmoirano@mgklaw.com
        cgkenny@mgklaw.com