# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE: PLAYER'S CONCUSSION INJURY LITIGATION | : : : | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,* | : : : : | |
| Plaintiffs, | : | CIVIL ACTION NO. 14-CV-0029 |
| v. | : : | |
| National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., | : : : : : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of John Lorentz's Motion to Intervene, and any response thereto, it is hereby ORDERED and DECREED that the Motion to Intervene is GRANTED.

BY THE COURT:

_____
Hon. Anita B. Brody
United States District Judge