# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

_____
:
IN RE: NATIONAL FOOTBALL LEAGUE: : No. 2:12-md-02323-AB
PLAYER'S CONCUSSION : MDL No. 2323
INJURY LITIGATION :
_____
:
Kevin Turner and Shawn Wooden, :
*on behalf of themselves and* :
*others similarly situated,* :
:
         Plaintiffs, : CIVIL ACTION NO. 14-CV-0029
:
   v. :
:
National Football League and :
NFL Properties, LLC, :
successor-in-interest to :
NFL Properties, Inc., :
:
         Defendants. :
_____

## CERTIFICATE OF SERVICE

     I hereby certify that, on March 8, 2017, I caused a true and correct copy of the foregoing Motion to Intervene to be filed via CM/ECF system, which caused notice to be sent to all counsel of record.

                                      /s/  Claire Gorman Kenny
                                      One of his attorneys

                                      Michael H. Moirano
                                      Claire Gorman Kenny
                                      **MOIRANO GORMAN KENNY, LLC**
                                      135 S. LaSalle St, Suite 3025
                                      Chicago, IL 60603
                                      (312) 614-1260
                                      mmoirano@mgklaw.com
                                      cgkenny@mgklaw.com