UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

IN RE:  NATIONAL FOOTBALL
LEAGUE PLAYERS' CONCUSSION
AB
INJURY LITIGATION

No. 2:12-md-02323-

MDL No. 2323

Hon. Anita B. Brody

Kevin Turner and Shawn Wooden,
*On behalf of themselves and
Others similarly situated,*

Civ. Action No. 14-00029-AB

Plaintiffs,

v.

National Football League and
NFL Properties LLC,
Successor-in-interest to
NFL Properties, Inc.,

Defendants.

---

FRED WILLIS' FURTHER RESPONSE/OPPOSITION
TO ATTORNEY SEAGER'S REPLY IN RESPONSE TO FRED WILLIS' OPPOSITION TO
THE MOTION FOR INJUNCTIVE RELIEF

Fred Willis respectively denies any and all allegations contained in the within Motion for Injunctive Relief sought by Attorney Seeger.

1. The organizations Co-Lead Counsel Seeger refers to in his opposition and in further support of his motion have nothing to do with the NFL Concussion Lawsuit, there is nothing to explain. These websites are simply listed on my letterhead and there is no business motivation or confusion and any retired players who came in contact with these companies received Pro-Bono treatment for the symptoms of their disease.

2. HPN Concussion Management and HPN Neurologic do not have anything to do with the NFL Concussion Lawsuit. HPN Neurologic Inc. was formed in 2012 at the start of the rash of suicides by retired NFL players Junior Seau, Dave Duerson and Ray Easterling. It is a company that markets and distributes an FDA approved medical treatment device. "HPN High Performance Neurofeedback". HPN Neurologic has a network of licensed mental health professionals around the world who use "HPN High Performance

Neurofeedback" in their practices to provide treatment for mental health conditions.

3.     HPN Concussion Management Inc. is a private company formed for an approach to Brain Recovery and the Treatment of Concussion, built around Second Impact Syndrome (SIS)? Second impact syndrome (SIS) occurs when an athlete returns to sport too early after suffering from an initial concussion the athlete may receive only a minor blow to the head or a hit to the chest or back that snaps the head enough to have the brain rebound inside the skull.

HPN Concussion Management and HPN Neurologic were founded five (5) years ago, long before any settlement agreement as a commitment to embark on a career of research, treatment and working with retired NFL players showing the symptoms of Post-Concussion Syndrome, TBI/CTE through self-funded research, treatment and Clinical Trial studies by raising awareness of traumatic brain injury (TBI) in general.

I am and always have been an advocate and voice for retired NFL players with post-concussion syndrome. I am a proud brain donor to the VA-BU-SLI Brain Bank, The Center for the Study of Traumatic Encephalopathy (CSTE) at Boston University School of Medicine (BUSM), and CSTE Brain Donation Registry.

4.     There is no confusion at all that I have led Retired NFL Players to believe they can receive a Qualifying Diagnosis. No player to my knowledge has received a qualifying exam since the post-Effective date of January 7, 2017 of the NFL Concussion Settlement.

Players have been notified by me, that they must see an approved BAP Provider and MAF Physician or be subject to a ten (10%) penalty. As per my conversation with Jon Pascal and Chuck Spencer of GRG, they clearly stated that the commencement date of the BAP would be June 6, 2017. Which mean that the retired player can not receive an examination without incurring the penalty.

5.     As to Attorney Seeger's accusation that I spoke to Mr. Jon Pascal from Garretson Resolution Group (" GRG") as an advocate for players, Mr. Pascal states there was no discussion to specific BAP providers or MAF physicians. My discussion with Mr. Pascal included that there are no doctors who are BAP approved and there were no qualifying diagnosis available from approved BAP physicians.

6.     I have never made flagrant misrepresentations to any retired NFL player, contrary to Attorney Seeger's motion to make the court aware.

7.     To the contrary, over the last five (5) years I have come to be trusted by the retired NFL Player Community because of my ongoing work with them in

helping them with treatment, diagnosis and research through HPN Neurologic and HPN Concussion Management.

8. Through my on-going research, I have availed myself to the NFL Retired Player Community to answer any questions or concerns that any retired player may have in order to help that retired player and his family receive the information, help and services available to them.

9. That this motion, if allowed, interferes with my right to conduct lawful business. It also limits the Retired Player Community from gaining insight, knowledge and direction as to what options are available to them to make informed decisions regarding the NFL Concussion Lawsuit and the future of their health and families welfare.

10. Attorney Seeger is using this Court as a weapon to intentionally interfere with my ongoing communication and relationship with retired NFL Player Community by asking this Honorable Court for an injunction. Attorney Seeger's Motion is nothing more than an attempt to limit and/or suppress valid and much needed information to the Retired NFL Player Community.

11. It should be further noted and this Honorable Court should be aware that Attorney Seeger as Co-Lead Class Counsel and Chief Negotiator in the NFL Concussion Injury Multi-District Litigation has and still does represent thousands of retired NFL players who suffered brain-related injuries as a result of their playing careers.

12. By Attorney Seeger presenting this Motion for Injunctive relief against his own client, Attorney Seeger should be relieved of his position as Co-Lead Class Counsel and Chief Negotiator in this pending NFL lawsuit before this Honorable Court.

WHEREFORE, I respectfully request that this Honorable Court DENY Attorney Seeger's Motion for Injunctive Relief with prejudice.

Respectfully submitted,

Fred Willis

CERTIFICATE OF SERVICE

A copy of this document was served upon Plaintiff or upon Plaintiff's attorney at the following address: Christopher Seeger, Seeger Weiss LLP, 77 Water Street, New York, NY 10005 and Sol Weiss, Anapol Weiss, One Logan Square, 130 N. 18th St. Ste, 1600, Philadelphia, PA 19103 by ordinary U.S. Mail, postage pre-paid, this 1st day of March, 2017.

Fred Willis