UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Floyd Little, et al. v. National Football League, et al.<br><br>Court File No. 2:12-cv-2219-AB | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS SELWYN JONES AND RAQUEL JONES** |

  Charles S. Zimmerman, J. Gordon Rudd, Jr., and Brian C. Gudmundson of Zimmerman Reed LLP ("Plaintiffs' Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Selwyn Jones and Raquel Jones only in this action, and state as follows:

  1. Plaintiffs' counsel filed the action *Floyd Little, et al. v. National Football League, et al.*, No. 2:12-cv-2219-AB, in the Eastern District of Pennsylvania on April 24, 2012, for the benefit of several retired National Football League players, including Selwyn Jones and Raquel Jones.

  2. Plaintiffs' counsel filed a short form complaint for Plaintiffs Selwyn Jones and Raquel Jones on July 16, 2012.

3.      Since then, irreconcilable differences have arisen between Plaintiffs Selwyn Jones and Raquel Jones and the undersigned.

4.      Plaintiffs' counsel properly notified Selwyn Jones and Raquel Jones of counsel's intention to withdraw from representing them in this matter.

5.      Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiffs' counsel respectfully requests this Court for leave to withdraw as counsel for Selwyn Jones and Raquel Jones only in Court File No. 2:12-cv-2219-AB.

Dated:  March 10, 2017                                     Respectfully submitted,

                                                                              ZIMMERMAN REED LLP


                                                                              s/ Charles S. Zimmerman
                                                                              Charles S. Zimmerman (#120054)
                                                                              J. Gordon Rudd, Jr. (#222082)
                                                                              Brian C. Gudmundson (#336695)
                                                                              1100 IDS Center, 80 South 8th Street
                                                                              Minneapolis, MN  55402
                                                                              Telephone: (612) 341-0400
                                                                              Facsimile: (612) 341-0844
                                                                              Charles.Zimmerman@zimmreed.com
                                                                              Gordon.Rudd@zimmreed.com
                                                                              Brian.Gudmundson@zimmreed.com