UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Robert Holt, et al. v. National Football League, et al.<br><br>Court File No. 2:12-cv-4185-AB | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF ROBERT JACKSON, JR.** |

      Charles S. Zimmerman, J. Gordon Rudd, Jr., and Brian C. Gudmundson of Zimmerman Reed LLP ("Plaintiffs' Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of Robert Jackson, Jr. only in this action, and state as follows:

      1.     Plaintiffs' counsel filed the action *Robert Holt, et al. v. National Football League, et al.*, No. 2:12-cv-4185-AB, in the Eastern District of Pennsylvania on July 23, 2012, for the benefit of several retired National Football League players, including Robert Jackson, Jr.

      2.     Plaintiffs' counsel filed a short form complaint for Robert Jackson, Jr. on August 9, 2012.

3. Since then, irreconcilable differences have arisen between Plaintiff Robert Jackson, Jr. and the undersigned.

4. Plaintiffs' counsel properly notified Robert Jackson, Jr. of counsel's intention to withdraw from representing him in this matter.

5. Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiffs' counsel respectfully requests this Court for leave to withdraw as counsel for Robert Jackson, Jr. only in Court File No. 2:12-cv-4185-AB.

Dated: March 10, 2017              Respectfully submitted,

                                   ZIMMERMAN REED LLP


                                   s/ Charles S. Zimmerman
                                   Charles S. Zimmerman (#120054)
                                   J. Gordon Rudd, Jr. (#222082)
                                   Brian C. Gudmundson (#336695)
                                   1100 IDS Center, 80 South 8th Street
                                   Minneapolis, MN  55402
                                   Telephone: (612) 341-0400
                                   Facsimile: (612) 341-0844
                                   Charles.Zimmerman@zimmreed.com
                                   Gordon.Rudd@zimmreed.com
                                   Brian.Gudmundson@zimmreed.com