UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br><u>Robert Holt, et al.</u> v. National Football League, et al. (Plaintiff Robert Jackson, Jr. ONLY)<br><br>Court File No. <u>12-cv-4185-AB</u> | **<u>NOTICE OF ATTORNEY'S LIEN</u>** |

     Pursuant to Minn. Stat. § 481.13, the Petitioner, Charles S. Zimmerman, attorney for the Plaintiff Robert Jackson, Jr. in the above-entitled action, hereby notifies this Court and all parties that Zimmerman Reed LLP and its attorneys have a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff Robert Jackson, Jr.

| | |
|---|---|
| Dated:  March 10, 2017 | Respectfully submitted,<br><br>ZIMMERMAN REED LLP<br><br> s/ Charles S. Zimmerman<br>Charles S. Zimmerman (#120054)<br>J. Gordon Rudd, Jr. (#222082)<br>Brian C. Gudmundson (#336695)<br>1100 IDS Center, 80 South 8th Street<br>Minneapolis, MN  55402<br>Telephone: (612) 341-0400<br>Facsimile: (612) 341-0844 |

Charles.Zimmerman@zimmreed.com  
Gordon.Rudd@zimmreed.com  
Brian.Gudmundson@zimmreed.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  March 10, 2017   ZIMMERMAN REED LLP

 s/ Charles S. Zimmerman
Charles S. Zimmerman (#120054)
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Charles.Zimmerman@zimmreed.com
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com