## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 10th day of March, 2017, upon all counsel of record.

Dated:  March 10, 2017            /s/ Brad S. Karp
                                                                  Brad S. Karp