UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br>Robert Holt, et al. v. National Football League, et al.<br><br>Court File No. 2:12-cv-4185-AB | **<u>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS DAVID CASPER AND SUSAN CASPER</u>** |

Charles S. Zimmerman, J. Gordon Rudd, Jr., and Brian C. Gudmundson of Zimmerman Reed LLP ("Plaintiffs' Counsel"), move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(1) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of David Casper and Susan Casper only in this action, and state as follows:

1.      Plaintiffs' counsel filed the action *Robert Holt, et al. v. National Football League, et al.*, No. 2:12-cv-4185-AB, in the Eastern District of Pennsylvania on July 23, 2012, for the benefit of several retired National Football League players, including David Casper and Susan Casper.

2.      Plaintiffs' counsel filed a short form complaint for David Casper and Susan Casper on August 14, 2012.

3.      Since then, irreconcilable differences have arisen between Plaintiff David Casper and Susan Casper and the undersigned.

4.      Plaintiffs' counsel properly notified David Casper and Susan Casper of counsel's intention to withdraw from representing them in this matter.

5.      Under the circumstances, it is apparent that the undersigned must move the Court for leave to withdraw as counsel.

WHEREFORE, Plaintiffs' counsel respectfully requests this Court for leave to withdraw as counsel for David Casper and Susan Casper only in Court File No. 2:12-cv-4185-AB.

Dated:  March 10, 2017                              Respectfully submitted,

                                                    ZIMMERMAN REED LLP


                                                     s/ Charles S. Zimmerman
                                                    Charles S. Zimmerman (#120054)
                                                    J. Gordon Rudd, Jr. (#222082)
                                                    Brian C. Gudmundson (#336695)
                                                    1100 IDS Center, 80 South 8th Street
                                                    Minneapolis, MN  55402
                                                    Telephone: (612) 341-0400
                                                    Facsimile: (612) 341-0844
                                                    Charles.Zimmerman@zimmreed.com
                                                    Gordon.Rudd@zimmreed.com
                                                    Brian.Gudmundson@zimmreed.com