UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : | No. 2:12-md-02323 –AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>CLIFTON CROSBY, PLAINTIFF, SHORT FORM, DOC 5344 | : : : : : : : | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

     Pursuant to the filing of a Notice of Attorney's Lien and the accompanying Petition to Establish Attorney's Lien, which were filed with the Court on this same date, this Notice of Withdrawal of Appearance is submitted on behalf of the firm of Giddens Law Firm, John D. Giddens P.A., and Philip W. Thomas Law Firm, specifically including John D. Giddens, Baskin L. Jones, and Philip W. Thomas as counsel for Plaintiff Clifton Crosby in this MDL Proceeding.

  Dated: March 13, 2017

      Respectfully Submitted By:

                                        s/John D. Giddens
                                        John D. Giddens

John D. Giddens
GIDDENS LAW FIRM
226 North President Street (39236)
Post Office Box 22546
Jackson, Mississippi 39225-2546
Tel: (601) 355-2022
Fax: (601) 355-0012

Philip W. Thomas
PHILIP W. THOMAS LAW FIRM
Post Office Box 24464
Jackson, Mississippi 39225-4464
747 North Congress St. (39202)
pthomas@thomasattorney.com
(601) 714-5660

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 13th day of March, 2017.

s/John D. Giddens
John D. Giddens
