UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 12-MD-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long Form Complaint and Caldwell v. The National Football League, No.2:13-cv-05902 USDC, EDPA 2:13-CV-05200-AB<br><br>CHARLES PHILLIPS | The Hon. Hon. Anita B. Brody<br><br>NOTICE OF WITHDRAWAL OF APPEARANCE |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that the appearance of Amelia Steelhead and Rose, Klein & Marias LLP, on behalf of plaintiff, CHARLES PHILLIPS, ONLY, in *Caldwell vs. The National Football League, No. 2:13-cv-05902 USDC, EDPA 2:13-cv-05200-AB, and in Re National Football League Players' Litigation*, No. 2:12-MD-02323-AB is hereby WITHDRAWN.

Respectfully submitted,

DATED: March 13, 2017     By: _____
Amelia Steelhead; State Bar Number 299006
a.steelhead@rkmlaw.net
Rose, Klein & Marias LLP
801 S. Grand, 11th Floor.
Los Angeles, Califonia 90017
(213) 626-0571
(213) 623-7755

CERTIFICATE OF SERVICE

      I hereby certify that on March 14. 2017, I caused the foregoing Notice of Withdrawal to be served via the Electronic Case Filing (ECF) system in the United States District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

By: _____
Amelia Steelhead