**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:** <br><br> **Seau, et al. v. National Football League et al., No. 13-cv-01531-AB** | |

**MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE ORGANIZATIONAL MEETINGS FOR ALL OPT OUT PLAINTIFFS SCHEDULED FOR MARCH 27, 2017**

Plaintiffs Tyler Seau, Sydney Seau, Jake Seau, Gina Seau as guardian ad litem for H. Seau, a minor, and Bette Hoffman, a trustee of the Tiaina B. Seau, Jr. 2002 Trust, on behalf of their decedent Tiaina B. Seau, Jr. ("Junior Seau"), hereby move this Court for an order granting leave for Steven M. Strauss of Cooley LLP, counsel for Plaintiff, to appear telephonically for the Organizational Meeting for all Opt Out Plaintiffs scheduled for March 27, 2017, at 10:00 A.M. In support hereof, Plaintiff states:

1. This Court has set March 27, 2017, at 10:00 A.M., for the Organizational Meeting for all Opt Out Plaintiffs.

2. Mr. Strauss is a resident of San Diego County, California, and he has commitments in San Diego on March 27, 2017.

3. Plaintiff respectfully requests that this Court permit Mr. Strauss to appear telephonically to avoid the time and expense associated with travelling to Philadelphia, Pennsylvania, from San Diego, California.

WHEREFORE, Plaintiff respectfully requests that Mr. Strauss be permitted to appear by telephone at the meeting scheduled for March 27, 2017, at 10:00 A.M.

Dated:  March 15, 2017

**RESPECTFULLY SUBMITTED:**

/s/ Steven M. Strauss
Steven M. Strauss

COOLEY LLP
STEVEN M. STRAUSS (SBN 99153)
(SMS@COOLEY.COM)
DENNIS C. CROVELLA (SBN 190781)
(DCROVELLA@COOLEY.COM)
MEGAN L. DONOHUE (SBN 266147)
(MDONOHUE@COOLEY.COM)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

*Attorneys for Plaintiffs Tyler Seau, Sydney Seau, Jake Seau, Gina Seau as guardian ad litem for H. Seau, a minor, and Bette Hoffman, as trustee of the Tiaina B. Seau, Jr. 2002 Trust*

### CERTIFICATE OF SERVICE

On March 16, 2017, I electronically filed a copy of the foregoing document through the CM/ECF system for the United States District Court for the Eastern District of Pennsylvania, which will send a notice of electronic filing to all counsel of record and make it available for viewing and downloading from the CM/ECF system.