# IN THE UNITED DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

National Football League Players' Concussion Injury Litigation

No. 2:12-md-02323-AB

MDL No. 2323

**ORDER GRANTING MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE ORGANIZATIONAL MEETING FOR ALL OPT OUT PLAINTIFFS SCHEDULED FOR MARCH 27, 2017**

Civ. Action No. 13-cv-4549

This day came NEAL A. MARKOWITZ, counsel for Plaintiffs LEWIS BUSH, deceased by his Successor in Interest DEE BUSH; DEE BUSH an individual; DANIELLE BUSH, and individual; LEWIS BUSH, Jr., a minor, by his Guardian ad Litem, ELIZABETH FOX; and MAKAI BUSH, a minor, by her Guardian ad Litem CLEO BUSH (hereinafter "Plaintiffs"), and did pray the Court for leave to appear telephonically at the Organizational Meeting for all Opt Out Plaintiffs scheduled for **March 27, 2017, at 10:00 a.m.**

THEREFORE, FOR GOOD CAUSE SHOWN, it is hereby ORDERED NEAL A. MARKOWITZ shall be allowed to appear by telephone at the hearing scheduled for **March 27, 2017, at 10:00 a.m.**

Date: 3/16/17

_____
Honorable Judge Anita B. Brody