# IN THE UNITED DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br><br>National Football League Players' Concussion Injury Litigation | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE ORGANIZATIONAL MEETING FOR ALL OPT OUT PLAINTIFFS <u>SCHEDULED FOR MARCH 27, 2017</u><br><br>Civ. Action No. 13-cv-4549 |

Plaintiff SHAUN GAYLE, hereby move this Court for an order granting leave for John F. Winters, Jr. (hereinafter "Winters") of Winters Salzetta O'Brien & Richardson, LLC, counsel for Plaintiff Gayle, to appear telephonically for the Organizational Meeting for all Opt Out Plaintiffs scheduled for **Match 27, 017 at 10:00 a.m.** In support hereof, Plaintiff states:

1. This Court has set **March 27, 2017 at 10:00 a.m.** for the Organizational Meeting for all Opt Out Plaintiffs.

2. Mr. Winters is a resident of Chicago, Illinois.

3. Plaintiff respectfully request that this Court permit Mr. Winters to appear telephonically to avoid the time and expense associated with traveling to Philadelphia, Pennsylvania, from Chicago, Illinois.

WHEREFORE, Plaintiff respectfully request Mr. Winters be permitted to appear by telephone at the meeting scheduled for **March 27, 2017 at 10:00 a.m.**

Dated: March 16, 2017                WINTERS SALZETTA O'BRIEN
                                                                                                                                                                                                                                          & RICHARDSON, LLC
                                                                                                                                                                                                                                          By:     /s/ John F. Winters, Jr.

                                                                              JOHN F. WINTERS, JR.
                                                                              Email: jwinters@wsorlaw.com
                                                                              111 W. Washington Street
                                                                              Suite 1200
                                                                             Chicago, IL  60602
                                                                             Telephone: (312) 236-6324
                                                                             Facsimile: (312) 236-6426

                                                                             Attorney for Plaintiff SHAUN GAYLE

Certificate of Service

On March 16, 2017, I electronically filed a copy of the foregoing document through the CM/ECF system for the United States District Court for the Eastern District of Pennsylvania, which will send a notice of electronic filing to all counsel of record and make it available for viewing and downloading from the CM/ECF system.

                                                                              By:     /s/ John F. Winters, Jr.
                                                                                       John F. Winters, Jr.