# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

## ORDER

**AND NOW,** this ___16th___ day of March it is **ORDERED** that a telephone conference regarding Co-Lead Class Counsel's Motion for an Injunction Prohibiting Improper Communications with the Class by Class Member Fred Willis (ECF No. 7175) will be held on **March 29, 2017 at 2:00 p.m.** The Parties are directed to first contact each other and then place a single call to Judge Brody's chambers at 215-597-3978. Co-Lead Class Counsel is **ORDERED** to serve a copy of this Order via certified mail upon Class Member Fred Willis at the address that was provided when he registered for Settlement benefits.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to:

O:\ABB 2017\L - Z\NFL Order Setting teleconf re Willis Injunction Motion.docx