# SEEGERWEISS LLP

77 Water Street, New York, NY 10005   P 212.584.0700   F 212.584.0799   www.seegerweiss.com

March 20, 2017

**VIA FEDERAL EXPRESS OVERNIGHT, CERTIFIED MAIL AND EMAIL**
Fred Willis

Re:   *In re National Football League Players' Concussion Injury Litigation*
       MDL No. 2323

Dear Mr. Willis:

As ordered by the Court, I am writing to you as court-appointed Co-Lead Class Counsel in the above-referenced litigation to advise you that the Court has scheduled a telephonic conference on March 29, 2017 at 2:00 p.m. regarding Co-Lead Class Counsel's Motion for an Injunction Prohibiting Improper Communications with the Class by Class Member, Fred Willis, and to serve you with the enclosed Order.

To facilitate placing a single call to Judge Brody's chambers, as the Order directs, please contact our Philadelphia office prior to March 27th at 215-564-2300 and provide a telephone number on which we can reach you to conference you into the call with the Court.

Very truly yours,

Christopher A. Seeger
Co-Lead Class Counsel

Encl.
cc:   Brad S. Karp (via email)

New York            Newark            Philadelphia

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

AND NOW, this \_\_16th\_\_ day of March it is **ORDERED** that a telephone conference regarding Co-Lead Class Counsel's Motion for an Injunction Prohibiting Improper Communications with the Class by Class Member Fred Willis (ECF No. 7175) will be held on **March 29, 2017 at 2:00 p.m.** The Parties are directed to first contact each other and then place a single call to Judge Brody's chambers at 215-597-3978. Co-Lead Class Counsel is **ORDERED** to serve a copy of this Order via certified mail upon Class Member Fred Willis at the address that was provided when he registered for Settlement benefits.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to:

O:\ABB 2017\L - Z\NFL Order Setting teleconf re Willis Injunction Motion.docx