No. 12-md-2323 (AB) MDL 2323       Filed 3-20-17

## CERTIFICATE OF SERVICE

I, Rickey Dixon, hereby certify that on the 20th day of March 2017, a true and correct copy of the above and foregoing was filed using CM/ECF System, which caused notice to be sent to all counsel of record.

_____
/s/ Rickey Dixon
Pro Se Plaintiff