# EXHIBIT 1

Date: 10/14/2015

**Detail Cost Transaction File List**
Zimmerman Reed P.L.L.P.

Page: 1

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Tcode 98 Postage** | | | | | | | | |
| 1093.407 | 12/27/2013 | 1 | P | 98 | 0.460 | 0.46 | Postage during the month of December 2013<br>NFL Head Injuries<br>Dixon, Rickey | 23 |
| 1093.407 | 01/31/2014 | 1 | P | 98 | 0.460 | 0.46 | Postage during the month of January 2014<br>NFL Head Injuries<br>Dixon, Rickey | 31 |
| 1093.407 | 02/28/2014 | 1 | P | 98 | 0.480 | 0.48 | Postage during the month of February 2014<br>NFL Head Injuries<br>Dixon, Rickey | 41 |
| 1093.407 | 09/30/2014 | 1 | P | 98 | 0.480 | 0.96 | Postage during the month of September 2014<br>NFL Head Injuries<br>Dixon, Rickey | 53 |
| 1093.407 | 09/30/2015 | 1 | P | 98 | | 0.49 | Postage during the month of September 2015<br>NFL Head Injuries<br>Dixon, Rickey | 63 |
| **Total for Tcode 98** | | | | | Billable | 2.85 | Postage | |
| **Tcode 138 Experts -** | | | | | | | | |
| 1093.407 | 09/09/2014 | 1 | P | 138 | | 500.00 | Experts - Twin Cities Neurosurgery, PLLC - Daniel Ahlberg expert work for the period of 7/21/14 - 8/28/14 - Statement #5<br>NFL Head Injuries<br>Dixon, Rickey | 55 |
| 1093.407 | 08/11/2015 | 1 | P | 138 | | 125.00 | Experts - Twin Cities Neurosurgery, PLLC - Daniel Ahlberg expert work for the period of 8/11/15 - Statement #11<br>NFL Head Injuries<br>Dixon, Rickey | 65 |
| 1093.407 | 08/17/2015 | 1 | P | 138 | | 1,000.00 | Experts - Twin Cities Neurosurgery, PLLC - Daniel Ahlberg expert work for the period of 8/17/15 - 8/28/15- Statement #12<br>NFL Head Injuries<br>Dixon, Rickey | 66 |
| **Total for Tcode 138** | | | | | Billable | 1,625.00 | Experts - | |
| **Tcode 141 Medical Records, Inc. - copies of medical records from** | | | | | | | | |
| 1093.407 | 12/19/2013 | 1 | P | 141 | | 24.93 | Medical Records, Inc. - copies of medical records from Civil Action Group, Ltd. UT Southwestern Neurology: Dallas, TX<br>NFL Head Injuries<br>Dixon, Rickey | 24 |
| 1093.407 | 06/17/2014 | 1 | P | 141 | | 297.38 | Medical Records, Inc. - copies of medical records from Civil Action Group, Ltd. - UT Southwest Neurology. Dallas, TX<br>NFL Head Injuries<br>Dixon, Rickey | 44 |
| 1093.407 | 09/19/2014 | 1 | P | 141 | | 100.18 | Medical Records, Inc. - copies of medical records from Civil Action Group, Ltd. Rehab Group, Dallas, TX<br>NFL Head Injuries<br>Dixon, Rickey | 51 |
| 1093.407 | 09/19/2014 | 1 | P | 141 | | 100.18 | Medical Records, Inc. - copies of medical records from Civil Action Group, Ltd. Rehab Group, Dallas, TX<br>NFL Head Injuries<br>Dixon, Rickey | 52 |
| 1093.407 | 08/28/2015 | 1 | P | 141 | | 57.93 | Medical Records, Inc. - copies of medical records from Civil Action Group, Ltd. - Steenblock, Dr. David, San Clemente, CA<br>NFL Head Injuries<br>Dixon, Rickey | 57 |
| 1093.407 | 09/15/2015 | 1 | P | 141 | | 87.50 | Medical Records, Inc. - copies of medical records from Civil Action Group, Ltd. - Shade, Ronnie Dr. - Dallas, TX<br>NFL Head Injuries<br>Dixon, Rickey | 58 |
| **Total for Tcode 141** | | | | | Billable | 668.10 | Medical Records, Inc. - copies of medical records from | |
| **Tcode 142 Photocopying/Printing Charges** | | | | | | | | |
| 1093.407 | 05/29/2012 | 598 | P | 142 | 0.100 | 0.20 | Photocopying/Printing Charges<br>NFL Head Injuries<br>Dixon, Rickey | 1 |
| 1093.407 | 05/29/2012 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges<br>NFL Head Injuries<br>Dixon, Rickey | 2 |
| 1093.407 | 05/29/2012 | 598 | P | 142 | 0.100 | 0.20 | Photocopying/Printing Charges<br>NFL Head Injuries<br>Dixon, Rickey | 3 |
| 1093.407 | 07/30/2012 | 598 | P | 142 | 0.100 | 0.70 | Photocopying/Printing Charges<br>NFL Head Injuries<br>Dixon, Rickey | 4 |
| 1093.407 | 08/14/2012 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges<br>NFL Head Injuries<br>Dixon, Rickey | 5 |
| 1093.407 | 07/31/2013 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges<br>NFL Head Injuries<br>Dixon, Rickey | 6 |

Date: 10/14/2015      **Detail Cost Transaction File List**      Page: 2
Zimmerman Reed P.L.L.P.

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Tcode 142 Photocopying/Printing Charges ||||||||
| 1093.407 | 09/04/2013 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 7 |
| 1093.407 | 09/04/2013 | 598 | P | 142 | 0.100 | 0.20 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 8 |
| 1093.407 | 11/04/2013 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 9 |
| 1093.407 | 11/20/2013 | 598 | P | 142 | 0.100 | 0.20 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 10 |
| 1093.407 | 11/20/2013 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 11 |
| 1093.407 | 11/20/2013 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 12 |
| 1093.407 | 11/20/2013 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 13 |
| 1093.407 | 11/25/2013 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 14 |
| 1093.407 | 11/25/2013 | 598 | P | 142 | 0.100 | 0.30 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 15 |
| 1093.407 | 12/20/2013 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 16 |
| 1093.407 | 12/20/2013 | 598 | P | 142 | 0.100 | 0.30 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 17 |
| 1093.407 | 12/20/2013 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 18 |
| 1093.407 | 12/20/2013 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 19 |
| 1093.407 | 12/20/2013 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 20 |
| 1093.407 | 12/20/2013 | 598 | P | 142 | 0.100 | 0.30 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 21 |
| 1093.407 | 12/20/2013 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 22 |
| 1093.407 | 01/22/2014 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 25 |
| 1093.407 | 01/22/2014 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 26 |
| 1093.407 | 01/23/2014 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 27 |
| 1093.407 | 01/23/2014 | 598 | P | 142 | 0.100 | 0.20 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 28 |
| 1093.407 | 01/27/2014 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 29 |
| 1093.407 | 01/27/2014 | 598 | P | 142 | 0.100 | 1.00 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 30 |
| 1093.407 | 02/10/2014 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 32 |
| 1093.407 | 02/10/2014 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 33 |
| 1093.407 | 02/10/2014 | 598 | P | 142 | 0.100 | 0.20 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 34 |
| 1093.407 | 02/11/2014 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 35 |
| 1093.407 | 02/11/2014 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 36 |

Date: 10/14/2015

**Detail Cost Transaction File List**
Zimmerman Reed P.L.L.P.

Page: 3

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Tcode 142 Photocopying/Printing Charges | | | | | | | | |
| 1093.407 | 02/12/2014 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 37 |
| 1093.407 | 02/12/2014 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 38 |
| 1093.407 | 02/12/2014 | 598 | P | 142 | 0.100 | 0.30 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 39 |
| 1093.407 | 02/18/2014 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 40 |
| 1093.407 | 05/16/2014 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 42 |
| 1093.407 | 05/16/2014 | 598 | P | 142 | 0.100 | 0.20 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 43 |
| 1093.407 | 07/14/2014 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 45 |
| 1093.407 | 07/17/2014 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 46 |
| 1093.407 | 07/17/2014 | 598 | P | 142 | 0.100 | 0.20 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 47 |
| 1093.407 | 09/09/2014 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 48 |
| 1093.407 | 09/09/2014 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 49 |
| 1093.407 | 09/09/2014 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 50 |
| 1093.407 | 11/17/2014 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 54 |
| 1093.407 | 12/16/2014 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 56 |
| 1093.407 | 09/17/2015 | 598 | P | 142 | 0.100 | 0.40 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 59 |
| 1093.407 | 09/29/2015 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 60 |
| 1093.407 | 09/29/2015 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 61 |
| 1093.407 | 09/30/2015 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 62 |
| 1093.407 | 10/12/2015 | 598 | P | 142 | 0.100 | 0.10 | Photocopying/Printing Charges NFL Head Injuries Dixon, Rickey | 64 |

**Total for Tcode 142**  Billable  8.60 Photocopying/Printing Charges

**GRAND TOTALS**

Billable  2,304.55