# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No.   12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | NOTICE OF APPEARANCE OF COUNSEL |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to MDL Rule 2.1(c), the undersigned Plaintiffs' counsel hereby gives noticed that Ahmed S. Diab of Gomez Trial Attorneys shall appear as counsel of record on behalf of plaintiffs:

(1)   Natrone Means, Lashonda Means, Aaron M. Taylor, Alfred Pupunu, Charles Dimry, III, Craig McEwen, William W. Peterson, Cristina P. Peterson, and Donald P. Sutton in Means; Case No. 12-cv-05781-AB;

(2)   Tiaina T. Seau and Luisa T. Seau; Case No. 13-cv-01532-AB;

(3)   Mitch Hoopes; Case No. 2:14-cv-01617-AB;

(4)   Kevin House and Michael Lewis; Case No. 2:13-cv-06681-AB;

(5)   Ken Neil; Case No. 2:14-cv-03842-AB; and

///

///

///

///

- 2 -

(6)    J.R. Niklos; Case No. 2:13-cv-05766-AB.

| Dated: March 21, 2017 | RESPECTFULLY SUBMITTED: |
|---|---|

                                                     s/ Ahmed S. Diab
                                                   AHMED S. DIAB

GOMEZ TRIAL ATTORNEYS
John H. Gomez (CA SBN 171485)
Ahmed S. Diab (CA SBN 262319)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619) 237-3496
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I, the undersigned certify that on March 21, 2017, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL to be filed via the CM/ECF system, which caused notice to be sent to all counsel of record.

                                                                        s/ Ahmed S. Diab
                                                                        AHMED S. DIAB