# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No.   12-md-2323 (AB)<br><br>MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:**<br><br>**Seau, et al. v, National Football League et al., No, 13-cv-01532** | |

## MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE ORGANIZATIONAL MEETINGS FOR ALL OPT OUT PLAINTIFFS SCHEDULED FOR MARCH 27, 2017

Plaintiffs Tiaina T. Seau and Luisa T. Seau, on behalf of their decedent Tiaina B. Seau, Jr. ("Junior Seau"), hereby move this Court for an order granting leave for Ahmed S. Diab of Gomez Trial Attorneys, counsel for Plaintiff, to appear telephonically for the Organizational Meeting for all Opt Out Plaintiffs scheduled for March 27, 2017, at 10:00 A.M. In support, hereof, Plaintiff states:

1. This Court has set March 27, 2017, at 10:00 A.M., for the Organizational Meeting for all Opt Out Plaintiffs.

2. Mr. Diab is a resident of San Diego County, California, and he has commitments in San Diego on March 27, 2017.

3. Plaintiff respectfully requests that this Court permit Mr. Diab to appear telephonically to avoid the time and expense associated with traveling to Philadelphia, Pennsylvania, from San Diego, California.

- 2 -

WHEREFORE, Plaintiff respectfully requests that Mr. Diab be permitted to appear by telephone at the meeting scheduled for March 27, 2017, at 10:00 A.M.

Dated: March 21, 2017                                  RESPECTFULLY SUBMITTED:

                                                      s/ Ahmed S. Diab
                                                    AHMED S. DIAB

GOMEZ TRIAL ATTORNEYS
John H. Gomez (CA SBN 171485)
Ahmed S. Diab (CA SBN 262319)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619) 237-3496
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, the undersigned certify that on March 21, 2017, I caused a true and correct copy of the foregoing MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE ORGANIZATIONAL MEETINGS FOR ALL OPT OUT PLAINTIFFS SCHEDULED FOR MARCH 27, 2017 be filed via the CM/ECF system, which caused notice to be sent to all counsel of record.

                                                  s/ Ahmed S. Diab
                                                  AHMED S. DIAB