No. 12-md-2323 (AB) MDL 2323      Filed 3-21-17

# CERTIFICATE OF SERVICE

I, Rickey Dixon, hereby certify that on the 21th day of March 2017, a true and correct copy of the above and foregoing was filed using CM/ECF System, which caused notice to be sent to all counsel of record.

_____
/s/ Rickey Dixon
Pro Se Plaintiff