# EXHIBIT 2

COPY



*REMINDER*
PLAINTIFF SUPPORT SERVICES
A Division of Plaintiff Funding Holding Inc.
Against Recovery
Call 1-800-352-9676
Before settlement or distribution for Payout amount

Dixon, Rickey
1093.407
NFL Head Injury
Pre-Settlement Loan
(through Plaintiff Support Services)



**Plaintiff Support**
THE GOLD STANDARD

April 1, 2015

Third Request
46

Zimmerman Reed, Attorneys
ATTN: Brian Gudmundson
1100 IDS Center
80 South 8th St.
Minneapolis, Minnesota 554020000

Re: Plaintiff Support Client - Audit Confirmation

We are engaged in a quarterly review of our accounts. In connection with this review, we desire that you confirm with our lender the following information in our records as of **January 31, 2015**.

Per the Funding Agreement executed for this matter, please indicate the status of your client's claim by completing the form enclosed and mailing it in the return envelope provided.

Yours sincerely,

Plaintiff Support

NOTE: *This is an audit confirmation. Please direct all questions regarding current payoff amounts separately to Plaintiff Support.*



*Ricky Dixon*



# Plaintiff Support
THE GOLD STANDARD

March 17, 2015

Second Request
46

Zimmerman Reed, Attorneys
ATTN: Brian Gudmundson
1100 IDS Center
80 South 8th St.
Minneapolis, Minnesota 554020000

Re: Plaintiff Support Client - Audit Confirmation

We are engaged in a quarterly review of our accounts. In connection with this review, we desire that you confirm with our lender the following information in our records as of **January 31, 2015**.

Per the Funding Agreement executed for this matter, please indicate the status of your client's claim by completing the form enclosed and mailing it in the return envelope provided.

Yours sincerely,

Plaintiff Support

NOTE: *This is an audit confirmation. Please direct all questions regarding current payoff amounts separately to Plaintiff Support.*

| Sorted # | Firm # | Firm Name | Address2 | State2 | Contact | Case ID | Obligor | Sum of Amt Funded | Pending | Settled | Date pmt anticipated | Trial, settlement conf. or mediation scheduled | Date scheduled | Case resolved in Defendants favor | Signature | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | 19030 | Zimmerman Reed, Attorneys | 1100 IDS Center | Minnesota | Brian Gudmundson | 120286 | Dixon, Rickey | 60,000.00 | | | | | | | | |



*Ricky Dixon*

# Plaintiff Support
## THE GOLD STANDARD

February 25, 2015

First Request

46

Zimmerman Reed, Attorneys
ATTN: Brian Gudmundson
1100 IDS Center
80 South 8th St.
Minneapolis, Minnesota 554020000

Re: Plaintiff Support Client - Audit Confirmation

We are engaged in a quarterly review of our accounts. In connection with this review, we desire that you confirm with our lender the following information in our records as of **January 31, 2015**.

Per the Funding Agreement executed for this matter, please indicate the status of your client's claim by completing the form enclosed and mailing it in the return envelope provided.

Yours sincerely,

Plaintiff Support

*NOTE: This is an audit confirmation. Please direct all questions regarding current payoff amounts separately to Plaintiff Support.*



| Control # | Contact | Case ID | Obligor | Sum of Amt Funded | Pending | Settled | Date pmt anticipated? | Trial, settlement conf. or mediation scheduled | Date scheduled | Defendant's favor? | Case resolved in Defendant's favor | Signature | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | Brian Gudmundson | 120285 | Dixon, Rickey | 50,000.00 | | | | | | | | | |

RECEIVED DEC 12 2014

*Tina*
*Re: Rickey Dixon*



First Request
136

December 5, 2014

Zimmerman Reed, Attorneys
ATTN: Brian Gudmundson
1100 IDS Center
80 South 8th St.
Minneapolis, Minnesota 554020000

Re: LawCash Client - Audit Confirmation

We are engaged in a quarterly review of our accounts. In connection with this review, we desire that you confirm with our lender the following information in our records as of **October 31, 2014**.

Per the Funding Agreement executed for this matter, please indicate the status of your client's claim by completing the form enclosed and mailing it in the return envelope provided.

Yours sincerely,

Plaintiff Funding Corporation ("LAWCASH")

*NOTE: This is an audit confirmation. Please direct all questions regarding current payoff amounts separately to LawCash.*

REC'D DEC 12 2014



| Control # | Obligor | Pending | Settled | Date pmt anticipated? | Trial, settlement conf. or mediation scheduled | Date scheduled? | Case resolved in Defendant's favor | Signature | Date |
|---|---|---|---|---|---|---|---|---|---|
| 136 | Dixon, Rickey | | | | | | | | |



# ZIMMERMAN | REED
— ATTORNEYS —

September 9, 2014

**BRIAN C. GUDMUNDSON**
Admitted in Minnesota
Brian.Gudmundson@zimmreed.com

REPLY TO MINNEAPOLIS

Plaintiff Funding Corporation
ASG
Rockefeller Center Post Office
P.O. Box 4812
New York, NY 10124-0036

RE: Rickey Dixon
Client ID: 115283

To Whom It May Concern:

I am in receipt of your correspondence requesting a quarterly status update report regarding the above named file. Please be advised that the settlement Mr. Dixon is involved in is currently being appealed. Once the appeal process has been concluded the settlement still needs to be finalized by the Court. It is anticipated that no funds will be released to Mr. Dixon for at least another year pending the approval and appellate process.

Please feel free to follow up with my office at any time. Should the settlement funds be released at some unexpected time, we will contact you.

Very truly yours,

ZIMMERMAN REED, P.L.L.P.

Brian C. Gudmundson

BCG/tmo

MINNEAPOLIS | 1100 IDS Center, 80 South 8th Street Minneapolis, Minnesota 55402 T 612.341.0400 F 612.341.0844
SCOTTSDALE | 14646 North Kierland Blvd, Suite 145 Scottsdale, Arizona 85254 T 480.348.6400 F 480.348.6415

ZIMMREED.COM



**Plaintiff Support**
THE GOLD STANDARD

Third Request
19

August 25, 2014

Zimmerman Reed, Attorneys
ATTN: Brian Gudmundson
1100 IDS Center
Minneapolis Minnesota 554020000

Re: Plaintiff Support Client - Audit Confirmation

We are engaged in a quarterly review of our accounts. In connection with this review, we desire that you confirm with our lender the following information in our records as of **June 30, 2014**.

Per the Funding Agreement executed for this matter, please indicate the status of your client's claim by completing the form enclosed and mailing it in the return envelope provided.

Yours sincerely,

Plaintiff Support

NOTE: *This is an audit confirmation. Please direct all questions regarding current payoff amounts separately to Plaintiff Support.*

| Confirm # | Firm ID | Firm Name | Contact | Client ID | Obligor | Total | Pending | Settled | Date pmt anticipated ? | Trial, settlement conf. or mediation scheduled | Date scheduled ? | Case resolved in Defendant's favor | Signature | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 13936 | Zimmerman Reed, Attorneys | Brian Gudmundson | 115283 | Dixon, Rickey | $ 50,000.00 | | | | | | | | |



# Plaintiff Support
THE GOLD STANDARD

Second Request
19

August 13, 2014

Zimmerman Reed, Attorneys
ATTN: Brian Gudmundson
1100 IDS Center
Minneapolis Minnesota 554020000

Re: Plaintiff Support Client - Audit Confirmation

We are engaged in a quarterly review of our accounts. In connection with this review, we desire that you confirm with our lender the following information in our records as of **June 30, 2014**.

Per the Funding Agreement executed for this matter, please indicate the status of your client's claim by completing the form enclosed and mailing it in the return envelope provided.

Yours sincerely,

Plaintiff Support


NOTE: *This is an audit confirmation. Please direct all questions regarding current payoff amounts separately to Plaintiff Support.*

| Confirm # | Firm ID | Firm Name | Contact | Client ID | Obligor | Total | Pending | Settled | Date pmt anticipated ? | Trial, settlement conf. or mediation scheduled | Date scheduled ? | Case resolved in Defendant's favor | Signature | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 13936 | Zimmerman Reed, Attorneys | Brian Gudmundson | 115283 | Dixon, Rickey | $ 50,000.00 | | | | | | | | |



**Plaintiff Support**
THE GOLD STANDARD

First Request
19

July 28, 2014

Zimmerman Reed, Attorneys
ATTN: Brian Gudmundson
1100 IDS Center
Minneapolis Minnesota 554020000

Re: Plaintiff Support Client - Audit Confirmation

We are engaged in a quarterly review of our accounts. In connection with this review, we desire that you confirm with our lender the following information in our records as of **June 30, 2014**.

Per the Funding Agreement executed for this matter, please indicate the status of your client's claim by completing the form enclosed and mailing it in the return envelope provided.

Yours sincerely,

Plaintiff Support

NOTE: *This is an audit confirmation. Please direct all questions regarding current payoff amounts separately to Plaintiff Support.*

| Confirm #| Firm ID | Firm Name | Contact | Client ID | Obligor | Total | Pending | Settled | Date pmt anticipated ? | settlement conf. or mediation scheduled | Date scheduled ? | Case resolved in Defendant's favor | Signature | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 13936 | Zimmerman Reed, Attorneys | Brian Gudmundson | 115283 | Dixon, Rickey | $ 50,000.00 | | | | | | | | |



May 16, 2014

BRIAN C. GUDMUNDSON
Admitted in Minnesota
Brian.Gudmundson@zimmreed.com

REPLY TO MINNEAPOLIS

Plaintiff Funding Corporation ("Law Cash")
ASG
Rockefeller Center Post Office
P.O. Box 4812
New York, NY 10124-0036

RE:   Rickey Dixon

To Whom It May Concern:

Pursuant to your request, enclosed and returned to you please find the Audit Confirmation form concerning my client, Rickey Dixon.

Very truly yours,

ZIMMERMAN REED, P.L.L.P.

Brian C. Gudmundson

BCG/tmo
enc.

MINNEAPOLIS | 1100 IDS Center, 80 South 8th Street Minneapolis, Minnesota 55402  T 612.341.0400  F 612.341.0844
SCOTTSDALE  | 14646 North Kierland Blvd, Suite 145 Scottsdale, Arizona 85254  T 480.348.6400  F 480.348.6415

ZIMMREED.COM

| Control # | Firm Name | Contact | Obligor | Pending | Settled | Date pmt anticipated? | Trial, settlement conf. or mediation scheduled | Date scheduled? | Case resolved in Defendant's favor | Signature | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 53 | Zimmerman Reed, Attorneys | Brian Gudmundson | Dixon, Rickey | ✓ | | Unknown | none | | | | 5/16/14 |