# EXHIBIT 3

Case 2:12-md-02323-AB   Document 7205-1   Filed 02/27/17   Page 2 of 2

NFL Concussion Case C.A. No. 2:12-md-2323-AB   Attorney Fee and Expense Report
Compiled from Co-Lead Class Counsel's Fee Petition dated Feb. 13, 2017 (ECF No. 7151)

| | Attorney Name | Firm Name | Hours | Fee Amount | Expenses | Total Fees + Expenses |
|---|---|---|---|---|---|---|
| 1 | Christopher A. Seeger | Seeger Weiss LLP | 21,044.06 | $ 18,124,869.10 | $ 1,498,690.99 | $ 19,623,560.09 |
| 2 | Arnold Levin | Levine Sedran & Berman | 5,021.25 | $ 6,031,806.25 | $ 519,893.97 | $ 6,551,700.22 |
| 3 | Gene Locks | Locks Law Firm | 4,243.00 | $ 3,084,500.00 | $ 639,160.00 | $ 3,723,660.00 |
| 4 | Steven C. Marks | Podhurst Orseck, PA | 4,510.80 | $ 3,005,744.50 | $ 771,127.79 | $ 3,776,872.29 |
| 5 | Dianne M. Nast | NastLaw LLC | 1,211.75 | $ 765,060.25 | $ 117,138.64 | $ 882,198.89 |
| 6 | Sol H. Weiss | Anapol Weiss | 4,241.22 | $ 1,857,436.00 | $ 1,031,971.55 | $ 2,889,407.55 |
| 7 | Garrett D. Blanchfield Jr. | Reinhardt Wendorf & Blanc | 23.10 | $ 14,899.50 | $ 1,480.57 | $ 16,380.07 |
| 8 | William G. Caldes | Spector Roseman Kodroff & Willis | 74.40 | $ 51,708.00 | $ 1,460.92 | $ 53,168.92 |
| 9 | Leonard A. Davis | Herman, Herman & Katz | 136.30 | $ 89,660.00 | $ - | $ 89,660.00 |
| 10 | James R. Dugan II | The Dugan Law Firm | 293.90 | $ 188,340.50 | $ 118,880.16 | $ 307,220.66 |
| 11 | Daniel C. Girard | Giard Gibbs LLP | 373.10 | $ 279,489.00 | $ 8,300.11 | $ 287,789.11 |
| 12 | Thomas V. Girardi | Girardi Keese | 626.80 | $ 472,370.00 | $ 5,509.15 | $ 477,879.15 |
| 13 | Bruce A. Hagen | Hagen, Rosskopf & Earle, LLC | 540.80 | $ 324,480.00 | $ 16,998.08 | $ 341,478.08 |
| 14 | Samuel Issacharoff | Issacharoff/Estlund | 801.75 | $ 800,512.50 | $ 7,302.22 | $ 807,814.72 |
| 15 | Richard Lewis | Hausfeld LLP | 1,281.80 | $ 763,917.50 | $ 165,468.47 | $ 929,385.97 |
| 16 | Jason E. Luckasevic | Goldberg, Persky & White, P.C. | 500.60 | $ 262,860.00 | $ 11,823.78 | $ 274,683.78 |
| 17 | Derriel C. McCorvey | McCorvey Law, LLC | 331.30 | $ 198,780.00 | $ 104,155.65 | $ 302,935.65 |
| 18 | Mike McGlamry | Pope McGlamry | 1,274.90 | $ 829,030.00 | $ 125,137.01 | $ 954,167.01 |
| 19 | Craig R. Mitnick | Mitnick Law Office, LLC | 1,198.15 | $ 898,612.50 | $ 83,082.20 | $ 981,694.70 |
| 20 | David A. Rosen | Rose, Klein & Marias LLP | 243.03 | $ 157,969.50 | $ 112,168.64 | $ 270,138.14 |
| 21 | Frederick Schnek | Casey, Gerry, Schenk LLP | 417.40 | $ 333,920.00 | $ 86,651.72 | $ 420,571.72 |
| 22 | Anthony Tarricone | Kreindler & Kreindler LLP | 1,573.00 | $ 1,258,400.00 | $ 120,832.04 | $ 1,379,232.04 |
| 23 | Charles S. Zimmerman | Zimmerman Reed LLP | 1,106.50 | $ 885,907.25 | $ 135,545.72 | $ 1,021,452.97 |
| | Total | | 51,068.91 | $40,680,272.35 | $5,682,779.38 | $46,363,051.73 |