IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL
LEAGUE PLAYERS' CONCUSSION
INJURY LITIGATION

| | | |
|---|---|---|
| TYLER SEAU, ET. AL. | : | MDL |
| | : | |
| v. | : | |
| | : | |
| NATIONAL FOOTBALL LEAGUE, ET. AL. | : | NO. 2012-2323 (ca 2013-1531) |

O R D E R

AND NOW, this 20th day of March, 2017, it is Ordered that the plaintiff's motion, **docket entry #7293**, for leave to appear telephonically at the organizational meeting for all opt out plaintiffs scheduled for **Monday, March 27, 2017** is GRANTED.

ATTEST:                          or       BY THE COURT

BY:_____              _____
   Deputy Clerk                          Judge

Civ 12 (9/83)

**Copies ecmf on _____ to:**          **Copies mailed on _____ to:**