IN THE UNITED DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>National Football League Players'<br>Concussion Injury Litigation | No. 2:12-md-02323-AB<br>MDL No. 2323<br><br>ORDER GRANTING MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE ORGANIZATIONAL MEETING FOR ALL OPT OUT PLAINTIFFS SCHEDULED FOR MARCH 27, 2017<br><br>Civ. Action No. 12-5212 |

This day came JOHN F. WINTERS, JR., counsel for Plaintiff SHAUN GAYLE, and did pray the Court for leave to appear telephonically at the Organizational Meeting for all Opt Out Plaintiffs scheduled for **March 27, 2017 at 10:00 a.m.**

THEREFORE, FOR GOOD CAUSE SHOWN, it is hereby ORDERED JOHN F. WINTERS, JR. shall be allowed to appear by telephone at the hearing scheduled for **March 27, 2017 at 10:00 a.m.**

Date: 3/20/17

_____
Honorable Judge Anita B. Brody

Copies sent _____ To:          Copies mailed _____ To:

- 1 -