IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-MD-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>*Kenney, et al. v. Kansas City Chiefs Football Club, Inc.*<br>No. 14-cv-4779-AB | MDL Dkt. No. 2323 |

**MOTION AND PROPOSED ORDER FOR LEAVE TO APPEAR TELEPHONICALLY AT THE ORGANIZATIONAL MEETING FOR ALL OPT OUT PLAINTIFFS SCHEDULED FOR MARCH 27, 2017**

Plaintiffs William P. and Sandra L. Kenney, and Thomas A. and Jean M. Baugh, through counsel, respectfully request leave to allow undersigned counsel, Bill Kenney, to appear telephonically at the Organizational Meeting for all Opt Out Plaintiffs scheduled for March 27, 2017 at 10:00 a.m. In support, Plaintiffs state as follows:

1. This Court has scheduled an Organizational Meeting for all Opt Out Plaintiffs to be held on March 27, 2017 at 10:00 a.m.

2. Plaintiffs are also represented by Kenneth McClain of Humphrey, Farrington & McClain, P.C., and Paul Anderson of The Klamann Law Firm, P.A., both of whom are expected to be in attendance at said hearing.

3. The undersigned is a resident of Missouri, and requests leave to appear telephonically to avoid the time and expense associated with traveling to Philadelphia, Pennsylvania.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request leave to allow undersigned counsel, Bill Kenney, to appear telephonically at the March 27 organizational meeting, and for such other relief as the Court deems proper.

Dated: March 21, 2017                                             Respectfully Submitted,

 /s/ Bill Kenney
William C. Kenney     MO #  63001
**BILL KENNEY LAW FIRM, LLC**
1101 Walnut Street, Suite 102
Kansas City, Missouri 64108
Telephone: (816) 842-2455
Facsimile: (816) 474-8899
Email: *bkenney@billkenneylaw.com*

*Attorney for Plaintiffs Bill & Sandra Kenney, and Tom & Jean Baugh*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 21, 2017, in accordance with Fed. R. Civ. P. 5(b), the foregoing document was electronically filed with Court's Electronic Case Filing system and will be served electronically on all registered attorneys of record.

 /s/ Bill Kenney
William C. Kenney