# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-MD-2323-AB |
| THIS DOCUMENT RELATES TO:<br><br>*Kenney, et al. v. Kansas City Chiefs Football Club, Inc.*<br>No. 14-cv-4779-AB | MDL Dkt. No. 2323 |

### ORDER GRANTING MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE ORGANIZATIONAL MEETING FOR ALL OPT OUT PLAINTIFFS SCHEDULED FOR MARCH 27, 2017

**AND NOW**, this _____ day of March, 2017, upon consideration of the Motion of Plaintiffs William P. & Sandra L. Kenney and Thomas A. & Jean M. Baugh, filed on March 21, 2017, it is **ORDERED** that said Motion is **GRANTED**. Bill Kenney, counsel for the aforementioned Plaintiffs, shall be allowed to appear telephonically at the March 27, 2017 hearing.

Dated: _____

                                                        Honorable Anita B. Brody
                                                        United States District Court Judge