# EXHIBIT 2

October 7, 2015

*Via E-mail and Certified Letter*

Brian Gudmundson
Brian.Gudmundson@zimmreed.com

RE:   Termination of representation in the Retired NFL Players Publicity Rights Litigation

Dear Brian,

Lorraine and I would like to thank you for your assistance for all your efforts in the above referenced matter. However, effective 10/7/2015, we will no longer need representation from the Zimmerman – Reed Law firm. Please forward all outstanding advances and documentation to support those expenses to our home address at 908 Country Creek Lane, Red Oak, TX 75154, so that we may make arrangements to pay them. Additionally, please forward all of Rickey's records to our home address.

We will contact the financial company directly that advanced monies to Rickey to ensure payment is made to them.

Again we appreciate your time and services.

Best Regards,

*[signature]*

Rickey and Lorraine Dixon

**Tina Olson**

**From:** Lorraine <dixonldixon4@aol.com>
**Sent:** Monday, October 12, 2015 10:54 AM
**To:** Brian Gudmundson
**Subject:** Re: NFL Concussion Case

Brian you are correct as of October 7th Zimmerman Reed was terminated from representing Rickey.

As far as costs that was incurred by Rickey and I, I had to take off of work to have forms released, copied and mailed to the firm at your request. There were also charges incurred in having the records copied.

In the contract it states that upon termination Rickey and I are responsible for costs advanced by the firm. Please submit all advance costs incurred by the firm on Rickey's behalf.

Sent from my iPhone

On Oct 12, 2015, at 9:55 AM, Brian Gudmundson <Brian.Gudmundson@zimmreed.com> wrote:

> Lorraine,
>
> Regarding reimbursement of case expenses, you mentioned on our call that you incurred some FedEx and postage costs in sending medical records to us. As I explained, that is the type of cost that is reimbursable to you as an advanced cost by our firm in representing you and Rickey. I was previously unaware of those. My understanding is that you would not like Zimmerman Reed to represent you any further, so I am uncertain how to advance those costs at this point. Perhaps we could discuss this week? I am traveling today and tomorrow but could talk on Wednesday.
>
> Brian
>
> **From:** Lorraine [mailto:dixonldixon4@aol.com]
> **Sent:** Friday, October 09, 2015 12:25 PM
> **To:** Brian Gudmundson
> **Subject:** Re: NFL Concussion Case
>
> Thanks Brian,
>
> I also appreciate the opportunity in speaking with you. As explained, the October 7, 2015, termination is not personal we simply must do what is best for our family given the grave diagnosis given to my husband and the financial impact it has taken on our family.
>
> I was also pleasantly surprised to hear that the firm intends to reimburse me for my out of pocket costs associated with my legal expertise in gathering information that would normally be incurred by the firm that represents the client. I will begin to itemized those costs to submit to you.

1

We look forward to receiving Rickey's files
and an itemized list on the costs that Zimmerman
Reed believes that we owe pursuant to the terms of the contract.

Best Regards,

Rickey and Lorraine Dixon

Sent from my iPhone

On Oct 9, 2015, at 10:50 AM, Brian Gudmundson <Brian.Gudmundson@zimmreed.com> wrote:

> Lorraine,
>
> I wanted to thank you again for taking the time to talk this morning. I appreciate the opportunity to explain our position, and also to hear from you about your position. As you have directed, we will cease work on your file and will send you the file. You explained that you intend to represent yourself going forward.
>
> As we discussed, while we may not see completely eye to eye on matters at the moment, that doesn't mean we can't find a solution. Let's keep the lines of communication open. I am going to discuss this matter further with our team here and see if we can come up with some ideas that may be mutually agreeable.
>
> As always, please do not hesitate to contact me anytime at 800.755.0098.
>
> Brian
>
> **BRIAN C. GUDMUNDSON | PARTNER**
>
> ZIMMERMAN REED, LLP
> 1100 IDS Center, 80 South 8th Street
> Minneapolis, MN 55402   T 612.341.0400
>
> bio  website  map  <image001.gif>
>
> Selected as a Best Law Firm by U.S. News & World Report
>
> » Like us on facebook

This e-mail may contain information that is privileged, confidential or otherwise protected from disclosure under applicable law and is intended ONLY for particular clients, parties, or entities involved in litigation or dealings with the Zimmerman Reed, PLLP law firm. If you are not the intended recipient or have received this email in error, please notify us immediately by e-mail, discard any paper copies and delete all electronic files of the message. Any unauthorized review, use, disclosure or distribution of the e-mail or its attachment(s) is prohibited by law.

This e-mail may contain information that is privileged, confidential or otherwise protected from disclosure under applicable law and is intended ONLY for particular clients, parties, or entities involved in litigation or dealings with the Zimmerman Reed, PLLP law firm. If you are not the intended recipient or have received this email in error, please notify us immediately by e-mail, discard any paper copies and delete all electronic files of the message. Any unauthorized review, use, disclosure or distribution of the e-mail or its attachment(s) is prohibited by law.

**Tina Olson**

**From:** Brian Gudmundson
**Sent:** Friday, October 09, 2015 10:50 AM
**To:** dixonldixon4@aol.com
**Subject:** NFL Concussion Case

Lorraine,

I wanted to thank you again for taking the time to talk this morning. I appreciate the opportunity to explain our position, and also to hear from you about your position. As you have directed, we will cease work on your file and will send you the file. You explained that you intend to represent yourself going forward.

As we discussed, while we may not see completely eye to eye on matters at the moment, that doesn't mean we can't find a solution. Let's keep the lines of communication open. I am going to discuss this matter further with our team here and see if we can come up with some ideas that may be mutually agreeable.

As always, please do not hesitate to contact me anytime at 800.755.0098.

Brian

**BRIAN C. GUDMUNDSON | PARTNER**

ZIMMERMAN REED, LLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402    T 612.341.0400

bio   website   map

Selected as a Best Law Firm by U.S. News & World Report

» Like us on facebook

1

**Tina Olson**

| | |
|---|---|
| From: | Lorraine <dixonldixon4@aol.com> |
| Sent: | Thursday, October 08, 2015 1:06 PM |
| To: | Brian Gudmundson |
| Subject: | Re: NFL Concusion representation |

Hello Brian I just left a message, sorry I missed you. I am happy to speak with you but we discussed this in detail and made the best decision for our family so as stated in our email of 10/7/2015 please consider that as the effective date of termination and forward all records and costs to us at our home address.

Best Regards,

Rickey and Lorraine Dixon

Sent from my iPhone

On Oct 8, 2015, at 9:30 AM, Brian Gudmundson <Brian.Gudmundson@zimmreed.com> wrote:

> Rickey and Lorraine,
>
> I tried to call you at home but could not reach you. Will you please call me as soon as possible to discuss this at 1.800.755.0098?
>
> Brian
>
> **From:** dixonldixon4@aol.com [mailto:dixonldixon4@aol.com]
> **Sent:** Wednesday, October 07, 2015 2:08 PM
> **To:** Brian Gudmundson
> **Subject:** NFL Concusion representation

This e-mail may contain information that is privileged, confidential or otherwise protected from disclosure under applicable law and is intended ONLY for particular clients, parties, or entities involved in litigation or dealings with the Zimmerman Reed, PLLP law firm. If you are not the intended recipient or have received this email in error, please notify us immediately by e-mail, discard any paper copies and delete all electronic files of the message. Any unauthorized review, use, disclosure or distribution of the e-mail or its attachment(s) is prohibited by law.

1

**Tina Olson**

| | |
|---|---|
| From: | Lorraine <dixonldixon4@aol.com> |
| Sent: | Thursday, October 08, 2015 12:49 PM |
| To: | Brian Gudmundson |
| Subject: | Re: NFL Concusion representation |

Will do.

Sent from my iPhone

On Oct 8, 2015, at 9:30 AM, Brian Gudmundson <Brian.Gudmundson@zimmreed.com> wrote:

> Rickey and Lorraine,
>
> I tried to call you at home but could not reach you. Will you please call me as soon as possible to discuss this at 1.800.755.0098?
>
> Brian
>
> **From:** dixonldixon4@aol.com [mailto:dixonldixon4@aol.com]
> **Sent:** Wednesday, October 07, 2015 2:08 PM
> **To:** Brian Gudmundson
> **Subject:** NFL Concusion representation

This e-mail may contain information that is privileged, confidential or otherwise protected from disclosure under applicable law and is intended ONLY for particular clients, parties, or entities involved in litigation or dealings with the Zimmerman Reed, PLLP law firm. If you are not the intended recipient or have received this email in error, please notify us immediately by e-mail, discard any paper copies and delete all electronic files of the message. Any unauthorized review, use, disclosure or distribution of the e-mail or its attachment(s) is prohibited by law.