# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Holt et al. v. NFL et al.*, 12-4185 | Hon. Anita B. Brody |

## ORDER

**AND NOW**, on this ___7th___ day of March, 2016, it is **ORDERED** that the Motion to Withdraw as Counsel for Plaintiffs Rickey Dixon and Lorraine Dixon filed by Charles S. Zimmerman, J. Gordon Rudd, Jr., and Brian C. Gudmundson of Zimmerman Reed, P.L.L.P. (ECF No. 6696)[1] is **GRANTED**.[2]

s/Anita B. Brody

Anita B. Brody
United States District Court Judge

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to:

---

1 This motion was also filed as ECF No. 167 in *Holt et al. v. National Football League, et al.*, No. 12-4185.

2 Rickey and Lorraine Dixon may proceed pro se in this action. If Lorraine Dixon wishes to represent Rickey Dixon as his attorney, however, she must meet the requirements for *pro hac vice* admission set forth in Paragraph 14 of this Court's March 6, 2012 Case Management Order. *See* ECF No. 4, Case No. 12-md-2323.

1