# EXHIBIT 6

## Tina Olson

**From:** dixonldixon4@aol.com
**Sent:** Friday, August 30, 2013 3:48 PM
**To:** Tina Olson
**Subject:** Re: NFL Head Injury Litigation

Tina,

Can you or someone in the law office provide any more specifics on the proposed settlement. For example it would be helpful to see the grid system and how they are determing the payouts. Are the payouts, for those who can demonstrate neurological damages, distributed in one lump sum or is it distributed over time? Finally, is the medical assistance similary to what the NFL is doing with the Plan 88?

Thanks,

Lorraine Dixon


-----Original Message-----
From: Tina Olson <Tina.Olson@zimmreed.com>
To: Tina Olson <Tina.Olson@zimmreed.com>
Sent: Thu, Aug 29, 2013 12:12 pm
Subject: NFL Head Injury Litigation

Dear NFL Player:

Attached please find a letter regarding today's announcement of the NFL Head Injury Settlement.

Thank you.

**TINA M. OLSON | PARALEGAL**

ZIMMERMAN REED, PLLP
1100 IDS Center, 80 South 8th Street

Minneapolis, MN 55402    T 612.341.0400

bio   website   vCard   map

Voice of the People | Class Action Attorneys
Awarded Best Law Firms by U.S. News & World Report

This e-mail may contain information that is privileged, confidential or otherwise protected from disclosure under applicable law and is intended ONLY for particular clients, parties, or entities involved in litigation or dealings with the Zimmerman Reed, PLLP law firm. If you are not the intended recipient or have received this email in error, please notify us immediately by e-mail, discard any paper copies and delete all electronic files of the message. Any unauthorized review, use, disclosure or distribution of the e-mail or its attachment(s) is prohibited by law.