# EXHIBIT 7

COPY

These are the same records we ordered from UT SW Med Center

Rickey Dixon
908 Country Creek Ln.
Red Oak, TX 75154

Zimmerman + Reed   Attn: Brian Gudmundson
1100 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402