IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : Case No. 2:12-md-02323-AB<br>: MDL No. 2323<br>:<br>:<br>: Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden,<br>*on behalf of themselves and others similarly situated*,<br>Plaintiffs,<br>v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>Defendants. | :<br>:<br>:<br>:<br>: CIVIL ACTION NO. 14-cv-29<br>:<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

Please enter my appearance as counsel for Anapol Weiss, P.C. in the above-captioned matter.

Dated: March 22, 2017

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP

By: Douglas E. Roberts/s/
DOUGLAS E. ROBERTS, ESQUIRE
PA Bar No.: 321950
1818 Market Street, Suite 3402
Philadelphia, PA 19103
(215) 320-6200

Attorneys for Anapol Weiss, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Entry of Appearance has been served on this date upon all counsel of record via the Court's Electronic Case Filing system:

Dated: March 22, 2017

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP

By: Douglas E. Roberts/s/
DOUGLAS E. ROBERTS, ESQUIRE
PA Bar No.: 321950
1818 Market Street, Suite 3402
Philadelphia, PA 19103
(215) 320-6200

Attorneys for Anapol Weiss, P.C.