# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB<br>MDL No. 2323 |
| | Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden,<br>*on behalf of themselves and others similarly situated,*<br>Plaintiffs,<br>v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>Defendants. | CIVIL ACTION NO. 14-cv-29 |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for Anapol Weiss, P.C. in the above-captioned matter.

Dated: March 22, 2017

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP

By: <u>Gaetan J. Alfano/s/</u>
GAETAN J. ALFANO, ESQUIRE
PA Bar No.: 32971
1818 Market Street, Suite 3402
Philadelphia, PA 19103
(215) 320-6200

Attorneys for Anapol Weiss, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Entry of Appearance has been served on this date upon all counsel of record via the Court's Electronic Case Filing system:

Dated: March 22, 2017

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP

By: <u>Gaetan J. Alfano/s/</u>
GAETAN J. ALFANO, ESQUIRE
PA Bar No.: 32971
1818 Market Street, Suite 3402
Philadelphia, PA 19103
(215) 320-6200

Attorneys for Anapol Weiss, P.C.