IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : | MDL |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| Seau, Et. Al. vs. National Football League, Et. Al. No. 13-cv-01532 | : | NO. 2012-2323 (ca 2013-1532) |

ORDER

AND NOW, this 22nd day of March, 2017, it is Ordered that plaintiff's motion, docket entry #7302, for Ahmed S. Diab to participate via telephone at the organizational meeting for all opt out plaintiffs scheduled for **Monday, March 27, 2017** is GRANTED.

ATTEST:                or        BY THE COURT

BY:_____        _____
     Deputy Clerk                   Judge

Civ 12 (9/83)

**Copies ecmf on** _____ **to:**        **Copies mailed on** _____ **to:**