IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : | MDL |
| THIS DOCUMENT RELATES TO: | : | |
| Kenney, Et. Al. vs. Kansas City Chiefs Football Club, Inc. No. 14-cv-04779 | : | NO. 2012-2323 (ca 2014-4779) |

O R D E R

AND NOW, this 22nd day of March, 2017, it is Ordered that plaintiff's motion, **docket entry #7309**, for Bill Kenney to participate via telephone at the organizational meeting for all opt out plaintiffs scheduled for **Monday, March 27, 2017** is **GRANTED**.

ATTEST:                   or        BY THE COURT

                                    /s/ [signature]

BY:_____          _____
    Deputy Clerk                    Judge

Civ 12 (9/83)

**Copies ecmf on _____ to:**        **Copies mailed on _____ to:**