David A. Steenblock, D.O., Inc.
26381 Crown Valley Pkwy, #130
Mission Viejo, CA 92691

**Patient Name: RICKY DIXON**                           **Date: 12/11/13**

|  | # of Treatments | Cost | TOTAL |
|---|---|---|---|
| History & Physical |  | $400 | $0 |
| BMSCT (iliac crest) | 2 | $6,000 | $12,000 |
| ADIPOSE PROCEDURE | 1 | $10,000 | $10,000 |
| DAILY INJECTIONS FOR PAIN (VIAL) | 3 | $250 | $750 |
| Hyperbaric Oxygen (PER HOUR) |  | $200 | $0 |
| Hyperbaric Oxygen (WITH PROGRAM) | 18 | $100 | $1,800 |

**TOTAL INVESTMENT**                                               $24,550

Any Laboratory Tests, X-rays, Ultrasounds, Rx's, Speech Therapy, etc. are not included in the above pricing. The undersigned has read the above fee schedules and understands that early or premature stopping of the program will result in higher fees. No warranty or guaranty is made either explicitly or implicitly to produce any given results. It is understood that I am paying for Therapies that may not be acceptable to certain members of the medical community and that these therapies are being provided to me on a "best effort"' basis by the staff of The Brain Therapeutics Medical Clinic, a medical office, David A. Steenblock, D.O., Inc. No discounts will be given for an early discharge.

**Signed by:** _____   **Date:** _____