## Dixon, Lorraine

**From:** dixonldixon4@aol.com
**Sent:** Wednesday, March 22, 2017 4:54 PM
**To:** Dixon, Lorraine
**Subject:** Fwd: FINANCE FORM

-----Original Message-----
From: dixonldixon4 <dixonldixon4@aol.com>
To: nokalaofbtmc <nokalaofbtmc@aol.com>
Sent: Tue, Feb 24, 2015 10:52 am
Subject: Re: FINANCE FORM

Laura when you get into the office give me a call.
I wanted to go ahead and pay 10,000 of Rickey's fee over the phone.

-----Original Message-----
From: Laura Smith <nokalaofbtmc@aol.com>
To: dixonldixon4 <dixonldixon4@aol.com>
Sent: Tue, Feb 17, 2015 4:37 pm
Subject: Re: FINANCE FORM

It's a small injection and you will be able to do it the morning before you leave the for the airport.

Thank you,
Laura

David A. Steenblock D.O., Inc.
187 Avenida La Pata
San Clemente, CA 92673
(949) 367-8870
Fax (949) 367-9779

-----Original Message-----
From: Lorraine <dixonldixon4@aol.com>
To: Laura Smith <nokalaofbtmc@aol.com>
Sent: Tue, Feb 17, 2015 2:25 pm
Subject: Re: FINANCE FORM

Ok our flight leaves at 7:30 that morning. Can he do two rounds Thirsday?

Sent from my iPhone

On Feb 17, 2015, at 4:06 PM, Laura Smith < nokalaofbtmc@aol.com> wrote:

> We can give him one to go,  It's important he do all 5!
>
> Thank you,
> Laura
>
> David A. Steenblock D.O., Inc.
> 187 Avenida La Pata
> San Clemente, CA 92673
> (949) 367-8870

1