Fax (949) 367-9779

-----Original Message-----
From: Lorraine < dixonldixon4@aol.com>
To: Laura Smith < nokalaofbtmc@aol.com>
Sent: Tue, Feb 17, 2015 1:31 pm
Subject: Re: FINANCE FORM

Laura he will only be able to do 4 injections we leave 9:30 on Friday the 20th.

Sent from my iPhone

On Feb 17, 2015, at 3:09 PM, Lorraine < dixonldixon4@aol.com> wrote:

> Yes please put Rickey on the schedule.
>
> Sent from my iPhone
>
> On Feb 17, 2015, at 3:05 PM, Laura Smith < nokalaofbtmc@aol.com> wrote:
>
>> Dear Lorraine,
>>
>> Very happy to hear that you will be here March 16!! The total amount comes $16K for a 1 week program, that will include 5 injections of Neupogen and 5 days of Laser/Ultrasound therapy along with the Stem Cell procedure into the cerebral spinal fluid.
>>
>> We did move as of October 1st and now the clinic is in San Clemente. I suggest to patients to go on the Internet and Google hotels in San Clemente/Dana Point area, sites like expedia, orbitz, or hotel.com seen to be able to offer great deals and we are close to the beach, and any hotel in San Clemente is less than 15 min. away from us.
>>
>> You can send us a check or we can do a credit card over the phone, what would be best for you to do? At least 1/2 the payment is due at the time of booking and the balance due upon arrival. For some reason that is a busy week for us so please let me know if you would like me to schedule this now?
>>
>> Thank you,
>> Laura
>>
>> David A. Steenblock D.O., Inc.
>> 187 Avenida La Pata
>> San Clemente, CA  92673
>> (949) 367-8870
>> Fax (949) 367-9779
>>
>>
>>     -----Original Message-----
>>     From: dixonldixon4 < dixonldixon4@aol.com>
>>     To: nokalaofbtmc < nokalaofbtmc@aol.com>
>>     Sent: Tue, Feb 17, 2015 7:07 am
>>     Subject: Re: FINANCE FORM
>>
>>     Hi Laura,
>>
>>     I spoke with Rickey and he actaully wants to go with the lesser of the procedures this time around.

2