I think Dr. Steenblock quoted 14,000 for stem cells only. We will be in California the week of March 16-20 and would like to get the stem cells then. I also think you guys said you have moved so is there another hotel that we should contact for the week closer to you. Let me know the process I need to take to get the money to you. Thanks in advance,
Lorraine


-----Original Message-----
From: Laura Smith < nokalaofbtmc@aol.com>
To: dixonldixon4 < dixonldixon4@aol.com>
Sent: Tue, Jan 6, 2015 2:21 pm
Subject: FINANCE FORM

Looking forward to seeing you again!! If you need anything else please let me know!

Thank you,
Laura

David A. Steenblock D.O., Inc.
187 Avenida La Pata
San Clemente, CA  92673

(949) 367-8870

Fax (949) 367-9779

3