DAVID A. STEENBLOCK, D.O., INC.



PERSONALIZED
REGENERATIVE MEDICINE

June 16, 2016

To Whom It May Concern:

RE: Rickey Dixon

DOB: 12/15/1965

Mr. Rickey Dixon is here for a doctor recommended 2 week stem cell treatment program for his ALS diagnosis. The total cost of the treatment will be $20,000.00USD. It includes two bone marrow procedures and the processing of those adult autologous stem cells. Stem cells will be prepared in injection form and given to the patient over a 2 week process.

If you have any questions, do not hesitate to call our Clinic.

Thank you,

*[signature]*

David A. Steenblock, D.O.