SEARCH

Reply | Reply All | Forward | Delete | More ▾                    292 of 323 results

### Re: NFL Concussion Case

Lorraine to Brian Gudmundson + 1 more   show details                    Oct 12 2015

Brian you are correct as of October 7th Zimmerman Reed was terminated from representing Rickey.

As far as costs that was incurred by Rickey and I, I had to take off of work to have forms released, copied and mailed to the firm at your request. There were also charges incurred in having the records copied.

In the contract it states that upon termination Rickey and I are responsible for costs advanced by the firm. Please submit all advance costs incurred by the firm on Rickey's behalf.

Sent from my iPhone

On Oct 12, 2015, at 9:55 AM, Brian Gudmundson <Brian.Gudmundson@zimmreed.com> wrote:

> Lorraine,
>
> Regarding reimbursement of case expenses, you mentioned on our call that you incurred some FedEx and postage costs in sending medical records to us. As I explained, that is the type of cost that is reimbursable to you as an advanced cost by our firm in representing you and Rickey. I was previously unaware of those. My understanding is that you would not like Zimmerman Reed to represent you any further, so I am uncertain how to advance those costs at this point. Perhaps we could discuss this week? I am traveling today and tomorrow but could talk on Wednesday.
>
> Brian