UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE; et. al.,<br><br>Defendants. | Case No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF APPEARANCE OF COUNSEL FOR FORMER NFL PLAYERS

Pursuant to MDL Rule 2.1(c) and MDL No. 2323 Case Management Order No. 1 paragraph 14, the undersigned Plaintiffs' counsel gives notice that The Yerrid Law Firm, Gibbs and Parnell, P.A., Holliday Karatinos Law Firm, PLLC, Jeff Murphy, P.A., and The Neurocognitive Football Lawyers, PLLC represent the following former NFL players:

1. Gary Anderson
2. Neal Anderson
3. Reidel Anthony
4. Aaron Barrett
5. Doug Beaudoin
6. Gerard Bell
7. Charles Bennett
8. Gregory Boone
9. Michael Butler
10. Patrick Chukwurah
11. Michael Clark
12. Kenneth Clarke
13. Cosey Coleman
14. Mark Cotney
15. Craig Curry
16. Jamie Duncan

17. Donald Elder
18. Jeff George
19. Earnest Graham
20. Kenneth Greene
21. David Greenwood
22. James Harrell
23. Frank Hartley
24. Jeff Herrod
25. Ezra Johnson
26. Ellis Johnson
27. Reginald Johnson
28. James Jones
29. Derek Kennard
30. Shaun King
31. Sean Love
32. George McCullough
33. Tyrone McKenzie
34. Michael Meade
35. Ernie Mills
36. Keith Newman
37. Jason Odom
38. Joseph Odom
39. Anthony Office
40. Charles Pitcock, Jr.
41. Thomas Reaves
42. Derrick Reynolds
43. Charles Riggins
44. Mark Robinson
45. Donald Smith
46. Dwight Smith
47. Oscar Smith
48. Bruce Taylor
49. Yancey Thigpen
50. Torrin Tucker
51. Tavares Washington
52. Carnell Williams
53. John Williams
54. Clarence Williams
55. Gerald Wunsch
56. Stefon Adams
57. Chidi Ahanotu
58. Mike Alstott
59. Harvey Armstrong
60. Carlton Bailey-Jones
61. Rodney Bailey
62. Rod Barksdale

63. Brian Blades
64. Horatio Blades
65. Anthony Blaylock
66. Scot Brantley
67. Larry Brinson
68. Daryon Brutley
69. Jeff Bryant
70. Gil Byrd
71. Alphonso Carreker
72. Wendell Carter
73. Melvin Carver
74. Richard Chapura
75. Anthony Chickillo
76. Ben Coates
77. Arthur Cox
78. Joe Cribbs
79. Randolph Crowder
80. Demarcus Curry
81. James Michael Curtis
82. Chartric Darby
83. Phil Darns
84. Rod Davis
85. Enoch Demar
86. Jorge Diaz
87. Chris Dieterich
88. Kevin Dogins
89. Keldrick Dunn
90. Henry Ellard
91. Major Everett
92. Gregory Favors
93. Gerry Feehery
94. Phillip Freeman
95. David Galloway
96. Charlie Garner
97. Samuel Gash
98. William Gay
99. Ronnie Ghent
100. John Gilmore
101. Nesby Glasgow
102. Chris Goode
103. Cornell Green
104. Eric Green
105. Anthony Griggs
106. Clark Haggans
107. Keith Hamilton
108. Roland Harper

109. Willard Harrell
110. Robert Harris
111. Roy Harris
112. Eric Hayes
113. Earl Holmes
114. Brian Holloway
115. Oliver Hoyte
116. Patrick Hunter
117. Demetrious Johnson
118. Darrel Earl Jones
119. Mark Jones
120. Andrew Jordan
121. Ester James Junior, III
122. Kerry Justin
123. Terry LeCount
124. Mark Lee
125. Dennis Lundy
126. Kendall Mack
127. Glenn Martinez
128. Reese McCall
129. Central McClellion
130. Dwight McDonald
131. Kevin McLeod
132. Wilbert Montgomery
133. Maurice Morris
134. Frank Murphy
135. Yo Murphy
136. Ricky Nattiel
137. Mark Nichols
138. Don Nottingham
139. Kalvin Pearson
140. Mike Pelton
141. Michael Perry
142. William Perry
143. Reggie Phillips
144. Ricky Porter
145. Mickey Pruitt
146. Mike Reichenbach
147. Damien Robinson
148. Mark Royals
149. Leon Seals
150. Ray Seals
151. Stacey Simmons
152. Clifton Smith
153. Fernando Smith
154. Lance Smith

155. Wayne Smith
156. David Taylor
157. Rob Taylor
158. Terry Taylor
159. Ben Thomas
160. Calvin Thomas
161. Pat Thomas
162. Michael Timpson
163. Vernon Turner
164. Jackie Walker
165. Aaron Wallace
166. Lionell Washington
167. Larry Watkins
168. Curtis Weathers
169. Larry Whigham
170. Adrian White
171. Steve White
172. Bernard Whittington
173. Daniel Wilcox
174. James Wilder
175. Terrance Williams
176. Tony Williams
177. Ken Woodard
178. Donnell Woolford
179. Mark Word
180. Eric Wright
181. Felix Wright
182. Glenn Young
183. Kenny Bryan
184. Robert Goff

Their undersigned legal counsel requests that all court filings and communications regarding their claims be served upon this law firm at the addresses and telephone numbers listed below.

> */s/ Ted E. Karatinos*
> THEODORE "TED" E. KARATINOS
> HOLLIDAY KARATINOS LAW FIRM, PLLC
> NEUROCOGNITIVE FOOTBALL LAWYERS, PLLC
> 722 East Fletcher Avenue
> Tampa, Florida 33612
> (813) 975-4444 (telephone)
> (813) 975-4445 (telefax)
> tedkaratinos@helpinginjuredpeople.com
> ko@gibbsandparnell.com
> Florida Bar No. 983209

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2017, the foregoing Notice of Appearance was electronically filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, and that the filing is available for downloading and viewing from the electronic court filing system by counsel for all parties.

>   */s/ Ted E. Karatinos*
>   THEODORE "TED" E. KARATINOS