UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Simmons, et al. v. National Football League, et al.,* No. 2:13-cv-06354 | |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE ORGANIZATIONAL MEETING FOR ALL <u>OPT OUT PLAINTIFFS SCHEDULED FOR MARCH 27, 2017</u>**

AND NOW, this _____ day of March, 2017, upon consideration of the Motion of Plaintiff Thomas Clapp, II, it is ORDERED that said Motion is GRANTED.  David B. Franco, co-counsel for the aforementioned Plaintiff, shall be allowed to appear telephonically for the Organizational Meeting for all Opt Out Plaintiffs scheduled for March 27, 2017 at 10:00 A.M.

                                                                                    _____
                                                                                    Honorable Anita B. Brody
                                                                                    United States District Court Judge