UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Simmons, et al. v. National Football League, et al.*, No. 2:13-cv-06354 | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE ORGANIZATIONAL MEETING FOR ALL OPT OUT PLAINTIFFS SCHEDULED FOR MARCH 27, 2017

AND NOW, this ___24th___ day of March, 2017, upon consideration of the Motion of Plaintiff Thomas Clapp, II, it is ORDERED that said Motion is GRANTED. David B. Franco, co-counsel for the aforementioned Plaintiff, shall be allowed to appear telephonically for the Organizational Meeting for all Opt Out Plaintiffs scheduled for March 27, 2017 at 10:00 A.M.

_____ for
Honorable Anita B. Brody
United States District Court Judge