## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 24th day of March, 2017, upon all counsel of record.

Dated:  March 24, 2017                            /s/ Brad S. Karp
                                                        Brad S. Karp