# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB |
| | MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | Hon. Anita B. Brody |
| *Martin* v. *Kansas City Chiefs Football Club, Inc.* | No. 14-cv-03381 |

*(GCF Doc No. 2)* *(ECF Doc No. 2)*

AND NOW, this 24th day of March 2017, upon consideration of the Motion of Plaintiff Anita Martin filed March 24, 2017, it is **ORDERED** that said Motion is **GRANTED**.

J. Kent Emison, counsel for the aforementioned Plaintiff, shall be allowed to appear telephonically at the March 27, 2017 meeting.

Date: *March 24, 2017*

_____
Honorable Anita B. Brody *by*
Kearney, J. (duty judge)

Copies sent _____ To:

copies mailed _____ To: