UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS'
CONCUSSION INJURY LITIGATION

Kevin Turner and Shawn Wooden, on behalf of themselves
and others similarly situated,

Plaintiffs,

                                                    No. 2:12-md-02323-AB MDL No. 2323
                                                    Hon. Anita B. Brody
                                                    Civ. Action No. 14-00029-AB

vs.

National Football League and NFL Properties LLC,
successor-in-interest to NFL Properties, Inc.,

Defendants.

_____/

## NOTICE OF APPERANCE FOR INDIVIDUAL CLASS MEMBERS

COMES NOW, the Smith and Stallworth, P.A., law firm and files this its Notice of Appearance on behalf of the following Fifty-Five (55) Plaintiffs: Adibi, Xavier; Bennett Charles; Bigby, Atari; Blackwell, Kory; Bland, Carl; Brown, Greg; Clayton, Harvey; Coleman, Chris; Easmon, Rick; Ferguson, Keith; Fields, Alfred Jitter; Frye, Charlie; Hampton Lorenzo; Harrison Lloyd; Henderson Keith; Higgs Mark; Hill Sean; Hurley, Tarver; Joseph, Elvis; Knox Kevin; Lang Kenard; Lewis, Reggie; Lilly Tony; Mack, Stacey; Manuel, Roderick; Marshall, Torrance; McCoy, Tony; McKnight, James; Nattiel, Michael; Proctor, Basil; Roundtree, Alphonso; Rutledge, Rodrick; Scott, Tony; Smith, John; Solomon, Freddie; Swain, John; Taylor, Travis; Tharpe, Nigel; Thibodeaux, Keith; Walton, Tim; Williams, David L.(6/10/63); Williams, Elijah; Williams, Oliver; Williams, Kendall; Williams, Brandon; Williams, David Wayne (6/21/66);

Wright, Adrian; Threats, Jabbar; Boyd, Greg; Woods, Elbert; Smith, Kevin; Cross, Jeff; Sharpe, Glenn; and Bell, Grantis.

## CERTIFICATE OF SERVICE

I CERTIFY that the above has been filed with the Clerk of Court's EF/ECM system, which will provide service to all parties designated to receive service this March 27, 2017.

/s/SANGA TURNBULL
**MARK STALLWORTH, ESQUIRE**
LEAD COUNSEL
FLORIDA BAR NUMBER 0506079
**SANGA TURNBULL, ESQUIRE**
FLORIDA BAR NUMBER 0585327
SMITH AND STALLWORTH P.A.
500 SOUTH FLORIDA AVENUE, SUITE 510
LAKELAND, FLORIDA 33801
TELEPHONE: 863-535-2030
FACSIMILE: 863-940-4888