# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned Plaintiffs' counsel, Anoush Hakimi, represents more than one hundred and fifty (150) Class Members and hereby enters an appearance on behalf of the following Class Members: Kenyon Coleman, Timothy Rother, Garrick Jones, Quentin Harris, Zuriel Smith, Hurvin McCormack, Henry Taylor, Jacoby Rhinehart, Alvis Whitted and Robert Taylor III.

s//Anoush Hakimi//
**Anoush Hakimi, Esq.**
**Top NFL Lawyers**
Ca. Bar No. 228858
1420 S. Figueroa Street, Suite 107
Los Angeles, California 90015
Telephone: (213) 275 – 1269
Facsimile: (213) 402 – 2170
anoush@topnfllawyer.com

**CERTIFICATE OF SERVICE**

  I CERTIFY that the above has been filed with the Clerk of Court's CM / ECF system, which will provide service to all parties designated to receive service this March 27, 2017.

                s//Anoush Hakimi//
                Anoush Hakimi, Esq.