# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br><br> MDL No. 2323 <br><br> **Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc., <br><br> Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### CO-LEAD CLASS COUNSEL'S MOTION FOR AN INJUNCTION PROHIBITING IMPROPER COMMUNICATIONS WITH THE CLASS BY JIM MCCABE AND NFL CASE CONSULTING, LLC

Co-Lead Class Counsel submit this Motion seeking an Injunction Prohibiting Improper Communications with the Class by Jim McCabe and NFL Case Consulting, LLC. Pursuant to Fed. R. Civ. P. 23(d) and the All Writs Act, 28 U.S.C. § 1651, and for the reasons stated in the accompanying Memorandum of Law and Declarations, the Motion should be granted and Mr. McCabe and NFL Case Consulting, LLC should be ordered to cease and desist in the

dissemination of misinformation and falsehoods about the Settlement and to remove any and all misinformation and falsehoods from their or their affiliates' websites.

In addition to an injunction, Co-Lead Class Counsel also seek other relief, should the Court find such other relief appropriate. Specifically, if the Court determines that the misinformation and falsehoods disseminated by Mr. McCabe and NFL Case Consulting, LLC were such that curative notice is appropriate, the undersigned request that this Court order Mr. McCabe and NFL Case Consulting, LLC (and/or those with whom they are working) to pay the costs of printing and disseminating the curative notice.

Additionally, the undersigned request the Court's authorization for Co-Lead Class Counsel to conduct discovery of Mr. McCabe and NFL Case Consulting, LLC, including interrogatories, requests for production of documents and depositions, in order to determine (1) in detail any and all misrepresentations that may have been made by Mr. McCabe, NFL Case Consulting, LLC, and any associated individuals or organizations; (2) the identities of all entities and persons involved in the communications in conjunction with or as directed by Mr. McCabe and NFL Case Consulting, LLC; (3) whether the misinformation has resulted in any Class Members signing up with these organizations; and, if so, the identities of all parties and the nature of the arrangements, so that the Court may determine the validity of any such agreements; and (4) whether McCabe is working with any lawyers, and if so, their identities, so that this Court can be made aware of any potential ethical violations by lawyers who may have registered or who may be registering clients to participate in the Settlement benefits.

If the Court is inclined to allow the discovery, we further request that the Court order Mr. McCabe and NFL Case Consulting, LLC to cooperate fully.

Dated: March 27, 2017                                  Respectfully submitted,

/s/ Christopher A. Seeger
Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

**Co-Lead Class Counsel**

Sol Weiss
ANAPOL WEISS
One Logan Square
130 N. 18th St. Ste. 1600
Philadelphia, PA 19103
Phone: (215) 735-1130
Fax: (215) 735-2024
sweiss@anapolweiss.com

**Co-Lead Class Counsel**

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing motion, along with the accompanying memorandum of law, proposed order and declarations with exhibits, was served electronically via the Court's electronic filing system on the date below upon all counsel of record in this matter.  True and correct copies of the foregoing motion and supporting documents were served via certified mail, return receipt requested, and via Federal Express, overnight delivery, upon Jim McCabe and NFL Case Consulting, LLC, who are not on the ECF service list for this MDL.  They are being served at the address listed on the letter Mr. McCabe sent to Class Members on NFL Case Consulting, LLC's letterhead, namely, 1855 Griffin Road, Suite B354, Dania Beach, Florida 33004.

Dated: March 27, 2017

/s/ Christopher A. Seeger
Christopher A. Seeger