# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                     Plaintiffs,<br><br>                v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                     Defendants. | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody**<br><br><br>CIVIL ACTION NO: 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## DECLARATION OF CHRISTOPHER A. SEEGER IN SUPPORT OF CO-LEAD CLASS COUNSEL'S MOTION FOR AN INJUNCTION PROHIBITING IMPROPER COMMUNICATIONS WITH THE CLASS BY JIM MCCABE AND NFL CASE CONSULTING, LLC

CHRISTOPHER A. SEEGER declares, pursuant to 28 U.S.C. § 1746, based upon his personal knowledge, information and belief, the following:

1.      Having been appointed as Co-Lead Class Counsel, I am fully familiar with the matters set forth herein, including the procedural history of this litigation and the class-wide Settlement that this Court approved on April 22, 2015 ("Settlement"). I submit this Declaration in support of Co-Lead Class Counsel's Motion for an Injunction Prohibiting Improper Communications with the Class by Jim McCabe and NFL Case Consulting, LLC.

2.      Recently, I have become aware, both through direct Class Member email communications to me and through reports from the Claims Administrator, that certain

individuals employed by or affiliated with NFL Case Consulting, LLC have been contacting Class Members and allegedly making verbal misrepresentations concerning the Settlement.

3.      On March 17, 2017, I received evidence of a written communication from NFL Case Consulting, LLC to a Class Member.  Specifically, the Claims Administrator forwarded to me, counsel for the NFL Parties and members of the BAP Administrator's team, a cover email from a Retired NFL Football Player with an attached letter sent to that Class Member by Jim McCabe, Chief Executive Officer of NFL Case Consulting, LLC, located at 1855 Griffin Road, Suite B354, Dania Beach, Florida.  The letter contained certain misrepresentations, as set forth in detail in the accompanying Memorandum submitted in support of this motion for an injunction. In the email, the Class Member expressed his desire to remain anonymous.  Attached hereto as Exhibit A is a true and correct copy of the cover email and letter, with the Class Member's identity redacted on both documents.

4.      Attached hereto as Exhibit B is a true and correct copy of the State of Delaware's Division of Corporations' Entity Details for NFL Case Consulting, LLC, reflecting an incorporation date of January 9, 2017.

5.      Attached hereto as Exhibit C is a true and correct copy of the Florida Department of State, Division of Corporations' Fictitious Name Detail for Liberty Settlement Funding, listing a mailing address of 1855 Griffin Road, Suite B354, Dania Beach, Florida.

6.      Attached hereto collectively, as Exhibit D, are true and correct copies of the Florida Department of State, Division of Corporations' Detail by Entity Name for Liberty Settlement Solutions, LLC, Liberty Settlement Solutions LLC, and Liberty Contingent Recievables, LLC, all at 1855 Griffin Road, Suite B354.  The first two entities list the location as

being in Dania Beach and the last entity lists the location as being in Fort Lauderdale.  Each Detail lists Marc Hermes and "James J.," "Jim," or "James" McCabe as the Authorized Persons.

7.    Attached hereto as Exhibit E is a true and correct copy of a press release, dated August 14, 2015, by Liberty Settlement Funding, containing statements by Jim McCabe, Chief Executive Officer.

8.    Attached hereto as Exhibit F is a true and correct of the website content for NFL Case Consulting, LLC.

9.    Attached hereto as Exhibit G is a true and correct copy of the email, dated March 14, 2017, that was sent to me by someone purporting to be a Retired NFL Football Player who wants to remain anonymous.  I have redacted the email address on the attached.  This email, Exhibit G, was sent to me from the same email address as the email that was sent to the Claims Administrator, dated March 14, 2017, which is attached as Exhibit 1 to the accompanying Declaration of Claims Administrator, Orran L. Brown, Sr., being submitted in support of the instant motion.  The email address on Exhibit G, however, is different from the email address on the email dated March 17, 2017, attached hereto as Exhibit A.

10.    My office has attempted to contact, via email, the individual(s) at the email addresses on Exhibits A and G hereto to advise him/them of Co-Lead Class Counsel's intent to file the instant motion and to request that he/they reconsider the decision to remain anonymous. I have not received a response as of this date.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 27, 2017

*/s/ Christopher A. Seeger*
CHRISTOPHER A. SEEGER
Co-Lead Class Counsel

# Exhibit A

**From:** John Smith ████████████████████
**Sent:** Friday, March 17, 2017 5:41 PM
**To:** NFL Claims Administrator; notices@nfl.com; clue@wsvn.com
**Subject:** Retired NFL Player Whistleblower

This company called me and some of my retired buddies down here in Florida representing themselves as calling from the NFL's case management department. They also have our social security number and date of birth. They're telling us that in order to register for the NFL concussion money they will send me a documents that needs to be signed. They told me that they will pay for my doctor diagnosis and travel up to $10,000 and if I don't sign with them I won't get a settlement up to $5 million per player they told me. The person that called me was named K.J. said he and his dudes call brain damaged players like myself all day long and on the weekends getting them to sign away 15% of their award by scamming them into thinking if they don't sign, their is no award and they are working for the NFL. Without signing they won't get their settlement and won't be in the class action. I found that to be a lie.

I got a letter that shows the scam operation is running out of Dania Beach Florida and the documents say NFL Case Consulting 600 Brickell Ave, #1900 Miami FL and a guy named Craig Sienema and Jim McCabe as CEO. When I called KJ back a guy anwered the phone saying Liberty Settlement Solutions and not NFL but when I got tansferred to KJ he answered the phone by saying, this is KJ from NFLCC.

These guys should be arrest for fraud. How many innocent NFL retired players have they already scammed and who signed up with them. These snakes are prying on the sick and unfortunate retired players and should be stopped.

I wish to remain anonymous.



# NFLCASE
**Consulting LLC**



****AUTO**ALL FOR AADC 334     T1  P1     5

Dear ███████,

Did you know that you or your family may qualify for a portion of the NFL settlement?

If you played in the NFL, you may be entitled to settlement compensation of up to **$5 Million Dollars**, but there is an urgent deadline approaching.  Failure to sign up before this deadline means you will miss the opportunity to be part of this billion-dollar settlement forever!

**Even if you do not have symptoms, you may still qualify, but you must sign up before the deadline so call us right away!**

The registration and steps involved with filing an NFL concussion settlement claim is very complicated, but we are experts in claims management and will be with you every step of the way.

Call our team of NFL Settlement Experts at **1-855-285-4154** today to find out what you need to know and what you need to do before the deadline has passed.

Sincerely,

Jim McCabe
Chief Executive Officer

1855 Griffin Road ● Suite B354 ● Dania Beach, Florida 33004

# 1-855-285-4154

# Exhibit B



Delaware.gov                                    Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

<u>View Search Results</u>

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 6277446 | Incorporation Date / Formation Date: | 1/9/2017 (mm/dd/yyyy) |
| Entity Name: | NFL CASE CONSULTING, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | THE CORPORATION TRUST COMPANY |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST |
| City: | WILMINGTON    County: New Castle |
| State: | DE    Postal Code: 19801 |
| Phone: | 302-658-7581 |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

**Would you like** ○ Status  ○ Status,Tax & History Information  [Submit]

[Back to Entity Search]

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reserva ion
Entity Search
Status
Validate Certificate
Customer Service Survey
Loading...

For help on a particular field click on the Field Tag to take you to the help area.

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov

Exhibit C

DIVISION OF CORPORATIONS



<u>Previous on List</u>    <u>Next on List</u>    <u>Return to List</u>

No Filing History

Fictitious Name Search

Submit

---

# Fictitious Name Detail

## Fictitious Name

LIBERTY SETTLEMENT FUNDING

## Filing Information

| | |
|---|---|
| Registration Number | G17000003977 |
| Status | ACTIVE |
| Filed Date | 01/11/2017 |
| Expiration Date | 12/31/2022 |
| Current Owners | 1 |
| County | MULTIPLE |
| Total Pages | 1 |
| Events Filed | NONE |
| FEI/EIN Number | 47-2249839 |

## Mailing Address

1855 GRIFFIN RD SUITE B354
DANIA BEACH, FL 33004

## Owner Information

HERMES, MARC
1855 GRIFFIN RD SUITE B354
DANIA BEACH, FL 33004
FEI/EIN Number: NONE
Document Number: NONE

## Document Images

<u>01/11/2017 -- Fictitious Name Filing</u>    View image in PDF format

---

<u>Previous on List</u>    <u>Next on List</u>    <u>Return to List</u>

No Filing History

Fictitious Name Search

Submit

# Exhibit D

**FLORIDA DEPARTMENT _of_ STATE**        DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Detail By Document Number /

## Detail by Entity Name

Florida Limited Liability Company
LIBERTY SETTLEMENT SOLUTIONS, LLC

Filing Information

| | |
|---|---|
| Document Number | L11000093805 |
| FEI/EIN Number | 45-3005471 |
| Date Filed | 08/16/2011 |
| Effective Date | 08/15/2011 |
| State | FL |
| Status | ACTIVE |
| Last Event | REINSTATEMENT |
| Event Date Filed | 11/16/2016 |

Principal Address

1855 Griffin Road
B354
Dania Beach, FL 33004

Changed: 03/20/2017

Mailing Address

1855 Griffin Road
B354
Dania Beach, FL 33004

Changed: 03/20/2017

Registered Agent Name & Address

HERMES, MARC B
1328 Citrus Isle
FORT LAUDERDALE, FL 33315

Name Changed: 11/16/2016

Address Changed: 11/16/2016

Authorized Person(s) Detail

Name & Address

Title MGRM

HERMES, MARC

1855 Griffin Road
B354
Dania Beach, FL 33004

Title MGRM

MCCABE, JAMES J
1855 Griffin Rd
B354
Dania Beach, FL 33004

Annual Reports

| Report Year | Filed Date |
| --- | --- |
| 2015 | 03/05/2015 |
| 2016 | 11/16/2016 |
| 2017 | 03/20/2017 |

Document Images

| | |
| --- | --- |
| 03/20/2017 -- ANNUAL REPORT | View image in PDF format |
| 11/16/2016 -- REINSTATEMENT | View image in PDF format |
| 03/05/2015 -- ANNUAL REPORT | View image in PDF format |
| 03/24/2014 -- ANNUAL REPORT | View image in PDF format |
| 03/23/2013 -- ANNUAL REPORT | View image in PDF format |
| 10/25/2012 -- LC Amendment | View image in PDF format |
| 06/20/2012 -- ANNUAL REPORT | View image in PDF format |
| 08/16/2011 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations



DIVISION OF CORPORATIONS

Department of State  /  Division of Corporations  /  Search Records  /  Detail By Document Number  /

# Detail by Entity Name

Foreign Limited Liability Company

LIBERTY SETTLEMENT SOLUTIONS LLC

Filing Information

| | |
|---|---|
| Document Number | M15000004804 |
| FEI/EIN Number | 47-2249839 |
| Date Filed | 02/10/2015 |
| State | DE |
| Status | ACTIVE |

Principal Address

1855 Griffin Rd
Suite B354
FT LAUDERDALE, FL 33304

Changed: 01/09/2017

Mailing Address

1855 Griffin Rd
Suite B354
FT LAUDERDALE, FL 33304

Changed: 01/09/2017

Registered Agent Name & Address

HERMES, MARC
1855 Griffin Rd
Suite B354
FT LAUDERDALE, FL 33304

Address Changed: 01/09/2017

Authorized Person(s) Detail

Name & Address

Title CEO

MCCABE, JIM
1855 Griffin Rd
Suite B354
FT LAUDERDALE, FL 33304

Title P

Title P

HERMES, MARC
1855 Griffin Rd
Suite B354
FT LAUDERDALE, FL 33304

Annual Reports

| Report Year | Filed Date |
|---|---|
| 2016 | 07/08/2016 |
| 2017 | 01/09/2017 |

Document Images

| | |
|---|---|
| 01/09/2017 -- ANNUAL REPORT | View image in PDF format |
| 07/08/2016 -- ANNUAL REPORT | View image in PDF format |
| 02/10/2015 -- Foreign Limited | View image in PDF format |

Florida Department of State, Division of Corporations



FLORIDA DEPARTMENT *of* STATE                                    DIVISION OF CORPORATIONS

Department of State   /   Division of Corporations   /   Search Records   /   Detail By Document Number   /

# Detail by Entity Name

Florida Limited Liability Company
LIBERTY CONTINGENT RECIEVABLES, LLC

Filing Information

| | |
|---|---|
| Document Number | L14000075293 |
| FEI/EIN Number | 46-5608506 |
| Date Filed | 05/08/2014 |
| State | FL |
| Status | ACTIVE |

Principal Address

1855 Griffin Rd
Suite B354
FORT LAUDERDALE, FL 33304

Changed: 01/09/2017

Mailing Address

1855 Griffin Rd
Suite B354
FORT LAUDERDALE, FL 33304

Changed: 01/09/2017

Registered Agent Name & Address

HERMES, MARC
1855 Griffin Rd
Suite B354
FORT LAUDERDALE, FL 33304

Address Changed: 01/09/2017

Authorized Person(s) Detail

Name & Address

Title AMBR

HERMES, MARC B
1855 Griffin Rd
Suite B354
FORT LAUDERDALE, FL 33304

Title AMBR

Title AMBR

MCCABE, JAMES
1855 Griffin Rd
Suite B354
FORT LAUDERDALE, FL 33304

Annual Reports

| Report Year | Filed Date |
|-------------|------------|
| 2015        | 03/05/2015 |
| 2016        | 07/08/2016 |
| 2017        | 01/09/2017 |

Document Images

| | |
|---|---|
| 01/09/2017 -- ANNUAL REPORT | View image in PDF format |
| 07/08/2016 -- ANNUAL REPORT | View image in PDF format |
| 03/05/2015 -- ANNUAL REPORT | View image in PDF format |
| 05/08/2014 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

# Exhibit E



Call Now For Free Quote
# (855) 643-0333

 Settlement Purchasing    Resources    Why Liberty Settlement Funding    Ge

Liberty Settlement Funding Closes on $100 Million Dollars of Secured Financing
August 14, 2015
Fort Lauderdale, FL, August 14, 2015 – Liberty Settlement Funding, a leading purchaser of structured settlement and annuity payment rights, is pleased to announce that it has recently closed on $100 million dollars of secured financing.

The new capital will be used to support various business units including both the structured settlement and lottery divisions.

Jim McCabe, Chief Executive Officer at Liberty Settlement Funding, commented, "We are very pleased to have secured this financing and look forward to using it to expand our current operations. Our customers use their money for a variety of reasons: to buy houses and make home improvements, pay off high interest debts, make smart investments, and build new lives for themselves. With this financing, we will be able to help even more individuals achieve their financial goals."

Marc Hermes, President of Liberty Settlement Funding, commented, "This financing will allow us to continue to grow and expand. We will now have access to resources that will help improve our overall customer experience and allow us to explore new ways to find financial solutions for our clients."

About Liberty Settlement Funding
Liberty Settlement Funding is a specialty finance company that purchases structured settlements, annuities, and lottery winnings in the secondary market.  Headquartered in Fort Lauderdale, Liberty applies its unique underwriting expertise, best in class customer service and robust financial resources to provide its customers with the financial freedom they eagerly seek.  With over 100 years of collective industry experience, Liberty is an industry leader in tailoring financial solutions to its customers' needs while also expanding its suite of financial products.



Call Now For Free Quote
# (855) 643-0333

🏛 Settlement Purchasing      📋 Resources      ✓ Why Liberty Settlement Funding      💰 Ge



Home    Structured Settlement    Annuity Purchasing    Lottery Winnings    Blog    News    State Statutes
FAQ    Glossary    Testimonials    Commercials    About Us    Get Quote

© 2015, Liberty Settlement Funding | Privacy Policy | Terms | Disclaimer | View Mobile

Exhibit F



# Were you injured while playing in the NFL?

Call our Team of NFL Settlement Experts Today at **855-851-3963**

No Risk. No Upfront Fees. We can help with any NFL Settlement injury case. We handle all notices and claim administration for you or your clients.



NFL CASE CONSULTING, LLC

# The game plays on at the NFL. Is it for you or your clients?

Our team of experts have settled over 2 Billion Dollars in claims and can handle all of your NFL Settlement claim notices and get you paid!

## RECENT CASES

NFL Case Consulting, LLC is an award winning company with a reputation for consistent innovation at the highest level of claims.



## Our NFL Settlement Claim Assistance



# Exhibit G

**From:** ████████████████████
**Date:** March 14, 2017 at 9:39:12 PM CDT
**To:** <cseeger@seegerweiss.com>
**Subject: NFL PLAYER WHISTLEBLOWER**

Hello, I am a former NFL player who wishes to remain anonymous. Recently got a call from a company called, www.nflcaseconsulting.com from a very rude gentlemen Andrew Schneider 954-271-1267 who told me that his company is acting in an official capacity and that I should sign an agreement and go to his doctor for diagnosis. It sounds like Andrew is running a scam operation and interfering with the settlement agreement. I found this website www.justicefunds.com Andrew said he represents but cannot find anything more about this company. He said that he has already signed up (or scammed) several players who as he put it "are half wits and brain damaged". This company needs to be shut down, Andrew sounds like he's on drugs.