# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>    Plaintiffs,<br><br>    v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>    Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of Co-Lead Class Counsel's Motion for an Injunction Prohibiting Improper Communications with the Class by Jim McCabe and NFL Case Consulting, LLC, it is hereby ORDERED that Co-Lead Class Counsel's Motion is GRANTED.

Jim McCabe and NFL Case Consulting, LLC are hereby ordered to cease and desist all improper communications with Class Members about the Settlement, either directly or through their affiliates and information posted to their and their affiliates' websites.  Jim McCabe and

NFL Case Consulting, LLC are ordered to stop representing in correspondence, websites or verbally to Class Members that "filing an NFL concussion settlement claim is very complicated"; that Mr. McCabe, NFL Case Consulting, LLC or its affiliates are "NFL Settlement Experts"; that they have any affiliation with the Settling Parties or any authorization from the Court to contact Class Members; and that Class Members could be eligible for a Monetary Award before they manifest symptoms of the Qualifying Diagnoses under the Settlement.

IT IS FURTHER ORDERED that Co-Lead Class Counsel shall submit proposed language for a Curative Notice, which Curative Notice shall be disseminated in accordance with a further Order of this Court.  Mr. McCabe and NFL Case Consulting, LLC are hereby ORDERED to pay the costs of printing and disseminating said Curative Notice.

IT IS FURTHER ORDERED that Co-Lead Class Counsel shall be permitted to obtain discovery from Mr. McCabe and NFL Case Consulting, LLC, in the form of interrogatories, requests for production of documents, and depositions, to determine (1) in detail any and all misrepresentations that may have been made by Mr. McCabe, NFL Case Consulting, LLC and any associated individuals or entities; (2) the identities of all individuals and entities involved in the communications in conjunction with or as directed by Mr. McCabe and NFL Case Consulting, LLC; (3) whether the misinformation has resulted in any Class Members signing up with these organizations; and, if so, the identities of all parties and the nature of the arrangements; and (4) whether Mr. McCabe is working with any lawyers, and if so, their identities.

IT IS FURTHER ORDERED that Mr. McCabe and NFL Case Consulting, LLC shall cooperate fully in these discovery efforts. Once this discovery is completed, the Court will enter a an appropriate follow-up Order to address the status of any contracts that Mr. McCabe, NFL Case Consulting, LLC, or their affiliates have entered into with Class Members.

_____
Anita B. Brody
United States District Judge