# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF APPEARANCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Notice is hereby given that attorneys **R. Dean Gresham**, dean@stecklerlaw.com, **Bruce W. Steckler**, bruce@stecklerlaw.com, **Stuart Cochran**, stuart@stecklerlaw.com, and **Kirstine Rogers**, krogers@stecklerlaw.com of the law firm **STECKLER GRESHAM COCHRAN**, 12720 Hillcrest Rd., Suite 1045, Dallas, Texas 75230, Phone: (972) 387-4040, Fax: (972) 387-4041 are appearing as counsel of record for Class Members Winfred Tubbs and Greg Hill in this action.

The undersigned hereby request that they be added to the Court's docket and served with all pleadings related to this matter in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

Respectfully submitted,

**STECKLER GRESHAM COCHRAN**

/s/ R. Dean Gresham
R. Dean Gresham
dean@stecklerlaw.com
Bruce W. Steckler
bruce@stecklerlaw.com
Stuart Cochran
stuart@stecklerlaw.com
Kirstin Rogers
krogers@stecklerlaw.com
12720 Hillcrest Rd.
Suite 1045
Dallas, Texas 75230
(972) 387-4040
(972) 387-4041

**COUNSEL FOR CLASS MEMBERS
WINFRED TUBBS AND GREG HILL**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record via the Court's ECF system on March 27, 2017.

/s/ R. Dean Gresham
R. Dean Gresham