IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRCT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY
LITIGATION
                                                MDL no. 2323

This relates to:

SEAN LOVE and RENEE LOVE, Plaintiffs,
USDC, EDPA, Docket No. 2:12-cv-4378-AB

_____/

### AFFIDAVIT OF SEAN LOVE

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

    I, Sean Love, hereby swear under oath that the following statements are true and correct to the best of my personal knowledge:

    1.    I am a Plaintiff in the above styled action.

    2.    A true and correct copy of my letter terminating Michael L. McGlamry is attached hereto as Exhibit "A".

    3.    Michael L. McGlamry has never met me.

    4.    I do not know what Michael L. McGlamry looks like.

    5.    Michael L. McGlamry has never personally spoken with me.

    6.    I am totally unaware of any actual legal work that Michael L. McGlamry has done on my case.

    7.    I did speak with a secretary at Michael L. McGlamry's office on one occasion.

    8.    Michael L. McGlamry's office did send some boilerplate group emails.



EXHIBIT "C"

9. I did not receive any benefit from any legal work performed by Michael L. McGlamry or other lawyers in his firm.

10. I terminated Michael L. McGlamry before this Honorable Court approved the settlement.

**SWORN TO AND SUBSCRIBED** by Sean Love on April 29, 2015.

*/s/ Sean Love*

AFFIANT

Sean Love personally appeared before the undersigned Notary Public on the date set forth above, produced a Florida Driver's License as identification, and signed this Affidavit under oath.

*/s/ Kimberly Clement*
NOTARY PUBLIC, STATE OF FLORIDA

My Commission Expires: 10·12·2018                     (Seal)

KIMBERLY CLEMENT
MY COMMISSION #FF168040
EXPIRES October 12, 2018
(407) 398-0153    FloridaNotaryService.com

2

# Sean Love

2/25/2015

Pope McGlamry Attorneys at Law
**Attention: Mike McGlamry**
3391 Peachtree Road, Suite 300
Post Office Box 191625 (31119-1625)
Atlanta, GA  30326

    Re: Sean Love's Concussion Case

Dear Mr. McGlamry:

Please do not do anything further on my NFL Concussion Case.  Please cooperate with my new lawyer James Holliday by providing him with a complete copy of my file.  Please direct all communications through my new lawyer.  Please do not contact me directly.  My new lawyer's contact information:

    Holliday Karatinos Law Firm, PLLC
    18920 North Dale Mabry Highway
    Suite 101
    Lutz, FL  33548

Sincerely,

Sean Love

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRCT OF PENNSYLVANIA

**IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY
LITIGATION**

**MDL no. 2323**

This relates to:

MICHAEL BUTLER and DARLENE
BUTLER, Plaintiffs, USDC, EDPA, Docket
No. 12-cv-2219-AB

_____/

**AFFIDAVIT OF MICHAEL BUTLER**

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

I, Michael Butler, hereby swear under oath that the following statements are true and correct to the best of my personal knowledge:

1. I am a Plaintiff in the above styled action.

2. A true and correct copy of my letter terminating Charles Zimmerman is attached hereto as Exhibit "A".

3. To my knowledge, I have never actually spoken with a lawyer at Zimmerman Reed, LLP.

4. I am totally unaware of Zimmerman Reed, LLP reviewing any of my medical records.

5. Zimmerman Reed, LLP has never given me any legal advice.

6. Zimmerman Reed, LLP never hired any experts or doctors to examine me.

7. I did not receive any benefit from any legal work performed by Charles Zimmerman or other lawyers in his firm.

8. I terminated Charles Zimmerman before this Honorable Court approved the settlement.

9. Charles Zimmerman ignored my lawyer's request for a copy of my file.

10. Charles Zimmerman did not cooperate with my lawyer and refused to provide any materials to help me.

11. I have never had any in person meetings with anyone from Zimmerman Reed, LLP.

12. Zimmerman Reed, LLP has not looked at my "medical status or need for medical testing."

SWORN TO AND SUBSCRIBED by Michael Butler on this 28th day of November, 20 16.

_Michael A Butler_
AFFIANT

Michael Butler personally appeared before the undersigned Notary Public on the date set forth above, produced a Florida Driver's License as identification, and signed this Affidavit under oath.

_Kimberly Clement_
NOTARY PUBLIC, STATE OF FLORIDA

My Commission Expires: 10-12-2018        (Seal)

KIMBERLY CLEMENT
MY COMMISSION #FF168040
EXPIRES October 12, 2018
(407) 398-0153    FloridaNotaryService.com

2



North Tampa Office:
18920 N. Dale Mabry Hwy.
Suite 101
Lutz, FL 33548

813-868-1887
813-909-8535 Fax

Toll free for all offices:
866-597-0009

Reply to: Lutz Office

Hernando County Office:
H&K Building
15316 Cortez Blvd.
Brooksville, FL 34613

352-597-0009
352-597-8600 Fax

Sun City Office:
813-633-3117

\*\*James W. Holliday
\*Theodore "Ted" Karatinos
Oscar V. Lopez
Of Counsel

\*Member of Million Dollar Advocates Forum

\*\* Member of Multi-Million Dollar Advocates Forum

**HOLLIDAY KARATINOS LAW FIRM**
PLLC   Attorneys at Law

*Trial Practice & Appellate Advocacy*
www.helpinginjuredpeople.com

March 11, 2015

Charles S. Zimmerman, Esq.
Zimmerman Reed Attorneys
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Re:   Michael Butler v. National Football League and NFL Properties, LLC.

Dear Mr. Zimmerman:

Your former client Michael Butler has retained my firm to represent him for his NFL Concussion claim against the NFL. Please forward a complete copy of his file to my office as soon as possible. Mr. Butler asked that I enclose his recent letter discharging your firm.

I appreciate your attention to these matters.

Sincerely,

James W. Holliday, Esq.

cc:   Client File



EXHIBIT "A"

# Michael Butler

3/6/15

Zimmerman & Reed Attorneys
Attention: Charles S. Zimmerman, Esq.
1100 IDS Center
80 South 8th Street
Minneapolis, MN. 55402

Re: Michael Butler's Concussion Case

Dear Mr. Butler:

Please do not do anything further on my NFL Concussion Case. Please cooperate with my new lawyer James Holliday by providing him with a complete copy of my file. Please direct all communications through my new lawyer. Please do not contact me directly. My new lawyer's contact information:

    Holliday Karatinos Law Firm, PLLC
    18920 North Dale Mabry Highway
    Suite 101
    Lutz, FL  33548

Sincerely,

*Michael A. Butler*

Michael Butler

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRCT OF PENNSYLVANIA

**IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY
LITIGATION**

**MDL no. 2323**

This relates to:

MICHAEL CLARK, Plaintiff, USDC, EDPA,
Docket No. 12-cv-4185-AB

_____/

**AFFIDAVIT OF MICHAEL CLARK**

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

I, Michael Clark, hereby swear under oath that the following statements are true and correct to the best of my personal knowledge:

1. I am a Plaintiff in the above styled action.

2. A true and correct copy of my letter terminating Charles Zimmerman is attached hereto as Exhibit "A".

3. I have never met Brian Gudmundson or Charles Zimmerman.

4. I am totally unaware of any actual legal work that Charles Zimmerman has done on my case.

5. I do not know what Mr. Zimmerman or Mr. Gudmundson look like.

6. No one from Zimmerman Reed, LLP scheduled visits for me to see any experts or doctors to evaluate me.

7. I did not receive any benefit from any legal work performed by Charles Zimmerman or other lawyers in his firm.

8. I terminated Charles Zimmerman before this Honorable Court approved the settlement.

9. Charles Zimmerman ignored my lawyer's request for a copy of my file.

10. Charles Zimmerman did not cooperate with my lawyer and refused to provide any materials to help me.

11. I have never been to the Zimmerman Reed office.

12. No one from Zimmerman Reed, LLP ever met with me in person.

13. No one from Zimmerman Reed, LLP has ever given my any legal advice.

14. I am unaware of anyone from Zimmerman Reed looking at my medical records.

**SWORN TO AND SUBSCRIBED** by Michael Clark on this 28th day of November, 2016.

_____
AFFIANT

Michael Clark personally appeared before the undersigned Notary Public on the date set forth above, produced a Florida Driver's License as identification, and signed this Affidavit under oath.

KIMBERLY CLEMENT
MY COMMISSION #FF168040
EXPIRES October 12, 2018
(407) 398-0153   FloridaNotaryService.com

_____
NOTARY PUBLIC, STATE OF FLORIDA

My Commission Expires: 10-12-2018                     (Seal)

2



**HOLLIDAY KARATINOS LAW FIRM**
PLLC  Attorneys at Law

North Tampa Office:
18920 N. Dale Mabry Hwy.
Suite 101
Lutz, FL 33548

813-868-1887
813-909-8535 Fax

Toll free for all offices:
866-597-0009

Hernando County Office:
H&K Building
15316 Cortez Blvd.
Brooksville, FL 34613

352-597-0009
352-597-8600 Fax

Sun City Office:
813-633-3117

Reply to: Lutz Office

**James W. Holliday
*Theodore "Ted" Karatinos
Oscar V. Lopez
Of Counsel

*Member of Million Dollar Advocates Forum

** Member of Multi-Million Dollar Advocates Forum

Trial Practice & Appellate Advocacy
www.helpinginjuredpeople.com

December 5, 2014

VIA REGUAL MAIL & FACSIMILE: 612-341-0844

Zimmerman and Reed
1100 IDS Center
80 South 8th Street
Minneapolis, MN  55402

Re:  Mike Clark v. NFL

Dear Mr. Zimmerman:

Your former client Mike Clark has retained my firm to represent him for his NFL Concussion claim against the NFL. Please forward a complete copy of his file to my office as soon as possible. Mr. Clark asked that I enclose his recent letter discharging your firm.

Sincerely,

James W. Holliday, Esq.

JWH/nfa
Enclosure (letter to Mr. Zimmerman)



EXHIBIT "A"

# Mike Clark

Re: Mike Clark's Concussion Case

Dear Mr. Zimmerman:

Please do not do anything further on my NFL Concussion Case. Please cooperate with my new lawyer James Holliday by providing him with a complete copy of my file. Please direct all communications through my new lawyer. Please do not contact me directly. My new lawyer's contact information:

Holliday Karatinos Law Firm PLLC

18920 North Dale Mabry Highway, Suite 101

Lutz, FL  33548


*[signature]*

Mike Clark

```
TRANSMISSION VERIFICATION REPORT


                                      TIME   : 12/05/2014 04:31PM
                                      NAME   :
                                      FAX    :
                                      TEL    :
                                      SER.#  : U63087H3N489138


DATE,TIME           12/05  04:30PM
FAX NO./NAME        16123410844
DURATION            00:00:34
PAGE(S)             02
RESULT              OK
MODE                STANDARD
```



**North Tampa Office:**
18920 N. Dale Mabry Hwy.
Suite 101
Lutz, FL 33548

813-868-1887
813-909-8535 Fax

Toll free for all offices:
866-597-0009

Reply to: Lutz Office

**Hernando County Office:**
H&K Building
15316 Cortez Blvd.
Brooksville, FL 34613

352-597-0009
352-597-8600 Fax

Sun City Office:
813-633-3117

**James W. Holliday
*Theodore "Ted" Karatinos
Oscar V. Lopez
Of Counsel

*Member of Million Dollar Advocates Forum

** Member of Multi-Million Dollar Advocates Forum

Trial Practice & Appellate Advocacy
www.helpinginjuredpeople.com

**HOLLIDAY KARATINOS LAW FIRM**
PLLC  Attorneys at Law

December 5, 2014

VIA REGUAL MAIL & FACSIMILE: 612-341-0844

Zimmerman and Reed
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Re: Mike Clark v. NFL

Dear Mr. Zimmerman:

Your former client Mike Clark has retained my firm to represent him for his NFL Concussion claim against the NFL. Please forward a complete copy of his file to my office as soon as possible. Mr. Clark asked that I enclose his recent letter discharging your firm.

Sincerely,

