Ronald Sabal
13311 West 84th Street
Lenexa, KS 66215
(913) 492-1157
Email: Sabalj@comcast.net

Ronald Sabal

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re National Football League Players' Concussion Injury Litigation (MDL No. 2323)* | Case No.: 2:12-md-02323 <br><br> **OBJECTION OF RONALD SABAL TO PETITION FOR ATTORNEYS' FEES, COSTS AND HOLDBACK** <br><br> Judge: Hon. Anita Brody |

1. I am Ronald Sabal, a retired National Football League ("NFL") player. My date of birth is July 23, 1936.

2. I, Ronald Sabal, played for the NFL from 1960 to 1961 with the Oakland Raiders.

3. I have been diagnosed with Alzheimer's Disease.

4. On February 10, 2017, I filed a claim in the matter of *In re National Football League Players' Concussion Injury Litigation (MDL No 2323)*, case number 2:12-md-02323 ("lawsuit").

5. I am eighty years old and require full time health care, including but not limited to, in home nursing care and ongoing medical treatment.

6. The proceeds from this settlement are necessary to sufficiently care for myself and my declining medical condition.

OBJECTION OF RONALD SABAL TO PETITION FOR ATTORNEYS' FEES, COSTS AND HOLDBACK - 1

7. The notification I received from BrownGreer PLC indicated that the Petition for Attorneys' Fees, Costs and Holdback was filed in order to "provide *future* common benefit for attorneys who do work to facilitate the Settlement."

8. This does not apply to me. I am elderly and the proceeds from the settlement are necessary to provide me with the healthcare I currently need, in the present date. Any work done by the attorneys at BrownGreer PLC to facilitate settlement in the future would not benefit me.

9. A 5% decrease in the amount of settlement proceed would cause great prejudice, damage and harm to my health and quality of life. As such, I am objecting to the Petition for Attorneys' Fees, Costs and Holdback and request that the Court deny this Petition.

_____
Ronald Sabal

OBJECTION OF RONALD SABAL TO PETITION FOR ATTORNEYS' FEES, COSTS AND HOLDBACK - 2