IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL § <br> LEAGUE PLAYERS' CONCUSSION § <br> LITIGATION § <br> _____ § <br> § <br> § <br> THIS DOCUMENT RELATES TO: § <br> ALL ACTIONS § | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned counsel hereby enter an appearance on behalf of the following Class Members: Melvin Aldridge, Trevor Cobb, Jerry W. Davis, Michael Dumas, Corris Ervin, Robert Evans, Anthony Guillory, Wilmer K. Hicks, Jr., Richard Johnson, Ryan McCoy, Emanuel McNeil, Robert Pollard, Frankie Smith, Tyrone Smith, James A. Young Sr., and Baldwin Malcom Frank.

Date:  March 27, 2017                                      Respectfully Submitted,

/s/ Lance H. Lubel
Mickey Washington                              Lance H. Lubel
Texas State Bar No.: 24039233                  Texas State Bar No.: 12651125
WASHINGTON & ASSOCIATES, PLLC                  Adam Voyles
1314 Texas Ave., Suite 811                     Texas State Bar No.: 24003121
Houston, Texas 77002                           Justin R. Goodman
Telephone: (713) 225-1838                      Texas State Bar No.: 24036660
Facsimile: (713) 225-1866                      LUBEL VOYLES LLP
Email: mw@mickeywashington.com                 Montrose Blvd., Suite 800
                                               Houston, TX 77006
James Carlos Canady                            Telephone: (713) 284-5200

1

| | |
|---|---|
| Texas State Bar No.: 24034357 | Facsimile: (713) 284-5250 |
| THE CANADY LAW FIRM | Email: lance@lubelvoyles.com |
| 5020 Montrose Blvd., Suite 800 | adam@lubelvoyles.com |
| Houston, TX 77006 | jgoodman@lubelvoyles.com |
| Telephone: (713) 284-5204 | |
| Facsimile: (713) 284-5250 | |
| Email: ccanady@canadylawfirm.com | |

Attorneys for Melvin Aldridge, Trevor Cobb, Jerry W. Davis, Michael Dumas, Corris Ervin, Robert Evans, Anthony Guillory, Wilmer K. Hicks, Jr., Richard Johnson, Ryan McCoy, Emanuel McNeil, Robert Pollard, Frankie Smith, Tyrone Smith, James A. Young Sr., and Baldwin Malcolm Frank

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record via the Court's ECF system on March 27, 2017.

*/s/ Justin R. Goodman*
Justin R. Goodman