## JOINDER OF SETTLEMENT CLASS MEMBER

I am a Settlement Class Member. I am represented by individual counsel. I have reviewed the foregoing Class Members' Objection to Petition for Attorneys' Fees, Costs, and 5% Holdback on Awards and join in it for the reasons set forth therein.

Name: Winfred Tubbs

Address: 10814 Crooked Creek

Tel. Number: 972-880-0198

Date of Birth: 9/24/1970

Signature: /s/

Date: 3/27/17