## JOINDER OF SETTLEMENT CLASS MEMBER

I am a Settlement Class Member. I am represented by individual counsel. I have reviewed the foregoing Class Members' Objection to Petition for Attorneys' Fees, Costs, and 5% Holdback on Awards and join in it for the reasons set forth therein.

Name: Gregory Hill

Address: 3321 Sandy Trail Ln.

Tel. Number: 972-567-4233

Date of Birth: 2-23-72

Signature: [signed]

Date: 3-27-17