## DECLARATION OF INDIVIDUAL COUNSEL

I declare under penalty of perjury that I represent each Settlement Class Member on whose behalf this objection is being filed.

*R. Dean Gresham*

R. Dean Gresham

JAMIE BACIAK
Notary Public, State of Texas
My Commission Expires
February 04, 2018

*Jamie Baciak*
3/27/17