IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION  _____ § § § § § § THIS DOCUMENT RELATES TO: § ALL ACTIONS § | § § § § § § § § § | No. 12-md-2323 (AB)  MDL No. 2323 |

**RESPONSE IN OPPOSITION AND OBJECTIONS TO CO-LEAD CLASS COUNSELS' PETITION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF COSTS AND EXPENSES, ADOPTION OF A SET-ASIDE OF FIVE PERCENT OF EACH MONETARY AWARD AND DERIVATIVE CLAIMANT AWARD, AND CASE CONTRIBUTION AWARDS TO CLASS REPRESENTATIVES**

Settlement Class Members Melvin Aldridge, Trevor Cobb, Jerry W. Davis, Michael Dumas, Corris Ervin, Robert Evans, Anthony Guillory, Wilmer K. Hicks, Jr., Richard Johnson, Ryan McCoy, Emanuel McNeil, Robert Pollard, Frankie Smith, Tyrone Smith, James A. Young Sr., and Baldwin Malcom Frank (collectively, the "Alexander Objectors")[1] file this Response in Opposition and Objections to Co-Lead Class Counsels' Petition for Award of Attorneys' Fees, Reimbursement of Costs and Expenses, Adoption of a Set-Aside of Five Percent of Each Monetary Award and Derivative Claimant Award, and Case Contribution Awards to Class Representatives (the "Petition") (ECF No. 7151). In short, Co-

---

[1] A Declaration of Representation is attached hereto as Exhibit A.

1

Lead Counsels' Petition is (i) premature; (ii) conclusory and lacking in substantiating data and evidence; and (iii) based on guesswork and flawed methodologies. For these reasons, and the reasons more fully set forth in the accompanying memorandum of law, the Court should deny or defer Co-Lead Counsels' Petition.

Date: March 27, 2017                                        Respectfully Submitted,

|  |  |
|---|---|
|  | */s/ Lance H. Lubel* |
| Mickey Washington | Lance H. Lubel |
| Texas State Bar No.: 24039233 | Texas State Bar No.: 12651125 |
| WASHINGTON & ASSOCIATES, PLLC | Adam Voyles |
| 1314 Texas Ave., Suite 811 | Texas State Bar No.: 24003121 |
| Houston, Texas 77002 | Justin R. Goodman |
| Telephone: (713) 225-1838 | Texas State Bar No.: 24036660 |
| Facsimile: (713) 225-1866 | LUBEL VOYLES LLP |
| Email: mw@mickeywashington.com | Montrose Blvd., Suite 800 |
|  | Houston, TX 77006 |
| James Carlos Canady | Telephone: (713) 284-5200 |
| Texas State Bar No.: 24034357 | Facsimile: (713) 284-5250 |
| THE CANADY LAW FIRM | Email: lance@lubelvoyles.com |
| 5020 Montrose Blvd., Suite 800 | adam@lubelvoyles.com |
| Houston, TX 77006 | jgoodman@lubelvoyles.com |
| Telephone: (713) 284-5204 |  |
| Facsimile: (713) 284-5250 |  |
| Email: ccanady@canadylawfirm.com |  |

Attorneys for Melvin Aldridge, Trevor Cobb, Jerry W. Davis, Michael Dumas, Corris Ervin, Robert Evans, Anthony Guillory, Wilmer K. Hicks, Jr., Richard Johnson, Ryan McCoy, Emanuel McNeil, Robert Pollard, Frankie Smith, Tyrone Smith, James A. Young Sr., and Baldwin Malcom Frank

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served on all counsel of record via the Court's ECF system on March 27, 2017.

                                              */s/ Justin R. Goodman*
                                              Justin R. Goodman