IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION <br> _____ <br><br> THIS DOCUMENT RELATES TO: <br> ALL ACTIONS | § § § § § § § § § | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |

**DECLARATION OF REPRESENTATION IN SUPPORT OF RESPONSE IN OPPOSITION AND OBJECTIONS TO CO-LEAD CLASS COUNSELS' PETITION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF COSTS AND EXPENSES, ADOPTION OF A SET-ASIDE OF FIVE PERCENT OF EACH MONETARY AWARD AND DERIVATIVE CLAIMANT AWARD, AND CASE CONTRIBUTION AWARDS TO CLASS REPRESENTATIVES**

Justin R. Goodman declares, pursuant to 28 U.S.C. § 1746, the following:

I am a partner in the law firm Lubel Voyles LLP. Lubel Voyles LLP, together with Washington & Associates, PLLC, and the Canady Law Firm, represents each Settlement Class Member on whose behalf the *Response in Opposition and Objections to Co-Lead Class Counsels' Petition for Award of Attorneys' Fees, Reimbursement of Costs and Expenses, Adoption of a Set-Aside of Five Percent of Each Monetary Award and Derivative Claimant Award, and Case Contribution Awards to Class Representatives* and accompanying memorandum of law is being filed. Those Class Members include Melvin Aldridge, Trevor Cobb, Jerry W. Davis, Michael Dumas, Corris Ervin, Robert Evans, Anthony Guillory, Wilmer K. Hicks, Jr., Richard Johnson, Ryan McCoy, Emanuel McNeil, Robert Pollard, Frankie Smith, Tyrone Smith, James A. Young Sr., and Baldwin Malcom Frank. Each Class Members' written objection, incorporating the above-reference response, is attached hereto as Exhibit A-1. Un-redacted copies are being mailed to the Clerk of the District Court/NFL Concussion Settlement in accordance with ECF No. 7260.

Exhibit A

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and based upon my personal knowledge.

Executed this 27th day of March 2017.

_____
Justin R. Goodman
Texas State Bar No.: 24036660
LUBEL VOYLES LLP
Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 284-5200
Facsimile: (713) 284-5250
Email: jgoodman@lubelvoyles.com