**IN THE UNTED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323 MDL No. 2323 |

## OBJECTION TO PETITION FOR ATTORNEYS' FEES

In response to the Notice to All Settlement Class Members of Petition for Attorneys' Fees, Costs and 5% Holdback on Awards [Dkt. 7260], notice is hereby given that:

I object to the Petition for Attorneys' Fees, Costs and Holdback (the "Petition") [Dkt. 7151] for the reasons set forth in the objection/opposition filed by my lawyers—Lubel Voyles LLP, Washington & Associates, PLLC and the Canady Law Firm.

_Melvin Aldridge_
Signature

_3-20-17_
Date

Printed Name: _Melvin Aldridge_
Address:

Telephone:
Date of Birth:

Copy of this form and my Objection sent to:

Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Exhibit A-1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | No. 2:12-md-02323 MDL No. 2323 |

## OBJECTION TO PETITION FOR ATTORNEYS' FEES

In response to the Notice to All Settlement Class Members of Petition for Attorneys' Fees, Costs and 5% Holdback on Awards [Dkt. 7260], notice is hereby given that:

I object to the Petition for Attorneys' Fees, Costs and Holdback (the "Petition") [Dkt. 7151] for the reasons set forth in the objection/opposition filed by my lawyers—Lubel Voyles LLP, Washington & Associates, PLLC and the Canady Law Firm.

Signature _____     Date  3-13-2017

Printed Name: Trevor Cobb
Address: ████████████████████

Telephone: ████████████████████
Date of Birth: ████████████████████

Copy of this form and my Objection sent to:

Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

**IN THE UNTED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE: NATIONAL FOOTBALL<br>LEAGUE PLAYERS' CONCUSSION<br>INJURY LITIGATION | :  No. 2:12-md-02323<br>:  MDL No. 2323<br>:<br>:<br>: |

## OBJECTION TO PETITION FOR ATTORNEYS' FEES

In response to the Notice to All Settlement Class Members of Petition for Attorneys' Fees, Costs and 5% Holdback on Awards [Dkt. 7260], notice is hereby given that:

I object to the Petition for Attorneys' Fees, Costs and Holdback (the "Petition") [Dkt. 7151] for the reasons set forth in the objection/opposition filed by my lawyers—Lubel Voyles LLP, Washington & Associates, PLLC and the Canady Law Firm.

_____
Signature

Printed Name: Jerry W. Davis
Address:

Telephone:
Date of Birth:

_____
3/16/2017
Date

Copy of this form and my Objection sent to:

Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

## IN THE UNTED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | No. 2:12-md-02323 MDL No. 2323 |

## OBJECTION TO PETITION FOR ATTORNEYS' FEES

In response to the Notice to All Settlement Class Members of Petition for Attorneys' Fees, Costs and 5% Holdback on Awards [Dkt. 7260], notice is hereby given that:

I object to the Petition for Attorneys' Fees, Costs and Holdback (the "Petition") [Dkt. 7151] for the reasons set forth in the objection/opposition filed by my lawyers—Lubel Voyles LLP, Washington & Associates, PLLC and the Canady Law Firm.

Signature _____

Date 3/16/17

Printed Name: MICHAEL DUMAS

Address: ████████████████

Telephone: ████████████████

Date of Birth: ████████████████

Copy of this form and my Objection sent to:

Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

IN THE UNTED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | No. 2:12-md-02323 MDL No. 2323 |

## OBJECTION TO PETITION FOR ATTORNEYS' FEES

In response to the Notice to All Settlement Class Members of Petition for Attorneys' Fees, Costs and 5% Holdback on Awards [Dkt. 7260], notice is hereby given that:

I object to the Petition for Attorneys' Fees, Costs and Holdback (the "Petition") [Dkt. 7151] for the reasons set forth in the objection/opposition filed by my lawyers—Lubel Voyles LLP, Washington & Associates, PLLC and the Canady Law Firm.

Signature

Date

Printed Name:
Address:

Telephone:
Date of Birth:

Copy of this form and my Objection sent to:

Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

IN THE UNTED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | No. 2:12-md-02323 MDL No. 2323 |

## OBJECTION TO PETITION FOR ATTORNEYS' FEES

In response to the Notice to All Settlement Class Members of Petition for Attorneys' Fees, Costs and 5% Holdback on Awards [Dkt. 7260], notice is hereby given that:

I object to the Petition for Attorneys' Fees, Costs and Holdback (the "Petition") [Dkt. 7151] for the reasons set forth in the objection/opposition filed by my lawyers—Lubel Voyles LLP, Washington & Associates, PLLC and the Canady Law Firm.

_____          3/14/2017
Signature                                                        Date

Printed Name:  Robert Evans
Address:
 ██████████████████████████
Telephone:
Date of Birth:

Copy of this form and my Objection sent to:

Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

IN THE UNTED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL :     No. 2:12-md-02323
LEAGUE PLAYERS' CONCUSSION :     MDL No. 2323
INJURY LITIGATION :

## OBJECTION TO PETITION FOR ATTORNEYS' FEES

In response to the Notice to All Settlement Class Members of Petition for Attorneys' Fees, Costs and 5% Holdback on Awards [Dkt. 7260], notice is hereby given that:

I object to the Petition for Attorneys' Fees, Costs and Holdback (the "Petition") [Dkt. 7151] for the reasons set forth in the objection/opposition filed by my lawyers—Lubel Voyles LLP, Washington & Associates, PLLC and the Canady Law Firm.

_____       3-20-17
Signature                      Date

Printed Name: Anthony Guillory
Address:

Telephone:
Date of Birth:

Copy of this form and my Objection sent to:

Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

## IN THE UNTED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : |

No. 2:12-md-02323
MDL No. 2323

## OBJECTION TO PETITION FOR ATTORNEYS' FEES

In response to the Notice to All Settlement Class Members of Petition for Attorneys' Fees, Costs and 5% Holdback on Awards [Dkt. 7260], notice is hereby given that:

I object to the Petition for Attorneys' Fees, Costs and Holdback (the "Petition") [Dkt. 7151] for the reasons set forth in the objection/opposition filed by my lawyers—Lubel Voyles LLP, Washington & Associates, PLLC and the Canady Law Firm.

*Wilmer K. Hicks Jr*
Signature

*March 20. 2017*
Date

Printed Name: WILMER K. HICKS JR.
Address:

Telephone:
Date of Birth:

Copy of this form and my Objection sent to:

Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

IN THE UNTED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|                              |   |                    |
|------------------------------|---|--------------------|
| IN RE: NATIONAL FOOTBALL     | : | No. 2:12-md-02323  |
| LEAGUE PLAYERS' CONCUSSION   | : | MDL No. 2323       |
| INJURY LITIGATION            | : |                    |
|                              | : |                    |

## OBJECTION TO PETITION FOR ATTORNEYS' FEES

In response to the Notice to All Settlement Class Members of Petition for Attorneys' Fees, Costs and 5% Holdback on Awards [Dkt. 7260], notice is hereby given that:

I object to the Petition for Attorneys' Fees, Costs and Holdback (the "Petition") [Dkt. 7151] for the reasons set forth in the objection/opposition filed by my lawyers—Lubel Voyles LLP, Washington & Associates, PLLC and the Canady Law Firm.

_____          03/15/2017
Signature                          Date

Printed Name:  Richard J. Johnson
Address:

Telephone:
Date of Birth:

Copy of this form and my Objection sent to:

Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | No. 2:12-md-02323<br>MDL No. 2323 |

## OBJECTION TO PETITION FOR ATTORNEYS' FEES

In response to the Notice to All Settlement Class Members of Petition for Attorneys' Fees, Costs and 5% Holdback on Awards [Dkt. 7260], notice is hereby given that:

I object to the Petition for Attorneys' Fees, Costs and Holdback (the "Petition") [Dkt. 7151] for the reasons set forth in the objection/opposition filed by my lawyers—Lubel Voyles LLP, Washington & Associates, PLLC and the Canady Law Firm.

_____    _____
Signature                                        Date   3/17/2017

Printed Name: Ryan McCoy
Address:

Telephone:
Date of Birth:


Copy of this form and my Objection sent to:

Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

IN THE UNTED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | No. 2:12-md-02323 MDL No. 2323 |

## OBJECTION TO PETITION FOR ATTORNEYS' FEES

In response to the Notice to All Settlement Class Members of Petition for Attorneys' Fees, Costs and 5% Holdback on Awards [Dkt. 7260], notice is hereby given that:

I object to the Petition for Attorneys' Fees, Costs and Holdback (the "Petition") [Dkt. 7151] for the reasons set forth in the objection/opposition filed by my lawyers—Lubel Voyles LLP, Washington & Associates, PLLC and the Canady Law Firm.

*Emanuel McNeil*
Signature

3-15-17
Date

Printed Name: *Emanuel McNeil*
Address:

Telephone:
Date of Birth:

Copy of this form and my Objection sent to:

Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | No. 2:12-md-02323 MDL No. 2323 |

## OBJECTION TO PETITION FOR ATTORNEYS' FEES

In response to the Notice to All Settlement Class Members of Petition for Attorneys' Fees, Costs and 5% Holdback on Awards [Dkt. 7260], notice is hereby given that:

I object to the Petition for Attorneys' Fees, Costs and Holdback (the "Petition") [Dkt. 7151] for the reasons set forth in the objection/opposition filed by my lawyers—Lubel Voyles LLP, Washington & Associates, PLLC and the Canady Law Firm.

_____     3-17-17
Signature                            Date

Printed Name:  Robert Pollard
Address:       ████████████████████

Telephone:     ████████████████████
Date of Birth:

Copy of this form and my Objection sent to:

Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323 MDL No. 2323 |

## OBJECTION TO PETITION FOR ATTORNEYS' FEES

In response to the Notice to All Settlement Class Members of Petition for Attorneys' Fees, Costs and 5% Holdback on Awards [Dkt. 7260], notice is hereby given that:

I object to the Petition for Attorneys' Fees, Costs and Holdback (the "Petition") [Dkt. 7151] for the reasons set forth in the objection/opposition filed by my lawyers—Lubel Voyles LLP, Washington & Associates, PLLC and the Canady Law Firm.

_____                          _3/17/17_____
Signature                                          Date

Printed Name:  Frankie Smith
Address:

Telephone:
Date of Birth:

Copy of this form and my Objection sent to:

Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

## IN THE UNTED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | No. 2:12-md-02323 MDL No. 2323 |

## OBJECTION TO PETITION FOR ATTORNEYS' FEES

In response to the Notice to All Settlement Class Members of Petition for Attorneys' Fees, Costs and 5% Holdback on Awards [Dkt. 7260], notice is hereby given that:

I object to the Petition for Attorneys' Fees, Costs and Holdback (the "Petition") [Dkt. 7151] for the reasons set forth in the objection/opposition filed by my lawyers—Lubel Voyles LLP, Washington & Associates, PLLC and the Canady Law Firm.

_____          _____
Signature                                                                3/20/17
                                                                               Date

Printed Name: Tyrone Smith
Address:

Telephone:
Date of Birth:

Copy of this form and my Objection sent to:

Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

## IN THE UNTED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | No. 2:12-md-02323<br>MDL No. 2323 |

## OBJECTION TO PETITION FOR ATTORNEYS' FEES

In response to the Notice to All Settlement Class Members of Petition for Attorneys' Fees, Costs and 5% Holdback on Awards [Dkt. 7260], notice is hereby given that:

I object to the Petition for Attorneys' Fees, Costs and Holdback (the "Petition") [Dkt. 7151] for the reasons set forth in the objection/opposition filed by my lawyers—Lubel Voyles LLP, Washington & Associates, PLLC and the Canady Law Firm.

Signature _____        Date  3/15/2017

Printed Name: JAMES A. YOUNG, Sr.
Address: ███████████████

Telephone: ███████████████
Date of Birth: ███████████████

Copy of this form and my Objection sent to:

Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | No. 2:12-md-02323 MDL No. 2323 |

## OBJECTION TO PETITION FOR ATTORNEYS' FEES

In response to the Notice to All Settlement Class Members of Petition for Attorneys' Fees, Costs and 5% Holdback on Awards [Dkt. 7260], notice is hereby given that:

I object to the Petition for Attorneys' Fees, Costs and Holdback (the "Petition") [Dkt. 7151] for the reasons set forth in the objection/opposition filed by my lawyers—Lubel Voyles LLP, Washington & Associates, PLLC and the Canady Law Firm.

_Baldwin malcolm frank_
Signature

_3/22/17_
Date

Printed Name: _Baldwin malcolm Frank_
Address:

Telephone:
Date of Birth:

Copy of this form and my Objection sent to:

Clerk of the District Court/NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797