IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT:**

Kindly enter the appearance of Kevin L. Golden, Esquire as counsel for the following class members in the above-referenced matter:  Steven Anthony Smith.

Dated:  March 27, 2017
/s/Kevin L. Golden
Joe H. Tucker, Esquire
Kevin L. Golden, Esquire
**TUCKER LAW GROUP, LLC**
Ten Penn Center
1801 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 875-0609

## **CERTIFICATE OF SERVICE**

I, Kevin L. Golden, Esquire, hereby certify that a copy of the foregoing Entry of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**TUCKER LAW GROUP**

Date:  March 27, 2017

/s/Kevin L. Golden
Kevin L. Golden, Esquire