especially the ones who played prior to 1993. Many of our men are now either gone or completely "lost" to us. We have chosen to stand by them because we realize they were victims. They were not properly educated on the risks of concussions, let alone how to identify a concussion and were in fact encouraged to continue playing immediately following concussions. There were no protocols in place when our husbands played. We ask simply that our husbands be treated with the same honor, dedication and care they showed their NFL teams when they played. They gave their lives to the game and we thank you for acknowledging our concerns. We await your thoughtful reply.

Sincerely,

NFL Players' wives

| Mary T. Brooks | Mary J. Brooks | 3/21/2017 |
|---|---|---|
| ~~Wife's~~ POA Printed Name | ~~Wife's~~ POA Signature | Dated Signed |

| George J. Andrie  POA  4-20-1940 |
|---|
| Husbands' Printed Name + DOB |

| 1404 Encino Drive Leander, TX. 78641 | (512) 924-6671 |
|---|---|
| Address | Phone |

_____   _____   _____
Wife's Printed Name          Wife's Signature             Dated Signed

_____
Husbands' Printed Name + DOB

_____                    _____
Address                                                Phone

_____   _____   _____
Wife's Printed Name          Wife's Signature             Dated Signed

_____
Husbands' Printed Name + DOB

_____                    _____
Address                                                Phone

_____   _____   _____
Wife's Printed Name          Wife's Signature             Dated Signed

_____
Husbands' Printed Name + DOB

_____                    _____
Address                                                Phone

especially the ones who played prior to 1993. Many of our men are now either gone or completely "lost" to us. We have chosen to stand by them because we realize they were victims. They were not properly educated on the risks of concussions, let alone how to identify a concussion and were in fact encouraged to continue playing immediately following concussions. There were no protocols in place when our husbands played. We ask simply that our husbands be treated with the same honor, dedication and care they showed their NFL teams when they played. They gave their lives to the game and we thank you for acknowledging our concerns. We await your thoughtful reply.

Sincerely,

NFL Players' wives

Linnea Garcia-Tatupu — *signature* — 3-21-17
**Wife's Printed Name** | **Wife's Signature** | **Dated Signed**

Mosi Tatupu   4-26-1955
**Husbands' Printed Name + DOB**

849 Sunnyside Ave  San Diego CA  92114 — 619-654-0471
**Address** | **Phone**

---

**Wife's Printed Name** | **Wife's Signature** | **Dated Signed**

**Husbands' Printed Name + DOB**

**Address** | **Phone**

---

**Wife's Printed Name** | **Wife's Signature** | **Dated Signed**

**Husbands' Printed Name + DOB**

**Address** | **Phone**

---

**Wife's Printed Name** | **Wife's Signature** | **Dated Signed**

**Husbands' Printed Name + DOB**

**Address** | **Phone**

3

especially the ones who played prior to 1993. Many of our men are now either gone or completely "lost" to us. We have chosen to stand by them because we realize they were victims. They were not properly educated on the risks of concussions, let alone how to identify a concussion and were in fact encouraged to continue playing immediately following concussions. There were no protocols in place when our husbands played. We ask simply that our husbands be treated with the same honor, dedication and care they showed their NFL teams when they played. They gave their lives to the game and we thank you for acknowledging our concerns. We await your thoughtful reply.

Sincerely,

NFL Players' wives

Sandra L. Irvin
Wife's Printed Name

Sandra L. Irvin
Wife's Signature

March 22 2017
Dated Signed

Darrell B. Irvin 1·21·57
Husbands' Printed Name + DOB

10012 162 avenue ne
Redmond, WA. 98052
Address

425·830·1813
Phone

_____
Wife's Printed Name

_____
Wife's Signature

_____
Dated Signed

_____
Husbands' Printed Name + DOB

_____
Address

_____
Phone

_____
Wife's Printed Name

_____
Wife's Signature

_____
Dated Signed

_____
Husbands' Printed Name + DOB

_____
Address

_____
Phone

_____
Wife's Printed Name

_____
Wife's Signature

_____
Dated Signed

_____
Husbands' Printed Name + DOB

_____
Address

_____
Phone

managing the burden of their costly care. Our husbands need every penny they are entitled to receive out of this settlement. We have helped them manage to live on their substandard NFL pensions, especially the ones who played prior to 1993. Many of our men are now either gone or completely "lost" to us. We have chosen to stand by them because we realize they were victims. They were not properly educated on the risks of concussions, let alone how to identify a concussion and were in fact encouraged to continue playing immediately following concussions. There were no protocols in place when our husbands played. We ask simply that our husbands be treated with the same honor, dedication and care they showed their NFL teams when they played. They gave their lives to the game and we thank you for acknowledging our concerns. We await your thoughtful reply.

Sincerely,

Lorraine Dixon
Wife's Printed Name

[signature] Lorraine D.
Wife's Signature + date signed

Rickey Dixon   12·26·65
Husbands' Printed Name + DOB

908 Country Creek Ln
Red Oak, TX 75154
Address:

214-727-5402
Phone:

_____
Wife's Printed Name

_____
Wife's Signature + date signed

_____
Husbands' Printed Name + DOB

_____
Address:

_____
Phone:

_____
Wife's Printed Name

_____
Wife's Signature + date signed

_____
Husbands' Printed Name + DOB

_____
Address:

_____
Phone:

_____
Wife's Printed Name

_____
Wife's Signature + date signed

_____
Husbands' Printed Name + DOB

_____
Address:

_____
Phone:

_____
Wife's Printed Name

_____
Wife's Signature + date signed

_____
Husbands' Printed Name + DOB

_____
Address:

_____
Phone:

every penny they are entitled to receive out of this settlement. We have helped them manage to live on their substandard NFL pensions, especially the ones who played prior to 1993. Many of our men are now either gone or completely "lost" to us. We have chosen to stand by them because we realize they were victims. They were not properly educated on the risks of concussions, let alone how to identify a concussion and were in fact encouraged to continue playing immediately following concussions. There were no protocols in place when our husbands played. We ask simply that our husbands be treated with the same honor, dedication and care they showed their NFL teams when they played. They gave their lives to the game and we thank you for acknowledging our concerns. We await your thoughtful reply.

Sincerely,

NFL Players' wives

Susan Owens                      *Susan Owens* (signature)        03/21/2017
Wife's Printed Name              Wife's Signature                 Dated Signed


R. C. Owens  11/12/1934
Husbands' Printed Name + DOB

801 West VineSt., Stockton, CA95203          (209) 679-1310
Address                                      Phone

_____          _____                       _____
Wife's Printed Name              Wife's Signature                              Dated Signed

_____
Husbands' Printed Name + DOB

_____          _____
Address                          Phone

_____          _____                       _____
Wife's Printed Name              Wife's Signature                              Dated Signed

_____
Husbands' Printed Name + DOB

_____          _____
Address                          Phone

3

Beverly D. Bussey
Wife's Printed Name

*Beverly D. Bussey*
Wife's Signature

Dated Signed 3/26/2017

Barney A. Bussey 5/20/1962
Husbands' Printed Name + DOB

Address                                              Phone

Wife's Printed Name                                  Wife's Signature