| Wife's Printed Name | Husbands' Printed Name + DOB | Address | Wife's Signature | Phone | Dated Signed |
|---|---|---|---|---|---|
| Brenda Brown | Ted Brown 2-15-57 | 7320 130th St. W. Apple Valley, Mn. | Brenda Brown | 612-386-3436 | 3/21/17 |
| JoAnna YoungReed | Oscar L. Reed 3-24-44 | 700 Elizabeth Ln, Minneapolis MN 55411 | JoAnna YoungReed | 612-388-4921 | 3-21-17 |
| Fern Shabockman | Edward Shabockman | 8955 Thomas Lane | Fern Shabockman | 651-269-4570 | 3/21/17 |
| Sue Campbell | John Campbell 10/07/38 | 12908- Welcome Lane | Susan Campbell | 952-426-1940 | 3/21/17 |

especially the ones who played prior to 1993. Many of our men are now either gone or completely "lost" to us. We have chosen to stand by them because we realize they were victims. They were not properly educated on the risks of concussions, let alone how to identify a concussion and were in fact encouraged to continue playing immediately following concussions. There were no protocols in place when our husbands played. We ask simply that our husbands be treated with the same honor, dedication and care they showed their NFL teams when they played. They gave their lives to the game and we thank you for acknowledging our concerns. We await your thoughtful reply.

Sincerely,

NFL Players' wives

Chie Smith
Wife's Printed Name

*[signature: Chie Smith]*
Wife's Signature

March 22, 2017
Dated Signed

Steven A. Smith  8/30/64
Husbands' Printed Name + DOB

2717 Millwood Dr.
Richardson, TX. 75082
Address

(972) 234-3892
Phone

___
Wife's Printed Name

___
Wife's Signature

___
Dated Signed

___
Husbands' Printed Name + DOB

___
Address

___
Phone

___
Wife's Printed Name

___
Wife's Signature

___
Dated Signed

___
Husbands' Printed Name + DOB

___
Address

___
Phone

___
Wife's Printed Name

___
Wife's Signature

___
Dated Signed

___
Husbands' Printed Name + DOB

___
Address

___
Phone

3

have chosen to stand by them because we realize they were victims. They were not properly educated on the risks of concussions, let alone how to identify a concussion and were in fact encouraged to continue playing immediately following concussions. There were no protocols in place when our husbands played. We ask simply that our husbands be treated with the same honor, dedication and care they showed their NFL teams when they played. They gave their lives to the game and we thank you for acknowledging our concerns. We await your thoughtful reply.

Sincerely,

NFL Players' wives

---

Wife's Printed Name       Wife's Signature       Dated Signed

Husbands' Printed Name + DOB

Address       Phone

---

Wife's Printed Name: Shonta Rose-Scoggins       Wife's Signature: [signed]       Dated Signed: 3/26/17

Husbands' Printed Name + DOB: Eric T. Scoggins Sr.   01/23/1959

Address: 13428 Maxella Avenue, #196, Marina Del Rey, Marina Del Rey, CA  90292       Phone: 213-210-7903

---

Wife's Printed Name       Wife's Signature       Dated Signed

Husbands' Printed Name + DOB

Address       Phone

---

Wife's Printed Name       Wife's Signature       Dated Signed

Husbands' Printed Name + DOB

Address       Phone