especially the ones who played prior to 1993. Many of our men are now either gone or completely "lost" to us. We have chosen to stand by them because we realize they were victims. They were not properly educated on the risks of concussions, let alone how to identify a concussion and were in fact encouraged to continue playing immediately following concussions. There were no protocols in place when our husbands played. We ask simply that our husbands be treated with the same honor, dedication and care they showed their NFL teams when they played. They gave their lives to the game and we thank you for acknowledging our concerns. We await your thoughtful reply.

Sincerely,

NFL Players' wives

**Wife's Printed Name:** Juanita Leigh Kittell-Thomas
**Wife's Signature:** R. Pily Kittell Thomas
**Dated Signed:** 3/23/2017

**Husbands' Printed Name + DOB:** Rodney Thomas (03-30-1973)

**Address:** 20110 Forest Dr. Spring, TX 77388
**Phone:** (713) 443-3784

---

**Wife's Printed Name:**
**Wife's Signature:**
**Dated Signed:**

**Husbands' Printed Name + DOB:**

**Address:**
**Phone:**

---

**Wife's Printed Name:**
**Wife's Signature:**
**Dated Signed:**

**Husbands' Printed Name + DOB:**

**Address:**
**Phone:**

---

**Wife's Printed Name:**
**Wife's Signature:**
**Dated Signed:**

**Husbands' Printed Name + DOB:**

**Address:**
**Phone:**

especially the ones who played prior to 1993. Many of our men are now either gone or completely "lost" to us. We have chosen to stand by them because we realize they were victims. They were not properly educated on the risks of concussions, let alone how to identify a concussion and were in fact encouraged to continue playing immediately following concussions. There were no protocols in place when our husbands played. We ask simply that our husbands be treated with the same honor, dedication and care they showed their NFL teams when they played. They gave their lives to the game and we thank you for acknowledging our concerns. We await your thoughtful reply.

Sincerely,

NFL Players' wives

Elizabeth Nicholson
Wife's Printed Name

[signature]
Wife's Signature

3-21-17
Dated Signed

Gerald B. Sullivan 1-15-52
Husbands' Printed Name + DOB

854 N. Ogden Ave Chi IL 60642
Address

312 404 2324
Phone

Catherina Watters
Wife's Printed Name

[signature]
Wife's Signature

3-20-17
Dated Signed

Richard Watters 4/7/69
Husbands' Printed Name + DOB

P.O. Box 2252 Orinda, CA 94556
Address

321-278-7237
Phone

Wife's Printed Name    Wife's Signature    Dated Signed

Husbands' Printed Name + DOB

Address    Phone

Wife's Printed Name    Wife's Signature    Dated Signed

Husbands' Printed Name + DOB

Address    Phone

3

Trisha Bell                    *Trisha Bell*
Wife's Printed Name            Wife's Signature

Dated Signed 3/21/2017

Nickolas Bell    8/19/1968
Husbands' Printed Name + DOB

306 W. South St. Anaheim, CA 92805
(714) 264-8384
Address                        Phone

_____            _____
Wife's Printed Name            Wife's Signature
        Dated Signed

_____
Husbands' Printed Name + DOB

_____            _____
Address                        Phone

_____            _____
Wife's Printed Name            Wife's Signature
        Dated Signed

_____
Husbands' Printed Name + DOB