agreements. These fees will go against the settlement's purpose of ensuring that players (many whom have been living ALS, Alzheimers, Parkinsons and Dementia) receive adequate compensation for their injuries and suffering. As wives and caregivers, we have struggled to keep the family unit intact on a shoestring budget, while managing the burden of their costly care. Our husbands need every penny they are entitled to receive out of this settlement. We have helped them manage to live on their substandard NFL pensions, especially the ones who played prior to 1993. Many of our men are now either gone or completely "lost" to us. We have chosen to stand by them because we realize they were victims. They were not properly educated on the risks of concussions, let alone how to identify a concussion and were in fact encouraged to continue playing immediately following concussions. There were no protocols in place when our husbands played. We ask simply that our husbands be treated with the same honor, dedication and care they showed their NFL teams when they played. They gave their lives to the game and we thank you for acknowledging our concerns. We await your thoughtful reply.
Sincerely,
NFL Players' wives

Kim R. Adamle
Wife's Printed Name

*Kim R Adamle*
Wife's Signature

Dated Signed    3/21/17

Michael D. Adamle    10/4/1949
Husbands' Printed Name + DOB

Address                                    Phone

534 Sheridan Sq. Unit 301
Evanston, IL 60202
847-331-0038
Wife's Printed Name                        Wife's Signature
       Dated Signed

lives to the game and we thank you for acknowledging our concerns. We await your thoughtful reply.
Sincerely,
NFL Players' wives

_____SUE BRODIE_____    *Sue Brodie*
Wife's Printed Name         Wife's Signature
            Dated Signed    3-23-17

_____JOHN BRODIE   8-14-35_____
Husbands' Printed Name + DOB

__49350 AVENIDA FERNANDO__
__LA QUINTA, CA 92253__
Address                     Phone  760 567-2900

_____
Wife's Printed Name         Wife's Signature
            Dated Signed

_____
Husbands' Printed Name + DOB

_____
Address                     Phone

_____
Wife's Printed Name         Wife's Signature
            Dated Signed

Clerk of the District Court /NFL Concussion Settlement
U.S. District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

*In re: National Football League Players' Concussion Injury Litigation*, No. 2:12-md-02323

Name of Retired Player:
_Evan Pilgrim_

Address:
_409 Southern Style Dr. Holly Springs, NC 27540_

Telephone No: _248.894.8076_

Date of Birth: _8/14/72_

If applicable, Name of Representative or Derivative Claimant:
_____

Dear Judge Brody:
I object to the petition for attorneys' fees, costs and 5% holdback on awards because I don't think it's fair that Class Counsel take any funds from my monetary award to pay for attorneys' fees for post-settlement work. The NFL has already agreed to pay Class Counsel $112.5 Million to cover their fees and expenses in connection with the settlement and Class Counsel agreed to accept it.
I am concerned that I will be left with inadequate funds to pay for my present and/or future medical care after the attorneys take out their fees.
I am (was) signed to a ____% contingency fee agreement with _____N/A_____ law firm for individual representation in this settlement.
Additional details I would like to share:
_____
_____

_____
_____
_____
_____
_____
_____
_____
_____
_____

_____   _____

_____
Retired Player's (or Representative) Signature         Date
Signed
*Evan Pilgrim*                                          3/26/17

\*Must be Mailed and Postmarked on or before **March 27, 2017**

especially the ones who played prior to 1993. Many of our men are now either gone or completely "lost" to us. We have chosen to stand by them because we realize they were victims. They were not properly educated on the risks of concussions, let alone how to identify a concussion and were in fact encouraged to continue playing immediately following concussions. There were no protocols in place when our husbands played. We ask simply that our husbands be treated with the same honor, dedication and care they showed their NFL teams when they played. They gave their lives to the game and we thank you for acknowledging our concerns. We await your thoughtful reply.

Sincerely,

NFL Players' wives

| **Cassandra Hillary** | *Cassandra Hillary* | **March 27, 2017** |
|---|---|---|
| Wife's Printed Name | Wife's Signature | Dated Signed |

**Ira Hillary, 11/13/1962**
Husbands' Printed Name + DOB

**10523 Stablehand Drive, Cincinnati, Ohio 45242**          **513-891-0930**
Address                                                      Phone

_____   _____   _____
Wife's Printed Name            Wife's Signature              Dated Signed

_____
Husbands' Printed Name + DOB

_____                                  _____
Address                        Phone

_____   _____   _____
Wife's Printed Name            Wife's Signature              Dated Signed

_____
Husbands' Printed Name + DOB

_____                                  _____
Address                        Phone

_____   _____   _____
Wife's Printed Name            Wife's Signature              Dated Signed

_____
Husbands' Printed Name + DOB

_____                                  _____
Address                        Phone