# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | **Hon. Anita B. Brody**<br><br>Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**PETITION OF OBJECTORS PRESTON AND KATHERINE JONES FOR AWARD OF ATTORNEYS' FEES FOR SUCCESSFUL EFFORTS TO IMPROVE THE <u>SETTLEMENT FOR NFL EUROPE LEAGUE PLAYERS</u>**

Class members and objectors to the June 25, 2014 proposed settlement Preston Jones and Katherine Jones ("Jones Objectors") move under Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, and this Court's March 8, 2017 Order on briefing schedule (ECF No. 7261), for an award of attorneys' fees for work performed in the successful effort to improve the value of the final Class Settlement for many retired NFL players who played one or more seasons in the NFL's Europe leagues.

The grounds for this request are set forth in the concurrently-filed Memorandum in Support and the Declaration of James T. Capretz.

The Jones Objectors concurrently submit a proposed order with this petition, but recognize that the Court may choose to issue one or more broader orders addressing fees and costs with respect to multiple parties in this case.

Dated:  March 27, 2017                     Respectfully submitted,

                                           */s/ James T. Capretz*
                                           James T. Capretz
                                           CAPRETZ & ASSOCIATES
                                           5000 Birch Street, Suite 4600
                                           Newport Beach, California 92660
                                           Telephone: (949) 724-3000
                                           Facsimile: (949) 757-2635
                                           Email: jcapretz@capretz.com

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that a copy of the foregoing was served on all counsel of record via the Court's ECF system on Marcy 27, 2017.

                                              */s/ James T. Capretz*
                                              James T. Capretz

2