# EXHIBIT D

# William Duff

7723 Kitner Blvd. – North Field, OH   44067 – Tel:   856-630-4087

September 3, 2014

Clerk of the District Court/NFL Concussion Settlement
US District Court Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA   19106-1797



> Re:   National Football League Players' Concussion Injury Litigation
> Case No. 2:12-md-02323
> Retired Player: William Duff
> DOB: February 24, 1974

Dear Judge Brody:

This letter is written in disagreement with the settlement of the NFL concussion class action suit I am a part of. My main point of contention is regarding NFL Europe play being excluded from the suit. NFLE was fully funded and endorsed by all NFL teams. They allocated players to the European teams and had brutal training camps along with seasons. Having played for the Browns for one full vested season then playing for the Berlin Thunder I can tell you the hits did not change. The head trauma was the same. I would even say since there have been several all pro players that emerged from NFLE the level of play was consistent with NFL season games.

Having a sliding scale of responsibility that excludes NFLE seasons from players' benefits is a gross neglect of responsibility in this lawsuit. According to the current scale a player (such as myself) who spent 2 seasons in NFLE went through four NFL training camps but only has one vested season in the NFL, would only be eligible for 10% of total benefits.

My timeline was as follows:

> 1998 49ers training camp
> 1999 Browns full season roster
> 2000 Browns sent me to NFLE Europe to play with Berlin
> 2000 Browns training camp
> 2001 XFL
> 2002 NFLE Berlin Thunder
> 2002 Lions training camp
> 2003-05 Arena football League

Clerk of the District Court/NFL Concussion Settlement
September 3, 2014
Page 2

_____

      This lawsuit settlement is meant to protect those affected by head trauma from NFL play, and to state that they had no responsibility or hand in NFLE is a farce and misleading principle. I am not the only player who spent time bouncing around NFL rosters and over in Europe so I know some of my fellow football alumni would agree with me in my disagreement.

Regards,

*[signature]* 9/3/14

William Duff
Wbduff50@msn.com
856-630-4087