# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | **Hon. Anita B. Brody**<br><br>Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**[PROPOSED] ORDER GRANTING PETITION OF OBJECTORS PRESTON AND KATHERINE JONES FOR AWARD OF ATTORNEYS' FEES FOR SUCCESSFUL EFFORTS TO IMPROVE THE SETTLEMENT FOR NFL EUROPE LEAGUE PLAYERS**

## ORDER

**AND NOW**, this _____ day of _____, 2017, after consideration of the Petition of Objectors Preston and Katherine Jones for Award of Attorneys' Fees for Successful Efforts to Improve the Settlement for NFL Europe League Players, it is **ORDERED** that:

1. The Petition is **GRANTED**.

2. The law firm of Capretz & Associates, as counsel for Objectors Preston Jones and Katherine Jones, is awarded attorneys' fees in the amount of _____, to be paid from the Attorneys' Fees Qualified Settlement Fund in accordance with Sections 21.1 and 21.2 of the Settlement Agreement approved by the Court on April 22, 2015.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                Copies **MAILED** on _____ to: