# EXHIBIT B

July 19, 2016

To: Steve Marks
Podhurst Orseck P.A.
City National Bank Bldg.
25 West Flagler St. Suite 800
Miami, FL 33130

cc: James E. Doddo P.A.
cc: Diane M. Nast
NastLaw LLC.
1101 Market Street
Suite 2801
Philadelphia, PA 19107

Re: Authority to Represent Agreements signed by Chie Smith dated 2/3/12 and Steven
Anthony Smith dated 1/25/12 and Podhurst Orseck P.A. and James E. Doddo P.A.; and
Supplemental Retainer Agreement between Steven Anthony Smith (undated) and
NastLaw LLC.

Dear Mr. Marks,
My husband Steven and I would each like to cancel our Authority to Represent retainer
agreements described above. As I mentioned earlier, these agreements were not clear
to me from the beginning and I did not realize your firm wanted to represent us as
individuals and would be taking a percentage of Steven's personal award from the
settlement. We have not required any individual services from your firm and do not
require any at this time or in the future.

Additionally, Steven does not wish to serve in the role of Class Representative. He is
not able to communicate or travel as easily as Kevin Turner was able to. Therefore,
we would like to cancel the Supplemental Retainer agreement with NastLaw LLC.

We understand that your firm is one of the Class attorneys, so you are representing
the Class as a whole.  However, Steven and I want to make sure any individual
retainer agreements are cancelled upon the date of this letter.
Thank you.

Sincerely,

Steven and Chie Smith
Steven A. Smith by Chie Smith as P.O.A.

HP Officejet 4630 e-All-in-One Printer

Fax Log for
Steve and Chie Smith
19722343892
Jul 19 2016 1:50PM

Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|-----------|----------|-------|--------|
| Jul 19 | 1:49PM | Fax Sent | 13053582382 | 1:03 | 1 | OK |

