7/16/2016

On Jul 16, 2016, at 1:18 AM, Chie Smith <chiesmith@ymail.com> wrote:

Dear Steven,

First, I appreciate your letter addressing scamming law firms and the promises of pre settlement loans. Our concerns have nothing to do with that. It's come to our understanding that once this became a "class action" suit and the court appointed "court appointed" counsel for those that had a definitive diagnosis, further representation was not needed at that point. We weren't aware of that as it was never brought to our attention. Once this case is resolved those with a definitive diagnosis such as Steve (ALS) will only have to register to receive the award.

Secondly, our understanding is the court has set aside funds to be paid separately to the court appointed counsel. No "extra" attorney fees should come out of our settlement amount of 5 million. Any additional fees would only be paid to Podhurst if we should continue to seek your counsel.

Thirdly, I also signed a separate document from Ricardo Martinez. This document is for "Spouse"vs the NFL as the derivative claimant. How are the attorney fees (Podhurst) being paid?

I would appreciate your response in writing via email as we have been having difficulty connecting by phone.

Sincerely,

Steve and Chie Smith

On Monday, July 18, 2016 11:46 AM, Chie Smith <chiesmith@ymail.com> wrote:

Hello Steven,

We hope you enjoyed some time away with your kids and we understand not being able to get back with us right away. After reading your last letter we want to make sure you understand our concerns.

Let me be clear in case your under the assumption were being lured away from Podhurst as a client. We are not. We appreciate your referring us to the bank for further assistance and the professional manner in which you and the Podhurst attorneys have performed thus far but as far as the suit goes our understanding is that we do not need an attorney to participate in the settlement. We did not have a clear understanding of this and you have not once mentioned this to us or given us any other option. Any work performed up to this point has not only been done for us but for any and all your clients that fall under the class suit. As far as taking our case on contingent, let me remind you, we did not contact Podhurst/Orseck for representation. We were contacted by Ricardo Martinez asking if we would consider Podhurst to be our representatives. I am most certain that the majority of cases with players having a definitive diagnosis are all being represented on contingent. You have represented us for years as you mentioned in your letter because this suit is not over.

Lastly and most importantly, please confirm whether our individual agreement with you means essentially that Podhurst will receive 45% of our reward.

Best Regards,

Steve and Chie Smith

On Monday, July 18, 2016 4:06 PM, Chie Smith <chiesmith@ymail.com> wrote:

Steven,

What concerns Steve and I is that you will in fact receive additional compensation even if it's not 45% which is double dipping and that is something we have asked you numerous times. Podhurst will receive compensation from the suit separately from our reward and then you would essentially be receiving a percentage (even for example if it's 1%) from our reward, hence the double dipping.

Chie,

Sorry it's been difficult to connect by phone. Every year I take my children on a trip to the Bahamas where phone service is hit and miss. Therefore, I asked my partner, Stephen Rosenthal, to call you and if there were still any questions, I would call the moment I knew I had a consistent signal.

Nevertheless, please let me attempt to put your mind at ease. We are going to be fair and work out a reasonable solution once we have clarity on fees. The court has not set aside any money for fees. The agreement only provides that the NFL won't challenge Class Counsel's request for "common benefit" fees up to a certain amount. At this point, not a penny has been awarded by the court much less an award with respect to an allocation to each of us who played an active role. This isn't likely to occur for some time and even after it is presented to the court and Judge Brody ultimately makes a ruling, there will be objectors and appeals.

The point is that we have no idea how this will play out. We have been representing you and Steve for years. We have been proud to do so on a complete contingency risk basis. I hope through that long process you know that we are reasonable and honorable professionals.

Bottom line is that the resolution of whatever fees we receive or might be entitled to is not ripe. Most importantly, you can be sure that before anything occurs, we will discuss it with you and our other clients and work out a fair and reasonable resolution.

You probably still have questions better addressed by a call. Stephen will try to reach you as will I.

Steven

Steven C. Marks
Podhurst Orseck PA
25 West Flagler Street
Suite 800
Miami FL 33130
305.358.2800
Show original message

Thanks for your continued support.

Regards,

Steven C. Marks, Esq.
**Podhurst Orseck, P.A.**
25 West Flagler Street – Suite 800
Miami, FL   33130
Tel: (305) 358-2800
Fax: (305) 358-2382
Email:  smarks@podhurst.com


On Tuesday, July 19, 2016 10:02 AM, STEVEN C. MARKS <SMARKS@PODHURST.com> wrote:


I recently saw a legal advertisement which provided false and misleading information. I don't know if your questions were prompted by that, but we have be retained to represent you and Steve and have done so for many years. We are also separately appointed by the Court, along with others, to act as class counsel. So you do already have personal counsel.

I really think a conversation would be the best way to address all of your questions. I know Stephen tried you last week. I am sure he is available this week as well. Or, if you prefer to have the discussion with me, I would like to schedule it when I return next Tuesday.

Please let us know.

Thanks.

Steven

Steven C. Marks
Podhurst Orseck PA
25 West Flagler Street
Suite 800
Miami FL 33130
305.358.2800

On Jul 18, 2016, at 10:30 PM, Chie Smith <chiesmith@ymail.com> wrote:


Do we need an attorney to represent us with this class action suit?
Steve and Chie Smith



no sub (5)

**STEVEN C. MARKS** <SMARKS@PODHURST.com>
To: Chie Smith
CC: Gina Palacio, RICARDO M. MARTINEZ-CID, STEPHEN F. ROSENTHAL

07/18/16 at 2:37 PM

Chie,

To address your last point first, no we will not be seeking 45% fee. As our agreement states, our fee will be a reasonable one under the circumstances.

Chie, I hope you know that we will do the right thing. We have never given you any reason to think otherwise. That is all you can ask of any professional. Let's see how this all plays out and then I promise you that we will be fair once we know where we stand.

Still away with kids until Monday. If it can't wait, please feel free to call Stephen or Ricardo who I have copied.

Thanks.

Steven

Steven C. Marks
Podhurst Orseck PA
25 West Flagler Street
Suite 800
Miami FL 33130
305.358.2800