# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody**<br><br>CIVIL ACTION NO: 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**AFFIDAVIT OF STEVEN A. SMITH**

STATE OF TEXAS   :
                 :
COUNTY OF COLLIN :

I, Steven Anthony Smith, being duly sworn according to law, depose and state as follows:

1. I am a citizen of the State of Texas and I reside in Richardson, Texas. I was born on August 30, 1964 and am 51 years old. I have been married to Chie T. Smith since December 1989 and we have two children. My son Dante is 25 years old and my daughter Jazmin is 24 years old. They also reside in Richardson, Texas. I am a retired NFL football player. I played professional football as a fullback in the NFL from 1987 to 1993 for the Los Angeles Raiders and from 1994 to 1995 for the Seattle Seahawks. In July 2002, I was diagnosed with Amyotrophic Lateral Sclerosis ("ALS"). I submit this Affidavit to declare that I am ready,

willing and able to step into the shoes of my fellow Retired NFL Football Player, Kevin Turner, as the Subclass 2 Representative, to perform whatever tasks are necessary to insure the fair and adequate representation of the Subclass 2 Class Members going forward.

2. Beginning about 2000, I started noticing twitching and weakness in my hands, neck and arms. The twitching and weakness gradually spread, whereby it became increasingly difficult to hold a razor to shave, lift a glass to drink, or eat. In July 2002, I was diagnosed with ALS, also referred to as Lou Gehrig's disease.

3. As the disease has progressed, my quality of life has been increasingly impaired, robbing me of muscle movement, motor function and my ability to speak. I no longer am able to feed myself, brush my teeth, shave, bathe or dress myself and require round-the-clock assistance. I have been hospitalized numerous times, due to infections. I breathe through a ventilator, receive nutrients through a feeding tube and communicate with my eyes via a state-of-the-art computer system.

4. As a father, one of the most difficult things I have had to face was telling my children that I was diagnosed with this fatal, incurable disease and knowing that I may not be able to be there for them in the future to offer the support and care they will need. I have participated in various research studies in an effort to slow down the progress of this disease and to hopefully assist in finding a cure, which realistically may not come in time for me. So for my family, my countless brothers who are suffering from serious neurocognitive symptoms, and myself, it is imperative that we receive help now.

5. On January 20, 2012, I filed a complaint, through my attorney Steve Marks of Podhurst Orseck, PA, against the Defendants National Football League and NFL Properties, LLC (collectively, the "NFL Parties") in the United States District Court for the Southern

District of Florida (*Jones, et al. v. National Football League*, Case No. 1:11-cv-24594-JEM). That action was transferred to this MDL on February 14, 2012. Thereafter, on July 12, 2012, I filed a Short Form Complaint against the NFL Parties. In that complaint, I incorporated by reference the allegations of the Master Administrative Long-Form Complaint and specifically alleged that I sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices, and that I suffer from symptoms of brain injury caused by these head impacts.

6. Throughout these proceedings, I have followed the litigation closely. My wife and I have had countless meetings, telephone conferences and email exchanges with my counsel, Steve Marks, about the status of proceedings.

7. I supported final approval of the Class Action Settlement Agreement, dated June 25, 2014, and the Class Action Settlement Agreement (As Amended), dated February 13, 2015) between the Plaintiff Class and the NFL Parties and the certification of the Class and Subclasses.

8. My wife, Chie, traveled from our home in Texas to Philadelphia to attend the Fairness Hearing before this Court on November 19, 2014.

9. I am aware that the question of the approval of the Settlement is currently pending decision by the Court of Appeals. Should it be necessary for me to advocate for members of the Class or Subclass in any matters going forward into the future, I would be honored to do so.

I declare that the foregoing is true and correct.

Executed this 15 day of April, 2016.

*/s/ Steven Anthony Smith*
STEVEN ANTHONY SMITH

By: Chie T. Smith, as agent for Steven Anthony Smith, pursuant to Statutory Durable Power of Attorney dated September 24, 2015.

Sworn and Subscribed before me this 15th day of April, 2016

NOTARY PUBLIC

MELANDIE ROTA
Notary ID # 126037803
My Commission Expires
April 23, 2019

- 4 -