# EXHIBIT G

## SUPPLEMENTAL RETAINER AGREEMENT

I, Steven Anthony Smith, am currently being represented by the law firms of PODHURST ORSECK, P.A., and JAMES E. DODDO ,P.A., in my claim for damages against THE NATIONAL FOOTBALL LEAGUE, and several other defendants, IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, Case No. 12-md-2323, pursuant to an Authority to Represent Agreement executed in January 2012.   This Supplemental Retainer Agreement does not alter or amend the Authority to Represent Agreement in any way.

This Supplemental Retainer Agreement confirms that I, Steven Anthony Smith, have agreed to also retain the law firm of NastLaw, LLC to represent me as a Plaintiff and Class Representative in all matters pertaining to class certification and all common class issues after certification in the above-referenced action.

It is agreed and understood that this employment is upon a contingent fee basis.  If a class-wide settlement or judgment is obtained for a certified class in which I am a member, NastLaw, LLC and any other attorneys representing the class will make an application to the court for an award of fees and reimbursement of litigation expenses for representing the class. NastLaw, LLC shall take only such fees and expenses as are awarded by the court as full and complete compensation for its services.  If a class in which I am a member is not certified or if the court does not award NastLaw, LLC any fees or expenses, I will not be indebted to NastLaw, LLC for any sum whatsoever as attorneys' fees and expenses.  Regardless of whether a class is certified or NastLaw, LLC is awarded any fees or expenses by the court, NastLaw, LLC will not be entitled to receive any percentage of the proceeds of any individualized recovery paid or awarded to me.

I agree to cooperate in the preparation and trial of this case, to appear on reasonable notice for depositions and court appearances, to provide

documents and answer interrogatories as necessary, and to comply with reasonable requests made of me in connection with the preparation and presentation of this case. I also agree to keep and preserve all documents relevant to this case, including any electronic documents (*i.e.* email, Word or WordPerfect documents, accounting systems, Excel spreadsheets or other computer-based documents).

The following is a further description of the responsibilities of a class representative, and I have agreed to accept these responsibilities:

1.    A class representative represents the interest of all members of his/her class in litigation to recover damages for the class.

2.    A class representative has claims which are typical of those of the class, and thus involve **common issues** of law or of fact. For example, as a class representative, your claims against the defendants are typical of the class claims against them.

3.    A class representative always considers the interests of the class just as he/she would consider his/her own interests.

4.    A class representative participates actively in the lawsuit, such as by testifying at deposition and trial, and answering written interrogatories, and by keeping generally aware of the status and progress of the lawsuit.

5.    A class representative recognizes and accepts that any resolution of the lawsuit, such as by settlement or dismissal, is subject to court approval, and must be designed in the best interests of the class as a whole.

6.    A class representative is not required to be particularly sophisticated or knowledgeable with respect to the subject of the lawsuit.  However, he/she should be interested, on a continuous basis, in the progress of the lawsuit, and must make every effort to provide his/her lawyers and the court with all relevant facts of which he/she is aware.

7.    A class representative volunteers to represent many other people with similar claims and damages, because he/she believes that it is important that all benefit from the lawsuit.  He/she believes that a class lawsuit will save time, money, and effort, and thus will benefit all parties, and the court, and because he/she believes that the class action is an important tool to assure compliance with the law.

*Chie Smith as agent for Steven Anthony Smith*
STEVEN ANTHONY SMITH
By: Chie T. Smith, as agent for Steven
Anthony Smith, pursuant to Statutory
Durable Power of Attorney dated
September 24, 2015

The above employment is hereby accepted upon the terms stated therein.

NASTLAW, LLC
1101 Market Street
Suite 2801
Philadelphia, PA 19107

By:    *Dianne M. Nast*
Dianne M. Nast