# EXHIBIT H

1/31/2017                                                                                         Print

**Subject:** Question for Status Conference
**From:** Chie Smith (chiesmith@ymail.com)
**To:** ClaimsAdministrator@NFLConcussionSettlement.com;
**Date:** Tuesday, January 31, 2017 11:29 AM

To The Honorable Judge Brody,

Our former attorney Steven Marks and the firm he represents Podhurst/Orseck asked for 40% plus an additional 5% for post judgement relief or action required for recovery on the judgment when we initially signed a retainer agreement prior to the suit becoming "class action". As one of the leading court appointed firms in this suit we were never informed once this became a class action suit we did not need an attorney. Our case was cut and dry so to speak. When I sent correspondence to Steven Marks via email questioning "double dipping" as our understanding was that the attorneys would be paid separately from a pot shared by the leading attorneys and not from our individual award, Steven Marks insisted this was not the case and they would be "open" to discussing a lower percentage. I feel he was misleading and had not done anything beyond relaying updates about from the suit and after I called inquiring about updates as I would learn info first hand from the internet and or through other wives first.

I took action last summer and sent an official letter and email of termination with Podhurst/Orseck for misleading us and knowing that attorney representation wasn't needed for a reward  Steven Marks said after verbal discussion on the matter in which he expressed his disappointment said he would not seek any further litigation between us although I did not receive this in writing.  So my question is... 1. Is there a cap on the % law firms can take from awards on top of what they'll be paid separately from the pot set aside to pay their fees? 2. Will I need to follow up with any further evaluation for Steve with an ALS diagnosis?

Thank you for your response.

Sincerely,

Chie Smith

about:blank                                                                                         1/1