# Exhibit C

**Revised Summary of Expenses**

|  | MoloLamken LLP |
|---|---|
| **Reporting Period:** | September 3, 2013 - November 30, 2016 |

| Type of Expense | Total Expenses |
|---|---:|
| (1) Fees | $830.36 |
| (2) Federal Express/Local Courier, etc. | $0.00 |
| (3) Postage Charges | $0.00 |
| (4) Fascimile Charges | $0.00 |
| (5) Long Distance/Conference Calls | $0.00 |
| (6) In-House Document Reproduction | $0.00 |
| (7) Outside Document Reproduction | $8,336.86 |
| (8) Lodging/Hotels | $6,649.81 |
| (9) Dining/Meals | $271.11 |
| (10) Mileage | $121.00 |
| (11) Air Travel | $2,868.90 |
| (12) Ground Transportation | $6,237.74 |
| (13) Legal Research/Lexis/Westlaw | $0.00 |
| (14) Miscellaneous (litigation support, graphics, articles/books, supplies for hearing) | $21,025.74 |
| **Total:** | **$46,341.52** |