# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>Document 7151 | **JOINDER TO OBJECTIONS TO CO-LEAD COUNSEL'S PETITION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF COSTS AND EXPENSES, ADOPTION OF SET ASIDE OF EACH MONETARY AWARD AND OTHER RELIEF** |

Comes now Attorney David Buckley, PLLC, and files this joinder to all objections to Co-Lead Counsel's Petition For An Award Of Attorneys' Fees, Reimbursement Of Costs And Expenses, Adoption Of Set Aside Of Each Monetary Award And Other Relief on behalf of Sydney Justin, and all other Retired NFL Players and members of the Class Certified in this matter represented by Attorney David Buckley, PLLC and state as follows:

1. On February 13, 2017, Co-Lead Class Counsel filed its Petition For An Award Of Attorneys' Fees, Reimbursement Of Costs And Expenses, Adoption Of Set Aside Of Each Monetary Award And Other Relief.

2. The Court Ordered Objections to Co-Lead Class Counsel's Petition referenced hereinabove to be filed on or before March 27, 2017.

3. Sydney Justin, and all other Retired NFL Players and members of the Class Certified in this matter represented by Attorney David Buckley, PLLC hereby file this Notice of Joinder to Objections and do hereby join the objections filed in documents 7344, 7346, 7350, 7353, 7356, 7359, and any objections filed hereafter.

4. In summary, the individuals represented by Attorney David Buckley, PLLC oppose and object to any fee award to be taken out of individual awards, including the 5% holdback requested by Class Counsel. Objectors remain fully supportive of the settlement and have no objection to Class Counsel receiving an award of attorneys' fees and expenses to be paid by the NFL parties.

Dated: March 27, 2017

Respectfully submitted,

ATTORNEY DAVID BUCKLEY, PLLC

By: _____
David Buckley
State Bar No. 24078281
FED ID No. 1465981
Scott Wert
State Bar No. 00794835
1811 Bering Drive Ste. 300
Houston, TX 77057
Tel. (713)719-9312
Fax. (713)719-9307
scott@thebuckleylawgroup.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Petition to Establish Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: March 27, 2017

*Scott W. Wert*

Scott Wert
Attorney David Buckley, PLLC
State Bar No.00794835
1811 Bering Drive Ste. 300
Houston, TX 77057
Tel. (713)719-9312
Fax. (713)719-9307
scott@thebuckleylawgroup.com

**ATTORNEY FOR PLAINTIFFS**