**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIG., | ) ) ) ) | 2:12-md-02323-AB |

**NOTICE OF APPEARANCE**

George W. Cochran hereby enters his appearance in this case on behalf of class member and objector Curtis L. Anderson for purposes of objecting to Plaintiffs' request for attorneys' fees (DE 7151). Pursuant to this Court's Order of March 8, 2017 (DE 7260), a sworn declaration attesting to my representation of Class Member Curtis L. Anderson is filed as Exhibit 1 hereto.

/s/ George W. Cochran
George W. Cochran (92855)
1385 Russell Drive
Streetsboro, Ohio 44241
Tel:   (330) 626-5600
Fax:   (330) 230-6136
Email: lawchrist@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed via the ECF filing system on March 27, 2017, and that as a result electronic notice of the filing was served upon all attorneys of record.

/s/ George W. Cochran
George W. Cochran