**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | ) | |
| **IN RE: NATIONAL FOOTBALL LEAGUE** | ) | **2:12-md-02323-AB** |
| **PLAYERS' CONCUSSION INJURY LITIG.,** | ) | |
| | ) | |

## <u>DECLARATION</u>

I, George W. Cochran, hereby declare under the pains and penalties of perjury that I have

been  retained by class member Curtis L. Anderson to file objections on his behalf (including

objections to Plaintiffs' petition for attorneys' fees).


Signed Under the Pains and Penalties of Perjury this 27th
day of March, 2017.                                             */s/ George W. Cochran*