IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden,<br>*on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Hon. Anita B. Brody<br><br><br><br>CIVIL ACTION No. 14-00029-AB |
| THIS DOCUMENT RELATES TO:<br>DOCUMENT 7151 | |

**MEMORANDUM OF RETIRED NFL PLAYER ANDREW STEWART OPPOSING THE FEE PETITION'S PROPOSED FIVE PERCENT SET-ASIDE OF THE MONETARY AWARD**

Andrew Stewart ("Stewart"), by his attorneys, Rosenthal Lurie & Broudy LLC, hereby joins in the opposition of his fellow class members to the five percent set-aside provision of the Fee Petition (Document No. 7151). Rather than repeating arguments already made, Stewart incorporates by reference the arguments against the five percent set-aside set forth in Document Nos. 7282, 7344, 7346, 7350, 7353 and 7356.

        Respectfully submitted,

Dated: March 27, 2017　　　　　　　*/s/Michael H. Rosenthal*
　　　　　　　　　　　　　　　　　Michael H. Rosenthal (ID No. 48231)
　　　　　　　　　　　　　　　　　Rosenthal Lurie & Broudy LLC
　　　　　　　　　　　　　　　　　486 Thomas Jones Way, STE 210
　　　　　　　　　　　　　　　　　Exton, PA 19341
　　　　　　　　　　　　　　　　　Tel. (215) 496.9404
　　　　　　　　　　　　　　　　　Fax (215) 600.1728
　　　　　　　　　　　　　　　　　Michael@RLBlawgroup.com
　　　　　　　　　　　　　　　　　*Attorneys for Andrew Stewart*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on March 27, 2017 on all counsel of record by the Court's ECF system.

*/s/ Michael H. Rosenthal*
Michael H. Rosenthal
