UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FOOTBALL LEAGUE; et. al.,<br><br>Defendants.<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS and DK#7151 | No. 2:12-md-02323-AB MDL No. 2323<br><br>Hon. Anita B. Brody<br><br>Civil Action NO. 14-00029-AB |

### NOTICE OF APPEARANE OF COUNSEL FOR FORMER NFL PLAYERS

Pursuant to MDL Rule 2.1(c) and MDL No. 2323 Case Management Order No. 1 paragraph 14, the undersigned Plaintiffs' counsel gives notice that Lawson Law Offices represents the following former NFL players:

1. MICHAEL MERRIWEATHER
2. BRIAN WILLIAMS
3. GEORGE KOONCE
4. JOHN HARRIS

1

5. VIDAL CARLIN

6. DERRICK MAYES

7. COURTNEY GRIFFIN

8. BOBBY ABRAMS

9. BOBBY WATKINS

10. HONOR JACKSON

11. CHARLIE SMITH

12. KEVIN SMITH

13. GUS PARHAM

14. JEFF STOVER

15. JUDE WADDY

16. DUVAL LOVE

17. TRAVIS JERVEY

18. LOUIS LEONARD

19. KARL MORGAN

20. SIRAN STACY

21. J. DOUGLASS HOLLIE

Date: March 27, 2017

LAWSON LAW OFFICES

*[signature]*

Antonio M. Lawson
CA State Bar No. 140823
**Lawson Law Offices**
6146 Mazuela Drive
Oakland, CA 94611
Telephone: (510) 418-2656
tony@lawsonlawoffices.com

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served via overnight mail on March 27, 2017 to the Court for filing and service through the ECF filing system, and that as a result electronic notice of the filing was served upon all attorneys of record.

Antonio M. Lawson

Clerk of the District Court/NFL Concussion Settlement
Judge Anita B. Brody (1 copy)
Eric Sobieski, MDL Docketing (1 copy)
US District Court, Eastern District of Pennsylvania
2609 US Courthouse
601 Market Street
Philadelphia, PA  19106-1797