UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>      Plaintiffs,<br><br>vs.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>      Defendants.<br><br>THIS DOCUMENT RELATES TO:<br>DK#7151 | No. 2:12-md-02323-AB MDL No. 2323<br><br>Hon. Anita B. Brody<br><br>Civ. Action No. 14-00029-AB |

**NOTICE OF JOINDER IN VARIOUS OBJECTIONS OF CO-LEAD CLASS COUNSEL'S PETITION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF COSTS AND EXPENSES, ADOPTION OF A SET-ASIDE OF EACH MONETARY AWARD AND OTHER RELIEF**

      This Memorandum is filed on behalf of LORENZO WHITE, and 94 others who are Retired NFL Players and members of the Class certified in this matter, all of which object to Co-Lead Class Counsel's (the "CCC") Petition for An Award of Attorneys' Fees, Reimbursement of Costs and Expenses, Adoption of a Set-Aside of Each Monetary Award and other relief, filed on February 13, 2017 ("The Petition").

      In the interest of judicial economy, and due to the fact that the

aforementioned class members and undersigned counsel both object for the same reasons listed in their motions, Weisberg & Associates, PA, hereby joins, adopts, and incorporates by reference in its entirety, the following objection(s) to "The Petition": Documents 7356, 7355, 7354, 7353, 7351, 7350, 7346, 7344, and 7282.

Respectfully submitted,

**WEISBERG & ASSOCIATES,**
Attorneys at Law

 s/ Lawrence Weisberg
Fla. Bar No. 962198
21301 Powerline Rd. #100
Boca Raton, FL 33433
Telephone: (561) 362-7355
Facsimile: (561) 880-6570
LWeisberg@WeisbergLegal.com *Attorney for Individual Class Members*

## CERTIFICATE OF SERVICE

**I CERTIFY that the above has been filed with the Clerk of Court's EF/ECM system, which will provide service to all parties designated to receive service this March 27, 2017.

 s/ Lawrence Weisberg
Lawrence Weisberg, Esq.

** Due to an issue with electronic filing on 3/27, this Notice could not be filed until 3/28. However, it was sent to co-lead counsel via email on 3/27 to meet the deadline.