APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kevin Turner and Shawn Wooden | : CIVIL ACTION |
| v. | : |
| National Football League, et al. | : NO. 2:12-md-2323 |

ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of <u>Catherina Watters</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:12-md02323-AB

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Catherina Watters__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __837__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| California | 03/17/2000 | 206317 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    Steven A. Smith

_(signature)_
(Applicant's Signature)

03/21/2017
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Catherina Watters, Attorney at Law
P.O. Box 2252 Orinda, CA 94563
321-278-7237

Sworn and subscribed before me this

____ Day of _____, 200___

PLEASE SEE ATTACHED FOR NOTARIZATION

_____
Notary Public

10/04

# California Jurat

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**State of California**

**County of Contra Costa**

Subscribed and sworn to (or affirmed) before me on this 21ST day of MARCH, 20 17, by CATHERINA WATTERS
Name of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

M. MARCUCCI
COMM. #2020860
NOTARY PUBLIC • CALIFORNIA
CONTRA COSTA COUNTY
My Comm. Expires May. 17, 2017

M. Marcucci
Signature of Notary Public

Place Notary Seal Above

## Description of Attached Document

Title or Type of Document: APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT

Document Date: 3·21·17   No. of Pages: 1

Signers(s) Other Than Named Above: ___

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Catherina Watters_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Kevin Golden | _[signature]_ | 02/11/2008 | 94210 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Tucker Law Group

Ten Penn Center, 1801 Market Street, Suite 2500, Philadelphia, PA 19103

215-875-0609

Sworn and subscribed before me this
28th Day of _August_ 2001

_[signature]_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DONNA ROSE CRANE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires July 15, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kevin Turner and Shawn Wooden | CIVIL ACTION |
| v. | |
| National Football League, et al. | NO.  2:12-md-2323 |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___Catherina Watters___

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was served as follows:

filed today via ECF, which caused notice to be sent to all counsel

of record.

_____
Signature of Attorney

Kevin L. Golden
Name of Attorney

Steven A. Smith
Name of Moving Party

03/28/2017
Date