UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> Plaintiff's Master Administrative Long-Form Complaint and: <br><br> Plaintiff Shawntae Spencer | **NOTICE OF ATTORNEY'S LIEN** |

Attorney David Buckley, PLLC, Mokaram & Associates, PC, the Stern Law Group and The Webster Law Firm, PC, attorneys for Plaintiff Shawntae Spencer in the above named and numbered cause of action, hereby notify this Court and all parties that Attorney David Buckley, PLLC, Mokaram & Associates, PC, the Stern Law Group and The Webster Law Firm, PC, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Shawntae Spencer.

Dated: March 27, 2017

                                                  Respectfully submitted,

                                                  ATTORNEY DAVID BUCKLEY, PLLC

By: _____

                                                  David Buckley <br>
                                                  State Bar No. 24078281 <br>
                                                  FED ID No. 1465981

Scott Wert
State Bar No.00794835
1811 Bering Drive Ste. 300
Houston, TX 77057
Tel. (713)719-9312
Fax. (713)719-9307
scott@thebuckleylawgroup.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Petition to Establish Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: March 28, 2017

_Scott W. Wert_

Scott Wert
Attorney David Buckley, PLLC
State Bar No.00794835
1811 Bering Drive Ste. 300
Houston, TX 77057
Tel. (713)719-9312
Fax. (713)719-9307
scott@thebuckleylawgroup.com

**ATTORNEY FOR PLAINTIFFS**