UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> Plaintiff's Master Administrative Long-Form Complaint and: <br><br> Plaintiff Christopher White | **PETITION TO ESTABLISH ATTORNEY'S LIEN** |

Comes now Petitioners, Attorney David Buckley, PLLC, Mokaram & Associates, PC, the Stern Law Group and Buche & Associates, PC, pursuant to an executed Agreement for Legal Services come now and states as follows:

1. Petitioners are attorneys at law admitted to practice before the courts of Texas, and files this Petition to establish a lien for attorney's fees as set forth hereinafter.

2. On or about June 17, 2016, Petitioners, Attorney David Buckley, PLLC, Mokaram & Associates, PC, the Stern Law Group and Buche & Associates, PC, were retained and employed by the Plaintiff, Christopher White, pursuant to an agreement for legal services, to pursue a claim for injuries and damages allegedly caused by the National Football League's conduct associated with football-related concussions, head, and brain injuries.

3. The specifics of the agreement for legal services are as follows: If no recovery (by settlement or trial) is obtained, client will not owe a legal fee. If Attorney David Buckley, PLLC, Mokaram & Associates, PC, the Stern Law Group and Buche & Associates, PC, obtains a settlement or judgment for Client, Client will pay to the Petitioners thirty three and one third percent (33 1/3%) of the gross recovery plus reimbursement of expenses.

4. When Petitioners entered into contract with Plaintiff, Petitioners entered into the risk and expense of the litigation before any settlement discussion has been held. Pursuant to this agreement, the Petitioner filed a Complaint on April 24, 2016 in this matter on behalf of the Plaintiff, which is subject of the instant action.

5. From the date the Petitioner was authorized to proceed on behalf of the Plaintiff, the Petitioner has actively and diligently investigated, prepared, and pursued Plaintiff's claims, and has taken all steps necessary to prosecute those claims, including, but not limited to, correspondence and communications with the client, preparation and review of client's factual and legal circumstances, retaining experts, drafting and providing client updates, analyzing Plaintiff's medical status and need for medical testing, etc.

6. The Plaintiff has discharged the Petitioners as his attorney in this matter, and it is expected that a new attorney will be pursuing representation of the Plaintiff in this action.

7. Petitioners were not terminated due to any malfeasance or other improper action.

8. The Petitioners claim the right to have a lien for attorney's fees and expenses established and enforced upon any sums to be derived from any settlement or judgment obtained or to be obtained by Plaintiff in this action.

WHEREFORE, the Petitioners pray:

1. That an attorney's lien be established;

2. That the amount of the lien be determined;

3. That the Court order that Petitioner be entitled to enforce an attorney's lien against the proceeds to be derived from any settlement or judgment in this action;

4. That the Defendant or the Defendant's insurer be prohibited from paying to the Plaintiff any sums of money until said lien has been satisfied; and

5. For such other further relief as this Court deems just.

Dated: March 27, 2017

                                                                        Respectfully submitted,

                                                                        ATTORNEY DAVID BUCKLEY, PLLC

By: _____
        David Buckley
        State Bar No. 24078281
        FED ID No. 1465981
        Scott Wert
        State Bar No.00794835
        1811 Bering Drive Ste. 300
        Houston, TX 77057
        Tel. (713)719-9312
        Fax. (713)719-9307
        scott@thebuckleylawgroup.com

        **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that I caused the foregoing Petition to Establish Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: March 28, 2017

*/s/ Scott W. Wert*

Scott Wert
Attorney David Buckley, PLLC
State Bar No.00794835
1811 Bering Drive Ste. 300
Houston, TX 77057
Tel. (713)719-9312
Fax. (713)719-9307
scott@thebuckleylawgroup.com

**ATTORNEY FOR PLAINTIFFS**