**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>          Plaintiffs,<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>          Defendants. | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**NOTICE OF APPEARANCE OF COUNSEL FOR FORMER NFL PLAYERS**

Pursuant to MDL Rule 2.1(c) and MDL No. 2323 Case Management Order No. 1 paragraph

14 [MDL ECF 4], the undersigned Plaintiffs' counsel gives notice that X1LAW, P.A. f/k/a Patrick J.

Tighe, P.A. and Loren & Kean Law and represent the following NFL players:

1.  DeAndra' Cobb
2.  Robert Brannon
3.  Tim McTyer
4.  Eric Starr
5.  Randy Phillips
6.  Eric Green
7.  Reggie Freeman
8.  Siupeli Malamala
9.  Holbert Johnson
10. Scot Kirby
11. Eric Streater
12. Woodrow Lowe

13. Javarris James
14. DaJuan Morgan
15. Dedrick Epps
16. Steven Harris
17. Davlin Mullen
18. Michael Merritt
19. Cornel Webster
20. Ron Edwards
21. Claude Wroten
22. Johnnie Lynn
23. David Sims
24. Gary Mullen
25. Kim Anderson
26. Brandon Banks-McNair
27. Shawn Banks
28. Fred Bennet
29. Lyther Broughton
30. Marquice Cole
31. Walter Curry
32. Joshua Bell
33. Emanuel Cook
34. Corvey Irvin
35. Anthony Allen
36. Michael Coe
37. Creico Murray
38. Ed Phillon
39. Stefan Logan
40. Britt Davis
41. Kynan Forney
42. Deveron Harper
43. Robert Hicks
44. Dale Jones
45. Frank Leatherwood
46. Durwood Roquemore
47. Derek Walker
48. Markus White
49. Jenorris James
50. Drew Coleman
51. Titus Dixon
52. Greg Evans
53. Jim Lavin
54. Davidia Mims
55. Tony Nathan
56. Evan Oglesby
57. Brandon Sanders

58. Daniel Sanders
59. Maurice Smith
60. Reggie Smith

Their undersigned legal counsel requests that all court filings and communications

regarding their claims be served upon these law firms at the addresses and telephone numbers listed

below.

*s/ Michael St. Jacques, II*
MICHAEL G. ST. JACQUES, II
Florida Bar No. 0783471
mstjacques@lorenkeanlaw.com
mmarin@lorenkeanlaw.com
LOREN & KEAN LAW
Attorneys for Plaintiffs/Cobb Objectors
7111 Fairway Drive, Suite 302
Palm Beach Gardens, FL 33418
Phone: 561-615-5701
Fax:    561-615-5708

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2017, the foregoing document was electronically filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, and that the filing is available for downloading and viewing from the electronic court filing system by counsel for all parties.

**LOREN & KEAN LAW**

/s/ Michael G. St. Jacques, II
**MICHAEL G. ST. JACQUES, II**