## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 12-md-2323 (AB) |
| | MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, | **Hon. Anita B. Brody** |
| Plaintiffs, | |
| National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc., | |
| Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### NOTICE OF FILING AMENDED "EXHIBIT A" TO
### MOTION TO ACCEPT OBJECTION TO FIVE PERCENT SET-ASIDE
### FILED ON MARCH 27, 2017 UNDER THE WRONG CASE NUMBER
### AND MOTION FOR EXTENSION OF TIME TO FILE OBJECTION

Class Members and Retired Players DeAndra' Cobb, *et al.*, give Notice of Filing Amended "Exhibit A" to their Motion to Accept Objection to Five Percent Set-Aside Filed on March 27, 2017 Under the Wrong Case Number and Motion for Extension of Time to File Objection [ECF No. 7401]. The exhibit was reduced to show the original filing stamp superimposed on ECF No. 7401-1.

Dated: March 29, 2017

Respectfully Submitted

<u>*s/ Michael St. Jacques, II*</u>
MICHAEL G. ST. JACQUES, II
Florida Bar No. 0783471

mstjacques@lorenkeanlaw.com
mmarin@lorenkeanlaw.com
LOREN & KEAN LAW
Attorneys for Plaintiffs/Cobb Objectors
7111 Fairway Drive, Suite 302
Palm Beach Gardens, FL  33418
Phone: 561-615-5701
Fax:    561-615-5708

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 29, 2017, the foregoing document was electronically filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, and that the filing is available for downloading and viewing from the electronic court filing system by counsel for all parties.

**LOREN & KEAN LAW**

/s/ Michael G. St. Jacques, II
_____

**MICHAEL G. ST. JACQUES, II**