UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

[~~PROPOSED~~] ORDER

**AND NOW,** upon consideration of DeAndra' Cobb's *et al.* Motion to Accept Objection to Five Percent Set-Aside Filed on March 27, 2017 Under the Wrong Case Number [ECF No. 7401], and any responses thereto, it is hereby

ORDERED that the motion is GRANTED.

1. Counsel shall refile the objection, which shall be deemed filed as of March 27, 2017.

SO ORDERED, this 29th day of March, 2017

_____
Anita B. Brody
United States District Judge

Copies via ECF on ___