# EXHIBIT

# "A"

Date: 3/27/17

DeAndra' Cobb
6309 Tierra Cove Street
Las Vegas, NV 89081
661-974-1137
DOB:

Date: <u>3/27/17</u>

Robert Brannon
2412 Read Street
Columbia, SC 29204
803-361-4013
DOB:

Date: 3/27/17

Tim McTyer
829 E. 118th Place
Los Angeles, CA 90059
213-864-7609
DOB:

Date: 3/27/17

Eric Starr

Eric Starr
2911 St. Mary's Road
Hillsborough, NC 27278
919-903-1433
DOB:

Date: 3/27/17

Randy Phillips
642 SW 7th Street
Belle Glade, FL 33430
863-599-9828
DOB:

Date: 3/27/17

Eric Green
1015 Ponce De Leon Avenue
Clewiston, FL 33440
954-648-1023
DOB:



Date: <u>3/27/17</u>

Reggie Freeman
285 Berenger Walk
Royal Palm Beach, FL 33414
561-301-7229
DOB:

Date: 3/27/17

Siupeli Malamala
PO Box 14621
North Palm Beach, FL 33408
561-543-8336
DOB:

Date: <u>3/27/17</u>

Holbert Johnson

Holbert Johnson
2241 Harbor Cliff Drive
Las Vegas, NV 89128
310-350-3934
DOB·

Date: 3/27/17

Scott Kirby
507 Springvale Road
Castlerock, CO 80104
913-219-6629
DOB:

Date: <u>3/27/17</u>

*Eric M. Streater*

Eric Streater
7715 Holly Hill Road
Charlotte, NC 28277
704-531-0860
DOB:

Date: <u>3/27/17</u>

Woodrow Lowe
230 Bridgeford Blvd
Ridgeland, MS 39157
334-318-2007
DOB:

Date: <u>3/27/17</u>

Javarris James
8625 Saddlebrook Circle
Naples, FL Apt. 1207
239-839-3821
DOB:

Date: 3/27/17

_____

DaJuan Morgan
4241 SW 131 Street
Hollywood, FL 33027
305-335-0624
DOB:

Date: 3/27/17

Dedrick Epps
5381 W. Hillsboro Blvd
Coconut Creek, FL 33073
804-519-9612
DOB:

Date: <u>3/27/17</u>

Steven Harris
20253 River Ridge Terrace #201
Broadlands, VA 20148
703-628-2788
DOB:

Date: 3/27/17

Davlin Mullen
824 Miller Avenue
Clairton, PA 15025
412-519-9272
DOB:

Date: <u>3/27/17</u>

<u>Michael Merritt</u>
Michael Merritt
12106 Napiers Circle
Orlando, FL 32826
321-201-3756
DOB:

Date: 3/27/17

Cornell Webster
10115 S. Urbana Avenue
Tulsa, OK 74137
918-340-1178
DOB:

Date: 3/27/17

Ron Edwards
11836 Crooked Stick Place
Pineville, NC 28134
202-329-9871
DOB:

Date: <u>3/27/17</u>

_____

Claude Wroten
635 Ludlum Avenue
Batrop, LA 71220
318-261-9808
DOB:

Date: 3/27/17

Johnnie Lynn
193 Worthington Woods Drive
Mooresville, NC 28117
201-638-7512
DOB:

Date: 3/27/17

David Sims
Decatur, GA
404-438-3794
DOB

Date: 3/27/17

Gary Mullen
3308 Popular Ridge Drive
Rex, GA 30273
470-585-7495
DOB:

Date: <u>3/27/17</u>

Kim Anderson
6709 La Tijera Blvd Suite 222
Los Angeles, CA 90046
310-404-5440
DOB:

Date: 3/27/17

Brandon Banks-McNair
1007 Buckhorn Road
Garner, NC 27529
919-803-9003
DOB:

Date: 3/27/17

Shawn Banks
5220 Judy Drive
Midlothian, Texas 76065
214-212-3794
DOB:

Date: 3/27/17

_____

Fred Bennett
1795 Lena Expy
Expy, SC 29918
843-726-1921
DOB:

Date: <u>3/27/17</u>

Luther Broughton
1082 Garrow Road
Indian Land, SC 29707
704-281-7818
DOB:

Date: <u>3/27/17</u>

Marquice Cole
2255 W. Germann Road
Chandler, AZ 85286
708-224-5404
DOB:

Date: <u>3/27/17</u>

Walter Curry
797 Chapman Street
Jonesboro, GA 30238
386-279-9081
DOB:

Date: <u>3/27/17</u>

Joshua Bell
1325 Thunderbrook Drive
Desoto, TX 75115
972-965-1922
DOB:

Date: <u>3/27/17</u>

_____

Emanuel Cook
1206 W. 24th Street
Riviera Beach, FL 33404
443-400-9131
DOB:

Date: 3/27/17

*Corvey Irvin*

Corvey Irvin
14302 Farrington Ridge Circle
Lithonia, GA 30038
706-524-4600
DOB: _____

Date: <u>3/27/17</u>

Anthony Allen
3501 Jackson Street
Hollywood, TX 30021
404-279-0593
DOB:

Date: 3/27/17

_____

Michael Coe
581 Copley Lane
Orlando, FL 32806
407-307-6626
DOB:

Date: <u>3/27/17</u>

Derico Murray
662 Forsythe Avenue
Girard, OH 44420
330-979-1683
DOB:

Date: 3/27/17

Ed Philion
23 Boul Bourbonne Blvd
Quebec, Canada
514-567-4157
DOB:

Date: <u>3/27/17</u>

Stefan Logan

Stefan Logan
3449 NW 122nd Avenue
Sunrise, FL  33323
305-332-7709
DOB:

Date: 3/27/17

Britt Davis
1909 Vizcaino Court
Escondido, CA 92026
619-261-9620
DOB:

Date: <u>3/27/17</u>

Kynan Forney
2046 Skybrooke Lane
Hoschton, GA  30548
770-286-3601
DOB:

Date: <u>3/27/17</u>

_____

Deveron Harper
Concord, NC
704-281-0604
DOB

Date: <u>3/27/17</u>

_____

Robert Hicks
6209 Huntington Ridge Road
Mableton, GA 30126
404-456-0353
DOB:

Date: <u>3/27/17</u>

Dale Jones
152 Cobblestone Bridge Lane
Banner Elk, NC 28604
828-773-8300
DOB:

Date: <u>3/27/17</u>

_____

Frank Leatherwood
94 Coker Road
Hayesville, NC  28904
828-361-4956
DOB:

Date: <u>3/27/17</u>

_____

Durwood Roquemore
400 S. Military Highway #2301
Virginia Beach, VA  23464
407-716-8772
DOB:

Date: 3/27/17

Derek Walker
177 Holmes Place
Montgomery, IL  60538
630-854-7665
DOB:

Date: 3/27/17

_____

Markus White
4387 Walnut Street
West Palm Beach, FL  33406
561-420-3309
DOB:

Date: <u>3/27/17</u>

Jenorris James
8990 Pennington Place
Montgomery, AL 36117
954-649-7830
DOB:

Date: 3/27/17

_Drew Coleman_ (signature)

Drew Coleman
17515 Bermondsey Court
Houston, TX  77377
817-205-8048
DOB:

Date: <u>3/27/17</u>

_____

Titus Dixon
7507 Bliss Way
Kissimmee, FL 34747
813-917-5628
DOB:

Date: 3/27/17

_____

Greg Evans
6004 Lost Valley Drive
Colony, TX  75056
214-235-2660
DOB:

Date: <u>3/27/17</u>

_____

Jim Lavin
3318 N. Kenmore Avenue
Chicago, IL 60657
214-707-5975
DOB:

Date: 3/27/17

Davidia Mims
280 CR 3104 Mason
Daingerfield, TX
903-916-2877
DOB:

Date: <u>3/27/17</u>

Tony Nathan
15110 Dunbarton Place
Hialeah, FL 33016
917-687-6607
DOB:

Date: 3/27/17

Evan Oglesby
48 Wedgefield Drive
Toccoa, GA 30577
256-648-1766
DOB:

Date: 3/27/17

_____

Brandon Sanders
Arizona
520-406-9702
DOB

Date: 3/27/17

_____

Maurice Smith
4402 River Forestin
Greensboro, NC 27409
336-209-9306
DOB.

Date: <u>3/27/17</u>

_Regonald Smith_

Reggie Smith
407 Elysian Fields Street
Charlotte, NC 28262
704-712-0841
DOB: