## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>         Plaintiffs,<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>         Defendants. | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### NOTICE OF COMPLIANCE WITH THIS COURT'S MARCH 29, 2017 ORDER

Class Members and Retired Players DeAndra' Cobb, *et al.*, give Notice of Compliance with this Court's March 29, 2017 Order [ECF No. 7403] by filing their Objection [ECF No. 7404].

Dated: March 29, 2017

                              Respectfully Submitted

                              *s/ Michael St. Jacques, II*
                              MICHAEL G. ST. JACQUES, II
                              Florida Bar No. 0783471
                              mstjacques@lorenkeanlaw.com
                              mmarin@lorenkeanlaw.com
                              LOREN & KEAN LAW
                              Attorneys for Plaintiffs/Cobb Objectors
                              7111 Fairway Drive, Suite 302
                              Palm Beach Gardens, FL  33418
                              Phone: 561-615-5701
                              Fax:    561-615-5708

## CERTIFICATE OF SERVICE

      I hereby certify that on March 29, 2017, the foregoing document was electronically filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, and that the filing is available for downloading and viewing from the electronic court filing system by counsel for all parties.

      **LOREN & KEAN LAW**

      /s/ Michael G. St. Jacques, II
      **MICHAEL G. ST. JACQUES, II**