APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated, | : | CIVIL ACTION |
| v. | : | |
| National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., | : | NO. 2:12-md-02323-AB |

### ORDER

AND NOW, this 13th Day of March, 2017, it is hereby

ORDERED that the application of __Robert A. Penza__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____
                                                                    J.

copies sent _____ to:

copies mailed 03-29-2017 to:
Robert A. Penza, Esq.