APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated | : CIVIL ACTION |
| v. | : |
| National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., | : NO. 2:12-md-02323-AB |

ORDER

AND NOW, this 13th Day of March, 2017, it is hereby

ORDERED that the application of __P. John Brady__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____
Anita B. Brody, J.

copies sent _____ to:

Copies mailed 03-29-2017 to:
P. John Brady, Esq.