APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Kevin Turner and Shawn Wooden　　　　:　　　CIVIL ACTION
　　　　　　　　　　　　　　　　　　　:
　　　　　　　v.　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
National Football League, et al.　　　　:　　　NO.　2:12-md-2323

## ORDER

AND NOW, this _29th_ Day of _March_ , 20_17_ , it is hereby

ORDERED that the application of _Catherina Watters_ , Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑　GRANTED.

☐　DENIED.

_____ J.

_Copies ecmf _____ To:_

_copies mailed 03-29-2017 to..
Catherina Wottons, Esa._