# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALLAN CLARK<br>Case No.: 2:12-cv-00092-AB | |

## NOTICE OF ATTORNEY'S LIEN

Pursuant to D.C. Rule Prof. Cond. 1.8(i); and *Redevelopment Land Agency v. Dowdey*, 618 A.2d 153, 159-60 (D.C. 1992), the Petitioner, Richard S. Lewis and Hausfeld LLP, attorneys for Plaintiff ALLAN CLARK in the above-entitled action, hereby notifies this Court and all parties that he has a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien.

Dated: March 30, 2017

Respectfully submitted,

/s/ Richard S. Lewis
Richard S. Lewis
Jeannine Kenney
HAUSFELD LLP
1700 K Street, N.W.
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeld.com
jkenney@hausfeld.com

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on March 30, 2017, the foregoing *Petition to Establish Attorney's Lien* was electronically filed via the Court's CM/ECF system which will send a notice of electronic filing to all counsel of record, and served the following by U.S. mail, first-class postage:

Orran L. Brown, Sr.
Claims Administrator
BrownGreer PLC
250 Rocketts Way
Richmond, VA 23231

                     /s/ Richard S. Lewis