UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Robert Holt, et al. v. National Football League, et al. (Plaintiff Rickey Dixon and Lorraine Dixon ONLY)<br><br>Court File No. 12-cv-4185-AB | **RESPONSE IN SUPPORT OF ZIMMERMAN REED'S PETITION TO ESTABLISH ATTORNEY'S LIEN** |

    Zimmerman Reed LLP respectfully disagrees with Rickey and Lorraine Dixons' assertions regarding the firm's representation of them in this litigation. These assertions are inaccurate and omit the significant work and litigation risk undertaken by Zimmerman Reed on their behalf, as well as the significant work done by other MDL counsel on behalf of their individual clients. Zimmerman Reed will respond fully at the appropriate time through the lien resolution process established by the Court.

Dated: March 31, 2017                    Respectfully submitted,

                                            ZIMMERMAN REED LLP

                                            s/ Charles S. Zimmerman
                                            Charles S. Zimmerman (#120054)
                                            J. Gordon Rudd, Jr. (#222082)
                                            Brian C. Gudmundson (#336695)
                                            1100 IDS Center, 80 South 8th Street
                                            Minneapolis, MN  55402
                                            Telephone: (612) 341-0400
                                            Facsimile: (612) 341-0844
                                            Charles.Zimmerman@zimmreed.com
                                            Gordon.Rudd@zimmreed.com
                                            Brian.Gudmundson@zimmreed.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Response in Support of Zimmerman Reed's Petition to Establish Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  March 31, 2017                                ZIMMERMAN REED LLP

                                                           s/ Charles S. Zimmerman
Charles S. Zimmerman (#120054)
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Charles.Zimmerman@zimmreed.com
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com