# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------x
:
Kenyon Rasheed, Dana McLemore and  :  **NOTICE OF APPEARANCE**
Lance Brown, on behalf of  :
themselves and others similarly situated  :  Docket No. 2:12-md-02323
:
                        Plaintiffs,  :  MD No. 2323
    - against -  :
:
National Football League and  :
NFL properties LLC., et. al.  :
                      Defendant.  :
---------------------------------------------------x

      Please enter the appearance of <u>Ryan G. Blanch</u>, <u>Jennifer Hiete</u> and <u>The Blanch Law Firm</u> as counsel of record for the above listed Plaintiffs herein.

Dated: <u>New York, New York</u>
       March 31, 2017

                                                   s/*Ryan G. Blanch*
                                                   Ryan G. Blanch, Esq.
                                                   212-736.3900 (P)
                                                 212.736.3910 (F)
                                                 blfecf@blanchpc.com