# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>Plaintiff Chris Kemoeatu | **NOTICE OF ATTORNEY'S LIEN** |

Attorney David Buckley, PLLC, The Webster Law Firm, PC, and Michael J. Green Attorney at Law, attorneys for Plaintiff Chris Kemoeatu in the above named and numbered cause of action, hereby notify this Court and all parties that David Buckley, PLLC, The Webster Law Firm, PC, and Michael J. Green Attorney at Law, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Chris Kemoeatu.

Dated: April 3, 2017

                                          Respectfully submitted,

                                          ATTORNEY DAVID BUCKLEY, PLLC

By: _____
                                          David Buckley
                                          State Bar No. 24078281
                                          FED ID No. 1465981

                                          Scott Wert

State Bar No.00794835  
1811 Bering Drive Ste. 300  
Houston, TX 77057  
Tel. (713)719-9312  
Fax. (713)719-9307  
scott@thebuckleylawgroup.com  

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Petition to Establish Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: April 3, 2017

*/s/ Scott W. Wert*

Scott Wert  
Attorney David Buckley, PLLC  
State Bar No.00794835  
1811 Bering Drive Ste. 300  
Houston, TX 77057  
Tel. (713)719-9312  
Fax. (713)719-9307  
scott@thebuckleylawgroup.com  

**ATTORNEY FOR PLAINTIFFS**