# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> Plaintiff's Master Administrative Long-Form Complaint and: <br><br> Plaintiff Ma'ake Kemoeatu | **NOTICE OF ATTORNEY'S LIEN** |

Attorney David Buckley, PLLC, The Stern Law Group, and Michael J. Green Attorney at Law, attorneys for Plaintiff Ma'ake Kemoeatu in the above named and numbered cause of action, hereby notify this Court and all parties that David Buckley, PLLC, The Stern Law Group, and Michael J. Green Attorney at Law, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Ma'ake Kemoeatu.

Dated: April 3, 2017

                                        Respectfully submitted,

                                        ATTORNEY DAVID BUCKLEY, PLLC

By: _____
                                        David Buckley
                                        State Bar No. 24078281
                                        FED ID No. 1465981

                                        Scott Wert

State Bar No.00794835
1811 Bering Drive Ste. 300
Houston, TX 77057
Tel. (713)719-9312
Fax. (713)719-9307
scott@thebuckleylawgroup.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Petition to Establish Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: April 3, 2017

*/s/ Scott W. Wert*

Scott Wert
Attorney David Buckley, PLLC
State Bar No.00794835
1811 Bering Drive Ste. 300
Houston, TX 77057
Tel. (713)719-9312
Fax. (713)719-9307
scott@thebuckleylawgroup.com

**ATTORNEY FOR PLAINTIFFS**