UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>Plaintiff Drew Coleman | **NOTICE OF ATTORNEY'S LIEN** |

     Attorney David Buckley, PLLC, Mokaram & Associates, PC, the Stern Law Group and The Webster Law Firm, PC, attorneys for Plaintiff Drew Coleman in the above named and numbered cause of action, hereby notify this Court and all parties that Attorney David Buckley, PLLC, Mokaram & Associates, PC, the Stern Law Group and The Webster Law Firm, PC, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Drew Coleman.

Dated: April 3, 2017

                                                            Respectfully submitted,

                                                            ATTORNEY DAVID BUCKLEY, PLLC

By: _____
                                                   David Buckley
                                                   State Bar No. 24078281
                                                   FED ID No. 1465981

        Scott Wert
        State Bar No.00794835
        1811 Bering Drive Ste. 300
        Houston, TX 77057
        Tel. (713)719-9312
        Fax. (713)719-9307
        scott@thebuckleylawgroup.com

        **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Petition to Establish Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: April 3, 2017

        */s/ Scott W. Wert*
        _____
        Scott Wert
        Attorney David Buckley, PLLC
        State Bar No.00794835
        1811 Bering Drive Ste. 300
        Houston, TX 77057
        Tel. (713)719-9312
        Fax. (713)719-9307
        scott@thebuckleylawgroup.com

        **ATTORNEY FOR PLAINTIFFS**