# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW,** this _3rd___ day of April, 2017 it is **ORDERED** that, as stated on the record during the conference held on March 29, 2017, a follow-up telephone conference regarding Co-Lead Class Counsel's Motion for an Injunction Prohibiting Improper Communications with the Class by Class Member Fred Willis (ECF No. 7175) will be held on **April 11, 2017 at 11:00 a.m.** Co-Lead Class Counsel is directed to first contact Mr. Willis and then place a single call to Judge Brody's chambers at 215-597-3978. Co-Lead Class Counsel is **ORDERED** to serve a copy of this Order via certified mail upon Class Member Fred Willis at the address that was provided when he registered for Settlement benefits.

                                                                                   s/Anita B. Brody

                                                                           ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                  Copies **MAILED** on _____ to: