IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY
LITIGATION

KEVIN TURNER, ET. AL.                :            MDL ACTION
                                     :
         v.                          :
                                     :
NATIONAL FOOTBALL LEAGUE,
ET. AL.                              :            NO. 2012-2323

O R D E R

AND NOW, this 3rd day of April, 2017, it is Ordered that the $40.00 filing fee for Catherina Watters pro-hac vice motion, **docket entry #7382**, in the above entitled case is to be refunded.

ATTEST:                    or      BY THE COURT

BY:_____         _____
   Deputy Clerk                    Judge

Civ 12 (9/83)

xc: Aida Ayala, Clerk's Office

Copies ecmf on _____ to:              Copies mailed on _____ to: