# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW,** this _4th___ day of April, 2017 it is **ORDERED** that, pursuant to Federal Rules of Civil Procedure 72(b), all petitions for individual attorneys' liens are **REFERRED** to the Honorable David R. Strawbridge, United States Magistrate Judge for the Eastern District of Pennsylvania, for a Report and Recommendation.  I will decide Co-Lead Class Counsel's Petition for Award of Attorneys' Fees (ECF No. 7151), any objections to that Petition, and all similar filings related to fees associated with the Settlement Class as a whole.

             s/Anita B. Brody

             _____
             ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to: