UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALONZO EPHRIUM;<br>KEITH HENDERSON;<br>TONY GEORGE;<br>LORENZO HAMPTON;<br>REGINALD MYLES;<br>JAMES PRUITT;<br>CHRISTOPHER WARD;<br>DAVID LAMAR WILLIAMS; and<br>TYRONE YOUNG.<br><br>Case No. 2:12-cv-00092-AB | **NOTICE OF ATTORNEY'S LIENS** |

Comes Now, Attorney Mark Stallworth and the Smith and Stallworth, P.A. Law Firm, in the above named and numbered cause of action, and hereby notify this Court and all parties that, Mark Stallworth and the Smith and Stallworth, P.A. Law Firm have liens in this case for reasonable attorney's fees plus expenses as set forth in the previously filed Petitions to Establish Attorney's Lien relating to Plaintiffs Alonzo Ephrium, Keith Henderson, Tony George, Lorenzo Hampton, Reginald Myles, James Pruitt, Christopher Ward, David Lamar Williams, Lorenzo Hampton, and Tyrone Young. Representation of these Plaintiffs/Claimants was terminated without cause after the Smith and Stallworth, P.A. Law Firm earned and secured fees, and incurred costs. Copies of the attorney's retainer agreements signed by each of the aforementioned Settlement Class Members have been provided to the Claims Administrator, along with itemized statements of costs, as documentary proof of liens asserted herein.

Filed this __4th__ day of April, 2017 in the United States District Court for the Eastern District of Pennsylvania, MDL 2323.

Respectfully Submitted,

/s/MARK STALLWORTH
MARK STALLWORTH, ESQUIRE
COUNSEL FOR CLAIMANTS/PLAINTIFFS
FLORIDA BAR NUMBER 0506079
SANGA TURNBULL, ESQUIRE
FLORIDA BAR NUMBER 0585327
SMITH AND STALLWORTH P.A.
500 SOUTH FLORIDA AVENUE, SUITE 510
LAKELAND, FLORIDA 33801
TELEPHONE:  863-535-2030
FACSIMILE:  863-940-4888

## CERTIFICATE OF SERVICE

I CERTIFY that the above has been filed with the Clerk of Court's EF/ECM system, which will provide service to all parties designated to receive service this April 4, 2017.

/s/MARK STALLWORTH
MARK STALLWORTH, ESQUIRE
COUNSEL FOR CLAIMANTS/PLAINTIFFS
FLORIDA BAR NUMBER 0506079
SANGA TURNBULL, ESQUIRE
FLORIDA BAR NUMBER 0585327
SMITH AND STALLWORTH P.A.
500 SOUTH FLORIDA AVENUE, SUITE 510
LAKELAND, FLORIDA 33801
TELEPHONE:  863-535-2030
FACSIMILE:  863-940-4888