IN THE UNITED STATES DISTRICR COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| This document relates to: | |
| **Levi Johnson** | NOTICE OF ATTORNEY'S LIEN |
| Case No. 12-md-2323 | |

## NOTICE OF ATTORNEY'S LIEN

Pursuant to *Bennett v. Weitz*, 220 Mich. App. 295, 297; 559 N.W.2d 354 (1996), the Petitioner, Attorney James R. Acho of Cummings, McClorey, Davis & Acho, P.L.C., hereby notifies this Court and all parties that he has a lien in this case for reasonable attorney's fees, plus expenses in accordance with Levi Johnson's "Contingency Fee Agreement" as set forth in the accompanying Petition to Establish Attorney's Lien relating to Levi Johnson.

Respectfully Submitted,

/s/ James R. Acho
Cummings, McClorey, Davis & Acho, P.L.C.
33900 Schoolcraft Road
Livonia, MI 48150
(734) 261-2400
jacho@cmda-law.com
Michigan Bar No. (P-62175)

Dated: April 5, 2017

00481171-1                                        1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/James R. Acho
33900 Schoolcraft
Livonia, MI 48150
Phone: (734) 261-2400
Primary E-mail: jacho@cmda-law.com
P 62175