# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW,** this __5th___ day of April, 2017, it is **ORDERED** that a telephone conference regarding Co-Lead Class Counsel's Motion for an Injunction Prohibiting Improper Communications with the Class by Jim McCabe and NFL Case Consulting, LLC (ECF No. 7347) will be held on **April 13, 2017 at 11:30 a.m.**  The Parties are directed to first contact each other and then place a single call to Judge Brody's chambers at 215-597-3978.  Co-Lead Class Counsel is **ORDERED** to serve a copy of this Order and Co-Lead Class Counsel's Motion via certified mail upon Mr. McCabe and NFL Case Consulting, LCC at 1855 Griffin Road, Suite B354, Dania Beach, FL 33004.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: