# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>      Plaintiffs,<br><br>      v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>      Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF COMPLIANCE WITH COURT ORDER

Co-Lead Class Counsel hereby submits this Notice of Compliance with this Court's Order dated April 5, 2017 [ECF No. 7452]. A copy of the April 5, 2017 Order, along with the attached letter providing instructions for participating in the telephone conference, were served upon Jim McCabe and NFL Case Consulting, LLC at the address that was provided

on NFL Case Consulting, LLC's letterhead, namely, 1855 Griffin Road, Suite B354, Dania Beach, Florida 33004 via certified mail and Federal Express overnight mail.

Dated:  April 6, 2017                                        Respectfully submitted,

                                                               /s/ Christopher A. Seeger
                                                               Christopher A. Seeger
                                                               SEEGER WEISS LLP
                                                               77 Water Street
                                                               New York, NY 10005
                                                               Phone: (212) 584-0700
                                                               Fax: (212) 584-0799
                                                               cseeger@seegerweiss.com

                                                               **Co-Lead Class Counsel**

                                                               Sol Weiss
                                                               ANAPOL WEISS
                                                               One Logan Square
                                                               130 N. 18th St. Ste. 1600
                                                               Philadelphia, PA 19103
                                                               Phone: (215) 735-1130
                                                               Fax: (215) 735-2024
                                                               sweiss@anapolweiss.com

                                                               **Co-Lead Class Counsel**