

April 6, 2017

**VIA FEDERAL EXPRESS OVERNIGHT AND CERTIFIED MAIL**
Jim McCabe
NFL Case Consulting, LLC
1855 Griffin Road
Suite B354
Dania Beach, Florida 33004

      **Re:**   *In re National Football League Players' Concussion Injury Litigation*
              MDL No. 2323

Dear Mr. McCabe:

     As ordered by the Court, I am writing to you as court-appointed Co-Lead Class Counsel in the above-referenced litigation to advise you that the Court has scheduled a telephonic conference on April 13, 2017 at 11:30 a.m. regarding Co-Lead Class Counsel's Motion for an Injunction Prohibiting Improper Communications with the Class by Jim McCabe and NFL Case Consulting, LLC, and to serve you with the enclosed Order.

     To facilitate placing a single call to Judge Brody's chambers, as the Order directs, please contact our Philadelphia office prior to April 11th at 215-564-2300 and provide a telephone number on which we can reach you to conference you into the call with the Court.

                                             Very truly yours,

                                             Christopher A. Seeger
                                             Co-Lead Class Counsel

Encl.
cc:    Brad S. Karp (via email)

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW,** this __5th___ day of April, 2017, it is **ORDERED** that a telephone conference regarding Co-Lead Class Counsel's Motion for an Injunction Prohibiting Improper Communications with the Class by Jim McCabe and NFL Case Consulting, LLC (ECF No. 7347) will be held on **April 13, 2017 at 11:30 a.m.**  The Parties are directed to first contact each other and then place a single call to Judge Brody's chambers at 215-597-3978.  Co-Lead Class Counsel is **ORDERED** to serve a copy of this Order and Co-Lead Class Counsel's Motion via certified mail upon Mr. McCabe and NFL Case Consulting, LCC at 1855 Griffin Road, Suite B354, Dania Beach, FL 33004.

s/Anita B. Brody

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: