**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** | § § § § § | **No. 12-md-2323 (AB)**<br><br>**MDL No. 2323**<br><br>**Hon. Anita B. Brody** |
| ------------------------------------------------ | § § § § § § § | **NOTICE OF WITHDRAWAL OF APPEARANCE ON BEHALF OF PLAINTIFF,** |
| **THIS DOCUMENT RELATES TO:** | § | **JILL STAUTNER, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ERNIE STAUTNER** |
| **Plaintiffs' Master Administrative Long-Form Complaint and Dickerson, et al v. The National Football League No. 4:12-cv-01548 USDC, EDPA. 2:12-cv-03338-AB**<br><br>**JILL STAUTNER, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ERNIE STAUTNER** | § § § § § § § § § § | |

---

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of Walter Umphrey, Matthew C.

Matheny and Jacqueline Ryall and the Provost Umphrey Law Firm, LLP., on behalf

of  Plaintiff,   JILL STAUTNER, AS PERSONAL REPRESENTATIVE OF THE ESTATE

OF ERNIE STAUTNER **ONLY,**   in *Dickerson, et al vs. The National Football League,*

*No. 4:12cv-01548 USDC, EDPA 2:12-cv-03338-AB and In Re  National Football League*

*Players' Litigation,* No. 2:12-MD-02323-AB is hereby WITHDRAWN.

Respectfully submitted,

April 6, 2017

By:_____/s/_____
  MATTHEW C. MATHENY
  STATE BAR NUMBER: 24039040
  mmatheny@provostumphrey.com

1

JACQUELINE RYALL
STATE BAR NUMBER: 17469445
jryall@provostumphrey.com

PROVOST ☆ UMPHREY
LAW FIRM, L.L.P.
Attorney at Law
Post Office Box 4905
Beaumont, Texas 77704
(409) 835-6000
(409) 838-8888 - Fax Number

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2017, I caused the foregoing Notice of Withdrawal

of Appearance to be served via the Electronic Case Filing (ECF) system in the United

States District of Pennsylvania, on all parties registered for CM/ECF in the above

captioned matter.

/s/
By:_____
MATTHEW C. MATHENY