UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____
:
IN RE: NATIONAL FOOTBALL LEAGUE:           No. 2:12-md-02323-AB
PLAYER'S CONCUSSION                     :  MDL No. 2323
INJURY LITIGATION                       :
_____
:
Kevin Turner and Shawn Wooden,          :
*on behalf of themselves and*           :
*others similarly situated,*            :
:
Plaintiffs,                :  CIVIL ACTION NO. 14-CV-0029
:
v.                                      :
:
National Football League and            :
NFL Properties, LLC,                    :
successor-in-interest to                :
NFL Properties, Inc.,                   :
:
Defendants.               :
_____

## MOTION TO SUPPLEMENT MOTION TO INTERVENE

John Lorentz, by his attorneys, Michael Moirano and Claire Kenny, respectfully requests leave to supplement Lorentz's pending Motion to Intervene. (ECF Doc. 7263). In support hereof, Lorentz states:

1. On March 9, 2017, Lorentz filed a "Motion to Intervene to Resolve Fee Disputes with Anapol Weiss." (ECF Doc. 7263)

2. Lorentz is seeking to intervene to obtain a resolution of fee disputes with the Anapol Weiss law firm arising out of (i) his referral to the firm of three former NFL players who served as class representatives in a class action the Anapol

firm filed against the NFL in July, 2011; (ii) his referral to the firm of over 235 additional NFL players or their representatives with individual claims against the NFL resolved as part of the settlement in this action; and (iii) his referral of at least 40 players who subsequently terminated their engagement with the Anapol firm because of the firm's inaction.

3. On March 23, 2017, the Anapol firm filed its Response to Motion to Intervene. (ECF Doc. 7319). In the Response, Anapol does not contest the Court's jurisdiction to resolve these various disputes, but "strenuously opposes" Lorentz's entitlement to any relief.

4. Lorentz is now seeking leave to supplement his motion to intervene to comply with Fed. R. Civ. P. 24(c). Rule 24(c) provides that a motion to intervene must "be accompanied by a pleading that sets out the claim or defense for which intervention is sought." Lorentz's pending Motion to Intervene was not accompanied by such a pleading. Lorentz seeks to correct that defect by supplementing his Motion with the attached "Petition to Adjudicate Fee Disputes with Anapol Weiss."

Wherefore, movant John Lorentz respectfully requests the Court to grant him leave to supplement his Motion to Intervene with the Petition attached.

                                         Respectfully submitted,

                                         **JOHN LORENTZ,**

                                         <u>/s/  Michael H. Moirano</u>
                                         One of his attorneys

                                         Michael H. Moirano
                                         Claire Gorman Kenny

**MOIRANO GORMAN KENNY, LLC**
135 S. LaSalle St, Suite 3025
Chicago, IL 60603
(312) 614-1260
mmoirano@mgklaw.com
cgkenny@mgklaw.com