# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE: PLAYER'S CONCUSSION INJURY LITIGATION | : : : | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,* | : : : : | |
| Plaintiffs, | : | CIVIL ACTION NO. 14-CV-0029 |
| v. | : : | |
| National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., | : : : : : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of John Lorentz's Motion to Supplement the Motion to Intervene, and any response thereto, it is hereby ORDERED and DECREED that the Motion to Supplement is GRANTED.

BY THE COURT:

_____
Hon. Anita B. Brody
United States District Judge