UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| _____ | : | |
| IN RE: NATIONAL FOOTBALL LEAGUE: PLAYER'S CONCUSSION INJURY LITIGATION | : : : | No. 2:12-md-02323-AB MDL No. 2323 |
| _____ | : | |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,* | : : : : | |
| Plaintiffs, | : | CIVIL ACTION NO. 14-CV-0029 |
| v. | : : | |
| National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., | : : : : | |
| Defendants. | : : | |
| _____ | | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 7, 2017, I caused a true and correct copy of the foregoing Motion to Supplement Motion to Intervene to be filed via CM/ECF system, which caused notice to be sent to all counsel of record.

/s/ Michael H. Moirano
One of his attorneys

Michael H. Moirano
Claire Gorman Kenny
**MOIRANO GORMAN KENNY, LLC**
135 S. LaSalle St, Suite 3025
Chicago, IL 60603
(312) 614-1260
mmoirano@mgklaw.com
cgkenny@mgklaw.com