# Exhibit FF

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

Nos. 15-2206; 15-2217, 15-2230, 15-2234
15-2272, 15-2273, 15-2294

IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS' CONCUSSION INJURY LITIGATION

APPELLANTS RAYMOND ARMSTRONG, ET AL
("ARMSTRONG OBJECTORS")

## APPELLANTS' OPPOSITION TO CLASS PLAINTIFFS-APPELLEES' MOTION TO EXPEDITE APPEALS

Appellants, Raymond Armstrong; Nathaniel Newton, Jr.; Larry Brown; Kenneth Davis; Michael McGruder; Clifton L. Odom; George Teague; Drew Coleman; Dennis DeVaughn; Alvin Harper; Ernest Jones; Michael Kiselak; Jeremy Loyd; Gary Wayne Lewis; Lorenzo Lynch; Hurles Scales, Jr.; Gregory Evans; David Mims; Evan Oglesby; Philip E. Epps; Charles L. Haley, Sr.; Kevin Rey Smith; Darryl Gerard Lewis; Curtis Bernard Wilson; Kelvin Mack Edwards, Sr.; Dwayne Levels; Solomon Page; Tim McKyer; Larry Barnes; James Garth Jax; William B. Duff; Mary Hughes; Barbara Scheer; and Willie T. Taylor; hereby submit this opposition to the Class Plaintiffs' Motion to Consolidate and Expedite Appeals filed on May 26, 2015. Appellants do not oppose the Motion to Consolidate Appeals.

In addition, Appellants object to Class Plaintiffs' suggestion that the parties forego the FRAP 33 mediation process as this is required by the Rules and is a very important process.

Plaintiffs-Appellees did not confer with the Raymond Armstrong Appellants prior to filing their motion. The proposed opening brief due date of July 10, 2015, is not acceptable to

Case 2:12-md-02323-AB    Document 7464-8    Filed 04/10/17    Page 3 of 4

Appellants, as it is only six weeks away and the cases have not been consolidated yet, nor has the record been completed.

Appellants note for the record that Plaintiffs-Appellees have not presented any reasons justifying expediting the briefing in this case. For example, they state that "some appellants are individuals who never filed a case in their individual capacity." The settlement, however, includes them in the same class as the currently injured, and releases their future, unripe claims for no consideration. This is not a valid reason for expediting briefing.

The conflict between the truly injured and those improperly included in the class is entirely of Plaintiffs' own making. Plaintiffs could have limited the class to former players currently suffering from diseases caused by concussions, and negotiated a settlement that made immediate payments to everyone in the class, but class counsel and the NFL chose not to go this route, so these Appellants should not be penalized. The Court should deny the Motion for Expedited Appeal and make all parties follow FRAP 33.

Date: June 1, 2015

Respectfully submitted,

By: */s/ Richard L. Coffman*
Richard L. Coffman
**THE COFFMAN LAW FIRM**
First City Building
505 Orleans St., Suite 505
Beaumont, TX 77701
Telephone: (409) 833-7700
Facsimile: (866) 835-8250
Email: rcoffman@coffmanlawfirm.com

Mitchell A. Toups
WELLER, GREEN, TOUPS &TERRELL, LLP
2615 Calder Ave., Suite 400
Beaumont, TX 77702

>Telephone: (409) 838-0101
>Facsimile: (409) 838-6780
>Email: matoups@wgttlaw.com
>
>Jason Webster
>THE WEBSTER LAW FIRM
>6200 Savoy, Suite 515
>Houston, TX 77036
>Telephone: (713) 581-3900
>Facsimile: (713) 409-6464
>Email: jwebster@thewebsterlawfirm.com
>
>Mike Warner
>**THE WARNER LAW FIRM**
>101 Southeast 11th Suite 301
>Amarillo, TX 79101
>Telephone: (806) 372-2595
>Email: mike@thewarnerlawfirm.com

**COUNSEL FOR THE ARMSTRONG OBJECTORS**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed via the ECF filing system on June 1, 2015, and that as a result electronic notice of the filing was served upon all attorneys of record.

>*/s/ Richard L. Coffman*
>Richard L. Coffman