# Exhibit II

Case 2:12-md-02323-AB   Document 7464-11   Filed 04/10/17   Page 2 of 5



Visiting the Court  |  Touring the Building  |  Exhibitions

Search:  ◉ All Documents  ○ Docket                    **Advanced Search**

**Enter Search Text:** [                    ]        [ Search ]   [ Help ]

**Home | Search Results**

Case 2:12-md-02323-AB   Document 7464-11   Filed 04/10/17   Page 3 of 5

No. 16-413

Vide 16-283

| | |
|---|---|
| Title: | Raymond Armstrong, et al., Petitioners |
| | v. |
| | National Football League, et al. |
| Docketed: | September 29, 2016 |

Linked with 16A186

| | |
|---|---|
| Lower Ct: | United States Court of Appeals for the Third Circuit |
|   Case Nos.: | (15-2272) |
|   Decision Date: | April 18, 2016 |
|   Rehearing Denied: | June 1, 2016 |

~~~Date~~~  ~~~~~~~Proceedings  and  Orders~~~~~~~~~~~~~~~~~~~~~

| | |
|---|---|
| Aug 18 2016 | Application (16A186) to extend the time to file a petition for a writ of certiorari from August 30, 2016 to October 17, 2016, submitted to Justice Alito. |
| Aug 19 2016 | Response to application from respondent Shawn Wooden, et al. filed. |
| Aug 22 2016 | Application (16A186) granted by Justice Alito extending the time to file until September 19, 2016. |
| Sep 8 2016 | Application (16A186) to extend further the time from September 19, 2016 to October 3, 2016, submitted to Justice Alito. |
| Sep 12 2016 | Application (16A186) granted by Justice Alito extending the time to file until September 26, 2016. No further extensions will be granted for any reason. |
| Sep 26 2016 | Petition for a writ of certiorari filed. (Response due October 31, 2016) |
| Oct 11 2016 | Order extending time to file response to petition to and including November 2, 2016. |
| Oct 26 2016 | Brief amicus curiae of Brain Injury Association of America filed. |
| Oct 27 2016 | Order further extending time to file response to petition to and including November 7, 2016. |
| Oct 31 2016 | Brief amici curiae of 135 Former National Football League Players filed. |
| Oct 31 2016 | Brief amicus curiae of Public Citizen, Inc. filed. |
| Nov 4 2016 | Brief of respondents The National Football League and NFL Properties, LLC in opposition filed. VIDED. |
| Nov 4 2016 | Brief of respondents Turner, et al. in opposition filed. VIDED. |
| Nov 21 2016 | DISTRIBUTED for Conference of December 9, 2016. |
| Nov 21 2016 | Reply of petitioners Raymond Armstrong, et al. filed. (Distributed) |
| Nov 22 2016 | Supplemental brief of respondents Turner, et al. filed. VIDED. (Distributed) |
| Dec 12 2016 | Petition DENIED. |

| ~~Name~~~~~~~~~~~~~~~~~~~~ | ~~~~~~Address~~~~~~~~~~~~~~~~~ | ~~Phone~~~ |
|---|---|---|
| **Attorneys for Petitioners:** | | |
| Deepak Gupta | Gupta Wessler PLLC | (202) 888-1741 |
|    Counsel of Record | 1735 20th Street, N.W. | |
| | Washington, DC  20009 | |
| | deepak@guptawessler.com | |
| Party name: Raymond Armstrong, et al. | | |
| **Attorneys for Respondents:** | | |
| Paul D. Clement | Kirkland & Ellis LLP | (202) 879-5000 |
|    Counsel of Record | 655 Fifteenth Street, N.W. | |
| | Washington, DC  20005 | |
| | paul.clement@kirkland.com | |
| Party name: The National Football League and NFL Properties, LLC | | |
| | | |
| Samuel Issacharoff | 40 Washington Square South | (212) 998-6580 |
|    Counsel of Record | Suite 411J | |
| | New York, NY  10012 | |
| | si13@nyu.edu | |
| Party name: Turner, et al. | | |
| **Other:** | | |
| Steven L. Brannock | Brannock & Humphries | (813)-223-4300 |
| | 1111 W. Cass Street, Suite 200 | |
| | Tampa, FL  33606 | |
| | sbrannock@bhappeals.com | |
| Party name: 135 Former National Football League Players | | |
| | | |
| Shana De Caro | De Carlo & Kaplen, LLP | 914-747-4410 |
| | 427 Bedford Road | |
| | Pleasantville, NY  10570 | |
| | shana@brainlaw.com | |
| Party name: Brain Injury Association of America | | |
| | | |
| Scott L. Nelson | Public Citizen Litigation Group | (202) 588-1000 |
| | 1600 20th Street, N.W. | |
| | Washington, DC  20009 | |
| | snelson@citizen.org | |
| Party name: Public Citizen, Inc. | | |

March 31, 2017 | Version 2014.2

**Home** | **About Us** | **Contact Us** | **Fellows Program** | **Jobs** | **Building Regulations**
**Help** | **Links** | **FAQ** | **Site Map** | **Policies and Notices** | **Privacy Policy** | **USA.GOV**

## Supreme Court of the United States