# Exhibit KK

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody**<br><br>CIVIL ACTION NO: 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

### DECLARATION OF CLAIMS ADMINISTRATOR, ORRAN L. BROWN, SR.

ORRAN L. BROWN, SR. declares, pursuant to 28 U.S.C. § 1746, based upon his personal knowledge, information and belief, the following:

1.      I am an adult over twenty-one years of age.  I am the Chairman and a founding partner of BrownGreer PLC ("BrownGreer"), located at 250 Rocketts Way, Richmond, Virginia 23231.  I have personal knowledge of the facts set forth herein and if called and sworn as a witness, I could and would testify competently to all matters contained herein.

2.      In connection with the class action settlement ("Settlement") in this case, the Court appointed BrownGreer as the Claims Administrator, tasked with, *inter alia*, administering the registration and claims processes and providing supplemental notices to the Class Members as to various administrative matters and deadlines, as directed by the Court and the Settling Parties.  As part of my role, I am responsible for managing registrations by Class Members.

3.     The attached Exhibit reflects daily registrations, as of April 3, 2017.


I declare under penalty of perjury that the foregoing is true and correct.  Executed this 10th day

of April, 2017.

_____

Orran L. Brown, Sr.

| | Registrations by Day | | | |
|---|---|---|---|---|
| | Date | Retired NFL Football Player | Representative Claimant | Derivative Claimant | Total |
| 1. | 2/6/2017 | 1,026 | 17 | 91 | 1,134 |
| 2. | 2/7/2017 | 593 | 25 | 56 | 674 |
| 3. | 2/8/2017 | 877 | 27 | 98 | 1,002 |
| 4. | 2/9/2017 | 434 | 16 | 56 | 506 |
| 5. | 2/10/2017 | 977 | 38 | 63 | 1,078 |
| 6. | 2/11/2017 | 96 | 1 | 29 | 126 |
| 7. | 2/12/2017 | 318 | 2 | 17 | 337 |
| 8. | 2/13/2017 | 413 | 12 | 61 | 486 |
| 9. | 2/14/2017 | 387 | 12 | 109 | 508 |
| 10. | 2/15/2017 | 485 | 13 | 34 | 532 |
| 11. | 2/16/2017 | 462 | 11 | 81 | 554 |
| 12. | 2/17/2017 | 300 | 3 | 37 | 340 |
| 13. | 2/18/2017 | 76 | 4 | 13 | 93 |
| 14. | 2/19/2017 | 62 | 1 | 8 | 71 |
| 15. | 2/20/2017 | 154 | 10 | 12 | 176 |
| 16. | 2/21/2017 | 340 | 12 | 38 | 390 |
| 17. | 2/22/2017 | 196 | 12 | 33 | 241 |
| 18. | 2/23/2017 | 93 | 18 | 16 | 127 |
| 19. | 2/24/2017 | 228 | 7 | 35 | 270 |
| 20. | 2/25/2017 | 32 | 0 | 6 | 38 |
| 21. | 2/26/2017 | 31 | 0 | 6 | 37 |
| 22. | 2/27/2017 | 73 | 7 | 20 | 100 |
| 23. | 2/28/2017 | 101 | 5 | 12 | 118 |
| 24. | 3/1/2017 | 111 | 8 | 13 | 132 |
| 25. | 3/2/2017 | 134 | 5 | 26 | 165 |
| 26. | 3/3/2017 | 87 | 3 | 16 | 106 |
| 27. | 3/4/2017 | 21 | 1 | 4 | 26 |
| 28. | 3/5/2017 | 19 | 0 | 3 | 22 |
| 29. | 3/6/2017 | 218 | 18 | 15 | 251 |
| 30. | 3/7/2017 | 109 | 9 | 29 | 147 |
| 31. | 3/8/2017 | 105 | 9 | 19 | 133 |
| 32. | 3/9/2017 | 128 | 7 | 14 | 149 |
| 33. | 3/10/2017 | 125 | 5 | 30 | 160 |
| 34. | 3/11/2017 | 63 | 3 | 24 | 90 |
| 35. | 3/12/2017 | 61 | 1 | 11 | 73 |
| 36. | 3/13/2017 | 139 | 12 | 30 | 181 |
| 37. | 3/14/2017 | 97 | 8 | 25 | 130 |
| 38. | 3/15/2017 | 157 | 5 | 25 | 187 |
| 39. | 3/16/2017 | 236 | 0 | 172 | 408 |
| 40. | 3/17/2017 | 73 | 8 | 10 | 91 |

| 41. | 3/18/2017 | 21 | 2 | 4 | 27 |
| 42. | 3/19/2017 | 26 | 0 | 11 | 37 |
| 43. | 3/20/2017 | 79 | 4 | 23 | 106 |
| 44. | 3/21/2017 | 124 | 10 | 36 | 170 |
| 45. | 3/22/2017 | 96 | 11 | 14 | 121 |
| 46. | 3/23/2017 | 68 | 6 | 12 | 86 |
| 47. | 3/24/2017 | 139 | 4 | 29 | 172 |
| 48. | 3/25/2017 | 34 | 4 | 5 | 43 |
| 49. | 3/26/2017 | 68 | 3 | 12 | 83 |
| 50. | 3/27/2017 | 126 | 7 | 13 | 146 |
| 51. | 3/28/2017 | 178 | 5 | 10 | 193 |
| 52. | 3/29/2017 | 70 | 9 | 15 | 94 |
| 53. | 3/30/2017 | 56 | 9 | 10 | 75 |
| 54. | 3/31/2017 | 53 | 10 | 7 | 70 |
| 55. | 4/1/2017 | 13 | 2 | 7 | 22 |
| 56. | 4/2/2017 | 17 | 0 | 8 | 25 |
| 57. | TOTALS | 10,805 | 441 | 1,613 | 12,859 |