# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| ------------------------------------------------ | |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and White, et al v. The National Football League No. 4:12-cv-01727 USDC, EDPA. 2:12-cv-03778-AB<br><br>SCOTT KELLAR | NOTICE OF ATTORNEYS' LIEN AS TO SCOTT KELLAR |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Petitioners Matthew C. Matheny and Jacqueline Ryall, attorneys for Plaintiff in the above-entitled action, hereby notify the Court and all parties that they have a lien in this case for reasonable attorneys' fees, plus expenses, as set forth in the accompanying Petition to Establish Attorneys' Lien.

Dated: April 11, 2017

                                                By: /s/
                                                MATTHEW C. MATHENY
                                                STATE BAR NUMBER: 24039040
                                                mmatheny@provostumphrey.com
                                                JACQUELINE RYALL
                                                STATE BAR NUMBER: 17469445
                                                jryall@provostumphrey.com

                                                PROVOST ☆ UMPHREY
                                                LAW FIRM, L.L.P.
                                                Attorney at Law

Post Office Box 4905
Beaumont, Texas 77704
(409) 835-6000
(409) 838-8888 - Fax Number

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2017, I caused the foregoing Notice of Attorneys' Lien to be served via the Electronic Case Filing (ECF) system in the United States District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

By: /s/ _____
MATTHEW C. MATHENY