# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 <br><br> Hon. Anita B. Brody <br><br> **NOTICE OF ATTORNEYS' LIEN AS TO LEROY IRVIN, JR.** |
| ---------------------------------------------- | |
| **THIS DOCUMENT RELATES TO:** <br><br> **Plaintiffs' Master Administrative Long-Form Complaint and Rafferty, et al v. The National Football League No. 4:12-cv-02302 USDC, EDPA. 2:12-cv-04741** <br><br> **LEROY IRVIN, JR.** | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Petitioners Matthew C. Matheny and Jacqueline Ryall, attorneys for Plaintiff in the above-entitled action, hereby notify the Court and all parties that they have a lien in this case for reasonable attorneys' fees, plus expenses, as set forth in the accompanying Petition to Establish Attorneys' Lien.

Dated: April 11, 2017

By: /s/
MATTHEW C. MATHENY
STATE BAR NUMBER: 24039040
mmatheny@provostumphrey.com
JACQUELINE RYALL
STATE BAR NUMBER: 17469445
jryall@provostumphrey.com

PROVOST ✯ UMPHREY
LAW FIRM, L.L.P.
Attorney at Law
Post Office Box 4905

Beaumont, Texas 77704
(409) 835-6000
(409) 838-8888 - Fax Number

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2017, I caused the foregoing Notice of Attorneys' Lien to be served via the Electronic Case Filing (ECF) system in the United States District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

By: /s/ _____
    MATTHEW C. MATHENY