IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | § § § § § | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| ------------------------------------------------- | § § § § | Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO: | § § § § | NOTICE OF ATTORNEYS' LIEN AS TO REGINALD DOSS |
| Plaintiffs' Master Administrative Long-Form Complaint and Jordan, et al v. The National Football League No. 4:12-cv-01296 USDC, EDPA. 2:12-cv-02802<br><br>REGINALD DOSS | § § § § § § § § | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Petitioners Matthew C. Matheny and Jacqueline Ryall, attorneys for Plaintiff in the above-entitled action, hereby notify the Court and all parties that they have a lien in this case for reasonable attorneys' fees, plus expenses, as set forth in the accompanying Petition to Establish Attorneys' Lien.

Dated:  April 11, 2017

By:        /s/
MATTHEW C. MATHENY
STATE BAR NUMBER: 24039040
mmatheny@provostumphrey.com
JACQUELINE RYALL
STATE BAR NUMBER: 17469445
jryall@provostumphrey.com

PROVOST ✯ UMPHREY
LAW FIRM, L.L.P.

Attorney at Law  
Post Office Box 4905  
Beaumont, Texas 77704  
(409) 835-6000  
(409) 838-8888 - Fax Number

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2017, I caused the foregoing Notice of Attorneys' Lien to be served via the Electronic Case Filing (ECF) system in the United States District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

By: /s/ _____  
MATTHEW C. MATHENY