## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 11th day of April, 2017, upon all counsel of record.

Dated:  April 11, 2017               /s/ Brad S. Karp
                                     Brad S. Karp