UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Thomas Henderson, et al.<br>v. National Football League et al.<br>No. 2:12-cv-03534-AB<br><br><br>**As to Plaintiffs CHRIS PANE and TERRIE PANE Only** | NOTICE OF WITHDRAWAL OF APPEARANCE |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF REORD:

     Jason E. Luckasevic of Goldberg, Persky & White, P.C., Thomas Girardi of Girardi Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby withdraw their appearance as attorneys of record for Plaintiffs **CHRIS PANE and TERRIE PANE** only in the above-referenced case.

Dated: April 12, 2017

                                              Respectfully submitted,

                                              GOLDBERG, PERSKY & WHITE, P.C.

                                              By: s/ *Jason E. Luckasevic*
                                              Jason E. Luckasevic, Esquire
                                              (PA Bar No. 85557)
                                              11 Stanwix Street, Suite 1800
                                              Pittsburgh, PA  15222
                                              Telephone:  (412) 471-3980
                                              Facsimile: (412) 471-8308
                                              *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2017 the foregoing Notice of Withdrawal of Appearance was electronically filed. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

GOLDBERG, PERSY & WHITE, P.C.

By: s/ *Jason E. Luckasevic*