**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | Case No. 2:12-md-02323-AB MDL No. 2323 |
| | : : | Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, | : : : : | |
| Plaintiffs, | : | CIVIL ACTION NO. 14-cv-29 |
| v. | : : | |
| National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., | : : : : | |
| Defendants. | : : | |

**ANAPOL WEISS RESPONSE TO MOTION TO SUPPLEMENT**
**MOTION TO INTERVENE**

Anapol Weiss, P.C. ("Anapol Weiss"), by and through its counsel, Pietragallo Gordon Alfano Bosick & Raspanti, LLP, does not oppose Attorney John Lorentz's ("Lorentz's") Motion to Supplement Motion to Intervene. Dkt. # 7459. It reiterates that Lorentz factually and legally is not entitled to the relief that he seeks. Should the Court grant the Motion to Intervene, Anapol Weiss will further respond to the petition Lorentz has attached to the instant motion.

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP

Dated: April 12, 2017

By:   <u>GAETAN J. ALFANO /s/</u>
GAETAN J. ALFANO, ESQUIRE
DOUGLAS E. ROBERTS, ESQUIRE
PA Bar Nos.: 32971, 321950
1818 Market Street, Suite 3402
Philadelphia, PA 19103
(215) 320-6200

*Attorneys for Anapol Weiss, P.C.*

3379429v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on April 12, 2017, I caused a true and correct copy of the foregoing

Response to Motion to Intervene to be filed via the CM/ECF system, which caused notice to be

sent to all counsel of record.


PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP

Dated: April 12, 2017

By:   <u>DOUGLAS E. ROBERTS /s/</u>
DOUGLAS E. ROBERTS, ESQUIRE
PA Bar No.: 321950
1818 Market Street, Suite 3402
Philadelphia, PA 19103
(215) 320-6200

*Attorneys for Anapol Weiss, P.C.*