# Exhibit A

# Curriculum Vitae for Candidates to the AAP

# Dr. James B. Brewer

# CURRICULUM VITAE

## JAMES B. BREWER, M.D., PH.D.

### CONTACT INFORMATION

**Address**          Alzheimer's Disease Cooperative Study, Imaging Core
                     Comprehensive Alzheimer Program
                     Human Memory Laboratory
                     University of California, San Diego
                     8950 Villa La Jolla Drive C212
                     La Jolla Village Professional Center
                     La Jolla, CA 92037

**Phone**            (858) 534-1237
**Fax**              (858) 534-1240
**Email**            jbrewer@ucsd.edu
**Web**              http://hml.ucsd.edu

                     California Medical License CA A89348

                     NPI 1033144985

### POSITIONS AND TRAINING

| | |
|---|---|
| 2014-Present | Professor, Neurologist, UCSD Radiology and Neurosciences |
| 2016-Present | Interim Chair, UCSD Department of Neurosciences |
| 2016-Present | Interim Director, Shiley-Marcos Alzheimer's Disease Research Center |
| 2008-Present | Director, Alzheimer's Disease Cooperative Study Imaging Core |
| 2008-Present | Director, Clinical Quantitative Imaging Program, UCSD Radiology |
| 2008-Present | UCSD Center for Molecular Imaging/PET Director of Neuroscience |
| 2006-Present | Clinical Core, UCSD Alzheimer's Disease Research Center |
| 2004-Present | Principal Investigator- ADNI, ADNI-GO, ADNI-DoD, ADNI 2, Janssen 301,302, 351, ACCtion, SUMMIT |
| 2004-Present | Director, Human Memory Laboratory |
| 2010-2014 | Associate Professor, Neurologist, UCSD Radiology and Neurosciences |
| 2004-2010 | Assistant Professor, Neurologist, UCSD Radiology and Neurosciences |
| 2001-2004 | Neurology Residency, Johns Hopkins |

| | |
|---|---|
| 2000-2001 | Medical Internship, Saint Vincents' Hospital, Manhattan |
| 1993-2000 | M.D./Ph.D., Medical Scientist Training Program, Stanford University |
| 1992-1993 | Fulbright Scholarship, Weizmann Institute of Science, Rehovot, Israel |
| 1990 | University of California-Berkeley, Integrative Biology Program |
| 1988-1992 | B.S., Missouri State University, Biology and Psychology, Chemistry |

## NATIONAL BOARD CERTIFICATION

| | |
|---|---|
| January 2006- | American Board of Psychiatry and Neurology |
| | Diplomate in the Specialty of Neurology |
| | Certificate 53462 |

## HONORS AND AWARDS (SELECTED)

| | |
|---|---|
| 2013- present | Chair, NIA-Neurobiology of Aging |
| 2013 | Distinguished Investigator, Academy of Radiology Research |
| 2009 | UCSD School of Medicine Excellence in Teaching Award Nominee |
| 2000 | Convocation Address, Stanford School of Medicine |
| 1993 | Fulbright Scholarship – Neuroscience Research in Israel |
| 1992 | National Institutes of Health – Medical Scientist Training Program Grant |
| 1992 | Convocation Address, Missouri State University |
| 1992 | Outstanding Graduating Senior Award– MSU College of Science and Mathematics |

## PRIOR RESEARCH EXPERIENCE

| | |
|---|---|
| 1994-2000 | Stanford University Neurosciences Program<br>Department of Psychology<br>Advisor: John D.E. Gabrieli<br>Ph.D. Thesis: *Functional imaging of the medial temporal lobe during memory formation and retrieval* |
| 1992-1993 | Weizmann Institute of Science<br>Department of Structural Biology<br>Advisor: Joel Sussman and Israel Silman<br>Research Topic: *X-ray crystallography of acetylcholinesterase and its inhibitors* |
| 1992 | Mayo Clinic-Jacksonville, Florida |

Department of Medicinal Chemistry
Advisor: Alan Kozikowski
Research Topic: *Computer modeling studies of the anticholinesterase activity of Huperzine A*

1991      Mayo Clinic-Rochester, Minnesota
Department of Physiology and Biophysics
Scholl Foundation Fellowship in the Neurosciences
Advisor: Joseph Szurszewski
Research Topic: *Three-dimensional reconstruction and analysis of autonomic neurons using confocal microscopy and image reconstruction software*

1990      Lawrence Berkeley Laboratories
Department of Energy, Science and Engineering Research Semester
Department of Research Medicine
Advisor: William Jagust and Thomas Budinger
Research Topic: *MRI, PET and SPECT imaging studies of Alzheimer's disease*

1990      University of Southern California
National Science Foundation Research in Residence Program
Loker Hydrocarbon Research Institute
Advisor: George Olah, Nobel laureate
Research Topic: *Selective benzylic oxidation using ozone and pyridine*

RESEARCH INTERESTS

**Goal**      (1) to advance our understanding of the neural basis of memory formation and retrieval
(2) to apply technical advances and discoveries in neuroimaging to the early diagnosis and treatment of memory disorders

**Techniques**      <u>Structural:</u> Quantitative structural MRI including volumetry, diffusion tensor imaging, and longitudinal quantification of subregional volumetric change.
<u>Functional:</u> Positron Emission Tomography, Event-related functional MRI; electrophysiologic recordings from scalp, surface and depth electrodes to obtain event-related potentials (ERP) and gamma-band activity related to memory; combining functional imaging techniques to improve spatial and temporal resolution.

TEACHING EXPERIENCE

2004-present      UCSD Neurology Clerkship
UCSD Neurology Residency
UCSD Neurosciences:
NEU 200C- Cognitive Neuroscience
SOMI 276C- Advanced fMRI Methods

Advisor UCSD Neuroscience/Bioengineering Graduate program:
Ph.D. advisor, Prior Students:
Tyler Seibert, Ph.D., Medical Scientist Training Program UCSD

Jena Hales, Ph.D., Postdoctoral Fellow UCSD
Sarah Israel-Gimbel, Ph.D., Postdoctoral Fellow Hebrew University
Julia Hamstra, Ph.D., Postdoctoral Fellow UCSF

Postdoctoral Advisor-
Sanja Kovacevic, Ph.D.
Michael Pitts, Ph.D.

Current Students
Emilie Schwager (Neurosciences),
Elizabeth Murphy (MSTP Neurosciences)

Thesis committee member for Yael Shrager (Neurosciences), Jen Aron
(MSTP Neurosciences), Peter Wais (Psychology), Jessica Rickert
(Neurosciences), Kelly Landy (Neurosciences), Valerie Griffith
(Bioengineering), Kate Murray (Neurosciences), Adnan Majid (MSTP
Neurosciences)

| | |
|---|---|
| 2001-2004 | Mentor and teacher for Johns Hopkins medical students<br>Average teacher rating=3.89 on scale of 1 to 4 |
| 2001-present | Invited instructor, Falcon Reviews USMLE review course-Dallas, Texas<br>Instruction of neuroscience/neurology to classes of U.S. and foreign<br>medical students |
| 1995-1998 | Research mentor, Stanford University Undergraduate Research Program |
| 1995 | Instructor, *The biological basis of learning and memory*<br>Summer course for Stanford University Department of Psychology |
| 1994-1997 | Principal Teaching Assistant, *Neurobiology 200*<br>Stanford Medical School; Responsible for organizing teaching activities of<br>other teaching assistants and lecturing on topics of neuroanatomy. |

PROFESSIONAL ASSOCIATIONS AND NATIONAL MEDICAL SOCIETY LEADERSHIP

American Academy of Neurology

Meeting Planning Committee and Abstract Review

Session Planning and Session Chair

American Neurological Association

Session Planning and Session Chair

Organizer of Mini Symposium, "Imaging to Explore Neural

Network Structure and Function"

Society for Neuroscience

Abstract Review

Memory Disorders Research Society

    Nomination Committee

American Society for Neuroradiology

    ASNR Neurosciences Education Research Foundation Faculty

National Institute on Aging Alzheimer's Disease Cooperative Study

    National Steering Committee

Alzheimer's Disease Neuroimaging Initiative

    Steering Committee

National Alzheimer's Association

    Medical Science Board

    HBO/Alzheimer's Project Scientific Panel

National Alzheimer's Strategic Plan

    Alzheimer's Study Group

National Critical Path/Coalition Against Major Diseases

    Advisory Board/Imaging Subteam

    Biomarkers Board

Cognitive Neuroscience Society

Organization for Human Brain Mapping

---

## INTERNATIONAL JOURNAL EDITORIAL DUTIES

March 2010-2012    International Journal of Alzheimer's Disease-

        Editorial Board and Section Editor

---

## AD HOC REVIEWER

*Trends in Neurosciences*

*Journal of Neuroscience*

*Journal of Child Psychology and Psychiatry*

*Neurology*

*NeuroImage*

*Neuron*

*PlosOne*

*Hippocampus*

*Brain*

*Brain Research*

*Proceedings of the National Academy of Sciences*

*Cerebral Cortex*

*European Journal of Neuroscience*

*Behavioural Brain Research*

*Neurobiology of Aging*

*Human Brain Mapping*

*Alzheimer's Disease and Associated Disorders*

GRANT REVIEW

National Institute on Aging

Standing Member NIA-N Study Section

Neurobiology of Aging

Israel Science Foundation

Health Assistance Research Foundation

American Foundation for Aging Research

National Institute on Aging Recovery Act Study Section (ad hoc)

ADVISORY BOARDS (SELECTED)

Lilly Biomarker Business Unit

Bristol Myers Squibb Pharmaceuticals

Avanir Pharmaceuticals

Elan Pharmaceuticals Imaging Advisory Board

## PUBLICATIONS

Desikan RS, Schork AJ, Wang Y, Witoelar A, Sharma M, McEvoy LK, Holland D, **Brewer JB**, Chen CH, Thompson WK, et al. (2015) Genetic overlap between Alzheimer's disease and Parkinson's disease at the MAPT locus. Mol Psychiatry Feb 17. Epub ahead of print

Reas ET, **Brewer JB** (2014) Mean signal and response time influences on multivoxel signals of contextual retrieval in the medial temporal lobe. Brain Behav Dec 24 Epub ahead of print

Brezova V, Moen KG, Skandsen T, Vik A, **Brewer JB**, Salvesen O, Håberg AK. (2014) Prospective longitudinal MRI study of brain volumes and diffusion changes during the first year after moderate to severe traumatic brain injury. Neuroimage Clin. Mar 28;5:128-40.

Gimbel SI, **Brewer JB**. (2014) Elaboration versus suppression of cued memories: influence of memory recall instruction and success on parietal lobe, default network, and hippocampal activity. PLoS One. Feb 19;9(2):e89037

Desikan RS, Thompson WK, Holland D, Hess CP, **Brewer JB**, Zetterberg H, Blennow K, Andreassen OA, McEvoy LK, Hyman BT, Dale AM; Alzheimer's Disease Neuroimaging Initiative Group. (2014) The role of clusterin in amyloid-β-associated neurodegeneration. JAMA Neurol. Feb;71(2):180-7

Rafii MS, Taylor CS, Kim HT, Desikan RS, Fleisher AS, Katibian D, **Brewer JB**, Dale AM, Aisen PS. (2014) Neuropsychiatric symptoms and regional neocortical atrophy in mild cognitive impairment and Alzheimer's disease.Am J Alzheimers Dis Other Demen. Mar;29(2):159-65.

Desikan RS, Thompson WK, Holland D, Hess CP, **Brewer JB**, Zetterberg H, Blennow K, Andreassen OA, McEvoy LK, Hyman BT, Dale AM; Alzheimer's Disease Neuroimaging Initiative. (2013) Heart fatty acid binding protein and Aβ-associated Alzheimer's neurodegeneration. Mol Neurodegener. Oct 2;8:39.

Reas ET, **Brewer JB**. (2013) Effortful retrieval reduces hippocampal activity and impairs incidental encoding. Hippocampus. May 23(5):367-79.

Reas ET, **Brewer JB** (2013) Imbalance of incidental encoding across tasks:

An explanation for non-memory-related hippocampal activations *Journal of Experimental Psychology*

Desikan RS, Rafii MS, **Brewer JB**, Hess CP (equal contribution) (2013) An expanded role for neuroimaging in the evaluation of memory impairment *Am J Neuroradiol*

**Brewer JB**, Sepulcre J and Johnson KA, Part VII: Dementias, Structural, Functional, and Molecular Neuroimaging Biomarkers for Alzheimer's Disease In Eric Nestler and David Holtzman (eds) The Neurobiology of Mental Illness; New York: Oxford University Press.

McEvoy, LK and **Brewer JB** (2012) Biomarkers for the clinical evaluation of cognitively impaired elderly: Amyloid is not enough. *Imaging Med* 4(3), 343-357.

Desikan RS, McEvoy LK, Holland D, Thompson WK, **Brewer JB**, Aisen PS, Andreassen OA, Hyman BT, Sperling RA, Dale AM; for the Alzheimer's Disease Neuroimaging Initiative (2012) *Am J Neuroradiol* Sept 13 Epub ahead of print.

Desikan RS, McEvoy LK, Thompson WK, Holland D, **Brewer JB**, Aisen PS, Sperling RA, Dale AM (2012) Amyloid Beta-associated clinical decline occurs only in the presence of elevated P-tau. *Arch Neurol* 69 (6), 709-713.

Hales JB and **Brewer JB** (2012) The path to memory is guided by strategy: distinct networks are engaged in associative encoding under visual and verbal strategy and influence memory performance in healthy and impaired individuals. *J Cogn Neuro* 24(6), 1398-1410.

Seibert TM, Murphy EA, Kaestner EA, **Brewer JB** (2012) Interregional correlations in Parkinson disease and Parkinson-related dementias with resting functional MR imaging. *Radiology* 263(1), 226-234.

Reas ET, Gimbel SI, Hales JB, **Brewer JB** (2012) Search-related suppression of hippocampus and default network activity during associative memory retrieval *Front Hum Neurosci* 5, 112. Epub 2011 Oct 30.

Murphy EA, Roddey JC, McEvoy LK, Holland D, Hagler DJ Jr, Dale AM, **Brewer JB** and the Alzheimer's Disease Neuroimaging Initiative (2012) CETP polymorphisms associate with brain structure, atrophy rate, and Alzheimer's disease risk in an APOE dependent manner. *Brain Imaging and Behavio*r 6 (1), 16-26.

Seibert TM, Majid DS, Aron AR, Corey-Bloom J, **Brewer JB** (2011) Stability of resting fMRI interregional correlations analyzed in subject-native space: A one-year longitudinal study in healthy adults and premanifest Huntington's disease. *Neuroimage* (Epub ahead of print)

Heister D, **Brewer JB**, Magda S, Blennow K, McEvoy LK, for the

Alzheimer's Disease Neuroimaging Initiative (2011) Predicting MCI outcome with clinically available MRI and CSF biomarkers. *Neurology* 77(17):1619-28**.**

Holland D, Roddey JC, Blennow K, Aisen PS, **Brewer JB**, Hyman BT and Dale AM for the Alzheimer's Disease Neuroimaging Initiative (2011) Amyloid-beta associated volume loss occurs only in the presence of phosphor-tau. *Annals of Neurology* 70(4):657-61.

Seibert TM, **Brewer JB** (2011) Default network correlations analyzed on native surfaces. *J Neurosci Methods* 198 (2) 301-311.

McEvoy LK, Holland D, Hagler DJ Jr, Fennema-Notestine C, **Brewer JB**, Dale AM for the Alzheimer's Disease Neuroimaging Initiative (2011) Mild cognitive impairment: Baseline and longitudinal structural MR imaging measures improve predictive prognosis. *Radiology* 259(3):834-43.

Gimbel SI, **Brewer JB.** (2011) Reaction time, memory strength, and fMRI activity during memory retrieval: Hippocampus and default network are differentially responsive during recollection and familiarity judgments. *Cognitive Neuroscience* 2(1):19-23

Pitts MA, Martinez A, **Brewer JB,** Hillyard SA (2011) Early stages of figure-ground segregation during perception of the face-vace. *Journal of Cognitive Neuroscience*. 23(4):880-95

Rafii, MS, **Brewer JB** (2010) Functional brain imaging in the clinical assessment of consciousness. *PLoS Biology.*8(11):e10000548

McEvoy LK, **Brewer JB** (2010) Quantitative structural MRI for early detection of Alzheimer's disease. *Expert Review of Neurotherapeutics*. 10(11):1675-88.

Hales JB, **Brewer JB**. (2010) Activity in the hippocampus and neocortical working memory regions predicts successful associative memory for temporally discontiguous events. *Neuropsychologia* 48(11):3351-9.

Murphy EA, Holland D, Donohue M, Hagler DJ Jr., Dale AM, **Brewer JB**, and The Alzheimer's Disease Neuroimaging Initiative. (2010) Six-Month Neuroanatomical Change in MTL Structures is Associated with Subsequent Memory Decline in Elderly Controls *NeuroImage* 53(4):1310-7.

Karow DS, McEvoy LK, Hoh CK, Fennema-Notestine C, Hagler DJ, **Brewer JB**, Dale AM and the Alzheimer's Disease Neuroimaging Initiative. (2010) Relative capability of MR imaging and FDG PET to depict changes associated with prodromal and early Alzheimer disease *Radiology* 256(3):932-42.

McEvoy LK, Edland SD, Hagler DJ, Holland D, Roddey JC, Fennema-Notestine C, Salmon D, Koyama AK, Aisen PS, **Brewer JB**, Dale AM; for the Alzheimer's Disease Neuroimaging Initiative (2010) Neuroimaging

enrichment strategy for secondary prevention trials in Alzheimer's disease. *Alzheimer's Disease and Associated Dementias* 24(3):269-77.

Seibert TS, Hagler DJ, **Brewer JB** (2010) Early parietal response in episodic retrieval revealed with MEG *Human Brain Mapping* Epub ahead of print

Fjell AM, Walhovd KB, Fennema-Notestine C, McEvoy LK, Hagler DJ, Holland D, **Brewer JB**, Dale AM and the Alzheimer's Disease Neuroimaging Initiative (2010) CSF Biomarkers in prediction of cerebral and clinical change in mild cognitive impairment and Alzheimer's disease *Journal of Neuroscience* 30:2088-101.

Walhovd KB, Fjell AM, **Brewer JB**, McEvoy LK, Fennema-Notestine C, Hagler DJ Jr, Karow D, Dale AM (2010) Combining MRI, PET and CSF biomarkers in diagnosis and prognosis of Alzheimer's disease *American Journal of Neuroradiology* 31:347-54.

Fjell AM, Walhovd KB, Fennema-Notestine C, McEvoy LK, Hagler DJ, Holland D, Blennow K, **Brewer JB**, Dale AM and the Alzheimer's Disease Neuroimaging Initiative (2010) Brain atrophy in healthy aging is related to CSF levels of Abeta1-42. *Cerebral Cortex* 20(9):2069-79

Walhovd KB, Fjell AM, Dale AM, McEvoy LK, **Brewer J**, Karow DS, Salmon DP, Fennema-Notestine C; the Alzheimer's Disease Neuroimaging Initiative. (2010) Multi-modal imaging predicts memory performance in normal aging and cognitive decline. *Neurobiology of Aging.* 31(7):1107-21

Holland D, **Brewer JB**, Hagler DJ, Fennema-Notestine C, Dale AM, and the Alzheimer's Disease Neuroimaging Initiative (2009). Subregional neuroanatomical change as a biomarker for Alzheimer's disease progression. *Proceedings of the National Academy of Science*, Epub ahead of print

Fjell AM, Walhovd KB, Fennema-Notestine C, McEvoy LK, Hagler D, Holland D, **Brewer JB**, Dale AM and the Alzheimer's Disease Neuroimaging Initiative (2009) One year brain atrophy evident in healthy aging. *Journal of Neuroscience* 29:15223-31.

Fleisher AS, Donohue M, Chen K, **Brewer JB**, Aisen PS and the Alzheimer's Disease Neuroimaging Initiative (2009) Applications of neuroimaging to disease modification trials in Alzheimer's disease. *Behavioural Neurology* 21:129-36

**Brewer JB.** (2009) Fully-automated volumetric MRI with normative ranges: translation to clinical practice. *Behavioural Neurology* 2009:21 21-8.

McDonald CR, Mcevoy LK, Gharapetian L, Fennema-Notestine C, Hagler DJ Jr., Holland D, Koyama A, **Brewer JB**, Dale AM and the Alzheimer's Disease Neuroimaging Initiative (2009) Regional rates of neocortical atrophy from normal aging to early Alzheimer's disease. *Neurology*

73:457-465.

Israel SL, Seibert TM, Black ML, **Brewer JB** (2009). Going their separate ways: Dissociation of frontal and hippocampal activity during memory recollection and post-retrieval processing. *Journal of Cognitive Neuroscience* Mar 20, Epub ahead of print

Kovacevic S, Rafii MS, **Brewer JB** (2009) Fully-automated volumetry predicts decline in MMSE and CDR in patients with mild cognitive impairment *Alzheimer's Disease and Associated Dementias,* 23:139-145.

McEvoy LK, Fennema-Notestine C, Roddey JC, Hagler DJ, Holland DJ, Karow DS, Pung CJ, **Brewer JB**, Dale AM, and the Alzheimer's Disease Neuroimaging Initiative (2009). Quantitative structural neuroimaging detects Alzheimer's disease and predicts clinical and anatomical change in mild cognitive impairment: Initial results from the Alzheimer's Disease Neuroimaging Initiative. *Radiology* 251:195-205.

**Brewer JB**, Magda S, Airress C, Smith ME (2009) Fully-automated volumetry for assessment of focal atrophy in Alzheimer's disease. *American Journal of Neuroradiology* 3:578-80.

Hales JB, Israel SL, Swann NC, **Brewer JB**. (2009) Dissociation of frontal and medial temporal lobe activity in maintenance and binding of sequentially presented paired associates. *Journal of Cognitive Neuroscience,* 7, 1244-1254.

**Brewer JB**, Gabrieli JDE, Vaidya CJ, Preston A, Rosen A. Memory. In CG Goetz & EJ Pappert (Eds) Textbook of Clinical Neurology. 2007; (pp. 63-79). Philadelphia: W.B. Saunders Company.

Gold JJ, Smith CN, Bayley PJ, Shrager Y, **Brewer JB**, Stark CEL, Hopkins RO, Squire LR. (2006). Item memory, source memory, and the medial temporal lobe: Concordant findings from fMRI and memory-impaired patients. *Proceedings of the National Academy of Science,* 103, 9351-9356.

**Brewer JB,** Moghekar A. (2002). Imaging the medial temporal lobe: exploring new dimensions. *Trends in Cognitive Science*, 6, 217-223.

Golby AJ, Poldrack RA, **Brewer JB**, Spencer D, Desmond JE, Aron A P, Gabrieli JDE. (2001). Material-specific lateralization in the medial temporal lobe and prefrontal cortex during memory encoding. *Brain,* 124, 1841-1854.

Canli T, Zhao Z, **Brewer JB**, Gabrieli JD, Cahill L. (2000). Event-related activation in the human amygdala associates with later memory for individual emotional experience. *Journal of Neuroscience*. 20, RC99

Gabrieli JDE, **Brewer JB**, Vaidya CJ. (1999). Memory. In CG Goetz & EJ Pappert (Eds) Textbook of Clinical Neurology. (pp 56-69). Philadelphia: W.B. Saunders Company.

Fernandez G, **Brewer JB**, Zhao Z, Glover GH, Gabrieli JD. (1999). Level of sustained entorhinal activity at study correlates with subsequent cued-recall performance: a functional magnetic resonance imaging study with high acquisition rate. *Hippocampus*, 9, 35-44.

Gabrieli JDE, **Brewer JB**, Poldrack RA (1998). Images of medial temporal lobe function in human learning and memory. *Neurobiology of Learning and Memory*, 70, 275-283.

**Brewer JB**, Zhao Z, Desmond JE, Glover GH, Gabrieli JD (1998). Making Memories: brain activity that predicts how well visual experience will be remembered. *Science*, 281, 1185-1187.

**Brewer JB**, Gabrieli JD (1997). Focusing in on the medial temporal lobe. *Molecular Psychiatry*, 2, 427-431.

Gabrieli JDE, **Brewer JB**, Desmond JE, Glover GH (1997). Separate neural bases of two fundamental memory processes in the human medial temporal lobe. *Science*, 276, 264-266.

Kozikowski AP, Ma D, **Brewer J**, Sun S, Costa E, Romeo E, Guidotti A (1993). Chemistry, binding affinities, and behavioral properties of a new class of "antineophobic" mitochondrial DBI receptor complex (mDRC) ligands. *Journal of Medicinal Chemistry*, 36, 2908-2920.

---

CONVENTION PRESENTATIONS

SELECTED PAPERS PRESENTED

Seibert TM, Hagler, DJ, **Brewer JB.** Early parietal response in episodic retrieval revealed with MEG. Presented at the 15th Annual Meeting of the Organization for Human Brain Mapping, San Francisco, CA, USA, June 18-23, 2009

**Brewer JB,** McEvoy LK, Holland D, Hagler DJ Jr., Fjell A, Walhovd K, Fennema-Notestine C, Anders Dale and the Alzheimer's Disease Neuroimaging Initiative. "MR Volumetry and Measures of Subregional Change: Preliminary Results from ADNI" Paper presented at the Annual Meeting of the American Academy of Neurology. Seattle, Washington, USA, April 25-30, 2009.

**Brewer JB**, Zhao Z, Glover GH, Gabrieli JDE. Parahippocampal responses to single events predict whether those events are remembered or forgotten. Paper presented at the 28th Annual Meeting of the Society for Neuroscience, Los Angeles, California, USA, November 7-12, 1998. Society for Neuroscience Abstracts, 1998, 24, no.1-2, p. 761.

**Brewer JB**, Desmond JE, Glover GH, Gabrieli JDE. Parahippocampal cortex involvement in the encoding of both visual and auditory stimuli: an fMRI study. Paper presented at the 27th Annual Meeting of the Society for Neuroscience, New Orleans, Louisiana, USA, October 25-30, 1997.

Society for Neuroscience Abstracts, 1997, 23, no. 1-2, p. 566.

**Brewer JB**, Desmond JE, Glover GH, Gabrieli JDE. Dissociation of medial temporal lobe structures involved in encoding and retrieval: an fMRI study. Paper presented at the 26th Annual Meeting of the Society for Neuroscience, Washington, D.C., USA, November 16-21, 1996. Society for Neuroscience Abstracts, 1996, 22, no. 1-3, p. 1450.

SELECTED POSTERS PRESENTED

Relkin N, Moore M, Tsakanikas D, **Brewer J** Intravenous immunoglobulin treatment decreases rates of ventricular enlargement and cognitive decline in Alzheimer's disease. Presented at the 62nd Annual Meeting of the American Academy of Neurology, Toronto, Canada April 10-17, 2010

Hales JB, **Brewer JB**. Successful encoding of item-based and association-based information is dissociated along the posterior to anterior axis of the parahippocampal gyrus. Presented at the 38th Annual Meeting of the Society for Neuroscience, Washington, D.C., USA, November 15-19, 2008. Society for Neuroscience Abstracts

Israel SL, **Brewer JB**. Modulation of dorsolateral prefrontal and parahippocampal activity during memory suppression, retrieval, and retrieval with elaboration.. Presented at the 38th Annual Meeting of the Society for Neuroscience, Washington, D.C., USA, November 15-19, 2008. Society for Neuroscience Abstracts.

**Brewer JB**, Holland D, Fennema-Notestine, C, Dale, AM and the Alzheimer's Disease Neuroimaging Initiative. Brain structure change is associated with clinical decline of elderly controls: A longitudinal study using the ADNI dataset. International Conference on Alzheimer's Disease, Chicago, IL. July 27-31st. ICAD 2008 Abstracts

Israel SL, Black ML, Siebert TM, **Brewer JB**. BOLD signal decreases in the hippocampus during semantic processing of recollected items. Poster presented at the 37th Annual Meeting of the Society for Neuroscience, San Diego, CA, USA, November 3-7, 2007. Society for Neuroscience Abstracts

Davis JB, Swann NC, Israel SL, **Brewer JB**. Medial-temporal-lobe contribution to associative memory formation: examination of bold response during association of sequentially presented items. Poster presented at the 37th Annual Meeting of the Society for Neuroscience, San Diego, CA, USA, November 3-7, 2007. Society for Neuroscience Abstracts.

Seibert TM, Huang M, Discenza C, **Brewer JB**. Spatio-temporal dynamics of paired associate retrieval: an MEG study. Poster presented at the 36th Annual Meeting of the Society for Neuroscience, Atlanta, Georgia, USA, October 14-18, 2006. Society for Neuroscience Abstracts.

Hamstra J, **Brewer JB.** Medial-temporal-lobe activity associated with subsequently confident and successful stem-cued recall for groups of

words. Poster presented at the 12th Annual Meeting of the Organization for Human Brain Mapping, Florence, Italy, June 11-15, 2006. *NeuroImage* Special Issue 12th Annual Meeting of the Organization for Human Brain Mapping, p. S184

Golby AJ, Poldrack RA, Illes J, **Brewer JB**, Shuer, LM, Chen DR, Desmond JE, Gabrieli JDE. Novelty-associated mesial temporal lobe activation during memory encoding in patients with mesial temporal lobe epilepsy. Poster presented at the 30th Annual Meeting of the Society for Neuroscience, New Orleans, Louisiana, USA, November 4-9, 2000. Society for Neuroscience Abstracts, 26, no. 1, p. 463.

Golby AJ, Poldrack RA, **Brewer JB**, Spencer D, Gabrieli JDE. Material-specific lateralization of memory encoding processes in the medial temporal lobe. Poster presented at the 29th Annual Meeting of the Society for Neuroscience, Miami, Florida, USA, October 1999. Society for Neuroscience Abstracts, 25, no. 1, p. 646.

**Brewer JB**, Zhao Z, Desmond JE, Fine EM, Gabrieli JDE. Human perirhinal cortex participates in associative encoding. Poster presented at the 29th Annual Meeting of the Society for Neuroscience, Miami, Florida, USA, October 1999. Society for Neuroscience Abstracts, 25, no. 1, p. 647.

**Brewer JB**, Zhao Z, Marling TS, Desmond JE, Glover GH, Gabrieli JDE. Event-related fMRI of medial temporal lobe involvement in declarative memory formation. Poster presented at the 5th Annual Meeting of the Society for Cognitive Neuroscience, San Francisco, California, USA, April 5-7, 1998. Cognitive Neuroscience Society 1998 Annual Meeting Abstract Program, p. 121.

**Brewer JB**, Zhao Z, Marling TS, Desmond JE, Glover GH, Gabrieli JDE. Averaged single trial fMRI of medial temporal lobe involvement in declarative memory formation. Poster presented at the 6th Conference on the Neurobiology of Learning and Memory, Irvine, California, USA, October 21-24, 1997.

Miller S, **Brewer J**, Tarara J, Schmalz P, Szurszewski JH. 3-D reconstruction of abdominal prevertebral ganglion neurons. Poster presented at the Digestive Disease Week and the 93rd Annual Meeting of the American Gastroenterological Association, San Francisco, California, USA, May 9-15, 1992, 102, no. 4 part 2, p. A486.

Miller S, Tarara J, **Brewer J**, Ma R, Schmalz P, Szurszewski JH. 3-D imaging of lucifer yellow filled sympathetic and parasympathetic neurons. Poster presented at the 1992 Meeting of the Federation of American Societies for Experimental Biology (FASEB), Anaheim, California, USA, April 5-9, 1992. FASEB Journal, 1992, 6, no. 4, p. A956.

INVITED TALKS (SELECTED)

Evidence Based Medicine Debates, Powered4Significance Panel on the use

of Imaging Biomarkers in the evaluation of Alzheimer's Disease. 2012

Invited Speaker Series, University of Wisconsin ADRC 2011

Grand Rounds UCSF Memory and Aging Program 2011

American Society for Neuroradiology, Neuroscience Education Research Foundation Lecture and Session Moderator, "Clinical and Structural Evaluation of the Memory-Impaired Patient" Vancouver, BC, May 17, 2009

American Academy of Neurology- Society for Behavioral and Cognitive Neurology Dinner Lecture: "Toward an MR diagnosis of Alzheimer's disease: Quantitative Neuroimaging" Seattle, April 29, 2009

Japan Epilepsy Society Meeting Invited Lecture," Memory and Epilepsy" Tokyo, Japan, October 2008

Japan Epilepsy Society Meeting Invited Lecture," Diffusion Tensor Imaging" Tokyo, Japan, October 2008

Alzheimer's Disease Cooperative Study Steering Committee Lecture: "Sharing imaging and clinical data from ADCS clinical trials" Salt Lake City, April 2008

UCSD Connect Presentation, "MRI Assessement of Subregional Change in the Brain" San Diego, August 2008

Spring Brain Conference Address, "Quantitative Neuroimaging: Toward an MR Diagnosis of Alzheimer's Disease" Palm Springs, March 16th, 2009

Ruben H. Fleet Science Center, Featured Speaker, "Aging for All Ages" San Diego, July 2006

Merck Neuroscience Series, "Functional Imaging of the Medial temporal Lobe" October 4th, 2004

University of California, Irvine, Grand Rounds Address, "Functional Imaging of the Medial Temporal Lobe" January 14th, 2004

New York Medical College, Grand Rounds Address, "Advances in Functional Brain Imaging" June 13th, 2000.

MEDIA COVERAGE

Work featured in Scientific American, Psychology Today, Discovery Channel News, Discover Magazine, Los Angeles Times, and New York Times.  Interviews given for BBC, CNN, CBS Evening News, Lancet Journal and National Public Radio Science Friday.

COMMUNITY, ADMINISTRATIVE, AND ORGANIZATIONAL ACTIVITIES

| 2008-present | Executive Steering Committee- UCSD ADRC |
|---|---|
| 2007-present | Executive Steering Committee Keck Center for Functional MRI |
| 2006-present | Co-Director UCSD Radiology at La Jolla Research Program |
| 2004-present | Co-Director Neurology Residents' Clinic |
| 2003-2004 | Johns Hopkins Inpatient Neurosciences Work Group |
| 2002-2004 | Computer and networking resource for Johns Hopkins residency program: |
| 1996 | Founding member of the Stanford Papua New Guinea Project: |
| 1995 | SMILE project:  Organized and taught classes to Cal. high school students allowing hands-on experience with neuroanatomy and neuroscience. |

GRANTS AWARDED

| | | | | |
|---|---|---|---|---|
| Functional Imaging of the Medial Temporal Lobe | Fidelity Foundation | $90,000 | 10/2004-10/2005 | PI |
| MTL Structure and Function in MCI and AD | Johns Hopkins Department of Medicine | $325,000 | 7/2004-6/2006 | PI |
| MRI Studies of MTL Structure and Function in MCI and AD | National Institutes of Neurological Diseases and Stroke | $879,934 | 12/2004-11/2009 | PI |
| High-Resolution MRI of Medial Temporal Lobe Structure and Function | General Electric Medical Foundation | $265,682 | 4/2007-4/2010 | PI |
| The Alzheimer's Disease Neuroimaging Initiative | National Institutes of Health | $317,846 | 7/2004-8/2010 | Site PI |
| A phase III study of the effectiveness of Bapineuzumab for the treatment of Alzheimer's disease | Elan Pharmaceutic. | $593,460 | 2/2009-2/2012 | Site PI |
| The Alzheimer's Disease Cooperative Study | National Institute on Aging | $400,000 | 4/2009-4/2017 | Core Leader |

| | | | | |
|---|---|---|---|---|
| Clinical Studies of NSAIDs as Gamma Secretase Modulators in AD<br>Project 3 MRI core | National Institute on Aging | $60,000 | 6/2009-6/2014 | Project 3 MRI Core Leader PI- Eddie Koo |
| Differentiating dementia with Lewy bodies from Alzheimer's disease using quantitative imaging | National Institute on Aging | $663,642 | 6/2009-6/2014 | PI (Project 1) |
| Multimodal MRI Studies of Brain Structure and Function in PDD and AD | National Institutes of Neurological Diseases and Stroke | $880,560 | 11/2009-11/2015 | PI |
| Sharing ADCS Imaging and Clinical Data through BIRN | National Institute on Aging | $1,000,000 | 8/2011-8/2015 | PI |

Core leader on 5 additional NIH and industry grants funded through the next 3-5 years.

# Dr. David S. Geldmacher

<u>CURRICULUM VITAE</u>
# DAVID S. GELDMACHER, MD, FACP

**Date**: October 31, 2016

**PERSONAL INFORMATION**
     Name:       David Stephen Geldmacher
     Citizenship:   US
     Foreign Language(s): none

**RANK/TITLES**
     Patsy and Charles Collat Endowed Professor in Neuroscience
     Professor of Neurology
     Professor of Neurobiology
     Director, Division of Memory Disorders and Behavioral Neurology
     Senior Scientist appointments:
          Alzheimer's Disease Center
          Center for Aging
          Center for Neurodegeneration and Experimental Therapeutics
          McKnight Brain Research Institute
          Vision Science Research Center

     Rank: Professor (with tenure)
     Primary Department: Neurology
     Professional Address:
          University of Alabama at Birmingham
          1720 7th Avenue South, Sparks Center 620A,
          Birmingham, AL 35294-0017
               Phone 205-996-3679
               Fax 205-975-7365.

**HOSPITAL AND OTHER (NON ACADEMIC) APPOINTMENTS:**
2012-present   Medical Director (Neurology) -UAB Hospital
2011-present   Medical Staff (Admitting and Consulting) - UAB Medical Center

**PROFESSIONAL CONSULTANTSHIP:**
2007-2011 *Ad hoc* Consultant, Peripheral & Central Nervous System Drugs Advisory
          Committee,  US Food and Drug Administration,

**EDUCATION:**

| <u>Year</u> | <u>Degree</u> | <u>Institution</u> |
|---|---|---|
| 09/1982- | M.D. | State University of New York: |
| 05/1986 | (with Certificate in | Health Science Center at Syracuse, |
| | Academic Research) | Syracuse, New York |

| 09/1978-<br>05/1982 | BA<br>(*magna cum laude*) | University of Rochester<br>Rochester,  New York |
|---|---|---|

**MILITARY SERVICE:** None

**LICENSURE:**     Alabama, license# MD.32204
                           NPI: 1174692701
                           UPIN: E86577
                           DEA registration (details upon request)
              Alabama Controlled Substance Certificate (details upon request)
              Virginia, # 0101232688
              Ohio # 35-05-8049  (inactive)
              New Jersey (inactive)


**BOARD CERTIFICATION:**
        American Board of Psychiatry and Neurology,
        Certificate number 36574, November 1992 (lifetime certification)

        Diplomate, National Board of Medical Examiners
        Diploma number 330492, June 1987


**POSTDOCTORAL TRAINING:**

| **Year** | **Training** | **Institution** |
|---|---|---|
| 07/1986-<br>06/1987 | PGY-1 Internal Medicine | Mt. Sinai Medical Center<br>Cleveland, Ohio |
| 07/1987-<br>06/1990 | Residency-Neurology | Case Western Reserve University<br>Cleveland, Ohio |
| 07/1990-<br>06/1991 | Postdoctoral Fellowship<br>Behavioral Neurology | University of Florida<br>Gainesville, Florida |


**ACADEMIC APPOINTMENTS: (In reverse chronological order)**

| **Year** | **Rank/Title** | **Institution** |
|---|---|---|
| 4/2014-<br>present | Patsy and Charles Collat Endowed<br>Professor in Neuroscience | University of Alabama at<br>Birmingham |
| 3/2011-<br>present | Professor of Neurology (tenured)<br>Professor of Neurobiology | " |
| 3/2011 – | Patsy and Charles Collat Endowed | " |

| 3/2014 | Scholar in Neuroscience | |
| 11/2006-<br>2/2011 | Harrison Distinguished Teaching<br>Associate Professor of Neurology<br>(without term) | University of Virginia<br>School of Medicine |
| 7/ 2002-<br>10/2006 | Associate Professor of Neurology<br>(without term) | " |
| 7/2001-<br>6/2002 | Associate Professor of Neurology | Case Western Reserve<br>University |
| 01/1993-<br>06/2001 | Assistant Professor of Neurology | " |
| 07/1991-<br>12/1992 | Assistant Professor of Neurology | Robert Wood Johnson<br>School of Medicine,<br>University of Medicine<br>and Dentistry of New<br>Jersey |

## AWARDS/HONORS:

### Honors

| | |
|---|---|
| 2015 | Alpha Omega Alpha Medical Honors Society, Inductee |
| 2014 | Who's Who in the World Selection |
| 2014-current | America's Top Doctors Selection, Castle-Connolly, Inc. |
| 2013 | Appointment to Fellow, American Neurological Association |
| 2011-current | Best Doctors listing, *Birmingham* magazine |
| 2008 | Election to Fellow, American College of Physicians |
| 2006 | Election to membership, American Neurological Association |
| 2006 | Leading Health Professionals of the World, Selection |
| 2005 | Appointment to Academy of Distinguished Educators,<br>University of Virginia School of Medicine |
| 2002-current | The Best Doctors in America Selection |
| 1998 | The Best Doctors in America Selection, Woodward/White, Inc. |
| 1998 | Top Doctors Listing, *Cleveland* Magazine |
| 1982 | Phi Beta Kappa, Inductee |
| 1978-82 | National Merit Scholar |
| 1978-82 | New York State Regents' Scholar |
| 1978 | Valedictorian, Southside HS, Elmira, NY |

### Awards

| | |
|---|---|
| 2012 | Residency Teaching Award<br>Department of Neurology<br>University of Alabama-Birmingham |
| 2003 | Residency Teaching Award |

|      | Department of Neurology |
|------|-------------------------|
|      | University of Virginia |
| 2001 | Award for Achievement: Science and Technology Division |
|      | Northern Ohio Live Magazine Annual Awards |
| 1995 | Monitors' Choice Award – Best Overall Clinical Trials Site |
|      | (Trial E2020-A-01-301), Eisai America, Inc. |
| 1985 | Merck Medical Student Achievement Award |
|      | SUNY-HSC, Syracuse |

## MEMBERSHIPS IN PROFESSIONAL SOCIETIES:

American Academy of Neurology (1988-current)
    Sections: Behavioral Neurology, Geriatric Neurology, Neurorehabilitation
American College of Physicians (2008-current)
American Neurological Association (2006-current)
Medical Association of the State of Alabama (2013-current)
American Society of Neurorehabilitation (1992-2006)
Association of University Professors of Neurology (2006-2010)
Consortium of Neurology Clerkship Directors (2005-2010)
Virginia Neurological Society (2003-2010)

## COUNCILS AND COMMITTEES

### Scientific Grant Reviewer

| | |
|------|------|
| 2012 | Special Emphasis Panel, NIA 2012 ZAG1 ZIJ-7 ADCS (Alzheimer's Disease Cooperative Study-primary reviewer Project 3) |
| 2010 | Special Emphasis Panel, NIA 2010/05 ZAG1-ZIJ-5 (M2) ADNI2 (Alzheimer's Disease Neuroimaging Initiative-primary reviewer for two cores) |
| 2006 | NIH-Rapid Access to Interventional Drugs (RAID) Program Pilot Review Panel National Institutes of Health, Bethesda MD |
| 2005 | Special Emphasis Panel, NINDS (ZNS-1 SRB-P Executive Function)National Institutes of Health, Bethesda MD |
| 2004 | Scientific reviewer, Pilot Grants Program University of Virginia Institute on Aging |
| 2003 | Special Emphasis Panel, Brain Disorders and Clinical Neuroscience (ZRG-1 DBD 10B Behavioral Neurosciences SBIR) National Institutes of Health, Bethesda MD |
| 1999-2010 | Scientific reviewer, Institute for the Study of Aging, New York |
| 1995-2002 | Scientific reviewer, Case Western Reserve University Alzheimer's Disease Research Center Pilot Grant Program |
| 1994 | Scientific reviewer, Claude D. Pepper Center, Pilot Grant Program, Case Western Reserve University |

## UNIVERSITY ACTIVITIES:

    **A.**    **University of Alabama-Birmingham, Birmingham, Alabama**
    1. University of Alabama School of Medicine
        2013-2015    Member, Faculty Council
    2. UAB Hospital

|        |                                                      |
|--------|------------------------------------------------------|
| 2014   | Chief of Staff's Delirium Task Force                 |

3. Department of Neurology
   - 2016-present   Chair, Departmental Promotions & Tenure Committee
   - 2014-2015      Chair, Stroke Division Director Search Committee
   - 2012-present   Member, Research Oversight Committee
   - 2011-present   Member, Departmental Promotions & Tenure Committee
   - 2011-2013      Member, Ackerman/Warren Professor Search Committee
4. Department of Psychiatry and Behavioral Neuroscience
   - 2015-present   Member, Geriatric Psychiatry Search Committee
5. McKnight Brain Institute
   - 2011-2012      Member, Cognitive Battery Development Working Group

**B.      University of Virginia, Charlottesville, Virginia**
1. Institute on Aging
   - 2004-2011      Member, Advisory Board
2. School of Medicine:
   - 2006-2011      Chair, Academic Standards and Achievement Committee
   - 2005-2011      Member, Clinical Medicine Committee
3. Medical Center
   - 2003-2009      Medical Director, Fontaine Adult Neurology Clinic
   - 2007           Ambulatory Services Guidelines/Blueprint work group
4. Health Services Foundation
   - 2008-2011      Physicians Advisory Council on Contracting
5. Department of Neurology:
   - 2006           Electronic Record Implementation Group
   - 2006-2011      Undergraduate Medical Education Committee (Chair)
   - 2004-2011      Resident Education Committee
   - 2003-2009      Neurology Ambulatory Services Team Committee

**C.      Case Western Reserve University/University Hospitals of Cleveland**
**         Cleveland, Ohio**
1. Alzheimer Center/Memory and Aging Center
   - 1999-2002      Internal Advisory Committee, Alzheimer Center
   - 1994           Co-Chair, Investigator Interface Task Force,

2. Department of Neurology
   - 1996-98        Computerized Medical Record Committee
   - 1994-98        Chairman, Committee on Equity in Professional Affairs

3. University Hospitals of Cleveland
   - 1996           Rehabilitation Unit Advisory Committee
   - 1995-99        Faculty, Fellowship for Journalists in Biomedical Research
   - 1993-2002      ElderHealth Center Medical Management Committee
   - 1993-95        Chair, Stroke Extended Care Path Development Committee
   - 1993           Residency Review Committee, Department of Neurology
   - 1993           ElderHealth Care Task Force
   - 1993           Geriatric Psychiatry Work Group

    **D.**    **Robert Wood Johnson University Hospital,**
        **New Brunswick, New Jersey**
        1992        Chairman, Patient Care Committee, Neurology Service
        1992        Prognosis Committee

**EDITORIAL BOARD MEMBERSHIPS:**
    2008-present  Brain Injury, (Taylor and Francis, publisher)
    2007         Reviews in Neurological Diseases- Section Editor/Editorial Board
                    (MedReviews, publisher)
    2006-2009   Dementia - Contributing Editor (Carma Publishing)
    2005-2007   Practical Neurology- Contributing Editor,
                    (Avondale Medical, publisher)
    1994-2002   Alzheimer's Disease and Associated Disorders
                    (Lippincott Williams & Wilkins, publisher)

**MAJOR RESEARCH INTERESTS:**
My research focuses primarily on treatment approaches for people with dementia. This includes investigator-initiated trials of novel drugs through typical federal- and industry-sponsored multicenter studies. I serve on steering and publication committees for these trials. Additionally, I have been developing an alternative model of assessing treatment success in dementia care known as "Family Quality of Life."

**TEACHING EXPERIENCE:**
**A.**    **Scholarly presentations**
    **1. University of Alabama – Birmingham**
      A.  Neurology Grand Rounds
            9-13-2011 – Short- and Long-Term Targets for Alzheimer Prevention"
            10-1-2013 - Developing excellence in teaching for faculty and residents:
                    How to be the teacher everyone wants to have
            6-9-2015 -  Driving in Dementia: The Doctors' Dilemma
            9-27-2016 – Cognition in Parkinson's disease and related disorders
      B.  Grand Rounds – Other Departments
        a.  Geriatrics/Gerontology
            6-30-2011 – Embroilments, Evidence, and Expectations in Alzheimer's
                    Disease
            5-10-2012 – The Exasperating Experiences of Mrs. P – Case Study in
                    Dementia
            6-10-2013 – The Confusing Case of Mrs. C – Visual Dysfunction in
                    Neurodegenerative disease
            9-6-2014 - Developing excellence in teaching for faculty and residents:
                    How to be the teacher everyone wants to have
        b.  Endocrinology
            4-20-14   Hashimoto's Encephalopathy
        c.  Pediatrics
            7-3-14     Developing excellence in teaching for faculty and residents:
                    How to be the teacher everyone wants to have

C.   Behavioral Neurology/Neuropsychology Noon Conference

| | |
|---|---|
| 6-28-2011 | Using Patient and Family Centered Outcomes to Optimize Dementia Care |
| 4-24-2012 | Development of the 'Alabama Brief Cognitive screen' (ABC) |
| 1-22-2013 | Information Flow in Cerebral Cortex: Implications for Localization of Cognitive Function |
| 5-28-2013 | The New Alphabet Soup of Dementia Diagnosis: ICD-10 and DSM-5 |
| 9-23-2014 | Alzheimer's Risk Assessment and Intervention Clinic (ARAIC) |
| 4/28/2015 | Driving and Dementia:  The Doctor's Dilemma |
| 6/23/2015 | Neurodegenerative Dementia Prodromes |

**2.   University of Virginia School of Medicine**

A.  Neurology Grand Rounds

2-11-2011 – "Was Wernicke Wrong? – Electrocorticography and aphasia"
3-26-2010 – "Can Alzheimer's disease be prevented"
7-10-2009 – "Treatment of behavioral symptoms in dementia"
8-22-2008 – " Interdisciplinary Care in Dementia"
3-10-2008 -  "The Anatomic basis of Executive Function"
11-9-2007 – "Exploring the Diabetes-Dementia Link"
10-27-2006 – "Aging, Women's Health, and Cognition"

B.  Family Medicine Grand Rounds

8-10-2010 "Case Based approach to dementia"
1-15-2010 "Practical dementia care"

C.  Psychiatry Grand Rounds

3-27-2007 – "Rational approach to behavioral symptoms in dementia"

D.  Office of Graduate Medical Education Resident-as-Teacher program

5-23-2007  - Use of the Clinical Teaching Perception Inventory to enhance teaching skills."

**3.   School of Medicine Coursework**

**A.   University of Alabama at Birmingham**

| Year | Course Title | Activity | No. of Students | Contact Hours |
|---|---|---|---|---|
| 2015-16 | Medical Neuroscience | Small Group Leader | 10 | 6 |
| 2015-16 | GBS 729 Translational Approaches in Neurodegeneration | Lecture/Discussion Group | 12 | 1.5 |
| 2015-16 | GBS 790 Clinical Evaluation of Cognitive Disorders | Lecture/ clinical precepting | 8 | 9 |
| 2014-15 | GBS 790 Clinical Evaluation of | Lecture/ clinical precepting | 7 | 22 |

| | | | | |
|---|---|---|---|---|
| 2013-14 | GBS 790 Clinical Evaluation of Cognitive Disorders | Lecture/ clinical precepting | 5 | 16 |
| 2012-13 | GBS 790 Clinical Evaluation of Cognitive Disorders | Lecture/ clinical precepting | 6 | 19 |
| 2012-13 | Medical Neuroscience | Lecture: Cortical Integration | 150 | 1 |

**B.    University of Virginia**

| Year | Course Title | Activity | No. of Students | Contact Hours |
|---|---|---|---|---|
| 2010-11 | Neurology Clerkship | Didactic Seminars | 10-16 | 9 x 0.5 |
| | | Pretest review | 10-16 | 9 x 1.5 |
| 2009-10 | Neurology Clerkship | Didactic Seminars | 10-16 | 12 x 0.5 |
| | | Pretest review | 10-16 | 12 x 1.5 |
| | | Clinical skills teaching | 5 | 1 x 1.5 |
| | Practice of Medicine-2 | Neurologic Exam Techniques | 6 | 3 |
| | Medical Neuroscience | Clinical Case Studies | 35 | 2 |
| 2008-09 | Neurology Clerkship | Didactic Seminars | 12-15 | 8 x 0.5 |
| | | Pretest review | 12-15 | 8 x 1.5 |
| | Practice of Medicine-2 | Neurologic Exam Techniques | 8 | 3 |
| | | Neurology Cases | 20 | 2 x 2 |
| | Medical Neuroscience | Clinical Case Studies | 35 | 2 |
| 2007-08 | Practice of Medicine-2 | Neurologic Exam Techniques | 10 | 3 |
| | Neurology Clerkship | Didactic Seminars | 12-15 | 8 x 0.5 |
| | | Case Problem sets | 12-15 | 1 x 1.5 |
| | | Pretest review | 12-15 | 10 x 1 |
| 2006-7 | Practice of Medicine-2 | Neurologic Exam | 12 | 3 |
| | Neurology Clerkship | Didactic Seminars | 16-20 | 5 x 0.5 |
| | | Case Problem sets | 16-20 | 3 x 1.5 |
| | | Pretest review | 16-20 | 10 x 1 |
| 2005-6 | Practice of Medicine-2 | Neurology Cases | 20 | 2 |
| | Neurology Clerkship | Didactic Seminars | 16-20 | 5 x 0.5 |
| | | Case Problem Sets | 16-20 | 4 x 1.5 |
| | | Pretest review | 16-20 | 11 x 1 |

|  |  | Medical Neuroscience | Lecture-Laterality | 140 | 1 |
|---|---|---|---|---|---|
| 2004-5 | Practice of Medicine-2 | Neurologic Exam Technique | 12 | 3 |
|  |  | Neurology Cases | 20 | 2 |
| 2003-4 | Neurology Clerkship | Didactic seminars | 12-15 | 3 x 0.5 |
| 2002-3 | Practice of Medicine-2 | Neurologic Exam Technique | 8 | 3 |

**4. Classroom Teaching (in Schools other than Medicine)**

1. Guest Lecture: UAB Science and Technology Honors Program
   Course STH299 'Mechanisms of Learning and Memory'
   Title: *Alzheimer's disease*
   16 undergraduates, 1.5 contact hours
      Fall Term 2011-15

2. Guest Lecture: UAB Undergraduate Honors College
   Course: HON321 "Neurology and Liberal Arts"
   Title: *Implementing a reflective writing assignment in clinical training*
   10 undergraduates, 1 contact hour
      Spring Term 2011

3. Guest Lecture: UVa School of Nursing
   Course GNUR550 "Pharmacology"
   Title: *Treatment in Dementia: Evidence and Expectations*
   30-40 Graduate Nursing Students, 1.5 contact hours
      Spring term 2008-10
      Summer Term 2008-10

4. Guest Lecture: Frances Payne Bolton School of Nursing, Case Western Reserve
   Course NURS459 "Integrated Assessment."
   Title: *4 D's: Differentiating Delirium, Dementia, and Depression*
   40-60 Graduate Nursing Students, 2 contact hours
      Spring term 1997-2002

5. Guest Lecture: Mandel School of Applied Social Sciences, CWRU
   Course SASS547 "Problem Identification & Assessment/Diagnosis"
   Title: *Practical Approaches to Dementia Recognition*
   20-30 Graduate Nursing Students, 2 contact hours
      Fall term 1999-2001

6. Guest Lecture: Graduate Program in Psychology CWRU
   PSCL469 'Psychology of Aging'
   Title: *Alzheimer's disease*
   15 Graduate Students in Clinical Psychology, 2 contact hours
      Fall term 1996

**B.    Clinical Teaching (Fellows, Residents, and Medical Students):**

1. **University of Alabama-Birmingham**
   o Inpatient (General Neurology and Stroke services)
      2-3 weeks per year
      Learners (typical)
         3 Neurology residents (PGY-4 x1; PGY-2 x2)
         3 3rd year medical students
   o Inpatient Neurology Consultation
      2-4 weeks per year
      Learners (typical)
         2-3 Neurology residents (PGY-3 or 4)
         1 or 2 PGY 1 (Psychiatry, Internal medicine)
   o Outpatient (Memory Disorders Specialty Clinic)
      24-80 ½ day teaching sessions per year
      Learners (typical)
         1 Resident or Postdoctoral fellow
            Residents: Neurology, Internal Medicine, Psychiatry
            Fellows: Neurology, Geriatrics, Psychology
         1 medical student (MS-3 or MS-4)


2. **University of Virginia Health System (2002-2011)**
   o Inpatient (General Neurology and Stroke services)
      4-8 weeks per year
      Learners (typical)
         3 Neurology residents (PGY-4 x1; PGY-2 x2)
         2 PGY-1 (Internal Medicine, Psychiatry, PM & R)
         1 4th year medical student
         3 3rd year medical students
   o Inpatient Neurology Consultation
      2-8 weeks per year
      Learners (typical)
         1 Neurology resident (PGY-3 or 4)
         1 or 2 PGY 1 (Psychiatry, PM & R)
         3 3rd year medical students
   o Outpatient (General Neurology)
      Up to 40 ½ day sessions per year
      Learners (typical)
         1-4 Neurology residents (all PG levels)
         2 3rd year medical students
   o Outpatient (Memory Disorders Specialty Clinic)
      40-100 ½ day teaching sessions per year
      Learners (typical)
         1 Resident or Postdoctoral fellow
            Residents: Neurology, Family Medicine
            Fellows: Neurology, Geriatrics, Gero-psychiatry

3. **University Hospitals/Case Western Reserve University (1993-2002)**
   o Inpatient (General Neurology service)
      1-2 months per year
      Learners (typical)
         5 Neurology residents (PGY-4 x1; PGY-2 x4)
         3 3rd year medical students
   o Inpatient Neurology Consultation
      1-2 weeks per year
      Learners (typical)
         1 Neurology resident (PGY-3 or 4)
   o Outpatient (Dementia Specialty Clinic)
      25-100 ½ day teaching sessions per year
      Learners (typical)
         1 Resident or Postdoctoral fellow
            Residents: Neurology
            Fellows: Neurology, Geriatrics, Gero-psychiatry

4. **Robert W. Johnson University Hospital (1991-1992)**
   o Inpatient (General Neurology service)
      6 weeks per year
      Learners (typical)
         5 Neurology residents (PGY-4 x1; PGY-2 x4)
         3 3rd year medical students

C. **Postgraduate Medical Education/Teaching**
   1. **University of Alabama-Birmingham**
      a. Neurology Morning Report (2011-16)
         ▪ Clinical case reviews
            (12-16 sessions/year x 30 minutes/session)
      b. Neurology Residency Noon Lecture Series (2011-14)
         ▪ Acute encephalopathy
         ▪ Practical Dementia Differential Diagnosis
         ▪ Anatomy of Executive Function
         ▪ Evidence and expectations in dementia therapy
         ▪ Neglect and Visuospatial Dysfunction
      c. Geriatric Medicine teaching sessions 2011-2014
         ▪ Clinical Approach to Dementia
         ▪ Evidence basis of dementia therapeutics
         ▪ Update on dementia criteria

   2. **University of Virginia**
      a. Neurology Acute Care Lecture Series
         ▪ Acute Spinal Syndromes- 1 hour, presented annually 2003-2010
         ▪ Change in mental state - 1 hour, presented annually 2005-2010
      b. Neurology Residency Noon Lecture Series (2003-2010)
         3-8 sessions annually, each 1 hour

<u>Topics:</u>
- Aphasia
- Neglect
- Anatomy of Executive Function
- Mental State/Cognitive Exam
- Dementia Differential Diagnosis
- Documentation and Coding
- Laterality
- Behavioral neurology- approach to dementia
- Working effectively with the pharmaceutical industry

c. Neurology Residents Journal Club (2005 series)
  3 1-hour sessions on dementia topics
d. Physical Medicine and Rehabilitation resident conference
  2 1-hour sessions in the 2007-08 series
  <u>Topics:</u>
  - Nontraumatic myelopathies
  - Self-Perception of teaching styles
e. Postdoctoral Fellow Teaching
  - Geriatrics Journal Club -
    9-22-03      Delay to Nursing Home in AD
  - Geriatrics core curriculum conference
    2-22-10   Evidence Basis of treatment in Alzheimer's disease
    12-10-07 Emerging therapies in Alzheimer's disease
  - Joint Neuropsychology Postdoctoral Fellows conference
    3-16-09 Posterior Cortical Atrophy Syndrome
    3-4-08 Pharmacotherapy in Dementia
    9-24-07 Neurological Approach to Dementia
    8-20-07 Imaging in Dementia

**MAJOR LECTURES AND VISITING PROFESSORSHIPS:**
**A. Invited Presentations at Academic Medical Center Grand Rounds/Conferences**
   **(Past 5 years)**
   1. Neurology Grand Rounds, University of Miami Miller School of Medicine,
      Miami FL, April 2014
         Topic: Visual disorders and cognition in aging and neurodegeneration
   2. Keynote Address (with Karen Rose, RN, PhD)
      Tuskegee University School of Nursing Scholarly Conference
      Tuskegee, AL, March 2012
         Topic: Family Quality of Life in Dementia
   3. *Artiss Powell, MD Memorial* invited lecture;
      Robert Wood Johnson Medical School Neurology Grand Rounds
      New Brunswick, NJ, December 2011
         Topic: Visuospatial dysfunction in neurodegenerative disease

**B.  Visiting Professorships:**
2014   University of Miami Miller School of Medicine, Department of Neurology

                         Research Day.  Miami FL
2011   Robert Wood Johnson Medical School, Department of Neurology,
             New Brunswick, NJ
2010   Dalhousie University, Division of Geriatrics
2006   Case Western Reserve University, Department of Psychiatry, Cleveland, Ohio
2005   University of Texas-Southwestern/VAMC Geriatric Psychiatry, Dallas, TX
2003   Cleveland Clinic Foundation, Section on Geriatrics, Cleveland, OH
1999   University of Alabama-Birmingham, Alzheimer Center, Birmingham, AL
1996   University of Colorado, Center on Aging, Denver, CO
1994   Emory University, Geriatrics Center/Behavioral Neurology, Atlanta, GA

**C. Invited Lectures (National and International, last 5 years)**
*(Local/regional lectures available upon request)*

1. Cognition in Parkinson's Disease and Dementia with Lewy Bodies
     Invited Lecture, Movement Disorders Society Young Neurologist's Course
     Atlanta, Georgia, April 2016

2. Cognition in Parkinson's Disease
     Invited Lecture, Movement Disorders Society Young Neurologist's Course
     Atlanta, Georgia, February 2015

3. High Dose Cholinergic Therapy in Moderate and Severe Alzheimer Disease
     Invited Lecture, Indian Academy of Neurology Annual Conference,
     Indore, India, October 2013

4. Clinical Approaches to the Shifting Boundaries of Normal Cognitive Aging
     McKnight Brain Research Foundation Annual Inter-institutional Meeting
     Ross Bridge, AL, April 2013

5. Aging, Vision, and Cognition
     McKnight Brain Research Foundation Annual Inter-institutional Meeting
     Miami, FL, May 2011

**GRANT SUPPORT: (PAST AND CURRENT)**
**A.     Federal:**
2014 – 2019     Investigator, 1R01AG045154 "Processing Speed Training Preserve
                 Driving and Functional Competencies in MCI" (V. Wadley, PI; 10%
                 effort)

2011-2015      Investigator,  NIA 2RO1-AG02197 "Functional change in mild cognitive
                 impairment"   (D. Marson, PI; 2% effort)

2011-2014      Investigator,  Alzheimer's Disease Neuroimaging Initiative Grand
                 Opportunity (ADNI-GO; D. Marson, site PI)

| | |
|---|---|
| 2011-present | Investigator,  Alzheimer's Disease Neuroimaging Initiative-2 (ADNI-2; D. Marson, site PI) |
| 2001-2004 | Principal Investigator, NIA RO1-AG28905 "Pioglitazone In Alzheimer Disease Progression"  ($216,000 annual direct costs, 20% effort) |
| 2000-2001 | Clinical Core Director, NIA P50-AG08012 (P.Whitehouse/K. Herrup PIs) Alzheimer's Disease Research Center  ($400,000 annual direct costs, 25% effort) |

**B.     State/Local**

| | |
|---|---|
| 2015-present | Principal Investigator, UAM Personalized Medicine Initiative Pharmacogenetic guidance to optimize safety and efficacy of psychotropic drug use in treatment of behavioral and psychiatric symptoms in dementia. (150,000 2 year award, 0% effort) |
| 2008-09 | Investigator, (George Bloom PI) Ivy Fund Award *Development of Radiological Imaging Tools for Early Diagnosis of Alzheimer's Disease* ($55,000 one year award, 0% effort) |
| 2004-05 | Principal Investigator,  Virginia Center on Aging Alzheimer's Pilot Award *Eye-movement approaches to information processing abnormalities in mild cognitive impairment.* ($25,000 annual direct cost; 10 % effort) |
| 2000-02 | Program Leader, Raymond & Elizabeth Evans Foundation, *Understanding Parkinson's Disease for Health Care Providers*  ($250,000 unrestricted grant, 10% effort) |
| 1996-97 | Principal Investigator, Alzheimer Center Pilot Grant NIA P50AG08012 "Visual search in aging and Alzheimer's disease"($25,000 direct cost 10% effort) |
| 1993-94 | Principal Investigator - Pepper/NIA Pilot Grant Program  P60AG010418 "Aging and continuous visuospatial search." ($20,000 direct cost 10% effort) |
| 1992-93 | Principal Investigator - Foundation of UMDNJ Pilot Grant #36-93, "Attentional allocation following traumatic brain injury." ($25,000 direct cost, 10% effort) |

**C.     Investigator Initiated Clinical Trials (Industry Sponsored)**

1. Principal Investigator, Takeda Pharmaceuticals North America "Pioglitazone In Alzheimer Disease Progression"  (Supplied drug and placebo, $60,000 annual value) 2001-2004

2. Principal Investigator, Eisai America Inc. A preliminary double-blind study evaluating the effect of donepezil (E2020) on visuospatial attention in patients with Alzheimer's disease. (Total costs $254,000)

1995-1996

**D.      Clinical Trials Research Contracts**

1.  A Phase 2, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Cross-Over Study to Assess the Safety, Tolerability and Efficacy of AVP-786 for the Treatment of Disinhibition in Patients with Neurodegenerative Disorders.
    Site Principal Investigator - Avanir Pharmaceuticals
    2016-present

2.  A Multicenter, Open-Label, Long-Term Treatment Study of Intravenously Administered BMS-986168 in Patients with Progressive Supranuclear Palsy who Participated in Study CN002003
    Site Principal Investigator – Bristol Myers Squibb
    2016- present

3.  Longitudinal Evaluation of Amyloid Risk and Neurodegeneration – the LEARN Study: A Companion Observational Study to Anti-Amyloid Treatment in Asymptomatic Alzheimer's Disease (A4) Trial
    Site Principal Investigator – Alzheimer's Assoc./Univ. Southern California
    2015-present

4.  A Randomized, Double-Blind, Placebo-Controlled. Multiple Ascending Dose Study of Intravenously Administered BMS-986168 in Patients with Progressive Supranuclear Palsy
    Site Principal Investigator – Bristol Myers Squibb
    2015- present

5.  A Phase 2, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Cross-Over Study to Assess the Safety, Tolerability and Efficacy of AVP-786 for the Treatment of Disinhibition in Patients with Neurodegenerative Disorders.
    Site Principal Investigator - Avanir Pharmaceuticals
    2016-present

6.  A Phase 3 Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of Aducanumab (BIIB037) in Subjects with Early Alzheimer's Disease (EMERGE)
    Site Principal Investigator – Biogen
    2014-present

7.  Anti-Amyloid Treatment in Asymptomatic Alzheimer's Disease (Study A4)
    Site Principal Investigator – UCSD/NIH/Lilly
    2012-present

8.  An open-label extension study to evaluate the long-term safety and tolerability of LuAE58054 as adjunctive treatment to acetycholinesterase inhibitors in patients with mild-moderate Alzheimer's disease

       Site Principal Investigator –H. Lundbeck A/S
       2014 –16

9. Randomised, Double-Blind, Parallel-Group, Placebo Controlled, Fixed-Dose Study of Lu AE58054 in Patients with Mild to Moderate Alzheimer's Disease Treated with Donepezil; Study 1
       Site Principal Investigator –H. Lundbeck A/S
       2014 –16

10. A 36 Week Safety Extension Study of Oral ELND005 for Treatment of Agitation and Aggression in Patients With Moderate to Severe Alzheimer's Disease
       Site Principal Investigator- Elan Pharma International Limited
       2013-present

11. A Prospective, Randomized, Double-Blind, Placebo-Controlled, Phase 2 Efficacy and Safety Study of Oral ELND005 for Treatment of Agitation and Aggression in Patients With Moderate to Severe Alzheimer's Disease
       Site Principal Investigator- Elan Pharma International Limited
       2013-2014

12. A Placebo-controlled, Double-blind, Parallel-group, Bayesian Adaptive Randomization Design and Dose Regimen-finding Study to Evaluate Safety, Tolerability and Efficacy of BAN2401 in Subjects With Early Alzheimer's Disease
       Site Principal Investigator – Eisai, Inc.
       2013 –present

13. Randomized, Controlled Study Evaluating CERE-110 in Subjects With Mild to Moderate Alzheimer's Disease
       Site Principal Investigator –Ceregene/ADCS (sponsors)
       2012-2015

14. A Randomized, Double-Blind, Placebo-Controlled, Phase III Parallel Group Study of the Safety and Effectiveness of Immune Globulin Intravenous (Human), 10% (IGIV, 10%) for the Treatment of Mild-To-Moderate Alzheimer's Disease
       Site Principal Investigator –Baxter (sponsor)
       2012-2013

15. A Randomized, Double-Blind, Placebo-Controlled, Two Dose-Arm, Parallel Study of the Safety and Effectiveness of Immune Globulin Intravenous (Human), 10% (IGIV, 10%) for the Treatment of Mild-To-Moderate Alzheimer's Disease
       Investigator; (J. Brockington, site PI) - NIA/Baxter (sponsors)
       2011-2012

16. A Phase 3, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Efficacy and Safety Trial of Bapineuzumab in Subjects With Mild to Moderate Alzheimer Disease Who Are Apolipoprotein E ε4 Non-Carriers (Protocol 3133K1-3000)

Site Principal Investigator –Pfizer (sponsor)
2010-2011

17. A Phase 3 Extension, Multicenter, Double-Blind, Long-Term Safety and Tolerability Treatment Trial of Bapineuzumab (AAB-001, ELN115727) in Subjects With Alzheimer's Disease Who Participated in Study ELN115727-301 or Study ELN115727-302. (Protocol 115727-351)
Site Principal Investigator –Janssen Alzheimer Immunotherapy (sponsor)
2008-2011

18. Effects of Rivastigmine Patch on Activities of Daily Living and Cognition in Patients With Severe Dementia of the Alzheimer's Type (ACTION)
Site Principal Investigator – Novartis Pharmaceuticals (sponsor)
2010-2011

19. CONCERT: A Phase 3 Multicenter, Randomized, Placebo-Controlled, Double-Blind Twelve Month Safety and Efficacy Study Evaluating Dimebon in Patients With Mild-to-Moderate Alzheimer's Disease on Donepezil
Site Principal Investigator- Medivation Inc. (sponsor)
2009- 2011

20. A Randomized, Double-Blind, Placebo-Controlled, Dose-Ranging, Safety and  Efficacy Study of Oral ELND005 (AZD-103) in Alzheimer's Disease (Protocol ELND005-AD201)
Site Principal Investigator – Élan Pharmaceuticals (sponsor)
2008-2011

21. A phase III, multicenter, randomized, double-blind, placebo-controlled, parallel- group, efficacy and safety trial of bapineuzumab (AAB-001, eln115727) in patients with mild to moderate Alzheimer's disease who are apolipoprotein Eε4  non-carriers. (Protocol 115727-301)
Site Principal Investigator – Élan Pharmaceuticals (sponsor)
2008- 2011

22. A phase III, multicenter, randomized, double-blind, placebo-controlled, parallel- group, efficacy and safety trial of bapineuzumab (AAB-001, eln115727) in  patients with mild to moderate Alzheimer's disease who are apolipoprotein Eε4 carriers. (Protocol 115727-302)
Site Principal Investigator – Élan Pharmaceuticals (sponsor)
2008 - 2011

23. Open Label Continuation Study of the Safety of 23mg Donepezil Sustained Release Donepezil Immediate Release in Patients with Moderate to Severe Alzheimer's Disease protocol E2020-G006-328)
Site Principal Investigator – Eisai, Inc. (sponsor)
2008-2010

24. Double-Blind, Parallel-Group Comparison of 23mg Donepezil Sustained Release to 10mg Donepezil Immediate Release in Patients with Moderate to Severe  Alzheimer's Disease protocol E2020-G006-326)
Site Principal Investigator – Eisai, Inc. (sponsor)
2007-2008

25. An Open-Label Extension Study Evaluating the Safety of Memantine in Patients with Moderate to Severe Dementia of the Alzheimer's Type. (Protocol MEM-MD-82)

Site Principal Investigator – Forest Laboratories sponsor)
2007 – 2009

26. An Open-Label Evaluation of the Safety of Memantine in Patients with Moderate-to-Severe Dementia of the Alzheimer's Type  (Protocol MEM-MD-51)
Site Principal Investigator – Forest Laboratories (sponsor)
2007 - 2008

27. Open-label extension study of the Effect of Daily Treatment with MPC-7869 on subjects with Mild to Moderate Dementia of the Alzheimer's Type. (Protocol
MP -7869-04-008)
Site Principal Investigator – Myriad Pharmaceuticals (sponsor)
2006 - 2008

28. A 54-week, double-blind, randomized, placebo-controlled, parallel-group study  to investigate the effects of rosiglitazone (extended release tablets) as djunctive therapy to acetylcholinesterase inhibitors on cognition and overall clinical  response in *APOEε4*-stratified subjects with mild to moderate Alzheimer's disease (REFLECT-3)
Site Principal Investigator – GlaxoSmithKline(sponsor)
2006 - 2008

29. Phase 3, Randomized, Double Blind, Placebo Controlled Study of the Effect of Daily Treatment with MPC-7869 on Measures of Cognitive and Global Function in Subjects with Mild to Moderate Dementia of the Alzheimer's Type. (Protocol MPC-7869-04-005)
Site Principal Investigator – Myriad Pharmaceuticals (sponsor) 2005 - 2007

30. A randomized, double-blind, placebo-controlled trial to evaluate the safety and  efficacy of Donepezil HCL in mild cognitive impairment.
Site Principal Investigator – Eisai, Inc. (sponsor)
2004-2006

31. Randomized, double-blind placebo-controlled trial of valproate for neuroprotection in Alzheimer's disease.
Site Principal Investigator – NIA/AD Cooperative Study
2004-2006

32. A Phase II Double-Blind, Randomized, Dose-Ranging, Placebo-Controlled,  Multicenter, Safety and Efficacy Evaluation of Three Doses of NS2330 in Patients with Mild to Moderate Dementia of the Alzheimer's Type.
Site Principal Investigator – Boehringer-Ingelheim (sponsor)
2002-2004

33. A randomized, double-blind, placebo-controlled study to determine the safety and efficacy of FK 960 in patients with mild to moderate probable Alzheimer's Disease (AD).
Site Principal Investigator – Fujisawa, Inc. (sponsor)
1999-2000

34. A randomized, double-blind, placebo-controlled trial to evaluate the safety and efficacy of Vitamin E and Donepezil HCL (Aricept ®) to delay clinical progression from Mild Cognitive Impairment (MCI) to Alzheimer's Disease (AD).
Co-Investigator, NIA-Alzheimer's Disease Cooperative Study

1998- 2002

35. A 24-week, multi-center, randomized, double-blind, placebo-controlled Evaluation of the Efficacy and Safety of Donepezil Hydrochloride (E2020) in patients with dementia associated with Cerebrovascular Disease.
    Site Principal Investigator, Eisai, Inc. (sponsor)
    1997 –1999

36. An Open Label Study to Evaluate the Safety and Efficacy of 1.5 mg bid (3 mg per day) Through 6 mg bid (12 mg per day) of Exelon in Patients with Mild to Severe Probable Alzheimer's Disease in the Community Setting. #ENAB356.
    Site Principal Investigator, Novartis Pharmaceutical (sponsor)
    1997-1999

37. An open label administration of SB202026 in patients suffering from probable dementia of the Alzheimer's type.
    Site Co-Principal Investigator, SmithKline Beecham (sponsor)
    1995-97

38. A randomized double-blind, placebo controlled dose-ranging study of the efficacy and tolerability of SB202026 in patients suffering from dementia of the probable Alzheimer's type.
    Site Co-Principal Investigator, SmithKline Beecham  (sponsor)
    1995-97

39. An open-label, multicenter, extended evaluation of the safety and efficacy of  E2020 in patients with Alzheimer's disease.
    Site Principal Investigator, Eisai America, Inc. (sponsor)
    1994-97

40. 15-week multicenter randomized, double blind, placebo controlled evaluation of the safety and efficacy of E2020 in patients with Alzheimer's disease.
    Site Principal Investigator, Eisai America, Inc (sponsor)
    1994-95


## OTHER:
## Educational Programs Administration and Leadership

1. Course Director, *MemoryCommons.org*, ongoing Internet based CME service (launch date 7-12-2010).
    This internet based CME portal is being developed jointly as a collaboration of the UVA CME Office, the UVa Institute on Aging, the UVA School of Nursing, The Virginia Commonwealth University Gerontology program, and the Central and Western Virginia Chapter of the Alzheimer's Association.  The program is modeled on the highly successful CardioVillage.com, a web-based CME portal for cardiovascular education developed by the UVA CME office. Cardiovillage has operated since 1999 and has had >100,000 users.

2. Course Director, *Collaborating to Fight Alzheimer's Disease: Integrated Approaches to Research, Treatment and Care Giving* - CME program June 20, 2009
    This course was developed jointly with the UVa Institute on Aging and the Central and Western Virginia Chapter of the Alzheimer's Association.  It was supported by a $22,000 conference grant from the state-funded Virginia Center on Aging.

3. Chairman, Annual Dementia Congress, 2002-2008. CME-accredited by the Academy for Healthcare Education, New York.

> This annual program, supported by unrestricted educational grants from the pharmaceutical industry, was the largest clinically focused dementia specific CME program in the world. As chair, I developed the agenda, tone, and faculty selections in conjunction with the accrediting body.  I oversaw the content development by the faculty, and moderate the program, which attracts 800-1000 attendees over three days each year.

4. Course Director, " 2nd Virginia Dementia Congress" – CME program at UVa, October 7, 2006.

> This course was developed jointly with the Central and Western Virginia Chapter of the Alzheimer's Association designed to provide physicians and nonphysician providers of dementia care with an interdisciplinary review of best practices in dementia care. It was approved for 6 CME hours through the UVa CME office.

5. Director, Neurology Clerkship -  University of Virginia Department of Neurology – 2005-2011

6. Course Director, "Virginia Dementia Congress" – CME program at UVa, December 3-4, 2004.

> This course was designed to provide clinicians and researchers in AD with a review of recent approached. It was approved for 7.5 CME hours through the UVa CME office.

7. Director, Raymond and Elizabeth Evans Program in Understanding Parkinson's Disease" Case Western Reserve University 2000-2002
   - Developed series of educational programs on PD targeting hands-on family- and paid-caregivers for patients with Parkinson's disease. Interdisciplinary programming, including physician, social work, registered nurse, and physical therapy didactics was Nursing-CEU approved.
   - Developed video-tape program for self instruction of caregivers (Won first place in Northern Ohio film festival for instructional/educational material)

## BIBLIOGRAPHY
- Organized by manuscript type; reverse chronological order
- Asterisk indicates corresponding author, student/trainee names underlined;

**Summary:    88 indexed publications, 3399 total citations
              H Index = 23**
              (per Scopus database, accessed 10/31/2016)

### A.    Peer Reviewed (original research)

1. Batra S, Sullivan J, Williams BR, Geldmacher DS*. Qualitative assessment of self-identity in people with advanced dementia. *Dementia* (London). 2015 Oct 22. pii: 1471301215601619. PMID: 26493236
2. Fritsch T*, McClendon MJ, Wallendal MS, Smyth KA, Geldmacher DS, Hyde TF, Leo GJ. Can a Memory Club Help Maintain Cognitive Function? A Pilot Investigation, *Activities, Adaptation & Aging*, 2014; 38:, 29-52, doi: 10.1080/01924788.2014.878873

3. Clark DG*, Kapur P, Geldmacher DS, Brockington JC, Harrell L, DeRamus TP, Blanton PD, Lokken K. Nicholas AP, Marson DC. Latent information in fluency lists predicts functional decline in persons at risk for Alzheimer disease. *Cortex* 2014: doi: 10.1016/j.cortex.2013.12.013

4. Riedel BC, Ducharme JK, Geldmacher DS*. Family composition and expressions of family-focused care needs at an academic memory disorders clinic. *International Journal of Alzheimer's Disease* 2013 doi: 10.1155/2013/436271

5. Geldmacher DS, Kirson NY*, Birnbaum HG, Eapen S, Kantor E, Cummings AK, Joish VN. Pre-Diagnosis Excess Acute Care Costs in Alzheimer's Patients among a US Medicaid Population. *Appl Health Econ Health Policy*. 2013;11:407-13. doi: 10.1007/s40258-013-0038-9.

6. Geldmacher DS, Kirson NY*, Birnbaum HG, et al. Implications of early treatment among Medicaid patients with Alzheimer's disease. *Alzheimers Dement*. 2013 May 2. doi:pii: S1552-5260(13)00047-2. 10.1016/j.jalz.2013.01.015. [Epub ahead of print]

7. Doody RS*, Geldmacher DS, Farlow MR, Sun Y, Moline M, Mackell J. Efficacy and Safety of Donepezil 23 mg versus Donepezil 10 mg for Moderate-to-Severe Alzheimer's Disease: A Subgroup Analysis in Patients Already Taking or Not Taking Concomitant Memantine. *Dement Geriatr Cogn Disord*. 2012;33:164-173. [Epub ahead of print]

8. Salloway S*, Mintzer J, Cummings JL, Geldmacher D, Sun Y, Yardley J, Mackell J. Subgroup analysis of US and non-US patients in a global study of high-dose donepezil (23 mg) in moderate and severe Alzheimer's disease. *Am J Alzheimers Dis Other Demen*. 2012;27:421-32. doi: 10.1177/1533317512454708.

9. Ducharme JK, Geldmacher DS*. Family quality of life in dementia: a qualitative approach to family-identified care priorities *Qual Life Res* DOI 10.1007/s11136-011-9852-4

10. Geldmacher DS*, Fritsch T, McClendon MJ, Landreth GE. A randomized pilot clinical trial of the safety of pioglitazone in treatment of patients with Alzheimer disease. *Arch Neurol.* Published online September 13, 2010. doi:10.1001/archneurol.2010.229

11. Quigg M*, Geldmacher DS. Elias WJ. Conduction aphasia as a function of the dominant posterior perisylvian cortex. Report of two cases. Journal of Neurosurgery 2006:104;845-8

12. Santillan CE*, Fritsch T, Geldmacher DS. Development of a scale to predict decline among mildly demented Alzheimer's disease patients Journal of the American Geriatrics 2003;51:91-95

13. Geldmacher DS, Provenzano G, McRae T, Mastey V, Ieni JR*. Donepezil is associated with delayed nursing home placement in patients with Alzheimer's disease. Journal of the American Geriatrics Society 2003;51:937-944.

14. Black SE, Roman G, Geldmacher DS, Salloway S, Hecker J, Burns A, Perdomo C, Kumar D, Pratt RD*. Efficacy and tolerability of donepezil in vascular dementia: Positive results of a 24-week, multicenter, international, randomized, placebo-controlled clinical trial.  Stroke 2003: 34:2323-30.

15. Mizrahi EH, Fritsch TF, Geldmacher DS, Soas AH, Friedland RP, Lerner AJ*. Medication use in Alzheimer's disease and healthy aging: Results from a research registry. Clinical Gerontologist 2002;24:75-84

16. Smyth KA*, Neundorfer MM, Koss E, Geldmacher DS, Ogrocki P, Whitehouse PJ. Quality of life and deficit identification in dementia. Dementia: The International Journal of Social Research and Practice. 2002;1:345-358

17. Fillit H*, Geldmacher DS, Welter RT, Maslow K, Fraser M. Recognition and management of Alzheimer's disease: diagnostic, coding and reimbursement barriers to optimum management.  Journal of the American Geriatrics Society 2002:1871-1878.

18. Doody R, Geldmacher DS, Gordon B, Perdomo CA, Pratt, RD* for the Donepezil Study  Group.  Open-label, multicenter, phase 3 extension study of the safety and efficacy of Donepezil in patients with Alzheimer Disease.  Archives of Neurology 2001;58(3):427-433.

19. Yang Y, Geldmacher DS, Herrup K*. DNA replication precedes neuronal death in Alzheimer's disease. Journal of Neuroscience 2001;21(8):2661-2668.

20. Geldmacher DS*,  Fritsch T, Riedel TM.  Effects of stimulus properties and age on random array letter cancellation tasks.  Aging Neuropsychology and Cognition 2000;7:194-204

21. Wu Q, Combs C, Cannady SB, Geldmacher DS, Herrup K*.  Beta-amyloid activated microglia induce cell cycling and cell death in cultured cortical neurons. Neurobiology of Aging 2000;21:797-806.

22. Geldmacher DS*, Alhaj M.  Spatial aspects of letter cancellation performance in Arabic readers.  International Journal of Neuroscience 1999; 97:29-39.

23. Geldmacher DS*, Riedel T.  Age effects on the spatial location of errors on Random-Array Letter Cancellation Tests. Neuropsychiatry, Neuropsychology, and Behavioral Neurology 1999;12:28-34.

24. Kori A, Geldmacher DS*.  Three dimensional neglect phenomena following right anterior choroidal artery infarction.  Journal of the International Neuropsychological Society 1999;5:561-565.

25. Hills EC, Geldmacher DS*.  The effect of character and array type on visual spatial search quality following traumatic brain injury.  Brain Injury 1998; 12:69-76.

26. Busser JC, Geldmacher DS, Herrup K*.  Ectopic cell cycle proteins predict the sites of neuronal cell death in Alzheimer's disease brain.  Journal of Neuroscience 1998, 18:2801-2807.
    (contributed clinical/translational observations to work group and manuscript)

27. Geldmacher DS*.  Stimulus characteristics determine processing approach on random array letter-cancellation tasks.   Brain and Cognition 1998; 36:346-354.

28. Esteban-Santillan C, Praditsuwan R, Ueda H, Geldmacher DS*.  Clock drawing test in very mild Alzheimer's Disease.  J. American Geriatrics Society 1998; 46:1266-1269.

29. Geldmacher DS*, Hills EC.  Effect of stimulus number, target-to-distractor ratio and motor  speed on visuospatial search quality following traumatic brain injury.  Brain Injury 1997; 11(1):59-66

30. Geldmacher DS*, Lerner AJ, Voci JM, Noelker EA, Somple LC, Whitehouse PJ.  Treatment of functional decline in adults with Down's syndrome using selective serotonin reuptake inhibitor (SSRI) drugs.  Journal of Geriatric Psychiatry and Neurology 1997; 10:99-104.

31. Geldmacher DS*.  Clinical experience with Donepezil Hydrochloride: A case study perspective.  Advances In Therapy 1997; 14:305-311.

32. Geldmacher DS*.  Effects of stimulus number and target to distractor ratio on the performance of random array letter cancellation tasks.  Brain and Cognition  1996; 32:405-415.

33. Whitehouse PJ, Patterson MB, Strauss ME, Geldmacher DS, Mack JL, Gilmore GC, Koss E*. Hallucinations.  International Psychogeriatrics 1996; 8(3):387-391.
    (Contributed clinical observations and interpretation)

34. Geldmacher DS*, Doty L, Heilman KM.  Letter cancellation performance in Alzheimer's disease.  Neuropsychiatry, Neuropsychology, and Behavioral Neurology 1995; 8:259-263.

35. Geldmacher DS*, Doty L, Heilman K.  Spatial performance bias in normal elderly subjects on a letter cancellation task.  Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 1994;7:275-280.

36. Geldmacher DS*, Heilman KM.  Visual field influence on human attentional biases.  Brain and Cognition, 1994; 26:65-72.

37. Geldmacher DS*, Waldman AJ, Doty L, Heilman KM.  Fluoxetine in dementia of the Alzheimer's type:  Prominent adverse effects and failure to improve cognition.  Journal of Clinical Psychiatry 1994; 55:161.

38. Shuren J, Geldmacher DS, Heilman KM*.  Nonoptic aphasia.  Neurology, 1993; 43:1900-1907

**B.      Review articles (peer reviewed)**

1. Natelson Love MC*, Ruff G, Geldmacher DS. Social Cognition in Older Adults: A Review of Neuropsychology, Neurobiology, and Functional Connectivity. *Medical and Clinical Reviews* 2015;1:No.1:6

2. Geldmacher DS*, Kerwin DR. Practical diagnosis and management of dementia due to Alzheimer's disease in the primary care setting: An evidence-based approach *Primary Care Companion to the Journal of Clinical Psychiatry* 2013;15: doi: 10.4088/PCC.12r01474

3. Cummings JL*, Geldmacher D, Farlow M, Sabbagh M, Christensen D, Betz P. High-dose donepezil (23 mg/day) for the treatment of moderate and severe Alzheimer's disease: drug profile and clinical guidelines. *CNS Neurosci Ther.* 2013 May;19(5):294-301. doi: 10.1111/cns.12076. Epub 2013 Mar 6.

4. Fritsch T*, Smyth KA, Wallendal MS, Hyde T, Leo G, Geldmacher DS. Parkinson disease: research update and clinical management.*South Med J.* 2012 Dec;105(12):650-6.

5. Geldmacher DS*, Levin BE, Wright CB. Characterizing healthy samples for studies of human cognitive aging. *Front Aging Neurosci.* 2012;4:23. doi: 10.3389/fnagi.2012.00023. Epub 2012 Sep 12.

6. Alexander GE*, Ryan L, Bowers D, Foster TC, Bizon JL, Geldmacher DS, Glisky EL. Characterizing cognitive aging in humans with links to animal models. *Front Aging Neurosci.* 2012;4:21. doi: 10.3389/fnagi.2012.00021. Epub 2012 Sep 12.

7. Roberson ED*, Defazio RA, Barnes CA, Alexander GE, Bizon JL, Bowers D, Foster TC, Glisky EL, Levin BE, Ryan L, Wright CB, Geldmacher DS. Challenges and opportunities for characterizing cognitive aging across species. *Front Aging Neurosci.* 2012;4:6. doi: 10.3389/fnagi.2012.00006. Epub 2012 Sep 12.

8. Geldmacher DS. Alzheimer disease prevention: Focus on cardiovascular risk, not amyloid? *Cleveland Clinic Journal of Medicine* 2010;77:689-704 10.3949/ccjm.77gr.2010

9. Geldmacher DS.  Cost effectiveness of Drug Therapies for Alzheimer's Disease: A brief review.  *Neuropsychiatric Disease and Treatment* 2008;4(3):549-55.

10. Geldmacher DS*, Shah L. Spinal Vascular Disease. Continuum: Lifelong Learning in Neurology 2008;14:71-90.

11. Geldmacher DS. Treatment Guidelines for Alzheimer's Disease:Redefining Perceptions in Primary Care. *Primary Care Companion-Journal of Clinical Psychiatry* 2007;9:113-21

12. Geldmacher DS.  Acetylcholinesterase inhibitors for Alzheimer's disease.  *Aging Health* 2007;3:483-94.

13. Geldmacher DS*, Frolich L, Doody R, Erkinjuntti T, Vellas B, Jones R, Banerjee S, Lin P, Sano M. Realistic Expectations for Treatment Success in Alzheimer's Disease.  *Journal of Nutrition, Health, and Aging;* 2006;10:417-29
        (Chaired consensus panel)

14. Geldmacher DS.  The cost benefit to managed care plans associated with pharmacotherapy of Alzheimer's disease.  *Managed Care* 2005;14(12):44-55

15. Geldmacher DS. Donepezil (Aricept) for treatment of Alzheimer's disease and other dementing conditions.  Expert Rev. *Neurotherapeutics* 2004;4:5-16.

16. Geldmacher DS.  Differential diagnosis of dementia syndromes.  *Clinics in Geriatric Medicine of North America* 2004;20:27-44.

17. Crooks EA, Geldmacher DS*.  Interdisciplinary approaches to Alzheimer's disease management.  *Clinics in Geriatric Medicine of North America* 2004;20:121-140.

18. Geldmacher DS. Maintaining patients with Alzheimer's disease in the home environment.  *Advanced Studies in Medicine* 2004;4:308-313

19. Geldmacher DS. Dementia with Lewy bodies: Diagnosis and clinical approach.  *Cleveland Clinic Journal of Medicine* 2004:71:789-800

20. Geldmacher DS. Alzheimer's disease: current pharmacotherapy in the context of patient and family needs. *Journal of the American Geriatrics Society.* 2003;51(Suppl 5):S289-95.

21. Geldmacher DS.  Visuospatial dysfunction in the neurodegenerative diseases. *Frontiers in Bioscience* 2003;8:e428-436.

22. Geldmacher DS.  Long-term cholinesterase inhibitor therapy for Alzheimer's disease: Practical considerations for the primary care physician. *Primary Care Companion J Clin Psychiatry* 2003;5:251-259

23. Geldmacher DS.  Cost effective recognition and diagnosis of dementia.  *Seminars in Neurology* 2002;22:63-70

24. Geldmacher DS.  Update on efficacious AD therapy. *Clinical Advisor* 2002 (November-December Supplement):3-6.

25. Geldmacher DS.  The neuropsychiatric expression of Alzheimer's disease. *Clinical Geriatrics* 2001;9 (Suppl. 3):1-5.

26. Landes A, Sperry SD, Strauss ME, Geldmacher DS*. Apathy in Alzheimer's Disease. *Journal of the American Geriatrics Society* 2001;49:1700-1707.

27. Geldmacher DS.  Conflicting priorities in Alzheimer care, primary care, and managed care: Who pays the price? *American Journal of Managed Care* 2000;6 (22 Suppl..)S1161-S1164.

28. Geldmacher DS.  Differential diagnosis of dementing disorders. *CNS disorders in primary care* 1999;3:1-4.

29. Geldmacher DS*, Whitehouse PJ.  Differential diagnosis of Alzheimer's disease. *Neurology* 1997; 48(Suppl 6):S2-S9.

30. Geldmacher DS.  Enhancing recovery from ischemic stroke. *Neurosurgical Clinics of North America* 1997; 8:245-251.

31. Geldmacher DS.  Aricept (donepezil) therapy in Alzheimer's disease. *Comprehensive Therapy* 1997;23:492-493.

32. Mohs RC*, Knopman D, Petersen RC, Ferris SH, Ernesto C, Grundman M, Sano M, Bieliauskas L, Geldmacher DS, Clark C, Thal LJ. Development of cognitive instruments for use in clinical trials of antidementia drugs: Additions to the Alzheimer's Disease Assessment Scale that broaden its scope. *Alzheimer Disease & Associated Disorders*. Vol 11(Supp3) 1997, S13-S21
        (served as panelist on consensus group)

33. Gauthier S*, Bodick N, Erzigkeit E, Feldman H, Geldmacher DS, Huff J, Mohs R, Orgogozo, JM, Rogers S.  Activities of daily living as an outcome measure in clinical trials of dementia drugs. *Alzheimer Disease & Associated Disorders* 1997; 11 (Suppl. 3):6-7.
        (Consensus paper panelist)

34. Post SG*, Beerman B, Brodaty H, Gaines A, Gauthier S, Geldmacher DS, Hill S, Homma A, Rossor M, Whitehouse P, and Winblad B.  Ethical issues in dementia drug development. *Alzheimer Disease & Associated Disorders* 1997; 11 (Suppl. 3):26-28
        (Consensus paper panelist)

35. Ferris S*, Lucca U, Mohs R, Dubois B, Wesnes K, Erzigkeit H, Geldmacher DS, and Bodick N.  Objective psychometric tests in clinical trials of dementia drugs. *Alzheimer Disease & Associated Disorders* 1997; 11 (Suppl. 3): 34-38.
　　　　(Consensus paper panelist)

36. Patterson MB*, Mack JL, Geldmacher DS, Whitehouse, PJ.  Executive functions and Alzheimer's disease:  Problems and prospects.  *European Journal of Neurology*, 1996; 3:5-15.
　　　　(contributed manuscript revisions, clinical observations)

37. Geldmacher  DS*, Whitehouse PJ.  Evaluation of dementia. *New England Journal of Medicine*, 1996; 335:330-336.

38. Whitehouse PJ, Geldmacher DS*  Pharmacotherapy of Alzheimer's disease.  In: Friedland RP, (ed)  *Clinics in Geriatric Medicine*, Volume 10,  Philadelphia, PA: W. B. Saunders Company, 1994:339-350.


**C.**　　**Books and Chapters**

**Books**

1. Geldmacher DS. Contemporary diagnosis and management of Alzheimer's dementia. Second  edition 2009: Newtown, Pennsylvania: Handbooks in Health Care, Co. (ISBN-10 9781931981163)

2. Geldmacher DS. Contemporary diagnosis and management of Alzheimer's dementia.  First  edition 2003: Newtown, Pennsylvania: Handbooks in Health Care, Co. (ISBN# 1-931981-16-7)

3. Geldmacher DS. Contemporary diagnosis and management of Alzheimer's disease. First edition 2001: Newtown, Pennsylvania: Handbooks in Health Care, Co. (ISBN# 1-884065-39-2)

**Book Editor**
Geldmacher DS (Editor) Other Dementias. Delray Beach, FL: Carma Publishing, 2008

**Invited Book Chapters**

1. Natelson Love MC, Geldmacher DS. Alzheimer's disease. In: Yudofsky S, Hales R Arciniegas, D, ed. American Psychiatric Publishing Textbook of Neuropsychiatry and Behavioral Neuroscience, Sixth ed. Washington: American Psychiatric Press.  (in press.)

2.    Lyerly MJ, Bag A, Geldmacher DS.  Spinal cord vascular disease. In: Daroff RB, Fenichel GB, Jankovic J, Mazziotta J  (eds).   Bradley's Neurology in Clinical Practice, 7th Ed.  Philadelphia: Elsevier  2016:1007-1014

3.    Geldmacher DS.  Alzheimer's Disease.  In: Weiner M, ed. American Psychiatric Press Clinical manual of Alzheimer's disease and related disorders. Washington:American Psychiatric Press 2012; 127-158

4.    Geldmacher DS.  Spinal cord vascular disease. In: Daroff RB, Fenichel GB, Jankovic J, Mazziotta J  (eds).   Bradley's Neurology in Clinical Practice, 6th Ed.  Philadelphia: Elsevier 2012;

5.    Fritsch T, Smyth KA, Wallendal MS, Einberger K, Geldmacher DS.  Early memory loss clubs: A novel approach for stimulating and sustaining cognition. In P. E. Hartman-Stein & A. LaRue (Eds.), Enhancing cognitive fitness: A guide to the use and development of community-based programs. New York: Springer Science+Business Media.2011;381-400.

6.    Geldmacher DS. Medical and Neurological Causes of Dementia, Part I. In Agronin ME, Maletta GJ (eds) Principles and Practice of Geriatric Psychiatry, 2e.  ISBN 9781605476001 Philadelphia: Lippincott Williams & Wilkins. 2011:359-368

7.    Geldmacher DS.  Pharmacotherapy of cognition. In Scharre D, (ed.), Long-Term Management of Dementia, ISBN:9780849338533. New York: Informa Healthcare. 2010;56-70.

8.    Geldmacher DS. Alzheimer's disease. In: Weiner M, Lipton A, eds. American Psychiatric Press handbook of Alzheimer's disease and related disorders. Washington:American Psychiatric Press 2009; 155-172

9.    Geldmacher DS, Bowen B.  Spinal cord vascular disease. (Chapter 55F)  In: Bradley WG, Daroff RB, Fenichel GB, Jankovic J (eds).   Neurology in Clinical Practice, 5th Ed.  Philadelphia: Elsevier 2008;

10.   Crooks EA, Geldmacher DS.  Supportive Care for Dementia.  In:  Gilman S, (ed).  Medlink Neurology.  [electronic reference, www.medlink.com] San Diego, CA:  Medlink Corporation.  2006.

11.   Geldmacher DS.  Memory and praxis complaints.  In Evans RW (ed.) Saunders Manual of Neurologic Practice, Philadelphia: Saunders 2003;47-50

12.    Geldmacher DS.  Dementia overview.  In Evans RW (ed.) Saunders Manual of Neurologic Practice, Philadelphia: Saunders 2003;179-182

13.     Geldmacher DS.  Alzheimer's disease.  In Evans RW (ed.) Saunders Manual of Neurologic Practice, Philadelphia: Saunders 2003;183-187

14.     Geldmacher DS, Bowen B.  Spinal cord vascular disease.  In: Bradley WG, Daroff RB, Fenichel GB, Marsden  CD (eds).   Neurology in Clinical Practice, 4th Ed.  Boston: Butterworth 2003; 1313-1322

15.     Geldmacher DS.  Memory and praxis complaints.  In Evans RW (ed.) Saunders Manual of Neurologic Practice, Philadelphia: Saunders 2003;47-50

16.     Geldmacher DS.  Dementia overview.  In Evans RW (ed.) Saunders Manual of Neurologic Practice, Philadelphia: Saunders 2003;179-182

17.     Geldmacher DS.  Alzheimer's disease.  In Evans RW (ed.) Saunders Manual of Neurologic Practice, Philadelphia: Saunders 2003;183-187

18.     Geldmacher DS, Bowen B.  Spinal cord vascular disease.  In: Bradley WG, Daroff RB, Fenichel GB, Marsden  CD (eds).   Neurology in Clinical Practice, 4th Ed.  Boston: Butterworth 2003; 1313-1322

19.     Geldmacher DS.  Spinal cord vascular disease.  In: Bradley WG, Daroff RB, Fenichel GB, Marsden  CD (eds).   Neurology in Clinical Practice, 3rd Ed.  Boston: Butterworth, 2000:1225-1230.

20.     Herrup K, Busser J, Geldmacher DS.  Ectopic Expression of Cell Cycle Components Predicts Neuronal Death in Alzheimer's Disease.  In:  Iqbal K, Swaab DF, Winblad B, Wisniewski HM (eds).  Alzheimer's disease and related disorders London, John Wiley and Sons 1999:479-486

21.     Geldmacher DS.   Delirium, Agitation, and Confusion. In:  Geriatric Neurosurgery Warren R. Selman, Edward C. Benzel. Washington, DC: American Association of Neurological Surgeons, Publications Committee 1999:197-209.

22.     Geldmacher DS.  Acute confusional states.  In:  Sage JI, Mark MH (eds).  Practical Neurology of the Elderly.  New York:  Marcel Dekker, 1996:115-144.

23.     Geldmacher DS.  Spinal cord vascular disease.  In: Bradley WG, Daroff RB, Fenichel GB, Marsden  CD (eds).   Neurology in Clinical Practice, 2nd Ed.  Boston: Butterworth, 1996:1080-1085.

24.     Geldmacher  DS, Whitehouse PJ.  Alzheimer's disease and other dementias.  In:  Jahnigan D, Schrier RW  (eds).  Geriatric Medicine, 2nd Ed, Cambridge: Blackwell Science, 1996:588-599

25.     Geldmacher DS.  Alzheimer's disease.  In:  Gilman S, (ed).  Neurobase/Medlink Neurology.  [electronic reference, www.medlink.com] San Diego, CA:  Medlink Corporation.  Annual editions 1995-2007,

26.     Whitehouse PJ, Esteban-Santillan C, Geldmacher DS.  Aging associated cognitive decline. In:  Gilman S, Goldstein GW, Waxman SG (eds).  1st Edition Neurobase. La Jolla, CA:  Arbor Publishing,, 1995, (electronic reference).

27.     Geldmacher DS, Whitehouse PJ.  Organic mental syndromes.  In:  Dell AE, Marintelli RP (eds) Encyclopedia of Disability and Rehabilitation, New York: Simon and Schuster McMillan, 1995:528-530.

28.     Geldmacher DS, Whitehouse PJ.   Multi infarct dementia.  In:  Bloom F, Kupfer D, (eds).  ACNP Psychopharmacology:  The Fourth Generation of Progress, American College of Neuropsychopharmacology.  New York: Raven Press, 1994:1513-1520.

29.     Geldmacher DS, Nager BJ.  Section on spinal cord.  In :  Bonner JS, Bonner JJ, (eds). The Little Black Book of Neurology, 2nd edition, Chicago: Year Book Medical Publishing, 1991.

30.     Geldmacher DS.  Sections on ataxia, brain death, cardiac arrest, coma, frontal lobe, spinocerebellar degeneration, thyroid, vasculitis, and Wilson's disease.  In: Bonner JS, Bonner JJ, (eds).  The Little Black Book of Neurology, 2nd edition, Chicago: Year Book Medical Publishing, 1991.

31.     Geldmacher DS, Nager BJ.  Spinal cord vascular disease.  In: Bradley WG, Daroff RB, Fenichel GB, Marsden CD, (eds).  Neurology in Clinical Practice, Boston: Butterworth, 1990:983-988.


**D.     Editorial Activities:**

1.      Guest Editor – Alzheimer's Disease and Dementia (special issue) *Clinics In Geriatric Medicine*  2004;20(1):1-157

2.      Guest Editor –Dementia Update: Overview from the First Annual Dementia Congress;  Journal of the American Geriatrics Society 2003;51 supplement:S281-S326

3.      Editorial Consultant
        a.  Distinguishing vascular dementia from Alzheimer's Disease Patient Care 1999;33(17)71-89
        b.  Contemporary drug treatment Patient Care 2001;35(3)54-67
        c.  Providing care for the caregiver Patient Care 2001;35(3)68-86

4.      Guest Editor - Behavioral Neurology Special Issue.  Neurorehabilitation 1995;5:101-193

**E.** **Short Communications**
Letters To The Editor

1. Geldmacher DS, Fritsch T, Landreth G. Targets of the peroxisome proliferator-activated receptor-γ agonist trials for the prevention of Alzheimer disease—reply [letter].  Archives of Neurology  2011;68(4):542-543. doi:10.1001/archneurol.2011.5

2. Geldmacher DS, Quigg M, Elias WJ. Re: MR tractography depicting damage to the arcuate fasciculus in a patient with conduction aphasia [letter] Neurology 2007;69:321

3. Geldmacher DS, Provenzano G, McRae T, Ieni JR. Another data/rhetoric mismatch on donepezil - Response to Dr. Finucane [letter]  J Am Geriatrics Soc 2005:53:1831-32

4. Geldmacher DS, Provenzano G, McRae T, Ieni JR. Delay in nursing home placement with donepezil - Response [letter]  J Am Geriatrics Soc 2004:52:1026-7

5. Geldmacher DS, Provenzano G, McRae T, Ieni JR. Mortality in donepezil-treated patients - Response letter to Dr. Ott et al. [letter]  J Am Geriatrics Soc 2004:52:1413

6. Geldmacher DS, Provenzano G, McRae T, Ieni JR. Responses to: "Another advertisement for Donepezil," "Donepezil's effects remain uncertain," and "Donepezil delay to nursing home placement study is flawed" [letter]  J Am Geriatrics Soc 2004:52:1026-7


Published Editorials:

1. Standaert DG, Geldmacher DS. GBA, Parkinson disease, and the "senses and intellect." Annals of neurology 2016 Oct 25.  doi: 10.1002/ana.24808. PMID: 27779773

2. Geldmacher DS. Spicing it up. Practical Neurology 2007;6(12)14-15

3. Geldmacher DS. Are You the MVP or the Coach? Practical Neurology 2007;6(11)16-17

4. Geldmacher DS. Wake Up And Smell The Coffee. Practical Neurology 2007;6(10)12-13

5. Geldmacher DS. When What You Don't Know Can Hurt You. Practical Neurology 2007;6(9)10-11

6. Geldmacher DS. When Bad Things Happen to Good Proteins. Practical Neurology 2007;6(8)10-11

7.  Geldmacher DS. Big-league Billing: How to Boost Your Batting Average Practical Neurology 2007;6(7)10-11

8.  Geldmacher DS.  Playing the Percentages Practical Neurology 2007;6(6)11-12

9.  Geldmacher DS. A star is born. Practical Neurology 2007;6(5)14-15

10. Geldmacher DS. Paying at the pump and the high price of gas Practical Neurology 2007;6(4):14-15

11. Geldmacher DS. What if the patient doesn't care? Practical Neurology 2007;6(3):14-15

12. Geldmacher DS. "There you go again." Practical Neurology 2007;6(2):17-18.

13. Geldmacher DS.  Exercising the body and the mind. Practical Neurology 2007;6(1):26-7

14. Geldmacher DS.  CATIE, CATIE, Quite Contrary: a dramatic revue of atypical antipsychotics. Practical Neurology 2006;5(12):12-13

15. Geldmacher DS.  Dollars and Sense: The Economics of Alzheimer's Practical Neurology 2006;5(11):14-15

16. Geldmacher DS.  Sugar-coated:  Will diabetes "supersize" the Alzheimer's population. Practical Neurology 2006;5(10):14-15

17. Geldmacher DS. What's the buzz on alcohol? Practical Neurology 2006;5(9)14-15

18. Geldmacher DS. What's in a name? Practical Neurology 2006;5(8)14-15

19. Geldmacher DS. Whatever happened to Pick's disease? Practical Neurology 2006;5(7) :14-15

20. Geldmacher DS. Dementia in Parkinson's Disease: Looking But Not Seeing Practical Neurology 2006;5(6):12-13

21. Geldmacher DS. Searching for Marcus Welby. Practical Neurology 2006;5(5):47-48

22. Geldmacher DS. Barking up the wrong tree. Practical Neurology 2006;5(4):14-15

23. Geldmacher DS. Lifting the fog: what to do about unintentional use of anticholinergics Practical Neurology 2006;5(3):14-15

24. Geldmacher DS. Can neurologists solve the DLB dilemma? Practical Neurology 2006;5(2):12-13

25. Geldmacher DS. To dream, perchance, of sleep. Practical Neurology 2006;5(1):14-15

26. Geldmacher DS. Driven to Fail? How to handle the delicate discussion of driving competence Practical Neurology 2005;4(12):16-17

27. Geldmacher DS. "Boxed in" by the FDA: Now what do we do? Practical Neurology 2005;4(11):13-15

28. Geldmacher DS. You can't always get what you want.  Practical Neurology 2005;4(10):13-15

29. Geldmacher DS. If we could only tell patients, "Because I said so…" Practical Neurology 2005;4(9):17-18

30. Geldmacher DS. Fat Chance: Is There a Role for Statins in AD Prevention? Practical Neurology 2005;4(8):16-18

31. Geldmacher DS.  The AD Vaccine: A Shot in the Arm for Alzheimer's Patients? Practical Neurology 2005;4(7):16-17

32. Geldmacher DS.  Putting Laboratory Tests Under the Microscope Practical Neurology 2005;4(6):14-15

33. Geldmacher DS.  MCI: Mostly Confusing Information on Mild Cognitive Impairment Practical Neurology 2005;4(5):24-25

34. Geldmacher DS.   Diagnosing Alzheimer's: Easy answers vs. right answers. Practical Neurology 2005;4(4):14-15

35. Geldmacher DS.  Under pressure: Assessing the impact of the NPH controversy Practical Neurology 2005;4(3):24-25

36. Geldmacher DS.  Tracking the fortunes of hormone replacement therapy Practical Neurology 2005;4(2):24-25

37. Geldmacher DS.  Setting treatment goals: A modest proposal. Practical Neurology 2005;4(1):21-22

38. Geldmacher DS.  Fulfilling expectations. Annals of Long Term Care 2004;12(10):46-48

39. Geldmacher DS.  Donepezil in vascular dementia: a viewpoint.  Drugs and Aging 2003;20:1137.


**F.   Abstracts**

1. Geldmacher DS, Pilonieta G. The factorial structure of the Alabama Brief Cognitive screener in a Memory Disorders clinic population. Presented at the American Geriatrics Society 2016 Annual Scientific Meeting, Long Beach, CA, May 2016

2. Natelson Love M, Pilonieta G, Geldmacher DS. Alabama Brief Cognitive screener scores vary appropriately by diagnosis, resemble mmse scoring distributions, and predict level of impairment in instrumental activities of daily living in a Memory Disorders Clinic. Presented at the American Geriatrics Society 2016 Annual Scientific Meeting, Long Beach, CA, May 2016

3. Geldmacher DS, Pilonieta G. Development, Implementation, and Initial Patient Characteristics of an  Alzheimer's Risk Assessment and Intervention Clinic. Poster presented at the *Alzheimer's Association International Conference*, Washington, DC, July 2015

4.  <u>Natelson Love M</u>, Pilonieta G, Geldmacher DS.  Alabama Brief Cognitive Screener Scores Predict Level of Impairment in Instrumental Activities of Daily Living and Dementia Diagnosis in a Memory Disorders Clinic. Poster presented at the *Alzheimer's Association International Conference*, Washington, DC, July 2015

5.  <u>Natelson Love M</u>, Pilonieta G, Geldmacher DS.   Alabama Brief Cognitive Screener Scores Vary Appropriately By Diagnosis and Resemble MMSE Scoring Distributions. Poster presented at the *Alzheimer's Association International Conference*, Washington, DC, July 2015

6.  <u>Natelson Love M</u>, Pilonieta G, Geldmacher DS. Level of Impairment in Instrumental Activities of Daily Living Predicts Alabama Brief Cognitive Screener Scores in a Memory Disorders Clinic.  Presented at *International Neuropsychological Society Annual Scientific Meeting*, Denver, February 2015

7.  <u>Natelson Love M</u>, Geldmacher DS.  The Alabama Brief Cognitive Screener. Presented at the *66th Annual Meeting of the American Academy of Neurology* Boston, MA.  April 2014

8.  <u>Batra S</u>, Sullivan JA, Geldmacher DS.  Qualitative assessment of self-identity in advanced dementia.  Poster presented at *NCUR 2014, The National Conference on Undergraduate Research*, Lexington, KY, April 2014

9.  <u>Natelson Love M</u>, Geldmacher DS.  The Alabama Brief Cognitive Screener. Presented at the *International Neuropsychological Society Annual Scientific Meeting*, Seattle WA, February 2014

10. <u>Batra S</u>, Sullivan JA, Geldmacher DS.  Qualitative assessment of self-identity in advanced dementia.  Poster presented at the *13th Alzheimer's Association International Conference*, Boston, MA.  July 2013

11. Geldmacher DS, <u>Riedel BC, Ducharme J.</u> Family Composition and Family Care Priorities at an Academic Memory Disorders Clinic. Presented at *65th Annual Meeting of the American Academy of Neurology*, San Diego, CA, March 2013

12. Geldmacher DS, Kirson NY, Birnbaum HG, Eapen S, Cummings AK, Joish VN. Cost Implications of Early Treatment among Patients with Alzheimer's Disease – a Medicaid Perspective.  Presented at *64th Annual Meeting of the American Academy of Neurology*, New Orleans, LA, April 2012

13. Geldmacher DS, Kirson NY, Birnbaum HG, Kantor E, Eapen, Joish V. Effect of treatment timing on risk of institutionalization among patients with Alzheimer's disease.  Presented at *International Society for Pharmacoeconomics and Outcomes Research Annual Meeting*, Madrid, Spain, November 2011

14. Geldmacher DS, Kirson NY, Birnbaum HG, Eapen S, Kantor E, Joish V.  Excess acute care costs among Medicaid Alzheimer's patients in the year prior to

diagnosis. Presented at the *11th Alzheimer's Association International Conference on Alzheimer's Disease and Related Disorders*, Paris, France, July 2011

15. Carter J, Geldmacher DS, Isaacson R, Soni M, Ali I, Poechmann N, Wu Q, Jozefowicz R. Why Do US Medical Students Choose Neurology as a Career? Results of a Multicenter Cross-Sectional Survey of US Medical School Seniors. Abstract P05.016.  Presented at *63rd  Annual Meeting of the American Academy of Neurology*, Honolulu, HI,  April 2011

16. Geldmacher DS.  Faculty grading practices in a clinical clerkship.  Presented at *UVa Academy of Distinguished Educators Poster Session* February 2010

17. Geldmacher DS, Chen S, Martindale J.  Student perceptions of writing assignments in a clinical clerkship. Presented at *UVa Academy of Distinguished Educators Poster Session* February 2010

18. Geldmacher DS, Ducharme J. Family Quality of Life in Dementia: Qualitative Approach to Family-Identified Care Priorities. Presented at *62nd Annual Scientific Meeting, Gerontologic Society of America,* Atlanta GA, November 2009

19. Geldmacher DS, Nathan R, Thompson-Heisterman A, Manning C.  Optimizing Interdisciplinary Dementia Care in an Academic Outpatient Setting. *Presented at 62nd Annual Scientific Meeting, Gerontologic Society of America*, Atlanta GA, November 2009

20. Geldmacher DS, Fritsch T, McClendon MJ, Debanne SM. Addressing Data Analysis Challenges in a Preliminary Clinical Drug Trial. *Presented at 62nd Annual Scientific Meeting, Gerontologic Society of Americ*a, Atlanta GA, November 2009

21. Nathan R, Geldmacher D, Manning C, Thompson-Heisterman A. A novel interdisciplinary care model for dementia.  Presented at *International Psychogeriatric Association Biennial meeting*, Montreal, Quebec, Canada, September 2009

22. Thompson-Heisterman A, Geldmacher D, Manning C, Nathan R, Damgaard P, Cady K, Peterson A.  Connecting geriatric nursing practice, education and research through an interdisciplinary memory and aging care clinic.  Presented at *Connecting the Dots: Geriatric Nursing, Education, and Clinical Simulation Conference.* University of North Carolina School of Nursing, Durham NC, April 2009

23. Geldmacher DS. Meeting the ED-2 Challenge in Neurology. Presented at  UVa Academy of Distinguished Educators Poster Session February 2009

24. Owen JA, Solenski NJ, Geldmacher DS.  Evaluating Differences between Novice and Expert Responses to Neurology Case Studies. Presented at UVa Academy of Distinguished Educators Poster Session February 2009

25. <u>Fowler MV</u>, Geldmacher DS.  Rehabilitation of Retrosplenial Amnesia: Preserved Insight as a Diagnostic and Therapeutic Tool. Presented at American Congress of Rehabilitation/ American Society of  Neurorehabilitation, Joint Annual Meeting, Boston MA, September 2006

26. Geldmacher DS.  Visual exploration in mild cognitive impairment. Presented at the 10th International Conference on Alzheimer's Disease and Related Disorders, Madrid, Spain, July 2006

27. Geldmacher DS, Fritsch T, McClendon MK, Lerner AJ, Landreth GE.  A double-blind, placebo-controlled, 18-month pilot study of the PPAR-gamma agonist pioglitazone in Alzheimer's disease. Presented at the 10th International Conference on Alzheimer's Disease and Related Disorders, Madrid, Spain, July 2006

28. Geldmacher DS, Fritsch T, McClendon MK, Lerner AJ, Landreth GE.  A double-blind, placebo-controlled, 18-month pilot study of the PPAR-gamma agonist pioglitazone in Alzheimer's disease. Ann Neurol 2006:60 (Suppl 10):S16.

29. Sansur CA, Elias J, Geldmacher DS, Quigg M.  Conduction aphasia as a function of the dominant posterior perisylvian cortex.  Epilepsia 2005; 46(Suppl. 8): 355

30. Geldmacher DS, Landreth GE.  Pioglitazone In Alzheimer's Disease: Rationale and Clinical Trial Design.  Neurolobiology of Aging 2004;25(Suppl. 2):S211-12

31. Geldmacher DS.  Stimulus Features and Eye-Movements in Alzheimer Disease: Effect of "Pop-Out" Stimuli. Neurolobiology of Aging 2004;25(Suppl. 2):S319-20

32. Geldmacher DS.  Donepezil slows functional deterioration in patients with vascular dementia. Presented at the European Federation of Neurological Societies Annual Congress, Vienna, Austria, October 2002

33. Geldmacher DS, Pratt RD, Perdomo CA, and the donepezil 307 VaD Study Group.  Donepezil improves cognition in patients with vascular dementia. Presented at the European Federation of Neurological Societies Annual Congress, Vienna, Austria, October 2002

34. <u>Khan J</u>, Geldmacher DS.  Primary progressive apraxia: an unusual presentation of Alzheimer's disease.   Presented at the American Geriatrics Society Annual Meeting,Washington, DC, May 2002

35. Geldmacher DS, Sperry SD, Strauss ME, Whitney C, Riley D.  Apathy in Alzheimer's and Parkinson's disease.  Presented at the Gerontological Society of America annual meeting Chicago IL, November 2001 (Gerontologist 2001; 41, Special Issue 1: 281).

36. Barry MA, Patterson MB, Geldmacher DS.  Decline to dementia in a case of hippocampal sclerosis verified at autopsy.  International Neuropsychological Society Chicago, IL, February 2001.

37. Geldmacher DS, Riedel T.  Visual exploration in Alzheimer's disease: eye-movements with "pop-out" stimuli.  International Neuropsychological Society Chicago, IL, February 2001.

38. Ogrocki PK, Fritsch T, Geldmacher DS, Patterson MB.  A diagnostic profile for dementia with Lewy bodies vs. pure Alzheimer's disease.  International Neuropsychological Society Chicago, IL February 2001.

39. Ueberroth AN, Geldmacher DS.  Target/distractor ratio effects on cancellation tasks in aging and Alzheimer's disease.  International Neuropsychological Society Chicago, IL, February 2001.

40. Yang Y, Cicero SA, Geldmacher DS, Herrup K.  DNA Replication Occurs in At-risk neurons in the Alzheimer's Disease Brain..  Presented at the Society for Neuroscience Annual Meeting, November 2000.

41. Ogrocki PK, Fritsch T, Geldmacher DS, Patterson MB.  Noncognitive symptoms in autopsy confirmed pure AD and AD with Lewy bodies.  Presented at the Gerontological Society of America annual meeting Washington DC, November 2000.

42. Geldmacher DS, Santillan CG, Fritsch T.  Development of a Scale to Predict Decline Among Mildly Demented Alzheimer Disease patients.  Neurobiology of Aging 2000; 21(Suppl 1S):S93.

43. Yang Y, Geldmacher DS, Gambetti P, Herrup K.  DNA Replacement is Associated With  Nerve Cell Loss in Alzheimer's Disease.  Neurobiology of Aging 2000;21(Suppl 1S):S118-119.

44. Geldmacher DS, Perdomo C, Pratt R.  Effects of Donepezil Treatment on Visual Attention/Exploration Tasks in Patients With Alzheimer's Disease.  Neurobiology of Aging 2000;21(Suppl 1S):S169.

45. Mizrahi E, Fritsch T, Geldmacher DS,  Friedland R, Lerner A.  Medication Utilization in Alzheimer Disease and Healthy Aging: Results in a Research Registry. Neurobiology of Aging 2000;21 (Suppl 1S):S26.

46. Geldmacher DS, Wu Q, Herrup K.  Models of cell death in Alzheimer's disease: Synergistic effects of beta-amyloid and microglia on cell-cycle mediated neuronal death.  Presented at the American Neurological Association 124th annual meeting, Seattle, Washington, October 1999

47. Geldmacher DS, Riedel T, <u>Fontanilla F</u>.  Eye-movements during viewing of Incomplete Pictures in Alzheimer's disease.  Journal of The International Neuropsychological Society,   1999;5:151.

48. Pratt RD, Geldmacher DS,  Perdomo CA.  An evaluation of the long-term efficacy of donepezil in patients from a Phase III clinical extension trial.  Neurology 1999;52(Suppl 2): A481-482.

49. Doody RS, Geldmacher DS, Pratt RD, Perdomo CA.  Optimal donepezil efficacy in Alzheimer's disease is dependent on continued administration.  J Neurol 1999;246(Suppl 1): P226.

50. Geldmacher DS, <u>Fontanilla F</u>, Riedel T.  Cancellation testing of visuospatial search in Alzheimer's disease.  Presented at American Society of Neurorehabilitation, Annual Meeting, Minneapolis, MN,  April 1998.

51. Geldmacher DS, Riedel T, <u>Fontanilla F</u>.  Behavioral eye-movement analysis of The Gollin Incomplete Pictures test.  Presented at American Society of Neurorehabilitation,Annual Meeting, Minneapolis, MN,  April 1998.

52. Geldmacher DS.  Clinical experience with donepezil hydrochloride: case studies. Presented at The Alzheimer's Association Annual Conference Chicago, IL , July 1997.

53. <u>Esteban-Santillan CG,</u> Geldmacher DS, Cole R.  The clinical dementia rating in mild Alzheimer's disease.  Journal of Neuropsychiatry and Clinical Neuroscience, 1997; 9:173.

54. Geldmacher DS, <u>Praditsuwan R, Arora PL</u>, Strauss ME, Whitehouse PJ.  Clinical correlates of the psychosis DRG among the hospitalized elderly.  Journal of Neuropsychiatry and Clinical Neuroscience, 1997; 9, 172

55. Geldmacher DS, <u>Esteban-Santillan C</u>.  Cancellation assessment of automatic and effortful visual processing in Alzheimer's disease.   Journal of The International Neuropsychological Society, 1997; 3(1):16.

56. Geldmacher DS, <u>Kori A</u>.  Late-emerging ipsilateral neglect following right anterior choroidal artery infarction.  Journal of The International Neuropsychological Society, 1997; 3(1):72

57. <u>Kori A</u>, Geldmacher DS.  Visual field influences and three dimensional neglect following right anterior choroidal infarction. Neurology, 1996; 46(suppl 2):A134.

58. Neundorfer MM, Smyth KA, Koss E, Geldmacher DS, Stuckey JC, Whitehouse PJ. Awareness of deficits in Alzheimer's disease and caregiver outcomes.  Presented at the Gerontologic Society of America, November, 1996, Washington, D.C.

59. <u>Praditsuwan R</u>, Geldmacher DS, <u>Esteban-Santillan C</u>, <u>Ueda H</u>.  Clock drawing test in very mild dementia.   Presented at the American Geriatrics Society/American Federation for Aging Research Meeting, May 1996, Chicago, Illinois.

60. Geldmacher D, <u>Kong H</u>.  Effect of stimulus number and target-to-distractor ratio on letter-cancellation tasks.   Journal of the International Neuropsychological Society, 1995; 1:340.

61. <u>Esteban-Santillan C</u>, Geldmacher DS.  The CDR scoring methods in the assessment of disease severity and progression in Alzheimer's disease.  Journal of Neuropsychiatry and Clinical Neuroscience, 1995; 7:410.

62. Geldmacher DS, Rowland D, Riedel T.  Age effects on letter cancellation tasks. Journal of  the International Neuropsychological Society, 1995; 1:129.

63. <u>Sukol RB</u>, Geldmacher DS.  Confirmation of  three-dimensional visuospatial dysfunction in neglect and simultagnosia.  Neurology, 1994; 44(suppl 2):A291

64. Geldmacher DS, Lerner AJ, Voci JM, Noelker EA, Somple LC, Whitehouse PJ. Treating functional decline in adults with Down's syndrome.  Journal of Neuropsychiatry and Clinical Neuroscience, 1994; 6:312-313

65. Shuren J, Geldmacher DS, Heilman KM. Nonoptic Aphasia: Aphasia with preserved confrontation naming in Alzheimer's Disease.  Neurology, 1993; 43(suppl 2):A404.

66. Shuren J, Geldmacher DS, Heilman KM.  The direct route in naming as evidenced in a patient with Alzheimer's disease.  Abstracts of the Academy of Aphasia, 1993.

67. Hills EC, Geldmacher DS.  The effect of stimulus characteristics on visuospatial search quality following traumatic brain injury.  Archives of Physical Medicine and Rehabilitation,1992; 73:994.

68. Geldmacher DS, Hills EC.  Visuospatial search quality following traumatic brain injury.  Archives of Physical Medicine and Rehabilitation, 1992; 73:994.

69. Geldmacher DS, Heilman KM.  Effect of upper vs. lower visual field on radial line bisections.  Journal of Clinical and Experimental Neuropsychology, 1992; 14:35.

70. Geldmacher DS, Doty L, Heilman KM.   Attentional bias in normal elderly subjects on a letter-cancellation task.  Neurology, 1991; 41(suppl.):211.

71. Horel JA, Geldmacher DS, Cirillo R, George P.  A comparison of the effects of reversible cold lesions in different parts of the inferotemporal cortex on the performance of visual tasks.  Society for Neuroscience Abstracts, 1986; 12(1):744.

**MISCELLANEOUS:**

**A.**   **Curriculum Development: National Continuing Medical Education Courses**

1. Program Chair for "Prepackaged CME" construct, in collaboration with Physicians Institute for Excellence in Medicine, Georgia Medical Society, and American Academy of Physician Education - 2010

2. Course Director, "Management of behavioral comorbidities in dementia" (American Academy of Physician Education- CME Provider) – 2009

3. Course Co-Director, "Improving the Management of Alzheimer's Disease in Residential Care" National CME/CEU Program in conjunction with American Society of Consulting Pharmacists (AKH, Inc.-CME provider) - 2008

4. Course Director, "Advances in Alzheimer's and Dementia: Benchmarks in Diagnosis and Treatment" National CME Program, PeerView Institute (University of Michigan-CME Provider) – 2008

5. Course Co-Director, "Meet the Experts Interactive Case-Based Web Conferences: Evidence-Based Patient Case Studies in Alzheimer's Disease," Academic Alliances in Medical Education, Inc. (Tulane University-CME provider) –  2007

6. Course Director, "Optimizing Medical Management for Alzheimer's Disease."American Academy of Physician Education- CME Provider – 2007

7. Course Director, "Evidence-Based Strategies for Managing Alzheimer's Disease,"  National CME Program.  Collaboration of American Academy of Family Practice state chapters and Academic Alliances in Medical Education, Inc.  (Tulane University-CME provider) -2007

**B.**   **Enduring Materials Development**

1. Member, Medical Advisory Board, Emmi Inc. Web-based programming for caregiver education in dementia.

2. Screenwriter – *Realities of dementia*.  Scripted scenes of patient interactions with family and providers for video vignettes in support of CME programming.

3. Author – Knowledge Assessment, Contemporary Diagnosis and Management of Alzheimer's Dementia First edition 2003: Newtown, Pennsylvania: Handbooks in Health Care, Co. (ISBN# 1-931981-16-7) Accredited through University of Virginia CME Office; Accreditation period 2003-2006

4. Supplement Editor – Dementia Update: Overview from the First Annual Dementia Congress;  Journal of the American Geriatrics Society 2003;51 supplement:S281-S326; CME supplement. Accredited through Academy for Healthcare Education; Accreditation period 2003-2005

     5.   Co-Chair, Editorial Board; ADvantage (National Alzheimer's Disease CME Program); Accredited through Johns Hopkins University CME office; Accreditation period 2000-2004

**C.**     **Health Education Video.** "Sometimes I Need a Helping Hand" -2001.

     Script for video-tape program for self instruction of caregivers of patients with Parkinson's disease. (Awarded first place in Northern Ohio film festival for instructional/educational material)

**D.**     **Community Service Activities**

    1.  Member, Advisory Board, Alzheimer's of Central Alabama, 2012-current
    2.  Member, Professional Advisory Board, Alzheimer's Association Greater Cleveland Chapter, Cleveland, Ohio, 1996-2002

**E.**     **Community Lectures**

    1.  Neuroscience Café (sponsored by UAB Comprehensive Neuroscience Center) Hoover, AL, February 2016
    2.  Osher Lifelong Learning Institute – Birmingham Chapter Vestavia Hills, AL, February 2016
    3.  Neuroscience Café (sponsored by UAB Comprehensive Neuroscience Center) Hoover, AL, March 2015
    4.  Osher Lifelong Learning Institute – Birmingham Chapter Vestavia Hills, AL, March 2015
    5.  New Horizons senior learning (sponsored by UAB Comprehensive Neuroscience Center; Birmingham AL, January 2015
    6.  Osher Lifelong Learning Institute – Auburn Chapter Auburn, AL, March 2015
    7.  Featured Speaker (with Elizabeth Crooks, RN,DNP), Family Caregiver Educational Seminar, Fairhope, AL, July 2014
    8.  Invited Speaker, Alzheimer's in Alabama, Community Conference, Birmingham, AL, June 2014
    9.  Keynote Speaker, Twelfth Annual Lucy & John Caddell Alzheimer's Conference, Decatur, AL, April 2014
  10.  Invited Speaker (with Elizabeth Crooks, RN, MSN), Canterbury-Beeson Forum on Aging, Birmingham, AL August 2013
  11.  Keynote Speaker, Nolan-Stewart Educational Conference on Dementia, Birmingham, AL, July 2013
  12.  Keynote Speaker, Alzheimer's Educational Conference, Dothan AL, March 2012
  13.  Speaker, Canterbury-Beeson Forum on Aging, Birmingham, AL August 2011
  14.  Speaker, Central Alabama Aging Consortium's 9th Annual Alzheimer's Professional & Caregiver Conference, Montgomery, AL August 2011
  15.  Guest Lecturer, Jefferson Institute for Lifelong Learning,–Charlottesville, VA 2006, 2007
  16.  Featured Speaker Alzheimer's Association Educational Conference, Charlotte, NC 2005

17. Keynote Speaker – Alzheimer's Association Community Conferences (Virginia Chapters)
    a. Petersburg, Va 2008
    b. Norfolk, Va 2004
    c. Richmond, Va, 2004
    d. Harrisonburg Va, 2003

# Dr. Stephan Anthony Mayer

4/6/17

**Curriculum Vitae**

**STEPHAN ANTHONY MAYER, MD, FCCM**

| | | |
|---|---|---|
| **PERSONAL DATA** | **Date of Birth** | September 22, 1962 |
| | **Place of Birth** | New York, NY |
| | **Citizenship** | U.S.A. |

| | | |
|---|---|---|
| | **Office Address** | Chair, Department of Neurology |
| | | Henry Ford Health System |
| | | 2799 West Grand Boulevard |
| | | Detroit, MI 48202 |
| | | Phone:  (313) 916-7056 |
| | | E-mail:  smayer2@hfhs.org |

| | | |
|---|---|---|
| | **Home Address** | 346 Convent Avenue |
| | | New York, NY 10031-4201 |

| | | |
|---|---|---|
| **ACADEMIC TRAINING** | 1984 | Brown University, A.B. (Biology) |
| | 1988 | Cornell University Medical College, M.D |

**POSTDOCTORAL CLINICAL TRAINING**

*Presbyterian Hospital in the City of New York*

| | |
|---|---|
| 1988-89 | Intern, Department of Medicine |

*Neurological Institute of New York,*
*Columbia-Presbyterian Medical Center*

| | |
|---|---|
| 1989-92 | Resident in Neurology |
| 1992-94 | Fellow in Critical Care Neurology |

| | | |
|---|---|---|
| **CERTIFICATION & LICENSING** | 2008 | Diplomate, Neurocritical Care, United Council of Neurological Subspecialties |
| | 2000 | NIH Stroke Scale Certification, National Stroke Association |
| | 2000 | Good Clinical Practice Certification, Office of Clinical Trials, Columbia University |
| | 1993 | American Board of Psychiatry and Neurology, Inc. #38657 |

|      |                                             |
|------|---------------------------------------------|
| 1990 | New York State Medical License, #182231     |
| 1989 | National Board of Medical Examiners #362429 |
| 1988 | BLS/ACLS, American Heart Association         |

**PROFESSIONAL SOCIETIES**

| 2003 | Neurocritical Care Society (Charter Member) |
|------|---------------------------------------------|
| 2002 | American Neurological Association |
| 1996 | American Stroke Association |
| 1995 | Society of Critical Care Medicine<br>*Neuroscience Section* |
| 1990 | American Academy of Neurology<br>*Critical Care and Emergency Neurology Section* |
| 1988 | American Medical Association |

**ACADEMIC APPOINTMENTS**

*Icahn School of Medicine at Mount Sinai*

| 2014-15 | Founding Director, Institute for Critical Care Medicine |
|---------|---------------------------------------------------------|
| 2014-16 | Professor of Neurology and Neurological Surgery |

*Columbia University College of Physicians & Surgeons*

| 2009-14 | Professor of Neurology and Neurological Surgery |
|---------|-------------------------------------------------|
| 2001-09 | Associate Professor of Clinical Neurology and Neurological Surgery |
| 1995-01 | Assistant Professor of Neurology (in Neurological Surgery) |
| 1994-95 | Assistant Professor of Neurology |
| 1994 | Associate in Neurology |
| 1992-94 | Postdoctoral Clinical Fellow |

| | |
|---|---|
| **HOSPITAL**<br>**APPOINTMENTS** | *Henry Ford Health System* |
| | 2017-         Chair, Department of Neurology |
| | *Mount Sinai Health System* |
| | 2015-16    Director, Neurocritical Care |
| | 2014-16    Attending Neurologist |
| | *New York Presbyterian Hospital at*<br>*Columbia University Medical Center* |
| | 2009-14    Attending Neurologist |
| | 2001-09    Associate Attending Neurologist |
| | 1994-14    Director, Neurological Intensive Care Unit |
| | 1994-01    Assistant Attending Neurologist |
| | 1994         Associate Neurologist |
| | 1992-94    Clinical Assistant Neurologist |

| | |
|---|---|
| **HONORS AND**<br>**AWARDS** | 2014         Lifesaver Award, American Heart Association, New York City Chapter |
| | 2011         12th Annual Terrance D. Capistrant Lecture, Saint Joseph's Hospital, HealthEast Care System, St Paul, MN |
| | 2011         International Pan Arab Critical Care Medicine Society Lifetime Achievement Award |
| | 2007         Mintz Stroke Lecturer, Department of Neurology, Mt Sinai School of Medicine, New York, NY |
| | 2006         Elected as Fellow of the American College of Critical Care Medicine |

| | |
|---|---|
| 2005 | The Fifth Miss J Mithili Oration, Third National Workshop on Critical Care Neurology, CARE Foundation and CARE Hospital, Hyderbad, India. |
| 2005 | Distinguished Lecturer Award, Zeenat Qureshi Stroke Research Center, University of Medicine & Dentistry of New Jersey |
| 2003- | Best Doctors, New York Metropolitan Region, Neurology/Neurocritical Care, Castle & Connolly |
| 2003- | Best Doctors in America |
| 2003 | Society of Critical Care Medicine 2003 Neuroscience Specialty Award |
| 2002 | Elected to American Neurological Association |
| 2000 | The 279th Luis E. Guerrero Memorial Lecture, University of Santo Tomas, Faculty of Medicine and Surgery, Manilla, Philippines |
| 1996 | Fellow, Stroke Council, American Heart Association |
| 1991 | Columbia P&S Class of 1992 Resident Teaching Award |
| 1988 | The Dr. Harold Lamport Biomedical Research Prize, Cornell University Medical College |
| 1988 | Public Health Research Prize, Cornell University Medical College |

**RESEARCH SUPPORT**

*Active (Mount Sinai)*

| | |
|---|---|
| 2016- | SHINE:  Stroke Hyperglycemia Insulin Network Effort *National Institutes of Health/NINDS* Role: Local PI Total Award: $30,000 (contractual, active as of March 2016) |
| 2016- | NEWTON-2:  Nimodipine Microparticles for SAH *Edge Therapeutics* Role: Steering Committee, Local PI Total Award:  (contractual, anticipated start date July 2016) |
| 2016- | ASSENT:  Novel TAFI-inhibitor thrombolytic for AIS |

*Daiichi-Sankyo*
Role:  Local PI
Total Award:  (contractual, anticipated start date July 2016)

2016-   STATUS:  Allopregnanolone for Super Refractory Status
Eplilepticus
*SAGE Pharmaceuticals*
Role:  Local PI
Total Award: (contractual, active as of April 2016)

2016-   Phase 1B Trial of rFXa for Ultra-Early Hemostasis in Acute
ICH
*Pfizer*
Role:  Steering committee, Local PI
Total Award: (contractual, anticipate dstart date July 2016)

**Past (Columbia)**

2013-14   SHINE:  Stroke Hyperglycemia Insulin Network Effort
*National Institutes of Health/NINDS*
Role: Local PI
Total Award: $300,000 (No.1 enrolling US site)

2012-14   ICTUS-3: Intavascular Cooling in the Treatment of Stroke
*National Institutes of Health/NINDS*
Role: Local PI
Award: $36,000 (contractual)

2012-13   Seizure Detection in Critically-Ill Patients
*General Electric (Finland)*
Role: PI
Award; $200,000

2012-14   ATACH-II Trial of Antihypertensive Therapy for Intracerebral
Hemorrhage
*National Institutes of Health/NINDS*
Role: Local PI
Award:  $148,000 (contractual, No. 3 enrolling US site)

2011-13   Validation of a Non-Invasive Ultrasound System for
Estimating Intracranial Pressure
*Non-Invasive Medical Systems, Inc.*
Role: Principal Investigator
Total Award: $50,000

2010-12   PROTECT-3 Trial of Progesterone for Traumatic Brain Injury

*National Institutes of Health/NINDS*
Role: Local PI
Award: $28,000 (contractual)

2010-12   CLEAR-3 IVH Trial of Thrombolysis for Intraventricular
Hemorrhage
*National Institutes of Health/NINDS*
Role: Local PI
Total award: $36,000 (contractual)

2009-12   Neurocritical Care Multimodality Monitoring and
Neuroinformatics Development Grant
*Dana Foundation*
Role:  Principal Investigator
Total Award:  $150,000

2007-14   New York Presbyterian Neurological Emergencies
Treatment Trials (NETT) Clinical Site Hub
*National Institutes of Health/NINDS*
U01-NS59062-01
Role:  Principal Investigator
Award:  $1,250,000

2007-13   Columbia SPOTRIAS Clinical Center Grant
*National Institutes of Health/NINDS*
P50-NS049060
Role:  Co-Investigator
Total Award (R.S. Marshall, PI): $1,254,499

2011-12   ALIAS-2 Trial of Albumin for Acute Ischemic Stroke
*National Institutes of Health/NINDS*
Role:  Local PI
Award: $50,000 (contractual)

2009-11   Critical Care Neurology for Emergency Physician Pathway
Project
*New York State Department of Health*
Role: Co-Mentor
Total Award; $100,000

2007-09   Research Fellowship in Multimodality ICU Monitoring
*Empire Clinical Research Investigator Program*
Role:  Sponsor-Mentor
Award:  $120,000

2007-09   STAT:  Studying the Treatment of Acute Hypertension

*University of Massachussetts Outcomes Research Center*
Role:  Steering Committee, local PI
Award:  $35,000

2006-08   CLEAR-2 Intraventricular Hemorrhage Thrombolysis Trial
(FD-R-001693-06, IND 8923)
*U.S. Food and Drug Administration*
(D. Hanley, PI)
Role:  Co-Investigator, Executive Committee Member
Award:  $20,700/yr (contractual)

2001-7   A Multi-Center Phase II/III, Double-Blind, Controlled Dose-
Escalation Study to Evaluate the Efficacy and Safety of
Recombinant Factor VIIa (Novo-Seven®) for Preventing Early
Hematoma Growth in Acute Intracerebral Hemorrhage
(IND 8893)
*Novo Nordisk A/S, Copenhagen, Denmark*
Role: Principal Investigator; Chairman, Steering Committee
Total Award: $560,000

2007-09  Neurocritical Care Multimodality Monitoring and
Neuroinformatics Development Grant
*Dana Foundation*
Role:  Principal Investigator
Total Award:  $200,000

2003-4   Research Fellowship in Neurocritical Care Outcomes Research
*Empire Clinical Research Investigator Program*
Role:  Sponsor-Mentor
Award:  $60,000

2001-05   Investigation of the Natural History of West Nile Virus
Infection in Patients with or At Risk For Progression to West
Nile Virus Encephalitis and/or Myelitis
*NIH/DMID*
Role:  Investigator
Award:  $10,000/year (contractual)

2000-03   Intraventricular Hemorrhage Thrombolysis Trial (IND 8923)
*U.S. Food and Drug Administration*
(D. Hanley, PI)
Role:  Co-Investigator, Executive Committee Member
Award:  $50,700/yr (contractual)

2001-05   A Phase III Double-Blind, Placebo-Controlled Trial of Long Term therapy of Herpes Simplex Encephalitis (HSE): An Evaluation of Valacyclovir
*NIH/NIADS*
Role: Investigator (5% effort)
Award:  $25,000/yr (contractual)

2003-04   Fasudil SAH Clinical Trial Planning Grant
*Berlex/Specialized Therapeutics*
Role: Principal Investigator
Award:  $35,000

2001-03   Pharmacokinetic Sub-Study: Intraventricular Hemorrhage Thrombolysis Trial (FD-R-001693-03, IND 8923)
*U.S. Food and Drug Administration*
Role:  Co-Investigator, Executive Committee Member
Award: $21,141 (contractual)

2002-03   Clinical Trial of a Novel Water-Circulating Cooling System for Treating Medically Refractory Fever in Critically-Ill Neurologic Patients
*Medivance, Inc.*
Role: Principal Investigator
Award:  $35,000

1998-00   Cognitive Dysfunction and Quality of Life After Subarachnoid Hemorrhage.
*American Heart Association Grant-in-Aid Award*
#9750432N
Role: Principle Investigator
Award:  $165,000

1999   Clinical Trial of an Air-Circulating Cooling Blanket for Treating Fever in Critically Ill Neurologic Patients
*Augustine Medical International*
Role:  Principal Investigator
Award:  $5,000

1996-97   Comparison of Acetazolamide-Activated SPECT with Transcranial Doppler Sonography for Predicting Delayed Ischemia from Vasospasm after Subarachnoid Hemorrhage.
*Du Pont Pharma Clinical Research Award*
Role:  Principle Investigator
Award:  $15,000

1995-96   Systemic Hypothermia for Acute Cerebral Infarction:

A Pilot Study.
*Columbia-Presbyterian Clinical Trials Pilot Study Award*
Role:  Principle Investigator
Award:  $50,000

1993-95   Perilesional Ischemia in Acute Intracerebral Hemorrhage:
A SPECT Study.
*National Stroke Association Research Fellowship Award*
Role:  Principle Investigator
Award: $60,000.

1987-88   GM1 Ganglioside in Experimental Focal Ischemia
*NIH Medical Student Research Fellowship*
Award: $4,000

1985   CNS Autoantibodies in Autism
*New York State Medical Student Research Grant*
Award: $3,000

**DEPARTMENTAL, HOSPITAL, AND UNIVERSITY COMMITTEES**

*Mount Sinai*

2015-16   Co-Chair, Cardiopulmonary Arrest Committee

2015-16   Neuroscience RED (reduce excess days) Committee

2015-16   Chair, Mount Sinai Health System Quality Leadership
Council Stroke Subcommittee

*Columbia University*

2002-4   Executive Committee, Society of Practitioners,
Columbia-Presbyterian Medical Center

1998-02   Chair, Multidisciplinary Neuroscience Length of Stay
Committee, CUMC

1998-00   Department of Neurology Practice Plan Committee, CUMC

1996-01   Clinical Operations Council, CUMC

1994-97   Research Committee, Columbia-Presbyterian Practitioners
Network

1994-97   Cardiac Arrest Committee, CUMC

| 1994-14 | Inter-ICU Committee, CUMC |
| 1994-14 | Executive Committee, Dept. of Neurology, CUMC |
| 1994-01 | Resident Selection Committee, Dept. of Neurology, CUMC |
| 1991-92 | Housestaff Affairs Committee, CUMC |
| 1990-91 | Quality Assurance Committee, Dept. of Neurology, CUMC |

**TEACHING ACTIVITIES**

### *Medical School Lectures*

| 2000-2 | Guest Lecturer, Medical School Neuroscience Course, 1st year students, Columbia P & S |
| 1998-00 | Guest Lecturer, Human Pathophysiology Course, 2nd year students, Columbia P & S |
| 1990-98 | 1st Year Medical Student Clinical Teaching Seminars, Neuroscience Course, Columbia P & S |

### *Neurocritical Care Fellowship Trainees*

*Icahn School of Medicine at Mount Sinai*

| 2016 | Pavis Langkejval, MD |
| 2016 | Kaitlin Reilly, MD |
| 2015-17 | Anil Remini, MD |
| 2015-17 | Javaad Ahmad, MD |
| 2014-16 | Moshe Mizrahi, MD, Assistant Professor, Neurocritical Care and Comprehensive Epilepsy Programs, University of Cincinnati, Cincinnati, OH |

*Columbia University Medical Center*

| 2013-14 | Jeremy Ragland, MD, Assistant Professor, University of Texas at Houston, Attending neurointensivist, Hermann Memorial Medical Center, Houston, TX |

2013-14    Shouri Lahiri, MD, Assistant Professor, attending neurointenisvist, Cedars-Sinai Medical Center, Los Angeles, CA

2013-14    Fawaz Al-Mufti, MD, Interventional Neuroradiology Fellow, Rutgers University, New Jersey Medical School

2012-14    Neha Danganayach, MD, Assitant Professor, attending neurointenisvist, Icahn School of Medicine at Mount Sinai, New York, NY

2012-14    Chris Zammitt, MD, Assistant Professor, Neurocritical Care and Department of Emergency Medicine, University of Rochester, Rochester, NY

2012-14    Brandon Foreman, MD, Assistant Professor, Neurocritical Care and Comprehensive Epilepsy Programs, University of Cincinnati, Cincinnati, OH

2012-14    Barry Czeisler, MD, Assistant Professor, Attending Neurointensivist, NYU Medical Center, New York, NY

2012-14    Michael Crimmins, MD, Attending, Interventional Neuroradiology and Neurocritical Care, Walter Reade Medical Hospital, Bethesda, MD

2011-13    Alan Velander, MD, Attending neurointensivist, Swedish Medical Center, Seattle, WA

2011-13    Aaron Lord, MD, Assistant Professor, Attending neurointensivist, NYU Medical Center, New York, NY

2011-13    Andres Fernandez, MD, Assistant Professor, Attending neurointensivist, Thomas Jefferson School of Medicine, Philadelphia, PA

2010-12    Sachin Agarwal, MD, Assistant Professor, Columbia University, Attending neuriointensivist, New York Presbyterian Hospital/Columbia, New York, NY

2010-12    Gunjan Parikh, MD, Assistant Professor, Departments of Neurology and Surgery, University of Maryland, Attending neurointensivist, Maryland Shock Trauma, Baltimore, MD

2009-12     Emily Gilmore, MD, Assistant Professor, Yale University
            School of Medicine, Attending neuriointensivist, Yale New
            Haven Medical Center, New Haven, CT

2009-12     Alex Choi, MD, Assistant Professor, University of Texas at
            Houston, Attending neuriointensivist, Hermann Memorial
            Medical Center, Houston, TX

2010-12     Gregory Kapinos, MD, Assistant Professor, Hofstra School of
            Medicine, Attending neuriointensivist, North Shore University
            Hospital, Manhassett, NY

2009-12     Santiago Ortega, MD, Asstant Clinical Professor,
            Interventional Neuroradiology and Neurocritical Care,
            University of Iowa, Iowa City, IA

2009-11     Cappi Lay, MD, Assistant Professor, Departments of
            Emergency Medicine and Neurosurgery (Neurocritical
            Care), Mount Sinai, New York

2008-11     Guillermo Linares, MD, Interventional Neuroradiology and
            Critical Care Attending, Temple University School of
            Medicine, Philadelphia, PA

2008-11     Viktor Szeder, MD, PhD, Assistant Professor, Interventional
            Neuroradiology, Department of Neuroradiology, David Geffin
            School of Medicine, University of California, Los Angeles,
            California

2008-10     Khalid Hanafy, MD, Attending Neurointensivist, Assistant
            Professor, Beth Israel Deaconess Hospital, Harvard Medical
            School, Boston, MA

2008-10     Matthew Vibbert, MD, Attending Neurointensivist, Assistant
            Professor, Thomas Jefferson School of Medicine,
            Philadelphia, PA

2008-10     Rishi Malhotra, MD, Attending Neurointensivist, Assistant
            Professor, Albert Einstein College of Medicine, Bronx, NY

2007-08     David Seder, MD.  Director of Neurocritical Care, Assistant
            Professor, Tufts University School of Medicine, Maine
            Medical Center, Portland, ME

2007-08     Jan Claassen, MD.  Director, Neuro-ICU, Associate Professor,
            Columbia University Medical Center, New York, NY

2006-08    Errol Gordon, MD. Current position:  Attending
           neurointensivist, Director, Neuro-ICU, Assistant Professor,
           Department of Neurosurgery, Mount Sinai School of Medicine,
           New York, NY

2005-08    Fred Rincon, MD.   Attending, Assistant Professor,
           Neurocritical Care, Jefferson Medical College, Philadelphia,
           PA

2006-07    Michael Moussouttas, MD. Attending neurointensivist, Capital
           Health, Trenton, NJ

2004-07    Richard Temes, MD. Director, Neurocritical Care, Northwell
           Health System, Manhassett, NY

2004-06    Katja E. Wartenberg, MD. Attending Neurointensivist, Martin
           Luther University, Halle-Wittenberg, Germany

2004-06    Jennifer Frontera, MD. Co-Director, Neuro-ICU, Associate
           Professor, Department of Neurology and Neurocritical Care,
           Cleveland Clinic, Cleveland, OH

2002-04    Nazli (Sophia) Janjua, MD. Neurointerventional Radiologist,
           Lakewood Regional Medical Center, Lakewood, CA

2002-04    Andrew Naidech, MD, MPH. Director, Neurological Intensive
           Care Unit, Assistant Professor, Departments of Neurology and
           Anesthesiology, Northwestern Medical Center, Chicago, IL

2001-02    Brian-Fred Fitzsimmons, MD. Attending Physician,
           Interventional Neuroradiology, Assitant Professor,
           Departments of Radiology and Neurology, University of
           Wisconsin Medical Center, Milwaukee, WI

2001-02    Dileep Yavagal, MD. Attending Interventional Radiologist and
           Neurointensivist, Assistant Professor, Department of
           Neurology, University of Miami,  Miller School of Medicine,
           Miami, FL.

2000-01    Adam Mednick, MD. Attending Neurologist, St. Raphaels
           Hospital, New Haven, CT

1999-00    Axel Rosengart, MD.  Director, Neurological Intensive Care
           Unit, Associate Professor, Departments of Neurology and
           Neurosurgery, Cedars Sinai Medical Centaer, Los Angeles, CA

1999-00    Lyle Dennis, MD. Director, Neurology, Good Samaritan Hospital, Suffern, NY

1998-99    Mark Gorman, MD.  Attending Neurologist, Cerebrovascular and Critical Care Neurology, Assistant Professor, Department of Neurology, University of Vermont Medical Center, Burlington, VT.

1997-99    Christopher Commichau, MD.  Director, Stroke and Critical Care, Neurology Residency Director and Associate Professor, Departments of Neurology and Neurosurgery, University of Vermont Medical Center, Burlington, VT.

1996-97    Gary L. Bernardini, MD, PhD.   Chairman, Neurology; Stroke and Neurocritical Care; Associate Professor, Weil Cornell Medical School, NY, NY

1995-96    Rupendra Swarup, MD. Director, Neurological Intensive Care Unit, Roosevelt Hospital, New York, NY.

1994-96    Carole E. Thomas, MD. Private practice neurologist, Princeton, NJ.

### *Neurocritical Care Research Fellows*

2014-16    Charles Francoeur, MD.  Interim Position:  Attending Intensivist, University of Montreal, Canada.

2013-14    Sureerat Suwatcharangkoon, MD.  Interim Position:  Division of Neurology, Department of Medicine, Ramathibodi Hospital, Mahidol University, Bangkok, Thailand

2012-14    Gian Marco DeMarchis, MD.  Interim Position:  Neurology Clinic, Inselspital Bern, Bern, Switzerland.

2012-13    Deborah Pugin, MD.  Attending Inyensivist, Geneva University Hospital, Geneva, Switzerland

2011-12    Sang-Beom Jeon, MD, PhD.  Interim Position:  Stroke and Neurocritical Care, Asan Medical Center, Seoul, Korea

2011-12    Andres Reccius, MD, MSc.  Interim Position:  Fellow in Intensive Care Medicine, Clinica Almava, Universidad del Desarrollo, Santiago, Chile

2011-12    Younsuk Lee, MD, PhD.  Interim Position:  Professor, Stroke and Neurocritical Care, Department of Neurology, Dongsuk University, Korea

2011    Min Li, PhD.  Interim Position: Department of Neurosurgery, Tangdu Hospital, The Fourth Military Medical University, Xi'an, China

2009-11    Sang-Bae Ko, MD.  Interim Position:  Clinical Assistant Professor of Medicine, Seoul National Hospital, Seoul, Korea

2009-11    Raimund Helbok, MD.  Current Position:  Assistant Professor, Clinical Department of Neurology, Neurological Intensive Care Unit, Medical University of Innsbruck, Innsbruck, Austria

2007-08    Mellanie Springer, BA, Albert Einstein College of Medicine Senior Research Fellowship

2007-09    Pedro Kurtz, MD.  Current Position:  Staff Physician, IntensiveCare Unit, Casa de Saúde São Jose, Rio de Janeiro, Brazil

2007-10    Emmanuel Carrerra, MD.   Current Position:  Assistant Professor, Department of Neurology,  CHUV Hospital, Laussanne, Switzerland

2007-11    Mauro Oddo, MD.   Current Position:  Assistant Professor, Medical Intensive Care Unit, CHUV Hospital, Laussanne, Switzerland.

2006-07    Manuel Buitrago Blanco, MD.  Current position:  Assistant Professor, UCLA Geffen School of Medicine.

2000-03    Jan Claassen, MD.  Current position: Attending Neurointensivist, Director, Neuro-ICU, Columbia University Medical Center, New York, NY.

1998-99    Johnny Lokin, MD.  Current position: Attending Neurointensivist, University of Santo Tomas, Faculty of Medicine and Surgery, Manilla, Philippines

***Clinical Neuropsychology PhD Thesis Supervisory Committee,  The Gradutae School and University Center, City University of New York***

| | |
|---|---|
| 2006 | Luba Nakhutina, PhD.  Thesis title:  "The Effect of Educational Attainment on Cognitive Performance and Recovery in Patients with Subarachnoid Hemorrhage" |
| 2006 | Shelly Peery, PhD.  Thesis title:  "Recovery of Neuropsychological Functioning after Subarachnoid Hemorrhage" |

**PROFESSIONAL ACTIVITIES**

*National Institutes of Health*

| | |
|---|---|
| 2011 | Co-chair, Hemorrhage Section, *NINDS Stroke Progress Review Group (SPRG)* |
| 2009 | NINDS Stroke Common Data Elements Working Group |
| 2006 | Co-chair, Hemorrhage Section,  *NINDS Stroke Progress Review Group (SPRG)* |
| 2003-7 | CDIN Study Section (ZRG1 BDCN-3) *NIH Center for Scientific Review* |
| 2003 | Advisory Panel, Priorities for Clinical Research in the Treatment of Acute, Non-Traumatic Intracereberal Hemorrhage, *NIH/NINDS* |
| 2004 | Advisory Panel, Emergency Neurology Clinical Trials Network, *NIH/NINDS* |
| 2004 | Presenter, *Brain Attack Coalition*,  "Logistical and Regulatory Barriers to Acute Stroke Research" |

*American Heart/Stroke Association*

| | |
|---|---|
| 2012 | Member, AHA NYC Stroke Task Force |
| 2012 | Member, AHA National Stroke Performace Measures Oversight Committee |
| 2011 | Peer reviewer, *Guidelines for the Management of Aneurysmal Subarachnoid Hemorrhage* |
| 2011 | Stroke Performance Measures Oversight Committee |
| 2009 | Peer reviewer, *Metrics for Measuring Quality of Care in Comprehensive Stroke Centers* |

| 2007-09 | Cerebrovascular Early Career Development Committee |
| 2006-08 | Brain One Study Section |
| 2007 | Peer reviewer, *Guidelines for the Management of Spontaneous Intracerebral Hemorrhage* |
| 2006- | Abstract reviewer, AHA International Stroke Conference, 2006, 2007, 2009 |

### *American Academy of Neurology*

| 2010-12 | Course Director, *Acute Stroke Alert Skills Workshop* American Academy of Neurology Annual Meeting |
| 2001-8 | Member and Chair of Science Subcommittee, Executive Committee, Section of Critical Care and Emergency Neurology |
| 1999- | Abstract reviewer, Critical Care/Emergency Neurology, AAN Annual Meeting |
| 1999-02 | Course Director, *Controversies in Critical Care* American Academy of Neurology Annual Meeting |
| 1994- | Member, Critical Care and Emergency Neurology Section |

### *Neurocritical Care Society*

*Officer Positions*

| 2009-11 | President |
| 2007-9 | Vice President |
| 2005-7 | Treasurer |
| 2003-13 | Board of Directors |
| 2002 | Acting President |

*Committees*

| 2016- | NCS Fundraising Task Force |

2011-13    Chair, Nominating Committee

2011-13    Chair, Liason Committee

2004-7     Chair, Fundraising Committee

2003-13    Executive Committee

2003-13    Board of Directors

2010-15    Research Committee

2002-3     Co-Chairman, Communications Committee

2002       Founding Committee

*Annual Meeting Program Committee*:

2003       Inaugural Meeting, Phoenix AZ, February 15th and 16th
2004       2nd Annual Meeting, San Diego CA, February 6th and 7th,
2005       3rd Annual Meeting, Scottsdale, AZ, February 25-27,
2008       Chair, Scientific Program Committee, 6th Annual Meeting,
             Miami, FL, October 23-25
2009       Chair, Scientific Program Committee, 7th Annual Meeting,
             New Orleans, LA, November 11-14

### Society of Critical Care Medicine

2001-      Abstract reviewer, Neurosciences Section, SCCM Annual
            Meeting

2001-      Professor's Walk Rounds, Neuroscience Poster Session,
            Annual Meeting:  2001, 2004, 2008

### European Society of Intensive Care Medicine

2007       Abstract reviewer
            *21st Annual Congress*

### Brain Trauma Foundation

2014       External Peer Reviewer, *Guidelines for the Management of
            Severe Traumatic Brain Injury, 4th Edition*

### Fire Department of New York

2009-11   New York City Fire Department Cardiovascular Quality
          Assurance Committee

### *Greater New York Hospital Association*

2007-     Greater New York Critical Care Leadership Council

### *New York State Task Force of Life and the Law*

2010      Expert Panel of Brain Death Guidelines

### *World Congress of Neurology*

2005      Abstract reviewer (cerebrovascular disease), WCN2005

### *Journal/Editorial Activities*

*Editorial Board*

2013-     International Journal of Stroke
2010-     Therapeutic Hypothermia
2004-10   Neurocritical Care

*Co-Founder and Associate Editor*

2004-9    Neurocritical Care
2015-     Neurocritical Care

*Section Editor*

2011-13   Current Opinion in Critical Care, Neuroscience Section
2006-11   Stroke (Critical Care)
2000-     Current Neurology and Neuroscience Reports (Critical
          Care)

*Contributing Editor*

2000-5    Journal Watch: Neurology

*Ad Hoc Reviewer*

2016      Emergency Medicine Practice
2016      Annals of Intensive Care
2015      PLOS ONE
2015      JAMA
2014      British Medical Journal

| 2011 | Nature Reviews Neurology |
|------|--------------------------|
| 2011 | European Journal of Neurology |
| 2009 | Resuscitation |
| 2009 | Lancet Neurology |
| 2009 | Critical Care |
| 2009 | Clinical Neurology and Neurosurgery |
| 2007 | Circulation |
| 2007 | The Journal of Neuropsychiatry and Clinical Neurosciences |
| 2007 | Intensive Care Medicine |
| 2006 | Journal of Neurology Neurosurgery and Psychiatry |
| 2006 | The Lancet |
| 2006 | Pharmacy & Therapeutics |
| 2006 | Canadian Journal of Neurological Sciences |
| 2006 | Metabolism |
| 2005 | Cerebrovascular Diseases |
| 2003 | Neurocritical Care |
| 2003 | Critical Care Medicine |
| 2003 | Journal of Intensive Care Medicine |
| 2003 | Journal of Critical Care |
| 2003 | Anesthesiology |
| 2003 | International Journal of Cardiology |
| 2002 | Annals of Neurology |
| 2001 | Archives of Neurology |
| 2001 | Clinical Endocrinology |
| 2000 | Journal of Cerebral Blood Flow and Metabolism |
| 1999 | Journal of the Neurological Sciences |
| 1999 | Neurosurgery |
| 1999 | Stroke |
| 1998 | Journal of Neurosurgical Anesthesiology |
| 1996 | Epilepsia |
| 1996 | Journal of Intensive Care |
| 1996 | Neurology |
| 1995 | New England Journal of Medicine |

### *American Board of Neurological Surgery*

| 1995-96 | Contributor, Board Examination (Neurocritical Care) |
|---------|------------------------------------------------------|
|         | *American Board of Neurological Surgery* |

### *Invited External Grant Review and Study Sections*

| 2011 | Ad hoc reviewer, Section on muscle inflammatory diseases and diseases of the neuromuscular junction, *Association Française contre les Myopathies* |
|------|-----|

| | |
|---|---|
| 2009 | External reviewer, Randomized Controlled Trials panel A (RNA), *Canadian Institute of Health Research,* |
| 2009 | Comparative Effectiveness Review of recombinant activated factor VIIa, *US Agency for Health Care Quality and Research* |
| 2012 | NASA Smart Technology Crew Health Study Section. *National Aeronautics and Space Adminsistration* |
| 2012 | External reviewer, Dutch Organization for Health Research and Development (ZonMw) |

### *Consultant to Private Enterprise*

| | |
|---|---|
| 1998-07 | Scientific Consultant, *NovoNordisk A/C, Copenhagen, Denmark* |
| 1999-07 | Scientific Advisory Board, *Radiant Medical, Redwood City, CA* (hypothermia technology) |
| 2001-03 | Scientific Advisory Board, *Seacoast Technologies, Hampton Falls, NH* (hypothermia technology) |
| 2002-03 | Haemostasis.com Advisory Board, *NovoNordisk A/C, Copenhagen, Denmark* |
| 2003-04 | Scientific Consultant, *Specialized Therapeutics, Berlex/ Schering AG, Princeton, NJ* |
| 2003-07 | Scientific Consultant, *CoAxia, Inc., Minneapolis, MN* |
| 2003-12 | Scientific Consultant, *Medivance Inc., Louisville, CO* |
| 2002- | Scientific Consultant, *Actelion Pharmaceuticals, Allschwil, Switzerland* |
| 2004-6 | Scientific Advisory Board, *Remedy Pharmaceuticals, New York, NY* |
| 2006-7 | Scientific Consultant,  *BrainZ Instruments, Auckland, New Zealand* |
| 2010-12 | Medical Safety Consultant, *Novartis Pharmaceuticals, Cambridge, MA* |

| | |
|---|---|
| 2010- | Scientific Advisory Board, *Orsan Technologies, Tel Aviv, Israel* |
| 2010-12 | Scientific Consultant, *General Electric Healthcare, Helsinki, Finland* |
| 2011-14 | Scientific Consultant, *Sanofi-Aventis, Paris, France* |
| 2011- | Scientific Advisory Board, *Neuroptics, Inc., Irvive, CA* |
| 2012- | Scientific Consultant, *Bard Medical, Louisville, CO* |
| *2012-* | Scientific Consultant, *Pfizer, New Yor, NYk* |
| 2014- | Scientific Consultant, *Stryker Neurovascular* |
| *2014-* | Scientific Consultant, *Medtronic/Coviden Neurovascular* |
| 2015- | Scientific Advisory Board, Cryothermic Systems, *Cleveland, OH* |
| 2016- | Scientific Consultant, *Sage Pharmaceuticals, Boston, MA* |

### Consultant to Academia

| | |
|---|---|
| 2003 | Neurocritical Care Consultant, *Hahnemann-MCP School of Medicine*, Philadelphia, PA |
| 2005 | Neurocritical Care Consultant, *SUNY Stony Brook*, Stony Brook, NY |
| 2009 | Neurocritical Care Consultant, U*niversity of North Carolina School of Medicine*, Chapel Hill, NC |

### Invited Panels

| | |
|---|---|
| 1999 | Tirilizad SAH Evaluation Panel, *Upjohn-Pharmacia* |
| 2001 | NovoSeven Advisory Panel, *NovoNordisk A/S*, Frankfurt, Germany |
| 2002 | International Advisory Board for the Development of Fasudil, New York, NY, *Specialized Therapeutics, Berlex/Schering AG* |

| 2002 | First International NovoSeven CNS Advisory Panel, San Francisco, CA, *NovoNordisk A/S*, |
| 2003 | Precedex Multidisciplinary Advisory Panel, Palm Springs, CA, *Abbot Laboratories* |
| 2003 | Nicardipine Advisory Panel, New York, NY, *ESP Pharma* |
| 2004 | Second International NovoSeven CNS Advisory Panel, San Francisco, CA, *Novo Nordisk* |
| 2004 | Clevidipine Advisory Panel, New York, NY, *The Medicines Company.* |
| 2005 | rFVIIa Research and Development Advisory Panel, New York, NY, *Bayer Biologics, Inc.* |
| 2005 | 3rd International NovoSeven CNS Advisory Panel, Sydney, Australia, *Novo Nordisk A/C* |
| 2005 | Co-Chair, Vasoactive Therapy Curriculum Planning Advisory Board, New York, NY, *Discovery Institute of Medical Education and PDL/ ESP Pharma* |
| 2005 | Co-Chair, Nicardipine Advisory Panel, Washington, DC, *PDL/ESP Pharma* |
| 2006 | Clevidipine Expert Advisory Panel, Montreal, Canada, *The Medicines Company* |
| 2006 | Systems for Stroke Care Advisory Board, New York, NY, *Novo Nordisk* |
| 2007 | 4th International NovoSeven CNS Advisory Panel, Capetown, South Africa, *Novo Nordisk* |
| 2007 | Co-Chair, Cardene IV Advisory Board, San Francisco, CA *PDL BioPharma* |
| 2008 | Worldwide 3C Summitt: Cleviprex Council on Control, New York, NY, *The Medicines Company* |
| 2009 | Co-Chair, Actelion North American Clazostentan Advisory Board, Chicago, IL, *Actelion Plarmaceuticals* |

| | |
|---|---|
| 2010 | Blood Pressure in Stroke Outcomes, Short Hills, NJ , *The Medicines Company* |
| 2010 | Cleviprex Partnership Summit, Miami, FL, *The Medicines Company* |
| 2010 | Perspectives in the Global Management of Stroke, Paris, France, *Sanofi-Aventis* |
| 2010 | North American Healthcare Technology Advisory Panel, New York, NY, *Sanofi-Aventis* |
| 2011 | Brevibloc Cardiovascular Advisory Panel, Short Hills, NJ, *Baxter Healthcare* |
| 2011 | Vaprisol Advisory Board, Hoboken, NJ, *Astellas Pharmaceuticals* |
| 2011 | Cleviprex Advisory Board,  Parsippany, NJ, *The Medicines Company* |
| 2011 | Hypothermia Adisory Board, Denver CO, *Medicance/CR Bard* |
| 2012 | International Stroke Advisory Board, Miami FL, *Sanofi-Aventis* |
| 2012 | 2012 TEG Expert Advisors Meeting, Chicago, IL *Haemonetics Corporation* |
| 2012 | Beriplex National Advisory Board, Philadelphia, PA *CSL Behring* |
| 2013 | Refractory Status Epilepticus Advisory Panel, Boston, MA *SAGE Therapeutics* |
| 2013 | Factor Xa ICH Advisory Panel, New York, NY *Pfizer* |
| 2015 | Therapeutic Temperature Modulation Expert Panel, *Bard Medical, New York, NY* |
| 2015 | UROS Cather Expert Panel, *Bard Medical, New York, NY* |

**Educational  Programs and Conferences**

| 1999- | Course Director, *New York Symposium on Neurological Emergencies and Neurocritical Care* |
|---|---|

            1. New York Marriott Marquis, October 16, 1999
            2. New York Academy of Medicine, May 19, 2001
            3. New York Academy of Medicine, May 3-5, 2006
            4. New York Academy of Medicine, May 23-25, 2007
            5. New York Academy of Medicine, June 4-6, 2008
            6. New York Academy of Medicine, June 3-5, 2009
            7. New York Academy of Medicine, June 1-4, 2010
            8. New York Academy of Medicine, June 14-17, 2011
            9. New York Academy of Medicine, June 12-15, 2012
            10. New York Academy of Medicine, June 11-14, 2013
            11. New York Academy of Medicine, June 10-13, 2014
            12. New York Academy of Medicine, June 7-10, 2016

| 2007 | Course Co-Director, *NYC Project Hypothermia.* The Greater New York Hospital Association, New York, NY, December 15, 2007 |
|---|---|
| 2008 | Course Co-Director, *Monitoring Brain Chemistry During Neurointensive Care: State of the Art.* Sponsored by Columbia University and the Karolinska Institute, Scandinavia House, New York, NY, February 29, 2008. |
| 2008 | Steering Committee, *Therapeutic Temperature Management Conference*, Barcelona, Spain, October 1-4, 2008 |

### *Clinical Trials*

| 2001-7 | Chair, Steering Committee, and Principal Investigator, The NovoSeven ICH Trials and FAST Trial, Sponsor: NovoNordisk A/C |
|---|---|
| 2000-6 | Executive Committee, *Intraventricular Hemorrhage Thrombolysis Trial (Clear-IVH).* PI: D. Hanley, MD; Sponsor: FDA |
| 2002-7 | External Safety Monitor, *Phase I Safety Study of Human Serum Albumin for Acute Ischemic Stroke (ALIAS).* PI: M. Ginsberg, MD; Sponsor: NINDS/NIH |
| 2002-12 | Steering Committee, *Clazosentan for the Prevention of Cerebral Vasospasm after Aneurysmal Subarachnoid* |

*Hemorrhage (CONSCIOUS)*, Actelion Pharmaceuticals, Allschwil, Switzerland

2005-10    External Safety Monitor,  *Phase I Study of Intravenous Thrombolysis plus Hypothermia for Acute Treatment of Ischemic Stroke (ICTuS),* PI:  P. Lyden, MD;  Sponsor:  NIH-SPOTRIAS

2007-9    Steering Committee,  STAT Registry (Studying the Treatment of Acute Hypertension), Center for Outcomes Research, University of Massachussetts

2009-10    Steering Committee, *Cool-Arrest Trial*.  Sponsor:  Zoll Medical Corporation, Inc., Chelmsford, MA

2013-    Steering Committee, *NEWTON:  Nimovent for SAH Trial*.  Sponsor:  Edge Therapeutics

2014-    Steering Committee, REACT:  Reversal of Vasospasm with Clazosentan.  Sponsor:  Actelion Pharmaceuticals.

### *Speakers Bureau*

2001-3    Brain Trauma Foundation, New York, NY

2001-3    AstraZeneca, LP

2002-3    Boehringer Ingelheim

2003-8    ESP Pharma/PDL Biopharma

2003-7    NovoNordisk

2007-10    Astellas Pharmaceuticals


## INVITED LECTURES AT INTERNATIONAL MEETINGS

*22nd Annual Meeting of the Philippine Neurological Association, Baguio City, Philippines, November 16-17, 2000.*
        Secondary Prevention of Stroke.  In:  Lunchtime Symposium
        New Concepts in the Management of Increased Intracranial Pressure.  In:  Plenary Session

*22nd International Symposium on Intensive Care and Emergency Medicine, Brussels, Belgium, March 20-22, 2002*
  Status Epilepticus.  In:  Neurological Crises
  Subarachnoid Hemorrhage.  In:  Limiting Brain damage
  Management of the Organ Donor.  Plenary Lecture
  Intracerebral Hemorrhage.  Plenary Lecture.
  Intracranial Hypertension:  a Stepwise Protocol.  In:  Head Trauma.

*NovoSeven:  Treatment of Critical Bleeding in the Future ICU.  NovoNordisk Satellite Symposium to the 22nd International Symposium on Intensive Care and Emergency Medicine, Brussels, Belgium, March 20, 2002*
  Intracerebral Hemorrhage:  Natural History and Rationale of Ultra-Early Hemostatic Therapy

*30th Annual Meeting of the Japanese Association of Acute Medicine, Saporro, Japan, October 11, 2002.*
  Critical Care of Intracerebral Hemorrhage

*23nd International Symposium on Intensive Care and Emergency Medicine, Brussels, Belgium, March 21, 2003*
  Myasthenic Crisis.  In:  Neurologic Crises
  Advances in the Management of Cerebral Hemorrhage.  In:  Neurologic Crises
  Severe Head Injury:  ICU Management.  In:  CNS Injury
  Neurogenic Stunned Myocardium.  In:  Neurological Catastrophies

*Recombinant Activated Coagulation Factor VIIa:  Therapeutic Possibilities.  Presented at the Network for the Advancement of Transfusion Alternatives 4th Annual Symposium, London, England, April 15, 2003.*
  Recombinant Factor VIIa:  Potential uses in Non-Surgical Settings

*21st Meeting of the International Society of Cerebral Blood Flow and Metabolism - Brain '03. Calgary, Canada, July 2, 2003.*
  Potential Role of rFVIIa in ICH Treatment.  In:  Controversies in the Management of Intracerebral Hemorrhage

*Neurological Emergencies.  Presented at the Catholic University of Leuven Medical Center, Leuven, Belgium, September 26, 2003.*
  Critical Care of Intracerebral Hemorrhage

*16th Annual Congress of the European Society of Intensive Care Medicine, Amsterdam, The Netherlands, October 8, 2003.*
  Subarachnoid Hemorrhage.  In:  An Evidence Based Approach for Neurocritical Care Patients.

*24nd International Symposium on Intensive Care and Emergency Medicine, Brussels, Belgium, April 1-4, 2004.*

Acute Bacterial Meningitis.  In:  Severe Infections
Intracranial Bleeding.  rFVIIa.  In:  Bleeding Complications
Seizures.  In:  Emergencies
Critical Illness Neuromyopathy.  In:  Neurologic Crises
Blood Pressure Management.  In:  Cerebral Injury.

*International Symposium and Videoconference on Myasthenia Gravis.  Hosted by the
Myasthenia Gravis Foundation of Argentina, Buenos Aires, Argentina,  May 20, 2004.*
Myasthenic Crisis

*39th Annual Scientific Meeting of the Canadian Congress of Neurological Sciences, Calgary, AB,
June 10, 2004.*
The Potential Role of rFVIIa in ICH Treatment.  In:  Controversies in the Management of
Intracerebral Hemorrhage.

*The Medical Management of Intracerebral Hemorrhage:  Role of Noninvasive Therapy.
Satellite Symposium, World Stroke Congress, Vancouver, Canada, June 24, 2004.*
Medical Management of Spoontaneous Intracerebral Hemorrhage

*World Stroke Congress, Vancouver, Canada, June 24-26, 2004.*
ICH:  Stabilizing the Initial Bleed.  In:  Intracerebral Hemorrhage.
Recombinant Factor VIIa for Acute Intracerebral Hemorrhage.  In:  Late Breaking News
and Clinical Trials.

*The 3rd Annual Joint Meeting of the European and Romanian Societies of Anesthesiology and
Pain Therapy and the Romanian Society of Anesthesia and Intensive Care, Bucharest, Romania,
September 16$^t$, 2004.*
Recombinant Factor VIIa for Acute Intracerebral Hemorrhage

*25th International Symposium on Intensive Care and Emergency Medicine, Brussels, Belgium,
March 22-25, 2005.*
Therapeutic Hypothermia.  Tutorial.
Continuous EEG Monitoring.  In:  Neuromonitoring.
Early Hemostatic Therapy in Intracerebral Hemorrhage.  In:  Cerebrovascular Accidents.
Optimizing Blood Pressure in Neurological Emergencies.  In:  Cerebral Blood Flow.

*8th Novo Nordisk Symposium on Haemostasis Management.  Copenhagen, Denmark, May 13,
2005.*
Effective Hemostatic Therapy for Intracerebral Hemorrhage

*Third National Workshop on Critical Care Neurology, CARE Foundation and CARE Hospital,
Hyderbad, India, March 25-27, 2005.*
Ultra-Emergency Treatment of Hemorrhagic Stroke.  Keynote Lecture.
Management of Brain Edema and ICP in Stroke Patients
Hypothermia for Cardiac Arrest:  Pro.
ICP Monitoring

Subarachnoid Hemorrhage

*Managing Uncontrolled Hemorrhage.  Satellite Symposium of the Canadian Anesthesiologists' Society 61st Annual Meeting, Vancouver, CA, June 18, 2005.*
Recombinant Factor VIIa for Acute Intracerebral Hemorrhage

*3rd International Symposium on Intensive Care and Emergency Medicine for Latin America, Sao Paulo, Brazil, June 22, 2005.*
Novel Therapies for Intracerebral Hemorrhage
Poor Grade Aneurysmal Subarachnoid Hemorrhage.
Recombinant Factor VIIa:  Effective Hemostatic Therapy for Intracerebral Hemorrhage.  In:  Recombinant Factor VIIa in Intensive Care.

*Tiantan International Stroke Conference, Beijing, China, July 23-25rd, 2005.*
Advances in the Medical Management of Intracerebral Hemorrhage.  In:  Opening Lecture Session.
Recombinant Factor VIIa in ICH:  Current Results and Future Perspective

*Shanghai Neurological Society, Shanghai, China, July 26, 2005.*
Medical Management of Intracerebral Hemorrhage.

*18th Annual Congress of the European Society of Intensive Care Medicine, Amsterdan, Netherlands, September 25-28, 2005.*
Subarachnoid Hemorrhage
Hypothermia: Future Perspectives
Sodium Management

*Japanese Novo Seven ICH Trialists Investigators Meeting, Yokohama, Japan, October 7, 2005.*
Hemostatic Therapy for ICH

*XVIIIth World Congress of Neurology, Sydney, Australia, November 5-8, 2005*
Multimodality Monitoring.  In:  Trauma Postgraduate Course
Management of Intracerebral Hemorrhage.  In:  Stroke Main Theme.
Medical Management of Intracerebral Hemorrhage.  In:  Intracerebral Hemorrhage – Further Knowledge and Future Treatment
Treatment of Hypoxic-Ischemic Brain Injury.  In:  Neurocritical Care.

*2nd Dubai NovoSeven Grand Symposium.  Dubai, United Arab Emirates, January 19, 2006.*
ICH Hemostasis

*Emergency and Critical Care Medicine:  The Cutting Edge.  Fajardo, Puerto Rico, February 9, 2006.*
CVA:  New Treatments
Status Epilepticus:  New Drugs

*International Neurotrauma Symposium, Rotterdam, The Netherlands, May 24th, 2006.*

Hemostatic Therapy for Acute Intracerebral Hemorrhage

*3rd Annual Meeting of the Turkish Stroke Society, Antalya, Turkey, June 10, 2006*
Medical Management of Intracerebral Hemorrhage
Critical Care Management of Acute Stroke

*XIVth Annual Meeting of the Indian Academy of Neurology, Bangalore, India, October 6, 2006.*
Management of Intracerebral Hemorrhage.

*New Approaches to Managing and Monitoring Excessive Bleeding.  Taipei, Tawian, October 7, 2006.*
Intracerebral Hemorrhage:  New Treatment Options

*3rd Bangkok Symposium on Neurosonology and Stroke and the 5th Scientific Meeting of the Asian Chapter of Neurosonology Research Group of the World Federation of Neurology, Bangkok, Thailand, October 10, 2006.*
Thrombolyis and Beyond
Medical and Surgical Intervention in Hemorrhagic Stroke

*Therapeutic Advances in Intracerebral Hemorrrhage Management.  Korean Stroke Society. Seoul, Korea, October 11, 2006.*
The Role of rFVIIa in Intracerebral Hemorrhage

*Joint World Congress on Stroke, Capetown, South Africa, October 27, 2006.*
Recombinant Activated factor VII for Acute Intracerebral Hemorrhage:  Impact of Timing of Treatment

*27th International Symposium on Intensive Care and Emergency Medicine, Brussels, Belgium, March 28-30, 2007.*
Updated Traumatic Brain Injury Guidelines.  In:  Severe Brain Injury
Hypertonic Saline Solutions:  Con.  In:  Pro-Con Debates.
How to Induce Hypothermia.  In:  Benefit and Harm of Hypothermia.
The Heart.  In:  Brain and Organ Interactions
Myasthenic Crisis.  In:  Neurologic Crises and Management.
Continuous EEG in the ICU.  In:  Neurologic Crises and Management
Stroke.  In:  Early Resuscitation.
Place of Hemostatic Therapy in Intracerebral Hemorrhage.  In:  Hemorrhagic Stroke.

*16th European Stroke Conference, Glasgow, Scotland, May 15, 2007*
Randomized, placebo-controlled, double blind phase III trial of rVIIa efficacy in acute intracerebral hemorrhage:  the FAST trial.

*1st International Symposium:  Preserving the Brain in Neurological Emergencies, Rome, Italy, June 13-15, 2007*
Fever Control in Neurological Injury
SAH and ICH:  Therapeutic Options

SAH and ICH:  The Role of Hypopthermia
Hypothermia for Ischemic Stroke

*17th Annual Meeting of the European Society of Neurology, Rhodes, Greece, June 16-19, 2007*
Intracerebral Hemorrhage.  In:  Neurological Intensive Care Tutorial Session

*4th International Symposium on Intensive Care and Emergency Medicine for Latin America, Sao Paulo, Brazil, June 20-22, 2007.*
Critical Care of Subarachnoid Hemorrhage
Brain Tissue Oxygen and Microdialysis:  It's Not Just ICP Anymore
Severe Traumatic Brain Injury
Therapeutic Hypothermia in the ICU:  Problems and Opportunites

*Neurocritical Care.  The Royal Society of Medicine in Association with The Neurocritical Care Special Interest Group of The Association of British Neurologists, London, UK, October 15, 2007*
Management of Acute Cerebral Haemorrhage

*Stroke Society of Australasia Annual Scientific Meeting 2007, Perth, Australia, October 17-19, 2007*
Intracranial Hemorrhage.  Keynote Address.
Neurocritical Care.  Keynote Address.

*Critical Care Canada Forum 2007, Toronto, Canada, November 2007*
Management of Coma Using Microdialysis and Tissue PO2.  In:  Caring for the Brain-Injured Patient
Temperature Control in Brain Injury:  How and Why.  In;  Manipulating Temperature:  Protecting the Brain?
Contemporary CNS Monitoring.  In:  Resident's Day – 2007.

*Therapeutic Temperature Management Congress, Cancun, Mexico, December 5-7, 2007*
Hypothermia Treatment Requires Paralysis:  Pro
Hyperthermia and Fever Control
The Downside:  Side Effects of Hypothermia
Space-Occupying MCA Infarction:  Therapeutic Options

*EuroNeuro 2008, Maastricht, The Netherlands, January 18, 2008*
Fever in the Neuro-ICU: A Deleterious and Avoidable Secondary Insult?

*Emergency and Critical Care Medicine:  The Cutting Edge.  Fajardo, Puerto Rico, February 12, 2008.*
Optimizing BP in Neuro-Emergencies
Status Epilepticus:  New Drugs
Hypothermia for Cardiac Arrest

*28th International Symposium on Intensive Care and Emergency Medicine, Brussels, Belgium, March 18-20, 2008.*
>Cerebral Resuscitation.  In:  CPR
>Sodium Control.  In:  Cerebral Protection
>Other Options. In:  Cerebral Protection
>Medical Therapy.  In:  Intracerebral Hemorrhage
>Multimodality Monitoring.  In:  Neuromonitoring
>Control of BP in Acute Stroke.  In:  Emergencies

*21st Annual Congress of the European Society of Intensive Care Medicine, Lisbon, Portugul, September 21-24, 2008*
>Vasospasm:  Pathogenesis and Diagnosis.  In:  Subarachnoid Hemorrhage
>Horizon Scanning:  New Interventions in SAH. In:  Subarachnoid Hemorrhage
>Autonomic Dysfunction in Critical Illness.  In:  Neurological Dysfunction
>Coma, Vegetative State, and Minimally Conscious State. In:  Neurological Dysfunction
>Glycemia.  In:  Monitoring-Driven Treatment Could Improve Outcome in Seevere Brain Damage?
>Conscious-2:  Clazostentan to Overcome Neurological Ischemia and Infarction after Subarachnoid hemorrhage.   In:  Advances in Neurocritical Care

*Therapeutic Temperature Management Congress, Barcelona, Spain, October 1-4, 2008*
>Fever Control in Neurological Injury
>Stroke and Subarachnoid hemorrhage:  Therapeutic Options
>Hypothermia for Stroke:  The ICTuS-L Trial

*The 3rd Pan-Arab Critical Care Medicine Congress, in conjunction with the 4th Kuwait Critical Care Conference, November 4-8, 2008*
>Intracerebral Hemorrhage
>Critical Care Management of Stroke
>Traumatic Brain injury
>Management of ICP
>Multimodality Monitoring
>Intensivists Manage Head Injury Better than Neurosurgeons:  Pro

*Critical Care Canada Forum 2008, Toronto, Canada, November 11, 2008*
>Neuromonitoring:  An Overview
>Preventing Secondary Injury in SAH

*The Lancet Asia Medical Forum 2008:  Stroke in Asia, Beijing, China, November 14-15, 2008*
>Intracerebral Hemorrhage

*Philippine Neurological Association 30th Annual Convention, Manila, Philippines, November 19-22, 2008*
>Myasthenic Crisis
>Inside the Black Box:  Multimodality Monitoring in Neurocritical Care

*4th International Critical Care Symposium:  Expanded Horizons, Catholic University of Santiago, Santiago, Chile, July 2-4, 2009*
      Acute Stroke:  Thrombolysis and Beyond
      Critical Care of SAH
      The Black Box:  Illuminating the Comatose Human Brain
`      Update on Hypothermia after TBI

*Intracerebral Hemorrhage Update 2009, Rigshospitalet Neurocentre, Copenhagen, Denmark, September 1, 2009*
      ICH:  Where Have We Been and Where Should We Go?

*Third International Hypothermia Symposium, Lund, Sweden, September 2-5, 2009*
      Measurement and Management of Shivering

*19th World Congress of Neurology, Bangkok, Thailand, October 25-28, 2009*
      Hemorrhage. In:  Spontaneous ICH
      The Treatment of ICH.  In:  What's New in Stroke?
      Hypothermia and Post-Resuscitation Care after Cardiac Arrest:  In: Neurology of
        Extreme Conditions

*ANIM 2010:  Arbeitstagung der Deutsche Gesallschaft fur Neurointensiv- and Notfallmedizin (German Neurocritical Care Society), Bad Homburg, Germany, January 20-23, 2010*
      Intracerebral Hemorrhage:  Pathogenesis and Clinical Spectrum.  In:  Presidential
        Symposium

*L'Urgenza in Neurochirurgia (Neurosurgical Emergencies), Universita Degli Studi di Verona, Verona, Italy, February 8, 2010*
      Emergency Management of Neurosurgical Patients.  Magistral Lecture.

*47TH Annual Congress of the Canadian Neurological Sciences Federation, Quebec City, Canada, June 9-11, 2010*
      Update on Management of Intracerebral and Subarachnoid Hemorrhage.   In:
        Neurovascular Surgery Course.
      Inside the Black Box:  Illuminating the Comatose Human Brain.  Plenary Lecture.

*13th Japanese Association of Brain Hypothermia Meeting, Osaka, Japan, July 2-3, 2010*
      Fever Control and Shivering
      Hypothermia for Acute Ischemic Stroke

*Emirates Critical Care Conference: Dubai 2011, Dubai, United Arab Emirates, April 21-23, 2011*
      Inside The Black Box: Illuminating the Comatose Human Brain
      Subarachnoid Hemorrhage:  New Insights
      Electrical Brain Rhythms of Death
      Neurological Emergencies:  Meeting the Challenge

*First International Russian Meurocritical Care Symposium, Burdenko Neurosurgical Institute, Moscow, Russia, May 25-26, 2012*
      Multimodality Monitoring:  An Overview
      Management of Intracranial Pressure:  A Stepwise Approach

*ANIM 2012:  Joint meeting of DGNI Deutsche Gesallschaft fur Neurointensiv- and Notfallmedizin (German Neurocritical Care Society) and Neurocritical Care Society (NCS), Mannheim, Germany, January 23-25, 2013*
      Where's My Tricorder?  The Future of Neurocritical Care

*2013 10th Annual Canadian Critical Care Conference, Whistler, Canada*
      Electrical Brain Rhythms of Death
      Inside The Black Box: Illuminating the Comatose Human Brain
      Subarachnoid hemorrhage:  New Strategies

*34th International Symposium on Intensive Care and Emergency Medicine, Brussels, Belgium, March 18-21, 2014.*
      Stop the Bleeding. In:  Intracerebral Hemorrhage
      Prevention.  In:  Delirium
      Inside the Black Box:  Bain Multimodality Monitoring.  In:  Neuromonitoring.
      Refractory Status Epilepticus.  In:  Neurological Challenges
      ICP Management (Tutorial).
      Endovascular Therapy for Stroke.  In:  Neurological Emergencies.

*11th Critical Care Symposium, Manchester, United Kingdom, May 2014*
      The Special Problem of Hyponatremia in Stroke

*35th International Symposium on Intensive Care and Emergency Medicine, Brussels, Belgium, March 17-20, 2015.*
      Subarachnoid Hemorrhage (Tutorial)
      TPA for Stroke: The Helsinki Protocol.  In: Cerebrovascular Accidents
      How Important is it for the Brain?  In:  Glucose Control
      Does Takutsubo Even Exist?  In:  Interorgan Crosstalk
      Using Vasopressors Wisely.  In:  Subarachnoid Hemorrhage
      Non-Convulsive Status Epilepticus.  In:  Neurological Challenges
      We Need Multimodality Monitoring.  In: Neuromonitoring

*28th Annual Congress of the European Society of Intensive Care Medicine, Berlin, Germany, October 3-7, 2015*
      CT and MRI: What the Intensivist needs to Know.  In: Neurocritical Care 101
      Neuroimaging.  In: Recovery of Consciousness:  basics, Monitoring, Interventions
      Is There a Role for Pharmacological Therapies?  In: Cerebral Ischemia after SAH
      Brain Injury & Network Dysfunction.  In: The Future or Neurointensive care [discussion]
      Treatment of Refractory Status Epilepticus.  In:  Controversies in the Neuro-ICU

*36th International Symposium on Intensive Care and Emergency Medicine, Brussels, Belgium, March 15-18, 2016.*
> Subarachnoid Hemorrhage (Tutorial)
> Super-Refractory Status Epilepticus.  In:  Neurological Challenges
> ICP:  A Stepwise Protocol.  In: Intracranial Hypertension
> Heart/Brain Interactions:  In: Subarachnoid Hemorrhage
> 2016 Guidelines:  In:  Traumatic Brain Injury

*29th Annual Congress of the European Society of Intensive Care Medicine, Milan, Italy, October 3-5, 2016*
> Fever Control in the ICU:  The Hidden Evidence.  In:  TTM As the Standard of Care –
>      Aligning Practice, Evidence and Guidelines
> Gut Feeling – What Function Does the Brain have?  In:  Organ Cross Talk


*Critical Care Canada Forum 2016, Toronto, CA, November 5th, 2016*
> Management of ICP: A Stepwise Approach
> Rapid Bedside Neurological Assessment

*First International Biomedical Congress of Critical Care, Burnazian State Research Medical Center, Federal Medical & Biological Agency of Russia, Moscow, Russia*
> Status Epilepticus
> Invasive and Noninvasive ICP Monitoring
> Acute Stroke:  The Mount Sinai RAPID-ICP Protocol
> Continuous Video-EEG Monitoring
> Expectant Management of the Potentially Brain Dead Organ Donor


## INVITED LECTURES AT NATIONAL MEETINGS

*45th Annual Meeting of the American Academy of Neurology, New York, NY, May 1993*
> Cardiovascular Hemodynamic Monitoring.  In: Critical Care Neurology Skills Workshop,

*47th Annual Meeting of the American Academy of Neurology, Seattle, WA, May 1995*
> Hemodynamic Augmentation in the Treatment of Vasospasm.  In: Medical Management
>      of Critically Ill Neurologic Patients,

*National Myasthenia Gravis Medical Colloqium, Lenox Hill Hospital, New York, NY, April 10, 1996.*
> Intensive Care of the Myasthenic Patient

*Acute and Critical Care in Neuromuscular Diseases, Columbia-Presbyterian Medical Center, New York, NY, June 27, 1997.*
> Myasthenia Gravis:  Crisis Management.

*Brain Attack:  Update on Medical and Surgical Management.  New York Marriott Marquis, Columbia University College of Physicians and Surgeons, New York, NY, June 6, 1998*
>Medical and Surgical Management of Intracerebral Hemorrhage

*24th American Heart Association International Conference on Stroke and Cerebral Circulation, Nashville TN, February, 1999*
>Clinical Applicability of Hypothermia for Acute Ischemic Stroke.  In: Evolving Nonpharmacologic Approaches to Ischemic Stroke: Hypothermia and Hemicraniectomy.

*Neurology for the Primary Care Provider: Diagnosis & Treatment Issues.  Essex House, Columbia University College of Physicians and Surgeons, New York, NY, April 10, 1999.*
>Neurological Emergencies

*Myasthenia Gravis:  Advances in Diagnosis, Pathogenesis and Treatment.  Long Island Jewish Medical Center, NY, May 11, 1999*
>Neuro-Intensive Care of the Myasthenia Gravis Patient

*Neurologic Emergencies and Neurocritical Care.  New York Marriot Marquis, Columbia University College of Physicians and Surgeons, New York, NY, October 16, 1999.*
>Intracranial Pressure Management:  A Stepwise Protocol.

*52nd Annual Meeting of the American Academy of Neurology, San Diego, CA, April, 2000*
>Treatment Options for Refractory Status Epilepticus.  In:  Controversies in Critical Care
>Hypothermia for Acute Traumatic Brain Injury. In:  Controversies in Critical Care.
>The Meaning and Measurement of ICP.  In:  Neurological Intensive Care

*New and Emerging Approaches for the Millenium.  A Teaching Seminar of the National Stroke Association.  New York Academy of Medicine, New York, NY, May 16, 2000.*
>Subarachnoid Hemorrhage, Vasospasm, and Blood Pressure Interventions.  In:  Stroke Prevention and Management:

*Diagnostic & Treatment Issues in Myasthenia Gravis.  NYU Medical Center, May 20, 2000.*
>The Treatment of Crisis and Impending Crisis

*Brain Attack:  Update on Medical & Surgical Management.  New York Marriott Marquis, Columbia University College of Physicians and Surgeons, New York, NY, June 3, 2000*
>Intracerebral Hemorrhage.

*30th International Educational and Scientific Symposium of the Society of Critical Care Medicine, San Francisco, CA, February 11, 2001.*
>Endovascular Treatment of Vasospasm.  In:  Critical Care of Subarachnoid Hemorrhage

*26th International Stroke Conference of the American Stroke Association.  Fort Lauderdale, FL, February 16, 2001.*

Cognitive Dysfunction and Quality of Life after SAH:  The Columbia University SAH
Outcomes Project.  In:  Aneurysmal Subarachnoid Hemorrhage in the Community:
Risk and Outcome.


*53rd Annual Meeting of the American Academy of Neurology, Philadelphia, PA, May, 2001.*
Hemicraniectomy for Massive Intracerebral Hemorrhage.  In:  Controversies in Critical
Care.
Terminal Extubation for Patients With Severe, Irreversible Brain Damage.  In:
Controversies in Critical Care.


*Neurologic Emergencies and Neurocritical Care.  New York Academy of Medicine, Columbia
University College of Physicians and Surgeons, New York, NY, May 19, 2001.*
Intracranial Pressure Management:  A Stepwise Protocol.


*Neurocritical Care 2001:  Returning from the Dark Side of the Brain.   Cleveland Clinic
Foundation, Cleveland, OH, September 29, 2001.*
Hypothermia for Malignant MCA Infarction.


*Neurological Critical Care:  Evidence for Effective Care.  A Consensus Conference.   The
Queen's Medical Center, Honolulu, Hawaii, November, 2001.*
Intracranial Hypertension:  Management with Hypothermia.


*Clinical Neuroscience:  Update for the New Millenium.  A National Seminar.  Grand Hyatt New
York, Columbia University College of Physicians and Surgeons, New York, NY, December 1,
2001*
NICU:  Basics of a New Field (break-out session moderator)


*New Trends in Therapeutic Temperature Management.  An Educational Symposium.
San Antonio, TX, February 8, 2002.*
The Sequela of Hyperthermia


*23rd Princeton Conference on Cerebrovascular Disease, Coronado, CA, March 23rd, 2002.*
Limiting Hemorrhage Enlargement.


*54th Annual Meeting of the American Academy of Neurology, Denver, CO, April15, 2002.*
Hypertonic Saline as the Standard Intravenous Fluid for Acute Brain Injury.  In:
Controversies in Critical Care.
Treatment of Fever in Neuro-ICU Patients: Rationale and New Approaches.  In:
Controversies in Critical Care.
Severe ICP & Refractory Status Epilepticus.  In:  Case Studies in Critical Care.


*32nd International Educational and Scientific Symposium of the Society of Critical Care
Medicine Critical Care Congress, San Antonio, TX, January 2003.*
Factor 7A for Intracerebral Hemorrhage.  In:  Stroke and Trauma.
Hyperthermia and Fever Control.  In:  New Approaches to Temperature Management.

*The Inagural Meeting of the Neurocritical Care Society, Phoenix AZ, February 15th and 16th, 2003*
> The Neurocritical Care Society:  Organizational Structure and Mission.

*Neurology 2003: Update for the Primary Care Provider.  New York Marriott Marquis, Columbia University College of Physicians and Surgeons, New York, NY, March 8, 2003*
> Neurological Emergencies

*55th Annual Meeting of the American Academy of Neurology, Honolulu, HI, April 4, 2003*
> Timing of Tracheostomy in Neuromuscular Respiratory Failure.  In: Controversies in Critical Care.
> Is The Six Hour Time Window Sacred in Intra-Arterial Thrombolysis?  In: Controversies in Critical Care.
> Indications and Mangement of Hypothermia for Neuroprotection.  In: Critical Care and Emergency Neurology

*25th Annual Meeting of the Society of Cardiovascular Anesthesiologists, Miami, FL, April, 2003*
> Critical Illness Neuromyopathy:  A Disastrous Outcome. In:  the CNS as a Target Organ.

*American Association of Neurological Surgeons Annual Seeting, San Diego, CA, April, 2003.*
> Intracranial Hemorrhage:  Medical Approaches. In:  New Advances in the Mangement of Neurosurgical Bleeding.

*Neurocritical Care 2003:  Here Comes the Sun: A Global Summit on Critical Care for Cerebrovascular Disease.  The Cleveland Clinical InterContinental Hotel and Conference Center, Cleveland, OH, September, 2003.*
> Cerebral Vasospasm:  Which H is the Most Importanrt H?

*53rd Annual Meeting of the Congress of Neurological Surgeons, Denver, CO, October, 2003.*
> Alpha-2 Agonists:  Neuro-ICU Considerations.  In:  Applied Use of Alpha-2 Adrenergic Agonists in Neurological Procedures and in the Neuro-ICU Patient.

*Brain Attack and Cerebrovascular Disease Update 2003.  NewYork- Presbyterian Hospital. The Grand Hyatt, New York, NY, November 21, 2003.*
> Intracerebral Hemorrhage.

*American Academy of Neurology 2004 Western Winter Conference, Lake Tahoe, CA, January, 2004.*
> Status Epilepticus. In:  Update in Epilepsy.

*33rd Critical Care Congress, Society of Critical Care Medicine, Orlando, FL, February 23, 2004.*
> Management of Hypertension in Neurological Emeregencies.  In:  Hypertensive Crisis: Strategies to Minimize End-Organ Damage
> EEG Monitoring for the Intensivist.  In:  Seizures and Status Epilepticus.

*American College of Cardiology Annual Meeting, New Orleans, LA, March 7, 2004,*
    Cardiac Arrest:  Hypothermic Techniques.  In:  Improving Outcomes after Out-of-
        Hospital Arrest.

*American Association of Neuroscience Nurses 36th Annual Meeting, San Antonio, TX, April 20, 2004.*
    Advances in the Management of Intracranial Hemorrhage.  In: Treatment Options for
        Traumatic Bleeding Episodes in Neurosurgery.

*56th Annual Meeting of the American Academy of Neurology, San Francisco, CA, April 26, 2004.*
    Therapy of Hypoxic Ischemic Brain Injury.  In:  Brain Injury after Cardiac Arrest.
    Innovative Medical Treatments for Brain Hemorrhage.   In: Controversies in Critical
        Care of Brain Hemorrhage

*Practical Critical Care.  The University of Virginia Department of Neurology, Charlottesville, VA, September 24, 2004.*
    Neurogenic Cardiopulmonary Complications of Acute Brain Injury

*Neurocritical Care 2004:  Imagine -- A Global Summit on Critical Care for Cerebrovascular Disease.  Cleveland Clinic Foundation, Cleveland, OH, November 5, 2004.*
    Management of Subarachnoid Hemorrhage

*Scientific Sessions of the American Heart Association, New Orleans, LA, November 9, 2004.*
    Why Won't this Patient Wake Up?  A Guide for the Cardiologist.  In:  Getting a Head:
        Neurological Issues in the Practice of Cardiology.

*48th Annual Meeting and Exposition of the American Society of Hematology, San Diego, CA, December 3, 2004.*
    Intracerebral Hemorrhage:  New Treatment Options.   In:  New Approaches to
        Managing and Monitoring Excessive Bleeding.

*34th Critical Care Congress,  Society of Critical Care Medicine, Phoenix, AZ, January 2005*
    Therapeutic Hypothermia.  In; Post-Graduate Course:  Nuts & Bolts of Neurocritical
        Care.
    Managing Water Balance in Neuro Patients.  In:  Vasopressin Receptor Antagonism:
        Turning the Tide Against Sat and Water Imbalance
    Cooling for Stroke, Trauma, and ICP.  In:  Therapeutic Hypothermia:  Effects of Cooling
        on Cardiac and Neurological Outcomes.

*30TH American Stroke Association International Stroke Conference, New Orleans, LA, February 2, 2005.*
    A New Treatment Option for Intracerebral Hemorrhage In:  Early Therapy for
        Intracerebral Hemorrhage:  Options for Improving Patient Outcomes.

*Third Annual Meeting of the Neurocritical Care Society, Scottsdale, AZ, February 26, 2005.*

Dawn of the Dead:  Rescue, Resuscitation and Salvage in the Neuro-ICU.  Dinner Lecture.

*57th Annual Meeting of the American Academy of Neurology,  Miami, FL, April 11, 2005.*
Therapy of Hypoxic Ischemic Brain Injury.  In:  Brain Injury after Cardiac Arrest.
Overcoming Barriers to Clinical Research.  In:  Taking Part in Clinical Research:
NINDS Clinical Research Collaboration.
Multimodality Monitoring in the Neuro-ICU.  In:  Critical Care Epilepsy/EEG.

*Brain Edema XIII Intracerebral Hemorrhage Conference, Ann Arbor, MI, June 4, 2005*
Hemostatic Therapy for Intracerebral Hemorrhage.  Keynote Speech.

*Annual Meeting of the Society of Neurosurgical Anesthesia and Critical Care, Atlanta GA, October 20, 2005*
Recombinant Activated Factor VII for Acute Intracerebral Hemorrhage.  Plenary Lecture.

*35th Critical Care Congress, Society of Critical Care Medicine, San Francisco, CA, January, 2006*
Therapeutic Hypothermia.  In:  Postgraduate Neurocritical Care Course.
Blood Pressure.  In:  Medical Management of Subarachmoid Hemorrhage.
Control of Blood Pressure in SAH and ICH  In:  Optimal Blood Pressure Management in
Hypertensive Emergencies.
Fever Control.  In:  Therapeutic Hypothermia.

*UCLA Neuro-ICU Neuromonitoring Course.  UCLA Department of Neurosurgery, Los Angeles, CA, February, 2006*
Technical Aspects of Continuous EEG Monitoring
Intracranial Pressure Monitoring.

*31st American Stroke Association International Stroke Conference,  Kissimmee, FL, February 16, 2006.*
Subarachnoid Hemorrhage:  Approaches to Optimize Prevention and Treatment of
Vasospasm.  In:  Debating Hypertensive Management Approaches in Acute Ischemic
and Hemorrhagic Stroke.
Debate:  How, When, and How Much Should Blood Pressure be Lowered in the Setting of
Intracerebral Hemorrhage?  In:  Debating Hypertensive Management Approaches in
Acute Ischemic and Hemorrhagic Stroke.

*3rd New York Symposium on Neurological Emergencies and Neurocritical Care.  The New York Academy of Medicine, New York, NY, May 4th, 2006*
Ultra-Early Hemsostatic Therapy.  In:  Intracerebral Hemorrhage.
Temperature.  In:  Physiological Homeostasis.
Fever Control.  In:  Hypothermia Workshop.
ICU Cooling Protocols. In:  Hypothermia Workshop.
Keeping it Real:  Quality Assurance and Benchmarking.

*25th Princeton Conference on Cerebrovascular Disease, Portland. OR, May 20th, 2006*

Factor VII in Human Intracerebral Hemorrhage.

*Second Annual Vascular Neurology Board Review Course, UMDNJ, Newark, NY, June 2, 2006.*
Intracerebral Hemorrhage.
Subarachnoid Hemorrhage

*4th Annual Meeting of the Neurocritical Care Society, Baltimore, MD,  November 2, 2006.*
Design and Implementation of Research Protocols.  In:  Building the Future of Neurocritical
Care.
Saturday Night Fever:  Rational Work-Up and Management.

*Brain Attack and Cerebrovascular Disease Update 2006, New York Presbyterian Hospital, New York, NY, November 17, 2006.*
Intracerebral Hemorrhage.

*ICU of the Future at UCLA, Los Angeles, CA, January 26, 2007.*
What the Clinician Wants From ICU Information Platfiorms.
Interesting Cases in Multimodality Monitoring

*2007 International Stroke Conference, San Francisco, CA, February 9, 2007*
Factor VIIa:  Ready for Use?  In:  Intracerebral Hemorrhage.
Advances in the Management of ICH.  In:  2006 Stroke Management Update.  Satellite
Symposium
Blood Pressure Management in Intracerebal Hemorrhage.  In: Issues and Controversies in
Acute Stroke Management:  The Experts Debate Continues.
Prevention and Treatment of Vasospasm in Subarachnoid Hemorrhage.  In: Issues and
Controversies in Acute Stroke Management:  The Experts Debate Continues.

*Therapeutic Temperature Mangement:  A Rocky Mountain Summit.  Breckenridge, CO, March 7, 2007.*
Hyperthermia and Fever Control.

*59th Annual Meeting of the American Academy of Neurology, Boston, MA, April, 2007.*
Current Best Practices for Intracerebral Hemorrhage.  In:  Neurological Intensive Care.
Inracerebral Hemorrhage:  The New Framework.  In:  Acute Stroke Management.
Inracerebral Hemorrhage.  In:  Cerebrovascular Diseases.
Randomized, Placebo-controlled, Double Blind Phase III Trial of rVIIa Efficacy in Acute
Intracerebral Hemorrhage:  the FAST Trial.  In:  Late Breaking Science.

*4th New York Symposium on Neurological Emergencies and Neurocritical Care, May, 2007.*
Intracranial Pressure.  In:  ABC and ICP.
Hemostatic Therapy for ICH:  The FAST Trial.
Inside the Black Box:  Illuminating the Comatose Brain
Intracerebral Hemorrhage.  In: Multimodality Case Studies.
Fever Control.  In:  Therapeutic Hypothermia Workshop.

*5ᵗʰ Annual Neurocritical Care and Stroke Conference:  Neurocritical Care 2007:  You Might Think. Cleveland Clinic, October 5, 2007*
> Medical Management:  Factor VIIa:  Yes, No, Maybe?

*Association of University Professors of Neurology 7ᵗʰ Annual Leadership Course, Washington DC, October 7, 2007*
> Neurocritical Care:  Superfluous or Essential?

*Americal College of Emergency Physicians, Seattle, WA, October 9, 2007*
> BP Control and Stroke:  Pro – Calcium Blockers.  In:  Knockout at the Needle:  Hot Topics in Emergency Medicine

*American College of Chest Physicians, Chicago, IL, October 17, 2007*
> BP Control in Neurological Emergencies.  In: Hypertensive Crises in the Critical Care Setting: Current Perspectives and Practice Challenges

*5ᵗʰ Annual Meeting of the Neurocritical Care Society, Las Vegas, NV, October 31, 2007*
> Rational use of Antibiotics in the ICU

*Critical Care Networks: A Partnership Model to Improve Patient Outcomes, The New York Academy of Medicine, January 15-16, 2008*
> Management of Intracranial Pressure

*UCLA Neurosurgery ICU of the Future, January 24-25, 2008*
> Controversies in Intracerebral Hemorrhage
> Hypothermia in Neurocritical Care

*Monitoring Brain Chemistry During Neurointensive Care:  State of the Art, Scandinavia House, New York, NY, February 29, 2008*
> Multimodality monitoring:  who, when, why?
> Microdialysis:  the Columbia experience

*Society of Neurological Surgeons, 99ᵗʰ Meeting in the 88ᵗʰ Year, Madison, WI, May 18-20, 2008*
> Financing a neurocritical care program

*The Littauer Foundation International Symposium on End of Life Issues from a Jewish Perspective, Columbia University, New York, May 22, 2008*
> Brain Death:  A Secular Perspective

*Society of Academic Emergency Medicine, Washington, DC, May 30, 2008*
> Beyond the FAST Trial.  In:  Neuroresuscitation Study Design:  Analyzing Success…and Failure

*The Endocrine Society 90ᵗʰ Annual Meeting, San Francisco, CA, June 15, 2008*
> Evaluation and Management of Hyponatremia in Brain Injured Patients:  Differentiating SIADH from Cerebral Salt Wasting

*Brain Trauma Foundation Lunchtime Web Lecture, August 15th, 2008*
   Hypothermia for Traumatic Brain Injury

*Getting Better:  6th Annual Cleveland Neurocritical Care and Stroke Conference, September 12th, 2008*
   Taking it to the Limit:  Management of Poor Grade SAH

*Hypothermia:  From Threat to Cure.  New York Academy of Sciences, New York, NY, September 19, 2008*
   Hypothermia and Normothermia in Neurocritical Care

*6th Annual Meeting of the Neurocritical Care Society, Miami, FL, October 22-25, 2008*
   Novel and Emerging Cooling Strategies

*Chest 2008, Philadelphia, PA, October 29, 2008*
   Traumatic Brain Injury

*New York State Society of Anesthesiologists 62nd Post Graduate Assembly, New York, NY, December 12, 2008*
   Perioperative Glycemic Control In Neurosurgical Patients:  Do We Know What Normal Is?
      In: Neuroanesthesia Controversies: Fact or Fiction?

*38th Critical Care Congress, Society of Critical Care Medicine,  Nashville, TN, Feb 1, 2009*
   Evolving Strategies for Hyponatremia Management in the ICU.  In:  Hyponatremia:  An
      Update for Critical Care Management

*2009 International Stroke Conference, San Diego, CA, February 18-20, 2009*
   Off-Label Use of Factor VII for ICH.  In:  Ethical Issues in Stroke Care
   The Stroke/Neurointensivist/Hospitalist.  In:  What are the Different career paths in
      Academic Stroke Medicine?

*Neurological Institute of New York Centennial Symposium, New York, NY September 27, 2009*
   Advances in Neurocritical Care

*All Together Now:  7th Annual Cleveland Neurocritical Care and Stroke Conference, Case Western Reserve University, Cleveland, OH, September 27, 2009*
   Don't Stop Believin':  Any Role for Factor VII Now?

*Controversies and Advances in the Treatment of Cardiovascular Disease:  The Ninth in the Series, Presented by the West Coast Chapter of the American College of Cardiology,  The Beverly Hills Hotel, Los Angeles, CA, October 1-2, 2009 ¨*
   New York City Project Hypothermia

*American Academy of Neurology Winter Update, Las Vegas, NE, November 6, 2009*
   Neurocritical Care

*39th Critical Care Congress, Society of Critical Care Medicine, Miami, FL, January 9-13, 2010*
    Hypothermia after Cardiac Arrest
    What is the Ideal Sodium after Brain Injury?

*UCLA Neurosurgery ICU of the Future, January 24-25, 2008*
    Hypothermia for Cardiac Arrest
    Novel Treatments for Vasospasm
    Multimodality Monitoring Critical Pathways

*62ND Annual Meeting of the American Academy of Neurology, Toronto, CA, April 12-16, 2010*
    Interactive Case Studies.  In:  Neurology Skills Pavilion:  Acute Stroke Alert
    Management of ICH:  What's New, What's True.  In:  Therapy Program:  Stroke
    What's New in the Mangement of ICH:  In:  Neurological Intensive Care

*UCLA Brain Attack 2010!  Los Angeles, CA, May 22, 2010*
    Keynote Speech:  Saving the Brain in Cardiac Resuscitation:  Hypothermia and the Stroke
      Community

*General Electric Health Care Global Global Technology Symposium, Milwaukee, WI, September 22, 2010*
    Keynote Speech:  Multimodality ICU Monitoring:  What the User Wants

*Neurocritical Care 2010: Walk of Life, Case Western Reserve Univeristy, Cleveland, OH, October 14, 2010*
    While My Guitar Gently Weeps:  When to Push and When to Stop

*Specialists on Call Annual Meeting, Orlando, FL, October 2011*
    Elevated Intracranial Pressure:  New Approaches to an Age-Old Problem

*9th Annual Meeting of the Neurocritical Care Society, Montreal, Canada, October 2011*
    Terrorism:  In: Neurocritical Care in Extreme Conditions

*Neurocritical Care 2011:  Across the Universe.  Case Western Reserve University, Cleveland, OH, September 2011*
    Whiter Shade of Pale:  Management of Intracerebral Hemorrhage

*Neurotrauma and Neurocritical Care of the Future, UCLA, January 19 and 20, 2012*
    Using Brain Monitors to Guide Therapy
    Cardiac Arrest: Therapeutic Hypothermia

*64th Annual Meeting of the American Academy of Neurology, New Orleans, LA, April 25, 2012*
    Acute Stroke Alert Skills Workshop (course director)

*10th Society of Neurointerventional Surgery Practicum, New York, NY, April 27, 2012*
    Post-Procedure:  ICU and Afterwards

*10th Annual Meeting of the Neurocritical Care Society, Denver, CO, October 7, 2012*
> Skip the Rat:  Basic Science Rarely Helps Our Patients

*42nd Critical Care Congress, Society of Critical Care Medicine, San Juan, PR, January 213, 2013*
> Hypothermia.  In: Post Cardiac Arrest Care

*American Thoracic Society 2013, Phildelphia, PA, May 21, 2013*
> Persistent Seizures.  In:  At the Edge of Evidence.  What Should I Do Now?

*The Northeastern Cerebrovascuar Consortium 8th Annual Summitt, Boston, BA, Oct 18, 2013*
> Critical Care of Stroke

*2014 International Stroke Conference, San Diego, CA, February 13, 2014*
> Licox Monitoring:  In;  Neurocritical Care

*The Second Annual Neuro-ICU Symposium, March 5-7, 2014, Mischer Neuroscience Institute, UT Health, Houston, TX*
> Inside the Black Box:  Illuminating the Comatose Brain
> ICP:  How to Do it Right
> MMM:  Pro (Crossfire debate)

*66th Annual Meeting of the American Academy of Neurology, Philadelpia, PA, April 27, 2014*
> All cEEG Siezures Should be Aggressively Treated.  In:  Hot Topics Crossfire Debate:
> When and How to Withdraw Life Support.  In:  Neurological Intensive Care

*Don't Look Back:  11th Annual Cleveland Neurocritical Care and Stroke Conference, Case Western Reserve University, Cleveland, OH, May 30, 2014*
> Update on Subarachnoid Hemorrhage

*3rd Neurocritical Care Society Research Symposium, Baylor College of Medicine, Houston, TX, August 16, 2014*
> Outcome Calculators

*12th Annual Meeting of the Neurocritical Care Society, September 10-13, Seattle, WA*
> Multimodality Monitoring:  Role of CBF Measurement

*44th Critical Care Congress, Society of Critical Care Medicine, Phoenix, AZ, January 19, 2013*
> Hyponatremia:  Pathogenesis and Initial Diagnosis.  In:  Diagnosis and Application of
> Current and Emerging Therapeutic Interventions for Hyponatremia in the Critical Care
> Patient

*Walking in Memphis:  2015 Annual Multi-Disciplinary Memphis Stroke Conference, February 14, 2015*
> Neurocritical Care:  Past, Present and Future

*American Heart Association / American Stroke Association 2016 International Stroke Conference, Los Angeles, CA, February 17-20, 2016*
      Critical Care:  In:  The Next Big Thing in Stroke (at Lightning Speed).
      Cardiovascular Complications of Subarachnoid Hemorrhage.  In:  Neurocritical Care of SAH

*The 12th NY Symposium on Neurological Emergencies and Neurocritical Care, New York, NY, June 8-11, 2016*
      Fast + Furious:  Breaking the Speed Barrier for Stroke
      Critical Care of the Reperfused Brain
      Prognostication After Cardiac Arrest
      Inside the Black Box:  Understanding the Comatosr Human Brain
      Emergency Reversal of Anticoagulation
      Refractory ICP Crisis:  When the Going Gets Tough

*14th Annual Meeting of the Neurocritical Care Society, Washington DC, September 14-16, 2016*
      Fever Management and Hyperthermia
      Diagnosis and management of Super Refractory Status Epilepticus

*American Heart Association Resuscitation Science Symposium 2016, New Orleans, LA, November 14, 2016*
      Titrating Post-Arrest care to EEG

*9th Annual Meeting of the Society of Vascular and Interventional Neurology. Brooklyn, NY, November 16-19, 2016*
      Critical Care of the Reperfused Brain
      Moderator, Panel Discussion on Stroke Access Care for One and All: National and
          International Objectives


## VISITING PROFESSOR

1998   Intracerebral Hemorrhage.  Neurology Grand Rounds, *Long Island Jewish Medical Center, New Hyde Park, NY*

1999   Update in Neurocritical Care.  Neurology Grand Rounds, *Beth Israel Medical Center, Singer (North) Division, New York, NY*

2002   New Approaches to the Treatment of Intracerebral Hemorrhage.  Neurology Grand Rounds, *Weil-Cornell School of Medicine, New York-Presbyterian Hospital, New York, NY*

2003   Update in Neurological Intensive Care.  Department of Neurology Grand Rounds, *Hartford Hospital, Hartford CT*

2003    Control of Blood Pressure in Neurological Emergencies.  Department of Neurology Grand Rounds,  *Drexel University School of Medicine, Philadelphia, PA*

2003    Control of Blood Pressure in Neurological Emergencies.  Surgical Anesthesia Critical Care Grand Rounds, *Thomas Jefferson Medical Center, Philadelphia, PA.*

2003    Critical Care of Intracerebral Hemorrhage.  Department of Neurology Grand Rounds, *Massachussetts General Hospital, Boston, MA.*

2004    Critical Care of Intracerebral Hemorrhage.   Neurology Grand Rounds, *USC Medical Center, Los Angeles, CA*

2004    Assessment of Outcomes after Subarachnoid Hemorrhage.  Neurocritical Care Research Seminar, *UCLA Medical Center, Los Angeles, CA*

2004    Hypothermia for Acute Ischemic Stroke.  Neurocritical Care Grand Rounds,  *Johns Hopkins Medical Center, Baltimore, MD*

2004    Critical Care of Increased Intracranial Pressure.   Neurology Grand Rounds, *University of Rochester School of Medicine, Rochester, NY*

2004    Vasoactive Therapy in Neuro-ICU Patients.  Neurology/Neurosurgerey Grand Rounds, *Barrow Neurological Institute, Phoenix, AZ*

2004    Emergency and Critical Care Management of Intracerebral Hemorrhage.  Neurology Grand Rounds, *Northwestern University Memorial Hospital, Chicago, IL*

2004    Emergency and Critical Care Management of Intracerebral Hemorrhage.  Neurosurgery Grand Rounds, *Barnes/Jewish Medical Center, Washington University, St Louis, MO.*

2005    Update in Neurocritical Care.  Department of Neurology Grand Rounds, *Montefiore Medical Center, Albert Einstein College of Medicine, Bronx, NY*

2005    Update in Neurocritical Care.  Neurology/Neurosurgery Grand Rounds,  *Albany Medical College, Albany, NY*

2005    Emergency and Critical Care Management of Intracerebral Hemorrhage.   Department of Neurology Grand Rounds,  *SUNY Stony Brook, Stony Brook, NY*

2005    Critical Care Management of Subarachnoid Hemorrhage.   Neurology/Neurosurgery Grand Rounds, *Brown University School of Medicine, Providence, RI*

2005    Update in Neurocritical Care.  Department of Neurology/Neurosurgery Grand Rounds, *Yale University School of Medicine, New Haven, CT*

2005    Outcomes Research in Subarachnoid Hemorrhage. Department of Neurology Grand Rounds, *University of Pennsylvania Medical Center, Philadelphia, PA.*

2005    Emergency and Critical Care Management of Intracerebral Hemorrhage. Neurology/Neurosurgery Grand Rounds*, Emory University Medical Center, Atlanta, GA.*

2005    Management of ICP and Brain Edema in Patients with Stroke. Neurology/Neurosurgery Grand Rounds, *University of Cincinatti Medical Center, Cincinatti, OH*

2006    Therapeutic Hypothermia. Neurology/Neurosurgery Grand Rounds, *Stanford University School of Medicine, Palo Alto, CA*

2006    Update in Neurocritical Care. Neurology Grand Rounds, *University of Vermont Medical Center, Burlington, VT*

2006    Emergency and Critical Care Management of Intracerebral Hemorrhage. Neurosurgery Grand Rounds, *Detroit Receiving Hospital, Wayne State Medical Center, Detroit, MI*

2007    Optimizing Blood Pressure in Neurological Emergencies. Neurology Grand Rounds, *SUNY Downstate Medical Center, Brooklyn, NY*

2007    Inside the Black Box: Insights into the Comatose Injured Brain. Neurology Grand Rounds, *University of Massachussetts Medical Center, Worcester, MA*

2007    Recombinant Factor VIIa for Intracerebral Hemorrhage. Anesthesiology Grand Rounds, *The Brigham and Women's Hospital, Boston, MA*

2007    Inside the Black Box: New Insights into the Comatose Injured Brain. Critical Care Medicine Grand Rounds, *University of Pittsburgh Medical Center, Pittsburgh, PA.*

2007    Inside the Black Box: Illuminating the Comatose Injured Brain. Neurology Grand Rounds, *Oregon Health and Sciences University, Portland, OR*

2008    Inside the Black Box: Illuminating the Comatose Injured Brain. Neurology Grand Rounds, *University of Maryland School of Medicine, Baltimore, MD*

2008    Inside the Black Box: Illuminating the Comatose Injured Brain. Neurology Grand Rounds, *Johns Hopkins School of Medicine, Baltimore, MD*

2008    Inside the Black Box: Illuminating the Comatose Injured Brain. Neurology Grand Rounds, *McKnight Neurological Institute, Shands Medical Center, University of Florida, Gainesville, FL*

2009    Inside the Black Box: Illuminating the Comatose Injured Brain. Neurology Grand Rounds, *Medical College of Wisconsin, Milwaukee, WI*

2009    New Concepts in the Management of Intracranial Pressure.  Neurology/Neurosurgery Grand Rounds, *University of Mississippi Medical Center, Jackson, MS*

2010    Neurointensive Care of Stroke.  Institut D'Investigations Biomediques August Pi i Sunyer Lecture, *Hospital Clinic, Barecelona, Spain*

2010    Electrical Brain Rhythms of Death.  Neurology/Neurosurgery Grand Rounds, *University of Heidelberg, Heidelberg, Germany.*

2011    Inside the Black Box:  Illuminating the Comatose Injured Brain.  Neurology Grand Rounds, *University of Washington School of Medicine, St Louis, MO*

2012    Cardiocerebral Resuscitation.  Department of Neurology Grand Rounds,  *University of Utah, Salt Lake City, UT*

2013    Inside the Black Box.  Illuminating the Comatose Human Brain. Department of Neurology Grand Rounds, *Berth Israel Deaconess Medical Center, Boston, MA*

2014    SAH: New Concepts.  Department of Neurosurgery, *Memorial Hermann Hospital, UT Houston Medical Center, Houston TX*

2016    Inside the black box.  Illuminating the comatose human brain.  Neurology Grand Rounds, *Cedars Sinai Medical Center, Los Angeles, CA*

## INVITED LECTURES

1994    Neurogenic cardiac and pulmonary disturbances in subarachnoid hemorrhage.  Neurology/Neurosurgery Grand Rounds, *Beth Israel Medical Center, New York, NY.*

1994    Subarachnoid hemorrhage:  neurogenic cardiac and pulmonary effects.  Neurology Grand Rounds, *Neurological Institute, Columbia-Presbyterian Medical Center, New York, NY.*

1995    Fluid management in subarachnoid hemorrhage.  Neurosurgery Grand Rounds, *Neurological Institute, Columbia-Presbyterian Medical Center, New York, NY*

1995    Subarachnoid hemorrhage.  Internal Medicine Grand Rounds, *Horton Hospital, Middletown, NY*

1995    Pathophysiology and management of increased intracranial pressure.  Pediatric Neurology Grand Rounds, *Neurological Institute, Columbia-Presbyterian Medical Center, New York, NY.*

1995    Evaluation and management of altered mental status.  Medical House Staff Conference, *Department of Medicine, Columbia-Presbyterian Medical Center, New York, NY*

1995    Neurologic aspects of eclampsia.  Internal Medicine Grand Rounds, *Department of Medicine, Roosevelt Hospital, New York, NY.*

1996    Neurogenic cardiac and pulmonary disturbances in acute subarachnoid hemorrhage.  Internal Medicine Grand Rounds, *Columbia-Presbyterian Medical Center, New York, NY.*

1996    Neurocardiology in the neuro-ICU:  A practical approach.  Neurosurgery Grand Rounds, *Columbia-Presbyterian Medical Center, New York, NY.*

1996    Physiology of consciousness and pathophysiology of coma.  18th Annual Postgraduate Review Course:  Basic and Clinical Neurosciences.  *Columbia University College of Physicians and Surgeons, New York, NY.*

1996    Recent advances in neurocritical care. Neurology Grand Rounds, *Long Island Jewish Medical Center, New Hyde Park, NY*

1996    Update in critical care neurology.  *Westchester Academy of Medicine, Purchase, NY*

1996    Myasthenic crisis.  Neurology Grand Rounds, *Columbia-Presbyterian Medical Center, New York, NY.*

1996    Neurogenic cardiac and pulmonary disturbances in acute subarachnoid hemorrhage.  Neurology Grand Rounds, *New York University School of Medicine, New York, NY*

1996    Update in neurological intensive care.  Neurology Grand Rounds, *Saint Vincents Hospital, New York College of Medicine, New York, NY*

1996    Update in neurological intensive care. Internal Medicine Grand Rounds, *Passaic General Hospital, Passaic, NJ*

1996    Update in neurological intensive care. Internal Medicine Grand Rounds, *Elizabeth Medical Center, Elizabeth, NJ*

1996    Physiology of consciousness and pathophysiology of coma.  19th Annual Postgraduate Review Course:  Basic and Clinical Neurosciences.  *Columbia University College of Physicians and Surgeons, New York, NY.*

1997    Neurological emergencies.  Bennie and Martha Benjamin Foundation Medical Lecture Series. *Gov. Juan F. Luis Hospital, St. Croix; Gov. Roy L. Schneider Hospital, St. Thomas; U.S. Virgin Islands.*

1997    Update on the management of subarachnoid hemorrhage.  Seminars on Advances in Medicine.  *Mercy Medical Center, Rockville Center, NY.*

1997    Withdrawing life support:  a hands-on perspective.  New York City Chapter of the American Association of Critical Care Nurses. *Hunter College, New York, NY.*

1997    Myasthenic crisis.  Neurology Grand Rounds, *New York University School of Medicine, New York, NY.*

1997    Myasthenic crisis.  Neurology Grand Rounds, *Saint Vincents Hospital, New York College of Medicine, New York, NY.*

1997    Management of dural sinus thrombosis.  Pediatric Neurology Grand Rounds, *Neurological Institute, Columbia-Presbyterian Medical Center, New York, NY.*

1998    Neurogenic cardiac injury: a silent killer.  Critical Care Grand Rounds, *Columbia-Presbyterian Medical Center, New York, NY.*

1998    Physiology of consciousness and pathophysiology of coma.  20th Annual Postgraduate Review Course:  Basic and Clinical Neurosciences.  *Columbia University College of Physicians and Surgeons, New York, NY.*

1998    ICU management of stroke.  Keynote Address, Norwalk Hospital Critical Care Symposium, *Norwalk Hospital, Norwalk CT.*

1998    Intracerebral hemorrhage. Neurosurgery Grand Rounds, *Columbia-Presbyterian Medical Center, New York, NY.*

1998    Intracerebral hemorrhage: past, present, and future. Neurology Grand Rounds, *Columbia-Presbyterian Medical Center, New York, NY.*

1998    Update in neurological intensive care.  Neurology Grand Rounds, *New York Hospital-Queens Division, New York, NY*

1998    Withdrawal of life support.  Neurosurgery Grand Rounds, *Columbia-Presbyterian Medical Center, New York, NY.*

1999    ICU management of stroke.  Medical Grand Rounds, *Stamford Hospital, Stamford CT.*

1999    Physiology of consciousness and pathophysiology of coma.  21th Annual Postgraduate Review Course: Basic and Clinical Neurosciences. *Columbia University College of Physicians and Surgeons, New York, NY.*

1999    Stepwise management of elevated intracranial pressure in the ICU.  Critical Care Grand Rounds, *St. Francis Hospital, Poughkeepsie, NY.*

1999    Sedation in the neuro-ICU.  Neurosurgery Grand Rounds, *SUNY Downstate Medical Center, Brooklyn, NY.*

1999    Update on ICP management. Neurosurgery Grand Rounds, *Columbia-Presbyterian Medical Center, New York, NY.*

1999    Neurological examination made simple.  Medical Housestaff Conference, *St. Vincents Medical Center, Bridgeport, CT*

1999    Acute management of head injury.  The Third Annual Trauma Education Day, presented by *Mid-Hudson Health Continuing Medical Education and the George T. Whalen Trauma Center, St. Francis Hospital, Casperkill Country Club, Poughkeepsie, NY.*

1999    Current management of the neuro-intensive care patient.  Critical Care Essentials, presented by the *American Association of Critical Care Nurses, NYC Chapter, New York Marriot Financial Center Hotel, NY, NY.*

1999    ICP therapy and sedation in neurocritical care.  Department of Anesthesiology Grand Rounds, *St. Barnabas Medical Center, Livingston, NJ*

1999    Catastrophic stroke: Y2K and beyond (with Drs. H. Duong and M. Elkind).  Advances in Clinical Neurosciences:  Neurological Institute Grand Rounds. *Columbia-Presbyterian Medical Center, New York, NY.*

1999    Advances in acute stroke management.  Bennie and Martha Benjamin Foundation Medical Lecture Series. *Gov. Juan F. Luis Hospital, S.t Croix; Gov. Roy L. Schneider Hospital, St. Thomas; U.S. Virgin Islands.*

1999    Critical care of subarachnoid hemorrhage.  Department of Neurology Grand Rounds, *New Jersey Neuroscience Institute, John F. Kennedy Medical Center, Edison, NJ*

2000    Subarachnoid hemorrhage.  Medical Grand Rounds, *Mountainside Medical Center, Montclair, NJ.*

2000    Physiology of consciousness and pathophysiology of coma.  22nd Annual Postgraduate Review Course: Basic and Clinical Neurosciences.  *Columbia University College of Physicians and Surgeons, New York, NY.*

2000     Recent advances in neurocritical care.  Department of Medicine Grand Rounds, *Winthrop University Hospital, Mineola, NY*

2000     Head injury:  emergency management.  In:  Brain Attacks:  Recognition & Management of Neurological Emergencies.  *Columbia-Presbyterian Medical Center, New York, NY*

2000     Treatment of intracranial hypertension:  what works and what doesn't.  Critical Care Grand Rounds, *Columbia-Presbyterian Medical Center, NY, NY.*

2000     Recent advances in neurocritical care.  Medical Grand Rounds, *St. Vincents Medical Center, Bridgeport, CT*

2000     Intracerebral hemorrhage: pathophysiology & management.  Department of Neurology Grand Rounds, *NYU Medical Center, New York, NY.*

2000     Practice and pitfalls of withdrawing life support.  Department of Medicine Grand Rounds, *Columbia-Presbyterian Medical Center, New York, NY.*

2000     Clarifying confusion:  evaluation of altered mental status. Department of Medicine House Staff Lecture Series, *Columbia-Presbyterian Medical Center, New York, NY.*

2000     Management of brain attack. Clinical Nursing and Technology in a New Millennium:  *Annual Meeting of the Philippine Nurses Association of New York, Inc., New York Marriot World Trade Center, New York, NY.*

2000     Withdrawing life support: ethical and clinical considerations.  Department of Neurology Grand Rounds, *Columbia-Presbyterian Medical Center, New York, NY.*

2000     Myasthenic crisis.  Medical Grand Rounds, *NYU Beekman Downtown Hospital, New York, NY*

2000     Pathophysiology and management of increased intracranial pressure. Neurology Grand Rounds, *Long Island Jewish Medical Center, New Hyde Park, NY*

2001     Evaluation and management of coma.  Medical Grand Rounds, *Mercy Medical Center, Rockville Center, NY.*

2001     Endovascular management of vasospasm:  the neuro-intensivists perspective. Neurosurgery Grand Rounds, *Columbia-Presbyterian Medical Center, New York, NY.*

2001     Advances in neurocritical care.  Neurology/Neurosurgery Grand Rounds, *North Shore University Hospital, Manhassett, NY*

2001     Ultra-early hemostatic therapy for acute intracerebral hemorrhage:  The NovoSeven ICH Trial. Neurosurgery Grand Rounds, *Columbia-Presbyterian Medical Center, New York, NY.*

2001      ICU management of elevated intracranial pressure.  Critical Care Grand Rounds, *Columbia-Presbyterian Medical Center, New York, NY.*

2001     Evidence-based management of severe traumatic brain injury.  Brain Trauma Foundation lecture, *Staten Island University Hospital, New York, NY.*

2001     Evidence-based management of severe traumatic brain injury.  Brain Trauma Foundation lecture, *Erie County Medical Center, Buffalo, NY.*

2001    Management of elevated intracranial pressure:  a stepwise protocol.   Neurology Grand Rounds, *Westchester Medical Center/New York Medical College, Valhalla, NY.*

2002    Management of elevated intracranial pressure:  a stepwise protocol.  Anesthesia/Critical Care Grand Rounds, *Mount Sinai Medical Center, New York, NY*

2001    Case study:  Induced hypertension for acute ischemic stroke. Critical Care Grand Rounds, *Columbia-Presbyterian Medical Center, New York, NY.*

2002    Update in neurocritical care.  In:  Diagnosis and Treatment of Brain Failure.  Organ Failure 2001-2002; Evolving Concepts in Organ Failuere Management and Transplantation Therapies. *Columbia-Presbyterian Medical Center, New York, NY.*

2002    Neurological complications of cardiac surgery.  Neurological Symposium: Medical Grand Rounds, *Staten Island University Hospital, New York, NY.*

2002    Physiology of consciousness and pathophysiology of coma.  24th Annual Postgraduate Review Course: Basic and Clinical Neurosciences. *Columbia University College of Physicians and Surgeons, New York, NY.*

2002    Cognitive dysfunction and quality of life after subarachnoid hemorrhage.  Neurology Grand Rounds, *Columbia-Presbyterian Medical Center, New York, NY.*

2002    Medical management of intracranial pressure in stroke patients.  In:  Management of Cerebrovascular Disorders for the New Millenium.  The Connecticut Neurological Society Annual Meeting 2002. *Farmington Marriott, Hartford Hospital, Hartford, CT*

2002    Practical neurological examination.  Medical House Staff Conference, *Columbia-Presbyterian Medical Center, New York, NY.*

2002    Neurological emergencies:  intensive care of stroke.  Department of Medicine Grand Rounds, *Nassau County Medical Center, Hempstead, MY*

2002    Refractory status epilepticus. Critical Care Grand Rounds, *Columbia-Presbyterian Medical Center, New York, NY.*

2002    Assessment of outcome after subarachnoid hemorrhage:  beyond the Glasgow Outcome Scale. Neurosurgery Grand Rounds, *Columbia-Presbyterian Medical Center, New York, NY.*

2002    Clarifying confusion:  evaluation of altered mental status. Department of Medicine House Staff Lecture Series, *Columbia-Presbyterian Medical Center, New York, NY.*

2002    Evidence-based management of severe traumatic brain injury. Neurology Grand Rounds, *Long Island Jewish Medical Center, New Hyde Park, NY*

2003    Critical care of severe traumatic brain injury.  Neurology Grand Rounds, *NYU Medical Center, New York, NY.*

2003    Physiology of consciousness and pathophysiology of coma.  25th Annual Postgraduate Review Course: Basic and Clinical Neurosciences. *Columbia University College of Physicians and Surgeons, New York, NY*

2003    Acute bacterial meningitis.  Department of Medicine Housestaff Lecture Series, *Columbia-Presbyterian Medical Center, New York, NY.*

2003    Case discussion:  reversal of locked-in syndrome.  Critical Care Grand Rounds, *Columbia-Presbyterian Medical Center, New York, NY.*

2003    Evaluation of altered mental status. Medical House Staff Conference, *Columbia-Presbyterian Medical Center, New York, NY.*

2003    Update in neurological intensive care.   Department of Medicine Grand Rounds*, Stamford Hospital, Stamford CT.*

2003    Advances in treatment of ischemia-associated brain edema.  In:  2003 Stroke Update:  Advances in Treatment, Prevention & Rehabilitation.  *New York Hospital Queens, Flushing, NY*

2003    Control of blood pressure in neurological emergencies.  In:  Neurocritical Care Update.  New York City Chapter of the American Association of Critical Care Nurses.  *NYU Medical Center and Mt Sinai Medical Centers, New York, NY.*

2003    Control of blood pressure in neurological emergencies.  Department of Neurosurgery Grand Rounds, *Columbia-Presbyterian Medical Center, New York, NY.*

2004    New approaches to the treatment of intracranial hemorrhge.  Department of Medicine Grand Rounds, *Genesys Medical Center, Flint, MI.*

2004    Physiology of consciousness and pathophysiology of coma.  26th Annual Postgraduate Review Course: Basic and Clinical Neurosciences.  *Columbia University College of Physicians and Surgeons, New York, NY.*

2004    New approaches to the treatment of intracranial hemorrhge.  Department of Medicine Grand Rounds, *Phelps Memorial Hospital, Sleepy Hollow, NY*

2004    Brain tissue oxygen monitoring in neurocritical care.  Department of Neurosurgery Grand Rounds, *Columbia-University Medical Center, New York, NY*

2004    Critical care of intracerebral hemorrhage.  *Baltimore Stroke Club, Baltimore, MD*

2004    Vasoactive therapy in neurocritical care.  Critical Care Grand Rounds, *California Pacific Medical Centrer, San Francisco, CA*

2004    Therapeutic temperature modulation in neurocritical care:  dawn of the ice age.  Department of Neurology Grand Rounds, *Neurological Institurte, Columbia University Medical Center, New York, NY*

2004    Rescue, resuscitation and salvage of the near-dead:  Neurocritical care 2004.  *Department of Medicine Grand Rounds, Metropolitan Hospital Center, New York, NY*

2004    Critical care management of intracranial pressure.  Department of Surgical Trauma and Critical Care Grand Rounds, *Crozer Chester Medical Center, Crozer, PA*

2004    Vasoactive therapy in critically ill patients.  In:  2004 Barrow Nursing Symposium, *Barrow Neurologicalk Institutre, Phoenix AZ*

2004    Treatment modalities of acute hypertension.  In:  Challenges 2004.  *Presented by The  American Association of Critical-Care Nurses New York City Chapter,  Helmsly Hotel, New York, NY.*

2004    Neurological emergencies.  Department of Medicine Grand Rounds, *Mercy Medical Center, Rockville Center, NY.*

2004    Management of malignant MCA infarction.  Critical Care Grand Rounds, *Columbia University Medical Center, New York, NY.*

2004    Rescue, resuscitation and salvage of the near-dead:  neurocritical care 2004.   Department of Neurology Grand Rounds, *Weil-Cornell Medical Center, New York, NY.*

2005    Neurocritical care.  In:  The Annual New York Metropolitan Symposium on Managing Critical Care Systems:  Chronic Critical Illness.  December 12, 32004, New York Academy of Sciences.  *Presented by Albert Einstein College of Medicine and Montefiore Medical Center.*

2005    Emergency and critical care management of intracerebral hemorrhage. *Department of Medicine Grand Rounds, Mayo Clinic Jacksonville, Jacksonville, FL.*

2005    Update in neurological intensive care.  *North Florida Neurological Association, Nemours Children's Clinic, Jacksonville, FL.*

2005    Management of cerebral edema and ICP in stroke patients.  Neurovascular Conference, *Swedish Medical Center, Denver, CO.*

2005    Update in neurological intensive care.  *Colorado Neurological Association, Denver, CO.*

2005    Emergency and critical care management of intracerebral hemorrhage.  *Phoenix Neurovascular Society, Phoenix, AZ*

2005    Management of blood pressure in neurological emergencies.  Department of Medicine Grand Rounds,  *St Barnabas Medical Center, Bronx, NY.*

2005    Update in Neurocritical Care, Department of Neurology Grand Rounds, *NYU Medical Center, New York, NY*

2005    New therapeutic strategies for intracerebral hemorrhage.  In:  Current Topics in Neurology:  Stroke.   *New York Methodist Hospital, Brooklyn, NY.*

2005    Update in neurocritical care.  Medicine Grand Rounds, *Holy Name Hospital, Teaneck, NJ*

2005    Emergency and critical care management of intracerebral hemorrhage. Department of Neurology Grand Rounds, *Beth Israel Medical Center, New York, NY*

2005    Emergency and critical care management of intracerebral hemorrhage. Department of Neurology Grand Rounds, *St. Luke's Hospital Center, Houston, TX.*

2005    Intervention in acute stroke:  the first 60 minutes.  First Annual Network Nurses Luncheon, *Columbia University Medical Center, New York, NY.*

2005    Emergency and critical care management of intracerebral hemorrhage.  Neurology Grand Rounds*, University of Arkansas for Medical Sciences, Little Rock, AS*

2005    Update in neurocritical care.  Critical Care Grand Rounds, *Columbia University Medical Center, New York, NY.*

2005    Management of intracerebral bleeding.  In:  Critical Care: *A Multidisciplinary Approach.  Saint-Lukes/Roosevenlt Medical Centert, New York, NY.*

2005    Management of intracerebral hemorrhage.  Bimonthly lecture, *Philadelphia Neurological Society, Philadelphia, PA*

2006    Control of blood pressure in neurological emergencies.  Emergency Medicine/Critical Care Grand Rounds, *Hackensack University Medical Center, Hackensack, NJ*

2005    ICU management of subarachnoid hemorrhage.  North Shore/LIJ Neurology Grand Rounds, *North Shore Univcersity Hospital, Manhasset, NY*

2005    Update in neurocritical care.  Department of Neurology Grand Rounds, *University of Louisville School of Medicine, Louisville, KY*

2005    Management of blood pressure in neurological emergencies.  Department of Emergency Medicine Grand Rounds, *Beth Israel Deaconess Medical Center, Boston, MA*

2005    Critical care of subarachnoid hemorrhage.  *Presented at the First Annual Columbia University J. Lawrence Poole Neurosurgical Research Symposiym, New York, NY*

2006    Update in neurocritical care.  Pulmonary/Critical Care Grand Rounds, *NYU Medical Center, New York, NY*

2006    Death is not the enemy, but occasionally needs help witth timing.  In:  *American Stroke Association Brooklyn Stroke Symposium, Marriott Brooklyn Bridge, Brooklyn, NY*

2006    Neurocritical Care.  In;  Emergencies:  What We Can Do to Help Ourselves.  Presented at the Columbia Presbyterian Health Sciences Advisory Council, *Columbia University Medical Center, New York, NY.*

2006    Emergency and critical care management of intracerebral hemorrhage.  In:  Stroke:  The Evolution of Care.  Advocate Health Care CME Conference, *Drury Lane Theater, Oakbrook Terrace, IL*

2006    Acute Stroke:  The first 60 minutes. Department of Medicine Grand Rounds*, St Vincents Medical Center, Bridgeport, CT*

2006    Panelist.  "Teamwork":  Saving Brains, Saving Lives.  2006 Educational Gala, The Manhattan Chapter of the Emergency Nurses Association in Collaboration with the *Mount Sinai Emergency Medicine Department.  October 3, 2006.*

2006    Bug out!  Stopping nosocomial infections in neuro-ICU.  Critical Care Grand Rounds,  *Columbia University Medical Center, New York, NY*

2006    Management of acute stroke.  Department of Medicine Grand Rounds, *New York Hospital-Queens Medical Center, New York, NY*

2006    Management of acute Stroke.  Department of Medicine Grand Rounds, *Christiana Medical Center, Newark, DE*

2006    Inside the black box:  neuromonitoring in neurocritical care.  Neurology Housestaff Conference, *Thomas Jefferson Medical Center, Philadelphia, PA*

2006    Vasoactive therapy in neurocritical care.  Pulmonary/Critical Care Grand Rounds, *Hahnemann Medical Center, Drexel School of Medicine, Philadelphia, PA*

2006    Management of increased intracranial pressure. Pulmonary/Critical Care Grand Rounds, *North Shore University Hospital, Manhassett, NY*

2007    Hypothermia for cardiac arrest.  Emergency Medicine Grand Rounds, *New York Presbyterian Hospital, New York, NY*

2007    Therapeutic hypothermia:  dawn of the ice age.  Department of Medicine Grand Rounds, *Weiler Division of the Albert Einsten College of Medicine, Bronx, NY*

2007    Therapeutic hypothermia:  dawn of the ice age.  Department of Medicine Grand Rounds, *Moses Division of the Albert Einsten College of Medicine, Montefiore Hospital, Bronx, NY*

2007    Management of brain hemorrhages.  In:  2nd Annual Treament and Prevention of Stroke in African Americans and Hispanic Populations:  Closing the Gap in Stroke Disparities.  *Jointly Sponsored by Harlem Hospital Center, National Stroke Association, and Columbia University College of Physicians and Surgeons*

2007    Contemporary management of ICH.  In: Brooklyn Stroke Symposium.  *New York Chapter of the American Heart Association and Methodist Hospital, Brooklyn, NY*

2007    Inside the black box.  Illuminating the comatose brain.  Neuroscience Grand Rounds, *Yale University School of Medicine, New Haven, CT*

2007    Management of intracerebral hemorrhage.  Medicine Grand Rounds, *Richmond University Medical Center, Staten Island, NY*

2007    Emergency management of acute stroke.  In:  Update in the Comprehensive Care of Stroke.  *St Jospeh's Medical Center, Paterson, NY*

2007    Facttor VIIa for ICH:  The FAST Trial.  Neurology Grand Rounds, *Columbia University Medical Center, New York, NY.*

2007    Optimization of blood pressure in neurological emergencies.  *Medicine Grand Rounds, New York Downtown Hospital, New York, NY*

2007    The FAST Trial.  Neuroresuscitation Journal Club.  *Department of Emergency Medicine, Mt Sinai School of Medicine, New York, NY*

2007    Hypothermia for cerebral preservation after cardiac arrest:  the new paradigm.  *Critical Care Grand Rounds, Columbia University Medical Center, New York, NY*

2007    Hypothermia for cerebral preservation after cardiac arrest.  *3rd Annual New York Presbyterian Columbia Nurses Luncheon, Columbia University Medical Center, New York, NY*

2007    Hypothermia for cerebral preservation after cardiac arrest:  the new paradigm.  Pulmonary/Critical Care Medicine Noon Conference, *Weill Cornell Medical Center, New York, NY*

2007    Neurocritical Care Update.  Neurosurgery Grand Rounds, *Columbia University Medical Center, New York, NY*

2007    Intracerebral hemorrhage.  Neurovascular Grand Rounds, *Hackensack University Medical Center, Hackensack, NJ*

2007    Neurocritical care.  Keynote Lecture, Rocky Mountain Stroke Summitt, *Swedish Hospital and the Colorado Neurological Institute, Denver, CO*

2007    Hypothermia for cardiac arrest:  The Evidence Base.  *Project Hypothermia, Greater New York Hospital Association, New York, NY*

2007    Hypothermia protocols.  *Project Hypothermia, Greater New York Hospital Association, New York, NY*

2007    Fluid management in the neuro-ICU.  Department of Neurology Grand Rounds, *New York Medical College, Valhalla, NY*

2007    Optimization of blood pressure in neurological emergencies.  Department of Medicine Grand Rounds, *St Barnabas Medical Center, Bronx, NY*

2008    Myasthenic crisis.  Medical Grand Rounds, *Community Medical Center, Toms River, NY*

2008    Update in neurocritical care.  Department of Medicine Noon Conference, *St Francis Hospitlal, Lynwood, CA.*

2008    Hypothermia in neurocritical care.  Neurology Grand Rounds, *Hoag Hospital, Los Angeles, CA.*

2008    Hyponatremia in neurological patients:  who, how, why?  Endocrinology Weekly Conference, *Columbia University Medical Center, New York, NY*

2008    Subarachnoid hemorrhage:  new insights.  Neurocritical Care Noon Conference, *Johns Hopkins School of Medicine, Baltimore, MD*

2008    Fluid resuscitation in neurocritical care.  Trauma Conference, *Maryland Shock Trauma Center, Baltimore, MD*

2008    Emergency and critical care management of intracerebral hemorrhage.  Neutology Grand Rounds, *St Lukes Roosevelt Hospital, Roosevelt Division, New York, NY*

2008    Optimization of blood pressure in neurological emergencies.  Neurovascular Conference, *McKay Dee Hospital, Layton, UT*

2008    Inside the black box.  Illuminating the comatose brain.  Neuroscience Grand Rounds, *Intermountain Medical Center,  Salt Lake City, UT*

2008    Hypothermia for cardiac arrest:  the evidence base.  Emergency Medicine Grand Rounds,  *St Barnabas Medical Center, Bronx, NY*

2008    Hypothermia for cardiac arrest:  the evidence base.  Emergency Medicine Grand Rounds,  *New York Downtown Hospital, New York, NY*

2008    Hypothermia for cardiac arrest:  the evidence base.  Emergency Medicine Grand Rounds, *Lincoln Hospital, Bronx, NY*

2008    New concepts in the management of subarachnoid hemorrhage.  Neurology Grand Rounds, *Columbia University Medical Center, New York, NY*

2008    Hypothermia for cardiac arrest:  the evidence base.  Internal Medicine Grand Rounds, *Metropolitan Hospital, New York, NY*

2008    Evidence-based management of severe TBI:  The 2006 BTF Guidelines.  Surgical Grand Rounds, *Winthrop University Hospital, Mineola, NY*

2008    Medical management of SAH.  The 2nd Annual Lawrence M.  Brass Stroke Symposium:  hemorrhagic Stroke.  *Yale University School of Medicine,  New Haven, CT*

2008    Cooling technologies:  an overview.  In:  Project Hypothermia: How to Cool Lunch and Learn.  *The Greater New York Hospital Association, New York, NY.*

2008    Optimization of blood pressure in neurological emergencies.  Critical Care Grand Rounds, *Shands Medical Center, Gainesville, FL*

2008    Multimodality monitoring.  New York Presbyterian Nursing Education Day, *Columbia University Medical Center, New York, NY*

2008    Spontaneous intracerebral hemorrhage.  In:  Neurocritical Care:  The 22nd Annual Kjeldgaard Day Symposium, *Maine Medical Center, Portland, Maine*

2008    ICU management of subarachnoid hemorrhage.  In:  Neurocritical Care:  The 22nd Annual Kjeldgaard Day Symposium, *Maine Medical Center, Portland, Maine*

2008    Hypothermia for cardiac arrest:  the evidence base.  Internal Medicine Grand Rounds,  *Lenox Hill Hospital, New York, NY*

2008    Optimizing blood pressure in neurological emergencies.  The 5th Annual Artiss N. Powell Jr Memorial Lecture, *Departments of Medicine and Neurology, Robert Wood Johnson Medical School, New Brunswick, NJ*

2009    Hypothermia for cardiac arrest:  the evidence base.  Pulmonary/Crirtical Care Grand Rounds, *SUNY Stony Brook School of Medicine, Stony Brook, NY*

2009    Induced hypothermia.  In:  The 5th Annual Mt Sinai ED Critical Care Conference.  Strengthening the Chain of Survival:  Bleeding Edge Management of Cardiac Arrest.  *Mt Sinai School of Medicine, New York, NY*

2009    Hypothermia for cardiac arrest:  the evidence base.  Pulmonary/Crirtical Care Grand Rounds, *Miller School of Medicine, University of Miami, Miami, FL*

2009    Hypothermia for cardiac arrest:  the evidence base.  Department of Medicine Grand Rounds, *St Francis Hospital, Roslyn, NY*

2009    Cardiocerebral resuscitation, Department of Neurology Grand Rounds, *Montefiore Medical Center, Bronx, NY*

2009    Emergency Treatments for Acute Stroke: Time Equals Brain.  In:  Protect and Maximize Your Brain.  *New York Presbyterian Hospital.  The Henry Morrison Flagler Museum, Plam Springs, FL*

2009    Inside the black box.  Illuminating the comatose human brain. Department of Neurology Grand Rounds, *Columbia University Medical Center, New York, NY*

2009    Emergency Treatments for Acute Stroke: Time Equals Brain.  In:  Brainstorms. The Columbia Presbyterian Health Sciences Advisory Council, *New York Presbyterian Hospital, New York, NY*

2009    Emergency Treatments for Acute Stroke: Time Equals Brain.  In:  Brainstorms. The Whitney-Harnkess Society, *New York Presbyterian Hospital, New York, NY*

2009    Neurocritical care from the neck down.  Neurosurgery Grand Rounds*, Columbia University Medical Center, New York, NY*

2009    Critical care management of intracerebral hemorrhage.  Capital Health Stroke Grand Rounds, *Capital Health Medical Center, Trenton, NJ,*

2009    New concepts in subarachnoid hemorrhage.  Department of Neurology Grand Rounds, *Weill-Cornell Medical Center, New York, NY*

2009    Therapeutic hypothermia:  who and how? *Therapeutic Temperature Management Master Summit, Mission Viejo, CA*

2009    Neurocritical care:  Life support PLUS brain support.  Neuroscience Grand Rounds, *Glendale Adventist Medical Center, Los Angeles, CA*

2009    Hypothermia for in-hospital cardiac arrest:  pro.  In: Critical Care Controversies.  *Greater New York Hospital Association, New York, NY*

2009    Therapeutic hypothermia in the ICU.  In: *3rd Annual Trauma and Critical Care Symposium, St Francis Hospital, The Franklin D. Roosevelt Presidential Library and Museum, Hyde Park, NY*

2009    Cardiocerebral Resuscitation.  Cardiology Grand Rounds, *Jack D. Weiler Hospital of the Albert Einstein College of Medicine, Bronx, NY*

2009    Neuro-ICU versus medical ICU management:  do neurointensivists matter?  In:  Treatment and Prevention of Stroke in African-American and Hispanic Populations.  *Harlem Hospital Center, New York, NY*

2009    Neurocritical care:  brain support.  Neurology/Neurosurgery Grand rounds, *University of Medicine and Dentistry of New Jersey, Newark, NY*

2009    Optimizing blood pressure after acute brain injury.  Cardiology Grand Rounds, *Robert Wood Johnson School of Medicine, New Brunswick, NJ*

2010    Optimizing blood pressure in acute stroke. 2010 Annual Meeting, *New Jersey Chapter of the American College of Physicians, Iselin, NJ*

2010    Cardiocerebral resuscitation.  Heart Failure Grand Rounds, Division of Cardiology, *Columbia University Medical Center, NY, NY*

2010    Intracranial hemorrhage for the internist.  In:  Spring Update in Internal Medicine, *Richmond University Medical Center, Staten Island, NY*

2010    Management of ischemic brain edema..  In:  Stroke care from Prevention to Intervention:  Second Annual Baptist Hospital Stroke Symposium.  *Baptist Hospital, Jacksonville.FL*

2010    Critical care of stroke.  Keynote Speaker.  In: 3rd Annual Meridian Stroke Symposum:  A Multidisciplinary Approach to Stroke management.  *Ocean Medical Center, Point Pleasant, NJ.*

2010    Families should be present in the ICU 24/7: Pro.  In:  2nd Annual Symposium on Critical Care Controversies.  *Greater New York Hospital Association, New York, NY*

2010    ICU management of catastrophic stroke.  In:  4th Annual Treatment and Prevention of Stroke in Black and Hispanic Populations.  *Harlem Hospital, New York, NY*

2010    Update in neurocriticalcare.  Neurology Grand Rounds, *Beth Israel Medical Center, New York, NY.*

2011    ICP management: a stepwise protocol & Therapeutic temperature modulation.  In:  Neurocritical Care Symposium.  *The Valley Hospital, Ridgewood, NJ*

2011    Neurological emergencies:  meeting the challenge.  Medical Grand Rounds.  *Stamford Hospital, Stamford, CT*

2011    Cardio-cerebral resuscitation.  Medical Grand Rounds, *Phelps Memorial Hospital, Tarrytown, NY*

2011    Inside the black box:  illuminating the comatose human brain.   Neurology Grand Rounds, *Mt Sinai School of Medicine, New York, NY*

2011    Neuroemergencies.  Neurology Grand Rounds, *St Likes Roosevelt Medical Center, Roosevelt Hospital, New York, NY*

2011    Therapeutic Hypotheria:  An Update.  *Noran Neurological Clinic, Abbott Northwestern Hospital, St Paul, MN*

2011    Acute stroke:  thrombolysis and beyond.  Neurosurgery Grand rounds, *Columbia University Medical Center, New York, NY*

2011    Neurological emergencies.  Neurology Grand Rounds, *Columbia University Medical Center, New York, NY*

2011    Hypothermia for Ischemic Stroke.  In:  Hypothermia and Resuscitation Training Institute at Penn, *University of Pennsylvania, Philadelphia, PA*

2011    ICU delirium can be preventted: Pro.  In:  3nd Annual Symposium on Critical Care Controverses.  *Greater New York Hospital Association, New York, NY*

2011    Critical care of stroke.  North Shore/LIJ Neurology Grand Rounds, *North ShoreUnivcersity Hospital, Manhasset, NY*

2011    Update in neurcritical care.  Critical Care Grand Rounds, *Beth Israel Medical Center, New York, NY.*

2012    Update in neurocritical care.  In:  Neurovascular Sympoium, *Hollywoord Presbyterian Medical Center, Los Angeles, CA*

2012    Inrracerebral hemorrhage.  In:  NYP Brain Attack and cerebrovascular Disease Update 2012.  New York Academy of Medicine, *New York Presbyterian Hospital, New York, NY*

2012    Inside the black box.  Illuminating the comatose human brain.  Department of Neurosurgey Grand Rounds, *University of Utah, Salt Lake City, UT*

2012    Critical care of acute stroke.  In:  2012 Annual Meridian Health Neuroscience Symposoium, *Medirien Health Neuroscience, Eatontown, NJ, May 19, 2012,*

2012    The future of acute stroke management.  Keynote Speaker.  In:   The George F. Heinrich MD Annual Symposium.  Stroke 2012:  The Future of Acute Stroke management.  *New York Hospital Queens, Flushing, NY*

2012    The future of acute stroke management.  *Medicine Gand Rounds, Nassau University Medical Center, East Meadow, NY*

2012    Theraputic hypothermia *and*  Intracerebral hemorrhage.   In:  Thirty Second Annual Symposium on Pulmonary, Infectious Diseases, and Critical Care.  *Mercy General Hospital, Sacramento, CA*

2012    The future of stroke therapy.  Internal Medicine Grand Rounds, *Hackensack University Medical Center, Hackensack, NJ*

2012    Fever control:  how and for whom?  *and*  Therapeutic hypothermia.  In:  Miami Neuro Symposium.  *Baptist Health South Florida, Herbert Wertheim College of Medicine, Coral Gables, FL*

2013    Cardiocerebral resuscitation.  Neurology Grand Rounds, *Columbia University Medical Center, NY, NY*

2013    Intracranial pressure management.  In:  4th Annual Critical Care Medicine Symposium:  Neurocritical Care.  *North Shore-LIJ Health System, Manhassett, NY*

2013     Neurocritical update:  optimizing emergency care.  In: 8th Annual Nurses Symposium,  *New York Presbyterian Hospital, New York, NY*

2013     Cardiac arrest:  The new frontier.  Neurology Grand Rounds, *North Shore-LIJ Health System, Manhassett, NY*

2013     Panelist.  In: Reversing Death:  The Miracle of Modern Medicine.   October 9th, 2013, *The New York Academy of Sciences*, New York, NY

2013     Refractory status epilpticus  *and*  subarachnoid hemorrhage: new approaches.   In:  Thirty Second Annual Symposium on Pulmonary, Infectious Diseases, and Critical Care.  *Mercy General Hospital, Sacramento, CA*

2013     Update in neurocritical care.  In:  Neurosurgery Annual Clinical Day.  *The American College of Surgeons Brooklyn and Long Island Chapeter.  Hempstead, NY*

2013     Beyond ICP:  Brain multimodality monitoring.  In:  New York Neurosurgery:  A Cushing Neuroscience Institute Symposium.  *North Shore LIJ Health System, New York, NY*

2014     The future of acute stroke therapy.  Medicine Grand Rounds. *Montefiore Medical Center, Albert Einstein College of Medicine, Bronx, NY*

2014     Update in neurocritical care.  In:  Neurology Grand Rounds.  *Rutgers New Jersey Medical School, Newark, NJ.*

2014     Frontiers in critical care.  Department of Surgery Grand Rounds, *Icahn School of Medicine at Mount Sinai, New York, NY.*

2014     The future of acute stroke therapy.  Department of Neurology Grand Rounds, *Mount Sinai Beth Israel Medical Center, New York, NY.*

2014     Neurological emergencies.  Medicine Grand Rounds. *Lincoln Hospital, NY*

2014     Neurocritical care:  the basics.  Department of Neurosurgery Grand Rounds, *Icahn School of Medicine at Mount Sinai, New York, NY.*

2014     Frontiers in critical care.  Department of Medicine Grand Rounds, *Icahn School of Medicine at Mount Sinai, New York, NY.*

2015     Update in neurocritical care.  Department of neurology Grand Rounds, *SUNY Downstate Medical Center, Brooklyn, NY*

2015     Inside the black box.  Illuminating the comatose human brain.  Neurology Grand Rounds, *NYU Langone Medicial Center, New York, NY*

2015     The future of critical care.  Critical Care / Emergency Medicine Grand Rounds, *New York Hospital Queens, New York, NY*

2015     Coma.  Rehabilitation Medicine Grand Rounds, *Rusk Institute, NYU Medical Center, New York, NY.*

2015     Subarachnoid hemorrhage:  new advances.  Neurology Grand Rounds, *Mount Sinai Medicial Center, New York, NY*

2015     Inside the black box.  Illuminating the comatose human brain.  Neurology Grand Rounds, *Temple School of Medicine, Philadelphia, PA*

2016    Inside the black box.  Illuminating the comatose human brain.  Neurology Grand Rounds, *Mount Sinai Beth Israel Medicial Center, New York, NY*

2016    Time zero prognostication.  In:  Resuscitate NYC 2017.  *Mount Sinai Medicial Center, New York, NY*

2016    Inside the black box.  Illuminating the comatose human brain.  Neurology Grand Rounds, *Weill Cornel Medical Center, New York, NY*

2016    Inside the black box.  Illuminating the comatose human brain.  Neurosurgery Grand Rounds, *Mount Sinai Medicial Center, New York, NY*

2016    Stroke therapy:  examining new evidence.  In: Stroke Forum 2016, *The Ponte Vedra Inn, Jacksonville, FL*

2016    Inside the black box:  illuminating the comatose human brain.  In:  4th Annual Neurocritical Care Sympsoium, *The Valley Hospital, Ridgewood, NJ*

2016    ICH:  The New Frontier *and*  Illuminating the Comatose Brain.   In:  Thirty Sixth Annual Symposium on Pulmonary, Infectious Diseases, and Critical Care. *Dignity Health, California Northstate Univerisity School of Medicine, Sacramento, CA*

2016    Bleeding in the anticoagulated patient.  In:  Hospital Medicine Syposium:  Mastering the Care of the Hospitalized Patient.  *Mount Sinai Medicial Center, New York, NY*

2017    Therapeutic temperature management: an update.  Cerebrovascular Conference, Department of Neurology, *Boston University School of Medicine, Boston, MA*

2017    Fever control in the neuro-ICU.  Cerebrovascular Conference, Department of Neurology, *Boston University School of Medicine, Boston, MA*

2017    Acute stroke:  the endovascular revolution.  In:  New York State Thoracic Society 2017 Annual Scientific Assembly.  *NYU Langone Medical Center, New York, NY*

# BIBLIOGRAPHY

## Original, Peer Reviewed Articles

*  *Senior or corresponding author*

1.    Mayer SA, Pulsinelli WA: Failure of GM1 ganglioside to influence outcome in experimental focal ischemia. *Stroke* 1992;23:242-246.

2.    Mayer SA, Sacco RL, Hurlet-Jensen A, Shi T, Mohr JP:  Free protein S deficiency and acute ischemic stroke: a case-control study. *Stroke* 1993;24:224-227.

3.*    Mayer SA, Fink ME, Galletta SL, Silver AJ, Hilal SK: Post-traumatic oculopalatal myoclonus.  *J Neuro Rehab*  1993;7:27-33.

4.*    Mayer SA,  Tatemichi TK,  Spitz JL,  Desmond DW,  Gamboa ET,  Gropen TI: Recurrent ischemic events and diffuse white matter disease in patients with pseudoxanthoma elasticum. *Cerebrovasc Dis* 1994;4:294-297.

5.*    Mayer SA, Fink ME, Homma S, Sherman D, LiMandri G, Lennihan L, Solomon RA, Klebanoff LM, Beckford A, Raps EC: Cardiac injury associated with neurogenic pulmonary edema following subarachnoid hemorrhage. *Neurology* 1994;44:815-820.

6.*    Mayer SA, Sacco RL, Shi T, Mohr JP:  Neurologic deterioration in non-comatose patients with supratentorial intracerebral hemorrhage. *Neurology*  1994;44:1379-1384.

7.     Mast H, Mohr JP, Thompson JLP, Osipov A, Trocio SH, Mayer S, Young WL:  Transcranial Doppler ultrasonography in arteriovenous malformations:  Diagnostic sensitvity and association of flow velocity with spontaneous hemorrhage and focal neurologic deficit. *Stroke* 1995;26:1024-1027.

8.*    Mayer SA, LiMandri G, Homma S, Sherman D, Fink ME, DiTullio M, Lennihan L, Beckford A, Klebanoff LM, Solomon RA:  Electrocardiographic markers of abnormal left ventricular wall motion in acute subarachnoid hemorrhage.  *J Neurosurg* 1995;83:889-896.

9.*    Mayer SA, Sherman D, Fink ME, Homma S, Solomon R, Lennihan L, Beckford A, Klebanoff LM:  Noninvasive monitoring of cardiac output by Doppler echocardiography in patients treated with volume expansion after subarachnoid hemorrhage. *Crit Care Med* 1995;23:1470-1474.

10.    Solomon RA, Mayer SA, Tarmey J:  Relationship between the volume of craniotomies for cerebral aneurysm performed at New York State hospitals and in-hospital mortality.  *Stroke* 1996;27:13-17.

11.*   Mayer SA, Thomas CE, Diamond BE:  Asymmetry of intracranial hemodynamics as an indicator of mass effect in acute intracerebral hemorrhage: a transcranial Doppler study. *Stroke* 1996;27:1788-1792.

12.*   Thomas CE, Mayer SA, Gungor Y, Swarup R, Webster EA, Chang I, Brannagan T, Fink ME, Rowland LP:  Myasthenic crisis:  clinical features, mortality, complications, and risk factors for prolonged intubation.  *Neurology* 1997;48:1253-1260.

13.*   Mayer SA, Solomon RA, Fink ME, Lennihan L, Thomas CE, Stern L, Beckford A, Klebanoff LM:  Effect of 5% albumin solution on sodium balance and blood volume after subarachnoid hemorrhage. *Neurosurgery* 1998;42:759-768.

14.    Hacien-Bey L, Connolly ES, Duong H, Vang MC, Mayer SA, Young WL, Solomon RA, Pile-Spellman J:  Complex intracranial aneurysms:  combined operative and endovascular approaches. *Neurosurgery* 1998;43:1304-1312.

15.    Hacien-Bey L, Koennecke H-C, Pile-Spellman J, Marshall RS, Sacco RL, Mayer SA, Young WL, Mohr JP:  Pilot study for cerebral balloon angioplasty:  design considerations and case-control methods. *Cerebrovasc Dis*  1998;8:354-357.

16.*   <u>Mayer SA</u>, Lignelli A, Fink ME, Kessler DB, Thomas CE, Swarup R, Van Heertum RL:  Perilesional blood flow and edema formation in acute intracerebral  hemorrhage: a SPECT study.  *Stroke* 1998;29:1791-1798.

17.*   <u>Mayer SA</u>, Lin J, Homma N, Solomon RA, Lennihan L, Sherman D, Fink ME, Beckford A, Klebanoff LM:  Myocardial injury and left ventricular performance after subarachnoid hemorrhage.  Stroke 1999;30:780-786.

18.*   <u>Mayer SA</u>, Kossoff SB:  Withdrawal of life support in the neurological intensive care unit.  *Neurology* 1999;52:1602-1609. [Correspondence: *Neurology* 1999;53:2215-2216].

19.*   Lennihan L, <u>Mayer SA</u>, Fink ME, Beckford A, Paik LM, Zhang H, Wu Y-C, Klebanoff LM, Raps EC, Solomon RA:  Effect of hypervolemic therapy on cerebral blood flow after subarachnoid hemorrhage: a randomized controlled trial.  *Stroke* 2000;31:383-391.

20.*   Schwartz TH, <u>Mayer SA</u>:  Quadrigeminal variant of perimesencephalic nonaneurysmal subarachnoid hemorrhage.  *Neurosurgery* 2000;46:584-588.

21.*   <u>Mayer SA</u>, Copeland DL, Bernardini GL, Boden-Albala B, Lennihan L, Kossoff S, Sacco RL:  Cost and outcome of mechanical ventilation for life-threatening stroke.  *Stroke* 2000;31:2346-2353.

22.    Bernardini GL, <u>Mayer SA</u>, Kossoff SB, Hacien-Bey L, Solomon RA, Pile-Spellman J:  Anticoagulation and induced hypertension after endovascular treatment of ruptured intracranial aneurysms.  *Crit Care Med* 2001:29:641-644.

23.*   <u>Mayer SA</u>, Commichau C, Scarmeas N, Presciutti M, Bates J, Copeland D.  Clinical trial of an air-circulating cooling blanket for fever control in critically-ill neurologic patients.  *Neurology* 2001;56:292-298.

24. *  <u>Mayer SA</u>, Chong J, Ridgeway E, Min C, Bernardini GL:  Delirium from nicotine withdrawal in neuro-ICU patients.  *Neurology* 2001;57:551-553.

25.    Schwab S, Georgiadis D, Berrouschot J, Schellinger P, Graffagnino C, <u>Mayer SA</u>:  Feasibility and safety of moderate hypothermia after massive hemispheric infarction.  *Stroke* 2001;32:2033-2035.

26.*   Claassen J, Bernardini, GL, Kreiter K, Bates J, Du YE, Copeland D, Connolly ES, <u>Mayer SA</u>:  Effect of cisternal and ventricular blood on risk of delayed cerebral ischemia after subarachnoid hemorrhage: the Fisher scale revisited.  *Stroke* 2001;32:2012-2020.

27.*   Claassen J, Hirsch LJ, Emerson RG, Bates JE, Thompson TB, <u>Mayer SA</u>:  Continuous EEG monitoring and midazolam infusion for refractory nonconvulsive status epilepticus.  *Neurology* 2001: 57:1036-1042.

28.*   <u>Mayer SA</u>, Claassen J, Lokin J, Mendehlsohn F, Dennis LJ, Fitzsimmons B-F:  Refractory

status epilepticus:  frequency, risk factors, and impact on outcome. *Arch Neurol* 2002;59:205-210.

29.* Claassen J, Lokin J, Fitzsimmons B-F, Mendehlson F, Mayer SA.  Predictors of functional disability and mortality after status epilepticus.  *Neurology* 2002;58;139-142.

30.* Kreiter KT, Copeland DL, Bernardini GL, Bates J, Peery S, Claassen J, Connolly ES, Du YE, Stern Y, Mayer SA:  Predictors of cognitive dysfunction after subarachnoid hemorrhage.  *Stroke* 2002;33:200-209.

31. Mack WJ, Mocco J, Hoh DJ, Huang J, Choudhri T, Kreiter K, Lozier A, Poisik A, Yorgason J, Solomon RA, Mayer SA, Connolly ES:  Outcome prediction with serum intracellular adhesion molecule-1 levels after aneurysmal subarachnoid hemorrhge.  *J Neurosurg* 2002;96:71-75.

32.* Claassen J, Hirsch LJ, Emerson RG, Mayer SA:  Treatment of refractory status epilepticus with pentobarbital, propofol, or midazolam:  a systematic review.  *Epilepsia*  2002;43:146-153.

33.* Claassen J, Carhuapoma JR, Kreiter KT, Du EY, Connolly ES, Mayer SA:  Global cerebral edema after subarachnoid hemorrhage:  frequency, predictors, and impact on outcome.  *Stroke* 2002;33: 1225-1232.

34.* Dennis LJ, Claassen J, Hirsch LJ, Emerson RG, Connolly ES, Mayer SA.  Nonconvulsive status epilepticus after subarachnoid hemorrhage.  *Neurosurgery* 2002;51;1136-1144.

35. Mocco J, Mack WJ, Kim GH, Lozier AP,  Laufer I, Kreiter KT, Sciacca RR, Solomon RA, Mayer SA, Connolly ES:  Rise in serum soluble intercellular adhesion molecule-1 levels with vasospasm following aneurysmal subarachnoid hemorrhage.  *J Neurosurg* 2002;97:537-541.

36.* Mayer SA, Kreiter KT, Copeland DL, Bernardini GL, Bates J, YE, Peery S, Connolly ES:  Global and domain-specific cognitive impairment and outcome after subarachnoid hemorrhage.  *Neurology* 2002;59:1750-1758.

37.* Claassen JK, Peery S, Kreiter KT, Hirsch LJ, Du EY, Connolly ES, Mayer SA:  Predictors and clinical impact of epilepsy after subarachnoid hemorrhage.  *Neurology* 2003 60: 208-214.

38.* Commichau C, Mayer SA, Scarmeas N:  Risk factors for fever in the neurological intensive care unit.  *Neurology* 2003; 60: 837-841.

39.* Claassen J, Hirsch LJ, Mayer SA:  Treatment of status epilepticus:  a survey of neurologists.  *J Neurol Sci* 2003;211;37-41.

40.* Ballard J, Kreiter KT, Copeland DL, Rosengart AJ, Kowalski B, Bates JE, Commichau C,

Bernardini GL, Connolly ES, Mayer SA:  Risk factors for continued cigarette use after subarachnoid hemorrhage.  *Stroke* 2003:34;1859-1863.

41.*   Mayer SA, Dennis LJ, Peery S, Fitzsimmons B-F, Du YE, Bernardini GL, Commichau C, Eldaief M:  Quantification of lethargy in the neuro-ICU:  the Sixty-Second Test. *Neurology* 2003;61:543-545.

42.   Berman MF, Solomon RA, Mayer SA, Yung P:  Impact of demographic and hospital-related factors on outcome following treatment for cerebral aneurysms. *Stroke*  2003 34: 2200-2207.

43.*   Claassen J, Vu A, Kreiter KT, Du EY, Connolly ES, Fitzsimmons B-F, Mayer SA: Impact of acute physiologic derangements on outcome after subarachnoid hemorrhage. *Crit Care Med* 2004;32:832-838.

44.   Hirsch LJ, Claassen J, Mayer SA, Emerson RG:  Stimulus-induced repetitive, paroxysmal or ictal discharges: a common EEG pattern in the critically ill.  *Epilepsia* 2004;45;109-123.

45.   Gupta R,  Connolly ES, Mayer SA, Elkind MSV:  Hemicraniectomy for massive middle cerebral artery territory infarction: a systematic review.  *Stroke*  2004;35:539-543.

46.   Naff NJ, Keyl P, Tuhrim S, Bederson J, Bullock R, Mayer SA, Schmutzhard E, Hanley DF.  Intrventricular thrombolysis speeds blood clot resolution: results of a pilot, prospective, randomized, double-blind controlled trial.  *Neurosurgery* 2004; 54: 577-584

47.*   Kowalski RG, Claassen J, Kreiter KT, Bates JE, Connolly ES, Mayer SA:  Initial misdiagnosis and outcome after subarachnoid hemorrhage.  *JAMA* 2004;291:866-869.

48.   Claassen J, Mayer SA, Kowalski RG, Emerson RG, Hirsch LJ: Detection of electrographic seizures with continuous EEG monitoring in critically ill patients. *Neurology* 2004;62;1743-1748.

49.   D'Ambrosio AL, Kreiter KT, Bush CA, Mayer SA, Solomon RA, Connolly ES.  Far lateral suboccipital approach for the treatment of proximal posterior inferior cerebellar artery aneurysms: surgical results and long-term outcome.  *Neurosurg*ery 2004; 55:39-54.

50.   D'Ambrosio AL, Sughrue ME,  Yorgason JG, Mocco JD, Kreiter KT,  Mayer SA, McKhann GM, Connolly ES.  Decompressive hemicraniectomy for poor grade aneurysmal subarachnoid hemorrhage patients with associated intracerebral hemorrhage: clinical outcome and quality of life assessment.  *Neurosurgery*  2005;56;12-20.

51.*   Naidech AM,  Janjua N, Kowalski RG, Kreiter KT, Ostapkovich ND, Fitzsimmons B-F, Parra A, Commichau C, Connolly ES, Mayer SA:  Predictors and impact of aneurysm rebleeding after subarachnoid hemorrhage.  *Arch Neurol*  2005;62;4109-416.

52.   Claassen J, Hirsch LJ, Kreiter KT, Du EY, Connolly ES, Emerson RG, <u>Mayer SA</u>: Quantitative continuous EEG for detecting delayed cerebral ischemia after subarachnoid hemorrhage.  *Clin Neurophysiol* 2005;115:2699-2710.

53.*  <u>Mayer SA</u>, Brun N, Broderick J, Davis S, Diringer MN, Skolnick B, Steiner T, for the Europe/Australasia NovoSeven ICH Trial Investigators.  Safety and feasibility of recombinant factor VIIa  for acute intracerebral hemorrhage.  *Stroke* 2005 36: 74 -79.

54.   Naidech AM, Kreiter KT, Janjua N, Ostapkovich N, Parra A, Commichau  C, Connolly ES, <u>Mayer SA</u>, Fitzsimmons BF.  Phenytoin exposure is associated with functional and cognitive disability after subarachnoid hemorrhage.  *Stroke* 2005;36:583-587.

55.   Naidech AM, Janjua N, Du Y, Kreiter KT, Parra A, Fitzsimmons B-F, Connolly ES, <u>Mayer SA</u>, Commichau C.  Milrinone versus dobutamine in subarachnoid hemorrhage related heart failure.  *Neurosurgery* 2005;56:21-27.

56.*  <u>Mayer SA,</u> Kowalski RG, Presciutti M, Ostapkovich ND, McGann E, Fitzsimmons B-F, Yavagal DY, Du EY, Naidech AM, Janjua N, Claassen J, Kreiter KT, Commichau C, Parra A: Clinical trial of a novel surface cooling system for fever control in neurocritical care patients. *Crit Care Med* 2005;32:2508-2515.

57.   Parra A, Kreiter KT, Williams S, Sciacca R, Mack MJ, Naidech AM, Commichau C, Fitzsimmons B-F, Janjua N, <u>Mayer SA</u>, Connolly ES:  Effect of prior statin use on functional outcome and delayed vasospasm after acute aneurysmal SAH:  a matched controlled cohort study.  *Neurosurgery* 2005;56;474-484.

58.*  <u>Mayer SA</u>, Brun N, Begtrup K, Broderick J, Davis S, Diringer MN, Skolnick B, Steiner T, for the NovoSeven ICH Trial Investigators:  Recombinant activated factor VII for acute intracerebral hemorrhage.  *New Engl J Med* 2005;352:777-785.   [Correspondence: *New Engl J Med* 2005;352:2133-2134].

59.   Kotomar RJ,  Mocco J, Ransom EJ,  Mack WJ, Zacharia BE, Wilson DA,  Naidech AM, McKhann GM,  <u>Mayer SA</u>, Fitzsimmons B-F, Connolly ES:  Herniation due to critical postcraniotomy cerebrospinal fluid hypovolemia.  *Neurosurgery* 2005;57:286-292.

60.*  Frontera JA, Fernandez A, Claassen J, Schmidt JM, Schumacher HC, Wartenberg KE, Temes RT, Parra A, Ostapkovich ND, <u>Mayer SA</u>:  Hyperglycemia after subarachnoid hemorrhage:  predictors, associated complications, and impact on outcome.  *Stroke* 2006;37:199-203.

61.*  Naidech AM, Kreiter KT, Janjua N, Ostapkovich ND, Parra A, Commichau C, Fitzsimmons B-F, Connolly ES, <u>Mayer SA</u>:  Cardiac troponin elevation, cardiovascular morbidity, and outcome after subarachnoid hemorrhage.  *Circulation* 2005;112:2851-2856.

62.* Wartenberg KE, Schmidt JM, Temes RE, Frontera JA, Ostapkovich ND, Parra A, Connolly ES, <u>Mayer SA</u>:  Medical complications after subarachnoid hemorrhage: frequency and impact on outcome.  *Crit Care Med* 2006;34:617-623.

63. Claassen J, Hirsch LJ,  Kapinos G,  Fernandez A,  Wittman J,  Emerson RG,  <u>Mayer SA</u>: Prognostic significance of continuous EEG monitoring in poor grade subarachnoid hemorrhage patients.  *Neurocrit Care* 2006;4:103-112

64. Mocco J, Ransom EA, Komotar RJ, Sergot PB, Ostapkovich ND, Schmidt JM, Kreiter KT, <u>Mayer SA,</u> Connolly ES:  Long-term domain-specific improvement following poor grade aneurysmal subarachnoid hemorrhage. *J Neurol* 2006;253:1278-1284.

65. Frontera JA, Rundek T, Schmidt JM, Parra A, Wartenberg KE, Temes RE, <u>Mayer SA</u>, Mohr JP, Marshall RS.  Cerebrovascular autoregulation and vasospasm after subarachnoid hemorrhage:  a pilot study.  *Neurology* 2006;66;727-729.

66. Davis S, Broderick J,  Hennerici M, Brun N, Diringer MN, <u>Mayer SA</u>, Skolnik B, Steiner T, for the Recombinant Activated Factor VII Intracerebral Hemorrhage Trial Investigators. Hematoma growth is a determinant of mortality and poor outcome after intracerebral hemorrhage.  *Neurology* 2006;66:1175-1181.

67.* <u>Mayer SA</u>, Brun N, Broderick J, Davis S, Diringer MN, Skolnick B, Steiner T, for the NovoSeven ICH Trial Investigators.  Recombinant activated factor VII for acute intracerebral hemorrhage:  U.S. phase II trial.  *Neurocrit Care* 2006;4:206-214.

68.* Frontera JA, Claassen J, Schmidt JM, Wartenberg KE, Temes R, Connolly ES, MacDonald RL, <u>Mayer SA</u>:  Prediction of symptomatic vasospasm after subarachnoid hemorrhage:  the Modified Fisher Scale.  *Neurosurgery* 2006;59:21-27.

69. Komotar RJ, Ransom ER, Mocco J, Zacharia BE, McKhann GM, <u>Mayer SA</u>, Connolly ES:  Critical post-craniotomy cerebrospinal fluid hypovolemia:  risk factors and outcome analysis. *Neurosurgery* 2006;59:284-290.

70. Steiner T, Diringer MN, Schneider D, <u>Mayer SA</u>, Begtrup K, Broderick J, Skolnik BE, Davis SM, for the Recombinant Activated Factor VII ICH Trial Investigators.   Dynamics of intraventricular hemorrhage in patients with spontaneous intracerebral hemorrhage: risk factors, clinical impact, and effect of hemostatic therapy with recombinant activated factor VII.  *Neurosurgery* 2006;59:767-774.

71. Mocco J, Ranson ER, Kotomar RJ, Schmidt JM, Sciacca RR, <u>Mayer SA</u>, Connolly ES: Preoperative prediction of long-term outcome in poor grade aneurysmal subarachnoid hemorrhage. *Neurosurgery* 2006; 59:529-538.

72.* Fernandez A, Schmidt JM, Claassen J, Pavlicova M, Huddleston D, Kreiter KT, Ostapkovich ND, Kowalski RG, Parra A, Connolly ES, <u>Mayer SA</u>:  Fever after subarachnoid hemorrhage: risk factors and impact on outcome.  *Neurology* 2007;68:1013-1019.

73.   Broderick J, Diringer MN, Davis S, Hill MD, Brun NC, Mayer SA, Begtrup K, Steiner T, Skolnik BE, for the Recombinant Activated Factor VII ICH Trial Investigators:  Determinants of intracerebral hemorrhage growth:  an exploratory analysis.  *Stroke* 2007;38;1072-1071

74.   Schmidt JM, Rincon F, Fernandez A, Resor C, Kowalski RG, Claassen J, Connolly ES, Fitzsimmons B-F, Mayer SA:  Cerebral infarction associated with acute subarachnoid hemorrhage.  *Neurocrit Care* 2007;7:10-17.

75.   Badjatia N, Kowalski RG,  Schmidt JM, Vorhees M, Claassen J,  Ostapkovich ND, Kreiter KT, Presciutti M, Connolly ES,  Palestrant D, Parra A, Mayer SA: Predictors and clinical implications of shivering during induced normothermia.  *Neurocrit Care* 2007;6;186-191.

76.   Ransom ER, Mocco J, Komotar RJ, Sahni D, Chang J, Hahn DK, Kim GH, Schmidt JM, Sciacca RR, Mayer SA, Connolly ES: External ventricular drainage response in poor grade aneurysmal subarachnoid hemorrhage: effect on preoperative grading and prognosis. *Neurocrit Care* 2007;6:174-180.

77.   Claassen J, Bateman BT, Wiley JZ, Inati S, Hirsch LJ, Mayer SA, Sacco RL,  Schumacher HC: Generalized convulsive status epilepticus after nontraumatic subarachnoid hemorrhage: the Nationwide Inpatient Sample.  *Neurosurgery*  2007;61;60-65.

78.   Bateman BT, Claassen J, Wiley JZ, Hirsch LJ, Mayer SA, Sacco RL, Scumacher HC: Convulsive status epilepticus after ischemic stroke and intracerebral hemorrhage: frequency, predictors, and impact on outcome in a large administrative dataset.  *Neurocrit Care* 2007;7:187-193.

79.   Komotar RJ, Hahn DK, Kim GH, Khandji J, Mocco J, Mayer SA, Connolly ES: The impact of microsurgical fenestration of the lamina terminalis on shunt-dependent hydrocephalus and vasospasm following aneurysmal subarachnoid hemorrhage.  *Neurosurgery* 2007:62:123-132.

80.   Diringer MN, Ferran J-M, Broderick J, Davis S, Mayer SA, Steiner T, Brun NC, Skolnik BE, Christensen MC, on behalf of the rFVIIa ICH Trial Investigators:  Impact of recombinant activated factor VII on health-related quality of life after intracerebral hemorrhage. *Cerebrovasc Dis* 2007;24;219-225.

81.   Claassen J, Jetté N, Chum F, Green R, Schmidt JM, Choi H, Frontera J, Connolly EWS, Emerson RG, Mayer SA, Hirsch LJ:   Electrographic seizures and periodic discharges after intracerebral hemorrhage.  *Neurology* 2007;69:1356-1365.

82.   Naidech AM, Wartenberg K, Parra A, Ostapkovich ND, Connolly ES, Mayer SA, Commichau C:  Higher hemoglobin is associated with improved outcome after subarachnoid hemorrhage.  *Crit Care Med* 2007;35:2383-2389.

83.   Waziri A, Fusco D, Mayer SA, McKhann GM, Connolly ES:  Post-operative hydrocephalus in patients undergoing decompressive hemicraniectomy.  *Neurosurgery* 2007; 61:489-494.

84.   Diringer MN, Skolnik BE, Mayer SA, Steiner T, Davis S, Brun NC, Broderick J:  Risk of thromboembolic events in controlled trials of rFVIIa in spontaneous intracerebral hemorrhage. *Stroke* 2008;39:850-856.

85.   Frontera J, Fernandez A, Schmidt JM, Claassen J, Wartenberg K, Rincon F, Mayer SA: Nosocomial infectious complications of subarachnoid hemorrhage. *Neurosurg* 2008; 62:80-87.

86.   Kim GH, Kellner CP, Hahn DK, Desantis BM, Musabbir M, Starke RM, Rynkowski M, Komotar RJ, Otten ML, Sciacca R, Schmidt JM, Mayer SA, Connolly ES:  Monocyte chemoattractant protein-1 predicts outcome and vasospasm following aneurysmal subarachnoid hemorrhage. *J Neurosurg* 2008;109:38-43

87.   Mack WJ, Hickman ZL, Ducret AF, Kalyvas JT, Garrett MB, Starke RM, Komotar RJ, Lavine SD, Meyers PM, Mayer SA, Connolly ES:  Pupillary reactivity upon hospital admission predicts long-term outcome in poor grade aneurysmal subarachnoid hemorrhage patients. *Neurocrit Care* 2008;8:374-379

88.*  Mayer SA, Brun NC, Begtrup K, Broderick J, Davis S, Diringer MN, Skolnick BE, Steiner T: Efficacy and safety of recombinant activated factor VII for acute intracerebral hemorrhage. *New Engl J Med* 2008;358:2127-2137.

89.*  Schmidt JM, Wartenberg KE, Fernandez A, Claassen J, Rincon F, Ostapkovich ND, Badjatia N, Parra A, Connolly ES, Mayer SA: Frequency and clinical impact of asymptomatic cerebral infarction due to vasospasm after subarachnoid hemorrhage. *J Neurosurg* 2008;109:1052-1059.

90.   Frontera J, Shimbo D, Parra A, Fernandez A, Schmidt JM, Peter P, Claassen J, Wartenberg K, Rincon F, Mayer SA:  Cardiac arrhythmias after subarachnoid hemorrhage:  risk factors and impact on outcome. *Cerebrovasc Dis* 2008; 26:71-78.

91.   Starke RM, Kim GH, Fernandez A, Hickman ZL, Ducruet AF, Kellner CP, Hahn DK, Chwajol M,  Komotar RJ,  Mayer SA,  Connolly ES:  Impact of a protocol for acute antifibrinolytic therapy on aneurysm rebleeding after subarachnoid hemorrhage. *Stroke* 2008;39:2617-2621.

92.   Starke R, Kim G, Komotar R, Hickman Z, Black E, Rosales M, Kellner C, Hahn D, Otten M, Edwards J, Wang T, Russo J, Mayer SA, Connolly ES:  Endothelial nitric oxide synthase gene single nucleotide polymorphism predicts cerebral vasospasm following aneurysmal subarachnoid hemorrhage. *J Cereb Blood Flow Metab* 2008;28:1204-1211.

93.   MacDonald RL, Kassell N, Mayer SA, Ruefenacht D, Schmiedek P, Weidauer S, Bach D, Frey A, Roux S, Pasqualin A, for the CONSCIOUS-1 Investigators:  Clazosentan to overcome neurological ischemia and infarction occurring after subarachnoid hemorrhage (CONSCIOUS-1): randomized, double-blind, placebo-controlled phase 2 dose-finding

trial. *Stroke* 2008; 39: 3015-3021.

94.   Badjatia N, Strongilis E, Gordon E, Presciutti M, Fernandez L, Fernandez A, Buitrago M, Schmidt MJ, Osptapkovich ND, Mayer SA:  Metabolic impact of shivering during therapeutic temperature modulation:  the Bedside Shivering Assessment Scale. *Stroke* 2008;39:3242-3247

95.   Oddo M, Schmidt JM, Carrerra E, Badjatia N, Connolly ES, Presciutti M, Ostapkovich ND, Levine J, Le Roux P, Mayer SA:  Impact of tight glycemic control on brain glucose levels after severe brain injury:  a microdialysis study. *Crit Care Med* 2008;36:3233-3238.

96.   Kim GH, Hahn DK, Kellner CP, Komotar RJ, Starke R, Rynkowski MA, Yao J, Cleveland J, Mayer SA, Connolly ES:  The incidence of heparin-induced thrombocytopenia type II in subarachnoid hemorrhage patients treated with heparin versus enoxaparin. *J Neurosurg* 2008;109:38-43.

97.   Carrerra E, Claassen J, Oddo M, Emerson R, Mayer SA, Hirsch LJ:  Continuous electroencephalographic monitoring in critically-ill patients with central nervous system infection. *Arch Neurol* 2008;65:1612-1618

98.*   Mayer SA, Davis SA, Skolnick BE, Brun NC, Begtrup K, Broderick JC, Diringer MN, Steiner T, on behalf of the FAST trial investigators:  Can a subset of intracerebral hemorrhage patients benefit from hemostatic therapy with recombinant activated factor VII? *Stroke* 2009;40:833-840.

99.   Barras CD, Tress BM, Christensen S, MacGregor L, Collins M, Desmond PM, Skolnick BE, Mayer SA, Broderick J, Diringer M, Steiner T, Davis S, for the Recombinant Activated Factor VII Intracerebral Hemorrhage Trial Investigators:  Density and shape as CT predictors of intracerebral hemorrhage growth. *Stroke* 2009:40:1325-1331

100.   Christensen MC, Mayer SA, Ferran J-M:  Quality of life after intracerebral hemorrhage: results of the FAST trial. *Stroke* 2009;40:1677-1682.

101.   Badjatia N, Strongilis E, Presciutti M, Fernandez L, Buitrago M, Schmidt JM, Mayer SA: Metabolic benefits of surface counterwarming during therapeutic temperature modulation. *Crit Care Med* 2009;37:1893-1897.

102.   Christensen MC, Mayer SA, Vincent C, Ferran J-M, Kissela B:  Depressed mood after intracerebral hemorrhage: the FAST trial. *Cerebrovasc Dis* 2009;27:353–360.

103.   Seder DB, Lee K, Rahman C, Rossan-Raghunath N, Fernandez L, Rincon F, Claassen J, Gordon E, Mayer SA, Badjatia N:  Safety and feasibility of percutaneous tracheostomy performed by neurointensivists. *Neurocrit Care* 2009;10;264-268.

104.   Oddo M, Carrerra E, Claassen J, Mayer SA, Hirsch LJ: Continuous electroencephalography in the medical intensive care unit. *Crit Care Med* 2009;37:2051-2056.

105.   Badjatia N, Fernandez L, Schlossberg M, Schmidt JM, Gordon E, Claassen J, Lee K, Connolly ES, <u>Mayer SA</u>, Rosenbaum M:  Relationship between energy balance and complications after subarachnoid hemorrhage.  *J Pareneter Ent Nutr*  2010;34:64-69.

106.*  Frontera JA, Fernandez A, Schmidt JM, Claassen J, Wartenberg K, Badjatia N, Connolly ES, <u>Mayer SA</u>:  Defining vasospasm after subarachnoid hemorrhage:  what is the most clinically-relevant definition?  *Stroke* 2009;40:1963-1968.

107.*  Carrerra E, Schmidt JM, Oddo M, Fernandez L, Ostapkovich ND, Gordon E, Claassen J, Rincon F, Seder D, Lee K, Badjatia N, Connolly ES, <u>Mayer SA</u>:  Prognostic value of transcranial Doppler ultrasound in the acute phase of subarachnoid hemorrhage.  *Cerebrovasc Dis* 2009;27:579-584.

108.   Mack WJ, Ducruet AF, Hickman ZL, Kalyvas JT, Cleveland JR, Mocco J, Schmidt JM, <u>Mayer SA</u>, Connolly Jr ES. Doppler ultrasonography screening of poor grade subarachnoid hemorrhage patients increases the diagnosis of deep venous thrombosis. *Neurol Res* 2008; 30:889-92.

109.   Starke RM, Komotar RJ, Otten ML, Schmidt JM, Fernandez LD, Rincon F, Gordon E, Badjatia N, <u>Mayer SA</u>, Connolly ES:  Predicting long-term outcome in poor grade aneurysmal subarachnoid haemorrhage patients utilising the Glasgow Coma Scale.  *J Clin Neurosci*. 2009;16:26-31.

110.   Zacharia BE, Ducret AF, Hickman ZL, Grobelny BT, Narula R, Ko LN, Cohen ME, <u>Mayer SA</u>, Connolly ES:  Renal dysfunction as an independent predictor of outcome following aneurysmal subarachnoid hemorrhage: a single-center cohort study.  *Stroke* 2009;49:2375-2381.

111.   Oddo M, Levine JM, Frangos S, Carrerra E, Maloney-Wilensky E, Pascual JL, Kofke A, <u>Mayer SA</u>, LeRoux P:  Effect of mannitol and hypertonic saline on cerebral oxygenation in patients with severe traumatic brain injury and refractory intracranial hypertension. *J Neurol Neurosurg Psychiatry* 2009;80:916-920.

112.   Kreiter KT, <u>Mayer SA</u>, Howard G, Knappertz V, Ilodigwe D, Sloan MA, Macdonald RL: Sample size estimates for clinical trials of vasospasm in subarachnoid hemorrhage.  *Stroke* 2009;40:2362-2367.

113.*  Carrerra E, Schmidt JM, Oddo M, Fernandez L, Claassen J, Seder D, Lee K, Badjatia N, Connolly ES, <u>Mayer SA</u>:  Transcranial Doppler for predicting delayed cerebral ischemia after subarachnoid hemorrhage.  *Neurosurgery* 2009; 65:316-324.

114.   Waziri A, Claassen J, Arif H, Stuart RM, Schmidt JM, <u>Mayer SA</u>, Kull LL, Connolly ES, Emerson RG, Hirsch LJ:  Intracortical electroencephalography in acute brain injury.  *Ann Neurol* 2009;66:366-377

115.* Springer MV, Schmidt JM, Wartenberg KE, Frontera JA, Badjatia N, Mayer SA: Predictors of global cognitive impairment one year after subarachnoid hemorrhage. *Neurosurgery* 2010;65:1043-1050.

116.* Carrera E, Kurtz P, Fernandez L, Claassen J, Lee K, Schmidt JM, Marshall RS, Connolly ES, Badjatia N, Mayer SA: Cerebrovascular reactivity and delayed cerebral ischemia after acute subarachnoid hemorrhage. *Arch Neurol* 2010;67:434-439.

117. Katz JN, Gore JM, Amin A, Anderson FA, Dasta JF, Ferguson JJ, Kleinschmidt K, Mayer SA, Multz A, Peacock F, Peterson E, Pollack C, Sung GY, Shorr A, Varon J, Wyman A, Granger CB, on behalf of the STAT Investigators: Practice patterns, outcomes, and end-organ dysfunction for patients with severe acute hypertension: the STAT registry. *Am Heart J* 2009;158:599-606.e1.

118. Ducret AF, Hickman ZL, Zacharia BE, Grobelny BT, Narula RE, Guo K-H, Claassen J, Lee K, Badjatia N, Mayer SA, Connolly ES: Exacerbation of perihematomal edema and sterile meningitis with intraventricular administration of tissue plasminogen activator in patients with intracerebral hemorrhage. *Neurosurgery* 2009; 66:648-655

119. Hanafy K, Stuart RM, Fernandez L, Schmidt JM, Claassen J, Lee K, Connolly ES, Mayer SA, Badjatia N: Cerebral inflammatory response and predictors of admission clinical grade after aneurysmal subarachnoid hemorrhage. *J Clin Neurosci* 2010;17:22-25.

120. Starke RM, Komotar RJ, Kim GH, Kellner CP, Otten ML, Hahn DK, Schmidt J M, Sciacca RR, Mayer SA, Connolly ES. Evaluation of a revised Glasgow Coma Scale score in predicting long-term outcome of poor grade aneurysmal subarachnoid hemorrhage patients. *J Clin Neurosci.* 2009;16:894-899.

121.* Badjatia NB, Fernandez L, Schmidt JM, Ostapkovich ND, Lee KR, Claassen J, Connolly ES, Mayer SA: Impact of induced normothermia after subarachnoid hemorrhage: a case-control study. *Neurosurgery* 2010;66:696-701.

122. Diringer MN, Skolnik BE, Mayer SA, Steiner T, Davis SM, Brun NC, Broderick JP: Thromboembolic events with recombinant activated factorVII in spontaneous ICH: results from the Factor Seven for Acute Hemorrhagic Stroke (FAST) trial. *Stroke* 2010; 41:48-53.

123. Hanafy KA, Groebelny B, Fernandez L, Kurtz P, Connolly ES, Schmidt JM, Mayer SA, Schindler C, Badjatia N: Brain interstitial fluid TNF-α after subarachnoid hemorrhage. *J Neurol Sci* 2010:291;69-73.

124. Hanafy KA, Stuart, RM, Khandji A, Connolly ES, Badjatia N, Mayer SA, Schindler C: Relationship between brain interstitial tumor necrosis factor-alpha and cerebral vasospasm after aneurysmal subarachnoid hemorrhage. *J Clin Neurosci* 2010;17:853-856.

125. Carrerra E, Schmidt JM, Fernandez L, Kurtz P, Merkow M, Stewart RM, Lee K, Claassen J, Connolly ES, Mayer SA, Badjatia N: Spontaneous hyperventilation and brain tissue hypoxia

in patients with severe brain injury. *J Neurol Neurosurg Psychiatry* 2010;81:793-797.

126. Helbok R, Schmidt JM, Kurtz P, Hanafy KA, Fernandez L, Presciutti M, Ostapkovich ND, Stuart RM, Connolly ES, Lee K, Badjatia N, Mayer SA, Claassen J: Systemic glucose and brain energy metabolism after subarachnoid hemorrhage: a microdialysis study. *Neurocrit Care* 2010;12;317-323.

127. Rincon F, Mayer SA, Rivolta J, Stillman J, Boden-Albala B, Elkind M, Marshall RS, Chong GY: Impact of delayed transfer of critically-ill stroke patients from the emergency department to the neuro-ICU. *Neurocrit Care* 2010;13:75-81.

128.* Frontera JA, Fernandez A, Schmidt JM, Claassen J, Wartenberg KE, Badjatia N, Connolly ES, Mayer SA: Clinical response to hypertensive hypervolemic therapy and outcome after subarachnoid hemorrhage. *Neurosurgery* 2010; 66:35-41.

129. Rincon F, Gordon E, Stark RM, Buitrago MM, Fernandez A, Schmidt JM, Claassen J, Wartenberg KE, Frontera J, Seder D, Palestrant D, Connolly ES, Lee K, Mayer SA, Badjatia N: Predictors of long-term shunt dependent hydrocephalus after aneurysmal subarachnoid hemorrhage. *J Neurosurg* 2010;113:774-780.

130. Dumont AS, Crowley RW, Monteith SJ, Ilodigwe D, Kassell NF, Mayer SA, Ruefenacht D, Schmiedek P, Weidauer S, Bach D, Frey A, Roux S, Pasqualin A, Macdonald RL: Endovascular treatment or neurosurgical clipping of ruptured intracranial aneurysms: effect on angiographic vasospasm, delayed ischemic neurological deficit, cerebral infarction and clinical outcome. *Stroke* 2010;41:2519-2524.

131. Stuart RM, Schmidt JM, Kurtz P, Waziri A, Helbok R, Mayer SA, Lee K, Badjatia N, Hirsch LJ, Connolly ES, Claassen J: Intracranial multimodal monitoring for acute brain injury: a single institution review of current practices. *Neurocrit Care* 2010;12;188-198.

132. Kim GH, Kellner CP, Hickman ZL, Zacharia BE, Starke RM, Hwang BY, Ducret AF, Fernandez L, Mayer SA, Tracey KJ, Connolly ES: A phase I clinical trial of tiopronin, a putative neuroprotective agent, in aneurysmal subarachnoid hemorrhage. *Neurosurgery* 2010 67;182-185.

133. Kurtz P, Schmidt JM, Claassen J, Carrerra E, Fernandez L, Helbok R, Presciutti M, Stuart RM, Connolly ES, Badjatia N, Mayer SA, Lee K: Anemia is associated with brain tissue hypoxia and metabolic crisis after subarachnoid hemorrhage. *Neurocrit Care* 2010;13:10-16.

134. Stuart RM, Waziri A, Weintraub D, Schmidt JM, Fernandez L, Helbok R, Kurtz P, Lee K, Badjatia N, Emerson N, Mayer SA, Connolly ES, Hirsch LJ, Claassen J: Intracortical EEG for the detection of vasospasm in patients with poor-grade subarachnoid hemorrhage. *Neurocrit Care* 2010;13:355-358

135.* Temes RE, Tessitore E, Schmidt, JM, Naidech AM, Fernandez A, Ostapkovich ND, Frontera JA, Wartenberg KE, DiTullio MR, Connolly ES, Badjatia N, Mayer SA, Parra A: Left

ventricular dysfunction and cerebral infarction from vasospasm after subarachnoid hemorrhage. *Neurocrit Care* 2010;13;358-365.

136. Helbok R, Kurtz P, Schmidt JM, Stuart RM, Fernandez L, Malhotra R, Presciutti M, Ostapkovich ND, Connolly ES, Lee K, Badjatia N, <u>Mayer SA</u>, Claassen J: Effect of mannitol on brain metabolism and tissue oxygenation in severe haemorrhagic stroke. *J Neurol Neurosurg Psychiatry* 2010;82:378-383.

137.* Seder DB, Schmidt JM, Badjatia N, Rincon F, Claassen J, Gordon E, Carrerra E, Kurtz P, Merkow M, Fernandez L, Lee K, Connolly ES, <u>Mayer SA</u>: Transdermal nicotine replacement therapy in cigarette smokers with acute subarachnoid hemorrhage. *Neurocrit Care* 2011;14: 77-83.

138.* Schmidt JM. Ko SB, Helbok R, Kurtz P, Stuart RM, Presciutti M, Fernandez L. Lee K, Badjatia N, Connolly ES, Claassen, <u>Mayer SA</u>: Cerebral perfusion pressure thresholds for brain tissue hypoxia and metabolic crisis after poor-grade subarachnoid hemorrhage. *Stroke* 2011;42:1531-1536.

139. Sonnabend A, Crisman C, Korenfeld Y, Badjatia N, <u>Mayer SA</u>, Connolly ES: Prevention of ventriculostomy-related infections with prophylactic antibiotics and antibiotic-coated external ventricular drains: a systematic review. *Neurosurgery* 2011;68:996-1005.

140. Ko S-B, Choi A, Carpenter AM, Helbok R, Schmidt JM, Badjatia N, Claassen J, Connolly ES, <u>Mayer SA</u>, Lee K: Quantitative volumetric analysis of clot burden for predicting delayed cerebral ischemia after subarachnoid hemorrhage. *Stroke* 2011;42:669-674.

141. Crowley RW, Mendell R, Dumont AS, Crowley D, Kassel NF. <u>Mayer SA</u>, Ruefenacht D, Schmiedek P, Weidauer S, Bach D, Frey A, Roux S, Pasqualin A, Macdonald RL: Angiographic vasospasm is strongly correlated with cerebral infarction after subarachnoid hemorrhage. *Stroke* 2011;42:919-923.

142. Tam AKH, Ilodigwe D, Mocco J, <u>Mayer SA</u>, Kassell N, Fuefenacht D, Schmiedel P, Weidauer S, Pasqualin A, Macdonald RL: Impact of systemic inflammatory response syndrome on vasospasm, cerebral infarction, and outcome after subarachnoid hemorrhge: exploratory analysis of the CONSCIOUS-1 trial. *Neurocrit Care* 2010;13:182-189.

143. Choi HA, Ko S-B, Presciutti M, Fernandez L, Carpenter AM, Lesch C, Gilmore E, Malhotra R, <u>Mayer SA</u>, Lee K, Claassen J, Schmidt JM, Badjatia N: Prevention of shivering during therapeutic temperature modulation: The Columbia Anti-Shivering Protocol. *Neurocrit Care* 2011;14:389-394.

144.* Wartenberg KE, Sheth SJ, Schmidt JM, Frontera JA, Rincon F, Ostapkovich ND, Parra A, Badjatia N, Khandji A, <u>Mayer SA</u>: Acute ischemic injury on diffusion-weighted magnetic resonance imaging in poor-grade subarachnoid hemorrhage. *Neurocrit Care* 2011;14:407-414.

145. Wunsch H, Gershengorn H, Mayer SA, Claassen J:  The effect of natural light on critically-ill patients with subarachnoid hemorrhage. *Critical Care* 2011;15:810-815.

146. Grobelny BT, Ducruet AF, DeRosa PA, Kotchetkov IS, Zacharia BE, Hickman ZL, Fernandez L, Narula R, Claassen J, Lee K, Badjatia N, Mayer SA, Connolly ES:  Gain-of-function polymorphisms of cystathionine β-Synthase decrease the incidence of delayed cerebral ischemia following aneurysmal subarachnoid hemorrhage.  *J Neurosurg* 2011;115:101-107.

147. Stuart RM, Helbok R, Kurtz P, Schmidt JM, Fernandez L, Lee K, Badjatia N, Mayer SA, Lavine S, Meyers P, Connolly ES, Claassen J:  High-dose intra-arterial verapamil for the treatment of cerebral vasospasm after subarachnoid hemorrhage: prolonged effects on hemodynamic parameters and brain metabolism.  *Neurosurgery* 2011;68:337-345.

148. Helbok R, Madineni RC, Schmidt JM, Kurtz P, Fernandez L, Ko S-B, Choi A, Stuart RM, Connolly ES, Lee K, Badjatia N, Mayer SA, Khandji A, Claassen J:  Intracerebral monitoring of silent infarcts after subarachnoid hemorrhage. *Neurocrit Care* 2011;14:162-167.

149.* Kurtz P, Fitts V, Sumer Z, Cook J, Kvetan V, Mayer SA, on behalf of the GNYHA Critical Care Leadership Committee:  How does care differ for neurological patients admitted to a neurocritical care versus a general ICU?  *Neurocrit Care* 2011;15:477-480.

150.* Mayer SA, Kurtz P, Wyman A, Sung GY, Multz A, Amin A, Varon J, Granger CB, Anderson FA, on behalf of the STAT Investigators:  Clinical practices, complications, and mortality in neurological patients with acute severe hypertension:  the STAT registry.  *Crit Care Med* 2011;39:2330-2336.

151. Helbok R, Ko S-B, Schmidt JM, Kurtz P, Fernandez L, MD[1]; Choi A, Connolly ES, Lee K, Badjatia N, Mayer SA, Claassen J:  Global cerebral edema and brain metabolism after subarachnoid hemorrhage. *Stroke* 2011;42:1534-1539.

152. Shulkin DJ, Alexandrov AW, Bernard D, Brophy GM, Hess D, Kohlbrenner J, Martin-Schild S, Mayer SA, Peacock WF, Qureshi AI, Sung GY, Jewell KE, Lyles A.  Impact of systems of care and blood pressure management on stroke outcomes.  *Popul Health Manag* 2011;14:267-275.

153. Badjatia N, Carpenter A, Fernandez L, Schmidt JM, Mayer SA, Claassen J, Lee K, Connolly ES, Seres D, Elkind MSV.  Relationship between C-reactive protein, systemic oxygen consumption and delayed cerebral ischemia after aneurysmal subarachnoid hemorrhage.  *Stroke* 2011;42:2436-2442

154.* Ko S-B, Choi A, Helbok R, Parikh G, Schmidt JM, Lee K, Badjatia N, Claassen J, Connolly ES, Mayer SA:  Multimodality monitoring for cerebral perfusion pressure optimization in comatose patients with intracerebral hemorrhage.  *Stroke* 2011 42:3087-3092.

155. Macdonald RL, Higashida R, Keller E, Mayer SA, Molyneux A, Raabe A, Vajkoczy P, Wanke I, Bach D, Frey A, Marr A, Roux S, Kassell N: CONSCIOUS-2: randomised clinical trial of clazosentan in patients with aneurysmal subarachnoid haemorrhage undergoing surgical clipping. *Lancet Neurol* 2011;10:618-625.

156. Naff N, Williams M, Keyl PM, Tuhrim S, Bullock MR, Mayer SA, Coplin W, Narayan R, Haines S, Cruz-Flores S, Zucarello M, Brock D, Marmarou A, Rhoney D, McBee N, Lane C, Hanley DF:  Low-dose rt-PA enhances clot resolution in brain hemorrhage:  the Intraventricular Hemorrhage Thrombolysis Trial.  *Stroke* 2011;42:3009-3016.

157. Zacharia BE, Ducruet AF, Hickman ZL, Grobelny B, Badjatia N, Mayer SA, Berman MF, Solomon RA, Connolly ES: Technological advances in the management of unruptured intracranial aneurysms fail to improve outcome in New York State. *Stroke* 2011;42:2844-2849.

158. Ibrahim GM, Vachhrajani S, Ilodigwe D, Kassell NF, Mayer SA, Ruefenacht D, Schmiedek P, Weidauer S, Pasqualin A, Macdonald RL, M.D:  Method of aneurysm treatment does not affect clot clearance after aneurysmal subarachnoid hemorrhage.  *Neurosurgery* 2012;70:102-109.

159. Silbergleit R, Durkalski V, Lowenstein D, Conwit R, Pancioli A, Palesch Y, Barsan W, for the NETT Investigators:  Intramuscular versus intravenous therapy for prehospital status epilepticus.  *New Engl J Med* 2012;366:591-600.

160. Appelboom G, Piazza MA, Hwang BY, carpenter A, Bruce SS, Mayer SA, Connolly ES: Severity of intraventricular extension correlates with level of admission glucose after intracerebral hemorrhage.  *Stroke* 2011;42;1883-1888.

161. Bruce SS, Appelboom G, Piazza M, Hwang BY, Kellner C, Carpenter AM, Bagiella E, Mayer SA, Connolly ES: A comparative evaluation of existing grading scales in intracerebral hemorrhage.  *Neurocrit Care* 2011;15:498-505.

162. Lord AS, Fernandez L, Schmidt JM, Mayer SA, Claassen J, Lee K, Connolly ES, Badjatia N: Impact of rebleeding on the course and incidence of vasospasm after subarachnoid hemorrhage.  *Neurology* 2012;78:31-37.

163.* Christensen  MC, Morris S, Vallejo-Torres L, Vincent C, Mayer SA:   Neurological impairment among survivors of intracerebral hemorrhage: results of the Factor Seven for Acute Hemorrhagic Stroke (FAST) Trial.  *Neurocrit Care* 2012;16:224-231.

164. Badjatia N, Seres D, Carpenter A, Fernandez L, Schmidt JM, Lee K, Mayer SA, Claassen J, Connolly ES, Blaner W, Elkind MSV:  Free fatty acids and delayed cerebral ischemia after subarachnoid hemorrhage.  *Stroke* 2012;43:691-696.

165. Starke RM, Komotar RJ, Hwang BY, Rincon F, Kotchetkov IS, Mayer SA, Connolly:  The role of fever in ventriculoperitoneal shunt placement following aneurysmal subarachnoid

hemorrhage.  *Neurosurgery*  2012;70:1361-1368.

166. Schmidt JM, Claassen J, Ko S-B, Lantigua H, Presciutti M, Lee K, Connolly ES, <u>Mayer SA,</u> Seres D, Badjatia N:  Nutritional support and brain tissue glucose metabolism in poor-grade SAH:  a retrospective observational study.  *Crit Care* 2012; 16(1): R15.

167. Appelboom G, Piazza M, Hwang BY, Bruce S, Smith S, Bratt A, Bagiella E, Badjatia N, <u>Mayer SA</u>, Connolly ES: Complement Factor H Y402H polymorphism is associated with an increased risk of mortality after intracerebral hemorrhage. *J Clin Neurosci*  2011;18:1439-1442.

168. MacDonald RL, Hunsche E, Schüler R, Wlodarczyk J, <u>Mayer SA</u>:  Quality of life and healthcare resource use associated with angiographic vasospasm after aneurysmal subarachnoid hemorrhage.  *Stroke* 2012;43:1082-1088.

169. Macdonald RL, Higashida R, Keller E, <u>Mayer SA</u>, Molyneux A, Raabe A, Vajkoczy P, Wanke I, Bach D, Frey A, Nowbakht P, Roux S, Kassell N:  Randomized trial of clazosentan in patients with aneurysmal subarachnoid hemorrhage undergoing endovascular coiling. *Stroke* 2012;43:1463-1469.

170.* Ko S-B, Choi HA, Parikh G, Schmidt JM, Le K, Badjatia N, Claassen J, Connolly ES, <u>Mayer SA</u>:  Real time estimation of brain water content in comatose patients.  *Ann Neurol* 2012;73:344-350.

171. Barras CD, Tress BM, Christensen S, Collins M, Desmond PM, Skolnick BE, <u>Mayer SA</u>, Broderick J, Diringer M, Steiner T, Davis SM, for the Recombinant Activated Factor VII Intracerebral Hemorrhage Trial Investigators:  Quantitative, non-contrast CT densitometry for predicting intracerebral hemorrhage growth. *AJNR* 2013 (in press).

172.* Ong C, Gilmore E, Forman B, Claassen J, <u>Mayer SA</u>:  Impact of prolonged periodic epileptiform discharges on coma prognosis.  *Neurocritical Care* 2012;17:39-44.

173. Choi AH, Ko S-B, Chen H, Gilmore E, Carpenter AM, Lee D, Claassen J, <u>Mayer SA</u>, Schmidt JM, Lee K, Connolly ES, Paik M, Badjatia NB:  Acute effects of nimodipine on cerebral vasculature and brain metabolism in high grade subarachnoid hemorrhage patients. *Neurocrit Care* 2012:16:363-367.

174. Helbok R, Kurtz P, Schmidt JM, Stuart EM, Fernandez l, Connolly ES, Lee K, Schmutzhard E, <u>Mayer SA</u>, Claassen J, Badjatia N:  Effects of the neurological wake-up test on clinical examination, intracranial pressure, brain metabolism and brain tissue oxygenation in severely head-injured patients.  *Crit Care* 2012; 16(6):R226

175. Appelboom G, Piazza M, Bruce SS, Zoller SD, Hwang B, Monahan A, Hwang RY, Kisslev S, <u>Mayer SA</u>, Meyers PM, Badjatia N, Connolly ES Jr.  Variation in a locus linked to platelet aggregation phenotype predicts intraparenchymal hemorrhagic volume. *Neurol Res* 2012;34:232-237

176. Silbergleit R, Biros MH, Harney D, Dickert N, Baren J, for the NETT Investigators: Implementation of the exception from informed consent regulations in a large multicenter emergency clinical trials network: the RAMPART experience. *Acad Emerg Med* 2012;19:448-454

177. Ortega-Gutierrez S, Thomas J, Reccius A, Agarwal S, Lantigua H, Li M, Carpenter A, Mayer SA, Schmidt JM, Lee K, Claassen J, Badjatia N, Lesch C: Effectiveness and safety of nicardipine and labetalol infusion for blood pressure management in patients with intracerebral and subarachnoid hemorrhage. *Neurocrit Care* 2013;18:13-19.

178. Rincon F, Lyden P, Mayer SA: Relationship between temperature, hematoma growth, and functional outcome after intracerebral hemorrhage. *Neurocrit Care* 2013;18:45-53.

179. Appelboom G, Piazza M, Han JE, Bruce SS, Hwang B, Monahan A, Hwang RY, Kisslev S, Mayer SA, Meyers PM, Badjatia N, Connolly ES Jr: von Willebrand factor genetic variant associated with hematoma expansion after intracerebral hemorrhage. *J Stroke Cerebrovasc Dis* 2012 (in press)

180. Helbok R, Kurtz P, Vibbert M, Schmidt JM, Fernandez L, Stuart RM, Connolly ES, Lee K, Claassen J, Mayer SA, Badjatia N: Early neurological deterioration after subarachnoid hemorrhage: risk factors and impact on outcome. *J Neurol Neurosurg Psychiatry* 2013;84:266-270.

181.* Rincon F, Mayer SA: The epidemiology of intracerebral hemorrhage in the United States from 1979 to 2008. *Neurocrit Care* 2013;19:95-102.

182. Ellis JA, Goldstein H, Meyers PM, Lavine SD, Connolly ES, Mayer SA, Badjatia N, Altschul D: Post-subarachnoid hemorrhage vasospasm in patients with primary headache disorders. *Neurocrit Care* 2013;18:362-367.

183. Jaja BN, Cusimano MD, Etminan N, Hanggi D, Hasan D, Ilodigwe D, Lantigua H, Le Roux P, Lo B, Louffat-Olivares A, Mayer SA, Molyneux A, Quinn A, Schweizer TA, Schenk T, Spears J, Todd M, Torner J, Vergouwen MD, Wong GK, Singh J, Macdonald RL: Clinical prediction models for aneurysmal subarachnoid hemorrhage: a systematic review. *Neurocrit* Care 2013;18:143-153.

184. Claassen J, Perotte A, Albers D, Kleinberg S, Schmidt JM, Tu B, Badjatia N. Lantigua H, Hirsch LJ, Mayer SA, Connolly ES, Hripcsak G: Nonconvulsive seizures after subarachnoid hemorrhage: multimodality detection and outcomes. *Ann Neurol* 2013;74:53-64.

185. Jeon S-B, Parikh G, Choi HA, Lee K, Lee JH, Schmidt JM, Badjatia N, Mayer SA, Claassen J: Acute cerebral microbleeds in refractory status epilepticus. *Epilepsia* 2013;54:e66-68.

186. Appelboom G, Bruce SS, Hickman ZL, Zacharia BE, Carpenter AM, Vaughan KA, Duren A, Hwang RY, Piazza M, Lee K, Claassen J, Mayer SA, Badjatia N, Connolly ES Jr:  Volume dependent effect of perihematomal oedema on outcome for spontaneous intracerebral haemorrhages. *J Neurol Neurosurg Psychiatr* 2013;84:488-493.

187. Macdonald RL, Higashida RT, Keller E, Mayer SA, Molyneux A, Raabe A, Vajkoczy P, Wanke I, Bach D, Frey A, Marr A, Roux S, Kassell N.  Randomised trial of clazosentan, an endothelin receptor antagonist, in patients with aneurysmal subarachnoid hemorrhage undergoing surgical clipping (CONSCIOUS-2).  *Acta Neurochir Suppl* 2013;115:27-31.

189.* De Marchis GM, Lantigua H, Schmidt JM, Lord A, Velander A, Fernandez A, Falo C, Agarwal S, Connolly ES, Claassen J, Mayer SA:   Impact of premorbid hypertension on haemorrhage severity and aneurysm rebleeding risk after subarachnoid hemorrhage. *J Neurol Neurosurg Psychiatr* 2013 (in press)

190. De Marchis GM, Pugin D, Lantigua H, Zammit C, Tadi P, Schmidt JM, Falo CM, Agarwal A, Mayer SA, Claassen J:  Tonic-clinic activity at subarachnoid hemorrhage onset: impact on in-hospital complications and outcome.  *PLOS* 2013;8(8):e71405.

191. Jeon S-B, Choi HC, Lesch C, Kim MC, Badjatia N, Claassen J, Mayer SA, Lee K:  Use of oral V2 receptor antagonist for hyponatremia in acure brain injury.  *Eur Neurol* 2013;70:142-148.

192.* Kreiter KT, Rosengart AJ, Claassen J, Fitzsimmons B-F, Peery S, Du YE, Stern Y, Connolly ES, Mayer SA: Depressed mood and quality of life after subarachnoid hemorrhage.   *J Neurol Sci* 2013;335:64-71.

193.* Schmidt JM, Crimmins M, Lantigua H, Fernandez A, Zammit C, Falo C, Agarwal S, Claassen J, Mayer SA:  Prolonged elevated heart rate as a risk factor for major adverse cardiac events and poor outcome after subarachnoid hemorrhage. *Neurocrit Care* 2013;20:390-398.

194.* Kurtz P, Claassen J, Schmidt JM, Helbok R, Hanafy KA, Fernandexz L, Presciutti M, Ostapkovich ND, Stuart RM, Connolly ES, Lee K, Badjatia N, Mayer SA:  Reduced brain/serum glucose ratios predict metabolic distress and mortality after severe brain injury. *Neurocrit Care* 2013;19:311-319.

195. Fernandez A, Lantigua H, Lesch C, Shao B, Foreman B, Schmidt JM, Hirsh JM, Mayer SA, Claassen J:   High-dose midazolam infusion for refractory status epilepticus.  *Neurology* 2014;82:359-365.

196. Kurtz P, Helbok R, Ko S-B, Claassen J, Schmidt JM, Fernandez L, Stuart RM, Connolly ES, Badjatia N, Mayer SA, Lee K:  Fluid responsiveness and brain tissue oxygen augmentation after subarachnoid hemorrhage.  *Neurocrit Care* 2014;20:247-254.

197. Jeon S-B, Parikh G, Choi HC, Badjatia N, Lee K, Schmidt JM, Lantigua H, Connolly ES,

Mayer SA, Claassen J:  Cerebral microbleeds in patients with acute subarachnoid hemorrhage. *Neurosurgery* 2014; 74:176-181.

198. Ginsberg MD, Palesch YY, Hill MD, Martin RH, Moy CS, Barsan WG, Waldman BD, Tamariz D, Ryckborst KJ, for the ALIAS and Neurological Emergencies Treatment Trials (NETT) Investigators.  High-dose albumin treatment for acute ischaemic stroke (ALIAS) part 2: a randomised, double-blind, phase 3, placebo-controlled trial.  *Lancet Neurol* 2013;12:1049-1058.

199. Hagerty T, Kertesz L, Schmidt JM, Agarwal S, Claassen J, Mayer SA, Larson EJL, Shang J:  Risk factors for catheter-associated urinary tract infections in critically-ill patients with subarachnoid hemorrhage.  *J Neurosci Nursing* 2015;47:51-64.

200. Lord AS, Karinja S, Lantigua H, Carpenter A, Schmidt JM, Claassen J, Agarwal S, Connolly ES, Mayer SA, Badjatia N:  Therapeutic temperature modulation for fever after intracerebral hemorrhage.  *Neurocrit Care* 2014;21:200-206.

201.* Kurtz P, Claassen J, Helbok R, Schmidt JM, Fernandez L, Presciutti M, Stuart RM, Connolly ES, Lee K, Badjatia N, Mayer SA:  Systemic glucose variability predicts cerebral metabolic distress and mortality after subarachnoid hemorrhage: a retrospective observational study.  *Crit Care* 2014;18:R89.

203. Pugin D, Foreman B, De Marchis GM, Fernandez A, Schmidt JM, Czeisler BM, Mayer SA, Agarwal S, Lesch C, Lantigua H, Claassen J:  Is pentobarbital safe and efficacious in the treatment of super-refractory status epilepticus: a cohort study.  *Crit Care* 2014;18:R103

204. Jeon S-B, Choi A, Badjatia N, Schmidt JM, Lantigua H, Claassen J, Connolly ES, Mayer SA, Lee K:  Hyperoxia may be related to delayed cerebral ischemia and poor outcome after subarachnoid hemorrhage.  *J Neurol Neurosurg Psych* 2014; 85:1301-1307.

205. Kleinschmidt K, Levy P, Wyman A, Dasta JF, Mayer SA, Amin A, Pollack C Jr, Shorr AF, Froehlich JB, Multz AS, Peacock WF; STAT Investigators.  Emergency department patients with acute severe hypertension: a comparison of those admitted versus discharged in studying the treatment of acute hypertension registry.  *Crit Pathw Cardiol* 2014;13:66-72.

206. Claassen J, Albers D, Schmidt JM, De Marchis GM, Pugin D, Falo MC, Mayer SA, Cremers S, Agarwal S, Elkind MSV, Connolly ES, Dukic V, Hripcsak G, Badjatia N:  Nonconvulsive seizures in subarachnoid hemorrhage link inflammation and outcome.  *Ann Neurol* 2014;75:771-781.

207.* Schmidt JM, Sow D, Crimmins M, Albers D, Ahgarwal S, Claassen J, Connolly ES, Elkind M, Hripcsak G, Mayer SA:  Heart rate variability for preclinical detection of secondary complications after subarachnoid hemorrhage.  *Neurocrit Care* 2014;20:382-389.

208.* De Marchis GM, Filippi CG, Guo X, Pugin D, Gaffney CD, Dangayach N,

Suwatcharangkoon S, Falo MC, Schmidt JM, Agarwal S, Connelly ES, Claassen J, Zhao B, <u>Mayer SA</u>:  Brain injury visible on early MRI after subarachnoid hemorrhage might predict neurological impairment and outcome.  *Neurocrit Care* 2015;22:74-81.

209.  Ellis JA, McDowell MM, <u>Mayer SA</u>, Lavine SD, Meyers PM, Connolly ES:  The role of antiplatelet medications in angiogram-negative subarachnoid hemorrhage.  *Neurosurgery* 2014; 75:530-535.

210.  Choi HC, Fernandez A, Jeon S-B, Schmidt JM, Connolly ES, <u>Mayer SA</u>, Claassen J, Badjatia N, Lee K:  Ethnic disparities in end of life care after subarachnoid hemorrhage.  *Neurocrit Care* 2015;22:423-428.

211.  Badjatia N, Monahan A, Carpenter A, Friedman L, Zimmerman J Schmidt JM, Claassen J, MD; Connolly ES, <u>Mayer SA</u>, Karmally W, Seres D:  Inflammation, negative nitrogen balance and outcome after aneurysmal subarachnoid hemorrhage.  *Neurology* 2015;84:680-687.

212.  Gold CG, <u>Mayer SA</u>, Lennihan L, Claassen J, Wiley JZ:  Unplanned transfers from hospital wards to the neurological intensive care unit.  *Neurocrit Care* 2015;23;159-165.

213.* Lord A, Gilmore E, Choi HC, <u>Mayer SA</u>, on behalf of the VISTA investigators:  Time course and predictors of neurological deterioration after intracerebral hemorrhage.  *Stroke* 2015; 46:647-652.

214.  <u>The UIATS Study Group</u>:  The Unruptured Intracranial Aneurysm Treatment Score (UIATS): A multidisciplinary consensus. *Neurology* 2015  (in press).

215.  Welch RD, Nicholas K, Durkalski-Mauldin VL, Lowenstein DH, Conwit R, Mahajan PV, Lewandowski C, Silbergleit R, for the <u>Neurological Emergencies Treatment Trials (NETT) Network Investigators</u>:  Intramuscular midazolam versus intravenous lorazepam for the prehospital treatment of status epilepticus in the pediatric population.  *Epilepsia*. 2015 Feb;56(2):254-62

216.  Wright DW, Yeatts SD, Silbergleit R, Palesch YY, Hertzberg VS, Frankel M, Goldstein FC, Caveney AF, Howlett-Smith H, Bengelink EM, Manley GT, Merck LH, Janis LS, Barsan WG, for the <u>NETT Investigators</u>:  Very early administration of progesterone for acute traumatic brain injury.  *N Engl J Med.* 2014 Dec 25;371(26):2457-66.

217.  Lahiri S, <u>Mayer SA</u>, Fink M, Lord AS, Rosengart AJ, Mangat HS, Alan Z. Segal AZ, Claassen J, Kamel H:  Mechanical ventilation for acute stroke:  a multi-state population-based study.  *Neurocrit Care* 2015;23:28-32..

218.  McMullan JT, Jones E, Barnhart B, Denninghoff K, Spaite D, Zaleski E, Silbergleit R, for the <u>Neurological Emergencies Treatment Trials investigators</u>.  Degradation of benzodiazepines after 120 days of EMS deployment.  *Prehosp Emerg Care.* 2014;18:368-374.

219.* Lahiri S, Kamel H, Meyers EE, Falo C, Schmidt JM, Agarwal S, Park S, Claassen J, Mayer SA:  Patient-powered reporting of modified Rankin Scale outcomes via the internet.  *The Neurohospitalist* 2016;6:11-13. (e-pub June 30, 2015)

220. Hirsch KG, Mlynash M, Eyngorn I, Pirsaheli R, Okada A, Chen C, Bernstein R, Greer DM, Komshian S, Mayer SA, Meschia JF, Wu O, Wijman CA, Albers G:  Multi-center study of diffusion-weighted maging in coma after cardiac arrest.  *Neurocrit Care* 2015; (e-pub) PMID: 26156112

221. Lahiri S, Navi B, Mayer SA, Rosengart A, Merkler A, Claassen A, Kamel H:  Hospital readmission rates among mechanically ventilated stroke patients.  *Stroke* 2015;46:2969-2971.

222. Kurtz P, Helbok R, Claassen J, Schmidt JM, Fernandez L, Smith G, Stuart RM, Connolly ES, Lee K, Mayer SA, Badjatia N:  The effect of packed red blood cell transfusion on cerebral oxygenation and metabolism after subarachnoid hemorrhage.  *Neurocrit Care* 2015;24:118-121.

223. De Marchis GM, Pugin D, Meyers E, Velazquez Novas A, Suwatcharangkoon S, Park S, Falo MC, Agarwal S, Mayer SA, Schmidt JM, Connolly ES, Claassen J:  Seizure burden in subarachnoid hemorrhage associated with functional and cognitive outcome.  *Neurology* 2016;86:253-260.

224.* Lantigua H, Ortega-Gutierrez S, Schmidt JM, Fernandez L, Lee K, Badjatia N, Claassen J, Connoly ES, Mayer SA:  Subarachnoid hemorrhage: who dies, and why?  *Critical Care* 2015;19:309.

225. Etminan N, Brown RD Jr, Beseoglu K, Juvela S, Raymond J, Morita A, Torner JC, Derdeyn CP, Raabe A, Mocco J, Korja M, Abdulazim A, Amin-Hanjani S, Al-Shahi Salman R, Barrow DL, Bederson J, Bonafe A, Dumont AS, Fiorella DJ, Gruber A, Hankey GJ, Hasan DM, Hoh BL, Jabbour P, Kasuya H, Kelly ME, Kirkpatrick PJ, Knuckey N, Koivisto T, Krings T, Lawton MT, Marotta TR, Mayer SA, Mee E, Pereira VM, Molyneux A, Morgan MK, Mori K, Murayama Y, Nagahiro S, Nakayama N, Niemelä M, Ogilvy CS, Pierot L, Rabinstein AA, Roos YB, Rinne J, Rosenwasser RH, Ronkainen A, Schaller K, Seifert V, Solomon RA, Spears J, Steiger HJ, Vergouwen MD, Wanke I, Wermer MJ, Wong GK, Wong JH, Zipfel GJ, Connolly ES Jr, Steinmetz H, Lanzino G, Pasqualin A, Rüfenacht D, Vajkoczy P, McDougall C, Hänggi D, LeRoux P, Rinkel GJ, Macdonald RL.  The unruptured intracranial aneurysm treatment score: a multidisciplinary consensus. *Neurology* 2015;85:881–889.

226. Ko S-B, Choi HC, Schmidt JM, Badjatia N, Claassen J, Connolly ES, Mayer SA, Lee K:  Quantitative analysis of hemorrhage clearance and delayed cerebral ischemia after subarachnoid hemorrhage.  *J Neuroint Surg* 2015*;8:293-296.*

227.* Suwatcharangkoon S, Meyers E, Falo C, Schmidt JM, Agarwal S, Claassen J, <u>Mayer SA</u>: Loss of consciousness at subarachnoid hemorrhage onset as a marker of early brain injury. *Arch Neurol* 2015; 73:28-35.

228. de Oliveira Manoel AL, Jaja BN, Germans MR, Yan H, Qian W, Kouzmina E, Marotta TR, Turkel-Parrella D, Schweizer TA, Macdonald RL, for <u>the SAHIT collaborators</u>. The VASOGRADE: A simple grading scale for prediction of delayed cerebral ischemia after subarachnoid hemorrhage. Stroke. 2015;46:1826-1831

229. Taufique Z, May T, Meyers E, Falo C, <u>Mayer SA</u>, Agarwal S, Park S, Connolly ES, Claassen J, Schmidt JM: Predictors of poor quality-of-life 1 year after subarachnoid hemorrhage. *Neurosurgery* 2015; 78:256-264.

230. Mascitelli JR, Wilson N, Shoirah H, De Leacy RA, Furtado SV, Paramasivam S, Oermann EK, Mack WJ, Tuhrim S, Dangayach NS, <u>Mayer SA</u>, Bederson JB, Mocco J, Fifi JT: The impact of evidence and action: evolving therapy for acute ischemic stroke in a large health care system. *J Neuroint Surg* 2016: doi:10.1136/ neurintsurg-2015-012117

231. Al-Mufti F, Roh D, Lahiri S, Meyers E, Witsch J, Frey H-P, Dangayach N, Falo C, <u>Mayer SA</u>, Agarwal S, Park S, Meyers PM, Connolly ES, Claassen J, Schmidt JM: Ultra-early angiographic vasospasm associated with delayed cerebral ischemia and infarction after aSAH. *J Neurosurg* 2016: PMID: 27231975.

232. Ko S-B, Choi AH, Helbok R, Schmidt JM, Badjatia N, Claassen J, Connolly ES, <u>Mayer SA</u>, Lee K: Acute effects of intraventricular nicardipine on cerebral hemodynamics: a preliminary findinG. *Clin Neurol Neurosurg* 2016;144:48-52.

233. Hänggi D, Etminan N, Aldrich F, Steiger JK, <u>Mayer SA</u>, Diringer MN, Hoh BL, Mocco J, Faleck HJ, Macdonald RL, on behalf of the NEWTON Investigators. Randomized Phase 1/2a Study of Intraventricular Sustained Release Nimodipine (EG-1962) for Subarachnoid Hemorrhage. *Stroke* (in press)

234. Lahiri S, Nezhad M, Schlick KH, <u>Mayer SA</u>, Rinsky B, Rosengart AJ, Lyden PD: Paradoxical cerebrovascular hemodynamic changes with nicardipine. *J Neurosurg* 2017 (In press)

235. Qureshi AI, Palesch YY, Barsan WG, Hanley DF, Hsu CY, Martin RL, Moy CS, Silbergleit R, Steiner T, Suarez JI, Toyoda K, Wang Y, Yamamoto H, Yoon BW for the <u>ATACH-2 Trial Investigators and the Neurological Emergency Treatment Trials Network</u>: Intensive Blood-Pressure Lowering in Patients with Acute Cerebral. *New Engl J Med* 2016;375:1033-43.

236. Tu B, Young GB, Kokoszaka A, Rodriguez-Ruiz A, Varma J, Eerikäinen L, Assassi N, <u>Mayer SA</u>, Claassen J, Särkelä MOK: Diagnostic accuracy between readers for identifying electrographic seizures in critically-ill adults. *Epilepsia Open* (in press).

### Submitted or In Preparation

1.* <u>Mayer SA</u>, Kreiter KT, Ostapkovich ND, Peery S, Copeland D, Kowalski R,  Fitzsimmons B-F, Connolly ES.  Comprehensive assessment of outcome after SAH:  implications for clinical trials. (in preparation).

2.* Gupta R,  Schumacher C, Connolly ES, McKhann GM, Morvarid B,  <u>Mayer SA</u>, Fitzsimmons B-F.  Frequency and impact of complications following hemicraniectomy. (in preparation).

3. Katz JN, Granger CB, Gore JM, Anderson FA, Wyman A, Peacock WF, <u>Mayer SA</u>, Multz A, Sung GY, Shorr A, Nowak R, Pollack CV, Peterson E, on behalf of the STAT Investigators:  Racial differences in presentation, management, and outcomes of hospitalized patients with acute severe hypertension.

4. Piazza MA, Zacharia BE, Hickman ZL, Carpenter AM, Bruce SS,Appelboom G, Hwanng JY, Claassen J, Lee L, <u>Mayer SA</u>, Badjatia N, Connolly ES:   Relationship between temperature burden in the neuro-ICU and long term clinical outcome.

5. Helbok R, Vibbert M, Kurtz P, Schmidt JM, Fernandez l, Connolly ES, Lee K, Claassen J, <u>Mayer SA</u>, Badjatia N:  Early and late recovery during the first year after subarachnoid hemorrhage.

6. Rincon F, Friedman DP, Bell R, <u>Mayer SA</u>, Bray PF:  Targeted temperature management after intracerebral hemorrhage (TTM-ICH): methodology of a prospective randomized clinical trial.  (in preparation)

7. Kellner CP, McDowell MM, Cloney MB, Sussman ES, Lantigua H, Claassen J, Stephan A, Mayer SA, Connolly ES: The role of admission timing in the outcome of subarachnoid hemorrhage patients at a specialized stroke center

8. Temes RE, Schmidt JM, Ouyang B, Wilson RS, Ely W, Claassen J, Bennett DA, <u>Mayer SA</u>:  Employment status one year after aneurysmal subarachnoid hemorrhage.   (in preparation).

9. McDowell MM, Kellner CP, Shah R, Barton SM, Sussman ES, Claassen J, <u>Mayer SA</u>, Connolly ES:  Hereditary, social, and clinical predictors of multiple intracranial aneurysms (*in prepraration*).

10. Jaja BNR, Schweizer TA, Claassen J, LeRoux P, <u>Mayer SA</u>, Macdonald RL, for the SAHIT Collaborators.  The SAFARI Score for assessing risk of in-hospital seizure following aneurysmal subarachnoid hemorrhage.

11. Francoeur CL, Schmidt JM, Claassen J, <u>Mayer SA</u>, Park S:  Desmopressin for prevention of rebleeding in subarachnoid hemorrhage patients.

12.    Macdonald RL, Jaja B, Lingsma HF, Saposnik, Cusimano MD, Etminan N, Hanggi D, Hasan D, Ilodigwe D, Lantigua H, Le Roux P, Lo B, Louffat-Olivares A, Mayer SA, Molyneux A, Quinn A, Schweizer TA, Schenk T, Spears J, Todd M, Torner J, Vergouwen MD, Wong GK, Singh J.  The SAHIT Investigators:  Prediction of outcome after aneurysmal subarachnoid haemorrhage: development and external validation of the SAHIT prognostic scores.

13.    Dangayach N, Grewal H, De Marchi GMs, Sefcik R, Bruce R, Chhatlani A, Connolly ES, Falo C, Agarwal S, Claassen J, Schmidt JM, and Mayer SA:  The obesity paradox and outcome after life-threatening intracerebral hemorrhage.  *Stroke* (submitted).

14.    Lahiri S, Schlick KH, Rinsky B, Gonzalez N, Jones H, Mayer SA, Lyden PD:  Cerebral pulsatility index is elevated in hypervolemic patients with normal ejection fraction. (in preparation).


## Case Reports

1.    Younger DS Mayer SA, Weimer LH, Alderson LM, Seplowitz AH, Lovelace RE:  Colchicine-induced myopathy and neuropathy.  *Neurology* 1991;41:943.

2.    Mayer SA, Tatemichi TK, Hair LS, Goldman JE, Camac A, Mohr JP:  Hemineglect and seizures in Binswanger's disease: clinical-pathological report. *J Neurol Neurosurg Psychiatry*  1993;56:816-819.

3.*    Mayer SA, Yim GK, Onesti ST, Lynch T, Faust PL, Marder K:  Biopsy-proven isolated sarcoid meningitis.  Case report.  *J Neurosurg*  1993;78:994-996.

4.    Petzinger G, Mayer SA, Przedborski S:  Fentanyl-induced dyskinesias.  *Movement Disorders* 1995;10:679-680.

5.*    Mayer SA, Rubin BS, Starman BJ, Byers PH:  Spontaneous multivessel cervical artery dissection in a patient with a substitution of alanine for glycine (G13A) in the □1(I) chain of type I collagen.  *Neurology* 1996;47:552-556.

6.*    Gottfried JA, Mayer SA, Shungu DC, Chang Y, Duyn JH:  Delayed posthypoxic demyelination:  association with arylsulfatase-A deficiency and lactic acidosis on proton MR spectroscopy.  *Neurology* 1997;49:1400-1404.

7.*    Baker CJ, Mayer SA, Prestigiacomo CJ, Van Heertum RL, Solomon RA:  Diagnosis and monitoring of cerebral hyperperfusion after carotid entarterectomy with single photon emission computed tomography:  case report.  *Neurosurgery* 1998;43:157-161.

8.*    Bernstein R, Mayer SA, Magnano A:  Neurogenic stunned myocardium in Guillain-Barré syndrome:  case report.  *Neurology* 2000;54:759-762.

9.    Baxi L, Mayer SA, Mansukhani M, Duigiud D:  Cerebral abscess and thrombophilia in pregnancy. *J Reproductive Med* 2001;46:606-608.

10.    Lassman AB, Mayer SA:  Paroxysmal apnea and vasomotor instability following medullary infarction.  *Arch Neurol* 2005;62:1286-1288.

11.    Pratt R, Mayer SA:  Normal pressure  "herniation."  *Neurocrit Care* 2005;2:172-175.

12.    Janjua N, Wartenberg K, Meyers PM, Mayer SA:  Reversal of locked-in syndrome with anticoagulation, induced hypertension, and intravenous t-PA.  *Neurocritical Care* 2005;2:296-299.

13.    Meyers PM, Lavine SD, Fitzsimmons B-F, Commichau C, Parra A, Mayer SA, Solomon RA, Connolly ES:  Chemical meningitis after cerebral aneurysm treatment using two second-generation aneurysm coils: report of two cases.  *Neurosurgery* 2004:55;E1222-E1227 .

14.    Noskin O, Libman RL, Mayer SA, Canoll P.  CNS multifocal hemorrhagic vasculopathy: possibly a manifestation of CNS vasculitis.  *J Stroke Cerebrovasc Dis* 2006; 15:43-47.

15.    Lee KR, Strozyk D, Rahman C, Lee LK, Fernandes ESM, Claassen J, Badjatia N, Mayer SA, Pile-Spellman J:  Acute spinal cord ischemia: treatment with intravenous and intra-arterial thrombolysis, hyperbaric oxygen and hypothermia.  *Cerebrovasc Dis* 2010;(29)1:95-101.

16.    Stuart RM, Claassen J, Schmidt JM, Helnok R, Kurtz P, Fernandez L, Lee K, Badjatia N, Mayer SA, Lavine S, Connolly ES:  Multimodality neuromonitoring and decompressive hemicraniectomy after subarachnoid hemorrhage.  *Neurocrit Care* 2011;15:146-150

17.*    Ko S-B, Ortega-Gutierrez S, Choi A, Claassen J, Presciutti M, Schmidt JM, Badjatia N, Lee K, Mayer SA:  Status epilepticus-induced hyperemia and brain tissue hypoxia after cardiac arrest.  *Arch Neurol* 2011;68:1323-1326.

18.    Ko S-B, Choi A, Gilmore E,  Schmidt JM, Claassen J, Lee K, Mayer SA, Badjatia N:  The effects of renal replacement therapy on cerebral autoregulation.  *Neurology* (in press)

19.    Lee K, Takatama H, Badjatia N, Claassen N, Mayer SA, Connolly ES:  Intra-aortic balloon pump counterpulsation for induction of supraphysiologic cardiac output in refractory symptomatic vasospasm.  *J Neurosurg* (in preparation).

20.    Weiss SA, Pisapia D, Mayer SA, Wiley JZ, Lee K: Amyloid B-related angiitis causing coma responsive to immunosupression.  *Case Rep Pathol* 2012; 2012: 678746.

21.    Cuello JP, Ortega-Gutierrez S, Linares G, Agarwal S, Cunningham A, Mohr JP, Mayer SA, Marshall RS, Claassen J, Badjatia N, Elkind MS, Lee K.  Acute cervical myelopathy

due to presumed fibrocartilaginous embolism: a case report and systematic review of the literature.  *J Spinal Disord Tech.*  2014;27:E276-E281.

22.   Chung DY, Claassen J, Agarwal S, Schmidt JM, <u>Mayer SA</u>:  Assessment of non-invasive regional brain oximetry in posterior reversible encephalopathy syndrome and reversible cerebral vasoconstriction syndrome.  *J Int Care Med* 2016;31:415-419.

## Books

1.   Marshall RS, <u>Mayer SA</u>:  *On Call: Neurology, 3nd edition.*  Philadelphia, PA: W.B. Saunders  Co., 2007.  (1st edition, 1997; 2nd edition 2001, 3rd edition 2007).

2.   Ropper AH, Gress DR, Diringer MN, Green D, <u>Mayer SA</u>, Bleck TP:  *Neurological and Neurosurgical Intensive Care, 4th Edition.*  Baltimore:  Lippincott Williams & Wilkins, 2003.

3.   <u>Mayer SA</u>, Sessler D (eds):  *Therapeutic Hypothermia*.  New York:  Marcel-Dekker, 2004.

4.   <u>Mayer SA</u>, section editor, Critical Care.  In: *Baker and Joynt's Clinical Neurology on CD ROM*, Philadelphia:  Lippincott Williams & Wilkins, 2004.

5.   Carhuapoma R, <u>Mayer SA</u>, Hanley DF, (eds):  *Intracerebral Hemorrhage.*  London*:*  Cambridge University Press, 2010.

6.   Louis ED, <u>Mayer SA</u>, Rowland LP (eds):  *Merritt's Textbook of Neurology, 13th Edition*.  New York: Wolters Kluwer Publishers, 2016.

7.   Toyoda K, Anderson CS, <u>Mayer SA</u>*:  New Insights in Intracerebral Hemorrhage*.  In: Frontiers in Neurology and Neuroscience (Vol 37).  Basel: Karger, 2016.

8.   Reich DL, <u>Mayer SA</u>, Uysal S:  Neuroprotection in Critical Care and Perioperative Medicine. London:  Oxford University Press, 2018:(in press)

## Guidelines, Practice Parameters, and NIH Working Groups

1.   NINDS ICH Research Priorities Working Group.  Priorities for clinical research in intracerebral hemorrhage:  Report from a National Institute of Neurologic Diseases Workshop. *Stroke* 2005;36: e23–e41

2.   Higashida R, Alberts MJ, Alexander DN, Crocco TJ, Demaerschalk BM, Derdeyn CP, Goldstein LB, Jauch EC, <u>Mayer SA</u>, Meltzer NM, Peterson ED, Rosenwasser RH, Saver JL, Schwamm L, Summers D, Wechsler L, Wood JP; American Heart Association Advocacy Coordinating Committee.  Interactions within stroke systems of care: a policy

statement from the American Heart Association/American Stroke Association. *Stroke*. 2013;44:2961-2984.

3.  Torbey MT, Bösel J, Rhoney D, Rincon F, Staykov D, Varelas P, Juttler E, Olson D, Huttner H, Zweckberger K, Sheth KN, Dohmen C, Brambrink A, Mayer SA, Zaidat O, Hacke W Schwab S:  Evidence-based guidelines for the management of large hemispheric infarction: A statement from the Neurocritical Care Society. *Neurocrit Care* 2015;22:146-164.

4.  Geocadin RG, Wijdicks E, Armstrong MJ, Damian M, Mayer SA, Ornato J, Rabinstein A, Suarez J, Torbey MT, Dubinsky RM, Lazarou J:  Evidence-based guideline summary: Reducing brain injury after cardiopulmonary resuscitation. *Neurology* 2017 (in press)

## Reviews, Book Chapters and Editorials

### *Peer-Reviewed*

1.  Mayer SA:  Fluid management in subarachnoid hemorrhage. *The Neurologist* 1995;1:71-85.

2.  Mayer SA, Dennis LJ:  Management of increased intracranial pressure. *The Neurologist* 1998;4:2-12.

3.  Bernardini GL, Mayer SA:  Cardiac and pulmonary complications of cerebrovascular disease. *The Neurologist*  1999;5:24-32.

4.  Mayer SA, Chong J:  Critical care management of increased intracranial pressure. *J Intensive Care Med*  2002;17:55-67.

5.  Mayer SA:  Ultra-early hemostatic therapy for intracerebral hemorrhage. *Stroke* 2003;34;224-229.

6.  Rose JC,  Mayer SA:  Optimizing blood pressure in neurological emergencies. *Neurocrit Care* 2004;1;287-299.

7.  Ogden AT, Mayer SA, Connolly ES: Hyperosmolar agents in neurosurgical practice: the evolving role of hypertonic saline. *Neurosurgery* 2005;57:207-215.

8.  Mayer SA:  Ultra-early hemostatic therapy for acute intracerebral hemorrhage:  a review. *Can J Neurol Sci* 2005;32:S31-S37.

9.  Mayer SA, Rincon F:  Management of intracerebral hemorrhage. *Lancet Neurology* 2005;4:662-672.

10. Aguilar M, Hart RG, Case CS, Freeman WD, Hoeben BJ, Garcia RC, Ansell JE, Mayer SA, Norrving B, Rosand J, Steiner T, Wijdicks, Yamaguchi T, Yasaka M:  Treatment of warfarin-

associated intracerebral hemorrhage:  literature review and expert opinion.  *Mayo Clin Proc* 2007;82:82-92.

11.  Mayer SA:  Recombinant activated factor VII for acute intracerebral hemorrhage.  *Stroke* 2007;38:763-767.

12.  Rincon F, Mayer SA:  Critical care management of spontaneous intracerebral hemorrhage. *Crit Care* 2008;12:237-244.

13.  Mayer SA, Davis S, Steiner T, Diringer MN, Broderick J:  Factor VIIa for ICH: behind the scenes of an academic-industry collaborative trial.  *Int J Stroke* 2007;2:164-168.

14.  Komotar R, Schmidt JM, Starke RM, Wartenberg K, Odo M, Claassen J, Lee K, Badjatia N, Connolly ES, Mayer SA:  Resuscitation and critical care of poor grade subarachnoid hemorrhage.  *Neurosurgery* 2009;64:397-411.

15.  Chawol M, Starke RM, Kim G, Mayer SA, Connolly ES:  Antifibrinolytic therapy to prevent early rebleeding after subarachnoid hemorrhage.  *Neurocrit Care* 2008;8:418-426

16.  Ducruet A, Gigante P, Hickman Z, Zacharia B, Arias E, Grobelny B, Gorski J, Mayer SA, Connolly ES:  Genetic determinants of cerebral vasospasm, delayed cerebral ischemia, and outcome after aneurysmal subarachnoid hemorrhage,  *J Cereb Blood Flow Metab* 2010; 30, 676–688

17.  Loike, JD, Gillick M, Prager K, Mayer SA, Simon J, Steinberg A, Tendler MD, Willig M, Fischbach RL:  The critical role of culture and religion in caring for the dying patient. J Palliat Med 2010;13;1267-1271.

18.  Macdonald RL, Higashida R, Keller E, Mayer SA, Molyneux A, Raabe A, Vajkoczy P, Wanke I, Frey A, Marr A, Roux S, Kassell NF:  Prevention of vasospasm improves outcome after subarachnoid hemorrhage:  rationale of the CONSCIOUS-2 and CONSCIOUS-3 trials. *Neurocrit Care* 2010;13:416-424.

19.  Crippen D, Burrows D, Stocchetti N, Mayer SA, Andrews P, Bleck T, Whetstine L: Ethics roundtable debate: open-ended ICU care - can we afford it?  *Critical Care* 2010;14:222-226.

20.  Choi HA, Badjatia N, Mayer SA.  Hypothermia for acute brain injury--mechanisms and practical aspects.  *Nat Rev Neurol* 2012;8:214-222

21.  Khosravani H, Mayer SA, David J. Gladstone DJ, Demchuk A, Jahromi B, Aviv RI: Emergent CT angiography for acute intracerebral hemorrhage. *AJNR* 2013;(in press)

22.  Macdonald RL, Cusimano MD, Etminan N, Hanggi D, Hasan D, Ilodigwe D, Jaja B, Lantigua H, Le Roux P, Lo B, Louffat-Olivares A, Mayer SA, Molyneux A, Quinn A, Schweizer TA, Schenk T, Spears J, Todd M, Torner J, Vergouwen MD, Wong GK, on behalf of the SAHIT

Collaboration.  Subarachnoid Hemorrhage International Trialists Data Repository (SAHIT). *World Neurosurg 2013; 79:418-422*

23.  Macdonald RL, Jaja B, Cusimano MD, Etminan N, Hanggi D, Hasan D, Ilodigwe D,  Lantigua H, Le Roux P, Lo B, Louffat-Olivares A, <u>Mayer SA</u>, Molyneux A, Quinn A, Schweizer TA, Schenk T, Spears J, Todd M, Torner J, Vergouwen MD, Wong GK, Singh J, on behalf of the SAHIT Collaboration.  SAHIT Investigators – on the outcome of some subarachnoid hemorrhage clinical trials.  *Trans Stroke Res* 2013;4:286-296.

24.  Rincon F, Friedman DP, Bell R, Mayer SA, Bray PF.  Targeted temperature management after intracerebral hemorrhage (TTM-ICH): methodology of a prospective randomized clinical trial. *Int J Stroke* 2014;9:646-651.

25.  Hänggi D, Etminan N, Macdonald RL, Steiger HJ, <u>Mayer SA</u>, Aldrich F, Diringer MN, Hoh BL, Mocco J, Strange P, Miller M, for the NEWTON Investigators:  NEWTON: Nimodipine microparticles to enhance recovery while reducing toxicity after subarachnoid hemorrhage. *Neurocrit Care* 2015;23:274-284.

26.  Chesnut RM, Bleck TP, Citerio G,  Claassen C, Cooper J, Coplin WM, Diringer MN, Grände P-O, Hemphill JC, Hutchinson PJ, Le Roux P, <u>Mayer SA</u>, Menon DK,  JA, Okonkwo DO, Robertson CS, Sahuquillo J, Stocchett N, Sung G, Temkin N, Vespa PM, Videtta V, Yonas H: A Consensus-based guide to the interpretation of the BEST TRIP ICP Trial.  *J Neurotrauma* 2015;32;1722-1724.

27.  Jaja BN, Attalla D, Macdonald RL, Schweizer TA, Cusimano MD, Etminan N, Hänggi D, Hasan D, Johnston SC, Louffat-Ollivares, Le Roux P, Louffat-Olivares A, <u>Mayer SA</u>, Molyneux A, Noble A, Quinn A, Schenk T, Spears J, Todd M, Torner J, Tseng M-Y, van den Bergh W, Vergouwen M, Wong G:  The Subarachnoid Hemorrhage International Trialists Repository: advancing clinical research in subarachnoid hemorrhage.  *Neurocrit Care* 2014;21:551-559.

28.  Al-Mufti F, Dancour E, Amuluru A,  Prestigiacomo C, <u>Mayer SA</u>, Connolly ES, Claassen J, Willey JZ, Meyers PM:  Neurocritical care of emergent large vessel occlusion: the era of a new standard of care.  *J Int Care Med* 2016. PMID: 27435906.

29.  Francoeur CL, <u>Mayer SA</u>:  Management of delayed cerebral ischemia after subarachnoid hemorrhage.  *Crit Care* 2016; 20:277-288.

30.  Gordon B, Keogh M, Davidson Z, Griffiths S, Sharma V, Marin D, <u>Mayer SA</u>, Dangayach NS: Adressing spirituality during critical illness.  (in preparation)

***Non-Peer-Reviewed***

1.  <u>Mayer SA</u>:  Cardiovascular hemodynamic monitoring. In: Critical Care Neurology Skills Workshop [syllabus].  Minneapolis, MN: American Academy of Neurology 1993; Vol 451: 5-14.

2.  <u>Mayer SA</u>, Fink ME:  Cardiovascular hemodynamic monitoring.  In: Intensive Care Monitoring Techniques [syllabus]. Minneapolis, MN: American Academy of Neurology 1993; Vol 173: 37-45.

3.  Sacco RL, <u>Mayer SA</u>:  Epidemiology of intracerebral hemorrhage.  In:  Feldmann E (ed): *Intracerebral Hemorrhage.*  Armonk, NY: Futura Publishing Co., 1994: 3-23.

4  <u>Mayer SA</u>:  Intensive care management of subarachnoid hemorrhage. *Current Opinion Anaesth* 1995;8:139-144.

5.  Klebanoff LM, Fink ME, Lennihan L, Solomon RA, <u>Mayer S</u>, Beckford AR, Prohovnik I: Management of cerebral vasospasm in the 1990s.  *Clin Neuropharmacol*  1995;18:127-137.

6.  <u>Mayer SA</u>:  Hemodynamic augmentation in the treatment of vasospasm.  In: Critical Care and Emergency Neurology:  Medical Management of Critically Ill Neurologic Patients [syllabus]. Minneapolis, MN: American Academy of Neurology 1995; Vol 441:25-39.

7.  MacGowan DLJ, <u>Mayer SA</u>:  Acute cerebrovascular disease. *Current Opinion Crit Care* 1996;2:92-97.

8.  <u>Mayer SA</u>, Swarup R:  Neurogenic cardiac injury after subarachnoid hemorrhage. *Current Opinion Anaesth*  1996;9:356-361.

9.  <u>Mayer SA</u>:  Intensive care of the myasthenic patient. *Neurology* 1997;48 (Suppl 5):S70-S75.

10.  <u>Mayer SA</u>:  Management of increased intracranial pressure.  In:  Wijdicks EFM, Diringer MN, Bolton CF, et al: *Continuum: Critical Care Neurology.*  Minneapolis MN:  American Academy of Neurology, 1997: 47-61.

11.  Bernardini GL, <u>Mayer SA</u>, Solomon RA: Subarachnoid hemorrhage.  In:  Raps EC, Miller DH (eds):  *Critical Care Neurology.*  Boston: Butterworth-Heinemann, 1999:225-248.

12.  Hacien-Bey L, Kirsch CFE, DeLaPaz R, Duong HD, <u>Mayer SA</u>, Pile-Spellman J, Mohr JP: Early diagnosis and endovascular interventions for ischemic stroke.  *New Horiz* 1997;5:316-331.

13.  Bernardini GL, <u>Mayer SA</u>:  Subarachnoid hemorrhage:  clinical presentation and neuropsychological outcome.  *Medical Update for Psychiatrists*  1998;3:71-76.

14.  Commichau C, <u>Mayer SA</u>:  Critical care of subarachnoid and intracerebral hemorrhage. *Current Opinion Crit Care*  1998;4:94-100.

15. Mayer SA, Bernardini GL, Brust JCM, Solomon RA:  Subarachnoid hemorrhage.  In: Rowland LP (ed): *Merritt's Textbook of Neurology, 10th Ed.*  Baltimore: Williams and Wilkins, 2000:260-267.

16. Mayer SA, Fink ME, Rowland LP:  Respiratory care: diagnosis and management. In: Rowland LP (ed): *Merritt's Textbook of Neurology, 10th Ed.*  Baltimore: Williams and Wilkins, 2000: 889-893.

17. Prockop L, Mayer SA:  Hyperosmolar hyperglycemic nonketotic syndrome. In: Rowland LP (ed): *Merritt's Textbook of Neurology, 10th Ed.*  Baltimore: Williams and Wilkins (in press).

18. Mayer SA, Rowland LP:  Head Injury. In: Rowland LP (ed): *Merritt's Textbook of Neurology, 10th Ed.*  Baltimore: Williams and Wilkins, 2000:401-416.

19. Dennis LJ, Mayer SA:  Management of increased intracranial pressure.  In: Noseworthy JH (ed): *Neurologic Therapeutics:  Principles and Practice.*  London: Martin Dunitz Ltd, 2003:1161-1166.

20. Mayer SA, Coplin WM,  Raps EC:  Cerebral edema, intracranial pressure, and herniation syndromes. *J Stroke Cerebrovas Dis*  1999;8:183-191.

21. Green MW, Mayer SA:  The woman with occipital headache and acute neurologic defcits.  In Rapoport AM, Sheftell FD, Purdy RA (eds):  *Advanced Therapy of Headache.*  Hamilton, Ontario: BC Decker, Inc, 1999:309-312.

22. Mayer SA:  Systemic hypothemia for acute cerebral infarction.  *Rev Soc Cardiol Estado de São Paulo* 1999;600-605.

23. Mayer SA:  Systemic hypothermia for acute traumatic brain injury. In: Controversies in Critical Care [syllabus].  Minneapolis, MN: American Academy of Neurology 2000;2PC.002:9-14

24. Mayer SA:  Treatment options for refractory status epilepticus. In: Controversies in Critical Care [syllabus].  Minneapolis, MN: American Academy of Neurology 2000;2PC.002:39-44.

25. Mayer SA:  The meaning of ICP and its measurement.  In:  Neurological Intensive Care [syllabus]. Minneapolis, MN: American Academy of Neurology 2000;7FC.005:60-69.

26. Mayer SA:  SAH masquerading as confusion.  *Journal Watch: Neurology* 2000;2:52-53.

27. Dennis LJ, Mayer SA:  Diagnosis and mangement of increased intracranial pressure.  *Neurology India*  2000;48:168-177.

28. Mayer SA:  Advances in management of SAH. *Journal Watch: Neurology* 2001;3:41.

29.   Dennis LJ, Mayer SA:  Diagnosis and mangement of increased intracranial pressure. *Neurology India*  2000;49 (suppl 1):S37-S50.

30.   Mayer SA:  Does prophylactic hypervolemic therapy reduce the risk of symptomatic vasospasm after aneurysmal subarachnoid hemorrhage?  *Curr Neurol Neurosci Reports* 2001;1:565-567.

31.   Mednick A, Mayer SA:  Critical care management of neurological catastrophes.  In: Hainline B, Devinsky O (eds):  Neurology of Pregnancy, 2nd Ed. *Advances in Neurology.* 90:87-101, 2002.

32.   Claassen J, Hirsch LJ, Mayer SA:  Critical care management of refractory status epilepticus. In:  *Yearbook of Intensive Care and Emergency Medicine*.  Heidelberg: Springer-Verlag, 2002:754-764.

33.   Mayer SA.  Hypertonic saline as the standard intravenous fluid for acute brain injury. In: Controversies in Critical Care [syllabus].  Minneapolis, MN: American Academy of Neurology 2002;3AC.003:15-19.

34.   Mayer SA.  Treatment of fever in neuro-ICU patients:  rationale and new approaches. In: Controversies in Critical Care [syllabus].  Minneapolis, MN: American Academy of Neurology 2002;3AC.003:35-40.

35.   Yavagal DL, Mayer SA:  Respiratory complications of rapidly progressive neuromuscular syndromes:  Guillain-Barré syndrome and myasthenia gravis.  In:  Hill NS (ed): Pulmonary Complications of Neuromuscular Diseases.  *Sem Resp Crit Care Med* 2002;23;221-229.

36.   Mayer SA:  Intracerebral hemorrhage: natural history and rationale of ultra-early hemostatic therapy.  *Int Care Med* 2002;28 (Suppl 2):S235-S240.

37.   McKhann GM, Le Roux PD, Mayer SA:  Perioperative and intensive care of patients with aneurysmal subarachnoid hemorrhage.  In: Le Roux PD, Newell D, Winn R:  Management of Cerebral Aneurysms.  Philapdelophia; Saunders Press, 2004:431-454.

38.   Mayer SA:  Hypothermia for neuroprotection after cardiac arrest.  *Curr  Neurol Neurosci Reports* 2002;2:525-526.

39.   Claassen J, Mayer SA.  Continuous electroencephalographic monitoring in neurocritical care. *Curr Neurol Neurosci Reports* 2002;2:534-540.

40.   Janjua N, Mayer SA:  Myasthenic crisis.  In:  Suarez J (ed):  *Critical Care Neurology and Neurosurgery.*  Totowa, NJ: Humana Press, 2004:  469-480.

41.   Janjua N, Mayer SA:  When to intubate:  bedside tests to guide your decision.  *J Crit Illness* 2003;18:195.

42. Janjua N, Mayer SA:  Critical care of myasthenic crisis.  In:  *Yearbook of Intensive Care and Emergency Medicine*.  Heidelberg: Springer-Verlag, 2003;765-775.

43. Mayer SA: Timing of tracheostomy in neuromuscular respiratory failure. In: Controversies in Critical Care [syllabus].  Minneapolis, MN: American Academy of Neurology 2003;7PC.001:8-13.

44. Mayer SA:  Is the six hour time window sacred in intra-arterial thrombolysis?  In: Controversies in Critical Care [syllabus].  Minneapolis, MN: American Academy of Neurology 2003;7PC.001:21-26.

45. Mayer SA:  Indications and management of hypothermia for neuroprotection.  In: Critical Care and Emergency Neurology [syllabus].  Minneapolis, MN: American Academy of Neurology 2003,3SW.001:31-37.

46. Mayer SA:  Patient management problem:  poor grade subarachnoid hemorrhage:  In: Wijdicks EFM (ed): *Continuum: Emergency  Neurology*.  Minneapolis MN:  American Academy of Neurology, 2003;122-129.

47. Mack WJ, King RG, Ducruet AF, Kreiter K, Mocco J, Maghoub A, Mayer SA, Connolly ES:  Intracranial pressure following aneurysmal subarachnoid hemorrhage: monitoring practices and outcome data.  *Neurosurg Focus*  2003;14:e3.

48. Janjua N, Mayer SA:  Cerebral vasospasm after subarachnoid hemorrhage.  Curr Opin Crit Care 2003; 9:113-119.

49. Chong J, Mayer SA:  Myasthenic crisis.  In:  Rabinstein A, Wijdicks EFM:  Tough Calls in Acute Neurology.  New York:  Elsevier Butterworth Heinemann, 2004;283-292.

50. Mayer SA: Hypertonic saline for poor grade SAH.  *Journal Watch:  Neurology* 2003;5:66-67.

51. Johnston KC, Mayer SA:  Blood pressure reduction in ischemic stroke: a two-edged sword. *Neurology* 2003;61:1030-1031.

52. Mayer SA:  Intravascular cooling for fever control. *Curr Neurol Neurosci Reports* 2003;3:515-516.

53. Mayer SA:  General principles of neurocritical care.  In: *Baker and Joynt's Clinical Neurology on CD ROM*, Philadelphia:  Lippincott Williams & Wilkins, 2004.

54. Mayer SA:  Intracranial pressure management.  In: *Baker and Joynt's Clinical Neurology on CD ROM*, Philadelphia:  Lippincott Williams & Wilkins, 2004.

55. Mayer SA:  Fever and infections in neurocritical care.  In: *Baker and Joynt's Clinical Neurology on CD ROM*, Philadelphia:  Lippincott Williams & Wilkins, 2004.

56. Rincon F,  Mayer SA:  Novel therapies for intracerebral hemorrhage.  *Curr Opin Crit Care* 2004;10:94-100.

57. Mayer SA: Therapy of hypoxic ischemic encephalopathy.  In:  Brain Injury after Cardiac Arrest [syllabus]. Minneapolis, MN: American Academy of Neurology 2004;2PC.001:24-27.

58. Mayer SA:  Innovative medical treatments for brain hemorrhage.  In:  Controversies in Critical Care of Brain Hemorrhage [syllabus]. Minneapolis, MN: American Academy of Neurology 2004;8BS.003:1-8

59. Claassen J, Mayer SA, Hirsch LJ: Continuous EEG monitoring in patients with subarachnoid hemorrhage.  *J Clin Neurophysiol* 2005;22;92-98.

60. Wartenberg K, Mayer SA:  Maintaining cerebral perfusion pressure:  are all vasopressors alike?  *Curr Neurol Neurosci Reports* 2004;4:479-480..

61. Mayer SA, Claassen J:  Prevention and treatment of fever in neurocritical care.  In: Mayer SA, Sessler D (eds):  Therapeutic Hypothermia.  New York:  Marcel-Dekker,  2004.

62. Meisel F, Mayer SA, Steiner T:   Complications of rewarming.  In: Mayer SA, Sessler D (eds): *Therapeutic Hypothermia*.  New York:  Marcel-Dekker,  2004.

63. Wartenberg KE, Mayer SA:  Critical care management of large hemispheric infarction.  In: Vincent J-L (ed) *Yearbook of Intensive Care and Emergency Medicine* .  Heidelberg: Springer-Verlag, 2005:647-660.

64. Wartenberg KE, Mayer SA:   Multimodal brain monitoring in the neurointensive care unit: where does continuous EEG fit in?  *J Clin Neurophysiol* 2005;22;124-127.

65. Wartenberg KE, Mayer SA:  Head trauma.  In:  Brust JCM (ed),  *Current Diagnosis and Treatment  in Neurology.*  New York:  Lange Medical Books/McGraw Hill, 2007:  175-198.

66. Mayer SA, Bernardini GL, Solomon RA, Brust JCM:  Subarachnoid hemorrhage.  In: Rowland LP (ed): *Merritt's Textbook of Neurology, 11th Ed.*  Baltimore: Lippincott, Williams, and Wilkins, 2005:328-338

67. Mayer SA, Fink ME, Rowland LP:  Respiratory support for neurological diseases. In: Rowland LP (ed):  *Merritt's Textbook of Neurology, 11th Ed.*  Baltimore: Lippincott, Williams, and Wilkins, 2005:1082-1087.

68. Mayer SA, Prockop L:  Hyperosmolar hyperglycemic nonketotic syndrome. In:  Rowland LP (ed):  *Merritt's Textbook of Neurology, 11th Ed.*  Baltimore: Lippincott, Williams, and Wilkins, 2005:366-368

69.   Mayer SA:  Head Injury.  In:  Rowland LP (ed):  *Merritt's Textbook of Neurology, 11th Ed.* Baltimore: Lippincott, Williams, and Wilkins, 2005:483-5.

70.   Wartenberg KE, Mayer SA: The STICH Trial:  The end of surgical intervention for supratentorial intracerebral hemorrhage? *Curr Neurol Neurosci Reports* 2005;5:473-475.

71.   Connolly ES, Lavine SD, Meyers PM, Palestrant D, Parra A, Mayer SA:  Intensive care unit management of interventional neuroradiology patients.  In:  Amar AP,  Lavine SC: Interventional Neuroradiology.  *Neurosurg Clin North Am* 2005;16(3):541-545.

72.   Mayer SA, Rincon F: Ultra-early hemostatic therapy for acute intracerebral hemorrhage. *Sem Hematol* 2006;43(Suppl 1):S70-S76.

73.   Mayer SA:  Refrigerated intravenous fluids:  kick starting the cooling process.  *Crit Care Med* 2005;33:2844-2845.

74.   Rincon F,  Mayer SA:  Therapeutic hypothermia for brain injury after cardiac arrest.  *Sem Neurol* 2006; 26:387-395.

75.   Palestrant D, Frontera J, Mayer SA:  Treatment of massive cerebral infarction. *Curr Neurol Neurosci Reports* 2005;5:494-502.

76.   Temes RE, Schmidt JM, Mayer SA:  Prognosis and outcomes following aneurysmal subarachnoid hemorrhage.  In:  Bhardwaj A, Alkayed LJ, Kirsch JR, Traystman RJ (eds): *Stroke:  Bench to Bedside.* New York:  Informa Healthcare; 2008:103-110.

77.   Wartenberg K, Mayer SA:  Reducing the risk of ICH enlargement.  *J Neurol Sci* 2007;261;99-107.

78.   Temes, RT, Dennis LJ, Mayer SA:  Management of increased intracranial pressure.  In: Noseworthy JH (ed): *Neurologic Therapeutics:  Principles and Practice, 2nd Edition.*  London: Martin  Dunitz Ltd, 2006.

79.   Wartenberg KE, Mayer SA:  Intracerebral hemorrhage.  In:  Torbey MT, Selim MH (eds): *The Stroke Book*.  New York:  Cambridge University Press, 2007:188-206

80.   Wartenberg KE, Mayer SA:  Subarachnoid hemorrhage. In:  Torbey MT, Selim MH (eds): *The Stroke Book*.  New York:  Cambridge University Press, 2007:207-223.

81.   Wartenberg K, Mayer SA:  Medical complications after subarachnoid hemorrhage:  new strategies for prevention and management.  *Curr Opin Crit Care* 2006;12;78-84.

82.   Rincon F, Fernandez A, Mayer SA:  Recombinant factor VIIa for neurological and neurosurgical bleeding emergencies.  *Trans Alt Transfus Med* 2007;8(suppl 1):57-65.

83.   <u>Mayer SA</u>: Neurological intensive care:  emergence of a new specialty.  *Neurocrit Care* 2006;5:82-84..

84.   <u>Mayer SA</u>, Coplin W, Chang C, Suarez J, Gress D, Diringer MN, Frank JI, Hemphill JC,  Sung G, Smith W, Manno E, Kofke A,  Lam A, Steiner T, on behalf of the Neurocritical Care Society, the American Academy of Neurology Section on Critical Care and Emergency Neurology, and the Society of Neurosurgical Anesthesia and Critical Care.  Program requirements for fellowship training in neurological intensive care.  United Council for Neurologic Subspecialties Guidelines.  *Neurocrit Care* 2006;5;166-171

85.   <u>Mayer SA</u>, Coplin W, Chang C, Suarez J, Gress D, Diringer MN, Frank JI, Hemphill JC,  Sung G, Smith W, Manno E, Kofke A, Lam A, Steiner T, on behalf of the Neurocritical Care Society, the American Academy of Neurology Section on Critical Care and Emergency Neurology, and the Society of Neurosurgical Anesthesia and Critical Care.  Core curriculum and competencies for advanced training in neurological intensive care.  United Council for Neurologic Subspecialties Guidelines.  *Neurocrit Care* 2006;5:159-165.

86.   Mocco J, Rose JC, Komotar RC,  <u>Mayer SA</u>: Blood pressure management in patients with intracerebral and subarachnoid hemorrhage.  *Neurosurg Clin N Am* 2006;17(suppl 1):25-40..

87.   Rincon F, Fernandez A, <u>Mayer SA</u>:  Hematologic interventions for acute central nervous system disease.  In:  Kitchens C, Alving B, Kessler C (eds):  *Consultative Hemostasis and Thrombosis, 2nd Edition*.   WB Saunders (in press).

88.   Rincon F, Buitrago MM, <u>Mayer SA</u>:  Hemostatic therapy for intracerebral hemorrhage.  *Curr Athero Rep* 2006;8:304-309.

89.   Rincon F, <u>Mayer SA</u>:  Management of spontaneous intracerebral hemorrhage.  In:  Geyer JD, Gomez C (eds):  *Stroke:  A Practical Approach*. Baltimore:  Lippincott Williams & Wilkins, 2008:218-225.

90.   Rincon F, <u>Mayer SA</u>: Does intracranial pressure monitoring improve outcome after severe traumatic brain injury? *Curr Neurol Neurosci Reports* 2006;6:507-508..

91.   <u>Mayer SA</u>, Schwab S:  Stroke update 2006: critical care and emergency medicine.  *Stroke* 2007;38:225-228.

92.   Rincon F, <u>Mayer SA</u>:  Neurocritical care:  a distinct discipline?  *Curr Op Crit Care* 2007;13;115-121.

93.   <u>Mayer SA</u>, Rincon F:  Management of intracerebral hemorrhage. In: Cerebrovascular Disease [syllabus].  Minneapolis, MN: American Academy of Neurology 2007

94.   <u>Mayer SA</u>, Rincon F:  Management of intracerebral hemorrhage. In: Critical Care Neurology Skills Workshop [syllabus].  Minneapolis, MN: American Academy of Neurology 2007

95.   Mayer SA, Rincon F:  Management of intracerebral hemorrhage. In: Critical Care Neurology Skills Workshop [syllabus].  Minneapolis, MN: American Academy of Neurology 2007

96.   Mocco J, Prickett CS, Komotar RJ, Connolly ES, Mayer SA:  Potential mechanisms and clinical significance of global cerebral edema following aneurysmal subarachnoid hemorrhage. *Neurosurg Focus* 2007;22:E7.

97.   Wartenberg KE, Schmidt JM, Mayer SA:  Multimodality monitoring in neurocritical care. *Crit Care Clinics* 2007;23;5-7-538.

98.   Rincon F,  Mayer SA:  Does hemicraniectomy improve outcome after malignant middle cerebral artery infarction? *Curr Neurol Neurosci Reports* (in press).

99.   Mayer SA:  Hemicraniectomy:  a second chance on life for patients with space-occupying MCA infarction.  *Stroke* 2007;38:2410-2412.

100.  Wartenberg KE, Mayer SA:  Use of induced hypothermia for neuroprotection:  indications and application.  *Future Neurology* 2008;3:325-361

101.  Seder D, Mayer SA:  Management of elevated intracranial pressure.  In:  Frontera J (ed): *Neurocritical Care:  A Pocket Guide.*  New York: Theime Publishers, 2010

102.  Wartenberg KE, Mayer SA:  Induced hypothermia.  In:  Frontera J (ed): *Decision Making in Neurocritical Care.*  New York: Theime Publishers, 2010

103.  Rincon F, Mayer SA:  Management of anticoagulated intracerebral hemorrhage.  In:  Frontera J (ed): *Decision Making in Neurocritical Care.*  New York: Theime Publishers, 2010

104.  Seder D, Schmidt JM, Mayer SA:  Multimodality monitoring in patients with elevated intracranial pressure. In:  Vincent J-L (ed) *Yearbook of Intensive Care and Emergency Medicine.*  Heidelberg:  Springer-Verlag, 2008:811-821.

105.  Oddo M, Schmidt JM, Mayer SA, Chiolero RL:  Glucose control after severe brain injury. *Curr Op Nutrition and Metabolism* 2008;11:134-139.

106.  Mayer SA, Schwab S:  Advances in critical care and emergency medicine 2007.  *Stroke* 2008.39:261-262.

107.  Rincon F, Mayer SA: Current treatment options for intracerebral hemorrhage.  *Curr Treatment Options Cardiovasc Med* 2008;10:229-240.

108.  Seder D, Janjua N, Mayer SA:  Myasthenic crisis.  In:  Suarez J (ed): *Critical Care Neurology and Neurosurgery, 2nd Edition.*  New York: Springer Publishing (in press)

109.  Moussouttas M, Mayer SA:  Thunderclap headache with normal CT and lumbar puncture.  Further investigations are unnecessary:  against.  *Stroke* 2008;39:1394-1395.

110. Szeder V, Mayer SA: Blood pressure reduction for acute intracerebral hemorrhage: how low can you go? *Curr Neurol Neurosci Reports* 2007;8;505-507.

111. Mayer SA: Forward. In: Frontera J (ed): *Neurocritical Care: A Pocket Guide.* New York: Theime Publishers (in press)

112. Linares G, Mayer SA: Hypothermia for the treatment of ischemic and hemorrhagic stroke. *Crit Care Med* 2009;37(suppl 7):S243-S249.

113. Seder D, Mayer SA: Critical care management of subarachnoid hemorrhage and ischemic stroke. *Clin Chest Med* 2009;30:103-122.

114. Mayer SA, Bernardini GL, Solomon RA, Brust JCM: Subarachnoid hemorrhage. In: Rowland LP, Pedley TA (eds): *Merritt's Textbook of Neurology, 12th Ed.* (in press)

115. Seder D, Mayer SA: Respiratory support for neurological diseases. In: Rowland LP, Pedley TA (eds): *Merritt's Textbook of Neurology, 12th Ed.* (in press)

116. Mayer SA, Badjatia N: Head Injury. In: Rowland LP, Pedley TA (eds): *Merritt's Textbook of Neurology, 12th Ed.* (in press)

118. Mayer SA, Fishman RA: Brain edema and disorders of intracranial pressure. In: Rowland LP, Pedley TA (eds): *Merritt's Textbook of Neurology, 12th Ed.* (in press)

119. Rowland LP, Mayer SA: End-of-life issues in neurology. In: Rowland LP, Pedley TA (eds): *Merritt's Textbook of Neurology, 12th Ed.* (in press).

120. Mayer SA, Rincon F, Mohr JP: Intracerebral hemorrhage. In: Rowland LP, Pedley TA (eds): *Merritt's Textbook of Neurology, 12th Ed.* (in press)

121. Lee K, Mayer SA, Prockop L: Hyperosmolar syndromes. In: Rowland LP, Pedley TA (eds): *Merritt's Textbook of Neurology, 12th Ed.* (in press).

122. Mayer SA: Rethinking prognosis afer cooling for cardiac arrest. *Journal Watch Neurol* 2009;11:15.

123. Rincon F, Badjatia N, Mayer SA: Core curriculum and competencies for advanced training in neurocritical care – the American way. In: Chiche JD, Moreno R, Putensen C, Rhodes A (Eds.)**:** *Patient Safety and Quality of Care in Intensive Care Medicine*

124. Mayer SA, Schwab S: Advances in critical care and emergency medicine -- 2008. *Stroke* 2009 (in press).

125. Mayer SA, Linares G: Can a simple blood test quantify brain injury? *Critical Care* 2009;13:166-167.

126. Rincon F, <u>Mayer SA</u>:  Intracerebral hemorrhage.  In:  Menon D, Matta B, Smith M:  *Core Topics in Neuroanesthesia and Neurointensive Care*, London: Cambridge University Press, 2010

128. Rincon F, <u>Mayer SA</u>:  Intracerebral hemorrhage:  getting ready for effective treatments.  *Curr Opin Neurol* 2010;23:59-64

129. Vibbert M, <u>Mayer SA</u>:  Early decompressive hemicraniectomy following malignant ischemic stroke: the crucial role of timing.  *Curr Neurol Neurosci Rep* 2009;10:1-3.

130. Ziai W, <u>Mayer SA</u>:  Hemostatic therapy for intracerebral hemorrhage.  In:  Carhuapoma JR, <u>Mayer SA</u>, Hanley DF (eds):  *Intracerebral Hemorrhage*.  London: Cambridge University Press, 2010:238-253.

131. <u>Mayer SA</u>, Schwab S:  Advances in critical care and emergency medicine -- 2009.  *Stroke* 2010;41:e74-e76.

132. Wartenberg KE, <u>Mayer SA</u>:  Medical complications of subarachnoid hemorrhage.  *Neurosurg Clin N Am* 2009;21:325-338.

133. Hanafy K, <u>Mayer SA</u>:  Clinical assessment and scales.  In:  LeRoux PD, Levine J, Kofke A (eds):  *Monitoring in Neurocritical Care*.  (in press)

134. <u>Mayer SA</u>, Rincon F:  What's new in the management of intracerebral hemorrhage.  AAN Annual Meeting Syllabus 2010.

135. <u>Mayer SA</u>: Management of intracerebral and subarachnoid hemorrhage:  what's new, what's true?  AAN Annual Meeting Syllabus 2010.

136. Ortega-Gutierrez S, <u>Mayer SA</u>:  Is it the end of the magnesium era for subarachnoid hemorrhage as we know it?  *Curr Neurol Neurosci Rep* 2010;10:420-422.

138. Choi HA, Badjatia N, <u>Mayer SA</u>:  Hypothermia for brain injury.  *Nature Rev Neurol* 2011 (in press)

139. <u>Mayer SA</u>:  Prognosis after cardiac arrest:  new game, new rules (editorial).  *Neurology* 2011 (in press).

140. Wiley J, <u>Mayer SA</u>:  Brain injury clinical trials:  new agents or new statistics?  *Crit Care* (in press)

141. Yazbeck MF, Rincon F, <u>Mayer SA</u>:  Intracerebral hemorrhage.  In:  Lee K (ed): *The Neuro-ICU Book.*  New York: McGraw Hill, 2012:35-51.

142. Lee K, Mayer SA:  Management of increased intracranial pressure. In:  Lee K (ed): *The Neuro-ICU Book*.  New York: McGraw Hill, 2012:213-226.

143. Wartenberg KE, <u>Mayer SA</u>:  Head trauma.  In:  Brust JCM (ed), *Current Diagnosis and Treatment in Neurology (2nd Edition)*.  New York:  Lange Medical Books/McGraw Hill, 2011: 177-200.

144. Rincon F, <u>Mayer SA</u>:  Intracerebral hemorrhage: clinical overview. *Transl Stroke Res* (in press).

145. Rincon F, Rose J, <u>Mayer SA</u>:  Blood pressure management after central nervous system injury.  In:  Layon J, Gabrielli A, Friedman J: *Textbook of Neurointensive Care*, 2nd Edition, 2013:241-254.

146. <u>Mayer SA:</u>  Acute stroke.  2012 AAN Annual Meeting Sylabus.

147. Al-Khindi T, Macdonald RL, <u>Mayer SA</u>, Schweizer TS:  Behavior after aneurysmal subarachnoid hemorrhage: cognition and functional outcome.  In: Schweitzer TA, Macdonald RL: *The Behavioral Consequences of Stroke*.  New York: Springer Science + Business Media; 2014:177.

149. Wartenberg KE, <u>Mayer SA</u>:  Traumatic brain injury.  In:  Baliga R (ed): *Textbook of Internal Medicine--An Intensive Board Review with 1000 MCQs*.  Blendon-Miller 2013 (in press)

150. Wartenberg KE, <u>Mayer SA</u>:  Intracerebral hemorrhage.  In:  Torbey MT, Selim MH (eds): *The Stroke Book, 2nd Edition*.  New York:  Cambridge University Press, 2013:204-224.

151. De Marchis GM, <u>Mayer SA</u>:  White matter injury in subarachnoid hemorrhage in humans. In: Baltan S, Carmichel ST, Matute C, Xi G, Zhang JH (eds): *White Matter Injury in Stroke and CNS Disease*.  New York: Springer 2013, 271-280

152. <u>Mayer SA</u>:  Hemorrhagic cerebrovascular disease.  In:  Goldman L (ed): *Goldman-Cecil Textbook of Medicine, 25th edition*.  New York: Elsevier publishers, 2015.

153. Wartenberg KE, <u>Mayer SA</u>:  Induced hypothermia.  In:  Frontera J (ed): *Decision Making in Neurocritical Care, 2nd Edition*.  New York: Theime Publishers, 2016

154. Rincon F, <u>Mayer SA</u>:  Management of anticoagulated intracerebral hemorrhage.  In: Frontera J (ed): *Decision Making in Neurocritical Care, 2nd Edition*.  New York: Theime Publishers, in press.

155. Dangayach N, Agarwal S, Patel P, Claassen J, <u>Mayer SA</u>:  The need for high fidelity simulation based learning in neurocritical care.  (in preparation).

156. Paulson S, Becker LB, Parnia S, Mayer SA:  Reversing death:  the miracle of modern medicine.  *Ann NY Acad Sci* 2014; PMID: 25060142.

157. Dangayach NS, Mayer SA:  Futility after cardiac arrest: another one bites the dust.  *Crit Care Med* 2015;43:1136-1138.

158. Czeisler B, Sahlein D, Mayer SA:  Acute ischemic Stroke.  In:  Smith M, Kofke A, Citerio G:  *Neurointensive Care.*  London: Oxford University Press, 2015: (in press)

159. Wartenberg K, Mayer SA:  Ultraearly hemostatic therapy for intracerebral hemorrhage:  new directions.  In:  Toyoda K, Anderson CS, Mayer SA (eds):  *New Insights in Intracerebral Hemorrhage.*  Front Neurol Neurosci. Basel, Karger, 2016, vol 37, pp 107–129 (DOI: 10.1159/000437117)

160. Czeisler BM, Mayer SA:  Acute stroke:  the first hour.  In:  *Merritt's Textbook of Neurology,* 13th ed.  New York: Wolters-Kluwer; 2016: (in press)

161. Claassen J, Mayer SA, Brust J:  Stupor and coma.  In:  *Merritt's Textbook of Neurology,* 13th ed.  New York: Wolters-Kluwer; 2016: (in press)

162. Francoeur C, Mayer SA:  Intracranial pressure and neurocritical care monitoring.  In:  *Merritt's Textbook of Neurology,* 13th ed.  New York: Wolters-Kluwer; 2016: (in press).

163. Esenwa C, Czeisler B, Mayer SA:  Acute ischemic stroke.  In:  *Merritt's Textbook of Neurology,* 13th ed.  New York: Wolters-Kluwer; 2016: (in press).

164. Mayer SA, Rincon F, Mohr JP:  Intracerebral hemorrhage.  In:  *Merritt's Textbook of Neurology,* 13th ed.  New York: Wolters-Kluwer; 2016: (in press).

165. Mayer SA, Bernardini GL, Solomon RA:  Subarachnoid hemorrhage.  In:  *Merritt's Textbook of Neurology,* 13th ed.  New York: Wolters-Kluwer; 2016: (in press).

166. Al-Mufti F, Mayer SA:  Central nervous system vasculitis.  In:  *Merritt's Textbook of Neurology,* 13th ed.  New York: Wolters-Kluwer; 2016: (in press).

167. Badjatia N, Parikh GY, Mayer SA:  Traumatic brain injury.  In:  *Merritt's Textbook of Neurology,* 13th ed.  New York: Wolters-Kluwer; 2016: (in press).

168. Mayer SA:  Brain edema and disorders of intracranial pressure.  In:  *Merritt's Textbook of Neurology,* 13th ed.  New York: Wolters-Kluwer; 2016: (in press).

169. Lahiri S, Mayer SA:  Heart-brain interactions.  In:  *Merritt's Textbook of Neurology,* 13th ed.  New York: Wolters-Kluwer; 2016: (in press).

170. Seder D, Mayer SA:  Respiratory support for neurologica diseases.  In:  *Merritt's Textbook of Neurology,* 13th ed.  New York: Wolters-Kluwer; 2016: (in press).

171. Francoeur C, <u>Mayer SA</u>:  Hepatic disease and the brain.  In:  *Merritt's Textbook of Neurology,* 13th ed.  New York: Wolters-Kluwer; 2016: (in press).

172. Roberts JK, <u>Mayer SA</u>:  Renal disease and the brain.  In:  *Merritt's Textbook of Neurology,* 13th ed.  New York: Wolters-Kluwer; 2016: (in press).

173. Rincon F, Rowland LP, <u>Mayer SA</u>:  Ethical and end-of-life issues in neurology.   In:  *Merritt's Textbook of Neurology,* 13th ed.  New York: Wolters-Kluwer; 2016: (in press).

174. <u>Mayer SA</u>:  Emergency reversal of novel oral anticoagulants:  help is on the way.  *JAMA Neurol* 2016; 73:155-156.

175. Czeisler B, <u>Mayer SA</u>:  Predicting large vessel occlusion in acute ischemic stroke:  why less is more.  *Crit Care Med* 2016; 4;1251-1252.

176. Al-Mufti F, <u>Mayer SA</u>:  Critical care of acute subdural hematoma.  In:  Connolly ES, McKhann G:  Subdural hematoma.  *Neurosurg Clin* 2017;(in press).

177. Francoeur CL, Pain M, <u>Mayer SA</u>:  Multimodality monitoring:  illuminating the comatose human brain.  *Sem Neurol* 2017;13;1-10.

178. Dangayach NS, Francoeur CL, <u>Mayer SA</u>:  Neuroprotection in sepsis and acute respiratory distress syndrome.  In:  <u>Mayer SA</u>, Uysal S:  *Neuroprotection in Critical Care and Perioperative Medicine*.  London:  Oxford University Press, 2017:(in press)

180. Fory E, <u>Mayer SA</u>:  Acute neurological emertencies in the cardiac care unit.  In:  *Herzog's CCU Book*.  New York:  Lippincott /Wolters Kluwer: 2017 (in press).

181. Kim JA, Mahapatra A, <u>Mayer SA</u>:  Subarachnoid hemorrhage.  In: Neurocritical Care Pocket Guide.  Neurocritical Care Society: Minneapolis, MN: 2017

182. Pain M, Francoeur CL, Dangayach NS, Gordon E, <u>Mayer SA</u>:  Invasive multimodality brain monitoring.  In: Loftus C (ed): *Neurosurgical Emergencies*, New York: Thieme Publishers; 2017.

## Letters to the Editor

1. <u>Mayer SA</u>:  Hematoma enlargement in spontaneous intracerebral hemorrhage. *J Neurosurg* 1994;81:333.

2. <u>Mayer SA</u>, Thomas CE:  Therapy of myasthenic crisis.  *Crit Care Med* 1998;26:1136.

3. <u>Mayer SA</u>, Kreiter KT.  Functional recovery after SAH.  *J Neurosurg* 2002 (in press).

4.  Claassen J, Kreiter KT, Mayer SA:  Commentary on Woertgen C, et al:  Comparison of the Claassen and Fisher CT classification scale to predict ischemia after aneurysmatic SAH. *Zentralbl Neurochir* 2003;65;1-2.

5.  Hemphill JC, Bleck T, Carhuapoma JR, Chang C, Diringer M, Geocadin R, Mayer SA, Samuels O, Vespa P:  Is neurointensive care really optional for comprehensive stroke care? *Stroke* 2005;36:2344-2345.

6.  Mayer SA, on behalf of the FAST Trial Investigators:  Complications in patients with intracerebral hemorrhage treated with recombinant factor VIIa.  *Neurology*  2007;69:319-320.

7.  Steiner T, Broderick J, Brun NC, Davis SM, Diringer MN, Mayer SA, Skolnick BE:  Timing is everything in ICH.  *Stroke* 2008, 39(7):e117-118.

8.  Chang CJ, Torbey MT, Diringer MN, Coplin W, Mayer SA, Hemphill JC, Chalela JA, on behalf of the Neurocritical Care Society:  Neurointensivists:  part of the problem or part of the solution? *Crit Care Med* 2008;36:2963-2964.

9.  Polderman K, Mayer SA, Menon D: Hypothermia therapy after traumatic brain injury in children.  *New Engl J Med* 2008;359:1178.

10.  Weingart SD, Polderman KH, Mayer SA:  Probe lag during rapid saline induction of postarrest hypothermia: a case report.  *Resuscitation* (in press).

11.  Petzold A, Mayer SA, Citerio G:  Maintenance intravenous fluids in acutely ill patients.  *N Engl J Med* 2016;374:290.

## Book Reviews

1.  Mayer SA:  Neurologic Complications in Organ Transplant Recipients.  Edited by: Wijdicks EFM,  Newton, MA: Butterworth-Heinemann, 1999. *Mayo Clin Proc* 1999;74:in press.

2.  Mayer SA:  The Clinical Practice of Critical Care Neurology (2nd Ed).  *Neurology* 2004 (in press).

3.  Flint AC, Mayer SA:  Catastrophic Neurological Disorders in the Emergency Department.  Edited by:  Wijdicks EFM, New York, NY:  Oxford University Press, 2004.  *Arch Neurol* 2005:62:328-329.

4.  Mayer SA:  Handbook of Cerebrovascular Diseases.  *New Engl J Med* 2006;354:1541-1542.

## Articles in Non-Science Periodicals

1.  Sung G, Smith W, Hemphill JC, <u>Mayer S</u>, Frank J, Coplin B, Manno E.  Why the field needs a neurocritical care organization.  *Neurology Today* 2002;3(3):4.

2.  Kurtz P, <u>Mayer SA</u>:  Implementing hypothermia after cardiac arrest.  *Critical Connections* (in press).

3.  <u>Mayer SA</u>:  Do we really want to die tethered to a machine?  *CNN.com*, 2013.

## Abstracts

1.  <u>Mayer SA</u>, Sacco RL, Hurlet-Jensen A, Shi T, Mohr JP:  Free protein S deficiency and acute ischemic stroke: a case-control study. *Stroke* 1992; 23: 158.

2.  Fink ME, <u>Mayer SA</u>, Galletta SL: Delayed oculopalatal myoclonus following severe head injury: report of four cases. *Neurology*  1992; 42 [suppl 3]: 474.

3.  <u>Mayer SA</u>, Tatemichi TK, Hair LS, Goldman JE, Camac A, Mohr JP: Hemineglect and seizures as a manifestation of white matter ischemic injury in Binswanger's disease. *J Stroke Cerebrovasc Dis*  1992;2 [suppl 1]:S18.

4.  <u>Mayer SA</u>, Fink ME, Lennihan L, Klebanoff LM, Beckford A, Prohovnik I, Young W, Solomon RA: Central venous pressure does not reflect changes in circulating blood volume following aneurysmal subarachnoid hemorrhage. *Ann Neurol* 1992;32:239.

5.  Fink ME, <u>Mayer SA</u>, Sherman D, Homma S, Raps EC, Lennihan L, Solomon RA, Klebanoff L, Beckford A: Acute cardiac failure associated with neurogenic pulmonary edema following subarachnoid hemorrhage. *Neurology* 1993; 43 [suppl 2]:A341.

6.  <u>Mayer SA</u>, Sacco RL, Shi T, Mohr JP:  Neurologic deterioration in non-comatose patients with supratentorial intracerebral hemorrhage.  *Neurology*  1993; 43 [suppl 2]:A341.

7.  Kargman DE, Sacco RL, Hurlet-Jensen A, <u>Mayer SA</u>:  Protein S deficiency is acquired in acute ischemic stroke. *Neurology*  1993; 42 [suppl 2]:A242.

8.  <u>Mayer SA</u>, Sherman D, Fink ME, Homma S, LiMandri G, Klebanoff LM, Lennihan L, Beckford A, Solomon RA: Myocardial injury and left ventricular dysfunction in acute subarachnoid hemorrhage. *Ann Neurol* 1993;34:288.

9.  Li Mandri G, Sherman D, <u>Mayer S</u>, Di Tullio M, Enson Y, Santiago DW, Solomon  RA, Fink M, Homma S:  Significance of ECG abnormalities in acute subarachnoid hemorrhage: an echocardiographic study in 48 consecutive patients. *Circulation*  1993; 88:I-170.

10.  <u>Mayer SA</u>, Sherman D, Fink ME, Homma S, Solomon R, Lennihan L, Beckford A, Klebanoff LM: Noninvasive monitoring of cardiac output by Doppler  echocardiography in patients

treated with volume expansion following subarachnoid hemorrhage. *Crit Care Med* 1994;22:A202.

11.  Graham JS, Heyer EJ, Delphin E, <u>Mayer SA</u>, Adams DC, Fink ME, Rose EA:  Evaluation of "cerebral dysfunction" in patients undergoing cardiac surgery at mild or moderate hypothermia during CPB. *Anesth Analg*  1994;78 [suppl 2]:S137.

12.  <u>Mayer SA</u>, LiMandri G, Fink ME, Homma S, Sherman D, Lennihan L, Solomon  RA, Klebanoff LM, DiTullio M, Beckford A.  Electrocardiography in subarachnoid hemorrhage:  association of T wave inversion and severe QTc prolongation with myocardial injury. *Neurology*  1994;44 (Suppl 2):A345.

13.  Lennihan L, Solomon RA, <u>Mayer S</u>, Prohovnik I, Fink M, Klebanoff L, Beckford A, Paik M, Wu YC:  Effect of volume therapy on cerebral blood flow (CBF) after subarachnoid hemorrhage (SAH).  *Neurology*  1994;44 (Suppl 2):A345.

14.  <u>Mayer SA</u>, Solomon RA, Fink ME, Lennihan L, Beckford A, Diringer MN, Stern L, Klebanoff LM:  Physiologic determinants of renal salt wasting in subarachnoid hemorrhage.  *Ann Neurol* 1994;36:263.

15.  Graham JS, Heyer EJ, Delphin E, Adams DC, <u>Mayer SA</u>, Christiansen I, McMahan  DJ, Rose EA:  Measurement of jugular venous bulb oxyhemoglobin saturation and cerebral dysfunction in patients undergoing CPB at moderate or mild hypothermia.  *Anesthesiology* 1994;81 (3A);A55.

16.  Mast H, Mohr JP, Soussis IA, Trocio SH, Osipov A, <u>Mayer S</u>, Young WL:   Sensitivity and specificity of transcranial Doppler sonography (TCD) in cerebral arteriovenous malformations (AVMs).  *Cerebrovasc Dis* 1994 (in press).

17.  <u>Mayer SA</u>, Thomas CE, Khanji AG:  Asymmetry of intracranial hemodynamics as an indicator of mass effect in acute intracerebral hemorrhage: a transcranial Doppler study.  *Stroke* 1995;26:722.

18.  <u>Mayer SA</u>, Nour R, Van Heertum RL, Fink ME, Thomas CE, Brannigan T, Rogers J: Perilesional blood flow and edema formation in acute intracerebral hemorrhage: a SPECT study.  *Neurology* 1995;45(Suppl 4):A411.

19.  <u>Mayer SA</u>, Kessler DB, Van Heertum RL, Thomas CE, Nour R, Fink ME, Esser PD: Perilesional and global cerebral blood flow in acute intracerebral hemorrhage:  a SPECT study. *J Nucl Med* 1995; 36 (suppl):52P.

20.  Solomon RA, <u>Mayer SA</u>, Tarmey J:  Operative mortality and length of stay for patients with diagnosis of cerebral aneurysm: 7 year review of data from New York State Department of Health.  *J Neurosurg* 1995;82:342A-343A.

21.   Mayer SA, Kessler DB, Van Heertum RL, Thomas CE, Fink ME, Brannigan T:   Effect of
intraventricular blood on global cortical perfusion in acute intracerebral hemorrhage:  a SPECT
study.  *Ann Neurol* 1995;38:288.

22.   Hacien-Bey L, Pile-Spellman J, Koennecke C, Moohan N, Marshall RS, Sacco RS, Mayer SA,
Young WL, Mohr JP :  Balloon angioplasty of supraaortic and cerebral arteries: what are the
indications? *Stroke* 1996;27:167.

23.   Thomas CE, Mayer SA, Gungor Y, Swarup R, Webster E, Brannigan T, Fink ME, Chang I:
Effect of age on the course and outcome of myasthenic crisis.  *Crit Care Med*  1996;24
(suppl):A70.

24.   Rubin BS, Mayer SA, Starman B, Byers PH:  Spontaneous multivessel cervical artery
dissection in a patient with a substitution of alanine for glycine (G13A) in the                    ☐1(I) chain o
type I collagen.  *Neurology* 1996;46:A173.

25.   Mayer SA, Thomas CE, Swarup R, Gungor Y, Diamond B, Webster E, Chang I, Fink ME,
Brannigan T:  Risk factors for prolonged intubation in myasthenic crisis.  *Neurology*
1996;46:A383.

26.   Thomas CE, Boden-Albala B, Lin I-F, Lennihan L, Mayer SA, Sacco R:  A case-control
analysis of risk factors for intracerebral hemorrhage: the Northern Manhattan Stroke Study.
*Ann Neurol* 1996;40:529.

27.   Mayer SA, Lignelli A, Van Heertum RL, Fink ME, Kessler DB, Thomas CE, Swarup R:
Perilesional edema formation in acute intracerebral hemorrhage:  a form of reperfusion injury?
*Stroke*  1997;28:263.

28.   Mayer SA, Van Heertum RL, Tikofsky RS, Solomon RA, Kessler DB, Lang PS, Kossoff S,
Swarup R, Thomas CE, Mohr JP, Nimgade A, Bernardini GL, Jean-Mary R:   Presymptomatic
detection of ischemia from vasospasm after subarachnoid hemorrhage with acetazolamide-
activated SPECT.  *Stroke* 1997;28:253.

29.   Lennihan L, Solomon RA, Beckford AR, Fink M, Paik LM, Klebanoff LM, Mayer SA:
Comparison of effects of hypervolemia and normovolemia on cerebral blood flow after
subarachnoid hemorrhage.  *Stroke* 1997;249.

30.   Gungor Y, Mayer SA, Thomas CE, Swarup R, Webster E, Brannagan T:  Vital capacity,
arterial blood gases, and atelectasis in patients with myasthenia gravis and impending
respiratory failure. *Neurology*  1997;48:A412.

31.   Bernardini GL, Mayer SA, Pile-Spellman J, Hacien-Bey L  Kossoff SB, Solomon RA:  GDC coil
embolization can prevent rebleeding and permits induced hypertension in high-risk patients with
subarachnoid hemorrhage**.** *Neurology*  1997;48:A366.

32. Gottfried JA, <u>Mayer SA</u>, Shungu DC, Chang Y:  Delayed posthypoxic leukoencephalopathy and pseudoarylsulfatase-A deficiency:  case report and correlation with magnetic resonance spectroscopy.  *Neurology* 1997;48:A419.

33. <u>Mayer SA</u>, Boden-Albala B, Bernardini GL, Lennihan L, Kossoff S, Chen X, Sacco RL:  Intubation for life-threatening stroke:  a population-based study.  *Neurology*  1997;48:A366-A367.

34. Lennihan L, Solomon RA, Fink M, Paik M, Klebanoff L, Beckford A, <u>Mayer SA</u>:  Comparison of effects of hypervolemia (HV) versus normovolemia (NV) on clinical outcome and medical complications after subarachnoid hemorrhage (SAH).  *Neurology* 1997;48:A365.

35. Lang PS, <u>Mayer SA</u>, Van Heertum RL,  Tikofsky RS,  Kossoff S,  Bernardini GL, Mohr JP, Solomon RA, Poznikoff TA:  Correlation of transcranial Doppler sonography with acetazolamide-activated SPECT in patients with aneurysmal subarachnoid hemorrhage.  *J Nucl Med* 1997;38 (Suppl):127.

36. <u>Mayer SA</u>, Kossoff SB, Bernardini GL:  Terminal extubation in critically-ill neurologic patients:  frequency, procedures, and clinical course.  *Ann Neurol*  1997;42:425.

37. Graffagnino C, Gomez CR, <u>Mayer SA</u>, Bernardini GL, Malkoff MD:  Induced controlled extended hypothermia improves outcomes in malignant stroke.  *Neurology*  1998;50:A412.

38. Triantafillou B, <u>Mayer SA</u>, Tikofsky RS, Copeland DL, Bernardini GL, Solomon RA, Van Heertum RL:  Sensitivity and specificity of acetazolamide SPECT (AASPECT) as a predictor of vasospasm following aneurysmal subarachnoid hemorrhage.  *J Nucl Med*  1998;39:149P.

39. Copeland DL, Kreiter K, <u>Mayer SA</u>, Bernardini GL, Commichau C, Connolly ES, Solomon RA, Stern Y:  Comprehensive assessment of outcome after SAH:  beyond the Glasgow Outcome Scale.  *Ann Neurol*  1998;44:512.

40. Bernardini GL, <u>Mayer SA</u>, Copeland DL, Commichau C, Kreiter K, Connolly ES, Solomon RA:  Is intraventricular hemorrhage (IVH) a risk factor for symptomatic vasospasm after subarachnoid hemorrhage?  *Stroke* 1999;30:106.

41. Commichau C, Kreiter K, <u>Mayer SA</u>, Copeland DL, Bernardini GL, Connolly ES, Stern Y, Solomon RA:  Worsening of Hunt-Hess grade in patients with subarachnoid hemorrhage.  *Stroke* 1999;30:23

42. <u>Mayer SA</u>, Lin J, Homma S, Solomon RA, Sherman D, Lennihan L, Fink ME, Beckford A, Klebanoff LM.  Myocardial injury and left ventricular performance after subarachnoid hemorrhage.  *Stroke* 1999;30:22.

43.   Kreiter K, <u>Mayer SA</u>, Copeland D, Bernardini GL, Commichau C, Connolly ES, Stern Y, Solomon RA:  What is the best test for assessing neurocognitive outcomes after subarachnoid hemorrhage?  *Neurology* 1999;52(suppl 2):A140.

44.   Copeland DL, Bernardini GL, <u>Mayer SA</u>, Commichau C, Lennihan L, Boden Albala B, Lin I-F, Sacco RL:  A case-control study of risk factors for intracerebral hemorrhage:  the Northern Manhattan Stroke Study.  *Neurology* 1999;52(suppl 2):A504.

45.   Bernardini GL, <u>Mayer SA</u>, Commichau C, Copeland DL.  Effectiveness of propofol for sedation in the neuro-intensive care unit.  *Neurology* 1999;52(suppl 2):A511.

46.   Dennis LJ, <u>Mayer SA</u>, Bernardini GL, Eldaief M, Commichau C:  Quantification of mild alterations in level of consciousness in the neuro-ICU:  The 60-Second Test (SST) and Alertness and Attention Scale (AAS).  *Neurology* 1999;52(suppl 2):A512.

47.   <u>Mayer SA</u>, Copeland D, Bernardini GL, Kreiter K, Commichau C, Bates J, Gorman M, Connolly  ES:  Cerebral edema after subarachnoid hemorrhage:  frequency, causes, and impact on outcome.  *Ann Neurol* 1999.

48.   Commichau C, Copeland DL, <u>Mayer SA</u>, Bernardini GL, Kreiter KT, Rosengart AJ, Bates JE: Predictors of return to work after subarachnoid hemorrhage.  *Stroke* 2000;31:300.

49.   Bates JE, Copeland DL, <u>Mayer SA</u>, Bernardini GL, Kreiter KT, Rosengart AJ, Commichau C, Connolly ES: Misdiagnosis of subarachnoid hemorrhage: frequency, risk factors and clinical impact. *Stroke* 2000;31:311.

50.   Bernardini GL, <u>Mayer SA</u>, Copeland DL, Rosengart AJ, Kreiter KT: Intraventricular hemorrhage predicts poor outcome in patients with subarachnoid hemorrhage. *Stroke* 2000;31:299.

51.   Rosengart AJ, Kreiter KT, Copeland DL, <u>Mayer SA</u>, Bernardini GL, Bates JE, Commichau C, Connolly ES: Depression after subarachnoid hemorrhage: frequency, predictors and impact on quality of life. *Stroke* 2000;31:302.

52.   Kreiter KT, <u>Mayer SA</u>, Peery S, Copeland DL, Bernardini GL, Commichau C, Connolly ES, Rosengart AJ, Bates JE: Effects of focal versus diffuse pathology on memory after subarachnoid hemorrhage. *Stroke* 2000;31:301.

53.   <u>Mayer SA</u>, Rosengart AJ, Kreiter KT, Copeland DL, Bernardini GL, Bates JE, Commichau C, Connolly ES: Predictors of anxiety disorder after subarachnoid hemorrhage.  *Stroke* 2000;31:303.

54.   Peery S, Kreiter KT, <u>Mayer SA</u>, Copeland DL, Rosengart AJ, Bates JE, Bernardini GL, Commichau C: Effect of language and ethnic bias on cognitive testing after subarachnoid hemorrhage.  *Stroke* 2000;31:292.

55.   Copeland DL, Rosengart AJ, <u>Mayer SA</u>, Bernardini GL, Kreiter KT, Commichau C, Bates JE: Risk factors for continued cigarette and alcohol use after subarachnoid hemorrhage. *Stroke* 2000;31:300.

56.   Elkind MSV, Connolly ES, <u>Mayer SA</u>, Bernardini GL, Clavijo M.  Mortality and functional outcome after hemicraniectomy and durotomy for massive hemispheric infarction.  *Neurology* 2000;54 (suppl 3):A229.

57.   Dennis LJ, <u>Mayer SA</u>, Scarmeas N, Copeland D:  The value of prolonged continuous EEG monitoring after status epilepticus.  *Neurology* 2000;54 (suppl 3):A245.

58.   Lokin J, <u>Mayer SA</u>, Mendelsohn F, Dennis LJ, Fitzsimmons B-F:  Refractory status epilepticus: frequency, risk factors, and impact on outcome. *Neurology* 2000;54 (suppl 3):A11.

.
59.   Labovitz DL, Halim A, Lennihan L, <u>Mayer SA</u>, Boden-Albala B, Sacco RL:  Incidence of intracerebral hemorrhage and predictors of deep versus lobar location in a multi-ethnic population:  The Northern Manhattan Stroke Study.  *Neurology* 2000;54 (suppl 3):A298.

60.   <u>Mayer SA</u>, Copeland DL, Bernardini GL, Boden-Albala B, Lennihan L, Kossoff S, Sacco RL:  Is mechanical ventilation for stroke cost effective?  *Neurology* 2000;54 (suppl 3):A377.

61.   Kreiter KT, Rosengart A, Bernardini GL, Copeland D, Bates J, <u>Mayer SA</u>:  Deficits in motor speed and dexterity after SAH.  *Neurology* 2000;54 (suppl 3):A297.

62.   Dennis LJ, Duong H, Aagaard B, Emerson R, <u>Mayer SA</u>, Mohr JP, Pile-Spellman J:  Real-time spectral encephalogram during cerebral angioplasty.

63.   <u>Mayer SA</u>, Bernardini GL, Copeland DL, Kreiter KT, Rosengart A, Bates J, Connolly ES:  Predictors of mortality after subarachnoid hemorrhage.  *Ann Neurol* 2000;48:9.

64.   Claassen J, Copeland DL, Kreiter KT, Rosengart A, Bates J, Connolly ES,  Bernardini GL, <u>Mayer SA</u>:  Predictors of severe disabilty after subarachnoid hemorrhage.  *Ann Neurol* 2000;48:12.

65.   Copeland D, Kreiter K, Peery S, Claassen J, Rosengart A, Bates J, Connolly ES, <u>Mayer SA</u>:  What's the best scale for assessing quality of life after subarachnoid hemorrhage?  *Ann Neurol* 2000;48:21.

66.   Claassen J, Copeland DL, Kreiter KT, Bates J, Connolly ES, <u>Mayer SA</u>:  Risk factors for delayed cerebral ischemia after subarachnoid hemorrhage.  *Ann Neurol* 2000;48:18.

67.   Rosengart AJ, Kreiter KT, Copeland DL, Peery S, Bates JE, Connolly ES, Bernardini GL, <u>Mayer SA</u>.  Does reaction time tell us anything about brain injury after subarachnoid hemorrhage.  *Ann Neurol* 2000;48:19.

68. Claassen J, Hirsch LJ, <u>Mayer SA</u>, Bates JE, Thompson TB, Emerson RG.  Aggressive intravenous therapy of nonconvulsive status epilepticus and periodic epileptiform discharges:  harmful or beneficial?  *J Clinical Neurophys* 2001;18;474.

69. Claassen J, Hirsch LJ, <u>Mayer SA</u>, Bates JE, Thompson TB, Emerson RG.  The absence of epileptiform discharges after control of status epilepticus does not rule out prior status epilepticus. *J Clinical Neurophys* 2001;18;474.

70. Claassen J, <u>Mayer SA</u>, Hirsch LJ, Bates JE, Dennis LG, Emerson RG:  Nonconvulsive status epilepticus and electrographic seizures predict mortality in the neurological intensive care unit. *J Clinical Neurophys* 2001;18;488..

71. Dennis LJ, <u>Mayer SA</u>, Connolly ES, Claassen J, Hirsch LJ, Thompson T, Emerson RG:  Nonconvulsive status epilepticus after subarachnoid hemorrhage.  *Stroke* 2001;32:349.

72. <u>Mayer SA</u>, Connolly ES, Bates J, Sim A, McKhann GM, Peery S:  Decompressive hemicraniectomy for massive cerebral hemorrhage.  *Stroke* 2001;32:357.

73. Claassen J, Hirsch LJ, Emerson RG, <u>Mayer SA</u>. Treatment of refractory status epilepticus with pentobarbital, propofol, or midazolam:  a systematic review.  *Epilepsia*  2001;42 (suppl 7):214-215.

75. Hirsch LJ, Claassen J, <u>Mayer SA</u>, Emerson RG. Systematic design of a prognostic scale for ICU patients with highly epileptiform EEG's. *Epilepsia* 2001;42:256.

76. Commichau C, <u>Mayer SA</u>, Scarmeas N: Enhanced susceptibility to fever after subarachnoid hemorrhage. *Stroke* 2001;32:357.

77. Kreiter KT, Claassen J, Rosengart AJ, Du E, Bates J, Peery S, Ostapkovich N, Mednick AS, Connolly ES, Carhuapoma JR, <u>Mayer SA</u>:  Influence of depression on return to work after subarachnoid hemorrhage.  *Stroke* 2001;32;338.

78. Claassen J, <u>Mayer SA,</u> Kreiter KT, Bates J, Ostapkovich N, Mednick AS, Connolly ES, Carhuapoma JR: "Silent" cerebral infarction due to vasopsasm after subarachnoid hemorrhage.  *Stroke* 2001;32;356.

79. <u>Mayer SA</u>, Commichau C, Scarmeas N, Presciutti M, Bates J, Copeland D.  Clinical trial of an air-circulating cooling blanket for fever control in neuro-ICU patients. *Neurology* 2001;56 (suppl 3):A468-A469.

80. Claassen J, <u>Mayer SA</u>, Kreiter KT, Bates JE, Connolly ES, Carhuapoma JR:  Early generalized cerebral edema on admission predicts mortality in patients with subarachnoid hemorrhage.  *Neurology* 2001;56(suppl 3):A431-A432

81.   Claassen J, Kretier K, Bates JE, Connolly ES, Du E, Carhuapoma JR, Tikofsky RS, Van Heertum RL, <u>Mayer SA</u>:  Watershed hypoperfusion predicts cogntitive outcome after subarachnoid hemorrhage. *J  Neurological Sci 2001;187:199.*

82.   Weimer LH, Trojaborg W, Johnkutty S, Hays AP, <u>Mayer SA</u>, Gondolo T, Gooch:  Critical illness myopathy: a new diagnostic array and comparison with neuropathology.  *Ann Neurol* 2001;50:S52.

83.   <u>Mayer SA</u>, Kreiter KT, Ostapkovich N, Carhuapoma JR, Mednick A, Peery S, Connolly ES:  Cognitive dysfunction and quality of life after subarachnoid hemorrhage. *Ann Neurol* 2001;50:S78

84.   Ostapkovich N, Kreiter K, Peery S, Connolly ES, <u>Mayer SA</u>.  Are proxy ratings valid for assessing quality of life after subarachnoid hemnorrhage?  *Ann Neurol*  2001;50:S78-79.

85.   Hirsch LJ, Claassen J, <u>Mayer SA</u>, Emerson RG.  Systematic design of a prognostic scale for ICU patients with highly epileptiform EEG's. *Epilepsia 2001;42:256.*

86.   Rao VA, Diamond BE, Chi J, <u>Mayer SA</u>:  Impact of neuro-ICU care and surgical intervention on mortality in high-risk intracerebral hemorrhage patients:  a population-based study.  *Stroke 2002;33:379*

87.   Peery S, Claassen J, Kreiter KT, Ostapkovich ND, <u>Mayer SA</u>:  Removing demographic bias on cognitive testing after subarachnoid hemorrhage.  *Stroke* 2002;417.

88.   Claassen J, Carhuapoma JR, Kreiter KT, Peery S, Dy EY, Connolly ES, <u>Mayer SA</u>:  Global cerebral edema after subarachnoid hemorrhage:  frequency, causes, and impact on outcome.  *Stroke* 2002,33;381.

89.   Kreiter KT, Copeland DL, Bernardini GL, Bates J, Peery S, Claassen J, Du YE, Stern Y, Connolly ES, <u>Mayer SA</u>:  Predictors of cognitive dysfunction after subarachnoid hemorrhage. *Stroke* 2002;33:381.

90.   <u>Mayer SA</u>, Kowalski RG, Ostapkovitch N, Fitzsimmons B-F, Yavagal DY.  Normalization of body temperature in febrile neuro-ICU patients with the Arctic Sun Temperature Management System.  *Neurology* 2002; 58 (Suppl 3):A93.

91.   Claassen J, Peery S, Kreiter KT, Hirsch LJ, Connolly ES, <u>Mayer SA</u>:  Epilepsy after subarachnoid hemorrhage: predictors and impact on outcome and quality of life. *Neurology* 2002; 58 (Suppl 3):A256.

92.   Yavagal DR Perera G, Lignelli A, Fitzsimmons B-F, New York, NY, DeLaPaz R, <u>Mayer SA</u>:  Detection of microvascular vasospasm after aneurysmal subarachnoid hemorrhage with MR diffusion-perfusion imaging. *Neurology* 2002; 58 (Suppl 3):A94.

93. Fitzsimmons B-F, Kowalski RG, Claassen J, <u>Mayer SA</u>:  Early infarction following acute subarachnoid hemorrhage. *Neurology* 2002; 58 (Suppl 3):A178.

94. DeLaPaz RL, Yavagal DR, Perera GM, Lignelli A, Fitzsimmons BF, <u>Mayer SA</u>.  MRI perfusion and diffusion abnormalities with symptomatic cerebral vasospasm after aneurysmal subarachnoid hemorrhage. *AJNR* (in press).

95. Kowalski RG, Claassen J, Kreiter KT, Peery S, Ostapkovich N, Connolly ES, <u>Mayer SA</u>: Predictors of early recovery among poor-grade patients with subarachnoid hemorrhage. *Ann Neurol* 2002;52:21.

96. Fitzsimmons B-F, Yavagaal D, Kowalski RG, Claassen J, <u>Mayer SA</u>:  Timing of angioplasty for symptomatic vasospasm following acute subarachnoid hemorrhage. *Ann Neurol* 2002;52:26-27.

97. Claassen J, Hirsch LJ, Kreiter KT, Du EY, Connolly ES, Emerson RG, <u>Mayer SA</u>: Quantitative continuous EEG analysis for the detection of delayed cerebral ischemia in poor grade subarachnoid hemorrhage patients. *J Clin Neurophys* 2002;43:45.

98. Choi H, Claassen J, <u>Mayer SA</u>, Hirsh LJ.  Continuous EEG monitoring in patients with spomtaneous intracerebral hemorrhage. *J Clin Neurophys* 2002;43:39.

99. Naidech A, Janjua N, Kowalski RG, Kreiter KT, Ostapkovich N, Peery S, Fitzsimmons B-F, Parra A, Connolly ES, <u>Mayer SA</u>:  Rebleeding after subarachnoid hemorrhage: a persistent problem. *Stroke* 2003;34:242.

100. Peery S, Kreiter KT, Claassen J, Ostapkovich ND, Copeland D, <u>Mayer, SA</u>.  Recovery of cognitive function one year after subarachnoid hemorrhage. *Stroke* 2003;34:253.

101. <u>Mayer SA</u>, Brun N, on behalf of the Steering Committee and the Investigators.   Safety and preliminary efficacy of activated recombinant factor VII in acute intracerebral hemorrhage. *Stroke* 2003;34:242.

102. Janjua N, Naidech A, Kreiter K, <u>Mayer SA</u>, Fitzsimmons B-F, Kowalski RG, Parra A, Otapkovich N, Peery S, Connoly S:  Hyponatremia after subarachnoid hemorrhage: modern fluid management.  *Stroke* 2003;34:275

103. <u>Mayer SA</u>, Kreiter KT, Huddleston D, Peery S, Fitzsimmons B-F, Yavagal D, Ostapkovich ND, Connolly ES, Kowalski RG.  Fever after subarachnoid hemorrhage: predictors and impact on outcome.  *Crit Care Med* 2003;31(suppl):A5.

104. Kreiter KT, Commichau C, Kowalski RG, Ostapkovich N, Huddleston D, Fitzsimmons B-F, Parra A, Connolly ES, <u>Mayer SA</u>.  Fever burden and cognitive outcome after subarachnoid hemorrhage.  *Neurology* 2003;60 (suppl 1):A230.

105. Commichau C, Kreiter K, Fitzsimmons B-F, Parra A, Connolly ES, <u>Mayer SA</u>. Complication rates in infratentorial versus supratentorial aneurysms. *Neurology* 2003;60 (suppl 1):A231.

106. Naidech A, Jajua N, Kowalski R, Kreiter K, Ostapkovich N, Fitzsimmons B-F, Parra A, Commichau C, Connolly ES, <u>Mayer SA</u>.  Morbidity of medical complications of subarachnoid hemorrhage.  *Neurology* 2003;60 (suppl 1):A361.

107. <u>Mayer SA</u>, Brun N, Skolnick B, on behalf of the Steering Committee.  Randomized, double-blind, placebo-controlled, multi-center, parallel groups study to evaluate the efficacy and safety of activated recombinant factor VII in acute intracerebral hemorrhage. *Stroke* 2003 (in press)

108. Stern M, Peery S, Kreiter KT, <u>Mayer SA</u>.  Late functional outcome using the modified Rankin Scale (MRS) in patients with a subarachnoid hemorrhage (SAH) to determine factors affecting recovery at 12 months. *Am J Phys Med Rehab*  (in press).

109. Peery S, Stern M, Kreiter KT, <u>Mayer SA</u>. Functional outcomes in nontraumatic subarachnoid hemorrhage using the Barthel Index. *Am J Phys Med Rehab*  (in press).

110. Steiner T, <u>Mayer SA</u>, Brun N, on behalf of the Steering Committee.  Safety and preliminary efficacy of activated recombinant factor seven (NovoSeven®) in acute intracerebral hemorrhage.  *Cerebrovasc Dis* 2003;16(suppl 4):(in press).

111. Parra A, , Kreiter KT,  Kowalski R, Commichau C, Fitzsimmons B-F, Connolly ES, <u>Mayer SA</u>: Predictors of discharge functional outcome in good grade Hunt & Hess subarachnoid hemorrhage patients. *Ann Neurol* 2003;54(suppl 7):S26.

112. Davis S, <u>Mayer SA</u>, Brun N, Broderick J, Diringer MN, Steiner T, on behalf of the NovoSeven ICH Trial Investigators.   Safety of activated recombinant factor VII in aute intracerebral hemorrhage:  results of two multi-center, placebo-controlled trials. *Int Med J* 2004;34:A1.

113. Steiner T, Broderick J, Brun N, Davis S, Diringer MN, Seremitis S, Skolnik B, <u>Mayer SA</u>: Safety of recombinant activated coagulation factor VII in patients with acute intracerebral hemorrhage.  *Cerebrovasc Dis* 2004;17(suppl 5):67.

114. Janjua, N, Naidech A, MD, <u>Mayer SA</u>, Irby FG, Peery S, Fitzsimmons B-F,, Commichau C, Parra A, Ostapkovich ND, Kurt KT:  Anterior communicating artery aneurysm location impacts cognitive performance in subarachnoid hemorrhage.  *Neurocrit Care* 2004 (in press).

115. Naidech A, Kreiter KT, Ostapkovich ND, Parra A, Fitzsimmons B-F, Connolly ES, <u>Mayer SA</u>, Commichau C: Dobutamine vs. milrinone in subarachnoid hemorrhage related heart failure. *Crit Care Med* (submitted).

116. <u>Mayer SA</u>, Brun N, Davis S, Broderick J, Diringer MN, Steiner T, for the U.S. NovoSeven ICH Trial Investigators.  Safety and preliminary efficacy of recombinant coagulation factor VIIa in acute intracerebral hemorrhage:  U.S. Phase 2A Study.  *Stroke* 2004;35;332.

117. <u>Mayer SA</u>, Kowalski RG, Presciutti M, Ostapkovich ND, McGann E, , Fitzsimmons B-F, Yavagal DY, Du YE, Naidech AM, Janjua NA, , Claassen J, Kreiter KT, Commichau C, Parra A:  Clinical trial of a novel surface cooling system for fever control in critically-ill stroke patients.  *Stroke* 2004;35;339.

118. Naidech A, Kowalski RG, Kreiter KT, Ostapkovich ND, Fitzsimmons B-F, Parra A, Connolly ES, <u>Mayer SA</u>, Commichau C: Higher hemoglobin is associated with neurologic independence after subarachnoid hemorrhage. *Stroke* 2004;35;251.

119. Naidech A, Kowalski RG, Kreiter KT, Ostapkovich ND, Parra A, Fitzsimmons B-F, Connolly ES, <u>Mayer SA</u>, Commichau C: High dose pressors may exacerbate subarachnoid hemorrhage-related heart failure. *Stroke* 2004;35;338.

120. Kreiter KT, Fitzsimmons B-F, Commichau C, Parra A, Naidech A, Janjua N, Peery S, Ostapkovich N, Irby F, Sheth S, <u>Mayer SA</u>.  Depression may attenuate functional and cognitive recovery after subarachnoid hemorrhage and is associated with reduced quality of life at three and twelve months post-hermorrhage.  *Stroke* 2004; 35: 325.

121. Gupta R, Schumacher HC, Connolly ES,  McKhann GM,  Morvarid B, Mayer SA, Fitzsimmons BFM:  Frequency and impact of complications following hemicraniectomy *Neurology* 2004;62(suppl 5): A365.

122. Fitzsimmons B-F, Yavagal D, McKhann GM, Connolly ES, <u>Mayer SA</u>.   Herniation due to "brain sagging" in patients with post-craniotomy CSF hypovolemia.  *Neurocrit Care* 2004 (in press).

123. <u>Mayer SA</u>, Brun NC, Broderick J, Davis S, Diringer MN, Steiner T, for the NovoSeven ICH Trial Investigators.  Predictors and clinical impact of hematoma growth in the Novoseven ICH Trial.  *Eur J Neurol* 2004;11(suppl 2):367.

124. Jauch EC, <u>Mayer SA,</u> Diringer MN, Brun NC, Begtrup K, Steiner T, Davis S, Skolnick BE, Broderick J;  The potential role of rFVIIa in the acute treatment of spontaneous intracerebral hemorrhage in the emergency department.  *Ann Emerg Med* 2005;46(3):2.

125. Diringer MN, Davalos A, <u>Mayer SA</u>, Brun NC, Begtrup K, Broderick J, Davis S, Skolnick BE, Steiner T, for the NovoSeven ICH Trial Investigators:  Effects of recombinant activated factor VII on perilesional edema in patients with acute intracerebral hemorrhage.  *Neurosurg* 2005;57(2).

126. Diringer MN, Davalos A, <u>Mayer SA</u>, Brun NC, Begtrup K, Broderick J, Davis S, Steiner T, Skolnick BE:  Effects of recombinant activated factor VII on perilesional edema in patients with acute intracerebral hemorrhage.  *Int Care Med* 2005;3191)S79.

127. Steiner T, Schneider D, Mayer SA, Brun NC, Begtrup K, Davis SM, Diringer MN, Broderick J, Skolnik BE, for the NovoSeven ICH Trial Investigators.  Impact of intraventriculat hemorrhage on outcomes following recombinant activated factor VII treatment in patients with acute intracerebral hemorrhage  *Neurosurgery* 2005;57(2).

128. Steiner T, Schneider D, Mayer SA, Brun NC, Begtrup K, Broderick J, Davis S, Diringer MN, Skolnik BE, for the Novo Seven ICH Trial Investigators:  Impact of intraventricular haemorrhage on outcomes following recombinant activated factor VII treatment in patients with acute intracerebral hemorrhage. *Cerebrovasc Dis* 2005;19(suppl 2):61.

129. Davis S, Mayer SA, Brun NC, Begtrup K, Broderick J, Diringer MN, Skolnick BE, Steiner T, for the Novo Seven ICH Trial Investigators: No influence of antiplatelet therapy on the outcome of acute intracerebral hemorrhage treated with recombinant activated factor VII. *J Thromb Haemost* 2005;3(Suppl 1):P1934.

130. Diringer MN, Davalos A, Mayer SA, Brun NC, Begtrup K, Broderick J, Davis S, Steiner T, Skolnick BE:  Effects of recombinant activated factor VII on perilesional edema in patients with acute intracerebral hemorrhage. *J Thromb Haemost* 2005;3(Suppl 1):P1363.

131. Naidech AM, Kreiter KT, Janjua N, Ostapkovich, Parra, Commichau, Fitzsimmona B-F, Connolly ES,  Mayer SA;  First and peak cardiac troponin I predict mortality and mortality after subarachnoid hemorrhage.  *Crit Care Med* 2005;32(suppl):A100.

132. Wartenberg KE, ,Schmidt JM,  Temes RE,  Frontera JA,   Kowalski, RG, Ostapkovich ND, Sheth S,  Parra, A  Connolly ES,  Mayer SA:  Medical complications after subarachnoid hemorrhage: frequency and impact on outcome.  *Stroke* 2005;36:521.

133. Naidech AM, Kreiter KT, Janjua N, Ostapkovich N, Parra A, Commichau  C, Connolly ES, Mayer SA, Fitzsimmons BF.  Phenytoin exposure is associated with functional and cognitive disability after subarachnoid hemorrhage.  *Stroke* 2005;36:465.

134. Rincon F, Schmidt M, Naidech AM,  Ostapkovich ND, Connolly ES,  Mayer SA,  Parra A: Early electrocardiographic morphologic changes and prediction of delayed cerebral ischemia, stroke and high troponin level among aneurysmal subarachnoid hemorrhage patients.  *Stroke* 2005;36:507.

135. Frontera JA, Rundek T, Schmidt JM, Parra A, Wartenberg KE, Temes RE, Mayer SA, Mohr JP, Marshall RS: Association of impaired cerebrovascular autoregulation and vasospasm after subarachnoid hemorrhage: a pilot study.  *Neurology* 2005; 64 (suppl 1).

136. Temes R,  Schmidt M, Naidech AM, Frontera JM, Wartenberg KE, Ostapkovich ND, Connolly ES, Mayer SA, Parra A:  Association of lowest left ventricular function by transthoracic echocardiography (TTE), stroke from delayed vasospasm, and 14 day functional outcome after acute aneurysmal subarachnoid hemorrhage.  *Neurocrit Care* 2005;2;221.

137. Naidech AM, Kreiter KT, Janjua N, Ostapkovich, Parra, Commichau, Fitzsimmona B-F, Connolly ES, Mayer SA; Cardiac troponin levels predict mortality and mortality after subarachnoid hemorrhage. *Neurocrit Care* 2005;2:235

138. Frontera J,A, Rundek T, Partado E, Schmidt JM, Parra A, Wartenberg KE, Temes RE, Mohr JP, Mayer SA, Marshall RS:  Association of impaired cerebrovascular autoregulation and vasospasm after subarachnoid hemorrhage:  a pilot study. *Neurocrit Care* 2005;2:229.

139. Sung G,Y, Castaldo J, Terry J, Coplin W,, Mayer S, Quereshi A, Suarez J.  CHILI:  controlled hypothermia in large infarction. *Neurocrit Care* 2005;2;225-226.

140. Naidech AM, Kreiter KT, Janjua N, Ostapkovich N, Parra A, Commichau  C, Connolly ES, Mayer SA, Fitzsimmons BF.  Phenytoin exposure is associated with functional and cognitive disability after subarachnoid hemorrhage. *Neurocrit Care* 2005;2:222.

141. Yavagal DR Perera G, Lignelli A, Fitzsimmons B-F, DeLaPaz R, Mayer SA:  Detection of microvascular vasospasm after aneurysmal subarachnoid hemorrhage with MR diffusion-perfusion imaging. *Neurocrit Care* 2005;2:222-223.

142. Mayer SA,  Frontera JA, Brun NC,  Begtrup K,  Broderick J,  Davis S, Diringer MN, Skolnik BE, Steiner T. Recombinant factor VIIa for acute intracerebral hemorrhage: impact of timing of treatment.  *Int Care Med* 2005;35(1):S85.

143. Broderick J, Mayer SA, Brun N, Begtrup K, Diringer MN, Davis S, Skolnik BE, Steiner T, for the Novo Seven ICH Trial Investigators:  Determinants of hemorrhage growth in a randomized trial of recombinant activated factor VII. *J Neurol Sci* 2005;238(suppl 1):S69.

144. Steiner T, Schneider D, Mayer SA, Brun NC, Begtrup K, Broderick J, Davis S, Diringer MN, Skolnik BE, for the Novo Seven ICH Trial Investigators:  Impact of intraventricular haemorrhage on outcomes following recombinant activated favtor VII treatment in patients with acute intracerebral hemorrhage.  *J Neurol Sci* 2005;238(suppl 1):S69.

145. Davis SM, Broderick J, Hemnnerici M, Brun N, Diringer MN,  Mayer SA, Skolnik B, Steiner T, for the Recombinant Activated Factor VII Intracerebral Hemorrhage Trial Investigators:  Hematoma growth is a determinant of mortality and outcome after intracerebral hemorrhage.  *Stroke* 2006;37:676.

146. Schmidt JM,  Eden SV, Sheth SJ, Wartenberg KE, Frontera JA, Temes RE, Ostapkovich ND, Badjatia N, Palestrant D, Parra A, Mayer SA:  Depression after subarachnoid hemorrhage: common, devastating, and largely untreated.  *Stroke* 2006;37:689.

147. Frontera JA, Claassen J, Schmidt JM, Wartenberg KE, Temes R,E Connolly ES, MacDonald RL, Mayer SA:  Prediction of symptomatic vasospasm after subarachnoid hemorrhage:  the Modified Fisher Scale.  *Stroke* 2006;37:639.

148. Wartenberg KJ, Schmidt JM, Claassen J, Frontera J, Rincon F, temes RE, Ostapkovich ND, Mayer SA: Predictors of poor Hunt and Hess grade in subarachnoid hemorrhage. *Stroke* 2006; 37: 726

149. Diringer MN, Mayer SA, Brun NC, Begtrup K, Broderick J,m Davis S, Skolnik B, Steiner S, on behalf of the NovoSeven ICH Trial Investigators:  Safety profile of recombinant factor VIIa in patients with intracerebral hemorrhage.  *Stroke* 2006;37:623.

150. Badjatia N, Schmidt M, Parra A, Palestrant D, Temes R, Frontera J, Wartenberg K, Ostapkovich N, Connolly ES, Mayer SA: Prediction of cognitive impairment and quality of life after subarachnoid hemorrhage with the short orientation-memory-concentration test. *Stroke* 2006;37:675.

151. Kowalski, RG, Schmidt JM, Claassen J, Ostapkovich  ND, Kreiter KT, Presciutti M, Mayer SA:  Risk factors and clinical implications of shivering during induced normothermia in brain-injured patients.  *Neurology* 2006;66:241.

152. Wartenberg KE, Sheth SJ, Schmidt JM, Frontera JA, Temes RE, Ostapkovich ND, Parra A, Palestrant D, Badjatia N, Khandji A, Mayer SA:  Acute hemorrhage-related ischemic injury on diffusion-weighted magnetic resonance imaging in patients with poor grade subarachnoid hemorrhage.  *Neurology* 2006; 66 (Suppl 2): A109

153. Wartenberg KE, Sheth SJ, Frontera JA, Rincon F, Temes RE, Ostapkovich ND, Parra A, Palestrant D, Badjatia N, Mayer SA:  Hyperosmolar hypothermic normoglycemia (H2N) for preventing cerebral edema after large hemispheric infarction – a pilot study.  *Neurology* 2006; 66 (Suppl 2): A156

154. Frontera JA, Fernandez A, Schmidt JM, Claassen J, Wartenberg KE, Rincon F, Mayer SA: Nosocomial infectious complications of subarachnoid hemorrhage.  *Neurology* 2006; 66 (Suppl 2): A326

155. Diringer MN, Mayer SA, Brun NC, Broderick J, Davis S, Skolnik BE, Steiner T, for the rFVIIa ICH Trial Investigators:  Safety profile of rFVIia in patients with intracerebtal hemorrhage. *Cerebrovasc Dis* 2006;21:48.

156. Broderick J, Steiner T,  Mayer SA, Brun NC, Diringer MN, Skolnik BE, Davis S, for the rFVIIa ICH Trial Investigators: Potential factors associated with haemorrhage growth - an exploratory analysis from the study of rFVIIa in ICH.  *Cerebrovasc Dis* 2006;21:23.

157. Skolnik B,  Davis S, Brun NC, Matthew SE, Mayer SA: CT scan hematoma volume --a surrogate endpoint for the effect of treatment in intracerebral hemorrhage. *American Society of Experimental Neurotherapeutics* (submitted)

158. Bateman BT, Claassen J, Wiley JT, Hirsch LJ, Mayer SA, Sacco RL, Schumacher HC: The epidemiology of generalized convulsive status epilepticus in acute hemorrhagic and ischemic stroke. *Ann Neurol* (in press).

159. Claassen J, Bateman BT, Wiley JT, Inati S, Hirsch LJ, Mayer SA, Sacco RL, Schumacher HC: Prognostic significance of continuous EEG monitoring in poor-grade subarachnoid hemorrhage patients, *Ann Neurol* (in press).

160. Claassen J, Bateman BT; Willey JZ, Inati S, Hirsch LJ, Mayer SA, Sacco RL, Schumacher HC. Generalized convulsive status epilepticus after nontraumatic subarachnoid hemorrhage: *Ann Neurol* 2006 (in press).

161. Wartenberg K, Sheth SJ, Buitrago-Blanco M, Frontera J, Rincon F, Temes R, Ostapkovich ND, Parra A, Palestrant D, Badjatia N, Mayer SA: Hyperosmolar hypothermic normoglycemia (H2N) for preventing cerebral edema after large hemispheric infarction: a pilot study. *Int J Stroke* (submitted).

162. Mayer SA, Frontera JA, Brun NC, Begtrup K, Broderick J, Davis S, Diringer MN, Skolnik BE, Steiner T. Recombinant factor VIIa for acute intracerebral hemorrhage: impact of timing of treatment. *Int J Stroke* (in press).

163. Diringer MN, Christensen MC, Ferran J-M, Brun NC, Broderick J, Davis S, Mayer SA, Skolnik B, Steiner T, on behalf of the rFVIIa ICH Trial Investigators. Recombinant activated factor VII in the treatment of acute intracerebral haemorrhage: implications for health-related quality of life. *Int J Stroke* (in press).

164. Badjatia N. Mayer SA, et al: Assessment of the metabolic impact of shivering: The Bedside Shivering Assessment Scale (BSAS). *Neurocrit Care* 2007;6:213.

165. Badjatia N, Strongilis E, Buitrago M, Fernandez A, Parra A, Palestrant D, Mayer SA: Metabolic benefit of surface counterwarming during therapeutic temperature modulation. *Neurocrit Care* (in press)

166. Frontera J, Fernandez A, Schmidt J, Claassen J, Wartenberg K, Rincon F, Mayer SA; Nosocomial infectious complications of subarachnoid hemorrhage. *Neurocrit Care* 2007;6;221. (in press)

167. Frontera JA, Fernandez A, Wartenberg KE, Schmidt JM, Rincon F, Parra A, Badjatia N, Palestrant D, Mayer SA. Symptomatic vasospasm: morbidity in survivors despite declining frequency. *Neurocrit Care* 2007;6:259.

168. Rincon F, Buitrago M, Fernandez A, Wartenberg K, Frontera J, Schmidt JM, Badjatia N, Palestrant D, Parra A, Lennihan L, Connolly ES, Mayer SA: Predictors of shunt dependant hydrocephalus after subarachnoid hemorrhage. *Neurocrit Care* 2007;6:265.

169. Schmidt JM, Wartenberg K, Wong A, Kesavabhotla K, Mukherjee V, Sheth S, Fernandez A, Frontera J, Temes R, Rincon F, Wazari A, Parra A, Palestrant D, Badjatia N, Connolly ES, <u>Mayer SA</u>:  Graphical correlation analysis of brain tissue oxygen and intracranial pressure data for cerebral perfusion pressure optimization:  a pilot study.  *Neurocrit Care* 2007;66:250.

170. Fernandez A, Schmidt JM, Claassen J, Rincon F, Frontera JA, Wartenberg KE, Palestrant D, Parra  A, Mayer SA, Badjatia N.  Continuous hypertonic saline infusion for cerebral edema after subarachnoid hemorrhage. *Neurocrit Care* 2007;6:218.

171. Wartenberg K, Sheth SJ, Buitrago-Blanco M, Frontera J, Rincon F, Temes R, Ostapkovich ND, Parra A, Palestrant D,  Badjatia N,  <u>Mayer SA</u>:  Hyperosmolar hypothermic normoglycemia (H2N) for preventing cerebral edema after large hemispheric infarction: a pilot study.  *Neurocrit Care* 2007;6:261.

172. Claassen J, Frontera J, Schmidt J, Wartenberg K, Tikofsky R, van Heertum R, Connolly ES, <u>Mayer SA</u>:  Acetazolamide-activated SPECT and TCD for predicting delayed cerebral ischemia after subarachnoid hemorrhage. *Neurocrit Care* 2007;6:267.

173. Wartenberg K, Shmidt JM, Fernandez A,  Frontera J, Claasses, Ostapkovich N, Badjatia N, Palestrant D, Parra A, <u>Mayer SA</u>:   Multiterritorial symptomatic vasospasm after subarachnoid hemorrhage: predictors, associated complications, and impact on outcome. *Stroke* 2007;38:463.

174. Frontera JA, Shimbo D, Fernandez A, Schmidt JM, Peter P, Wartenberg KE, Rincon F, Parra A, <u>Mayer SA</u>:  Arrhythmia is an independent predictor of death after subarachnoid hemorrhage. *Stroke* 2007;38:596.

175. Frontera JA, Fernandez A, Wartenberg KE, Schmidt JM, Rincon F, Parra A, Badjatia N, Palestrant D, <u>Mayer SA</u>. Symptomatic vasospasm:  predictors and effect on outcome after subarachnoid hemorrhage. *Stroke* 2007;38:605.

176. Nakhutina L, Borod JC, Stern Y, Kluger A, Kreiter KT, Peery S, Schmidt JM,  <u>Mayer SA</u>: The effect of educational attainment on cognitive performance and recovery in patients with subarachnoid hemorrhage (SAH). *J Int Neuropsychol Soc* 2006 (in press).

177. MacDonald RL, Kassell N, <u>Mayer SA</u>, Schmiedek P, Weidauer S, Pasqualin A: randomized trial of clazosentan for prevention of vasospasm after aneurysmal subarachnoid hemorrhage.  *Stroke* 2007;38:462.

178. Starke RM, Hickman ZL, Fernandez A, AF Ducruet, Schmidt JM, Chwajol M, Kim G , <u>Mayer SA,</u> Connolly ES: Impact of a policy of early antifibrinolytic therapy for the prevention of acute rebleeding after aneurysmal subarchnoid hemorrhage.  (submitted)

179. Oddo M,  Schmidt JN, Carrera E, Richard Temes RE, Gordon E, Moussouttas M, Parra A, <u>Mayer SA</u>, Badjatia N.  Effect of induced cooling on brain tissue oxygenation after poor-grade SAH (ICP Meeting)

180. Singer S, Sheth J, Buitrago M, Fernandez A, Schmidt JM, Parra A, Palestrant D, <u>Mayer SA</u>, Badjatia N:  Single-center experience with the use of cooling devices for therapeutic temperature modulation (TTM) after brain injury.  *Neurology* 2007 68 (Suppl 1);A284.

181. Claassen J, Jette N, Chum F. Green R, Schmidt JM, Choi H, Jirsch J, Frontera J, Connolly ES, Emerson R, <u>Mayer SA</u>, Hirsch L:  Predictors and significance of electrographic seizures and periodic discharges after intracerebral hemorrhage.  *Neurology* 2007;68 (suppl 1):A202.

182. Diringer MN, Broderick J, Davis SN, <u>Mayer SA</u>, Steiner T, Skolnik B, Brun NC:  Cerebral edema increases following ICH but is not associated with clinical deterioration. *Neurology* 2007;68 (suppl 1):A203.

183. <u>Mayer SA</u>, Brun NC, Begtrup K, Broderick J, Davis SN, Diringer MN, Skolnik B, Steiner T, on behalf of the FAST investigators:  Randomized, placebo-controlled, double blind phase III trial of rVIIa efficacy in acute intracerebral hemorrhage:  the FAST trial. *Cerebrovasc Dis* 2007;23 (Suppl 2):10.

184. Waziri A, Arif H, Oddo M, Schmidt JM, Claassen J, Connolly S, <u>Mayer SA</u>, Parra A, Badjatia N, Kull LL, Abou Khaled KJ, Rampal N, Emerson RG, Hirsch LJ.   Early experience with cortical depth electrode for ICU neurophysiological monitoring in patients with acute brain injury.  (submitted).

185. Carrera E, Claassen J, Oddo M, Emerson RG, <u>Mayer SA</u>, Hirsh LJ:  Continuous EEG monitoring in patients with central nervous system infections: predictors and siginficance of seizures and periodic discharges. Epilepsia 2007;48(suppl 6):188.

186. Oddo M, Abou-Khaled K, Carrera E, Emerson RG, Kull LL, Toro E, <u>Mayer SA</u>, Hirsch LJ.  Continuous EEG monitoring in the medical ICU.  Epilepsia 2007;48(suppl 6):401.

187. Wartenberg KE, Reichelt C, Gahn G, <u>Mayer SA</u>:  Hyperosmolar hypothermic normoglycemia (H2N) for preventing cerebral edema after large hemispheric infarction – an ongoing pilot study. *Int Care Med* 2007, 33 (Suppl 2): S42

188. Wartenberg KE, Schmidt JM, Fernandez A, Frontera JA, Claassen J, Ostapkovich ND, Palestrant D, Parra A, <u>Mayer SA</u>, Badjatia N:  Impact of red blood cell transfusion on outcome after subarachnoid hemorrhage. *Cerebrovasc Dis* 2007, 23 (Suppl 2):16

189. Wartenberg KE, Sheth SJ, Schmidt JM, Frontera JA, Temes RE, Ostapkovich ND, Parra A, Palestrant D, Badjatia N, Khandji A, <u>Mayer SA</u>:  Acute hemorrhage-related ischemic injury on diffusion-weighted magnetic resonance imaging in patients with poor grade subarachnoid hemorrhage.  *Neurologische Intensivmedizin Aktuell* 2007; 1:97

190. Wartenberg KE, Schmidt JM, Temes RE, Frontera JA, Kowalski RG, Ostapkovich N, Sheth SJ, Parra A, Connolly ES, <u>Mayer SA</u>: Medical complications after subarachnoid hemorrhage: frequency and impact on outcome. *Neurologische Intensivmedizin Aktuell* 2007; 1:3

191. Kassell N, <u>Mayer SA</u>, Ruefenacht D, Schmiedek P, Weidauer S, Pasqualin A, Macdonald RL:  Importance of specifically defined morbidity/mortality endpoints and central assessment for evaluation of drug effects on vasospasm secondary to subarachnoid hemorrhage: the case of the CONSCIOUS-1 study with the endothelin receptor antagonist clazosentan.  *Stroke* 2008;39:649.

192. Carrerra E, Schmidt JM, Oddo M, Fernandez A, Ostapkovich ND, Gordon E, Moussouttas M, Temes R, Parra A, Badjatia N, Connolly ES, <u>Mayer SA</u>:  Transcranial Doppler for predicting delayed cerebral ischemia after subarachnoid hemorrhage. *Stroke* 2008;39:649.

193. Wartenberg KE, Sheth SJ, Frontera J, Ostapkovich ND, badjatia N, <u>Mayer SA</u>: Hyperosmolar hypothermic normoglycemia (H2N) for preventing cerebral edema after large hemispheric infarction – a pilot study.  *Stroke* 2008;39:615.

194. Wartenberg KE, Sheth SJ, Schmidt JM, Frontera JA, Rincon F, Ostapkovich ND, Parra A, , Badjatia N, Khandji A, <u>Mayer SA</u>:  Acute ischemic injury on diffusion-weighted magnetic resonance imaging in poor grade subarachnoid hemorrhage.  *Stroke* 2008;39:650.

195. Frontera J, Schmidt JM, Wartenberg KE, Badjatia N, Ostapkovich ND, <u>Mayer SA</u>: Complications of hypertensive hypervolemic therapy for symptomatic vasospasm. *Stroke* 2008;39:648

196. <u>Mayer SA,</u> Davis SM, Begtrup K, Broderick J,P, Brun NC, Diringer MN, Skolnik BE, Steiner T:  Subgroup analysis in the FAST trial: Is there a subset of intracerebral hemorrhage patients that benefit from recombinant activated Factor VII?  *Stroke* 2008;39:528.

197. Starke RM, Komotar RJ, Schmidt MJ, Otten ML, Kellner CP, Rynkowski MA, Garrett MC, Merkow MB, <u>Mayer SA</u>, Connolly ES.  Predicting Outcome in Patients Presenting with Aneurysmal Subarachnoid Hemorrhage: the Glasgow Coma Scale, Hunt and Hess, and World Federation of Neurological Surgery Grading Scales Revisited.  *Stroke* 2008 Feb;39:706-7

198. Peery S, Bender HA, Borod JC, Assuras S, Schmidt JM, Kreiter KT, Claassen J, Ostapkovich ND, <u>Mayer SA</u>:  Neuropsychological outcome after anterior communicating artery aneurysm rupture. *J Int Neuropsychol Soc* 2006 (submitted)

199. Peery S, Bender HA, Borod JC, Assuras S, Schmidt JM, Kreiter KT, Claassen J, Ostapkovich ND, <u>Mayer SA</u>:  Risk factors for poor neuropsychological outcome after subarachnoid hemorrhage. *J Int Neuropsychol Soc* 2006 (submitted)

200. Rincon F, Chong JY, Rivolta J Stillman J, Boden-Albala B, Mayer SA, Marshall RS: Length of stay in the emergency department is associated with poor outcomes in stroke patients admitted to the neuro-ICU. *Crit Care Med* 2008;35;A8.

201. Oddo M, Claassen J, Carrera E, Abou-Khaled K, Emerson RG, Kull, LL, Mayer SA, Hirsch, LJ: Prognostic significance of continuous EEG monitoring in patients with severe sepsis admitted to the medical ICU. *Crit Care Med* 2008;35:A255.

202. Frontera J, Schmidt JM, Wartenberg KE, Badjatia N, Ostapkovich ND, Mayer SA: Clinical response to hypertensive hypervolemic therapy predicts outcome in patients with symptomatic vasospasm after subarachnoid hemorrhage. *Crit Care Med* 2008;35:A207.

203. Oddo M, Carrera E, Claassen J, Abou-Khaled K, Emerson RG, Kull LL, Mayer SA, Hirsch LJ: Prevalence and predictors of electrographic seizures in the medical intensive care unit. *Crit Care Med* 2008;35;A205.

204. Oddo M, Schmidt  JM, Carrera E, Presciutti M, Ostapkovich ND, Connolly ES, Badjatia N, Mayer SA: Impact of tight glycemic control on brain glucose metabolism after severe brain injury: a microdialysis study. *Crit Care Med* 2008;35;A12.

205. Frontera J, Schmidt JM, Fernandez A, Wartenberg K, Rincon F, Badjatia N, Parra A, Mayer SA: Defining vasospasm after subarachnoid hemorrhage:  clinical relevance of symptomatic vasospasm, delayed cerebral ischemia, angiographic vasospasm, and transcranial Doppler vasospasm. *Crit Care Med* 2008;35:A202.

206. Frontera J, Mayer SA: Clinical response to hypertensive hypervolemic therapy predicts outcome in patients with symptomatic vasospasm after subarachnoid hemorrhage. *Crit Care Med* 2008;35:A207.

207. Wartenberg KE, Reichelt CM, Gahn G, Mayer SA: Hyperosmolar hypothermic normoglycemia (H2N) for preventing cerebral edema after large hemispheric infarction – a feasibility study. *Neurocrit Care* 2008;8:72.

208. Frontera J, Schmidt JM, Fernandez A, Wartenberg K, Rincon F, Badjatia N, Parra A, Mayer SA: Defining vasospasm after subarachnoid hemorrhage:  clinical relevance of symptomatic vasospasm, delayed cerebral ischemia, angiographic vasospasm, and transcranial Doppler vasospasm. *Neurocrit Care* 2008;8:74.

209. Frontera J, Schmidt JM, Fernandez A, Wartenberg K, Rincon F, Badjatia N, Parra A, Mayer SA: Complications of hypertensive hypervolemic therapy for symptomatic vasospasm.  *Neurocrit Care* 2008;8:87.

210. Wartenberg K, Schmidt JM, Fernandez A, Frontera J, Claassen J, Ostapkovich ND, Palestrant D, Pasrra A, Mayer SA, Badjatia N: Impact of red blood cell transfusion on outcome after subarachnoid hemorrhage. *Neurocrit Care* 2008;8:125

211. Schmidt JM, Wartenberg K, Badjatia N, Parra A, Rincon F, Fernandez A, Mayer SA, Frontera J:  Clinical response to hypertensive hypervolemic therapy predicts outcome in patients with symptomatic vasospasm after subarachnoid hemorrhage. *Neurocrit Care* 2008;8:72.

212. Seder D, Schmidt JM, Badjatia N, Rincon F, Classen J, Gordon E, Carrera E, Oddo M, Fernandez L, Lesch C, Lee K, Connolly ES, Mayer SA:  Transdermal nicotine replacement is associated with lower mortality among active smokers admitted with spontaneous subarachnoid hemorrhage.  *Crit Care* (in press)

213. Kurtz P, Fitts V, Sumer Z, Cook J, Kvetan V, Mayer SA, on behalf of the GNYHA Critical Care Leadership Committee:  How does care differ for neurological patients admitted to a neurocritical care versusa  general ICU?  The Greater New York Hospital Association ICU prevalence survey.  *Crit Care* (in press)

214. Carrera E, Kurtz  P, Badjatia N, Schmidt  JM, Lee K, Marshall RS, Mayer SA:  Cerebrovascular reactivity evaluated with TCD after acute subarachnoid hemorrhage.  *Cerebrovasc Dis* (submitted).

215. Carrera E, Kurtz  P, Badjatia N, Schmidt  JM, Lee K, Marshall RS, Mayer SA:  Prognostic value of transcranial Doppler ultrasound in the acute phase of subarachnoid hemorrhage.  *Neurology* (in press).

216. Mayer SA, Higashida R, Keller E, Macdonald RL, Raabe A, Kassell N:  CONSCIOUS–2:  Clazosentan to overcome neurological ischemia and infarction occurring after aneurysmal subarachnoid hemorrhage (aSAH).  *Int Care Med* (submitted)

217. Mayer SA, Alpesh A, Granger CB, Anderson FA, Wyman A, Sung GY, et al.  Acute hypertension in neurological patients associated with high mortality and heterogeneous management: the STAT registry.  Neurocrit Care. 2008;9:S51.

218. Kurtz P, et al: Low hemoglobin levels are associated with brain tissue hypoxia and metabolic crisis after severe brain injury. *Neurocrit Care* (submitted).

219. Carrera E, Schmidt JM, Fernandez L, Kurtz P, Lee K, Classen J, Connolly ES, Mayer SA, Badjatia N:  Relationship between brain tissue oxygenation and end-tidal CO2 in patients with severe brain injury.  *Neurocrit Care* (submitted).

220. Arumaithurai K, Carrerra E, Schmidt JM, Fernandez L, Lee K, CLaassen J, Badjatia N, Ostapkovich ND, Connolly ES, Mayer SA:  Clinical course and outcome of nonaneurysmal non-perimesencephalic subarachnoid hemorrhage. *Neurocrit Care* (submitted).

221. Waziri A, Claassen J, Arif H, Stuart RM, Schmidt JM, Mayer SA, Kull LL, Connolly ES, Emerson RG, Hirsch LJ: Transcortical multi-contact depth electrographic monitoring for patients with acute brain injury. *Neurocrit Care* (submitted).

222. Szeder V, Strozyk D, Fernandez L, Schmidt M, Hanafy K, Malhotra R, Vibbert M, Claassen J, Lee K, Meyers P, Badjatia N, <u>Mayer SA</u>:  Comparison of in-hospital complications and clinical outcome by neurointerventional treatment in subarachnoid hemorrhage (SAH). *Neurocrit Care* (submitted).

223. Seder D, Rahman C, Rossan-Raghunath N, Fernandez L, Gordon E, Rincon F, Claassen J, <u>Mayer SA</u>, Badjatia N:  Safety and feasibility of percutaneous tracheostomy performed by neurointensivists. *Neurocrit Care* (submitted).

224. Hanafy K, Schmidt JM, Szeder V, Vibbert M, Malhotra R, Claassen J, Lee K, Connolly ES, Badjatia N, <u>Mayer SA</u>:  Physiological determinants of poor admission clinical grade in patients with subarachnoid hemorrhage. *Neurocrit Care* (submitted).

225. Kurtz P, Fitts V, Sumer Z, Cook J, Kvetan V, <u>Mayer SA</u>, on behalf of the GNYHA Critical Care Leadership Committee:  How does care differ for neurological patients admitted to a neurocritical care versusa  general ICU?  The Greater New York Hospital Association ICU prevalence survey.  *Neurocrit Care* (in press).

226. Lesch C, Kludze-Forson M, Lee K, Claassen J, Parra A, <u>Mayer SA</u>, Badjatia N: Conivaptan in neurologically-injured patients. *Neurorit Care* (in press).

227. Strozyk D, Szeder V, Fernandez L, Schmidt JM, Lee K, Claassen J, Lavine S, Connolly ES, Myers P, <u>Mayer SA</u>, Badjatia N:  Relationship between primary headache disorder and angiographic treatment for vasospasm in subarachnoid hemorrhage (SAH). *Neurorit Care* (in press).

228. Malhotra R, Claassen J, <u>Mayer SA</u>, Lee K, Vibbert M, Szeder V, Hanafy K, Fernandez L, Badjatia N: Risk factors for ventriculitis in subarachnoid hemorrhage patients with external ventricular drainage. *Neurorit Care* (in press).

229. Carrerra E, Schmidt JM, Oddo M, Fernandez L, Ostapkovich ND, Gordon E, Claassen J, Rincon F, Seder D, Lee K, Badjatia N, Connolly ES, <u>Mayer SA</u>:  Transcranial Doppler for predicting delayed cerebral ischemia after subarachnoid hemorrhage. *Neurorit Care* (submitted).

230. Carrerra E, Claassen J, Oddo M, Emerson R, <u>Mayer SA</u>, Hirsch LJ:  Continuous EEG monitoring in critically-ill patients with central nervous system infection. *Neurorit Care (submitted).*

231. Stuart RM, Weintraub D, Schmidt JM, <u>Mayer SA</u>, Connolly ES, Claassen J, Waziri A, Hirsch LJ:  Quantitative EEG from intracranial depth electrode recordings for detection of vasospasm in patients with poor-grade subarachnoid hemorrhage. *J Neurosurg* (submitted)

232. Kurtz P, Schmidt M, Claassen J, Carrerra E, Fernandez L, Badjatia N, Mayer SA, Lee K: Anemia is associated with brain tissue hypoxia and metabolic crisis after severe brain injury. *Crit Care* (submitted)

233. Kurtz P, Fernandez L, Chong D, Hirsch LJ, Schmidt M, Lee K, Badjatia N, Mayer SA, Claassen J: Nonconlvulsive seizures and renal failure after intracerebral hemorrhage. *Crit Care* (submitted)

234. Kurtz P, Fernandez L, Chong D, Hirsch LJ, Schmidt M, Lee K, Badjatia N, Mayer SA, Claassen J: Seizures and organ dysfunction after subarachnoid hemorrhage. *Crit Care* (submitted)

235. Barras CDJ, Tress BM, Christensen S, Desmond PM, Mayer SA, Broderick J, Diringer MN, Skolnick B, Steiner T, Davis SM. Quantitative CT densitometry in prediction of acute intracerebral hemorrhage growth. *Cerebrovasc Dis* (submitted)

236. Wartenberg K,E, Reichelt CM, Becker U, Hentschel H, Puetz V, Kunz A, Dzialowski I, Mayer SA: Hyperosmolar hypothermic nomoglycemia (H2N) for preventing cerebral edema after large hemispheric infarction: an ongoing feasibility study. *Stroke* (in press)

237. Barras C,D, Christensen, MacGregor L, Tress BM, Collins M, Desmond PM, Skolnick E, Mayer SA, Broderick JP, Diringer MN, Steiner T, Davis SM: Density and shape as predictors pf intracerebral hemorrhage growth. *Stroke* (in press).

238. Kurtz P, Schmidt JM, Claassen J, Helbok R, Hanafi K, Fernandez L, Presciutti M, Ostapkovich ND, Stuart M, Connolly ES, Lee K, Badjatia N, Mayer SA: Serum glucose variability and brain-serum glucose ratio predict metabolic distress and mortality after severe brain injury. *Crit Care* (submitted)

239. Kurtz P, Schmidt JM, Claassen J, Helbok R, Hanafi K, Fernandez L, Presciutti M, Ostapkovich ND, Stuart M, Connolly ES, Lee K, Badjatia N, Mayer SA: Impaired brain glucose transport and increased systemic glycemic variabilty predict cerebral metabolic crisis and mortality after severe brain injury. *Neurocrit Care (*submitted)

240. Badjatia N, Fernandez L, Schmidt JM, Lee K, Mayer SA, Claassen J, Connolly ES, Elkind MSV: Relationship between systemic oxygen consumption, inflammation, and delayed cerebral ischemia after aneurismal subarachnoid hemorrhage. *Crit Care* Med (submitted).

241. Schmidt JM, Claassen J, Helbok R, Kurtz P, Mayer SA, Lee K, Connolly ES, Badjatia N: Impact of caloric intake on interstitial brain glucose and metabolism after aneurysmal subarachnoid hemorrhage. *Crit Care Med* (in press).

242. Badjatia N, Fernandez L, Friedman L, Karmally W, Lee K, Mayer SA, Schmidt JM, Claassen J, Seres DS: Impact of inlammation on energy balance and substrate utilization after aneurysmal subarachnoid hemorrhage. *Crit Care Med* (submitted).

243. Helbok R, Kurtz P, Schmidt JM, Fernandez L, Presciutti M, Ostapkovich ND, Stuart RM, Connolly ES, Lee K, Badjatia N, Mayer SA, Claassen J: Osmotherapy and brain metabolism after severe brain injury: mannitol and hypertonic saline. *Crit Care Med* (submitted)

244. Sonabend AM, Crisman C, Korenfeld Y, Madineni RC, Badjatia N, Mayer SA, Connolly ES: Prevention of ventriculostomy-related infections: systematic review and meta-analysis of randomized controled trials of prophylactic antibiotics and antibiotic-coated external ventricular drains

245. Parides M, Mayer SA: Making FAST faster: implications of using an adaptive design in ICH clinical trials.

246. Macdonald RL, Frey A, Higashida R, Keller E, Marr A, Mayer SA, Molyneux A, Raabe A, Roux S, Vajkoczy P, Wanke I, Kassell NF: Investigating the efficacy and safety of clazosentan in reducing vasospasm-related morbidity and all-cause mortality after aneurysmal subarachnoid hemorrhage (aSAH): The CONSCIOUS-2 and CONSCIOUS-3 studies.

247. Agarwal S, Vibbert M, Fernandez L, Schmidt JM, Claassen J, Mayer SA, Lee K, Badjatia N: Predictive value of prevalent aneurysmal subarachnoid hemorrhage grading scales on clinical outcome. *Neurology* (in press)

248. Szeder V, Dhamoon M, Ortega-Gutierrez S, Deb-Sen R, Haberfeld E, Linares G, Choi A, Lay C, Kapinos G, Lee K, Schmidt M, Badjatia N, Claassen J, Mayer SA: Prior antiplatelet use does not cause worse subarachnoid hemorrhage. *Neurocrit Care* 2010;13:S226.

249. Mayer SA, Ortega-Gutierrez S, Berger SR, Ko S-B, Choi A, Schmidt JM, Stuart M, Lay C, Linares G, Szeder V, Lee K, Claassen J, Badjatia N, Connolly ES: Detection of secondary brain injury with intracranial multimodality monitoring after cardiac arrest. *Neurocrit Care* 2010;13:S8.

250. Ko S-B, Choi HA, Lee D, Schmidt JM, Lee K, Claassen J, Badjatia N, Connolly ES, Mayer SA: Pressure reactivity index (PRx) predicts mortality in patients with intracerebral hemorrhage. *Neurocrit Care* 2011;13:S97.

251. Ortega-Gutierrez S, Amaro-Delgado S, Szeder V, Linares G, Vibbert M, Lay C, Choi A, Ko S-B, Ayer A, Gilmore E, Kellner S, Claassen J, Lee K, Mayer SA, Schmidt M, Badjatia N: Tracheostomy after subarachnoid hemorrhage: predictors at admission and associated risk factors. *Neurocrit Care* 2010;13:S222.

252. Helbok R, Ko S-B, Schmidt JM, Kurtz P, Fernandez L, MD[1]; Choi A, Connolly ES, Lee K, Badjatia N, Mayer SA, Claassen J: Global cerebral edema and brain metabolism after subarachnoid hemorrhage. *Stroke* 2011;42:1543-1549.

253. Lord A, Fernandez L, Schmidt JM, <u>Mayer SA</u>, Claassen J, Lee K, Connolly ES, Badjatia N:  The impact of rebleeding on medical complications and the time course and severity of vasospasm after aneurysmal subarachnoid hemorrhage. *Neurocrit Care* 2010;13:S211.

254. Helbok R, Madineni RC, Schmidt JM, Kurtz P, Fernandez L, Ko S-B, Choi A, Stuart RM, Connolly ES, Lee K, Badjatia N, <u>Mayer SA</u>, Khandji A, Claassen J:  Intracerebral monitoring of silent infarcts after subarachnoid hemorrhage. *Neurocrit Care* 2010;13:S202.

255. Badjatia N, Carpenter A, Fernandez L, Schmidt JM, <u>Mayer SA</u>, Claassen J, Lee K, Connolly ES, Seres D, Elkind M:  Impact of inflammation-mediated inflammation on free fatty acid levels after aneurysmal subarachnoid hemorrhage.  *Crit Care Med* (Submitted).

257. Agarwal S, Vibbert M, Fernandez L, Scmidt JM, Claassen J, <u>Mayer SA</u>, Lee K, Connolly ES, Badjatia N:  Value of prevalent clinical grading scales for predicting outcome after aneurysmal subarachnoid hemorrhage. *Crit Care Med* (Submitted).

258. Wunsch H, Gershengorn H, Mayer SA, Claassen J: Do critically ill patients with subarachnoid hemorrhage have improved outcomes with exposure to natural light?  *Crit Care Med* (Submitted).

259. Macdonald RL, Higasheda R, Keller E, <u>Mayer SA</u>, Molyneux AJ, Raabe A, Vajkoczy P, Wanke I, Bach D, Frey A, Marr A, Roux S, Kassell NF: Effect of clazosentan on clinical outcome after aneurysmal subarachnoid hemorrhage and surgical clipping: results of the CONSCIOUS-2 Study.  *Stroke* (submitted)

260. Rincon F, <u>Mayer SA</u>:  Association between hyperthermia, functional outcome, and hematoma growth after ICH: on behalf of VISTA-ICH Investigators.  *Cerebrovasc Dis* (in press)

261. Rincon F, <u>Mayer SA</u>:  Significance of admission temperature and impact on outcome after intracerebral hemorrhage.  *Cerebrovasc Dis* (in press)

262. Choi HA, Ko S-B, Chen H, Gilmore E, Lee D, Claassen J,  <u>Mayer SA</u> Schmidt JM, Lee K, Connolly ES, Paik M, Badjatia N: Acute effects of nimodipine on cerebral vasculature and vasospasm.  *Neurocritical Care* 2011;15:S190.

263. Choi HA, Kim J, Ko S-B, Lantigua H, Carpenter A, Karinja S, Schmidt JM, Claassen J, <u>Mayer SA</u>, Lee K, Badjatia N:  Fluid balance during targeted temperature management predicts in-hospital mortality in pstients with subarachnoid hemorrhage.  *Neurocritical Care* 2011;15:S29.

264. Ong C, Gilmore E, Forman B, Claassen J, <u>Mayer SA</u>:  Impact of prolonged periodic epileptiform discharges on coma prognosis.  *Neurocritical Care* 2011;15:s142.

265. Ko S-B, Choi HA, Helbok R, Schmidt JM, Badjatia N, Claassen J, Connolly ES, Mayer SA, Lee K:  Acute effects of intrathecal nicardipine on cerebral hemodynamics. *Neurocritical Care* 2011;15:S88.

266. Ko S-B, Choi HA, Parikh G, Schmidt JM, Le K, Badjatia N, Claassen J, Connolly ES, Mayer SA:  Continuous estimation of brain water content using thermal conductivity in severe brain injury.  *Neurocritical Care* 2011;15:S191.

267. Fernandez A, Lesch C, Lantigua H, Shao B, Schmidt JM, Connolly ES, Lee K, Hirsch LJ, Mayer SA, Badjatia N, Claassen J:  Treatment of refractory status epilepticus with low vs. high dose midazolam infusions. *Neurocritical Care* 2011;15:S139.

268. Lantigua H, Fernandez A, Lesch C, Shao B, Schmidt JM, Connolly ES, Lee K, Hirsch LJ, Badjatia N, Mayer SA, Claassen J:  Suppression-burst pattern in patients on midazolam infusion for refractory status epilepticus. *Neurocritical Care* 2011;15:S140.

269. Lesch C, Lantigua H, Fernandez A, Shao B, Schmidt JM, Connolly ES, Lee K, Hirsch LJ, Mayer SA, Badjatia N, Claassen J:  Safety of high dose midazolam infusions for refractory status epilepticus. *Neurocritical Care* 2011;15:S147.

270. Agarwal S, Lantigua H, Shao B, Claassen J, Mayer SA, Schmidt JM, Lee K, Connolly ES, Badjatia N:  Diagnostic yield of MR-cervical-spine and second-look digital subtraction angiography in spontaneous subarachnoid hemorrhage patients with unknown source. *Neurocritical Care* 2011;15:S34.

271. Claassen J, Perotte A, Albers D, Schmidt JM, Tu B, Badjatia N, Lee K, Mayer SA, Connolly ES, Hirsch LJ, Hripcsak G:  Electrographic seizures after subarachnoid hemorrhage lead to changes in brain homeostasis in humans.  *Neurocritical Care* 2011;15:S10.

272. May T, Monohan A, Carpenter A, Schmidt JM, Mayer SA, Claassen J, Lee K, Seder D, Badjatia N:  Development of an equation estimating energy expenditure after subarachnoid hemorrhage. *Neurocritical Care* 2011;15:S6.

273. Ortega-Gutierrez S, Li M, Schmidt JM, Cziesler B, Szeder V, Cheung S, Claassen J, Badjatia N, Lee K, Lantigua H, Connolly ES, Mayer SA:  Increased vulnerability to secondary injury during rewarming after cardiac arrest.  *Neurocritical Care* 2011;15:S44.

274. Schmidt JM, Sow D, Choi A, Glazer S, Lee K, Connolly ES, Claassen J, Mayer SA, Hripcsak G, Elkind MSV, Badjatia N: Heart rate variability is associated with inflammation-related factors after SAH.  *Neurocritical Care* 2011;S1243,

275. Ortega-Gutierrez S, Thomas J, Lantigua H, Carpenter A, Badjatia N, Claassen J, Lee K, Mayer SA, Schmidt JM, Li M, Connolly ES, Petersen N, Lesch C:   Efficacy and safety of nicardipine and labetalol infusion for blood pressure management in patients with ICH and SAH.  *Neurocritical Care* 2011;15:S12.

276. Kurtz P, <u>Mayer SA</u>, Hirsch LJ, Claassen J:  Seizures and organ dysfunction after subarachnoid hemorrhage.  *Neurocritical Care* 2011;15:S249.

277. Kurtz P, <u>Mayer SA</u>, Hirsch LJ, Claassen J:  Association between renal failure and nonconvulsive seizures after intracerebral hemorrhage.  *Neurocritical Care* 2011;15:S138.

278. Helbok R:  Parikh G, Lantigua H, Beer R, Till V, Pfausler B, Schmutzhard E, Hong B, Chen JF, Schmidt JM, Connolly ES, Lee K, Badjatia N, <u>Mayer SA</u>, Claassen J:  Resolution of global cerebral edema after subarachnoid hemorrhage: a multicenter study. *Neurocritical Care* 2011;15:S23.

279. Helbok R, Fernandez L, Kurtz P, Schmidt JM, Connolly ES, Lee K, Claasen J, Schmutzhard E, <u>Mayer SA</u>, Badjatia N:  Impact of interruption of sedation on neurological examination, intracranial pressure, and brain metabolism after severe brain injury. *Neurocritical Care* 2011;15:S15

280. Parikh G, Claassen J, Lantigua H, Beer R, Till V, Pfausler B, Rhomberg P, Broessner G, Lackner P, Hing B, Chen JF, Schmidt JM, Connolly ES, Lee K, Badjatia N, <u>Mayer SA</u>, Schmutzhard E, Helbok R:  Imaging phenotype of global cerebral edema after subarachnoid hemorrhage. *Neurocritical Care* 2011;15:S132.

281. Cziesler BM, Choi HA, Guo K, Bernstein P, Presciutti M, Lantigua H, Carpenter A, Zhang J, Ko S-B, Schmidt JM, Claassen J, <u>Mayer SA</u>, Lwee K, Connolly ES, Badjatia N:  Patterns of empiric antibiotic therapy for suspected ventriculostomy-related infections. *Neurocritical Care* 2011;15:S167.

282. Macdonald RL, Higasheda R, Keller E, <u>Mayer SA</u>, Molyneux A, Rabe A, vajkoczy P, Wanke I, Bach D, Frey A, Nowbakht P, Roux S, Kassell NF:  Effect of clazosentan on clinical outcome after aneurysmal subarachnoid hemorrhage and endovascular coiling: results of the CONSCIOUS-3 study.  *Stroke* 2012; 43: A43.

283. Rincon F, Lyden P, <u>Mayer SA</u>:  Early and late predictors of hyperthermia after spontaneous ICH: on behalf of VISTA collaborators.  *Stroke* 2012; 43: A3658.

284. Wijman CAC, Meschia JF, Bernstein R, Chen C, Mlynash M, Komshian S, Eyngorn I, <u>Mayer SA</u>:  Validation of the prognostic value of quantitative brain diffusion-weighted imaging after cardiac arrest in a multi-center study: preliminary results.  *Stroke* 2012; 43: A3629.

285. Badjatia N, Monohan A, Cartenter A, Friedman L, Zimmerman J, Schmidt JM, Claassen J, Lee K, Connolly ES, <u>Mayer SA</u>, Karmally W, Seres D:  Impact of underfeeding and protein catabolism on hospital-acquired infections after subarachnoid hemorrhage. *Neurology* 2012;S19.004.

286. Kowalski RG, Leroux PD, <u>Mayer SA</u>, Claassen J, Gupta R, Wu O, Giacino JT, Diaz-

Arrastia R, Stevens, RD:  Neurologic prognosis in comatose traumatic brain injury patients – a multidisciplinary survey: the neuroimaging to predict coma emergence and recovery (NICER) study. (submitted)

287. Wijman CAC, Meschia JF, Bernstein R, Chen C, Mlynash M, Komshian S, Eyngorn I, <u>Mayer SA</u>:  Validation of the prognostic value of quantitative brain diffusion-weighted imaging after cardiac arrest in a multi-center study.  Preliminary results.  *Stroke* 2012; 43: A3629

288. Rincon F, <u>Mayer SA</u>:  Mortality of spontaneous intracerebral hemorrhage in the United States from 1979 to 2008.  (submitted)

289. Wijman CAC, <u>Mayer SA</u>, Meschia JF, Bernstein R, Chen C, Mlynash M, Komshian S, Pirsaheli R, Eyngorn I, Okada A, Greer DM:  Prognostic value of quantitative brain diffusion-weighted imaging after cardiac arrest: a multi-center validation study.  *Neurocrit Care* 2012;17:S131.

290. Taufique Z, Lantigua H, Agarwal S, Lee K, Badjatia N, Claassen J, Connolly ES, <u>Mayer SA</u>, Schmidt JM:  Quality of life one year after subarachnoid hemorrhage:  the Columbia University SAH Outcomes Project.  *Neurocrit Care* 2012;17:S298.

291. Velander AJ, Ortega-Gutierrez S, Lantigua H, Huang A, Agrawal S, Badjatia N, Claassen J, Lee K, <u>Mayer SA</u>:  Hyponatremia impairs three-month cognitive recovery after aneurysmal subarachnoid hemorrhage.  *Neurocrit Care* 2012:17:S297.

292. Gidwani S, Ghosh P, Lantigua L, Ortega-Gutierrez S, Schmidt JM, Badjatia N, Lee K, Agarwal S, Claassen J, <u>Mayer SA</u>:  Can a near-death experience improve life enjoyment?  The "Stroke of Insight" phenomenon among survivors of subarachnoid hemorrhage (SAH).  *Neurocrit Care* 2012;17:S308.

293. Ghosh P, Gidwani S, Lantigua L, Ortega-Gutierrez S, Schmidt JM, Badjatia N, Lee K, Agarwal S, Claassen J, <u>Mayer SA</u>:  Prognostic significance of sentinel headache preceding aneurysmal subarachnoid hemorrhage. *Neurocrit Care* 2012;17:S10.

294. Miller S, Schmidt JM, <u>Mayer SA</u>:  An interactive visualization to support cerebral autoregulation.  *Neurocrit Care* 2012;17:S254.

295. Temes R, Schmidt JM, Claassen J,  Connolly ES, Wilson R, Bennett D, <u>Mayer SA</u>:  One year employment following aneurysmal subarachnoid hemorrhage. *Neurocrit Care* 2012:17:S291.

296. Temes R, Ouyang O, Schmidt JM, Claassen J, Connolly ES, Wilson R, Wilson RS, Bennett D, <u>Mayer SA</u>:  One year employment following aneurysmal subarachnoid hemorrhage. *Neurocrit Care* 2012:17:S290.

297. Fernandez A, Lesch C, Lantigua H, Shao B, Schmidt JM, Connolly ES, Lee K, Hirsch LJ, Mayer SA, Badjatia N, Claassen J:  High-dose midazolam infusions for refractory status epilepticus are safe and associated with improved outcome.  *Neurocrit Care* 2012:17:S271.

298. Lord AS, Karinja Carpenter A, Schmidt JM, Claassen J, Connolly ES, Mayer SA, Badjatia N:  Therapeutic temperature modulation for fever after intracerebral hemorrhage:  a case-control study.  *Neurocrit Care*  2012;17:S141.

299. Choi HC, Fernandez A, Jeon S-B, Ko S-B, Lantigua H, Kim MC, Schmidt JM, Mayer SA, Claassen J, Badjatia N, Lee K:  Ethnic disparities in end of life care in patients with subarachnoid hemorrhage.  *Neurocrit Care* 1012;17:S48.

300. Ko S-B, Choi HC, Schmidt JM, Badjatia N, Claassen J, Connolly ES, Mayer SA, Lee K:  Quantitative analysis of hemorrhage clearance and delayed cerebral ischemia after subarachnoid hemorrhage.  *Neurocrit Care*  2012;17:S47.

301. Schmidt JM, Sow D, Choi A, Claassen J, badjatia N, Agarwal S, Lee K, Connolly ES, Mayer SA:  Heart rate variability in the first 72 hours after subarachnoid hemorrhage  is associated with hospital morbidity and mortality.  *Neurocrit Care*  2012;17:S28.

302. Jeon S-B, Choi HC, Lantigua H, Badjatia N, Schmidt JM, Claassen J, Connolly ES, Mayer SA, Lee K:  Exposure to hyperoxia is associated with delayed cerebral ischemia and poor 3-month outcome after aneurysmal subarachnoid hemorrhage.  *Neurocrit Care* 2012:17:S295.

303. Jeon S-B, Choi HC, Lesch C, Kim MC, Badjatia N, Claassen J, Mayer SA, Lee K:  Use of oral vasopressin $V_2$ receptor antagonist for hyponatremia in acute brain injury.  *Neurocrit Care*  2012;17:S175.

304. Jeon S-B, Parihk G, Choi HC, Lee K, Lee JH, XSChmidyt JM, Badjatia N, Mayer SA, Claassen J:  Acute development of cerebral microbleeds in refractory status epilepticus.  *Neurocrit Care* 2012;17:S283.

305. Mlynash M, Komshian S, Pirsaheli R,  Okada A, Eyngorn I, Chen C, Mayer SA, Meschia JF, Bernstein R, Wu O, Greer DM, Wijman CAC:  Quantitative brain diffusion-weighted imaging after cardiac arrest predicts the degree of recovery in survivors: validation in a multi-center study.  *Neurocrit Care* 2012;17:S17.

306. Schmidt MJ, Lord A, Velander A, Fernandez A, Fernadez H, Agarwal S, Claassen J, Mayer SA:  Sustained heart rate elevation as a risk factor for major adverse cardiac events and poor outcome after subarachnoid hemorrhage.  *Crit Care Med* (in press)

307. Chung D, Schmidt JM, Mayer SA:  Use of regional cerebral oximetry to optimize blood pressure management in a severe case of posterior reversible encephalopathy syndrome.  *Crit Care Med* (in press)

308. De Marchis GM, Filippi CG, Gu X, Zhao B, Qi B, Pugin D, Gaffney CD, Dangayach N, Falo MC, Schmidt JM, Agarwal S, Claassen J, <u>Mayer SA</u>:  Detection of early brain injury with MRI after subarachnoid hemorrhage:  impact on neurological impairment and outcome.  *Neurocrit Care* 2013;19:S12.

309. Lesch C, Velazquez AG, Schmidt JM, Lantigua H, Bruce R, Agarwal S, Claassen J, Connolly ES, <u>Mayer SA</u>, Badjatia N:  Prospective randomized study of continuous intravenous ibuprofen for fever control after non traumatic brain hemorrhage.  *Neurocrit Care* 2013;19:S26.

310. Foreman B, Pugin D, Tu B, Zammit C, Falo MC, Agarwal S, Schmidt JM, <u>Mayer SA</u>, Claassen J:  Sleep as a marker of recovery of consciousness after cardiac arrest.  *Neurocrit Care* 2013;19:S29.

311. Pugin D, Schmidt JM, Tu B, De Marchis GM, Agarwal S, <u>Mayer SA</u>, Claassen J:  Nonconvulsive seizures after intracerebral hemorrhage evaluated through intracortical recording.  *Neurocrit Care* 2013;19:S115.

312. Dangayach NS, Cappert M, Patel P, Lahiri S, Fowler D, <u>Mayer SA</u>, Claassen J, Agarwal S:  High-fidelity simulation versus traditional didactic rechniques for teaching neurological emergencies to neurology residents:  a randomized controlled study.  *Neurocrit Care* 2013;19:S189.

313. De Marchis GM, Pugin D, Lantigua H, Zammit C, Tadi P, Schmidt JM, Falo CM, Agarwal A, <u>Mayer SA</u>, Claassen J:  Tonic-clinic activity at subarachnoid hemorrhage onset: impact on in-hospital complications and outcome.  *Neurocrit Care* 2013;19:S217.

314. Pugin D, Fernandez A, Schmidt JM, Foreman B, De Marchis GM, Czeisler B, <u>Mayer SA</u>, Agarwal S, Lesch C, Lantigua H, Claassen J:  Pentobarbital for the treatment of super-refractory status epilepticus.  *Neurocrit Care* 2013;19:S221.

315. Dangayach NS, Zhaodne L, Lantigia H, Stern Y, Schmidt JM, Claassen J, <u>Mayer SA</u>:  Cognitive reserve markers independently predict cognitive outcomes in patients with SAH.  *Neurocrit Care* 2013;19:S239.

316. Schmidt JM, Doermer J, Sow D, Perotte, <u>Mayer SA</u>:  Bedside application for the assessment of cerebral autoregulation and patient state changes.  *Neurocrit Care* 2013;19:S205.

317. Schmidt MJ, Sow D, Albers D, Perotte A, Agarwal S, Claassen J, Elkind M, Hripcsak, <u>Mayer SA</u>:  Heart rate variability monitoring for early detection of secondary complications after subarachnoid hemorrhage.  *Neurocrit Care* 2013;19:S268.

318. Suwatcharangkoon S, Schmidt JM, VanderVeen M, Pugin D, De Marchis GM, Dangayach N, Foreman B, Czeisler B, Zammit C, Agarwal S, Claassen J, <u>Mayer SA</u>:  Predictors of

medical treatment failure for symptomatic vasospasm after subarachnoid hemorrhage. *Neurocrit Care* 2013;19:S272.

319. Rodriguez-Ruiz A, Foreman B, Choi H, Mayer SA, Claassen J, Agarwal S:  Evolving patterns on prolonged EEG monitoring in patients with therapeutic hypothermia post-cardiac arrest.  *Neurology* 2014;(in press)

320. Dangayach N, De Marchis GM, Grewal HS, Bruce R, Chhatlani A, Falo C, Connolly ES, Agarwal S, Claasasen J, Mayer SA:   Being overweight or obese is associated with lesser disability after intracerebral hemorrhage.  *Neurology* (in press)

321. Dangayach N, Zhaodne L, Stern Y, Falo C, Agarwal S, Meyers E, Claasasen J, Mayer SA: Cognitive reserve markers independently predict cognitive outcomes in patients with SAH.   *Neurology* (in press)

322. Doerner Rinaldi AP, Miller E, Czeisler B, Wiley J, Crary J, Claassen J, Mayer SA, Agarwal S:  Akinetic mutism and Parkinsonian features progressing to coma following a hypoxic event with extended lucid interval: manifestations of delayed post-hypoxic leukoencephalopathy. *Neurology* (in press)

323. Ragland J, Goldstein H, Czeisler B, Claassen J, Mayer SA, Agarwal S: The N-methyl-D-aspartate receptor encephalitis mimicking bacterial meningitis. *Neurology* (in press)

324. Agarwal S, Dangayach N, patel P, Roque A, Cappaert M, Fowler D, Claassen J, Mayer SA: High-fidelity simulation versus traditional didactic techniques for teaching neurological emergencies to neurology residents: a feasibility study. *Neurology* (in press)

325. Sheth S, Mayers E, Jongeling A, Mayer SA, Agarwal S, Claassen J:  Hemophagocytic lymphohystiocytosis associated with encephalitis: two case reports. *Neurology* (in press)

326. Czeisler B, et al.  Temperature modulation for refractory status epilepticus.  *Neurology* (in press)

327. Gold C, et al.  Unplanned transfers to a neurological intensive care unit.  *Neurology* (in press)

328. Badjatia N, et al:  Inflammation, nutritional status and outcome after aneurysmal subarachnoid hemorrhage.  *Neurology* (in press)

329. Tu B, Eerikainen L, Young B, Assassi N, Mayer SA, Claassen J, Särkelä M:  Inter-reader agreement of seizure markings on ICU EEGs.  *Epilepsia* (in press)

330. Lahiri S, Mayer SA:  Patient-powered reporting of Modified Rankin Scale outcomes via the internet:  a valid alternative to the telephonic structured interview.  *Neurocrit Care* (submitted).

331. Lahiri S, Rosengart A, Mangat H, Segal A, Claassen J, <u>Mayer SA</u>, Kamel H:  A population based study of incidence, predictors, and outcome of mechanical ventilation for life-threatening stroke.  *Neurocrit Care* (submitted).

332. Al-Mufti F, Scmidt JM, Lahiri S, Dangayach N, Reilly K, Meyers E, Agarwal A, <u>Mayer SA</u>, Claassen J:  Ultra-early vaspspasm in aneurysmal SAH associated with increased mortality.  *Neurocrit Care* 2014;21:S13.

333. Dangayach N, Grewal H, Witsch J, Meyes E, Falo CM, Schmidt JM, Agarwal S, Connolly ES, <u>Mayer SA</u>, Claassen J:  Do markers of premorbid nutritional status predict outcomes in aneurysmal subarachnoid hemorrhage?  *Neurocrit Care* 2014;21:S27.

334. Agarwal S, Patel P, Rodriguez A, Foreman B, Velasquez A, Rahal S, Falo CM, <u>Mayer SA</u>, Choi H, Claassen J:  Impact of ictal and epileptiform EEG activity on outcome in cardiac arrest patients treated with therapeutic hypothermia.  *Neurocrit Care* 2014;21:S97.

335. Grewal H, Dangayach NS, Witsch J, Meyes E, Falo CM, Agarwal S, Schmidt JM, Connolly ES, <u>Mayer SA</u>, Claassen J:  Markers of nutritional status at admission do not predict functional outcomes at discharge in aneurysmal subarachnoid hemorrhage.  *Neurocrit Care* 2014;21:S117.

336. Patel JS, Lee J, Shahamiri S, Sobotka A, Gordon EL, <u>Mayer SA</u>:  Factors influencing tracheostomy in ischemic stroke patients in the NSICU.  *Neurocrit Care* 2014;21:S159.

337. Lahiri S, Rosengart AJ, Mangat HS, Segal A, Claassen J, <u>Mayer SA</u>, Kamel H:  A population-based study of incidence, asociations, and outcome of mechanical ventilation in life-threatening stroke.  *Neurocrit Care* 2014;21:S166.

338. Agarwal S, Dangayach N, Patel P, Roque A, Ford B, Fowler D, Claassen J, <u>Mayer SA</u>:  High-fidelity simulation versus traditional didactic techniques for teaching neurological emergencies to neurology residents:  a feasibility study.  *Neurocrit Care* 2014;21:S167.

339. Lee J, Won RM, Sobotka S, Gordon E, <u>Mayer SA</u>:  Optimization of ideal NSICU patient-to-nursing staff ratios through utilization of portable CT.  *Neurocrit Care* 2014;21:S172.

340. Lahiri S, Meyers E, Al-Mufti F, Claassen J, <u>Mayer SA</u>:  Patient-powered reporting of modified Rankin Scale outcomes via the internet:  a valid alternative to telephonic structured interview.  *Neurocrit Care* 2014;21:S201.

341. Suwatcharangkoon S, Witsch J, Schmidt JM, Agarwal S, <u>Mayer SA</u>, Claassen J:  SAH patients with focal processes leading to elevated intracranial pressure respond better to hypertonic saline than those with global processes.  *Neurocrit Care* 2014;21:S208.

342. Claassen J, Albers D, Schmidt JM, De Marchis GM, Pugin D, Falo MC, <u>Mayer SA</u>, Cremers S, Agarwal S, Elkind MSV, Connolly ES, Dukic V, Hripcsak G, Badjatia N:

Nonconvulsive seizures in subarachnoid hemorrhage link inflammation and outcome. *Neurocrit Care* 2014;21:S284.

343. Lee J, Gordon E, Bederson J, Sobotka S, Mayer SA, Sebha F:  Endothelial infalmmation levels correlate with severity of bleed and outcome in SAH patients.  *Stroke* (in press).

344. Chary M, Mayer SA:  Blocking gap junctions halts cortical spreading depression: a computational study. No. 771.01 2014 Neuroscience Meeting.  Washington, DC: Society for Neuroscience, 2014.

345. Lahiri S, Navi B, Lapidus DM, Agarwal S, Mangat HS, Claassen J, Park S, Mayer SA, Kamel H:  relationship between tracheostomy and readmissioin rates among mechanically ventilated patients with stroke.  *Stroke* 2015 (in press).

346. Appelboom G, Bruce S, Piazza M, Monahan A, Bruce E, Mayer SA, Connolly ES Jr: Aquaporin-4 gene variant independently predicts combined edema volume after intracerebral hemorrhage. J Neurosurg 2015;122: A1551-A1552.

347. Lee J, Gordon EL, Bederson JB, Sobotka S, Mayer SA, Sebha FA:  Endothelial inflammation correlates with severity of bleed and outcome in SAH patoents.  *Stroke* 2015 (in press).

348. Al-Mufti F, Schmidt JM, Meyes E, Dangayach N, Park S, Agarwal S, Mayer SA, Claassen J:  Ultra early vasospasm following subarachnoid hemorrhage associated with increased morbidity and mortality poor outcome.  *Neurology* 2015;(in press).

349. Hänggi D, Etminan N, Macdonald L, Steiger HJ, Mayer SA, Aldrich F, Diringer MN, Hoh BL, Mocco J, Strange P, Faleck HJ, Miller M, for the NEWTON Investigators.  NEWTON - Nimodipine microparticles to Enhance recovery While reducing TOxicity after subarachNoid hemorrhage.  *Neurocrit Care* (submitted)

350. Mizrahi MA, Melis M, Dangayach NS, Yoo JY, Gordon EL, MC, Marcuse LV, Mayer SA: New-onset refractory status epilepticus (NORSE): a case series.  *Neurocrit Care* (submitted)

351. Mascitelli JR, Dangayach N, Wilson N, Shoirah H, Oermann E, Fifi JT, Paramasivam S, Gordon E, Tuhrim S, Bederson JB, Mocco J, Mayer SA:  Endovascular Therapy for Acute Stroke in the Mount Sinai Health System:  The Role of Neurointensivist-Led System-Wide Triage.  *Neurocrit Care* 2105;(in press).

352. Keshet I, Mayer SA:  Contrast induced nephropathy in multimodal assessment of acute stroke: a systematic review and meta-analysis. *Neurocrit Care* 2105;(in press).

353. Dangayach NS, Gordon EL, Mayer SA:  Reserve, resilience and recovery in stroke: a meta-narrative review.  *Neurocrit Care* 2105;(in press).

354. Gaffney CD, Schmidt JM, DeMarchis GM, Falo C, Agarwal S, Claassen J, <u>Mayer SA</u>: Effect of therapeutic hypothermia on intracranial pressure and brain metabolism after poor grade subarachnoid hemorrhage:  a pilot study.

355. Agarwal S, Patel P, Rodriguez A, Foreman B, Valasquez A, Rahal S, Falo C, <u>Mayer SA</u>, Choi H, Claassen J:  Prognostic significance of early onset seizures on neurological recovery after cardiac arrest.

356. Badjatia N, Schmidt JM, Claassen J, Sonnolly ES, <u>Mayer SA</u>, Seres D, Karmally W:  Serum glutamine levels and hospital acquired infections after aneurysmal subarachnoid hemorrhage. *Crit Care Med* (in press)

357. Wilson N, Gourdine K, Nanlal L, Mascitelli JR, Shoirah H, Shearer P, Fifi JT, Paramasivam S, Mocco J, <u>Mayer SA</u>, Tuhrim S:  An interdisciplinary approach to improving acute treatment– implementation of the rapid acute stroke protocol.  *Stroke* (submitted)

358. Tu B, Young GB, Kokoszaka A, Rodriguez-Ruiz A, Varma J, Eerikäinen L, Assassi N, <u>Mayer SA</u>, Claassen J, Särkelä MOK:  Diagnostic accuracy between readers for identifying electrographic seizures in critically-ill adults. *J Clin Neurophys* (submitted).

359. Dangayach N, Sobotka S, Lee J, Costa A, Bederson J, Gordon E, Frontera J, <u>Mayer SA</u>: Cognitive reserve predicts short-term and long-term cognitive outcomes in patients with SAH, SDH and ICH.  *Neurology* 2016 (in press).

360. Dangayach N, Sobotka S, Lee J, Costa A, Gordon E, <u>Mayer SA</u>:  Reserve, resilience and recovery in stroke: a meta-narrative review.  *Neurology* 2016 (in press).

361. Francoeur CL, Schmidt JM, Claassen J, <u>Mayer SA</u>, Connolly ES, Falo MC, Rho D, Agarwal S, Elkind MS, Park S:  Desmopressin for prevention of rebleeding in subarachnoid hemorrhage patients. *Neurocrit Care* 2016; 25:S227.

362. Francoeur CL, Griffiths S, Wheelwright D, Singer D, Dangayash N, Gordon E, Ramineni A, Ahmad J, Gidwani U, <u>Mayer SA</u>:  Evaluation of a novel noninvasive cerebral perfusion monitor (C-Flow) after cardiac arrest. *Neurocrit Care* 2016; 25:S178.

363. Dangayach N, Nicol K, Sobotka S, Griffiths SS, Costa A, Lee JJ, <u>Mayer SA</u>, Frontera J, Gordon E, Bederson J:  Novel quantitative imaging markers for understanding cognitive reserve in subdural hematoma (SDH) patients.  *Neurocrit Care* 2016; 25:S107.

364. Dangayach N, Griffiths S,  Ramineni A, Keogh M, Sharma V, Wheelwright D, Marin D, Gidwani U, Bederson JB, Mocco J, Gordon E, <u>Mayer SA</u>:  Critical illness resilience and spirituality:  unique methodology for surrogate validation of CD-RISC-10 and Brief RCOPE spirituality scale.  *Neurocrit Care* 2016; 25:S170.

365. Ramineni A, Dangayach N, Griffiths S, Keogh M, Wheelwright D, Sharma V, <u>Mayer SA</u>, Gidwani U, Ahmad J, Bederson JB, Mocco J:  "I believe in miracles":  implications for the neuro-ICU.  *Neurocrit Care* 2016; 25:S172.

367. Rasouli J, Ratner M, Chartrain A, <u>Mayer SA</u>, Gordon E, Dangayach N:  Post-operative pain control after craniotomy: A meta-narrative review.

367. Melis M, Mizrahi M, Marcuse L, Fields M, Yoo J, Dangayach ND, Gordon E, <u>Mayer SA</u>: Non-convulsive seizures (NCS)/non-convulsive status epilepticus (NCSE) in neuro-ICU: clinical predictors and prognostication.  *Neurocrit Care* 2016; 25:S172.

368. Hanggi D, Macdonald RL, Etminan N, HJH Stieger, <u>Mayer SA</u>, Aldrich F, Diringer MN, Hoh B, Mocco J, Strange P, Faleck H, Miller M:  Pharmacokinetics and health economics of intraventricular sustained release nimodipine (EG-1962) for subarachnoid hemorrhage. *Neurocrit Care* 2016; 25:S214.

369. Griffiths SA, Francoeur CL, Gordon E, Dangayash N, Wheelwright D, Ramineni A, Ahmad J, <u>Mayer SA</u>:  Performance of the EMCOOLs surface cooling system for acute fever control in neurocritical care patients.  *Neurocrit Care* 2016; 25:S256.

370. Impact of electrographic seizure activity on outcomes among critically-ill patients with stroke.  *Stroke* 2017;(in press).

371. Kim J, Feng R, Chartrain A, Sobotka S, Dangayach N, <u>Mayer SA</u>, Gordon E: Ventricular catheter tract hemorrhage as a risk factor for ventriculostomy related hemorrhage. *Neurology* 2017; (in press).

372. Wheelwright DS, Dangayach DS, Griffiths SA, Gordon E, Bederson J, <u>Mayer SA</u>:  Does intra-ICU initiation of guided mindfulness meditation decrease anxiety and depression in SAH?: unique methodology for the neurocritical care setting.  *Neurology* 2017; (in press).

373. Dangayach N, Nicol K, Sobotka S, Griffiths SS, Costa A, Lee JJ, <u>Mayer SA</u>, Frontera J, Gordon E, Bederson J:  Novel quantitative imaging markers for understanding cognitive reserve in subdural hematoma (SDH) patients.  *Neurology 2017*;(in press).

374. Francoeur CL, Griffiths S, Wheelwright D, Singer D, Dangayash N, Gordon E, Ramineni A, Ahmad J, Gidwani U, <u>Mayer SA</u>:  Evaluation of a novel noninvasive cerebral perfusion monitor (C-Flow) after cardiac arrest. *Neurology 2017*; (in press).

375. Griffiths SA, Francoeur CL, Gordon E, Dangayash N, Wheelwright D, Ramineni A, Ahmad J, <u>Mayer SA</u>:  Performance of the EMCOOLs surface cooling system for acute fever control in neurocritical care patients.  *Neurology 2017*; (in press).

376. Rasouli J, Ratner M, Chartrain A, <u>Mayer SA</u>, Gordon E, Dangayach N:  Post-operative pain control after craniotomy: A meta-narrative review.  *Neurology 2017*; (in press).

377. Dangayach N, Sobotka S, Lee J, Costa A, Gordon E, <u>Mayer SA</u>:  Resilience, cognitive reserve and brain reserve in neurocritical care: a prospective cohort study.  *Neurology* 2017; (in press).

378. Ramineni A, Dangayach N, Griffiths S, Keogh M, Wheelwright D, Sharma V, <u>Mayer SA</u>, Gidwani U, Ahmad J, Bederson JB, Mocco J:  "I believe in miracles":  implications for the neuro-ICU.  *Neurology* 2017; (in press).

379. Feng R, Chartrain AG, Kim J, Sobotka S, Pain M, Dangayach NS, <u>Mayer SA</u>, Bederson JB, Gordon E:  External ventricular drain related infection characteristics and outcomes: a case series.  *Neurology* 2017; (in press).

380. Gordon B, Mayer SA, Gordon E, Dangayach N, et al:  Caring for the whole person: resilience, spirituality and religious coping in the critical care environment. *Neurology* 2017; (in press).

**PENDING ABSTRATS**

Authors: M. Pain, W. Bartlett, S. Sobotka, J. Kim, J. Bederson, E. Gordon, N. Dangayach, S. Mayer, A. B. Costa
Title:  Big data analysis of Neurosurgical Intensive Care Unit GCS scores reveals redundancy and suggests opportunities for improvement in NSICU GCS measurements

Authors: J. Kim, W. Bartlett, M. Pain, S. Sobotka, J. B. Bederson, E. Gordon, N. Dangayach, S. Mayer, A. B. Costa
Title: Analysis of GCS score monitoring reveals measurement inconsistency across various stages of NSICU workflow

Authors: W. Bartlett, M. Pain, J. Kim, S. Sobotka, J. Bederson, E. Gordon, N. Dangayach, S. Mayer, A. B. Costa
Title: Clustering of GCS time-series data reveals relationship between in-hospital deterioration and outcome

1.      Authors: M. Pain, W. Bartlett, S. Sobotka, J. Kim, J. Bederson, E. Gordon, N. Dangayach, S. Mayer, A. B. Costa
Title:  Big data analysis of Neurosurgical Intensive Care Unit GCS scores reveals redundancy and suggests opportunities for improvement in NSICU GCS measurements
Submitted: AANS

2.      Authors: W. Bartlett, M. Pain, J. Kim, S. Sobotka, J. Bederson, E. Gordon, N. Dangayach, S. Mayer, A. B. Costa
Title: Clustering of GCS time-series data reveals relationship between in-hospital deterioration and outcome
Submitted: AANS

3.      Authors: J. Kim, W. Bartlett, M. Pain, S. Sobotka, J. B. Bederson, E. Gordon, N. Dangayach, S. Mayer, A. B. Costa
Title: Analysis of GCS score monitoring reveals measurement inconsistency across various stages of NSICU workflow
Submitted: AANS

4.      Authors:  Rui Feng, Kelly Nicol, Margaret Pain, Joshua B. Bederson, Anthony Costa, Neha S. Dangayach
Title:  Clinical Usage of Imaging Analysis Tools in Patients with Acute Stroke and Intra-axial Brain Tumors: A Systematic Review
Submitted: AANS

5.      Authors: Julie Kim et al
Ventricular Catheter Tract Hemorrhage as a Risk Factor for Ventriculostomy Related Hemorrhage
Submitted: AAN and AANS

6.      Authors:  Rui Feng, Alexander G. Chartrain, Juhyun Kim, Stanislaw Sobotka, Margaret
Pain, Neha S. Dangayach, Stephan A. Mayer, Joshua B. Bederson, Errol Gordon
Title:  External Ventricular Drain Related Infection Characteristics and Outcomes: A Case Series
Submitted: AAN and AANS

7.      Authors:  Rui Feng, Kelly Nicol, Alexander G. Chartrain, Margaret Pain, Anthony
Costa, James Sumowski, Joshua B. Bederson, Neha S. Dangayach
Title: Validation of Automated Segmentation for Measuring Brain Reserve in Patients
Undergoing Craniotomies: A Preliminary Analysis
Submitted: AAN and AANS

8.      Authors: Barbara Gordon et al
Caring for the Whole Person: Resilience, Spirituality and Religious Coping in the Critical Care
Environment
Submitted: AAN, AANS

9.      Authors: Neha Dangayach et al
Title Resilience, Cognitive Reserve and Brain Reserve in Neurocritical Care: A prospective
Cohort Study
Submitted: AAN, AANS

11.     Authors: Jonathan Rasouli et al
Title: Post-operative pain control after craniotomy: A meta-narrative review
Submitted: AAN, AANS

12.     Authors: Stephen A Griffiths, Charles Francoeur, Errol Gordon, Neha Dangayach,
Danielle Wheelwright, Anil Ramineni, Javaad Ahmad, Stephan A Mayer
Title: Performance of the EMCOOLs Surface Cooling System For Acute Fever Control In
Neurocritical Care Patients
Submitted: AAN

13.     Authors: Anil Ramineni, Neha Dangayach, Stephen Griffiths, Maggie Keough,
Danielle Wheelwright, Vansh Sharma, Deborah Marin, Javaad Ahmed, Umesh Gidwani,
Joshua Bederson, J Mocco, Errol Gordon, Stephan Mayer
Title: "I believe in miracles": Implications for the Neuro-ICU
Submitted: AAN

14.     Charles Francoeur et al
Title: Evaluation of a Novel Noninvasive Cerebral Perfusion Monitor (C-Flow) After Cardiac
Arrest
Submitted: AAN

Wei D, Oxley TJ, Nistal DA, Shoirah H, Chartrain A, Mascitelli JR, Wilson
N, Liang J, Awad A, Kellner CP, De Leacy RA, **Mayer SA,** Tuhrim

S, Bederson JB, Mocco J, Fifi JT. High THRIVE score predicts mortality but not overall clinical improvement for neurointervention in ischemic stroke. AANS/CNS Joint CV Section Annual Meeting, Houston, TX, February 2017.

Wei D, Oxley TJ, Nistal DA, Shoirah H, Mascitelli JR, Wilson N, Liang J, Awad A, Kellner CP, De Leacy RA, **Mayer SA,** Tuhrim S, Bederson JB, Mocco J, Fifi JT. Each minute in the puncture-to-recanalization interval has more weight on clinical outcome than onset-to-puncture. AANS/CNS Joint CV Section Annual Meeting, Houston, TX, February 2017.

Wei D, Oxley TJ, Nistal DA, Mascitelli JR, Wilson N, Stein L, Liang J, Turkheimer L, Schwegel C, Awad A, Shoirah H, Kellner CP, De Leacy RA, **Mayer SA,** Tuhrim S, Bederson JB, Mocco J, Fifi JT. Comparison of Three Stroke Delivery Protocols: Efficacy of Mobile Neurointerventional Teams. AANS/CNS Joint CV Section Annual Meeting, Houston, TX, February 2017.

Wei D, Oxley TJ, Nistal DA, Shoirah H, Mascitelli JR, Chartrain A, Wilson N, Liang J, Awad A, Kellner CP, De Leacy RA, **Mayer SA,** Tuhrim S, Bederson JB, Mocco J, Fifi JT. Distribution of access to endovascular stroke therapy in New York City. AANS/CNS Joint CV Section Annual Meeting, Houston, TX, February 2017.

Wei D, Oxley TJ, Nistal DA, Shoirah H, Chartrain A, Mascitelli JR, Wilson N, Liang J, Awad A, Kellner CP, De Leacy RA, **Mayer SA,** Tuhrim S, Bederson JB, Mocco J, Fifi JT. Direct aspiration thrombectomy has superior procedure times and clinical outcomes compared to stentriever. AANS/CNS Joint CV Section Annual Meeting, Houston, TX, February 2017.

Wei D, Oxley TJ, Nistal DA, Shoirah H, Mascitelli JR, Chartrain A, Wilson N, Liang J, Awad A, Kellner CP, De Leacy RA, **Mayer SA,** Tuhrim S, Bederson JB, Mocco J, Fifi JT. Community socioeconomic status and access to endovascular stroke care in New York City-based Hospital Network. AANS/CNS Joint CV Section Annual Meeting, Houston, TX, February 2017.

# Dr. Aaron McMurtray

Revised June 5th, 2016

**Aaron McMurtray, M.D., Ph.D.**

**CONTACT INFORMATION:**

| | |
|---|---|
| Mailing Address: | Neurology Department |
| | Harbor-UCLA Medical Center |
| | 1000 West Carson Street |
| | Torrance, CA 90509 |
| Phone: | 310-222-3897 |
| E-mail Address: | amcmurtray@dhs.lacounty.gov |

**EDUCATION:**

| | |
|---|---|
| B.A. Chemistry and Biology, Claremont McKenna College | 5/1996 |
| M.D. Vanderbilt University School of Medicine | 5/2000 |
| Internal Medicine Internship, Ohio State University | 7/1/2000-6/30/2001 |
| Neurology Residency, Harbor-UCLA | 7/1/2001-6/30/2004 |
| Chief Resident in Neurology, Harbor-UCLA | 7/1/2003-6/30/2004 |
| Behavioral Neurology Fellowship, UCLA/West L.A. V.A. | 7/1/2004-6/30/2006 |
| Ph.D. Biomedical Sciences, University of Hawaii | 5/2008 |

**LICENSURE:**

| | |
|---|---|
| California Medical License, Number A78402 | 3/20/2002-present |

**BOARD CERTIFICATION:**

| | |
|---|---|
| Diplomat, American Board of Psychiatry and Neurology | 1/2006-present |

**PRESENT EMPLOYMENT:**

| | |
|---|---|
| Physician Specialist and Medical Director for the Dementia/Neurobehavior Clinic | |
| Harbor-UCLA Medical Center, Torrance, CA | 6/2012-present |
| Assistant Clinical Professor, Neurology Dept., UCLA, Los Angeles, CA | 6/2012-present |
| Researcher, Los Angeles Biomedical Research Institute, Torrance, CA | 9/2012-present |

**PROFESSIONAL EXPERIENCE:**

| | |
|---|---|
| Clinical Instructor in Neurology, University of California at Los Angles | 7/2004-6/2006 |
| Assistant Professor: Neurology Division, Department of Medicine, | |
| John A. Burns School of Medicine, University of Hawaii | 7/2006-5/2009 |
| Physician Specialist: Ventura County Medical Center, Ventura, CA | 7/1/2009-6/14/2012 |
| Director, Brain Injury Clinic, Ventura County Medical Center, Ventura, CA | 3/1/2011-6/14/2012 |

**PROFESSIONAL ACTIVITIES:**

| | |
|---|---|
| Member, Committee on Human Studies, University of Hawaii | 2007-2009 |
| Member, Recruitment and Selection Committee, | |
| Internal Medicine Residency Program, University of Hawaii | 2007-2009 |
| Member, Special Events Committee, JABSOM, University of Hawaii | 2007-2009 |
| Elected Alternate to the University of Hawaii Manoa Faculty Senate | 5/2008-9/2010 |
| | |
| Member, VCMC Medicine Committee | 7/1/2009-6/30/2011 |
| Member, Board of Directors, Brain Injury Center of Ventura County | 1/1/2010-6/1/2012 |
| Chief, VCMC Medicine Committee | 7/1/2011-6/14/2012 |

Revised June 5th, 2016

| | |
|---|---|
| Member, Human Subjects Committee, LA BioMed | 1/2013-1/2015 |
| Vice-Chair, Human Subjects Committee, LA BioMed | 1/2015-3/2016 |

| | |
|---|---|
| Chair, Research Committee, Neurology Department, Harbor-UCLA | 1/2013-present |
| Director, Neurology Department Peer Review, Harbor-UCLA | 7/2015-present |
| Member, Peer Review Oversight Committee, Harbor-UCLA | 8/2015-present |
| Director, Quality Improvement Committee, Neurology Dept., Harbor-UCLA | 7/2013-present |
| Member, Quality Council (formerly EPIC), Harbor-UCLA Medical Center | 11/2012-present |

**TEACHING:**

University of Hawaii:

    Neurology Instructor, JABSOM, Medical Student PBL course.    2006-2009

Ventura County Medical Center, Neurology Department

    Supervision and teaching of neurology residents on hospital wards and in general and subspecialty neurology clinics.    2009-2012

Harbor-UCLA Medical Center, Neurology Department

    Supervision and teaching of neurology residents on hospital wards and in general and subspecialty neurology clinics.    2012-present

**LECTURES AND PRESENTATIONS:**

1) *Neuro-infectious Diseases.* Cedars Sinai Medical Center, Neurology Residency Program, Resident Lecture Series. Los Angeles, CA, June 3rd, 2016.
2) *Neurologic Complications of HIV Infection.* Cedars Sinai Medical Center, Neurology Residency Program, Resident Lecture Series. Los Angeles, CA, June 3rd, 2016.
3) *Development of Novel and Repurposed Therapeutics as Positive Allosteric Modulators of the Alpha-7-Nicotinic Acetylcholine Receptor.* West LA VA/UCLA, Neurobehavior Program Lecture Series. Los Angeles, CA, April 8th, 2016.
4) *Neurocognitive and Neuropsychiatric Disorders, Review for the RITE.* Harbor-UCLA Neurology Residency, Resident Rite Review Lecture Series. Torrance, CA, April 1st, 2016.
5) *Development of Novel and Repurposed Therapeutics as Alternatives to Monoclonal Antibody Treatments for Multiple Sclerosis.* Los Angeles BioMedical Research Institute, HIPO research lecture series. Torrance, CA, March 21st, 2016.
6) *Development of Structurally Novel Phenytoin Derivatives for Treatment of Refractory Epilepsy.* Los Angeles BioMedical Research Institute, HIPO research lecture series. Torrance, CA, December 11th, 2015.
7) *Dementia: Clinical Update and New Developments.* Harbor-UCLA Pathology Department Grand Rounds. Torrance, CA, November 6th, 2015.
8) *Dementia: Clinical Update and New Developments.* Harbor-UCLA Neurology Residency, Faculty Lecture series. Torrance, CA, September 25th, 2015.
9) *Neuro-infectious disease: Meningitis and Encephalitis.* Harbor-UCLA Neurology residency, Neurology Emergency lecture series. Torrance, CA, August 7th, 2015.
10) *Concussion Management.* Harbor-UCLA Neurology Department Grand Rounds. Torrance, CA, July 17th, 2015.
11) *Evaluation and Management of MCI and Dementia Syndromes in Athletes.* National Summit on Sports Concussion: Sports and Concussion Outcomes. Los Angeles, CA, June 5th, 2015.

Revised June 5th, 2016

12) *Sports Concussion Management.* Los Robles Hospital and Medical Center, Trauma Education Lecture Series. Thousand Oaks, CA, February 13th, 2015.

13) *Association of Brain Gray Matter Changes and Hallucinations in Parkinson's Disease.* West LA VA/UCLA Neurobehavior Fellowship Program, Neurobehavior Lecture Series. Los Angeles, CA, February 6th, 2015.

14) *Dementia: Update and New Developments.* Harbor-UCLA Neurology residency, Faculty Lecture series. Torrance, CA, August 22nd, 2014.

15) *Neuro-infectious disease: Meningitis and Encephalitis.* Harbor-UCLA Neurology residency, Neurology Emergency lecture series. Torrance, CA, August 15th, 2014.

16) *Association of reduced brain volume in the frontal opercular gyri with development of visual hallucinations in Parkinson's disease.* Los Angeles BioMedical Research Institute, HIPO research lecture series. Torrance, CA, July 23rd, 2014.

17) *Alzheimer's Disease: Treatment Update and Tau.* Neurosearch Community Lecture Series, Pasadena, CA, July 1st, 2014.

18) *Dementia, part 2.* Harbor-UCLA Neurology residency lecture series. Torrance, CA, April 18th, 2014.

19) *Alzheimer's Disease: a clinical update.* LA BioMed Lunch and Learn Community Lecture Series, Torrance, CA, March 27th, 2014.

20) *Memory Loss, Alzheimer's Disease and Other Dementias.* LA BioMed Lunch and Learn Community Lecture Series, Torrance, CA, January 30th, 2014.

21) *Dementia, part 1.* Harbor-UCLA Neurology residency lecture series. Torrance, CA, January 17th, 2014.

22) *Brain: an overview of memory loss, dementia, Alzheimer's disease, and Parkinson's disease.* Ventura County Senior Summit, Ventura County Board of Supervisors and Ventura County Healthcare Agency. Camarillo, CA, November 2nd, 2013.

23) *The Sensory System and its clinical examination.* Harbor-UCLA Neurology residency lecture series. Torrance, CA, October 4th, 2013.

24) *Neuro-infectious disease: Meningitis and Encephalitis.* Harbor-UCLA Neurology residency emergency case series. Torrance, CA, August 9th, 2013.

25) *Economic Benefits of Community Based Dementia Screening.* UCLA Alzheimer's Disease Research Forum, Los Angeles CA, February 25th, 2013.

26) *Economic Benefits of Community Based Dementia Screening.* Harbor-UCLA Grand Rounds, Torrance CA, February 22nd, 2013.

27) *Economic Benefits of Community Based Dementia Screening.* LA BioMed Research Meeting, Torrance CA, February 6th, 2013.

28) *Dementia: Case Presentation and Update.* Family Medicine Department Grand Rounds, Harbor-UCLA Medical Center, Torrance CA, January 2nd, 2013.

29) *Memory Loss – When is it Alzheimer's Disease.* Ventura County Senior Summit, Ventura County Board of Supervisors and Ventura County Healthcare Agency, Camarillo CA, April 21st, 2012.

30) *Chronic Pain.* Harbor-UCLA Grand Rounds, Torrance CA, March 30th, 2012.

31) *How to Partner with Caregivers.* Third Annual Ventura County Brain Injury Center Conference, Camarillo CA, March 24th, 2012.

32) *Assembling the Team: Case Studies.* Third Annual Ventura County Brain Injury Center Conference, Camarillo CA, March 24th, 2012.

33) *Dementia: From Tea to Nuts.* Neurologic Dilemmas for the Non-Neurologist, Ventura County Medical Center, Ventura CA, February 26th, 2011.

34) *Alzheimer's Disease: a Clinical Update.* Ventura County Medical Center, HSNC, Ventura CA, July 15th, 2010.

35) *Alzheimer's Disease and Parkinson's Disease Overview.* Camarillo Health Care District, Camarillo CA, July 15th, 2010.

36) *Dementia Overview*. Camariilo Health Care District, Camarillo CA, June 10th, 2010.
37) *Vascular Dementia: a Clinical Update*. Ventura County Medical Center, Department of Medicine Grand Rounds, Ventura CA, February 11, 2010.
38) *Depression in Elderly Japanese American Men: Findings from the Honolulu-Asia Aging Study*. Ahmed I, McMurtray A, Petrovitch H, Ross W, White L. *Orthostatic Hypotension Predicts Eight-Year Incident Depressive Symptoms*. McMurtray A. American Association for Geriatric Psychiatry (AAGP) Annual Meeting, Honolulu HI, 3/7/2009.
39) *Behavioral Neurology Overview*. The Department of Geriatric Psychiatry Grand Rounds, Honolulu HI, 2/6/2008.
40) *Vascular Dementia*. Department of Geriatrics Grand Rounds. John A. Burns School of Medicine, University of Hawaii, Honolulu HI, 10/23/2008.
41) *Alzheimer's Disease: Current concepts and future directions*. Department of Medicine Grand Rounds. John A. Burns School of Medicine, University of Hawaii, Honolulu HI, 11/2007.
42) *Small Vessel Vascular Disease in HIV infection: An update from the Honolulu Aging with HIV Cohort Study*. University of Southern California, Keck School of Medicine, Department of Neurology Grand Rounds, Los Angeles CA, 10/2/2007.
43) *Diagnosing Dementia in Younger People: Clinical and Neuropsychiatric Differences*. The 9th Argentinian Congress of Neuropsychiatry, Buenos Aires Argentina, 9/2007.
44) *Cortical Localization of Presenting Neuropsychiatric Symptoms in Frontotemporal Dementia*. The 9th Argentinian Congress of Neuropsychiatry, Buenos Aires Argentina, 9/2007.
45) *Ask the Specialist: Dementia and Alzheimer's Disease*, KHON/FOX Morning News, Honolulu HI. 7/16/2007.
46) *Understanding Vascular Cognitive Impairment and Vascular Dementia*. The Queen's Medical Center, General Medicine Grand Rounds, Honolulu HI. 7/6/2007.
47) *Traumatic Brain Injury: Long Term Cognitive Outcomes*. Harbor-UCLA Neurology Grand Rounds, Torrance CA. 10/13/2006.

## RESEARCH PAPERS

### RESEARCH PAPERS (PEER REVIEWED)

#### A. RESEARCH PAPERS – PEER REVIEWED

1. Mendez MF, **McMurtray AM**, Chen AK, Shapira JS, Chow TW, Mishkin F, Miller BL. Functional Neuroimaging and Presenting Psychiatric Features in Frontotemporal Dementia. *Journal of Neurology, Neurosurgery, and Psychiatry*, 2006;77:4–7. **PMID: 16043457**
2. **McMurtray AM**, Clark DG, Christine D, Mendez MF. Early Onset Dementia: Frequencies and Causes Compared to Late Onset Dementia. *Dementia and Geriatric Cognitive Disorders,* 2006;21:59-64. **PMID: 16276111**
3. **McMurtray AM**, Chen AK, Shapira JS, Chow TW, Mishkin F, Miller BL, Mendez MF. Variations in Regional SPECT Hypoperfusion and Clinical Features in Frontotemporal Dementia. *Neurology,* 2006;66:517-22. **PMID: 16505304**
4. **McMurtray AM**, Ringman J, Chao S, Licht E, Saul RE, Mendez MF. Family History of Dementia in Early Onset vs. Very Late Onset Alzheimer's Disease. *International Journal of Geriatric Psychiatry*, 2006;21:597-598. **PMID: 16783800**
5. Pascual BF, McCall CL, **McMurtray A**, Payton T, Smith F, Bisgard KM. Outbreak of Pertussis Among Healthcare Workers in a Hospital Surgical Unit. *Infect Control Hosp Epidemiology,* 2006;27:546-52. **PMID: 16755472**
6. Mendez MF, **McMurtray A**. Frontotemporal Dementia-Like Phenotypes Associated with Presenilin-1 Mutations. *American Journal of Alzheimer's Disease and Other Dementias,* 2006;21:281-6. **PMID: 16948293**

7. **McMurtray AM**, Clark DG, Flood MK, Perlman S, Mendez MF. Depressive and Memory Symptoms as Presenting Features of Spinocerebellar Ataxia. *Journal of Neuropsychiatry and Clinical Neurosciences*, 2006;18:420-422. **PMID: 16963595**

8. Mendez MF, **McMurtray A**, Licht E, Shapira JS, Saul RE, Miller BL. The scale for emotional blunting in patients with frontotemporal dementia. *Neurocase*, 2006;12:242-6. **PMID: 17000595**

9. Mendez MF, Shapira JS, **McMurtray A**, Licht E. Preliminary findings: Behavioral Worsening on Donepezil in Patients with Frontotemporal Dementia. *Am J Geriatr Psychiatry*, 2007;15:84-7. **PMID: 17194818**

10. Mendez MF, Shapira JS, **McMurtray A**, Licht E, Miller BL. Accuracy of the clinical evaluation for frontotemporal dementia. *Arch Neurol*, 2007;64:830-5. **PMID: 17562930**

11. Licht E, **McMurtray AM**, Saul R, Mendez MF. Cognitive Differences between Early and Late Onset Alzheimer's Disease. *American Journal of Alzheimer's Disease and Other Dementias*, 2007;22:218-222. **PMID: 17606531**

12. **McMurtray AM**, Nakamoto B, Shikuma C, Valcour V. Small Vessel Vascular Disease in HIV Infection: The Hawaii Aging with HIV Cohort Study. *Cerebrovascular Diseases*, 2007;24:236-241. **PMID: 17630484**

13. **McMurtray AM**, Liao A, Haider J, Licht E, Mendez MF. Cognitive Performance after Lacunar Stroke Correlates with Leukoaraiosis Severity. *Cerebrovascular Diseases*, 2007;24:271-276. **PMID: 17646691**

14. **McMurtray AM**, Licht E, Yeo T, Kristal E, Saul RE, Mendez MF. Positron Emission Tomography Facilitates the Diagnosis of Early-Onset Alzheimer's Disease. *European Neurology*, 2007;59:31-37. **PMID: 17917455**

15. **McMurtray AM**, Sultzer DL, Monserratt L, Yeo T, Mendez MF. Content Specific Delusions from Right Caudate Lacunar Stroke: Association with Prefrontal Hypometabolism. *Journal of Neuropsychiatry and Clinical Neurosciences,* 2008;201:62-67. **PMID: 18305285**

16. **McMurtray AM**, Nakamoto B, Shikuma C, Valcour V. Cortical Atrophy and White Matter Hyperintensities in HIV: The Hawaii Aging with HIV Cohort Study. *The Journal of Stroke and Cerebrovascular Diseases*, 2008;17:212-217. **PMID: 18589342**

17. Saito E, Licht E, **McMurtray AM**, Mendez MF. Age of Onset Related Differences in Clinical and Neuropsychological Features of Alzheimer's Disease. *Alzheimer's Disease Research Journal*, 2008;4(1):279-288.

18. Valcour V, Watters MR, Williams AE, Sacktor N, **McMurtray A**, Shikuma C. Aging Exacerbates Extrapyramidal Motor Signs in the Era of HAART. *J Neurovirology*, 2008;14(5):362-7. **PMID: 18989814**

19. Mendez MF, **McMurtray AM**, Licht E, Saul RE. Frontal-Executive versus Posterior-Perceptual Mental Status Deficits in Early-Onset Dementias. *Am J Alzheimers Dis Other Demen, 2009;24(3):220-227* **PMID: 19329784**

20. **McMurtray AM**, Saito E, Nakamoto B. Language preference and development of dementia among bilingual individuals. *Hawaii Medical Journal*, 2009;68(9):223-226. **PMID: 19842364**

21. Ashla PM, **McMurtray AM**, Licht E, Mendez MF. Retrospective Posttraumatic Amnesia in Traumatic Brain Injury. *J Neuropsychiatry Clin Neurosci*, 2009;21(4):467-468. **PMID: 19996257**

22. Nakamoto BN, **McMurtray AM**, Davis J, Valcour V, Watters MR, Shiramizu B, Chow DC, Kalianpur K, Shikuma C. Incident neuropathy in HIV-infected patients on HAART. *AIDS Research and Human Retroviruses,* 2010;26(7):759-65. **PMID: 20624077**.

23. Nakamoto BK, Valcour VG, Kallianpur K, Liang CY, **McMurtray A**, Chow D, Kappenburg E, Shikuma CM. Impact of Cerebrovascular Disease on Cognitive Function in HIV-

Infected Patients. *J Acquir Immune Defic Syndr*, 2011; 57(3):e66-8. **PMID 21860354.**

24. Nakamoto BK, Jahanshad N, **McMurtray A**, Kallianpur KJ, Chow DC, Valcour VG, Paul RH, Marotz L, Thompson PM, Shikuma CM.  Cerebrovascular risk factors and brain microstructural abnormalities on diffusion tensor images in HIV-infected individuals. *J Neurovirol*, 2012;18(4) 303-12. **PMID: 22585287**

25. Saito E, Leonard A, Nakamoto B, **McMurtray A**.  Effects of Obesity and Gender on Chronic Pain Severity in a Community Based Cohort. *Journal of Obesity and Weight Loss Therapy*, 2012;2:126. doi:10.4172/2165-7904. 1000126.

26. Tse GG, Masuda EM, **McMurtray AM**, Nakamoto B.  Coiled internal carotid arteries associated with bilateral sequential strokes. *Case Reports in Vascular Medicine*, 2013, Article ID 929530, doi:10.1155/2013/929530.  **PMID: 23762747**

27. Nakamoto B, Siu AM, Hashiba KA, Sinclair BT, Baker BJ, Gerber MS, **McMurtray AM**, Pearce NM, Pearce JW.  Surfer's Myelopathy: a Radiological study of 23 cases. *AJNR, 2013; 34:2393-2398, doi: 10.3174/ajnr.A3599.* **PMID: 23828111**

28. Mehta BK, Mustafa G, **McMurtray A**, Masud MW, Gunukula SK, Kamal H, Kandel A, Beltagy A, Li P.  Whole Brain CT Perfusion Deficits Using 320-Dectector Row CT in TIA Patients are Associated with ABCD2 Score. *Int J Neurosci*, 2014 Jan;124(1):56-60.doi:10.3109/00207454.2013.821471. Epub 2013 Aug 12. **PMID: 23826759**

29. Tse GG, Kim B, **McMurtray AM**, Nakamoto B.  Case of Levodopa Toxicity from Ingestion of *Mucuna gigantean*. *Hawaii J Med Public Health*, 2013;72(5):157-60. **PMID: 23795319**

30. **McMurtray A**, Saito E, Diaz N, Mehta B, Nakamoto B.  Greater Frequency of Depression Associated with Chronic Primary Headaches than Chronic Post-Traumatic Headaches. *International Journal of Psychiatry in Medicine*, 2013;45(3):227-236. **PMID: 24066406.**

31. Tse GG, Santos-Ocampo AS, Chow DC, **McMurtray A**, Nakamoto B.  Diffuse Leukoencephalopathy and Subacute Parkinsonism as an Early Manifestation of Systemic Lupus Erythematosus. *Case Rep Neurol Med* 2013;2013:367185. doi: 10.1155/2013/367185. **PMID:24369514**

32. Saito E, Nakamoto B, Mendez MF, Mehta B, **McMurtray A**.  Cost Effective Community Based Dementia Screening: a Markov model simulation. *International Journal of Alzheimer's Disease*, 2014;2014:103138. doi: 10.1155/2014/103138. **PMID:24649392**

33. **McMurtray A**, Saito E.  Does Primary Headache Type Influence Secondary Headache Symptoms? *Journal of Neuroscience in Rural Practice*, 2014;5(2):111-2. doi: 10.4103/0976-3147.131644. **PMID:24966543**

34. **McMurtray A**, Nakamoto B, Diaz N, Mehta B, Aboutalib S, Saito E.  Midlife Cigarette Smoking and Neuropsychiatric Symptoms among Demented Outpatients. *Journal of Aging: Research and Clinical Practice*, 2014;3(3):163-166. **http://dx.doi.org/10.14283/jarcp.2014.28**

35. **McMurtray A**, Tseng B, Diaz N, Chung J, Mehta B, Saito E.  Acute Psychosis Associated with Subcortical Stroke: Comparison between basal ganglia and mid-brain lesions. *Case Reports in Neurological Medicine*, 2014;2014:428425. Doi: 10.1155/2014/428425.  **PMID:25309765.**

36. Leon A, Saito EK, Mehta B, **McMurtray AM**.  Calcified parenchymal central nervous system cysticercosis and clinical outcomes in epilepsy. *Epilepsy Behav*, 2015;43:77-80. **PMID:25569744.**

37. Dalrymple K, Saito EK, Diaz N, Morrow J, Nakamoto B, **McMurtray AM**. Past Cigarette Smoking Is More Common among Those with Cholinergic than Non-cholinergic Dementias. *Neurol Res Int*, 2014;2014:423602. doi: 10.1155/2014/423602. Epub 2014 Dec 10. **PMID: 25574388**

38. Abukhalil F, Mehta B, Saito E, Mehta S, **McMurtray A**.  Gender and Ethnicity Based Differences in Clinical and Laboratory Features of Myasthenia Gravis.  Autoimmune Dis, 2015;2015:197893. Doi: 10.1155/2015/197893. **PMID:26175913.**

39. Saito EK, Diaz N, Morrow J, Chung J, **McMurtray A**. Lower Frequency of co-Morbid Medical Disorders Related to Poor Impulse Control in Parkinson's than Alzheimer's Disease. *Curr Aging Sci*, 2016;9(1):57-60.  **PMID: 26412353**

40. Mehta BK, Kamal H, **McMurtray A**, Shafie M, Li P. Effect of Heparin on Recanalization in Acute Stroke Patients with Intra-Arterial Thrombi. *Neurol Int*, 2015;7:5807. doi: 10.4081/ni.2015.5807. **PMID: 26487926**

41. Saito E, Nagpal M, Leon A, Mehta B, **McMurtray AM**.  Topographical congruence of calcified parenchymal neurocysticercosis and other structural brain lesions with epileptiform activity.  *Trop Parasitol,* 2016;6(1):51-5. doi: 10.4103/2229-5070.175093.  **PMID: 26998434**

## CHAPTERS

1) Mendez MF, **McMurtray A.**  Delirium.  In: *Neurology in Clinical Practice (NICP)*, Bradley WG (Ed).  Philadelphia, PA: Elsevier.

2) Valcour V, **McMurtray A.**  Interactions between Advanced Age and HIV Cognitive Impairment.  In *HIV and the Brain: New challenges in the modern era*.  Edited by: Sacktor N, Toshima K, Paul R, Valcour V.  Totowa, New Jersey: Humana Press, Inc.

3) Mendez MF, **McMurtray AM**.  Neurodegenerative Disorders.  In: *Stress Consequences: Mental, Neuropsychological and socioeconomic*, Fink G (Ed).  Oxford, UK: Elsevier Academic Press.

## REVIEWS

1)  **McMurtray AM**, Saito E, Perlman S.  Neuropsychiatric and Cognitive Symptoms in Spinocerebellar Ataxia: Relationship to neuropathological differences.  *Current Psychiatry Reviews*, 2008;4(3):157-161.

## ABSTRACTS

1) Sadava D, **McMurtray A**, Heidel K.  Markers for multi-drug resistance and its reversal in human small-cell lung cancer cells.  *J Tumor Marker Oncol,* 1997;12:111.

2) Sadava D, Heidel K, **McMurtray A**, Scanlon K.  Neuron Specific Enolase and Thymidine Kinase: Markers for multiple drug resistance and its reversal in Human Small Cell Lung Cancer cells.  *J Tumor Marker Oncol,* 1998;13(4):49-52.

3) **McMurtray AM**, Chen AK, Shapira JS, Chow TW, Mishkin F, Miller BL, Mendez MF.  Frontal vs Temporal Frontotemporal Dementia: Functional Imaging and Neurobehavioral Symptoms.  *Presented at the American Neurological Association 130th annual meeting in 2005.*

4) **McMurtray AM**, Saul R, Mendez MF.  Clinical Utility of Positron Emission Tomography in Evaluation of Presenile Patients with Cognitive Impairments.  *Presented at the American Neurological Association 130th annual meeting in 2005.*

5) **McMurtray AM**, Clark DG, Christine D, Mendez MF.  Early Onset Dementia: Frequencies and Causes Compared to Late Onset Dementia.  *Presented at the American Neurological Association 130th annual meeting in 2005.*

6) **McMurtray AM**, Licht E, Saul RE, Mendez MF.  Frontal Lobe Metabolism in Strategic Caudate Stroke.  *Presented at the American Society of Neuroimaging annual meeting in 2006.*

7) **McMurtray AM**, Licht E, Saul RE, Mendez MF.  Presence of Leukoariosis Affects Cognitive Performance after Lacunar Stroke.  *Presented at the American Neuropsychiatric Association*

Revised June 5th, 2016

*annual meeting in 2006.*

8) Licht EA, **McMurtray A**, Saul RE, Fujikawa DG.  Epileptic Dementia: Cognitive Impairment Associated With Subclinical Epileptiform Discharges. *Presented at the American Neuropsychiatric Association annual meeting in 2006.*

9) Mendez MF, **McMurtray AM**, Licht E, Saul RE.  The Emotional Blunting Scale in Patients with Frontotemporal Dementia. *Presented at the American Academy of Neurology annual meeting in 2006.*

10) Mendez MF, **McMurtray AM**, Licht E, Saul RE.  The Social Dysfunction Scale in Patients with Frontotemporal Dementia. *Presented at the American Academy of Neurology annual meeting in 2006.*

11) Licht E, **McMurtray AM**, Saul RE, Mendez MF.  Early and Late Onset Alzheimer's Disease Differ in Presenting Clinical Characteristics. *Presented at the American Academy of Neurology annual meeting in 2006.*

12) Mendez MF, **McMurtray AM**, Licht E, Saul RE.  Patients with Possible Frontotemporal Dementia: Eventual Clinical Diagnoses after Longitudinal Follow-Up. *Presented at the American Academy of Neurology annual meeting in 2006.*

13) Apostolova LG, Clark DG, Zoumalan C, Steiner CA, **McMurtray A**, Toga AW, Cummings JL, Mendez MF, Thompson PM.  3D mapping of gray matter atrophy in semantic dementia and frontal variant frontotemporal dementia. *Presented at the 10th International Conference on Alzheimer's Disease and Related Disorders in 2006.*

14) **McMurtray AM**, Licht E, Saul RE, Mendez MF.  Stroke in Early and Late Onset Alzheimer's Disease. *Presented at the UCLA Aging Research Conference in 2006.*

15) **McMurtray AM**, Licht E, Saul RE, Mendez MF.  Cortical Metabolism in Early Onset Alzheimer's Disease. *Presented at the UCLA Aging Research Conference in 2006.*

16) **McMurtray AM**, Licht E, Saul RE, Mendez MF.  Dementia Etiologies in the Very Elderly. *Presented at the UCLA Aging Research Conference in 2006.*

17) **McMurtray AM**, Licht E, Saul RE, Mendez MF.  Familial Aggregation in Early and Late Onset Alzheimer's Disease. *Presented at the UCLA Aging Research Conference in 2006.*

18) **McMurtray AM**, Licht E, Saul RE, Mendez MF.  Presence of Leukoariosis Affects Cognitive Performance after Lacunar Stroke. *Presented at the American Neurological Association 131th annual meeting in 2006.*

19) **McMurtray AM**, Licht E, Saul RE, Mendez MF.  *Head Injury Severity Correlates with Cognitive Impairment in Recent but not Remote Traumatic Brain Injury.  Platform presentation at the Brain Injury Conference of the Americas annual meeting in 2006.*

20) **McMurtray AM**, Licht E, Perlman S, Mendez MF.  Cognitive performance correlates with score on the Scale for the Assessment and Rating of Ataxia in Spinocerebellar Ataxia 1,2,3 and 6. *Presented at the American Neuropsychiatric Association annual meeting in 2007.*

21) **McMurtray AM**, Nakamoto B, Shikuma C, Valcour V.  Age-related Small Vessel Vascular Disease in HIV Infection: The Hawaii Aging with HIV Cohort Study. *Presented at the Hawaii Biomedical Science Research Symposium in 2007.*

22) **McMurtray A**, Nakamoto B, Shikuma C, Valcour V.  Age related cortical atrophy in HIV infection. *Presented at the American Neuroimaging Society 31st annual meeting in January 2008.*

23) **McMurtray A,** Chen D, Valcour V, Gerschenson M, Shikuma C.  Mitochondrial Oxidative Stress and Painful Peripheral Neuropathy in HIV Infection. *Presented at the American Academy of Neurology annual meeting in April 2008.*

24) **Mcmurtray A,** Petrovitch H, Ross GW, Masaki K, Uyehara-Lock J, White L.  A strategy for identification of dementia risk factors based on associations with specific neuropathologic lesions: the HAAS autopsy study. *Presented at the International Conference on Alzheimer's Disease (ICAD) in July 2008.  Alzheimer's and Dementia, 2008;4:T694-T695.*

Revised June 5th, 2016

25) White L, Petrovitch H, Ross GW, Uyehara-Lock J, Masaki K, **McMurtray A**, Yun SJ, Markesbery W. Aging-related primary brain atrophy: frequency, association with dementia, and risk factors in the Honolulu-Asia Aging Study. *Presented at the International Conference on Alzheimer's Disease (ICAD) in July 2008.*

26) **McMurtray AM**, Kallianpur K, Valcour V, Shikuma C. Frequency of Apolipoprotein E4 allele in the Hawaii Aging with HIV Cohort Study Participants. *Presented at the Research Centers in Minority Institutions (RCMI) conference in December 2008.*

27) **McMurtray AM**, Valcour V, Shikuma C. Changes in Cerebral Glucose Metabolism Associated with the Presence of the Apolipoprotein E4 Allele in Older HIV Seropositive Individuals. *Presented at the Research Centers in Minority Institutions (RCMI) conference in December 2008.*

28) Kallianpur K, **McMurtray AM**, Valcour V, Shiramizu B, Shikuma C. Reduced Region-Specific Corpus Callosum Volumes Correlate with Low Nadir CD4 and Decreased Cognition in HIV-Infected Carriers of the ApoE4 Allele. *Presented at the Conference on Retroviruses and Opportunistic Infections (CROI) in February 2009.*

29) **McMurtray AM**. Age and Insulin Resistance are Associated with Periventricular White Matter Hyperintensities in older HIV Seropositive Individuals. *Presented at the American Neuroimaging Society annual meeting in January 2010.*

30) **McMurtray AM**, Diaz N, Mehta B. Utility of $^{99m}$Tc HMPAO SPECT in Dementia Diagnostic Dilemmas: A Case Series Report. *Presented at the American Neuroimaging Society annual meeting in January 2013.*

31) Diaz N, **McMurtray A**. Adverse Events with Implantable Deep Brain Stimulators – Trends and Insight from FDA Maude Database, 2001-2007. *Presented at the American Academy of Neurology annual meeting in March 2013.*

32) **McMurtray AM**, Saito E, Leon A, Rai K, Morrow J, Diaz N, Mehta B, Naylor D. Neuroimaging Detected Neurocysticercosis and Neuropsychiatric Symptoms in Refractory Epilepsy. *Presented at the American Neuroimaging Society annual meeting in January 2014.*

33) Wang C, Mehta B, **McMurtray AM**. Occupational Exposure and Risk of Stroke: A Population-based Study in the United States Adult Population. *Presented at the International Stroke Conference in February 2014.*

34) Mowla A, Kamal H, Shirani P, Sawyer R Jr, Ching M, **McMurtray A**, Smith K, Li P, Farooq S, Singh K, AbdelRazek M, Mehla S, Crumlish AM, Mehta B. Clinical and Laboratory Factors predisposing to hemorrhagic conversion of ischemic stroke after thrombolysis. *Presented at the American Academy of Neurology 67th annual meeting in April 2015.*

35) Mowla A, Kamal H, Lail N, Cheema B, Mehta B, Memon A, Shirani P, Deline C, **McMurtray A**, Ching M, Sawyer R. Does the Presence of Pretreatment Hyperdense Middle Cerebral Artery Sign Predict the Outcomes of Intraarterial Thrombectomy Plus Intravenous tPA for Acute Stroke? *Accepted for presentation at the American Academy of Neurology 68th annual meeting in April 2016.*

## PATENTS

1. LAB0164 *"Structurally novel Phenytoin derivatives with enhanced binding to neuronal voltage gated sodium channels"* Provisional patent applicaton No. 62/298,322, filed on 2/22/2016.

Revised June 5th, 2016

## CLINICAL TRIALS EXPERIENCE

**Aids Clinical Trials Group (ACTG)**
**Investigator, Neurology Collaborative Science Group (Neuro CSG)**          2015-present
**Member, A5324 Leadership Team**                                            2012-present
1. **Title:** Integrase and Maraviroc Intensification in Neurocognitive Dysfunction (InMIND).
   **Protocol:** ACTG 5324.
   **Sponsor:** ACTG
   **Goal:** Assess if intensification improves neurocognitive function in subjects with neurocognitive impairment and undetectable HIV RNA on stable ART.

**Neurology Department, LA BioMed and Harbor-UCLA Medical Center**
**Co-Investigator, (PI: Metha, B)**                                          2016-present
1. **Title:** An Open-Label Study to Evaluate the Effectiveness and Safety of Ocrelizumab in Patients with Relapsing Remitting Multiple Sclerosis who have had a Suboptimal Response to an Adequate Course of Disease-Modifying Treatment.
   **Protocol:** MN30035.
   **Sponsor:** Genentech, Inc.
   **Goal:** The primary objective of this study is to assess the effectiveness of ocrelizumab 600 mg intravenously (IV) every 24 weeks over 96 weeks in patients with relapsing remitting multiple sclerosis (RRMS) who have had a suboptimal response to an adequate course of a disease-modifying treatment (DMT).

**Primary Investigator, Neurosearch-Torrance/Harbor-UCLA/LA BioMed, Torrance, CA** 2013-2016
1. **Title:** A Multicenter, Double-Blind, Randomized, Placebo-Controlled, Dose-Response Trial of YKP3089 as Adjunctive Therapy in Subjects with Partial Onset Seizures, with Optional Open-Label Extension.
   **Protocol:** YKP3089C017
   **Sponsor:** SK Life Sciences
   **Phase:** 3
   **Product:** YKP3089 (Small Molecule)

**Co-Investigator, Neurosearch-Torrance/Harbor-UCLA/LA BioMed, Torrance, CA**    2013-2016
1. **Title:** A multicenter, randomized, double-blind, parallel-group, placebo-controlled variable treatment duration study evaluating the efficacy and safety of Siponimod (BAF312) in patients with secondary progressive multiple sclerosis.
   **Protocol:** CBAF312A2304
   **Sponsor:** Novartis Pharmaceuticals
   **Phase:** 3
   **Product:** Siponimod (BAF312)
2. **Title:** A phase 3, 12-week, double blind, placebo-controlled, randomized, multicenter study to evaluate the efficacy of oral istradefylline 20 and 40 mg/day as treatment for subjects with moderate to severe Parkinson's disease.

McMurtray 10

**Protocol:** Kyowa 6002-014
**Sponsor:** Kyowa Hakko Kirin Pharma, Inc.
**Phase:** 3
**Product:** Istradefylline

**Co-Investigator, Neurosearch II Inc., Ventura, CA**                    2011-2012

1) **Title:** An Open-Label, Multicenter, Multinational Study of Lacosamide as First Add-On
   Antiepileptic Drug (AED) Treatment in Subjects with Partial-Onset Seizures.
   **Protocol:** SP954
   **Sponsor:** UCB
   **Phase:** 4
   **Product:** Lacosamide

2) **Title:** A Randomized, Multicenter, Double-Blind, Placebo-Controlled, Parallel-Group, Phase 3
   Study to Evaluate the Efficacy and Safety of USL255 as Adjunctive Therapy in Patients with
   Refractory Partial-Onset Seizures.
   **Protocol:** P09-004
   **Sponsor:** Upsher-Smith Laboratories, Inc.
   **Phase:** 3
   **Product:** USL255/Placebo

3) **Title:** Open-Label Extension Study to Evaluate the Safety of USL255 as Adjunctive Therapy in
   Patients with Refractory Partial-Onset Seizures who had participated in P09-004, a
   Randomized, Multicenter, Double-Blind, Placebo-Controlled, Parallel-Group, Phase 3 study.
   **Protocol:** P09-005
   **Sponsor:** Upsher-Smith Laboratories, Inc.
   **Phase:** 3
   **Product:** USL255

4) **Title:** Double-Blind, Randomized, Historical Control Study of the Safety and Efficacy of
   Eslicarbazepine Acetate Monotherapy in Subjects with Partial Epilepsy Not Well Controlled by
   Current Antiepileptic Drugs.
   **Protocol:** 093-046
   **Sponsor:** Sunovion Pharmaceuticals, Inc.
   **Phase:** 3
   **Product:** Eslicarbazepine Acetate

5) **Title:** Efficay and safety of Eslicarbazepine Acetate (BIA 2-093) as adjunctive therapy for
   refractory partial seizures in a double-blind, randomized, placebo-controlled, parallel-group,
   multicentre clinical trial.
   **Protocol:** BIA-2093-304
   **Sponsor:** Sunovion Pharmaceuticals, Inc.
   **Phase:** 3
   **Product:** Eslicarbazepine Acetate

# Dr. Rhonna Shatz

**RHONNA SHATZ, D.O.**

**CURRICULUM VITAE**

## SPECIALTY CERTIFICATIONS
Neurology
Behavioral Neurology

## PROFESSIONAL INFORMATION: - Present Positions

Sandy and Bob Heimann Chair in Research and Education of Alzheimer's Disease
Director, Memory Disorders Clinic
Department of Neurology and Rehabilitation
University of Cincinnati
260 Stetson St, Suite 2300
Cincinnati, Ohio 45219-0525
Associate Professor
12-1-2014 to present

Behavioral Neurology Fellowship Director
Department of Neurology and Rehabilitation
University of Cincinnati
260 Stetson St, Suite 2300
Cincinnati, Ohio 45219-0525
6-1-2015 to present

Director of Behavioral Neurology
Clayton Alandt Chair of Behavioral Neurology
Department of Neurology, K-11
Henry Ford Hospital
2799 West Grand Boulevard
Detroit, MI 48202
248-325-3089
10-1-1987 to 8-31-2014

Behavioral Neurology Fellowship Director
Henry Ford Hospital
Department of Neurology, K-11
2799 West Grand Boulevard
Detroit, MI 48202
2012 to 2014

Associate Professor Wayne State University
School of Medicine
Wayne State University
Detroit, Michigan
2003 to 2014

National Board of Osteopathic Medical Examiners
Expert faculty—Neurology/Behavioral Neurology
2008 to 2015

Joint Appointment
Staff Investigator
Henry Ford Health System
Resource Center for Minority
Aging Research
1998

Adjunct Associate Professor
University of Windsor
Department of Psychology
Windsor, Ontario, Canada
1991 to 1994


**LICENSURE:**   State of Ohio:  34.011582
         Original Date:  November, 2014

         State of Michigan: 008450
         Original Date:  December 9, 1986

**DEA NUMBER:**   BS0800234


**Board Certifications:**  Neurology:  10/30/90 (number 33618)
         Behavioral Neurology 11/30/12 (number BNNP00506-12)

**EDUCATION:**

**Fellowship-**
10-01-86 – 09-30-87  Behavioral Neurology, Henry Ford Hospital
         Department of Neurology, Division of Neuropsychology
         Detroit, Michigan 48202
         Gregory Brown, Ph.D.

         joint with:

         St. Joseph Hospital,
         268 Grosvenor St.
         London Ontario, Canada ON N6A 4V2
         Andrew Kertesz. M.D.

| **Chief Resident:** | Henry Ford Hospital, Department of Neurology |
|---|---|
| Neurology | K-11, 2799 W. Grand Boulevard, Detroit, MI 48202 |
| 01/01/86 to 09-30-86 | Chairman: Kenneth Welch, M.D. |
| | Director of Residency: Stanton Elias, M.D. |

| **Residency:** | Henry Ford Hospital, Department of Neurology, K-11 |
|---|---|
| Neurology | Chairman, Kenneth Welch, M.D. |
| 10/01/83 to 09/30/86 | Director of Residency: Stanton Elias, M.D. |

| **Internship:** | Botsford General Hospital |
|---|---|
| **Flexible** | 28050 Grand River |
| | Farmington Hills, Michigan 48336 |
| 09/13/82 to 09/12/83 | Director of Medical Education: J. Powell, D.O. |

| **Medical School:** | Michigan State University |
|---|---|
| 06/15/78 to 09/03/82 | College of Osteopathic Medicine |
| | East Lansing, Michigan 48823 |
| | Dean: Myron Magen, D.O. |

| **Undergraduate College:** | Audiology and Speech Pathology/Honors College |
|---|---|
| 09/73 to 06/78 | Michigan State University |
| | East Lansing, Michigan 48823 |

| **Languages Spoken:** | English, Spanish |
|---|---|

| **Committees/Service:** | University of Cincinnati/Maple Knoll Affiliation Board |
|---|---|
| | Technological Innovations in Healthcare Committee |
| | 2015-present |
| | |
| | Alzheimer's Disease and Associated Dementia Journal |
| | Manuscript review:  5/year average |
| | 2016-present |
| | |
| | Alzheimer's Association Greater Cincinnati Chapter |
| | Memory Walk Supporter 2015, 2016 |
| | Caregiver Lecture Series presenter 2015-present |
| | |
| | Tender Mercies |
| | Memory Disorders Clinic Group |
| | Provided dinner for about 70 residents |
| | November, 2015 |
| | |
| | Physician Effectiveness Committee of the Board of Governors |
| | Advisor for creating policy for cognitively compromised practitioners |
| | Henry Ford Hospital 2010 to 2011 |

Adat Shalom Physician's Journey Group, Co-Chair 2006-9
Jewish and Ecumenical Medical Ethics Studies
Monthly meeting and case reviews

Co-Chair Health Services Subcommittee
State of Michigan Dementia Plan 2002-2004

Project Chesed
(pro bono consultations for low income patients)
Jewish Family Service of Michigan
Participant
2004 to 2010

National Board of Osteopathic Medical Examiners
Exam writer 2003 to 2016
Behavioral Neurology Specialist 2012 to 2016

Michigan Dementia Coalition
Physician Leaders Network
Advocacy Action Committee 2001 to 2014

Chairperson Board of Directors
Alzheimer's Association
Greater Michigan Chapter 2002-2003, (Detroit Chapter)
2001-2002
2000-2001

Member, Board of Directors
Alzheimer's Association
Greater Michigan Chapter 2002-2015

Member, Medical and Scientific Advisory Council
Alzheimer's Association
Greater Michigan Chapter 2002-2015

Strategic Realignment Committee for the National
Alzheimer's Association
Michigan Chapters
2000-2001

Vice President of Alzheimer Association Board of
Directors
Detroit Chapter
1999 –2000

Chairperson
Medical and Scientific Advisory Council
Alzheimer's Association-Detroit Chapter
1996 - 2000

Vice President
Medical and Scientific Advisory Council
Alzheimer's Association-Detroit Chapter
1994 to 1996


Chairperson Search Committee
Audiology & Speech Pathology Chairman
1990

**Research and Grants:**

**Axovant RVT-101-2001** Study in Dementia with Lewy Bodies          2017-2019
Sponsor:  Axovant

Imaging Dementia—Evidence for Amyloid Scanning (IDEAS)          2016-2018
Sponsor:  Alzheimer's Association and the American College of Radiology

Sponsor:  Avid          2016-2018
A Clinico-Pathological Study of the Correspondence Between [18]F-AV-1451 PET Imaging
and Post-Mortem Assessment of Tau Pathology

Sponsor:  Picker Foundation          2011-2012
Always Events Challenge Grant Project
Dementia Screening for Senior Patients
$50,000 with matching funds from other donors

Sponsor:  Janssen and Janssen          2008-2014
A Phase 3 Extension, Multicenter, Double-Blind, Long Term Safety and Tolerability
Treatment Trial of Bapineuzumab (AAB-001, ELN115727) in Subjects with Alzheimer's
Disease Who Participated in Study ELN115727-301 or in Study ELN115727-302)
A Phase 3, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group,
Efficacy and Safety Trial of Bapineuzumab (AAB-001, ELN115727) in Patients with Mild
to Moderate Alzheimer's Disease Who are Apolipoprotein E4 Carriers
A Phase 3, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group,
Efficacy and Safety Trial of Bapineuzumab (AAB-001, ELN115727) in Patients with Mild
to Moderate Alzheimer's Disease Who are Apolipoprotein E4 Non-Carriers

Sponsor:  NIH
Role: PI-Investigator          RO1 AG20688-01 (Fallin, Daniele)          2003-2008
NIH—Genetic Risk Factors for AD among African-Americans
40% effort
$381,301

Sponsor: Novartis          2001- 2002
A Prospective, Six-month Open-label Multi-center Study Evaluating the Safety and
Tolerability of Exelon (rivastigmine tartrate) 3 to 12mg/day Administered Following a
Slow Rate of Titration in Patients with Mild to Moderately Severe Alzheimer's disease

Sponsor:  Novartis                                                      2003-2004
A Prospective, 26-Week, Open-label, Single-arm, Multi-center Study Evaluating the
Efficacy and Safety of Exelon (rivastigmine tartrate) 3-12 mg/day in Patients with Mild to
Moderate Alzheimer's Disease Who are Responding Poorly to Aricept (donepezil)
Treatment

Sponsor:  Geriatric Education Center of Michigan Initiative to      2004-2005
Improve Dementia Care in Michigan
Supplemental Project Grant
5% effort
Consortium Member
$5,000

HAP-HRSA Managed Care Demonstration Study              2000-2004
Administration on Aging
CoPI

A Prospective, Six-month Open-label Multi-center Study          2001-2002
Evaluating the Safety and Tolerability of Exelon (rivastigmine tartrate)
3 to 12mg/day Administered Following a Slow Rate of Titration
in Patients with Mild to Moderately Severe Alzheimer's Disease
Clinical Site Investigator

National Alzheimer's Association                                      2000
CD-ROM for Physicians on the Diagnosis and
Treatment of Alzheimer's disease
$9000.00

Clinical Evaluation of Alzheimer's disease                       1995-2000
Marilyn Nichol Fund
$10,000

Metrifonate Investigation Nationwide Trial (MINT)                  1998
Clinical Site Investigator

Grant # Ro1 AG 10677-01 National Institute on Aging            1994-1998
Co-Investigator, Spectroscopy of Alzheimer's
Disease with Vascular Dementia

Phase II Randomized Double Blind                                  1995-1996
Placebo controlled Study of the Safety
And Efficacy of 3 Doses of CP-118, 954
Administered for 12 weeks to Subjects with
Alzheimer's disease.
Clinical Site Investigator

Phase III Randomized Double-Blind                                    1992-1993
Placebo Controlled Study of the Safety
And Efficacy of Tacrine
Administered to Subjects with Alzheimer's disease
Tacrine Study Group
Clinical Site Investigator

**Publication, Presentations, and Abstracts:**

O'Reilly J and Shatz R.  Dementia & Alzheimer's:  <u>Legal competence & Medico-legal consequences.</u>  American Bar Association Press (in press)

Molano JR, Bratt R, Shatz R. Treatment and Management of Dementia Due to Alzheimer's Disease. Curr Treat Options Neurol. 2015 Aug;17(8):363

Shatz R, Novikova, M, Lemere W, Etters L. Paraneoplastic antibodies in dementia patients with presenting with executive dysfunction.  Poster presented at the American Academy of Neurology Annual Meeting April 29,2014

Shatz R, Lemere W, Williams K, Daley S.  NIH Toolbox Screen for MCI and Dementia: Results of a 90-Day Pilot in Primary Care Practices.  Poster presented at the American Academy of Neurology Annual Meeting March 21, 2013.

Shatz, Rhonna.  <u>Dementia Seen by a Neurologist i</u>n *Broken Fragments:  Jewish Experiences of Alzheimer's Disease through Diagnosis, Adaptation, and Moving On.* Kohn Douglas ed._URJ Press, 2012

Genetic Variants at Multiple Loci Influence Alzheimer Disease Risk in African Americans.Mark W. Logue, Ph.D.[1,6], Matthew Schu, M.S.,[1], Badri N. Vardarajan, M.S.[1], JackiBuros, B.A.[1], Robert C. Green, M.D., M.P.H.[1,2,5], Rodney C. P. Go, Ph.D. Patrick Griffith, M.D.[9], AbimbolaAkomolafe, M.D., M.P.H.[9], Thomas O. Obisesan, M.D.[10], Rhonna Shatz, DO.[11], Amy Borenstein, Ph.D.[12], L. Adrienne Cupples, Ph.D.[6], Kathryn L. Lunetta, Ph.D.[6], M. Daniele Fallin, Ph.D.[13],Clinton T. Baldwin, Ph.D.[1,7] and Lindsay A. Farrer, Ph.D.[1-6,*] for the MIRAGE Study Group†
Arch. Neurol. 2011 Dec;68(12):1569-79

Effects of Vagus nerve Stimulation on Progressive Myoclonic
Epilepsy of Unverricht-Lundborg Type;
Smith B, Shatz R, Elisevich K, Bespalova I, Burmeister M.
Epilepsia 41(8): 1046-1048, 2000

Amusement Park Stroke; Neurology
Burneo J. Shatz R, Papamitsakis N, Mitsias P.:
Neurology 55:564, 2000

Chapter: Behavioral Neurology
In Medical Speech Pathology
Johnson A, Jacobson B: eds.  Thieme 1998

8

Presentation:  Cerebral Venous Thrombosis vs. Late Postpartum Eclampsia Associated with Decreased Protein S. Level;
American College of Physicians
September 19-22, 1996

A Controlled Trial of Tacrine in Alzheimer's disease
M. Farlow, et al
Tacrine Study Group
JAMA, 11/11/92 – Vol 268

Published Abstract: Auditory Processing in Wernicke's Aphasia;
Poster presented at International Neuropsychological Society
Barcelona, Spain
July 1987

**Awards:**              America's Most Honored Professionals
                         2016, 2017

                         Castle Connolly Best Doctors
                         2015, 2016, 2017

                         Cincy Best Doctors Award
                         2015, 2016, 2017

                         Visionary Award
                         Greater Michigan Chapter of the Alzheimer's Association
                         November 1, 2014

                         Maverick Award
                         Greater Michigan Chapter of the Alzheimer's Association
                         October, 2012

                         Hour Detroit Monthly Magazine
                         "Top Doc" Award for Alzheimer's Disease, Neurology
                         October 2000- 2015

                         Best Doctors in America
                         2005-2016

                         Leadership Award Alzheimer's Association
                         Detroit Chapter
                         May 2, 2001

                         Volunteer Award
                         Alzheimer's Association
                         Detroit Chapter
                         May 2, 2001

Alois Alzheimer's Award
Alzheimer's Association
1999

Henry Ford Hospital Outstanding Physician Award
1998

Henry Ford Hospital Medical Students and Residents
Award for Excellence in Teaching
1992, 1994,1998, 2007, 2009

"Coveted Head's Award" for Teaching Excellence
 University of Windsor
 1991 - 1993

**Teaching:**

**Behavioral Neurology Residency Core Didactics**
University of Maryland Residency Program
March 6-10, 2017

**Mind and Behavior Course participant**
**University of Cincinnati Medical School**
Cognitive networks
Dementia Evaluation
Dementia Treatment
2015, 2016,2017

**Pediatric Neurology**
Language and Progressive aphasias
2016

**Physical Medicine and Rehabilitation**
Dementia evaluation
June 16, 2016

**Neurology Residents**
Pharmacology of dementia
June 9, 2016

**Coordinator of the Combined Cognitive-Movement**
**Conference**
University of Cincinnati, Dept. of Neurology and
Rehabilitation
2014-present

**Behavioral Neurology Course**
Henry Ford Hospital
Fall 1992 –1994, 1996-2014

**Dementia**
University of Detroit, Physician's Assistant Program
1998

**Neuroanatomy – Henry Ford Hospital**
Fall 1993 –1995

**University of Windsor, Department of Neuropsychology, Neuroanatomy and Neurophysiology Course**
Fall 1990
Winter 1991
Fall 1992
Winter 1993

**Recent Invited Lectures:**

"Noing" Aphasia:  Primary Progressive Aphasia
Grand Rounds Invited Lecturer
Baltimore, Maryland
March 8, 2017

Cognitive Networks in Neurological Disease
International Conference on Neurocritical Care
Quito, Ecuador
November 21, 2016

Update on Dementia:  The Right Diagnosis
International Conference on Neurocritical Care
Quito, Ecuador
November 22, 2016

A Dignified Diagnosis
Alzheimer's Symposium
Greater Cincinnati Chapter of the Alzheimer's Association
Professional Symposium
Sharonville, Ohio
November 4, 2016

Sleep and Cognition in Cancer
Barrett Cancer Center Annual Symposium
University of Cincinnati
Cincinnati, Ohio
September 23, 2016

Interior Redesign:  Brain Health in Parkinson's Disease
Sunflower Symposium
University of Cincinnati
August 9,2016

Cancer and Memory
Barrett Cancer Center Annual Symposium
University of Cincinnati

Cincinnati, Ohio
September 11, 2015

Invited Lecture:  Update on Alzheimer's Research
Winter Conference on Brain Research
Big Sky, Montana
July 27th, 2015

The Art of Maintaining the Brain (And diagnosing when it is
broken"
Practical Pathways Through Dementia
Greater Cincinnati Chapter of the Alzheimer's Association
Professional Symposium
November 7, 2014

Spectrum of Lewy body diseases:  From Parkinson's to
Dementia
University of Cincinnati Movement Disorders Workshop
Cincinnati, Ohio
October 17, 2014

Keynote Lecture:  Navigating the Cognitive Internet:  What
are networks and why they are important
Spectrum Health Third Annual Neuroscience Symposium
Spectrum Health System
Grand Rapids, Michigan
June 6, 2014

Grand Rounds:  Alzheimer's at the End of Life
Palliative Care
Henry Ford Health System
June 3, 2014

Grand Rounds:  Networks and Why They are Important
Michigan State University Dept. of Neurology
East Lansing, Michigan
May 28, 2014

Profiling MCI
Michigan State Medical Society Spring Meeting
The Henry, Detroit, Michigan
May 15, 2014

Speaking in tongues:  Primary Progressive Aphasia
Michigan State Medical Society Fall Meeting
Somerset Inn, Troy, Michigan
October 24, 2013

Dementia Screening for the Medical Home

National Medical Home Summit and Population Health
Colloquium
March 14, 2013

Screening for Dementia in Primary Care Pilot Always Event
Institute for Healthcare Innovation
Orlando, Florida
December 10-12, 2012

NIH Toolbox for Diagnosing Dementia
NIH Toolbox Conference
NIH, Bethesda, Maryland
September 10, 2012

Update on Lewy Body Dementia
Issues in Aging Conference
Wayne State University/Dearborn Inn
Monday, May 14, 2012

Normal Pressure Hydrocephalus:  A Syndrome
Henry Ford Hospital Neurology/Neurosurgery Grand Rounds
Henry Ford Hospital, Detroit
November 16, 2011

Lost in Oz:  How to detect "Ozheimer's"
Primary Care Update
Henry Ford Hospital West Bloomfield
November 12, 2011

Best Practices in Dementia Treatment
Fairy Tales and Endings:
End of Life Issues in Parkinson's Disease
Michigan Parkinson Initiative Symposium 2011
Lansing Center, Lansing Michigan
September 16, 2011

At a Loss for Words
Primary Progressive Aphasias
Kopp Lecture Invited Lecturer
Wayne State University, Dept. of Speech Pathology
April 11, 2011

Senior Expo
Knowing:  The Warning Signs of Alzheimer's Disease
Sterling Heights, Michigan
October 31, 2010

Update on Alzheimer's Disease
Internal Medicine Grand Rounds

Beaumont Hospital
Royal Oak, Michigan
October 30, 2010

Stories of Dementia
World Alzheimer's Day Invited Lecturer
Southfield, Michigan
September 19, 2010

Memory Loss and Brain Tumors
Henry Ford Hospital
West Bloomfield, Michigan
September 13, 2010

Alzheimer's Update
Michigan Neurological Association
Boyne Mountain, Michigan
August 14, 2010

Winkleman Invited Lecturer
Many Faces of Frontal Temporal Dementia
University of Michigan
School of Social Work
Ann Arbor, Michigan
April, 2010

Normal Pressure Hydrocephalus:  Not Just Big Ventricles
Neurology Grand Rounds
Henry Ford Health Systems
March 3, 2010

Creating Brain:  Myth, Memory, and Amnesia
Prime Time! Life After 50 Expo
Jewish Vocational Service/ Jewish Federation
Jewish Community Center West Bloomfield
April 19, 2009

Not Your Grandmother's Dementia
Sisters, Servants of the Immaculate Heart of Mary
Monroe, Michigan
February 28, 2009

Neuropsychiatric Symptoms in Parkinson's Disease:
Depression, Psychosis, and Dementia
Promoting Optimal Health in Person with Parkinson's
Disease
University of Michigan Medical School
The Inn at St. John's, Plymouth, Michigan
September 12, 2008

Wisdom and Memories
Community Mental Health Forum
Waterford Senior Center
August 12th, 2008

Minding the brain (Headminders Project)
Clinical Medicine Chapter 12:  Practical Problems in Adult Care
Adult Primary Care Conference
Troy, Michigan
May 2, 2008

Transitions in the Management of Parkinson's Disease
Lewy Body Dementia
Michigan Parkinson's Initiative Symposium
St. John Inn and Conference Center
Plymouth, Michigan
September 15, 2006

Women's Neurology Update
Westin Hotel, Southfield, Michigan
September, 2006

Hot Topics in Women's Health:
Depression, Memory, and Aging
Henry Ford Health Systems
Tuesday, November 15, 2005

Update in dementia
Michigan Osteopathic Association Annual Postgraduate Convention and Scientific Seminar
May 20, 2005

Genetic and Clinical Markers for Dementia
Southern Michigan Cytogenetics Conference
Henry Ford Health Systems
May 13, 2005

"Constellations:  New Ideas in Dementia"
Internal Medicine Annual Update 2004
Henry Ford Health Systems
Southfield, Michigan
October 29, 2004

"Quality Matters:  Best Practices in Dementia Care"
Live Interactive Videoconference via Satellite and the Web
Michigan State University College of Human Medicine

Thursday, June 10, 2004

"Mild Cognitive Impairment"
Neurology for the Primary Care Provider
Henry Ford Health Systems
Wednesday, May 12, 2004

"Cognition and Brain Function"
Opening reception for Detroit Science Center Exhibit
"Brain—The World Inside Your Head"
Detroit Science Center
Wednesday, November 5, 2003

"Masks and Mosaics—Genetics of Dementias"
Neurologic Diseases in the Elderly and Their Treatment
Henry Ford Health Systems
October 31, 2003
Program coordinator

"Hope in Pandora's Box—An Innovative Approach to Dementia"
Michigan Dementia Coalition and Marquette General Hospital
Marquette, Michigan
Friday, September 19, 2003


"Caught in the Middle—MCI"
Western Michigan Osteopathic Association Fall Conference
Mackinac Island, Michigan
September 12, 2004

"An Alzheimer's Primer"
Three part lecture for lay public, direct care providers, and physicians
Alzheimer's Association Greater Michigan Chapter
Gaylord, Michigan
May 1 and 2, 2003

"Alzheimer's Disease:  The Continuum of Treatments"
Opening Plenary Session—Issues in Aging
Institute of Gerontology
Wayne State University
May 12, 2004

"Conquering the Complexity:  ICD-9 Coding for Epilepsy and Dementia"
American Academy of Neurology Annual Convention
Honolulu, Hawaii
April 3, 2003

"Early Alzheimer's Dementia and Mild Cognitive Impairment"
Annual Internal Medicine Update
Fisher-Titus Medical Center
Norwalk, Ohio
March 18, 2003

"Alzheimer's:  Brain Security Strategies"
Annual Geriatrics Symposium
Michigan State University College of Human Medicine
Grand Rapids, Michigan
November 15, 2002

"Chasing Zebras:  Differentiating Among the Non-Alzheimer's Dementias"
OHEP Center for Medical Education
Alzheimer's:  The Disease of the Millennium: An Update for the Practitioner
Dearborn, Michigan
October 18, 2002

"Neuroprotection"
Neurology for the Primary Care Provider
Henry Ford Health Systems
Dearborn, Michigan
November 13, 2002

"Alzheimer's:  A Caring-Giver Perspective"
Adat Shalom Synagogue
The Why and How of Bikkur Cholim
Farmington Hills, Michigan
October 13, 2002

"Dementia:  It's Not Just for Neurologists"
Family Practice Grand Rounds
Saginaw Cooperative Hospitals
Saginaw, Michigan
September 11, 2002

"Management of Alzheimer's and Other Dementias"
Northeastern Michigan Osteopathic Association
Annual Summer Conference
Mackinac Island, Michigan
June 23, 2002

"Mild Cognitive Impairment"
Michigan Osteopathic Association Annual Postgraduate
Convention and Scientific Seminar
Dearborn, Michigan
May 16, 2002

"New Faces of Dementia"
Annual Internal Medicine Update
Fisher-Titus Medical Center
Norwalk, Ohio
March 19, 2002

"Alzheimer's:  It's Not Your Grandmother's Dementia"
Psychiatry Grand Rounds
Detroit Veteran's Administration
Detroit, Michigan
March 7, 2002

"Dementia:  Nuts and Bolts"
Michigan State University Family Medicine Educational Day
East Lansing, Michigan
February 6, 2002

"Update on Research"
Mid-Michigan Chapter of the Alzheimer's Association
Annual Meeting
Saginaw, Michigan
November 6, 2001

"Alzheimer's:  It's Not Your Grandmother's Disease"
American Osteopathic Association 106th Annual Convention
San Diego, California
October 23, 2001

"Translating Genetics into the Clinic – New Markers for
Alzheimer's disease"
National Meeting Clinical Ligand Assay Society
Dearborn, Michigan
May 17, 2001

"All About Alzheimer's Disease: A Community Workshop"
Macomb-Oakland Regional Center for Mental Health
Services
Macomb, Michigan
January 17, 2001

"Case Study Workshops for Geriatric Mental Health"
State University of New York Upstate Medical University
Detroit, Michigan
December 7, 2000

"Markers in Alzheimer's disease"
Midwest Clinical Ligand Assay Society
Troy, Michigan
October 19, 2000

18

"Listening for Zebras: The Other Dementias"
Norman N. Krieger, M.D. Lecture on Geriatric Medicine
Wayne State University School of Medicine
Birmingham, Michigan
October 19, 2000

"An Unusual Case of Stroke"
Professor in Action
American College of Physicians
American Society of Internal Medicine, Michigan Chapter
Traverse City, Michigan
September 22, 2000

"It Isn't Your Grandmother's Disease Anymore; The New
Faces of Dementia"
Central Nervous System Diseases Updates and Dilemmas
Wayne State University
Livonia, Michigan
September 15, 2000

Overview of Alzheimer's disease
Behavior and Alzheimer's disease
Alzheimer Association Caregiver Workshop
Riverside Osteopathic Hospital
Trenton, Michigan
July 11, 2000

"Houses of Bricks, Houses of Sticks: Memory and Aging"
Beaumont Hospital Medical Grand Rounds
Royal Oak, Michigan
June 21, 2000

"Alzheimer's disease and People with Developmental
Disabilities"
Macomb-Oakland Regional Center for Mental Health
Services
Macomb, Michigan
June 14, 2000

"New Alzheimer's Treatments"
Henry Ford Village Alzheimer's Support Group
Dearborn, Michigan
June 13, 2000

"I'm Not Certain What This Is": Diagnosis and Treatment for
Non-"Alzheimer's Dementias"
Third Annual Dementia Education Conference
Michigan Mental Health Association
Petoskey, Michigan
May 20, 2000

19

"Memory Loss and Dementia"
Anti-Aging Medicine Conference
Colorado Springs, Colorado
April 13, 2000

"Alzheimer's disease: Don't Be Misinformed"
Guest on Straight Talk
Hosted by Amyre Makupson, WKBD/UPN 50 Television
March 8, 2000

"Update on Alzheimer's disease"
Alzheimer's Association, Detroit Chapter
Southfield, Michigan
February 4, 2000

"Recognizing Alzheimer's disease"
Heartland Healthcare Center
Allen Park, Michigan
January 20, 2000

"Dementia – A Clinical Consensus"
Henry Ford Hospital
October 8, 1999

"Multiple Sclerosis Related Cognitive Issues"
National Multiple Sclerosis Michigan Chapter Seminar
September 18, 1999

"Markers in Alzheimer's Disease"
American College of Osteopathic Neurologists and
Psychiatrists Meeting
Mackinac, Michigan
July 16, 1999

"Overview of Alzheimer's Disease"
Alzheimer's Association
Caregiver Workshops
July 7, 1999
June 22, 1999
July 21, 1999

"Update on Alzheimer's Disease"
Alzheimer's Association

Detroit Chapter
June 15, 1999

"Diagnosis and Treatment Options for Alzheimer's
Disease – A Primary Care Perspective"
Oakwood Family Practice Meeting
March 16, 1999

"Confusion, Dementia, and Delirium"
Henry Ford Health System Clinical Case
Management Program
January 20, 1999

"Interdisciplinary Team Model with Dementia
Patients and Caregivers"
Henry Ford Health System Rehabilitation Conference
January 23, 1999