# Exhibit B

# Curriculum Vitae for Candidates to the AAPC

# Dr. Jason Brandt

## CURRICULUM VITAE

**JASON BRANDT, Ph.D.**
Department of Psychiatry & Behavioral Sciences
The Johns Hopkins University School of Medicine
600 N. Wolfe Street, Meyer 218
Baltimore, Maryland 21287-7218
(410) 955-2619
fax: (410) 955-0504
e-mail: jbrandt@jhmi.edu

**DATE & PLACE**
**OF BIRTH:**              February 1, 1954; Brooklyn, New York


**EDUCATION:**

| | |
|---|---|
| 1971-1975 | Brooklyn College, B.A., *magna cum laude,* in Psychology |
| 1975-1977 | Boston University, M.A. in Psychology |
| 1977-1981 | Boston University, Ph.D. in Experimental Psychology |


**CURRENT POSITIONS:**

| | |
|---|---|
| 06/95 - Present | Professor of Psychiatry & Behavioral Sciences, The Johns Hopkins University School of Medicine |
| 11/87 - Present | Director, Division of Medical Psychology, Department of Psychiatry & Behavioral Sciences, The Johns Hopkins University School of Medicine |
| | Director, Cortical Function Laboratory, The Johns Hopkins Hospital |
| 05/06 - Present | Professor of Neurology (secondary appointment), The Johns Hopkins University School of Medicine |
| 09/09 - Present | Joint Appointment, Department of Mental Health, Johns Hopkins Bloomberg School of Public Health |
| 08/83 - Present | Affiliate Staff, The Johns Hopkins Hospital |


**PROFESSIONAL EXPERIENCE:**

| | |
|---|---|
| 06/10 - 07/15 | Director, The Copper Ridge Institute |
| 06/05 - 06/10 | Research Director, The Copper Ridge Institute |
| 11/87 - 06/95 | Associate Professor of Psychiatry & Behavioral Sciences, The Johns Hopkins University School of Medicine |
| 07/83 - 6/91 | Joint Appointment, Department of Psychology, The Johns Hopkins University |
| 11/85 - 06/89 | Clinical Assistant Professor, Department of Pediatrics, University of Maryland School of Medicine |
| 07/85 - 11/87 | Assistant Professor, Department of Psychiatry & Behavioral Sciences, The Johns Hopkins University School of Medicine |

| | |
|---|---|
| 07/81 - 06/85 | Assistant Professor, Department of Psychology, The Johns Hopkins University Joint Appointment, Department of Psychiatry & Behavioral Sciences, The Johns Hopkins University School of Medicine |
| 10/82 - 09/84 | Research Psychologist, Baltimore V.A. Medical Center |
| 12/81 - 12/84 | Guest Worker, Laboratory of Psychology and Psychopathology, National Institute of Mental Health |
| 02/80 - 08/81 | Trainee in Neuropsychology, Department of Biobehavioral Sciences, Boston University School of Medicine |
| 01/80 - 08/81 | Lecturer in Psychology, University College, Northeastern University |
| 05/79 - 04/81 | Staff Psychologist, Boston Neuropsychology Consultation Service, Division of Psychological Services Institute |
| 09/77 - 02/80 | Research Assistant in Neuropsychology, Boston V.A. Medical Center and Department of Neurology, Boston University School of Medicine |
| 09/75 - 05/80 | Teaching Fellow to Advanced Teaching Fellow in Psychology, College of Liberal Arts, Boston University |

## AWARDS & HONORS:

| | |
|---|---|
| 1971 - 1975 | New York State Regents Scholarship |
| 1974 - 1975 | Dean's Honor List, Brooklyn College Graduated with Special Honors in Psychology |
| 1975 | Sigma Xi Award for Excellence in Research, Brooklyn College Chapter |
| 1980 - 1982 | NIMH National Research Service Award #F31MH08148, Pre-Doctoral Fellowship |
| 1989 | Article chosen for special issue of *Journal of the American Medical Association* commemorating the centennial of the Johns Hopkins Hospital |
| 1991 | Elected Fellow, American Psychological Association |
| 1991 | NAN Research Award, National Academy of Neuropsychology |
| 1996 | Arthur Benton Award, for mid-career achievement, International Neuropsychological Society |
| 1996 | Professional Support of Services and Programs Award, Epilepsy Association of Maryland |
| 1997 | Featured in special issue of *TIME* magazine, "Heroes of Medicine" |
| 1999 | Elected President, Division of Clinical Neuropsychology (Division 40) American Psychological Association |
| 2003 | Elected President, International Neuropsychological Society |
| 2004 | Elected Fellow, Association for Psychological Science |

2013                    Lawrence M. Garten Award for Leadership Excellence, Abilities Network

2015                    Distinguished Career Award, International Neuropsychological Society

**MEMBERSHIPS:**

     American Psychological Association

     Society for Clinical Neuropsychology (formerly, APA Division 40: Clinical Neuropsychology)

     Association for Psychological Science

     International Neuropsychological Society

     Sigma Xi

     American Academy of Clinical Neuropsychology

**CERTIFICATIONS:**

     Licensed Psychologist #1604, State of Maryland, since 1982

     Board Certified in Clinical Neuropsychology, American Board of Professional Psychology
          American Board of Clinical Neuropsychology
          Recertified (optional) for 10 years in August 2016

**PROFESSIONAL ACTIVITIES:**

Editorial Boards:
- *Psychological Assessment: A Journal of Consulting and Clinical Psychology* (1991)
- *Neuropsychology Review* (1988 - 1996)
- *Neuropsychology* (1993 - 2001; 2007 - 2010)
- *Cognitive and Behavioral Neurology* (2004 - present)
- *Journal of Clinical and Experimental Neuropsychology* (1992 - 2006; 2014 - present)
- *The Clinical Neuropsychologist* (1994 - 2006)
- *Journal of the International Neuropsychological Society* (1995 - 2007)
  - Critical Reviews and Dialogues Department Editor (1995 - 2001)
- *Alzheimer's & Dementia: Journal of the Alzheimer's Association* (2005 - present)
- *Journal of Alzheimer's Disease* (2014 – present)
  - Senior Editor (2015 – present)

1984                    Conference Organizer, First Annual Symposium
               Baltimore-Washington Area Neuropsychology Group

1986 - Present  Professional Advisory Board, Epilepsy Foundation of the Chesapeake Region

1986, 1990,    Program Committee, International Neuropsychological Society
1992

1986                    Closed Head Injury Task Force,
               State of Maryland Department of Health and Mental Hygiene

| 1988 - 1991 | Merit Review Board for Mental Health and Behavioral Sciences, Veterans Administration |
| 1992 - 1994 | Medical and Scientific Advisory Board,<br>Alzheimer's Disease and Related Disorders Association |
| 1992 - 1995 | Board of Governors, International Neuropsychological Society |
| 1993 - 1996 | Dana Consortium on Memory Loss and Aging, Charles A. Dana Foundation |
| 1994 - 1998 | Advisory Board, Predisposition Testing for the BRCA1 Gene,<br>Dana-Farber Cancer Institute, Harvard Medical School |
| 1994 - 1999 | Consultant, Copper Ridge and Episcopal Health Ministries, Inc. |
| 1996 - 2002 | Board of Directors (Treasurer), American Academy of Clinical Neuropsychology |
| 1996 - 2004 | Chair, Practice Committee, American Academy of Clinical Neuropsychology |
| 1997 | *Ad Hoc* Steering Committee, Huntington's Disease Society of America, Maryland Chapter |
| 1998 - 2004 | Medical and Scientific Advisory Board, Central Maryland Chapter<br>Alzheimer's Disease and Related Disorders Association |
| 1999 - 2002 | Executive Committee, Society for Clinical Neuropsychology (APA Division 40)<br>American Psychological Association |
| 2000 - 2001 | President, Society for Clinical Neuropsychology (APA Division 40)<br>American Psychological Association |
| 2002 | Chair, Arthur Benton Award Committee, International Neuropsychological Society |
| 2003 - 2006 | Board of Governors, International Neuropsychological Society |
| 2004 | President, International Neuropsychological Society |
| 2005 - Present | Medical Advisory Board, Johns Hopkins Memory Bulletin |
| 2014 - Present | Chair, Senior Services Professional Advisory Committee, Abilities Network |

## UNIVERSITY ACTIVITIES:

| 1988 - 1995,<br>2002 - 2010 | Executive Committee, Department of Psychiatry & Behavioral Sciences |
| 1992 - 1994 | Johns Hopkins University Medical School Council |
| 1996 - 1997 | Chairman, *Ad Hoc* Investigation Committee on Scientific Misconduct |
| 2004 - 2008 | Protocol Review Committee, General Clinical Research Center |
| 2014 - 2016 | Faculty Development Committee, Department of Psychiatry & Behavioral Sciences |

## TEACHING:

Undergraduate: Introductory Psychology, Physiological Psychology (Non-Lab), Introduction to Neuropsychology, Brain and Behavior, Brain and Behavior II, Current Topics in Brain-Behavior Relations

Graduate: Clinical and Experimental Neuropsychology, Spatial Representation in the Brain, Seminar in Neuropsychology: Hemispheric Specialization, Seminar in Neuropsychology: Neuropsychology of Attention, Research Seminar in Neuropsychology

Medical School: Human Amnesia and Memory Processes, Language and Aphasia, Intelligence, Executive Functions, Neuropsychological Methods (First year course in Psychiatry & Behavioral Sciences); Resident seminars, Psychiatry Grand Rounds, etc.

Director, Postdoctoral Fellowship Program in Clinical Neuropsychology
Medical Psychology Seminar Series (initiated and direct; weekly since 1989)
Neuropsychology Journal Group (initiated and direct; weekly since 1989)

**COMPENSATED CONSULTANCIES:**

Neurotrope BioScience, LLC

InVentiv Health Clinical

MedAvante, Inc.

**INVENTIONS & PROCEDURES DEVELOPED:**

Telephone Interview for Cognitive Status (TICS)

Hopkins Verbal Learning Test (HVLT), Hopkins Verbal Learning Test- Revised (HVLT-R)

Oscar Test

Baltimore Board (formerly, Hopkins Board)

Dementia Risk Assessment (at *www.alzcast.org*)

**RESEARCH GRANTS & CONTRACTS (principal investigator or project director only):**

1979        Special Mini-Grant for Graduate Research, Graduate School, Boston University

1980-1982   NIH National Research Service Award (F31, individual pre-doctoral fellowship)

1981 - 1986  NIH Biomedical Research Support Grant #SO7 RR07041, The Johns Hopkins University
(1981 - 1982) "Neuropsychological Assessment of Cognitive Changes in Epileptic Patients"
(1982 - 1983) "Memory Encoding in Alcoholic Subjects"
(1983 - 1984) "Memory Disorders, Frontal Lobe Damage, and Korsakoff's Syndrome"
(1984 - 1986) "Improving Memory Performance in Alzheimer's Disease"

1983 - 1987  NIMH Grant #RO1 MH38387. Co-Principal Investigator,
"Neurocognitive Studies of Huntington's Disease", Milton E. Strauss, Principal Investigator

| | |
|---|---|
| 1986 - 1987 | American Federation for Aging Research. Co-Principal Investigator, "Regional Cerebral Glucose Metabolism and Response to Physostigmine in Dementing Illnesses", Larry E. Tune, Principal Investigator |
| 1986 - 1989 | NINCDS Grant #NS24841. Principal Investigator, "Genetic Testing for HD: Preventing Psychiatric Morbidity" |
| 1989 - 1990 | Huntington's Disease Society of America. Principal Investigator, "Presymptomatic DNA Testing for Huntington's Disease" |
| 1989 - 1990 | NINDS Grant #NS16375. Principal Investigator of Project D, "Research Center Without Walls for HD", Marshal F. Folstein, Principal Investigator |
| 1993 - 1996 | Charles A. Dana Foundation. "Study of Memory and Aging in Zanvyl Krieger Mind/Brain Institute" Guy McKhann, Principal Investigator Director of subproject: "Characterizing and Optimizing Memory Functioning in Older Persons" |
| 1987 - 2002 | NIA Grant #AG00149. Co-Director with Marshal F. Folstein (1987-1993), Director (1993 to 2002), "Research Training in the Dementias of Aging" |
| 1990 - 1997 | NIMH Grant #MH46034. Principal Investigator, "Presymptomatic DNA Testing for Huntington's Disease" |
| 1990 - 1996 | NINDS Grant #NS15080. Director of Neuropsychology Core, "Program for Study of Neuroreceptor Binding in Man", N. Henry Wagner, Jr., Principal Investigator |
| 1990 - 2006 | NINDS Grant #NS16375. Principal Investigator of Project 1, Co-Director of Clinical Core, "Research Center Without Walls for Huntington's Disease", Susan E. Folstein & Christopher Ross, sequential Principal Investigators |
| 1996 - 1997 | AARP Andrus Foundation. Principal Investigator, "Individualized Memory Training for Older Adults" |
| 1996 - 2011 | NIA Grant #AG07370. Principal Investigator of Johns Hopkins subcontract, "Predictors of Severity in Alzheimer's Disease", Yaakov Stern, Principal Investigator |
| 2000 - 2004 | NIA Grant #AG05146. Director of Clinical Core, "Aging, Neurodegenerative Disease, and Animal Models" (Johns Hopkins Alzheimer's Disease Research Center), Donald Price, Principal Investigator |
| 2005 - 2010 | NIA Grant #AG05146. Principal Investigator of Project 1, "Aging, Neurodegenerative Disease, and Animal Models" (Johns Hopkins Alzheimer's Disease Research Center) Donald Price, Principal Investigator |
| 2011 - 2015 | Alere San Diego, Inc., Principal Investigator. "ERK AD-Index in the Diagnosis of Alzheimer's Disease" |
| 2011 - Present | Douglas Hospital Research Center, Principal Investigator of Johns Hopkins subcontract, "Presymptomatic Evaluation of Experimental or Novel Treatments for Alzheimer's Disease", John C.S. Breitner, Principal Investigator |

2015 - 2016    William and Ella Owens Medical Research Foundation, Principal Investigator.
                "Pilot Clinical Trial of a Ketone-Producing Diet for Mild Cognitive Impairment and Mild
                Dementia"

2016 - Present  BrightFocus Foundation, Principal Investigator.
                "Modified Atkins Diet for Cognitive Loss in Older Adults"

**PUBLICATIONS:**

- Excluding published abstracts
- h-Index (per *Google Scholar*, November 2016): 92

**1979**

Mayeux, R., Alexander, M.P., Benson, D.F., Brandt, J. & Rosen, J.J. Poriomania. *Neurology, 29,* 1616-1619.

**1980**

Brandt, J. & Rosen, J.J. Auditory phonemic perception in dyslexia: Categorical identification and discrimination of stop consonants. *Brain and Language,* 9, 324-337.

Mayeux, R., Brandt, J., Rosen, J.J. & Benson, D.F. Interictal memory and language impairment in temporal lobe epilepsy. *Neurology, 30,* 120-125.

Albert, M.S., Butters, N. & Brandt, J. Memory for remote events in alcoholics. *Journal of Studies on Alcohol, 41,* 1071-1081.

**1981**

Brandt, J. & Mackavey, W. Left-right confusion and the perception of bilateral symmetry. *International Journal of Neuroscience, 12,* 87-94.

Albert, M.S., Butters, N. & Brandt, J. Patterns of remote memory in amnesic and dementing patients. *Archives of Neurology, 38,* 495-500.

Albert, M.S., Butters, N. & Brandt, J. Development of remote memory loss in patients with Huntington's disease. *Journal of Clinical Neuropsychology, 3,* 1-12.

Brandt, J. & Butters, N. Review of: Handbook of Clinical Neuropsychology (edited by S.B. Filskov & T.J. Boll, New York: Wiley-Interscience, 1980) in *Alcoholism: Clinical and Experimental Research, 5,* 580-581.

**1982**

**1983**

Brandt, J., Butter, N., Ryan, C. & Bayog, R. Cognitive loss and recovery in long-term alcohol abusers. *Archives of General Psychiatry, 40,* 435-442.

Brandt, J. & Doyle, L.F. Concept attainment, tracking, and shifting in adolescent polydrug abusers. *Journal of Nervous and Mental Disease, 171,* 559-563.

**1984**

Brandt, J. Defective stimulus set attention in generalized epilepsy. *Brain and Cognition, 3,* 140-151.

Brandt, J., Strauss, M.E., Larus, J., Jensen, B., Folstein, S.E. & Folstein, M. Clinical correlates of dementia and adaptive functioning in Huntington's disease. *Journal of Clinical Neuropsychology, 6,* 401-412.

**1985**

Butters, N. & Brandt, J. The continuity hypothesis: The relationship of long-term alcoholism to the Wernicke-Korsakoff syndrome. In M. Galanter (Ed.), *Recent Advances in Alcoholism, Vol. 2.* New York: Plenum Press.

Brandt, J. & Provost, D. On the dissimilar effects of aging and alcoholism on the perception of cognitive failures. *Alcohol, 2,* 633-635.

Strauss, M.E. & Brandt, J. Is there increased WAIS pattern variability in Huntington's disease? *Journal of Clinical and Experimental Neuropsychology, 7,* 122-126.

Brandt, J. Access to knowledge in the dementia of Huntington's disease. *Developmental Neuropsychology, 1,* 335-348.

Kohl, D. & Brandt, J. An automatic encoding deficit in the amnesia of Korsakoff's syndrome. *Annals of the New York Academy of Sciences, 444,* 460-462.

Brandt, J., Rubinsky, E. & Lassen, G. Uncovering malingered amnesia. *Annals of the New York Academy of Sciences, 444,* 502-503.

**1986**

Rubinsky, E. & Brandt, J. Amnesia and criminal law: A clinical overview. *Behavioral Sciences and the Law, 4,* 27-46.

Brandt, J. & Butters, N. The alcoholic Wernicke-Korsakoff syndrome and its relationship to long-term alcohol abuse. In I. Grant and K. Adams (Eds.), *Neuropsychological Assessment in Neuropsychiatric Disorders.* New York: Oxford Press.

Brandt, J. & Butters, N. The neuropsychology of Huntington's disease. *Trends in Neuroscience, 93,* 118-120.

Strauss, M.E. & Brandt, J. An attempt at preclinical identification of Huntington's disease with the WAIS. *Journal of Clinical and Experimental Neuropsychology, 8,* 210-218.

Strauss, M., Brandt, J. & McSorley, P. Visual vigilance and psychopathology. *Psychiatry Research, 18,* 285-287.

**1987**

Brandt, J. Review of: The Man who Mistook his Wife for a Hat, and Other Clinical Tales (by Oliver Sacks, New York: Summit Books, 1985), *Journal of Nervous and Mental Disease, 175,* 118-119.

Quaid, K.A., Brandt, J. & Folstein, S.E. The decision to be tested for Huntington's disease [Letter]. *Journal of the American Medical Association, 257,* 3362.

Brandt, J. Review of: Clinical Disorders of Memory (by Aman U. Khan, New York: Plenum Press, 1986) in *Journal of Nervous and Mental Disease, 175,* 746-747.

### 1988

Brandt, J., Folstein, S.E. & Folstein, M.F. Differential cognitive impairment in Alzheimer's disease and Huntington's disease. *Annals of Neurology, 23,* 555-561.

Wiggins, E.C. & Brandt, J. The detection of simulated amnesia. *Law and Human Behavior, 12,* 57-78.

Brandt, J. Malingered amnesia. In, R. Rogers (Ed.), *Clinical Assessment of Malingering and Deception.* New York: Guilford Press.

Folstein, M., Rovner, B., Tune, L., Warren, A. & Brandt, J. The cognitively impaired patient. In, A. McHarvey, R.J. Johns, V.A. McKusick, A.H. Owens, & R.S. Ross (Eds.), *The Principles and Practice of Medicine, 22nd edition.* Norwalk, CT: Appleton & Lange.

Brandt, J., Spencer, M., McSorley, P. & Folstein, M. Semantic activation and implicit memory in Alzheimer disease. *Alzheimer Disease and Associated Disorders, 2,* 112-119.

Kramer, J.H., Delis, D.C., Blusewicz, M.J., Brandt, J., Ober, B.A. & Strauss, M. Verbal memory errors in Huntington's and Alzheimer's dementias. *Developmental Neuropsychology, 4,* 1-15.

Starkstein, S.E., Brandt, J., Folstein, S., Strauss, M., Wong, D., McDonnell, A., Pearlson, G. & Folstein, M. Neuropsychologic and neuroradiologic correlates in Huntington's disease. *Journal of Neurology, Neurosurgery and Psychiatry, 51,* 1259-1263.

Brandt, J., Spencer, M. & Folstein, M. The Telephone Interview for Cognitive Status. *Neuropsychiatry, Neuropsychology and Behavioral Neurology, 1,* 111-117.

### 1989

Starkstein, S.E., Folstein, S.E., Brandt, J., Pearlson, G.D., McDonnell, A. & Folstein, M. Brain atrophy in Huntington's disease: A CT-scan study. *Neuroradiology, 31,* 156-159.

Brandt, J., Quaid, K.A. & Folstein, S.E. Presymptomatic DNA testing for Huntington's disease. *Journal of Neuropsychiatry and Clinical Neurosciences, 1,* 195-197.

Brandt, J., Quaid, K.A, Folstein, S.E., Garber, P.A., Maestri, N.E., Abbott, M.H., Slavney, P.R., Franz, M.L., Kasch, L. & Kazazian, H.H., Jr. Presymptomatic diagnosis of delayed-onset disease with linked DNA markers: The experience in Huntington's disease. *Journal of the American Medical Association, 261,* 3108-3114.

Brandt, J., Quaid, K.A. & Folstein, S.E. Insurance and the presymptomatic diagnosis of delayed-onset disease [Letter]. *Journal of the American Medical Association, 262,* 2385.

Brandt, J., Mellits, E.D., Rovner, B., Gordon, B., Selnes, O.A. & Folstein, M. Relation of age at onset and duration of illness to cognitive functioning in Alzheimer's disease. *Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 2,* 93-101.

Quaid, K.A., Folstein, S.E. & Brandt, J. Knowledge, attitude, and the decision to be tested for Huntington's disease. *Clinical Genetics, 26,* 431-438.

Kramer, J.H., Levin, G., Brandt, J. & Delis, D.C. Differentiation of Alzheimer's, Huntington's, and Parkinson's diseases on the basis of verbal learning characteristics. *Neuropsychology, 3,* 111-120.

### 1990

Burns, A., Folstein, S.E., Brandt, J. & Folstein, M. Clinical assessment of irritability, aggression, and

apathy in Huntington's and Alzheimer's disease. *Journal of Nervous and Mental Disease, 178,* 20-26.

Brandt, J., Folstein, S.E., Wong, D.F., Links, J., Dannals, R.F., McDonnell-Sill, A., Starkstein, S., Anders, P., Strauss, M.E., Tune, L.E., Wagner, H.N. Jr. & Folstein, M.F. D2 receptors in Huntington's disease: Positron tomographic findings and clinical correlates. *Journal of Neuropsychiatry and Clinical Neurosciences, 2,* 20-27.

Brandt, J. Review of: Medical Neuropsychology: The Impact of Disease on Behavior (edited by R.E. Tarter, D.H. Van Hiel & K.L. Edwards, New York: Plenum Press, 1988) in *Journal of Nervous and Mental Disease, 178,* 337-338.

Brandt, J., Linet, M., Celentano, D., Stewart, W. & Folstein, M. Personality and emotional disorder in a community sample of migraine headache sufferers. *American Journal of Psychiatry, 147,* 303-308.

Bylsma, F.W., Brandt, J. & Strauss, M.E. Aspects of procedural memory are differentially impaired in Huntington's disease. *Archives of Clinical Neuropsychology, 5,* 287-297.

Folstein, S.E., Brandt, J. & Folstein, M.F. The subcortical dementia of Huntington's disease. In, J. Cummings (Ed.), *Subcortical Dementia.* New York: Oxford University Press.

Eustache, F., Cox, C., Brandt, J., Lechevalier, B. & Pons, L. Word association responses and severity of dementia in Alzheimer disease. *Psychological Reports, 66,* 1315-1322.

Strauss, M.E. & Brandt, J. Are there neuropsychological manifestations of the gene for Huntington's disease in asymptomatic, at-risk individuals? *Archives of Neurology, 47,* 905-908.

Brandt, J. Rating scales in psychogeriatrics and dementia. *Current Opinion in Psychiatry, 3,* 485-488.

Rebok, G., Brandt, J. & Folstein, M. Longitudinal cognitive decline in patients with Alzheimer's disease. *Journal of Geriatric Psychiatry and Neurology, 3,* 91-97.

Folstein, M.F., Brandt, J. & Starkstein, S. Cognition in Huntington's disease: Characteristics and correlates. In, A.J. Franks et al. (Eds.), *Function and Dysfunction in the Basal Ganglia.* Manchester: Manchester University Press.

Breitner, J.C.S., Welsh, K.A., Magruder-Habib, K. M., Churchill, C.M., Robinette, C.D., Folstein, M. F., Murphy, E.A., Priolo, C.C. & Brandt, J. Alzheimer's disease in the National Academy of Sciences Registry of Aging Twin Veterans. *Dementia, 1,* 297-303.

Brandt, J., Vining, E.P.G., Stark, R.E., Ansel, B.M. & Freeman, J. Hemispherectomy for intractable epilepsy in childhood: preliminary report on neuropsychological and social sequelae. *Journal of Epilepsy, 3* (Suppl.), 261-270.

Vining, E.P.G., Freeman, J.M., Carson, B.S. & Brandt, J. Hemispherectomy in children: the Hopkins experience, 1968-1988, a preliminary report. *Journal of Epilepsy, 3* (Suppl.), 169-176.

## 1991

Brandt, J. The Hopkins Verbal Learning Test: Development of a new memory test with six equivalent forms. *The Clinical Neuropsychologist, 5,* 125-142.

Brandt, J. Cognitive impairments in Huntington's disease: insights into the neuropsychology of the striatum. In, F. Boller & J. Grafman (Eds.), *Handbook of Neuropsychology, Vol. 5.* Amsterdam: Elsevier Science Publishers.

Tune, L., Brandt, J., Frost, J.J., … & Pearlson, G.D. Physostigmine in Alzheimer's disease: Effects on

cognitive functioning, cerebral glucose metabolism analyzed by position emission tomography and cerebral blood flow analyzed by single photon emission tomography. *Acta Psychiatrica Scandinavica, 366 (Suppl.),* 61-65.

Schretlen, D., Brandt, J., Krafft, L. & Van Gorp, W. Some caveats in using the Rey 15-Item Memory Test to detect malingered amnesia. *Psychological Assessment, 3,* 667-672.

**1992**

Bylsma, F.W., Rebok, G.W. & Brandt, J. Long-term retention of implicit learning in Huntington's disease. *Neuropsychologia, 29,* 1213-1221.

Bylsma, F.W., Brandt, J. & Strauss, M.E. Personal and extrapersonal orientation in Huntington's disease patients and those at risk. *Cortex, 28,* 113-122.

Brandt, J., Corwin, J. & Krafft, L. Is verbal recognition memory really different in Alzheimer's and Huntington's disease? *Journal of Clinical and Experimental Neuropsychology, 14,* 773-784.

Brandt, J. Detecting amnesia's impostors. In, L.R. Squire & N. Butters (Eds.), *Neuropsychology of Memory, second edition.* New York: Guilford Press.

Morris, R., Schaerf, F., Brandt, J., McArthur, J. & Folstein, M. AIDS and multiple sclerosis: Neural and mental features. *Acta Psychiatrica Scandinavica, 85,* 331-336.

Starkstein, S.E., Brandt, J., Bylsma, F.W., Peyser, C., Folstein, M.F. & Folstein, S.E. Neuropsychological correlates of brain atrophy in Huntington's disease: A magnetic resonance imaging study. *Neuroradiology, 34,* 487-489.

Benedict, R.H.B. & Brandt, J. Limitation of the Mini-Mental State Examination for the detection of amnesia. *Journal of Geriatric Psychiatry and Neurology, 5,* 233-237.

Mayberg, H.S., Starkstein, S.E., Peyser, C.E., Brandt, J., Dannals, R.F. & Folstein, S.E. Paralimbic frontal lobe hypometabolism in depression associated with Huntington's disease. *Neurology, 42,* 1791-1797.

Barr, A., Benedict, R., Tune, L. & Brandt, J. Neuropsychological differentiation of Alzheimer's disease from vascular dementia. *International Journal of Geriatric Psychiatry, 7,* 621-627.

Singer, H.S., Wong, D.F., Brown, J.E., Brandt, J., Krafft, L., Shaya, E., Dannals, R.F. & Wagner, H.N., Jr. Positron emission tomography evaluation of $D_2$ receptors in adults with Tourette syndrome. *Advances in Neurology, 58,* 233-239.

Brandt, J. & Benedict, R.H.B. (1992). Dementia. In L.R. Squire (Ed.) *Encyclopedia of Learning and Memory.* New York: MacMillian Publishing Co.

**1993**

Benedict, R.H.B., Brandt, J. & Bergey, G. An attempt at memory retraining in severe amnesia: An experimental single-case study. *Neuropsychological Rehabilitation, 3,* 37-51.

Brandt, J. Review of: Subcortical Functions in Language and Memory (by Bruce Crosson, New York: Guilford Press, 1992) in *Contemporary Psychology, 38,* 690-691.

Brandt, J., Welsh, K.A., Breitner, J.C.S., Folstein, M., Helms, M. & Christian, J.C. Hereditary influences on cognitive functioning in older men: A study of 4,000 twin-pairs. *Archives of Neurology, 50,* 599-603.

Bobholz, J.H. & Brandt, J. (1993). Assessment of cognitive impairment: Relationship of the Dementia

Rating Scale to the Mini-Mental State Exam. *Journal of Geriatric Psychiatry and Neurology, 6,* 210-213.

Bylsma, F.W., Rothlind, J., Hall, M.R., Folstein, S.E. & Brandt, J. Assessment of adaptive functioning in Huntington's disease. *Movement Disorders, 8,* 183-190.

Rothlind, J. & Brandt, J. Validation of a brief assessment of frontal and subcortical functions in dementia. *Journal of Neuropsychiatry and Clinical Neurosciences, 5,* 73-77.

King, T.M., Brandt, J. & Meyers, D.A. The effect of laboratory or clerical error on presymptomatic risk calculations for Huntington's disease: A simulation study.   *American Journal of Medical Genetics, 46,* 154-158.

Brandt, J. & Benedict, R.H.B. The assessment of retrograde amnesia: Findings with a new public events procedure. *Neuropsychology, 7,* 217-227.

Rothlind, J.C., Bylsma, F.W., Peyser, C., Folstein, S.E. & Brandt, J. Cognitive and motor correlates of everyday functioning in early Huntington's disease. *Journal of Nervous and Mental Disease, 181,* 194-199.

Brandt, J. & Bylsma, F.W. The dementia of Huntington's disease. In, R.W. Parks, R.F. Zec & R.S. Wilson (Eds.), *Neuropsychology of Alzheimer's Disease and Other Dementias.* New York: Oxford University Press.

Rothlind, J.C., Brandt, J., Zee, D., Codori, A.M. & Folstein, S.E. Unimpaired verbal memory and oculomotor control in asymptomatic adults with the genetic marker for Huntington's disease. *Archives of Neurology, 50,* 799-802.

Tröster, A.I., Butters, N., Salmon, D.P., Cullum, C.M., Jacobs, D., Brandt, J. & White, R.F. The diagnostic utility of savings scores: Differentiating Alzheimer's and Huntington's diseases with the Logical Memory and Visual Reproductions Tests. *Journal of Clinical and Experimental Neuropsychology , 15,* 773-788.

Vining, E.P.G., Freeman, J., Brandt, J., Carson, B.S. & Uematsu, S. Progressive unilateral encephalopathy of childhood (Rasmussen's Syndrome): A reappraisal. *Epilepsia, 34,* 639-650.

**1994**

Brandt, J. Ethical considerations in genetic testing, with examples from presymptomatic diagnosis of Huntington's disease. In, K.W.M. Fulford, J. Soskice & G. Gillett (Eds.), *Medicine and Moral Reasoning.* Cambridge: Cambridge University Press.

Bylsma, F.W., Peyser, C.E., Folstein, S.E., Folstein, M.F., Ross, C. & Brandt, J. EEG power spectra in Huntington's disease: Clinical and neuropsychological correlates. *Neuropsychologia, 32,* 137-150.

Aylward, E.H., Brandt, J., Codori, A.M., Mangus, R.S., Barta, P.E. & Harris, G.J. Reduced basal ganglia volume associated with the gene for Huntington's disease in asymptomatic at-risk persons. *Neurology, 44,* 823-828.

Breitner, J.C.S., Welsh, K.A., Robinette, C.D., Gau, B.A., Folstein, M.F. & Brandt, J. Alzheimer's disease in the NAS-NRC registry of aging twin veterans. *Dementia, 5,* 99-105.

Codori, A.M. & Brandt, J. Psychological costs and benefits of presymptomatic testing for Huntington's disease. *American Journal of Medical Genetics, 54,* 174-184.

Codori, A.M., Hanson, R. & Brandt, J. Self-selection in predictive testing for Huntington's disease. *American Journal of Medical Genetics, 54,* 167-173.

Jacobs, D., Sano, M., Marder, K., Bell, K., Bylsma, F., Lafleche, G., Albert, M., Brandt, J. & Stern, Y. Age at onset of Alzheimer's disease: Relation to pattern of cognitive dysfunction and rate of decline. *Neurology, 44,* 1215-1220.

Brandt, J. & Schretlen, J. Training in clinical neuropsychology at the Johns Hopkins University School of Medicine. *Bulletin of the National Academy of Neuropsychology, 11,* 12-14.

Brandt, J. Cognitive investigations in Huntington's disease. In L. Cermak (Ed.), *Neuropsychological Explorations of Memory and Cognition: Essays in Honor of Nelson Butters.* New York: Plenum Press.

Stern, Y., Albert, M., Brandt, J., … & Laflesche, G. Utility of extrapyramidal signs and psychosis as predictions of cognitive and functional decline in Alzheimer's disease: Prospective analyses from the Predictors Study. *Neurology, 44,* 2300-2307.

**1995**

Rasmusson, D.X., Bylsma, F.W. & Brandt, J. Stability of performance on the Hopkins Verbal Learning Test. *Archives of Clinical Neuropsychology, 10,* 21-26.

Rich, J.B., Rasmusson, D.X., Folstein, M.F., Carson, K.A., Kawas, C. & Brandt, J. Nonsteroidal anti-inflammatory drugs in Alzheimer's disease. *Neurology, 45,* 51-55.

Brandt, J. & Rich, J.B. Memory disorders in the dementias. In, A.D. Baddeley, B.A. Wilson & F.N. Watts (Eds.), *Handbook of Memory Disorders.* Sussex, England: John Wiley & Sons.

Bylsma, F.W., Rasmusson, D.X., Rebok, G.W., Keyl, P.M., Tune, L. & Brandt, J. Changes in visual fixation and saccadic eye movements in Alzheimer's disease. *International Journal of Psychophysiology, 19,* 33-40.

Rasmusson, D.X., Brandt, J., Martin, D.B. & Folstein, M.F. Head injury as a risk factor in Alzheimer's disease. *Brain Injury, 9,* 213-219.

Rasmusson, D.X. & Brandt, J. Instability of cognitive asymmetry in Alzheimer's disease. *Journal of Clinical and Experimental Neuropsychology, 17,* 449-458.

Ranen, N.G., Stine, O.C., Abbott, M.H., Sherr, M., Codori, A.-M., Franz, M.L., Chao, N.I., Chung, A.S., Pleasant, N., Callahan, C., Kasch, L.M., Ghaffari, M., Chase, G.A., Kazazian, H.H., Brandt, J., Folstein, S.E. & Ross, C.A. Anticipation and instability of IT-15 (CAG) repeats in parent-offspring pairs with Huntington disease. *American Journal of Human Genetics, 57,* 593-602.

Breitner, J.C.S., Welsh, K.A., Gau, B.A., McDonald, W.M., Steffans, D.C., Saunders, A.M., Magruder, K.M., Helms, M.J., Plassman, B.L., Folstein, M.F., Brandt, J., Robinette, C.D. & Page, W.F. Alzheimer's disease in the National Academy of Sciences - National Research Council Registry of Aging Twin Veterans. *Archives of Neurology, 52,* 763-771.

Plassman, B.L., Welsh, K.A., Helms, M., Brandt, J., Page, W.F. & Breitner, J.C.S. Intelligence and education as predictors of cognitive state in late life: A 50-year follow-up. *Neurology, 45,* 1446-1450.

Coyle, J.T., Folstein, M.F., Starkstein, S.E., Brandt, J., Chase, G.A. & Folstein, S. A trial of d-α-tocopherol in Huntington's disease. *American Journal of Psychiatry, 152,* 1771-1775.

Brandt, J., Bylsma, F.W., Aylward, E.H., Rothlind, J. & Gow, C.A. Impaired source memory in Huntington's disease and its relation to basal ganglia atrophy. *Journal of Clinical and Experimental Neuropsychology, 17,* 868-877.

Stark, R.E., Bleile, K., Brandt, J., Freeman, J. & Vining, E.P.G. Speech-language outcomes of

hemispherectomy in children and younger adults. *Brain and Language, 51*, 406-421.

Rebok, G.W., Bylsma, F.W., Keyl, P.M., Brandt, J. & Folstein, S.E. Automobile driving in Huntington's disease. *Movement Disorders, 10*, 778-787.

## 1996

Brandt, J., Bylsma, F.W., Gross, R., Stine, O.C., Ranen, N. & Ross, C.A. Trinucleotide repeat length and clinical progression in Huntington's disease. *Neurology, 46,* 527-531.

Schretlen, D., Bobholz, J.H. & Brandt, J. Development and psychometric properties of the Brief Test of Attention. *The Clinical Neuropsychologist, 10,* 80-89.

Schretlen, D., Brandt, J. & Bobholz, J.H. Validation of the Brief Test of Attention in patients with Huntington's disease and amnesia. *The Clinical Neuropsychologist 10,* 90-95.

Rich, J.B., Bylsma, F.W. & Brandt, J. Self-ordered pointing performance in Huntington's disease. *Neuropsychiatry, Neuropsychology and Behavioral Neurology, 9,* 99-106.

Aylward, E.H., Rasmusson, D.X., Brandt, J., Raimundo, L., Folstein, M. & Pearlson, G.D. CT measurement of suprasellar cistern predicts rate of cognitive decline in Alzheimer's disease. *Journal of the International Neuropsychological Society, 2*, 89-95.

Dal Forno, G., Rasmusson, X., Brandt, J., Carson, K.A., Brookmeyer, R., Troncoso, J. & Kawas, C.H. Apolipoprotein E genotype and rate of decline in probable Alzheimer's disease. *Archives of Neurology, 53*, 345-350.

Harris G.J., Aylward, E.H., Peyser, C.E., Pearlson, G.D., Brandt, J., Roberts-Twillie, J.V., Barta, P.E. & Folstein, S.E. Single photon emission computed tomographic blood flow and magnetic resonance volume imaging of basal ganglia in Huntington's disease. *Archives of Neurology, 53,* 316-324.

Rich, J.B., Bylsma, F.W. & Brandt, J. Item priming and skill learning in amnesia. *Journal of Clinical and Experimental Neuropsychology, 18,* 148-158.

Krauss, G.L., Brandt, J., Campbell, M., Plate, C. & Summerfield, M. Anti-epileptic medication/oral contraceptive interactions: A national survey of neurologists and obstetricians. *Neurology, 46,* 1534-1539.

Rebok, G.W., Rasmusson, D.X. & Brandt, J. Prospects for computerized memory training in normal elderly: Effects of practice on explicit and implicit memory tasks. *Applied Cognitive Psychology, 10*, 211-223.

Rasmusson, D.X., Carson, K.A., Brookmeyer, R., Kawas, C. & Brandt, J. Predicting rate of cognitive decline in probable Alzheimer's disease. *Brain and Cognition, 31,* 133-147*.*

Rasmusson, D.X., Brandt, J., Steele, C., Hedreen, J.C. & Folstein, M.F. Accuracy of clinical diagnosis of Alzheimer disease and clinical features of patients with non-Alzheimer disease neuropathology. *Alzheimer Disease and Associated Disorders, 10,* 180-185.

Meltzer, C.C., Zubieta, J.K., Brandt, J., Tune, L.E., Mayberg, H.S. & Frost, J.J. Regional hypometabolism in Alzheimer disease as measured by PET following correction for effects of partial volume averaging. *Neurology, 47,* 454-461.

Rasmusson, D.X., Dal Forno, G., Brandt, J., Warren, A.C., Troncoso, J. & Lyketsos, C. Apolipoprotein-E genotype and verbal deficits in Alzheimer's disease. *Journal of Neuropsychiatry and Clinical Neurosciences, 8,* 335-337.

Brandt, J. & Butters, N. Neuropsychological characteristics of Huntington's disease. In, K.M. Adams & I. Grant (Eds.), *Neuropsychological Assessment in Neuropsychiatric Disorders, 2nd Edition.* New York: Oxford University Press.

Stern, Y., Liu, X., Albert, M., Brandt, J., … & Tsai, W.-Y. Application of a growth curve approach to modeling the progression of Alzheimer's disease. *Journal of Gerontology: Medical Sciences, 51A,* M179-M184.

Ranen, N.G., Peyser, C.E., Coyle, J.T., Bylsma, F.W., Sherr, M., Day, L., Folstein, M.F., Brandt, J., Ross, C.A. & Folstein, S.E. A controlled trial of idebenone in Huntington's disease. *Movement Disorders, 11,* 549-554.

Bruner, A.B., Joffe, A., Duggan, A.K., Casella, J.F. & Brandt, J. Cognitive effects of iron supplementation among non-anemic iron-deficient adolescent girls. *The Lancet, 348,* 992-996.

Barr, A. & Brandt, J. Word-list generation deficits in dementia. *Journal of Clinical and Experimental Neuropsychology, 18,* 810-822.

Codori, A.M., Peterson, G.M., Boyd, P.A., Brandt, J. & Giardiello, F.M. Genetic testing for cancer in children: Short-term psychological impact. *Archives of Pediatrics and Adolescent Medicine, 150,* 1131-1138.

Stern, Y., Liu, X., Albert, M., Brandt, J., Jacobs, D.M., Del Castillo-Castaneda, C., Marder, K., Bell, K., Sano, M. & Bylsma, F. Modeling the influence of extrapyramidal signs on the progression of Alzheimer disease. *Archives of Neurology, 53,* 1121-1126.

Campodonico, J.R., Codori, A.M. & Brandt, J. Neuropsychological stability over two years in asymptomatic carriers of the Huntington's disease mutation. *Journal of Neurology, Neurosurgery, and Psychiatry, 61,* 621-624.

Brandt, J. Nelson M. Butters (1937-1995) [Obituary]. *American Psychologist, 51,* 1333.

Aylward, E.H., Codori, A.M., Barta, P.E., Pearlson, G.D., Harris, G.J. & Brandt, J. Basal ganglia volume and proximity to onset in presymptomatic Huntington's disease. *Archives of Neurology, 53,* 1293-1296.

Steffens, D.C., Welsh, K.A., Burke, J.R., Helms, M.J., Folstein, M.F., Brandt, J., McDonald, W.M. & Breitner, J.C.S. Diagnosis of Alzheimer's disease in epidemiologic studies by staged review of clinical data. *Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 9,* 107-113.

Albert, S.M., Castillo-Castaneda, C.D., Sano, M., Jacobs, D.M., Marder, K., Bell, K., Bylsma, F., Lafleche, G., Brandt, J., Albert, M. & Stern, Y. Quality of life in patients with Alzheimer's disease as reported by patient proxies. *Journal of the American Geriatrics Society, 44,* 1342-1347.

**1997**

Rebok, G. W., Rasmusson, D.X. & Brandt, J. Improving memory in community elderly through group-based and individualized memory training. In, D. Payne & F. Conrad (Eds.), *Intersections in Basic and Applied Memory Research.* Mahwah, NJ: Lawrence Erlbaum Associates.

Codori, A.-M., Slavney, P.R., Young, C. & Brandt, J. Predicting adjustment to high genetic risk for Huntington's disease. *Health Psychology, 16,* 36-50.

Lyketsos, C.G., Baker, L., Warren, A., Steele, C., Brandt, J., Steinberg, M., Kopunek, S. & Baker, A. Depression, delusions and hallucinations in Alzheimer's disease: No relationship to Apolipoprotein E genotype. *Journal of Neuropsychiatry and Clinical Neurosciences, 9,* 64-67.

Stern, Y., Tang, M-X., Albert, M., Brandt, J., Jacobs, D.M., Bell, K., Marder, K., Sano, M., Devanand, D.P., Albert, S., Bylsma, F. & Tsai, W.Y. Predicting time to nursing home care and death in individual patients with Alzheimer disease. *Journal of the American Medical Association, 277*, 806-812.

Devanand, D.P., Jacobs, D.M., Tang, M.-X., del Castillo-Casteneda, C., Sano, M., Marder, K., Bell, K., Bylsma, F.W., Brandt, J., Albert, M. & Stern, Y. The course of psychopathology in mild to moderate Alzheimer's disease. *Archives of General Psychiatry, 54*, 257-263.

Stern, Y., Brandt, J., Albert, M., Jacobs, D.M., Liu, X., Bell, K., Marder, K., Sano, M., Albert, S., Castenada, C.D., Bylsma, F., Tycko, B. & Mayeux, R. The absence of an apolipoprotein ∊4 allele is associated with a more aggressive form of Alzheimer's disease. *Annals of Neurology, 41*, 615-620.

Rich, J.B., Campodonico, J.R., Rothlind, J., Bylsma, F.W. & Brandt, J. Perseverations during paired-associate learning in Huntington's disease. *Journal of Clinical and Experimental Neuropsychology, 19*, 191-203.

Dopkins, S., Kovner, R., Rich, J.B. & Brandt, J. Access to information about famous individuals in Alzheimer's disease. *Cortex, 33*, 333-339.

Vining, E.P.G., Freeman, J.M., Pillas, D.J., Uematsu, S., Carson, B.S., Brandt, J., Boatman, D., Pulsifer, M.B. & Zuckerberg, A. Why would you remove half a brain? The outcome of 58 children after hemispherectomy -- The Johns Hopkins Experience: 1968 to 1996. *Pediatrics, 100*, 163-171.

Cercy, S.P., Schretlen, D.J. & Brandt, J. Simulated amnesia and the pseudo-memory phenomena. In, R. Rogers (Ed.), *Clinical Assessment of Malingering and Deception.* New York: Guilford Press.

Krauss, G.L., Summerfield, M., Brandt, J., Breiter, S. & Ruchkin, D. Mesial temporal spikes interfere with working memory. *Neurology, 49*, 975-980.

Freeman, J.M., Vining, E.P.G., Pillas, D.J., Uematsu, S., Carson, B., Brandt, J., Boatman, D., Pulsifer, M.B. & Zuckerberg, A. Seizure outcome after hemispherectomy: The Johns Hopkins experience. In, I. Turnhorn, H. Holthausen & K. Boenig (Eds) *Pediatric Epilepsy Syndromes and Their Surgical Treatment.* London: John Libbey, 1997:743-748.

Bylsma, F.W., Moberg, P.J., Doty, R.L. & Brandt, J. Odor identification in Huntington's disease patients and asymptomatic gene carriers. *Journal of Neuropsychiatry and Clinical Neurosciences, 9*, 598-600.

Brandt, J. If it walks like a duck and quacks like a duck, . . . it might be a turkey: The impersonation of amnesia. *Brain and Cognition, 35*, 286-287.

Wong, D.F., Singer, H.S., Brandt, J., … & Wagner, H.N., Jr. D$_2$-like dopamine receptor density in Tourette syndrome measured by PET. *Journal of Nuclear Medicine, 38*, 1243-1247.

Albert, S.M., Sano, M., Marder, K., Jacobs, D.M., Brandt, J., Albert, M. & Stern, Y. Participation in clinical trials and long-term outcomes in Alzheimer's disease. *Neurology, 49*, 38-43.

**1998**

Benedict, R.H.B., Schretlen, D., Groninger, L. & Brandt, J. The Hopkins Verbal Learning Test-Revised: Normative data and analysis of interform and test-retest reliability. *The Clinical Neuropsychologist, 12*, 43-55.

Steinberg, M., Lyketsos, C.G., Steele, C., Baker, L., Brandt, J. & Baker, A. Falls in the institutionalized elderly with dementia: A pilot study. *Annals of Long-Term Care, 6*, 153-162.

Mohs, R.C., Ashman, T.A., Jantzen, K., Albert, M., Brandt, J., Gordon, B., Rasmusson, X., Grossman, M.,

Jacobs, D. & Stern, Y. A study of the efficacy of a comprehensive memory enhancement program in healthy elderly persons. *Psychiatry Research, 77*, 183-195.

Campodonico, J.R., Aylward, E., Codori, A.M., Young, C., Krafft, L., Magdalinski, M., Ranen, N., Slavney, P. & Brandt, J. When does Huntington's disease begin? *Journal of the International Neuropsychological Society, 4*, 467-473.

Carlson, M.C., Brandt, J., Carson, K.A. & Kawas, C.H. Lack of relation between race and cognitive test performance in Alzheimer's disease. *Neurology, 50*, 1499-1501.

Rebok, G.W., Rasmusson, D.X., Bylsma, F.W. & Brandt, J. Memory improvement tapes: How effective for elderly adults? *Aging, Neuropsychology, and Cognition, 4*, 304-311.

Brandt, J., Campodonico, J.R., Rich, J.B., Baker, L., Steele, C., Ruff, T., Baker, A. & Lyketsos, C. Adjustment to residential placement in Alzheimer's disease patients: Does premorbid personality matter? *International Journal of Geriatric Psychiatry, 13*, 509-515.

Shadmehr, R., Brandt, J. & Corkin, S.   Time-dependent motor memory processes in amnesic subjects. *Journal of Neurophysiology, 80*, 1590-1597.

**1999**

Jacobs, D.M., Albert, S.M., Sano M., del Castillo-Castaneda, C., Paik, M.C., Marder, K., Bell, K., Brandt, J., Albert, M.S. & Stern Y. Assessment of cognition in advanced AD: The Test for Severe Impairment. *Neurology, 52*, 1689-1691.

Lyketsos, C.G., Galik, E., Steele, C., Steinberg, M., Rosenblatt, A., Warren, A., Sheppard, J.M., Baker, A. & Brandt, J. The General Medical Health Rating: A bedside global rating of medical comorbidity in patients with dementia. *Journal of the American Geriatrics Society, 47*, 487-491.

Rich, J.B., Bylsma, F.W., Troyer, A.K. & Brandt, J. Longitudinal analysis of phonemic clustering and switching during word-list generation in Huntington's disease. *Neuropsychology, 13*, 525-531.

Carlson, M.C., Fried, L.P., Xue, Q., Bandeen-Roche, K., Zeger, S.L. & Brandt, J. Association between executive attention and physical functional performance in community-dwelling older women. *Journal of Gerontology: Social Sciences, 54B*, S262-S270.

Rich, J.B., Yaster, M. & Brandt, J. Anterograde and retrograde memory in children anesthetized with propofol. *Journal of Clinical and Experimental Neuropsychology, 21*, 535-546.

Boatman, D., Freeman, J., Vining, E., Pulsifer, M., Miglioretti, D., Minahan, R., Carson, B., Brandt, J. & McKhann, G. Language recovery after left hemispherectomy in children with late-onset seizures. *Annals of Neurology, 46*, 579-586.

Harris, G.J., Codori, A.M., Lewis, R.F., Schmidt, E., Bedi, A. & Brandt, J. Reduced basal ganglia blood flow and volume in pre-symptomatic, gene-tested persons at-risk for Huntington's disease. *Brain, 122*, 1667-1678.

Shapiro, A., Benedict, R.H.B., Schretlen, D. & Brandt, J. Construct and concurrent validity of the Hopkins Verbal Learning Test-Revised. *The Clinical Neuropsychologist, 13*, 348-358.

Gordon, D.J., O'Donnell, S. & Brandt, J. Consequences of premature discontinuation of the Developmental Test of Visual-Motor Integration: Can these tests be salvaged? *The Clinical Neuropsycholgist, 13*, 456-457.

Rasmusson, D.X., Rebok, G.W., Bylsma, F.W. & Brandt, J. Effects of three types of memory training in

normal elderly. *Aging, Neuropsychology, and Cognition, 6*, 56-66.

**2000**

González-Salvador, M.T., Lyketsos, C.G., Baker, A., Hovanec, L., Roques, C., Brandt, J. & Steele, C. Quality of life in dementia patients in long-term care. *International Journal of Geriatric Psychiatry, 15*, 181-189.

Smith, M.A., Brandt, J. & Shadmehr, R. Motor disorder in Huntington's disease begins with dysfunction in error feedback control. *Nature, 403*, 544-549.

Maki, P.M., Bylsma, F.W. & Brandt, J. Conceptual and perceptual implicit memory in Huntington's disease. *Neuropsychology, 14,* 331-340.

Aylward, E.H., Codori, A.M., Rosenblatt, A., Sherr, M., Brandt, J., Stine, O.C., Barta, P.E., Pearlson, G.D. & Ross, C.A.   Rate of caudate atrophy in presymptomatic and symptomatic stages of Huntington's disease. *Movement Disorders, 15*, 552-560.

Groves, W., Brandt, J., Steinberg, M., Warren, A., Rosenblatt, A., Baker, A. & Lyketsos, C.G. Vascular dementia and Alzheimer's disease: Is there a difference? A comparison of symptoms by disease duration. *Journal of Neuropsychiatry and Clinical Neuroscience, 12*, 305-315.

Kopetz, S., Steele, C.D., Brandt, J., Baker, A., Kronberg, M., Galik, E., Steinberg, M. Warren, A. & Lyketsos, C.G. Characteristics and outcomes of dementia residents in an assisted living facility. *International Journal of Geriatric Psychiatry, 15*, 586-593.

Lyketsos, C.G., Sheppard, J.-M., Steele, C.D., Kopunek, S., Steinberg, M., Baker, A.S., Brandt, J. & Rabins, P.V. Randomized, placebo-controlled, double-blind, clinical trial of sertraline in the treatment of depression complicating Alzheimer disease: Initial results from the depression in Alzheimer's disease study. *American Journal of Psychiatry, 157,* 1686-1689.

Brandt, J. Editorial introduction to Greenwood/West dialogue. *Journal of the International Neuropsychological Society, 6*, 704.

Leritz, E., Brandt, J., Minor, M., Reis-Jensen, F. & Petri, M. "Subcortical" cognitive impairment in patients with systemic lupus erythematosus. *Journal of the International Neuropsychological Society, 6*, 821-825.

**2001**

Brandt, J. Mild cognitive impairment in the elderly. *American Family Physician, 63*, 620-626.

Stern, Y., Jacobs, D., Goldman, J., Gomez-Tortosa, E., Hyman, B.T., Liu, Y., Troncoso, J., Marder, K., Tang, M.X., Brandt, J. & Albert, M. An investigation of clinical correlates of Lewy bodies in autopsy proven Alzheimer's disease. *Archives of Neurology, 58*, 460-465.

Pulsifer, M.B., Gordon, J.M., Brandt, J., Vining, E.P.G. & Freeman, J.M. The effects of the ketogenic diet on development and behavior: A preliminary report of a prospective study. *Developmental Medicine and Child Neurology, 43*, 301-306.

Albert, S.M., Jacobs, D.M., Sano, M., Marder, K., Bell, K., Devanand, D., Brandt, J., Albert, M. & Stern, Y. Longitudinal study of quality of life in people with advanced Alzheimer's disease. *American Journal of Geriatric Psychiatry, 9*, 160-168.

Brandt, J. & Benedict, R.H.B. *Hopkins Verbal Learning Test-Revised, Professional Manual.* Odessa, FL: Psychological Assessment Resources, Inc.

Grundman, M., Kim, H.T., Salmon, D., Storandt, M., Smith, G., Ferris, S., Mohs, R., Brandt, J., Doody, R., Welsh-Bohmer, K., Saxton, J., Saine, K., Schmitt, F., Ogrocki, P., Johnson, N., Howieson, D., Papka, M., Green, J., Gamst, A, Kukull, W. & Thal, L.J. The Alzheimer's Disease Centers' Neuropsychological Database Initiative: A Resource for Alzheimer's Disease Prevention Trials. In, K. Iqbal, S.S. Sisodia & B. Winblad (Eds.), *Alzheimer's Disease: Advances in Etiology, Pathogenesis and Therapeutics.* Sussex, England: John Wiley & Sons, Ltd.

Langley, L.K., Fuentes, L.J., Hochhalter, A.M., Brandt, J. & Overmier, J.B. Inhibition of return in aging and Alzheimer's disease: Performance as a function of task demands and stimulus timing. *Journal of Clinical and Experimental Neuropsychology, 23,* 431-446.

Carlson, M.C., Brandt, J. & Lyketsos, C. Predictor index of mortality in dementia patients upon entry into long-term care. *Journal of Gerontology: Medical Sciences, 56A,* M567-M570.

**2002**

Rich, J.B., Park, N.W., Dopkins, S. & Brandt, J. What do Alzheimer's disease patients know about animals? It depends on task structure and presentation format. *Journal of the International Neuropsychological Society, 8,* 83-94.

Payne, J.L., Sheppard, J-M.E., Steinberg, M., Warren, A., Steele, C., Brandt, J. & Lyketsos, C. Incidence, prevalence, and outcomes of depression in residents of a long-term care facility with dementia. *International Journal of Geriatric Psychiatry, 17,* 247-253.

Dal Forno, G., Carson, K.A., Brookmeyer, R., Troncoso, J., Kawas, C.H. & Brandt, J. Apolipoprotein E genotype and survival in men and women with Alzheimer's disease. *Neurology, 58,* 1045-1050.

Scarmeas N., Brandt, J., Albert, M., Devanand, D., Marder, K., Bell, K., Ciappa, A., Tycko, B. & Stern, Y. Association between APOE genotype and psychopathologic symptoms in Alzheimer's disease. *Neurology, 58,* 1182-1188.

Bakker, A., Schretlen, D. & Brandt, J. Testing prospective memory: Does the value of a borrowed item help people remember to get it back? *The Clinical Neuropsychologist, 16,* 64-66.

Brickman, A.M., Riba, A., Bell, K., Marder, K., Albert, M., Brandt, J., & Stern, Y. Longitudinal assessment of patient dependence in Alzheimer disease. *Archives of Neurology, 59,* 1304-1308.

Leritz, E., Brandt, J., Minor, M., Reis-Jensen, F. & Petri, M. Neuropsychological functioning and its relationship to antiphospholipid antibodies in patients with systemic lupus erythematosus. *Journal of Clinical and Experimental Neuropsychology, 24,* 527-533.

Leroi, I., O'Hearn, E., Marsh, L., Lyketsos, C.G., Rosenblatt, A., Ross, C.A., Brandt, J. & Margolis, R.L. Psychopathology in patients with degenerative cerebellar disease: A comparison to Huntington's disease. *American Journal of Psychiatry, 159,* 1306-1314.

Brandt, J., Shpritz, B., Codori, A.M., Margolis, R. & Rosenblatt, A. Neuropsychological manifestations of the genetic mutation for Huntington's disease in presymptomatic individuals. *Journal of the International Neuropsychological Society, 8,* 918-924.

Brandt, J. & Munro, C. Memory in subcortical dementia. In, A.D. Baddeley, M.D. Kopelman & B.A. Wilson, (Eds.), *The Handbook of Memory Disorders, second edition.* Sussex, England: John Wiley & Sons.

Hamilton, J.M., Haaland, K.Y., Adair, J.C. & Brandt, J. Ideomotor limb apraxia in Huntington's disease. *Neuropsychologia, 1530,* 1-8.

**2003**

Black, B.S., Kasper, J., Brandt, J., … & Rabins, P.V. Identifying dementia in high-risk community samples: The Memory and Medical Care study. *Alzheimer Disease and Associated Disorders, 17*, 9-18.

Lyketsos, C.G., Delcampo, L., Steinberg, M., Miles, Q., Steele, C.D., Munro, C., Baker, A.S., Sheppard, J.-M.E., Frangakis, C., Brandt, J. & Rabins, P.V. Treating depression in Alzheimer's disease: Efficacy and safety of sertraline, and the benefits of depression reduction. *Archives of General Psychiatry, 60*, 737-746.

Holtzer, R., Tany, M-X, Devanand, D.P., Albert, S.M., Wegesin, D.J., Marder, K., Bell, K., Albert, M., Brandt, J. & Stern, Y. Psychopathological features in Alzheimer's disease: Course and relationship with cognitive status. *Journal of the American Geriatric Society, 51*, 953-960.

Brandt, J. & Folstein, M.F. *Telephone Interview for Cognitive Status, Professional Manual*. Odessa, FL: Psychological Assessment Resources, Inc.

Holtzer, R., Wegesin, D.J., Albert, S.M., Marder, K., Bell, K., Albert, M., Brandt, J. & Stern Y. The rate of cognitive decline and risk of reaching clinical milestones in Alzheimer disease. *Archives of Neurology, 60*, 1137-1142.

Rosenblatt, A., Abbott, M.H., Gourley, L.M., Troncoso, J.C., Margolis, R.L., Brandt, J. & Ross, C.A. Predictors of neuropathological severity in 100 patients with Huntington's disease. *Annals of Neurology, 54*, 488-493.

**2004**

Leroi, I., Brandt, J., Reich, S.G., Lyketsos, C.G., Grill, S., Thompson, R. & Marsh, L. Randomized placebo-controlled trial of donepezil in cognitive impairment in Parkinson's disease. *International Journal of Geriatric Psychiatry, 19*, 1-8.

Brandt, J., Leroi, I., O'Hearn, E., Rosenblatt, A. & Margolis, R.L. Cognitive impairments in cerebellar degeneration: A comparison with Huntington's disease. *Journal of Neuropsychiatry and Clinical Neurosciences, 16*, 176-184.

Pulsifer, M.B., Brandt, J., Salorio, C.F., Vining, E.P.G., Carson, B.S. & Freeman, J.M. The cognitive outcome of hemispherectomy in 71 children. *Epilepsia, 45*, 243-254.

Brandt, J. & Munro, C. Memory in subcortical dementia. In, A.D. Baddeley, M.D. Kopelman & B.A. Wilson, (Eds.), *The Essential Handbook of Memory Disorders for Clinicians*. Sussex, England: John Wiley & Sons.

Reading, S.A.J., Dziorny, A.C., Peroutka, L.A., Schreiber, M., Gourley, L.M., Yallapragada, V., Rosenblatt, A., Margolis, R., Pekar, J.J., Pearlson, G.D., Aylward, E., Brandt, J., Bassett, S.S. & Ross, C.A. Functional brain changes in pre-symptomatic Huntington's disease. *Annals of Neurology, 55*, 879-883.

Snow, L.A., Hovanec, L. & Brandt, J. A controlled trial of aromatherapy for agitation in nursing home patients with dementia. *Journal of Alternative & Complementary Medicine, 10*, 431-437.

Blass, D.M., Hatanpaa, K.J., Brandt, J., Rao, V., Steinberg, M., Troncoso, J.C. & Rabins, P.V. Dementia in hippocampal sclerosis resembles frontotemporal dementia more than Alzheimer's disease. *Neurology, 63*, 492-497.

Rosenblatt, A., Samus, Q.M., Steele, C., Baker, A., Harper, M., Brandt, J., Rabins, P. & Lyketsos, C. The Maryland Assisted Living Study: Prevalence, recognition and treatment of dementia and other psychiatric disorders in the assisted living population of Central Maryland. *Journal of the American Geriatrics Society*,

*52*, 1618-1625.

Scarmeas, N., Hadjigeorgiou, G.M., Papadimitriou, A., Dubois, B., Sarazin, M., Brandt, J., Albert, M. Marder, K., Bell, K., Honig, L.S., Wegesin, D. & Stern, Y. Motor signs during the course of Alzheimer's disease. *Neurology, 63*, 975-982.

Codori, A.M., Slavney, P.R., Rosenblatt, A. & Brandt, J. Prevalence of major depression one year after predictive testing for Huntington's disease. *Genetic Testing,* 8, 114-119.

Munro, C.A., Brandt, J., Sheppard, J-M.E., Steele, C.D., Samus, Q.M., Steinberg, M., Rabins, P.V. & Lyketsos, C.G. Cognitive response to pharmacological treatment for depression in Alzheimer disease. *American Journal of Geriatric Psychiatry, 12*, 491-498.

Aylward, E.H., Sparks, B.F., Field, K.M., Yallapragada, V., Shpritz, B.D., Rosenblatt, A., Brandt, J., Gourley, L.M., Liang, K., Zhou, H., Margolis, R.L. & Ross, C.A. Onset and rate of striatal atrophy in preclinical Huntington's disease. *Neurology, 63*, 66-72.

Steinberg, M., Munro, C.A., Miles, Q., Rabins, P.V., Brandt, J. & Lyketsos, C.G. Patient predictors of response to treatment of depression in Alzheimer's disease: the DIADS Study. *International Journal of Geriatric Psychiatry, 19*, 144-150.

**2005**

Sarazin, M., Stern, Y., Berr, C., Riba, A., Albert, M., Brandt, J. & Dubois, B. Neuropsychological predictors of dependency in patients with Alzheimer disease. *Neurology, 64*, 1027-1031.

Carlson, M.C., Fried, L.P., Xue, Q-L., Tekwe, C. & Brandt, J. Validation of the Hopkins Medication Schedule to identify difficulties in taking medications. *Journal of Gerontological Society of America, 60A,* 217-223.

Scarmeas, N., Albert, M., Brandt, J., Blacker, D., Hadjigeorgiou, G.M., Papadimitriou, A., Dubois, B., Sarazin, M., Wegesin, D., Marder, K., Bell, K. & Stern, Y. Motor signs predict poor outcomes in Alzheimer's disease. *Neurology, 64*, 1696-1703.

Burdick, D., Rosenblatt, A., Samus, Q.M., Steele, C., Baker, A., Harper, M., Mayer, L., Brandt, J., Rabins, P. & Lyketsos, C.G. Predictors of functional impairment in residents of assisted-living facilities: The Maryland Assisted Living Study. *Journal of Gerontology: Medical Sciences, 60A*, 258-264.

Scarmeas, N., Brandt, J., Albert, M., Hadjigeorgiou, G.M., Papadimitriou, A., Dubois, B., Sarazin, M., Devanand, D., Honig, L., Marder, K., Bell, K., Wegesin, D., Blacker, D. & Stern, Y. Delusions and hallucinations are associated with worse outcomes in Alzheimer's disease (AD). *Archives of Neurology, 62*, 1601-1607.

Brandt, J., Shpritz, B., Munro, C.A., Marsh, L. & Rosenblatt, A. Differential impairment of spatial location memory in Huntington's disease. *Journal of Neurology, Neurosurgery, and Psychiatry, 76*, 1516-1519.

Samus, Q.M., Rosenblatt, A., Steele, C., Baker, A., Harper, M., Brandt, J., Mayer, L., Rabins, P.V. & Lyketsos, C.G. The association of neuropsychiatric symptoms and environment with quality of life in assisted living residents with dementia. *The Gerontologist, 45,* 19-26.

Rao, V., Spiro, J.R., Samus, Q.M., Rosenblatt, A., Steele, C., Baker, Al., Harper, M., Brandt, J., Mayer, L., Rabins, P.V., & Lyketsos, C.G. Sleep disturbances in the elderly residing in assisted living: findings from the Maryland Assisted Living Study. *International Journal of Geriatric Psychiatry, 20*, 956-966.

Reading, S.A.J., Yassa, M.A., Bakker, A., Dziorny, A.C., Gourley, L.M., Yallapragada, V., Rosenblatt, A., Margolis, R.L., Aylward, E.H., Brandt, J., Mori, S., van Zijl, P., Bassett, S.S. & Ross, C.A. Regional white

matter change in pre-symptomatic Huntington's disease: A diffusion tensor imaging study. *Psychiatric Research: Neuroimaging, 140*, 55-62.

**2006**

Holtzer, R., Irizarry, M.C., Sanders, J., Hyman, B.T., Wegesin, D.J., Riba, A., Brandt, J., Albert, M., & Stern, Y. Relation of quantitative indexes of concurrent α-synuclein abnormalities to clinical outcome in autopsy-proven Alzheimer disease. *Archives of Neurology, 3*, 226-230.

Zhu, C.W., Scarmeas, N., Torgan, R., Albert, M., Brandt, J., Blacker, D., Sano, M. & Stern, Y. Clinical features associated with costs in early AD: Baseline data from the Predictors Study. *Neurology, 66*, 1021-1028.

Rosenblatt, A., Liang, K.-Y., Zhou, H., Abbott, M.H., Gourley, L.M., Margolis, R.L., Brandt, J. & Ross, C.A. The association of CAG repeat length with clinical progression in Huntington disease. *Neurology, 66*, 1061-1020.

Rosenberg, P.B., Mielke, M.M., Samus, Q.M., Rosenblatt, A., Baker, A., Brandt, J., Rabins, P.V. & Lyketsos, C.G. Transition to nursing home from assisted living is not associated with dementia or dementia-related problem behaviors. *Journal of the American Medical Director's Association, 7*, 73-78.

Dal Forno, G., Chiovenda, P., Bressi, F., Ferreri, F., Grossi, E., Brandt, J., Rossini, P.M., & Pasqualetti, P. Use of an Italian version of the Telephone Interview for Cognitive Status in Alzheimer's disease. *International Journal of Geriatric Psychiatry, 21*, 126-133.

Brandt, J. & VanGorp, W.G. Functional ("psychogenic") amnesia. *Seminars in Neurology, 26*, 331-340.

Ward, J., Sheppard, J-M., Shpritz, B., Margolis, R.L., Rosenblatt, A., & Brandt, J. A four-year prospective study of cognitive functioning in Huntington's disease. *Journal of the International Neuropsychological Society, 12*, 445-454.

Brandt, J. Commentary on "Aggressive course of disease in dementia." *Alzheimer's & Dementia, 2*, 218-219.

Maust, D.T., Onyike, C.U., Sheppard, J-M., Mayer, L.S., Samus, Q.M., Brandt, J., Rabins, P.V., Lyketsos, C.G. & Rosenblatt, A. Predictors of caregiver unawareness and non-treatment of dementia among residents of assisted living facilities: The Maryland Assisted Living Study (MD-AL). *American Journal of Geriatric Psychiatry, 14,* 668-675.

Zhu, C.W., Scarmeas, N., Torgan, R., Albert, M., Brandt, J., Blacker, D., Sano, M. & Stern, Y. Longitudinal study of effects of patient characteristics on direct costs in Alzheimer's disease.   *Neurology, 67*, 998-1005.

Watson, L.C., Lehmann, S., Mayer, L., Samus, Q., Baker, A., Brandt, J., Steele, C., Rabins, P., Rosenblatt, A. & Lyketsos, C. Depression in assisted living is common and related to physical burden. *American Journal of Geriatric Psychiatry, 14*, 876-883.

Amatniek, J.C., Hauser, W.A., DelCastillo-Castaneda, C., Jacobs, D.M., Marder, K., Bell, K., Albert, M., Brandt, J. & Stern, Y. Incidence and predictors of seizures in patients with Alzheimer's disease. *Epilepsia, 47*, 867-872.

Stavitsky, K., Brickman, A.M., Scarmeas, N., Torgan, R.L., Tang, M.-X., Albert, M., Brandt, J., Blacker, D. & Stern, Y. The progression of cognition, psychiatric symptoms, and functional abilities in dementia with Lewy bodies and Alzheimer's disease. *Archives of Neurology, 63*, 1450-1456.

Zhu, C.W., Scarmeas, N., Torgan, R., Albert, M., Brandt, J., Blacker, D., Sano, M. & Stern, Y. Clinical

characteristics and longitudinal changes of informal cost of Alzheimer's disease in the community. *Journal of the American Geriatrics Society, 54*, 1596-1602.

## 2007

Solomon, A.C., Stout, J.C., Johnson, S.A., Langbehn, D.R., Brandt, J., Aylward, E.H., Julian-Baros, E., Ross, C.A., Beglinger, L., Hayden, M., Kayson, E., Duff, K., Guttman, M., Nance, M., Oakes, D., Kieburtz, K., Shoulsen, I., Penziner, M.A., Paulsen, J.S., and the Predict-HD Investigators of the Huntington's Study Group. Verbal episodic memory declines prior to diagnosis in Huntington's disease. *Neuropsychologia, 45*, 1767-1776.

Leroi, I., Samus, Q.M., Rosenblatt, A., Onyike, C.U., Brandt, J., Baker, A.S., Rabins, P. & Lyketsos, C. A comparison of small and large assisted living facilities for the diagnosis and care of dementia: the Maryland Assisted Living Study. *International Journal of Geriatric Psychiatry, 22*, 224-232.

Lyketsos, C.G., Samus, Q.M., Baker, A., McNabney, M., Onyike, C.U., Mayer, L.S., Brandt, J., Rabins, P. & Rosenblatt, A. Effect of dementia and treatment of dementia on time to discharge from assisted living facilities: the Maryland Assisted Living Study. *Journal of the American Geriatric Society, 55*, 1031-1037.

Brandt, J. 2005 INS Presidential Address: Neuropsychological crimes and misdemeanors. *The Clinical Neuropsychologist, 21*, 553-568.

Brandt, J. Forward. In, J.E. Morgan and J.H. Ricker (Eds.), *Textbook of Clinical Neuropsychology.* Oxford, England: Taylor & Francis.

Benedict, R.H.B. & Brandt, J. *Hopkins Verbal Learning Test - Revised / Brief Visuospatial Memory Test - Revised, Professional Manual Supplement.* Lutz, FL: Psychological Assessment Resources, Inc.

Martin, B., Buffington, A.L.H., Welsh-Bohmer, K.A. & Brandt, J. Time of day affects episodic memory in older adults. *Aging, Neuropsychology and Cognition, 12*, 1-19.

Scarmeas, N., Brandt, J., Blacker, D., … & Stern, Y. Disruptive behavior as a predictor in Alzheimer disease. *Archives of Neurology, 64*, 1755-1761.

Maki, P.M., Ernst, M., London, E.D., Mordecai, K.L., Perschler, P., Durso, S.C., Brandt, J., Dobs, A. & Resnick, S.M. Intramuscular testosterone treatment in elderly men: evidence of memory decline and altered brain function. *Journal of Clinical Endocrinology and Metabolism, 92*, 4107-4114.

## 2008

Zhu, C.W., Torga, R., Scarmeas, N., Albert, M., Brandt, J., Blacker, D., Sano, M. & Stern, Y. Home health and informal care utilization and costs over time in Alzheimer's disease. *Home Health Care Services Quarterly, 27*, 1-20.

Black, B.S., Brandt, J., Rabins, P.V., Samus, Q.M., Steele, C.D., Lyketsos, C.G. & Rosenblatt, A. Predictors of providing informed consent or assent for research participation in assisted living residents. *American Journal of Geriatric Psychiatry, 16*, 83-91.

Rao, V., Spiro, J., Samus, Q.M., Steele, C., Baker, A., Brandt, J., Mayer, L., Lyketsos, C.G. & Rosenblatt, A. Insomnia and daytime sleepiness in people with dementia residing in assisted living: Findings from the Maryland Assisted Living Study. *Journal of the American Geriatrics Society, 23*, 199-206.

Cosentino, S., Scarmeas, N., Helzner, E., Glymour, M.M., Brandt, J., Albert, M., Blacker, D., & Stern, Y. APOE e4 allele predicts faster decline in mild Alzheimer's disease. *Neurology, 70*, 1842-1849.

Brickman, A.M., Honig, L.S., Scarmeas, N., Tatarina, O., Sanders, L., Albert, M.S., Brandt, J., Blacker, D.

& Stern, Y. Measuring cerebral atrophy and white matter hyperintensity burden to predict rate of cognitive decline in Alzheimer's disease. *Archives of Neurology, 65*, 1202-1208.

Deeny, S.P., Poeppel, D., Zimmerman, J.B., Roth, S.M., Contreras-Vidal, J.L., Brandauer, J., Brandt, J. & Hatfield, B.D. Exercise, APOE, and working memory: MEG and behavioral evidence for benefit of exercise in e4 carriers. *Biological Psychology, 78*, 179-187.

Zhu, C.W., Scarmeas, N., Stavitsky, K., Albert, M., Brandt, J., Blacker, D., Sano, M. & Stern, Y. Comparison of costs of care between patients with Alzheimer's disease and dementia with Lewy bodies. *Alzheimer's & Dementia, 4*, 280-284.

Samus, Q.M., Mayer, L., Baker, A., McNabney, M., Brandt, J., Onyike, C.U., Rabins, P.V., Lyketsos, C.G. & Rosenblatt, A. Characteristics and outcomes for assisted living residents with dementia: Comparing dementia-specific care units with non-dementia-specific care units. *Journal of the American Geriatrics Society, 56*, 1361-1363.

Tighe, S.K., Leoutsakos, J.S., Carlson, M., Onyike, C.U., Samus, Q., Baker, A., Brandt, J., Rabins, P.V., Mayer, L., Rosenblatt, A. & Lyketsos, C.G. The association between activity participation and time to discharge in the assisted living setting. *International Journal of Geriatric Psychiatry, 23*, 586-591.

Testa, S.M., Ward, J., Crone, N.E. & Brandt, J. Stimulus type affects Wada memory performance. *Epilepsy & Behavior, 13*, 458-462.

Smith, M., Samus, Q.M., Steele, C., Baker, A., Brandt, J., Rabins, P.V., Lyketsos, C. & Rosenblatt, A. Anxiety symptoms among assisted living residents. *Research in Gerontological Nursing, 1*, 1-9.

Brandt, J., Inscore, A.B., Ward, J., Shpritz, B., Rosenblatt, A., Margolis, R.L. & Ross, C.A. Neuropsychological deficits in Huntington's disease gene carriers and correlates of early "conversion." *Journal of Neuropsychiatry and Clinical Neurosciences, 20*, 466-472.

ADAPT Research Group (J. Brandt, writing committee chair). Cognitive function over time in the Alzheimer's disease anti-inflammatory prevention trial (ADAPT). *Archives of Neurology, 65*, 896-905.

Scherer, R.K., Scarmeas, N., Brandt, J., Blacker, D., Albert, M.S. & Stern, Y. The relation of patient dependence to home health aide use in Alzheimer's disease. *Journal of Gerontology, 63A*, 1005-1009.

McNabney, M.K., Samus, Q.M., Lyketsos, C.G., Brandt, J., Onyike, C.U., Baker, A. & Rosenblatt, A. The spectrum of medical illness and medication use among residents of assisted living facilities in central Maryland. *Journal of the American Medical Directors Association, 9*, 558-564.

**2009**

Scarmeas, N., Honig, L.S., Choi, H., Cantero, J., Brandt, J., Blacker, D., Albert, M., Amatniek, J.C., Marder, K., Bell, K., Hauser, W.A. & Stern, Y. Seizures in Alzheimer disease. *Archives of Neurology, 66*, 992-997.

Zhu, C.W., Leibman, C., Townsend, R., McLaughlin, T., Scarmeas, N., Albert, M., Brandt, J., Blacker, D., Sano, M. & Stern, Y. Bridging from clinical endpoints to estimates of treatment value for external decision makers. *Journal of Nutrition, Health & Aging, 13*, 256-259.

Siedlecki, K.L., Tatarina, O., Sanders, L., Albert, M., Blacker, D., Dubois, B., Brandt, J. & Stern, Y. Comparison of patient and caregiver reports of patient activity participation and its relationship to mental health in patients with Alzheimer's disease. *Journal of Gerontology: Psychological and Social Sciences, 64*, 687-695.

Samus, Q.M., Mayer, L., Onyike, C.U., Brandt, J., Baker, A., McNabney, M., Rabins, P.V., Lyketsos, C.G.

& Rosenblatt, A. Correlates of functional dependence among recently admitted assisted living residents with and without dementia. *Journal of the American Medical Directors Association, 10,* 323-329.

Brandt, J. Huntington's disease. In, K.M. Adams & I. Grant (Eds.), *Neuropsychological Assessment in Neuropsychiatric and Neuromedical Disorders, 3rd Edition.* New York: Oxford University Press.

Brandt, J. & Manning, K.J. Patterns of word-list generation in mild cognitive impairment and Alzheimer's disease. *The Clinical Neuropsychologist, 23,* 870-879.

Brandt, J., Aretouli, E., Neijstrom, E., Samek, J., Manning, K., Albert, M.S. & Bandeen-Roche, K. Selectivity of executive function deficits in mild cognitive impairment. *Neuropsychology, 23,* 607-618.

Aretouli, E. & Brandt, J. Everyday functioning in mild cognitive impairment and its relationship with executive cognition. *International Journal of Geriatric Psychiatry, 25,* 224-233.

Rabins, P., Appleby, B.S., Brandt, J., … & Mathews, D.J.H. Scientific and ethical issues related to deep brain stimulation for disorders of mood, behavior, and thought. *Archives of General Psychiatry, 66,* 931-937.

de Medeiros, K., Beall, E., Vozzella, S. & Brandt, J. Television viewing and people with dementia living in long-term care. *Journal of Applied Gerontology, 28,* 638-648.

Rao, V., Rosenberg, P., Bertrand, M., Salehinia, S., Spiro, J., Vaishnavi, S., Rastogi, P., Noll, K., Schretlen, D.J., Brandt, J., Cornwell, E., Makley, M. & Samus Miles, Q. Aggression after traumatic brain injury: Prevalence and correlates. *Journal of Neuropsychiatry and Clinical Neurosciences, 21,* 420-429.

Martin, B.K., Brandt, J., Breitner, J.C.S.,, … & Szekely, C. Can treatment with nonsteroidal anti-inflammatory drugs protect from dementia? (Reply to letter). *Archives of Neurology, 66,* 540.

**2010**

Bonekamp, D., Yassa, M.A., Munro, C.A., Geckle, R.J., Yousem, D.M., Barker, P.B., Schretlen, D.J., Brandt, J. & Horska, A. Gray matter in amnestic mild cognitive impairment: Voxel-based morphometry. *NeuroReport, 21,* 259-263.

Bicket, M.C., Samus, Q.M., McNabney, M., Onyike, C.U., Mayer, L.S., Brandt, J., Rabins, P., Lyketsos, C. & Rosenblatt, A. The physical environment influences neuropsychiatric symptoms and other outcomes in assisted living residents. *International Journal of Geriatric Psychiatry, 25,* 1044-1054.

Aretouli, E. & Brandt, J. Episodic memory in dementia: Characteristics of new learning that differentiate Alzheimer's, Huntington's, and Parkinson's diseases. *Archives of Clinical Neuropsychology, 25,* 396-409.

Rao, V., Bertrand, M., Rosenberg, P., Makley, M., Schretlen, D.J., Brandt, J. & Mielke, M.M. Predictors of new-onset depression after mild traumatic brain injury. *Journal of Neuropsychiatry and Clinical Neurosciences, 22,* 100-104.

Baron, I.S., Erickson, K., Ahronovich, M.D., Litman, F.R. & Brandt, J. Spatial location memory discriminates children born at extremely low birth weight and late-preterm at age three. *Neuropsychology, 24,* 787-794.

Chou, K.L., Amick, M.M., Brandt, J., Camicioli, R., Frei, K., Gitelman, D., Goldman, J., Growden, J., Hurtig, H.I., Levin, B., Litvan, I., Marsh, L., Simuni, T., Tröster, A. & Uc, E.Y., on behalf of the Parkinson Study Group Cognitive/Psychiatric Working Group. A recommended scale for cognitive screening in clinical trials in Parkinson's disease. *Movement Disorders, 25,* 2501-2507.

Testa, S.M. & Brandt, J. Do patients with psychogenic nonepileptic seizures have positive covert attitudes

toward sickness? *Epilepsy & Behavior, 19,* 323-327.

Brandt, J. & Shpritz, B. Two neuropsychologists with Huntington's disease. In, J.E. Morgan, I.S. Baron & J.H. Ricker (Eds.), *Casebook of Clinical Neuropsychology*. New York: Oxford University Press.

Brandt, J., Bakker, A. & Maroof, D. Auditory confrontation naming in Alzheimer's disease. *The Clinical Neuropsychologist, 24,* 1326-1338.

Zhu, C.W., Livote, E.E., Kahle-Wrobleski, K., Scarmeas, N., Albert, M., Brandt, J., Blacker, D., Sano, M. & Stern, Y. Longitudinal medication usage in Alzheimer's disease patients. *Alzheimer's Disease and Associated Disorders, 24,* 354-359.

## 2011

Aretouli, E., Okonkwo, O.C., Samek, J. & Brandt, J. The fate of the 0.5s: Predictors of 2-year outcome in mild cognitive impairment. *Journal of the International Neuropsychological Society, 17,* 277-288.

de Medeiros, K., Mosby, A., Hanley, K., Pedraza, M.S. & Brandt, J. A randomized clinical trial of a writing workshop to improve autobiographical memory and well-being in older adults. *International Journal of Geriatric Psychiatry, 26,* 803-811.

Brandt, J. & Rogerson, M. Preliminary findings from an Internet-based dementia risk assessment. *Alzheimer's & Dementia, 7,* e94-e100.

Gross, A.L., Rebok, G.W., Unverzagt, F.W., Willis, S. & Brandt, J. Word list memory predicts everyday function and problem-solving in the elderly: Results from the ACTIVE cognitive intervention trial. *Aging, Neuropsychology and Cognition, 18,* 129-146.

Gross, A.L., Rebok, G.W., Unverzagt, F.W., Willis, S. & Brandt, J. Cognitive predictors of everyday functioning in older adults: Results from the ACTIVE cognitive intervention trial. *Journal of Gerontology: Psychological Sciences, 66,* 557-566.

Maroof, D., Gross, A. & Brandt, J. Modeling changes in motor and cognitive processing speed in presymptomatic Huntington's disease. *Journal of Clinical and Experimental Neuropsychology, 33,* 901-909.

Chan, K.S., Kasper, J.D., Brandt, J. & Pezzin, L.E. Measurement equivalence in ADL and IADL difficulty across international surveys of aging: Findings from the HRS, SHARE, and ELSA. *Journals of Gerontology, Series B: Psychological Sciences and Social Sciences,* 10.1093/geronb/gbr133.

Zhu, C.W., Livote, E.E., Kahle-Wrobleski, K., Scarmeas, N., Albert, M., Brandt, J., Blacker, D., Sano, M. & Stern, Y. Utilization of antihypertensives, antidepressants, antipsychotics, and hormones in Alzheimer's disease. *Alzheimer's Disease and Associated Disorders, 25,* 144-148.

Breitner, J.C., Baker, L.D., Montine, T.J. Meinert, C.L., Lyketsos, C.G., Ashe, K.H., Brandt, J., Craft, S., Evans, D.E., Green, R.C., Ismail, M.S., Martin, B.K., Mullan, M.J., Sabbagh, M. & Tariot, P. for the ADAPT Research Group. Extended results of the Alzheimer disease anti-inflammatory prevention trial (ADAPT). *Alzheimer's & Dementia, 7,* 402-411.

Silverberg, N.B., Rian, L.M., Carrillo, M.C.,, Sperling, R., Petersen, R.C., Posner, H.B., Snyder, P.J., Hilsabeck, R., Gallagher, M., Raber, J., Rizzo, A., Possin, K., King, J., Kaye, J., Ott, B.R., Albert, M.S., Wagster, M.V., Schinka, J.A., Cullum, C.M., Farias, S.T., Balota, D., Rao, S., Loewenstein, D., Budson, A.E., Brandt, J., Manly, J.J., Barnes, L., Strutt, A., Gollan, T.H., Ganguli, M., Babcock, D., Litvan, I., Kramer, J.H. & Ferman, T.J. Assessment of cognition in early dementia. *Alzheimer's & Dementia, 7,* e60-e76.

Baron, I.S., Brandt, J., Ahronovich, M.D., Baker, R., Erickson, K. & Litman, F.R. Selective deficit in spatial location memory in extremely low birth weight children at age six: The PETIT study. *Child Neuropsychology, 18, 299-311.*

Blom, R., Samuels, J.F., Grados, M.A., Chen, Y., Bienvenu, O.J., Riddle, M.A., Liang, K.-Y., Brandt, J. & Nestadt, G. Cognitive functioning in compulsive hoarding. *Journal of Anxiety Disorders, 25,* 1139-1144.

Testa, S.M., Lesser, R., Krauss, G. & Brandt, J. Personality Assessment Inventory among patients with psychogenic seizures and those with epilepsy. *Epilepsia, 52,* e84-e88.

**2012**

Testa, S.M., Krauss, G.L., Lesser, R.P. & Brandt, J. Stressful life event appraisal and coping in patients with psychogenic seizures and those with epilepsy. *Seizure, 21,* 282-287.

Gross, A.L., Inouye, S.K., Rebok, G.W., Brandt, J., Crane, P.K., Parisi, J.M., Tommet, D., Bandeen-Roche, K., Carlson, M.C., & Jones, R.N., for the Alzheimer's Disease Neuroimaging Initiative. Parallel but not equivalent: Challenges and solutions for repeated assessment of cognition over time. *Journal of Clinical and Experimental Neuropsychology, 34,* 758-772.

Unschuld, P.G., Edden, R.A.E., Carass, A., Liu, X., Shanahan, M., Wang, X., Oishu, K., Brandt, J., Bassett, S.S., Redgrave, G.W., Margolis, R.L., van Zihl, P.C.M., Barker, P.B. & Ross, C.A. Brain metabolite alterations and cognitive dysfunction in early Huntington disease. *Movement Disorders, 27,* 895-902.

Rebok, G.W., Langbaum, J.B.S., Jones, R.N., Gross, A.L., Parisi, J.N., Spira, A.P., Kueider, A., Petras, H., & Brandt, J. Memory training in the ACTIVE study: How much is needed and who benefits? *Journal of Aging and Health,* published online 26 October, DOI: 10.1177/0898264312461937

Aretouli, E.A., Tsilidis, K.K. & Brandt, J. Four-year outcome of mild cognitive impairment: The contribution of executive dysfunction. *Neuropsychology, 27,* 95-106.

Rahn, K.A., Watkins, C.C., Alt, J., Rais, R., Stathis, M., Grishkan, I., Crainceau, C.M., Pomper, M.G., Rojas, C., Calabrese, P.A., Brandt, J., Barker, P.B., Slusher, B.S. & Kaplin, A.I. Inhibition of GCPII activity as a treatment for cognitive impairment in multiple sclerosis. *Proceedings of the American Academy of Sciences, 109,* 20101-20106.

**2013**

Brandt, J., Sullivan, C., Burrell, L.E., Rogerson, M. & Anderson, A. Internet-based screening for dementia risk. *PloS ONE,* 8, e57467. doi:10.1371/journal.pone.0057476.

Samus, Q.M., Onyike, C., Johnson, D., Mayer, L., McNabney, M., Baker, A.S., Brandt, J., Rabins, P.V., Lyketsos, C.G. & Rosenblatt, A. 12-month incidence, prevalence, persistence, and treatment of mental disorders among individuals recently admitted to assisted living facilities in Maryland. *International Psychogeriatrics, 25,* 721-731.

Rao, V., McCann, U., Bergey, A., Han, D., Brandt, J. & Schretlen, D.J. Correlates of apathy during the first year after traumatic brain injury [Letter]. *Psychosomatics, 54,* 403-404.

Zhu, C.W., Livote, E.E., Scarmeas, N., Albert, M., Brandt, J., Blacker, D., Sano, M. & Stern, Y. Long-term associations between cholinesterase inhibitors and memantine use and health outcomes among patients with Alzheimer's disease. *Alzheimer's & Dementia, 9,* 1-8.

Gross, A.L., Rebok, G.W., Brandt, J., Tommet, D., Marsiske, M. & Jones, R.N. Modeling learning and memory using verbal learning tests: Results from ACTIVE. *Journal of Gerontology: Psychological*

*Sciences*, 68, 153-167.

Brandt, J., Breitner, J.C.S., Luis, C.A., Martin, B., Reckess, G.Z. & Zandi, P. Screening by telephone in the Alzheimer's Disease Anti-Inflammatory Prevention Trial. *Journal of Alzheimer's Disease, 36,* 433-443.

Bell, S.G., Matsumoto, M., Shaw, S.J., Brandt, J. & Krauss, G.L. New antiepileptic drug safety information is not transmitted systematically and accepted by U.S. neurologists. *Epilepsy & Behavior, 29,* 36-40.

Samus, Q.M., Vavilikolanu, A., Mayer, L., McNabney, M., Brandt, J., Lyketsos, C.G. & Rosenblatt, A. Cohort differences in dementia recognition and treatment indicators among assisted living residents in Maryland: Did a change in the resident assessment tool make a difference? *International Psychogeriatrics, 25,* 2047-2056.

Unschuld, P.G., Liu, X., Shanahan, M., Margolis, R.L., Bassett, S.S., Brandt, J., Schretlen, D.J., Redgrave, G.W., Hua, J., Hock, C., Reading, S.A., van Zijl, P.C.M., Pekar, J.J. & Ross, C.A. Prefrontal executive function associated coupling relates to Huntington disease stage. *Cortex, 49,* 2661-2673.

## 2014

Razlighi, Q.R., Stallard, E., Brandt, J., Blacker, D., Albert, M., Scarmeas, N., Kinosian, B., Yashin, A.I. & Stern, Y. A new algorithm for predicting time to disease endpoints in Alzheimer's patients. *Journal of Alzheimer's Disease, 38,* 661-888.

McNabney, M.K., Onyike, C., Johnston, D., Mayer, L., Lyketsos, C., Brandt, J., Rosenblatt, A. & Samus, Q. The impact of complex chronic diseases on care utilization among assisted living residents. *Geriatric Nursing, 35,* 26-30.

Gross, A.L., Brandt, J., Bandeen-Roche, K., Carlson, M.C., Stuart, E.A., Marsiske, M., & Rebok, G.W. (2014). Do older adults use the Method of Loci? Results from the ACTIVE Study. *Experimental Aging Research, 40,* epub.

Cosentino, S., Zahodne, L., Brandt, J., Blacker, D., Albert, M., Dubois, B. & Stern, Y. Social cognition in Alzheimer's disease: A separate construct contributing to dependence. *Alzheimer's & Dementia,* epub.

Anderson, W.S. & Brandt, J. The role of neuropsychological evaluation in epilepsy surgery candidates. *Neurosurgery Quarterly*, 24, 301-305.

Gu, Y., Scarmeas, N., Cosentino, S., Brandt, J., Albert, M., Blacker, D., Dubois, B & Stern, Y. Changes in body mass index before and after Alzheimer's disease onset. *Current Alzheimer's Research, 11*, 349-356.

Brandt, J., Blehar, J., Anderson, A. & Gross, A.L. Further validation of the internet-based Dementia Risk Assessment. *Journal of Alzheimer's Disease, 41,* 937-945.

Spira, A., Yager, C., Brandt, J., Smith, G.S., Zhou, Y., Mathur, A., Kumar, A., Brasic, J.R., Wong, D.F. & Wu, M.N.   Objectively measured sleep and β-amyloid burden in older adults: A pilot study. *SAGE Open Medicine, 2,* 2050312114546520.

Ross, C.A., Pantelyat, A., Kogan, J. & Brandt, J. Determinants of functional disability in Huntington's disease: role of cognitive and motor dysfunction. *Movement Disorders, 29*, 1351-1358.

Brandt, J., Rogerson, M., Al-Joudi, H., Reckess, G., Shpritz, B., Umeh, C.C., Aljehani, N., Mills, K. & Mari, Z. Betting on DBS: effects of subthalamic nucleus deep brain stimulation on risk-taking and decision-making in patients with Parkinson's disease. *Neuropsychology, 29,* 622-631.

## 2015

Brandt, J. & Puente, A.N. Update on psychogenic nonepileptic seizures (PNES). *Psychiatric Times, 32,* 21-23.

Chan, K., Gross, A., Pezzin, L., Brandt, J. & Kasper, J. Harmonizing measures of cognitive performance across international surveys of aging using item response theory. *Journal of Aging and Health, 27*, 1392-1414.

Cohen, M.L., Aita, S., Mari, Z. & Brandt, J. The unique and combined effects of apathy and depression on cognition in Parkinson's disease. *Journal of Parkinson's Disease, 5,* 351-359.

Zhu, C.W., Scarmeas, N., Ornstein, K., Albert, M., Brandt, J., Blacker, D., Sano, M. & Stern, Y. Health-care use and cost in dementia caregivers: Longitudinal results from the Predictors Caregiver Study. *Alzheimer's & Dementia, 11*, 444-454.

**2016**

Puente, A.N., Cohen, M.L., Aita, S. & Brandt, J. Behavioral ratings of executive functioning explain instrumental activities of daily living beyond test scores in Parkinson's disease. *The Clinical Neuropsychologist, 30,* 95-106.

Rappold, T., Laflam, A., Hori, D., Brown, C., Brandt, J., Mintz, C.D., Sieber, F., Gottschalk, A, Yenokyan, G., Everett, A & Hogue, C.W. Evidence of an association between brain cellular injury and cognitive decline after non-cardiac surgery. *British Journal of Anesthesia, 116*, 83-89.

Brandt, J. Diet and dementia. In, E.H. Kossoff, Z. Turner, S. Doerrer, M. Cervenka & B.J. Henry, *The Ketogenic and Modified Atkins Diets: Treatments for Epilepsy and Other Disorders* (6th edition). New York: Demos Health.

Nelson, A., Bilder, R.M., O'Connor, M., Brandt, J., Weintraub, S. & Bauer, R.M. Response to Bodin and Grote regarding postdoctoral recruitment in clinical neuropsychology. *The Clinical Neuropsychologist, 30,* 651-659.

Taylor, J., Anderson, W.S., Brandt, J., Mari, Z. & Pontone, G.M. Neuropsychiatric complications of Parkinson's disease treatments: the importance of multidisciplinary care. *American Journal of Geriatric Psychiatry*, 24, 1171-1180.

Mills, K.A., Mari, Z., Pontone, G.M., Pantelyat, A., Zhang, A., Yorimoto, N., Powers, E., Brandt, J., Dawson, T.M. & Rosenthal, L.S. Cognitive impairment in Parkinson's disease: Association between patient-reported and clinically measured outcomes. *Parkinsonism and Related Disorders.* http://dx.doi.org/10.1016/j.parkreldis.2016.09.025

**MAJOR INVITED LECTURES:**

Personality and psychopathology in complex partial epilepsy: Ictal and interictal phenomena. Third Annual Conference of the New York Neuropsychology Group, March 1982.

Memory, alcoholism, and the brain. Department of Psychology, Queens College of the City University of New York, May 1982.

Impairment in cognitive functioning and residual impairments in recovering alcoholics. First Annual Symposium of the Baltimore-Washington Area Neuropsychology Group, January 1984.

Personality characteristics in temporal lobe epilepsy. Laboratory of Clinical Neuroscience, NINCDS, March 1985.

Faked amnesia. Department of Cognitive and Brain Sciences, Massachusetts Institute of Technology May 1987.

Neuropsychology and the cerebral basis of ignorance. Department of Neurology, Massachusetts General Hospital, May 1987.

The ethics of presymptomatic genetic testing: Principles and problems. American Association for Clinical Chemistry, July 1987.

The nature of language: Lessons from neurological disorders. Smithsonian Institution, August 1988.

Presymptomatic diagnosis of Huntington disease. American Society of Human Genetics, October 1988.

Ethical and legal issues in the use of DNA probes for genetic testing. DNA Probes in the Practice of Medicine: An Update. American Medical Association, November 1988.

Lessons from Huntington's disease. International Symposium of Ethical Implications of the New Genetics for Psychiatry. Institute on Psychiatry, Maudsley Hospital, June 1989.

Amnesia: Genuine and feigned. Institute of Psychiatry, Maudsley Hospital, June 1989.

Psychological and social consequences of presymptomatic DNA diagnosis of Huntington's disease. First World Congress on Psychiatric Genetics, August 1989.

Presymptomatic testing for Huntington's disease. Workshops on Pre-Symptomatic Testing for Germ Line p53 Mutations in Cancer Families. National Cancer Institute, May 1991, November, 1991.

Knowing without remembering. Smithsonian Institution, April 1992.

Contributions of the caudate nucleus to cognition: Studies of Huntington's disease. Department of Neurology, University of Miami, December 1992.

New dimensions in dementia research. Invited symposium for Annual Meeting of the American Psychological Association, August 1993.

Cognition and the caudate: Neuropsychological studies in Huntington's disease and presymptomatic gene carriers. Tufts University School of Medicine/New England Medical Center, March 1994; Department of Psychiatry, Stanford University School of Medicine, May 1994.

Memory in Huntington's disease. Department of Neurology and Sergievsky Center, Columbia University College of Physicians and Surgeons, May 1994.

The malingering of memory impairment. Second Pacific Rim Conference, International Neuropsychological Society and Australian Society for the Study of Brain Impairment, July 1995.

Diagnosing incurable illness in healthy persons: Genetic testing for Huntington's disease. Department of Psychology, University of Oslo, November 1996.

Limits on the predictive validity of neuropsychological and neurological assessments. Norwegian Neuropsychological Association, November 1996.

Cognitive changes in normal aging. Workshop on the Aging Pilot. Civil Aviation Medicine Division, Health Canada, December 1996.

Neuropsychological and genetic studies in Huntington's disease: A 10-year experience. Arthur Benton

Award Lecture, International Neuropsychological Society, February 1997.

If it walks like a duck and it quacks like a duck, it might be a turkey: The impersonation of amnesia. Seventh Annual Conference, Rotman Research Institute, Baycrest Centre for Geriatric Care, Toronto, March 1997.

The neuropsychology of memory, with forensic applications. Continuing Education Seminar, American Psychological Association, Alaska Cruise, June 1998.

Are there manifestations of the *huntingtin* mutation prior to clinical onset of Huntington's disease? Sergievsky Center, Columbia University College of Physicians and Surgeons, May 2000.

Normal young adults with the Huntington's disease mutation. Maryland Psychiatric Research Center, December 2000.

Hysteria or malingering: Pseudoamnesia. American Neuropsychiatric Association, February 2001.

The tyranny of disease in clinical neuropsychology. Presidential Address, Division of Clinical Neuropsychology, American Psychology Association, August 2001.

Aging, Amnesia, and Alzheimer's: Memory loss in the elderly. Celebration of Caregiving Conference. John Douglas French Center for Alzheimer's Disease, April 2002.

Cognition in Huntington's disease and those at risk. Third International Congress on Genetics and Regeneration in Neuroscience, Terni, Italy, June 2002.

Neuropsychological assessment in dementia: Recent advances and challenges for the future. San Giovanni Calibita Fatebenefratelli Ospedale Generale, Università Campus Bio-Medico, Rome, July 2002.

Dementia in Huntington's disease. Eighth International Conference on Alzheimer's Disease and Related Disorders, Stockholm, July 2002.

Cognitive changes before and after clinical onset of Huntington's disease. Boston Society of Neurology and Psychiatry, November 2002.

Cognitive changes before and after clinical onset of Huntington's disease. Grand Rounds, Department of Neurology, University of Maryland School of Medicine, April 2003.

Neuropsychological differences among the dementias and what they tell us about the brain. International Conference on Neuropsychology: Recent Advances in the East and the West, Hong Kong, December 2003.

Very early detection of degenerative brain disease: The case of Huntington's disease. Presidential Address, International Neuropsychological Society, Brisbane, Australia, July 2004.

Accreditation of neuropsychology as a profession. University of Deusto, Bilbao, Spain, October 2004.

Neuropsychological crimes and misdemeanors. Presidential Address, International Neuropsychological Society, St. Louis, February 2005.

The dementia of Huntington's disease and subtle cognitive impairment in people at risk. International Neuropsychological Society, Bilbao, Spain, July 2007.

Neurocognitive and functional outcomes of cerebral hemispherectomy. Conference on Neurobehavioral Outcomes of Hemispherectomy: Current Status and New Approaches, NICHD/NINDS, Bethesda, October 2008.

The aging brain and cognition. Grupo José de Mello Saúde 15th Annual Conference, Lisbon, Portugal, June 2009.

Eponymous neurobehavioral syndromes. Grand Rounds, Department of Neurology, University of Maryland School of Medicine, October 2012.

Detection of cognitive impairment in the community: Screening for dementia. Neurocognitive impairment in Huntington's disease and presymptomatic gene carriers. School of Psychology, Aristotle University, Thessaloniki, Greece, June 2013.

Impaired decision-making in Parkinson's disease and the effects of deep brain stimulation. International Society for Marketing Science, Baltimore, June 2015.

Internet-based screening for cognitive impairment. StoP-AD Center, Douglas Mental Health Institute, McGill University, Montreal, January 2017.

A pilot clinical trial of the modified Atkins diet for mild cognitive impairment and early Alzheimer's disease. StoP-AD Center, Douglas Mental Health Institute, McGill University, Montreal, January 2017.

Revised March 16, 2017

# Dr. Kathy A. Lawler

UNIVERSITY OF PENNSYLVANIA-SCHOOL OF MEDICINE
Curriculum Vitae

March 2017

Kathy A. Lawler, D.Phil.

Office Address:     3 West Gates Building
                    Hospital of the University of Pennsylvania
                    3400 Spruce Street
                    Philadelphia, PA 19104-4283
                    Telephone: 215-662-3371
                    Fax: 215-349-5579
                    Email: Kathy.lawler@uphs.upenn.edu

Education:
          1974   BA Michigan State University (Psychology, Honors)

          1981   D.Phil. University of Oxford (Neuropsychology)
                 Department of Experimental Psychology
                 Thesis:  Aspects of Spatial Vision Following Brain Damage


Postgraduate Training and Fellowship Appointments:
          1981-1982      Fellowship (Neuroanatomy)
                         Massachusetts Institute of Technology

          1982-1983      Fellowship (Clinical Neuropsychology)
                         New England Rehabilitation Hospital

          1984-1985      Certification in Cognitive Therapy
                         Center for Cognitive Therapy
                         University of Pennsylvania
Faculty Appointments:
          1987 - 2003    Clinical Assistant Professor of Neurology
                         The University of Medicine and Dentistry
                         Robert Wood Johnson Medical School

          1989 - 1993    Adjunct Clinical Assistant Professor
                         College of Arts and Sciences (Department of Psychology)
                         Widener University

          2006–Present Affiliated Faculty
                         Center for Cognitive Neuroscience
                         University of Pennsylvania

          2010–Present Affiliated Faculty
                          Center for Cognitive
                         Neuroscience, Mahoney Neurological Institute,
                         University of Pennsylvania

1

2010–Present Clinical Assistant Professor of Neuropsychology in Neurology
Perelman School of Medicine
University of Pennsylvania

Hospital and Administrative Appointments:

1983 - 1986   Director of Neuropsychology
Brain Injury Rehabilitation Unit
Magee Rehabilitation Hospital

1986 - 1993   Director of Neuropsychological Services
Mediplex Rehabilitation Hospital

1987 – 1992   Institutional Review Board
Mediplex Rehabilitation Hospital

1989 - 1993   Clinical Training Coordinator
Mediplex Rehabilitation Hospital

1993 - 2003   Director, Neuropsychology Laboratory
Division of Neurology
Cooper Hospital/University Medical Center

1995 – 2003   Cooper Hospital Council for the Control of Injury

1996 – 2003   Director, Postdoctoral Fellowship Training Program
Cooper Hospital/University Medical Center

2004 – Present  Director of Neuropsychology
Department of Neurology
Perelman School of Medicine

2007 – 2014   Clinical Neuropsychologist (Research only)
Department of Child and Adolescent Psychiatry
Children's Hospital of Philadelphia

Other Appointments:

1979 – 1981   Chairperson
Oxford Brain Research Association
University of Oxford

Specialty Certification:

1992   American Board of Professional Psychology (Clinical Neuropsychology)

Licensure:   Massachusetts, Pennsylvania, and New Jersey

Awards and Honors:

1970 - 1974   Trustees Scholarship
Michigan State University

2

| | |
|---|---|
| 1978 - 1981 | Wolfson College Scholarship<br>University of Oxford |
| 1979 - 1981 | E. P. Abraham Scientific Research Scholarship<br>Department of Experimental Psychology<br>University of Oxford |
| 1980 | NATO Study and Travel Award |
| 1980 | Academic Travel Award granted by the Guarantors of <u>Brain</u> |
| 1981 -1982 | Fight for Sight Training Fellowship<br>Dept. of Psychology and Clinical Research Center<br>Massachusetts Institute of Technology |
| 1981 - 1982 | National Postdoctoral Research Training Award<br>(Individual), National Eye Institute, NIH<br>Dept. of Psychology and Clinical Research Center<br>Massachusetts Institute of Technology |
| 1983 | National Science Foundation, Travel Award |

<u>Membership in Professional and Scientific Societies:</u>

International:
    International Neuropsychological Society
    Society for Neuroscience
    Southern African Clinicians Society

National:
    American Psychological Association

Local:
    Philadelphia Neuropsychology Society
    Philadelphia Neurological Society

<u>Academic and Clinical Teaching Responsibilities:</u>

| | |
|---|---|
| 1973 – 1974 | Teaching Assistant, Department of Psychology, Michigan State University, Course: Introduction to Psychology |
| 1977 – 1981 | Teaching Assistant/Laboratory Instructor, Department of Experimental Psychology, University of Oxford.  (1) Comparative Neuroanatomy, (2) Neuroanatomical Methods and Techniques |
| 1977 – 1981 | Individual tutorials for undergraduate students in the departments of psychology, physiology, and the medical school at the University of Oxford.  Topics taught: cognitive psychology, perception, behavior disorders, neuropsychology, and animal learning |

3

| | |
|---|---|
| 1989 – 1993 | Coordinator of clinical training for the Neuropsychology sub-specialization, College of Arts and Sciences (Department of Psychology), Widner University, Chester, PA |
| 1993 – 2003 | Robert Wood Johnson Medical School, Cooper Hospital/University Medical Center, Department of Neurology, Camden, NY, Lectures:  Dementia, Introduction to Neuropsychological Assessment, Affective Disorders, Traumatic Brain Injury |
| 1996 – 2003 | Teaching for Post-doctoral Fellowship and Pre-doctoral Internship Training Programs in Neuropsychology, Cooper Hospital/University Medical Center |
| 2003 – 2004 | Lecturer for College of General Studies, University of Pennsylvania, Course: Why Memory Fails: The Neuropsychology of Memory |
| 2005 – Present | Lecturer for the Penn Neurology Board Review, Topics: Electroconvulsive Therapy, Behavioral Therapies, Learning Theory, Neuropsychological Assessment |
| 2005- Present | Clinical Neuropsychology Internship and Postdoctoral Training Program, Department of Neurology, Hospital of the University, of Pennsylvania |

Lectures by Invitation:

| | |
|---|---|
| September 17-20, 2008 | HIV-Related Cognitive Deficits, Invited lecture, Bold New Steps: 2nd Botswana International HIV Conference, Gaborone, Botswana |
| July 23-24, 2009 | Depression and Cognitive Impairment Associated with HIV: Botswana Pilot Studies, Cape Town, South Africa |
| April 1, 2011 | Mild Traumatic Brain Injury & Post-Concussion Syndrome: A Neuropsychological Perspective 10th Annual Disability Symposium Weingarten Learning Resources Center University of Pennsylvania |
| April 10, 2011 | Is There a Role for Neuropsychology in Developing Countries? University of the West Indies—Mona Campus Kingston, Jamaica |

Organizing Roles in Scientific Meetings:

February 23, 1999    You Can't Ice the Brain (Organizer), Conference sponsored by Cooper Hospital/University Medical Center, Voorhees, NJ

Completed Research Support:

2008 - 2010    Penn Center for AIDS Research (CFAR), (Lawler & Coslett), Role: PI,
An NIH-funded program (P30 AI 045008).
Neurobehavioral Effects of HIV+ Individuals in Gaborone, Botswana.
*Goals:* To validate instruments to assess depression and cognition in HIV+ subjects in Botswana.

Current Research Support:

20011- 2014    Fogarty International Center
Role: PI
1 R21 TW009262-01
Neurobehavioral Assessment/High-Risk Behavior Among HIV-Positive Adolescents
*Goals:* To assess the association between cognition/depression and high risk behaviors in HIV-positive adolescent in Botswana.

Bibliography:

Research Publications, peer-reviewed:

1.    Lawler K and Cowey A.  The Effects of Pretectal and Superior Collicular Lesions on Binocular Vision.  Exp Brain Res 1986; 63:402-408.

2.    Olson C and Lawler K. Cortical and Subcortical Afferent Connections of the Posterior Division of Feline Area 7 (area 7p).  J of Comp Neurol 1987; 259:13-30.

3.    Lawler K and Cowey A.  On the Role of Posterior Parietal and Prefrontal Cortex in Visuo-Spatial Perception and Attention.   Exp Brain Res 1987; 65:695-698.

4    Como P, Rubin A, O'Brien C, Hickey C, Henderson R, Lawler K, McDermott M, Shoulson I.  A Controlled Trial of Fluoxetine in Non-Depressed Patients with Huntington's disease.  Neurology 1993; 43: A334.

5.    Lawler K and Terrigino C. Guidelines for the Evaluation and Education of Adult patients with Mild Traumatic Brain Injuries in an Acute Hospital Setting.  J Head Trauma Rehab 1996; 11 (6): 18-28.

6.    Ances B, Roc A, Wang J, Korczykowski M, Okawa J, Stern J, Kim J, Wolf R, Lawler K, Kolson D, Detre J. Caudate Cerebral Blood Flow and Volume are Reduced in HIV Neurocognitively Impaired Patients. Neurology 2006; 66: 862-866.

7.      Thomas A, Lawler K, Olson I, and Aguirre GK.  The Philadelphia Face Perception Battery (PFPB).  2008 Mar; Arch of Clin Neuropsychol, 23(2): 175-187.

8.      Mechanic-Hamilton D, Korczykowski M, Yushkevich PA, Lawler K, Pluta J, Glynn S, Tracy, JI, Wolf RL, Sperling MR, French JA, Detre JA.  Hippocampal volumetry and functional MRI of memory in temporal lobe epilepsy, Epilepsy & Behav 2009.

9.      Lawler K, Mosepele M, Ratcliffe S, Seloilewe E, Steele K, Nthobatsang R, Steenhoff A. Neurocognitive Impairment among HIV-positive individuals in Botswana: a pilot study, J International AIDS Soc, 2010, 13:15.

10. Robertson K, Liner J, Hakim J, Sankalé JL, Grant I, Letendre S, Clifford D, Diop AG, Jaye A, Kanmogne G, Njamnshi A, Langford TD, Weyessa TG, Wood C, Banda M, Hosseinipour M, Sacktor N, Nakasuja N, Bangirana P, Paul R, Joska J, Wong J, Boivin M, Holding P, Kammerer B, Van Rie A, Ive P, Nath A, Lawler K, Adebamowo C, Royal W 3rd, Joseph J; NeuroAIDS in Africa Conference Participants.J Neurovirol. 2010 Jun16(3):189-202.

11. Lawler K, Mosepele M, Seloilewe E, Ratcliffe S, Steele K, Nthobatsang R, Steenhoff A. Depression in HIV-positive individuals in Botswana: a surveillance study, AIDS & Behav  2011; 15(1): 204.

12. Lowenthal E, Lawler K, Harari N, Moamogwe L, Masunge J, Masedi M, Matome B, Seloilwe E, Jellineck M, Murphy M, Gross R.  Validation of the Pediatric Symptom Checklist in HIV-infected Batswana, J of Child and Adolescent Mental Health, 2011, 23(1): 17-28.

13. Lawler K, Jeremiah K, Mosepele M, Ratcliffe SJ, Cherry C, Seloilwe E, Steenhoff A. Neurobehavioral effects of HIV-positive individuals receiving highly active antiretroviral therapy (HAART) in Gaborone, Boswana, PLOS ONE, 2011, 6(2): 1-6.

14. Galetta K, Brandes L, Maki K, Dziemianowicz M, Laudano E, Allen M, Lawler K, Sennett B, Wiebe D, Devick S, Messner L, Galetta S, Balcer L. The King-Devick test and sports-related concussion: Study of a rapid visual screening tool in a collegiate cohort. J of Neurological Sciences, 2011, 309: 34-39.

15. Lewis E and Lawler K. Watering flowers in the rain: the elusive nature of executive dysfunction in HIV, J of Neurosci in Rural Practice, 2011, 2(1): 97-100.

16. Lewis E, Mosepele M, Seloilwe E, Lawler K. Depression in HIV-positive women in Gaborone, Botswana. Health Care for Women International, 2012, 33(4): 375-386.

17.  Lowenthal E, Lawler K, Harari N, Moamogwe L, Masunge J, Masedi M, Matome B, Seloilwe E, Gross R. Rapid psychosocial function test was associated with treatment failure in HIV+ African youth, AIDS Care, 2012, 24(6): 722-727.

18. Anderson CT, Noble E, Mani R, Lawler K, Pollard JR. Epilepsy Surgery: Factors that affect patient decision-making in choosing or deferring a procedure. Epilepsy Research and Treatment, 2013.

19. Lowenthal E, Lawler K, Harari N, Moamogwe L, Masedi M, Masunge J, Matome B, Seloilwe E, Gross R. Use of the Pediatric Symptom Checklist for screening children for psychosocial dysfunction in Botswana. Thari Ya Bana: Reflections on Children in Botswana 2013. Published by UNICEF and the University of Botswana, 2013.

20. Hamilton K, Anderson CT, Dahodwala N, Lawler K, Hesdorffer D, French J, Pollard JR. Utilization of care among drug resistant epilepsy patients with symptoms of anxiety and depression, Seizure, 2014 23(3): 196-200.

Abstracts:

1. Carswell M and Lawler K. Neuropsychological Findings of Kallaman's Syndrome Spectrum: A Clinical Case Study. International Neuropsychological Society Abstracts 2006; Boston, MA.

2. Mechanic-Hamilton D, Korczykowski M, Kimberg D, Tracy J, Lawler K, Sperling M, French J, Detre J. Neural Changes in fMRI Activation After Surgical Intervention for Temporal Lobe Epilepsy. International Neuropsychological Society Abstracts 2006; Boston, MA

3. Carswell M, Lawler K, Aguirre G, and Dichter M. Retinotopic Mapping of the Visual Cortex with fMRI and Neuropsychological Testing in a Patient with a Focal Occipital Lesion. American Academy of Clinical Neuropsychology Abstracts 2006; Philadelphia, PA.

4. Carswell M and Lawler K. Paraneoplastic Limbic Encephalitis (PLE): A Case Study of Long-term Cognitive and MRI Findings. International Neuropsychological Society Abstracts 2007; Portland, OR.

5. Thomas A, Lawler K, Olson I, and Aguirre GK. The Philadelphia Face Perception Battery. 2007; Presented at Vision Sciences Society Meeting, Sarasota, FL.

6. Seloilwe E, Steenhoff A, Mosepele M, Nthobatsang R, Thakur R, Steele K, Coslett B, Lawler K. HIV-Associated Depression, New Steps: 2nd Botswana International HIV conference abstracts 2008, Gaborone, Botswana.

7. Seloilwe E, Steenhoff A, Mosepele M, Ratcliffe S, Nthobatsang R, Steele K, Thakur R, Coslett B, Lawler K. HIV-associated depression, Global Health Conference, Children's Hospital of Philadelphia 2008, Philadelphia, PA.

8. Lewis E & Lawler K. Depression among HIV-positive women: a pilot study in Botswana, International Council of Women's Health Issues (ICOWHI): Cities and Women's Health: Global Perspectives, Abstract April 2009, Philadelphia, PA.

9. Lowenthal E, Ratcliffe S, Lawler K, Harari, Gross R. Screening for Depression and Anxiety in African Youth: Are Commonly Used Tools Valid?  Pediatric Academic Society, April 2011.

10. Lowenthal E, Lawler K, Harari, Gross R. Increased Treatment Failure among Older Children and Adolescents in Botswana, 2011, CROI, Boston, MA.

11. Hamilton KT, Anderson CT, Dahodwala N, Lawler K, Pollard J. Management of refractory epilepsy patients with symptoms of anxiety and depression, March 2013, American Academy of Neurology, San Diego, CA.

12. Payne C, Kohler IV, Bandawe C, Lawler K, Kohler H-P. Measuring Cognitive Health and its Associations with Individuals Well-Being among Older Adults in Sub-Saharan Africa, 2016, Population Association of American, Washington, D.C.

# Dr. Glenn Smith

# GLENN SMITH
## VITA

Address:    1225 Center Dr., RM 3154          email: glennsmith@phhp.ufl.edu
              Dept of Clinical and Health Psychology   Telephone:  (352) 273-6556
              University of Florida
              Gainesville, FL 32606

## PRESENT ACADEMIC RANK AND POSITION
2015-      Elizabeth Faulk Professor and Chair
           Department of Clincal and Health Psychology, Unversity of Florida
           Emeritus Professor of Psychology, Mayo College of Medicine

## BOARD CERTIFICATION and LICENSURE
2015       Licensed Psychologist, Florida, #PY9386
1997-      Diplomate, Clinical Neuropsychology, American Board of Professional Psychology
1992-      Licensed Psychologist, Minnesota #LP1174

## PROFESSIONAL  EXPERIENCE
**2015-**     **Univerity of Florida**
           Professor of Psychology

**1990-2015**  **Mayo Clinic and Foundation, Rochester Minnesota**
           **Department of Psychiatry and Psychology**
1995-2015  Consultant, Division of Neurocognitive Disorders, Psychiatry and Psychology
2013-2015  Associate Director of Education Programs, Mayo Center for Translational Activities
2014-2015  Deputy Director for Post-Doctoral Education, Mayo Clinic Kern Center for the Science of
           Helath Care Delivery
1998-2015  Medical Editor, Alzheimer's Disease Center, MayoClinic.org
2008-2012  Co-Chair, Division of Outpatient Psychiatry and Psychology
2001-2015  Professor of Psychology, Mayo Medical School
2000-2004  Vice Chair for Research, Department of Psychiatry and Psychology
1996-2001  Associate Professor of Psychology-Mayo Medical School
1994-1996  Senior Associate Consultant; Mayo Clinic
1992-1994  Research Associate Consultant, Department of Health Sciences Research
1992-1996  Assistant Professor of Psychology, Mayo Medical School
1990-1992  Research Associate.  Alzheimer's Patient Registry and Alzheimer's Disease Core Center.

           **University of Alabama at Birmingham School of Medicine, Departments of Physical**
           **Medicine-Spain Rehabilitation Center and Psychology**
1988-1989  Instructor: Department of Physical Medicine and Rehabilitation and Department of
           Psychology.  Co-Director: Stroke Rehabilitation Program.

Smith -2-

## PROFESSIONAL AWARDS, ACTIVITIES, AND AFFILIATIONS

| | |
|---|---|
| 2016 | Distinguished Neuropsychologist Award, American Academy of Clinical Neuropsychology |
| 2015 | Chair, American Psychological Association Committee on Aging |
| 2014- | Chair, Clinial Neuropsychology Synarchy |
| 2013-2014 | Member, American Psychological Association Committee on Aging |
| 2008-2009 | President, Clinical Neuropsychology Division (40) of the American Psychological Association |
| 2007, 2011 | Teacher of the Year, Mayo Medical Psychology Fellowship Program |
| 2006 | Fellow, American Psychological Association |
| 2005-2007 | President, American Board of Clinical Neuropsychology |
| 2001-2005 | Vice President, American Board of Clinical Neuropsychology |
| 2000-2003 | Advisory Board, Piracetam and Mild Cognitive Impairment European Clinical Trial |
| 2000-2007 | Examiner/Observer, American Board of Clinical Neuropsychology |
| 1999-2007 | Board of Directors, American Board of Clinical Neuropsychology |
| 1998-1999 | Grant Reviewer, Alzheimer's Association National Office |
| 1998-1999 | Program Co-Chair, APA Division 40 Annual Scientific Meeting |
| 1994-1999 | Study Section Member, Human Development and Aging 2, National Institutes of Health |
| 1996-2002 | Member, Board of Directors, Minnesota Dakotas Chapter. Alzheimer's Association |
| 1996-1999 | Member, Program Committee, Annual APA Division 40 Scientific Meeting |
| 1995 | American Psychological Association Division 40 Scientific Advisory Committee |
| 1994 | Ad Hoc Scientific Review, Veteran's Administration |
| 1993 | Program Committee, Annual Meeting of International Neuropsychology Society |
| 1992 | Sigma Xi |
| 1985-1986 | Maude Hammond Fling Fellowship |
| 1981 | Phi Beta Kappa |
| 1980 | Psi Chi (Psychology Honorary) |
| 1977 | David Memorial and Elks Most Valuable Student Scholarships |

## EDITORIAL BOARDS

| | |
|---|---|
| 2005-2011 | *Journal of the International Neuropsychology Society* |
| 2001-2011 | *Journal of Clinical and Experimental Neuropsychology, Neuropsychology, The Clinical Neuropsychologist* |

Ad hoc Reviewer *Archives of Neurology, Journal of American Geriatrics Society, JAMA, Assessment, Alzheimer's Disease and Related Disorders. Psychological Medicine, Neurology*

Memberships   International Soceity to Advance Alzheimers Research and Treatment (Professional Interest Groups on Technology and Nonphramacological Intervention), International Neuropsychological Society, American Psychological Association, American Academy of Clinical Neuropsychology

Smith -3-

## EDUCATIONAL ACTIVITIES
### Mayo Graduate School, Mayo Graduate School of Medicine
Administrative
| | |
|---|---|
| 2008-2010 | Director, Post-doctoral research education programs, Mayo Clinical and Translational Science Activities (CTSA). |
| 2007-2008 | Chair Curriculum Committee, Mayo CTSA |
| 2006-2008 | Director, Neuropsycyhology Track, Medical Psychology Post-Doctoral Residency |
| 2004- 2012 | Director of Behavioral Sciences Curriculum, Mayo Clinical and Translational Science Activities (CTSA). |
| 2000-2001 | Member, Rochester Education Committee |

Teaching
| | |
|---|---|
| 2008-2015 | Research mentor, Medical Psychology Post-Doctoral Residency |
| 2005-2015 | Instructor CTS5850 (Intro to Behavioral Assessment and CTS5860 (Behavioral Interventions in Clinical Trials) Mayo Graduate School |
| 2004-2015 | Faculty- Geriatric Psychiatry Fellowship |
| 1996- | Lecturer Medical Psychology and Psychiatry Resident Seminars Especially research skills and behavior management in dementia |
| 1994-2015 | Faculty Medical Psychology Post-Doctoral Residency |

| | |
|---|---|
| 1988-1989 | **University of Alabama at Birmingham Psychology Internship and Medical Psychology Graduate Programs** Co-instructor neuropsychology seminars for Psychology interns and Medical Psychology graduate students |

## ADMINISTRATIVE ACTIVITIES
## UNIVERSITY OF FLORIDA
| | |
|---|---|
| 2016- | Associate Direct, Work force development programs CTSI |
| 2015- | Chair, Department of Clinical and Health Psychology, |
| 2015- | Chair, OneFlorida Alzheimer's Disease Center Internal Advisory Board |

## MAYO CLINIC
Departmental
| | |
|---|---|
| 2008-2012 | Co-Chair, Division of Outpatient Consultation Psychiatry and Psychology |
| 2004-2008 | Neuropsychology Section Chair, |
| 2000-2004 | Vice Chair for Research, Department of Psychiatry and Psychology |
| 1994-2004 | Chair, Departmental Research Committee |

Institutional
| | |
|---|---|
| 2003-2008 | Member, General Clinical Research Center Advisory Committee |
| 2000-2008 | Director, Research Psychometrics Resource |

Smith -4-

**FELLOWSHIP      Mayo Clinic Department of Psychiatry and Psychology**
9/90-8/93      Clinical Neuropsychology-.25 position

**INTERNSHIP      Neuropsychiatric Institute, UCLA Center for Health Sciences, Los Angeles**
7/87-6/88      Neuropsychology - Geropsychology Specialty Track

**EDUCATION      University of Nebraska-Lincoln**
8/83-12/88      Ph.D. APA accredited program in clinical psychology.  Concentrations in neuropsychology
                and rural/community psychology.
8/77-8/81      Bachelor of Arts Degree, Highest Distinction; Major: Psychology; Minor: Math &
                Statistics.

**CONGRESSIONAL BRIEFING**
'Can We Prevent Dementia: Cutting Edge Research and Education?'  American Psychological
        Association Organized briefing sponsored by the Office of Senator Tom Harkin, Chair Senate
        Committee on Health, Education, Labor and Pensions, Washington DC, July 11, 2014.

**INVITED PRESENTATIONS**
'Behavioral Interventions to Prevent, Delay or Mitigate Dementia effects'.  Continuing Education session, Annual
        Meeting of the National Academy of Neuropsychology. Austin, TX, November 6, 2015.
'Can We Prevention Dementia? Progress and Challenges',  Plenary presentation. Annual Meeting of the American
        Psychological Association, Toronto, August 7, 2015.
'Can We Prevention Dementia?',  International Symposium on Aging, Hong Kong, June 22-26, 2015.
'Behavioral Interventions to Prevent, Delay or Mitigate Dementia effects'.  Continuing Education session, Annual
        Meeting of the American Board of Professional Psychology, Mayo 30, 2015, San Diego.
'Understanding Behavioral Challenges in Lewy Body Dementia'.  Webinar for the National Association of Adult
        Day Services and the Lewy Body Disease Association. June 17, 2015.
Primary and Secondary Dementia Prevention.  Invited Symposiast. International Congress on Alzheimers Disease
        (ICAD) July 17, 2011. Paris.
Neuropychological approaches for early detection and characterization of AD.  Plenary Session of the International
        Congress on Alzheimers Disease (ICAD) July 13, 2010. Honolulu.
Clinical Neuropsychology as Translational Science. Division 40 Presidential Address, August, 8, 2008. Toronto.
 "Prevention Models for Dementia'. Invited professor.  University of Hong Kong. December 17-December 19,
        2007.
Assessment of Cognitive Function. Plenary Session; World Congress on Aging and Dementia in Chinese
        Communities.  March 7, 2007. Hong Kong.
Can we prevent dementia?  Annual meeting of Wisconsin Alzheimer's Initiative.  November, 9, 2006. Madison,
        WI.
How to diagnosis DLB; Fluctuations and Sleep Problems.  In McKeith, et al (Organizer) How to diagnosis DLB.
        International Psychogeriatrics Association, September 20, 2005. Stockholm
Telemonitoring of Early Dementia Patients.  July 17, 2004. Everyday Technologies in Alzheimer's Care
        Symposium.  International Alzheimer's Disease Congress. Philadelphia.
Neuropsychological Screening for MCI:  An Alternative View. February 18, 2004. Second Annual Conference on
        MCI. Miami.
APOE, Cognition, and Mild Cognitive Impairment. American Psychological Association.  August 23, 2002,
        Chicago.
HMRS, Cognitive Function, and APOE in Normal Aging, Mild Cognitive Impairment and Alzheimer's disease.
        American Psychological Association, August 25, 2002, Chicago.

Smith -5-

Is MCI Bridging the Gap Between Normal Aging and Alzheimer's Disease.  International Congress on Alzheimer's Disease, University of Graz, Graz, Austria., September 28, 2001

Distinguishing normal variability from real cognitive decline: Implications for MCI.  Presented at the Longitudinal Studies in Aging and Alzheimer's disease Conference.  University of Kentucky, December, 2000, Lexington.

Normative Neuropsychology 101: Listening to MOANS.  Invited CE Presented at the annual meeting of the International Neuropsychology Society, February, 1998, Honolulu

A Cognitive Phenotype of Apolipoprotein E Genotype?  Presented at the International Neuropsychology Society Annual Meeting, February 6, 1997, Orlando.

Prediction of Dementia Outcomes Using Neuropsychological Measures.  Invited address to the Department of Neurology, University of Wisconsin, Madison.  December 1, 1995.

Prediction of Course and Outcomes of Dementia Using Neuropsychological Measures.  Invited address at the American Psychological Association, Division 40, August 14, 1995, New York.

Evaluating Alzheimer's Research in the Popular Press.  Presented at Current Trends in Alzheimer's Disease, March 3, 1995, Jacksonville, Fl.

Assessing Cognitive Behavioral and Functional Disturbance in Dementia.  Presented at the American Medical Directors Association, March 2, 1995, Orlando, Florida.

Definition, Course and Predictors of Outcome of Mild Cognitive Impairment.  Presented at the International Neuropsychology Society Annual Meeting, February 8-11, 1995, Seattle, Washington.

Problems in Estimating the Incidence and prevalence of Alzheimer's Disease.  Presented at the annual meeting of the American Association for the Academy of Science, February 11, 1992, Chicago, IL.


## RESEARCH AWARDS

| | |
|---|---|
| 4/17-4/19 | Principal Investigator "Physical Exercise and Cognitive Engagement Outcomes for Mild Neurocognitive Disorder (PEACEOFMND) Study" Florida Department of Health, $450,000. |
| 11/15-10/18 | Co-Principal Investigator "Alzheimer's Patient Powered Network, (PPRN-1501-26817). .2 FTE. $1.2 million. Patient Centered Outcomes Research Institute (PCORI). |
| 7//14-6/17 | Principal Investigator 'Comparative Effectiveness of Behavioral Interventions to Prevent or Delay Dementia'-(CER-1306 0189) .2 FTE. $2.1 million. Patient Centered Outcomes Research Institute (PCORI). |
| 8/13-7/18 | Co-Investigator  Aerobic Exercise in Alzheimer's Disease: Cognition & Hippocampal Volume Effects (The FIT-AD Trial; AG 043392).  .02  $29,838 National Institute on Aging. |
| 7/12-7/17 | Co-Investigator, 'Sexual Specific Risk for Vascular Dysfunction and Cognitive Decline' (AG0703262). .1 FTE (transferred to junior colleague Dr. Julie Fields) Office of Womens' Health, NIH |
| 5/10-11/13 | Site Principle Investigator. 'A Multicenter Rehabilitation Intervention for Amnestic Mild Cognitive Impairment.' (NR12419) $121,722  .10 FTE |
| 7/11-6/16 | Co-Investigator . Mayo 'Center for the Clinical and Translational Science' UL1TR 000135 .4FTE, $ 52.8 million, National Center for Advancement of Translational Science. |
| 8/06-9/07 | Principal Investigator. 'Computer-Based Training for Cognitive Enhancement.' Contract with Posit Science.  $90,000. .05 FTE |
| 5/99-9/10 | Site Principal Investigator- "Neuropsychology of Dementia with Lewy Bodies."  National Institute on Aging (AG15866) $ 952,818.   .15 FTE |
| 10/04-9/09 | Co-Investigator "Mayo Multidisciplinary Clinical Research Training Program". National Institutes of Health, $15,162,643.   .10 FTE |
| 5/99-4/14 | Principal Investigator -  "Information Transfer Core, Mayo Clinic Alzheimer's Disease Research Center."  National Institute On Aging (AG16574)  $7,522,000.   .10 FTE |

Smith -6-

| | |
|---|---|
| 1/06-12/07 | Principal Investigator – "Memory Support System for persons with Mild Cognitive Impairment:" Mayo Foundation. $35,000.   0 FTE |
| 5/03-10/03 | Principal Investigator "Residential and Behavioral Outcomes in Mild Cognitive Impairment: A Secondary Data Analysis" Janssen Inc. $100,000.   .15 FTE |
| 6/02-5/04 | Principal Investigator-"Televideo assistance for Southern MN seniors living at home" Minnesota Department of Human Services  $213,410.   .0 FTE |
| 6/02-5/05 | Co-Investigator-"Successful Cognitive Aging in the Community." Mayo Foundation. INTRPT Grant $300,000.   .05 FTE |
| 10/01-9/03 | Co-Investigator-"Morphologic and Neurochemical Correlates of Depression in Alzheimer's Disease". $25,000-Subcontract from University of Pittsburgh (MH47346; G . Zubenko-PI ) 0 FTE |
| 10/98-9/03 | Co-Investigator- "Traumatic Brain Injury Outcome as a Function of Apolipoprotein E genotype. Project A2 of Mayo Traumatic Brain Injury Model System program."  National Institute of Disability and Rehabilitation Research (H133A980058) . $1,400,00 .  .03 FTE |
| 7/98/-06/01 | Principal Investigator- "Long Term Outcome and Patient Satisfaction with Continuation ECT." 5-O Foundation, $75,000  0 FTE |
| 1/98-12/98 | Principal Investigator-"Telecommunications Assisted Supervision of Early Dementia Patients: A Feasibility Pilot."  Mayo Foundation, $59,000   0 FTE |
| 1/98-12/98 | Principal Investigator-"Neuropsychology of APO-E in Epilepsy Surgery and Traumatic Brain Injury Patients."  Mayo Foundation, $24,000  0 FTE |
| 2/97-1/04 | Co-Investigator - "Continuation ECT vs. Pharmacotherapy: Efficacy and Safety.  Multi-Center Study."  National Institute of Mental Health, MH55484-$1,466,827    .10 FTE |
| 3/96-12/96 | Principal Investigator - "Cognex Clinical Trials Among Institutionalized Elderly-Phase 1 Psychometric Properties of Dependent Measures."  Parke-Davis, $88, 000  .15 FTE |
| 5/95-4/99 | Co-Investigator - "Mayo Clinic Alzheimer's Disease Center."  National Institute On Aging (AG08031) $4,436,323   .10 FTE |
| 3/94-9/95 | Co-principal Investigator - "Effectiveness of Continuation/Maintenance ECT: A Pilot Study." Mayo Foundation, $45,000   0 FTE |
| 9/93-1/99 | Principal Investigator: "Patterns of Institutionalization in Dementia Patients."  National Institute on Aging: First Independent Research and Transition Award; (AG11638) $471,105 .  .65 FTE |
| 12/92-1/94 | Site Principal Investigator for "A Multicenter Evaluation of New Treatment Efficacy Measures for Alzheimer's Disease Clinical Trials."  NIA Alzheimer's Disease Cooperative Study Units (AG 10483), $48,000. |
| 9/92-9/94 | Co-principal Investigator "Memory and Aging."  Glaxo Pharmaceuticals, Study 1, $200,000. |
| 6/90-6/92 | Co-investigator, "Rochester Olmsted County Study on Aging."  Alzheimer's Disease Center Pilot Study, $40,000. |

## BIBLIOGRAPHY

**Full Length, peer-reviewed, original articles (210)**.

Cuc, A.

Gonzalez Barrios, P, Pabon Gonzalez, R, Hanna, SM, Lunde, AM, Field, JA, Locke, DEC, Smith, GE. (2016) Priority of treatment outcomes for caregivers and patients with mild cognitive impairment: preliminary analyses. *Neurology and Therapy,5(2)*183-192.

Walton RL, Soto-Ortolaza AI, Murray ME, Lorenzo-Betancor, O, Ogaki, K, Heckman MG, Rayaprolu S, Rademakers R, Ertekin-Taner N, Uitti RJ, van Gerpen J, Wszolek ZK, Smith, GE, Kantarci K, Lowe VJ, Jack Jr. CR, Parisi JE, Savica R, Knopman DS, Petersen RC, Graff-Radford NR, Ferman  TJ, Dickson DW, Boeve BF, Ross OA, & Labbé C. (2016) TREM2 P.R47H substitution is not associated with dementia with Lewy bodies. *Neurology Genetics*.

Ross OA, Labbé C, Heckman MG, Lorenzo-Betancor, O, Soto-Ortolaza AI, Walton RL,Murray ME,Allen M, Uitti RJ, Wszolek ZK, Smith, GE, Kantarci K, Knopman DS, Lowe VJ,  Jack Jr. CR, Ertekin-Taner N, Hassan A, Savica R, Petersen RC, Parisi JE, Maraganore, DM, Graff-Radford NR, Ferman  TJ, Boeve BF, Dickson DW, (2016) MAPT haplotype H1G is associated with increased risk of dementia with Lewy bodies. *Alzheimer's & Dementia.*

Chandler, MJ, Parks A, Marsksiske, M, Rottblatt, L, Farrell AM, Smith, GE. (2016). Everyday impact of cognitive interventions in Mild Cognitive Impairment: A systematic review. *Neuropsychology Review.26,*225-251.

Smith, GE (2016).  Healthy Cogntive Aging and Dementia Prevention.  *American Psychologist, 71,* 268-275.

Gungor I; Sarro L; Graff-Radford J, Zuk SM; Tosakulwong N, Przybelski SA; Lesnick T, Boeve BF; Ferman TJ, Smith GE,  Knopman DS, Filippi M, Petersen RC, Jack CR, Kantarci K. (2015). Frequency and topography of cerebral microbleeds in dementia with Lewy bodies compared to Alzheimer's disease, *Parkinsonism & related disorders*, 21, 9, 1101-1104,

Nedelska Z; Schwarz CG, Boeve BF, Lowe VJ, Reid RI, Przybelski SA, Lesnick TG, Gunter JL, Senjem, ML, Ferman TJ, (2015). White matter integrity in dementia with Lewy bodies: a voxel-based analysis of diffusion tensor imaging. *Neurobiology of aging,*36,6,2010-2017, ,

Ferman TJ, Smith GE, , Dickson DW, Graff-Radford NR, Lin, SC, Wszolek Z, Van Gerpen J, Uitti R,  Knopman DS, Petersen RC, Parisi, JE, Silber, MH, Boeve BF. Abnormal daytime sleepiness in dementia with Lewy bodies compared to Alzheimer's disease using the multiple sleep latency test.  *Alzheimer's Research & Therapy*. 2014, 16, 76.  doi:10.1186/s13195-014-0076-z.

Graff-Radford J, Murray ME, Lowe VJ, Boeve BF, Ferman TJ, Przybelski SA, Lesnick TG, Senjem ML, Gunter JL, Smith GE, Knopman DS, Jack CR Jr, Dickson DW, Petersen RC, Kantarci K. Dementia with Lewy bodies: basis of cingulate island sign. *Neurology*. 2014 Aug 26; 83(9):801-9. Epub 2014 Jul 23. PMID:25056580. PMCID:4155048. DOI:10.1212/WNL.0000000000000734

Zhang B, Ferman TJ, Boeve BF, Smith GE, Maroney-Smith M, Spychalla AJ, Knopman DS, Jack CR Jr, Petersen RC, Kantarci K. MRS in Mild Cognitive Impairment: Early Differentiation of Dementia with Lewy Bodies and Alzheimer's Disease. *J Neuroimaging*. 2014 Jul 15. PMID:25039916. DOI:10.1111/jon.12138.

Nedelska Z, Ferman TJ, Boeve BF, Przybelski SA, Lesnick TG, Murray ME, Gunter JL, Senjem ML, Vemuri P, Smith GE, Geda YE, Graff-Radford J, Knopman DS, Petersen RC, Parisi JE, Dickson DW, Jack CR Jr, Kantarci K. Pattern of brain atrophy rates in autopsy-confirmed dementia with Lewy bodies. *Neurobiol Aging*. 2014 Jul 15. PMID:25128280. DOI:10.1016/j.neurobiolaging.2014.07.005.

Carrasquillo MM, Crook JE, Pedraza O, Thomas CS, Pankratz VS, Allen M, Nguyen T, Malphrus KG, Ma L, Bisceglio GD, Roberts RO, Lucas JA, Smith GE, Ivnik RJ, Machulda MM, Graff-Radford NR, Petersen RC, Younkin SG, Ertekin-Taner N. Late-onset Alzheimer's risk variants in memory decline, incident mild cognitive impairment, and Alzheimer's disease. *Neurobiol Aging*. 2014 Aug 04. PMID:25189118. DOI:10.1016/j.neurobiolaging.2014.07.042.

Graff-Radford J, Boeve BF, Murray ME, Ferman TJ, Tosakulwong N, Lesnick TG, Maroney-Smith M, Senjem ML, Gunter J, Smith GE, Knopman DS, Jack CR Jr, Dickson DW, Petersen RC, Kantarci K. Regional proton magnetic resonance spectroscopy patterns in dementia with Lewy bodies. *Neurobiol Aging*. 2014 Jun; 35(6):1483-90. Epub 2014 Jan 08. PMID:24468473. PMCID:3961495. DOI:10.1016/j.neurobiolaging. 2014.01.001.

Locke, DEC, Chandler-Greenaway, M, Duncan, N, Fields, JA, Cuc, A, Hoffman Snyder, C, Hanna, S, Lunde, A, Smith, GE. A patient-centered analysis of enrollment and retention in a randomized behavioral trial of two cognitive rehabilitation interventions for mild cognitive impairment.  *Journal of Prevention of Alzheimer's Disease*, 2014, 3, 141-150.

Josephs KA, Whitwell JL, Weigand SD, Murray ME, Tosakulwong N, Liesinger AM, Petrucelli L, Senjem ML, Knopman DS, Boeve BF, Ivnik RJ, Smith GE, Jack CR Jr, Parisi JE, Petersen RC, Dickson DW. TDP-43 is a key player in the clinical features associated with Alzheimer's disease. *Acta Neuropathol*. 2014 Mar 23. PMID:24659241. DOI:10.1007/s00401-014-1269-z.

Smith -8-

Stewart CA, Auger R, Enders FT, Felmlee-Devine D, Smith GE. The effects of poor sleep quality on cognitive function of patients with cirrhosis. *J Clin Sleep Med*. 2014 Jan 15; 10(1):21-6. PMID:24426816. PMCID:3869064. DOI:10.5664/jcsm.3350.

Bondi MW, Smith GE. Mild cognitive impairment: a concept and diagnostic entity in need of input from neuropsychology. *J Int Neuropsychol Soc*. 2014 Feb; 20(2):129-34. Epub 2014 Feb 04. PMID:24490866. DOI:10.1017/S1355617714000010.

Murray ME, Ferman TJ, Boeve BF, Przybelski SA, Lesnick TG, Liesinger AM, Senjem ML, Gunter JL, Preboske GM, Lowe VJ, Vemuri P, Dugger BN, Knopman DS, Smith GE, Parisi JE, Silber MH, Graff-Radford NR, Petersen RC, Jack CR Jr, Dickson DW, Kantarci K. MRI and pathology of REM sleep behavior disorder in dementia with Lewy bodies. *Neurology*. 2013 Nov 5; 81(19):1681-9. Epub 2013 Oct 09. PMID:24107861. PMCID:3812105. DOI:10.1212/01.wnl.0000435299.57153.f0.

Dean PM, Smith GE, Parisi JE, Dickson DW, Petersen RC, Josephs KA. Neurocognitive speed associates with frontotemporal lobar degeneration TDP-43 subtypes. *J Clin Neurosci*. 2013 Dec; 20(12):1737-41. Epub 2013 Sep 04. PMID:24012243. PMCID:3825760. DOI:10.1016/j.jocn.2013.01.024.

Ferman TJ, Smith GE, Kantarci K, Boeve BF, Pankratz VS, Dickson DW, Graff-Radford NR, Wszolek Z, Van Gerpen J, Uitti R, Pedraza O, Murray ME, Aakre J, Parisi J, Knopman DS, Petersen RC. Nonamnestic mild cognitive impairment progresses to dementia with Lewy bodies. *Neurology*. 2013 Dec 3; 81(23):2032-8. Epub 2013 Nov 08. PMID:24212390. PMCID:3854825. DOI:10.1212/01.wnl.0000436942.55281.47.

Possin KL, Feigenbaum D, Rankin KP, **Smith GE**, Boxer AL, Wood K, Hanna SM, Miller BL, Kramer JH. Dissociable executive functions in behavioral variant frontotemporal and Alzheimer dementias. *Neurology*. 2013 May 08. [Epub ahead of print] PMID:23658382. DOI:10.1212/WNL.0b013e318296e940.

Pedraza O, Allen M, Jennette K, Carrasquillo M, Crook J, Serie D, Pankratz VS, Palusak R, Nguyen T, Malphrus K, Ma L, Bisceglio G, Roberts RO, Lucas JA, Ivnik RJ, **Smith GE**, Graff-Radford NR, Petersen RC, Younkin SG, Ertekin-Taner N. Evaluation of memory endophenotypes for association with CLU, CR1, and PICALM variants in black and white subjects. **Alzheimers Dement**. 2013 May 02. [Epub ahead of print] PMID:23643458. DOI:10.1016/j.jalz.2013.01.016.

Brainerd CJ, Reyna VF, Petersen RC, **Smith GE**, Kenney AE, Gross CJ, Taub ES, Plassman BL, Fisher GG. The apolipoprotein E genotype predicts longitudinal transitions to mild cognitive impairment but not to Alzheimer's dementia: Findings from a nationally representative study. *Neuropsychology*. 2013 Jan; 27(1):86-94.

Greenaway MC, Duncan NL, **Smith GE**. The memory support system for mild cognitive impairment: randomized trial of a cognitive rehabilitation intervention. Int J Geriatr Psychiatry. 2013 Apr; 28(4):402-9. Epub 2012 Jun 07. PMID:22678947. DOI:10.1002/gps.3838.

Pao WC, Boeve BF, Ferman TJ, Lin SC, **Smith GE**, Knopman DS, Graff-Radford NR, Petersen RC, Parisi JE, Dickson DW, Silber MH. Polysomnographic findings in dementia with Lewy bodies. *Neurologist*. 2013 Jan; 19(1):1-6. PMID:23269098. PMCID:3587292. DOI:10.1097/NRL.0b013e31827c6bdd.

Kantarci K, Ferman TJ, Boeve BF, Weigand SD, Przybelski S, Vemuri P, Murray MM, Senjem ML, **Smith GE,** Knopman DS, Petersen RC, Jack CR Jr, Parisi JE, Dickson DW. (2012). Focal atrophy on MRI and neuropathologic classification of dementia with Lewy bodies. *Neurology*. Aug 7;79(6):553-60. Epub 2012 Jul 25. PMID:22843258

Graff-Radford J, Boeve BF, Pedraza O, Ferman TJ, Przybelski S, Lesnick TG, Vemuri P, Senjem ML, **Smith GE**, Knopman DS, Lowe V, Jack CR Jr, Petersen RC, Kantarci K. Imaging and acetylcholinesterase inhibitor response in dementia with Lewy bodies. *Brain*. 2012 Aug;135(Pt 8):2470-7. Epub 2012 Jul 18.

Boot BP, Boeve BF, Roberts RO, Ferman TJ, Geda YE, Pankratz VS, Ivnik RJ, **Smith GE**, McDade E, Christianson TJ, Knopman DS, Tangalos EG, Silber MH, Petersen RC. (2012). Probable rapid eye movement sleep behavior disorder increases risk for mild cognitive impairment and Parkinson disease: a population-based study. *Annals of Neurology*. 71:49-56.. PMID:22275251. PMCID:3270692. DOI:10.1002/ana.22655.

Pedraza O, Clark JH, O'Bryant SE, **Smith GE**, Ivnik RJ, Graff-Radford NR, Willis FB, Petersen RC, Lucas JA. Diagnostic validity of age and education corrections for the Mini-Mental State Examination in older African Americans. (2012). *Journal of the American Geriatrics Society*. 60:328-31. Epub 2011 Dec 08. PMID:22150301. PMCID:3288600. DOI:10.1111/j.1532-5415.2011.03766.x.

Sachs BC, Lucas JA, **Smith GE**, Ivnik RJ, Petersen RC, Graff-Radford NR, Pedraza O.  Reliable change on the Boston naming test. (2012*). Journal of the International Neuropsychology Society*. 18:375-8. Epub 2012 Jan 23.  PMID:22264406. DOI:10.1017/S1355617711001810

Kantarci K, Yang C, Schneider JA, Senjem ML, Reyes DA, Lowe VJ, Barnes LL, Aggarwal NT, Bennett DA, Smith GE, Petersen RC, Jack CR Jr, Boeve BF. (2012). Ante mortem amyloid imaging and beta-amyloid pathology in a case with dementia with Lewy bodies.  *Neurobiology of Aging*. 33:878-85. Epub 2010 Oct 18. PMID:20961664. PMCID:3026854. NIHMS:234098. DOI:10.1016/j.neurobiolaging.2010.08.007.

Kantarci K, Senjem ML, Avula R, Zhang B, Samikoglu AR, Weigand SD, Przybelski SA, Edmonson HA, Vemuri P, Knopman DS, Boeve BF, Ivnik RJ, **Smith GE**, Petersen RC, Jack CR Jr. (2011) Diffusion tensor imaging and cognitive function in older adults with no dementia.  *Neurology*.  5; 77:26-34. Epub 2011 May 18. PMID:21593440. PMCID:3127333. DOI:10.1212/WNL.0b013e31822313dc.

Greenaway MC, Duncan NL, Hanna S, **Smith GE**. (2012). Predicting functional ability in mild cognitive impairment with the Dementia Rating Scale-2.  *Internatiol Psychogeriatrics*. 24:987-93.

Fields JA, Ferman TJ, Boeve BF, Smith GE (2011) Neuropsychological assessment of patients with dementing illness. *Nature Reviews Neurology*.  7:677-87. Epub 2011 Nov 01.  PMID:22045270. DOI:10.1038/nrneurol.2011.173.

Negash S, Smith GE, Pankratz S, Aakre J, Geda YE, Roberts RO, Knopman DS, Boeve BF, Ivnik RJ, Petersen RC. Successful aging: definitions and prediction of longevity and conversion to mild cognitive impairment.  *Am J Geriatr Psychiatry*. 2011 Jun; 19(6):581-8.  PMID:21606901. DOI:10.1097/JGP.0b013e3181f17ec9.

Kantarci K, Lowe VJ, Boeve BF, Weigand SD, Senjem ML, Przybelski SA, Dickson DW, Parisi JE, Knopman DS, Smith GE, Ferman TJ, Petersen RC, Jack CR Jr.Multimodality imaging characteristics of dementia with Lewy bodies.*Neurobiology of Aging*.  Oct 20. [Epub ahead of print]

Brainerd C. J., Reyna, V. F. Petersen R. C., Smith, G. E., Taub, E. S. (2011) Is the Apolipoprotein E Genotype a Biomarker for Mild Cognitive Impairment? Findings from a Nationally Representative Study, *Neuropsychology*. 25:679-89

Ferman TJ, Boeve BF, **Smith GE**, Lin SC, Silber MH, Pedraza O, Wszolek Z, Graff-Radford NR, Uitti R, Van Gerpen J, Pao W, Knopman D, Pankratz VS, Kantarci K, Boot B, Parisi JE, Dugger BN, Fujishiro H, Petersen RC, Dickson DW. (2011). Inclusion of RBD improves the diagnostic classification of dementia with Lewy bodies.  *Neurology*. 77:875-82. Epub 2011 Aug 17. PMID:21849645. PMCID:3162640. DOI:10.1212/WNL.0b013e31822c9148.

Stewart CA, Enders FTB, Mitchell MM, Felmlee-Devine D, **Smith GE**. The cognitive profile of depressed patients with cirrhosis. *Primary Care Companion to the Journal of Clinical Psychiatry. 2011; 13(3)*.

Klein CJ, Botuyan MV, Wu Y, Ward CJ, Nicholson GA, Hammans S, Hojo K, Yamanishi H, Karpf AR, Wallace DC, Simon M, Lander C, Boardman LA, Cunningham JM, **Smith GE**, Litchy WJ, Boes B, Atkinson EJ, Middha S, B Dyck PJ, Parisi JE, Mer G, Smith DI, Dyck PJ. (2011) Mutations in DNMT1 cause hereditary sensory neuropathy with dementia and hearing loss. *Nature Genetics. May 01. [Epub ahead of print]*

Fatemi Y, Boeve BF, Duffy J, Petersen RC, Knopman DS, Cejka V, Smith GE, Geda YE. (2011). Neuropsychiatric aspects of primary progressive aphasia.Journal of Neuropsychiatry and Clinical Neuroscience.23:168-72.

Vemuri, P., Weigand, SD, Przybelski SA, Knopman, DS,. Smith, GE, Trojanowski, JQ, Shaw, LM, Decarli, CS, Carmichael, O, Bernstein MA, Aisen, PS, Weiner, M, Petersen, RC, Jack, Jr,  CR, on behalf of the Alzheimer's Disease Neuroimaging Initiative et al. (2011). Cognitive reserve and Alzheimer's disease biomarkers are independent determinants of cognition. *Brain.*

Negash, S, Smith, GE, Pankratz, S, Aakre, J, Geda, YE, Roberts RO, et al. (2010). Successful aging: Definitions and prediction of longevity and conversion to mild cognitive impairment. *American Journal of Geriatric Psychiatry, 19,* 581-588.

Smith -10-

Boeve, BF, Molano, JR, Ferman, TJ, Smith, GE, Lin, S, Bieniek, K., Haidar, W, Tippmann-Peikert, M, Knopman, DS, Graff-Radford, NR, Lucas, JA, Petersen, RC, Silber, MH. (2011). Validation of the mayo sleep questionnaire to screen for REM sleep behavior disorder in an aging and dementia cohort. *Sleep Medicine,*

Zelinski, E. M., Spina, L. M., Yaffe, K., Ruff, R., Kennison, R. F., Mahncke, H. W., Smith, G.E. (2011). Improvement in memory with plasticity-based adaptive cognitive training: Results of the 3-month follow-up. *Journal of the American Geriatrics Society, 59*(2), 258-265.

Josephs Jr, KA, Whitwell, JL, Weigand, SD, Senjem, ML, Boeve, BF, Knopman, DS, Smith, GE, Ivnik RJ, Jack CR, Petersen RC, (2011). Predicting functional decline in behavioural variant frontotemporal dementia. *Brain, 134*(2), 432-448.

Lapid, M. I., Rummans, T. A., Boeve, B. F., McCormick, J. K., Pankratz, V. S., Cha, R. H., Smith, GE, Ivnik, RJ, Tangalos, EG, Petersen, RC. (2011). What is the quality of life in the oldest old? *International Psychogeriatrics, 23*, 1003-1010.

Fields JA. Machulda M. Aakre J. Ivnik RJ. Boeve BF. Knopman DS. Petersen RC. Smith GE (2010). Utility of the DRS for predicting problems in day-to-day functioning. *The Clinical Neuropsychologist*. 24:1167-80.

Stewart CA, Enders FT, Schneider N, Felmlee-Devine D, Kamath PS, Smith GE. (2010). Development of a three-factor neuropsychological approach for detecting minimal hepatic encephalopathy. *Liver International.* 30:841-849.

Pedraza O, Lucas JA, Smith GE, Petersen RC, Graff-Radford NR, Ivnik RJ. (2010). Robust and expanded norms for the Dementia Rating Scale. Archives of Clinical Neuropsychology. 25: 347-58 *Archives of Clinical Neuropsychology*.]

Pakhomov, S., Smith, G., Marino, S., Birnbaum, A., Graff-Radford, N., Caselli, R., Boeve, B., Knopman, D. (2010). . A computerized technique to assess language use patterns in patients with frontotemporal dementia. *Journal of Neurolinguistics,23*:127-144

Pakhomov, S., Smith, G., Chacon, D., Feliciano, Y., Graff-Radford, N., Caselli, R., Knopman, D. (2010). Computerized analysis of speech and language to identify psycholinguistic correlates of fronto-temporal lobar degeneration. *Cognitive and Behavioral Neurology,.*

Kelley BJ, Haidar W, Boeve BF, Baker M, Shiung M, Knopman DS, Rademakers R, Hutton M, Adamson J, Kuntz KM, Dickson DW, Parisi JE, Smith GE, Petersen RC (2010). Alzheimer disease-like phenotype associated with the c.154delA mutation in progranulin. *Archives of Neurology. 67*:171-177

Smith, GE, Rasmussen, K, Cullum, M for the CORE Investigators. Comparison of the Memory Effects of Continuation ECT Versus Pharmacotherapy: Results from the CORE study (2010). *The Journal of Clinical Psychiatry. 71*:185-193.

Molano J, Boeve B, Ferman T, **Smith G**, Parisi J, Dickson D, Knopman D, Graff-Radford N, Geda Y, Lucas J, Kantarci K, Shiung M, Jack C, Silber M, Pankratz VS, Petersen R. (2010). Mild cognitive impairment associated with limbic and neocortical lewy body disease: a clinicopathological study. *Brain:*133(Pt 2):540-56.

Petersen RC, Roberts RO, Knopman DS, Boeve BF, Geda YE, Ivnik RJ, Smith GE, Jack CR Jr. (2009). Mild cognitive impairment: ten years later. *Archives of Neurology, 66*:1447-1455.

Pedraza O, Graff-Radford NR, Smith GE, Ivnik RJ, Willis FB, Petersen RC, Lucas JA. (2009). Differential item functioning of the Boston Naming Test in cognitively normal African American and Caucasian older adults. *Journal of the International Neuropsychological Society; 15*:758-768.

Lowe VJ, Kemp BJ, Jack CR Jr, Senjem M, Weigand S, Shiung M, **Smith G**, Knopman D, Boeve B, Mullan B, Petersen RC. (*2009)*. Comparison of 18F-FDG and PiB PET in Cognitive Impairment. *Journal of Nuclear Medicine 50:*878-886.

Machulda MM, Senjem ML, Weigand SD, **Smith GE**, Ivnik RJ, Boeve BF, Knopman DS, Petersen RC, Jack CR (*2009)*. Functional magnetic resonance imaging changes in amnestic and nonamnestic mild cognitive impairment during encoding and recognition tasks. *Journal of the International Neuropsychological Society;15:372-382.*

Smith -11-

Smith GE, Housen P, Yaffe K, Ruff R, Kennison RF, Mahncke HW, Zelinski EM.(2009) A cognitive training program based on principles of brain plasticity: results from the Improvement in Memory with Plasticity-based Adaptive Cognitive Training (IMPACT) study. *Journal of the American Geriatric Society.57*(4):594-603

Greenaway, MC, Smith, GE, Tangalos, EG, Geda, YE, and Ivnik, RJ. (2009). Mayo Older Americans Normative Studies: Factor Analysis of an Expanded Neuropsychological Battery. *The Clinical Neuropsychologist. 23*,  7-20.

Negash S. Greenwood PM. Sunderland T. Parasuraman R. Geda YE. Knopman DS. Boeve BF. Ivnik RJ. Petersen RC. Smith GE. (2009) The influence of apolipoprotein E genotype on visuospatial attention dissipates after age 80. *Neuropsychology, 23*:81-89.

Locke D. Ivnik, RJ, Cha, RH, Knopman, DS, Tangalos, EG, Petersen, RC, Boeve, BF, **Smith, GE**. (2009). Age, family history, and memory and future risk for cognitive impairment. *Journal of Clinical and Experimental Neuropsychology.* 31:111-116,

Kelley BJ, Haidar W, Boeve BF, Baker M, Graff-Radford NR, Krefft T, Frank AR, Jack CR Jr, Shiung M, Knopman DS, Josephs KA, Parashos SA, Rademakers R, Hutton M, Pickering-Brown S, Adamson J, Kuntz KM, Dickson DW, Parisi JE, Smith GE, Ivnik RJ, Petersen RC (2009) . Prominent phenotypic variability associated with mutations in Progranulin. *Neurobiology of Aging.* 30(5):739-51.

Geda, YE, Roberts, RS, Knopman, DS, Petersen, RC, Chirstianson, TJH, Pankratz, VS, **Smith, GE**., Boeve, BF, Ivnik, RJ, Tangalos, EG, & Rocca, WA, (2008). The Prevalence of Neuropsychiatric Symptoms in Mild Cognitive Impairment and Normal Cognitive Aging: A Population-Based Study. *Archives of General Psychiatry*, 65, 1193-1198

Williams MD, Rummans T, Sampson S, Knapp R, Mueller M, Husain MM, Fink M, Rasmussen K, O'Connor K, Smith G, Petrides G, Kellner CH. (2008). Outcome of electroconvulsive therapy by race in the Consortium for Research on Electroconvulsive Therapy multisite study. *Journal of  ECT.24*(2):117-21

Josephs KA. Whitwell JL. Vemuri P. Senjem ML. Boeve BF. Knopman DS. Smith GE. Ivnik RJ. Petersen RC. Jack CR Jr. (2008).  The anatomic correlate of prosopagnosia in semantic dementia.  Neurology. 71(20):1628-33, Nov 11.

Greenaway, MC, Hanna SM, Lepore, SW. Smith, GE.  (2008) A behavioral rehabilitation intervention for amnestic Mild Cognitive Impairment. *American Journal of Alzheimers Disease and Related Disorders. 23,* 451-461.

O'Bryant SE, Humphreys JD, Smith GE, Ivnik RJ, Graff-Radford NR, Petersen RC, Lucas JA. (2008). Detecting dementia with the mini-mental state examination in highly educated individuals. *Archives of Neurology;65*:963-967.

Kantarci K, Petersen RC, Przybelski SA, Weigand SD, Shiung MM, Whitwell JL, Negash S, Ivnik RJ, Boeve BF, Knopman DS, **Smith GE**, Jack CR Jr (2008). Hippocampal volumes, proton magnetic resonance spectroscopy metabolites, and cerebrovascular disease in mild cognitive impairment subtypes. *Archives of  Neurology. 65*:1621-1628.

Fujishiro H, Ferman TJ, Boeve BF, **Smith GE**, Graff-Radford NR, Uitti RJ, Wszolek ZK, Knopman DS, Petersen RC, Parisi JE, Dickson DW (2008). Validation of the neuropathologic criteria of the third consortium for dementia with Lewy bodies for prospectively diagnosed cases. *Journal of Neuropathology and Experimental Neurology;67*:649-656.

Vanvoorst WA, Greenaway MC, Boeve BF, Ivnik RJ, Parisi JE, Eric Ahlskog J, Knopman DS, Dickson DW, Petersen RC, **Smith GE**, Josephs KA. (2008). Neuropsychological findings in clinically atypical autopsy confirmed corticobasal degeneration and progressive supranuclear palsy.*Parkinsonism and Related Disorders;14*:376-378.

Jicha GA, Parisi JE, Dickson DW, Cha RH, Johnson KA, **Smith GE**, Boeve BF, Petersen RC, Knopman DS. (2008). Age and apoE associations with complex pathologic features in Alzheimer's disease.*Journal of Neurological Sciences;273*:34-39.

Jack CR Jr, Weigand SD, Shiung MM, Przybelski SA, O'Brien PC, Gunter JL, Knopman DS, Boeve BF, **Smith GE**, Petersen RC. (2008) Atrophy rates accelerate in amnestic mild cognitive impairment. *Neurology 70*:1740-52

Smith -12-

Josephs KA, Whitwell JL, Knopman DS, Hu WT, Stroh DA, Baker M, Rademakers R, Boeve BF, Parisi JE, **Smith GE**, Ivnik RJ, Petersen RC, Jack CR Jr, Dickson DW. (2008). Abnormal TDP-43 immunoreactivity in AD modifies clinicopathologic and radiologic phenotype. *Neurology: 70:*1850-1857.

Rasmussen KG, Knapp RG, Biggs MM, Smith GE, Rummans TA, Petrides G, Husain MM, O'Connor MK, Fink M, Kellner CH. (2007). Data management and design issues in an unmasked randomized trial of electroconvulsive therapy for relapse prevention of severe depression: the consortium for research in electroconvulsive therapy trial. *Journal of ECT. 23:*244-250.

Stewart CA, **Smith GE**. (2007). Minimal hepatic encephalopathy. *Nature Clinical Practice: Gastroenterology & Hepatology. 4:*677-685.

Negash S, Boeve BF, Geda YE, **Smith** GE, Knopman DS, Ivnik RJ, Howard DV, Howard JH, Petersen, RC (2007). Implicit learning of sequential regularities and spatial contexts in corticobasal syndrome patients. *Neurocase,13,*133-143.

Whitwell JL, Petersen RC, Negash S, Weigand SD, Ivnik RJ, Knopman DS, Boeve BF, **Smith** GE, Jack CJ Jr (2007). Patterns of grey matter atrophy differ among specific subtypes of mild cognitive impairment. *Archives of Neurology. 64,* 1130-1138.

Pedraza, O. **Smith**, GE. Ivnik, RJ. Willis, FB. Ferman, TJ. Petersen, RC. Graff-Radford, NR. Lucas, JA. (*2007).* Reliable change on the Dementia Rating Scale**.** *Journal of the International Neuropsychological Society;13.716-20.*

Kantarci, K. Weigand, SD. Petersen, RC. Boeve, BF. Knopman, DS. Gunter, J. Reyes, D. Shiung, M. O'Brien, PC. **Smith**, GE. Ivnik, RJ. Tangalos, EG. Jack, CR Jr. (*2007).* Longitudinal 1H MRS changes in mild cognitive impairment and Alzheimer's disease. *Neurobiology of Aging,28.1330-9.*

**Smith** GE, Pankratz VS, Negash S, Machulda MM, Petersen RC, Boeve BF, Knopman DS, Lucas J, Ferman TJ, Graff-Radford N, Ivnik RJ (2007). A plateau in pre-clinical Alzheimers disease memory decline: Evidence for compensatory mechanisms? *Neurology;69* 133-139

Machulda, MM. Ivnik, RJ. **Smith**, **GE**. Ferman, TJ. Boeve, BF. Knopman, D. Petersen, RC. Tangalos, EG. (*2007).* Mayo's older Americans normative studies: Visual form discrimination and copy trial of the Rey-Osterrieth complex figure. *Journal of Clinical & Experimental Neuropsychology;29:*377-384.

Graff-Radford NR, Crook JE, Lucas J, Boeve BF, Knopman DS, Ivnik RJ, **Smith GE**, Younkin LH, Petersen RC, Younkin SG. (2007). Association of low plasma Abeta42/Abeta40 ratios with increased imminent risk for mild cognitive impairment and Alzheimer disease. *Archives of  Neurology; 64:*354-62.

Whitwell JL, Weigand SD, Shiung MM, Boeve BF, Ferman TJ, **Smith GE**, Knopman DS, Petersen RC, Benarroch EE, Josephs KA, Jack CR Jr. (2007*)* Focal atrophy in dementia with Lewy bodies on MRI: a distinct pattern from Alzheimer's disease. *Brain; 130:*708-19.

O'Bryant, SE, Lucas, JA, Willis, FB, **Smith,** GE, Graff-Radford, NR, & Ivnik, RJ. (2007). Discrepancies Between Self-Reported Years of Education and Estimated Reading Level Among Elderly Community-Dwelling African Americans: Analysis of the MOAANS Data. *Archives of Clinical Neuropsychology, 22,* 327-332.

**Smith** GE., Lunde AM, Hathaway JC, Vickers KS (2007). Telehealth home monitoring of solitary persons with mild dementia. *American Journal of Alzheimers Disease. 22,* 20-26.

Cerhan JH, Ivnik RJ, **Smith** GE, Machulda MM, Boeve BF, Knopman DS, Petersen RC, Tangalos EG (2007). Alzheimer's disease patients' cognitive status and course years prior to symptom recognition. *Aging, Neuropsychology, and Cognition. 14,* 227-235.

Kellner, CH, Knapp, RG, Petrides, G, Rummans, TA, Husain, MM, Rasmussen, K, Mueller, M, Bernstein, HJ, O'Connor, K, **Smith,** G, Biggs, M, Bailine, SH, Malur, C, Yim, E, McClintock, Sampson, S, Fink, M. (2006) Continuation Electroconvulsive Therapy vs Pharmacotherapy for Relapse Prevention in Major Depression: A Multisite Study From the Consortium for Research in Electroconvulsive Therapy (CORE). *Archives of General Psychiatry;*63:1337-1344.

Boeve BF, Baker M, Dickson DW, Parisi JE, Giannini C, Josephs KA, Hutton M, Pickering-Brown SM, Rademakers R, Tang-Wai D, Jack CR, Kantarci K, Shiung MM, Golde T, **Smith** GE, Geda YE,

Smith -13-

Knopman DS, Petersen RC. (*2006*) Frontotemporal dementia and parkinsonism associated with the IVSI plus IG -> A mutation in progranulin: a clinicopathologic study. *Brain, 129:3103-14*

Nair, KS. Rizza, RA. O'Brien, P. Dhatariya, K. Short, KR. Nehra, A. Vittone, JL. Klee, GG. Basu, A. Basu, R. Cobelli, C. Toffolo, G. Dalla Man, C. Tindall, DJ. Melton, L. **Smith**, GE. Khosla, S. Jensen, MD. (2006) DHEA in elderly women and DHEA or testosterone in elderly men. *New England Journal of Medicine;355:1647-59.*

Jicha, GA. Petersen. RC. Knopman, DS. Boeve, BF. Smith, GE. Geda, YE. Johnson, KA. Cha, R. Delucia, MW. Braak, H. Dickson, DW. Parisi, JE. (2006) Argyrophilic grain disease in subjects presenting initially with amnestic mild cognitive impairment. *Journal of Neuropathology & Experimental Neurology 65:602-9.*

Murray AM, Tupper DE, Knopman DS, Gilbertson DT, Li S, Pederson SL, Smith GE, Hochhalter AK, Collins AJ, Kane RL (2006). The prevalence of cognitive impairment in hemodialysis patients. *Neurology ;67:216-23.*

Powell MR, **Smith GE**, Knopman DS, Parisi JE, Boeve BF, Petersen RC, Ivnik RJ.(2006) Cognitive measures predict Alzheimer's disease pathology. *Archives of Neurology. 63:865-8*

Ferman TJ, **Smith GE**, Boeve BF, Graff-Radford N, Lucas JA, Knopman D; Petersen RC, Ivnik RJ (2006). Neuropsychological differentiation of dementia with lewy bodies from normal aging and Alzheimer's disease. *The Clinical Neuropsychologist. 20:623-636.*

Negash S, Petersen LE, Geda YE, Knopman DS, Boeve BF, **Smith GE**, Ivnik RJ, Howard DV, Howard JH Jr, Petersen RC (2006). Effects of ApoE genotype and mild cognitive impairment on implicit learning. *Neurobiology of Aging,28,*885-893.

Sutor B, Nykamp L, Smith GE (2006). Get creative to manage dementia-related behaviors. *Current Psychiatry*, *5,* 81-96.

Geda YE, Knopman DS, Mrazek DA, Jicha GA, Smith GE, Negash S, Boeve BF, Ivnik RJ, Petersen RC, Pankratz VS, Rocca WA (2006). Depression, apolipoprotein E genotype, and the incidence of mild cognitive impairment - A prospective cohort study. *Arch Neurol, 63*(3), 435-440.

Petersen RC, Parisi JE, Dickson DW, Johnson KA, Knopman DS, Boeve BF, Jicha GA, Ivnik RJ, **Smith GE**, Tangalos EG, Braak H, Kokmen E (2006). Neuropathologic features of amnestic mild cognitive impairment. *Archives of Neurology, 63,* 665-72.

Kantarci K, Petersen RC, Boeve BF, Knopman DS, Weigand SD, O'Brien PC, Shiung MM, Smith GE, Ivnik RJ, Tangalos EG, Jack CR (2005). DWI predicts future progression to Alzheimer disease in amnestic mild cognitive impairment. *Neurology, 64*(5), 902-904.

Rilling LM, Lucas JA, Ivnik RJ, Smith GE, Willis FB, Ferman TJ, Petersen RC, Graff-Radford NR (2005). Mayo's Older African American Normative Studies: Norms for the Mattis dementia rating scale. *Clin Neuropsychol, 19*(2), 229-242.

Jack CR, Shiung MM, Weigand SD, O'Brien PC, Gunter JL, Boeve BF, Knopman DS, Smith GE, Ivnik RJ, Tangalos EG, Petersen RC (2005). Brain atrophy rates predict subsequent clinical conversion in normal elderly and amnestic MCI. *Neurology, 65*(8), 1227-1231.

Knopman DS, Boeve BF, Parisi JE, Dickson DW, Smith GE, Ivnik RJ, Josephs KA, Petersen RC (2005). Antemortem diagnosis of frontotemporal lobar degeneration. *Annals of Neurology, 57,* 480-488.

Kellner CH, Fink M, Knapp R, Petrides G, Husain M, Rummans T, Mueller M, Bernstein H, Rasmussen K, O'Connor K, Smith G, Rush AJ, Biggs M, McClintock S, Bailine S, Malur C (2005). Relief of expressed suicidal intent by ECT: A consortium for research in ECT study. *American Journal of Psychiatry, 162,* 977-982.

Boeve BF, Tremont-Lukats IW, Waclawik AJ, Murrell J, Hermann B, Jack CR Jr, Shiung MM, Smith GE, Nair AR, Lindor N, Koppikar V, Ghetti B (2005). Longitudinal characterization of two siblings with frontotemporal dementia associated with the S305N tau mutation. *Brain, 182,* 752-772.

Josephs KA, Boeve BF, Duffy JR, Smith GE, Knopman DS, Parisi JE, Petersen RC, Dickson DW (2005). Atypical progressive supranuclear palsy underlie progressive apraxia of speech and nonfluent aphasia. *Neurocase, 11,* 283-296.

Smith -14-

Steinberg BA, Bieliauskas LA, Smith GE, Langellotti C, & Ivnik RJ (2005). Mayo's Older Americans Normative Studies: Age- and IQ-adjusted norms for the Boston Naming Test, the MAE Token Test, and the Judgment of Line Orientation Test. *The Clinical Neuropsychologist, 19,* 280-328.

Steinberg BA, Bieliauskas LA, Smith GE, & Ivnik RJ (2005). Mayo's Older Americans Normative Studies: Age- and IQ-adjusted norms for the Trail Making Test, the Stroop Test, and the MAE Controlled Oral Word Association Test. *The Clinical Neuropsychologist, 19,* 329-377.

Steinberg BA, Bieliauskas LA, Smith GE, & Ivnik RJ (2005). Mayo's Older Americans Normative Studies: Age- and IQ-adjusted norms for the Wechsler Memory Scale-Revised. *The Clinical Neuropsychologist, 19,* 378-463.

Steinberg BA, Bieliauskas LA, Smith GE, Ivnik RJ, & Malec JM (2005). Mayo's Older Americans Normative Studies: Age- and IQ-adjusted norms for the Auditory Verbal Learning Test and the Visual Spatial Learning Test. *The Clinical Neuropsychologist, 19,* 464-524.

Ferman TJ, Lucas JA, Ivnik RJ, Smith GE, Willis FB, Petersen RC, & Graff-Radford NR (2005).  Mayo's Older African American Normative Studies: Auditory Verbal Learning Test norms for African American elders. *The Clinical Neuropsychologist, 19,* 214-228.

Lucas JA, Ivnik RJ, Smith GE, Ferman TJ, Willis FB, Petersen RC, & Graff-Radford NR (2005).A brief report on WAIS-R normative data collection in Mayo's Older African Americans Normative Studies. *The Clinical Neuropsychologist, 19,* 184-188.

Lucas JA, Ivnik RJ, Smith GE, Ferman TJ, Willis FB, Petersen RC, & Graff-Radford NR (2005).  Mayo's Older African American Normative Studies: WMS-R norms for African American elders. *The Clinical Neuropsychologist, 19,* 189-213.

Lucas JA, Ivnik RJ, Smith GE, Ferman TJ, Willis FB, Petersen RC, & Graff-Radford NR (2005).  Mayo's Older African Americans Normative Studies:  Norms for Boston Naming Test, Controlled Oral Word Association, Category Fluency, Animal Naming, Token Test, WRAT-3 Reading, Trail Making Test, Stroop Test, and Judgment of Line Orientation.  *The Clinical Neuropsychologist, 19,* 243-269.

Lucas JA, Ivnik RJ, Willis FB, Ferman TJ, Smith GE, Petersen RC, & Graff-Radford NR (2005).  Mayo's Older African American Normative Studies: Normative data for commonly used clinical neuropsychological measures. *The Clinical Neuropsychologist, 19*, 162-183.

Rilling LR, Lucas JA, Ivnik RJ, Smith GE, Ferman TJ, Willis FB, Petersen RC, & Graff-Radford NR (2005).  Mayo's Older African American Normative Studies: DRS norms for African American elders. *The Clinical Neuropsychologist, 19*, 229-242.

Pedraza O, Lucas JA, Smith GE, Willis FW, Graff-Radford NR, Ferman TJ, Petersen RC, Bowers D, & Ivnik, RJ (2005).  Mayo's Older African Americans Normative Studies: Confirmatory factor analysis of a core battery. *Journal of the International Neuropsychological Society, 11*, 184-191.

Kantarci K, Petersen RC, Boeve BF, Knopman DS, Tang-Wai DF, O'Brien PC, Weigand SD, Edland SD, Smith GE, Ivnik RJ, Ferman TJ, Tangalos EG, Jack CR Jr (2004). [1]H MR spectroscopy in common dementias. *Neurology, 63,* 1393-1398.

Jack CR, Shiung MM, Gunter JL, O'Brien PC, Weigand SD, Knopman DS, Boeve BF, Ivnik RJ, Smith GE, Cha RH, Tangalos EG, Petersen RC (2004). Comparison of different MRI brain atrophy, rate measures with clinical disease progression in AD. *Neurology, 62,* 591-600.

Testa JA, Ivnik RJ, Petersen RC, Boeve B, Knopman DS, Smith GE (2004). Diagnostic utility of Boston Naming Test in MCI and Alzheimer's disease. *Journal of the International Neuropsychogical Society, 10,* 504-512.

Husain MM, Rush AJ, Fink M, Knapp R, Petrides G, Rummans T, Biggs MM, O'Connor K, Rasmussen K, Litle M, Zhao WL, Bernstein HJ, Smith G, Mueller M, McClintock SM, Bailine SH, Kellner CH (2004).  Speed of response and remission in major depressive disorder with acute electroconvulsive therapy (ECT): A Consortium for Research in ECT (CORE) report. *Journal of Clinical Psychiatry, 65,* 485-491.

Bunch TJ, White RD, Smith GE, Gersh BJ, Hammill SC, Shen WK, Packer DL (2004).  Long term subjective memory function in ventricular fibrillation out-of-hospital cardiac arrest survivors resuscitated by early defibrillation in a population-based study. *Resuscitation, 60,* 189-195.

Smith -15-

Geda YE, Smith GE, Knopman DS, Boeve BF, Tangalos EG, Ivnik RJ, Mrazek DA, Edland SD, Petersen RC, (2004). De Novo Genesis of Neuropsychiatric Symptoms in Mild Cognitive Impairment (MCI). *International Psychogeriatrics, 16,* 1-10.

Ferman TJ, Smith GE, Boeve BF, Ivnik RJ, Petersen RC, Knopman D, Graff-Radford N, Parisi J, Dickson DW, (2004). Fluctuations: Specific features that reliably differentiate DLB from AD and normal aging. *Neurology, 62,* 181-187.

Tang-Wai DF, Knopman DS, Geda YE, Edland SD, Smith GE, Ivnik RJ, Tangalos EG, Boeve BF, Petersen RC, (2003). Comparison of the short test of mental status and the mini-mental state examination in mild cognitive impairment. *Archives of Neurology, 60,* 1777-1781.

McCarthy FM, Sellers AH, Burns WJ, Smith GE, Ivnik RJ, Malec JF (2003). Prediction of IQ in the Mayo adult normative sample using multiple methods. *Journal of Clinical Psychology, 59,* 457-463.

Knopman DS, Parisi JE, Salviati A, Floriach-Robert M, Boeve BF, Ivnik RJ, Smith GE, Dickson DW, Johnson KA, Petersen LE, McDonald WC, Braak H, and Petersen RC (2003). Neuropathology of cognitively normal elderly. *Journal of Neuropathology and Experimental Neurology, 62,* 1087-1095.

Machulda MM, Ward HA, Borowski RTR, Gunter JL, Cha MS, O'Brien PC, Petersen RC, Boeve BF, Knopman D, Tang-Wai DF, Ivnik RJ, Smith GE, Tangalos EG, and Jack CR (2003). Comparison of memory fMRI response among normal, MCI, and Alzheimer's patients. *Neurology,61,* 500-506.

Finton M, Lucas J, Rippeth J, Bohac D, Smith G, Ivnik R, Petersen R (2003). Cognitive asymmetries associated with Apolipoprotein E genotype in patients with Alzheimer's disease. *Journal of the International Neuropsychogical Society, 9,* 751-759.

Kantarci K, Reynolds G,. Petersen RC, Boeve BF, Knopman DS, Edland SD, Smith GE, Ivnik RJ, Tangalos EG, Jack CR Jr (2003). Proton MR Spectroscopy in mild cognitive impairment and Alzheimer's disease; comparison of 1.5 t and 3t. *American Journal of Neuroradiology; 24,* 843-849.

Boeve BF, Silber MH, Parisi JE, Dickson DW, Ferman TJ, Benarroch EE, Schmeichel AM, Smith GE, Petersen RC, Ahlskog JE, Matsumoto JY, Knopman DS, Schenck CH, Mahowald MW (2003). Synucleinopathy pathology and REM sleep behavior disorder plus dementia or parkinsonism. *Neurology, 61,* 40-45.

Edland SD, Wavrant-De Vreise F, Compton D, Smith GE, Ivnik R, Boeve BF, Tangalos EG, Petersen RC (2003). Insulin degrading enzyme (IDE) genetic variants and risk of Alzheimer's disease: evidence of effect modification by APOE. *Neuroscience Letters, 345*(1), 21-24.

Boeve B, McCormick J, Smith G, Ferman T, Rummans T, Carpenter T, Ivnik R, Kokmen E, Tangalos E, Edland S, Knopman D, Petersen R (2003). Mild cognitive impairment in the oldest old. *Neurology, 60,* 477-480.

Zubenko GS, Zubenko WN, McPherson S, Spoor E, Marin DB, Farlow MR, Smith GE, Geda YE, Cummings JL, Petersen RC, Sunderland T (2003). A collaborative study of the emergence and clinical features of the major depressive syndrome of Alzheimer's disease. *American Journal of Psychiatry, 160,* 857-866.

Sutor B, Smith GE, & Rummans TA (2002). Assessment and management of dementia patients with behavioral disturbances. *Research and Practice in Alzheimer's Disease, 6,* 33-38.

Kantarci K, XuY-C, Shiung MM, O'Brien PC, Cha RH, Smith GE, Ivnik RJ, Boeve BF, Edland SD, Kokmen E, Tangalos EG, Petersen RC, Jack CR Jr (2002). Comparative diagnostic utility of different MR modalities in mild cognitive impairment and Alzheimer's disease. *Dementia & Geriatric Cognitive Disorders 14*, 198-207.

Kantarci K, Smith GE, Ivnik RJ, Petersen RC, Boeve BF, Knopman DS, Edland SD, Tangalos EG, Jack CJ Jr (2002). [1]H MRS, cognitive function, and Apolipoprotein E genotype in normal aging, mild cognitive impairment and Alzheimer's disease. Journal *of the International Neuropsychology Society, 7*, 934-942.

Ferman TJ, Boeve BF, Smith GE, Silber MH, Graff-Radford N, Parisi J, Dickson DW, Petersen RC, Ivnik RJ (2002). Dementia with Lewy bodies may present as dementia with REM sleep behavior disorder without parkinsonism or hallucinations. *Journal of the International Neuropsychology Society. 7*, 907-914.

Cerhan J, Ivnik RJ, Smith GE, Tangalos EG, Petersen RC & Boeve BF (2002). Comparing the diagnostic utility of Letter Fluency, Category Fluency, and Fluency difference scores in Alzheimer's disease. *The Clinical Neuropsychologist,16,* 35-42.

Smith -16-

Jack CR, Dickson DJ, Parisi J, Xu Y, Cha R, O'Brien PC, Edland SD, Smith GE, Boeve BF, Tangalos EG, Kokmen E & Petersen RC (2002). Antemortem MRI findings correlated with hippocampal neuropathology in typical aging and dementia. *Neurology, 58*, 750-757.

Harris ME, Ivnik RJ, Smith GE (2002). Mayo's Older American's Normative Studies: Expanded AVLT recognition trials norms for ages 57-98. *Journal of Clinical and Experimental Psychology, 24*, 214-220.

O'Connor M, Knapp R, Husain M, Rummans T, Petrides G, Smith G, Mueller M, Snyder K, Bernstein H, Rush A, Fink M, Kellner C (2001). The influence of age on the response of major depression to electroconvulsive therapy. *American Journal of Geriatric Psychiatry, 9,* 382-390.

Smith GE, O'Brien PC, Ivnik RJ, Kokmen E, Petersen RC & Tangalos E (2001). Prospective analysis of risk factors for nursing home placement of dementia patients. *Neurology, 57*, 1467-1473.

Sutor B, Rummans TA, & Smith GE (2001). Assessment and management of behavioral problems in nursing home residents with dementia. *Mayo Clinic Proceedings, 76,* 540-550.

Ivnik RJ, Smith GE, Cerhan J, Boeve BF, Tangalos EG, & Petersen RC (2001). Understanding cognitive tests' diagnostic capabilities. *The Clinical Neuropsychologist, 15*(1), 114-124.

Kantarci K, Jack CR Jr, Xu YC, Campeau NG, O'Brien PC, Smith GE, Ivnik RJ, Boeve BF, Kokmen E, Tangalos EG, Petersen RC (2001). Mild cognitive impairment and Alzheimer disease: regional diffusivity of water. *Radiology. 219*, 101-107.

Kantarci K, Jack CR, Xu Y, Campeau NG, O'Brien PC, Smith GE, Ivnik RJ, Boeve BF, Kokmen E, Tangalos EG, & Petersen RC (2000). Regional metabolic patterns in mild cognitive impairment and AD: A $^1$H MRS study. *Neurology, 55*(2), 210-217.

Xu Y, Jack CR, Petersen RC, O'Brien PC, Smith GE, Ivnik RJ, Boeve BF, Tangalos EG, Kokmen E (2000). Usefulness of MRI measures of entorhinal cortex and. hippocampus in AD. *Neurology, 54*, 1760-1767.

Jack CR, Petersen RC, Xu Y, O'Brien PC, Smith GE, Ivnik RJ, Boeve BF, Tangalos EG, & Kokmen E (2000). Rates of hippocampal atrophy correlate with change in clinical status in aging and AD. *Neurology, 55*, 484-489.

Smith GE, Kokmen E, & O'Brien PC (2000). Risk factors for nursing home placement in a population-based dementia cohort. *Journal of the American Geriatrics Society, 48*, 519-525.

Ivnik RJ, Smith GE, Petersen RC, Boeve BF, Kokmen E, & Tangalos EG (2000). Diagnostic accuracy of four approaches to interpreting neuropsychological test data. *Neuropsychology, 14*, 163-177.

Petersen RC, Jack CR, Xu Y-C, Waring SC, O'Brien PC, Smith GE, Ivnik RJ, Tangalos EG, Boeve BF, Kokmen E (2000). Memory and MRI-based hippocampal volumes in aging and Alzheimer's disease. *Neurology, 54*, 581-587.

Goodman JA, Krahn LE, Smith GE, Rummans TA, & Pileggi TS (1999). Patient satisfaction with electroconvulsive therapy. *Mayo Clinic Proceedings,74*, 967-971.

Jack CJ, Petersen RC, Xu YC, O'Brien PC, Smith GE, Ivnik RJ, Boeve BF, Waring SC, Tangalos EG, Kokmen E, et al., (1999). Prediction of AD with MRI-based hippocampal volume in mild cognitive impairment. *Neurology. 52*, 1397-1403.

Ferman TJ, Boeve BF, Smith GE, Silber MH, Kokmen E, Petersen RC, & Ivnik RJ (1999). REM sleep behavior disorder and dementia: Cognitive differences when compared to Alzheimer's disease. *Neurology, 52*, 951-957.

Ivnik RJ, Smith GE, Lucas JA, Petersen RC, Boeve BF, Kokmen E, & Tangalos EG (1999). Testing normal older people three or four times at 1- to 2-year intervals: Defining normal variance. *Neuropsychology, 13*, 121-127.

Petersen RC, Smith GE, Waring S, Ivnik RJ, Tangalos EG, Kokmen E (1999). Mild cognitive impairment: Clinical characterization and outcome. *Archives of Neurology, 56*(3), 303-308.

Lucas JA, Ivnik RJ, Smith GE, Bohac DL, Tangalos EG, Kokmen E, Graff-Radford NR, & Petersen RC (1998). Normative data for the Mattis Dementia Rating Scale. *Journal of Clinical and Experimental Neuropsychology, 20*, 536-547.

Lucas JA, Ivnik RJ, Smith GE, Bohac DL, Tangalos EG, Graff-Radford NR, & Petersen RC (1998). Mayo Older American Studies: Category Fluency norms. *Journal of Clinical and Experimental Neuropsychology, 20*, 194-200.

Jack CR, Petersen RC, Xu Y, O'Brien PC, Smith GE, Ivnik RJ, Tangalos EG, Kokmen E (1998). Rate of medial temporal lobe atrophy in typical aging and Alzheimer's disease. *Neurology, 51,* 993-999.

Boeve BF, Silber MH, Ferman TJ, Kokmen E, Smith GE, Ivnik RJ, Parisi JE, & Olson EJ, Petersen RC (1998). REM sleep behavior disorder and degenerative dementia:  An association likely reflecting Lewy Body disease. *Neurology, 51*, 363-370.

Jack CR, Petersen RC, Xu Y-C, O'Brien PC, Waring SC, Tangalos EG, Smith GE, Ivnik RJ, Thibodeau S, & Kokmen E (1998).  Hippocampal atrophy and apolipoprotein E genotypes are independently associated with Alzheimer's disease. *Annals of Neurology, 43*, 303-310.

Smith GE, Bohac DL, Waring S, Ivnik RJ, Petersen RC, Tangalos EG, Kokmen E, Thibodeau S (1998). Apolipoprotein E genotype influences cognitive 'phenotype' in patients with Alzheimer's disease but not in healthy control subjects. *Neurology, 50*, 355-362.

Smith GE, Vigen V, Evans J, Fleming K, Bohac DL (1998). Patterns and associates of hyperphagia in dementia patients. *Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 11*, 97-102.

Ivnik RJ, Smith GE, Lucas JA, Tangalos EG, Petersen RC & Kokmen E (1997). Free and Cued Selective Reminding Test:  MOANS norms. *Journal of Clinical and Experimental Neuropsychology, 19*, 676-691.

Jack CR, Petersen RC, Xu Y-C, O'Brien PC, Tangalos EG, Smith GE, Ivnik RJ, Kokmen E (1997).  Medial temporal atrophy on MRI in normal aging and very mild Alzheimer's disease. *Neurology, 49,* 786-794.

Petersen RC, Smith GE, Waring S, Ivnik RJ, Kokmen E, Tangalos EG (1997). Aging, memory and mild cognitive impairment. *International Psychogeriatrics, 9*, 65-69.

Rummans TA, Smith GE, Lin S-C, Waring SC, Kokmen E. (1997). Comorbidity of dementia and psychiatric disorders in older persons. *American Journal of Geriatric Psychiatry, 5*, 261-267.

Smith GE, Bohac DL, Ivnik RJ, Malec JF (1997). Using word recognition scores to predict premorbid IQ in dementia patients: Longitudinal data. *Journal of the International Neuropsychological Society, 3*, 528-533.

Smith GE, Wong JS, Ivnik RJ, Malec JF (1997).  Mayo's Older American Normative Studies: Separate norms for WMS-R logical memory stories. *Assessment, 4*, 79-86.

Vigen VR, Fleming KC, Evans JM, Bohac DL, Smith GE (1997).  Hyperphagia in Alzheimer's disease. *Nursing Home Medicine, 5*, 264-268.

Beard CM, Kokmen E, Sigler C, Smith GE, Pettersen T, O'Brien P (1996).  Cause of death in Alzheimer's disease. *Annals of Epidemiology, 6*, 195-200.

Ivnik RJ, Malec JF, Smith GE, Tangalos EG, Petersen RC (1996).  Neuropsychological tests' norms above age 55: COWAT, BNT, MAE Token, WRAT-R Reading, AMNART, STROOP, TMT, and JLO.  *The Clinical Neuropsychologist 10*, 262-278.

Lemsky CM, Smith GE, Malec JF, Ivnik RJ (1996).  Identifying risk for functional decline using cognitive measures.  *Neuropsychology, 10,* 368-375.

Malec JF, Smith GE, Ivnik RJ, Petersen RC, Tangalos EG (1996).  Clusters of "impaired" normal elderly do not decline cognitively in 3-5 years.  *Neuropsychology,10,* 66-73.

Petersen RC, Waring S, Smith GE, Tangalos EG, Thibodeau S (1996).  Predictive value of APOE genotyping in incipient Alzheimer's disease.  *Annals of the New York Academy of Sciences., 802*, 58-69.

Smith GE, Petersen RC, Ivnik R, Malec JF, Tangalos EG (1996).  Subjective memory complaints, psychological distress, and longitudinal change in objective memory performance. *Psychology and Aging, 11*, 272-279.

Smith GE, Petersen RC, Parisi JE, Ivnik RJ, Kokmen E, Tangalos EG, Waring S (1996).  Definition, course and outcome of Mild Cognitive Impairment. *Aging, Neuropsychology and Cognition, 3*, 141-147.

Tangalos EG, Smith GE, Ivnik RJ, Petersen RC, Kokmen E, Kurland LT, Offord KP, Parisi JE (1996).  The Mini-Mental State Examination in general medical practice: Clinical utility and acceptance. *Mayo Clinic Proceedings, 71,* 829-837.

Carlson D, Fleming K, Smith, G, Evans J (1995). Management of dementia-related behavioral disturbance: A nonpharmacological approach. *Mayo Clinic Proceedings, 70*, 108-115.

Rao VS, Cupples LA, Auerbach SA, Becker R, Burke J, Chui H, Duara R, Foley EJ, Giatt S, Green RC, Growdon JH, Karlinsky H, Kukull WA, Kurz A, Jones R, Larson EG, Lautenschlager NT, Martelli K, Sadovnick AD,

Smith GE, Volicer L, Farrer LA  (1995).  Age at onset of Alzheimer disease is influenced by multiple genetic and non-genetic factors: The Mirage study.  *Alzheimer's Disease, 1*, 159-168.

Ivnik RJ, Smith GE, Malec JF, Petersen RC, Tangalos EG (1995).  Long-term stability and inter-correlations of cognitive abilities in older persons.  *Psychological Assessment, 7*, 155-161.

Petersen RC, Smith GE, Ivnik RJ, Kokmen E, Tangalos EG, Tsai M-S, Schaid DJ, Thibodeau SN, Kurland LT (1995). Apolipoprotein E status as a predictor of the development of Alzheimer's disease. *JAMA, 273*, 1274-1278.

Smith GE (1995).  Noncognitive symptoms of dementia.  *Behavior Therapist, 18*, 168.

Smith GE, Tangalos EG, Ivnik RJ, Kokmen E, Petersen RC (1995).  Tolerance weighted frequency indices for non-cognitive symptoms of dementia. *American Journal of Alzheimer Disease, 10*, 2-10.

Ivnik RJ, Smith GE, Malec JF, Petersen RC, Kokmen E, Tangalos EG (1994).  MOANS Cognitive Factor Scales (MCFS):  Distinguishing normal and clinical samples by profile variability.  *Neuropsychology, 8*, 203-209.

Petersen RC, Smith GE, Ivnik RJ, Kokmen E, Tangalos EG (1994).  Memory function in very early Alzheimer's disease.  *Neurology, 44*, 867-872.

Severson M, Smith GE, Tangalos EG, Petersen RC, Kokmen E, Ivnik RJ, Atkinson EJ, Kurland LT (1994). Patterns and predictors of institutionalization in community-based dementia patients.  *Journal of the American Geriatrics Society 42*, 181-185.

Smith GE, Ivnik RJ, Malec JF, Kokmen E, Tangalos E, Petersen RC (1994).  Psychometric properties of the Mattis Dementia Rating Scale.  *Assessment, 2*, 123-131.

Smith GE, Ivnik RJ, Malec JF, Petersen RC, Kokmen E,  Tangalos EG (1994).  Mayo Cognitive Factor Scales: Derivation of a short battery and norms for factor scores.  *Neuropsychology, 8*, 194-202.

Tsai MS, Tangalos EG, Petersen RC, Smith GE, Schaid DJ, Kokmen E, Ivnik RJ, Thibodeau SN (1994).  Apolipoprotein E: Risk factor for Alzheimer's disease.  *American Journal of Human Genetics, 54*, 643-649.

Ivnik RJ, Smith GE, Malec JF, Tangalos EG, Parisi JE (1993).  Comparison of WAIS-R vs. MAYO summary scores in a clinical sample.  *Journal of Clinical Psychology, 49*, 534-542.

Smith GE, Ivnik RJ, Malec JF, Petersen RC, Tangalos EG (1993).  Factor structure of the Mayo Older Americans Normative Sample (MOANS) core battery: Replication in a clinical sample.  *Psychological Assessment: JCCP, 5*, 121-124.

Ivnik RJ, Malec JF, Smith GE, Tangalos EG, Petersen RC, Kokmen E, Kurland LT (1992).  Mayo's Older Americans Normative Studies:  Updated AVLT norms for ages 56 to 97.  *The Clinical Neuropsychologist, 6*, 83-104.

Ivnik RJ, Malec JF, Smith G., Tangalos EG, Petersen RC, Kokmen E, Kurland LT (1992).  Mayo's Older Americans Normative Studies: WMS-R norms for ages 56 to 97.  Th *Clinical Neuropsychologist, 6*, 49-82.

Ivnik RJ, Malec JF, Smith GE, Tangalos EG, Petersen RC, Kokmen E, Kurland LT (1992).  Mayo's Older Americans Normative Studies: WAIS-R norms for ages 56 to 97. *The Clinical Neuropsychologist, 6*, 1-30.

Kurland LT, Radhakrishnan K, Armon C, Smith GE, Nemetz P (1992).  Mechanical trauma as a risk factor in classic amyotrophic lateral sclerosis: Lack of epidemiologic evidence.  *Journal of the Neurological Sciences, 113*, 133-143.

Malec JF, Ivnik RJ, Smith GE, Tangalos EG, Petersen RC, Kokmen E, Kurland LT (1992).  Mayo's Older Americans Normative Studies: Utility of corrections for age and education for the WAIS-R.  *The Clinical Neuropsychologist, 6*, 31-47.

Malec JF, Ivnik RJ, Smith GE (1992).  Visual Spatial Learning Test (VSLT):  Normative data and further validation.  *Psychological Assessment: JCCP, 4*, 433-441.

Petersen RC, Smith GE, Kokmen E, Ivnik RJ, Tangalos EG (1992).  Memory function in normal aging.  *Neurology, 42*, 396-401.

Smith GE, Ivnik RJ, Malec JF, Petersen RC, Kokmen RJ, Tangalos EG & Kurland LT (1992).  Mayos' Older Americans Normative Studies (MOANS): Factor structure of a core battery.  *Psychological Assessment: JCCP, 4*, 382-390.

Smith GE, Malec JF, Ivnik RJ (1992).  Validity of the construct of nonverbal memory: A factor analytic study in a normal elderly sample.  *Journal of Clinical and Experimental Neuropsychology, 14*, 211-221.

Ivnik RJ, Smith GE, Tangalos E, Petersen RC, & Kokmen E (1991).  Wechsler Memory Scale (WMS):  I.Q. dependent norms for persons above age 60.  *Psychological Assessment: JCCP, 3*, 156-161.

Kokmen E, Smith GE, Petersen RC, Tangalos EG, Ivnik RJ (1991).  The Short Test of Mental Status: Correlations with standardized psychometric testing.  *Archives of Neurology, 48*, 725-728.

Smith GE, Ivnik RJ, Petersen RC, Malec JF, Kokmen E, & Tangalos EG (1991).  Age associated memory impairment diagnoses: Problems of reliability, concerns for terminology.  *Psychology and Aging, 6*, 551-558.

LaGuardia RL, Smith GE, Francois R, & Bachman L (1983).  Incidence of delayed stress disorder among Vietnam Era Veterans:  The effects of priming on response set.  *American Journal of Orthopsychiatry, 53*, 18-26.

## 2. Published books

Smith G.E. and Farias, S. (Eds) (in preparation), *Handbook of Dementia*. Washington DC: American Psychological Association

Smith, G.E. and Bondi, M. W.  (2013). *Mild Cognitive Impairment and Dementia; Definitions, Diagnosis and Treatment*. New York; Oxford Press.

Contributing editor to *Mayo Clinic Guide to Alzheimer's Disease*.  R.C. Petersen, Editor in Chief, 2006, Rochester, MN, Mayo Clinic Health Information

## 3. Published book chapters

Smith, GE. (in preparation) Introduction. In GE Smith, and S. Farias, (Eds). *Handbook of Dementia.*  Washington, DC. American Psychological Association.

Smith G. E. and Butts A. (in press).  Dementia. in J. Morgan and J. Ricker, (Eds). *Textbook of Clinical Neuropsychology, Second Edition*. New York; Taylor & Francis

Krishnan, K and Smith, (2016) Dementia and Neurocogntitive Disoders, in D. Attix and M. Yassuda (Eds), *Encyclopedia of Geropsychology,* Spinger.

Castro, M and Smith, G.E. (2015) Mild Cognitive Impairment and Alzheimer's Disease. Lichtenstein, P and Mast, B. (Eds).  *Handbook of Clinical Geropsychology*, Washington DC: American Psychological Association

Smith, G.E. and Lunde, A. (2013) Early Diagnosis of Alzheimer's Disease, Caregiving, and Family Dynamics In S. Zarit and R. Talley et al (Eds). *Caregiving for Individuals with Alzheimer's disease.*

Zelinski, E. M., Dalton, S.E and Smith, G.E. (2011). Consumer Based Brain Fitness Programs. In P.E. Hartman-Stein, and A.  La Rue, (Eds). *Enhancing Cognitive Fitness in Adults*.  New York; Springer.

Smith, G.E., and Bondi, M. W. (2008). Normal Aging, Mild Cognitive Decline nd Alzheimer's Disease in J. Morgan and J. Ricker, (Eds). *Textbook of Clinical Neuropsychology*. New York; Taylor & Francis.

Smith, G.E., Ivnik, R.J., Lucas, J.A. (2008). Assessment Techniques: Tests, Test Batteries, Norms and Methodological Approaches in J. Morgan and J. Ricker, (Eds). *Textbook of Clinical Neuropsychology.* New York; Taylor & Francis.

Smith, G.E., Machulda, M., Kantarci K.  (2006). A Perspective from Mayo Clinic. In H. Tuokko and D. Hultsch (Eds). *Perspectives on Mild Cognitive Impairment*.  New York; Psychology Press.

Smith, G.E., Rush, B. K. (2006) Normal Aging and Mild Cognitive Impairment D.h Koltai-Attix and K. Welsh-Bohmer (Eds). *Geriatric Neuropsychological Assessment and Intervention*. New York: Guilford

Boeve, B F. Silber, Ml H. Ferman, T J. Parisi, J E. Dickson D W.,. Smith, G E. Lucas, J. Petersen R C.,  REM Sleep Behavior Disorder in Parkinson's Disease, Dementia with Lewy Bodies, and Multiple System Atrophy (2003), In M-A Bedard et al., (Eds).  *Mental and Behavioral Dysfunction in Movement Disorders*. Totowa, NJ: Humana Press Inc.

Smith, G.E., Cerhan, J. & Ivnik, R.J. (2003). Diagnostic Validity.  In Tulsky D, Saaklofske D, Chelune G, Heaton R, Ivnik R, Bornstein R, Prifitera A, & Ledbetter M. (Eds) <u>Clinical Interpretation of The WAIS-III and WMS-III</u>  New York: Academic Press (pp. 273-301).

Smith -20-

Smith, G.E., & Ivnik, R.J. (2003). Normative Neuropsychology  In R.C. Petersen (Ed.) Mild Cognitive Impairment: Aging to Alzheimer's Disease. New York:  Oxford University Press.

Grundman, M., Kim, H.T., Salmon, D., Storandt, M., **Smith, G.**, Ferris, S., Mohs, R., Kawas, C., Doody, R., Welsh-Boehmer, K., Saxton, J., Saine, K., Schmitt, F., Ogrocki, P., Johnson, N., Howieson, D., Papka, M., Green, J., Gamst, A., Kukull, W., Thal, L.J., the Alzheimer's Disease Centers' Neuropsychological Database Initiative. (2001).  The Alzheimer's Disease Centers' Neuropsychological Database Initiative: A Resource for Alzheimer's Disease Prevention Trials in K Iqbal, S. Sisodia, & B. Winbald (Eds) Alzheimer's Diseae: Advances in Etiology, Pathogenesis and Therapeutics.John Wiley and Sons, 129-140.

Malec, J.F., Ivnik, R.J., Smith, G.E. (1993).  Neuropsychology and normal aging: Clinicians' perspective.  IN R.W. Parks, R.F. Zec and R.S. Wilson (Eds.) Neuropsychology of Alzheimer's Disease and Related Dementias. New York: Oxford University Press, 81-111.

Armon, C., Kurland, L.T., Smith, G.E., & Steele, J.S. (1992).  Sporadic and Western Pacific amyotrophic lateral sclerosis: Epidemiological implications.  In R.A. Smith (Ed.)., Handbook of Amyotrophic Lateral Sclerosis.  New York: Marcel Dekker, Inc.

Hassinger, M., Smith, G.E., & LaRue, A. (1989).  Assessing depression in older adults.  In C. Lindley & T. Hunt (Eds.), Testing the Older Adult.  Austin, Texas: PRO-ED.

## 4.  Editorials

Smith GE (2002).  What is the outcome we seek?  A commentary on Keith et al. *Neuropsychology 16*(3), 432-433.

## 5.  Software, Audiotapes, Videotapes

Malec, J.F., Ivnik, R.J., Smith, G.E. (1993).  User's Guide for Mayo's Older Americans Normative Studies Standard Score Computation Program (Manual).  San Antonio, Texas: The Psychological Corporation.

Malec, J.F., Ivnik, R.J., Smith, G.E. (1993).  Mayo's Older Americans Normative Studies Standard Score Computation Program (Software Program).  San Antonio, Texas: The Psychological Corporation.

## 6.  Invited published articles

Smith, G.E. & Pankratz, V.S. (2008).  Does a plateau in pre-Alzheimer memory decline provide evidence for compensatory mechanisms? *Research and Practice In Alzheimer's Disease*, *13*, 58-62.

Smith GE (2002).  Is mild cognitive impairment bridging the gap between normal aging and Alzheimer's disease?  *Journal of Neural Transmission, 62*, 97-104.

## 7.  Abstracts

Smith, G.E. Neuropsychology of APOE. (1999). Journal of the International Neuropsychological Society, 5, 122.

Ferman, T.J., Smith, G.E., Ivnik, R.J., & Petersen, R.C. (1999). APOE and Longitudinal Cognitive Change in Alzheimer's disease. Journal of the International Neuropsychological Society, 5, 122.

Lucas, J.A., Rippeth, J.D., Finton, M.J., Smith, G.E., Ivnik, R.J., Waring, S.C., Tangalos, E.G., Graff-Radford, N.R., & Petersen, R.C.  (1999) Cognitive asymmetries associated with Apolipoprotein E  genotypes in probable Alzheimer's disease. Journal of the International Neuropsychological Society, 5, 94.

Smith, G., (1997) APOE ε4 and Neuropsychological Test Performance: Evidence for a Cognitive Phenotype? Journal of the International Neuropsychological Society 3:23.

Smith, G., Ivnik, R., Malec, J., Lemsky, C. (1996) Using Word Recognition Tests to Estimate Premorbid IQ in Dementia.  Journal of the International Neuropsychological Society.2,1.

Smith, G., Petersen, R., Ivnik, R., Malec, J. (1995).  Subjective memory Complaints, Psychological Distress and Longitudinal Change in Objective Memory Performance.  Journal of the International Neuropsychological Society 1:31.

Smith -21-

Smith, G., Petersen, R., Ivnik, R. (1995).  Definition, Course and Predictors of Outcome of Mild Cognitive Impairment.  Journal of the International Neuropsychological Society 1:151.

Smith, G. E., Ivnik, R.J., Malec, J.F. (1995).  MAYO Cognitive Factor Scale (MCFS) Scores: Derivation, Norms, and Preliminary Studies of Clinical Utility.  Journal of the International Neuropsychological Society 1:388

Smith, G.E., Thibodeau, S, Tsai, M.S., Tangalos, E.G. (1994).  Evidence for evolving dementia in Apolipoprotein (Apoe-E) E4 positive normal elderly?  Neurology 44:A207.

Smith, G.E., Petersen, R.C., Thibodeau, S. (1994).  APO-E Status and Cognitive Performance in Normal Controls and Probable Alzheimer's Patients.  Neurobiology of Aging 15(Suppl 1):S134.

Smith, G.E., Mandarino, M.W., McCormick, J.K., Severson, M.A. (1993).  The Mattis Dementia Rating Scale Scores and Dementia Outcomes.  Journal of Clinical and Experimental Neuropsychology 15:64.

Smith, G.E., Mandarino, M., McCormick, J., Kelly, A., Severson, M., Chutka, D., Larson, E., Tangalos, E. (1992).  Outcomes in Dementia: Survival, Behavioral Disturbance, Institutional Care.  The Gerontologist 32:36.

Smith, G.E., Ivnik, R.J., Malec, J.M., Petersen, R.C., Kokmen, E., Tangalos, E.G. (1992).  Factor Structure of the WAIS-R in an Elderly Normative Sample.  Journal of Clinical and Experimental Neuropsychology 14:47.

Smith, G.E., Ivnik, R.J., Malec, J.F., Petersen, R.C., Kokmen, E., Tangalos, E.G. (1992).  Structure of the WMS-R in an Elderly Normal Sample.  The Clinical Neuropsychologist 6:321.

Smith, G.E., Ivnik, R.J., Tangalos, E.G. (1991).  Age Related Changes in Primary Memory and Learning.  The Gerontologist 31(II):260.

Smith, G.E. (1991).  The Diagnosis of Age Associated Memory Impairment (AAMI):  Complain and You Shall Receive.  The Clinical Neuropsychologist 3:255.

Smith, G.E., Petersen, R.C., Ivnik, R.J., Malec, J.F. (1991).  Memory Function and Normal Aging.  Neurology 41(S):233.

Smith G.E., Malec J.F., Ivnik R.J. (1991).  Validity of the Construct of Nonverbal Memory in the Elderly Population: A Factor Analytic Study.  Journal of Clinical and Experimental Neuropsychology 13:88.

Smith G.E., Petersen, R.C., Ivnik R.J. (1991).  Internal Consistency and Construct Validity of the Dementia Rating Scale.  Journal of Clinical and Experimental Neuropsychology 13:90.

Smith G.E., Petersen R.C., Kokmen E., Tangalos E.G., & Ivnik, R.J. (1990).  Neuropsychological Validity of the Dementia Rating Scale.  Annuals of Neurology 28:230.

Smith, G.E. (1990).  Mood Disturbance Following Stroke: Further Evidence of "Dementia of Depression"?  The Clinical Neuropsychologist 4:300.

Smith, G.E. (1989).  Patterns of self-reported symptomology in post-stroke depression.  The Clinical Neuropsychologist 3:201.

Smith, G.E., Ullman, D., Cole, J.K., & Carleton, T. (1987).  Neuropsychological performance of sexually assaultive and non-sexually assaultive offenders.  The Clinical Neuropsychologist 1:75.

Bachtler, S.D., Roth, D.L., Smith, G.E., & Weber, A.M. (1990).  Qualitative Performance on the Rey-Osterrieth Complex Figure in Patients with Complex Partial Seizures.  Journal of Clinical and Experimental Neuropsychology 12:75.

Bohac, D., Smith, G., Rummans, T. (1996).  The efficacy of the GDS-SF in detecting depression among cognitively impaired elderly. Journal of the International Neuropsychological Society 2:49.

Carlson, D.L., Smith, G.E. and Doucette, M. (1993).  Stability of Nurses' Observation Scale Ratings in a Long Term Care Facility.  The Gerontologist 33: 296.

Ivnik, R.J., Malec, J.F., Smith, G.E. (1996).  MOANS norms for the COWAR, BNT, MAE Token, WRAT-R Reading, AMNART, STROOP, TMT, and JLO. Journal of the International Neuropsychological Society 2:2.

Ivnik, R.J., Smith, G.E., Malec, J.F. (1993).  WMS-R and Mayo Memory Index Values' Concordance in a Clinical Sample.  Archives of Clinical Neuropsychology 8:236.

Ivnik, R.J., Malec, J.F., Smith, G.E. (1992).  Defining "Normal" Among the Elderly: How does the definition adopted influence cognitive test performance?  Journal of Clinical and Experimental Neuropsychology 1:87.

Smith -22-

Ivnik, R.J., Malec, J.F., Smith, G.E. (1992).  WAIS-R IQs and MAYO IQs Concordance in a Clinical Example.  The Clinical Neuropsychologist 6:321.

Ivnik, R.J., Malec, J.F., Smith, G.E. (1992).  Normative Data for the AVLT Percent Retention as a Function of Age and Original Learning for Persons Above Age 54.  Archives of Clinical Neuropsychology 7:338.

Kurland, L.T., Smith, G.E., Kokmen, E., Tangalos, E.G. (1992).  Problems in estimating incidence and prevalence (of Dementia).  American Association for the Advancement of Science, February 6-11, p. 98.

Kokmen, E, Beard, C.M., Sigler, C., O'Brien, P.C., Smith, G., Pettersen, T. (1994).  Cause of Death in Alzheimer's Disease in Rochester, Minnesota.  Neurology of Aging 15 (Suppl 1): S11.

Lemsky, C.M., Smith, G.E., Malec, J.F., Ivnik, R.J. (1995).  Development of Decision Rules to Identify Persons at Risk for Functional Decline Using Cognitive Measures.  Journal of the International Neuropsychological Society 1:384.

Li, J., Petersen, R.C., Smith, G.E., Tangalos, E.G. (1993).  Memory Complaints and Objective Memory Assessment in Normal Aging.  The Gerontologist 33:21.

Malec, J.F., Smith, G.E., Ivnik, R.J. (1995).  Clusters of "Impaired" Normal Elderly Do Not Decline Cognitively in 3-5 years. Journal of the International Neuropsychological Society 1:131.

McCormick, J., Smith, G.E., Kokmen, E., Tangalos, E.G. (1992).  Prevalence of Dementia in First-Degree Relatives of Community-Based Alzheimer's Disease Patients.  Neurology 42(3):142.

Parisi, J.E., Smith, G.E., Petersen, R.C., Rocca, W. Johnson, K. (1994).  Pathologic features in control and dementia patients of advanced age.  Brain Pathology 4:578.

Petersen, R.C., Smith, G.E., Jack C. (1995).  Utility of facilitated acquisition and MRI volumetric measures in distinguishing very early dementing illness from static mild cognitive impairment. Journal of the International Neuropsychological Society 1:351.

Petersen, R.C., Jack, C.R., Smith, G.E., Kokmen, E., Ivnik, R.J., Tangalos, E.G. (1994).  MR volumetric dissociation of memory and naming in Alzheimer's disease.  Neurology 44:209S.

Petersen, R.C., Smith, G.E., Tangalos, E.G., Kokmen, E., Ivnik, R. (1993).  Clinical course of patients with a mild cognitive impairment.  Neurology 43:A277.

Petersen, R.C., Jack, C.R., Smith, G.E., Kokmen, E., Tangalos, E.G., Ivnik, R.J. (1993).  Serial MR-based Hippocampal Volumes in Alzheimer's Disease and Normal Aging.  Annals of Neurology 34:292.

Petersen, R.C., Smith, G.E., Tangalos, E.G., Kokmen, E., Ivnik, R.J. (1993).  Longitudinal Outcome of Patients with a Mild Cognitive Impairment.  Annals of Neurology 34:294.

Petersen, R.C., Jack, C.R., Jr., Smith, G.E. (1993).  Magnetic resonance based hippocampal volumetry in Alzheimer's disease and normal aging.  Advances in the Biosciences 87:67.

Petersen, R.C., Tangalos, E., Smith, G., Ivnik, R.J., Kokmen, E. (1992).  Memory Impairment in Very Mild Alzheimer's Disease.  Annals of Neurology 32:243.

Petersen, R.C., Jack, C.R., Smith, G. (1992).  Magnetic Resonance Volumetry of the Hippocampus and Memory Function in Normal Aging.  Annals of Neurology 32:269-270.

Petersen, R.C., Jack, C.R., Jr., Smith, G.E., Ivnik, R.J. (1992).  MR-Based Hippocampal Volumes, Age, Duration of Disease, and Cognition in Alzheimer's Disease.  Neurology 42:175.

Petersen, R.C., Smith, G.E., Ivnik, R.J., Kokmen, E., Tangalos E.G. (1991).  The Free and Cued Selective Reminding Test: Clinical Utility with Demented Populations.  Journal of Clinical and Experimental Neuropsychology 13:65.

Petersen, R.C., Jack, C.R., Smith, G.E. (1991).  MRI Temporal Lobe Volume Measurements and Memory Function in Normal Aging.  Neurology 41(S):341.

Pickett, D.D., Waring, S.C., Smith, G.E. (1994).  Psychometric Validity and Screening Utility of the Cognitive Abilities Screening Instrument (CASI): Preliminary Data from Study of Guamanian Chamorros.  Neurobiology of Aging 15(Suppl 1):S42.

Rummans, T.A., Smith, G.E., Lin, S.C. and Kokmen, E. (1993).  Prevalence of Psychiatric Disorders in Demented and Non-demented older person.  APA Syllabus May.

Severson, M., Smith, G., Tangalos, E. (1991).  Predictors of Residence of Dementia Patients.  The Gerontologist 31(II):264-265.

Smith -23-

Tangalos, E.G., Kokmen, E., Smith, G., Ivnik, R., Petersen, R., Kurland, L. (1991).  The Mini-Mental State Exam in Primary Care, Norms and Acceptance by Practicing Internists.  The Gerontologist 31(II):325.

Waring, S.C., Smith, G.E., Petersen, R.C., Rocca, W.A., Kokmen, E., Tangalos, E.G., Kurland, L.T. (1994). Sociodemographic and clinical characteristics of dementia patients: Comparison of a population-based series with a referral series at Mayo Clinic.  Neurology 44:A238.