# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW,** this _17th_ day of April, 2017, as stated on the record during the telephone conference held on April 13, 2017, it is **ORDERED** that, on or before **April 21, 2017**, Co-Lead Class Counsel, counsel to the NFL, and counsel to Jim McCabe and NFL Case Consulting, LLC must submit a written status report to the Court, regarding their negotiations in connection with Co-Lead Class Counsel's Motion for an Injunction Prohibiting Improper Communications with the Class (ECF No. 7347).

                          s/Anita B. Brody

                          _____
                          ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:              Copies **MAILED** on _____ to: