## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 20th day of April, 2017, upon all counsel of record.

Dated: April 20, 2017          /s/ Brad S. Karp
                                              Brad S. Karp