# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL
LEAGUE PLAYERS' CONCUSSION
INJURY LITIGATION

No. 12-md-2323 (AB)

MDL No. 2323

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**THIS DOCUMENT RELATES TO:**

**NOTICE OF WITHDRAWAL
OF APPEARANCE**

 Sunny Jani, Adm. (Webster), et al.     
v. National Football League et al.
No.  2:14-cv-02064-AB     

**As to Plaintiffs ANTHONY BASS and
DAWNIQUA BASS Only**

---

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF REORD:

Jason E. Luckasevic of Goldberg, Persky & White, P.C., Thomas Girardi of Girardi

Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby

withdraw their appearance as attorneys of record for Plaintiffs **ANTHONY BASS and**

**DAWNIQUA BASS** only in the above-referenced case.

Dated: April 20, 2017

Respectfully submitted,

GOLDBERG, PERSKY & WHITE, P.C.

By: s/  *Jason E. Luckasevic*     
Jason E. Luckasevic, Esquire
(PA Bar No. 85557)
11 Stanwix Street, Suite 1800
Pittsburgh, PA  15222
Telephone:  (412) 471-3980
Facsimile: (412) 471-8308
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2017 the foregoing Notice of Withdrawal of Appearance was electronically filed.   Notification of this filing will be sent to all parties via the Court's CM/ECF system.

GOLDBERG, PERSY & WHITE, P.C.

By: s/  *Jason E. Luckasevic*