# EXHIBIT I

# Podhurst Orseck
### TRIAL & APPELLATE LAWYERS

Aaron S. Podhurst
Robert C. Josefsberg
Joel D. Eaton
Steven C. Marks
Peter Prieto
Katherine W. Ezell
Stephen F. Rosenthal
Ricardo M. Martínez-Cid
Ramon A. Rasco
John Gravante III
Lea P. Valdivia
Matthew Weinshall

Robert Orseck (1934-1978)
Walter H. Beckham, Jr. (1920-2011)

Karen Podhurst Dern
Of Counsel

February 1, 2013

Mr. Steve Smith
2717 Millwood Drive
Richardson, TX  75082

Re:  *NFL Concussion Litigation*
     Our File No. 18311

Dear Mr. Smith:

Thank you for providing us with the signed Authorization for Release of Medical Information form which we previously requested. In reviewing your file, we have noted that we are missing your completed Client Information Questionnaire. We would appreciate it if you would review the attached form and complete it as thorough as possible and return it to us the attached self-addressed stamped envelope. Additionally, if you have any medical records, please provide us with copies. Otherwise, simply list the names and contact information of the doctors whom you have treated with and the dates of the last examinations.

If you have any questions, please feel free to call or e-mail us. We look forward to hearing from you.

Sincerely,

Angela Sanjenis-Sanchez, F.R.P.
*Paralegal to Steven C. Marks, Esq. &*
*Ricardo M. Martínez-Cid, Esq.*

/as
Enclosures