# EXHIBIT I-a

# NFL HEAD INJURY

Client Information Request and

Damage Materials Needed

This is a questionnaire that will be used to assist the attorneys investigate the relationship between repetitive brain trauma/concussions and brain damage or brain disease, including such symptoms as cognitive impairment, memory impairment or depression, in former NFL players.   Please add any additional pages as needed.

## NARRATIVE/BIOGRAPHICAL SKETCH

I.

Please prepare a general narrative containing a biographical sketch of the life of the injured party mentioning significant events or accomplishments in their life. Separate individual narratives should be prepared by each family member, detailing the effect of this injury on the particular family member. (If there are additional family members that are not listed below, please add names to this list, even if they are unrepresented or represented by other counsel indicating their status of representation.)

### Family Members/Claimants:

Please list the names, addresses, phone numbers, ages and relation to the injured party of all family members (spouse, children, parents and siblings).

Olivia Smith (spouse) 2717 Millwood Dr. Richardson TX. 75082 Age 48    972)234-3892

Dante Smith (same address) Age 22

Jazmin Smith (same address) Age 21

Morris & Norma Smith (Steve's parents) 542 Wildflower Trail Myrtle Bch, SC. 29577    843) 347-7877

Cheryl Smith (Steve's sister) 5020 Redhorse Crt Waldorf, Md. 20603    301)758-6905

**II.**  **PLEASE PROVIDE THE FOLLOWING INFORMATION FOR THE INJURED PARTY:**

NAME: _Steven Anthony Smith_

CURRENT ADDRESS: REDACTED

PHONE NUMBER(S): REDACTED

EMAIL(S): REDACTED

DATE & PLACE OF BIRTH: _Washington DC  8/30/1964_

DRIVER'S LICENSE NUMBER AND PLACE OF ISSUE: REDACTED

SOCIAL SECURITY NO. REDACTED

BEST TIME/PLACE TO REACH YOU: _Evenings @ home_

If someone assisted you in filling out this questionnaire, please list their name and contact information: _Chié Smith (Spouse) Hm 972) 234-3892_
_cell 214) 232-0307_

### EMPLOYMENT BACKGROUND

**III.**  **NFL EXPERIENCE**

TEAM/YEAR/POSITION: _87-94 L.A. Raiders, 94-96 Seattle Seahawks_
_Fullback_

DATE OF RETIREMENT FROM NFL: _Feb. 1996_

IV.    **CURRENT EMPLOYMENT/OCCUPATION**

Please provide an employment/occupation summary for the Injured Party. The summary should contain employment history since your retirement from the NFL. At a minimum, please provide the name of the employer, job title and description, weekly earnings and total wages.

_____

_____

_____

_____

## INCOME TAX VERIFICATION/RETURNS

V.    **INCOME TAX VERIFICATION/RETURNS** for Injured Party are needed. If verification/tax returns are unavailable, then please obtain records from the Injured Party's employer verifying the Injured Party's income and/or a copy of the NFL Contract at the time of injury.   If applicable, please provide us with evidence of pension income and source. If the family has received accident benefits - whether through a governmental program or private insurance, please provide the amount of such payment(s) as well as the source(s) of the payment(s).  Please provide copies of any federal and state income tax returns filed by the Injured Party, either jointly or individually, for the past five years. Also include copies of any W-2's for the current year if the current year's tax returns have not yet been prepared or whatever similar proof of income you have available.

## EDUCATIONAL BACKGROUND

VI.    Please provide a summary of the injured party's educational background. Please include copies of diplomas or any awards received by the Injured Party.

_____

_____

_____

_____

## MARITAL STATUS

VII.          Please provide us with the Injured Party's marital status. Please also provide a copy
              of the marriage certificate. If the Injured Party was divorced, please provide us with
              a copy of the divorce decree.

## CHILDREN AND DEPENDENT RELATIVES

VIII.         Does Injured Party have any natural or adopted children? If so, please state:

              A.    Name, address and telephone number of each child.

              B.    Date and place of birth of each child.

              C.    Full name, address and telephone number of each child's other parent.

              D.    Date and place of adoption of the child, if applicable.

              _____

              _____

              _____

              _____

              _____

              _____

## MEDICALS

IX.           Please provide copies of medical records attesting to the Injured Party's general
              medical condition prior to the injury and most importantly, all medical records and bills
              since the injury. Please include any medical reports describing the physical as well
              as psychological injuries suffered by the Injured Party.

X.        **CONCUSSIONS**

Please describe concussions or concussion-like symptoms you recall experiencing (please include year/team/position and as much detail as you recall for NFL-related injuries):

_____
_____
_____
_____
_____
_____
_____
_____
_____

XI.       **POTENTIAL WITNESSES**

For each concussion or concussion-like symptoms you detailed in Section X above, please provide the name and contact information for any witness *(e.g., teammates, relatives, friends, coaches, etc.)* who you recommend we contact regarding your case and/or your injuries.

_____
_____
_____
_____
_____
_____
_____
_____
_____

## XII.    MEDICAL CONDITIONS

Have you suffered from any of the following since your retirement from football (please check all that apply):

| | | | |
|---|---|---|---|
| Headaches | | Dizziness | |
| Loss of memory | | Chronic brain injury | |
| Dementia | | Impulse control problems | |
| Chronic Traumatic Encephalopathy | | Alzheimer's | |
| Neurological disorder | | Depression | |
| Suicidal thoughts | | Fatigue | |
| Sleep problems | | Irritability | |
| Neck or cervical spine arthritis | | Numbness/tingling | |
| Anxiety | | Other | |

If you checked "Other" please explain: _____

_____

_____

_____

_____

_____

_____

Have you been diagnosed by a medical professional since your retirement from football with any of the following (please check all that apply):

| | | | |
|---|---|---|---|
| Headaches | ☐ | Dizziness | ☐ |
| Loss of memory | ☐ | Chronic brain injury | ☐ |
| Dementia: | ☐ | Impulse control problems | ☐ |
| Chronic Traumatic Encephalopathy | ☐ | Alzheimer's | ☐ |
| Neurological disorder | ☐ | Depression | ☐ |
| Suicidal thoughts | ☐ | Fatigue | ☐ |
| Sleep problems | ☐ | Irritability | ☐ |
| Neck or cervical spine arthritis | ☐ | Numbness/tingling | ☐ |
| Bipolar Disorder | ☐ | Parkinson's | ☐ |
| "Punch Drunk" | ☐ | Traumatic brain injury | ☐ |
| PTSD | ☐ | Anxiety | ☐ |
| Adjustment Disorder | ☐ | Personality Disorder | ☐ |
| Dysthymic Disorder | ☐ | Panic Disorder | ☐ |
| Social Phobia | ☐ | Intermittent Explosive Disorder | ☐ |
| Psychosis | ☐ | Other | ☐ |

If you checked "Other" please explain: _____

_____

_____

_____

_____

XIII.   **DIAGNOSIS CHART**

If you checked any of the conditions in Section XII above, for each symptom, please describe when your symptoms were diagnosed, duration of symptoms, any treatments, current prognosis and the name and address of the medical professional who diagnosed and/or treated your symptoms (use additional sheets as necessary):

Symptom: _____

Date of Diagnosis: _____

Duration of Symptom (how long symptoms lasted): _____

_____

Treatment/Medication/Current Prognosis (likely outcome): _____

_____

Medical professional who diagnosed (name/address/tel. no.): _____

_____

Symptom: _____

Date of Diagnosis: _____

Duration of Symptom (how long symptoms lasted): _____

_____

Treatment/Medication/Current Prognosis (likely outcome): _____

_____

Medical professional who diagnosed (name/address/tel. no.): _____

_____

**PLEASE PROVIDE COPIES OF ALL MEDICAL RECORDS FROM THE ABOVE-NAMED MEDICAL PROFESSIONAL REGARDING SAID DIAGNOSIS.**

**XIV.**    **CONDITIONS RELATED TO FOOTBALL**

Has any medical professional ever linked any of your conditions to your NFL
football career?  If so, please describe the condition, the name, address and
telephone number of the medical professional and a brief description of what was
said:

_____

_____

_____

_____

_____

_____

_____

_____


**XV.**    **OTHER FOOTBALL-RELATED INJURIES**

Please describe all other injuries you sustained or exacerbated during the course of
your professional football career (*e.g., torn ACL, rotator cuff injury, etc.*):

_____

_____

_____

_____

_____

_____

_____

XVI.    **NON-FOOTBALL-RELATED INJURIES**

Please describe all medical conditions you currently have or have had, along with the date of diagnosis (approximate dates are acceptable) and treatment received (*e.g., "appendectomy in 1980", "tonsil surgery in 1983," "high blood pressure 1999 to present – prescribed xxxxxx", etc.*)

_____

_____

_____

_____

_____

_____

_____

_____


XVII.    **NFL BENEFITS**

For any of the medical conditions identified in Section XII above, are you currently receiving NFL disability benefits? If so, please identify the condition, any finding of disability, date disability commenced, amount of benefits:

_____

_____

_____

_____

_____

_____

_____

_____

Apr 16 17, 12:47p        Dr Heitzman                                 2148273610              p.11

XVIII.     **OTHER PERTINENT INFORMATION**

Is there any other pertinent information you would like to share with us regarding potential head injuries or other chronic conditions that you may have suffered as a result of playing in the NFL:

_____
_____
_____
_____
_____
_____
_____
_____
_____

XIX.      **PHOTOGRAPHS, MRIs, X-RAYS**

Please provide copies of any photographs, x-rays, MRIs and any other diagnostic films in connection with any of the injuries sustained.