# EXHIBIT J

Name: Steven A. Smith | DOB: 8/30/1964 | MRN: 90020855 | PCP: Asked - No PCP

# re:Question

To: Steven A. Smith
From: Katherine Scott, RRT
Received: 4/13/2017 11:36 AM CDT

Good morning,

Steve's chart shows no record of being contacted by a law firm. Patient confidentiality laws are very clear. In order to protect patient confidentiality, we would be unable to even acknowledge Steve as being a pt in our clinic, , let alone provide any form of medical information without your or his prior consent.

---- Message ----
From: Steven A. Smith
Sent: 4/13/2017 10:34 AM CDT
To: Joseph Viroslav, MD
Subject: re:Question

Hi Dr. V,

Since 2012 we have been plaintiffs in a civil lawsuit with the NFL. We would like to know if our attorney, Steven Marks or a representative such as a paralegal with Podhurst- Orseck based in Miami, Florida has contacted your offices anytime between Feb 2012-Jul 2017 requesting Steve's medical history. Approx. how many times did they contact you for information pertaining to Steve? Any and all information is greatly appreciated. Please feel free to contact me if you have any questions. Thank you.

Chie Smith

MyChart® licensed from Epic Systems Corporation, © 1999 - 2015.

Gary L. Tunell, M.D.
Steven P. Herzog, M.D.
Alan W. Martin, M.D.
N. Bruce Jenevein, M.D.
Daragh Heitzman, M.D.

## TEXAS NEUROLOGY, P.A.

6301 GASTON AVENUE · SUITE 100 · WEST TOWER
DALLAS, TEXAS 75214
TEL (214) 827-3610, FAX (214) 827-1054
HIPAA FAX (214) 821-4017
www.texasneurology.com

Waleed H. El-Feky, M.D.
C. Fish Greenfield, M.D.
Gincy Samuel, M.D.
Dixie J. Woolston, PhD
Maria Philip, M.D.

To: Whom it may concern

From: Texas Neurology

As of 04/17/2017 we have not received any medical request paperwork from attorney Steve Marks Podhurst Orseck regarding patient Steve Smith.