# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>**MDL No. 2323** |
| _____<br>This relates to:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and (if applicable)<br><br>**This document relates to the Plaintiffs and Class Members listed in the table shown below** | **NOTICE OF WITHDRAWAL OF PETITION TO ESTABLISH ATTORNEY'S CHARGING LIEN** |

Petitioner, Podhurst Orseck, P.A., formerly counsel to the Plaintiffs or class members in the table listed below, hereby notifies this Court and all parties of the withdrawal of the attorneys' charging liens it had previously asserted with respect to the recoveries of the individuals listed in the chart below. *See* ECF No. 7064.[1]

| Plaintiff | Court | Case Name | Case No. |
|---|---|---|---|
| Ben Coates | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Taveres (T.J.) Slaughter | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Bernard Whittington | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Michael Wiley | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et., al.,* | 12-cv-01027 |
| Mike Arthur | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Carlton Bailey-Jones | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |
| Charles Frye | U.S.D.C., E.D.Pa. | *Wooden v. National Football League, et., al.,* | 12-cv-01307 |

---

[1] This Notice of Withdrawal does not extend to other former clients listed in ECF No. 7064.

| | | | |
|---|---|---|---|
| Frederick Beasley | U.S.D.C., E.D.Pa. | *Garner v. National Football League, et., al.,* | 12-cv-04634 |
| Larry Bowie | U.S.D.C., E.D.Pa. | *Garner v. National Football League, et., al.,* | 12-cv-04634 |
| Charlie Garner, III | U.S.D.C., E.D.Pa. | *Garner v. National Football League, et., al.,* | 12-cv-04634 |
| Albert Connell | U.S.D.C., E.D.Pa. | *Jean-Gilles v. National Football League, et., al.,* | 13-cv-02109 |
| Walter Williams | U.S.D.C., E.D.Pa. | *Jean-Gilles v. National Football League, et., al.,* | 13-cv-02109 |
| Reginald Myles | U.S.D.C., E.D.Pa. | *Portis v. National Football League, et., al.,* | 13-cv-05192 |
| Joseph Odom | U.S.D.C., E.D.Pa. | *Portis v. National Football League, et., al.,* | 13-cv-05192 |
| Freddie Lee Solomon, Jr. | U.S.D.C., E.D.Pa. | *Portis v. National Football League, et., al.,* | 13-cv-05192 |
| Omar Stoutmire | N/A | N/A (Un-filed Class Member) | N/A |

This withdrawal is also made on behalf of the other law firms who referred the cases to Podhurst Orseck who also appear on the since-terminated contracts for legal representation and who share in the contractual right to a fee.

Respectfully submitted,

**PODHURST ORSECK, P.A**
SunTrust International Center
One S.E. 3rd Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 358-2800
Fax: (305) 358-2382

By: /s/ *Stephen F. Rosenthal*
STEVEN C. MARKS
Fla. Bar. No. 516414
Email: smarks@podhurst.com
STEPHEN F. ROSENTHAL
Fla. Bar No. 0131458
Email: srosenthal@podhurst.com
RICARDO M. MARTÍNEZ-CID
Fla. Bar No. 383988
Email: rmcid@podhurst.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April, 2017, I caused the foregoing Notice of Attorney's Lien, to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the above-captioned matter.

*/s/ Stephen F. Rosenthal*
Stephen F. Rosenthal