IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon Anita B. Brody |

### ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Jim McCabe and NFL Case Consulting, LLC in this action.

Date: April 21, 2017
    s/ Richard L. Scheff
Richard L. Scheff (PA ID No. 35213)
**MONTGOMERY MCCRACKEN**
  **WALKER & RHOADS LLP**
123 South Broad Street, 24th Floor
Philadelphia, PA 19109
Phone: 215.772.7502
Email: rscheff@mmwr.com
  *Counsel for NFL Case Consulting, LLC*
  *and Jim McCabe*

**CERTIFICATE OF SERVICE**

I, Richard L. Scheff, hereby certify that on this 21st day of April, 2017, I filed electronically a copy of the foregoing *Entry of Appearance*. This document is available for viewing and downloading from the ECF system and electronic notification has been sent to all counsel of record.

                                           s/ Richard L. Scheff
                                           Richard L. Scheff