## CERTIFICATE OF SERVICE

I, Richard L. Scheff, hereby certify that on this 21st day of April, 2017, I filed electronically a copy of the foregoing *Entry of Appearance*. This document is available for viewing and downloading from the ECF system and electronic notification has been sent to all counsel of record.

                                             s/ Richard L. Scheff
                                             Richard L. Scheff