# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ) No. 2:12-md-02323<br>) MDL No. 2323<br>)<br>) |
| This relates to: | ) **NOTICE OF ATTORNEY'S LIEN**<br>) |
| Plaintiffs' Master Administrative Long Form Complaint and (if applicable) | )<br>)<br>) |
| **This document relates to:** Green, Michael W. Settlement Program # 10005799 | )<br>)<br>)<br>) |

---

Pursuant to MO Rev Stat § 484.140, the Petitioner, Thomas J. Preuss, attorney for the Plaintiffs in the above-entitled action, hereby notifies this Court and all parties that he has a lien in this case for reasonable attorney's expenses, as set forth in the accompanying Petition to Establish Attorney's Lien.

Dated:  April 21, 2017

Respectfully submitted,

Wagstaff & Cartmell, LLP

*/s/ Thomas J. Preuss*
Thomas J. Preuss
MO Bar # 54923
Wagstaff & Cartmell LLP
4740 Grand Ave., Suite 300
Kansas City, MO 64112
Tel. (816) 701-1100
Fax (816) 531-2372
tjpreuss@wcllp.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Notice of Attorney's Lien* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Easter District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

DATED:  April 21, 2017

    /s/ Thomas J. Preuss
    Thomas J. Preuss
    MO Bar # 54923
    Wagstaff & Cartmell, LLP
    4740 Grand Ave., Suite 300
    Kansas City, MO 64112
    Tel. (816) 701-1100
    Fax (816) 531-2372
    tjpreuss@wcllp.com
    Attorney for Plaintiff