# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon Anita B. Brody |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Jim McCabe and NFL Case Consulting, LLC in this action.

Date: April 21, 2017        s/ David F. Herman
David F. Herman (PA ID No. 318518)
**MONTGOMERY MCCRACKEN**
  **WALKER & RHOADS LLP**
123 South Broad Street, 24th Floor
Philadelphia, PA 19109
Phone: 215.772.7502
Email: dherman@mmwr.com
*Counsel for NFL Case Consulting, LLC*
*and Jim McCabe*

**CERTIFICATE OF SERVICE**

I, David F. Herman, hereby certify that on this 21st day of April, 2017, I filed electronically a copy of the foregoing *Entry of Appearance*. This document is available for viewing and downloading from the ECF system and electronic notification has been sent to all counsel of record.

 s/ David F. Herman
David F. Herman