# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon Anita B. Brody |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Jim McCabe and NFL Case Consulting, LLC in this action.

Date: April 21, 2017

 s/ Peter Breslauer
Peter Breslauer (PA ID No. 66641)
**MONTGOMERY MCCRACKEN**
  **WALKER & RHOADS LLP**
123 South Broad Street, 24th Floor
Philadelphia, PA  19109
Phone:  215.772.7502
Email:  pbreslauer@mmwr.com
  *Counsel for NFL Case Consulting, LLC*
  *and Jim McCabe*

**CERTIFICATE OF SERVICE**

I, Peter Breslauer, hereby certify that on this 21st day of April, 2017, I filed electronically a copy of the foregoing *Entry of Appearance*. This document is available for viewing and downloading from the ECF system and electronic notification has been sent to all counsel of record.

                                               s/ Peter Breslauer
                                               Peter Breslauer