

**Richard L. Scheff**
Executive Chairman
Admitted in: Pennsylvania, New York & Massachusetts

123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109
Tel:  215-772-1500

Direct Dial:          215-772-7502
Fax:                     215-731-3922
Email:          rscheff@mmwr.com

April 21, 2017

**Via Hand Delivery**

The Honorable Anita B. Brody
United States District Court
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 7613
Philadelphia, PA 19106-1744

      Re:    In Re: National Football League Players' Concussion Injury Litigation
               No. 2:12-md-02323-AB

Dear Judge Brody:

      We represent NFL Case Consulting, LLC and Jim McCabe in connection with Co-Lead Class Counsel's Motion for an Injunction Prohibiting Improper Communications with the Class (the "Motion") (ECF No. 7347).  Together with Co-Lead Class Counsel and counsel to the NFL (collectively with counsel to Jim McCabe and NFL Case Consulting, LLC, the "Parties"), we submit this Joint Status Report pursuant to the Court's Order of April 17, 2017 (ECF No. 7481).  As the Court directed during the April 13, 2017 telephonic conference, counsel have conferred regarding the Motion and related issues.  The Parties submit this report to apprise the Court of the status of negotiations regarding the Motion and additional concerns expressed by the NFL regarding the use of the NFL's intellectual property.

Montgomery McCracken Walker & Rhoads LLP

The Honorable Anita B. Brody
April 21, 2017
Page 2

      Since April 13, 2017, the Parties have conferred twice regarding the allegations contained within the Motion as well as subsequently raised concerns of both Co-Lead Class Counsel and counsel for the NFL. Specifically, Co-Lead Class Counsel and counsel for the NFL have raised various issues about NFL Case Consulting's name, logo, and content of the information provided to players by NFL Case Consulting, LLC and its website. As a result of these conferences, NFL Case Consulting, LLC has agreed to select a new name and logo that address concerns raised by counsel for the NFL. In connection with these anticipated changes, NFL Case Consulting, LLC is currently working with its trademark counsel as well as compliance counsel to decide on a new name, logo, and to create marketing materials that are in accord with the NFL Concussion Settlement Agreement and the NFL's intellectual property rights. Additionally, NFL Case Consulting, LLC made the decision to voluntarily take down its website on the afternoon of April 18, 2017. NFL Case Consulting, LLC is still in the process of drafting and finalizing these changes, together with its trademark counsel and compliance counsel.

      NFL Case Consulting, LLC, under the guidance of compliance counsel and their General Counsel, is in the process of reviewing recorded calls between NFL Case Consulting, LLC's employees and Class Members. The Parties are continuing to meet and confer related to these verbal communications made to Class Members.

      The Parties believe that the steps taken by NFL Case Consulting, LLC and Jim McCabe described in this joint status report represent substantial progress towards an amicable resolution of this matter without the need for further intervention by the Court at this time. Accordingly,

Montgomery McCracken Walker & Rhoads LLP

The Honorable Anita B. Brody
April 21, 2017
Page 3

the Parties jointly request that the Court enter a new Order requiring the Parties to provide a second written status report to the Court on or before April 28, 2017.

Respectfully submitted,

Richard L. Scheff

cc:  Christopher A. Seeger, Esq., *Co-Lead Class Counsel*
Sol Weiss, Esq., *Co-Lead Class Counsel*
Lynn B. Bayard, Esq., *Counsel for the NFL*
Douglas M. Burns, Esq., *Counsel for the NFL*