IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL § <br> LEAGUE PLAYERS' CONCUSSION § <br> LITIGATION § <br> _____ § <br> § <br> § <br> THIS DOCUMENT RELATES TO: § <br> ALL ACTIONS § | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |

**ORDER**

NOW, on this _____ day of _____, 2017, having considered the Alexander Objectors' Response and Objection to Supplemental Evidence Offered in Co-Lead Class Counsel's Omnibus Reply in Opposition to Co-Lead Class Counsel's Petition for an Award of Attorneys' Fees Reimbursement of Costs and Expenses, Adoption of a Set-Aside of Each Monetary Award Derivative Claimant Award, and Case Contribution Awards for Class Representatives, and any responses thereto, IT IS HEREBY ORDERED and DECREED that Alexander Objectors objections to Co-Lead Class Counsel's Supplemental Evidence supporting its request for An Award of Attorneys' Fees Reimbursement of Costs and Expenses, of a Set-Aside of  Each Monetary Award Derivative Claimant Award, and Case Contribution Awards for Class Representatives are GRANTED.

IT IS FURTHER ORDERED that Dr. Vasquez' April 10, 2017 Updated Analysis of the NFL Concussion Settlement (ECF. No. 7464-12) is stricken from the record;

IT IS FURTHER ORDERED Mr. Seeger's Supplemental April, 2017 Declaration (ECF. No. 7464-1) is stricken from the record;

IT IS FURTHER ORDERED the Declaration of Bradford R. Sohn is (ECF. No. 7464-2) is stricken from the record.

IT IS SO ORDERED.

_____
The Honorable Anita B. Brody
United States District Judge