## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL | § | |
| LEAGUE PLAYERS' CONCUSSION | § | |
| LITIGATION | § | |
| _____ | § | **No. 12-md-2323 (AB)** |
| | § | |
| | § | **MDL No. 2323** |
| **THIS DOCUMENT RELATES TO:** | § | |
| **ALL ACTIONS** | § | |

## <u>ORDER</u>

NOW, on this _____ day of _____, 2017, having considered

the Alexander Objectors' Alexander Objectors' Motion for Leave to Serve

Fee-Petition Discovery, and any responses thereto, IT IS HEREBY

ORDERED and DECREED that the Alexander Objectors request to serve

Requests for Production of Documents is GRANTED.

IT IS SO ORDERED.


_____
The Honorable Anita B. Brody
United States District Judge