UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Claimant Michael Jones<br>Settlement Program ID # <u>100008214</u> | **<u>PETITION TO ESTABLISH ATTORNEY'S LIEN</u>** |

Petitioner, Farrise Law Firm, P.C. pursuant to an executed Retainer for Legal Services come now and states as follows:

1. Petitioner is an attorney at law admitted to practice before the courts of California, and files this Petition to establish a lien for attorney's fees, as set forth hereinafter.

2. On or about August 5, 2016, Petitioner, Farrise Law Firm, P.C., was retained and employed by the Claimant pursuant to an Retainer Agreement for Legal Services to pursue a claim for injuries and damages allegedly caused by the National Football League's conduct associated with football related concussions, head, and brain injuries.

3. The specifics of the agreement for legal services are as follows: If no recovery (by settlement or trial) is obtained, client will not owe a legal fee. If Farrise Law Firm, P.C., obtains a settlement, Claimant will pay to Petitioner twenty-three and one third percent **(23.33%)** of the gross recovery, plus reimbursement of expenses.

4. When Petitioner entered into contract with Claimant, Petitioner entered into the risk and expense of the litigation.

5. From the date the Petitioner was authorized to proceed on behalf of the Claimant, the Petitioner has actively and diligently investigated, prepared, and pursued Claimant's

claims, and has taken all steps necessary to prosecute those claims, including, but not limited to, correspondence and communications with the client, preparation and review of client's factual and legal circumstances, retaining experts, drafting and providing client updates, analyzing Claimant's medical status and need for medical testing, etc.

6. As of the date of this petition, Petitioner, Farrise Law Firm, P.C., is the counsel of records for Claimants herein, and has not been terminated for any reason.

7. The Petitioner claims the right to have a lien for attorney's fees and expenses established and enforced upon any sums to be derived from any settlement or judgment obtained or to be obtained by Claimant in this action.

WHEREFORE, the Petitioner prays:

1. That an attorney's lien be established;
2. That the amount of the lien be determined.
3. That the Court order that Petitioner be entitled to enforce an attorney's lien against the proceeds to be derived from any settlement in this action, as a first priority lienholder, in the face of any other valid lien.
4. That the NFL Concussion Settlement Claims Administrator be prohibited from paying to the Claimant, or any other lienholder any settlement proceeds until said attorney's fees and cost lien has been satisfied; and
5. For such other further relief as this Court deems just.

Dated April 19, 2017

Respectfully submitted,

**FARRISE LAW FIRM, P.C., P.C.**

_____

Simona A. Farrise, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Petition to Establish Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated April 19, 2017

Simona A. Farrise, Esq.
State Bar No. #171708
2150 Allston Way, Suite 460
Berkeley, CA 94704
Tel. (310) 424-3355
Fax. (510) 588-4536
sfarrise@farriselaw.com

**ATTORNEY FOR PLAINTIFFS**