IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

### ORDER

**AND NOW**, this __24__ day of April, 2017, it is **ORDERED** that the following Motions to Withdraw as Attorney are **GRANTED**:

- Motion to Withdraw as Attorney for W. Pat Carter and Synorica Carter (ECF No. 6945 in docket 12-md-2323; ECF No. 32 in docket 12-cv-6069)
- Motion to Withdraw as Attorney for George Cumby and Rose Cumby (ECF No. 6950 in docket 12-md-2323; ECF No. 183 in docket 12-cv-4185)
- Motion to Withdraw as Attorney for Derrick Deese (ECF No. 6952 in docket 12-md-2323; ECF No. 34 in docket 12-cv-6069)
- Motion to Withdraw as Attorney for Titus Dixon and Melinda Clark (ECF No. 6955 in docket 12-md-2323; ECF No. 36 in docket 12-cv-6069)
- Motion to Withdraw as Attorney for Hart Lee Dykes (ECF No. 6957 in docket 12-md-2323; ECF No. 185 in docket 12-cv-4185)
- Motion to Withdraw as Attorney for Ronald Egloff and Julee Egloff (ECF No. 6959 in docket 12-md-2323; ECF No. 149 in docket 12-cv-2219)
- Motion to Withdraw as Attorney for Ricky Feacher (ECF No. 6961 in docket 12-md-2323; ECF No. 187 in docket 12-cv-4185)

1

- Motion to Withdraw as Attorney for Billy Milner (ECF No. 6970 in docket 12-md-2323; ECF No. 190 in docket 12-cv-4185)
- Motion to Withdraw as Attorney for Elston Ridgle (ECF No. 6973 in docket 12-md-2323; ECF No. 193 in docket 12-cv-4185)
- Motion to Withdraw as Attorney for Reggie Swinton (ECF No. 6976 in docket 12-md-2323; ECF No. 155 in docket 12-cv-2219)
- Motion to Withdraw as Attorney for Anthony Thompson and Lori Thompson (ECF No. 6979 in docket 12-md-2323; ECF No. 157 in docket 12-cv-2219)
- Motion to Withdraw as Attorney for Donald Wesbrook, Jr. and Alfreda Wesbrook (ECF No. 6984 in docket 12-md-2323; ECF No. 33 in docket 13-cv-51)
- Motion to Withdraw as Attorney for Donnell Woolford (ECF No. 6986 in docket 12-md-2323; ECF No. 197 in docket 12-cv-4185)
- Motion to Withdraw as Attorney for Lawrence Sampleton, Jr. and Edythe Sampleton (ECF No. 7132 in docket 12-md-2323; ECF No. 35 in docket 13-cv-51)
- Motion to Withdraw as Attorney for Orson Mobley (ECF No. 7134 in docket 12-md-2323; ECF No. 200 in docket 12-cv-4185)
- Motion to Withdraw as Attorney for Kenyon Rasheed and Traci Wiedenfeld-Rasheed (ECF No. 7136 in docket 12-md-2323; ECF No. 202 in docket 12-cv-4185)
- Motion to Withdraw as Attorney for Judson Flint and Dianne Flint (ECF No. 7138 in docket 12-md-2323; ECF No. 204 in docket 12-cv-4185)
- Motion to Withdraw as Attorney for Timothy L. Smith (ECF No. 7140 in docket 12-md-2323; ECF No. 164 in docket 12-cv-2219)
- Motion to Withdraw as Attorney for Lance Brown and Jill Brown (ECF No. 7142 in docket 12-md-2323; ECF No. 166 in docket 12-cv-2219)
- Motion to Withdraw as Attorney for Conrad Goode (ECF No. 7144 in docket 12-md-2323; ECF No. 168 in docket 12-cv-2219)
- Motion to Withdraw as Attorney for Vashone Adams (ECF No. 7146 in docket 12-md-2323; ECF No. 170 in docket 12-cv-2219)

- Motion to Withdraw as Attorney for Toussaint Tyler (ECF No. 7148 in docket 12-md-2323; ECF No. 39 in docket 12-cv-6069)
- Motion to Withdraw as Attorney for Brandon Winey (ECF No. 7267 in docket 12-md-2323; ECF No. 173 in docket 12-cv-2219)
- Motion to Withdraw as Attorney for Floyd Turner, Jr. at Lorri Turner (ECF No. 7268 in docket 12-md-2323; ECF No. 208 in docket 12-cv-4185)
- Motion to Withdraw as Attorney for Selwyn Jones and Raquel Jones (ECF No. 7270 in docket 12-md-2323; ECF No. 174 in docket 12-cv-2219)
- Motion to Withdraw as Attorney for Robert Jackson, Jr. (ECF No. 7272 in docket 12-md-2323; ECF No. 210 in docket 12-cv-4185)
- Motion to Withdraw as Attorney for Jeffrey Jackson (ECF No. 7274 in docket 12-md-2323; ECF No. 212 in docket 12-cv-4185)
- Motion to Withdraw as Attorney for David Casper and Susan Casper (ECF No. 7277 in docket 12-md-2323; ECF No. 214 in docket 12-cv-4185)
- Motion to Withdraw as Attorney for Tony Casillas and Tamara Casillas (ECF No. 7279 in docket 12-md-2323; ECF No. 40 in docket 12-cv-6069

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

O:\ABB 2017\L - Z\NFL Blanket Order Granting Motions to Withdraw as Attorney.docx