## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 26th day of April, 2017, upon all counsel of record.

Dated:  April 26, 2017                             /s/ Brad S. Karp
                                                                   Brad S. Karp