UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> Plaintiffs' Master Administrative Long Form Complaint and <br><br> RAYMOND CLAYBORN, Plaintiff, <br> USDC, EDPA, Docket No. 2:12-cv-01023-AB | ) No. 12-md-2323 (AB) <br> ) <br> ) <br> ) MDL No. 2323 <br> ) <br> ) <br> ) **NOTICE OF ATTORNEY'S LIEN** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Attorney Jason E. Luckasevic and Goldberg, Persky & White, P.C., attorneys for Plaintiff **Raymond Clayborn** in the above entitled action, hereby notify this Court and all parties that they have a lien in this case for reasonable contingent attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff **Raymond Clayborn.**

Dated: April 27, 2017

Respectfully submitted,

GOLDBERG, PERSKY & WHITE, P.C.

/s/ *Jason E. Luckasevic*
Jason E. Luckasevic, Esquire
PA Bar No. 85557
11 Stanwix Street, Suite 1800
Pittsburgh, PA 15222
Phone: 412-471-3980
Fax: 412-471-8308
jluckasevic@gpwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Notice of Attorney's Lien* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania on all parties registered for CM/ECF in the litigation.


Dated: April 27, 2017            /s/   *Jason E. Luckasevic*
                                 Jason E. Luckasevic, Esquire
                                 PA Bar No. 85557
                                 11 Stanwix Street, Suite 1800
                                 Pittsburgh, PA  15222
                                 Phone:  412-471-3980
                                 Fax:  412-471-8308
                                 jluckasevic@gpwlaw.com