# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

An Organizational Meeting to address all claims against Riddell, Inc.; All American Sports Corp.; Riddell Sports Group, Inc.; Easton-Bell Sports, Inc.; Easton-Bell Sports, LLC; EB Sports Corp.; and RBG Holdings Corp. will be held on **Tuesday, May 9, 2017, at 10:30 a.m.** in Courtroom 7-B of the U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

s/Anita B. Brody

_____
ANITA B. BRODY, J.   (4/29/17)

Copies **VIA ECF** on _____ to:             Copies **MAILED** on _____ to: