UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION ) ) ) | No. 12-md-2323 (AB) |
| ) ) | MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ) ) | |
| Plaintiffs' Master Administrative Long Form Complaint and ) ) ) | **NOTICE OF ATTORNEY'S LIEN** |
| HARVEY CLAYTON, Plaintiff, USDC, EDPA, Docket No. 2:12-cv-03533-AB ) ) ) ) ) | |

Attorney Jason E. Luckasevic and Goldberg, Persky & White, P.C., attorneys for Plaintiff **Harvey Clayton** in the above entitled action, hereby notify this Court and all parties that they have a lien in this case for reasonable contingent attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff **Harvey Clayton.**

| | |
|---|---|
| Dated: April 27, 2017 | Respectfully submitted, |
| | GOLDBERG, PERSKY & WHITE, P.C. |
| | /s/ *Jason E. Luckasevic* Jason E. Luckasevic, Esquire PA Bar No. 85557 11 Stanwix Street, Suite 1800 Pittsburgh, PA 15222 Phone: 412-471-3980 Fax: 412-471-8308 jluckasevic@gpwlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Notice of Attorney's Lien* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania on all parties registered for CM/ECF in the litigation.

Dated: April 27, 2017         /s/   *Jason E. Luckasevic*
                                                    Jason E. Luckasevic, Esquire
                                                  PA Bar No. 85557
                                                  11 Stanwix Street, Suite 1800
                                                  Pittsburgh, PA  15222
                                                  Phone:  412-471-3980
                                                  Fax:  412-471-8308
                                                  jluckasevic@gpwlaw.com