# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br><u>Plaintiff Keith Joseph</u><br><u>And Document Nos. 7381 and 7383</u> | **FIRST AMENDED**<br>**NOTICE OF ATTORNEY'S LIEN** |

     Attorney David Buckley, PLLC, Mokaram & Associates, PC, and the Stern Law Group, attorneys for Plaintiff Keith Joseph in the above named and numbered cause of action, hereby notify this Court and all parties that Attorney David Buckley, PLLC, Mokaram & Associates, PC, and the Stern Law Group, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Keith Joseph.

Dated: April 27, 2017

                                              Respectfully submitted,

                                              ATTORNEY DAVID BUCKLEY, PLLC

By: _____
                                              David Buckley
                                              State Bar No. 24078281
                                              FED ID No. 1465981

Scott Wert
State Bar No.00794835
1811 Bering Drive Ste. 300
Houston, TX 77057
Tel. (713)719-9312
Fax. (713)719-9307
scott@thebuckleylawgroup.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing First Amended Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: April 27, 2017

*/s/ Scott W. Wert*

Scott Wert
Attorney David Buckley, PLLC
State Bar No.00794835
1811 Bering Drive Ste. 300
Houston, TX 77057
Tel. (713)719-9312
Fax. (713)719-9307
scott@thebuckleylawgroup.com

**ATTORNEY FOR PLAINTIFFS**