# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> Plaintiff's Master Administrative Long-Form Complaint and: <br><br> Plaintiff Chris Kemoeatu <br> And Document Nos. 7429 and 7430 | **FIRST AMENDED <br> NOTICE OF ATTORNEY'S LIEN** |

     Attorney David Buckley, PLLC, The Stern Law Group, and Michael J. Green Attorney at Law, attorneys for Plaintiff Chris Kemoeatu in the above named and numbered cause of action, hereby notify this Court and all parties that Attorney David Buckley, PLLC, The Stern Law Group, and Michael J. Green Attorney at Law, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Chris Kemoeatu.

Dated: April 27, 2017

                                          Respectfully submitted,

                                          ATTORNEY DAVID BUCKLEY, PLLC

By: _____
                                          David Buckley
                                          State Bar No. 24078281
                                          FED ID No. 1465981

Scott Wert
State Bar No.00794835
1811 Bering Drive Ste. 300
Houston, TX 77057
Tel. (713)719-9312
Fax. (713)719-9307
scott@thebuckleylawgroup.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing First Amended Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: April 27, 2017

_/s/ Scott W. Wert_

Scott Wert
Attorney David Buckley, PLLC
State Bar No.00794835
1811 Bering Drive Ste. 300
Houston, TX 77057
Tel. (713)719-9312
Fax. (713)719-9307
scott@thebuckleylawgroup.com

**ATTORNEY FOR PLAINTIFFS**