UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br><u>Plaintiff David Mims</u><br><u>And Document Nos. 7388 and 7389</u> | **<u>FIRST AMENDED</u>**<br>**<u>PETITION TO ESTABLISH</u>**<br>**<u>ATTORNEY'S LIEN</u>** |

Comes now Petitioners, Attorney David Buckley, PLLC, Mokaram & Associates, PC, the Stern Law Group and The Webster Law Firm, PC,, pursuant to an executed Agreement for Legal Services come now and states as follows:

1. Petitioners are attorneys at law admitted to practice before the courts of Texas, and files this Petition to establish a lien for attorney's fees as set forth hereinafter.

2. On or about July 8, 2016, Petitioners, Attorney David Buckley, PLLC Mokaram & Associates, PC, the Stern Law Group and The Webster Law Firm, PC, were retained and employed by the Plaintiff, David Mims, pursuant to an agreement for legal services, to pursue a claim for injuries and damages allegedly caused by the National Football League's conduct associated with football-related concussions, head, and brain injuries.

3. The specifics of the agreement for legal services are as follows: If no recovery (by settlement or trial) is obtained, client will not owe a legal fee. If Attorney David Buckley, PLLC, Mokaram & Associates, PC, the Stern Law Group and The Webster Law Firm, PC, obtains a settlement or judgment for Client, Client will pay to the Petitioners twenty five percent (25%) of the gross recovery plus reimbursement of expenses.

4. When Petitioners entered into contract with Plaintiff, Petitioners entered into the risk and expense of the litigation.

5. From the date the Petitioner was authorized to proceed on behalf of the Plaintiff, the Petitioner has actively and diligently investigated, prepared, and pursued Plaintiff's claims, and has taken all steps necessary to prosecute those claims, including, but not limited to, correspondence and communications with the client, preparation and review of client's factual and legal circumstances, retaining experts, drafting and providing client updates, analyzing Plaintiff's medical status and need for medical testing, etc.

6. The Plaintiff has discharged the Petitioners as his attorney in this matter, and it is expected that a new attorney will be pursuing representation of the Plaintiff in this action.

7. Petitioners were not terminated due to any malfeasance or other improper action.

8. The Petitioners claim the right to have a lien for attorney's fees and expenses established and enforced upon any sums to be derived from any settlement or judgment obtained or to be obtained by Plaintiff in this action.

WHEREFORE, the Petitioners pray:

1. That an attorney's lien be established;
2. That the amount of the lien be determined;

3. That the Court order that Petitioner be entitled to enforce an attorney's lien against the proceeds to be derived from any settlement or judgment in this action;

4. That the Defendant or the Defendant's insurer be prohibited from paying to the Plaintiff any sums of money until said lien has been satisfied; and

5. For such other further relief as this Court deems just.

Dated: April 27, 2017

                Respectfully submitted,

                ATTORNEY DAVID BUCKLEY, PLLC

By: _____
                David Buckley
                State Bar No. 24078281
                FED ID No. 1465981
                Scott Wert
                State Bar No.00794835
                1811 Bering Drive Ste. 300
                Houston, TX 77057
                Tel. (713)719-9312
                Fax. (713)719-9307
                scott@thebuckleylawgroup.com

                **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Petition to Establish Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: April 27, 2017

*/s/ Scott W. Wert*

Scott Wert
Attorney David Buckley, PLLC
State Bar No.00794835
1811 Bering Drive Ste. 300
Houston, TX 77057
Tel. (713)719-9312
Fax. (713)719-9307
scott@thebuckleylawgroup.com

**ATTORNEY FOR PLAINTIFFS**