UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br><u>Plaintiff Jerry Moses</u><br><u>And Document Nos. 7392 and 7393</u> | **<u>FIRST AMENDED</u>**<br>**<u>NOTICE OF ATTORNEY'S LIEN</u>** |

Attorney David Buckley, PLLC, Mokaram & Associates, PC, and the Stern Law Group, attorneys for Plaintiff Jerry Moses in the above named and numbered cause of action, hereby notify this Court and all parties that Attorney David Buckley, PLLC, Mokaram & Associates, PC, and the Stern Law Group, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Jerry Moses.

Dated: April 27, 2017

                                      Respectfully submitted,

                                      ATTORNEY DAVID BUCKLEY, PLLC

By: _____

                                      David Buckley
                                      State Bar No. 24078281
                                      FED ID No. 1465981
                                      Scott Wert

State Bar No.00794835  
1811 Bering Drive Ste. 300  
Houston, TX 77057  
Tel. (713)719-9312  
Fax. (713)719-9307  
scott@thebuckleylawgroup.com

**ATTORNEY FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing First Amended Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: April 27, 2017

*/s/ Scott W. Wert*

Scott Wert  
Attorney David Buckley, PLLC  
State Bar No.00794835  
1811 Bering Drive Ste. 300  
Houston, TX 77057  
Tel. (713)719-9312  
Fax. (713)719-9307  
scott@thebuckleylawgroup.com

**ATTORNEY FOR PLAINTIFFS**