

**MONTGOMERY McCRACKEN**
ATTORNEYS AT LAW

**Richard L. Scheff**
Executive Chairman
Admitted in: Pennsylvania, New York & Massachusetts

123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109
Tel: 215-772-1500

Direct Dial: 215-772-7502
Fax: 215-731-3922
Email: rscheff@mmwr.com

April 28, 2017

**Via ECF and Hand Delivery**

The Honorable Anita B. Brody
United States District Court
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 7613
Philadelphia, PA 19106-1744

Re: In Re: National Football League Players' Concussion Injury Litigation
No. 2:12-md-02323-AB

Dear Judge Brody:

We represent NFL Case Consulting, LLC and Jim McCabe in connection with Co-Lead Class Counsel's Motion for an Injunction Prohibiting Improper Communications with the Class (the "Motion") (ECF No. 7347). Together with Co-Lead Class Counsel and counsel to the NFL (collectively with Counsel to Jim McCabe and NFL Case Consulting, LLC, the "Parties"), we submit this Joint Status Report pursuant to the Court's Order of April 25, 2017 (ECF No. 7549). The Parties submit this report to apprise the Court of the status of negotiations regarding the Motion and additional concerns expressed by the NFL regarding the use of the NFL's intellectual property.

Since the Parties submitted their prior report to the Court on April 21, 2017 (ECF No. 7532), additional progress has been made towards an amicable resolution of the Motion and the NFL's concerns. Specifically, NFL Case Consulting, LLC is in the process of changing its name

Montgomery McCracken Walker & Rhoads LLP

The Honorable Anita B. Brody
April 28, 2017
Page 2

and branding to "Case Strategies Group," in order to satisfy the concerns of both Class Counsel and counsel to the NFL. Case Strategies Group will focus on providing consumers with claims assistance across many different types of claims including, in addition to the NFL concussion injury litigation, other mass torts, class actions, and natural disaster property damage settlements. Although it is still under construction, the website and marketing materials for Case Strategies Group will not infringe upon the NFL's intellectual property. In all materials where Case Strategies Group does address its services relating to *In re: National Football Players' Concussion Injury Litigation*, such materials will contain links to the claims administrator's website as well as disclaimers in prominent typeface and placement stating that Case Strategies Group is not a law firm and is not affiliated with or endorsed by either the NFL or the Court. Finally, the revised content of Case Strategies Group's website, call scripts, and marketing materials have and are being revised to detail the services it provides to class members and should address the concerns identified by Co-Lead Class Counsel and counsel for the NFL during previous meet-and-confer calls. NFL Case Consulting, LLC is still in the process of drafting and finalizing these changes, together with trademark counsel and compliance counsel.

NFL Case Consulting, LLC, under the guidance of its General Counsel and compliance counsel, has also completed a review of recorded telephone calls made to six class members identified by Co-Lead Class Counsel. NFL Case Consulting, LLC has also voluntarily agreed to review recorded telephone calls with, and materials and sent to, an additional subset of clients to determine whether any arguably problematic representations were made to them. The Parties are continuing to meet and confer relating to these verbal communications made to Class Members and other open issues to attempt to reach an amicable resolution of this matter

Montgomery McCracken Walker & Rhoads LLP

The Honorable Anita B. Brody
April 28, 2017
Page 3

While the Parties believe that the steps taken by NFL Case Consulting, LLC and Jim McCabe described in this joint status report represent progress, the Parties have not yet reached a resolution concerning the concerns raised by Co-Lead Class Counsel relating to class members' use of services provided by NFL Case Consulting, LLC or the newly-formed Case Strategies Group. The Parties are continuing to meet and confer on the issues identified in Co-Lead Class Counsel's motion for injunction as well as additional related issues beyond the scope of Co-Lead Class Counsel's Motion. The Parties will continue to diligently address these issues and hope to be able to determine whether an amicable resolution is possible by Friday, May 12, 2017.

Respectfully submitted,

*Richard L. Scheff*
Richard L. Scheff

cc: Christopher A. Seeger, Esq., *Co-Lead Class Counsel*
Sol Weiss, Esq., *Co-Lead Class Counsel*
Lynn B. Bayard, Esq., *Counsel for the NFL*
Douglas M. Burns, Esq., *Counsel for the NFL*