UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA



RECEIVED MAY - 1 2017

| | |
|---|---|
| YVONNE SAGAPOLUTELE, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF PIO SAGAPOLUTELE, DECEASED<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, et al.<br><br>Defendants. | Docket No. 17-cv-00348<br><br>MDL No. 2323<br><br>In Re: National Football League Players' Concussion Injury Litigation |

## AMENDED STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that the Plaintiff hereby dismisses the instant case that is docketed at 17-cv-00348 without prejudice and without costs to any party. The undersigned parties expressly agree that this Stipulation of Dismissal does not in any way prejudice Plaintiff's rights as a class member, including her right to seek compensation through the class settlement procedures.

_/s/ Heather D'Onofrio_

Louis F. D'Onofrio, Esquire (PA No. 90901)
Heather K. D'Onofrio, Esquire (PA No 91170)
THE D'ONOFRIO FIRM, LLC
10 Beatty Road, Suite 200
Media, PA 19063
Telephone: 484-443-8922
Fax: 484-443-8132
Email: ldonofrio@donofriofirm.com
Email: hdonofrio@donofriofirm.com
Justin Demerath, Esquire
TX State Bar No. 24034415
David Campbell, Esquire
TX State Bar No. 24057033
O'HANLON, MCCOLLOM & DEMERATH
808 West Avenue Austin, TX 78701
Telephone: (512) 494-9949
Facsimile: (512) 494-9919
Email: jdemerath@808west.com
Email: dcampbell@808west.com
**ATTORNEYS FOR PLAINTIFF**

_/s/ Douglas Burns_

Brad S. Karp, Esquire
Bruce Birenboim, Esquire
Lynn B. Byard, Esquire
Douglas Burns, Esquire
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
**ATTORNEYS FOR DEFENDANTS
THE NATIONAL FOOTBALL LEAGUE
AND NFL PROPERTIES LLC**

_(signature)_
Paul G. Cereghini
BOWMAN AND BROOKE LLP
2901 N. Central Avenue, Suite 1600
Phoenix, AZ 85012

Robert L. Wise
BOWMAN AND BROOKE LLP
901 E. Byrd Street, Suite 1650
Richmond, VA 23219
**ATTORNEYS FOR DEFENDANTS RIDDELL, INC. (D/B/A RIDDELL SPORTS GROUP, INC.), ALL AMERICAN SPORTS CORPORATION (D/B/A RIDDELL SPORTS GROUP INC.), ALL AMERICAN SPORTS CORPORATION (D/B/A RIDDELL/ALL AMERICAN), RIDDELL SPORTS GROUP, INC., EASTON-BELL SPORTS, INC., EASTON-BELL SPORTS, LLC, EB SPORTS CORP., RBG HOLDINGS CORP.**

Approved:
_(signature)_
HONORABLE ANITA B. BRODY
Date: 5/2/17