# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  NATIONAL FOOTBALL LEAGUE )      No. 12-md-2323 (AB)
PLAYERS' CONCUSSION INJURY LITIGATION )
                                      )
——————————————————————               )      MDL No. 2323
                                      )
THIS DOCUMENT RELATES TO:             )
                                      )
Plaintiffs' Master Administrative Long Form )    **NOTICE OF ATTORNEY'S LIEN**
Complaint and                         )
                                      )
PERCELL GASKINS, Plaintiff,           )
USDC, EDPA, Docket No. 2:12-cv-03535-AB )
                                      )
——————————————————————               )

     Attorney Jason E. Luckasevic and Goldberg, Persky & White, P.C., attorneys for Plaintiff **Percell Gaskins** in the above entitled action, hereby notify this Court and all parties that they have a lien in this case for reasonable contingent attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff **Percell Gaskins.**

Dated:  May 5, 2017         Respectfully submitted,

                        GOLDBERG, PERSKY & WHITE, P.C.


                        */s/  Jason E. Luckasevic*
                        Jason E. Luckasevic, Esquire
                        PA Bar No. 85557
                        11 Stanwix Street, Suite 1800
                        Pittsburgh, PA  15222
                        Phone:  412-471-3980
                        Fax:  412-471-8308
                        jluckasevic@gpwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Notice of Attorney's Lien* to be served via the

Electronic Case Filing (ECF) system in the United States District Court for the Eastern District

of Pennsylvania on all parties registered for CM/ECF in the litigation.


Dated: May 5, 2017                          /s/   *Jason E. Luckasevic*
                                            Jason E. Luckasevic, Esquire
                                            PA Bar No. 85557
                                            11 Stanwix Street, Suite 1800
                                            Pittsburgh, PA  15222
                                            Phone:  412-471-3980
                                            Fax:  412-471-8308
                                            jluckasevic@gpwlaw.com