IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : : : | MDL No. 2323 12-md-2323 |
| THIS DOCUMENT RELATES TO: *Hamilton v. National Football League*, 14-6353 | | |

### ORDER

**AND NOW**, this __4TH__ day of May, 2017, it is **ORDERED** that Plaintiff Harry Hamilton's Second Amended Motion for Temporary Restraining Order and Reconsideration (ECF No. 7026, No. 12-md-2323; ECF No. 9, No. 14-6353) is **DENIED**.[1]

　　　　　　　　　　　　　　　　　　　　　　　s/Anita B. Brody

　　　　　　　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:　　　　Copies **MAILED** on _____ to:

---

[1] Hamilton's pro se filing appears to seek an injunction ordering the Bert Bell/Pete Rozelle NFL Player Retirement Plan to release certain funds that it is withholding from him. It is unclear from Hamilton's filing whether he also seeks relief from a decision of the Pennsylvania Court of Common Pleas. Hamilton's motion fails to allege any jurisdictional basis on which the Court can order the relief he seeks. In addition, Hamilton has failed to allege specific facts that "clearly show that immediate and irreparable injury, loss, or damage will result will result to [him]," as required by Rule 65(b)(1)(A).