# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of Co-Lead Class Counsel's motion to have the Court strike from the record or to disregard the "Response and Objection to Supplemental Evidence Offered in Co-Lead Class Counsel's Omnibus Reply in Opposition to Co-Lead Class Counsel's Petition for an Award of Attorneys' Fees Reimbursement of Costs and Expenses, Adoption of a Set-Aside of Each Monetary Award Derivative Claimant Award, and Case Contribution Awards for Class Representatives" (ECF No. 7533), including the accompanying Declaration of Jamshid Declaration of Jamshid Lotfi, M.D., FRCP (London) (ECF No. 7533-1) (collectively, the "Response and Objection"), or, alternatively, to accept Class

2

Counsel's Sur-Surreply ("Motion to Strike"), and the consolidated memorandum in support of same, it is hereby

ORDERED that the Motion to Strike be, and hereby is, GRANTED. The Response and Objection shall be stricken from the record.

[or]

ORDERED that that the Motion to Strike be, and hereby is, GRANTED. The Court will decline to consider the Response and Objection in connection with its disposition of Co-Lead Class Counsel's pending petition for an award of attorneys' fees, reimbursement of expenses, Case Contribution Awards for the three Subclass Representatives, and adoption of a 5% set-aside on Monetary and Derivative Claimant Awards (ECF No. 7151).

[or]

ORDERED that that the Motion to Strike be, and hereby is, GRANTED in part and DENIED in part. The Court denies the request to strike or to not consider the Response and Objection but accepts the response set forth in Section II.B of Co-Lead Class Counsel's consolidated memorandum in support of the motion to strike as its sur-surreply response to the Response and Objection.

_____
Anita B. Brody
United States District Judge