Of Counsel:
GALIHER DeROBERTIS WAXMAN

| | |
|---|---|
| ILANA K. WAXMAN | 8733 |
| ALLISON M. AOKI | 6912 |
| ALYSSA R. SEGAWA | 9798 |
| ANTHONY M. CARR | 9956 |

*(anthony.carr@galiherlaw.com)*
610 Ward Avenue
Honolulu, Hawaii  96814-3308
Telephone:  (808) 597-1400

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>DIONE ELIZABETH SMITH, Individually and as Personal Representative of the Estate of JOHN LEONARD WILBUR, LINDSEY K. WILBUR and NATHAN HALSEY WILBUR,<br><br>        Plaintiffs,<br><br>    vs.<br><br>THE NATIONAL FOOTBALL LEAGUE, et al.<br><br>        Defendants. | NO. 2:13-cv-04457-AB<br>MDL-2323<br><br>NOTICE OF WITHDRAWAL OF APPEARANCE FOR DIONE ELIZABETH SMITH, Individually and as Personal Representative of the Estate of JOHN LEONARD WILBUR, LINDSEY K. WILBUR and NATHAN HALSEY WILBUR; CERTIFICATE OF SERVICE |

-2-

**NOTICE OF WITHDRAWAL OF APPEARANCE FOR
DIONE ELIZABETH SMITH, Individually and as
Personal Representative of the Estate of JOHN LEONARD WILBUR,
LINDSEY K. WILBUR and NATHAN HALSEY WILBUR**

   The law firm of GALIHER DeROBERTIS WAXMAN and all associated attorneys thereof, hereby withdraw as counsel for Plaintiffs DIONE ELIZABETH SMITH, Individually and as Personal Representative of the Estate of JOHN LEONARD WILBUR, LINDSEY K. WILBUR and NATHAN HALSEY WILBUR (collectively, "Plaintiffs").

   Please take further notice that DIONE ELIZABETH SMITH is the Representative Claimant for JOHN LEONARD WILBUR, deceased.

   DATED:  Honolulu, Hawaii, <u>May 5, 2017                                   </u>.

           <u>/s/Anthony M. Carr                         </u>
           ILANA K. WAXMAN
           ALLISON M. AOKI
           ALYSSA R. SEGAWA
           ANTHONY M. CARR
           Attorneys for Plaintiffs
           DIONE ELIZABETH SMITH, Individually
           and as Personal Representative of the Estate
           of JOHN LEONARD WILBUR, LINDSEY
           K. WILBUR and NATHAN HALSEY
           WILBUR