IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>DIONE ELIZABETH SMITH, Individually and as Personal Representative of the Estate of JOHN LEONARD WILBUR, LINDSEY K. WILBUR and NATHAN HALSEY WILBUR,<br><br>           Plaintiffs,<br><br>  vs.<br><br>THE NATIONAL FOOTBALL LEAGUE, et al.<br><br>           Defendants. | NO. 2:13-cv-04457-AB<br>MDL-2323<br><br>CERTIFICATE OF SERVICE |

D:\06635T01\Pleadings\MDL Pleadings_re NFL Players' Concussion Injury Litigation\Wdrawal of GDW.docx

## CERTIFICATE OF SERVICE

I hereby certify on this 5th day of May, 2017 the foregoing, withdrawal of counsel was electronically filed with the Clerk of the Court and therefore served through the CM/ECF system on all counsel in this case registered with the CM/ECF system for this case.

                                                                                            /s/Anthony M. Carr
                                                                                 Anthony M. Carr, Esquire