# Exhibit 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : : : | No. 2:12-md-02323-AB  MDL No. 2323  Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO: | | |
| ALL ACTIONS | | |

# **DECLARATION OF ORRAN L. BROWN, SR.**

I, ORRAN L. BROWN, SR., hereby declare and state as follows:

1.     My name is Orran L. Brown, Sr.  I am the Chairman and a founding partner of BrownGreer PLC, located at 250 Rocketts Way, Richmond, Virginia 23231.  BrownGreer PLC is the Claims Administrator under the Class Action Settlement Agreement in this action.

2.     I am over the age of 21.  The matters set forth in this Declaration are based upon my personal knowledge and information.

3.     I submit this Declaration to describe an Opt Out revocation request we recently received.

4.     In its April 22, 2015 Final Approval Order and Judgment, the Court directed the Claims Administrator to make public a list of Opt Outs as of that date.  We posted on the official Settlement website a list of the Opt Outs that were timely and included all the elements required for a valid Opt Out under Section 14.2(a) of the Settlement Agreement (175 names at the time) and a list of the Opt Outs that were untimely and/or were missing one or more of Section 14.2(a)'s required elements (33 names at the time).

5.     Section 14.2(c) of the Settlement Agreement provides that a Class Member who had Opted Out but wished to revoke that Opt Out could submit a written request to do so "[p]rior to the Final Approval Date."  At various times after the April 22, 2015 Final Approval Date, 32 people

who had Opted Out submitted requests to revoke their Opt Outs.  The Parties to the Settlement Agreement agreed to accept those revocation requests, subject to Court approval, and reported the requests to the Court.  By Orders of July 15, 2015 (Document 6642), December 22, 2015 (Document 6713), January 26, 2016 (Document 6739), September 15, 2016 (Document 6907), October 25, 2016 (Document 6924), November 8, 2016 (Document 6937), December 21, 2016 (Document 7033), January 18, 2017 (Document 7084), January 20, 2017 (Document 7097), February 6, 2017 (Document 7119), March 9, 2017 (Document 7264), March 20, 2017 (Document 7297), March 28, 2017 (Document 7374), April 11, 2017 (Document 7471), April 13, 2017 (Document 7478), April 24, 2017 (Document 7547), and May 2, 2017 (Document 7594) the Court approved all the revocations.  As a result, we no longer counted those persons as Opt Outs and posted on the Settlement website a revised list of Timely Opt Out Requests Containing All Information Required by Section 14.2(a) or Otherwise Approved by the Court (the "Timely Opt Out List") to reflect the results of the Orders.  That Timely Opt Out List now contains 149 names, including six persons whose Opt Outs the Court directed be added to the list in its Orders of September 8, 2016 (Document 6902) and March 6, 2017 (Document 7244).

6.   On May 5, 2017, we received an Opt Out revocation request from Mr. Trent Bryant, who is on the Timely Opt Out List.  I have attached to this Declaration a copy of his request, with his personal information redacted.  The Parties to the Settlement Agreement have agreed to accept his revocation, subject to Court approval.  If the Court grants its approval, we no longer will count Mr. Bryant as an Opt Out and, upon the Court's direction, we will post a revised Timely Opt Out List on the Settlement website.

I, Orran L. Brown, Sr., declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.  Executed on this 8th day of May, 2017.

_____
Orran L. Brown, Sr.

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
Attn: Brad S. Karp
1285 Avenue of the Americas
New York, NY 10019-6064
bkarp@paulweiss.com

SEEGER WEISS LLP
Attn: Christopher A. Seeger
77 Water Street
New York, NY 10005
cseeger@seegerweiss.com

Re:     Opt-Out Revocation Request for NFL Concussion Settlement

Dear Gentlemen:

My name is Trent Bryant. I wish to revoke my request to be excluded from the Settlement Class.

It is my wish that I become a Class Member of the Settlement Class.

Name: Trent Bryant

Address: ___

Phone Number: [1]

Date of Birth: ___

Signature: Trent Bryant