## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 8th day of May, 2017, upon all counsel of record.


Dated:  May 8, 2017               /s/ Brad S. Karp
                                                        Brad S. Karp