UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, Successor-in-interest to NFL Properties, Inc.,<br><br>Defendant. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**MEMORDUM IN OPPOSITION TO OBJECTOR PETITION
FOR AN AWARD OF ATTORNEY FEES AND EXPENSES**

Pursuant to Fed R. Civ. P. 23(h)(2), Class Members Britt Hager, Rich Miano, Tra Thomas, Richard Brown, Kevin Sargent, Ron Davis, Mark Rypien, Scott Dierking, Mike McCurry, John Goodman, Scott Laidlaw, Richard Stachon, Neil Graff, David Thompson, Ed Koontz, Jim Flanigan, Michael Hoban, Carlton Kammerer, Greg Brown, Rex Kern, Willie Williams, Charlie Hinton, June Jones, Jerry Kramer, Janice Womble on behalf of Royce Womble, Darnell Powell, Reggie Dupard, Bob Nelson, Jon Hand, Charles King, Bill Larson, Doug Lantz, Billy Van Heusen, Raymond Kubala,

Lem Burnham, Michael McGill, Ken Frost, Craig Bingham, Mike Pagel, Chuck Thomas, Cris D'Annunzio, Jesse Green, Mike Phipps, Bethany Wirgowski on behalf of Dennis Wirgowski, John Stofa, Dana Nafziger, Doug Dennison, Bob DeMarco, Dave Dixon, Bill Schultz, James Pruitt, Thomas Cassese, Karl Nelson, Brian Baldinger, Gene Heeter, Russell Jensen, Don Herrmann, Mark Collins, Guido Merkens, Craig Dunaway, Jacob Green, Danny Neal, Larry Kolic, Sonny Randle, Charles Benson, Dennis Franks, Travis Dorsch, Todd Hines, Ralph Baker, Ron Porter, Billy Ray Smith, Chris Gedney, Michael Fuller, Edward Wilson, Cheri Gaechter on behalf of Michael Gaechter, Joe Jones, Frederick Mazurek, Norris Williams, Bert Weidner, Aaron Francisco, Vaughn Broadnax, Dan LaRose, Vince Tuzeo, Guy Ruff, William Parker, Sembree Knapp, Harvey Goodman, Kenny Bell, Cleveland Wester, Richard Trapp, Carl Brettschneider, Roger Leclerc, Reggie Rivers, Curt Warner, Ted McKnight, James Cumbie, James "JB" Brown, Bruce Hardy, Irvin Eatman, Michael Horan, Joseph Cocozzo, Kristi Satterfield on behalf of Dick Evey, Darryl Ingram, Milt McColl, Derwin Williams, Daryle Skaugstad, Anthony "AD" Laster, Brian McConnell, Dave Osborn, Andrew Selfridge, Steve Duich, Mike McDonald, Bill Ransdell, Joseph Biscaha, James Beirne, Bill Elko, John Skorupan, Joe Reed, Peter Cusick, Don Strock, Luke Fisher, Kent Nix, Kevin Call, Tim Green, Tom Reynolds, William "Don" Gillis, Charles Wilson, Paul Latzke, Clarence Harmon, Larry Wallace, Bryan Knight, Freeman White, Dennis Shaw, Richard Ackerman, Joseph Jackson, Carl Hinton, Kevin McArthur, Robbie Jones, Clarence Scott, Leroy Kelly, Don Latimer, Dale Messer, Terry Nugent, Derrick Beasley, Leroy Holt, Wayne Roby, Lenard Gotshalk, Michael Lemon, Mike Richardson, Harold Olsen, Champ Henson, William Brown, William Blackburn, Carla Brim on behalf of Michael Brim, Bill Glass, Len Hauss, Darnell Powell, Tom Jeter, (the "Mitnick Clients") hereby oppose the request of an award of attorney fees and expenses as set forth in the

Objectors' Memorandum of Law in Support of their Petition for an Award of Attorney Fees and Expenses.

Dated:                           */s/Craig R. Mitnick*

Craig R. Mitnick, Esquire
MITNICK LAW OFFICE, LLC
35 Kings Highway East
Suite 206
Haddonfield, NJ  08033
(856) 427-9000 (telephone)
(856) 429-2438 (facsimile)
craig@mitnicklegal.com

## CERTIFICATION OF SERVICE

I hereby certify that on May 9, 2017, I caused the foregoing Objection to The Petition for an Award of Attorney Fees and Expenses by Objectors to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF System, which will provide electronic notice to all counsel and parties.

DATED: _____
Craig R. Mitnick, Esquire