UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>          Plaintiffs,<br><br>          v.<br><br>National Football League and NFL Properties, LLC, Successor-in-interest to NFL Properties, Inc.,<br><br>          Defendant. | Civil Action No. 2:14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**(PROPOSED) ORDER DENYING OBJECTORS' PETITION FOR AN AWARD OF ATTORNEY FEES AND EXPENSES**

**AND NOW**, this _____ day of _____ , 2017, it is **ORDERED:**

1. After consideration of the Mitnick Clients' Objection to Objectors' Petition for an Award of Attorneys' Fees and Expenses, the Petition is DENIED.

2. The request for an award of attorneys' fees and expenses does not meet the requirements of Federal Rules of Civil Procedure 23(h) and 54(d)(2).

_____
ANITA B. BRODY, J.

Copies VIA ECF on _____ to:      Copies MAILED on _____ to: