# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW,** this __9th__ day of May, 2017, it is **ORDERED** that, **on or before May 12, 2017**, Co-Lead Counsel for the Riddell litigation and Counsel for the Riddell Defendants must submit to the Court a joint proposed scheduling order for briefing regarding the pending claims against the Riddell Defendants. If the Parties cannot agree on a joint proposed order by May 12, 2017, they must submit individual proposed orders by that date.

                                                s/Anita B. Brody

                                                ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                      Copies **MAILED** on _____ to: