| | |
|---|---|
| **From:** | Scheff, Richard |
| **Sent:** | Thursday, May 11, 2017 3:25 PM |
| **To:** | 'TBenedetto@seegerweiss.com' |
| **Cc:** | 'CSeeger@seegerweiss.com'; 'sweiss@anapolweiss.com'; 'lbayard@paulweiss.com'; 'dburns@paulweiss.com'; Herman, David F.; Breslauer, Peter |
| **Subject:** | Re: NFL |

TerriAnne:

We are very disappointed with your position and do not understand the basis for it. We are intending on speaking with each of our clients to make protective disclosures to them, the substance of which you have expressed no disagreement or concern. Each client will then affirmatively have to decide whether or not to continue using our services. If they do not affirmatively agree to continue receiving our services, their contract with us will be null and void. We do not understand why this does not address your concerns.

Our client is a lawful business that has responded affirmatively to your concerns as well as those of counsel to the NFL and then taken proactive steps to do more. We appreciate your duty to the Class, but at this point we believe our actions demonstrate that we have addressed each of your concerns. Finally, given that many of our clients are represented by counsel, we believe your speaking to them without the consent of their counsel raises ethical considerations for you. All that being said, when we speak with our clients, we will ask them for permission to disclose their names to you. To the extent they are represented by counsel, we will also provide you with their counsel's name.

We will draft a status letter to Judge Brody for your consideration. Please give us your comments or advise that you intend to submit your own status report.

Thank you.

---

**From**: TerriAnne Benedetto [mailto:TBenedetto@seegerweiss.com]
**Sent**: Thursday, May 11, 2017 12:21 PM
**To**: Scheff, Richard
**Cc**: Chris Seeger <CSeeger@seegerweiss.com>; ''sweiss@anapolweiss.com' (sweiss@anapolweiss.com)' <sweiss@anapolweiss.com>; 'Bayard, Lynn B (lbayard@paulweiss.com)' <lbayard@paulweiss.com>; 'Burns, Douglas (dburns@paulweiss.com)' <dburns@paulweiss.com>; Herman, David F.; Breslauer, Peter
**Subject**: RE: NFL

Richard, I was just getting ready to hit "send" on an email to you. It is below.

We have reviewed your letter response from yesterday. Unfortunately, we are at an impasse. Your clients' unwillingness to identify the Class Members with whom they have contracted in order to facilitate our direct communications with those individuals is preventing us from insuring that those Class Members entered into contracts with your clients based solely upon accurate information. We simply cannot rely upon your clients' representations on this matter, based upon their written and verbal communications with Class Members. As Court-appointed Co-Lead Class Counsel, we must assure ourselves that the Class Members we represent have not entered into contracts for 10% or 15% of their monetary awards based upon inaccurate information. We are also troubled by your clients' refusal to disclose the law firms to which they refer Class Members with whom they've contracted.

For tomorrow's status report to the Court, we want to request that the Court set a briefing schedule. We intend to file our new Motion for Injunction on Friday, May 19. If you believe you require more time than is provided

by the Rules to file your Opposition, please advise and we will consider whether we would be willing to present an agreed-upon schedule to the Court in tomorrow's status report.

Thank you,
Terri

TerriAnne Benedetto
Seeger Weiss LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102
(t) 215-564-2300
(d) 215-553-7981
(f) 215-851-8029


-----Original Message-----
From: Scheff, Richard [mailto:rscheff@mmwr.com]
Sent: Thursday, May 11, 2017 12:17 PM
To: TerriAnne Benedetto <TBenedetto@seegerweiss.com>
Cc: Chris Seeger <CSeeger@seegerweiss.com>; "sweiss@anapolweiss.com' (sweiss@anapolweiss.com)' <sweiss@anapolweiss.com>; 'Bayard, Lynn B (lbayard@paulweiss.com)' <lbayard@paulweiss.com>; 'Burns, Douglas (dburns@paulweiss.com)' <dburns@paulweiss.com>; Herman, David F. <DHerman@mmwr.com>; Breslauer, Peter <pbreslauer@mmwr.com>
Subject: RE: NFL

TerriAnne:

This is a follow up to my letter from yesterday. Our client is intending on starting to reach out to their clients to make the disclosures listed on page 2 of our letter and then follow the procedure listed on the top of page three. Could you give us your thoughts please as we'd like to move forward promptly. Thank you.


Richard L. Scheff | Executive Chairman
Montgomery McCracken Walker & Rhoads LLP
123 South Broad Street | Avenue of the Arts | Philadelphia, PA 19109
Tel: 215-772-7502 | Fax: 215-731-3922 | Mobile: 267-250-5494

437 Madison Avenue, 29th Floor | New York, NY 10022
Tel: 212-551-7719
rscheff@mmwr.com |
https://linkprotect.cudasvc.com/url?a=http://www.mmwr.com/home/attorneys/default.aspx%3fd%3d4477&c=E,1,rKqj6kTSVGF1hbwaA-xCRXqEuJ4bV3hIi9C4uuhOFj3Pd4mC4juMzT5gWg5fS_-w76kjJbvx_Z3lYT0G4qD_MLS7at76TJyNeVAfx1nNwk1lfe1R5FBqM42O&typo=1

Notice: This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution and/or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender and please immediately delete this message from your computer as well as any storage device(s). Thank you.
-----Original Message-----

From: Scheff, Richard
Sent: Wednesday, May 10, 2017 10:25 AM
To: TerriAnne Benedetto (TBenedetto@seegerweiss.com)
Cc: Chris Seeger (CSeeger@seegerweiss.com); 'sweiss@anapolweiss.com' (sweiss@anapolweiss.com); Bayard, Lynn B (lbayard@paulweiss.com); Burns, Douglas (dburns@paulweiss.com); Herman, David F.; Breslauer, Peter
Subject: NFL

TerriAnne:

Attached is our response to your letter of last week.


Richard L. Scheff | Executive Chairman
Montgomery McCracken Walker & Rhoads LLP
123 South Broad Street | Avenue of the Arts | Philadelphia, PA 19109
Tel: 215-772-7502 | Fax: 215-731-3922 | Mobile: 267-250-5494

437 Madison Avenue, 29th Floor | New York, NY 10022
Tel: 212-551-7719
rscheff@mmwr.com |
https://linkprotect.cudasvc.com/url?a=http://www.mmwr.com/home/attorneys/default.aspx%3fd%3d4477&c=E,1,ltJeYeVNiXwE1r7xgQyZlk51a-P0VBxGWq_7ev8qTCi1A0HBrK1WD23FrMxj_XaFmGyq5n_3G6xRSzoHBUVAuIV8nTVj7X-ACcJdC_U,&typo=1

Notice: This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution and/or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender and please immediately delete this message from your computer as well as any storage device(s). Thank you.