## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL | § | |
| LEAGUE PLAYERS' CONCUSSION | § | |
| LITIGATION | § | |
| _____ | § | **No. 12-md-2323 (AB)** |
| | § | |
| | § | **MDL No. 2323** |
| **THIS DOCUMENT RELATES TO:** | § | |
| **ALL ACTIONS** | § | |

## RESPONSE IN OPPOSITION CO-LEAD CLASS COUNSEL'S MOTION TO STRIKE OR DISREGARD THE ALEXANDER OBJECTORS' UNAUTHORIZED SUR-REPLY 'RESPONSE AND OBJECTION' TO FEE PETITION REPLY PAPERS OR, ALTERNATIVELY, TO ACCEPT CLASS COUNSEL'S SUR-SURREPLY

Settlement Class Members Melvin Aldridge, Trevor Cobb, Jerry W. Davis, Michael Dumas, Corris Ervin, Robert Evans, Anthony Guillory, Wilmer K. Hicks, Jr., Richard Johnson, Ryan McCoy, Emanuel McNeil, Robert Pollard, Frankie Smith, Tyrone Smith, James A. Young Sr., and Baldwin Malcom Frank (collectively, the "Alexander Objectors") file this Response in Opposition to Co-Lead Class Counsel's Motion to Strike or Disregard the Alexander Objectors' Unauthorized Sur-Reply 'Response and Objection' to Fee Petition Reply Papers or, Alternatively, To Accept Class Counsel's Sur-Surreply (the "Petition") (ECF No. 7605, 7606).  In short, Co-Lead Class Counsel's motion attempts to (i) circumvent Fed. R. Civ. P. 23(h)(2)'s notice and opportunity to be heard requirements, and (ii)

deprive the Alexander Objectors of the opportunity to preserve error through objection.  For these reasons, and the reasons set forth in more detail in the accompanying Memorandum of Law, the Alexander Objectors respectfully request the Court deny the motion to strike or disregard.  The Alexander Objectors are unopposed to Co-Lead Class Counsel's alternative motion to accept the self-titled "sur-surreply."

Date: May 12, 2017                                     Respectfully Submitted,


                                                      */s/ Lance H. Lubel*
Mickey Washington                                     Lance H. Lubel
Texas State Bar No.: 24039233                         Texas State Bar No.: 12651125
WASHINGTON & ASSOCIATES, PLLC                         Adam Voyles
1314 Texas Ave., Suite 811                            Texas State Bar No.: 24003121
Houston, Texas 77002                                  Justin R. Goodman
Telephone: (713) 225-1838                             Texas State Bar No.: 24036660
Facsimile: (713) 225-1866                             LUBEL VOYLES LLP
Email: mw@mickeywashington.com                        675 Bering Drive, Suite 850
                                                      Houston, TX 77057
James Carlos Canady                                   Telephone: (713) 284-5200
Texas State Bar No.: 24034357                         Facsimile: (713) 284-5250
THE CANADY LAW FIRM                                   Email: lance@lubelvoyles.com
675 Bering Drive, Suite 850                           adam@lubelvoyles.com
Houston, TX 77057                                     jgoodman@lubelvoyles.com
Telephone: (713) 284-5204
Facsimile: (713) 284-5250
Email: ccanady@canadylawfirm.com


Attorneys for Melvin Aldridge, Trevor Cobb, Jerry W. Davis, Michael Dumas,
Corris Ervin, Robert Evans, Anthony Guillory, Wilmer K. Hicks, Jr., Richard
Johnson, Ryan McCoy, Emanuel McNeil, Robert Pollard, Frankie Smith, Tyrone
Smith, James A. Young Sr., and Baldwin Malcolm Frank

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record via the Court's ECF system on May 12, 2017.

*/s/ Justin R. Goodman*