IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION  §§§§§§§§§ | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## ORDER

NOW, on this _____ day of _____, 2017, having considered the Co-Lead Class Counsel's Motion to Strike or Disregard the Alexander Objectors' Unauthorized Sur-Reply "Response and Objection" to Fee Petition Reply Papers (ECF 7605, 7606), and the Alexander Objectors responses thereto, IT IS HEREBY ORDERED and DECREED that the Co-Lead Class Counsel's Motion to Strike or Disregard the Alexander Objectors' Unauthorized Sur-Reply "Response and Objection" to Fee Petition Reply Papers (ECF 7605, 7606) is DENIED.

IT IS SO ORDERED.

_____
The Honorable Anita B. Brody
United States District Judge