UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br><u>The plaintiffs and class members set forth in the table below.</u> | <u>**NOTICE OF WITHDRAWAL OF PETITION TO ESTABLISH ATTORNEY'S LIEN**</u> |

Petitioner, Attorney David Buckley, PLLC, counsel to the Plaintiffs or class members in the table listed below, hereby notifies this Court and all parties of the withdrawal of the attorneys' charging liens it had previously asserted with respect to the recoveries of the individuals listed in the chart below. *See* ECF Nos. 7384, 7385, 7394, 7395, 7398, 7399.

| Plaintiff | Court | Case Name | Case No. |
|---|---|---|---|
| Kareem Kelly | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et al* | 12-CV-01027 |
| Shawntae Spencer | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et al* | 12-CV-01027 |
| Sultan McCullough | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et al* | 12-CV-01027 |
| Spergon Wynn | U.S.D.C., E.D.Pa. | *Jones v. National Football League, et al* | 12-CV-01027 |

**This withdrawal is NOT made on behalf of any law firms other than Attorney David Buckley, PLLC.**

Dated: May 16, 2017

                Respectfully submitted,

                ATTORNEY DAVID BUCKLEY, PLLC

By: _/s/ Scott W. Wert_

David Buckley
State Bar No. 24078281
FED ID No. 1465981
Scott Wert
State Bar No. 00794835

1811 Bering Drive Ste. 300
Houston, TX 77057
Tel. (713)719-9312
Fax. (713)719-9307
scott@thebuckleylawgroup.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that I caused the foregoing Petition to Establish Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: May 16, 2017

_/s/ Scott W. Wert_
Scott Wert