## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

IN RE:  NATIONAL FOOTBALL LEAGUE     :    No. 2:12-md-02323 –AB

PLAYERS' CONCUSSION                       :

INJURY LITIGATION                        :    MDL No. 2323

_____      :

**THIS DOCUMENT RELATES TO:**      :

                                          :    **NOTICE OF WITHDRAWAL OF**

                                          :    **APPEARANCE**

**GENE R. ATKINS, SR., PLAINTIFF**      :

                                          :

                                          :

                                          :

---

       This Notice of Withdrawal of Appearance is submitted on behalf of the firm of Giddens

Law Firm, John D. Giddens P.A., and Philip W. Thomas Law Firm, specifically including John

D. Giddens, Baskin L. Jones, and Philip W. Thomas as counsel for Plaintiff Gene R. Atkins, Sr.

in this MDL Proceeding.

    Dated: May 17, 2017

                 Respectfully Submitted By:

                                          s/John D. Giddens

                                          John D. Giddens

John D. Giddens

GIDDENS LAW FIRM

226 North President Street (39236)

Post Office Box 22546

Jackson, Mississippi 39225-2546

Tel: (601) 355-2022

Fax: (601) 355-0012

Philip W. Thomas
PHILIP W. THOMAS LAW FIRM
Post Office Box 24464
Jackson, Mississippi 39225-4464
747 North Congress St. (39202)
pthomas@thomasattorney.com
(601) 714-5660

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court

using the ECF system which sent notification of such filing to all counsel of record.

This the 17th day of May, 2017.

s/John D. Giddens
John D. Giddens