## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 18th day of May, 2017, upon all counsel of record.


Dated:  May 18, 2017                     /s/ Brad S. Karp
                                                                 Brad S. Karp