SEEGERWEISS LLP

77 Water Street, New York, NY 10005   P 212.584.0700   F 212.584.0799   www.seegerweiss.com

May 19, 2017

**Via ECF**

Honorable Anita B. Brody
United States District Judge
United States District Court
Eastern District of Pennsylvania
601 Market Street
Room 7613
Philadelphia, PA 19106

        Re:    *In Re: National Football League Players' Concussion Injury Litigation*,
                 No. 2:12-md-02323-AB

Dear Judge Brody:

      Co-Lead Class Counsel, together with Counsel for Case Strategies Group (the entity formerly known as NFL Case Consulting, LLC) and Jim McCabe (collectively referred to herein as "CSG"), respectfully submit this Joint Status Report to advise the Court that they are continuing to meet and confer related to Co-Lead Class Counsel's Motion for an Injunction Prohibiting Improper Communications with the Class (ECF No. 7347), filed on March 27, 2017. Since they last reported to the Court on May 12, 2017, the parties have made substantial progress towards resolving their differences. As such, Co-Lead Class Counsel do not intend to file a renewed motion for injunctive relief today. Unless the Court directs otherwise, the parties intend to file another Status Report on Tuesday, May 30, 2017.

      Specifically, Counsel for CSG has now identified for Co-Lead Class Counsel the seven law firms to which CSG referred the Class Members with whom CSG has contracted. Of the 118 Class Members who have contracts with CSG, 105 of those are represented by individually retained counsel from these seven law firms. By communicating directly with those lawyers, Co-Lead Class Counsel hope to be able to determine whether the individually represented Class Members contracted with CSG with full and accurate information about the Settlement processes, features and personnel, and not based upon any misrepresentations or misunderstandings.

Additionally, Counsel for CSG has agreed to provide the list of all of those Class Members with whom CSG has contracted (along with corresponding retained counsel) to Co-Lead Class Counsel, pursuant to an Attorneys' Eyes Only Confidentiality Agreement that the parties are presently drafting. Similar to the individually represented Class Members, Co-Lead Class Counsel intend to contact directly any Class Members who have not separately retained individual counsel to ensure that each Class Member entered into his contract with CSG based on full and accurate information about the Settlement, and not based upon any misrepresentation or misunderstanding.

The parties thank the Court for its consideration of this matter.

Respectfully submitted,

 /s/ Christopher A. Seeger_____
Christopher A. Seeger
SEEGER WEISS LLP

*Co-Lead Class Counsel*

Sol Weiss
ANAPOL WEISS

*Co-Lead Class Counsel*

 /s/ Richard L. Scheff_____
Richard L. Scheff
MONTGOMERY McCRACKEN WALKER & RHOADS LLP

*Counsel for Case Strategies Group (f/k/a NFL Case Consulting, LLC, and Jim McCabe)*

cc:   All counsel of record (via ECF)