**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br>                                   Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                                   Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS |  |

**ORDER REGARDING EXTENSION OF QUASI-JUDICIAL IMMUNITY TO**
**SPECIAL MASTERS IN NFL CONCUSSION SETTLEMENT PROGRAM**

Considering the Uncontested Motion of Co-Lead Class Counsel for entry of an Order in aid of implementation of the NFL Concussion Settlement Program (the "Program"), pursuant to this Court's continuing and exclusive jurisdiction under Article XXVII of the NFL Concussion Settlement (the "Settlement Agreement") and the May 8, 2015 Amended Final Approval Order and Judgment, and being fully apprised, and with the consent of Counsel for the NFL Parties, **IT IS HEREBY ORDERED** as follows:

1.      *Defined Terms.*  All terms used in this Order have the meanings given to such terms in the Settlement Agreement.  In addition, these terms are used in this Order:

2.      *Special Masters.*  In this Order, "Special Masters" means the Special Masters appointed by the Court pursuant to Federal Rule of Civil Procedure 53 to oversee the implementation and administration of the Settlement Agreement, and their employees, agents, representatives, owners and officers.

**3.**     *Protection of Special Masters*.  Each Special Master shall be deemed to have immunity in the performance of his or her tasks in the Program, except with respect to the Special Master's willful misconduct.  No person or entity shall have the right to institute any action against any Special Master for any matter covered by this immunity, except with respect to the Special Master's willful misconduct.

**4.**     *Exclusive Retained Jurisdiction.*  This Court retains continuing and exclusive jurisdiction over the interpretation, implementation, and enforcement of this Order.

SO ORDERED this _____ day of _____, 2017.

_____
**Anita B. Brody**
**United States District Court Judge**