UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br><br>NO. 2:12-md-02323 (AB) |
| THIS DOCUMENT RELATES TO:<br><br>*John C. Mott v. National Football League et al.,*<br>*Case No. 2:12-cv-05211-AB* | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
## FOR PLAINTIFF JOHN C. MOTT

Seth A. Katz and Stephen J. Burg of Burg Simpson Eldredge Hersh & Jardine, P.C. and James R. Dugan of The Dugan Law Firm, APLC move this Court pursuant to Pennsylvania Rule of Professional Conduct 1.16 (a)(3), (b)(1), and (b)(5) and United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 5.1(c) to withdraw as counsel in relation to the claims of John C. Mott, and state as follows:

1. Plaintiff's counsel filed a complaint on behalf of John C. Mott in the United States District Court for the Southern District of New York on August 24, 2012.

2. Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation the action filed in the Southern District of New York was transferred to this Court on September 12, 2012.

3. Plaintiff's counsel filed a short form complaint in the Eastern District of Pennsylvania for John C. Mott on October 10, 2012.

4. Since the filing of the short form complaint, Plaintiff's counsel has been effectively terminated by John C. Mott.

5. On March 20, 2017, Plaintiff's counsel received a Notice of Conflicting Representation from the Claims Administrator for the NFL Concussion Settlement Program.  See Exhibit 1, page 3.

6. On May 1, 2017, Plaintiff's counsel received an email from a representative of the Claims Administrator stating that "Mr. Mott is currently listed as pro se in our system and has told us he does not want a lawyer."  See Exhibit 1, page 1 (emphasis added).

7. Pursuant to Local Rule of Civil Procedure 5.1(c), the undersigned must move the Court for leave to withdraw as counsel.

8. A true and correct copy of this Motion is being served on John C. Mott via United States Postal Service.

WHEREFORE, Plaintiff's counsel respectfully requests this Court for leave to withdraw as counsel for John C. Mott in the above referenced case.

Dated:  May 22, 2017

        Respectfully submitted,

        **BURG SIMPSON**
        **ELDREDGRE HERSH & JARDINE, P.C.**

By:    s/ *Seth A. Katz*
       Seth A. Katz
       Stephen J. Burg
       40 Inverness Drive East
       Englewood, CO  80112
       Telephone: (303) 792-5595
       Facsimile: (303) 708-0527

        **THE DUGAN LAW FIRM, APLC**

*s/ James R. Dugan*
James R. Dugan
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA  70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2017, I electronically transmitted the foregoing document to the Clerk of the United States District Court using the CM/ECF system for filing and service to all parties/counsel registered to receive copies in this case. Additionally, I mailed a true and correct copy of the foregoing document to John C. Mott via United States Postal Service at the following address:

John C. Mott
2867 High Bluff Drive
Coralville, IA  52241

/s/ *Seth A. Katz*
Seth A. Katz