# Jacob Allen

**From:** Ian Davenport <idavenport@browngreer.com>
**Sent:** Monday, May 01, 2017 10:17 AM
**To:** Jacob Allen
**Subject:** RE: Notice of Conflicting Representation

**Categories:** This message has been archived by Retain on May 02 2017 03:21

Good afternoon Jacob,

We received your Fee Agreement, but could you please clarify your intention in sending it? Mr. Mott is currently listed as pro se in our system and has told us he does not want a lawyer.

Thank you,
Ian

---

**From:** Jacob Allen [mailto:JAllen@burgsimpson.com]
**Sent:** Monday, April 24, 2017 6:08 PM
**To:** NFL Claims Administrator <claimsadministrator@nflconcussionsettlement.com>
**Subject:** FW: Notice of Conflicting Representation
**Importance:** High

To whom it may concern:

Please see the attached Fee Agreement between Mr. Mott and Burg Simpson Eldredge Hersh & Jardine, P.C.

Regards,

Jacob Allen


**Jacob S. Allen, Esq.**
jallen@burgsimpson.com

**BURGSIMPSON**
**BURG | SIMPSON | ELDREDGE | HERSH | JARDINE PC**
**ATTORNEYS & COUNSELORS AT LAW**
*Good Lawyers. Changing Lives.*
**40 Inverness Drive East**
**Englewood, CO 80112**
www.burgsimpson.com
**Telephone:** (303)792-5595
**Facsimile:** (303)708-0527

---------------------------------------------------------------------------
**NOTICE:** This e-mail message is the property of Burg Simpson Eldredge Hersh & Jardine, P.C. The contents of this message and any attachments are confidential and protected by law under the attorney-client privilege, attorney-work-product doctrine, and/or other applicable privileges. If you are not the

EXHIBIT 1

**intended recipient of this message, please forward a copy to dhersh@burgsimpson.com and delete the message and its attachments from your computer. Thank you.**
**--------------------------------------------------------------------------**

**From:** noreply@nflconcussionsettlement.com [mailto:noreply@nflconcussionsettlement.com]
**Sent:** Monday, March 20, 2017 6:06 PM
**To:** Jacob Allen
**Subject:** Notice of Conflicting Representation
**Importance:** High

This email is an official communication from the Claims Administrator for the NFL Concussion Settlement Program. A lawyer has told us that he or she represents you in the NFL Concussion Settlement Program.

| POSSIBLE LAWYERS | |
|---|---|
| **Class Member** | John C Mott |
| **Settlement Program ID** | 100010972 |
| **Current Lawyer** | Burg Simpson Eldredge Hersh & Jardine, P.C. |

We have sent this Notice to you and to the lawyer identified above, but we did not update your representation. If the lawyer identified above does not represent you in the NFL Concussion Settlement Program, no further action is required on your part. If the lawyer identified above represents you in the NFL Concussion Settlement Program, you must promptly inform us in writing. You can send us a written representation update using one of the methods below. If you have any questions, call us toll-free at 1-855-887-3485.

| **WRITING OR EMAILING THE CLAIMS ADMINISTRATOR** | |
|---|---|
| **By Email:** | ClaimsAdministrator@NFLConcussionSettlement.com |
| **By U.S. Mail:** | NFL Concussion Settlement<br>Claims Administrator<br>P.O. Box 25369<br>Richmond, VA 23260 |
| **By Delivery:** | NFL Concussion Settlement<br>c/o BrownGreer PLC<br>250 Rocketts Way<br>Richmond, VA 23231 |

Thank you.


**Claims Administrator**
**NFL Concussion Settlement**
**BROWNGREER PLC**
ClaimsAdministrator@NFLConcussionSettlement.com
Telephone: (855) 887-3485
www.NFLConcussionSettlement.com

EXHIBIT 1

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

EXHIBIT 1