# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br><br>NO. 2:12-md-02323 (AB) |
| THIS DOCUMENT RELATES TO:<br><br>*John C. Mott v. National Football League et al.,*<br>*Case No. 2:12-cv-05211-AB* | |

## NOTICE OF ATTORNEY'S LIEN

Pursuant to C.R.S. §§ 12-5-119, Pa. R. Prof. Conduct 1.8(i), Pennsylvania common law (*See e.g. Harris's Appeal,* 323 Pa. 124 (Pa. 1936); *Recht v. Urban Redevelopment Auth.*, 402 Pa. 599 (Pa. 1961)) and executed contract section titled "Attorney's Lien," the Petitioners, Seth A. Katz and Stephen J. Burg of Burg Simpson Eldredge Hersh & Jardine, P.C. and James R. Dugan of The Dugan Law Firm, APLC, former attorneys for the Plaintiff in the above-entitled action, hereby notify this Court and all parties that they have a charging lien in this case for reasonable attorney's fees, plus expenses.

Dated: May 22, 2017

                                        Respectfully submitted,

                                        **BURG SIMPSON**
                                        **ELDREDGRE HERSH & JARDINE, P.C.**

By:    /s/ *Seth A. Katz*
           Seth A. Katz
           Stephen J. Burg
           40 Inverness Drive East
           Englewood, CO  80112
           Telephone: (303) 792-5595

Facsimile: (303) 708-0527

**THE DUGAN LAW FIRM, APLC**

*/s/ James R. Dugan*
James R. Dugan
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA  70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

## CERTIFICATE OF SERVICE

      I hereby certify that on May 22, 2017, I electronically transmitted the foregoing document to the Clerk of the United States District Court using the CM/ECF system for filing and service to all parties/counsel registered to receive copies in this case.  Additionally, I mailed a true and correct copy of the foregoing document to John C. Mott via United States Postal Service at the following address:

John C. Mott
2867 High Bluff Drive
Coralville, IA  52241

/s/ *Seth A. Katz*
Seth A. Katz