## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF
## PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : No. 2:12-md-02323 –AB : : MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | : : : NOTICE OF WITHDRAWAL OF : APPEARANCE |
| ALONZO EPHRIAM, PLAINTIFF Case No. 2:12-cv-00092-AB | : : : |

Comes Now, Attorney Mark Stallworth and the Smith and Stallworth, P.A. Law Firm, in the above named and numbered cause of action, and hereby notify this Court and all parties that pursuant to the filing of a Notice of Attorney's Lien with the Court on April 4, 2017, and the Petition to Establish Attorney's Lien filed with the Court on March 31, 2017, this Notice of Withdrawal of Appearance is submitted on behalf of Mark Stallworth and the Smith and Stallworth, P.A. Law Firm as counsel for Plaintiff ALONZO EPHRIAM in this MDL Proceeding.

Filed this __24th__ day of May, 2017 in the United States District Court for the Eastern District of Pennsylvania, MDL 2323.

    Respectfully Submitted,

    /S/MARK STALLWORTH
    MARK STALLWORTH, ESQUIRE
    COUNSEL FOR CLAIMANTS/PLAINTIFFS
    FLORIDA BAR NUMBER 0506079
    SANGA TURNBULL, ESQUIRE
    FLORIDA BAR NUMBER 0585327
    SMITH AND STALLWORTH P.A.

500 SOUTH FLORIDA AVENUE, SUITE 510
LAKELAND, FLORIDA 33801
TELEPHONE:  863-535-2030
FACSIMILE:  863-940-4888

## CERTIFICATE OF SERVICE

I CERTIFY that the above has been filed with the Clerk of Court's EF/ECM system, which will provide service to all parties designated to receive service this May 24, 2017.

/S/MARK STALLWORTH
MARK STALLWORTH, ESQUIRE
COUNSEL FOR CLAIMANTS/PLAINTIFFS
FLORIDA BAR NUMBER 0506079
SANGA TURNBULL, ESQUIRE
FLORIDA BAR NUMBER 0585327
SMITH AND STALLWORTH P.A.
500 SOUTH FLORIDA AVENUE, SUITE 510
LAKELAND, FLORIDA 33801
TELEPHONE:  863-535-2030
FACSIMILE:  863-940-4888