UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : : : : : : | No. 2:12-md-02323 –AB<br><br>MDL No. 2323<br><br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |
| **THIS DOCUMENT RELATES TO:** | | |
| **MARDYE MCDOLE, PLAINTIFF**<br>**Case No. 2:12-cv-00092-AB** | | |

Comes Now, Attorney Mark Stallworth and the Smith and Stallworth, P.A. Law Firm, in the above named and numbered cause of action, and hereby notify this Court and all parties that this Notice of Withdrawal of Appearance is submitted on behalf of Mark Stallworth and the Smith and Stallworth, P.A. Law Firm as counsel for Plaintiff MARDYE MCDOLE in this MDL Proceeding.

Filed this  24th  day of May, 2017 in the United States District Court for the Eastern District of Pennsylvania, MDL 2323.

                              Respectfully Submitted,

                              /S/MARK STALLWORTH
                              MARK STALLWORTH, ESQUIRE
                              COUNSEL FOR CLAIMANTS/PLAINTIFFS
                              FLORIDA BAR NUMBER 0506079
                              SANGA TURNBULL, ESQUIRE
                              FLORIDA BAR NUMBER 0585327
                              SMITH AND STALLWORTH P.A.
                              500 SOUTH FLORIDA AVENUE, SUITE 510
                              LAKELAND, FLORIDA 33801
                              TELEPHONE:  863-535-2030
                              FACSIMILE:  863-940-4888

**CERTIFICATE OF SERVICE**

I CERTIFY that the above has been filed with the Clerk of Court's EF/ECM system, which will provide service to all parties designated to receive service this May 24, 2017.

/S/MARK STALLWORTH
MARK STALLWORTH, ESQUIRE
COUNSEL FOR CLAIMANTS/PLAINTIFFS
FLORIDA BAR NUMBER 0506079
SANGA TURNBULL, ESQUIRE
FLORIDA BAR NUMBER 0585327
SMITH AND STALLWORTH P.A.
500 SOUTH FLORIDA AVENUE, SUITE 510
LAKELAND, FLORIDA 33801
TELEPHONE: 863-535-2030
FACSIMILE: 863-940-4888