UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 <br><br> NO. 2:12-md-02323 (AB) <br><br> **ORDER** |
| THIS DOCUMENT RELATES TO: <br><br> *John C. Mott v. National Football League et al.,* <br> *Case No. 2:12-cv-05211-AB* | |

AND NOW, this 23rd day of May, 2017, upon consideration of the motion by Seth A. Katz and Stephen J. Burg of Burg Simpson Eldredge Hersh & Jardine, P.C. and James R. Dugan of The Dugan Law Firm, APLC to withdraw as counsel in relation to the claims of John C. Mott in this action, and for good cause shown, said motion is granted. The above-listed counsel are hereby granted leave to withdraw as counsel for John C. Mott.

_____
Honorable Anita B. Brody

Copies via ECF on ___