UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br><br>NO. 2:12-md-02323 (AB) |
| THIS DOCUMENT RELATES TO:<br><br>*John C. Mott v. National Football League et al., Case No. 2:12-cv-05211-AB* | |

## NOTICE OF WITHDRAWAL AS COUNSEL
## FOR PLAINTIFF JOHN C. MOTT

Seth A. Katz and Stephen J. Burg of Burg Simpson Eldredge Hersh & Jardine, P.C. and James R. Dugan of The Dugan Law Firm, APLC pursuant to the Court's Order granting leave to withdraw hereby withdraw as counsel for the Plaintiff John C. Mott.

Dated: May 24, 2017

                                              Respectfully submitted,
                                              **BURG SIMPSON**
                                              **ELDREDGRE HERSH & JARDINE, P.C.**

By:   s/ *Seth A. Katz*
        Seth A. Katz
        Stephen J. Burg
        40 Inverness Drive East
        Englewood, CO 80112
        Telephone: (303) 792-5595
        Facsimile: (303) 708-0527

        **THE DUGAN LAW FIRM, APLC**

        *s/ James R. Dugan*
        James R. Dugan
        One Canal Place
        365 Canal Street, Suite 1000
        New Orleans, LA 70130
        Telephone: (504) 648-0180
        Facsimile: (504) 648-0181

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2017, I electronically transmitted the foregoing document to the Clerk of the United States District Court using the CM/ECF system for filing and service to all parties/counsel registered to receive copies in this case.  Additionally, I mailed a true and correct copy of the foregoing document to John C. Mott via United States Postal Service at the following address:

John C. Mott
2867 High Bluff Drive
Coralville, IA  52241

/s/ *Seth A. Katz*
Seth A. Katz