UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE RETIRED PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Hon. Anita B. Brody |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED MASTER ADMINISTRATIVE LONG-FORM COMPLAINT AGAINST RIDDELL DEFENDANTS**

AND NOW, on this ____ day of _____, 2017, upon consideration of Plaintiffs' Motion for Leave to File Second Amended Master Administrative Long-Form Complaint Against Riddell Defendants, and Opposition thereto by the Riddell Defendants, it is hereby ORDERED that Plaintiffs' Motion be GRANTED.

BY THE COURT:

_____
Anita B. Brody, J.