UNITED STATES DISTRICT COURT
EASTER DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, | |
| Plaintiffs, <br><br> vs. <br><br> NATIONAL FOOTBALL LEAGUE, et.al, <br><br> Defendants, | NOTICE OF ATTORNEY'S LIEN <br><br> No. 2:12-md-02323-AB <br><br> Honorable Anita Brody <br><br> MDL No. 2323 |
| **This document relates to:** <br><br> **ADAM SCHREIBER,** Cerqua v. National Football League No. 2:12-cv-06937 | |

    Pursuant to <u>Sinclair v. Baucom</u>, 428 So.2d 1383 (Fla. 1983), <u>Mones v. Smith</u>, 486 So.2d 559 (Fla. 1986), Petitioners, C. Steven Yerrid, Theodore E. Karatinos, Thomas E. Parnell, and Jeffrey D. Murphy, of NEUROCOGNITIVE FOOTBALL LAWYERS, PLLC, attorneys for the Plaintiff in the above-entitled action, hereby notify this Court and all parties that they have a lien in this case for reasonable contingent attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien relating to Adam Schreiber.

    Dated: May 26, 2017

/s/ Heather N. Barnes
HEATHER N. BARNES, ESQ.
C. STEVEN YERRID, ESQ
THE YERRID LAW FIRM
NEUROCOGNITIVE FOOTBALL LAWYERS, PLLC
101 E. Kennedy Boulevard, Suite 3910
Tampa, FL 33602
(813) 222-8222 (telephone)
(813) 222-8224 (telefax)
hbarnes@yerridlaw.com
cjameson@yerridlaw.com
Florida Bar No. 207594
Florida Bar No. 85522

and

THEODORE "TED" E. KARATINOS, ESQ.
HOLLIDAY KARATINOS LAW FIRM, PLLC
NEUROCOGNITIVE FOOTBALL LAWYERS, PLLC
722 E. Fletcher Avenue
Tampa, FL 33612
(813) 975-4444 (telephone)
(813) 975-4445 (telefax)
tedkaratinos@helpinginjuredpeople.com
ko@gibbsandparnell.com
Florida Bar No. 983209

and

THOMAS E. PARNELL, ESQ.
GIBBS AND PARNELL, P.A.
NEUROCOGNITIVE FOOTBALL LAWYERS, PLLC
722 E. Fletcher Avenue
Tampa, FL 33612
(813) 975-4444 (telephone)
(813) 975-4445 (telefax)
tomparnell5@aol.com
Florida Bar No. 441988

and

JEFFREY D. MURPHY, ESQ.
JEFFREY D. MURPHY, P.A.
NEUROCOGNITIVE FOOTBALL LAWYERS, PLLC
800 W. De Leon Street
Tampa, FL 33606-2722
(813) 443-5553 (telephone)
(813) 436-5190 (telefax)
Florida Bar No. 860808

## CERTIFICATE OF SERVICE

I hereby certify that on the 26 day of May, 2017, I caused the foregoing Notice of Attorneys' Lien to be electronically filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, and that the filing is available for downloading and viewing from the electronic court filing system by counsel for all parties.

*/s/ Heather N. Barnes*
HEATHER N. BARNES, ESQ.
THE YERRID LAW FIRM