## UNITED STATES DISTRICT COURT
## EASTER DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, | |
| Plaintiffs, | **PETITION TO ESTABLISH ATTORNEY'S LIEN** |
| vs. | |
| NATIONAL FOOTBALL LEAGUE, et.al, | No. 2:12-md-02323-AB |
| Defendants, | Honorable Anita Brody |
| | MDL No. 2323 |

**This document relates to:**

**ADAM SCHREIBER,** Cerqua v. National Football League No. 2:12-cv-06937

Petitioners, C. Steven Yerrid, Theodore E. Karatinos, Thomas E. Parnell, and Jeffrey D. Murphy, of NEUROCOGNITIVE FOOTBALL LAWYERS, PLLC (hereinafter "NFL Lawyers"), pursuant to Sinclair v. Baucom, 428 So.2d 1383 (Fla. 1983), Mones v. Smith, 486 So.2d 559 (Fla. 1986), and the executed Authorization and Representation Agreement for legal services, come now and state:

1.    Petitioners are attorneys at law admitted to practice before the courts of Florida, and file this Petition to establish their lien for a reasonable contingent attorneys' fee as set forth hereinafter.

2. On or about February 10, 2016, Petitioners were retained and employed by the Plaintiff, Adam Schreiber, pursuant to a contingent fee contract, to pursue a claim for injuries and damages related to or possibly caused by the conduct of the National Football League and all other responsible parties. The recovery of damages was for those injuries sustained while in the NFL for football related concussions, head, and brain injuries.

3. The specifics of the contingent fee agreement are as follows: As attorney's fees for such representation, Client shall pay twenty-five percent (25%) of his gross recovery of any settlement benefits from the NFL Concussions settlement to NFL Lawyers. NFL Lawyers will advance all of the costs and expense relating to pursuing Client's claim, but Client agrees that all of those costs will be reimbursed to NFL Lawyers from Client's recovery in addition to attorneys' fees set forth in this paragraph. In the event Plaintiff elects to terminate the contract after the three day rescission period, "then the Client shall be responsible to the Law Firm for the reasonable value of the services performed to date, or the appropriate percentage of the last settlement offer or the amount of any judgment, whichever is greater."

4. When Petitioners entered into contract with Plaintiff, they entered into the risk and the expense of the litigation as well as the expenses for the medical evaluation of this Plaintiff.

5. From the date the Petitioners were authorized to proceed on behalf of the Plaintiff, the Petitioners have actively and diligently investigated, prepared, and pursued Plaintiff's claims, and have taken all steps necessary to prosecute those claims during a limited time period, including, but not limited to, correspondence and communication with the client, drafting and providing client updates, scheduling client to be seen by medical doctors, coordinating flight

schedules, paying the expenses of travel, collecting medical records and analyzing client's medical status and the need for appropriate medical testing, etc.

6.      During the pendency of Petitioners' representation of Mr. Schreiber, he was seen by neuropsychology, neurology, a brain injury specialist and he was evaluated through other diagnostic testing.  Within one month of his representation, neuropsychological testing revealed a significant qualifying diagnosis.  Those findings were thereafter confirmed by a brain injury specialist and QEEG testing as well as MRI.  In this regard, the terms of the contingency fee were met and reasonable costs were incurred for both travel and treatment that were paid by Petitioners for which Plaintiff also agreed to reimburse these costs from the proceeds of any recovery.  Moreover, during the pendency of his representation by Petitioners, the order approving the amended final settlement was approved by the Third Circuit Court of Appeals and the amended settlement agreement was effectively approved.

7.      On or about December 23, 2016, the Plaintiff subsequently discharged the Petitioners as his attorney in this matter, and it is expected that a new attorney will be pursuing representation of the Plaintiff in this action and they will seek a contingency payment.

8.      Petitioners were not terminated due to any malfeasance or other improper action.

9.      The Petitioners claim the right to have a lien for attorney's fees, and expenses established and enforced upon any sums to be derived from any settlement or judgement obtained or to be obtained by Plaintiff in this action.

WHEREFORE, the Petitioners pray:

1.      That an attorney's lien be established for both costs and fees;

2.      That the reasonable amount of the lien and costs be determined;

3.     That the Court order that the Petitioners be entitled to enforce an attorney's lien for costs and fees against the proceeds to be derived from any settlement or judgment in this action;

4.     That the Defendant or the Defendant's insurer be prohibited from paying to the Plaintiff any sums of money until said lien has been satisfied; and

5.     For such other further relief as this Court deems just and equitable.

Dated: May 24, 2017

/s/ Heather N. Barnes
HEATHER N. BARNES, ESQ.
C. STEVEN YERRID, ESQ
THE YERRID LAW FIRM
NEUROCOGNITIVE FOOTBALL LAWYERS, PLLC
101 E. Kennedy Boulevard, Suite 3910
Tampa, FL 33602
(813) 222-8222 (telephone)
(813) 222-8224 (telefax)
hbarnes@yerridlaw.com
cjameson@yerridlaw.com
Florida Bar No. 207594
Florida Bar No. 85522

and

THEODORE "TED" E. KARATINOS, ESQ.
HOLLIDAY KARATINOS LAW FIRM, PLLC
NEUROCOGNITIVE FOOTBALL LAWYERS, PLLC
722 E. Fletcher Avenue
Tampa, FL 33612
(813) 975-4444 (telephone)
(813) 975-4445 (telefax)
tedkaratinos@helpinginjuredpeople.com
ko@gibbsandparnell.com
Florida Bar No. 983209

and

THOMAS E. PARNELL, ESQ.
GIBBS AND PARNELL, P.A.
NEUROCOGNITIVE FOOTBALL LAWYERS, PLLC
722 E. Fletcher Avenue
Tampa, FL 33612
(813) 975-4444 (telephone)
(813) 975-4445 (telefax)
tomparnell5@aol.com
Florida Bar No. 441988

and

JEFFREY D. MURPHY, ESQ.
JEFFREY D. MURPHY, P.A.
NEUROCOGNITIVE FOOTBALL LAWYERS, PLLC
800 W. De Leon Street
Tampa, FL 33606-2722
(813) 443-5553 (telephone)
(813) 436-5190 (telefax)
Florida Bar No. 860808

## CERTIFICATE OF SERVICE

I hereby certify that on the _24_ day of May, 2017, I caused the foregoing Notice of Attorneys' Lien to be electronically filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, and that the filing is available for downloading and viewing from the electronic court filing system by counsel for all parties.

/s/ Heather N. Barnes
HEATHER N. BARNES, ESQ.
THE YERRID LAW FIRM