UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL OPT OUT ACTIONS | Hon. Anita B. Brody |

**[PROPOSED] ORDER**

AND NOW, on this _____ day of _____, 2017, after consideration of Plaintiffs' Motion (ECF No. 7557) for Leave to File Second Amended Master Administrative Long-Form Complaint (the "Motion"), and Defendants National Football League and NFL Properties LLC's opposition thereto, it is hereby ORDERED that because Plaintiffs' proposed allegations in paragraphs 27 through 31 of Plaintiffs' Proposed Second Amended Master Long-Form Complaint (ECF No. 7557-2) would be futile, Plaintiffs must delete those paragraphs from their Proposed Second Amended Master Long-Form Complaint prior to filing it with the Court as set forth in the Court's April 12, 2017 Order (ECF No. 7477).

It is hereby further ORDERED that, with the deletions provided for in the preceding paragraph of this Order, Plaintiffs' Motion is GRANTED.

**IT IS ORDERED.**

                                                                                                          _____
                                                                                                          ANITA B. BRODY, J.
                                                                                                          United States District Judge

Copies **VIA ECF** on _____ to:                        Copies **MAILED** on ____ to: