**SEEGERWEISS**LLP

77 Water Street, New York, NY 10005    P 212.584.0700    F 212.584.0799    www.seegerweiss.com

May 30, 2017

**Via ECF**

Honorable Anita B. Brody
United States District Judge
Eastern District of Pennsylvania
601 Market Street
Room 7613
Philadelphia, PA   19106

      Re:    *In Re: National Football League Players' Concussion Injury Litigation*,
             No. 2:12-md-02323-AB

Dear Judge Brody:

      Co-Lead Class Counsel, together with Counsel for Case Strategies Group (the entity formerly known as NFL Case Consulting, LLC) and Jim McCabe (collectively, "CSG"), respectfully submit this Joint Status Report to advise the Court that they are continuing to meet and confer related to Co-Lead Class Counsel's Motion for an Injunction Prohibiting Improper Communications with the Class (ECF No. 7347) ("Motion"), filed on March 27, 2017.  Since they last reported to the Court on May 19, 2017, the parties have been negotiating the details of the Attorney's Eyes Only Confidentiality Agreement referenced in that last report.  Additionally, Co-Lead Class Counsel have begun communicating with the law firms Counsel for CSG previously identified as those which CSG refers the Class Members with whom CSG contracts.  Unless the Court directs otherwise, the parties intend to file another Status Report on Tuesday, June 6, 2017.

      We thank the Court for its consideration of this matter.

                          Respectfully submitted,

                            /s/ Christopher A. Seeger_____
                          Christopher A. Seeger
                          SEEGER WEISS LLP

                          *Co-Lead Class Counsel*

                                                Sol Weiss
                                                ANAPOL WEISS

                                                *Co-Lead Class Counsel*

cc:	All counsel of record (via ECF)