# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Hon. Anita B. Brody |

## WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as counsel for defendants the National Football League, Inc. and NFL Properties LLC in the above-captioned matter.

_____
Michael Joseph Edelman
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA  19103

Dated:  May 25, 2017

## CERTIFICATE OF SERVICE

I, Sean P. Fahey, hereby certify that on May 30, 2017, a true and correct copy of the foregoing Withdrawal of Appearance was served electronically via the Court's electronic filing system upon all counsel of record.

_____
Sean P. Fahey