UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> All Actions | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR AMICUS BRAIN INJURY ASSOCIATION OF AMERICA** |

## WITHDRAWAL OF APPEARANCE

Christopher J. Wright of Harris, Wiltshire & Grannis LLP hereby withdraws as attorney of record for the Brain Injury Association of America in the above captioned matter.

Dated: June 6, 2017

/s/ Christopher J. Wright
Christopher J. Wright
Harris, Wiltshire & Grannis LLP
1919 M Street NW, 8th Floor
Washington, DC 20036
cwright@hwglaw.com
(202)-730-1325

*Attorney for the Brain Injury of Association of America*