**SEEGERWEISS**LLP

77 Water Street, New York, NY 10005   P 212.584.0700   F 212.584.0799   www.seegerweiss.com

June 6, 2017

<u>**Via ECF**</u>

Honorable Anita B. Brody
United States District Judge
Eastern District of Pennsylvania
601 Market Street
Room 7613
Philadelphia, PA   19106

      Re:    *In re National Football League Players' Concussion Injury Litigation*,
            No. 2:12-md-02323-AB

Dear Judge Brody:

      Co-Lead Class Counsel ("Class Counsel") respectfully submit this Status Report to advise the Court that although they have met and conferred in good faith with Counsel for Case Strategies Group (the entity formerly known as NFL Case Consulting, LLC) and Jim McCabe (collectively, "CSG") in connection with efforts to amicably resolve Class Counsel's Motion for an Injunction Prohibiting Improper Communications with the Class (ECF No. 7347) ("Motion"), filed on March 27, 2017, such a resolution is no longer practicable given recent developments.

      Specifically, Class Counsel has received increasing reports of Class Member confusion concerning various claims service providers, including but not limited to CSG.  We have learned that Class Members have been deluged with urgent solicitations from various providers, and many have entered into agreements with them, mistakenly believing all the while that they were dealing with the official Court-appointed Claims Administrator, or some entity having the imprimatur of Class Counsel.[1]  Others have signed up for these providers' services based on false representations that Qualifying Diagnoses can still be obtained outside the auspices of the Settlement Program and that it is worthwhile to be evaluated by so-called "independent" medical providers because the

---

[1] It is not difficult to see why Class Members have been given the wrong impression.  Some of these outfits operate under deceptive names or employ website addresses that can easily be mistaken for the official Settlement website.

Qualified BAP Providers and Qualified MAF Physicians are falsely represented as being under the NFL's thumb.

Class Counsel intend to bring all of these facts to the Court's attention and to seek the Court's approval of appropriate steps to lessen or remediate Class Members' confusion. First and foremost, Class Counsel will request the Court's approval of an appropriate notice to the Class, making clear that these claims service providers are *not* the Court-appointed Claims Administrator, and clearing up any misleading information or impressions that may have been communicated to them.

We thank the Court for its consideration of this matter.

Respectfully submitted,

 /s/ Christopher A. Seeger
Christopher A. Seeger
SEEGER WEISS LLP

*Co-Lead Class Counsel*

Sol Weiss
ANAPOL WEISS

*Co-Lead Class Counsel*

cc: All counsel of record (via ECF)