UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>　　　　Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**CO-LEAD CLASS COUNSEL'S NOTICE
OF WITHDRAWAL OF MOTION FOR INJUNCTION (ECF NO. 7347)**

　　　　Co-Lead Class Counsel hereby withdraw without prejudice the Motion for an Injunction Prohibiting Improper Communications with the Class by Jim McCabe and NFL Case Consulting, LLC, filed on March 27, 2017 (ECF No. 7347) ("Motion").  Since the filing of the Motion, additional facts have come to Co-Lead Class Counsel's attention that render the Motion no longer current.  No response or opposition to the Motion was filed.  By withdrawing their Motion, Co-

Lead Class Counsel specifically do not waive or relinquish any of the requests for relief or underlying contentions contained in the Motion and supporting papers.

Dated:  June 6, 2017                                            Respectfully submitted,

/s/ Christopher A. Seeger
Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, New York 10005
cseeger@seegerweiss.com
(T) 212-584-0700
(F) 212-584-0799

*Co-Lead Class Counsel*

Sol Weiss
ANAPOL WEISS
One Logan Square
130 N. 18th St. Ste. 1600
Philadelphia, PA 19103
(T) 215- 735-1130
(F) 215-735-2024
sweiss@anapolweiss.com

*Co-Lead Class Counsel*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served on all counsel of record via the Court's ECF system on June 6, 2017.

                                            /s/ Christopher A. Seeger
                                            Christopher A. Seeger