# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br><u>Plaintiff Orenthall O'Neal</u> | **<u>NOTICE OF ATTORNEY'S LIEN</u>** |

     Attorney David Buckley, PLLC, Mokaram & Associates, PC, and the Stern Law Group, attorneys for Plaintiff James Lee in the above named and numbered cause of action, hereby notify this Court and all parties that Attorney David Buckley, PLLC, Mokaram & Associates, PC, and the Stern Law Group, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Orenthall O'Neal.

Dated: June 8, 2017

                              Respectfully submitted,

                              ATTORNEY DAVID BUCKLEY, PLLC

By: _____
      David Buckley
      State Bar No. 24078281
      FED ID No. 1465981

Scott Wert
State Bar No.00794835
1811 Bering Drive Ste. 300
Houston, TX 77057
Tel. (713)719-9312
Fax. (713)719-9307
scott@thebuckleylawgroup.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing First Amended Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: June 8, 2017

*/s/ Scott W. Wert*

Scott Wert
Attorney David Buckley, PLLC
State Bar No.00794835
1811 Bering Drive Ste. 300
Houston, TX 77057
Tel. (713)719-9312
Fax. (713)719-9307
scott@thebuckleylawgroup.com

**ATTORNEY FOR PLAINTIFFS**