UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE: PLAYER'S CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | CIVIL ACTION NO. 14-CV-0029 |

**ORDER**

AND NOW, this 8th day of June, 2017, upon consideration of John Lorentz's Motion to Supplement the Motion to Intervene, and any response thereto, it is hereby ORDERED and DECREED that the Motion to Supplement is GRANTED.

BY THE COURT:

Hon. Anita B. Brody
United States District Judge

Copies via ECF on ——