UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                        Plaintiffs,<br><br>     v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                        Defendants. | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br><br><br>CIVIL ACTION NO:  14-cv-0029 |

## NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS AND DESIGNATION OF EMAIL

     Please take notice that Joey M. McCall, Esq, hereby enters his Notice of Appearance and Designation of Email as co-counsel for similarly situated Plaintiffs in the above-styled cause. Please serve a copy of all notices, correspondence or orders to Mr. McCall at the following electronic and/or physical addresses:

**Primary Electronic Mail Address:**         Joey@McCallAtten.com

**Secondary Electronic Mail Address:**     CourtDocs@McCalAtten.com

**Physical Address:**                             **McCall | Atten**
                                                  One Alhambra Plaza, PH Floor
                                                  Coral Gables, FL 33134
                                                  Office: 786-749-2218
                                                  Facsimile: 786-749-2201

     All papers and pleadings filed in this action should be served on the undersigned at the email addresses set forth above.

Respectfully submitted,

*/s/Joey M. McCall, Esq.*
**Joey M. McCall, Esq.**
**McCall | Atten**
One Alhambra Plaza, PH Floor
Coral Gables, FL 33134
Office: 786-749-2218
Facsimile: 786-749-2201
Joey@McCallAtten.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 8th, 2017, I electronically filed the foregoing Notice of Appearance and Designation of Email Address on behalf of Plaintiffs with the Clerk of the Court using the CM/ECF system, notifying the following at their e-mail address on file with the Court:

Christopher A. Seeger
Co-Lead Class Counsel
SEEGER WEISS LLP
77 Water Street
New York, NY 10005

Sol Weiss
Co-Lead Class Counsel
ANAPOL SCHWARTZ
1710 Spruce Street
Philadelphia, PA 19103

Steven C. Marks
Class Counsel
PODHURST ORSECK P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780

Gene Locks
Class Counsel
LOCKS LAW FIRM
The Curtis Center, Suite 720 East
601 Walnut Street
Philadelphia, PA 19106

Arnold Levin
Counsel – Subclass 1
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Dianne M. Nast, Counsel –
Counsel – Subclass 2
NAST LAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107

/s/ Joey M. McCall, Esq.
Joey M. McCall, Esq.