# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br><br> MDL No. 2323 <br><br> **Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc., <br><br> Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### CO-LEAD CLASS COUNSEL'S MOTION FOR APPROVAL OF NOTICE TO CLASS MEMBERS TO ADDRESS SOLICITATIONS RECEIVED BY CLASS

Pursuant to Rule 23(d) of the Federal Rules of Civil Procedure and this Court's inherent authority to supervise class action settlements, Co-Lead Class Counsel respectfully move to have the Court authorize the issuance to all members of the settlement class ("Class") to which the Court granted final certification in its Amended Final Order and Judgment dated May 1, 2015 (ECF No. 6534) and underlying opinion entered on April 22, 2015 (ECF No. 6509), the proposed notice ("Notice") that is appended as Exhibit 1 to the proposed Order being submitted contemporaneously herewith.

The purpose of the Notice is to address the mounting confusion that has arisen on account of solicitations from third-party claims services companies and other sources that Class Members have been receiving. The reasons supporting the instant motion are more fully set forth in the accompanying memorandum of law and accompanying Declaration of Claims Administrator, Orran L. Brown, Sr. and Declaration of TerriAnne Benedetto.

Given the exigencies involved – registration for Settlement Program will close in less than 60 days (on August 7, 2017) and there is a need to combat confusion among Class Members with all deliberate speed – Co-Lead Class Counsel respectfully request that the Court give the instant motion expedited consideration and that it not await the expiration of the normal fourteen-day period for the submission of responses that is ordinarily afforded under Rule 7.1(c) of this District's Local Rules of Civil Procedure.

Dated: June 9, 2017

Respectfully submitted,

/s/ Christopher A. Seeger
Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, New York 10005
cseeger@seegerweiss.com
(T) 212-584-0700
(F) 212-584-0799

*Co-Lead Class Counsel*

Sol Weiss
ANAPOL WEISS
One Logan Square
130 N. 18th St. Ste. 1600
Philadelphia, PA 19103
(T) 215- 735-1130
(F) 215-735-2024
sweiss@anapolweiss.com

*Co-Lead Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing and all supporting documents was served on all counsel of record via the Court's ECF system on June 9, 2017.

/s/ Christopher A. Seeger  
Christopher A. Seeger