# Exhibit D



May 18, 2017

Dear Client,

We regret to inform you that as of today, May 19, 2017, your contract for consulting services with NFL Case Consulting/Case Strategies Group must unfortunately be terminated because we have been unable to make contact.

Prior to this communication, your account executive has attempted to contact you twice via telephone and additionally, our compliance manager has sent you an e-mail in the hopes that we would reach you. As the NFL Concussion Settlement has hard deadlines that must be met to be considered eligible to receive any type of benefits; it is immensely important that open lines of communication between our company and our clients exist.

We apologize but we cannot be useful to our clients otherwise. Pursuant to your service agreement, there will be no fees owed to, or be paid to us, and we release all claims to any future payment based on our previous contract. We would like to emphasize that the deadline for you to register (a requirement to eventually file a claim and receive medical and monetary benefits) is **August 7, 2017.**

Even though we will not be working together in the pursuit of your claim; we still believe that it is in your best interests that you register here https://www.nflconcussionsettlement.com/Register.aspx , by the above deadline to avoid being forever barred.

We wish you luck in all future endeavors and hope that you are successful in this pursuit and in others.  If you have any questions pertaining to this settlement, please visit

https://www.nflconcussionsettlement.com/FAQ.aspx

or email

ClaimsAdministrator@NFLConcussionSettlement.com

or by mail

P.O. Box 25369 Richmond, VA 23260
or call 1-855-887-3485.

If you believe this message was sent to you in error, please contact us immediately at (305) 777 9477.

Respectfully,

*[signature]*

Craig Sienema, CEO

Sent by Amy Polanco, Compliance manager.