# Exhibit G

**TerriAnne Benedetto**

| | |
|---|---|
| **From:** | Stephen McMullin <stephen@mcmullinlawfirm.com> |
| **Sent:** | Friday, June 02, 2017 1:13 PM |
| **To:** | TerriAnne Benedetto |
| **Cc:** | Chris Seeger; sweiss@anapolweiss.com |
| **Subject:** | Re: NFL Concussion Litigation - NFL Case Consulting/Case Strategies Group |

Ms. Benedetto, Mr. Seeger and Mr. Weiss-

It is a pleasure to make your acquaintance over email.

While I do have a relationship with some of the people at CSG, we have not received any referrals from them. Furthermore, at this time, my firm does not represent any class members (or prospective class members) of the NFL Players' Concussion Injury Litigation.

As such, it is not clear to me that the subject matter of your inquiry pertains to my firm. Having said that, and in response to your letter, if we do retain a client for the NFL Player's Concussion Injury Litigation, we will be sure to share with them the "key facts about settlement benefits, procedures and personnel" as outlined in your letter.

Please let me know if you require anything else.


Best,
-Stephen

Stephen J. McMullin Esq.

McMullin & Associates
11 Broadway, Suite 615
New York, NY 10004
Office: (212) 882-1606
Fax: (866) 750-7586
Email: stephen@mcmullinlawfirm.com
www.mcmullinlawfirm.com

---
CONFIDENTIALITY NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the designated recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail. This is a communication from a law firm designed to communicate or obtain information about a legal claim. Any information obtained through this communication will be used for that purpose.

On Fri, Jun 2, 2017 at 12:53 PM, TerriAnne Benedetto <TBenedetto@seegerweiss.com> wrote:

> Dear Mr. McMullin,

1

Attached please find a letter from Co-Lead Class Counsel in the NFL Players' Concussion Injury Litigation along with attachments thereto.

Thank you,

TerriAnne Benedetto

Seeger Weiss LLP

1515 Market Street

Suite 1380

Philadelphia, PA 19102

(t) 215-564-2300

(d) 215-553-7981

(f) 215-851-8029

**TerriAnne Benedetto**

| | |
|---|---|
| **From:** | Adam J. Tannen <ATannen@duttonlawgroup.com> |
| **Sent:** | Friday, June 02, 2017 1:34 PM |
| **To:** | TerriAnne Benedetto |
| **Subject:** | RE: NFL Concussion Litigation - NFL Case Consulting / Case Strategies Group |

Ms. Benedetto,

We were advised by CSG that there were issues as detailed in your letter dated 6/2/17.

Due to this it was decided that our firm was not going to represent any players until said issues were resolved. As such, we have not been retained by a single class member.

We were contacted and screened by CSG as CSG was looking for reputable counsel to recommend to their clients.

I am not in privy to the details of the arrangement between the class members and CSG and what may or may not have said, nor am I in privy to their contracts. I do know that CSG was to take a percentage or fee for assisting the class members. I do not know what the percentage was, but have no reason to doubt the contents of the letter.

We were simply contacted to be on a list of firms the class members could select from, at their discretion.

Please let me know if further clarification is needed.



# Adam J. Tannen

Civil Trial Attorney
9700 S. Dixie Highway, Suite 940
Miami, FL 33156
786-871-7971
[Download V-Card](#)
[atannen@duttonlawgroup.com](mailto:atannen@duttonlawgroup.com)

---

Please be advised that this office does not accept service by electronic mail to this address. Anything served to this address will not be deemed accepted and failure to advise of non-acceptance of any service sent to this address will not be deemed waiver. Pursuant to Supreme Court of Florida No. SC10-2101, Fla. Judicial Admin. R. 2.516(b)(1), acceptance of service electronically is to be made, if at all, to the address designated in the Notice of Filing Designation of Primary Electronic Service Address.

CONFIDENTIALITY NOTICE: This e-mail message and/or any attachment to it may contain confidential and privileged information. The information contained in this transmission is intended solely for the use of the individual(s) or entities to which the e-mail is addressed. If you are not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that you are prohibited from reviewing, forwarding, printing, storing, disseminating, or otherwise using in any manner this e-mail or any attachments to it. If you have received this message in error, please notify the sender by replying to this message and delete it from your computer.

**From:** TerriAnne Benedetto [mailto:TBenedetto@seegerweiss.com]
**Sent:** Friday, June 02, 2017 1:05 PM
**To:** Adam J. Tannen <ATannen@duttonlawgroup.com>
**Cc:** Chris Seeger <CSeeger@seegerweiss.com>; sweiss@anapolweiss.com
**Subject:** NFL Concussion Litigation - NFL Case Consulting / Case Strategies Group

Dear Mr. Tannen,

Attached please find a letter from Co-Lead Class Counsel in the NFL Players' Concussion Injury Litigation along with attachments thereto.

Thank you,

TerriAnne Benedetto
Partner
Seeger Weiss LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102
(t) 215-564-2300
(d) 215-553-7981
(f) 215-851-8029