# Exhibit H

# Reich & Binstock, LLP

A Partnership Including Professional Corporations

## Attorneys & Counselors at Law
* Board Certified Personal Injury Trial Law Texas Board of Legal Specialization

**Dennis C. Reich** *
Admitted to State Bar of California, Texas & New York

**Robert J. Binstock** *
Board Certified Civil Trial Advocacy National Board of Trial Advocacy

Shari A. Wright •

• Ross M. Robin

---

May 25, 2017

Christopher A. Seeger, Esq.
*Via Email:* cseeger@seegerweiss.com
Stephen A. Weiss, Esq.
*Via Email:* sweiss@seegerweiss.com
Seeger Weiss LLP
77 Water Street,
New York, NY 10005 877-912-2668

*Via Federal Express Overnight*

Re:   *In re: NFL Players' Concussion Injury Litigation*
      No. 2:12-md-02323-AB (E.D. Pa.)

Dear Messrs. Seeger and Weiss:

We are in receipt of your letter dated May 19, 2017, requesting our acknowledgement that our clients are aware of the key facts of the Settlement program and benefits when deciding whether to retain an advisor or attorney to assit in the processing of their claims.

We confirm that, prior to their engagement of our firm, we specifically notify each of our clients that no legal or outside representation is required in the NFL Players' Concussion Injury Litigation. We further explain that because our role is more limited than in other 'personal injury' actions, we only charge 10% of the concussion injury settlement proceeds instead of the more traditional 33%. Finally, with respect to your specific requests we either have already, or are in the process of alerting each of our clients of the 18 points that you have delineated in your letter. The foregoing notwithstanding, we have been repeatedly informed by virtually all our clients that, despite such disclosure, they believe that that their interests would be best served by having representation by our firm. When asked whether they would have retained CSG knowing each of these 18 points, the most common answer is 'As long as they are helping me out, I'm ok.'

For the sake of clarity, we herein affirm that we are independent of Case Strategies Group or any of its affiliates, and other than as required because of our representation of or contact with our clients, we have no specific knowledge of the activities to which you referred in your letter.

I trust that we have fully answered your request. Please let us know if we can help you further.

Sincerely yours,

Dennis C. Reich

Robert J. Binstock

DCR:sg

---

TEXAS - NEW YORK - CALIFORNIA
Toll Free: 1.800.622.7271
www.ReichandBinstock.com
Local: 713.622.7271

Principal Office:
4265 San Felipe, Suite 1000
Houston, Texas 77027
Fax: 713.623.8724

**LAW OFFICES**
**RONALD T. BEVANS, JR., P.A.**
**1221 Brickell Avenue Suite 2660**
**MIAMI, FLORIDA 33131**
Tele (305) 374-7535
Fax (305) 374-9869

May 25, 2017

Christopher A. Seeger, Esq.
Seeger Weiss, LLP
77 Water Street
New York, NY 10005

RE:   *NFL Players' Concussion Injury Litigation*
      *No.: 2:12-md-02323-AB (E.D. Pa)*

Dear Mr. Seeger:

    We write in response to your letter dated May 19, 2017. We represent several former NFL players with respect to their rights under the Amended Settlement Agreement of the NFL Players Concussion Injury Litigation

    Your letter asks whether this firm has advised our clients of the details of a list of key facts you cite concerning the settlement. We have fully advised our clients of the terms of the settlement and the process for registering and submitting their claims.

    To the best of our knowledge, CSG has properly informed its own clients of their rights under the Settlement Agreement, the process and timing for submitting claims, the BAP program and other aspects of the claims process. We are satisfied that CSG's clients had all aspects adequately explained and all questions answered. No person has complained to us about CSG in any respect. We have no knowledge of any CSG client who misunderstood any of the eighteen statements enumerated in your letter at pp. 2-3.

Seeger Weiss, LLP
NFL Concussion Injury Litigation
May 25, 2017

Should you have further questions, please let us know.

Sincerely,

Ronald T. Bevans, Jr.