# Exhibit J

# TerriAnne Benedetto

| | |
|---|---|
| **From:** | TerriAnne Benedetto |
| **Sent:** | Thursday, June 01, 2017 4:03 PM |
| **To:** | 'Joey McCall'; Chris Seeger; sweiss@anapolweiss.com |
| **Cc:** | Lincoln Atten |
| **Subject:** | RE: Correspondence Re: Requested NFL Concussion Settlement Disclosures |

Dear Mr. McCall,

While I urge you to review the Settlement Agreement, which is available on the Settlement Website, in its entirety, I specifically suggest you review Section 6.3(b) of the Settlement Agreement regarding your Questions/Concerns at Nos. 11, 12 and 18 in the chart attached to your letter. It is not our assertion – rather, it is a fact - after the Effective Date, Qualifying Diagnoses can be made only by those selected as Qualified MAF Physicians and Qualified BAP Providers.

Without commenting on the abbreviated FAQs you have created, as per the attachment to your letter, we refer you the FAQs on the Settlement Website. Specifically as to the post-Effective Date diagnoses which will be deemed Qualifying Diagnoses, we refer you to FAQ 5.07 and the chart contained therein.

If Class Members in the post-Effective Date time period have been/are being sent for medical exams by physicians other than the Qualified MAF Physicians and Qualified BAP Providers with the promise or even the suggestion of the possibility of receipt of a Qualifying Diagnosis through that exercise, that's problematic. As such, it is further problematic if the costs for those exams are being "advanced" on a recourse or non-recourse basis.

TerriAnne Benedetto
Seeger Weiss LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102
(t) 215-564-2300
(d) 215-553-7981
(f) 215-851-8029

**From:** Joey McCall [mailto:joey@mccallatten.com]
**Sent:** Thursday, June 01, 2017 12:54 PM
**To:** TerriAnne Benedetto <TBenedetto@seegerweiss.com>; Chris Seeger <CSeeger@seegerweiss.com>; sweiss@anapolweiss.com
**Cc:** Lincoln Atten <lincoln@mccallatten.com>
**Subject:** Correspondence Re: Requested NFL Concussion Settlement Disclosures

Best Regards,

**Joey M. McCall, Esq.**
*Managing Partner*



**Coral Gables Office**
One Alhambra Plaza
Penthouse Floor
Coral Gables, FL 33134
(T): +1 (786) 749-2218
(F): +1 (786) 749 -2201
*By Appointment Only*

**Canada Office**
138 Appleford Gate
Winnipeg, MB
R3Y 0P9
(T): +1 (786) 749-2218
(F): +1 (786) 749 -2201
*By Appointment Only*



