# Exhibit K

SEEGERWEISS LLP

77 Water Street, New York, NY 10005    P 212.584.0700    F 212.584.0799    www.seegerweiss.com

June 1, 2017

**BY EMAIL AND FEDERAL EXPRESS**

Patrick J. Tighe
X1Law, P.A.
721 US Highway 1, Suite 203
North Palm Beach, FL 33408

   Re: *Cease and Desist Letter – False and Misleading Advertising Regarding the NFL*
     *Football Players' Concussion Injury Litigation Settlement*

Dear Mr. Tighe:

   I am the court-appointed Co-Lead Class Counsel in *In re National Football League Players' Concussion Injury Litigation*, the multidistrict litigation in the U.S. District Court for the Eastern District of Pennsylvania before the Honorable Anita B. Brody.

   It has come to my attention that your firm, X1Law, is using the website www.nflconcussioncase.com/register to advertise "registration" to Class Members in this case, as per the attached.  As you are no doubt aware, the official, Court-sanctioned Settlement Website is www.nflconcussionsettlement.com and its registration page is https://www.nflconcussionsettlement.com/Register.aspx.

   Your firm's use of www.nflconcussioncase.com/register has almost certainly caused confusion and, if not discontinued, will continue to be cause for confusion for those Class Members attempting to register on the official Settlement Website.  Because this is a Class consisting of many men who are neurocognitively impaired, the concern about confusion being sown among Class Members is plainly heightened.

   Accordingly, I demand that you immediately (1) cease and desist your false and misleading advertising and use of the website www.nflconcussioncase.com, which could easily be confused with the Court-sanctioned Settlement Website for this case; (2) provide us prompt written assurance within five days that you will cease and desist from further false and misleading advertising and that you have disabled this website; and (3) provide us with the list of all Class Members who have "registered" (or attempted to do so) through www.nflconcussioncase.com/register.  Should you fail to take these steps, we intend to seek the Court's prompt intervention to bring a halt to your actions.  Please note that we are presently evaluating our need to bring this issue to the Court's attention even if you agree to the above three demands.

Patrick J. Tighe                                                                                    Page 2
X1Law, P.A.
June 1, 2017

      If you have any questions, please contact my partner, TerriAnne Benedetto, at 215-564-2300.

Very truly yours,

Christopher A. Seeger

Encls.







2017.

If you do not register by the deadline you may be forever barred from receiving benefits.

**Do not delay. Register now!**

Email

Phone

I am a retired player.                    ▼

Message

REGISTER

We will contact you with information and periodic updates concerning the NFL Concussion Settlement.

## Former Players or Family Members May be Eligible for Compensation

Every retired NFL player may be eligible for compensation. Additionally, family members of deceased former players may be eligible to file claims to receive compensation on behalf of their loved ones. Please call us today at 1-855-4-NFL-411, our team can help you determine whether or not you are eligible to file a claim and receive compensation.



www.nflconcussioncase.com/?gclid=CP-qv4O0ndQCFVW5wAod1-kBhA

## Court Upholds Decision in NFL Concussion Case

Anita Brody's Federal District Court decision to approve the NFL Concussion Settlement Agreement was upheld by the Third Circuit Court of Appeals. The settlement covers over 20,000 former players and now could be worth over $1 billion in the end. The agreement would provide payments of up to $5 million to players if they exhibit one of a few specific neurological disorders. Also included in the agreement are screenings for players to determine whether or not they qualify for payment, and money to fund education about concussions. Retired players diagnosed with Parkinson's Disease, ALS, Alzheimer's, or Dementia stand to potentially make the most from the agreement.

## Are You Eligible for an NFL Concussion Settlement Claim?

The X1Law Firm stands committed to seeking justice for those who have been or who are affected by NFL Concussions. Our passion is to work to recover the maximum claim for our clients. We want to make that process as easy and pain free as possible for you and your family should you decide to file a claim.

Give us a call now at 1-855-4-NFL-411 for a FREE consultation.
**Do not wait. Your time to file an NFL concussion settlement claim is**

ⓘ www.nflconcussioncase.com/?gclid=CP-qv4O0ndQCFVW5wAodl-kBhA

Give us a call now at 1-855-4-NFL-411 for a FREE consultation.
**Do not wait. Your time to file an NFL concussion settlement claim is limited.**

## CALL TODAY!



### Long-term Effects of Repeated Concussions from Playing in the NFL

Researchers from both Boston University and the Department of Veterans Affairs have identified chronic traumatic encephalopathy (CTE) in 96 percent of the deceased NFL players whom they examined. It is believed that CTE stems from repeated head trauma and can lead to depression, memory loss, and dementia. More specifically, 40% of the brains that tested positive for CTE once belonged to offensive and defensive linemen. This fact supported the theory that it was not the violent collisions which lead to concussions that posed the most danger to the players; it is instead the repetitive minor head traumas that NFL players suffer on every play.

The director and chief of neuropathology of the VA Boston Healthcare System, Dr. Ann McKee, stated that these research statistics are "remarkably consistent" with past research done by those who have suggested that that there was a link between football and long-term brain disease.

CTE can only be officially diagnosed posthumously. However, a common symptom can include a gradual deterioration in mental capabilities. Additionally, there is the chance that symptoms of Parkinson's disease could appear as well as dementia. Other severe neurological disorders as a



Copyright © 2017 Concussion Case Management, All rights reserved.
You are receiving this email because you are a retired NFL player.

**Our mailing address is:**
Concussion Case Management
206 Packets Court
Suite A
Williamsburg, Va 23185

Add us to your address book

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

**Google** nfl concussion settlement     🔍     Sign in

All   News   Videos   Images   Shopping   More     Settings   Tools

About 347,000 results (0.67 seconds)

**Concussion Lawsuit Attorneys - Call College Football Lawyers**
Ad www.concussioninjuryattorneys.com/Nationwide/Representation ▾
The Class Action Pays Athletes Nothing. We've Won Over $500M. Call Us 24/7.
Millions of Dollars Won · 100s of Clients Helped · Extensive Legal Resources · Calls Answered 24/7
Losses Covered: Medical Care, Lost Wages, Pain And Suffering...

**Pro Football Concussion Suit - $1B Won - Time Is Limited**
Ad nflconcussionsettlement.mokaramlawfirm.com/pro-football/settlement ▾    (877) 959-4223
Former NFL Players Find Out If You Qualify For Compensation - Don't Wait To File
Maximize Your Payout · $1 Billion Won · 21+ Years Experience · Time Is Running Out · Call Us Now
Services: NFL Concussion Lawsuit, Auto Accident, Medical Malpractice, Workers Comp, Insurance...
About The Firm · Practice Areas · Client Reviews

**Pro-Player Concussion Claims - Join the Settlement Today**
Ad www.nflconcussioncase.com/register ▾    (855) 463-5411
Register now to make your claim. Do not delay. Get started today.
Free case evaluation · Accessible attorneys · Sign up now

**Football Concussion Settlement - Register NOW**
Ad www.nflconcussionsettlement.com/ ▾
Over 13,000 class members have already registered. Register for benefits NOW

**Official NFL Concussion Settlement**
https://www.nflconcussionsettlement.com/ ▾
Registration for the Settlement Program opened on February 6, 2017! The process for submitting
claims opened on March 23, 2017! The In re: National Football ...
Login · FAQs · MAF Physician List · Alerts

**FAQs - NFL Concussion Settlement**
https://www.nflconcussionsettlement.com/FAQ.aspx ▾
***This website will be offline for scheduled maintenance from Friday, June 2, 2017, at 9:00 PM ET
until 2:00 PM ET on Saturday, June 3, 2017.*** ...

**Billion-dollar NFL concussion settlement turns nasty as lawyers, others ...**
www.espn.com/.../billion-dollar-nfl-concussion-settlement-turns-nasty-lawyers-others-... ▾
Mar 29, 2017 - The $1 billion NFL concussion settlement -- six years in the making yet still to
deliver a penny to former players for football-related brain injuries ...

**The Billion-Dollar NFL Concussion Settlement Is A New Kind Of Disaster**
deadspin.com/the-billion-dollar-nfl-concussion-settlement-is-a-new-k-1793787616 ▾
Mar 29, 2017 - The six-year long, billion-dollar NFL concussion class-action lawsuit is finally drawing
near a close, but the infighting and confusion that has ...

**Supreme Court Clears Way For NFL Concussion Settlement To Take ...**
www.npr.org/sections/.../supreme-court-rejects-challenges-to-nfl-concussion-settlement
Dec 12, 2016 - The court's decision regarding the estimated $1 billion settlement paves ... Supreme
Court Rejects Challenges To NFL Concussion Settlement.

**NFL's concussion settlement means players can pay for treatment ...**
money.cnn.com/2016/12/16/news/nfl-concussion-settlement/ ▾
Dec 16, 2016 - Former NFL players will soon be able to get the money they won in a multi-million
dollar concussion settlement, thanks to the Supreme Court.

**N.F.L. Concussion Settlement Payments Can Begin After Supreme ...**
https://www.nytimes.com/.../nfl-concussion-settlement-payments-supreme-court.html
Dec 12, 2016 - Christopher Seeger, who represented former N.F.L. players in a concussion
settlement, outside of the United States Courthouse in Philadelphia ...

**Rollout for NFL's $1B concussion settlement begins - Philly.com**
www.philly.com/philly/news/.../Rollout-for-NFLs-1B-concussion-settlement-begins.ht... ▾
Feb 9, 2017 - More than 3000 NFL retirees signed up in the first three days of registration for a $1
billion concussion settlement fashioned to end one of the ...

**Supreme Court denies review of NFL concussion settlement | SI.com**
https://www.si.com/nfl/2016/.../supreme-court-nfl-concussion-settlement-retired-playe... ▾

Dec 12, 2016 - The U.S. Supreme Court won't review a class action **settlement** between the **NFL** and more than 20000 retired **NFL** players over **concussions** ...

**Supreme Court ruling paves way for ex-NFLers to receive benefits ...**
www.nydailynews.com/.../nfl-1-billion-concussion-settlement-approved-supreme-court-...
Dec 12, 2016 - The last legal hurdle for thousands of former **NFL** players to start receiving ... $1 billion **settlement** with the **NFL** in the class-action **concussion** ...

**Concussion Center - NYU Langone**
Ad www.nyulangone.org/ ▼ (855) 253-4501
Our Doctors Provide Personalized Care To Recover From Head Injuries. Call Now.
Highlights: Guides You Through Every Step, Emergency Room Experts…

**Attention Retired NFL Players - Concussion Settlement Sign Up**
Ad www.attorneysofwestpalmbeach.com/ ▼ (561) 659-5522
1 Billion Dollar **NFL Concussion Settlement**. Register before August - Call Now
Services: Family Law, Business Dispute, Divorce, Child Support, Alimony, Spousal Support, Wrong…

### Searches related to nfl concussion settlement

| | |
|---|---|
| nfl concussion settlement **payout grid** | nfl concussion settlement **list of players** |
| nfl concussion settlement **per player** | nfl concussion **payout** |
| nfl concussion settlement **update** | nfl concussion **lawsuit list of players** |
| nfl concussion settlement **date** | nfl concussion settlement **registration** |

10011, New York, NY - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms