# Exhibit L



## Loren & Kean Law

June 6, 2017

**VIA E-MAIL ONLY TO:**

Christopher A. Seeger, Esq.
TerriAnne Benedetto, Esq.
SeegerWeiss LLP
77 Water Street
New York, NY 10005
cseeger@seegerweiss.com
tbenedetto@seegerweiss.com

> Re: Cease and Desist Letter – False and Misleading Advertising Regarding the NFL Football Players' Concussion Injury Litigation Settlement

Dear Mr. Seeger and Ms. Benedetto:

    This firm represents X1Law, P.A. in connection with your Cease and Desist letter dated June 1, 2017. X1Law disputes any allegations that its website or advertising is false, misleading, confusing or otherwise violates the law. Nevertheless, X1Law is committed to the injured players and, to avoid even the appearance of impropriety, has taken down the pages that you claim are misleading or might be confused with the official NFL Football Players' Concussion Injury Litigation Settlement registration webpages. Should you have additional questions or concerns please do not hesitate to contact our office.

Sincerely,

Michael G. St. Jacques, II
mstjacques@lorenkeanlaw.com

Enclosure

cc: X1Law, P.A.