# Exhibit M

Begin forwarded message:

**From:** Joe Pisarcik <info@joepisarcik.org>
**Date:** May 24, 2017 at 1:52:27 PM EDT
**To:** ████████████████████████
**Subject: NFL Concussion Lawsuit (Coming to an End)**
**Reply-To:** info@joepisarcik.org



Hello ████ ,

I'm Joe Pisarcik, nine year veteran quarterback in the NFL® and formerly President & CEO of the NFL® Alumni Association. I wanted to remind you that if you want to qualify for an NFL® concussion settlement you **must register by August 7, 2017!**

**CLICK TO CALL NOW**

That's the deadline former NFL® players must register by if they want to participate in the **National Football League® Players' Concussion Injury Litigation Class Action Settlement** .

Under the terms of the Class Action Settlement, former players suffering from serious head injuries or conditions may receive **upwards of seven figures!**

**INFORMATION:**
**CLICK HERE**

**PLAYER HOTLINE:**
**(888) 236-5164**

*Best Regards,*

**Joe Pisarcik**
**President, J.P. Consulting Group LLC**

*DISCLAIMER: The NFL and the National Football League are registered trademarks of NFL Properties LLC. J.P. Consulting Group LLC, Slater Slater Schulman LLC, and Levy Baldante Finney & Rubenstein PC are not affiliated with NFL Properties LLC, the National Football League, the NFL, the NFL Alumni Association, or the National Football Alumni, Inc. The J.P. Consulting Group, LLP is a paid consultant of Slater Slater Schulman and Levy Baldante Finney & Rubenstein, PC. This letter is Attorney Advertising.*

PS. If you no longer wish to receiving these emails, please click the link to stop:
Unsubscribe

Joe Pisarcek
1845 Walnut Street Philadelphia, PA 19103
Rittenhouse Square