# Exhibit O





Our primary goal is to focus 100% on the specific needs of each client, helping them sustain an excellent quality of life.



**Financial Benefits**

Short & Long Term Solutions

See What We Can Do For You!



**Dedicated Staff**

Player Focused Organization

NFL Vet Founded



**Real Results**

View Our Case Studies

100% Verifiable Results

Meet Our Founder

Helping Former Players Maintain An Excellent Quality of Life Is Our #1 Priority!

We are working with dozens of former NFL players, consulting them through the Concussion Settlement process.

Our firm handles all aspects including education on upcoming deadlines, qualification, potential benefits, required paperwork, recommended or required professional services (medical and legal), travel and logistics, etc.

Contact Us Today for a **FREE, No Obligation** Consultation!

Contact Us



# Legacy Pro Sports
### Starting Life After the Game

| HOME | ABOUT US | SERVICES | CONTACT US |

## Organization Founder



**Brandon Siler**
*Founder/President*

'04-07 University of Florida
'07-11 San Diego Chargers
'12-13 Kansas City Chiefs





Brandon Siler, founder of LPS, was born in Daytona Beach, FL. He moved to Orlando, Florida, at a young age, and attended Evans High School in the lower socio economic neighborhood of Pine Hills. He graduated from Evans in 2004 with a 4.2 and committed to the University of Florida to play football for the Gators. In the 2004-2005 season he earned SEC Freshman Player of the year while maintaining a 3.6 GPA. In his junior year his Florida Gators went on to win the 2007 BCS National Championship and he elected to turn pro after that

He moved to Orlando, Florida, at a young age, and attended Evans High School in the lower socio economic neighborhood of Pine Hills. He graduated from Evans in 2004 with a 4.2 and committed to the University of Florida to play football for the Gators. In the 2004-2005 season he earned SEC Freshman Player of the year while maintaining a 3.6 GPA. In his junior year his Florida Gators went on to win the 2007 BCS National Championship and he elected to turn pro after that season. Brandon was drafted by the San Diego Chargers in 2007 and played 4 seasons with the chargers until his contract expired in 2011. In 2012 and 2013, he played football with the Kansas City Chiefs. After 6 seasons, Brandon decided to retire from the NFL and start the next chapter of his life.



"Two years after I retired, I started to experience some of the negative effects that football had on my body. After being a manager at a Fortune 500 company for two years, I decided that I would leave the company and truly seek a resolution to these problems. I admit I was scared to leave a good financial situation and a great job, so I started to seek out assistance that would give me time to get back on my feet.

I was surprised to find out how much assistance was actually available to retired players. You would think that would make me happy, but instead I became irritated and outraged that more players didn't know about it. I didn't know rather to be upset with the NFL, NFLPA, or at myself. The process to get most of the assistance was extensive and the knowledge of this assistance, often times, was stuck inside of a thick book that we would not read in its entirety. I needed to figure out a solution to this problem. I wanted to help bridge the gap between player's awareness and the leagues efforts. That's when I founded a company whose mission would be to serve that exact purpose.

Legacy Pro Sports is an organization that helps former NFL Football Players prepare for life after the game, emphasizing on all the key elements to get one's personal, financial, and medical affairs in order. I am not an agent or a financial advisor, I am a former NFL Player that has found my "calling" after football, and that's to change the way my brothers retire."



## Vice President



**Ryan Sherry**
*Vice President*

Ryan Sherry is from Fort Myers, FL. After attending Canterbury School, he received an athletic scholarship to the University of Florida. Ryan truly left a footprint on the UF campus. He graduated from the Warrington College of Business Administration with an emphasis in Sports Management. As a 4 year letterman on the Men's Tennis team, Ryan played a part in two SEC team championships (2003-2005), and he was the tournament MVP in 2005. He made the SEC Scholar Athlete honor rolls in 2003-2005 as well.

In addition to his educational and athletic achievements, Ryan was nominated to the Student Athletic Advisory Committee (SAAC), where he represented the voice of UF student-athletes. He is a member of Sigma Phi Epsilon Fraternity Florida Chapter, as well as Florida Blue Key: a student honor and service society at the University of Florida.

Following graduation, Ryan became an entrepreneur through creating, developing, and operating two popular nightclubs in SWFL. After six successful years in the entertainment industry, he sold both businesses. Before entering the securities business and joining the Art and Science of Successful Planning, Ryan worked for his family's dental practices in the areas of business development and marketing.

Ryan is a Certified Financial Advisor and Insurance Agent with his Series 7, 66 and 215 Life and Health Licenses.

Ryan's current focus is working with former NFL athletes developing

Ryan Sherry is from Fort Myers, FL. After attending Canterbury School, he received an athletic scholarship to the University of Florida. Ryan truly left a footprint on the UF campus. He graduated from the Warrington College of Business Administration with an emphasis in Sports Management. As a 4 year letterman on the Men's Tennis team, Ryan played a part in two SEC team championships (2003-2005), and he was the tournament MVP in 2005. He made the SEC Scholar Athlete honor rolls in 2003-2005 as well.

In addition to his educational and athletic achievements, Ryan was nominated to the Student Athletic Advisory Committee (SAAC), where he represented the voice of UF student-athletes. He is a member of Sigma Phi Epsilon Fraternity Florida Chapter, as well as Florida Blue Key: a student honor and service society at the University of Florida.

Following graduation, Ryan became an entrepreneur through creating, developing, and operating two popular nightclubs in SWFL. After six successful years in the entertainment industry, he sold both businesses. Before entering the securities business and joining the Art and Science of Successful Planning, Ryan worked for his family's dental practices in the areas of business development and marketing.

Ryan is a Certified Financial Advisor and Insurance Agent with his Series 7, 66 and 215 Life and Health Licenses.

Ryan's current focus is working with former NFL athletes developing claims filings for the NFL Concussion Settlement program and guiding those former athletes in the area of budgeting and personal finances; supporting them and helping them maintain a quality of life as they transition from one chapter in life to the next.



### Starting Life After the Game

| HOME | ABOUT US | SERVICES | CONTACT US |



The Main Focus of LPS is assisting former NFL players obtain benefits that are available to help sustain a desirable quality of life. Some of the available assistance is outlined below.

The Designation Applies to the following Plan(s):

#### NFL Concussion Settlement

We are working with dozens of former NFL players, consulting them through the Concussion Settlement process. Our firm handles all aspects including education on upcoming deadlines, qualification, potential benefits, required paperwork, recommended or required professional services (medical and legal), travel and logistics, etc.

#### Gene Upshaw Grant

This Grant will pay several months of the former player's bills.

## Gene Upshaw Grant

This Grant will pay several months of the former player's bills.

Some examples include rent/mortgage, utilities, etc.

The funds are intended to provide immediate assistance when players are faced with unusual financial, medical, or educational challenges that may call for temporary assistance.

## NFL Player Care Grant

This Grant will pay several months of former player's bills. Some examples are housing, shelter, transportation, utilities, prescription drugs, medical treatment, and funeral expenses.

An applicant has to fall within a financial guideline for income within 400% of the National Poverty Level.

## Gridiron Greats Assistance Fund (GGAF)

This Fund will cover immediate medical and shelter for former players that are prevented from working or suffer from football related injuries that make it difficult to work. Also, they will cover all other short term emergency situations.

## Social Security

LPS is partnered with an attorney that specializes in Social Security, which in turn will increase a player's likelihood of receiving other disabilities.

## Line of Duty Disability

LPS will help educate its former players on the NFL's new point system in order to obtain this benefit. This benefit will pay players based on the amount of years vested in the NFL for up to 90 months.

## Neurocognitive Disability

The neurocognitive disability benefit will pay all players with either a mild or moderate neurocognitive impairment. This disability will pay a player monthly for 15 years.

## Total and Permanent Disability

LPS has the ability to guide their former players and help qualify them in one of four disability categories. This disability will pay you monthly over your life span.

### 88 Plan

This plan will reimburse players diagnosed with ALS, Dementia, and Parkinson's disease.

---

## LPS Recent Client Benefits

**CASE 1 -**
**5 Year NFL VET**
$14,000 - NFL Player Care
$3500 - Gridiron Great Grant

**CASE 2 -**
**6 Year NFL VET**
$16,600 - Gene Upshaw Grant
$6000 - Gridiron Great Grant

**CASE 3 -**
**5 Year NFL VET**
$2700 monthly for life - Social Security

**CASE 4 -**
**6 Year NFL VET**
$3,000 a monthly for 7.5 years - Line of Duty Benefit

## LPS Recent Client Benefits

**CASE 1 -**
**5 Year NFL VET**
$14,000 - NFL Player Care
$3500 - Gridiron Great Grant

**CASE 2 -**
**6 Year NFL VET**
$16,600 - Gene Upshaw Grant
$6000 - Gridiron Great Grant

**CASE 3 -**
**5 Year NFL VET**
$2700 monthly for life - Social Security

**CASE 4 -**
**6 Year NFL VET**
$3,000 a monthly for 7.5 years - Line of Duty Benefit

**CASE 5 -**
**7 Year  NFL /CFL VET**

King & Affiliates, LLC © 2016 All Rights Reserved

# Legacy Pro Sports
## Starting Life After the Game

| HOME | ABOUT US | SERVICES | CONTACT US |

## Send Message

Name: *

[ Enter text here ]

Email: *

[ Enter email address ]

☐ Check here to receive email updates

Subject: *

[ Enter text here ]

Message: *

[ Enter your comment here ]



Orlando, Fl

Phone:  407.399.1369
Fax:     407.347.3642
E-mail: **Brandon.Siler@LegacyProSports.us**

SUBMIT

King & Affiliates, LLC © 2016 All Rights Reserved

POWERED BY WebsiteBuilder