# Exhibit P-1

**Subject:**         FW: Brandon Siler

Begin forwarded message:

-------- Original message --------
From: Ayondela Gipson <a.gipson@legacyprosports.us>
Date: 5/22/17 7:13 PM (GMT-05:00)
Subject: NFL Concussion Settlement Registration

Here is the paperwork I need back from you to get the ball rolling. As soon as I have a of the documents you'll be ready for scheduling. Give me a call if you have any questions whatsoever. Thank you.

Ayondela Gipson
Player Development Coordinator
a.gipson@legacyprosports.us
Cell: 321-946-6427
Fax: 4073868199

<HIPAA Authorization for BAP.pdf>

<LPS KLF 17.pdf>

<Kagan Law Firm Concussion.pdf>