# Exhibit P-4



*8191 College Parkway, Suite 303 ▪ Fort Myers, FL 33919 ▪*
*Phone (239) 466-1161 ▪ Fax (239) 466-7226*

**AUTHORITY TO CONSULT WITH LEGACY PRO SPORTS, LLC**

    I have appointed Legacy Pro Sports, LLC ("Legacy") to serve as my agent with respect to several aspects of my claims for compensation as a result of personal injuries sustained while I was a member of the National Football League. I understand that Legacy is not a law firm and that Legacy is not providing legal services to me. I further understand that I am represented by the KAGAN LAW FIRM, PL. who are attorneys and whose law firm is providing legal services to me. Therefore, I hereby authorize Legacy and KAGAN LAW FIRM, PL to consult with each other and to discuss all aspects of my case, which may include but not be limited to the exchange of information that is protected by the attorney-client privilege. This will also serve to confirm my understanding and agreement that Legacy and the KAGAN LAW FIRM, PL are separate entities from each other and that I am solely responsible to compensate Legacy Sports for the assistance that Legacy provides me. The KAGAN LAW FIRM, PL is not responsible for compensating Legacy, in any manner, for the services that Legacy provides to me, however, I unconditionally and irrevocably authorize the Kagan Law Firm to pay Legacy Pro Sports, LLC, its compensation due from the client, directly out of the client's settlement proceeds received by the law firm.

DATED on this _____ day of _____, 2017.


_____                _____
CLIENT                                                                             Kagan Law Firm, PL


_____
Legacy Pro Sports, LLC