# Exhibit Q

**From:** Concussion Case Management [mailto:geoff.beyer=concussioncase.com@mail204.atl81.rsgsv.net] **On Behalf Of** Concussion Case Management
**Sent:** Thursday, May 25, 2017 9:09 AM
**Subject:** Maximize Your Financial Award//Concussion Case Management



You played in the league for years and you may be suffering from the consequences of the game. Concussion Case Management, LLC ("CCM") is a player advocacy company which is specifically positioned to help you navigate the medical assessment and administrative processes which must be completed to obtain your potential settlement from the NFL.

**Concussion Case Management**

Typical Attorney fees are **more than double** our fee

Ensure that **you** the player are getting the absolute most out of your settlement



**Understanding and meeting the requirements of the complex NFL Concussion Fund Settlement Agreement can be difficult and confusing. Failure to properly comply with the Settlement Agreement could put your potential monetary award at risk. It is important to note that players MUST sign up for the Settlement prior to the August 7, 2017 deadline in order to receive benefits today, tomorrow, or at any time in the future.**

You have options available for assistance and the services and costs vary significantly. We encourage you to take the time to evaluate your options and choose which one is best for you and your family.

significantly. We encourage you to take the time to evaluate your options and choose which one is best for you and your family.

**By choosing Concussion Case Management, LLC ("CCM") you and your family will join our team of dedicated professionals who will guide you step-by-step through the complex settlement process.**

**CCM is here to provide players with:**
} **A Player Advisor** - Your personal "Player Administrator" will assist you throughout every phase of the claims process. The CCM team is focused solely on the NFL Concussion Settlement Case
} **A Dedicated Legal Team** - Our attorneys and legal team will review your submission to ensure that all documentation meets the requirements of the Settlement Agreement
} **Independent Physicians** - Nationwide network of physicians who are qualified to perform the required neurological assessment, should you decide not to use the NFL physician group

*Registering for the Settlement, finding an appropriate physician, filing your claim, and obtaining your award can be complex and challenging.*

*CCM is here to provide you and your family with a one-stop shop for processing your claim and providing a fair and*

*CCM is here to provide you and your family with a one-stop shop for processing your claim and providing a fair and accurate evaluation of your potential financial award.*

## Happy to help.

We are here to be your advocate.
Please feel free to call us at 757-542-0635, email us at info@concussioncase.com, or contact us through our website www.concussioncase.com with any questions.

We look forward to speaking with you.

   

*Copyright © 2017 Concussion Case Management, All rights reserved.*

*You are receiving this email because you are a retired NFL player.*

