# Exhibit S

**Subject:** FW: NFL Players' Concussion Litigation - Cease and Desist to CCM

**From:** Jerry Passaro [mailto:jerry.passaro@concussioncase.com]
**Sent:** Friday, May 26, 2017 2:11 PM
**To:** TerriAnne Benedetto <TBenedetto@seegerweiss.com>
**Subject:** Re: NFL Players' Concussion Litigation - Cease and Desist to CCM

Ms. Benedetto,

It appears we have misinterpreted the Settlement Agreement. I am not in my office but will review the Agreement this weekend and will certainly comply with the Settlement procedures.

We will discontinue mailings and I will respond early next week.

Regards,
Jerry Passaro


On Fri, May 26, 2017 at 1:55 PM TerriAnne Benedetto <TBenedetto@seegerweiss.com> wrote:

> Dear Mr. Passaro,
>
> On behalf of my partner, Christopher Seeger, please find the attached letter with attachment thereto.
>
> Sincerely,
>
> TerriAnne Benedetto
>
> Partner
>
> Seeger Weiss LLP
>
> 1515 Market Street
>
> Suite 1380
>
> Philadelphia, PA 19102
>
> (t) 215-564-2300
>
> (d) 215-553-7981

1

(f) 215-851-8029

--
Jerry Passaro

