# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br><br> MDL No. 2323 <br><br> **Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc., <br><br> Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## [PROPOSED] ORDER

CO-LEAD CLASS COUNSEL having moved, pursuant to Rule 23(d) of the Federal Rules of Civil Procedure and this Court's inherent authority to supervise class action settlements, to have the Court authorize the issuance of a proposed notice ("Notice") to all members of the settlement class ("Class"), in order to address confusion among Class Members that has arisen on account of solicitations from third-party claims services companies and other sources that Class Members have been receiving, as well as expedited consideration of the motion, and the Court having duly considered Co-Lead Class Counsel's applications,

2

IT IS ORDERED that the motion be, and hereby is, GRANTED and the proposed Notice, attached hereto as Exhibit 1, submitted by Co-Lead Class Counsel is APPROVED for distribution to Class Members.

Dated: June __, 2017

_____
Anita B. Brody
United States District Judge

# Exhibit 1

Case 2:12-md-02323-AB   Document 7813   Filed 06/09/17   Page 3 of 5

*This is an **official notice**, approved by Judge Anita Brody of the
United States District Court for the Eastern District of Pennsylvania in
**In re National Football League Players' Concussion Injury Litigation (MDL No. 2323)***

*This is not a solicitation from a lawyer or any other organization*

# NFL CONCUSSION SETTLEMENT

### IMPORTANT NOTICE TO ALL SETTLEMENT CLASS MEMBERS
### TO CLEAR UP CONFUSION REGARDING
### (1) THIRD-PARTY CLAIMS SERVICE PROVIDERS AND
### (2) MASS SOLICITATIONS OF CLASS MEMBERS BY FORMER PLAYERS

### (1)  "CLAIMS SERVICE" COMPANIES ARE **_NOT_**
### THE COURT-APPOINTED CLAIMS ADMINISTRATOR

There are reports that Class Members have been confused and have signed contracts with third-party claims service companies – for as much as 15% of their future monetary awards under the Settlement – due to their mistaken belief that they were signing up with the Court-appointed Claims Administrator.

It is important that you be aware that you do **_not_** need to contract with a claims service company to register, schedule an appointment with a Qualified BAP Provider or Qualified MAF Physician, or to file a claim.  None of the steps are complicated.  The Claims Administrator does not charge for assisting Class Members with registering or filing claims.

A BAP Examination is *free of charge*.  But **only** the Court-appointed BAP Administrator can schedule a Retired Player for a BAP examination with a Qualified BAP Provider.

### IMPORTANTLY, AS OF JANUARY 7, 2017, A QUALIFYING DIAGNOSIS
### **CAN BE MADE *ONLY* BY PHYSICIANS SELECTED AND APPROVED**
### *WITHIN THE SETTLEMENT PROGRAM*
### TO SERVE AS QUALIFIED BAP PROVIDERS AND QUALIFIED MAF PHYSICIANS

This is also to remind you that, under the terms of the Settlement, after the Effective Date of January 7, 2017, a Qualifying Diagnosis can be made **ONLY** by a Qualified BAP Provider or a Qualified MAF Physician. Be particularly wary of anyone offering to cover the costs of travel to a medical examination or the costs of the examination itself, by a doctor outside of the Settlement Program, or assurances that you will receive a Qualifying Diagnosis for a monetary award if you are seen by a particular doctor.

**If you entered into a contract with a claims service company because you believed they were the Claims Administrator or other Court-appointed Settlement official, or because you were promised to be sent to doctors outside of the Settlement Program after January 7, 2017, for the purpose of obtaining a Qualifying Diagnosis, please contact, or have your individually retained lawyer contact, Co-Lead Class**

**Counsel at NFLConcussion@seegerweiss.com or 1-877-539-4125 immediately.  They can help you sort out your situation.**

### (2)  COMMUNICATIONS FROM FORMER PLAYERS THAT MAY BE SOLICITATIONS BY PRIVATE LAWYERS OR OTHERS

There are also reports of mass email solicitations purportedly sent by one or more retired players as reminders regarding registration for the Settlement Program.  These are *not* official communications sent on behalf of the Claims Administrator or anyone formally appointed by the Court.  ***They may be solicitations on behalf of private lawyers or third-party companies***.  Calling any listed "hotline" number or clicking a link for information will *not* put you in touch with the Claims Administrator or anyone formally connected with the Settlement Program.

The Court-Appointed Claims Administrator is **BrownGreer PLC,** which can be reached by calling **1-855-887-3485** or emailing **ClaimsAdministrator@NFLConcussionSettlement.com**.

The official settlement website (www.NFLConcussionSettlement.com) is also a reliable source of information.  There is no other Court-approved website.

**PLEASE DO NOT CONTACT EITHER THE JUDGE OR COURT PERSONNEL DIRECTLY ABOUT THIS NOTICE OR ABOUT THE SETTLEMENT**