UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Ballard, et al. v. National Football League, et al.,* No. 2:13-cv-02244 | |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of David B. Franco as counsel of record for Plaintiff LaBrandon Toefield only in the above-styled action. All notices, pleadings and written communication regarding this action not served via the ECF system should be directed to and served upon:

>FrancoLaw, PLLC
>1001 Studewood Street, 2nd Floor
>Houston, Texas 77008
>Telephone (504) 226-5226
>Facsimile (504) 229-6730
>Email: dfranco@dfrancolaw.com

Dated: June 12, 2017

Respectfully submitted,

*s/ David B. Franco*
David B. Franco (TX# 24072097)
**FRANCOLAW, PLLC**
1001 Studewood Street, 2nd Floor
Houston, Texas  77008
Telephone: (504) 226-5226
Facsimile: (504) 229-6730
Email: dfranco@dfrancolaw.com

*Counsel for Plaintiff LaBrandon Toefield*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 12, 2017, I caused the foregoing Notice of Appearance to be filed with the Clerk of Court of the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all parties and counsel of record.

                                                  *s/ David B. Franco*
                                                  David B. Franco