

United States District Court Eastern District of Pennsylvania

In Re: National Football League Players' Concussion Injury Litigation

This Document Relates To:

John C Mott V national Football League et al.,

Case No. 2:12 CV-05211-AB

BDL No. 2323

NO.2:12-MD-02323(AB)

Judge Brody:                                                                                                  May 5, 17

My name is Joe Mott and I live in Iowa City, IA. I am a retired NFL player and am/was represented by the law firm of Burg Simpson and Eldredge Hersh & and Jardine, P.C. out of Colorado. I have not contracted with the law firm of James R Dugan and have never communicated with them in any way. I have never met personally with either firm, and have only talked with Seth Katz and mostly Jacob Allen via phone on a few occasions. The bulk of the representation has been via a petition filed on my behalf with this court in 2012 in the class action law suit and then approximately 20 or so summary letters being sent updating me as to the status of the class action suit. There has been no other legal filings or legal actions on my behalf other than this current withdrawal motion and request for fees.

I have recently been diagnosed with a level 1.5 moderately severe cognitive disability as a result of my 4 years of playing in the NFL. A breakdown in communication occurred when the law firm requested that I add them to the NFL portal so they could control documentation. They wanted to proceed quickly with filing my NFL medical claim to receive payment more quickly and wanted to do so while my medical report was incomplete and I was not comfortable doing so. I requested that they speak with my Dr and asked that they do so before we proceed any further as I wanted to conform to the NFL procedures. It was at this time they threatened to discharge me as a client and to file an attorney's lien for interfering with their representation.

**Withdrawal of Counsel:**

I do not object to their firm withdrawing as my attorney in this action as the relationship has certainly had a material breakdown.

**Attorney Lien:**

I object to their request for reasonable attorney's fees and a lien not knowing what it is they are requesting. Although I agree the relationship has had a irreparable breakdown, I disagree with the facts as to how that occurred and feel completely abandoned. I have requested and would like an opportunity to review a detailed accounting of their fees and expenses and an opportunity to respond to same either via a letter to the court or via a telephonic hearing since I live in Iowa, they are in Colorado and this case is filed in Pennsylvania and I do not have representation.

Sincerely,

Joe Mott, Pro Se

6/5/17

RECEIVED JUN - 9 2017