UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Ballard, et al. v. National Football League, et al.,*<br><br>LaBrandon Toefield, Plaintiff | No. 2:13-cv-02244 |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE ON BEHALF OF PLAINTIFF LABRANDON TOEFIELD

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff LaBrandon Toefield hereby voluntarily dismiss his claims without prejudice against the Defendants Riddell, Inc., Riddell Sports Group, Inc., All American Sports Corporation and Easton-Bell Sports, LLC only in the above-captioned action. This Notice of Voluntary Dismissal without prejudice shall apply only to the claims of Plaintiff LaBrandon Toefield and only to the above-referenced Defendants. The claims of all other Plaintiffs in the above-captioned matter are not hereby dismissed and shall remain in full force and effect.

This Notice of Voluntary Dismissal without prejudice of Plaintiff LaBrandon Toefield's claims against Defendants Riddell, Inc., Riddell Sports Group, Inc., All American Sports Corporation and Easton-Bell Sports, LLC in the above-captioned matter applies to this matter only. His claims against any and all other named Defendants remain pending. None of the above-referenced Defendants in this action have filed or served an answer to Plaintiff's Complaint, or a Motion for Summary Judgment. Plaintiff has filed this Notice under both the

individual docket number listed in the caption above and the MDL docket.

WHEREFORE, Plaintiff LaBrandon Toefield respectfully requests that this Court dismiss his claims, without prejudice, against Defendants Riddell, Inc., Riddell Sports Group, Inc., All American Sports Corporation and Easton-Bell Sports, LLC only in the above-captioned action.

Dated: June 13, 2017

Respectfully submitted,

*s/ David B. Franco*
David B. Franco (TX# 24072097)
**FRANCOLAW, PLLC**
1001 Studewood Street, 2nd Floor
Houston, Texas  77008
Telephone: (504) 226-5226
Facsimile: (504) 229-6730
Email: dfranco@dfrancolaw.com

*Counsel for Plaintiff LaBrandon Toefield*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2017, I caused the foregoing Notice of Voluntary Dismissal Without Prejudice to be filed with the Clerk of Court of the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all parties and counsel of record.

*s/ David B. Franco*
David B. Franco