UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | :  No. 2:12-md-02323 –AB<br>:<br>:  MDL No. 2323<br>: |
| **THIS DOCUMENT RELATES TO:**<br><br>**FLOYD RICE, PLAINTIFF** | :<br>:  **NOTICE OF WITHDRAWAL OF**<br>:  **APPEARANCE**<br>:<br>:<br>: |

   This Notice of Withdrawal of Appearance is submitted on behalf of the firm of Giddens Law Firm, John D. Giddens P.A., and Philip W. Thomas Law Firm, specifically including John D. Giddens, Baskin L. Jones, and Philip W. Thomas as counsel for Plaintiff Floyd Rice in this MDL Proceeding.

 Dated: June 13, 2017

   Respectfully Submitted By:


             */s/John D. Giddens*
             John D. Giddens


John D. Giddens
GIDDENS LAW FIRM
226 North President Street (39236)
Post Office Box 22546
Jackson, Mississippi 39225-2546
Tel: (601) 355-2022
Fax: (601) 355-0012

2

Philip W. Thomas
PHILIP W. THOMAS LAW FIRM
Post Office Box 24464
Jackson, Mississippi 39225-4464
747 North Congress St. (39202)
pthomas@thomasattorney.com
(601) 714-5660

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 13th day of June, 2017.

*/s/John D. Giddens*
John D. Giddens