UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-MD-02323-AB<br><br>MDL No. 2323 |
| This relates to:<br>**ERIC CURRY** | NOTICE OF ATTORNEYS' LIEN |

**NOTICE OF ATTORNEYS' LIEN**
_____

Pursuant to O.C.G.A. § 15-19-14, the petitioner, Edward S. Stone, attorney for Eric Curry in the above-entitled action, hereby notifies this Court and all parties that he has a lien in this case for reasonable attorneys' fees, plus expenses, as set forth in the accompanying Petition to Establish Attorneys' Lien.

Dated:  June 15, 2017

                                Respectfully submitted,

                                */s/ Edward S. Stone*_____
                                Edward S. Stone (CT#412255)
                                Marc Davies (PA#81789), *Of Counsel*
                                EDWARD STONE LAW P.C.
                                175 West Putnam Avenue, 2nd Floor
                                Greenwich, CT  06830
                                Telephone:  203-504-8425
                                Fax:  203-348-8477

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above document was served on all parties on this 15th day of June, 2017, by filing the document in the Court's ECF filing system, which gives e-mail notice to all attorneys of record.

*/s/ Marc Davies*_____
Marc Davies
