# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| IN RE: NATIONAL FOOTBALL | : | No. 2:12-md-02323-AB |
| LEAGUE PLAYERS' CONCUSSION | : | |
| INJURY LITIGATION | : | MDL No. 2323 |
| | : | |
| | : | **Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, | : | |
| *on behalf of themselves and* | : | |
| *others similarly situated*, | : | |
| Plaintiffs, | : | CIVIL ACTION NO: 14-00029-AB |
| | : | |
| v. | : | |
| | : | |
| National Football League and | : | |
| NFL Properties, LLC, | : | |
| successor-in-interest to | : | |
| NFL Properties, Inc., | : | |
| Defendants. | : | |
| | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| ALL ACTIONS | : | |
| | : | |

**DECLARATION OF ORRAN L. BROWN, SR. ON SETTLEMENT PROGRAM
IMPLEMENTATION AFTER THE EFFECTIVE DATE**

I, ORRAN L. BROWN, SR., hereby declare and state as follows:

1.      *Introduction.*  My name is Orran L. Brown, Sr.  I am the Chairman and a founding partner of BrownGreer PLC, located at 250 Rocketts Way, Richmond, Virginia 23231 ("BrownGreer").  BrownGreer is the Court-appointed Claims Administrator in connection with the class action settlement that this Court approved on April 22, 2015, as amended May 8, 2015.

2.      *Purpose.*  I submit this Declaration to provide an update to the Court on the preparations by BrownGreer in conjunction with Co-Lead Class Counsel and Counsel for the

NFL Parties (the "Parties") to launch the Settlement Program after the Effective Date in accordance with the terms of the Settlement Agreement.  This Declaration focuses on actions taken since my last update to the Court on October 7, 2016.

3.      *Implementation Planning.*  We have been working with the Parties on weekly calls since April 19, 2016, to prepare all the functions needed for this Program.  We have identified all processes and the steps and forms needed to implement them.  As of June 5, 2017, we have conducted 54 regular weekly calls, held many more calls to deal with particular issues and developed 139 different notices, forms or procedure documents relating to each aspect and phase of the Settlement.  On January 23, 2017, we began conducting weekly working session calls with Special Master Verrier and Special Master Pritchard to apprise them of all plans and receive their input.

4.      *NFL Concussion Settlement Website.*  As required by Section 4.1 of the Settlement Agreement, and in consultation with the Parties and the Settlement Class Notice Agent, we developed a public, informational website, www.NFLConcussionSettlement.com (the "Settlement Website"), to provide notice and additional courtesy information and services to the Settlement Class.  On July 7, 2014, immediately following the Court's entry of the Preliminary Approval Order, we launched an initial version of the Settlement Website to make available for viewing, printing, and downloading PDF versions of the Settlement Class Notice and Settlement Agreement.  On July 14, 2014, we launched the comprehensive version of the Settlement Website that included notice materials, court documents, frequently asked questions ("FAQs"), and a link to sign up for more information.

5. ***Updates to Settlement Website.*** As directed by the Court and the Parties, we have regularly updated the Settlement Website to reflect progress and changes to the Settlement Program as follows:

(a) On January 9, 2017, we modified the home page text to announce the Effective Date and when Registration would open. We also added an Information menu with sub-sections for Documents, FAQs, Alerts and Contact options to help users find information quickly. Since launching the website, we have added 54 additional FAQs to cover new topics, questions and issues, and updated 27 existing FAQs to clarify information or reflect important dates or deadlines. In total, we have a robust FAQ section on the Settlement Website that has 106 FAQs covering Settlement Program topics including Basic Information, Settlement Agreement Benefits, Registration, Baseline Assessment Program, and Monetary Awards, Lawyer Representation and Liens.

(b) On February 6, 2017, we updated the Settlement Website home page again to announce that Registration had opened. In addition to updating all of the text and including a prominent "Register Now" button on the home page, we removed the "Sign Up For Future Information" option, added the Registration Form to the Documents tab, and created an Important Dates section to the Information menu. The "Register Now" button takes the user to online Registration screens that can be completed in a matter of minutes by Settlement Class Members or their attorneys. After opening Registration, we also added a button on the Settlement Website home page that users could click to watch the February 8, 2017 Status Conference proceedings live. An edited recording of that Status Conference is now available under the Alerts section for users to watch by clicking the same button.

(c) On March 23, 2017, we revised the home page text to announce the opening of the claims submission period and provided details about who was eligible to submit a Monetary Award Claim or one for a Derivative Claimant Award. We posted an Alert at the top of the home page announcing that claims could be presented to us. Additionally, we launched a Forms option on the navigation bar and posted all Settlement Program Forms to this page, such as the Claim Form for Retired NFL Football Players and Representative Claimants, Derivative Claim Form, required HIPAA Authorization Forms and Diagnosing Physician Certification Forms.

(d) On April 7, 2017, we updated the navigation bar on the website home page to include the Qualified MAF Physician List and launched the MAF Physician Locator Tool, which allows users to enter a zip code or city and/or state search to find a Qualified MAF Physician in their area.

(e) On April 11, 2017, we posted an Alert on How to Calculate Eligible Seasons to help law firms and Settlement Class Members understand this requirement.

(f)  On April 19, 2017, we posted two Alerts on How to Prove Your Eligible Seasons for BAP Eligibility and How to Prove Your Status as a Retired NFL Football Player to help Settlement Class Members who have received Notices of Incomplete Registration.  As part of both Alerts, we instructed Settlement Class Members what records will cure their Registration deficiencies and how to contact us for assistance in researching NFL and Member Club records.

(g)  On May 8, 2017, we posted an Alert on Easier Ways to Respond to Notices of Incomplete Registration explaining changes making it easier for Settlement Class Members to respond to two of the things making registrations incomplete.

(h)  On May 22, 2017, we posted an Alert on the BAP Class Member Portal announcing that it is now available for Settlement Class Members and their attorneys to request baseline assessment examination appointments online.

**6.** ***Website Visitor Activity.***   From the launch of the Settlement Website through June 5, 2017, the Settlement Website had received 251,996 unique visitors, with representation from all 50 states, as determined by IP Address.  Before we removed the feature on February 6, 2017, with the launch of Registration, 8,946 visitors used the "Sign Up for Future Information" feature and provided contact information for the Settlement Program to use to reach them, including, among others, Retired NFL Football Players, family members of Retired NFL Football Players, and counsel for Retired NFL Football Players for updates on the status of the Settlement.  Tables 1 and 2 in Attachment 1 to this Declaration present detailed information on website visitor activity and sign ups.

**7.** ***Claims Administrator Post Office Box, Email Inbox and Other Contacts.***  Through June 5, 2017, BrownGreer received and sent 251 letters to and from a P.O. Box established for Settlement Class Members and others to send general questions about the Settlement Agreement or Settlement Program.  BrownGreer also received and sent 6,700 emails to and from the Settlement Program's dedicated email address, ClaimsAdministrator@NFLConcussionSettlement.com.  As a result of the communications

received, we signed up 900 individuals for more information through February 6, 2017.  We also received 25 emails, letters, or faxes sent directly to individuals at BrownGreer before Registration opened on February 6, 2017.  Prior to our assuming full responsibility for all call activity (below), we also received 32 inbound phone calls and made 20 outbound phone calls.  As a result of these activities, we signed up 25 individuals for more information.

8.      *Call Center Activity*.  Through February 3, 2017, the Settlement Program's Call Center, which had been staffed by Heffler Claims Group ("Heffler"), received 14,423 calls, logging over 837 hours of call time, with 7,297 of these callers speaking with live operators for over 489 hours.  Through those communications, individuals received updates on the status of the litigation and had other questions answered. After Heffler spoke with the callers, 2,351 individuals signed up for more information.  In total, 12,222 individuals signed up for more information on the program prior to the launch of Registration.  On February 3, 2017, at 8:30 p.m. Eastern Time, Heffler transitioned the toll-free number for the Settlement Program to BrownGreer to administer as the Claims Administrator.  Beginning February 6, 2017, with the launch of Registration, callers reached our live agents to discuss the questions they might have about the Settlement, including Registration and the benefits provided for registered Settlement Class Members.  Through June 5, 2017, we had received and made 9,071 calls, totaling over 917 hours.  Attachment 2 to this Declaration provides more information on communications since Registration opened.

9.      *Announcing Registration.*  In January 2017, we prepared a list (the "Notice Mailing List") of 37,652 names with addresses using information obtained from our research for the original Settlement Class Notice mailing and data collected from individuals signing up for more information. On January 27, 2017, we mailed to everyone on the Notice Mailing

List a Pre-Registration Notice announcing the upcoming opening of Registration on February

6, 2017, and a status conference to be held by the Court on February 8, 2017.  We also

emailed the Pre-Registration Notice to 8,830 emails collected from individuals signing up for

more information.  We delivered the Notice Mailing list to the Settlement Class Notice Agent

to mail the Settlement Class Supplemental Notice on February 6, 2017.  On this same day,

we emailed an announcement that Registration had opened to the 9,043 emails on file,

including new individuals who had signed up for more information since January 27, 2017.

At the February 8, 2017 Status Conference, I presented to the Court a summary about

opening Registration and explained the online and hard copy methods Settlement Class

Members can utilize to register for Settlement Program benefits.

10.     ***Registration Opens.***  On February 6, 2017, we launched the Registration

process as required by Article IV of the Settlement Agreement.  Settlement Class Members

and attorneys can register for Settlement benefits by visiting the Settlement Website and

clicking the "Register Now" button.  Settlement Class Members also can register by

submitting a hard copy Registration Form that was included in the Settlement Class

Supplemental Notice packet mailed on February 6, 2017, and is available on the Settlement

Website.  As of June 5, 2017, we had received 14,507 Registrations through the Settlement

Website and by email and hard copy submissions.  These Registrations include 12,082

Retired NFL Football Players, 546 Representative Claimants, and 1,879 Derivative

Claimants.

11.     ***Additional Announcements.***  On March 7, 2017, we mailed a Registration

reminder letter to 23,882 individuals on the Notice Mailing list who had not registered.  We

also emailed the letter to 4,497 email addresses on file from individuals signing up for more

information who had not registered.  On March 13, 2017, after removing 55 individuals who

contacted us asking to be removed from the Notice Mailing List, we mailed to 37,597

individuals on the Notice Mailing List the Court approved Notice of Petition for Attorneys'

Fees, Costs, and 5% Holdback on Award.  We also emailed the Notice to 14,397 email

addresses including those from individuals who provided an email address for the first time

during Registration.  On March 21, 2017, we emailed to 3,737 individuals with email

addresses who had not registered an announcement of a free live webinar with Co-Lead Class

Counsel on March 28, 2017.

12.  ***Attorney Representation Notices.***  When reviewing Registrations we ensure

that Settlement Class Members are registered only once and that representation is clear and

consensual.  We send a Notice of Attorney Representation to all Settlement Class Members

represented by law firms informing them that an attorney has registered them in the

Settlement Program and all future communications about their claim will be with that

attorney.  We copy the law firm on these notices sent to their clients.  As of June 5, 2017, we

have sent 8,751 Notices of Attorney Representation by mail, 7,604 of which were also

emailed to the attorneys' clients.

13.  ***Registration Notices***.  We have worked with the Special Masters and the

Parties to draft the various notices for use during the Registration process.  These notices

inform registrants if they: (1) are Settlement Class Members who timely and properly

registered, and whether they are eligible for the Baseline Assessment Program; (2) provided

incomplete Registration information and need to supplement their Registration submission;

or (3) are ineligible for the Settlement Program because they opted out or do not satisfy the

definition of a Settlement Class Member.  If a Settlement Class Member is eligible for the

Baseline Assessment Program, the notice provides instructions for the Retired NFL Football Player to schedule his baseline assessment examination by contacting Garretson Resolution Group ("GRG"), the Court-appointed BAP and Lien Administrator.  We began issuing these Registration Notices on March 23, 2017, to coincide with the opening of the Claim Package submission process.  As of June 5, 2017, we have issued 14,244 Registration Notices.

14.     ***Opt Outs and Revocations of Opt Outs.***  As of June 5, 2017, there are 146 Opt Outs whose requests were categorized as timely and containing all information required by Section 14.2(a) of the Settlement Agreement or whose requests were otherwise approved by the Court.  This reflects several Opt Outs that were later revoked by the Settlement Class Members.  There are also 27 Opt Out requests that were categorized as untimely and/or missing information required by Section 14.2(a) of the Settlement Agreement.  We maintain updated opt-out lists on the Settlement Website under the Court Documents page.  Table 4 in Attachment 1 to this Declaration provides additional information on Opt Outs and Opt Out revocations.  As of June 5, 2017, we have received Registration submissions from 27 Opt Outs, each of which we then contacted and asked whether he or she wishes to revoke.  Of these 27, 13 have decided to revoke their request to opt out.  We will continue to report revocation requests we receive to the Parties.

15.     ***Claim Package Submission.***  We collaborated with the Special Masters and the Parties on the forms and procedures that will govern claims for Monetary Awards, which is how Settlement Class Members can submit the required elements of a Claim Package, including a Claim Form, Diagnosing Physician Certification Form, HIPAA Form, medical records in connection with the Qualifying Diagnosis, and records demonstrating employment and participation in NFL Football.  The components of a Derivative Claim Package are more

streamlined.  Section 30.15 directs us to create both online and hard-copy Claim Package submission options.  We began accepting Claim Packages on March 23, 2017.  We made the submission process as easy as possible for Settlement Class Members and will have an on-going dialogue with Settlement Class Members to ensure the completeness of Claim Packages and that they understand the steps in the claims process.

For example, we credit Eligible Seasons to Settlement Class Members to the extent possible based off of the participation data available to us.  Our preliminary analysis of this data suggests that we can credit at least one-half of an Eligible Season to more than 10,000 Settlement Class Members who have submitted Registrations.  Further, we will be able to credit more than 5,000 of the registrants with five or more Eligible Seasons, meaning they will not need to submit any NFL Football employment and participation records at all because there is no Offset to the Monetary Award if a player has accrued five or more Eligible Seasons.  As of June 5, 2017, we had received 739 Monetary Award Claim Packages and 130 Derivative Claim Packages through the Settlement Website and by hard copy submissions.  Of those 869 total Claim Packages, 535 are for Retired NFL Football Players (or associated Representative Claimants or Derivative Claimants) to whom we can credit five or more Eligible Seasons.

On May 26, 2017, BrownGreer issued the first Notice of Monetary Award Claim Determination to a Retired NFL Football Player, which provided a $5 million Monetary Award for a Qualifying Diagnosis of ALS, subject to resolution of certain healthcare liens and other holdbacks.  On June 5, 2017, BrownGreer issued a second Notice to a Representative Claimant setting forth a $4 million Monetary Award for a Qualifying Diagnosis of CTE, subject to resolution of certain holdbacks.  We are continuing to review claim packages on a daily basis.

9

**16.**   *Appeals Advisory Panel.*   On May 5, 2017, the Court entered an Order appointing the Appeals Advisory Panel ("AAP") and the Appeals Advisory Panel Consultants ("AAPC") jointly recommended by the Parties.  We have contracted with each of the AAP members and the AAPC and have completed training them on the details of their roles in this Program.  After we completed this training, we began routing complete Claim Packages to the AAP members for review and approval as required under Section 6.4 of the Settlement Agreement.

**17.**   *Qualified MAF Physicians List.*   Section 6.5 of the Settlement Agreement requires the Claims Administrator to establish within 90 days of the Effective Date a list of Qualified MAF Physicians eligible to provide Qualifying Diagnoses.  Section 2.1(www) defines a Qualified MAF Physician as "a board-certified neurologist, board-certified neurosurgeon, or other board-certified neuro-specialist physician, who is part of an approved list of physicians authorized to make Qualifying Diagnoses."  Because board-certified neurologists also are eligible to serve as Qualified BAP Providers, we coordinate with GRG in identifying and recruiting key provider organizations in 53 target cities in or near where the majority of living Retired NFL Football Players currently reside, and together with GRG, we recruit the board-certified neurologists affiliated with each of these organizations to apply to be considered for both roles.  Separately, we identify and contact additional providers who may wish to serve as Qualified MAF Physicians.  Section 6.5(b) of the Settlement Agreement requires the Claims Administrator to select Qualified MAF Physicians based on several criteria.  We list those criteria here together with the steps we take to satisfy each one:

(a) **Education, training, licensing, credentialing, board-certification and insurance coverage:**  Through the application and credentialing process, we elicit from each provider organization information and supporting documents to prove each applicant's

10

education, licensing, board-certification, training, liability insurance coverage, and other required information.  We verify the provided information through independent third-party sources, including the National Plan & Provider Enumeration System, board-certifying bodies' official websites and rosters, and other commercial databases such as LexisNexis.

**(b) Ability to provide the specified examination necessary to make Qualifying Diagnoses:**  We determine through the information submitted on the Provider Application, as well as that obtained through our verification process, each applicant's specific certifications, specialties and experience to ensure that all applicants have the background in diagnosing cognitive impairment and neuromuscular impairment that is necessary to make each Qualifying Diagnosis.

**(c) Ability to provide all required examinations and services in a timely manner:**  Also through the application process, we elicit each applicant's availability to take on new patients as well as average wait times between requests for appointments and actual examinations.  We use this information to confirm that we have sufficient Qualified MAF Physicians available to provide all required examinations in a timely manner.

**(d) Insurance accessibility:**  Because each visit to see a Qualified MAF Physician is at the Retired NFL Football Player's own expense, we ask applicants for their accepted insurance plans through the Provider Application to ensure that the selected Qualified MAF Physicians accept a variety of health insurance plans, including Medicare.  We may select Qualified MAF Physicians from multiple organizations within a geographic area to provide sufficient insurance accessibility.

**(e) Geographic proximity to Retired NFL Football Players:**  We use the address information from the Notice Mailing List to determine where Retired NFL Football Players live.  We then select Qualified MAF Physicians proportionally according to the geographic concentration of Retired NFL Football Players.  This ensures that sufficient Qualified MAF Physicians are available to meet higher demand in more heavily populated areas.

On April 7, 2017, which was 90 days after the Effective Date, we posted on the Settlement Website a list of 102 approved Qualified MAF Physicians in or near 31 of the 53 target cities.  We continue to identify and contact providers, collect Provider Applications, verify credentials, submit applicants to the Parties for approval, and contract with approved Qualified MAF Physicians.  We will add Qualified MAF Physicians to the posted list as these steps are completed.  As of June 5, 2017, we have engaged in contract negotiations

with 99 potential Qualified MAF Physicians and contracted with 67 Qualified MAF Physicians in or near 49 of the 53 target cities closest to where the majority of living Retired NFL Football Players reside.  We expanded the posted list to include 144 of the total 166 approved Qualified MAF Physicians and will add the remaining 22 potential Qualified MAF Physicians as we contract with them.

I, Orran L. Brown, Sr., declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.  Executed on this 14th day of June, 2017.


_____
Orran L. Brown, Sr.

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

| | CLAIMS ADMINISTRATOR UPDATE (AS OF 6/5/17) | | | | | |
|---|---|---|---|---|---|---|
| **TABLE 1** | **WEBSITE VISITORS BY STATE** | | | | | |
| | **Location** | **Unique Visitors** | **Visits** | **Average Actions[1] Per Visit** | **Average Time (Minutes)** | **Bounce Rate[2]** |
| 1. | California | 19,369 | 21,650 | 3 | 4 | 59.7% |
| 2. | Texas | 16,295 | 19,579 | 5 | 5 | 52.3% |
| 3. | Florida | 13,420 | 15,717 | 5 | 6 | 52.2% |
| 4. | New York | 10,842 | 12,700 | 3 | 3 | 59.0% |
| 5. | Pennsylvania | 7,197 | 8,203 | 4 | 4 | 58.9% |
| 6. | Georgia | 7,041 | 8,274 | 5 | 5 | 53.3% |
| 7. | Illinois | 6,151 | 6,589 | 3 | 2 | 65.9% |
| 8. | New Jersey | 5,279 | 5,634 | 2 | 2 | 67.0% |
| 9. | Virginia | 5,249 | 5,641 | 3 | 3 | 62.8% |
| 10. | Michigan | 5,083 | 5,517 | 3 | 3 | 64.2% |
| 11. | North Carolina | 5,008 | 5,402 | 2 | 2 | 66.6% |
| 12. | Ohio | 4,782 | 5,088 | 3 | 2 | 64.8% |
| 13. | Unknown | 76,394 | 87,384 | 4 | 4 | 58.3% |
| 14. | Other | 69,886 | 78,424 | 3 | 3 | 63.4% |
| 15. | **Totals** | **251,996** | **285,802** | **3** | **4** | **59.8%** |

[1] An action occurs anytime the visitor views a new webpage, follows a link or takes any other action on the website.
[2] The Bounce Rate is the percentage of visitors who leave website after viewing only one page.



**CHART 1: WEBSITE VISITS FREQUENCY MAP**

Unique visitors (Sum)

247                              19,369

© 2017 BrownGreer PLC.

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*

No. 2:12-md-02323 (E.D. Pa.)

**CLAIMS ADMINISTRATOR UPDATE**

(AS OF 6/5/17)

| TABLE 2 | PRE-REGISTRATION SIGN-UPS FOR FUTURE INFORMATION | | | | | | |
|---|---|---|---|---|---|---|---|
| | Sign-Up Method | Retired Player | Authorized Rep | Attorney for Player or Family | Family Member | Other/ Unknown | Total |
| **1.** | Website | 5,786 | 440 | 353 | 1,594 | 773 | 8,946 |
| **2.** | Call Center | 1,310 | 18 | 20 | 778 | 225 | 2,351 |
| **3.** | P.O. Box | 40 | 1 | 18 | 12 | 9 | 80 |
| **4.** | CA Inbox | 207 | 11 | 349 | 86 | 167 | 820 |
| **5.** | Other | 3 | 0 | 3 | 5 | 14 | 25 |
| **6.** | **Totals** | **7,346** | **470** | **743** | **2,475** | **1,188** | **12,222** |



**CHART 2: QUARTERLY INFORMATIONAL SIGN-UPS**

| | 2014 Q3 | Q4 | 2015 Q1 | Q2 | Q2 | Q3 | Q4 | 2016 Q1 | Q2 | Q3 | Q4 | 2017 Q1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Website | 2,724 | 873 | 239 | 469 | 316 | 326 | 358 | 990 | 1,364 | 438 | 849 | |
| Call Center | 1,635 | 359 | 76 | 119 | 41 | 25 | 22 | 15 | 41 | 11 | 7 | |
| P.O. Box | 23 | 12 | 6 | 3 | 2 | 1 | 5 | 4 | 5 | 16 | 3 | |
| CA Inbox | 9 | 63 | 23 | 35 | 5 | 20 | 77 | 106 | 213 | 105 | 164 | |
| Other | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 3 | 3 | 3 | 12 | |
| Totals | 4,391 | 5,699 | 6,044 | 6,671 | 7,036 | 7,408 | 7,870 | 8,988 | 10,614 | 11,187 | 12,222 | |

| TABLE 3 | PRE-REGISTRATION CORRESPONDENCE AND CLAIMS ADMINISTRATOR RESPONSES | | | |
|---|---|---|---|---|
| | Representation Status | Letters / Emails / Phone Calls / Faxes Received | Responses Sent | Response Not Required |
| **1.** | Pro Se or Unknown | 638 | 577 | 61 |
| **2.** | Represented | 654 | 586 | 68 |
| **3.** | **Totals** | **1,292** | **1,163** | **129** |

| TABLE 4 | OPT-OUT SUMMARY | | | |
|---|---|---|---|---|
| | Settlement Class Member Type | Total Received | Revocation Requests Granted | Net Opt-Outs |
| | **A. Timely Opt Out Requests Containing All Information Required by Section 14.2(a) or Otherwise Approved by the Court** | | | |
| **1.** | Retired NFL Football Players | 185 | 58 | **127** |
| **2.** | Relatives of a Retired NFL Football Player | 23 | 4 | **19** |
| **3.** | **Totals** | **208** | **62** | **146** |
| | **B.  Opt Out Requests That Were Untimely and/or Did Not Contain All Information Required by Section 14.2(a)** | | | |
| **4.** | Retired NFL Football Players | 26 | | |
| **5.** | Relatives of a Retired NFL Football Player | 1 | | |
| **6.** | **Totals** | **27** | | |
| **7.** | **Grand Totals** | **235** | **62** | **146** |

© 2017 BrownGreer PLC.



# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## Weekly Communications Summary
## (As of 6/5/17)



**CHART 1:  LAST WEEK'S COMMUNICATIONS BY TYPE**
**(TOTAL: 696)**

| Calls Received | Calls Made | Emails In/Out | Letters In/Out | Voicemails Received |
|---|---|---|---|---|
| 41% | 17% | 38% | 0% | 5% |
| 284 | 116 | 264 | 0 | 32 |



**CHART 2:  CUMULATIVE COMMUNICATIONS BY TYPE**
**(TOTAL: 14,332)**

| Calls Received | Calls Made | Emails In/Out | Letters In/Out | Voicemails Received |
|---|---|---|---|---|
| 46% | 17% | 32% | <1% | 5% |
| 6,663 | 2,408 | 4,551 | 24 | 686 |



**CHART 3: AVERAGE DURATION OF CALLS RECEIVED (MINUTES)**

| | Last Week | Pro Se | Law Firm |
|---|---|---|---|
| Hold Time | 0.1 | 0.1 | 0.0 |
| Talk Time | 6.8 | 6.8 | 8.6 |



**CHART 4: AVERAGE DURATION OF CALLS MADE (MINUTES)**

| | Last Week | Pro Se | Law Firm |
|---|---|---|---|
| Hold Time | 0.1 | 0.2 | 0.0 |
| Talk Time | 4.7 | 4.1 | 6.6 |

© 2017 BrownGreer PLC



# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## Weekly Communications Summary
## (As of 6/5/17)

### CHART 5: CALL AND EMAIL VOLUME BY WEEK



|  | 4/16/17 | 4/23/17 | 4/30/17 | 5/7/17 | 5/14/17 | 5/21/17 | 5/28/17 | 6/4/17 |
|---|---|---|---|---|---|---|---|---|
| Calls Received | 436 | 417 | 347 | 258 | 396 | 317 | 430 | 284 |
| Calls Made | 139 | 164 | 94 | 141 | 161 | 145 | 179 | 116 |
| Emails In/Out | 341 | 395 | 272 | 393 | 493 | 481 | 240 | 264 |

© 2017 BrownGreer PLC

# NFL CONCUSSION SETTLEMENT

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

## Weekly Communications Summary
## (As of 6/5/17)



### CHART 6:  FIRST CALL RESOLUTION

- Follow-up Required 11 (4%): 11
- Resolved During Call 273 (96%): 273



### CHART 7:  TRENDING COMMUNICATION TOPICS

- Change in Lawyers: 89 (16%)
- General Settlement Information: 78 (14%)
- Registration Status – Retired Player: 62 (11%)
- Portal Access Request: 45 (8%)
- Baseline Assessment Program (BAP): 32 (6%)
- BAP – Appointment Request: 30 (5%)
- Represented Claimant: 26 (5%)
- Notice Questions – Registration: 25 (4%)
- Claim Package Status – Retired Player: 25 (4%)
- Liens – Non-Medical: 19 (3%)

"Trending" means the topic received at least three communications last week. We display a maximum of 10 topics in this Chart.

■ Calls Received   ■ Calls Made   ■ Emails In/Out   ■ Letters In/Out

© 2017 BrownGreer PLC

 **CONCUSSION SETTLEMENT**

*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

| | Weekly Communications Summary (As of 6/5/17) | | |
|---|---|---|---|
| | **Topic** | **Total** | **%** |
| 1. | General Support | 334 | 59% |
| 2. | General Settlement Information | 78 | 14% |
| 3. | BAP – Appointment Request | 30 | 5% |
| 4. | Baseline Assessment Program (BAP) | 32 | 6% |
| 5. | Change in Lawyers | 89 | 16% |
| 6. | MAF Physicians | 13 | 2% |
| 7. | Mailing Request(s) | 6 | 1% |
| 8. | Portal Access Request | 45 | 8% |
| 9. | Portal Navigation | 13 | 2% |
| 10. | Represented Claimant | 26 | 5% |
| 11. | Transfer to Firm Contact | 1 | <1% |
| 12. | Unauthorized Third-Party | 1 | <1% |
| 13. | Registration Support | 118 | 21% |
| 14. | Registration Process – Retired Player | 17 | 3% |
| 15. | Registration Process – Representative | 17 | 3% |
| 16. | Registration Process – Derivative | 1 | <1% |
| 17. | Registration Status – Retired Player | 62 | 11% |
| 18. | Registration Status – Representative | 15 | 3% |
| 19. | Registration Status – Derivative | 6 | 1% |
| 20. | Claim Package Support | 55 | 10% |
| 21. | Claim Package Status – Retired Player | 25 | 4% |
| 22. | Claim Package Status – Representative | 3 | <1% |
| 23. | Claim Package Status – Derivative | 1 | <1% |
| 24. | Claim Package Submission Process – Retired Player | 15 | 3% |
| 25. | Claim Package Submission Process – Representative | 6 | 1% |
| 26. | Claim Package Submission Process – Derivative | 5 | <1% |
| 27. | Claims Process | 22 | 4% |
| 28. | Liens – Non-Medical | 19 | 3% |
| 29. | Monetary Award Fund (MAF) Claims | 3 | <1% |
| 30. | Notice Questions | 36 | 6% |
| 31. | Notice Questions – Registration | 25 | 4% |
| 32. | Notice Questions – MAF | 11 | 2% |
| 33. | TOTAL | 565 | 100% |

© 2017 BrownGreer PLC