IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION <br><br> THIS DOCUMENTS RELATES TO ALL ACTIONS | MDL No. 2323 <br> No. 12-md-2323-AB |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

        Kindly enter the appearance of Logan N. Anderson, Esquire, of Pepper Hamilton, LLP, as additional counsel of record for the Defendants National Football League and NFL Properties LLC in the above captioned matter.

Dated:  June 21, 2017
        Respectfully submitted,

        /s/ Logan N. Anderson
        Logan N. Anderson (PA 320776)
        PEPPER HAMILTON LLP
        3000 Two Logan Square
        Eighteenth & Arch Streets
        Philadelphia, PA 19103-2799
        andersonl@pepperlaw.com
        Telephone:  (215) 981-4474

## CERTIFICATE OF SERVICE

I, Logan N. Anderson, hereby certify that on June 21, 2017, I electronically filed the foregoing ENTRY OF APPEARANCE and electronically served it via the Court's CM/ECF system upon all counsel of record.

Dated:  June 21, 2017

/s/ Logan N. Anderson
Logan N. Anderson (PA 320776)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
andersonl@pepperlaw.com
 Telephone:  (215) 981-4474
