**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | §<br>§<br>§<br>§<br>§ | No. 12-md-2323 (AB)<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| ----------------------------------------------- | §<br>§<br>§<br>§ | |
| THIS DOCUMENT RELATES TO: | §<br>§ | NOTICE OF<br>ATTORNEYS' LIEN<br>AS TO STEVE WARREN |
| Plaintiffs' Master Administrative Long-Form Complaint and Rafferty, et al v. The National Football League No. 4:12-cv-02302 USDC, EDPA. 2:12-cv-04741 | §<br>§<br>§<br>§<br>§<br>§<br>§ | |
| STEVE WARREN | § | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Petitioners Matthew C. Matheny and Jacqueline Ryall, former attorneys for Plaintiff in the above-entitled action, hereby notify the Court and all parties that they have a lien in this case for reasonable attorneys' fees, plus expenses, as set forth in the accompanying Petition to Establish Attorneys' Lien.

Dated:  June 21, 2017

By:_____/s/_____
        MATTHEW C. MATHENY
        STATE BAR NUMBER: 24039040
        mmatheny@provostumphrey.com
        JACQUELINE RYALL
        STATE BAR NUMBER: 17469445
        jryall@provostumphrey.com

        PROVOST ☆ UMPHREY
        LAW FIRM, L.L.P.
        Attorney at Law
        Post Office Box 4905

Beaumont, Texas 77704
(409) 835-6000
(409) 838-8888 - Fax Number

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2017, I caused the foregoing Notice of Attorneys'

Lien to be served via the Electronic Case Filing (ECF) system in the United States

District of Pennsylvania, on all parties registered for CM/ECF in the above captioned

matter.

/s/
By:_____
   MATTHEW C. MATHENY