```
            UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF PENNSYLVANIA


IN RE: NATIONAL FOOTBALL LEAGUE   )   12-MDL-2323-AB
PLAYERS' CONCUSSION INJURY        )
LITIGATION                        )
                                  )
_____)
                                  )
Kevin Turner and Shawn Wooden,    )   Philadelphia, PA
on behalf of themselves and       )   April 13, 2017
others similarly situated,        )   10:13 a.m.
                                  )
        Plaintiffs,               )
                                  )
    vs.                           )
                                  )
National Football League and      )
NFL Properties, LLC,              )
successor-in-interest to          )
NFL Properties, Inc.,             )
                                  )
        Defendants.               )
_____)


           TRANSCRIPT OF TELEPHONE CONFERENCE
         BEFORE THE HONORABLE ANITA B. BRODY
             UNITED STATES DISTRICT JUDGE



APPEARANCES:

For Kevin Turner,        TERRIANNE BENEDETTO, ESQUIRE
et al:                   SEEGER WEISS, LLP
                         1515 Market Street
                         Suite 1380
                         Philadelphia, PA  19102


For Charles              SOL H. WEISS, ESQUIRE
Easterling, et al:       ANAPOL, SCHWARTZ, WEISS, COHAN,
                         One Logan Square
                         130 North 18th Street
                         Suite 1600
                         Philadelphia, PA  19103
```

APPEARANCES: Continued

```
For Marvin Jones,        STEVEN C. MARKS, ESQUIRE
et al:                   PODHURST ORSECK, PA
                         Sun Trust International Center
                         One Southeast 3rd Avenue
                         Miami, FL  33130

For National Football    LYNN B. BAYARD, ESQUIRE
League:                  DOUGLAS BURNS, ESQUIRE
                         PAUL, WEISS, RIFKIND, WHARTON
                         & GARRISON, LLP
                         1285 Avenue of the Americas
                         New York, NY  10019


For Class Member         RICHARD L. SCHEFF, ESQUIRE
Jim McCabe:              MONTGOMERY MCCRACKEN
                         123 South Broad Street
                         Avenue of the Arts
                         Philadelphia, PA  19109



Audio Operator:          JAMES F.G. SCHEIDT


Transcribed by:          DIANA DOMAN TRANSCRIBING, LLC
                         P.O. Box 129
                         Gibbsboro, New Jersey  08026
                         Office:  (856) 435-7172
                         Fax:     (856) 435-7124
                         Email:   dianadoman@comcast.net
```


Proceedings recorded by electronic sound recording, transcript produced by transcription service.

I N D E X

ARGUMENTS:                                                              PAGE

  By Ms. Benedetto                                                        4

  By Mr. Scheff                                                         5, 9

  By Ms. Bayard                                                           8

1           (The following was heard in Chambers at 11:41 a.m.)
2           COURTROOM DEPUTY:  We're on the record, Judge.
3           THE COURT:  I didn't get that, Mr. Weiss, who is --
4    who is --
5           MR. WEISS:  Sol Weiss, Your Honor.
6           THE COURT:  Oh, Sol Weiss, okay.  Okay.  All right.
7    Who's going to be speaking --
8           MR. MARKS:  And good morning, Your Honor, Steve
9    Marks with Podhurst Orseck.
10          THE COURT:  Who?  Steve --
11          MR. MARKS:  Steve Marks with Podhurst Orseck, also
12   class counsel.
13          THE COURT:  Oh.  All right, who's going to be
14   speaking for class counsel?
15          MS. BENEDETTO:  TerriAnne Benedetto, Your Honor.
16          THE COURT:  Okay, Ms. Benedetto.  And, Mr. Scheff,
17   will you be speaking for Mr. McCabe?
18          MR. SCHEFF:  I will, Your Honor.
19          THE COURT:  Is Mr. McCabe on the phone?
20          MR. SCHEFF:  No, he's not, Your Honor.
21          THE COURT:  Okay.  All right, Ms. Benedetto, why
22   don't you tell us what this is about since we now have counsel
23   for defendant.
24          MS. BENEDETTO:  Your Honor, yes, we received some
25   information from class members who wanted to remain anonymous

1   about calls that they had received from NFL Case Consulting of
2   which Mr. McCabe is the President, and our concerns were that
3   we -- we wanted to make sure that no class members received
4   inaccurate information concerning who NFL Case Consulting --
5   NFL Case Consulting are, you know, that they were not
6   affiliated with the NFL and that they were not approved by the
7   Court and Your Honor.
8            And, also to make sure that no one promised they
9   were going to send them to medical providers after the
10  effective date because as we know that only BAP providers and
11  MAF physicians can provide qualifying diagnoses after the
12  January 7, 2017 effective date, and also to make sure that no
13  one's being guaranteed that they're going to get a qualifying
14  diagnosis by using NFL Case Consulting.
15           And we have had a letter -- a letter from NFL Case
16  Consulting's counsel and we've also had a couple of conference
17  calls and we're trying to see if we can work it out.
18           THE COURT:  Okay.  Mr. Scheff?
19           MR. SCHEFF:  Your Honor --
20           THE COURT:  Yes.
21           MR. SCHEFF:  -- yes, thank you.  Just by way of
22  background, this is a company and these are people who have
23  spent a lot of time in this field.  They did a lot of work in
24  the BP settlement so it's not like they're a fly-by-night
25  organization.  When I was retained, the company -- we then did

1  an internal investigation.

2          They record all of their telephone calls.  We went
3  through their material.  What was in the recorded telephone
4  conversations was not consistent with what was in the
5  submission by class counsel.  We promptly told class counsel
6  that.

7          Notwithstanding, we reviewed their materials, we
8  brought in compliance counsel.  Some tweaks and changes have
9  been made to some of their materials.  We shared that with
10 class counsel last week.  We had a conversation yesterday and
11 all of this, Your Honor, was with the goal of not going to war
12 with class counsel or with the Court or anybody regarding --

13         THE COURT:  Nobody goes to war with me, Mr. Scheff.
14 I'm not part of the war, okay?

15         MR. SCHEFF:  Thank you, Your Honor.  But simply to
16 make sure that everyone understood that what we were doing was
17 appropriate in our view and if there were concerns, that we
18 would address them, so we've always been trying to resolve it.

19         We think we have the framework of the resolution as
20 Ms. Benedetto said to the Court a few minutes ago, you know,
21 that was reached yesterday, and so we're working on
22 (inaudible) which would then be shared with class counsel for
23 comments and also I think go up on the -- on the NFL website
24 or the settlement website.

25         So, you know, I -- I think what we needed -- and

1  obviously Ms. Benedetto can correct me if I'm -- if I'm
2  misstating anything, is that you know, we need a little time
3  just to finalize what we're doing.  I don't think it's going
4  to take a huge amount of time.
5          If we -- if we got a couple of weeks, I think that
6  would be fine and hopefully then we could put this to bed to
7  the satisfaction of class counsel and the Court.
8          THE COURT:  Ms. Benedetto, does that meet with your
9  approval?
10         MS. BENEDETTO:  Yes, Your Honor, we haven't yet put
11 pen to paper on -- on the language, but a couple weeks should
12 give us plenty of time to do that.
13         THE COURT:  But the only thing I'm concerned about
14 is that these letters don't go out in the interim.  What's
15 happening in the interim?
16         MR. SCHEFF:  Well, Your Honor, they're -- they're in
17 business and we don't think there's anything that they're
18 doing which is inappropriate.  They have not made affirmative
19 calls over the last couple weeks since this was filed.  We're
20 certainly happy to share our materials with class counsel, but
21 we don't see any reason why they shouldn't be in business.
22 They are --
23         THE COURT:  I'm not taking them out of business, but
24 you have NFL -- NFL Case Consulting, LLC, that's what
25 interested me most, is --

1             MR. SCHEFF:  That's not been the basis of the claim

2    that was filed and it's not been the basis of the allegations

3    in the injunction that that is problematic in and of itself.

4             THE COURT:  Is that --

5             MS. BAYARD:  Your Honor, if I may address that?

6    It's Lynn Bayard on behalf of the NFL.

7             THE COURT:  Yes.

8             MS. BAYARD:  We did share this -- we shared the same

9    concern that the Court has.  As we had discussed with class

10   counsel, we thought it was appropriate for class counsel to

11   make the first effort in protecting the class members from

12   these sorts of communications because we thought the substance

13   of them was potentially harmful and potentially deceitful.

14            But we are also deeply concerned that there are some

15   class members who may believe that these communications are

16   coming from the NFL itself because as these materials are

17   protected, they do use the NFL's trademark in a manner that we

18   think is confusing.

19            We're happy to hear that there is a potential

20   resolution in the works.  This is the first time we've heard

21   it, and we're certainly willing to get involved in those

22   discussions to make sure that Your Honor's concern about the

23   NFL mark and our concern about the NFL mark is included in any

24   such resolution, but we do think that in the interim, the mark

25   should not be used in any confusing way.

1            MR. SCHEFF:  Your Honor, this is Richard Scheff.
2   This is the first time I'm hearing any concern at all about an
3   NFL trademark, that they affirmatively say that they're not
4   affiliated with the NFL in any respect.
5            I'm happy to have a dialogue with anyone concerning
6   these issues, but none of the papers that were filed with the
7   Court, you know, ten days ago was (inaudible) issue in any
8   respect, so this is new information but I'm happy to talk to
9   anybody about it.
10           THE COURT:  Okay.  Let's -- let's give you a couple
11  days -- until Monday and see whether you can resolve it.  If
12  you don't, Ms. Bayard, I suggest that you file papers.
13           MS. BAYARD:  Sure, Your Honor, we'll do that.
14           THE COURT:  So I'll expect to hear from you and then
15  I'll -- you can ask me for whatever's appropriate and some
16  immediate relief if that's -- if that's -- if you believe
17  that's what's appropriate.  Does Mr. Scheff know your
18  telephone number, Ms. Bayard?
19           MR. SCHEFF:  I do not, Your Honor.
20           THE COURT:  It's --
21           MS. BAYARD:  I'm happy to get --
22           THE COURT:  Okay, just tell him what law firm --
23  what law firm are you from?  Ms. Bayard, just tell him what
24  law firm you're from and then I'm sure he can find you.
25           MS. BAYARD:  From (inaudible 11 49 29).

1        MR. SCHEFF:  Okay, that's fine, we'll track you
2   down.
3        MS. BAYARD:  Great.
4        THE COURT:  Okay, so I suggest that you have an
5   immediate conversation and talk about it because I am
6   concerned about the letter.  I mean, I'll express that to you,
7   I am concerned about the letter so why don't you -- why don't
8   you both -- Ms. Benedetto, Ms. Bayard and Mr. Scheff, why
9   don't you do some talking and I'll give you until -- let me
10  find a date -- all right, how about April 28th, okay?  I
11  expect to hear from you by April 28th, a written -- a written
12  communication, okay, Ms. Benedetto?
13       MS. BENEDETTO:  Yes, Your Honor.
14       THE COURT:  All right.  Ms. Bayard?
15       MS. BAYARD:  Yes, Your Honor, thank you.
16       THE COURT:  Okay.  And I will -- I will follow up
17  and if you have anything to submit to me, I believe it's -- I
18  think I have jurisdiction because I think it is related to the
19  head concussion case.
20       MS. BENEDETTO:  I'm sorry, Your Honor, someone has
21  an open -- someone's outdoors or I don't know, but I have
22  trouble hearing Your Honor.
23       THE COURT:  Oh, who is this?
24       MS. BENEDETTO:  This is Terri Benedetto, I couldn't
25  -- I couldn't hear what Your Honor was saying because it

1  sounded like someone was outdoors.  I think they just muted
2  their phone.
3              THE COURT:  Oh, I didn't.  Did anyone else mute
4  their phone?  Hello?
5              UNIDENTIFIED SPEAKER: Yes, Your Honor.
6              THE COURT:   What?
7              UNIDENTIFIED SPEAKER:   Hello?
8              THE COURT:   Ms. Benedetto --
9              MS. BENEDETTO:   We heard the feedback is what, Your
10 Honor.
11             THE COURT:   Okay.  Well, I left -- I want a report
12 from the three of you on or before the -- April 28th, okay?
13 That's a week from Friday.
14             MR. SCHEFF:   Yes, Your Honor.
15             THE COURT:   And if in fact, Ms. Bayard, you wish to
16 submit some papers, I think -- I mean, I'd have to examine it
17 of course but I think that I would have jurisdiction to hear
18 it.
19             MS. BENEDETTO:   I'm sorry, Your Honor, but Your
20 Honor said a week from Friday?  That would be the 21st.
21             THE COURT:   A week from Friday is -- oh, I'm sorry.
22 Oh, you're absolutely --
23             MR. SCHEFF:   That's correct.
24             THE COURT:   21st, yes, the 21st, that's the right
25 date.  I'm sorry.

1         MS. BENEDETTO:  Yes.

2         THE COURT:  I'm pushing it -- yes, the 21st, I want

3    to hear something by the 21st and, Ms. Bayard, if you wish --

4    obviously you're going to have to make an independent judgment

5    of whether it should be brought in front of me, but I think

6    that it's probably appropriate.  Okay?

7         ALL COUNSEL:  Thank you, Your Honor.

8         THE COURT:  Okay, all right, thank you very much.

9    Get to work.  Bye.

10             (Proceedings concluded, 11:52 a.m.)

11                              * * *

12

13

14              **C E R T I F I C A T I O N**

15

16        I, Diane Gallagher, court approved transcriber,

17   certify that the foregoing is a correct transcript from the

18   official electronic sound recording of the proceedings in the

19   above-entitled matter.

20

21

22   _____     _____

23   DIANE GALLAGHER                     DATE

24   DIANA DOMAN TRANSCRIBING, LLC