## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION § § § § § § § THIS DOCUMENT RELATES TO: § § Plaintiffs' Master Administrative Long-form Complaint and: § § § Robert Holt, et al v. National Football League, et al. (Plaintiffs Rickey Dixon and Lorraine Dixon ONLY) § § § § Court File No.  12-cv-4185 § § | MDL No. 2323  C.A. No. 2:12-md-02323-AB |

## NOTICE OF APPEARANCE

The undersigned attorney makes his appearance in this case and shall appear as counsel of record for plaintiffs Lorraine Dixon and Rickey Dixon.

**WATERS & KRAUS, LLP**

*/s/ Charlie P. Stern*
Charlie P. Stern
Georgia Bar No. 204787
3141 Hood Street, Suite 700
Dallas, Texas 75204
Tel. (214) 357-6244
Fax. (214) 357-7252
cstern@waterskraus.com

ATTORNEY FOR
LORRAINE DIXON AND
RICKEY DIXON

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document, and all related attachments, was served via electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record and to those registered to receive a Notice of Electronic Filing for this case on this the 21st day of June, 2017.

*/s/ Charlie P. Stern*
Charlie P. Stern