UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>　　　　　　　　　Defendants. | Civ. Action No.: 14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## STIPULATION AND [PROPOSED] ORDER[1]

This Stipulation and Agreement, dated June [22], 2017, is made and entered into by and among the National Football League and NFL Properties LLC (the "NFL Parties"), and Class Counsel (collectively, the "Parties").

WHEREAS, on April 22, 2015, this Court issued a Memorandum (ECF No. 6509) and Final Order and Judgment (ECF No. 6510), and on May 8, 2015, an amended Final Order and Judgment (ECF No. 6534), approving the Settlement Agreement in its entirety;

---

[1] Unless otherwise noted, the terms used in this Order that are defined in the Settlement Agreement have the same meanings in this Order as in the Settlement Agreement.

WHEREAS, on May 4, 2015, Claims Administrator BrownGreer PLC, in accordance with the Final Order and Judgment and the Settlement Agreement, filed the list of Opt Outs who timely submitted proper requests to opt out in compliance with Section 14.2(a) of the Settlement Agreement, including Retired NFL Football Players Michael Bass and Jeffrey Wright (ECF No. 6533);

WHEREAS, Michael Bass and Jeffrey Wright have since submitted written requests seeking to revoke their Opt Out requests (*see* Exhibit 1 (Declaration of Orran L. Brown, Sr.));

WHEREAS, the Parties have agreed to accept the revocation requests submitted by Michael Bass and Jeffrey Wright, subject to Court approval, because they submitted the requests before Opt Out litigation has commenced in this Court;

**AND NOW**, this [22nd] day of June, 2017, it is hereby stipulated and agreed by the Parties that the revocation requests submitted by Michael Bass and Jeffrey Wright are accepted, subject to Court approval, because they submitted the requests before Opt Out litigation has commenced in this Court.

It is so STIPULATED AND AGREED,

By: _____     By: _Brad S. Karp_ (BK)

Date: __6/22/17__                 Date: __6/22/17__

Christopher Seeger               Brad S. Karp
**SEEGER WEISS LLP**             **PAUL, WEISS, RIFKIND, WHARTON**
77 Water Street                  **& GARRISON LLP**
New York, NY 10005               1285 Avenue of the Americas
Phone: (212) 584-0700            New York, NY 10019-6064
cseeger@seegerweiss.com          Phone: (212) 373-3000
                                 bkarp@paulweiss.com

*Class Counsel*                  *Counsel for the NFL Parties*

It is so **ORDERED**, based on the above Stipulation and the accompanying Declaration of Orran L. Brown, Sr., that the revocation requests submitted by Michael Bass and Jeffrey Wright are approved and the Claims Administrator is **DIRECTED** to post a revised list of Opt Outs forthwith excluding Michael Bass and Jeffrey Wright.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:      Copies **MAILED** on _____ to:

3