IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>THIS DOCUMENTS RELATES TO ALL ACTIONS | MDL No. 2323<br>No. 12-md-2323-AB |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter the appearance of Babatunde M. Cadmus, Esquire, of Pepper Hamilton, LLP, as additional counsel of record for the Defendants National Football League and NFL Properties LLC in the above captioned matter.

Dated:  June 22, 2017                       Respectfully submitted,

                                            */s/ Babatunde M. Cadmus*
                                            Babatunde M. Cadmus (PA 321455)
                                            PEPPER HAMILTON LLP
                                            3000 Two Logan Square
                                            Eighteenth & Arch Streets
                                            Philadelphia, PA 19103-2799
                                            cadmusb@pepperlaw.com
                                            Telephone:  (215) 981-4019

## CERTIFICATE OF SERVICE

I, Babatunde M. Cadmus, hereby certify that on June 22, 2017, I electronically filed the foregoing ENTRY OF APPEARANCE and electronically served it via the Court's CM/ECF system upon all counsel of record.

Dated:  June 22, 2017

        */s/ Babatunde M. Cadmus*
        Babatunde M. Cadmus (PA 321455)
        PEPPER HAMILTON LLP
        3000 Two Logan Square
        Eighteenth & Arch Streets
        Philadelphia, PA 19103-2799
        cadmusb@pepperlaw.com
        Telephone:  (215) 981-4019