UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:**<br><br>Robert Kuechenberg, et al.<br>v. National Football League et al.<br>No. 2:12-cv-03535-AB<br><br>**As to Plaintiff HANFORD L. DIXON Only** | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF REORD:

    Jason E. Luckasevic of Goldberg, Persky & White, P.C., Thomas Girardi of Girardi Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby withdraw their appearance as attorneys of record for Plaintiff **HANFORD L. DIXON** only in the above-referenced case.

Dated: June 28, 2017

                           Respectfully submitted,

                           GOLDBERG, PERSKY & WHITE, P.C.

                           By: s/ *Jason E. Luckasevic*
                           Jason E. Luckasevic, Esquire
                           (PA Bar No. 85557)
                           11 Stanwix Street, Suite 1800
                           Pittsburgh, PA 15222
                           Telephone: (412) 471-3980
                           Facsimile: (412) 471-8308
                           *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2017 the foregoing Notice of Withdrawal of Appearance was electronically filed. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

GOLDBERG, PERSY & WHITE, P.C.

By: s/ *Jason E. Luckasevic*