# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL OPT OUT PLAINTIFFS (*see Attachment A for a complete list of actions involving Opt Out Plaintiffs*) | **Hon. Anita B. Brody** |

## ORDER

**AND NOW**, this 28 day of June, 2017, it is **ORDERED** that the Opt-Out Plaintiffs' Motion for Leave to File a Second Amended Master Administrative Long-Form Complaint (ECF No. 7557) is **GRANTED**.[1] The Opt-Out Plaintiffs are granted leave to file their Second Amended Master Administrative Long-Form Complaint on or before **July 11, 2017**.

_____
ANITA B. BRODY, J.
United States District Judge

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

O:\ABB 2017\L - Z\NFL Order Granting Opt Outs Leave_fn.docx

---

[1] The Court takes note of the NFL's argument, in its Response, objecting to Paragraphs 27-31 of the Proposed Second Amended Master Administrative Long-Form Complaint. The NFL may reassert this argument in motion practice, at a later stage in this litigation.

**ATTACHMENT A**

### List of Pending Actions in MDL No. 2323 Involving Opt Out Plaintiffs

1. *Abdullah, et al. v. NFL, et al.* (12-cv-6774)
2. *Adams, et al. v. NFL, et al.* (13-cv-7661)
3. *Allen, et al. v. NFL, et al.* (13-cv-5439)
4. *Anderson, et al. v. NFL, et al.* (13-cv-2325)
5. *Anderson, et al. v. NFL, et al.* (13-cv-5206)
6. *Andrews, et al. v. NFL, et al.* (12-cv-4632)
7. *Baggs, et al. v. NFL, et al.* (13-cv-5309)
8. *Bailey, et al. v. NFL, et al.* (12-cv-5372)
9. *Ballard, et al. v. NFL, et al.* (13-cv-2244)
10. *Bauman, et al. v. NFL, et al.* (12-cv-4576)
11. *Boyd, et al. v. NFL, et al.* (12-cv-0092)
12. *Brister, et al. v. NFL* (12-cv-3693)
13. *Brodie, et al. v. NFL, et al.* (12-cv-0861)
14. *Bush, et al. v. NFL, et al.* (13-cv-4549)
15. *Cherry, et al. v. NFL* (12-cv-4121)
16. *Culpepper, et al. v. NFL, et al.* (12-cv-2490)
17. *Demarie, et al. v. NFL, et al.* (13-cv-7659)
18. *Douglass v. NFL, et al.* (13-cv-7376)
19. *Duckworth, et al. v. NFL, et al.* (13-cv-4231)
20. *Everitt, et al. v. NFL, et al.* (12-cv-0731)
21. *Finn, et al. v. NFL* (12-cv-1034)
22. *Foreman, et al. v. NFL, et al.* (12-cv-4160)
23. *Garner, et al. v. NFL, et al.* (12-cv-4634)
24. *Gayle v. NFL, et al.* (12-cv-5212)
25. *Hairston, et al. v. NFL, et al.* (12-cv-0989)
26. *Hannah, et al. v. NFL, et al.* (12-cv-3379)
27. *Henderson, et al. v NFL, et al.* (12-cv-3534)
28. *Holt, et al. v. NFL, et al.* (12-cv-4185)
29. *Hopkins, et al. v. NFL, et al.* (12-cv-1239)
30. *Hughes, et al. v. NFL, et al.* (12-cv-1423)
31. *Jani, et al. v. NFL, et al.* (14-cv-2064)
32. *Jones, et al. v. NFL* (12-cv-1027)
33. *Jordan, et al. v. NFL* (12-cv-2802)
34. *Kenney, et al. v. Kansas City Chiefs Football Club, Inc.* (14-cv-4779)
35. *Lewis, et al. v. Kansas City Chiefs Football Club, Inc.* (14-cv-1995)
36. *Little, et al. v. NFL, et al.* (12-cv-2219)
37. *Maxwell, et al. v. NFL, et al.* (12-cv-1023)
38. *Monk, et al. v. NFL, et al.* (12-cv-3533)
39. *Morris, et al. v. NFL, et al.* (12-cv-5210)
40. *Morton v. NFL, et al.* (13-cv-7660)
41. *Parrish v. NFL, et al.* (12-cv-1700)
42. *Pear, et al. v. NFL, et al.* (12-cv-1025)
43. *Pugh, et al. v. NFL, et al.* (12-cv-1165)

44. *Scroggins v. NFL* (16-cv-2058)
45. *Seau, et al. v. NFL, et al.* (13-cv-1531)
46. *Seau, et al. v. NFL, et al.* (13-cv-1532)
47. *Simmons, et al. v. NFL, et al.* (13-cv-6354)
48. *Smith, et al. v. Arizona Cardinals Football Club, LLC* (16-cv-1704)
49. *Smith, et al. v. Kansas City Chiefs Football Club, Inc.* (14-cv-3383)
50. *Stabler, et al. v. NFL, et al.* (12-cv-4186)
51. *Steed v. NFL, et al.* (12-cv-1026)
52. *Sweet, et al. v. NFL, et al.* (12-cv-7214)
53. *Wisniewski, et al. v. NFL, et al.* (12-cv-4187)