## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:  NATIONAL FOOTBALL** | ) | |
| **LEAGUE PLAYERS'** | ) | **MDL No. 2323** |
| **CONCUSSION** | ) | |
| **INJURY LITIGATION** | ) | |
| _____ | ) | |
| This relates to: | ) | **NOTICE OF ATTORNEY'S LIEN** |
| | ) | |
| Plaintiffs' Master Administrative Long | ) | |
| Form Complaint and (if applicable) | ) | |
| | ) | |
| **This document relates to:** | ) | |
| | ) | |
| **Jason Gesser,** Plaintiff, | ) | |
| USDC, EDPA | ) | |
| Docket No. 2:14-cv-02396-AB | ) | |

James R. Dugan, II, attorney for the Plaintiff in the above-entitled action, hereby notifies this Court and all parties that he has a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien.

**DATED:**  July 6, 2017

Respectfully Submitted:

_/s/ James R. Dugan, II_____
**James R. Dugan, II (LSBA No. 24785)**
**The Dugan Law Firm, APLC**
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA  70130
Telephone:  (504) 648-0180
Facsimile:  (504) 648-0181
E-mail:  _jdugan@dugan-lawfirm.com_

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Notice of Attorney's Lien* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.


 */s/ James R. Dugan, II*
**James R. Dugan, II**