# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT APPLIES TO: <br><br> Plaintiff's Master Administrative Long-Form Complaint and: <br><br> <u>Plaintiff Lamont Green</u> | **<u>NOTICE OF ATTORNEY'S LIEN</u>** |

     Robins Cloud, LLP, attorney for Plaintiff Lamont Green in the above named and numbered cause of action, hereby notify this Court and all parties that Robins Cloud, LLP, and their respected attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff Lamont Green.

Dated: July 10, 2017

                                       Respectfully submitted,

                                       Attorney Ian Cloud, Robins Cloud, LLP

                                       By:   /s/ Ian P. Cloud_____
                                                Ian P. Cloud
                                                State Bar No. 00783843
                                                Robins Cloud, LLP
                                                2000 West Loop South. 22nd Floor
                                                Houston, TX 77027

> Tel: (713) 650-1200
> Fax: (713) 650-1400
> icloud@robinscloud.com
>
> **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing Notice of Change of Firm Affiliation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: July 10, 2017                    /s/ Ian P. Cloud
                                        Ian P. Cloud