# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT APPLIES TO: <br><br> Plaintiff's Master Administrative Long-Form Complaint and: <br><br> <u>Plaintiff Ken Hamlin</u> | **<u>NOTICE OF ATTORNEY'S LIEN</u>** |

Robins Cloud, LLP, attorney for Plaintiff Ken Hamlin in the above named and numbered cause of action, hereby notify this Court and all parties that Robins Cloud, LLP, and their respected attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff Ken Hamlin.

Dated: July 10, 2017

        Respectfully submitted,

        Attorney Ian Cloud, Robins Cloud, LLP


        By:   /s/ Ian P. Cloud_____
             Ian P. Cloud
             State Bar No. 00783843
             Robins Cloud, LLP
             2000 West Loop South. 22nd Floor
             Houston, TX 77027
             Tel: (713) 650-1200
             Fax: (713) 650-1400

icloud@robinscloud.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the foregoing Notice of Change of Firm Affiliation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: July 10, 2017                                        /s/ Ian P. Cloud
                                                            Ian P. Cloud