**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) |
| | MDL No. 2323 |
| THIS DOCUMENT APPLIES TO: | |
| Plaintiff's Master Administrative Long-Form Complaint and: | **NOTICE OF ATTORNEY'S LIEN** |
| Plaintiff Julius Williams | |

Robins Cloud, LLP, attorney for Plaintiff Julius Williams in the above named and numbered cause of action, hereby notify this Court and all parties that Robins Cloud, LLP, and their respected attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff Julius Williams.

Dated: July 10, 2017

Respectfully submitted,

Attorney Ian Cloud, Robins Cloud, LLP

By: ___/s/ Ian P. Cloud_____
      Ian P. Cloud
      State Bar No. 00783843
      Robins Cloud, LLP
      2000 West Loop South. 22nd Floor
      Houston, TX 77027

Tel: (713) 650-1200
Fax: (713) 650-1400
icloud@robinscloud.com

**ATTORNEY FOR PLAINTIFFS**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this date, a copy of the foregoing Notice of Change of Firm Affiliation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: July 10, 2017                                    /s/ Ian P. Cloud                                    
                                                                  Ian P. Cloud