**Lieff
Cabraser
Heimann &
Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
t  212.355.9500
f  212.355.9592

July 11, 2017

Wendy R. Fleishman
Partner
wfleishman@lchb.com

**VIA FEDERAL EXPRESS**

The Honorable Anita B. Brody
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 7613
Philadelphia, PA 19106

   RE: *In Re National Foot League Retired Players' Concussion Litigation, No. 12-md-2323(AB), MDL 2323*

Dear Judge Brody:

  We were unable to file the Second Amended Master Long Form Complaint ("SAMLFC") on the electric filing system.  There is no electric "slot" in which to self-identify the filing, therefore it was rejected by the MDL Clerk.

  We spoke with Chambers and pursuant to instructions, we are submitting the SAMLFC by federal express today to the Court Clerk's office and sending two copies to Chambers.  We are electronically serving defense counsel.  The Court has permitted this method of filing to be consistent with the Court's Order dated June 28, 2017.

  We appreciate the Court's attention to this matter.

       Respectfully,

       */s/ Wendy R. Fleishman*

       Wendy R. Fleishman

WRF/wp
cc: Brad Karp, Esq.
1356664.1

San Francisco  New York  Nashville  Seattle  www.lieffcabraser.com