## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 12th day of July, 2017, upon all counsel of record.


Dated:  July 12, 2017                        /s/ Brad S. Karp
                                             Brad S. Karp