IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ) ) ) ) ) ) | MDL No. 2323 |
| This relates to: | ) ) | NOTICE OF ATTORNEY'S LIEN |
| Plaintiffs' Master Administrative Long Form Complaint and (if applicable) | ) ) ) | |
| **This document relates to:** | ) ) | |
| **RONALD MCKINNON,** Plaintiff, USDC, EDPA Docket No. 2:13-cv-06159 | ) ) ) | |

James R. Dugan, II, attorney for the Plaintiff in the above-entitled action, hereby notifies this Court and all parties that he has a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien.

**DATED:** July 13, 2017

                                                Respectfully Submitted:

                                                 /s/ James R. Dugan, II
                                                **James R. Dugan, II (LSBA No. 24785)**
                                                **The Dugan Law Firm, APLC**
                                                One Canal Place
                                                365 Canal Street, Suite 1000
                                                New Orleans, LA  70130
                                                Telephone:  (504) 648-0180
                                                Facsimile:  (504) 648-0181
                                                E-mail:  jdugan@dugan-lawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing *Notice of Attorney's Lien* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

      */s/ James R. Dugan, II*
      **James R. Dugan, II**