**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Opt-Out Plaintiffs' Second Amended Master Administrative Long-Form Complaint and *Simmons, et al. v. National Football League, et al.,* No. 2:13-cv-06354 | SHORT FORM COMPLAINT<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>JURY TRIAL DEMANDED |

**OPT OUT PLAINTIFF SHORT FORM COMPLAINT**

1.     Plaintiff Thomas Clapp, II, and Plaintiff's Spouse Heather Clapp bring this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2.     Plaintiffs are filing this Short Form Complaint as required by this Court's Case Management Order filed April 12, 2017.

3.     Plaintiff and Plaintiff's Spouse opted-out of the Class Action Settlement approved by the Court on May 8, 2015.

4.     Plaintiff and Plaintiff's Spouse incorporate by reference the allegations (as designated below) of the Second Amended Master Administrative Long-Form Complaint, as is fully set forth at length in this Short Form Complaint.

5.     [Fill in if applicable] Plaintiff is filing this case in a representative capacity as the _____ of _____, having been duly appointed as the _____ by the Court of _____. (Cross out sentence below if not applicable.) Copies of the Letters of

~~Administration/Letters Testamentary for a wrongful death claim are annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.~~

6.      Plaintiff Thomas Clapp, II is a resident and citizen of Louisiana, and claims damages as set forth below.

7.      Plaintiff's Spouse, Heather Clapp, is a resident and citizen of Louisiana, and claims damages as a result of loss of consortium proximately caused by the harm suffered by her Plaintiff husband.

8.      Upon information and belief, the Plaintiff sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices.  Upon information and belief, Plaintiff suffers from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff sustained during NFL games and/or practices.  Upon information and belief, the Plaintiff's symptoms arise from injuries that are latent and have developed and continue to develop over time.

9.      The original complaint by Plaintiffs in this matter was filed in the United States District Court for the Eastern District of Louisiana.  If the case is remanded, it should be remanded to the United States District Court for the Eastern District of Louisiana.

10.     Plaintiff(s) claim damages as a result of [check all that apply]:

☑      Injury to Herself/Himself

☐      Injury to the Person Represented

☐      Wrongful Death

☐      Survivorship Action

☑      Economic Loss

☑      Loss of Services

☑      Loss of Consortium

11.      As a result of the injuries to her husband, Thomas Clapp, II, Plaintiff's Spouse, Heather Clapp, suffers from a loss of consortium, including the following injuries:

☑      Loss of martial services;

☑      Loss of companionship, affection or society;

☑      Loss of support; and

☐      Monetary losses in the form of unreimbursed costs she has had to expend for the health care and personal care of her husband.

12.      Plaintiff and Plaintiff's Spouse reserve the right to object to federal jurisdiction.

13.      Plaintiff and Plaintiff's Spouse bring this case against the following Defendants in this action [check all that apply]:

☑      National Football League

☑      NFL Properties, LLC

☑      Riddell, Inc.

☑      All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

☑      Riddell Sports Group, Inc.

☑      Easton-Bell Sports, Inc.

☑      Easton-Bell Sports, LLC

☑      EB Sports Corporation

☑      RBG Holdings Corporation

14.      As to each of the Riddell Defendants referenced above, the claims are asserted are:

☑      design defect;

☑  informational defect;

☐  manufacturing defect;

☑  fraud

15. The Plaintiff wore one or more helmets designed and/or manufactured by the Riddell Defendants during one or more years Plaintiff played in the NFL and/or AFL.

16. Plaintiff played in ☑ the National Football League ("NFL") and/or in ☐ the American Football League ("AFL") during the 1988 football season for the following teams: Tampa Bay Buccaneers.

17. Plaintiff retired from playing professional football after the 1988 season.

## CAUSES OF ACTION

18. Plaintiffs herein adopt by reference the following Counts of the Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]:

☑ Count I (Action for Declaratory Relief – Liability (Against Defendant NFL)

☑ Count II (Negligence (Against Defendant NFL and Riddell Defendants))

☑ Count III (Negligent Marketing (Against all Defendants))

☑ Count IV (Negligence (Against Defendant NFL P and Riddell Defendants))

☑ Count V (Negligent Misrepresentation (Against Defendant NFL and Riddell Defendants))

☑ Count VI (Negligent Hiring (Against Defendant NFL))

☑ Count VII (Negligent Retention/Supervision (Against Defendant NFL))

☑ Count VIII (Fraud (Against all Defendants))

☑ Count IX (Strict Liability/Design Defect (Against the Riddell Defendants))

4

    ☑      Count X (Failure to Warn (Against the Riddell Defendants))

    ☑      Count XI (Negligence (Against the Riddell Defendants))

    ☑      Count XII (Breach of Implied Warranty (Against the Riddell Defendants))

    ☑      Count XIII (Negligent Misrepresentation (Against the Riddell Defendants))

    ☑      Count XIV (Fraud (Against the Riddell Defendants))

    ☑      Count XV (Violation of Consumer Protection Laws (Against the Riddell

         Defendants))

    ☑      Count XVI (Civil Conspiracy (Against all Defendants))

    ☑      Count XVII (Fraudulent Concealment (Against all Defendants))

    ☐      Count XVIII (Wrongful Death (Against all Defendants))

    ☐      Count XIX (Survival Action (Against all Defendants))

    ☑      Count XX (Loss of Consortium (Against all Defendants))

    ☑      Count XXI (Punitive Damages under All Claims (Against all Defendants))

    ☑      Count XXII (Declaratory Relief: Punitive Damages (Against all

         Defendants))

19.     Plaintiff assert the following additional causes of action [write in or attach]:

_____

_____

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff and Plaintiff's Spouse pray for judgment as follows:

A.     An award of compensatory damages, the amount of which will be
determined at trial;

B.     For loss of consortium;

C.   For punitive and exemplary damages as applicable;

D.   For all applicable statutory damages of the state whose laws will govern this

action;

E.   For an award of attorneys' fees and costs;

F.   An award of prejudgment interest and costs of suit; and

G.   An award of such other and further relief as the Court deems just and proper.

## JURY DEMANDED

Pursuant to Federal Rule of Civil Procedure 38, Plaintiffs hereby demand a trial by jury on

all issues so triable.

Dated: July 14, 2017

Respectfully submitted,

*s/ David B. Franco*
David B. Franco (TX# 24072097)
**FRANCOLAW, PLLC**
1001 Studewood Street, 2nd Floor
Houston, Texas  77008
Telephone: (504) 226-5226
Facsimile: (504) 229-6730
Email: dfranco@dfrancolaw.com

Norman F. Hodgins, III
**HODGINS LAW GROUP, LLC**
4700 Highway 22, Suite 596
Mandeville, LA 70471
Tel: (504) 571-9211
Facsimile: (504) 571-9112
Email: norman@hodginslawgroup.com

*Counsel for Plaintiffs*