IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 <br><br> Hon. Anita B. Brody |
| -------------------------------------------- | |
| THIS DOCUMENT RELATES TO: <br><br> Plaintiffs' Master Administrative Long-Form Complaint and Jordan, et al v. The National Football League No. 4:12-cv-01296 USDC, EDPA. 2:12-cv-02802 <br><br> LARRY COLE | NOTICE OF WITHDRAWAL OF APPEARANCE ON BEHALF OF PLAINTIFF LARRY COLE |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of Walter Umphrey, Matthew C. Matheny and Jacqueline Ryall and the Provost Umphrey Law Firm, LLP., on behalf of Plaintiff, **LARRY COLE** <u>ONLY</u> in *Jordan, et al vs. The National Football League, No. 4:12cv-01296 USDC, EDPA 2:12-cv-02802, and In Re National Football League Players' Litigation,* No. 2:12-MD-02323-AB is hereby WITHDRAWN.

Respectfully submitted,

July 18, 2017

By: /s/
    MATTHEW C. MATHENY
    STATE BAR NUMBER: 24039040
    mmatheny@provostumphrey.com
    JACQUELINE RYALL
    STATE BAR NUMBER: 17469445
    jryall@provostumphrey.com

1

PROVOST ✯ UMPHREY
LAW FIRM, L.L.P.
Attorney at Law
Post Office Box 4905
Beaumont, Texas 77704
(409) 835-6000
(409) 838-8888 - Fax Number

### CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2017, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

By: /s/ _____
MATTHEW C. MATHENY

2