IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | § § § § | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | § § § | |
| THIS DOCUMENT RELATES TO: | § § § | Hon. Anita B. Brody |
| Plaintiffs' Master Administrative Long-Form Complaint and | § § § | |
| BRODERICK THOMAS, ET AL | § § | **NOTICE OF WITHDRAWAL OF APPEARANCE ON** |
| V. | § § | **ON BEHALF OF PLAINTIFF, DELMONICO MONTGOMERY** |
| THE NATIONAL FOOTBALL LEAGUE USDC, SDTX NO. 4:12-cv-02875 USDC, EDPA NO. 2:12-cv-05953-AB | § § § | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

w      **PLEASE TAKE NOTICE** that the appearance of Walter Umphrey, Matthew C. Matheny and Jacqueline Ryall and the Provost Umphrey Law Firm, LLP., on behalf of Plaintiff, **Delmonico Montgomery** ONLY in *Thomas, et al vs. The National Football League, No. 4:12cv-02875 USDC, EDPA 2:12-cv-05953, and In Re National Football League Players' Litigation,* No. 2:12-MD-02323-AB is hereby WITHDRAWN.

                                        Respectfully submitted,

July 18, 2017

                          By:_____/s/_____
                               MATTHEW C. MATHENY
                               STATE BAR NUMBER: 24039040
                               mmatheny@provostumphrey.com
                               JACQUELINE RYALL
                               STATE BAR NUMBER: 17469445

jryall@provostumphrey.com

PROVOST ✯ UMPHREY
LAW FIRM, L.L.P.
Attorney at Law
Post Office Box 4905
Beaumont, Texas 77704
(409) 835-6000
(409) 838-8888 - Fax Number

### CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2017, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

By: /s/ _____
    MATTHEW C. MATHENY