UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>**Opt-Out Plaintiffs' Second Amended Master Administrative Long-Form Complaint and (if applicable)**<br>N/A | No. 12-md-2323(AB)<br><br>MDL No. 2323<br><br>SHORT FORM COMPLAINT<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF OPT OUT PLAINTIFF KEITH FAHNHORST SHORT FORM COMPLAINT AGAINST NFL DEFENDANTS

1. WHEREAS Plaintiff, Keith Fahnhorst submits this Notice of Withdrawal in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2. WHEREAS on July 14, 2017, Plaintiff submitted an Opt Out Short Form Complaint Against NFL Defendants in accordance with the Court's April 12, 2017 order.

3. WHEREAS in his Opt Out Short Form Complaint Against NFL Defendants, Plaintiff reserved any and all rights and relief to request to revoke his opt out from the settlement class in order to participate in the settlement.  *See generally* Plaintiffs' Opt Out Short Form Complaint Against NFL Defendants at n.1.

3. WHEREAS Plaintiff submitted a Request to Revoke Opt-Out, which the Court accepted, permitting Plaintiff to revoke his opt out and establishing Plaintiff as a settlement class member.

4. NOW THEREFORE Plaintiff hereby withdraws his Opt Out Short Form Complaint filed on July 14, 2017 as Plaintiff is no longer an opt-out to the litigation.

Dated: July 19, 2017  　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: */s/ Robert A. Stein*
　　　　　　　　　　　　　　　　　　ROBERT A. STEIN
　　　　　　　　　　　　　　　　　　2313 Cedar Shore Drive
　　　　　　　　　　　　　　　　　　Minneapolis, MN 55416
　　　　　　　　　　　　　　　　　　Tel: (612) 886-3582
　　　　　　　　　　　　　　　　　　Email: rastein66@aol.com

　　　　　　　　　　　　　　　　　　By:  */s/ Daniel J. Kurowski*
　　　　　　　　　　　　　　　　　　Daniel J. Kurowski
　　　　　　　　　　　　　　　　　　HAGENS BERMAN SOBOL SHAPIRO LLP
　　　　　　　　　　　　　　　　　　455 N. Cityfront Plaza Drive, Suite 2410
　　　　　　　　　　　　　　　　　　Chicago, IL 60611
　　　　　　　　　　　　　　　　　　Phone: (708) 628-4963
　　　　　　　　　　　　　　　　　　Fax: (708) 628-4963
　　　　　　　　　　　　　　　　　　Email: dank@hbsslaw.com

　　　　　　　　　　　　　　　　　　Steve W. Berman
　　　　　　　　　　　　　　　　　　HAGENS BERMAN SOBOL SHAPIRO LLP
　　　　　　　　　　　　　　　　　　1918 Eighth Avenue, Suite 3300
　　　　　　　　　　　　　　　　　　Seattle, WA 98101
　　　　　　　　　　　　　　　　　　Tel:  (206) 623-7292
　　　　　　　　　　　　　　　　　　Fax: (206) 623-0594
　　　　　　　　　　　　　　　　　　Email: steve@hbsslaw.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*