UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>**Opt-Out Plaintiffs' Second Amended Master Administrative Long-Form Complaint and (if applicable)**<br>N/A | No. 12-md-2323(AB)<br><br>MDL No. 2323<br><br>SHORT FORM COMPLAINT<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF OPT OUT PLAINTIFF STEVEN PREECE SHORT FORM COMPLAINT AGAINST NFL DEFENDANTS

1.  WHEREAS Plaintiff, Steven Preece submits this Notice of Withdrawal in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2.  WHEREAS on July 14, 2017, Plaintiff submitted an Opt Out Short Form Complaint Against NFL Defendants in accordance with the Court's April 12, 2017 order.

3.  WHEREAS in his Opt Out Short Form Complaint Against NFL Defendants, Plaintiff reserved any and all rights and relief to request to revoke his opt out from the settlement class in order to participate in the settlement.  *See generally* Plaintiffs' Opt Out Short Form Complaint Against NFL Defendants at n.1.

3.  WHEREAS Plaintiff submitted a Request to Revoke Opt-Out, which the Court accepted, permitting Plaintiff to revoke his opt out and establishing Plaintiff as a settlement class member.

4.  NOW THEREFORE Plaintiff hereby withdraws his Opt Out Short Form Complaint filed on July 14, 2017 as Plaintiff is no longer an opt-out to the litigation.

Dated: July 19, 2017                                Respectfully submitted,

                                                    By: */s/ Robert A. Stein*
                                                    ROBERT A. STEIN
                                                    2313 Cedar Shore Drive
                                                    Minneapolis, MN 55416
                                                    Tel: (612) 886-3582
                                                    Email: rastein66@aol.com

                                                    By:  */s/ Daniel J. Kurowski*
                                                    Daniel J. Kurowski
                                                    HAGENS BERMAN SOBOL SHAPIRO LLP
                                                    455 N. Cityfront Plaza Drive, Suite 2410
                                                    Chicago, IL 60611
                                                    Phone: (708) 628-4963
                                                    Fax: (708) 628-4963
                                                    Email: dank@hbsslaw.com

                                                    Steve W. Berman
                                                    HAGENS BERMAN SOBOL SHAPIRO LLP
                                                    1918 Eighth Avenue, Suite 3300
                                                    Seattle, WA 98101
                                                    Tel:  (206) 623-7292
                                                    Fax: (206) 623-0594
                                                    Email: steve@hbsslaw.com

                                                    *Attorneys for Plaintiff*