UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>**Opt-Out Plaintiffs' Second Amended Master Administrative Long-Form Complaint and (if applicable) Moss v. National Football League [et al.], No. 12-CV-3534** | No. 12-md-2323(AB)<br><br>MDL No. 2323<br><br>SHORT FORM COMPLAINT<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>JURY TRIAL DEMANDED |

**NOTICE OF WITHDRAWAL OF OPT OUT PLAINTIFF GEORGE SEALS SHORT FORM COMPLAINT AGAINST NFL DEFENDANTS**

1. WHEREAS Plaintiff, George Seals submits this Notice of Withdrawal in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2. WHEREAS on July 14, 2017, Plaintiff submitted an Opt Out Short Form Complaint Against NFL Defendants in accordance with the Court's April 12, 2017 order.

3. WHEREAS in his Opt Out Short Form Complaint Against NFL Defendants, Plaintiff reserved any and all rights and relief to request to revoke his opt out from the settlement class in order to participate in the settlement.  *See generally* Plaintiffs' Opt Out Short Form Complaint Against NFL Defendants at n.1.

3. WHEREAS Plaintiff submitted a Request to Revoke Opt-Out, which the Court accepted, permitting Plaintiff to revoke his opt out and establishing Plaintiff as a settlement class member.

4. NOW THEREFORE Plaintiff hereby withdraws his Opt Out Short Form Complaint filed on July 14, 2017 as Plaintiff is no longer an opt-out to the litigation.

Dated: July 19, 2017                                  Respectfully submitted,

                                                        By: */s/ Robert A. Stein*
ROBERT A. STEIN
2313 Cedar Shore Drive
Minneapolis, MN 55416
Tel: (612) 886-3582
Email: rastein66@aol.com

By: */s/ Daniel J. Kurowski*
Daniel J. Kurowski
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Phone: (708) 628-4963
Fax: (708) 628-4963
Email: dank@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel:  (206) 623-7292
Fax: (206) 623-0594
Email: steve@hbsslaw.com

*Attorneys for Plaintiff*