# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br><u>Plaintiff Brodney Pool</u> | **<u>NOTICE OF ATTORNEY'S LIEN</u>** |

    Attorney David Buckley, PLLC, the Stern Law Group, and Mokaram & Associates, PC, attorneys for Plaintiff Brodney Pool in the above named and numbered cause of action, hereby notify this Court and all parties that Attorney David Buckley, PLLC, the Stern Law Group, and Mokaram & Associates, PC, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Brodney Pool.

Dated: July 23, 2017

                                                      Respectfully submitted,

                                                      ATTORNEY DAVID BUCKLEY, PLLC

                                                      /s/ David Buckley

         By: _____

                                                      David Buckley<br>
                                                      State Bar No. 24078281<br>
                                                      FED ID No. 1465981<br>
                                                      1811 Bering Drive Ste. 300<br>
                                                      Houston, TX 77057

Tel. (713)719-9312  
Fax. (713)719-9307  
david@thebuckleylawgroup.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Petition to Establish Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: July 23, 2017

/s/ David Buckley

David Buckley  
State Bar No. 24078281  
FED ID No. 1465981  
1811 Bering Drive Ste. 300  
Houston, TX 77057  
Tel. (713)719-9312  
Fax. (713)719-9307  
david@thebuckleylawgroup.com

**ATTORNEY FOR PLAINTIFFS**