UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br>Plaintiff Ricky Price | **NOTICE OF ATTORNEY'S LIEN** |

Attorney David Buckley, PLLC, the Stern Law Group, and Mokaram & Associates, PC, attorneys for Plaintiff Ricky Price in the above named and numbered cause of action, hereby notify this Court and all parties that Attorney David Buckley, PLLC, the Stern Law Group, and Mokaram & Associates, PC, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Ricky Price.

Dated: July 23, 2017

Respectfully submitted,

ATTORNEY DAVID BUCKLEY, PLLC

By: /s/ David Buckley

David Buckley
State Bar No. 24078281
FED ID No. 1465981
1811 Bering Drive Ste. 300
Houston, TX 77057

>Tel. (713)719-9312
>Fax. (713)719-9307
>david@thebuckleylawgroup.com
>
>**ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Petition to Establish Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: July 23, 2017

>/s/ David Buckley
>
>David Buckley
>State Bar No. 24078281
>FED ID No. 1465981
>1811 Bering Drive Ste. 300
>Houston, TX 77057
>Tel. (713)719-9312
>Fax. (713)719-9307
>david@thebuckleylawgroup.com
>
>**ATTORNEY FOR PLAINTIFFS**