# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br><u>Plaintiff Kevin Payne</u> | **<u>NOTICE OF ATTORNEY'S LIEN</u>** |

    Attorney David Buckley, PLLC, the Stern Law Group, Mokaram & Associates, PC, and Buche & Associates, PC attorneys for Plaintiff Kevin Payne in the above named and numbered cause of action, hereby notify this Court and all parties that Attorney David Buckley, PLLC, the Stern Law Group, Mokaram & Associates, PC, and Buche & Associates, PC, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Kevin Payne.

Dated: July 23, 2017

                        Respectfully submitted,

                        ATTORNEY DAVID BUCKLEY, PLLC

                        /s/ David Buckley

By: _____

                        David Buckley
                        State Bar No. 24078281
                        FED ID No. 1465981
                        1811 Bering Drive Ste. 300
                        Houston, TX 77057

Tel. (713)719-9312
Fax. (713)719-9307
david@thebuckleylawgroup.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Petition to Establish Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: July 23, 2017

/s/ David Buckley

David Buckley
State Bar No. 24078281
FED ID No. 1465981
1811 Bering Drive Ste. 300
Houston, TX 77057
Tel. (713)719-9312
Fax. (713)719-9307
david@thebuckleylawgroup.com

**ATTORNEY FOR PLAINTIFFS**