# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br><u>Plaintiff Brian Schaefering</u> | **<u>NOTICE OF ATTORNEY'S LIEN</u>** |

     Attorney David Buckley, PLLC, the Stern Law Group, Mokaram & Associates, PC, and Buche & Associates, PC attorneys for Plaintiff Brian Schaefering in the above named and numbered cause of action, hereby notify this Court and all parties that Attorney David Buckley, PLLC, the Stern Law Group, Mokaram & Associates, PC, and Buche & Associates, PC, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Brian Schaefering.

Dated: July 23, 2017

                                          Respectfully submitted,

                                          ATTORNEY DAVID BUCKLEY, PLLC

                                          /s/ David Buckley

           By: _____

                                          David Buckley
                                          State Bar No. 24078281
                                          FED ID No. 1465981

        1811 Bering Drive Ste. 300
        Houston, TX 77057
        Tel. (713)719-9312
        Fax. (713)719-9307
        david@thebuckleylawgroup.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Petition to Establish Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: July 23, 2017

        /s/ David Buckley

        David Buckley
        State Bar No. 24078281
        FED ID No. 1465981
        1811 Bering Drive Ste. 300
        Houston, TX 77057
        Tel. (713)719-9312
        Fax. (713)719-9307
        david@thebuckleylawgroup.com

**ATTORNEY FOR PLAINTIFFS**