# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff's Master Administrative Long-Form Complaint and:<br><br><u>Plaintiff Edell Shepherd</u> | **<u>NOTICE OF ATTORNEY'S LIEN</u>** |

Mokaram & Associates, PC, attorneys for Plaintiff Edell Shepherd in the above named and numbered cause of action, hereby notify this Court and all parties that Mokaram & Associates, PC, and their respective attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorneys' Lien relating to Plaintiff Edell Shepherd.

Dated: July 23, 2017

                                          Respectfully submitted,

                                          MOKARAM LAW FIRM

                                          By:  */s/ Jeffrey Stern*

                                          Ali Mokaram
                                          Texas State Bar No. 00794318
                                          Mokaram Law Firm
                                          2500 West Loop South, Ste. 450
                                          Houston, Texas  77027
                                          P: 713-952-4445
                                          F: 713-952-4525
                                          ali@mokaramlawfirm.com

OF COUNSEL:

Jeffrey Stern
Texas State Bar No. 19175660
Federal Bar No. 8536
Stern Law Group
4909 Bissonnet St., Ste 100
Bellaire, TX 77401-4051
P: 713-952-4445
F: 713-666-5922
jstern@stern-lawgroup.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Petition to Establish Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: July 23, 2017

By: */s/ Jeffrey Stern*