## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 24th day of July, 2017, upon all counsel of record.

Dated:  July 24, 2017                     /s/ Brad S. Karp
                                                              Brad S. Karp