UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS and<br><br>*Natrone Means, et al. v. National Football League, et al.*,<br>No. 12-cv-05781 (AB)<br>*Tiaina T. Seau, et al. v. National Football League, et al.*,<br>No. 13-cv-01532 (AB)<br>*Kevin House, et al. v. National Football League et al.*,<br>No. 13-cv-06681 (AB)<br>*Ken Neil v. National Football League, et al.*<br>No. 14-cv-03842 (AB)<br>*Mitch Hoopes v. National Football League, et al.*<br>No. 14-cv-01617 (AB) | NOTICE OF WITHDRAWAL OF JOHN P. FISKE, ESQ. |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of John P. Fiske on behalf of plaintiffs: (1) Natrone Means, Lashonda Means, Aaron M. Taylor, Alfred Pupunu, Charles Dimry, III, Craig McEwen, William W. Peterson, Cristina P. Peterson, and Donald P. Sutton in *Means v. National Football League*, Case No. 12-cv-05781 (AB); (2) Tiaina T. Seau and Luisa T. Seau in *Seau v. National Football League*, Case No. 13-cv-01532 (AB); (3) Michael Lewis and Kevin House in *Kevin House, et al. v. National Football League et al.,* Case No. 13-cv-06681 (AB); (4) Aaron Kernek and J.R. Niklos in *Aaron Kernek, et al. v. National Football League, et al.,* Case

No. 13-cv-05766 (AB); (5) Ken Neil in *Ken Neil v. National Football League, et al.* Case No. 14-cv-03842 (AB); (6) Mitch Hoopes in *Mitch Hoopes v. National Football League, et al.* Case No. 14-cv-01617 (AB); (7) Noah Jackson 37-2014-00021122-CU-MT-CTL; (8) Clarence Kay; (9) Antwan Odom and (10) all of the above-mentioned plaintiffs in *In re National Football League Players' Concussion Injury Litigation*, Case No. 12-md-2323 (AB) is hereby WITHDRAWN, and you are respectfully requested to remove the undersigned from all service and notice lists.

**PLEASE TAKE FURTHER NOTICE** that plaintiffs: 1) Natrone Means, Lashonda Means, Aaron M. Taylor, Alfred Pupunu, Charles Dimry, III, Craig McEwen, William W. Peterson, Cristina P. Peterson, and Donald P. Sutton in *Means v. National Football League*, Case No. 12-cv-05781 (AB); (2) Tiaina T. Seau and Luisa T. Seau in *Seau v. National Football League*, Case No. 13-cv-01532 (AB); (3) Michael Lewis and Kevin House in *Kevin House, et al. v. National Football League et al.,* Case No. 13-cv-06681 (AB); (4) Aaron Kernek and J.R. Niklos in *Aaron Kernek, et al. v. National Football League, et al.,* Case No. 13-cv-05766 (AB); (5) Ken Neil in *Ken Neil v. National Football League, et al.* Case No. 14-cv-03842 (AB); (6) Mitch Hoopes in *Mitch Hoopes v. National Football League, et al.* Case No. 14-cv-01617 (AB); (7) Noah Jackson 37-2014-00021122-CU-MT-CTL; (8) Clarence Kay; (9) Antwan Odom and (10) all of the above-mentioned plaintiffs in *In re National Football League Players' Concussion Injury Litigation*, Case No. 12-md-2323 will continue to be represented by the law firm of Gomez Trial Attorneys.

Copies of this notice of withdrawal have been served on this date to the parties as set forth in the attached proof of service.

Dated: December 28, 2016                    RESPECTFULLY SUBMITTED:

                                             s/ John P. Fiske
                                            JOHN P. FISKE

                                            John H. Gomez (CA SBN 171485)
                                            John P. Fiske (CA SBN 249256)

- 3 -

                GOMEZ TRIAL ATTORNEYS
                655 West Broadway, Suite 1700
                San Diego, CA 92101
                Tel: (619) 237-3490
                Fax: (619) 237-3496

*Attorneys for Plaintiffs*

- 4 -

## **CERTIFICATE OF SERVICE**

    I, the undersigned certify that on July 24, 2017, I caused a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF JOHN P. FISKE, ESQ. to be filed via the CM/ECF system, which caused notice to be sent to all counsel of record.  The above document is available for viewing and downloading from the CM/ECF system.


                                                     s/ John P. Fiske
                                                     JOHN P. FISKE