UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ) ) ) No. 12-md-2323 (AB) |
| | ) |
| | ) MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | ) |
| | ) |
| Plaintiffs' Master Administrative Long Form Complaint and | ) NOTICE OF ATTORNEY'S LIEN ) |
| | ) |
| DEREK KENNARD, Plaintiff, | ) |
| USDC, EDPA, Docket No. 2:12-cv-03534-AB | ) |
| | ) |
| | ) |
| | ) |

Attorney Jason E. Luckasevic and Goldberg, Persky & White, P.C., attorneys for Plaintiff **Derek Kennard** in the above entitled action, hereby notify this Court and all parties that they have a lien in this case for reasonable contingent attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff **Derek Kennard.**

Dated:  July 25, 2017

Respectfully submitted,

GOLDBERG, PERSKY & WHITE, P.C.

/s/  *Jason E. Luckasevic*
Jason E. Luckasevic, Esquire
PA Bar No. 85557
11 Stanwix Street, Suite 1800
Pittsburgh, PA  15222
Phone:  412-471-3980
Fax:  412-471-8308
jluckasevic@gpwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Notice of Attorney's Lien* to be served via the

Electronic Case Filing (ECF) system in the United States District Court for the Eastern District

of Pennsylvania on all parties registered for CM/ECF in the litigation.

Dated: July 25, 2017

/s/   *Jason E. Luckasevic*
Jason E. Luckasevic, Esquire
PA Bar No. 85557
11 Stanwix Street, Suite 1800
Pittsburgh, PA  15222
Phone:  412-471-3980
Fax:  412-471-8308
jluckasevic@gpwlaw.com