## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323(AB) |
| | MDL No. 2323 |
| **Opt-Out Plaintiffs' Second Amended Master Administrative Long-Form Complaint and (if applicable) Hairston, et al. v. National Football League [et al.], No. 12-CV-00989** | SHORT FORM COMPLAINT |
| | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION |
| | JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF OPT OUT PLAINTIFF DAN LAROSE SHORT FORM COMPLAINT AGAINST NFL DEFENDANTS

1.      WHEREAS Plaintiff, Dan LaRose and Plaintiff's Spouse Jane LaRose submit this Notice of Withdrawal in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2.      WHEREAS on July 14, 2017, Plaintiff submitted an Opt Out Short Form Complaint Against NFL Defendants in accordance with the Court's April 12, 2017 order.

3.      WHEREAS in his Opt Out Short Form Complaint Against NFL Defendants, Plaintiff reserved any and all rights and relief to request to revoke his opt out from the settlement class in order to participate in the settlement.  *See generally* Plaintiffs' Opt Out Short Form Complaint Against NFL Defendants at n.1.

3.      WHEREAS Plaintiff submitted a Request to Revoke Opt-Out, which the Court accepted, permitting Plaintiff to revoke his opt out and establishing Plaintiff as a settlement class member.

4.      NOW THEREFORE Plaintiff hereby withdraws his Opt Out Short Form Complaint filed on July 14, 2017 as Plaintiff is no longer an opt-out to the litigation.

Dated: July 25, 2017                    Respectfully submitted,


                                        By: */s/ Robert A. Stein*
                                        ROBERT A. STEIN
                                        2313 Cedar Shore Drive
                                        Minneapolis, MN 55416
                                        Tel: (612) 886-3582
                                        Email: rastein66@aol.com

                                        By: */s/ Daniel J. Kurowski*
                                        Daniel J. Kurowski
                                        HAGENS BERMAN SOBOL SHAPIRO LLP
                                        455 N. Cityfront Plaza Drive, Suite 2410
                                        Chicago, IL 60611
                                        Phone: (708) 628-4963
                                        Fax: (708) 628-4963
                                        Email: dank@hbsslaw.com

                                        Steve W. Berman
                                        HAGENS BERMAN SOBOL SHAPIRO LLP
                                        1918 Eighth Avenue, Suite 3300
                                        Seattle, WA 98101
                                        Tel:  (206) 623-7292
                                        Fax: (206) 623-0594
                                        Email: steve@hbsslaw.com

                                        *Attorneys for Plaintiff*