UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>**Opt-Out Plaintiffs' Second Amended Master Administrative Long-Form Complaint and (if applicable) Boyd, et al. v. National Football League [et al.], No. 12-CV-00092** | No. 12-md-2323(AB)<br><br>MDL No. 2323<br><br>SHORT FORM COMPLAINT<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>JURY TRIAL DEMANDED |

**NOTICE OF WITHDRAWAL OF OPT OUT PLAINTIFF EDWARD WHITE SHORT FORM COMPLAINT AGAINST NFL DEFENDANTS**

1. WHEREAS Plaintiff, Edward White and Plaintiff's Spouse Joan White submit this Notice of Withdrawal in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2. WHEREAS on July 14, 2017, Plaintiff submitted an Opt Out Short Form Complaint Against NFL Defendants in accordance with the Court's April 12, 2017 order.

3. WHEREAS in his Opt Out Short Form Complaint Against NFL Defendants, Plaintiff reserved any and all rights and relief to request to revoke his opt out from the settlement class in order to participate in the settlement. *See generally* Plaintiffs' Opt Out Short Form Complaint Against NFL Defendants at n.1.

3. WHEREAS Plaintiff submitted a Request to Revoke Opt-Out, which the Court accepted, permitting Plaintiff to revoke his opt out and establishing Plaintiff as a settlement class member.

4. NOW THEREFORE Plaintiff hereby withdraws his Opt Out Short Form Complaint filed on July 14, 2017 as Plaintiff is no longer an opt-out to the litigation.

Dated: July 25, 2017                      Respectfully submitted,

                                             By: */s/ Robert A. Stein*
                                             ROBERT A. STEIN
                                             2313 Cedar Shore Drive
                                             Minneapolis, MN 55416
                                             Tel: (612) 886-3582
                                             Email: rastein66@aol.com

                                             By:  */s/ Daniel J. Kurowski*
                                             Daniel J. Kurowski
                                             HAGENS BERMAN SOBOL SHAPIRO LLP
                                             455 N. Cityfront Plaza Drive, Suite 2410
                                             Chicago, IL 60611
                                             Phone: (708) 628-4963
                                             Fax: (708) 628-4963
                                             Email: dank@hbsslaw.com

                                             Steve W. Berman
                                             HAGENS BERMAN SOBOL SHAPIRO LLP
                                             1918 Eighth Avenue, Suite 3300
                                             Seattle, WA 98101
                                             Tel:  (206) 623-7292
                                             Fax: (206) 623-0594
                                             Email: steve@hbsslaw.com

                                             *Attorneys for Plaintiff*