UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323(AB) |
| | MDL No. 2323 |
| **Opt-Out Plaintiffs' Second Amended Master Administrative Long-Form Complaint and (if applicable)** **N/A** | SHORT FORM COMPLAINT |
| | IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION |
| | JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF OPT OUT PLAINTIFF JERRY SHERK SHORT FORM COMPLAINT AGAINST NFL DEFENDANTS

1.  WHEREAS Plaintiff, Jerry Sherk submits this Notice of Withdrawal in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2.  WHEREAS on July 14, 2017, Plaintiff submitted an Opt Out Short Form Complaint Against NFL Defendants in accordance with the Court's April 12, 2017 order.

3.  WHEREAS in his Opt Out Short Form Complaint Against NFL Defendants, Plaintiff reserved any and all rights and relief to request to revoke his opt out from the settlement class in order to participate in the settlement. *See generally* Plaintiffs' Opt Out Short Form Complaint Against NFL Defendants at n.1.

3.  WHEREAS Plaintiff submitted a Request to Revoke Opt-Out, which the Court accepted, permitting Plaintiff to revoke his opt out and establishing Plaintiff as a settlement class member.

4.  NOW THEREFORE Plaintiff hereby withdraws his Opt Out Short Form Complaint filed on July 14, 2017 as Plaintiff is no longer an opt-out to the litigation.

Dated: July 25, 2017                                Respectfully submitted,


                        By: */s/ Robert A. Stein*
                        ROBERT A. STEIN
                        2313 Cedar Shore Drive
                        Minneapolis, MN 55416
                        Tel: (612) 886-3582
                        Email: rastein66@aol.com

                        By:  */s/ Daniel J. Kurowski*
                        Daniel J. Kurowski
                        HAGENS BERMAN SOBOL SHAPIRO LLP
                        455 N. Cityfront Plaza Drive, Suite 2410
                        Chicago, IL 60611
                        Phone: (708) 628-4963
                        Fax: (708) 628-4963
                        Email: dank@hbsslaw.com

                        Steve W. Berman
                        HAGENS BERMAN SOBOL SHAPIRO LLP
                        1918 Eighth Avenue, Suite 3300
                        Seattle, WA 98101
                        Tel:  (206) 623-7292
                        Fax: (206) 623-0594
                        Email: steve@hbsslaw.com

                        *Attorneys for Plaintiff*