UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Hon. Anita B. Brody<br><br>Civ. Action No. 14-00029-AB |

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL
FOR PLAINTIFF HEATH SHERMAN**

JOHN H. GOMEZ and GOMEZ TRIAL ATTORNEYS hereby withdraw as counsel for Plaintiff HEATH SHERMAN, and LAWRENCE WEISBERG hereby enters an appearance as counsel for Plaintiff HEATH SHERMAN, pursuant to Rule 5.1(c) of the Local Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania. This matter is not set for trial.

DATED: San Diego, California, July 13, 2017.

_____
JOHN H. GOMEZ
(Withdrawing Attorney)
Gomez Trial Attorneys
655 West Broadway, #1700
San Diego, CA 92101

DATED: Boca Raton, Florida, ~~June~~ July 25, 2017.

/s/ Lawrence Weisberg
LAWRENCE WEISBERG
(Appearing Attorney)
Weisberg & Associates
21301 Powerline Rd. #100
Boca Raton, FL 33433