# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br><br> MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,* <br><br> Plaintiffs, <br><br> v. <br><br> National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc. <br><br> Defendants. | |

## ENTRY OF APPEARANCE

COME NOW Attorney Samuel Henderson and The Driscoll Law Firm P.C. enter their appearance in the above matter.

          Respectfully submitted,
          THE DRISCOLL FIRM, P.C.

BY:   /s/ Samuel Henderson
        Samuel Henderson, #6291624
        sam@thedriscollfirm.com
        211 North Broadway, Suite 4050
        St. Louis, Missouri 63012
        Telephone No. (314) 932-3232
        Fax No. (314) 932-3233

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on counsel of record through the CM/ECF system on July 26, 2017.

          Respectfully submitted,
          THE DRISCOLL FIRM, P.C.

BY:    /s/ Samuel Henderson
          Samuel Henderson, #6291624
          211 North Broadway, Suite 4050
          St. Louis, Missouri 63012
          Telephone No. (314) 932-3232
          Fax No. (314) 932-3233
          sam@thedriscollfirm.com