IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ) ) ) ) | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>    Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

To: Defendants National Football League, and NFL Properties, LLC, successor-in-
    interest to NFL Properties, Inc.
    NFL Class Action Settlement
    P.O. Box 25369
    Richmond, VA 23260

## NOTICE OF ATTORNEY'S LIEN

This is to advise that The Driscoll Firm, P.C. ("Firm") has been retained by Claimant Jerry Crafts ("Claimant Crafts") on August 17, 2015 to prosecute a claim pursuant to the master settlement agreement reached in the above matter for injuries sustained as a NFL player. The Firm's retainer agreement with Claimant Crafts, a contract formed in Missouri by its own terms, provides for a contingent attorney's fee to the Firm of forty percent (40%) of any amount paid in settlement or from any recovery from all sources, persons or entities. (See Ex. 1). Pursuant to, *inter alia*, §§ 484.130-140, RSMo, this agreement, and proper execution under the statute, operates as a lien upon any recovery Claimant Crafts may have against Defendants National Football

League, its subsidiaries, or affiliates, whether by settlement or judgment. If you or your representative settle any claim, suit, cause of action, or action at law with Claimant Crafts without first procuring the written consent of the Firm, you shall be liable to the Firm to satisfy the Firm's attorney's liens as described above.

                                                  Respectfully submitted,
                                                  THE DRISCOLL FIRM, P.C.

BY:     /s/ Samuel Henderson
           Samuel Henderson, #6291624
           sam@thedriscollfirm.com
           John J. Driscoll, #6276464
           john@thedriscollfirm.com
           Christopher J. Quinn, #6310758
           chris@thedriscolfirm.com
           211 North Broadway, Suite 4050
           St. Louis, Missouri 63012
           Telephone No. (314) 932-3232
           Fax No. (314) 932-3233

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on counsel of record through the CM/ECF system on July 26, 2017. Further, the foregoing document was mailed to Defendants National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc at P.O. Box 25369, Richmond, VA 23260 through U.S. Mail on July 26, 2017.

                                                  Respectfully submitted,
                                                  THE DRISCOLL FIRM, P.C.

BY:     /s/ Samuel Henderson
           Samuel Henderson, #6291624
           211 North Broadway, Suite 4050
           St. Louis, Missouri 63012
           Telephone No. (314) 932-3232
           Fax No. (314) 932-3233
           sam@thedriscollfirm.com