# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB  <br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,* | |
| Plaintiffs, | |
| v. | |
| National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc. | |
| Defendants. | |

## ENTRY OF APPEARANCE

COME NOW Attorney John J. Driscoll and The Driscoll Law Firm P.C. enter their appearance as lead-counsel in the above matter.

Respectfully submitted,
THE DRISCOLL FIRM, P.C.

BY:   /s/ John J. Driscoll
John J. Driscoll, #6276464
211 North Broadway, Suite 4050
St. Louis, Missouri 63012
Telephone No. (314) 932-3232
Fax No. (314) 932-3233
John@thedriscollfirm.com

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was served on counsel of record through the CM/ECF system on July 26, 2017.

    /s/ John J. Driscoll