## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ) ) ) | No. 12-md-2323 (AB) |
| THIS DOCUMENT RELATES TO: | ) ) ) | MDL No. 2323 |
| Plaintiffs' Master Administrative Long Form Complaint and | ) ) ) | **NOTICE OF ATTORNEY'S LIEN** |
| HENRY LAWRENCE, Plaintiff, USDC, EDPA, Docket No. 2:12-cv-01025-AB | ) ) ) ) | |
| | ) ) | |

Attorney Jason E. Luckasevic and Goldberg, Persky & White, P.C., attorneys for Plaintiff **Henry Lawrence** in the above entitled action, hereby notify this Court and all parties that they have a lien in this case for reasonable contingent attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff **Henry Lawrence.**

Dated:  July 27, 2017          Respectfully submitted,

GOLDBERG, PERSKY & WHITE, P.C.

/s/  *Jason E. Luckasevic*
Jason E. Luckasevic, Esquire
PA Bar No. 85557
11 Stanwix Street, Suite 1800
Pittsburgh, PA  15222
Phone:  412-471-3980
Fax:  412-471-8308
jluckasevic@gpwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing *Notice of Attorney's Lien* to be served via the

Electronic Case Filing (ECF) system in the United States District Court for the Eastern District

of Pennsylvania on all parties registered for CM/ECF in the litigation.


Dated: July 27, 2017                          /s/   *Jason E. Luckasevic*
                                              Jason E. Luckasevic, Esquire
                                              PA Bar No. 85557
                                              11 Stanwix Street, Suite 1800
                                              Pittsburgh, PA  15222
                                              Phone:  412-471-3980
                                              Fax:  412-471-8308
                                              jluckasevic@gpwlaw.com