UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) |
| | MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR AMICUS |
| All Actions | |

---

## WITHDRAWAL OF APPEARANCE

Zachary H. Johnson of Thomason, Swanson & Zahn, PLLC (and formerly of Galluzzo & Johnson LLP, located at 48 Wall Street, 11th Floor, New York, New York 10005), hereby withdraws as amicus attorney of record for Justice for Jeff in the above-captioned matter.

Dated: July 27, 2017

                                                      /s/  Zachary H. Johnson

Zachary H. Johnson, Esq.
Thomas Swanson & Zahn, PLLC
120 Main Avenue N.
Park Rapids, MN 56470
(218) 732-7236

Amicus Attorney for Justice for Jeff