UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>**Opt-Out Plaintiffs' Second Amended Master Administrative Long-Form Complaint and (if applicable)**<br>N/A | No. 12-md-2323(AB)<br><br>MDL No. 2323<br><br>SHORT FORM COMPLAINT<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF OPT OUT PLAINTIFF JOHNNY N. ROBINSON SHORT FORM COMPLAINT AGAINST NFL DEFENDANTS

1. WHEREAS Plaintiff, Johnny N. Robinson submits this Notice of Withdrawal in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2. WHEREAS on July 14, 2017, Plaintiff submitted an Opt Out Short Form Complaint Against NFL Defendants in accordance with the Court's April 12, 2017 order.

3. WHEREAS in his Opt Out Short Form Complaint Against NFL Defendants, Plaintiff reserved any and all rights and relief to request to revoke his opt out from the settlement class in order to participate in the settlement.  *See generally* Plaintiffs' Opt Out Short Form Complaint Against NFL Defendants at n.1.

3. WHEREAS Plaintiff submitted a Request to Revoke Opt-Out, which the Court accepted, permitting Plaintiff to revoke his opt out and establishing Plaintiff as a settlement class member.

4. NOW THEREFORE Plaintiff hereby withdraws his Opt Out Short Form Complaint filed on July 14, 2017 as Plaintiff is no longer an opt-out to the litigation.

Dated: July 27, 2017                           Respectfully submitted,


                                               By: */s/ Robert A. Stein*
                                               ROBERT A. STEIN
                                               2313 Cedar Shore Drive
                                               Minneapolis, MN 55416
                                               Tel: (612) 886-3582
                                               Email: rastein66@aol.com

                                               By:  */s/ Daniel J. Kurowski*
                                               Daniel J. Kurowski
                                               HAGENS BERMAN SOBOL SHAPIRO LLP
                                               455 N. Cityfront Plaza Drive, Suite 2410
                                               Chicago, IL 60611
                                               Phone: (708) 628-4963
                                               Fax: (708) 628-4963
                                               Email: dank@hbsslaw.com

                                               Steve W. Berman
                                               HAGENS BERMAN SOBOL SHAPIRO LLP
                                               1918 Eighth Avenue, Suite 3300
                                               Seattle, WA 98101
                                               Tel:  (206) 623-7292
                                               Fax: (206) 623-0594
                                               Email: steve@hbsslaw.com

                                               *Attorneys for Plaintiff*