UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323(AB) <br><br> MDL No. 2323 |
| **Opt-Out Plaintiffs' Second Amended Master Administrative Long-Form Complaint and (if applicable) Foreman, et al. v. National Football League [et al.], No. 12-cv-4160** | SHORT FORM COMPLAINT <br><br> IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION <br><br> JURY TRIAL DEMANDED |

## NOTICE OF WITHDRAWAL OF OPT OUT PLAINTIFF ANTHONY RONALD YARY SHORT FORM COMPLAINT AGAINST NFL DEFENDANTS

1. WHEREAS Plaintiff, Anthony Ronald Yary and Plaintiff's Spouse Jaime Suzanne Yary submit this Notice of Withdrawal in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2. WHEREAS on July 14, 2017, Plaintiff submitted an Opt Out Short Form Complaint Against NFL Defendants in accordance with the Court's April 12, 2017 order.

3. WHEREAS in his Opt Out Short Form Complaint Against NFL Defendants, Plaintiff reserved any and all rights and relief to request to revoke his opt out from the settlement class in order to participate in the settlement. *See generally* Plaintiffs' Opt Out Short Form Complaint Against NFL Defendants at n.1.

3. WHEREAS Plaintiff submitted a Request to Revoke Opt-Out, which the Court accepted, permitting Plaintiff to revoke his opt out and establishing Plaintiff as a settlement class member.

4. NOW THEREFORE Plaintiff hereby withdraws his Opt Out Short Form Complaint filed on July 14, 2017 as Plaintiff is no longer an opt-out to the litigation.

Dated: July 27, 2017								Respectfully submitted,


											By: */s/ Robert A. Stein*
											ROBERT A. STEIN
											2313 Cedar Shore Drive
											Minneapolis, MN 55416
											Tel: (612) 886-3582
											Email: rastein66@aol.com

											By:  */s/ Daniel J. Kurowski*
											Daniel J. Kurowski
											HAGENS BERMAN SOBOL SHAPIRO LLP
											455 N. Cityfront Plaza Drive, Suite 2410
											Chicago, IL 60611
											Phone: (708) 628-4963
											Fax: (708) 628-4963
											Email: dank@hbsslaw.com

											Steve W. Berman
											HAGENS BERMAN SOBOL SHAPIRO LLP
											1918 Eighth Avenue, Suite 3300
											Seattle, WA 98101
											Tel:  (206) 623-7292
											Fax: (206) 623-0594
											Email: steve@hbsslaw.com

											*Attorneys for Plaintiff*