**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323(AB)<br><br>MDL No. 2323 |
| **Second Amended Master Administrative Long-Form Complaint Against NFL Defendants**<br><br>**Baggs, et al. v. National Football League, et al. No. 2:13-cv-05309** | **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br>**JURY TRIAL DEMANDED** |

<u>**OPT OUT PLAINTIFF SHORT FORM COMPLAINT AGAINST NFL DEFENDANTS**</u>

1.      Plaintiff, <u>Derrick Steagall</u> and ~~Plaintiff's Spouse~~ _____bring this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2.      Plaintiff(s) are filing this Short Form Complaint against NFL Defendants as required by this Court's Case Management Order, filed July 18, 2017.

3.      Plaintiff ~~and Plaintiff's Spouse~~ opted-out of the Class Action Settlement approved by the Court on May 8, 2015.

4.      Plaintiff ~~and Plaintiff's Spouse~~ incorporates by reference the allegations (as designated below) of the Second Amended Master Administrative Long-Form Complaint Against NFL Defendants, as is fully set forth at length in this Short Form Complaint.

5.      ~~[Fill in if applicable] Plaintiff is filing this case in a representative capacity as the~~ _____ ~~of~~ _____, ~~having been duly appointed as the~~ _____ ~~by the Court of~~ _____. ~~(Cross out sentence below if not applicable.)  Copies of the Letters of~~ ~~Administration/Letters Testamentary for a wrongful death claim are annexed hereto if such~~

~~Letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.~~

6.     Plaintiff <u>Derrick Steagall</u> is a resident and citizen of <u>Hiram, Georgia</u>, and claims damages as set forth below.

~~7.     Plaintiff's Spouse, _____ is a resident and citizen of _____, and claims damages as a result of loss of consortium proximately caused by the harm suffered by her Plaintiff husband.~~

8.     Upon information and belief, the Plaintiff sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices.  Upon information and belief, Plaintiff suffers from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff sustained during NFL games and/or practices. Upon information and belief, the Plaintiff's symptoms arise from injuries that are latent and have developed and continue to develop over time.

9.     The original complaint by Plaintiff(s) in this matter was filed in the <u>Southern District of New York</u>.  If the case is remanded, it should be remanded to the <u>Southern District of New York</u>.

10.    Plaintiff(s) claim damages as a result of [check all that apply]:

☒     Injury to Herself/Himself

☒     Injury to the Person Represented

☐     Wrongful Death

☐     Survivorship Action

☒     Economic Loss

☒     Loss of Services

 ☐   Loss of Consortium

11.    [Fill in if applicable] As a result of the injuries to Plaintiff, Plaintiff's Spouse suffers from a loss of consortium, including the following injuries:

 ☐   Loss of marital services

 ☐   Loss of companionship, affection or society

 ☐   Loss of support

 ☐   Monetary losses in the form of unreimbursed costs expended for the health care and personal care of Plaintiff

12.    [Check if applicable]  ☒Plaintiff ~~and Plaintiff's Spouse~~ reserve the right to object to federal jurisdiction.

13.    Plaintiff ~~and Plaintiff's Spouse~~ bring this case against the following Defendants in this action [check all that apply]:

 ☒   National Football League

 ☒   NFL Properties, LLC

14.    Plaintiff played in [check if applicable] ☒  the National Football League ("NFL") and/or in [check if applicable] ☐ the American Football League ("AFL") during the following period of time <u>1997-1999</u> for the following teams:  <u>Miami Dolphins.</u>

15.    Plaintiff retired from playing professional football after the 1999 season.

## **CAUSES OF ACTION**

16.    Plaintiffs herein adopt by reference the following Counts of the Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]:

☒        Count I (Declaratory Relief (Against Defendant NFL))

☒        Count II (Negligence (Against Defendant NFL))

☒        Count III (Negligent Marketing (Against all Defendants))

☒        Count IV (Negligence (Against Defendant NFL P)

☒        Count V (Negligent Misrepresentation (Against Defendant NFL)

☒        Count VI (Negligent Hiring (Against Defendant NFL))

☒        Count VII (Negligent Retention/Supervision (Against Defendant NFL))

☒        Count VIII (Fraud (Against all Defendants))

☒        Count IX (Civil Conspiracy (Against all Defendants))

☒        Count X (Fraudulent Concealment (Against all Defendants))

☒        Count XI (Wrongful Death (Against all Defendants))

☒        Count XII (Survival Action (Against all Defendants))

☒        Count XIII (Loss of Consortium (Against all Defendants))

☒        Count XIV (Punitive Damages under All Claims (Against all Defendants))

☒        Count XV (Declaratory Relief: Punitive Damages (Against all Defendants))

17.     Plaintiffs assert the following additional causes of action [write in or attach]:

_____   _____

_____   _____

_____   _____

_____

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff and Plaintiff's Spouse pray for judgment as follows:

A.      An award of compensatory damages, the amount of which will be determined at trial;

B.      An award of economic damages in the form of medical expenses, out of pocket expenses, lost earnings and other economic damages in an amount to be determined at trial;

C.      For loss of consortium as applicable;

D.      For punitive and exemplary damages as applicable;

E.      For all applicable statutory damages of the state whose laws will govern this action;

F.      For an award of attorneys' fees and costs;

G.      An award of prejudgment interest and costs of suit; and

H.      An award of such other and further relief as the Court deems just and proper.

## **JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38, Plaintiffs hereby demand a trial by jury on all issues so triable.

Dated:  July 27, 2017          Respectfully Submitted,

                       By:     */s/ Wendy R. Fleishman*
                            Wendy R. Fleishman

                       250 Hudson Street
                       8th Floor
                       New York, New York 10013
                       Telephone: (212) 355-9000
                       Facsimile:  (212) 355-9592
                       wfleishman@lchb.com

                       *Lead Counsel on Behalf of Opt-Outs*