IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Gayle v. NFL, Inc., et al.*<br><br>12-cv-5212 | Hon. Anita B. Brody |

### ORDER

**AND NOW,** this 27th day of July, 2017, in light of the fact that Plaintiff Shaun Gayle timely filed his Short-Form Complaint on or before July 27, 2017, it is **ORDERED** that Plaintiff's Motion for an Order Nunc Pro Tunc (12-5212 ECF No. 26) is **DENIED AS MOOT**.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

O:\ABB 2017\L - Z\NFL Shaun Gayle Short Form.docx