## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 31st day of July, 2017, upon all counsel of record.

Dated:  July 31, 2017                          /s/ Brad S. Karp
                                                              Brad S. Karp