UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION  **Opt-Out Plaintiffs' Second Amended Master Administrative Long-Form Complaint and (if applicable) Little, et al. v. National Football League [et al.], No. 12-CV-2219** | No. 12-md-2323(AB)  MDL No. 2323  SHORT FORM COMPLAINT  IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION  JURY TRIAL DEMANDED |

**NOTICE OF WITHDRAWAL OF OPT OUT PLAINTIFF STEVEN BAUMGARTNER SHORT FORM COMPLAINT AGAINST NFL DEFENDANTS**

1. WHEREAS Plaintiff, Steven Baumgartner and Plaintiff's Spouse Mary Baumgartner submit this Notice of Withdrawal in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2. WHEREAS on July 14, 2014, Plaintiff submitted an Opt Out Short Form Complaint Against NFL Defendants in accordance with the Court's April 12, 2017 order.

3. WHEREAS in his Opt Out Short Form Complaint Against NFL Defendants, Plaintiff reserved any and all rights and relief to request to revoke his opt out from the settlement class in order to participate in the settlement. *See generally* Plaintiff's Opt Out Short Form Complaint Against NFL Defendants at n.1.

3. WHEREAS Plaintiff submitted a Request to Revoke Opt-Out, which the Court accepted, permitting Plaintiff to revoke his opt out and establishing Plaintiff as a settlement class member.

4. NOW THEREFORE Plaintiffs are withdrawing the short form complaint filed on July 14, 2017 as Plaintiff is no longer an opt-out to the litigation.

Dated: August 1, 2017						Respectfully submitted,

							By: */s/ Robert A. Stein*
							ROBERT A. STEIN
							2313 Cedar Shore Drive
							Minneapolis, MN 55416
							Tel: (612) 886-3582
							Email: rastein66@aol.com

							By:  */s/ Daniel J. Kurowski*
							Daniel J. Kurowski
							HAGENS BERMAN SOBOL SHAPIRO LLP
							455 N. Cityfront Plaza Drive, Suite 2410
							Chicago, IL 60611
							Phone: (708) 628-4963
							Fax: (708) 628-4963
							Email: dank@hbsslaw.com

							Steve W. Berman
							HAGENS BERMAN SOBOL SHAPIRO LLP
							1918 Eighth Avenue, Suite 3300
							Seattle, WA 98101
							Tel:  (206) 623-7292
							Fax: (206) 623-0594
							Email: steve@hbsslaw.com

							*Attorneys for Plaintiff*