# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION <br> ─────────────────────────── <br> Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> National Football League and NFL Properties LLC, Successor-in-interest to NFL Properties, Inc., <br><br> Defendants. <br> ─────────────────────────── <br> THIS DOCUMENT RELATES TO: <br> ALL ACTIONS | No. 2:12-md-02323-AB <br><br> MDL No. 2323 <br><br> **Hon. Anita B. Brody** <br><br> Civ. Action No. 14-00029-AB |

## **NOTICE OF APPEARANCE**

Please take notice that Attorney Jeff M. Ostrow of the law firm of Kopelowitz Ostrow Ferguson Weiselberg Gilbert, located at One West Las Olas Blvd., Suite 500, Fort Lauderdale, FL 33301, hereby enters his appearance in the above-entitled action as counsel for Respondents, Legacy Pro Sports, LLC and Brandon Siler, and seeks to receive CM/ECF notices via electronic means at the following e-mail address: **ostrow@kolawyers.com**

Dated:   August 2, 2017

                                    Respectfully submitted,

                                    *By: Jeff M. Ostrow*
                                    JEFF M. OSTROW
                                    Florida Bar No. 121451

**KOPELOWITZ OSTROW
FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
*ostrow@kolawyers.com*