UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>**Opt-Out Plaintiffs' Second Amended Master Administrative Long-Form Complaint and (if applicable) Boyd, et al. v. National Football League [et al.], No. 12-CV-00092** | No. 12-md-2323(AB)<br><br>MDL No. 2323<br><br>SHORT FORM COMPLAINT<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF OPT OUT PLAINTIFF BRAD EDELMAN SHORT FORM COMPLAINT AGAINST NFL DEFENDANTS

1. WHEREAS Plaintiff, Brad Edelman and Plaintiff's Spouse _____ submit this Notice of Withdrawal in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2. WHEREAS on July 14, 2014, Plaintiff submitted an Opt Out Short Form Complaint Against NFL Defendants in accordance with the Court's April 12, 2017 order.

3. WHEREAS in his Opt Out Short Form Complaint Against NFL Defendants, Plaintiff reserved any and all rights and relief to request to revoke his opt out from the settlement class in order to participate in the settlement. *See generally* Plaintiff's Opt Out Short Form Complaint Against NFL Defendants at n.1.

3. WHEREAS Plaintiff submitted a Request to Revoke Opt-Out, which the Court accepted, permitting Plaintiff to revoke his opt out and establishing Plaintiff as a settlement class member.

4. NOW THEREFORE Plaintiffs are withdrawing the short form complaint filed on July 14, 2017 as Plaintiff is no longer an opt-out to the litigation.

Dated: August 2, 2017          Respectfully submitted,

         By: */s/ Robert A. Stein*
         ROBERT A. STEIN
         2313 Cedar Shore Drive
         Minneapolis, MN 55416
         Tel: (612) 886-3582
         Email: rastein66@aol.com

         By: */s/ Daniel J. Kurowski*
         Daniel J. Kurowski
         HAGENS BERMAN SOBOL SHAPIRO LLP
         455 N. Cityfront Plaza Drive, Suite 2410
         Chicago, IL 60611
         Phone: (708) 628-4963
         Fax: (708) 628-4963
         Email: dank@hbsslaw.com

         Steve W. Berman
         HAGENS BERMAN SOBOL SHAPIRO LLP
         1918 Eighth Avenue, Suite 3300
         Seattle, WA 98101
         Tel: (206) 623-7292
         Fax: (206) 623-0594
         Email: steve@hbsslaw.com

         *Attorneys for Plaintiff*