## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 2nd day of August, 2017, upon all counsel of record.


Dated:  August 2, 2017         /s/ Brad S. Karp
                               Brad S. Karp