## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 3rd day of August, 2017, upon all counsel of record.

Dated:  August 3, 2017                    /s/ Brad S. Karp
                                          Brad S. Karp