IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 <br><br> Hon. Anita B. Brody |
| ------------------------------------------------ | |
| THIS DOCUMENT RELATES TO: <br><br> **Plaintiffs' Master Administrative Long-Form Complaint and Williams, et al v. The National Football League No. 4:12-cv-01725 USDC, EDPA 2:12-cv-03777-AB** <br><br> **LEE E.MAYS, JR.** | NOTICE OF WITHDRAWAL OF APPEARANCE ON BEHALF OF PLAINTIFF, LEE E. MAYS, JR. |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

     **PLEASE TAKE NOTICE** that the appearance of Walter Umphrey, Matthew C. Matheny and Jacqueline Ryall and the Provost Umphrey Law Firm, LLP., on behalf of  Plaintiff, LEE E. MAYS, JR. **ONLY**  in *Williams, et al vs. The National Football League, No. 4:12-cv-01725 USDC, EDPA 2:12-cv-03777, and In Re  National Football League Players' Litigation,* No. 2:12-MD-02323-AB is hereby WITHDRAWN.

                                                           Respectfully submitted,

August 3,2017                                                 /s/
                                                  By:_____
                                                       MATTHEW C. MATHENY
                                                       STATE BAR NUMBER: 24039040
                                                       mmatheny@provostumphrey.com
                                                       JACQUELINE RYALL
                                                       STATE BAR NUMBER: 17469445

jryall@provostumphrey.com

PROVOST ✯ UMPHREY
LAW FIRM, L.L.P.
Attorney at Law
Post Office Box 4905
Beaumont, Texas 77704
(409) 835-6000
(409) 838-8888 - Fax Number

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2017, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

```
              /s/
By:_____
    MATTHEW C. MATHENY
```