IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 <br><br> Hon. Anita B. Brody |
| ------------------------------------------- | |
| THIS DOCUMENT RELATES TO: <br><br> **Plaintiffs' Master Administrative Long-Form Complaint and Jordan, et al v. The National Football League No. 4:12-cv-01296 USDC, EDPA. 2:12-cv-02802** <br><br> **RONALD BROWN** | NOTICE OF WITHDRAWAL OF APPEARANCE ON BEHALF OF PLAINTIFF RONALD BROWN |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that the appearance of Walter Umphrey, Matthew C. Matheny and Jacqueline Ryall and the Provost Umphrey Law Firm, LLP., on behalf of Plaintiff, Ronald Brown **ONLY,** in *Jordan, et al vs. The National Football League, No. 4:12cv-01296 USDC, EDPA 2:12-cv-02802,* and *In Re National Football League Players' Litigation,* No. 2:12-MD-02323-AB is hereby WITHDRAWN.

                                                    Respectfully submitted,

August 3, 2017

                                          By:_____/s/_____
                                              MATTHEW C. MATHENY
                                              STATE BAR NUMBER: 24039040
                                              mmatheny@provostumphrey.com
                                              JACQUELINE RYALL
                                              STATE BAR NUMBER: 17469445
                                              jryall@provostumphrey.com

PROVOST ✯ UMPHREY
LAW FIRM, L.L.P.
Attorney at Law
Post Office Box 4905
Beaumont, Texas 77704
(409) 835-6000
(409) 838-8888 - Fax Number

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2017, I caused the foregoing Notice of Withdrawal of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District of Pennsylvania, on all parties registered for CM/ECF in the above captioned matter.

```
                    /s/
By:_____
    MATTHEW C. MATHENY
```