UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br>                    Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                    Defendants. | Civ. Action No.: 14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## STIPULATION AND [PROPOSED] ORDER[1]

This Stipulation and Agreement, dated August [4], 2017, is made and entered into by and among the National Football League and NFL Properties LLC (the "NFL Parties"), and Class Counsel (collectively, the "Parties").

WHEREAS, on April 22, 2015, this Court issued a Memorandum (ECF No. 6509) and Final Order and Judgment (ECF No. 6510), and on May 8, 2015, an amended Final Order and Judgment (ECF No. 6534), approving the Settlement Agreement in its entirety;

---

[1] Unless otherwise noted, the terms used in this Order that are defined in the Settlement Agreement have the same meanings in this Order as in the Settlement Agreement.

WHEREAS, on May 4, 2015, Claims Administrator BrownGreer PLC, in accordance with the Final Order and Judgment and the Settlement Agreement, filed the list of Opt Outs who timely submitted proper requests to opt out in compliance with Section 14.2(a) of the Settlement Agreement, including Retired NFL Football Player Robert Royal, Jr. (ECF No. 6533);

WHEREAS, Robert Royal, Jr. and Sean Berton have since submitted written requests seeking to revoke their Opt Out requests (*see* Exhibit 1 (Declaration of Orran L. Brown, Sr.));

WHEREAS, the Parties have agreed to accept the revocation requests submitted by Robert Royal, Jr. and Sean Berton, subject to Court approval, because they submitted the requests before the deadline to register for the Class Action Settlement program;

**AND NOW**, this [4] day of August, 2017, it is hereby stipulated and agreed by the Parties that the revocation requests submitted by Robert Royal, Jr. and Sean Berton are accepted, subject to Court approval, because they submitted the requests before the deadline to register for the Class Action Settlement program.

**It is so STIPULATED AND AGREED,**

By: _____　　　　By: _Brad S. Karp_ _____

Date: ___August 4, 2017___　　　　　　　Date: _8/4/17_____

Christopher Seeger　　　　　　　　　　　Brad S. Karp
**SEEGER WEISS LLP**　　　　　　　　　**PAUL, WEISS, RIFKIND, WHARTON**
77 Water Street　　　　　　　　　　　　**& GARRISON LLP**
New York, NY 10005　　　　　　　　　　1285 Avenue of the Americas
Phone: (212) 584-0700　　　　　　　　　New York, NY 10019-6064
cseeger@seegerweiss.com　　　　　　　　Phone: (212) 373-3000
　　　　　　　　　　　　　　　　　　　bkarp@paulweiss.com

*Class Counsel*　　　　　　　　　　　　*Counsel for the NFL Parties*

It is so **ORDERED**, based on the above Stipulation and the accompanying Declaration of Orran L. Brown, Sr., that the revocation requests submitted by Robert Royal, Jr. and Sean Berton are approved and the Claims Administrator is **DIRECTED** to post a revised list of Opt Outs forthwith excluding Robert Royal, Jr. and Sean Berton.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:　　　　Copies **MAILED** on _____ to: