## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 4th day of August, 2017, upon all counsel of record.


Dated:  August 4, 2017              /s/ Brad S. Karp
                                    Brad S. Karp