UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>**Opt-Out Plaintiffs' Second Amended Master Administrative Long-Form Complaint and (if applicable)**<br>N/A | No. 12-md-2323(AB)<br><br>MDL No. 2323<br><br>SHORT FORM COMPLAINT<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>JURY TRIAL DEMANDED |

**NOTICE OF WITHDRAWAL OF OPT OUT PLAINTIFF DOUG KINGSRITER SHORT FORM COMPLAINT AGAINST NFL DEFENDANTS**

1.  WHEREAS Plaintiff, Doug Kingsriter and Plaintiff's Spouse _____ submit this Notice of Withdrawal in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2.  WHEREAS on July 14, 2014, Plaintiff submitted an Opt Out Short Form Complaint Against NFL Defendants in accordance with the Court's April 12, 2017 order.

3.  WHEREAS in his Opt Out Short Form Complaint Against NFL Defendants, Plaintiff reserved any and all rights and relief to request to revoke his opt out from the settlement class in order to participate in the settlement. *See generally* Plaintiff's Opt Out Short Form Complaint Against NFL Defendants at n.1.

3.  WHEREAS Plaintiff submitted a Request to Revoke Opt-Out, which the Court accepted, permitting Plaintiff to revoke his opt out and establishing Plaintiff as a settlement class member.

4.  NOW THEREFORE Plaintiffs are withdrawing the short form complaint filed on July 14, 2017 as Plaintiff is no longer an opt-out to the litigation.

Dated: August 4, 2017						Respectfully submitted,

								By: */s/ Robert A. Stein*
								ROBERT A. STEIN
								2313 Cedar Shore Drive
								Minneapolis, MN 55416
								Tel: (612) 886-3582
								Email: rastein66@aol.com

								By:  */s/ Daniel J. Kurowski*
								Daniel J. Kurowski
								HAGENS BERMAN SOBOL SHAPIRO LLP
								455 N. Cityfront Plaza Drive, Suite 2410
								Chicago, IL 60611
								Phone: (708) 628-4963
								Fax: (708) 628-4963
								Email: dank@hbsslaw.com

								Steve W. Berman
								HAGENS BERMAN SOBOL SHAPIRO LLP
								1918 Eighth Avenue, Suite 3300
								Seattle, WA 98101
								Tel:  (206) 623-7292
								Fax: (206) 623-0594
								Email: steve@hbsslaw.com

								*Attorneys for Plaintiff*