UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>**Opt-Out Plaintiffs' Second Amended Master Administrative Long-Form Complaint and (if applicable) Duckworth, et al. v. National Football League [et al.], No. 12-CV-4231** | No. 12-md-2323(AB)<br><br>MDL No. 2323<br><br>SHORT FORM COMPLAINT<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>JURY TRIAL DEMANDED |

### NOTICE OF WITHDRAWAL OF OPT OUT PLAINTIFF ELVIN BETHEA SHORT FORM COMPLAINT AGAINST NFL DEFENDANTS

1. WHEREAS Plaintiff, Elvin Bethea and Plaintiff's Spouse _____ submit this Notice of Withdrawal in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2. WHEREAS on July 14, 2014, Plaintiff submitted an Opt Out Short Form Complaint Against NFL Defendants in accordance with the Court's April 12, 2017 order.

3. WHEREAS in his Opt Out Short Form Complaint Against NFL Defendants, Plaintiff reserved any and all rights and relief to request to revoke his opt out from the settlement class in order to participate in the settlement. *See generally* Plaintiff's Opt Out Short Form Complaint Against NFL Defendants at n.1.

3. WHEREAS Plaintiff submitted a Request to Revoke Opt-Out, which the Court accepted, permitting Plaintiff to revoke his opt out and establishing Plaintiff as a settlement class member.

4. NOW THEREFORE Plaintiffs are withdrawing the short form complaint filed on July 14, 2017 as Plaintiff is no longer an opt-out to the litigation.

Dated: August 4, 2017                              Respectfully submitted,


                                                   By: */s/ Robert A. Stein*
                                                   ROBERT A. STEIN
                                                   2313 Cedar Shore Drive
                                                   Minneapolis, MN 55416
                                                   Tel: (612) 886-3582
                                                   Email: rastein66@aol.com

                                                   By: */s/ Daniel J. Kurowski*
                                                   Daniel J. Kurowski
                                                   HAGENS BERMAN SOBOL SHAPIRO LLP
                                                   455 N. Cityfront Plaza Drive, Suite 2410
                                                   Chicago, IL 60611
                                                   Phone: (708) 628-4963
                                                   Fax: (708) 628-4963
                                                   Email: dank@hbsslaw.com

                                                   Steve W. Berman
                                                   HAGENS BERMAN SOBOL SHAPIRO LLP
                                                   1918 Eighth Avenue, Suite 3300
                                                   Seattle, WA 98101
                                                   Tel: (206) 623-7292
                                                   Fax: (206) 623-0594
                                                   Email: steve@hbsslaw.com

                                                   *Attorneys for Plaintiff*