## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 7th day of August, 2017, upon all counsel of record.

Dated:  August 7, 2017             /s/ Brad S. Karp
                                                   Brad S. Karp