IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | NO. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Hon. Anita J. Brody |

## PETITION FOR APPOINTMENT OF REPRESENTATIVE CLAIMANT

I, ANDREIA CRAWFORD, respectfully move this Court for appointment as the Representative Claimant authorized to act on behalf of ELBERT CRAWFORD, a deceased Retired NFL Football Player, in connection with the NFL Concussion Settlement as follows:

1. I seek appointment as the Representative Claimant to act on behalf of the Retired NFL Football Player and his estate, heirs, and beneficiaries but have not been appointed to act in that capacity by a court or other official of competent jurisdiction and do not have such other proof of representative capacity that the Claims Administrator has been authorized by the Court or the Parties to accept.

2. To establish my authority to act as the Representative Claimant, I submit and incorporate in this Petition the Representative Claimant Declaration and supporting documents attached as Exhibit A.

3. I have confirmed with the Claims Administrator that it has not received documents or information indicating that any other individual or entity is appointed or is seeking appointment as the Representative Claimant on behalf of the Retired NFL Football Player.

1

4. Accordingly, I respectfully request that the Court enter an order approving this Petition.

5. A proposed order accompanies this Petition.

    Respectfully Submitted,

    **LUBEL VOYLES LLP**

    */s/ Adam Q. Voyles*
    Lance H. Lubel
    SBN:
    Adam Q. Voyles
    SBN: 24003121
    5020 Montrose Blvd., 8th Floor
    Houston, Texas 77006
    Telephone: (713) 284-5200
    Facsimile: (713) 284-5250
    Email: lance@lubelvoyles.com
           adam@lubelvoyles.com

    ATTORNEYS FOR ANDREIA CRAWFORD
    ON BEHALF OF THE ESTATE OF
    ELBERT CRAWFORD, DECEASED

    Date: August 7, 2017