IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | NO. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Hon. Anita J. Brody |

**ORDER APPOINTING REPRESENTATIVE CLAIMANT**

Before the Court is the Petition of PATSY LEWIS for appointment as the Representative Claimant authorized to act on behalf of MARK J. LEWIS, a deceased Retired NFL Football Player, in connection with the NFL Concussion Settlement. The Court hereby GRANTS the Petition, and ORDERS as follows:

1. PATSY LEWIS is appointed as the Representative Claimant on behalf of MARK J. LEWIS, deceased and his estate, heirs, and beneficiaries in connection with the NFL Concussion Settlement program (the "Program").

2. The Representative Claimant is authorized to act on behalf of the Retired NFL Football Player, including the submission of materials to register for the Program, the decision to participate in the Baseline Assessment Program (where applicable), the filing of any Claim Packages for Monetary Awards, and the receipt of payment for any Monetary Awards.

3. The Claims Administrator, BAP Administrator and Lien Resolution Administrator shall accept this Order as proof of the Representative Claimant's appointment.

4. Any final Monetary Award or Supplemental Monetary Award amount the Claims Administrator shall determine and award to or on behalf of the Retired NFL Football Player in

accordance with the Settlement Agreement is approved as fair, reasonable and adequate.

5. The Claims Administrator shall pay the Monetary Award or Supplemental Monetary Award amount to the Representative Claimant.

6. The Representative Claimant shall abide by all substantive laws of the applicable Retired NFL Football Player's state of domicile or any other applicable state law concerning the compromise and distribution .of any Monetary Award or Supplemental Monetary Award.

7. The Representative Claimant shall indemnify and hold harmless the Released Parties, as defined in Section 2.1(bbbb) of the Settlement Agreement, and their attorneys and insurers, Class Counsel, Co-Lead Class Counsel, the Claims Administrator, the BAP Administrator, the Lien Resolution Administrator, the Special Masters, and the agents and representatives of any of the foregoing, from any and all claims, demands, or expenses of any kind arising out of or relating to his or her action in connection with the Program, including, without limitation, as set forth in Section 11.4 of the Settlement Agreement.

8. The Representative Claimant shall immediately notify the Claims Administrator if his or her authority is curtailed, surrendered, withdrawn, or terminated.

**SIGNED AND ENTERED** this _____ day of _____, 2017.

                                                             Honorable Anita B. Brody
                                                            United States District Judge