| From: | TerriAnne Benedetto <TBenedetto@seegerweiss.com> |
|---|---|
| Sent: | Monday, August 7, 2017 2:58 PM |
| To: | Jeff Ostrow |
| Cc: | Chris Seeger; David L. Ferguson, Esq.; Scott Edelsberg, Esq. |
| Subject: | RE: MDL 2323 - Notice & Order DE#8037 |

Yes, you may represent that we met and conferred and oppose responding to discovery propounded upon Co-Lead Class Counsel.  Yes, as to the deposition dates, Mr. Sherry on Aug. 21 and Mr. Siler on Aug. 22.  We will arrange for the court reporter and videographer.   Thank you, Terri

**From:** Jeff Ostrow [mailto:ostrow@kolawyers.com]
**Sent:** Monday, August 07, 2017 2:28 PM
**To:** TerriAnne Benedetto <TBenedetto@seegerweiss.com>
**Cc:** Chris Seeger <CSeeger@seegerweiss.com>; David L. Ferguson, Esq. <ferguson@kolawyers.com>; Scott Edelsberg, Esq. <edelsberg@kolawyers.com>
**Subject:** RE: MDL 2323 - Notice & Order DE#8037

Thank you for the response, Terri.  Based upon that, we intend on filing a motion with the Court.  Please confirm that I can represent that we met and conferred and that you oppose. Also, are we set for the 21st and/or the 22nd for depositions?

Thank you,

Jeff

**Jeff Ostrow**
Direct: 954-332-4200



**From:** TerriAnne Benedetto [mailto:TBenedetto@seegerweiss.com]
**Sent:** Monday, August 07, 2017 1:54 PM
**To:** Jeff Ostrow <ostrow@kolawyers.com>
**Cc:** Chris Seeger <CSeeger@seegerweiss.com>; David L. Ferguson, Esq. <ferguson@kolawyers.com>; Scott Edelsberg, Esq. <edelsberg@kolawyers.com>
**Subject:** RE: MDL 2323 - Notice & Order DE#8037

Jeff:

We are in the post-judgment phase of this litigation.  Judge Brody's July 19 Order authorized only Co-Lead Class Counsel to conduct discovery.  It did not authorize reciprocal discovery. Accordingly, we will not be responding to any discovery that you propound upon Co-Lead Class Counsel.

Terri

TerriAnne Benedetto
Partner
Seeger Weiss LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102
(t) 215-564-2300
(d) 215-553-7981
(f) 215-851-8029

---

**From:** Jeff Ostrow [mailto:ostrow@kolawyers.com]
**Sent:** Saturday, August 05, 2017 1:36 PM
**To:** TerriAnne Benedetto <TBenedetto@seegerweiss.com>
**Cc:** Chris Seeger <CSeeger@seegerweiss.com>; David L. Ferguson, Esq. <ferguson@kolawyers.com>; Scott Edelsberg, Esq. <edelsberg@kolawyers.com>
**Subject:** Re: MDL 2323 - Notice & Order DE#8037
**Importance:** High

Thanks TerriAnne.  It's nice to meet you.  I appreciate the confirmation of the production deadline and your agreement to do the depositions on the below dates in my office.  I'm not sure how much time you need, but it would be Ryan Sherry on day 1 and Brandon Siler on day 2.  If you prefer to coordinate them for the same day, please let me know.

Additionally, we intend on serving you Lead Counsel with requests for production and interrogatories.  Will you agree to provide responses prior to the depositions?  We plan on sending the requests out tomorrow or Monday.

Thank you,

Jeff

**Jeff Ostrow**
Direct: 954-332-4200



---

**From:** TerriAnne Benedetto <TBenedetto@seegerweiss.com>
**Date:** Friday, August 4, 2017 at 3:14 PM
**To:** Jeff Ostrow <ostrow@kolawyers.com>, "David L. Ferguson, Esq." <ferguson@kolawyers.com>
**Cc:** Chris Seeger <CSeeger@seegerweiss.com>
**Subject:** FW: MDL 2323 - Notice & Order DE#8037

Jeff:

Chris forwarded your below email to me.  The Judge's Order that was attached to the discovery requests sent to your clients directed that the response time for answering interrogatories and producing documents is 14 days.  Thus, since your clients were served on July 26th, the proper due date is August 9th.   As to the depositions, August 21-23 in your office in Fort Lauderdale works for us.  Please let us know which witness you intend to produce on which day.  The NFL Parties' counsel may also want to attend, so, we will probably have to run the dates by them before setting firm dates.

Thank you,

TerriAnne Benedetto
Partner
Seeger Weiss LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102
(t) 215-564-2300ion
(d) 215-553-7981
(f) 215-851-8029

Begin forwarded message:

> **From:** Jeff Ostrow <ostrow@kolawyers.com>
> **Date:** August 3, 2017 at 9:14:53 AM EDT
> **To:** "cseeger@seegerweiss.com" <cseeger@seegerweiss.com>
> **Cc:** "David L. Ferguson, Esq." <ferguson@kolawyers.com>
> **Subject: MDL 2323 - Notice & Order DE#8037**
>
> Chris:
>
> Yesterday, I entered an appearance for Legacy Pro Sports LLC and Brandon Siler, for the limited purpose of representing them through the discovery process, as well as at the hearing on September 19, 2017.  I am in receipt of the production request and interrogatories you propounded.  It is our intention to provide timely responses on or before Wednesday, August 9, 2017.  Would you please confirm that this is the proper due date?  Further, I understand you want to take some depositions. The individuals with the most knowledge – and the ones that will make your time the most useful – are Brandon Siler and Ryan Sherry.  You have offered the weeks of August 14th and August 21th.  Those weeks are somewhat challenging for me as I have 3 mediations during that time span – 2 in California and 1 in Hawaii.  I do have the 21-23 free, but request that the depositions be conducted in our office in Fort Lauderdale. This will make it easier for me because of my schedule, not to mention that both witnesses are here in Florida.  Please let me know if this good for you.
>
> I look forward to hearing from you on the above and working with you.
>
> Jeff



**Jeff Ostrow**
Managing Partner
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
**Main:** 954-525-4100 • **Direct:** 954-332-4200
**Fax:** 954-525-4300 • **Web:** www.kolawyers.com

This email is intended solely for the individual to whom it is addressed and may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If the reader is not the intended recipient or the agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination or copying of this is strictly prohibited. If you received this communication in error, please immediately notify us by telephone and return the original message to us at the listed email address. Thank you.

In accordance with Internal Revenue Service Circular 230, we advise you that unless otherwise stated, any discussion of a federal tax issue in this communication or in any attachment is not intended to be used, and it cannot be used, for the purpose of avoiding federal tax penalties.