UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>*Ballard, et al. v. National Football League, et al.,*<br>No. 2:13-cv-02244 | |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Norman F. Hodgins, III as counsel of record for Plaintiff LaBrandon Toefield only in the above-styled action. All notices, pleadings and written communication regarding this action not served via the ECF system should be directed to and served upon:

>Hodgins Law Group, LLC
>4700 Highway 22, Suite 596
>Mandeville, LA 70471
>Tel: (504) 571-9211
>Facsimile: (504) 571-9112
>Email: norman@hodginslawgroup.com

Dated: August 9, 2017

Respectfully submitted,

*s/ Norman F. Hodgins, III*
Norman F. Hodgins, III (LSBA No. 29909)
**HODGINS LAW GROUP, LLC**
4700 Highway 22, Suite 596
Mandeville, LA 70471
Tel: (504) 571-9211
Facsimile: (504) 571-9112
Email: norman@hodginslawgroup.com

*Counsel for Plaintiff LaBrandon Toefield*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2017, I caused the foregoing *Notice of Appearance* to be electronically filed with the United States District Court for the Eastern District of Pennsylvania via the Court's Electronic Case Filing (ECF) system, which will provide electronic notice on all parties registered for CM/ECF in the litigation.

                                            *s/ Norman F. Hodgins, III*
                                            Norman F. Hodgins, III