UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long Form Complaint and (if applicable)<br><br>*Demarie, et al. v. National Football League, et al.,* No. 2:13-cv-07659-AB<br><br>Christopher Thompson, Plaintiff | **NOTICE OF ATTORNEY'S LIEN** |

      Petitioner Norman F. Hodgins, III of the Hodgins Law Group, LLC, attorney for the Plaintiff Christopher Thompson in the above-captioned action, hereby notifies this Court and all parties that he has a lien in this case for reasonable attorney's fees plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien.

Dated: August 9, 2017                      Respectfully submitted,

                                                           *s/ Norman F. Hodgins, III*
                                                           Norman F. Hodgins, III (LSBA No. 29909)
                                                           **HODGINS LAW GROUP, LLC**
                                                           4700 Highway 22, Suite 596
                                                           Mandeville, LA 70471
                                                           Tel: (504) 571-9211
                                                           Facsimile: (504) 571-9112
                                                           Email: norman@hodginslawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2017, I caused the foregoing *Notice of Attorney's Lien* to be electronically filed with the United States District Court for the Eastern District of Pennsylvania via the Court's Electronic Case Filing (ECF) system, which will provide electronic notice on all parties registered for CM/ECF in the litigation.

*s/ Norman F. Hodgins, III*
Norman F. Hodgins, III
