UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

## NOTICE OF WITHDRAWAL OF FILING

TO THE CLERK OF COURT:

Petitioner Ellen Tullos hereby withdraws the "Petition for Appointment of Representative Claimant" filed on August 3, 2017 at Docket No. 8207. The documents were filed in error. Therefore, Petitioner respectfully request that the aforementioned documents be withdrawn from the Master Docket No. 2:12-md-2323. Petitioner will re-file the documents as per the Court's Order [Docket No. 8107].

Dated: August 9, 2017

Respectfully submitted,

*s/ David B. Franco*
David B. Franco (TX Bar No. 24072097)
**FRANCOLAW, PLLC**
1001 Studewood Street, 2nd Floor
Houston, Texas  77008
Telephone: (504) 226-5226
Facsimile: (504) 229-6730
Email: dfranco@dfrancolaw.com

Norman F. Hodgins, III
**HODGINS LAW GROUP, LLC**
4700 Highway 22, Suite 596
Mandeville, LA 70471
Tel: (504) 571-9211
Facsimile: (504) 571-9112

Email: norman@hodginslawgroup.com

*Counsel for Representative Claimant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2017, I caused the foregoing *Notice of Withdrawal of Filing* to be electronically filed with the United States District Court for the Eastern District of Pennsylvania via the Court's Electronic Case Filing (ECF) system, which will provide electronic notice on all parties registered for CM/ECF in the litigation.

*s/ David B. Franco*
David B. Franco