IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Hon. Anita J. Brody |

## NOTICE OF WITHDRAWAL OF FILING

Petitioner, Mary Lee Kocourek, hereby withdraws the "Petition for Appointment of Representative Claimant" filed on August 1, 2017 at Docket No. 8198. This document was filed in error. Therefore, Petitioner respectfully requests that the aforementioned document be withdrawn from the Master Docket No. 2-12-md-2323.

Respectfully submitted,

GOLDBERG, PERSKY & WHITE, P.C.

By: s/    *Jason E. Luckasevic*
Jason E. Luckasevic, Esquire
11 Stanwix Street, Suite 1800
Pittsburgh, PA  15222
Phone:  412-471-3980
jluckasevic@gpwlaw.com

Date: August 9, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2017 the foregoing Notice of Withdrawal of Filing was electronically filed. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

                                                  GOLDBERG, PERSKY & WHITE, P.C.

                                                  By: s/ *Jason E. Luckasevic*