## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long Form Complaint and (if applicable)<br><br>*Kuechenberg, et al. v. National Football League, et al.,* No. 2:12-cv-03535-AB<br><br>Matthew Dorsett, Plaintiff | **NOTICE OF ATTORNEY'S LIEN** |

Petitioner Norman F. Hodgins, III of the Hodgins Law Group, LLC, attorney for Plaintiff

Matthew Dorsett in the above-captioned action, hereby notifies this Court and all parties that he

has a lien in this case for reasonable attorney's fees plus expenses, as set forth in the

accompanying Petition to Establish Attorney's Lien.

Dated: August 15, 2017

Respectfully submitted,

*s/ Norman F. Hodgins, III*
Norman F. Hodgins, III (LSBA No. 29909)
**HODGINS LAW GROUP, LLC**
4700 Highway 22, Suite 596
Mandeville, LA 70471
Tel: (504) 571-9211
Facsimile: (504) 571-9112
Email: norman@hodginslawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2017, I caused the foregoing *Notice of Attorney's Lien* to be electronically filed with the United States District Court for the Eastern District of Pennsylvania via the Court's Electronic Case Filing (ECF) system, which will provide electronic notice on all parties registered for CM/ECF in the litigation.


*s/ Norman F. Hodgins, III*
Norman F. Hodgins, III