# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long Form Complaint and (if applicable)<br><br>*Hilliard, et al. v. National Football League, et al.,* No. 2:13-cv-00961-AB<br><br>Corey Dowden, Plaintiff | **PETITION TO ESTABLISH ATTORNEY'S LIEN** |

NOW COMES Petitioner, Norman F. Hodgins, III of the Hodgins Law Group, LLC, pursuant to an executed retainer agreement, and states as follows:

1.    The Petitioner is an attorney at law, and files this Petition to establish his lien for attorney's fees as set forth hereinafter.

2.    The Petitioner was retained and employed by the Plaintiff, Corey Dowden, pursuant to a contingency fee agreement for legal services, to pursue a claim for injuries and damages related thereto possibly caused by the National Football League and all other responsible parties' liability for former and/or retired NFL players' long-term brain injuries and other head injuries and damages associated with football-related concussions, head, and brain injuries.

3.    The specifics of the contingency fee agreement are as follows: If no recovery (by settlement or trial) is obtained Client will not owe a legal fee or expenses. If the Petitioner

obtains a settlement or judgement for Client, Client will pay to the Petitioner thirty percent (30%) of the gross recovery.  Gross recovery is the total recovery prior to the repayment of expenses.

4.      When Petitioner entered into a contract with Plaintiff, Petitioner entered into the risk and expense of litigation before any settlement discussion had been held.

5.      From the date the Petitioner was authorized to proceed on behalf of the Plaintiff, the Petitioner has actively and diligently investigated, prepared, and pursed Plaintiff's claims, and has taken all steps necessary to prosecute those claims, including, but not limited to, correspondence and communications with the client, analyzing the Plaintiff's medical status and reviewing medical records, preparing for and conducting teleconferences, and complying with every step of the Court's Case Management Orders.

6.      The Plaintiff has recently discharged the Petitioner as his attorney in this matter.

7.      The Petitioner was not terminated by the Plaintiff for cause, and the termination was not due to any malfeasance or other improper action on the part of the Petitioner.

8.      The Petitioner claims the right to have a lien for attorney's fees and expenses established and enforced upon any sums to be derived from any settlement or judgement obtained or to be obtained by Plaintiff in this action.

WHEREFORE, the Petitioner prays:

A.      That an attorney's lien be established;

B.      That the amount of the lien be determined;

C.      That the Court order that the Petitioner be entitled to enforce an attorney's lien against the proceeds to be derived from any settlement or judgement in this action;

2

D.    That the Defendant or the Defendant's insurer be prohibited from paying the Plaintiff and/or his present lawyer any sums of money until said lien has been satisfied;

E.    For such other and further relief as this Court deems just.

Dated: August 15, 2017                              Respectfully submitted,

                                                    *s/ Norman F. Hodgins, III*
                                                    Norman F. Hodgins, III (LSBA No. 29909)
                                                    **HODGINS LAW GROUP, LLC**
                                                    4700 Highway 22, Suite 596
                                                    Mandeville, LA 70471
                                                    Tel: (504) 571-9211
                                                    Facsimile: (504) 571-9112
                                                    Email: norman@hodginslawgroup.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 15, 2017, I caused the foregoing *Petition to Establish Attorney's Lien* to be electronically filed with the United States District Court for the Eastern District of Pennsylvania via the Court's Electronic Case Filing (ECF) system, which will provide electronic notice on all parties registered for CM/ECF in the litigation.

*<u>s/ Norman F. Hodgins, III</u>*
Norman F. Hodgins, III
