UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **Notice of Appearance** |

The undersigned attorney hereby notifies the Court and counsel that David J. Campbell shall appear as counsel of record for Plaintiff and Absent Class Member Yvonne Sagapolutele, individually and as representative of the estate of Pio Sagapolutele, deceased, in the above-captioned matter.

Dated: August 15, 2017          */s/ David Campbell*
                               David Campbell
                               Texas State Bar No. 24057033
                               O'HANLON, DEMERATH & CASTILLO
                               808 West Avenue
                               Austin, TX 78701
                               Telephone: (512) 494-9949
                               Facsimile: (512) 494-9919
                               dcampbell@808west.com

                               *Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **Certificate of Service** |

I hereby certify that on August 15, 2017, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be filed via CM/ECF system, which caused notice to be sent to all counsel of record.

Dated:  August 15, 2017         */s/ David Campbell*
                                                David Campbell
                                                Texas State Bar No. 24057033
                                                O'HANLON, DEMERATH & CASTILLO
                                                808 West Avenue
                                                Austin, TX 78701
                                                Telephone: (512) 494-9949
                                                Facsimile: (512) 494-9919
                                                dcampbell@808west.com

                                                *Counsel for Plaintiff*