UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Notice of Appearance |

The undersigned attorney hereby notifies the Court and counsel that Justin Demerath shall appear as counsel of record for Plaintiff and Absent Class Member Yvonne Sagapolutele, individually and as representative of the estate of Pio Sagapolutele, deceased, in the above-captioned matter.

Dated: August 15, 2017

/s/ *Justin Demerath*
Justin Demerath
Texas State Bar No. 24034415
O'HANLON, DEMERATH & CASTILLO
808 West Avenue
Austin, TX 78701
Telephone: (512) 494-9949
Facsimile: (512) 494-9919
jdemerath@808west.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **Certificate of Service** |

I hereby certify that on August 15, 2017, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be filed via CM/ECF system, which caused notice to be sent to all counsel of record.

Dated:  August 15, 2017

/s/ Justin Demerath
Justin Demerath
Texas State Bar No. 24034415
O'HANLON, DEMERATH & CASTILLO
808 West Avenue
Austin, TX 78701
Telephone: (512) 494-9949
Facsimile: (512) 494-9919
jdemerath@808west.com

*Counsel for Plaintiff*