UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | § § § § § | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Yvonne Sagapolutele, individually and as representative of the Estate of Pio Sagapolutele, Deceased on behalf of herself and others similarly situated,<br>    Plaintiff / Absent Class Member<br><br>v.<br><br>National Football League and NFL Properties LLC, Successor-in-interest to NFL Properties, Inc.,<br>    Defendants<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | § § § § § § § § § § § § § § § § § § | Civ. Action No. 14-00029-AB |

**[PROPOSED] ORDER
GRANTING ABSENT CLASS MEMBER AND PLAINTIFF
YVONNE SAGAPOLUTELE'S MOTION TO MODIFY THE AMENDED
FINAL ORDER AND JUDGMENT [ECF 6534]**

**AND NOW**, this ___ day of _____, 2017, upon consideration of Absent Class Member and Plaintiff Yvonne Sagapolutele's Motion to Modify the Amended Final Order and Judgment [ECF 6534] by Conforming the Definition of "Death with CTE" to the Version Contemplated in the Fairness Hearing Order [ECF 6479] and Noticed to the Class in the Long Form Notice [ECF 6093-1] and Summary Notice [ECF 6093-2] Pursuant to Rule

60 and the Authority Retained in the Settlement Agreement, the Court finds that the Motion has merit and is GRANTED.  It is hereby **ORDERED** that:

1.  The Amended Final Order and Judgment [ECF No. 6534] is modified to remove the incorporation of those amendments to the Settlement Agreement, which was originally filed on June 25, 2014, that imposed a deadline to obtain a Qualifying Diagnosis[1] of Death with CTE.

2.  The new definition of Death with CTE contained in Exhibit A-1 of the Settlement Agreement [ECF 6481-1 page 110 of 162] shall be amended to read as follows:

"5.  **Death with Chronic Traumatic Encephalopathy (CTE)**

For Retired NFL Football Players who died prior to the Final Approval Date, a post-mortem diagnosis of CTE made by a board-certified neuropathologist."

3.  The Settlement Administrators shall develop forms and procedures that conform with this definition.

SO ORDERED this _____ day of _____, 2017.

_____
Anita B. Brody
United States District Court Judge

---

[1]  Capitalized terms used in this Order other than Death wth CTE have the same meaning as those defined in the Settlement Agreement and exhibits originally filed with the Court on June 25, 2014 and amended on February 13, 2015 [ECF No. 6073-2].