# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>　　　　　　　　　　Defendants. | Civ. Action No.: 14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |



RECEIVED AUG 15 2017

## STIPULATION AND [PROPOSED] ORDER[1]

This Stipulation and Agreement, dated August [14th], 2017, is made and entered into by and among the National Football League and NFL Properties LLC (the "NFL Parties"), and Class Counsel (collectively, the "Parties").

WHEREAS, on April 22, 2015, this Court issued a Memorandum (ECF No. 6509) and Final Order and Judgment (ECF No. 6510), and on May 8, 2015, an amended Final Order and Judgment (ECF No. 6534), approving the Settlement Agreement in its entirety;

---

[1] Unless otherwise noted, the terms used in this Order that are defined in the Settlement Agreement have the same meanings in this Order as in the Settlement Agreement.

WHEREAS, on May 4, 2015, Claims Administrator BrownGreer PLC, in accordance with the Final Order and Judgment and the Settlement Agreement, filed the list of Opt Outs who timely submitted proper requests to opt out in compliance with Section 14.2(a) of the Settlement Agreement, including Retired NFL Football Player Dulymus McAllister (ECF No. 6533);

WHEREAS, Dulymus McAllister has since submitted a written request seeking to revoke his Opt Out request (*see* Exhibit 1 (Declaration of Orran L. Brown, Sr.));

WHEREAS, the Parties have agreed to accept the revocation request submitted by Dulymus McAllister, subject to Court approval, because he submitted registration materials for the Class Action Settlement program before the deadline;

**AND NOW**, this [14th] day of August, 2017, it is hereby stipulated and agreed by the Parties that the revocation request submitted by Dulymus McAllister is accepted, subject to Court approval, because he submitted registration materials for the Class Action Settlement program before the deadline.

2

**It is so STIPULATED AND AGREED,**

By: _____  By: _Brad S. Karp_ _____

Date: __August 14, 2017_____  Date: _August 14, 2017_____

Christopher Seeger  
SEEGER WEISS LLP  
77 Water Street  
New York, NY 10005  
Phone: (212) 584-0700  
cseeger@seegerweiss.com  

Brad S. Karp  
PAUL, WEISS, RIFKIND, WHARTON  
& GARRISON LLP  
1285 Avenue of the Americas  
New York, NY 10019-6064  
Phone: (212) 373-3000  
bkarp@paulweiss.com  

*Class Counsel*                     *Counsel for the NFL Parties*

It is so **ORDERED**, based on the above Stipulation and the accompanying Declaration of Orran L. Brown, Sr., that the revocation request submitted by Dulymus McAllister is approved and the Claims Administrator is **DIRECTED** to post a revised list of Opt Outs forthwith excluding Dulymus McAllister.

DATE: AUGUST 16, 2017

FOR ANITA B. BRODY, J.  
Jeffrey L. Schmehl, as Emergency Judge

Copies **VIA ECF** on _____ to:     Copies **MAILED** on _____ to:

3

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## DECLARATION OF ORRAN L. BROWN, SR.

I, ORRAN L. BROWN, SR., hereby declare and state as follows:

1. My name is Orran L. Brown, Sr. I am the Chairman and a founding partner of BrownGreer PLC, located at 250 Rocketts Way, Richmond, Virginia 23231. BrownGreer PLC is the Claims Administrator under the Class Action Settlement Agreement in this action.

2. I am over the age of 21. The matters set forth in this Declaration are based upon my personal knowledge and information.

3. I submit this Declaration to describe an Opt Out revocation request we recently received.

4. In its April 22, 2015 Final Approval Order and Judgment, the Court directed the Claims Administrator to make public a list of Opt Outs as of that date. We posted on the official Settlement website a list of the Opt Outs that were timely and included all the elements required for a valid Opt Out under Section 14.2(a) of the Settlement Agreement (175 names at the time) and a list of the Opt Outs that were untimely and/or were missing one or more of Section 14.2(a)'s required elements (33 names at the time).

5. Section 14.2(c) of the Settlement Agreement provides that a Class Member who had Opted Out but wished to revoke that Opt Out could submit a written request to do

1

so "[p]rior to the Final Approval Date." At various times after the April 22, 2015 Final Approval Date, 84 people who had Opted Out submitted requests to revoke their Opt Outs. The Parties to the Settlement Agreement agreed to accept those revocation requests, subject to Court approval, and reported the requests to the Court. The Court approved 83 of the 84 requests by Orders on the following dates:

1. July 15, 2015 (Document 6642);

2. December 22, 2015 (Document 6713);

3. January 26, 2016 (Document 6739);

4. September 15, 2016 (Document 6907);

5. October 25, 2016 (Document 6924);

6. November 8, 2016 (Document 6937);

7. December 21, 2016 (Document 7033);

8. January 18, 2017 (Document 7084);

9. January 20, 2017 (Document 7097);

10. February 6, 2017 (Document 7119);

11. March 9, 2017 (Document 7264);

12. March 20, 2017 (Document 7297);

13. March 28, 2017 (Document 7374);

14. April 11, 2017 (Document 7471);

15. April 13, 2017 (Document 7478);

16. April 24, 2017 (Document 7547);

17. May 2, 2017 (Document 7594);

18. May 18, 2017 (Document 7674);

19. May 25, 2017 (Documents 7763 and 7764);

20. June 26, 2017 (Document 7848);

21. July 17, 2017 (Document 8023);

22. July 18, 2017 (Document 8033);

23. July 19, 2017 (Document 8038);

24. July 25, 2017 (Document 8076);

25. July 27, 2017 (Document 8159);

26. July 28, 2017 (Document 8191);

27. August 1, 2017 (Document 8199);

28. August 3, 2017 (Document 8208);

29. August 4, 2017 (Document 8218);

30. August 7, 2017 (Document 8224); and

31. August 8, 2017 (Documents 8235, 8236, and 8237).

The recent revocation request of Thomas Clapp, II is pending before the Court (Document 8249). Each time the Court approved a revocation, we no longer counted that person as an Opt Out and posted on the Settlement website a revised list of Timely Opt Out Requests Containing All Information Required by Section 14.2(a) or Otherwise Approved by the Court (the "Timely Opt Out List") to reflect the results of the Orders. That Timely Opt Out List now contains 98 names, including six persons whose Opt Outs the Court directed be added to that list in its Orders of September 8, 2016 (Document 6902) and March 6, 2017 (Document 7244).

6. On August 11, 2017, we received an Opt Out revocation request from Mr. Dulymus McAllister, who is on the Timely Opt Out List. Mr. McAllister registered timely for

3

Settlement benefits. I have attached to this Declaration a copy of his request with his personal information redacted. The Parties to the Settlement Agreement have agreed to accept his revocation, subject to Court approval. If the Court grants its approval, we no longer will count Mr. McAllister as an Opt Out and, upon the Court's direction, we will post a revised Timely Opt Out List on the Settlement website.

I, Orran L. Brown, Sr., declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on this 14th day of August, 2017.

_____
Orran L. Brown, Sr.

# NFL CONCUSSION SETTLEMENT

## REQUEST TO REVOKE OPT OUT FROM SETTLEMENT CLASS

A person who Opted Out of the NFL Concussion Settlement may request to revoke that Opt Out by completing this form and sending it to the Claims Administrator. The Claims Administrator will present the request to the Parties to the Settlement Agreement for their consideration. If Co-Lead Class Counsel and the NFL Parties both consent, they will submit it to the Court for approval. Complete all sections of this form. If your revocation is approved, you cannot later Opt Out again.

### I. PERSON SEEKING TO REVOKE OPT OUT

**Name:** First: Dulymus   M.I.:   Last: Mcallister

**Mailing Address:** Address 1: ___  Address 2: ___  City: ___  State: ___  Zip: ___

**Telephone Number:** ___

**Date of Birth:** ___ (Month/Day/Year)

**Settlement Class Member Type:**
- [X] I am a Retired NFL Football Player.
- [ ] I am a Representative Claimant. I have a legal right to act on behalf of a Retired NFL Football Player.
- [ ] I am a Derivative Claimant. I have certain legal rights because of my relationship with a Retired NFL Football Player.

### II. STATEMENT OF INTENT AND SIGNATURE

I wish to revoke my Opt Out from the Settlement Class and instead be included in the Settlement Class.

**Signature:** [signed]   **Date:** 08/11/2017 (Month/Day/Year)

### III. HOW TO SUBMIT THIS FORM

**By Email:** ClaimsAdministrator@NFLConcussionSettlement.com

**By Mail:**
NFL Concussion Settlement
Claims Administrator
P.O. Box 25369
Richmond, VA 23260

**By Online Portal:** Go to your secure online portal with the Claims Administrator and upload this signed PDF.

www.NFLConcussionSettlement.com

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 14th day of August, 2017, upon all counsel of record.

Dated: August 14, 2017                /s/ Brad S. Karp
                                      Brad S. Karp