UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: <br><br> Plaintiffs' Master Administrative Long-Form Complaint and: <br><br> <u>Robert Massey, et al.</u> v. National Football League, et al. (Plaintiff Robert Massey ONLY) <br><br> Court File No. <u>12-cv-6069-AB</u> | **NOTICE OF ATTORNEY'S LIEN** |

      Pursuant to Minn. Stat. § 481.13, the Petitioner, Charles S. Zimmerman, attorney for the Plaintiff Robert Massey in the above-entitled action, hereby notifies this Court and all parties that Zimmerman Reed LLP and its attorneys have a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff Robert Massey.

Dated:  August 16, 2017                    Respectfully submitted,

                                                       ZIMMERMAN REED LLP

                                                        _s/ Charles S. Zimmerman_
                                                        Charles S. Zimmerman (#120054)
                                                        J. Gordon Rudd, Jr. (#222082)
                                                        Brian C. Gudmundson (#336695)
                                                        1100 IDS Center, 80 South 8th Street
                                                        Minneapolis, MN  55402
                                                        Telephone: (612) 341-0400
                                                        Facsimile: (612) 341-0844

Charles.Zimmerman@zimmreed.com<br>
Gordon.Rudd@zimmreed.com<br>
Brian.Gudmundson@zimmreed.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  August 16, 2017                              ZIMMERMAN REED LLP

 s/ Charles S. Zimmerman
Charles S. Zimmerman (#120054)
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Charles.Zimmerman@zimmreed.com
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com