UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiffs' Master Administrative Long-Form Complaint and:<br><br><u>Robert Massey, et al.</u> v. National Football League, et al. (Plaintiffs Marquette Smith and Sherri Smith ONLY)<br><br>Court File No. <u>12-cv-6069-AB</u> | **<u>NOTICE OF ATTORNEY'S LIEN</u>** |

      Pursuant to Minn. Stat. § 481.13, the Petitioner, Charles S. Zimmerman, attorney for the Plaintiffs Marquette Smith and Sherri Smith in the above-entitled action, hereby notifies this Court and all parties that Zimmerman Reed LLP and its attorneys have a lien in this case for reasonable attorney's fees, plus expenses, as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiffs Marquette Smith and Sherri Smith.

Dated:  August 16, 2017                      Respectfully submitted,

                                               ZIMMERMAN REED LLP

                                               s/ Charles S. Zimmerman
                                               Charles S. Zimmerman (#120054)
                                               J. Gordon Rudd, Jr. (#222082)
                                               Brian C. Gudmundson (#336695)
                                               1100 IDS Center, 80 South 8th Street
                                               Minneapolis, MN  55402

Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Charles.Zimmerman@zimmreed.com
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Notice of Attorney's Lien to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  August 16, 2017                         ZIMMERMAN REED LLP

                                             s/ Charles S. Zimmerman
                                        Charles S. Zimmerman (#120054)
                                        J. Gordon Rudd, Jr. (#222082)
                                        Brian C. Gudmundson (#336695)
                                        1100 IDS Center, 80 South 8th Street
                                        Minneapolis, MN  55402
                                        Telephone: (612) 341-0400
                                        Facsimile: (612) 341-0844
                                        Charles.Zimmerman@zimmreed.com
                                        Gordon.Rudd@zimmreed.com
                                        Brian.Gudmundson@zimmreed.com