UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | § § § § § MDL No. 2323 <br> C.A. No. 2:12-md-02323-AB |
| THIS DOCUMENT RELATES TO: <br><br> Plaintiffs' Master Administrative Long-form Complaint and: <br><br> **Robert Holt, et al v. National Football League, et al.** (Plaintiffs Rickey Dixon and Lorraine Dixon ONLY) <br><br> Court File No.  12-cv-4185 | § § § § § § § § § § § § § |

## NOTICE OF APPEARANCE

The undersigned attorney makes his appearance in this case and shall appear as counsel of record for plaintiffs Lorraine Dixon and Rickey Dixon.

**WATERS & KRAUS, LLP**

*/s/ Leslie C. MacLean*
Leslie C. MacLean
Texas Bar No. 00794209
3141 Hood Street, Suite 700
Dallas, Texas 75204
Tel. (214) 357-6244
Fax. (214) 357-7252
lmaclean@waterskraus.com

ATTORNEY FOR
LORRAINE DIXON AND
RICKEY DIXON

## **CERTIFICATE OF SERVICE**

      The undersigned counsel hereby certifies that a true and correct copy of the foregoing document, and all related attachments, was served via electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record and to those registered to receive a Notice of Electronic Filing for this case on this the 17th day of August, 2017.

                                                                    */s/ Leslie C. MacLean*
                                                                    Leslie C. MacLean