IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ) ) ) ) | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,* | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc. | ) ) ) ) | |
| Defendants. | ) ) | |

To: Defendants National Football League, and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.
NFL Class Action Settlement
P.O. Box 25369
Richmond, VA 23260

## NOTICE OF ATTORNEY'S LIEN

This is to advise that The Driscoll Firm, P.C. ("Firm") has been retained by Claimant Larry Gillard ("Claimant Gillard") on May 8, 2015 to prosecute a claim pursuant to the master settlement agreement reached in the above matter for injuries sustained as a NFL player. The Firm's retainer agreement with Claimant Gillard, a contract formed in Missouri by its own terms, provides for a contingent attorney's fee to the Firm of forty percent (40%) of any amount paid in settlement or from any recovery from all sources, persons or entities. (See Ex. 1). Pursuant to, *inter alia*, §§ 484.130-140, RSMo, this agreement, and proper execution under the statute, operates as a lien upon any recovery Claimant Gillard may have against Defendants National Football League, its

subsidiaries, or affiliates, whether by settlement or judgment.  If you or your representative settle any claim, suit, cause of action, or action at law with Claimant Gillard without first procuring the written consent of the Firm, you shall be liable to the Firm to satisfy the Firm's attorney's liens as described above.

>Respectfully submitted,
>THE DRISCOLL FIRM, P.C.
>
>BY:   \_\_/s/ Samuel Henderson_____
>Samuel Henderson, #6291624
>sam@thedriscollfirm.com
>John J. Driscoll, #6276464
>john@thedriscollfirm.com
>Christopher J. Quinn, #6310758
>chris@thedriscolfirm.com
>211 North Broadway, Suite 4050
>St. Louis, Missouri 63012
>Telephone No. (314) 932-3232
>Fax No. (314) 932-3233

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on counsel of record through the CM/ECF system on August 21, 2017.  Further, the foregoing document was mailed to Defendants National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc at P.O. Box 25369, Richmond, VA 23260 through U.S. Mail on August 21, 2017.

>Respectfully submitted,
>THE DRISCOLL FIRM, P.C.
>
>BY:   \_\_/s/ Samuel Henderson_____
>Samuel Henderson, #6291624
>211 North Broadway, Suite 4050
>St. Louis, Missouri 63012
>Telephone No. (314) 932-3232
>Fax No. (314) 932-3233
>sam@thedriscollfirm.com