# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>   Plaintiffs,<br><br>   v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>   Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### CO-LEAD CLASS COUNSEL'S MOTION TO COMPEL RD LEGAL FUNDING, LLC, RD LEGAL FINANCE, LLC, RD LEGAL FUNDING PARTNERS, LP, AND RONI DERSOVITZ TO RESPOND TO THE DISCOVERY REQUESTS PROPOUNDED IN ACCORDANCE WITH THE COURT'S ORDER OF JULY 19, 2017

Co-Lead Class Counsel submit this Motion seeking an Order compelling RD Legal Funding, LLC, RD Legal Finance, LLC, RD Legal Funding Partners, LP, and Roni Dersovitz (collectively, "RD Legal"), to respond fully and completely to the Requests for Production of Documents and Interrogatories propounded upon RD Legal by Co-Lead Class Counsel, on July 25, 2017, consistent with the Order issued by this Court on July 19, 2017.  Pursuant to the MDL

statute, 28 U.S.C. § 1407, Fed. R. Civ. P. 23(d) and the All Writs Act, 28 U.S.C. § 1651, and for the reasons stated in the accompanying Memorandum of Law, the Motion should be granted and RD Legal should be ordered to provide full and complete responses to the discovery requests within five (5) days.

Dated:  August 21, 2017                                    Respectfully submitted,

/s/ Christopher A. Seeger
Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

*Co-Lead Class Counsel*

Sol Weiss
ANAPOL WEISS
One Logan Square
130 N. 18th St. Ste. 1600
Philadelphia, PA 19103
Phone: (215) 735-1130
Fax: (215) 735-2024
sweiss@anapolweiss.com

*Co-Lead Class Counsel*

**CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing motion, along with the supporting documents, was served electronically via the Court's electronic filing system on the date below upon all counsel of record in this matter. The below counsel for RD Legal were served via email and Federal Express Overnight Mail.

>David K. Willingham, Esquire
>Jeffrey M. Hammer, Esquire
>Boies Schiller Flexner LLP
>725 South Figueroa Street, 31st Floor
>Los Angeles, CA 90017

Dated: August 21, 2017

>/s/ Christopher A. Seeger
>Christopher A. Seeger