# Exhibit E

**TerriAnne Benedetto**

| | |
|---|---|
| **From:** | David Willingham <DWillingham@BSFLLP.com> |
| **Sent:** | Monday, July 31, 2017 12:45 PM |
| **To:** | TerriAnne Benedetto; Jeffrey Hammer; Eric Kanefsky (Eric@ck-litigation.com) |
| **Cc:** | Chris Seeger; bkarp@paulweiss.com; 'sweiss@anapolweiss.com' (sweiss@anapolweiss.com) |
| **Subject:** | RE: NFL Concussion Litigation |

Ms. Benedetto and Mr. Seeger:

I apologize for the delay.  We have been out of the office and mired in other matters.  You are correct, we do represent RD Legal in connection with this matter.  We are analyzing your requests as well as Court order.  Please let me also introduce Jeff Hammer of my office, who I have asked to help in responding to these issues.  He is copied here.

We expect to be able to get back to you in a few days in connection with this to let you know what our position is.

Best,
David


**David K. Willingham**
Partner

**BOIES SCHILLER FLEXNER** LLP
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017
(t)  (213) 995-5718
(f)  (213) 629-9022
dwillingham@bsfllp.com
www.bsfllp.com

The information contained in this electronic mail message is privileged and confidential and is intended for the personal use of the designated recipients only.  This message may not be shared with, or forwarded to, third parties without the express written permission of the sender.  If you have received this message in error, please notify the sender immediately and delete all copies. Thank You.

**From:** TerriAnne Benedetto [mailto:TBenedetto@seegerweiss.com]
**Sent:** Tuesday, July 25, 2017 2:58 PM
**To:** Eric@ck-litigation.com; David Willingham
**Cc:** Chris Seeger; bkarp@paulweiss.com; 'sweiss@anapolweiss.com' (sweiss@anapolweiss.com)
**Subject:** NFL Concussion Litigation

Dear Messrs. Kanefsky and Willingham,

Please find a letter and attachments from Christopher Seeger.

Thank you,

TerriAnne Benedetto
Partner
Seeger Weiss LLP
1515 Market Street

1

Suite 1380
Philadelphia, PA 19102
(t) 215-564-2300
(d) 215-553-7981
(f) 215-851-8029

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]