# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>　　　　Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of Co-Lead Class Counsel's Motion To Compel RD Legal Funding, LLC, RD Legal Finance, LLC, RD Legal Funding Partners, LP, and Roni Dersovitz ("RD Legal") to Respond to the Discovery Requests Propounded in Accordance with the Court's Order of July 19, 2017, it is hereby ORDERED that Co-Lead Class Counsel's Motion is GRANTED.

RD Legal is hereby ORDERED to respond fully and completely to the Requests for Production of Documents and Interrogatories propounded upon RD Legal by Co-Lead Class Counsel by _____, 2017.

_____
Anita B. Brody
United States District Judge