UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br>                              Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                              Defendants. | Civ. Action No.:  14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**[PROPOSED] ORDER**

**AND NOW**, upon consideration of the Motion of the National Football League and NFL Properties LLC, and Co-Lead Class Counsel for an extension of time to respond to the Motion to Determine Proper Administration of Claims Under the Settlement Agreement [Doc. # 8267] to September 28, 2017, it is hereby ORDERED that the Motion is **GRANTED**.  The time to respond is extended to September 28, 2017.

**SO ORDERED** this _____day of _____, 2014.

_____
Anita B. Brody
United States District Court Judge