## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE | : | No.:2:12-md-02323 |
| PLAYERS' CONCUSSION | : | |
| INJURY LITIGATION | : | MDL No. 2323 |
| | : | |
| _____ | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| GLENN DERBY, PLAINTIFF, | : | |
| Case No. 2:12-cv-00989-AB, No. 26 | : | |

## PETITION TO WITHDRAW NOTICE OF ATTORNEY'S LIEN AND ACCOMPANYING PETITION TO ESTABLISH ATTORNEY'S LIEN

TO THE CLERK OF COURT:

  Please withdraw the Notice of Attorney's Lien and Accompanying Petition to Establish Attorney's Lien filed on behalf of undersigned counsel in the above-captioned case.

            Respectfully submitted,

            **THE GIDDENS FIRM, P.A.**

Dated:          By:   /s/ John D. Giddens
                 John D. Giddens, Esquire
                 The Giddens Firm, P.A.
                 Attorneys at Law
                 P.O. Box 22546
                 Jackson, MS 39225

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE | : | No.:2:12-md-02323 |
| PLAYERS' CONCUSSION | : | |
| INJURY LITIGATION | : | MDL No. 2323 |
| | : | |
| _____ | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| GLENN DERBY, PLAINTIFF, | : | |
| Case No. 2:12-cv-00989-AB, No. 26 | : | |

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance was filed via the Electronic Case Filing System on this date.

Respectfully submitted,

**THE GIDDENS FIRM, P.A.**

Dated:                          By:        /s/ John D. Giddens
                                           John D. Giddens, Esquire
                                           The Giddens Firm, P.A.
                                           Attorneys at Law
                                           P.O. Box 22546
                                           Jackson, MS 39225