IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : : | No.:2:12-md-02323<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>LEMAR PARRISH, PLAINTIFF,<br>Case No. 2:12-cv-00860-AB, No. 24 | : : : | |

## PETITION TO WITHDRAW NOTICE OF ATTORNEY'S LIEN AND ACCOMPANYING PETITION TO ESTABLISH ATTORNEY'S LIEN

TO THE CLERK OF COURT:

Please withdraw the Notice of Attorney's Lien and Accompanying Petition to Establish Attorney's Lien filed on behalf of undersigned counsel in the above-captioned case.

Respectfully submitted,

**THE GIDDENS FIRM, P.A.**

Dated: By: /s/ John D. Giddens
John D. Giddens, Esquire
The Giddens Firm, P.A.
Attorneys at Law
P.O. Box 22546
Jackson, MS 39225

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : No.:2:12-md-02323<br>:<br>: MDL No. 2323<br>:<br>:<br>: |
| THIS DOCUMENT RELATES TO:<br>LEMAR PARRISH, PLAINTIFF,<br>Case No. 2:12-cv-00860-AB, No. 24 | :<br>:<br>: |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance was filed via the Electronic Case Filing System on this date.

Respectfully submitted,

**THE GIDDENS FIRM, P.A.**

Dated:                By:   /s/ John D. Giddens
John D. Giddens, Esquire
The Giddens Firm, P.A.
Attorneys at Law
P.O. Box 22546
Jackson, MS 39225