UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>    Plaintiffs,<br><br>    v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>    Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**[PROPOSED] ORDER**

    AND NOW, this _____ day of _____, 2017, upon consideration of Co-Lead Class Counsel's Motion To Compel Case Strategies Group (formerly known as NFL Case Consulting, LLP), IT Strategies Group, Inc., Craig Sienema and James McCabe ("CSG Entities") and , Liberty Settlement Solutions, LLC, Liberty Contingent Recievables, LLC, Liberty Settlement Funding, JMMHCS Holdings, LLC, Marc Hermes, Craig Sienema and James McCabe ("Liberty Entities") to Respond to the Discovery Requests Propounded in Accordance with the Court's Order of July 19, 2017, it is hereby ORDERED that Co-Lead Class Counsel's Motion is GRANTED.

The CSG Entities and Liberty Entities are hereby ORDERED to respond fully and completely to the Requests for Production of Documents and Interrogatories propounded upon them by Co-Lead Class Counsel by _____, 2017.

 

_____
Anita B. Brody
United States District Judge