UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br>                      Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                      Defendants. | Civ. Action No.: 14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**JOINT REPLY IN FURTHER SUPPORT OF MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DETERMINE PROPER ADMINISTRATION OF CLAIMS UNDER THE SETTLEMENT AGREEMENT[1]**

The National Football League and NFL Properties LLC (the "NFL Parties") and Co-Lead Class Counsel (collectively, the "Parties") submit this reply in further support of their Motion for Extension of Time to Respond to the Motion to Determine Proper Administration of Claims Under the Settlement Agreement. In support thereof, the Parties state as follows:

---

[1] Unless otherwise noted, the terms used in this Order that are defined in the Settlement Agreement have the same meanings in this Order as in the Settlement Agreement.

1

1. On August 23, 2017, counsel for movants filed an opposition to the Motion for Extension, including supporting declarations. [Doc. # 8309].

2. The supporting declarations allege purported facts about which the Parties are unaware. This further supports the request of the Parties for additional time to look into the matters raised by the movants and respond appropriately thereafter. Indeed, as the movants admit, the "[t]he Class Members deserve the attention and time of the CLC [Co-Lead Class Counsel] and the NFL Parties to investigate and respond…." ( Doc. # 8309 at ¶ 6).

3. Regarding the concern movants raise about their time to respond to the underlying Notices, we have confirmed with BrownGreer that, in keeping with its earlier representations to counsel for the movants, new Notices were issued to each of the movants and that the dates for response to the Notices have all been extended to December 22, 2017. This should eliminate any concern that they may have about having sufficient time to respond the Notices.

WHEREFORE, the NFL Parties and Co-Lead Class Counsel respectfully submit that the Motion for Extension be granted.

Dated:  August 24, 2017                                     Respectfully Submitted:


  /s/ Christopher Seeger                   /s/ Brad Karp
Christopher Seeger                        Brad S. Karp
**SEEGER WEISS LLP**                      Bruce Birenboim
77 Water Street                           Lynn B. Bayard
New York, NY 10005                        **PAUL, WEISS, RIFKIND, WHARTON**
Phone:  (212) 584-0700                    **&**
Fax:  (212) 584-0799                      **GARRISON LLP**
cseeger@seegerweiss.com                   1285 Avenue of the Americas
                                          New York, NY 10019-6064
*Co-Lead Class Counsel*                   Phone: (212) 373.3000
                                          Fax: (212)757.3990

2

Sol Weiss
**ANAPOL WEISS**
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Phone:  (215) 735-1130
Fax:  (215) 735-2024
sweiss@anapolweiss.com

*Co-Lead Class Counsel*

bkarp@paulweiss.com
bbirenboim@paulweiss.com
lbayard@paulweiss.com

*Attorneys for National Football League and NFL Properties LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served on all counsel of record via the Court's ECF system on August 24, 2017.

                                                    /s/*Christopher A. Seeger*
                                                    Christopher A. Seeger