## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL
LEAGUE PLAYERS'
CONCUSSION INJURY
LITIGATION

No. 2:12-md-02323-AB

MDL No. 2323

THIS DOCUMENT RELATES TO
ALL ACTIONS

**Hon. Anita J. Brody**

### PETITION FOR APPOINTMENT OF REPRESENTATIVE CLAIMANT

I, Georgia Buchanan                                    , respectfully move

this Court for appointment as the Representative Claimant authorized to act on behalf of

Junious Buchanan a/k/a Buck Buchanan                      , a deceased

Retired NFL Football Player, in connection with the NFL Concussion Settlement as follows:

    1.    I seek appointment as the Representative Claimant to act on behalf of the Retired NFL

Football Player and his estate, heirs, and beneficiaries   but have not been appointed to act in that

capacity by a court or other official of competent jurisdiction and do not have such other proof of

representative capacity that the Claims Administrator has been authorized by the Court or the Parties

to accept.

    2.    To establish my authority to act as the Representative Claimant, I submit and

incorporate in this Petition the Representative Claimant Declaration and supporting documents

attached as Exhibit A.

    3.    I have confirmed with the Claims Administrator that it has not received documents

or information indicating that any other individual or entity is appointed or is seeking appointment

as the Representative Claimant on behalf of the Retired NFL Football Player.

4.      Accordingly, I respectfully request that the Court enter an order approving this Petition.

5.      A proposed order accompanies this Petition.

Respectfully submitted,

By: _____

Georgia Buchanan

105 W. 128

Kansas City, MO 64145

816-941-0517

Date:   08/22/2017