**EXHIBIT "A"**

# NFL CONCUSSION SETTLEMENT
*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
No. 2:12-md-02323 (E.D. Pa.)

**RC001 — PROPOSED REPRESENTATIVE CLAIMANT DECLARATION: DECEASED RETIRED NFL FOOTBALL PLAYER**

A person who has not been appointed as the authorized representative of a deceased Retired NFL Football Player ("Player") by a court or other official of competent jurisdiction under applicable state law, and who cannot submit to the Claims Administrator such other proof of representative capacity that the Claims Administrator has been authorized by the Court or the Parties to accept, must complete and submit this Declaration in support of his or her Petition for Appointment as Representative Claimant on behalf of the Player and/or his estate, heirs, and beneficiaries in connection with the NFL Concussion Settlement program.

## I. PLAYER INFORMATION

| Field | Value |
|---|---|
| Name (First) | Junious (a/k/a Buck) |
| M.I. | |
| Name (Last) | Buchanan |
| Settlement Program ID | |
| Player's Social Security Number | 416 - 50 - 6745 |
| Date of Death | Jul / 16 / 1992 (Month/Day/Year) |
| Player's Residence Address at Time of Death — Street | 105 W 128 |
| City | Kansas City |
| State | MO |
| Zip Code | 64145 |

## II. PROPOSED REPRESENTATIVE CLAIMANT INFORMATION

| Field | Value |
|---|---|
| Name (First) | Georgia |
| M.I. | |
| Name (Last) | Buchanan |
| Proposed Representative Claimant's Social Security Number | 415 - 68 - 2809 |
| Proposed Representative Claimant's Address — Street | 105 W 128 |
| City | Kansas City |
| State | MO |
| Zip Code | 64145 |

**Relationship to Player:** Georgia is Buck's widow. Georgia and Buck were married on September 1, 1984 and never divorced prior to Buck's death on July 16, 1992.

**Basis of Authority to Act for Player:** As Buck's widow, Georgia is a lawful heir of Buck pursuant to Missouri laws of intestacy, R.S.Mo Section 474.010, et al. As the surviving spouse of Buck, Georgia is entitled to bring a wrongful death action under R.S.Mo Section 537.080, et al. or be appointed as a fiduciary to bring a survival action under R.S.Mo. Section 537.010, et al.

1

© 2017 BrownGreer PLC
6/15/17
#533638

NFL CONCUSSION SETTLEMENT

# NFL CONCUSSION SETTLEMENT
*IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION*
*No. 2:12-md-02323 (E.D. Pa.)*

| | |
|---|---|
| **List All Document(s) Submitted Evidencing the Basis for Your Authority** (attach additional sheets, if needed) | - Copy of Marriage Licence between Junious Buchanan (a/k/a Buck Buchanan) and Georgia Buchanan<br>- Copy of Death Certificate of Junious Buchanan (a/k/a Buck Buchanan) |

## III. PROPOSED REPRESENTATIVE CLAIMANT CERTIFICATION

This Declaration is an official document submitted in connection with the Class Action Settlement in *In re: National Football League Players' Concussion Injury Litigation*, MDL No. 2323. By signing this Declaration, I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that:

(a) I have authority to act on behalf of the Player and his estate, heirs, and beneficiaries in connection with the NFL Concussion Settlement program (the "Program"), including with respect to the submission of materials to register for the Program, the filing of any Claim Packages for Monetary Awards, and the receipt of payment for any Monetary Awards.

(b) I will abide by all substantive laws of the Player's last state of domicile concerning the compromise and distribution of any Monetary Award or Supplemental Monetary Award to the appropriate heirs or other beneficiaries and any other parties with any right to receive any portion of any payments.

(c) I will notify the Claims Administrator promptly if my authority to act is curtailed, surrendered, withdrawn, or terminated.

(d) I am not aware of any objections to my appointment and service as the Representative Claimant on behalf of the Player and his estate, heirs, and beneficiaries.

(e) I will indemnify and hold harmless the Released Parties, as defined in Section 2.1(bbbb) of the Settlement Agreement, and their attorneys and insurers, Class Counsel, Co-Lead Class Counsel, the Claims Administrator, the BAP Administrator, the Lien Resolution Administrator, the Special Masters, and the agents and representatives of any of the foregoing, from any and all claims, demands, or expenses of any kind arising out of or relating to my actions in connection with the Program, including, without limitation, as set forth in Section 11.4 of the Settlement Agreement.

The information I have provided in this Declaration is true and correct. I understand that the Claims Administrator and Court will rely on this Declaration and false statements or claims made in connection with this Declaration may result in fines, imprisonment, and/or any other remedy available by law to the federal government.

© 2017 BrownGreer PLC
6/15/17
#533638


NFL CONCUSSION SETTLEMENT

# NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## IV. PROPOSED REPRESENTATIVE CLAIMANT SIGNATURE

| Signature | *[signed]* | Date | Aug / 22 / 2017 (Month/Day/Year) |

## V. HOW TO SUBMIT THIS DECLARATION

Complete this Declaration fully, sign it, and submit it to the Claims Administrator using one of the methods below. If you have not already done so, you must also submit: (1) a completed Petition for Appointment of Representative Claimant; (2) documents evidencing that the Player is deceased; and (3) all documents you identified in Section II as supporting your authority to serve as the proposed Representative Claimant.

| By Mail: | NFL Concussion Settlement<br>Claims Administrator<br>P.O. Box 25369<br>Richmond, VA 23260 |
|---|---|
| By Delivery: | NFL Concussion Settlement<br>c/o BrownGreer PLC<br>250 Rocketts Way<br>Richmond, VA 23231 |

## VI. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you are represented by a lawyer, consult with your lawyer if you have questions or need assistance. If you are unrepresented and have any questions about this Declaration or need help, contact us at 1-855-887-3485 or send an email to ClaimsAdministrator@NFLConcussionSettlement.com. If you are a lawyer, call or email your designated Firm Contact for assistance. For more information about the Settlement Program, visit the official website at www.NFLConcussionSettlement.com to read the Frequently Asked Questions or download a copy of the complete Settlement Agreement.

© 2017 BrownGreer PLC
6/15/17
#533638

# MARRIAGE LICENSE

K 171P1832

## RECORDS DEPARTMENT

JACKSON COUNTY MISSOURI,
AT KANSAS CITY

NO. K 83601

STATE OF MISSOURI } SS.
COUNTY OF JACKSON

This License authorizes any person authorized under the laws of this State to solemnize marriage between **BUCK BUCHANAN** of the County of **JACKSON** and State of **MISSOURI** who is **OVER** the age of eighteen years and **GEORGIA T. JOHNSON** of the County of **JACKSON** and State of **MISSOURI** who is **OVER** the age of eighteen years.

Witness my hand as Recorder, with the seal of office hereto affixed, at my office in Kansas City, Missouri this **20th** day of **August** 19**84**.

_Karen Kirtley Stubbs_    By _Vera L. Bowden_
KAREN KIRTLEY STUBBS, DIRECTOR OF RECORDS                    Deputy

STATE OF MISSOURI } SS.
COUNTY OF **Jackson**

This is to certify that the undersigned, a **Methodist Minister** did in said County and State on the **1st** day of **September** 19**84** unite in marriage the above named persons.

_signature_
Signature

**Emanuel Cleaver**    **5540 Wayne**
PRINT NAME AND ADDRESS ON THIS LINE.

THIS LICENSE VOID AFTER THIRTY (30) DAYS FROM DATE OF ISSUANCE IF NOT USED.

This License must be returned to the office of the Director of Records by the person solemnizing the marriage, within ninety days from the Issuance thereof. (Below to be completed by Department of Records Only)

Filed this **11th** day of **September**, 19**84**.

DATE **AUG 15 1984**   LICENSE No. K **83601**

## APPLICATION FOR LICENSE TO MARRY

K. 171P1833

License Issued by _VJB_

**STATE OF MISSOURI**  
County of Jackson } ss.

**AFFIDAVIT OF PARTIES**

I, **BUCK BUCHANAN**  (5110 HICKORY RD #16)
of **KC**, **JACKSON**, **MISSOURI**

Date of Birth **9 / 10 / 1940**

Party of the first part, desiring to procure a license to marry

**GEORGIA T. JOHNSON** (8730 BRISTOL)
of **KC**, **JACKSON**, **MISSOURI**

Date of Birth **4 / 20 / 1944**

Party of the second part, do hereby solemnly swear that I am the age of **43** years, that we are not first cousins, that I am single and unmarried, and may lawfully contract and be joined in Marriage.

(GROOM SIGN HERE) _Buck Buchanan_

**STATE OF MISSOURI**  
County of Jackson } ss.

I, the undersigned, do hereby solemnly swear that I am the party of the second part, named in the above application for a marriage license; that I am the age of **40** years, that we are not first cousins, that I am single and unmarried, and may lawfully contract and be joined in Marriage.

(BRIDE SIGN HERE) _Georgia T. Johnson_

Subscribed and sworn to before me this _____ day of **AUG 15 1984**, 19 ___

_Elizabeth Christman_

ELIZABETH CHRISTMAN  
Notary Public - State of Missouri  
Commissioned In Jackson County  
My Commission Expires December 1, 1987

* * *

[Consent of Parent or Guardian to the Marriage of a Minor]

**STATE OF MISSOURI**  
County of Jackson } ss.

I the undersigned, do hereby solemnly swear that I am the _____ of said party of the _____ part, named in the foregoing application for marriage license, and do hereby give my consent to _____ marriage.

(SIGN HERE) _____

Address _____

Subscribed and sworn to before me this _____ day of _____, 19 ___

9-1-84

Notary Public

KAREN KIETLEY STUBBS, Director of Records

By _VJB_ Deputy

# Certificate of Death

**State File Number:** 124-92 103060

| Field | Value |
|---|---|
| Decedent's Name | JUNIOUS BUCHANAN |
| Sex | MALE |
| Date of Death | JULY 15, 1992 |
| Social Security No. | 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 |
| Age | 51 |
| Date of Birth | SEPT. 10, 1939 |
| Birthplace | GAINESVILLE, ALABAMA |
| Was Decedent Ever in U.S. Armed Forces | Yes |
| Place of Death | HOSPITAL / Inpatient |
| County of Death | JACKSON |
| City, Town, or Location of Death | KANSAS CITY |
| Marital Status | MARRIED |
| Surviving Spouse's Name | GEORGIA THOMAS |
| Decedent's Usual Occupation | FOOT BALL PLAYER |
| Kind of Business/Industry | K.C. CHIEFS |
| Residence - State | MISSOURI |
| Residence - County | JACKSON |
| City, Town, or Location | KANSAS CITY |
| Zip Code | 64145 |
| Inside City Limits | Yes |
| Street and Number | 105 WEST 128th ST |
| Years at Present Address | 12 |
| Was Decedent of Hispanic Origin | No |
| Race | BLACK |
| Decedent's Education | 10-19 (12) |
| Father's Name | WALLACE BUCHANAN |
| Mother's Name | FANNIE MAE HUTTON |
| Informant's Name | MRS. GEORGIA BUCHANAN |
| Mailing Address | 105 WEST 128th ST, KANSAS CITY, MISSOURI 64145 |
| Method of Disposition | BURIAL |
| Place of Disposition | MT. MORIAH CEMETERY |
| Location | KANSAS CITY, MISSOURI |
| Date of Disposition | JULY 20, 1992 |
| Funeral Service Licensee | (signature) |
| Name and Address of Facility | WATKINS, 4000 BRUSH CREEK BLVD KCMO 64130 |
| License Number | 000824 |
| Immediate Cause | Adenocarcinoma of lung |
| Manner of Death | Natural |
| Was an Autopsy Performed | No |
| Were Autopsy Findings Available | N/A |
| Was Case Referred to Medical Examiner/Coroner | No |
| Certifier | CERTIFYING PHYSICIAN |
| Date Signed | 7/30/92 |
| Time of Death | 10:05 A.M. |
| MD License Number | 35368 |
| Name and Address of Certifier | Mark Davidner 6 Barroot St KCMO 35368 |
| Date Received by Local Registrar | July 31, 1992 |

---

State of Missouri
City of Kansas City

This is a Certified Copy of an Original Document

I hereby certify that this copy is an exact reproduction of the certificate of death for the person named therein as it now appears in the permanent records of the Bureau of Vital Statistics, Kansas City, Missouri. Witness my hand as Director of Health, Kansas City, Missouri this date of

**JUL 31 1992**

*Richard M. Berry, M.D.*

5210-007 (9/76)