UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

## ORDER

**AND NOW,** this <u>25th</u> day of August, 2017, it is **ORDERED** that RD Legal Funding, LLC, RD Legal Finance, LLC, RD Legal Funding Partners, LP, and Roni Dersovitz (collectively "RD Legal") must file any response to Co-lead Class Counsel's Motion to Compel (ECF No. 8301) on or before **August 30, 2017**. Co-lead Class Counsel is **ORDERED** to serve a copy of this order on RD Legal via email and certified mail or delivery.

JOSEPH F. LEESON, JR.
United States District Judge
FOR ANITA B. BRODY

Copies **VIA ECF** on _____ to:            Copies **MAILED** on _____ to: