# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Hon. Anita B. Brody |

## ORDER

AND NOW, this __25th__ day of August, 2017, it is **ORDERED** that Case Strategies Group (f/k/a NFL Case Consulting, LLC); IT Strategies Group, Inc.; Craig Sienema; and James McCabe (collectively "CSG Entities"); and Liberty Settlement Solutions, LLC; Liberty Contingent Receivables, LLC; Liberty Settlement Funding; JMMHCS Holdings, LLC; Marc Hermes; Craig Sienema; and James McCabe (collectively "Liberty Entities") must file any response to Co-lead Class Counsel's Motion to Compel (ECF No. 8319) on or before **August 30, 2017**. Co-lead Class Counsel is **ORDERED** to serve a copy of this order on the CSG Entities and the Liberty Entities via email and certified mail or delivery.

                                      JOSEPH F. LEESON, JR.
                                      United States District Judge
                                      FOR ANITA B. BRODY

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: