UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Hon. Anita B. Brody |

## ORDER

AND NOW, this  25th  day of August, 2017, it is **ORDERED** that the Joint Motion (ECF No. 8302) of the National Football League, NFL Properties, LLC and Co-Lead Class Counsel for an extension of time to respond is **GRANTED**.

The National Football League, NFL Properties, LLC and Co-Lead Class Counsel may respond to the Motion to Determine Proper Administration of Claims Under the Settlement Agreement (ECF No. 8267) on or before **September 28, 2017**.

_____
JOSEPH F. LEESON, JR.
United States District Judge
FOR ANITA B. BRODY

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to: