# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Hon. Anita B. Brody |

## ORDER

**AND NOW**, this 28th day of August, 2017, it is **ORDERED** that a telephone conference will be held on Wednesday, August 30, 2017 at 10:00 a.m. regarding the following motions:

- Co-lead Class Counsel's Motion to Compel RD Legal Funding, LLC, RD Legal Finance, LLC, RD Legal Funding Partners, LP, and Roni Dersovitz (collectively "RD Legal") to Respond to Discovery   (ECF No. 8301);

- Co-lead Class Counsel's Motion to Compel (1) Case Strategies Group (f/k/a NFL Case Consulting, LLC); IT Strategies Group, Inc.; Craig Sienema; and James McCabe (collectively "CSG Entities"); and (2) Liberty Settlement Solutions, LLC; Liberty Contingent Receivables, LLC; Liberty Settlement Funding; JMMHCS Holdings, LLC; Marc Hermes; Craig Sienema; and James McCabe (collectively "Liberty Entities") to Respond to Discovery (ECF No. 8319).

1

Co-lead Class Counsel is **ORDERED** to serve a copy of this order on RD Legal, CSG Entities, and Liberty Entities via email and certified mail or delivery. Co-lead Class Counsel is further **ORDERED** to coordinate the conference and place a single call to chambers.

|  |  |
|---|---|
| ATTEST: | or   BY THE COURT |
| BY:_____<br>M. O'Donnell, Civil Deputy/<br>Secretary | _____<br>Anita B. Brody,   J. |

Civ 12 (9/83)

**COPIES VIA ECF ON:**