# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>No. 2:12-md-2323-AB |
| Kevin Turner and Shawn Wooden,<br>*on behalf of themselves and others similarly situated,* | **Hon. Anita B. Brody** |
| Plaintiffs,<br>v. | Civ. Action No. 14-00029-AB |
| National Football League, et al., | |
| Defendants. | |
| THIS DOCUMENT RELATES TO<br>Document 7151 | |

## RESPECTFUL REQUEST FOR THE COURT TO APPOINT THE MAGISTRATE JUDGE TO DETERMINE PROPER ALLOCATION OF COMMON BENEFIT FUND

In light of the fact that all of the parties to the litigation have relations (including the potential appointee), it is requested that the Court appoint the Magistrate Judge that the Court has already appointed for legal fee issues.

Most of the players I represent were retained in 2011 and 2012. Several years before, the class action was approved. A lot of work has gone into the case before and

1

after the class action approval. It would be best if the person who is placed in charge of evaluating legal fee issues is familiar with the work done both before and after the class action was approved.

Dated: August 29, 2017                    Respectfully Submitted:

/s/ Nicole V. DeVanon
Nicole V. DeVanon
Girardi | Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017
ndevaon@girardikeese.com
(T) 213-977-0211
(F) 213-481-1554

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record on this 29th day of August 2017.

                                        /s/ Nicole V. DeVanon  
                                      Girardi | Keese