# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>The Honorable Anita B. Brody |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>        Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## ENTRY OF SPECIAL APPEARANCE

TO THE CLERK:

    Please enter my appearance on behalf of non – parties RD Legal Funding, LLC, RD Legal Finance, LLC, RD Legal Funding Partners, LP, and Roni Dersovitz.

Dated: August 29, 2017

                                                     */s/ Ellen C. Brotman*
Ellen C. Brotman, Esq.
PA Id. # 71775
Brotman Law
Suite F200
150 N. Radnor Chester Road
Radnor, PA 19087
610 977 2412
ebrotman@ellenbrotmanlaw.com

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing Entry of Special Appearance was served electronically via the Court's electronic filing system on the date below upon all counsel of record in this matter.

Dated: August 29, 2017

   */s/ Ellen C. Brotman*
Ellen C. Brotman, Esq.
PA Id. # 71775
Brotman Law
Suite F200
150 N. Radnor Chester Road
Radnor, PA 19087
610 977 2412
ebrotman@ellenbrotmanlaw.com