APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br>v. | CIVIL ACTION<br><br>MDL No. 2323<br>NO. 2:12-md-02323-AB |

### ORDER

AND NOW, this _____ Day of _____, 20 17 it is hereby

ORDERED that the application of <u>DAVID K. WILLINGHAM</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
ANITA B. BRODY,    J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:12-md-02323-AB

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, DAVID K. WILLINGHAM, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| CALIFORNIA | 12/7/1998 | 198874 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| USDC- CA CENTRAL | 12/7/1998 | 198874 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| USDC-CA SOUTHERN | 12/1/2008 | 198874 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| 9TH CIR. CT APP | 12/23/1998 | 198874 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for RD Legal Funding, LLC, RD Legal Finance, LLC, RD Legal Funding Partners, LP, and Roni Dersovitz ("RD Legal")

(Applicant's Signature)

AUGUST 30, 2017
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

BOIES SCHILLER & FLEXNER, PC
725 S. FIGUEROA ST., 31ST FLOOR
LOS ANGELES, CA 90017

Sworn and subscribed before me this
____ Day of _____, 200__
_____
Notary Public

See attached California Jurat

10/04

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**  GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

~~Signature of Document Signer No. 1~~    ~~Signature of Document Signer No. 2 (if any)~~

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

CHARLOTTE C. STROTHER
Notary Public - California
Los Angeles County
Commission # 2177897
My Comm. Expires Dec 31, 2020

Place Notary Seal and/or Stamp Above

Subscribed and sworn to (or affirmed) before me
on this 30th day of August, 2017,
by   Date        Month      Year
(1) David K. Willingham
(and (2) ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Charlotte C. Strother_
Signature of Notary Public

——————— OPTIONAL ———————

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: Application Form for Those Seeking to Practice
Document Date: Aug. 30, 2017     Number of Pages: 2
Signer(s) Other Than Named Above: Ellen C. Brotman

©2017 National Notary Association

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of DAVID K. WILLINGHAM to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Ellen C. Brotman, Esq. | [signature] | 1994 | 71775 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

BROTMAN LAW, 150 N. RADNOR CHESTER ROAD, SUITE F200, RADNOR, PA 19087

(610) 977-2412

Sworn and subscribed before me this
30th Day of August 2017
[signature] Patrick F. O'Donnell
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
PATRICK F O'DONNELL
Notary Public
RADNOR TOWNSHIP, DELAWARE COUNTY
My Commission Expires Feb 12, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br>v. | CIVIL ACTION<br><br>MDL No. 2323<br><br>NO. 2:12-md-02323-AB |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of DAVID K. WILLINGHAM Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

by electronic filing on the ECF system.

_____
Signature of Attorney
ELLEN C. BROTMAN, ESQ.
Name of Attorney
RD LEGAL
Name of Moving Party
AUGUST 29, 2017
Date