# Exhibit D

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## RESPONSE TO INTERROGATORIES DIRECTED TO ADAM TANNEN AND DUTTON LAW GROUP

Answer to interrogatories 1-9: None.

*The remainder of this page intentionally left blank*

Page **1** of **2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail (email) at designated email address cseeger@seegerweiss.com Chris Seeger; and tbenedetto@seegerweiss.com TerriAnne Benedetto; and bkarp@paulweiss.com on July 28, 2017.

DUTTON LAW GROUP, P.A.
9700 South Dixie Hwy, Suite 940
Miami, Florida  33156
Phone (786) 871-7971
Counsel for the Defendant

*/s/ Adam J. Tannen*
ADAM J. TANNEN, ESQUIRE
Florida Bar No: 115829
service.ajt@duttonlawgroup.com
ANTHONY L. TOLGYESI, ESQUIRE
Florida Bar No: 935298
Service.alt@duttonlawgroup.com
