# Exhibit E

# Reich & Binstock, LLP

A Partnership Including Professional Corporations

## Attorneys & Counselors at Law

* Board Certified Personal Injury Trial Law Texas Board of Legal Specialization

**Dennis C. Reich***             **Robert J. Binstock***
Admitted to State Bar of California, Texas & New York     Board Certified Civil Trial Advocacy National Board of Trial Advocacy

Shari A. Wright ♦                                                         ♦ Ross M. Robin

August 14, 2017

Christopher A. Seeger, Esq.            *Via Federal Express Overnight*
*Via Email:* cseeger@seegerweiss.com
Seeger Weiss LLP
77 Water Street,
New York, NY 10005  877-912-2668

       Re:     *In re: NFL Players' Concussion Injury Litigation*
                 No. 2:12-md-02323-AB (E.D. Pa.)

Dear Mr. Seeger:

     We are in receipt of your letter dated July 28, 2017, including a copy of Judge Brody's Order (the "order") dated, July 19, 2017, and a copy of the interrogatories prepared by your firm in connection with the Order (the "interrogatories").

     Enclosed are responses to the interrogatories. We trust that the answers fully and completely respond to your inquiries. Please let us know if we can be of further assistance.

                                                                                  Sincerely yours,

                                                                                  Dennis C. Reich

                                                                                  Robert J. Binstock

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### REICH & BINSTOCK'S ANSWERS TO CO-LEAD CLASS COUNSEL'S INTERROGATORIES

TO: Co-Lead Class Counsel, Christopher A. Seeger, Esq.

Seeger Weiss, LLP 77 Water Street, New York, NY 10005.

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Reich & Binstock, LLP hereby serves responses to co-lead class counsel's first set of written interrogatories.

Respectfully Submitted,

**REICH & BINSTOCK, LLP**

By: /s/ Dennis C. Reich
Dennis C. Reich
State Bar No. 16739600
E-mail: dreich@reichandbinstock.com
4265 San Felipe, Suite 1000
Houston, Texas 77027
Telephone: (713) 622-7271
Facsimile: (713) 623-8724

By: /s/ Robert J. Binstock
Robert J. Binstock
State Bar No. 02328350
E-mail: bbinstock@reichandbinstock.com
4265 San Felipe, Suite 1000
Houston, Texas 77027
Telephone: (713) 622-7271
Facsimile: (713) 623-8724

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was sent to all counsel of record on August 14, 2017, as follows:

Christopher A. Seeger, Esq.
Seeger Weiss, LLP                *Via Email and express overnight*
77 Water Street
New York, NY 10005

/s/ Dennis C. Reich
Dennis C. Reich

/s/ Robert J. Binstock
Robert J. Binstock

**INTERROGATORY NO. 1:**

Identify every Retired NFL Football Player with whom you have entered into any agreement related in any way to the Settlement and state the nature of each agreement into which you entered with each Retired NFL Football Player. Include the date that each agreement was signed by the Retired NFL Football Player or on his behalf, the fee arrangement *(i.e.,* the contingent fee percentage or other monies you are to be paid) and, if applicable, the date on which the Retired NFL Football Player discharged you. Additionally, to the extent that any Retired NFL Football Player entering into an agreement with You, also entered into an agreement(s) with a third party in connection with the Settlement, whether You were directly involved in that agreement or not, identify that third party (including, but not limited to, Case Strategies Group (formerly known as NFL Case Consulting, LLC)("CSG"), other claims services providers, lenders or others), the nature of that agreement, the fee arrangement thereunder and the date on which that agreement was signed by the Retired NFL Football Player or on his behalf. In lieu of responding to this Interrogatory, You may produce to the undersigned copies of all agreements concerning which information is requested.

**ANSWER:** Reich & Binstock herein provides the following information conditioned that it shall be held in absolute confidence and that the reader hereof shall not contact or attempt to contact, directly or indirectly, any of the clients of Reich & Binstock without its express, written permission.

See table below that responds to Interrogatory No.

| Name of Retired NFL Football Player | Nature of Agreement With Such Player | Date of Such Agreement | Fee Arrangement (e.g., contingent fee percentage and all other monies paid to R&B) | Has R&B Been Discharged by the Player? | Has Such Player Entered Into an Agreement With Another Party Related to the Settlement? |
|---|---|---|---|---|---|
| ███ | Legal representation | 04/26/17 | 10% | No | Not to our knowledge |
| ███ | Legal representation | 07/11/17 | 10% | No | Not to our knowledge |
| ███ | Legal representation | 05/29/17 | 10% | No | Not to our knowledge |
| ███ | Legal representation | 05/04/17 | 10% | Yes | Not to our knowledge |
| ███ | Legal representation | 05/16/17 | 10% | No | Not to our knowledge |
| ███ | Legal representation | 06/20/17 | 10% | No | Not to our knowledge |
| ███ | Legal representation | 04/19/17 | 10% | No | Not to our knowledge |

|  | | | | | |
|---|---|---|---|---|---|
| ███ | Legal representation | 04/19/17 | 10% | No | Not to our knowledge |
| ███ | Legal representation | 05/30/17 | 10% | No | Not to our knowledge |
| ███ | Legal representation | 04/21/17 | 10% | No | Not to our knowledge |
| ███ | Legal representation | 07/31/17 | 10% | No | Not to our knowledge |
| ███ | Legal representation | 04/20/17 | 10% | No | Not to our knowledge |
| ███ | Legal representation | 05/05/17 | 10% | No | Not to our knowledge |
| ███ | Legal representation | 04/20/17 | 10% | No | Not to our knowledge |
| ███ | Legal representation | 04/28/17 | 10% | No | Not to our knowledge |
| ███ | Legal representation | 04/27/17 | 10% | No | Not to our knowledge |
| ███ | Legal representation | 06/05/17 | 10% | No | Not to our knowledge |

| | | | | | |
|---|---|---|---|---|---|
| ▓ | | | | | |
| ▓ | Legal representation | 04/23/17 | 10% | No | Not to our knowledge |
| ▓ | Legal representation | 06/19/17 | 10% | No | Not to our knowledge |
| ▓ | Legal representation | 04/28/17 | 10% | No | Not to our knowledge |
| ▓ | Legal representation | 04/21/17 | 10% | No | Not to our knowledge |
| ▓ | Legal representation | 05/18/17 | 10% | No | Not to our knowledge |
| ▓ | Legal representation | 08/01/17 | 10% | No | Not to our knowledge |
| ▓ | Legal representation | 05/31/17 | 10% | No | Not to our knowledge |
| ▓ | Legal representation | 08/17/17 | 10% | No | Not to our knowledge |
| ▓ | Legal representation | 5/11/17 | 10% | No | Not to our knowledge |

| | | | | | |
|---|---|---|---|---|---|
| ███ | | | | | |
| ███ | Legal representation | 06/09/17 | 10% | No | Not to our knowledge |
| ███ | Legal representation | 06/05/17 | 10% | No | Not to our knowledge |
| ███ | Legal representation | 04/28/17 | 10% | No | Not to our knowledge |
| ███ | Legal representation | 05/17/17 | 10% | No | Not to our knowledge |
| ███ | Legal representation | 05/01/17 | 10% | No | Not to our knowledge |
| ███ | Legal representation | 04/24/17 | 10% | No | Not to our knowledge |
| ███ | Legal representation | 05/02/17 | 10% | No | Not to our knowledge |
| ███ | Legal representation | 06/05/17 | 10% | No | Not to our knowledge |

| | | | | | |
|---|---|---|---|---|---|
| ████ | | | | | |
| ████ | Legal representation | 05/09/17 | 10% | No | Not to our knowledge |
| ████ | Legal representation | 05/17/17 | 10% | No | Not to our knowledge |
| ████ | Legal representation | 06/01/17 | 10% | No | Not to our knowledge |
| ████ | Legal representation | 08/07/17 | 10% | No | Not to our knowledge |
| ████ | Legal representation | 04/20/17 | 10% | No | Not to our knowledge |
| ████ | Legal representation | 06/11/17 | 10% | No | Not to our knowledge |
| ████ | Legal representation | 05/23/17 | 10% | No | Not to our knowledge |
| ████ | Legal representation | 08/03/17 | 10% | No | Not to our knowledge |

| | | | | | |
|---|---|---|---|---|---|
| ███ | | | | | |
| ███ | Legal representation | 07/25/17 | 10% | No | Not to our knowledge |
| ███ | Legal representation | 04/19/17 | 10% | No | Not to our knowledge |
| ███ | Legal representation | 04/20/17 | 10% | No | Not to our knowledge |
| ███ | Legal representation | 05/03/17 | 10% | No | Not to our knowledge |
| ███ | Legal representation | 07/05/17 | 10% | No | Not to our knowledge |
| ███ | Legal representation | 06/06/17 | 10% | No | Not to our knowledge |

**INTERROGATORY NO. 2:**

Identify every Retired NFL Football Player referred for, sent to, or scheduled for any type of medical services, by you, anyone working on your behalf, or working in

conjunction with you in any way, and the date(s) the Medical Services were rendered and the name and location of the medical provider who rendered these Medical Services.

**ANSWER:** Generally not applicable except that from time to time we have assisted our clients with placing a request for their BAP exams via the NFL portal.

### INTERROGATORY NO. 3:

Identify every Retired NFL Football Player for whom You, or anyone working on Your behalf, or working in conjunction with You in any way, have been involved in the payment, directly or through others, for a Retired NFL Football Player's travel and related expenses (whether on a non-recourse or recourse basis) in connection with obtaining any Medical Services to assist the Retired NFL Football Player in any way in participating in the Settlement.

**ANSWER:** R&B has not paid for any travel or related expenses in connection with obtaining medical services for any retired NFL football players.

### INTERROGATORY NO. 4:

Identify every individual and entity with whom you, anyone working on your behalf, or working in conjunction with you in any way, have worked or communicated in connection with any Retired NFL Football Player's obtaining any Medical Services to assist the Retired NFL Football Player in any way in participating in the Settlement, including, but not limited to, medical providers, claims services

providers, lenders or others. For each such individual and/or entity, explain the details of the relationship and identify each Retired NFL Football Player involved.

**ANSWER:** R&B has not been in contact with, and to our knowledge, no other person working on our behalf or working in conjunction with us, has been in contact with, any medical providers, claims services providers, lenders or others in connection with any Retired NFL Football Player's obtaining any Medical Services to assist the Retired NFL Football Player in any way participating in the Settlement.

**INTERROGATORY NO. 5:**

Identify every individual and entity, including but not limited to CSG, with whom You, anyone working on Your behalf, or working in conjunction with You in any way, have any financial relationship or understanding, whether recourse or non-recourse, whether in writing or verbal, related to any Retired NFL Football Player's participation in the Settlement. For each such individual and entity, explain the details of the relationship and identify each Retired NFL Football Player involved. Identify any document related to the relationship.

**ANSWER:** R&B has no financial relationship or understanding with, and to our knowledge, no other person working on our behalf or working in conjunction with us, has any financial relationship or understanding with, any individual or entity related to any Retired NFL Football Player's participation in the Settlement, other than those agreements

between R&B and those Retired NFL Football Players identified in response to Interrogatory No. 1 above.

**INTERROGATORY NO. 6:**

Identify every individual and entity from whom you have obtained the contact information for any Retired NFL Football Player, including their home or cellular telephone numbers, home or business addresses, and email addresses.

**ANSWER:** R&B has not received contact details for any Retired NFL Football Player from any individual or entity.

**INTERROGATORY NO. 7:**

Identify every individual and entity to whom you have provided any contact information for any Retired NFL Football Player.

**ANSWER:** R&B has not provided contact details for any Retired NFL Football Player to any other individual or entity.

**INTERROGATORY NO. 8:**

Identify every person or entity with whom you have entered into any agreement, whether written or verbal, related to the Settlement, including but not limited to the referral of Retired NFL Football Players for legal representation, Settlement benefits claims services, Medical services, or any other services or provisions of monies, related to the Settlement, or the suggestion to Retired NFL Football Players that they contact

individuals or entities in connection with the provision of any representation, services or monies related to the Settlement, and state the nature of each agreement.

**ANSWER:** Other than the Retired NFL Football Players identified in the response to Interrogatory No. 1 above, R&B has not entered into any agreement related to the Settlement with any individual or entity.

**INTERROGATORY NO. 9:**

Identify every individual and entity with whom you, anyone working on your behalf, or working in conjunction with you in any way, communicated related to the Solicitation of Retired NFL Football Players

**ANSWER:** R&B has not, and to our knowledge, no other person working on our behalf or in conjunction with us has, communicated with any individual or entity regarding the Solicitation of Retired NFL Football Players.

## VERIFICATION FOR
## RESPONSES TO INTERROGATORIES

I certify that the forgoing responses to interrogatories, based on my personal knowledge and belief, are true and correct.

_____
Dennis C. Reich

_____
Robert J. Binstock