# Exhibit H

From: Jesse Dean-Kluger [mailto:jdk@jdkpa.com]
Sent: Friday, August 18, 2017 8:57 AM
To: TerriAnne Benedetto <TBenedetto@seegerweiss.com>
Cc: Chris Seeger <CSeeger@seegerweiss.com>; bkarp@paulweiss.com
Subject: RE: NFL Concussion Litigation - Dean-Kluger

TerriAnne:

Although I have some significant concerns about the procedure used in requesting this information from my firm, in an effort to be cooperative and respond as I believe necessary, the following is the non-objectionable information responsive to the interrogatories:

1. The following are the players with whom I have a contingency fee base agreement with:



I do not have information regarding these players' other contractual agreement with anyone else, CSG included.

2. I object to this request. It seeks HIPPA protected medical information related to my clients. I have not been authorized to release this information. Moreover, the league and its claims handlers have this information and it can be obtained through alternate sources.
3. None.

1

...

4. CSG, Brown Greer, Garretson Group
5. None.
6. CSG.
7. None.
8. None.
9. CSG.

Jesse Dean-Kluger, Esq.
Jesse Dean-Kluger, P.A.
1550 Biscayne Boulevard, 2nd Floor
Miami, FL 33132
p- (305) 534-3460
f- (786) 206-3075
jdk@jdkpa.com

This transmission (including any attachments) may contain confidential information, privileged material, or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited.

**From:** TerriAnne Benedetto [mailto:TBenedetto@seegerweiss.com]
**Sent:** Monday, August 7, 2017 11:07 AM
**To:** Jesse Dean-Kluger <jdk@jdkpa.com>
**Cc:** Chris Seeger <CSeeger@seegerweiss.com>; bkarp@paulweiss.com
**Subject:** RE: NFL Concussion Litigation - Dean-Kluger

Unfortunately, we cannot give you an additional 10 days.  Your responses are due a week from today, Aug. 14.  We can give you an extension until that Friday, Aug. 18.  With the hearing set for Sept. 19, we simply aren't able to allow a longer extension.

Thank you,

TerriAnne Benedetto
Partner
Seeger Weiss LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102
(t) 215-564-2300
(d) 215-553-7981
(f) 215-851-8029


**From:** Jesse Dean-Kluger [mailto:jdk@jdkpa.com]
**Sent:** Monday, August 07, 2017 10:38 AM
**To:** TerriAnne Benedetto <TBenedetto@seegerweiss.com>
**Cc:** Chris Seeger <CSeeger@seegerweiss.com>; bkarp@paulweiss.com
**Subject:** RE: NFL Concussion Litigation - Dean-Kluger

TerrAnne,

2

I am in receipt of the interrogatories directed to my firm.  I am out of town for most of this week visiting family in the northeast.  Can I have another 10 days to respond?  Please advise.

-JDK

Jesse Dean-Kluger, Esq.
Jesse Dean-Kluger, P.A.
1550 Biscayne Boulevard, 2nd Floor
Miami, FL 33132
p- (305) 534-3460
f-  (786) 206-3075
jdk@jdkpa.com

This transmission (including any attachments) may contain confidential information, privileged material, or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited.

---

**From:** TerriAnne Benedetto [mailto:TBenedetto@seegerweiss.com]
**Sent:** Friday, July 28, 2017 1:37 PM
**To:** Jesse Dean-Kluger <jdk@jdkpa.com>
**Cc:** Chris Seeger <CSeeger@seegerweiss.com>; bkarp@paulweiss.com
**Subject:** NFL Concussion Litigation - Dean-Kluger

Dear Mr. Dean-Kluger,

Please see the attached letter from Christopher Seeger, along with other attachments.

Thank you,

TerriAnne Benedetto
Partner
Seeger Weiss LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102
(t) 215-564-2300
(d) 215-553-7981
(f) 215-851-8029