IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>     Plaintiffs,<br><br> v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>     Defendants. | No. 14-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**MOTION FOR LEAVE TO FILE SUR-REPPLY IN OPPOSITION TO CO-LEAD CLASS COUNSEL'S MOTION TO COMPEL CASE STRATEGIES GROUP, IT STRATEGIES GROUP, CRAIG SIENEMA, JAMES MCCABE, LIBERTY SETTLEMENT SOLUTIONS, LLC, LIBERTY CONTINGENT RECEIVABLES, LLC, LIBERTY SETTLEMENT FUNDING, JMMHCS HOLDINGS, LLC, AND MARC HERMES TO RESPOND TO IMPROPER NONPARTY DISCOVERY**

Nonparties Case Strategies Group ("CSG"), IT Strategies Group, Liberty Settlement Solutions, LLC, Liberty Contingent Receivables, LLC, Liberty Settlement Funding, JMMHCS Holdings, LLC, Craig Sienema, James McCabe, and Marc Hermes, (collectively

"Respondents"), hereby move this Court for leave to file a Sur-Reply in Opposition to Class Counsel's Motion to Compel (the "Sur-Reply"), attached hereto as Exhibit "A."

The attached Sur-Reply is necessary for the limited purpose of correcting several misstatements within Class Counsel's Reply in Support of its Motion to Compel also filed on September 5, 2017.  Respondent's Sur-Reply is limited to this purpose.

Accordingly, for the reasons more fully set forth in Respondent's Opposition to the Motion to Compoel [ECF No. 8348], as well as in the attached Sur-Reply, the Court should deny Class Counsel's Motion to Compel and impose appropriate sanctions on Class Counsel.

Respectfully submitted,

Dated: September 5, 2017        By: /s/ Richard L. Scheff

Richard L. Scheff (PA ID No. 35213)
Peter Breslauer (PA ID No. 66641)
David F. Herman (PA ID No. 318518)
**MONTGOMERY MCCRACKEN**
  **WALKER & RHOADS LLP**
123 South Broad Street, 24th Floor
Philadelphia, PA  19109
Phone:  215.772.7502
Email:  rscheff@mmwr.com
*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Motion for Leave to File Sur-Reply to Class Counsel's Motion to Compel was served on all counsel of record via the Court's ECF System on September 5, 2017.

/s/ Richard L. Scheff
Richard L. Scheff