APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL
LEAGUE PLAYERS' CONCUSSION  :  CIVIL ACTION
INJURY LITIGATION
    v.
                                :  MDL No. 2323
                                :  NO. 2:12-md-02323-AB

### ORDER

AND NOW, this 7th Day of September, 2017 it is hereby

ORDERED that the application of MICHAEL D. ROTH Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____
ANITA B. BRODY,        J.

Copies via ECF on —