APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NATIONAL FOOTBALL LEAGUE : CIVIL ACTION
PLAYERS' CONCUSSION INJURY :
LITIGATION :
    v. :
                                 : MDL No. 2323
                                 : NO. 2:12-md-02323-AB

ORDER

AND NOW, this 7th Day of September, 2017 it is hereby

ORDERED that the application of DAVID K. WILLINGHAM, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____
ANITA B. BRODY, J.

Copies via ECF on _____