IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | ) MDL No. 2323 ) ) No. 2:12-md-2323-AB ) |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, | ) ) **Hon. Anita B. Brody** ) ) |
| Plaintiffs, v. National Football League, et al., Defendants. | ) Civ. Action No. 14-00029-AB ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) |

**REPLY TO CO-LEAD CLASS COUNSEL'S RESPONSE TO "RESPECTFUL REQUEST" TO APPOINT THE MAGISTRATE JUDGE TO DETERMINE ALLOCATION OF COMMON BENEFIT FUND**

The undersigned counsel for over 600 class members respectfully submits this reply brief in response to of Co-Lead Class Counsel's opposition to having the Magistrate Judge determine the allocation of the Common Benefit Fund.

1

By history, the undersigned counsel instituted the lawsuits which ultimately were consolidated before this Honorable Court by the JPMDL. During the early stages of the litigation, the undersigned counsel was appointed as a member of the Executive Committee.

On or about February 21, 2011, a meeting was held for various law firms involved in the early stages of this litigation at the offices of co-lead counsel. Of significance, co-lead counsel hired William Rubenstein as an expert consultant for purposes of "Medical Monitoring/Class Action" for this litigation. (see Exhibit #1).

Now, this Honorable Court seeks to appoint Mr. Rubenstein as the expert to review and determine allocation of the Common Benefit Fund. The undersigned counsel respectfully objects to this appointment of Mr. Rubenstein due to an obvious conflict of interest.

Indeed, this Honorable Court has the authority to determine the outstanding Petition by Co-Lead Class Counsel for Common Benefit Fund allocation. However, in doing so, it would be highly prejudicial to appoint someone who is co-lead class counsel's hired and paid expert consultant. Rather, the undersigned respectfully requests that this matter be assigned to the Magistrate Judge Strawbridge for further hearing on the appointment of Mr. Rubenstein as well as allocation of the Common Benefit Fund.

Dated:  September 11, 2017	Respectfully Submitted:

/s/ Nicole F. DeVanon
Thomas V. Girardi
Nicole F. DeVanon
Girardi | Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017
ndevaon@girardikeese.com
(T) 213-977-0211
(F) 213-481-1554

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record on this 11th day of September 2017.

/s/ Nicole F. DeVanon
Girardi | Keese