EXHIBIT "1"

# PLAINTIFFS' ATTORNEY MEETING OF THE NFL BRAIN INJURY LITIGATION MDL

## PROGRAM/PLANNING SCHEDULE

*Location: Anapol Schwartz Law Firm*
*1710 Spruce Street, Philadelphia, Pa.*

**February 21, 2011**          *Morning Session 9:00 to 12:00 Noon*

| | |
|---|---|
| Welcoming and Overview | Larry E. Coben/Sol Weiss |
| Scientific-Medical Overview And Return To Play Issues | Dr. Robert Cantu |
| Epidemiological Overview And Predictable Behavioral Patterns | Dr. Grant Iverson |
| Patterns and Evolution of Concussive Injuries | Dr. Gregory O'Shanick |
| Concussion/Sub-Concussion Injuries [Acute Injury Mechanics, Detection, Treatment, Predictive Outcome] | Dr. Thomas Gennarelli |

### *Medical Monitoring*

| | |
|---|---|
| Detection Methods | Dr. Ronald Hayes and Dr. Gennarelli |
| Predictable Treatment Modalities | Dr. Gregory O'Shanick |

Panel Discussion and Questions and Answers

### *Afternoon Session   1:00 P.M. to 5:00 P.M.*

Welcoming and Legal Overview

| | |
|---|---|
| Federal Preemption Issues | David Fredericks, Scott Angstreich, and Joshua Branson |

Choice of Law Issues                              Professor Tobias Wolff

Medical Monitoring/Class Action          Professor William Rubenstein

Panel Discussion and Questions and Answers

**February 22, 2012**          **Morning Session**

Strategic Planning and the Development of Committees

Proposed Organization will include:

    ***Co-Lead Counsel/Trial Counsel***          Larry E. Coben, Tom Girardi and

    ***Executive Committee***

    ***Steering Committee***

    ***Litigation Liaison Committee***

    ***Legal Committee***

        Motion to Dismiss: Defenses of Federal Preemption and Legal Duty

        Motion to Dismiss: Failure to State a Claim: Medical Monitoring

    ***Discovery Committee***

        Pre-Motion to Dismiss Resolution

        Post-Motion to Dismiss Resolution

            Written Discovery
            Deposition Discovery

    ***Media Committee***

        Player-Client Relations

Print and T.V.

### *Expert Witness Liaison Committee*

Legal

Medical/Scientific

Acquisition of Additional Experts

### *Finance Committee*

Budgeting and Managing Litigation Funds