UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

## ORDER

**AND NOW,** this ___11TH___ day of September, 2017, upon consideration of Co-Lead Class Counsel's Motion To Compel Case Strategies Group (formerly known as NFL Case Consulting, LLP), IT Strategies Group, Inc., Craig Sienema and James McCabe ("CSG Entities") and, Liberty Settlement Solutions, LLC, Liberty Contingent Receivables, LLC, Liberty Settlement Funding, JMMHCS Holdings, LLC, Marc Hermes, Craig Sienema and James McCabe ("Liberty Entities") to Respond to the Discovery Requests Propounded in Accordance with the Court's Order of July 19, 2017 (ECF 8319), it is **ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART**.

On or before September 15, 2017, CSG Entities and Liberty Entities must produce a list of all Retired NFL Players with whom those entities communicated. CSG Entities and Liberty Entities must also produce a list of all Retired NFL Players with whom those entities entered into

agreements related to the Settlement. Lastly, CSG Entities and Liberty Entities must produce a copy of any agreement related to the Settlement and entered into with a Retired NFL Player.

          s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:         Copies **MAILED** on _____ to: