# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER FOR A DETAILED SUBMISSION ON LAWYERS' FEES

**AND NOW,** this __11TH___ day of September, 2017, to assist this Court in determining the proper allocation and division of class counsel attorneys' fees, it is **ORDERED** that Co-Lead Class Counsel, Christopher A. Seeger, submit a detailed submission as a proposal for the allocation of lawyers' fees among class counsel including the precise amounts to be awarded along with a justification of those amounts based on an analysis of the work performed.

                                                          s/Anita B. Brody

                                                          _____
                                                          ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                 Copies **MAILED** on _____ to: