# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW,** this _11th_ day of September, 2017, it is **ORDERED** that the following Motions to Withdraw as Attorney are **GRANTED**:

- Motion to Withdraw as Amicus Attorney for Justice for Jeff (ECF No. 8162 in docket 12-md-2323)
- Motion to Withdraw as Attorney for Robert Massey (ECF No. 8270 in docket 12-md-2323; ECF No. 43 in docket 12-cv-6069)
- Motion to Withdraw as Attorney for Calvin Sweeney and Zivia Sweeney (ECF No. 8272 in docket 12-md-2323; ECF No. 225 in docket 12-cv-4185)
- Motion to Withdraw as Attorney for Levar Fisher and Jacinta Fisher (ECF No. 8274 in docket 12-md-2323; ECF No. 188 in docket 12-cv-2219)
- Motion to Withdraw as Attorney for Marquette Smith and Sherri Smith (ECF No. 8276 in docket 12-md-2323; ECF No. 45 in docket 12-cv-6069)
- Motion to Withdraw as Attorney for Ralph Kurek and Connie Kurek (ECF No. 8278 in docket 12-md-2323; ECF No. 190 in docket 12-cv-2219)

- Motion to Withdraw as Attorney for Richard Cunningham and Carole Cunningham (ECF No. 8280 in docket 12-md-2323; ECF No. 227 in docket 12-cv-4185)

          s/Anita B. Brody

          _____
          ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:      Copies **MAILED** on _____ to: