# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## **NOTICE**

The Court will hold the hearing on alleged deceptive practices (*see* ECF No. 8307), as scheduled, on **September 19, 2017 at 10:00 a.m.** in Courtroom 7B on the 7th Floor of the U.S. Courthouse, 601 Market St., Philadelphia, PA. The hearing will take the form of a presentation by Co-Lead Class Counsel, who alone will present evidence on alleged deceptive practices that target Settlement Class Members.

Thereafter, the Court will determine whether to schedule a subsequent hearing. If a subsequent hearing is scheduled, the Court will entertain requests to be heard.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:              Copies **MAILED** on _____ to: