UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>　　　　Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**DECLARATION OF CHRISTOPHER A. SEEGER IN SUPPORT OF
CO-LEAD CLASS COUNSEL'S
(1) MOTION TO COMPEL CORRECTIVE DISCLOSURES BY
PHILLIP TIMOTHY HOWARD, ESQUIRE (A/K/A DR. TIM HOWARD, J.D., PH.D.)
AND HOWARD & ASSOCIATES, P.A.;
(2) MOTION TO COMPEL MR. HOWARD, HOWARD & ASSOCIATES, P.A.; AND
CAMBRIDGE CAPITAL GROUP, LLC, GAIL MILON, MR. HOWARD, AND
JEFF KAHN TO RESPOND TO RESPECTIVE DISCOVERY REQUESTS
PROPOUNDED UPON THEM; AND
(3) NOTICE TO THE COURT OF CERTAIN CONDUCT BY
<u>MR. HOWARD AND HIS RELATED ENTITIES</u>**

CHRISTOPHER A. SEEGER declares, pursuant to 28 U.S.C. § 1746, based upon his personal knowledge, information and belief, the following:

1.      Having been appointed as Co-Lead Class Counsel, I am fully familiar with the matters set forth herein, including the procedural history of this litigation and the class-wide Settlement that this Court approved on April 22, 2015 ("Settlement"), as well as the facts and procedural history leading up to the Court's issuance of the July 19, 2017 Order.

2.      I submit this Declaration in support of Co-Lead Class Counsel's (1) Motion to Compel Corrective Disclosures by Phillip Timothy Howard, Esquire (a/k/a Dr. Tim Howard, J.D., Ph.D.) and Howard & Associates, P.A.; (2) Motion to Compel Mr. Howard, Howard & Associates, P.A.; and Cambridge Capital Group, LLC, Gail Milon, Mr. Howard, and Jeff Kahn to Respond to Respective Discovery Requests Propounded Upon Them; and (3) Notice to the Court of Certain Conduct by Mr. Howard and His Related Entities.

3.      Attached hereto as Exhibit A is an excerpt from Howard & Associates, P.A.'s website, howardjustice.com, specifically the "NFL" page, retrieved on August 28, 2017.

4.      Attached hereto as Exhibit B is an email provided to me, as Co-Lead Class Counsel, by a Class Member, John Doe, whose name has been redacted from this and all documents attached to this Declaration, but whose identity is being revealed to the Court.  Exhibit B is an email blast, dated August 1, 2017, to "Client," with subject line of "Monthly Advances" from Gail Milon, Manager Vice President of Cambridge Capital Group.

5.      Mr. Doe contacted my law firm in August in connection with the Court's Order of July 19, 2017, and provided numerous documents over several weeks.  He represented, and the Claims Administrator confirmed, that he had been a client of Mr. Howard of Howard & Associates, P.A., but, he discharged Mr. Howard on August 22, 2017.

6. As per the report provided to me as Co-Lead Class Counsel by the Claims Administrator, as of August 31, 2017, Mr. Howard had submitted 222 registrations for his clients. He also had started nine claim package submissions for his clients, but had completed none.

7. Attached hereto as Exhibit C is an email blast from Mr. Howard/Howard and Associates, dated August 14, 2017, with attached letter dated August 8, 2017.

8. Attached hereto as Exhibit D is the "Our Team" page from the Cambridge Capital Group website, as of August 24, 2017.

9. Attached hereto as Exhibit E is the cover letter, dated August 10, 2017, and Interrogatories propounded by Co-Lead Class Counsel upon Mr. Howard and Howard & Associates, P.A.

10. Attached hereto as Exhibit F are the cover letters dated August 10 and 11, 2017, and the Requests for Production of Documents and Interrogatories propounded by Co-Lead Class Counsel upon Cambridge Capital Group, LLC, Gail Milon, Mr. Howard, and Jeff Kahn.

11. Attached hereto as Exhibit G is the August 25, 2017 letter from Mr. Howard on Howard & Associates letterhead and the Responses to Interrogatories Directed to Respondents Timothy Howard, J.D., Ph.D., and Howard & Associates, P.A.

12. Attached hereto as Exhibit H are the August 24, 2017 cover letter from Martin L. Black, counsel for Cambridge Capital Group, LLC, a document from the State of Florida Department of State regarding Cambridge Capital Group, LLC, and the Responses of Non-Parties: Cambridge Capital Group, LLC, Gail Milon, Timothy Howard, J.D., P.H.D. (sic), and Jeff Kahn to Requests for Production of Documents and Interrogatories.

13. Counsel for Atlas Legal Funding, LLC ("Atlas"), in connection with discovery propounded upon that entity, represented that Mr. Kahn had previously been affiliated with Atlas, but had departed in approximately May of 2015.

14. Attached hereto as Exhibit I is an email blast dated June 23, 2017 from Neil Epstein of Howard & Associates to "<u>all</u> retired NFL players" with subject line "Howard & Associates – NFL Settlement Registration by August 7, 2017 – PROMO VIDEO."

15. Attached hereto as Exhibit J is a blast email dated August 16, 2017, from Gail Milon to "Retired NFL Client" with attached letter from Addys Walker of Cambridge Capital Group, with subject line "Court Notice of NFL Equity Purchase Contract Reviews; Signature Verifying Acceptance of Terms for Supplemental Income, Not for Personal Survival Income."

16. Attached hereto as Exhibit K is an email to Mr. Doe from Mr. Howard and others of Cambridge Capital Group, dated December 18, 2016, with subject line "Cambridge Capital Group and Life Insurance."

17. Attached hereto as Exhibit L is an email to numerous persons, including Mr. Doe, from Mr. Howard and others of Cambridge Capital Group, dated December 23, 2016, with subject line "Cambridge Capital Group Update and Investment Performance."

18. Attached hereto as Exhibit M is the Retainer Agreement & Power of Attorney as between Mr. Doe and Howard & Associates, dated January 19, 2016.

19. Attached hereto as Exhibit N is an email from Mr. Howard to Mr. Doe dated August 22, 2017 with subject line "Termination of legal relationship & attorney/client contract."

20. Attached hereto as Exhibit O is an email from Mr. Howard at Cambridge Capital to Mr. Doe, dated August 23, 2017, with attached Retainer Agreement & Power of Attorney as between Mr. Doe and Howard & Associates, dated January 19, 2016.

21. Attached hereto as Exhibit P is an email dated April 11, 2016 from Mr. Howard and others at Cambridge Capital Group to Mr. Doe with subject line "Income Portfolio Agreement" and attached Assignment, Sale, Springing Assignment & Equitable Lien Agreement, dated April 9, 2016, between Mr. Doe and Cambridge Capital Partners, LP.

22. Attached hereto as Exhibit Q is an Assignment, Sale, Springing Assignment & Equitable Lien Agreement, dated April 9, 2016, between Mr. Doe and Cambridge Capital Partners, LP.

23. Attached hereto as Exhibit R is an Assignment, Sale, Springing Assignment & Equitable Lien Agreement, dated April 9, 2016, between Mr. Doe and Cambridge Capital Partners, LP.

24. Attached hereto as Exhibit S is an Assignment, Sale, Springing Assignment & Equitable Lien Agreement, dated April 8, 2016, between Mr. Doe and Cambridge Capital Group Equity Option Opportunities, LP.

25. Attached hereto as Exhibit T is an email, dated September 6, 2016, from Mr. Howard and others with Cambridge Capital Group to Mr. Doe with subject line "Advanced Funding Agreement."

26. Attached hereto as Exhibit U is an email, dated January 13, 2017, from Mr. Howard and others at Cambridge Capital Group to Mr. Doe with subject line "Advanced Monthly Disbursement Agreement and Special Disbursement."

27. Attached hereto as Exhibit V is an email, dated February 15, 2017, from Mr. Howard and others at Cambridge Capital Group to Mr. Doe with subject line "Monthly Disbursement Agreement Renewal" with attached Assignment, Sale, Springing Assignment &

Equitable Lien Agreement, dated April 1, 2017, between Mr. Doe and Cambridge Capital Partners, LP.

28. Attached hereto as Exhibit W is the Acknowledgement of Authorization regarding the Pre-Settlement Finance Agreement dated April 1, 2017 between Mr. Doe and Cambridge Capital Partners, LP for signature by Mr. Howard of Howard & Associates.

29. Attached hereto as Exhibit X is an email from Mr. Howard to Mr. Doe, dated March 3, 2017, with subject line "President Howard's Announcement," sent from his Tim@howardjustice.com email account.

30. Attached hereto as Exhibit Y is a letter from Mr. Howard on Howard & Associates letterhead to "Retired NFL Player Client of Howard & Associates," dated August 29, 2017.

31. Attached hereto as Exhibit Z is a chain of text messages from August 1 & 2, 2017, as between Mr. Doe and Mr. Howard at "Cambridge Capital Tim Howard."

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 12, 2017

> */s/ Christopher A. Seeger*
> CHRISTOPHER A. SEEGER
> Co-Lead Class Counsel