# Exhibit A



# NFL Players May be Eligible for up to $5 Million in Compensation

## If you are a football player retired from the NFL, AFL, WFLA, NFL Europe League, or NFL Europa League you may be eligible for up to $5 million in compensation.

### We represent 100s of players, including Michael Gaines, Wally Williams, Tamarick Vanover, Corey Fuller, and Zachary Crocket.

A Federal District Court has approved a settlement for NFL players who sustained traumatic brain injuries during their time in the NFL. But the fight isn't over yet.

If the registration and claims process is not handled correctly, your claim may be reduced, or even denied. Our firm is helping players receive what is rightfully theirs.

We will:

- Provide you with a list of reliable physicians to help with a qualifying diagnosis.
- Assure you receive FULL credit for your time and seasons in the NFL.
- Manage the claims process for you, assuring all deadlines and required documents are done to the exact standards.

**FREE CONSULTATION….!**

Allegations regarding the impact of repeated concussions experienced by NFL players is supported by scientific data and medical research. A recent study conducted by Boston University's Center for the Study of Traumatic Encephalopathy revealed that 59 of 62 deceased NFL players suffered from the severe degenerative brain disorder known as CTE. The deceased NFL players whose brains were studied shared similar experiences that included repeated concussions, subconcussive blows to the head, or both. Victims of repeated MTBIs initially display symptoms like impaired concentration and memory loss with progression toward symptoms of full-blown dementia, Parkinson's disease, depressions, and speech abnormalities. The chief of neuropathology at the VA Boston Healthcare System has affirmed that CTE has been identified in hundreds of football players.



## Seeking the Settlement or Verdict Our Clients Deserve

The symptoms of a concussion can linger for months and often constitute a warning regarding permanent and debilitating problems. The Centers for Disease Control categorize the symptoms of a concussion as follows:

**Physical Symptoms**

- Sensitive to light or noise
- Headache
- Problems with dizziness and loss of balance
- Blurred vision
- Vomiting/nausea

**Memory & Cognitive Functioning**

- Impaired concentration
- Memory issues
- Difficulty thinking clearly

**Sleep Issues**

- Insomnia
- Changes in sleeping patterns

**Emotional**

- Depression
- Nervousness or anxiety
- Sadness
- Irritability
- Intensified emotional responses

Former players who experience concussion symptoms should seek medical attention for symptoms that persist. A survey of former NFL players revealed that more than one in four players has suffered at least three concussions during their NFL career. The research also revealed that these same players experienced increased long-term issues with concentration, speech, and memory. If you or your loved one has been diagnosed with a significant repetitive concussion-related injury, our law firm has been involved with the concussion litigation from the beginning. We invite you to schedule a free consultation today with one of our NFL Concussion Settlement Attorneys.



# Have you suffered repetitive traumatic brain injuries or lost a loved one because of negligent handling of concussions by the NFL?

Hundreds of NFL concussion lawsuits from across the country that were consolidated in Philadelphia are part of a Federal District Court settlement approved by Judge Anita Brody. The settlement could result in players with certain neurological disorders receiving compensation in an amount up to $5 million depending on certain factors. Former players with major cognitive impairments that include amyotrophic lateral sclerosis (ALS), also known as Lou Gehrig's Disease, Alzheimer's Disease, and Parkinson's Disease are entitled to the largest awards. However, the amount of the award also is impacted by the player's age as well as the duration of his playing career. Unless retired players, representative of deceased of incapacitated players, and families of deceased players fail to timely register, they are eligible to receive benefits that include:

- Baseline medical examinations
- Monetary recovery for certain serious neurological conditions that include Parkinson's Disease, Dementia, Alzheimer's Disease, ALS, and certain cases of CTE
- Education programs

Valid claims will continue to be paid in full for 65 years. A significant benefit of the participation in the settlement is that players have no obligation to prove that their neurologic limitations were actually caused by their participation in professional football. Our law firm represents victims with concussion-related diseases and their families involved in the pending settlement. The NFL Concussion Settlement Agreement is more than a 150 pages long and outlines the following:

- Players who are part of the class
- Nature of the litigation
- Rights of the players (and their families and representatives)
- Process of applying for benefits

Given the complexity of the settlement process and litigation, the decision to retain an experienced NFL Concussion Settlement Attorney can mean the difference between obtaining the financial compensation and benefits you need and possibly receiving nothing.

# Free Attorney Consultation

Pay Nothing unless you win

Your Name (required)

Your Email (required)

Your Phone Number

Your Message

SEND

(tel:8502984455)

## Locations

**Massachusetts**
8 Museum Way, Suite 2407
Cambridge, MA 02141
Office: (857) 277-0990

**Tallahassee**
2120 Killarney Way, Suite 125
Tallahassee, FL 32309
Office: (850) 298-4455
Fax: (850) 216-2537
Toll-Free: 1-844-HJWARRIOR

Located in Boston, MA, Tallahassee, FL, Ft. Lauderdale, FL and Jacksonville, FL, the law firm of Howard & Associates, P.A., pursues justice on behalf of victims throughout the world against even the largest corporations, government entities and others who may have caused injury or death. Our distinguished history includes verdicts against Big Tobacco, Major U.S. Corporations, and the BP Oil Spill.

All content copyright 2017 Howard & Associates.
Sitemap (/site-map/) | Privacy Policy (/privacy/) | Disclaimer (/disclaimer/)

**Fort Lauderdale**
101 NE Third Ave., Ste. 1500
Fort Lauderdale, FL 33301
Office: (954) 332-3633

**Jacksonville**
River Place Tower, 21st Floor
1301 River Place Boulevard,
Jacksonville, FL 32207
Office: (407) 871-6555