# Exhibit B (Redacted)

**Subject:** Monthly Advances
**From:** Gail Milon (gail@ccwealthadvisors.com)
**To:** gail@ccwealthadvisors.com;
**Cc:** regina.mchardy@cambridgecapitalgroup.holdings;
**Bcc:**
**Date:** Tuesday, August 1, 2017 7:14 PM

Dear Client,

CCG's fiduciary duty is to ensure maximum returns on investments and maximum recoveries for your financial security. Going forward, as you have been previously informed via e-mail or in private conversations, for most of you, the current amounts of the monthly advance contracts are not suitable or prudent to your financial future. This debt is not advantageous to your long-term security.

The initial purpose of the advance was not to be used as an income, but for supplemental short-term emergencies. To end this expensive cost, CCG is offering to stop these agreements after 6 months from your contract origination date, and limit the charges to only those funds advanced to date.

Starting at the end of July of 2017 and in August of 2017, the current contracts will be modified with a reduction in monthly payments or to discontinue payments, in order to preserve your financial security.

Claims are now being finalized by both 1.) the NFL Concussion Settlement approved and MAFS qualified neurologist, and 2.) the board-certified neuro-psychologists. Claims will start to be paid within the next 3 or 4 months and because you're in an emergency status, we've asked the law firm to advance and prioritize the submission of your claim so that you are one of the first to be paid.

We are looking forward to hearing from you. Please respond to Regina McHardy via email (regina.mchardy@cambridgecapitalgroup.holdings) to verify and confirm whether you've chosen to end these advancements or reduce your current amount to 25% or 30% of what you are currently receiving.

This is especially appropriate given that your lump sum settlement proceeds, which are for your long-term security, will be arriving within 90 to 120 days. We don't want you to waste your resources.

Best Regards,

*Gail Milon, CASL, CLTC*

Manager Vice President

**Cambridge Capital Group**
Email: gail@ccwealthadvisors.com



Tallahassee, Florida Office:
2120 Killarney Way, Suite 120
Tallahassee, FL 32309
(850) 298-4455 ext 109 (o)
(850 765-8121 (f)

Jacksonville, Florida Office:
Riverplace Tower
1301 Riverplace Blvd.
Jacksonville, FL 32207

Fort Lauderdale, Florida Office:
101 NE Third Ave., Ste. 1500
Fort Lauderdale, Florida 33301
(954) 332-3633 (o)

Massachusetts Office:
8 Museum Way, Suite 2407
Cambridge, MA 02141
(617) 373-6076

PLEASE NOTE: This message, including any attachments, may include privileged or confidential information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited. If you are not the intended recipient, please notify the sender by replying to this message and delete it from your system.