# Exhibit C (Redacted)



Date: Mon, Aug 14, 2017 at 7:14 PM
Subject: Fwd: Notice of NFL Concussion Settlement Process Initiation and Next Steps

Begin forwarded message:

>**From:** Tim Howard <nfl@howardjustice.com>
>**Date:** August 14, 2017 at 1:26:38 PM EDT
>**To:** Tim Howard <Tim@howardjustice.com>
>**Subject: Notice of NFL Concussion Settlement Process Initiation and Next Steps**
>
>Dear NFL Client,
>
>Please see the attached letter in regards to your case. If you have any questions, please do not hesitate to contact us at the office.
>
>Best regards,
>**Howard and Associates, P.A.**
>www.howardjustice.com
>Email: kyla@howardjustice.com
>
>
>
>Tallahassee Office:
>2120 Killarney Way, Ste. 125
>Tallahassee, Fl 32309

1

Main Office: (850) 298-4455
Fax: (850) 216-2537


Fort Lauderdale Office:
101 NE Third Ave., Ste. 1500
Fort Lauderdale, Florida 33301
Office: (954) 332-3633

Jacksonville Office:
Riverplace Tower, Suite 2101
1301 Riverplace Blvd.
Jacksonville, FL 32207



## Howard & Associates
## Attorneys at Law, P.A.

*Dr. Tim Howard, J.D., Ph.D., Senior Partner\**
*Florida Supreme Court Certified Mediator*

Tallahassee Office:
2120 Killarney Way, Suite 125
Tallahassee, Florida 32309
Ph: (850) 298-4455; Fax (850) 216-2537
Tim@howardjustice.com

Fort Lauderdale Office:
101 NE Third Ave., Suite 1500
Fort Lauderdale, Florida 33301
(954) 332-3633
www.howardjustice.com

Jacksonville Office:
Riverplace Tower, 21st Floor
1301 Riverplace Boulevard
Jacksonville Florida 32210
(850) 298-4455

Cambridge Office:
8 Museum Way
Suite 2408
Cambridge, Massachusetts 02141
(857) 277-0990

August 8, 2017

Retired NFL Player
Client of Howard & Associates

Re: Notice of NFL Concussion Settlement Process Initiation and Next Steps.

Dear Retired NFL Client:

The law firm is providing notice that the NFL Concussion Settlement process has begun and payments will begin over the next few months for those players who qualify. As previously recommended, advances on your claims are not advised as they are very expensive. Over the upcoming weeks and months, the law firm will coordinate final medical reviews, verify with the MAFS Qualified Neurologist that you qualify for recovery, and submit your claims.

Please verify your receipt of this notice with a confirmation email to the law firm at info@howardjustice.com. If you have any question, please let us know that as well.

Sincerely yours,

*[signature]*

P. Tim Howard, J.D., Ph.D.
Howard & Associates
2120 Killarney Way, Suite 125
Tallahassee, FL 32309
(850) 298-4455
tim@howardjustice.com

cc: file

\*Admitted to practice in Florida, the District of Columbia, Northern, Middle, and Southern United States District Courts of Florida, the United States Court of Appeals for the 11th Circuit, and the United States Supreme Court. Ph.D, Northeastern University, Law, Policy & Society. Former Visiting Health Law, Bioethics, and Human Rights Scholar and Constitutional Law, Media & Politics and Judicial Process Instructor at Boston University. Former Director of and Professor with Northeastern University's Law & Policy Doctorate Program. President of Cambridge Graduate University International.