# Exhibit D

☎ Call us : 850-270-9898                         

# Cambridge Capital Group



## Our Team

Cambridge Capital Group > About Us > Our Team

- Home
- About Us
  - Our Team
- Funds
  - CCG Partners LP
  - CCG Large Cap Equity LP
  - CCG Equity Option Opportunities LP
- Contact Us

### Managing Vice President

**Gail Milon**

Managing Vice President, Cambridge Capital Group, LLC.  Licensed Broker and Financial Planner with 30 years of experience with Merrill Lynch, NYSE, United Daniels, and Met Life.

### Our Partners

**Addys Walker**

Partner and Brokerage Vice President, Cambridge Capital Group, LLC.  30 years of experience in arbitrage financing, brokering and investing

**Jeff Kahn**

Partner and Executive Vice President, Cambridge Capital Group, LLC. 15 years of experience in legal financing, insurance and former owner and manager of pre-settlement hedge fund.

## Our Board of Directors

**Dr. Tim Howard, J.D., Ph.D., Chair** – **President, Cambridge Graduate University International**, and Professor of Law, Business, Global Studies, Regulatory Science, and Public Health. President Howard has taken his experience as the founding Director and Professor of Northeastern University's Law & Policy Doctorate Program, the world's first and highly successful Doctorate in Law & Policy Program delivered in an executive format with a praxis leadership model, and expanded upon that model to a global graduate education format for executive MBA, MIB, and MGS programs in entrepreneur startups, NGOs, pharmaceuticals, and high tech innovation, as well as Ph.D. degrees with Cambridge Graduate University International, with regional campus and partners throughout the globe in regions such as India, Africa, Latin America, and more. President Howard's Ph.D. and J.D. coursework took place at Northeastern University, Harvard University, Florida State University, and Oxford University. He is former faculty and visiting scholar at Boston University School of Law, Public Health, and Political Science. Fields of Research Specialization, and Publication include: Environmental and Energy Management; Negotiations and Mediation; International Trade and Corporate Contracts; Criminal Justice; Anti-Corruption; Law and Economics; Business; Free Markets; Consumer Product Liability and Personal Injury Litigation in State and Federal Courts; Public Policy; Constitutional Law; Law and Society; Cause Lawyering; Leadership; Civil Rights/Liberties; Negotiations; Electoral Politics; State Legislatures; Media & Politics; Health Care; Regulatory Science; Public

Health; Restorative and Community Criminal Justice; and Higher Education. President Howard has been the senior faculty and primary advisor on over 70 completed doctoral theses and dissertations. As a law, policy, health care, justice, and business scholar and successful practitioner, President Howard regularly appears in national and international media, such as CNN, PBS, Wall Street Journal, Financial Times, BBC, CBS, Associated Press, NHK, JNN, 360 Law, Bloomberg News, Economist, Reuters, ITN, Das Spiegel, New York Times, and more, on health, business, higher education, and national and international business and consumer justice issues, such as the Toyota recall, BP Oil Spill, Goldman Sachs Aluminum Warehousing, NFL Brain Injury, UN Cholera Deaths in Haiti, tobacco litigation, Telecommunications Consumer Protection Act, and more. www.cguiedu.com. www.howardjustice.com

**Dr. Goran Ridic, Ph.D.** – Dr. Goran Ridic is an Assistant Professor of Economics at the IUS. Dr. Ridic studied Economics at Trinity College in Connecticut, USA, holds a Master of Business Administration degree in Finance from the University of Connecticut – School of Business and a doctorate in Public Policy from Northeastern University in Boston, Massachusetts, USA. He has worked and consulted for a number of Fortune 500 companies including General Electric (GE Capital), United Technologies – Pratt & Whitney, ING Group, The Hartford Investment Management Company (HIMCO) and USAID.

**Mark Savage** – Mark Savage was born in Melbourne, Victoria, Australia. He made and sold his first feature "Marauders" at the age of 24. He has followed it up with years of non-stop production and screen writing on projects as diverse as the action/comedy "Sensitive New Age Killer"; a documentary on superstar Jackie Chan "Beyond Mr. Nice Guy"; the action/thriller "Narrow Gauge"; "The Sentimental Assassin"; "Defenceless"; "Ferlisle"; "Pond Scum"; to his latest film "120/80: Stressed to Kill". "120/80: Stressed to Kill" is a darkly sardonic portrait of middle age crises, starring Bill Oberst Jr., Armand Assante and Marshal Hilton. The executive producer is Tommy Parnell. Up-

coming film to be released in late 2017, "Purgatory Road." Mark has also worked in film distribution for Orion Pictures in Detroit; Village/Roadshow in Melbourne, Australia: and David Lynch's Absurda in Los Angeles. He is the writer, director and producer for Delirium and Chronicles film companies.

**Dr. Eric Kupferberg, Ph.D.**– With past appointments to Massachusetts Institute of Technology, Harvard University, Harvard Medical School, Northeastern University and currently Cambridge Graduate University International as VP & Director of India Programs, Dr. Kupferberg brings extensive understanding, knowledge and experience in the opportunities in regulatory science and pharmaceutical industry, as well as the emerging market economy of India. He has created partnership programs with Indian universities in the fields of business and biomedical while also being instrumental in identifying gaps in knowledge among new and emerging leaders in Indian industry and governmental agencies.

**Dr. Patrick Preston, LP.D.** – From 2005-2017, Dr. Preston served as an Associate Professor and the Department Chair for Entertainment Management at Bay State College, Boston, MA. During that time, he taught courses in Entertainment Law, Entertainment Marketing, The Music Industry, and Film/Television Production Management. He has presented and published on issues affecting the Concert Promotion Industry, Artist Management, and state tax incentives for film/television production. Dr. Preston received his B.A. in Theater Arts from the University of Massachusetts/Boston and both his M.A. in Public History and his Doctorate in Law & Policy from Northeastern University. His current fields of interests include the production, financing and distribution of film and television. Dr. Preston was both an actor and playwright in the Boston/New England markets, and undertook additional coursework in screenwriting at the UCLA Writers Program and Improv training with the Groundlings.

**Dr. Thomas A. Lynch, Ph.D.** – Dr. Lynch brings an extraordinary volume of experience from his former position as Director for the Center for Economic Forecasting and Analysis (CEFA) at Florida State University. CEFA conducts economic analysis in a wide range of areas including health care, environmental and energy, transportation, growth management, land use and real estate development. With a Bachelor of Science, Master of Science and Ph.D from Florida State University, Dr. Lynch has also held the prestigious positions of Assistant Director of the high profile Florida High Speed Rail Transportation Commission and Chief Environmental and Health Care Economist for the State of Florida.

**Dr. J. David Golub, M.B.A., LP.D.** – J. David Golub is professor of law and economics in the Law & Policy Doctoral Program at Northeastern University in Boston, Massachusetts, where he teaches law, finance, accounting, and economics at the European School of Economics. His areas of expertise are in law, real estate, economics, taxation, accounting, finance, and public policy. He has previously been a visiting scholar at Georgetown University Law Center and Brooklyn Law School. Professor Golub is the author of various legal and tax publications. journals, and articles. He is also a CPA, an editorial reviewer of the AICPA Journal of Accountancy and a consultant/director to three NY/NJ CPA firms. He earned his doctor ot law & policy at Northeastern University, his JO, PhD, and MBA from The University of Chicago, and has post-graduate advanced degrees and certificates in finance, taxation, and real estate from New York University. He also earned his 85 in accounting from Binghamton University.