# Exhibit E

**SEEGERWEISS**LLP

77 Water Street, New York, NY 10005     P 212.584.0700     F 212.584.0799     www.seegerweiss.com

August 10, 2017

<u>Via Email and Federal Express Overnight Mail</u>

Timothy Howard, J.D., Ph. D.
  tim@howardjustice.com
Howard & Associates, P.A.
2120 Killarney Way
Suite 125
Tallahassee, FL 32309

      Re:    *In re National Football League Players' Concussion Injury Litigation*,
             No. 2:12-md-02323-AB (E.D. Pa.)

Dear Dr. Howard:

      As you undoubtedly know, I am Co-Lead Class Counsel for the certified and finally approved Settlement Class in the above-referenced In re: National Football League Players' Concussion Injury Litigation ("NFL Concussion Litigation"). As you also likely are aware, Judge Anita B. Brody, who is presiding over the MDL and the Class Settlement, issued an Order on July 19, 2017, a copy of which is included in the attachment hereto.

      This Order authorizes me to conduct discovery of entities and individuals, including law firms, involved with those soliciting and/or entering into agreements with the Class Members or with others related to the Settlement. Therefore, as the partner and founder of Howard & Associates, P.A., I am propounding the enclosed Interrogatories upon you and your firm. In connection with the Judge's Order, I am also authorized to conduct depositions. Pending your production of documents, however, I am deferring the scheduling of your deposition.

      In accordance with Judge Brody's Order, the deadline for responding to these discovery requests is fourteen days. Thus, the responses to the attached are due by no later than August 25, 2017.

Dr. Howard
August 10, 2017
Page 2

    If you have any questions, please contact my partner in our Philadelphia office, TerriAnne Benedetto, at 215-564-2300, or tbenedetto@seegerweiss.com.

    Very truly yours,

    /s/ Christopher A. Seeger

    Christopher A. Seeger
    *Co-Lead Class Counsel*

Enclosures

cc (w/encls.):

    Brad Karp, Esq. (*Counsel for the NFL Parties*)

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br><br> MDL No. 2323 <br><br> **Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc., <br><br> Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## INTERROGATORIES DIRECTED TO RESPONDENTS, TIMOTHY HOWARD, J.D., PH.D., AND HOWARD & ASSOCIATES, P.A.

Pursuant to the Court's Order dated July 19, 2017 (ECF No. 8037), Co-Lead Class Counsel hereby serve the following Interrogatories to be responded to by no later than August 25, 2017 by respondents, Timothy Howard, J.D., Ph.D. and Howard & Associates, P.A. A copy of that July 19, 2017 Order accompanies these Interrogatories.

**DEFINITIONS AND INSTRUCTIONS**

Unless otherwise indicated, the following definitions and terms shall be applicable to the Interrogatories contained herein, and you are requested to provide the information required by each definition, where applicable.

1. The "Settlement" means the Class Action Settlement (As Amended), dated February 13, 2015 [ECF No. 6481-1], and finally approved by the Honorable Anita Brody of the United States District Court for the Eastern District of Pennsylvania on April 22, 2015 [ECF No. 6509], available at https://www.nflconcussionsettlement.com/Documents.aspx.

2. The "BAP" means the Baseline Assessment Program, as defined in section 2.1(i) an Article V of the Settlement.

3. The "MAF" means the Monetary Award Fund, as defined in section 2.1(bbb) and Article VI of the Settlement.

4. "Medical Services" means any consultation, evaluation, examination, treatment, or diagnosis with or from a medical professional.

5. "Solicitation" means any communication, whether printed, electronic, telephonic, mailed, emailed, on the internet, which was intended, in whole or in part, to seek representation of, or to provide monies or other services to Retired NFL Football Players.

6. "Communication" or "Communicated" means any written statement (or the making thereof) whether in print or electronic form, as well as any oral communications (or the making thereof), in person or over the telephone or internet medium.

7. "Identify," when used with respect to a person, means to state the full name, current address, or if not available, last known address, telephone number and email address, if known, and affiliation with any organization, corporation, firm or other entity. "Identify," when

used with respect to a document, means to state the author(s), date, recipient(s), type, subject matter and any other identifying information with respect to the document.

8. "Retired NFL Football Player" means all living retired NFL football players, as that term is specifically defined in section 2.1(ffff) of the Settlement.

9. "You" or "Your" means Timothy Howard, J.D., Ph.D. and Howard & Associates, P.A., and their present and former directors, officers, employees, contractors, agents, consultants, and affiliates and their attorneys, or other persons acting for or on behalf of any of them.

10. In order to bring within the scope of these interrogatories all conceivably relevant information that might otherwise be construed to be outside their scope:

a. the singular of each word shall be construed to include its plural and vice versa;

b. "and," as well as "or," shall be construed conjunctively as well as disjunctively; and

c. "all," "any," "each," and "every" shall each be construed as all, any, each and every.

**INTERROGATORIES**

**Interrogatory No 1.**

Identify every Retired NFL Football Player with whom You have entered into any agreement related in any way to the Settlement and state the nature of each agreement into which You entered with each Retired NFL Football Player. Include the date that each agreement was signed by the Retired NFL Football Player or on his behalf, the fee arrangement (*i.e.*, the contingent fee percentage or other monies You are to be paid) and, if applicable, the date on which the Retired NFL Football Player discharged You. Additionally, to the extent that any

3

Retired NFL Football Player entering into an agreement with You, also entered into an agreement(s) with a third party in connection with the Settlement, whether You were directly involved in that agreement or not, identify that third party (including, but not limited to, Cambridge Capital Group, LLC, other lenders, claims services providers, or others), the nature of that agreement, the fee arrangement thereunder and the date on which that agreement was signed by the Retired NFL Football Player or on his behalf.  In lieu of responding to this Interrogatory, You may produce to the undersigned copies of all agreements concerning which information is requested.

**Interrogatory No 2.**

Identify every Retired NFL Football Player referred for, sent to, or scheduled for any type of Medical Services, by You, anyone working on Your behalf, or working in conjunction with You in any way, and the date(s) the Medical Services were rendered and the name and location of the medical provider who rendered these Medical Services.

**Interrogatory No 3.**

Identify every Retired NFL Football Player for whom You, or anyone working on Your behalf, or working in conjunction with You in any way, have been involved in the payment, directly or through others, for a Retired NFL Football Player's travel and related expenses (whether on a non-recourse or recourse basis) in connection with obtaining any Medical Services to assist the Retired NFL Football Player in any way in participating in the Settlement.

**Interrogatory No 4.**

Identify every individual and entity with whom You, anyone working on Your behalf, or working in conjunction with You in any way, have worked or Communicated in connection with any Retired NFL Football Player's obtaining any Medical Services to assist the Retired NFL

4

Football Player in any way in participating in the Settlement, including, but not limited to, medical providers, claims services providers, lenders or others.  For each such individual and/or entity, explain the details of the relationship and identify each Retired NFL Football Player involved.

**Interrogatory No 5.**

Identify every individual and entity, with whom You, anyone working on Your behalf, or working in conjunction with You in any way, have any financial relationship or understanding, whether recourse or non-recourse, whether in writing or verbal, related to any Retired NFL Football Player's participation in the Settlement.  For each such individual and entity, explain the details of the relationship and identify each Retired NFL Football Player involved.  Identify any document related to the relationship.

**Interrogatory No. 6.**

Identify every individual and entity from whom You have obtained the contact information for any Retired NFL Football Player, including their home or cellular telephone numbers, home or business addresses, and email addresses.

**Interrogatory No. 7.**

Identify every individual and entity to whom You have provided any contact information for any Retired NFL Football Player.

**Interrogatory No. 8.**

Identify every person or entity with whom You have entered into any agreement, whether written or verbal, related to the Settlement, including but not limited to the referral of Retired NFL Football Players for loans or provisions of money under other terms, for legal or other representation, for Settlement benefits claims services, for Medical Services, or any other

5

services or related to the Settlement, or the suggestion to Retired NFL Football Players that they contact individuals or entities in connection with the provision of any representation, services or monies related to the Settlement, and state the nature of each agreement.

**Interrogatory No. 9.**

Identify every individual and entity with whom You, anyone working on Your behalf, or working in conjunction with You in any way, Communicated related to the Settlement or the Solicitation of Retired NFL Football Players.

Dated: August 10, 2017

    /s/ Christopher A. Seeger \_\_\_
Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

*Co-Lead Class Counsel*