# Exhibit I

| | |
|---|---|
| Subject: | Howard & Associates - NFL Settlement Registration by August 7, 2017 - PROMO VIDEO |
| From: | Neil Epstein (neil@howardjustice.com) |
| To: | neil@howardjustice.com; |
| Date: | Friday, June 23, 2017 10:43 PM |

To <u>all</u> retired NFL players:

You MUST register for the NFL Concussion Settlement <u>before</u> **August 7, 2017** in order to make any claims on this settlement in the future. You are entitled to register even if you have not had a neuropsychological evaluation yet, or if you have been evaluated but did not qualify. If you have already been evaluated and did not qualify you are able to be evaluated again in the future. HOWEVER, if you do not register for the settlement before **August 7, 2017**, you can no longer make any claim on this settlement in the future.

Here is a link to our new promotional video regarding the <u>registration deadline</u>: https://www.youtube.com/watch?v=nO1EsFAAs5A

Please feel free to share this message with anyone who you believe may qualify, or may eventually qualify in the future for the **billion dollar NFL Concussion Settlement**.

If you have not registered please call us now and we can assist you with this process. If you have not been tested by a qualified NFL neurologist, we can become your legal representatives, and we will pay for you to travel to a NFL qualified neurologist, and we will pay for your hotel, food, and travel expenses while you are being evaluated. It does not matter where in world you live.

If you have already retained another law firm and you are not happy with how they are handling your claim we can easily bring you on board to join the hundreds of other retired NFL players that have already retained Howard & Associates. Just call us, and we will handle the move for you.

Lastly, if you do qualify for the NFL Concussion Settlement we can refer you to independent cash advance programs that may offer immediate cash based upon your proposed settlement.

If you feel that you have sustained severe head injuries from playing with the NFL, or if you feel that you may develop the latent symptoms of severe head injury because of your career with the NFL . . . CALL OR EMAIL US NOW!

**NFL@HowardJustice.com**
**(850) 298-4455**

Again, if you do not register for the NFL Concussion Settlement <u>before</u> **August 7**, you will never be able to register!

Time is running out to register.

Thank you,