# Exhibit J (Redacted)



Begin forwarded message:

> **From:** Gail Milon <gail@ccwealthadvisors.com>
> **Date:** August 16, 2017 at 4:40:24 PM EDT
> **To:** Gail Milon <gail@ccwealthadvisors.com>
> **Subject: NFL Equity Purchase Advances**
>
> Dear Retired NFL Client:
>
> Advances have been put on hold due to the NFL investigation of advances in the industry by Chris Seeger Esq. of SeegerWeiss.
>
> We are making progress on monthly advances based on reductions of amounts by some clients and review of agreements on others. To confirm that you want to continue to receive the advances please review the attached documents and sign and return the attached letter.
>
> Updated equity advance agreements will be forwarded to each of you over the next several days.
>
> If you have questions regarding any of the attached, please contact Mr. Addys Walker at 850-545-9944.
>
>
> Best Regards,

*Gail Milon, CASL, CLTC*
Manager Vice President
**Cambridge Capital Group**
Email: gail@ccwealthadvisors.com



Tallahassee, Florida Office:
2120 Killarney Way, Suite 120
Tallahassee, FL 32309
(850) 298-4455 ext 109  (o)
(850 765-8121 (f)

Jacksonville, Florida Office:
Riverplace Tower
1301 Riverplace Blvd.
Jacksonville, FL 32207

Fort Lauderdale, Florida Office:
101 NE Third Ave., Ste. 1500
Fort Lauderdale, Florida 33301
(954) 332-3633 (o)

Massachusetts Office:
8 Museum Way, Suite 2407
Cambridge, MA 02141
(617) 373-6076


PLEASE NOTE: This message, including any attachments, may include privileged or confidential information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited. If you are not the intended recipient, please notify the sender by replying to this message and delete it from your system.



August 16, 2017

Retired NFL Player
Advance Agreements

Re: Court Notice of NFL Equity Purchase Contract Reviews; Signature Verifying Acceptance of Terms for Supplemental Income, Not for Personal Survival Income.

Dear Retired NFL Client with An Equity Purchase Contract:

Cambridge Capital ("CC") has been advised that numerous investment firms, including CC, are being investigated by NFL Class Counsel, Chris Seeger, Esq., of SeegerWeiss, LLP, for their equity purchase contract terms. Attached please find Judge Brody's Order, attachments, as well as letter from Chris Seeger, Esq. In order to ensure that you are knowingly comfortable and accepting of the equity purchase contract terms, and that these funds were for supplemental income, not for personal survival income, CC will be reviewing and updating the equity purchase contracts for reasonableness. CC is sending this letter to verify that you agree to the CC returns on equity purchases, including CC's reduced advance amounts that some of you have wisely chosen in order to protect your long-term security. CC is also verifying that you will not be challenging CC's equity purchase contract returns, and will accept payment from your settlement consistent with the CC equity purchase contract terms.

As these concerns are resolved by both CC and your personal review of your advance agreement and its terms, by yourself and any appropriate party, including your lawyer, and signing verifying your acceptance, CC will be able to continue to make further advancements. If you have done the same, and will not be challenging the advance contract terms, please sign below.

Sincerely,

*Addys Walker*

Addys Walker, Partner
Cambridge Capital Group

Confirmation of personal review, opportunity for attorney review, and acceptance of advance contract terms:

_____    _____
Retired NFL Client                                                    Date

1 | P a g e

59 Damonte Ranch Parkway, Suite B, #248
Reno, NV 89521
850-270-9898    Fax 850-765-8121
info@cambridgecapitalgroup.holdings