# Exhibit K (Redacted)

| | |
|---|---|
| Subject: | Cambridge Capital Group and Life Insurance |
| From: | cambridge capital (info@cambridgecapitalgroup.holdings) |
| To: | |
| Cc: | info@cambridgecapitalgroup.holdings; eliddell@elefamily.com; csanders@elefamily.com; |
| Date: | Sunday, December 18, 2016 4:06 PM |

As we discussed, Dr. Howard and I and our team continue to develop Cambridge Capital Group to provide an unmatched model of services which includes investment management, wealth planning, estate planning, wills, trust creation, life insurance, supplemental health insurance, and loans to meet the unique needs of retired professional athletes. Additionally, ancillary legal services for little or no additional costs via our direct association with Howard & Associates PA makes our creative model unmatched in the marketplace.

While the recent Supreme Court ruling now gives us a clearer picture as to the possible time frame for you to receive your expected settlement from the NFL, our plan was to further discuss the necessary steps to create a viable and opportunistic financial plan, or like I frequently say "a road map", to achieve the goals and dreams of you and your family over the next 6 months. However, recent conversations with life insurance experts and the pending legal effective date of the settlement requires that we address the very important need for life insurance as a death benefit, a living benefit, and a financial planning tool due to your expected future wealth immediately.

Because life insurance applications require you to disclose medical problems and your potential diagnosis of the symptoms of "living" CTE, which will become a legal claim in approximately 30 - 60 days, it is possible that you will become un insurable for the remainder of your life. Again, due to your expected future wealth and the need to plan accordingly for future estate tax requirements as well as a very important living & death benefit for your family, it is critical that we address this now so you can never be denied in the future.

Attached is an illustration of a $2 miilion term life insurance policy which will allow us to convert it to whole/permanent life insurance anytime in the next 10 years as we deem it appropriate. This policy is extremely attractive due to its "living" benefit which allows you to access approximately 75% of the death benefit if you become terminally ill, have a chronic illness, have a critical illness, or get critically injured. These "living" benefits could prove very vital given what your future may bring.

Additionally, getting an initial term life insurance policy as opposed to a whole/permanent life insurance policy is a much less expensive strategy to achieve our goal with a monthly premium expense of approximately $380.00. We will initially advance the first year premium and plan on paying the future premiums from investment earnings thereby not effecting your current cash flow.

On Monday. Romona from ELE Wealth Management, who we have partnered with to quickly achieve this important goal, will contact you to set up a time for Connie, Linda, or Torrie to call you to complete the application as time is of the essence to successfully assure that the policy is issued prior to the filing of your legal claim. Please be on the lookout for Romonas call which will come from a 248 area code. You will then need to provide Connie, Linda, or Torrie approximately 30 minutes sometime Tuesday or Wednesday to complete the application..

As always, please do not hesitate to give me a call if you have any questions. Additionally, I have also included an update for your review of the investment returns for Cambridge Capital Group.

Happy Holidays !!
Don


*Tim Howard, J.D., Ph. D.*
*Don Warner*
*Tom Woods*
*Harrison Smith*
**Cambridge Capital Group, LLC**
**850-270-9898**