# Exhibit L (Redacted)

**Subject:** Cambridge Capital Group Update and Investment Performance

**From:** cambridge capital (info@cambridgecapitalgroup.holdings)

**To:** 

**Date:** Friday, December 23, 2016 4:32 AM

As many of you know, Cambridge Capital Group continues to build a model of services that includes investment management, financial and estate planning, trust creation and management, tax preparation and planning, and ancillary legal services with a significant focus on the unique needs of the retired professional athlete and their family. We believe this model is unmatched in the marketplace and as we get closer to the end of the NFL Concussion Settlement, we are truly looking forward to becoming an important part of your team that can help you develop an appropriate road map for you and your family's future.

To began this process, we have selected a very good "technical" CPA to work with our team who has a tremendous amount of experience in the inner workings of the IRS. Some of you have already worked with him to correct and settle past tax issues and I have been very pleased with his work ethic and results. As we come to the end of the year, please let me know if you want us to handle your 2016 income tax filing which will allow our CPA to build an important profile for you and your family so he can successfully work with us on all aspects of your financial future.

Again, thank you for allowing us this incredible opportunity. Attached is an update of our investment performance through November and December is also shaping up to nicely.

Happy Holidays !!

Don

*Tim Howard, J.D., Ph. D.*
*Don Warner*
*Tom Woods*
*Harrison Smith*
**Cambridge Capital Group, LLC**
**850-270-9898**

## Attachments

- Monthly Investment Performance Analysis - For Public Use.pdf (264.07KB)