# Exhibit N (Redacted)

**From:** Tim Howard <tim@howardjustice.com>
**Date:** August 22, 2017 at 11:02:58 AM EDT
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject: Re: Termination of legal relationship & attorney/client contract -** ▮▮▮▮▮▮▮▮

Dear ▮▮▮▮▮▮,

I have called in response to your text. Please feel free to call back concerning the following:

Please be advised that the "preliminary" neuropsychological reports will not be sufficient for submission to the NFL for a recovery. A distinct NFL-MAFS approved physician and board certified neurologist that works with our firm will be required for "final" reports, and only the NFL-MAFS qualified physician can submit these records to the NFL.

If NFL BAP physicians are used, the NFL estimates that only 2.8 out of 10 applicants will receive a recovery, and the BAP physicians are grossly underpaid for any significant analysis and will likely be back-logged for a year.

If you have a concern as to the 20% fee, plus costs, the law firm is happy to discuss in order to maximize your return.

Let us know,

