# Exhibit P (Redacted)

**Subject:** Income Portfolio Agreement

**From:** cambridge capital (info@cambridgecapitalgroup.holdings)

**To:** ▮

**Date:** Monday, April 11, 2016 2:12 AM

▮

Attached is the Income Portfolio agreement we discussed on Saturday which is basically the same agreement that you have completed before, except this will provide you a monthly source of funds of $2,100.00 in addition to any other lump sum advances that we may obtain on your behalf.

Over the long run since the settlement claim may not be paid for 2 or 3 years, if you qualify, this source of advanced funds is far cheaper at approximately 21% per year as opposed to the future lump sum advances that will approximate 50% - 80% per year.

Please initial each page and sign pages 11,12 & 13 and return Monday as I have worked it out for you to receive your first check at the end of April even though that is less than 20 days away. The normal required lead time to produce the income is 30 days. Hopefully this helps you out !!

Don

*Tim Howard, J.D., Ph. D.*
*Don Reinhard*
*Tom Woods*
*Harrison Smith*
**Cambridge Capital Group, LLC**
**850-270-9898**

## Attachments

- ▮Income Portfolio.pdf (503.26KB)



## ASSIGNMENT, SALE, SPRINGING ASSIGNMENT
## & EQUITABLE LIEN AGREEMENT

THIS AGREEMENT (the "Agreement") is made and dated as of **April 9, 2016**, by and between ▮▮▮▮, residing at ▮▮▮▮ ▮▮▮▮ (the "Seller"), and **Cambridge Capital Partners, LP ("CCP")** (the **"Purchaser"**) with a principal place of business located at **2120 Killarney Way, Suite 125, Tallahassee, FL 32309.**

The Seller represents to Purchaser that Seller is represented by counsel and is the plaintiff in a certain matter/litigation encaptioned ▮▮▮▮ **V. NATIONAL FOOTBALL LEAGUE, et als.** (the "Litigation"). The Litigation has not been filed. Pursuant to the Litigation, Seller may be entitled to monetary sums as compensation for personal injuries, medical malpractice, civil rights violations, wrongful termination of employment, employer misconduct, products liability, qui tam claims, workers compensation, elder abuse, wrongful death and/or other damages sustained in a certain incident(s)/accident(s), which occurred on various dates. **Any** monetary sums recovered pursuant to the Litigation, and/or from any proceeding arising from the events that are the basis of the Litigation, through settlement, verdict, judgment, arbitration, statutory schedule or otherwise, if any, shall hereinafter be referred to as (the "Proceeds").

The Seller has requested, and the Purchaser has agreed to purchase from Seller a portion of the Proceeds (the "Purchased Property") for monetary consideration (the "Purchase Price"). In certain instances, the Purchase Price may include the cost to buyout a prior settlement financing related to the Litigation (a "Buyout Payment") and/or payments to designated third parties at the request of Seller. The Purchase Price for this agreement shall be a monthly disbursement of **$2,100.00 beginning on April 30th, 2016** and continue until the litigation settlement proceeds are received per the schedule below or the litigation settlement is terminated.

### DISCLOSURE STATEMENT

A. Property to be purchased from the Seller under the agreement:

    a. MONTHLY DISBURSEMENT:    $ 2,100.00

**B. Payment Schedule:**

Total Pay-Off Amount to be paid by the Seller to CCG Equity Option Opportunities LP :

| | |
|---|---|
| Minimum amount due on or before the **first six (6) month Anniversary**: | $36,720.00 |
| After **Six (6) month Anniversary**, but on or before **One Year Anniversary**: | $58,440.00 |
| After **One Year Anniversary**, but on or before **18 month Anniversary**: | $80,160.00 |
| After **18 month Anniversary**, but on or before **Two Year Anniversary**: | $101,880.00 |
| After **Two Year Anniversary**, but on or before **30 month Anniversary**: | $123,600.00 |
| After **30 month Anniversary**, but on or before **Three Year Anniversary**: | $145,320.00 |

After the Three-Year Anniversary, the total pay-off amount shall continue to increase in a Similar fashion by **$3,620.00 or 2% non-compounded** for each additional one-month period and the amount distributed monthly will continue at **$2,100.00 or 1.16%.**

**NOW, THEREFORE,** for good and valuable consideration, the receipt of which is hereby acknowledged, the parties agree as follows:

1.     **Representations and Warranties of Seller.** Seller represents and warrants the following:
    a. Seller intends this transaction to be and agrees that this transaction is a purchase and sale and is not a loan.

1

Client's Initials