# Exhibit Q (Redacted)



## ASSIGNMENT, SALE, SPRINGING ASSIGNMENT
## & EQUITABLE LIEN AGREEMENT

THIS AGREEMENT (the "Agreement") is made and dated as of **April 9, 2016**, by and between ▓▓▓▓ residing ▓▓▓▓ (the "Seller"), and **Cambridge Capital Partners, LP ("CCP")** (the "**Purchaser**") with a principal place of business located at **2120 Killarney Way, Suite 125, Tallahassee, FL 32309.**

The Seller represents to Purchaser that Seller is represented by counsel and is the plaintiff in a certain matter/litigation encaptioned ▓▓▓▓ **V. NATIONAL FOOTBALL LEAGUE**, et als. (the "Litigation"). The Litigation has not been filed. Pursuant to the Litigation, Seller may be entitled to monetary sums as compensation for personal injuries, medical malpractice, civil rights violations, wrongful termination of employment, employer misconduct, products liability, qui tam claims, workers compensation, elder abuse, wrongful death and/or other damages sustained in a certain incident(s)/accident(s), which occurred on various dates. Any monetary sums recovered pursuant to the Litigation, and/or from any proceeding arising from the events that are the basis of the Litigation, through settlement, verdict, judgment, arbitration, statutory schedule or otherwise, if any, shall hereinafter be referred to as (the "Proceeds").

The Seller has requested, and the Purchaser has agreed to purchase from Seller a portion of the Proceeds (the "Purchased Property") for monetary consideration (the "Purchase Price"). In certain instances, the Purchase Price may include the cost to buyout a prior settlement financing related to the Litigation (a "Buyout Payment") and/or payments to designated third parties at the request of Seller. The Purchase Price for this agreement shall be a monthly disbursement of **$5,000.00** and continue until the litigation settlement proceeds are received per the schedule below or the litigation settlement is terminated.

### DISCLOSURE STATEMENT

A. Property to be purchased from the Seller under the agreement:

    a. MONTHLY DISBURSEMENT:      $5,000.00

    B. Payment Schedule:

Income Pay-Off Amount to be paid by the Seller to Cambridge Capital Partners, LP plus applicable fees:

| | |
|---|---|
| After **initial disbursement**, but on or before **One Year Anniversary**: | $110,000.00 |
| After **One Year Anniversary**, but on or before **Two Year Anniversary**: | $221,400.00 |

After the Two-Year Anniversary, the total pay-off amount shall continue to increase in a similar fashion at 2.5% per month and the Seller will continue to receive $5,000.00 per month. If the litigation settlement proceeds are received prior to the one year anniversary, then the Seller will continue to receive monthly disbursements until the one year anniversary (ie, a minimum of 12 monthly disbursements initiating 4/30/2016)

**NOW THEREFORE,** for good and valuable consideration, the receipt of which is hereby acknowledged, the parties agree as follows:

Client's Initials

[ ]