# Exhibit S (Redacted)



## ASSIGNMENT, SALE, SPRINGING ASSIGNMENT
## & EQUITABLE LIEN AGREEMENT

THIS AGREEMENT (the "Agreement") is made and dated as of **April 8, 2016**, by and between ▮▮▮▮▮▮ residing at ▮▮▮▮▮▮ ▮▮▮▮▮▮ (the "**Seller**"), and **Cambridge Capital Group Equity Option Opportunities, LP ("EOO")** (the "**Purchaser**") with a principal place of business located at **2120 Killarney Way, Suite 125, Tallahassee, FL 32309.**

The Seller represents to Purchaser that Seller is represented by counsel and is the plaintiff in a certain matter/litigation encaptioned ▮▮▮▮▮▮ **V. NATIONAL FOOTBALL LEAGUE, et als.** (the "Litigation"). The Litigation has not been filed. Pursuant to the Litigation, Seller may be entitled to monetary sums as compensation for personal injuries, medical malpractice, civil rights violations, wrongful termination of employment, employer misconduct, products liability, qui tam claims, workers compensation, elder abuse, wrongful death and/or other damages sustained in a certain incident(s)/accident(s), which occurred on various dates. **Any** monetary sums recovered pursuant to the Litigation, and/or from any proceeding arising from the events that are the basis of the Litigation, through settlement, verdict, judgment, arbitration, statutory schedule or otherwise, if any, shall hereinafter be referred to as (the "Proceeds").

The Seller has requested, and the Purchaser has agreed to purchase from Seller a portion of the Proceeds (the "Purchased Property") for monetary consideration (the "Purchase Price"). In certain instances, the Purchase Price may include the cost to buyout a prior settlement financing related to the Litigation (a "Buyout Payment") and/or payments to designated third parties at the request of Seller. The Purchase Price for this Agreement shall be **One Thousand Five Hundred and 00/100 Dollars ($1,500.00)**, which shall be credited to Seller upon the execution of this Agreement and, after subtracting all Applicable Fees and Buyout Payment(s) to third parties, shall be paid to the Seller. **This is a non-recourse purchase agreement. There is no obligation for seller to make payment except from the proceeds of the matter/litigation.**

### DISCLOSURE STATEMENT

| | |
|---|---|
| A. Property to be purchased from the Seller under the agreement: | $ 1,500.00 |
| a. **MEDICAL MANAGEMENT FEES**: | $      0.00 |
| B. **PAYMENT SCHEDULE:** | |
| Total Pay-Off Amount to be paid by the Seller to CCG Equity Option Opportunities, LP : | |
| Minimum amount due on or before the **first six (6) month Anniversary**: | $ 2500.00 |
| After **Six (6) month Anniversary**, but on or before **One Year Anniversary**: | $ 3,200.00 |
| After **One Year Anniversary**, but on or before **18 month Anniversary**: | $ 4,000.00 |
| After **18 month Anniversary**, but on or before **Two Year Anniversary**: | $ 5,100.00 |
| After **Two Year Anniversary**, but on or before **30 month Anniversary**: | $ 6,500.00 |
| After **30 month Anniversary**, but on or before **Three Year Anniversary**: | $ 8,300.00 |

After the Three-Year Anniversary, the total pay-off amount shall continue to increase by 3.5% compounded monthly.

NOW, THEREFORE, for good and valuable consideration, the receipt of which is hereby acknowledged, the parties agree as follows:

Client's Initials