# Exhibit T (Redacted)

**Subject:** Advanced Funding Agreement
**From:** cambridge capital (info@cambridgecapitalgroup.holdings)
**To:**
**Date:** Tuesday, September 6, 2016 9:13 PM

As we discussed, attached is the agreement that rolls all three loans together. Please initial each page at the bottom right corner and sign pages 6 & 7 in the 3 designated places and return to me via email or fax to 850-765-8121...email is preferred.

Thank you
Don

*Tim Howard, J.D., Ph. D.*
*Don Reinhard*
*Tom Woods*
*Harrison Smith*
**Cambridge Capital Group, LLC**
**850-270-9898**

## Attachments

- Advanced Funding Agreement ($31,499.00).pdf (447.89KB)