# Exhibit U (Redacted)

**Subject:** Amended Monthly Disbursement Agreement and Special Disbursement
**From:** cambridge capital (info@cambridgecapitalgroup.holdings)
**To:** ▮
**Date:** Friday, January 13, 2017 4:46 AM



▮

Please simply sign anywhere at the bottom of this amended first page (I am aware that there are 6 blank pages....formatting error) which will A) increase your monthly disbursement on the 28th-30th of each month to $9,000.00 and B) provide for a "special" one time disbursement for $14,000.00 which I will wire directly to ▮ on your behalf as instructed in your email of 1/12 at 2:41.

Please return via email or fax to 888-859-4958 in the morning as I will wire funds by about noon to ▮.

Don

*Tim Howard, J.D., Ph. D.*
*Don Warner*
*Tom Woods*
*Harrison Smith*
**Cambridge Capital Group, LLC**
**850-270-9898**

---

## Attachments

- Amended Monthly Disbursement Agreement - $9,000 Special.pdf (358.51KB)