# Exhibit V (Redacted)

**Subject:** Monthly Disbursement Agreement Renewal
**From:** cambridge capital (info@cambridgecapitalgroup.holdings)
**To:** █████████████
**Date:** Wednesday, February 15, 2017 9:13 PM

█████

Attached is the renewal agreement for your monthly disbursement which expires in April. Please **INITIAL EACH PAGE AND SIGN PAGES 6 & 7** and return via email or fax to 888-859-4958 as soon as you can so I can process and include in our audit work.

Thank you !!

Don

*Tim Howard, J.D., Ph. D.*
*Don Warner*
*Tom Woods*
*Harrison Smith*
**Cambridge Capital Group, LLC**
**850-270-9898**

## Attachments

- Monthly Disbursement Agreement Renewal.pdf (147.77KB)
- Monthly Disbursement Agreement Renewal 2.pdf (406.99KB)



## ASSIGNMENT, SALE, SPRINGING ASSIGNMENT & EQUITABLE LIEN AGREEMENT

THIS AGREEMENT (the "Agreement") is made and dated as of <u>April 1, 2017</u>, by and between ▮▮▮▮▮ residing ▮▮▮▮▮ ▮▮▮▮▮ (the "Seller"), and Cambridge Capital Partners, LP ("CCP") (the <u>"Purchaser"</u>) with a principal place of business located at <u>2120 Killarney Way, Suite 125, Tallahassee, FL 32309.</u>

The Seller represents to Purchaser that Seller is represented by counsel and is the plaintiff in a certain matter/litigation encaptioned ▮▮▮▮▮ V. NATIONAL FOOTBALL LEAGUE, et als. (the "Litigation"). The Litigation has not been filed. Pursuant to the Litigation, Seller may be entitled to monetary sums as compensation for personal injuries, medical malpractice, civil rights violations, wrongful termination of employment, employer misconduct, products liability, qui tam claims, workers compensation, elder abuse, wrongful death and/or other damages sustained in a certain incident(s)/accident(s), which occurred on various dates. Any monetary sums recovered pursuant to the Litigation, and/or from any proceeding arising from the events that are the basis of the Litigation, through settlement, verdict, judgment, arbitration, statutory schedule or otherwise, if any, shall hereinafter be referred to as (the "Proceeds").

The Seller has requested, and the Purchaser has agreed to purchase from Seller a portion of the Proceeds (the "Purchased Property") for monetary consideration (the "Purchase Price"). In certain instances, the Purchase Price may include the cost to buyout a prior settlement financing related to the Litigation (a "Buyout Payment") and/or payments to designated third parties at the request of Seller. The Purchase Price for this agreement shall be a monthly disbursement of $9,000.00 beginning April 30, 2017 and continue until the litigation settlement proceeds are received per the schedule below or the litigation settlement is terminated.

### DISCLOSURE STATEMENT

A. Property to be purchased from the Seller under the agreement:

A. <u>MONTHLY DISBURSEMENT</u>:                                           $9,000.00

B. Payment Schedule:
<u>Income Pay-Off Amount to be paid by the Seller to Cambridge Capital Partners, LP plus applicable fees:</u>

After <u>initial disbursement</u>, but on or before <u>October 1, 2017</u>:                    $75,543.00

After October 1, 2017, the total pay-off amount shall continue to increase in a similar fashion and the Seller will continue to receive $9,000.00 per month under a new agreement. If the litigation settlement proceeds are received prior to October 1, then the Seller's pay off will be appropriately prorated.