# Exhibit W (Redacted)

Client's Initials:_____

## PLEASE VERIFY ALL INFORMATION BEFORE SENDING

### How do you want your money?

**Check via Regular Mail- no charge**

    \*\*If a stop payment is required a fee of $40 will be assessed against your replacement check.

**Check via FedEx Overnight- $30 charge**

  Please provide the following:
Full Name_____
Street Address (NO P.O. BOX)_____
Phone(___)_____

**Bank Wire- $30 charge**

*PLEASE DOUBLE CHECK ALL WIRE INFO. IF A WIRE IS SENT BACK TO YOUR BANK A FEE OF $40 WILL BE ASSESSED IN ADDITION TO THE COST OF PROCESSING A SECOND WIRE.*

Please provide the following:
Full Name_____
Address_____
Phone(___)_____
Bank_____
Bank ABA (Routing) #_____ Bank Account #_____

I am authorizing Cambridge Capital Group LP to disburse my funds through the above selected method, which I have chosen. I understand that if the information that I have provided is incorrect or incomplete, I will be responsible for any additional charges incurred as a result.

Please verify with your bank or credit union the information that you have provided to us. A lot of times credit unions and banks have different routing numbers on their checks than what is required for a wire transfer.

X_____    Date_____

**Acknowledgement of Authorization**

The Florida Bar has decided that attorneys may not issue a letter of protection to a funding company. (Florida Bar Opinion 00-3). It is impermissible for an attorney to become involved in a financing agreement that requires the attorney to become a trustee to benefit the company providing the loan to the attorney's client. The Florida Bar has specifically noted that an attorney shall not co-sign or otherwise guarantee the financial transaction. Additionally, the attorney shall not provide the funding company with an opinion regarding the worth of the client's claim or the likelihood of success.

The attorney may provide information to a funding company with the informed consent of the client. The attorney may, at the client's request, honor a client's valid, written assignment of a portion of the recovery to the funding company. There may be other governing ethical rules involved in a client's assignment to a funding company. Rule 5-1 (c), Regulating the Florida Bar states:
Notice of Receipt of Trust Funds; Delivery; Accounting:

Client's Initials_____

Upon receiving funds or other property in which a client or third person has an interest, a lawyer shall promptly notify he client or third person. Except as stated in the rule or otherwise permitted by law or by agreement with the client, a lawyer shall properly deliver to the client or third person any funds or other property that the client or third person is entitled to receive and upon request by the client or third person, shall promptly render a full accounting regarding such property.

The comment to Rule 5-1.2 Rules Regulating the Florida Bar, is also instructive:
Third Parties, such as a client's creditors, may have just claims against funds or other property in a lawyer's custody. A lawyer may have a duty under applicable law to protect such third party claims against wrongful interference by the client, and accordingly, may refuse to surrender the property of the client. However, a lawyer should not unilaterally assume to arbitrate a dispute between the client and a third party. Where appropriate, the lawyer should consider the possibility of depositing the property or funds in dispute into the registry of the applicable court so that the matter may be adjudicated (emphasis needed).

I hereby acknowledge receipt of a Pre-Settlement Finance Agreement dated **April 1, 2017** between our client ▇▇▇▇▇▇ and **CAMBRIDGE CAPITAL PARTNERS, LP.** A copy of the Agreement will be maintained in this client's file. **HOWARD & ASSOCIATES** will perform any and all tasks in accordance with the Rules Regulating the Florida Bar in regards to funding companies and property belonging to a third party as noted above. This is not a letter of protection or an agreement to guarantee the financial transaction.

To my knowledge, without independent inquiry: there are no liens against, or prior assignments of the Proceeds, except any such liens or assignments that are set forth as follows:

****PLEASE LIST ALL KNOWN LIENS BELOW. IF NONE, please indicate "NONE".****

| NAME OF LIENHOLDER | AMOUNT | DATE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

Client's Initials _____

I am fully aware that Cambridge Capital Partners, LLP, ("CCP") can lose its investment in this case if the client terminates this office's representation of if the client receives the money directly. I therefore agree that so long as I represent the client, the funds due to CCP will be paid directly through my office and will not, under any circumstances be given to the client. I further agree to immediately notify CCP of any termination of my services, by email and also provide the new name, address and claim number of third party insurance carrier.

_____          _____
Tim Howard                                            Date
2120 Killarney Way
Tallahassee, FL 32309
850-298-4455
tim@howardjustice.com