# Exhibit Y (Redacted)



# Howard & Associates
## Attorneys at Law, P.A.

*Dr. Tim Howard, J.D., Ph.D., Senior Partner\**
*Florida Supreme Court Certified Mediator*

**Tallahassee Office:**
2120 Killarney Way, Suite 125
Tallahassee, Florida 32309
Ph: (850) 298-4455; Fax (850) 216-2537
Tim@howardjustice.com

**Fort Lauderdale Office:**
101 NE Third Ave., Suite 1500
Fort Lauderdale, Florida 33301
(954) 332-3633
www.howardjustice.com

**Jacksonville Office:**
Riverplace Tower, 21st Floor
1301 Riverplace Boulevard
Jacksonville Florida 32210
(850) 298-4455

**Cambridge Office:**
8 Museum Way
Suite 2408
Cambridge, Massachusetts 02141
(857) 277-0990

August 29, 2017

Retired NFL Player
Client of Howard & Associates

Re: Client Attorney-Client Communications and Work Product Privilege Applicable to NFL Retired Player Files. Verification of Retention of Attorney-Client Privilege by and with Howard & Associates.

Dear Retired NFL Client:

The law firm is providing notice that your NFL Retired Player files are attorney-client communications and work product privilege documents. By retaining your attorney-client communications and work product privilege, you ensure that this information is solely for your benefit and protects your private information and legal strategy. Moreover, Howard & Associates is not able to provide access to the information to third-parties unless written client authorization is received.

Howard & Associates received discovery requests from NFL Concussion Settlement counsel requesting access to this privileged information in your respective file. In response, Howard & Associates has asserted the confidential attorney-client communications and work product privilege. This includes protection of confidential attorney-client privilege communications and work product within your file.

Howard & Associates will continue to assert your attorney-client privilege unless you write back to the Howard & Associates to waive that privilege. While this is not advised, Howard & Associates will comply with its client's wishes. If Howard & Associates does not receive a directive informing the law firm to waive the privilege, it will continue to protect its client's interests, including its attorney-client communication and work product privilege.

If you have any questions, or if you wish to waive your attorney-client communications and work product privilege that you have in your respective file, please write to the law firm at info@howardjustice.com.

Sincerely yours,

*[signature]*

P. Tim Howard, J.D., Ph.D.
Howard & Associates,   2120 Killarney Way, Suite 125
Tallahassee, FL 32309
(850) 298-4455; tim@howardjustice.com

cc: file

---

\*Admitted to practice in Florida, the District of Columbia, Northern, Middle, and Southern United States District Courts of Florida, the United States Court of Appeals for the 11th Circuit, and the United States Supreme Court. Ph.D, Northeastern University, Law, Policy & Society. Former Visiting Health Law, Bioethics, and Human Rights Scholar and Constitutional Law, Media & Politics and Judicial Process Instructor at Boston University. Former Director of and Professor with Northeastern University's Law & Policy Doctorate Program. President of Cambridge Graduate University International.