# Exhibit Z (Redacted)

**Cambridge Capital Tim Howard**

iMessage
Tue, Aug 1, 8:53 AM

> Tim, is there a problem with the disbursement again this month, because the deposit in my bank account?

Tue, Aug 1, 8:19 PM

CCG has been notifying its clients that these advances are too expensive for CCG client long-term security, and is advising its clients to end or cut back the amount so that the long term $ is more secure. You should receive notice shortly. The funds for end of July are waiting for feedback from clients on cutting back or ending these emergency and high cost funds. Remaining funds are being distributed and some have already been distributed. Let CCG known how much reduction you want. From the law firm, you will have your final review and submission later this month for settlement funds in about 90 days. You will get a call tomorrow to coordinate the schedule for your dates.



**CC**

**Cambridge Capital Tim Howard**

> This notice should have been sent in advance and not after one expects and anticipate the Disbursement. I have a family, bills and expenses predicated on this...I want the disbursement continued until I tell you to discontinue it, which I will. I made decisions for my family based on this contractual agreement with you. I expect a call from you tomorrow to discuss this.

> Just to reiterate, no one has emailed me or spoken to me directly or indirectly about my advance or long term security concerns.

> This is a CCG issue. CCG doesn't have to start the scale back or end for this payment, it can be for next month if you want. It can also be scaled back. 15% a month is just too much. Every $10K will mean that you have to pay back $26K for the year.

> Send me our agreement that support Your statement that every $10k means I have to pay back $26k for the year. That is no where in my paper work nor did we verbally discuss these numbers. Also I on July 17 I

**Cambridge Capital Tim Howard**

> these numbers. Also I on July 17 I requested an itemized spreadsheet of my cost to CCG which I haven't received.

> I look forward to your call tomorrow and the Disbursement in my account.

Wed, Aug 2, 9:16 AM

> Tim, What time can I anticipate your call today.

Wed, Aug 2, 10:57 AM

> I will inform CCG staff, since this firm represents CCG. CCG will send an updated confirmation of your agreement so that it is very clear how expensive these advances are and that you have chosen these costs. Once confirmed, payment is not a problem, though it should be reduced for your long-term security.
>
> You will be contacted for your final testing on NFL claims submission in order to see if you have decompensated to a 2.0 since it has been a year and your 1.5 was close to a 2.0 back then. This will double your recovery if confirmed.

**Cambridge Capital Tim Howard**

> You will be contacted for your final testing on NFL claims submission in order to see if you have decompensated to a 2.0 since it has been a year and your 1.5 was close to a 2.0 back then. This will double your recovery if confirmed.

> Il want to meet with you in person. What is your availability on Friday?

> CCG staff will call you shortly. I will check my schedule and see how Friday looks.

Wed, Aug 2, 4:36 PM

> When is my final testing scheduled?

> End of August. I will have Addernicka call you for dates. The doctor is on vacation until 8/18.

> When do we expect the NFL to begin payouts

Read 8/2/17

> 60 days from your clinical update and filing with NFL at the end of August. Late October or November.