UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>      Plaintiffs,<br><br>      v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>      Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2017, upon consideration of Co-Lead Class Counsel's: (1) Motion to Compel Corrective Disclosures by Phillip Timothy Howard, Esquire (a/k/a Dr. Tim Howard, J.D., Ph.D.) and Howard & Associates, P.A.; (2) Motion to Compel Mr. Howard, Howard & Associates, P.A.; and Cambridge Capital Group, LLC, Gail Milon, Mr. Howard, and Jeff Kahn to Respond to Respective Discovery Requests Propounded Upon Them; and (3) Notice to the Court of Certain Conduct by Mr. Howard and His Related Entities, it is hereby ORDERED that Co-Lead Class Counsel's Motion is GRANTED.

Phillip Timothy Howard, Esquire and Howard & Associates, P.A. are ORDERED to make corrective disclosures, as the Court will further specifically direct.

Respondents are hereby ORDERED to respond fully and completely to the Requests for Production of Documents and Interrogatories propounded upon them by Co-Lead Class Counsel by _____, 2017.

_____
Anita B. Brody
United States District Judge