UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>**Kevin Turner and Shawn Wooden,**<br>*on behalf of themselves and others similarly situated,*<br><br>      Plaintiffs,<br><br>      v.<br><br>National Football League, et al.,<br><br>      Defendants.<br><br>**THIS DOCUMENT RELATES TO:<br>ALL ACTIONS** | No. 2: 12-md-2323 (AB)<br><br>MDL No. 2323<br><br><br><br>Civil Action No.: 14-00029-AB |

**CO-LEAD CLASS COUNSEL'S NOTICE TO THE COURT REGARDING RETAINING WILLIAM RUBESTEIN AS ADVISOR TO PLAINTIFF'S STEERING COMMITTEE**

      This is to advise the Court that on February 7, 2012, I, Sol H .Weiss, retained William Rubenstein to work with and give advice to the Plaintiff's Steering Committee.

DATED: September 13, 2017

      RESPECTFULLY SUBMITTED,

      /s/ Sol H. Weiss_____
      Sol H. Weiss, Esquire (I.D. 15925)

      **ANAPOL WEISS**
      One Logan Square, 130 N 18th St
      Suite 1600
      Philadelphia, Pennsylvania 19103
      (215) 735-1130 Telephone
      sweiss@anapolweiss.com
      *Co-Lead Class Counsel*

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing was served on all counsel of record via the Court's ECF system on September 13, 2017.

/s/ Sol H. Weiss_____
Sol H. Weiss, Esquire