From: Kirby, Ashley <AKirby@Jets.nfl.com>
Sent: Thursday, June 22, 2017 1:44 PM
To: Kirby, Ashley
Subject: NFL Concussion Settlement Deadline

Good morning,

Just a reminder that the NFL Concussion Settlement deadline **(August 7th, 2017)** is quickly approaching. It is important to register to participate in the settlement and be eligible for benefits.

The league recommends that you **DO NOT** need to hire an attorney to represent you and here's why:
- As part of the settlement an attorney was already appointed to represent on behalf of the players and he's assisting at no charge so adding another layer of attorneys and fees is only hurting him at this point.

<u>Below are four ways to sign up:</u>

- Go to www.nflconcussionsettlement.com and click on the Register Now button to begin.
- Call 1-855-887-3485 to request a paper Registration Form.
- Email ClaimsAdministrator@NFLConcussionSettlement.com.
- Write to NFL Concussion Settlement, P.O. Box 25369, Richmond, VA 23260 for a Registration Form.

Please don't hesitate to reach out if you have any questions at all.

Best,
Ashley

**Ashley Kirby | New York Jets**
**Assistant, Events and Gameday Operations**
**Atlantic Health Jets Training Center**
**1 Jets Drive, Florham Park, NJ 07932**
**Office: 973-549-4598 Cell: 203-455-4120**



EXHIBIT A