# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:**<br><br>Art Monk, et al.<br>v. National Football League et al.<br>No.  2:12-cv-03533-AB<br><br><br>**As to Plaintiff MARC LOGAN Only** | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF REORD:

Jason E. Luckasevic of Goldberg, Persky & White, P.C., Thomas Girardi of Girardi Keese, and Herman J. Russomanno and Robert J. Borello of Russomanno & Borello, P.A. hereby withdraw their appearance as attorneys of record for Plaintiff **MARC LOGAN** only in the above-referenced case.

Dated: September 15, 2017          Respectfully submitted,

                                   GOLDBERG, PERSKY & WHITE, P.C.

                                   By: s/  *Jason E. Luckasevic*
                                   Jason E. Luckasevic, Esquire
                                   (PA Bar No. 85557)
                                   11 Stanwix Street, Suite 1800
                                   Pittsburgh, PA  15222
                                   Telephone:  (412) 471-3980
                                   Facsimile: (412) 471-8308
                                   *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2017 the foregoing Notice of Withdrawal of Appearance was electronically filed. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

GOLDBERG, PERSKY & WHITE, P.C.

By: s/ *Jason E. Luckasevic*