## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 18th day of September, 2017, upon all counsel of record.

Dated: September 18, 2017         /s/ Brad S. Karp
                                                               Brad S. Karp