UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>　　Defendants.<br><br>Case No. 2:12-cv-00092-AB | No. 12-md-2323 (AB)<br><br>MDL No. 2323<br><br><br><br>**NOTICE OF JOINDER** |

　　Comes Now, Attorney Mark Stallworth and the Law Firm of Smith and Stallworth, P.A., and their clients in the above named and numbered cause of action, and hereby notify this Court and all parties that, said firm and counsel hereby join and/or adopt Neurocognitive Football Lawyers, PLLC's and The Yerrid Law Firm's September 14, 2017, Objections, Motions, and Request For Relief from this Honorable Court, along with Document 8267 filed August 15, 2017, in this matter.

　　Filed this _18th_ day of September, 2017 in the United States District Court for the Eastern District of Pennsylvania, MDL 2323.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　/s/MARK STALLWORTH
　　　　　　　　　　　　　　　　　　MARK STALLWORTH, ESQUIRE
　　　　　　　　　　　　　　　　　　COUNSEL FOR CLAIMANTS/PLAINTIFFS
　　　　　　　　　　　　　　　　　　FLORIDA BAR NUMBER 0506079
　　　　　　　　　　　　　　　　　　SMITH AND STALLWORTH, P.A.
　　　　　　　　　　　　　　　　　　201 EAST KENNEDY BOULEVARD
　　　　　　　　　　　　　　　　　　SUITE 1475
　　　　　　　　　　　　　　　　　　TAMPA, FLORIDA 33602
　　　　　　　　　　　　　　　　　　TELEPHONE: 813-223-7799
　　　　　　　　　　　　　　　　　　FACSIMILE: 813-223-7711

## CERTIFICATE OF SERVICE

I CERTIFY that the above has been filed with the Clerk of Court's EF/ECM system, which will provide service to all parties designated to receive service this September 18, 2017.

/s/MARK STALLWORTH
**MARK STALLWORTH, ESQUIRE**
**COUNSEL FOR CLAIMANTS/PLAINTIFFS**
**FLORIDA BAR NUMBER 0506079**
**SMITH AND STALLWORTH, P.A.**
**201 EAST KENNEDY BOULEVARD**
**SUITE 1475**
**TAMPA, FLORIDA 33602**
**TELEPHONE: 813-223-7799**
**FACSIMILE: 813-223-7711**