# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL OPT OUT ACTIONS | Hon. Anita B. Brody |

*AB*

## STIPULATION AND [~~PROPOSED~~] ORDER

This Stipulation and Agreement, dated September 18, 2017, is made and entered into by and among the National Football League, NFL Properties LLC, (the "NFL Parties"), and Lead Counsel on Behalf of Opt Out Plaintiffs,[1] (collectively, the "Parties").

WHEREAS, on April 12, 2017, this Court issued an Order (ECF No. 7477) (the "April Scheduling Order") setting forth the schedule and terms for initial motion practice in MDL No. 2323;

WHEREAS, on July 18, 2017, this Court issued a scheduling order (ECF No. 8030) providing dates certain for the initial motion practice set forth in the April Scheduling Order;

WHEREAS, the Parties have agreed to an extension of the page limits for certain of the supporting briefs to be filed by the Parties as part of the initial motion practice, as set forth below;

---

[1] For the purposes of this Order only, "Opt Out Plaintiffs" shall include only non-Settlement Class Member plaintiffs with pending claims in MDL 2323.

**AND NOW**, this 18th day of September, 2017, it is hereby stipulated and agreed by the Parties that:

(i) Each of the NFL Parties' briefs in support of (a) their motion to dismiss the Second Amended Administrative Long-Form Complaint on preemption grounds and (b) their motion to dismiss the Second Amended Administrative Long-Form Complaint on any other 12(b) grounds shall not exceed fifty (50) pages.

(ii) Each of Lead Counsel for Opt Out Plaintiffs' opposition briefs to the NFL Parties' motions to dismiss shall not exceed fifty (50) pages.

(iii) Counsel for the Kansas City Chiefs Football Club, Inc. and the Arizona Cardinals Football Club, LLC will file a single, consolidated opposition brief to the motions to remand filed by Plaintiffs in the *Smith* v. *Arizona Cardinals Football Club, LLC* action (16-cv-1704) and the *Lewis, Smith,* and *Kenney* v. *Kansas City Chiefs Football Club, Inc.* actions (14-cv-1995, 14-cv-3383, 14-cv-4779), which shall not exceed fifty (50) pages.

It is so **STIPULATED AND AGREED**,

| | |
|---|---|
| By: ___/s/ *Wendy R. Fleishman*___ | By: ___/s/ *Brad S. Karp*___ |
| Date: __September 18, 2017__ | Date: __September 18, 2017__ |
| Wendy R. Fleishman<br>**LIEFF CABRASER HEIMANN & BERNSTEIN**<br>250 Hudson Street<br>8th Floor<br>New York, NY 10013<br>Phone: (212) 355-9000<br>wfleishman@lchb.com | Brad S. Karp<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Phone: (212) 373-3000<br>bkarp@paulweiss.com |
| *Lead Counsel on Behalf of Opt Out Plaintiffs* | *Counsel for the NFL Parties* |

It is so **ORDERED**, based on the above Stipulation, that:

(i) Each of the NFL Parties' briefs in support of (a) their motion for dismissal on preemption grounds and (b) their motion for dismissal on any other 12(b) grounds shall not exceed fifty (50) pages.

(ii) Each of Lead Counsel for Opt Out Plaintiffs' opposition briefs to the NFL Parties' motions to dismiss shall not exceed fifty (50) pages.

(iii) Counsel for the Kansas City Chiefs Football Club, Inc. and the Arizona Cardinals Football Club, LLC will file a single, consolidated opposition brief to the motions to remand filed by Plaintiffs in the *Smith* v. *Arizona Cardinals Football Club, LLC* action (16-cv-1704) and the *Lewis, Smith,* and *Kenney* v. *Kansas*

*City Chiefs Football Club, Inc.* actions (14-cv-1995, 14-cv-3383, 14-cv-4779), which shall not exceed fifty (50) pages..

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:

Copies **MAILED** on _____ to:

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 18th day of September, 2017, upon all counsel of record.


Dated: September 18, 2017              /s/ Brad S. Karp
                                       Brad S. Karp