IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION | § § § § § § § § | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | | |

**The Alexander Objector's Motion to Compel
Compliance with Case Management Order No. 5**

On September 11, 2017, the Court entered an Order (ECF No. 8367) directing Co-Lead Class Counsel to "submit a detailed submission as a proposal for the allocation of lawyers' fees among class counsel including the precise amounts to be awarded along with a justification of those amounts based on an analysis of the work performed." In tandem with the Court's request for such data to assist "in determining the proper allocation and division of class counsel attorneys' fees," the Alexander Objectors[1] file this motion to compel compliance with CMO 5 (ECF 3710), the Court's 2012 Order directing "all plaintiffs' counsel … who intend to seek attorneys' fees or expense reimbursement" to maintain data in support of fees and expenses. For support, the Alexander Objector's contemporaneously file their Memorandum in Support of The Alexander Objector's Motion to Compel Compliance with Case Management Order No. 5.

For the reasons stated herein, and in the accompanying memorandum, the Court should compel, as mandated by CMO 5, the monthly and/or quarterly time

---

[1] The "Alexander Objectors" include Settlement Class Members Melvin Aldridge, Trevor Cobb, Jerry W. Davis, Michael Dumas, Corris Ervin, Robert Evans, Anthony Guillory, Wilmer K. Hicks, Jr., Richard Johnson, Ryan McCoy, Emanuel McNeil, Robert Pollard, Frankie Smith, Tyrone Smith, James A. Young Sr., and Baldwin Malcom Frank.

and expense reports; the underlying Summary Time and Expense Report Forms; and any reports or audits prepared by or for Diane Brown, Dianne M. Nast, or Alan B. Winikur or the firm Zelnick, Mann and Winikur PC.

Date: September 20, 2017

Respectfully Submitted,

/s/ Lance H. Lubel

| | |
|---|---|
| Mickey Washington | Lance H. Lubel |
| Texas State Bar No.: 24039233 | Texas State Bar No.: 12651125 |
| WASHINGTON & ASSOCIATES, PLLC | Adam Voyles |
| 2019 Wichita Street | Texas State Bar No.: 24003121 |
| Houston, Texas 77004 | Justin R. Goodman |
| Telephone: (713) 225-1838 | Texas State Bar No.: 24036660 |
| Facsimile: (713) 225-1866 | LUBEL VOYLES LLP |
| Email: mw@mickeywashington.com | 675 Bering Dr., Suite 850 |
| | Houston, TX 77057 |
| James Carlos Canady | Telephone: (713) 284-5200 |
| Texas State Bar No.: 24034357 | Facsimile: (713) 284-5250 |
| THE CANADY LAW FIRM | Email: lance@lubelvoyles.com |
| 5020 Montrose Blvd., Suite 701 | adam@lubelvoyles.com |
| Houston, TX 77006 | jgoodman@lubelvoyles.com |
| Telephone: (832) 977-9136 | |
| Facsimile: (832) 714-0314 | |
| Email: ccanady@canadylawfirm.com | |

Attorneys for Melvin Aldridge, Trevor Cobb, Jerry W. Davis, Michael Dumas, Corris Ervin, Robert Evans, Anthony Guillory, Wilmer K. Hicks, Jr., Richard Johnson, Ryan McCoy, Emanuel McNeil, Robert Pollard, Frankie Smith, Tyrone Smith, James A. Young Sr., and Baldwin Malcom Frank

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record via the Court's ECF system on September 20, 2017.

/s/ Lance H. Lubel
Lance H. Lubel