IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION LITIGATION _____ | § § § § § § § § | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | | |

## ORDER

On this date came on for consideration the motion of the Alexander Objectors to compel the attorneys seeking attorneys' fees and expense reimbursement to comply with Case Management Order No. 5 regarding the submission of counsels' time and expense reports. Having considered the motion, the Court is of the opinion that the motion should be GRANTED. It is therefore

ORDERED that Co-Lead Class Counsel and all other counsel who intend to seek fees and expense reimbursement shall file, within __ days of this Order, the monthly or quarterly Time and Expense Reports mandated by CMO 5, together with the underlying Summary Time and Expense Report Forms. It is further

ORDERED that Diane Brown, Dianne M. Nast, and Alan B. Winikur (or the firm Zelnick, Mann and Winikur PC) shall file, within __ days of this Order, any periodic reviews or audits of the time and expense reports submitted pursuant to CMO 5.

Dated this __ day of _____, 2017.   _____
                                          Hon. Anita B. Brody
                                          United States District Judge

1

| | |
|---|---|
| Date: September 20, 2017 | Respectfully Submitted, |
| | /s/ Lance H. Lubel |
| Mickey Washington | Lance H. Lubel |
| Texas State Bar No.: 24039233 | Texas State Bar No.: 12651125 |
| WASHINGTON & ASSOCIATES, PLLC | Adam Voyles |
| 2019 Wichita Street | Texas State Bar No.: 24003121 |
| Houston, Texas 77004 | Justin R. Goodman |
| Telephone: (713) 225-1838 | Texas State Bar No.: 24036660 |
| Facsimile: (713) 225-1866 | LUBEL VOYLES LLP |
| Email: mw@mickeywashington.com | 675 Bering Dr., Suite 850 |
| | Houston, TX 77057 |
| James Carlos Canady | Telephone: (713) 284-5200 |
| Texas State Bar No.: 24034357 | Facsimile: (713) 284-5250 |
| THE CANADY LAW FIRM | Email: lance@lubelvoyles.com |
| 5020 Montrose Blvd., Suite 701 | adam@lubelvoyles.com |
| Houston, TX 77006 | jgoodman@lubelvoyles.com |
| Telephone: (713) 284-5204 | |
| Facsimile: (713) 284-5250 | |
| Email: ccanady@canadylawfirm.com | |

Attorneys for Melvin Aldridge, Trevor Cobb, Jerry W. Davis, Michael Dumas, Corris Ervin, Robert Evans, Anthony Guillory, Wilmer K. Hicks, Jr., Richard Johnson, Ryan McCoy, Emanuel McNeil, Robert Pollard, Frankie Smith, Tyrone Smith, James A. Young Sr., and Baldwin Malcom Frank

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record via the Court's ECF system on September 20, 2017.

*/s/ Lance H. Lubel*
Lance H. Lubel