IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE; NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, | ) No. 2:12-MD-02323 – AB ) ) MDL NO. 2323 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Diana Nickerson Jacobs, Esquire from Goldberg, Persky & White, P.C., as counsel for Plaintiffs in the above-captioned matter.

Dated: September 21, 2017

Respectfully submitted,

GOLDBERG, PERSKY & WHITE, P.C.

By: */s/ Diana Nickerson Jacobs*
Diana Nickerson Jacobs, Esquire
djacobs@gpwlaw.com
PA I.D. No. 73733
11 Stanwix Street, Suite 1800
Pittsburgh, PA 15222
(412) 471-3980 (phone)
(412) 471-8308 (facsimile)

Counsel for Plaintiffs