UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL OPT OUT ACTIONS PENDING AGAINST DEFENDANTS NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC | Hon. Anita B. Brody |

**DEFENDANTS NATIONAL FOOTBALL LEAGUE'S AND NFL PROPERTIES LLC'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED MASTER ADMINISTRATIVE LONG-FORM COMPLAINT ON PREEMPTION GROUNDS**

Defendants National Football League and NFL Properties LLC (collectively, the "NFL Defendants") move pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss, with prejudice, Plaintiffs' Second Amended Master Administrative Long-Form Complaint and the applicable Short Form Complaints on preemption grounds.  In support of this motion, the NFL Defendants rely on the points and authorities in the accompanying memorandum of law, the accompanying Declaration of Dennis L. Curran and the exhibits thereto, and the accompanying Declaration of Douglas M. Burns and the exhibit thereto, which the NFL Defendants submit herewith and incorporate herein in their entirety.

The NFL Defendants respectfully request oral argument on this motion.

Dated:  September 25, 2017

                Respectfully submitted,

                   */s/ Brad S. Karp*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Brad S. Karp
Bruce Birenboim
Lynn B. Bayard
1285 Avenue of the Americas
New York, NY 10019-6064
Tel:   (212) 373-3000
Email: bkarp@paulweiss.com

PEPPER HAMILTON LLP
Sean P. Fahey
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel:   (215) 981-4000

*Attorneys for Defendants the National Football League and NFL Properties LLC*

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing Motion to Dismiss Plaintiffs' Second Amended Master Administrative Long-Form Complaint on Preemption Grounds, the Memorandum of Law in support thereof, the Declaration of Dennis L. Curran and the associated exhibits, the Declaration of Douglas M. Burns and the associated exhibit, were served electronically via the Court's electronic filing system on the 25th day of September, 2017, upon all counsel of record.


Dated:  September 25, 2017                     /s/ Brad S. Karp
                                                                                 Brad S. Karp