UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL OPT OUT ACTIONS PENDING AGAINST DEFENDANTS NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC | Hon. Anita B. Brody |

## DECLARATION OF DENNIS L. CURRAN

**DENNIS L. CURRAN**, being duly sworn, deposes and says:

1.   I am a Senior Vice President of the National Football League ("NFL") and General Counsel of the National Football League Management Council ("NFLMC"). The NFLMC is the sole and exclusive bargaining representative of the 32 Member Clubs of the NFL. I have been the General Counsel of the NFLMC since 1990. I make this declaration, on personal knowledge, in support of the NFL and NFL Properties LLC's Motion to Dismiss Plaintiffs' Second Amended Master Administrative Long-Form Complaint on Preemption Grounds.

2.   Attached as Exhibit 1 is a true and correct copy of the published version of the 1968 Collective Bargaining Agreement ("CBA") between the American Football League Player Relations Committee and the American Football League Players Association effective July 10, 1968.

3.   Attached as Exhibit 2 is a true and correct copy of the published version of the 1968 CBA between the NFL and the National Football League Players' Association ("NFLPA") effective July 15, 1968.

4.   Attached as Exhibit 3 is a true and correct copy of the published version of the 1970 CBA between the NFLMC and the NFLPA effective February 1, 1970.

5. Attached as Exhibit 4 is a true and correct copy of the published version of the 1977 CBA between the NFLMC and the NFLPA effective February 1, 1974.

6. Attached as Exhibit 5 is a true and correct copy of the published version of the 1982 CBA between the NFLMC and the NFLPA effective July 16, 1982.

7. Attached as Exhibit 6 is a true and correct copy of the published version of the 1993 CBA between the NFLMC and the NFLPA dated March 29, 1993.

8. Attached as Exhibit 7 is a true and correct copy of the published version of the 1993 CBA between the NFLMC and the NFLPA as amended June 6, 1996.

9. Attached as Exhibit 8 is a true and correct copy of the published version of the 1993 CBA between the NFLMC and the NFLPA as amended February 25, 1998.

10. Attached as Exhibit 9 is a true and correct copy of the published version of the 1993 CBA between the NFLMC and the NFLPA as amended January 8, 2002.

11. Attached as Exhibit 10 is a true and correct copy of the published version of the 2006 CBA between the NFLMC and the NFLPA dated March 8, 2006.

12. Attached as Exhibit 11 is a true and correct copy of the published version of the 2011 CBA between the NFLMC and the NFLPA dated August 4, 2011.

13. Attached as Exhibit 12 is a true and correct copy of the published version of the 1968 Constitution and Bylaws of the NFL and the American Football League.

14. Attached as Exhibit 13 is a true and correct copy of the published version of the 1980 Supplement to the Constitution and Bylaws of the NFL.

15. Attached as Exhibit 14 is a true and correct copy of the published version of the 1984 Constitution and Bylaws of the NFL.

16. Attached as Exhibit 15 is a true and correct copy of the Arbitration Opinion and Award, dated January 22, 1988, in *Nat'l Football League Mgmt. Council & Miami Dolphins v. Nat'l Football League Players' Ass'n & Henderson.*

17. Attached as Exhibit 16 is a true and correct copy of the arbitration Opinion and Decision, dated July 28, 1988, in *Nat'l Football League Players' Ass'n ex rel. Sampson v. Nat'l Football Mgmt. Council ex rel. Houston Oilers.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2017 at New York, New York.

_____
Dennis L. Curran