# Exhibit 6-D

- Determine method used to value non-cash compensation is in compliance with methods outlined in the Settlement Agreement.

- Examine trade arrangements to verify that each team has properly recorded its pro rata portion of the players' entire salary based upon roster days.

- Inquire of Controller or other representative of each team if any additional compensation was paid to players and not included on the schedule.

- Review "Miscellaneous Bonuses" to determine whether such bonuses were actually earned for such season.

- Review signing bonuses to determine if they have been allocated over the years of the Contract in accordance with the Settlement Agreement.

- Review contracts to insure that any guaranteed amounts for future years are allocated, if applicable, over previous years in accordance with the provisions of this Agreement.

181

- Compare the balances of player loans from the end of the prior period to the end of the current period and reconcile to the respective payment schedule in effect at the end of the prior period.

**Benefits - Schedule 2**
- Trace amounts to the team's general ledger or other supporting documentation for agreement.

- Foot all schedules and perform other clerical tests.

- Investigate variations in amounts from prior year through discussion with the Controller or other representative of the team.

- Review each team's insurance expenses for premium credits (refunds) received from carriers.

- Review supporting documentation as to the following expenses:

| | |
|---|---|
| Players Pension | Workers Compensation |
| Severance Costs | FICA - Social Security/Medicare |
| Disability Insurance | Unemployment Insurance |
| Medical/Dental/Life Ins. | Other Allowable Benefits |

**Player Costs - Schedule 3**
- Perform procedures provided in Schedules 1 and 2 above and deduct amounts not includable in the definition of "Player Costs" in the Agreement.

**Defined Gross Revenues - Schedule 4**
- Trace amounts to team's general ledger or other supporting documentation for agreement.

- Foot all schedules and perform other clerical tests.

- Trace gate receipts to general ledger and test supporting documentation where appropriate.

- Gate receipts should be reviewed and reconciled to League Office gate receipts summary.

- Luxury box revenues should be included/excluded in DGR in a manner consistent with the DGR Settlement Agreement. Amounts included in DGR should be verified to supporting documentation.

182
- Examine local television, local cable and local radio contracts. Verify to amounts reported by teams.

- When local broadcast revenues are not verifiable by reviewing a contract, detailed supporting documentation should be obtained and tested.

- All loans, advances, bonuses, etc. received by the team should be noted in the report and included in DGR where appropriate.

- All amounts of other revenues should be reviewed for proper inclusion/exclusion in DGR. Test appropriateness of balances where appropriate.

**Excluded DGR - Schedule 5**
- Perform procedures provided in Schedule 4 above for amounts of DGR defined in the Agreement as "Excluded DGR" and make any adjustments to DGR as appropriate.

**Questions - Schedule 6**
- Review with Controller or other representatives of the team the answers to all questions on this schedule.

- Review that appropriate details are provided where requested.

- Prepare a summary of all changes.

**DGR Reporting Procedures - Schedule 7 and List of Related Entities - Schedule 8**

- Review with Controller or other representatives of the team all information included on both schedules.

- Prepare a summary of any changes, corrections or additions to either schedule.

- Review supporting details of any changes.

183

# EXHIBIT I

## ACCOUNTANTS' AUDIT REPORT

We have audited the Schedule of Team Salaries, Benefits, Player Costs, Defined Gross Revenues and excluded Defined Gross Revenues of the Member Clubs of the National Football League ("NFL") for the _____ playing season (the "Schedule"). This information, which is not intended to be a presentation in accordance with generally accepted accounting principles, was prepared in accordance with the provisions and definitions contained in the Stipulation and Settlement Agreement dated February 26, 1993, White v. NFL, No. 4-92-906 (D. Minn.) (the "Settlement Agreement"). The information on this schedule is the responsibility of the Member Clubs and the NFL's management. Our responsibility is to express an opinion on this Schedule based on our audit.

We conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurances about whether the Schedule is free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the Schedule. An audit also includes assessing the significant estimates made by management, as well as evaluating the overall Schedule presentation. We believe that our audit provides a reasonable basis for our opinion.

184

In our opinion the Schedule referred to above presents fairly, in all material respects, the Team Salaries, .Benefits, Player Costs, Defined Gross Revenues and Excluded Defined Gross Revenues of the Member Clubs of the National Football League ("NFL") for the _____ playing season in accordance with the applicable terms of the Settlement Agreement.

This report is for your use in connection with the Settlement Agreement and should not be referred to or distributed to anyone outside of your organization for any other purpose, nor should it be related to the financial statements of the NFL or any Member Club taken as a whole.

# EXHIBIT II

## LOCAL ACCOUNTANTS' AUDIT REPORT

We have audited the Schedule of Team Salaries, Benefits, Player Costs, Defined Gross Revenues and Excluded Defined Gross Revenues of the _____ a Member Club of the National Football League ("NFL") for the _____ playing season (the "Schedule"). This information, which is not intended to be a presentation in accordance with generally accepted accounting principles, was prepared in accordance with the provisions and definitions contained in the Stipulation and Settlement Agreement dated February 26, 1993, White v. NFL, No. 4-92-906 (D. Minn.) (the "Settlement Agreement"). The information on this schedule is the responsibility of _____ management. Our responsibility is to express an opinion on this Schedule based on our audit.

We conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurances about whether the Schedule is free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the Schedule. An audit also includes assessing the significant estimates made by management, as well as evaluating the overall Schedule presentation. We believe that our audit provides a reasonable basis for our opinion.

185

In our opinion the Schedule referred to above presents fairly, in all material respects, the Team Salaries, Benefits, Player Costs, Defined Gross Revenues and Excluded Defined Gross Revenues of the _____ for the _____playing season in accordance with the applicable terms of the Settlement Agreement.

This report is for your use in connection with the Settlement Agreement and should not be referred to or distributed to anyone outside of your organization for any other purpose, nor should it be related to the financial statements of the _____ taken as a whole.

# APPENDIX I

# STANDARD MINIMUM PRE-SEASON
# PHYSICAL EXAMINATION

Should there be the need for additional examination or testing in any specific area, such will be permitted.

## General Medical Examination

1.  History
    - player
    - family
    - thorough review of all team physicians and trainer reports for preceding seasons

2.  Examination
    - head
    - face
    - scalp
    - ears
       - external & drums
    - sinus
    - throat
    - eyes
       - pupils
       - reaction to movement & light
    - lungs
       - palpation
    - chest
    - heart
    - visceral
    - hernia
    - rectal
       - hemorrhoid
       - fistula
       - prostate
    - gastric
    - any unusual body marks, i.e. scars, birthmarks
    - height
    - weight
    - temperature
    - blood pressure
    - pulse
    - heart rate

186

**Orthopedic Examination**

Examination visually, including stress testing and range of motion for all of the following:
- neck and spine
- shoulder
- elbow
- wrist
- fingers
- hips
- knees—also knee jerk
- ankle—check Achilles tendon for abnormalities and by jerk test
- toes

**Flexibility**

Testing of hamstrings and neck

**EKG**

Heart Abnormalities

187

**Stress Testing** (at physician's discretion) (Treadmill or bicycle) for cardio-vascular

**Blood Testing**

Standard grid. Testing for (including but not limited to):
- Chemistry
- Calcium
- Phosphorus
- Glucose
- Uric Acid
- Cholesterol
- Iron
- Triglyceride
- Lipids
- Sodium
- Chlorides
- White Blood Count
- Red Blood Count
- Mono-Screen ⎫
- Tay Sachs  ⎬ Where applicable. If found,
- Sickle Cell ⎭ individual counseling necessary.
- VD

**Urinalysis**

Check for (including but not limited to):
- Protein
- Glucose
- PH Factor
- Diabetes
- Renal Failure
- Gout

**Vision Testing**
- peripheral vision
- standard eye test

**Hearing Test**

**Dental Examination**

**Chest X-Ray** (at appropriate intervals)
(Only as recommended by AMA standard)
Check for: Tumor
            T.B.
            Lesions

188

**X-Ray all previously injured areas** (at physician's discretion)

# APPENDIX J

## ACTUARIAL ASSUMPTIONS AND ACTUARIAL COST METHOD

| | |
|---|---|
| Mortality rates: | Group Annuity Mortality Table for 1983 without margins |

Disability mortality
before age 65:       1965 Railroad Retirement Board select and ultimate
                     table

Non-football related
disability rates before
retirement:

| Age | Rate |
|---|---|
| 22 | .04 |
| 27 | .04 |
| 32 | .04 |
| 37 | .05 |
| 42 | .09 |
| 47 | .18 |
| 52 | .41 |

Football related
disability rates:    .08% per year for active players and .06% per year
                     for inactive players until age 45, after which it be-
                     comes zero. Active players are assumed to become
                     inactive after one year or age 30, whichever comes
                     later.

**189**

Withdrawal rates:

| For Players With Service of | Rate |
|---|---|
| 1 year | 29.1% |
| 2 years | 19.7% |
| 3 years | 17.0% |

Election of early
payment benefit:     35% of all players out of football less than two years
                     will elect the benefit two years after leaving football.
                     Active players are assumed to leave football after
                     one season or age 30, whichever is later. No as-
                     sumption for players with no credited seasons be-
                     fore 1993.

Retirement age:      47, except 55 for players with no credited seasons
                     before 1993

Percent married:     Social Security awards in 1972

| | |
|---|---|
| Age of Player's wife: | Three years younger than player |
| Remarriage rates: | 1971 Railroad Retirement Board rates |
| Net investment return: | 7.25% |
| Administration expenses: | Actual for prior year |
| Valuation date: | First day of plan year |
| Actuarial value of assets: | One-time write-up to market value as of March 31, 1993 followed by restart of the present procedure thereafter. |
| Funding method: | Unit credit cost method, except retrospective term cost based on actual experience during the prior year for Line-of-Duty disability benefits. |
| Amortization period: | 20 years beginning April 1, 1993; 19 years as of April 1, 1994, etc.  In years when there is a zero or negative unfunded actuarial accrued liability, the amount which is expected to produce a zero un-funded actuarial accrued liability at the end of the plan year. |

190

# LETTER AGREEMENT

May 6, 1993

Harold Henderson
National Football League
Management Council
410 Park Avenue
New York, New York 10022

Dear Harold:

This letter confirms certain agreements between the National Football League Players Association ("NFLPA") and the National Football League Management Council ("NFLMC") regarding several matters not set forth in the Collective Bargaining Agreement ("CBA"). First, the NFLMC will exercise its best efforts to provide to the NFLPA as soon as possible, but no later than December 31, 1993, a complete copy of all existing salary summaries and Player Contracts and Offer Sheets in the NFLMC's possession that were signed by players with respect to the 1989 through 1992 League Years. The copy may be in microfiche or similar readable form.

Second, it is the intention of the NFLPA that it will appoint Eugene Upshaw and Michael Kenn, or two persons of similar stature, to attend meetings of the NFL Competition Committee pursuant to Article XIII (Player Relations Committee), Section 2, of the CBA.

Third, if a Club competes in the Super Bowl, each of its practice squad players will be given a ring similar in appearance to the one provided to Active/Inactive List players, but the ring may be of lesser value.

191

Sincerely,

/S/

Richard Berthelsen

SEEN & AGREED

# LETTER AGREEMENT

May 6, 1993

Harold Henderson
National Football League
Management Council
410 Park Avenue
New York, NY 10022

Re: <u>White</u> v. <u>NFL</u>
Dear Harold:

This letter will confirm our agreement that under Article XIV (NFL Player Contract), paragraph 3 of Article XXX (Consultation and Information Sharing), paragraph 4 of Article XXV (Enforcement of the Salary Cap and Entering Player Pool), and Article XXVIII (Anti Collusion Provisions) of the Collective Bargaining Agreement, any approval or disapproval of a player's contract by the Commissioner, or any communication thereof, timely notice of which is provided to the NFLPA and Class Counsel, cannot be the basis of any claim of collusion. Class Counsel, the NFLPA, or the affected Player shall have the right to appeal the Commissioner's disapproval of such player contract to the Special Master, pursuant to Article XXVI (Special Master) and Article XXV (Enforcement of the Salary Cap and Entering Player Pool) of the Collective Bargaining Agreement.

192

Sincerely,

**/S/**

Richard Berthelsen

Harold Henderson

Seen & Agreed

# LETTER AGREEMENT

June 23, 1993

Mr. Harold R. Henderson
Executive Vice President for
 Labor Relations/Chairman NFLMC
National Football League
410 Park Avenue
New York, New York 10022

Dear Harold:

This letter confirms our agreed-upon interpretations of the following provisions of the Collective Bargaining Agreement ("CBA").

1. If a Rookie contracts with a Club for the minimum workout payments set forth in Article XXXV, for his second or subsequent season, such payments shall not be included for the purposes of the 25% calculation under Article XVII, Section 4(e). If a Rookie contracts with a Club for a workout payment in excess of the minimum, such excess amount shall be included for the purposes of the 25% calculation under Article XVII, Section 4(e). In all cases, a workout payment shall count toward Team Salary and a Team's Rookie Allocation.

**193**

2. For the purposes of valuing the Salary of a player under the Salary Cap, any portion of such Salary for which a Team guarantees payment shall immediately be included in Team Salary during the year earned, subject only to the exceptions contained in Article XXIV, Section 7(d) (i)-(iv).

3. For purposes of the Salary Cap and Entering Player Pool, any guaranteed bonus tied to workouts shall be treated as a Signing Bonus.

4. For purposes of the Salary Cap and Entering Player Pool, any salary advance which a player is not obligated to re-pay shall be treated as a Signing Bonus.

5. For purposes of calculating the minimum tenders to Franchise and Transition players under Article XX, if the present value of any deferred Paragraph 5 amount (as defined in Article XXIV, Section 7, Paragraph (a) (ii)) is at least $100,000 less than the initial Paragraph 5 amount (before being present valued), then the present value amount shall be used.

6. For purposes of the Salary Cap and Entering Player Pool, any roster or reporting bonus which is earned or paid before the start of the Club's pre-season training camp shall be treated as a Signing Bonus.

7. For purposes of the Entering Player Pool and a Team's Rookie Allocation, amounts contracted to be paid to Drafted Rookies, and amounts in excess of the applicable Minimum Active/Inactive List Salary contracted to be paid to Undrafted Rookies pursuant to Article XVII, Section 4, shall be counted against the Entering Player Pool and a Team's Rookie Alloca-

tion, whether the amounts are actually paid, in the manner otherwise spec-
ified in the CBA.

8. The final sentence of Article XIX, Section 3 (b) applies to Article
XIX, Section 3 (c).

9. Pursuant to Article XXXIV, Section 4, the practice squad shall con-
sist of players who do not have an Accrued Season.

In addition, it is agreed that in League Years for which no Salary Cap
is in effect, 85% of any amount contracted by a Team to be paid from the
Team's Rookie Allocation to a Rookie, but not actually paid by the Team to
that player, either as a rookie, or as a re-signed first-year player or practice
squad player, which amount was not paid because that player was released,
will be distributed to all rookies on such Team promptly after the end of the
season on a pro rata basis based upon the number of downs played.

Finally, it is agreed that any non-injury dispute between a player and
a Club arising before the effective date of the CBA that was or is arbitrable
under a 1992 or 1993 NFL Player Contract, involving a player who is un-
der contract or who has received a tender for the 1993 NFL season, which
dispute to date has not been filed as a civil action, must be processed
through Article IX of the CBA and must be initiated prior to the date of the
first regular season game of the 1993 League Year.

**194**

Sincerely,

Gene Upshaw

Agreed to and accepted:

Harold R. Henderson

# LETTER AGREEMENT

August 4, 1993

Gene Upshaw
Executive Director
NFL Players Association
2021 L. Street, N.W.
Washington, D.C. 20036

Re: Collective Bargaining Agreement
Dear Gene:

This letter confirms our agreement regarding reimbursements and payments to players for Rookie Orientation Camps, as follows:

1. The parties agree that if a club has a Rookie Orientation Program apart from its allowable mini camp(s) and prior to its training camp, the following categories of per player reimbursements or payments will not be counted against the Entering Player Pool:

(1) One Round Trip Airline Ticket or its cash equivalent from the player's place of residence to the club city and back, not to exceed $750.

**195**

(2) Room and Board of up to $100 per day or its equivalent, up to a maximum of 45 days.

(3) Ground transportation to and from the player's place of residence in the club's city to the club's facility.

Any amounts in excess of the above reimbursements or payments will count against the Entering Player Pool.

2. The parties further agree that the above reimbursements or payments for Rookie Orientation Programs will not be considered Player Costs during the term of this Agreement. The parties reserve their respective rights and arguments with respect to whether any amounts in excess of the above reimbursements or payments do or do not qualify as Player Costs under the Agreement.

3. Costs associated with the Rookie Orientation Programs will be evaluated by the NFLPA, Class Counsel, and the NFLMC each year to de-

termine if adjustment, with respect to the Entering Player Pool, is appropriate.

Sincerely,

Harold Henderson

SEEN & AGREED

196

# LETTER AGREEMENT

August 4, 1993

Gene Upshaw
Executive Director
NFL Players Association
2021 L. Street, N.W.
Washington, D.C. 20036

Re: Collective Bargaining Agreement
Dear Gene:

This letter confirms our agreed-upon interpretation of the Collective Bargaining Agreement ("CBA") regarding whether Clubs subject to the Final Eight Plan are permitted to negotiate with and sign Transition Players, and Franchise Players who otherwise are permitted to negotiate and sign with other Clubs.

We have agreed that Final Eight Plan Clubs are permitted under the CBA to negotiate with and sign such players, since these players are not Unrestricted Free Agents. We further confirm that this agreement does not affect in any way any contracts such players may have already entered into this year.

**197**

Sincerely,

Harold Henderson

SEEN & AGREED

# LETTER AGREEMENT

August 4, 1993

Harold R. Henderson
Executive Vice President for Labor Relations/
Chairman NFLMC
National Football League
410 Park Avenue
New York, New York 10022

Re: Collective Bargaining Agreement
Dear Harold:

This letter confirms our understanding that our agreement to use one contract form for a multi-year deal between a player and a club (as opposed to using a series of one-year contract forms as in the past) does not expand the period of time for which a club is obligated to provide an injured player with medical and hospital care. Put another way, we agree that Paragraph 9 of the new NFL Player Contract gives the same coverage in this respect as Paragraph 9 of the old form.

**198**

Of course, nothing in this letter shall be construed as modifying any workers compensation rights that a player or club may have.

Sincerely,

Gene Upshaw

SEEN & AGREED

# INDEX

## A

**ACCESS TO PERSONNEL AND MEDICAL RECORDS, ARTICLE XLV** ....................................................**128**
    Section 1. Personnel Records....................................................128
    Section 2. Medical Records ......................................................128

**ADDRESSES, ARTICLE LV, SECTION 7** .........................................**152**

**ANTI-COLLUSION, ARTICLE XXVIII** ..............................................**97**
    Section 1. Prohibited Conduct ..........................................97
    Section 2. Other Club Conduct..........................................97
    Section 3. Club Discretion ................................................97
    Section 4. League Disclosures ..........................................98
    Section 5. Enforcement of Anti-Collusion Provisions ...................98
    Section 6. Burden of Proof ................................................98
    Section 7. Summary Judgment ..........................................99
    Section 8. Remedies ........................................................99
    Section 9. Computation of Damages ..................................99
    Section 10. Player Election ..............................................100
    Section 11. Payment of Damages ......................................101
    Section 12. Effect on Cap Computations ..............................101
    Section 13. Effect on Salary Cap.......................................101
    Section 14. No Reimbursement..........................................101
    Section 15. Costs............................................................101
    Section 16. Termination ...................................................101
    Section 17. Time Limits ...................................................102
    Section 18. Prior Conference ............................................102

**APPEARANCES, ARTICLE LV, SECTION 3** ...................................**152**

**ATTIRE, ON-FIELD, ARTICLE LV, SECTION 2** .............................**152**

**AUTHORIZATION, ARTICLE LV, SECTION 15**.............................**153**

## B

**BENEFIT ARBITRATOR, ARTICLE LII**...........................................**147**
    Section 1. Selection..........................................................147
    Section 2. Compensation ...................................................147
    Section 3. Role................................................................147

**BINDING EFFECT, ARTICLE LV, SECTION 14**.............................**153**

199

# C

**CAREER PLANNING PROGRAM, ARTICLE LV, SECTION 12** .......153

**CERTIFICATIONS, ARTICLE XXIX** ....................................**103**
    Section 1. Contract Certification...................................103
    Section 2. End of League Year Certification ...................103
    Section 3. False Certification ......................................104

**CLUB DISCIPLINE, ARTICLE VIII** ................................**16**
    Section 1. Maximum Discipline....................................16
    Section 2. Published Lists ..........................................17
    Section 3. Uniformity................................................17
    Section 4. Disputes...................................................17
    Section 5. Deduction ................................................17

**COLLEGE DRAFT, ARTICLE XVI** .................................**39**
    Section 1. Time of Draft ............................................39
    Section 2. Number of Choices.....................................39
    Section 3. Required Tender.........................................39
    Section 4. Signing of Drafted Rookies ...........................39
    Section 5. Other Professional Teams .............................40
    Section 6. Return to College .......................................41
    Section 7. Assignment of Draft Rights............................42
    Section 8. Subsequent Draft .......................................42
    Section 9. No Subsequent Draft ...................................42
    Section 10. Compensatory Draft Selections .....................42
    Section 11. Undrafted Rookies ....................................43
    Section 12. Notice of Signing ......................................43

**COMMISSIONER DISCIPLINE, ARTICLE XI** ...................**29**
    Section 1. League Discipline........................................29
    Section 2. Time Limits ..............................................29
    Section 3. Representation ...........................................29
    Section 4. Costs.......................................................30
    Section 5. One Penalty ..............................................30
    Section 6. Fine Money ..............................................30

**COMMITTEES, ARTICLE XIII** ......................................**33**
    Section 1. Joint Committee .........................................33
    Section 2. Competition Committee ...............................34
    Section 3. Player/Club Operations Committee .................34

200

**CONSULTATION AND INFORMATION SHARING,**
    **ARTICLE XXX** ...................................................................**105**
    Section 1. Consultation and Communications ............................105
    Section 2. Salary Summaries ......................................................105
    Section 3. Notice of Invalid Contract ........................................105
    Section 4. Neutral Verifier..........................................................105
    Section 5. Copies .......................................................................106
    Section 6. Meetings....................................................................106

## D

**DAYS OFF, ARTICLE XL** ...................................................**120**
    Section 1. Rate ...........................................................................120
    Section 2. Requirements ............................................................120

**DEDUCTIONS (CLUB HOUSE DUES),**
    **ARTICLE LV, SECTION 5** ................................................**152**

**DEFINITIONS, ARTICLE I** ....................................................**2**
    Section 1. General Definitions......................................................2
    Section 2. Free Agency Definitions ...............................................3
    Section 3. Salary Cap Definitions..................................................5

**DELIVERY OF DOCUMENTS, ARTICLE LV, SECTION 13** ...........**153**

**DURATION OF AGREEMENT, ARTICLE LVIII** ...............................**157**
    Section 1. Effective Date.............................................................157
    Section 2. Termination ...............................................................157
    Section 3. Termination Date .......................................................157
    Section 4. Termination Prior to Expiration Date ........................157
    Section 5. Ratification ................................................................159

## E

**ENDORSEMENTS, ARTICLE LV, SECTION 1** ................................**152**

**ENFORCEMENT OF THE SALARY CAP AND ENTERING PLAYER**
    **POOL, ARTICLE XXV** ......................................................**90**
    Section 1. Undisclosed Terms......................................................90
    Section 2. Circumvention............................................................90
    Section 3. Special Master Action .................................................90
    Section 4. Commissioner Disapproval .........................................90
    Section 5. Special Master Review ................................................91
    Section 6. Sanctions....................................................................91
    Section 7. Prior Conference ........................................................91

**201**

**EXHIBITS, ARTICLE LV, SECTION 18** .......................................154

**EXPANSION, ARTICLE XXXI** ..................................................107
    Section 1. Veteran Allocation ..........................................107
    Section 2. Additional Compensatory Picks .............................107
    Section 3. Entering Player Pool Adjustment ...........................107
    Section 4. Relocation Bonus ...........................................107

## F

**FINAL EIGHT PLAN, ARTICLE XXI**............................................69
    Section 1. Application .................................................69
    Section 2. Top Four Teams .............................................69
    Section 3. Next Four Teams ............................................69
    Section 4. Replacement of Free Agents Signed
                By Other Club .......................................69
    Section 5. Increases....................................................70
    Section 6. Salary Definition ..........................................70
    Section 7. Trade Limitation ...........................................70

**FRANCHISE AND TRANSITION PLAYERS, ARTICLE XX** ..............60
    Section 1. Franchise Player Designations .............................60
    Section 2. Required Tender for Franchise Players......................60
    Section 3. Transition Player Designations ............................62
    Section 4. Required Tender for Transition Players ....................62
    Section 5. Right of First Refusal for Transition Players...............63
    Section 6. Lists .......................................................63
    Section 7. Salary Information .........................................63
    Section 8. No Assignment ..............................................64
    Section 9. Duration of Designation ...................................64
    Section 10. Franchise Player Designation Period ......................65
    Section 11. Transition Player Designation Period......................65
    Section 12. Prospective Designation ..................................66
    Section 13. Right to Decline ..........................................66
    Section 14. Other Terms...............................................67
    Section 15. Compensatory Draft Selection .............................67
    Section 16. Signing Period for Transition Players ....................67
    Section 17. Signing Period for Franchise Players......................68

## G

**GOVERNING AGREEMENT, ARTICLE II** .........................................7
    Section 1. Conflicts...................................................7
    Section 2. Implementation .............................................7
    Section 3. Management Rights ..........................................7

202

Section 4. Rounding...................................................................7

**GOVERNING LAW, ARTICLE LIX**................................................**160**

**GROUP INSURANCE, ARTICLE XLIX**.........................................**141**
Section 1. Group Insurance Benefits..........................................141
Section 2. Administration...........................................................141

**GUARANTEED LEAGUE-WIDE SALARY, SALARY CAP**
**AND MINIMUM TEAM SALARY, ARTICLE XXIV**.....................**74**
Section 1. Definitions................................................................74
Section 2. Trigger for Guaranteed League-wide Salary,
        Salary Cap, and Minimum Team Salary...................77
Section 3. Guaranteed League-wide Salary..................................77
Section 4. Salary Cap Amounts ..................................................78
Section 5. Minimum Team Salary ...............................................79
Section 6. Computation of Team Salary ......................................79
Section 7. Valuation of Player Contracts.....................................81
Section 8. 30% Rules ................................................................85
Section 9. Renegotiations and Extensions ..................................85
Section 10. Accounting Procedures ............................................85

### H

**HEADINGS, ARTICLE LV, SECTION 16** ......................................**154**

### I

**IMPARTIAL ARBITRATOR, ARTICLE XXVII** ...................................**95**
Section 1. Selection...................................................................95
Section 2. Scope of Authority ....................................................95
Section 3. Effect of Rulings.........................................................95
Section 4. Discovery ..................................................................95
Section 5. Compensation of Impartial Arbitrator ..........................95
Section 6. Procedures................................................................95
Section 7. Selection of Impartial Arbitrator..................................96

**INJURY GRIEVANCE, ARTICLE X** ...............................................**23**
Section 1. Definition ..................................................................23
Section 2. Filing........................................................................23
Section 3. Answer .....................................................................23
Section 4. Neutral Physician.......................................................24
Section 5. Neutral Physician List ................................................24
Section 6. Appeal......................................................................25
Section 7. Arbitration Panel .......................................................25

203

Section 8. Hearing ........................................................25
Section 9. Miscellaneous ..............................................26
Section 10. Expenses ....................................................27
Section 11. Pension Credit ...........................................27
Section 12. Payment .....................................................27
Section 13. Presumption of Fitness .............................27
Section 14. Playoff Money ...........................................28
Section 15. Information Exchange ...............................28
Section 16. Discovery ...................................................28

**INJURY PROTECTION, ARTICLE XII**...................................**31**
Section 1. Qualification................................................31
Section 2. Benefit........................................................31
Section 3. Disputes .....................................................32

## L

**1999 LEAGUE YEAR, ARTICLE LVI**....................................**155**
Section 1. No Salary Cap..............................................155
Section 2. Free Agency If Salary Cap in 1998.............155
Section 3. Free Agency If No Salary Cap in 1998 .......155
Section 4. Franchise and Transition Players................155

**LEAGUE SECURITY, ARTICLE LV, SECTION 11**............................**153**

204

## M

**MEAL ALLOWANCE, ARTICLE XXXIX** ...........................................**119**
Section 1. Reimbursement ...........................................119
Section 2. Travel Day...................................................119

**MINICAMPS, ARTICLE XXXVI** ................................................**113**
Section 1. Number.......................................................113
Section 2. Length.........................................................113
Section 3. Expenses .....................................................113
Section 4. Contact........................................................113
Section 5. Injuries .......................................................113

**MOVING AND TRAVEL EXPENSES, ARTICLE XLI**......................**121**
Section 1. Qualification................................................121
Section 2. Moving Expenses.........................................121
Section 3. Travel Expenses...........................................121
Section 4. Transportation ............................................122

**MUTUAL RESERVATION OF RIGHTS: LABOR EXEMPTION,**
   **ARTICLE LVII** ...................................................................**156**
      Section 1. Rights Under Law ............................................156
      Section 2. Labor Exemption ............................................156
      Section 3. CBA Expiration...............................................156

# N

**NFLPA AGENT CERTIFICATION, ARTICLE VI** ...............**14**
      Section 1. Exclusive Representation..................................14
      Section 2. Enforcement.......................................................14
      Section 3. Penalty................................................................14

**NFLPA TICKETS, ARTICLE LV, SECTION 8**....................**152**

**NFL PLAYER CONTRACT, ARTICLE XIV**.........................**35**
      Section 1. Form....................................................................35
      Section 2. Term....................................................................35
      Section 3. Changes..............................................................35
      Section 4. Conformity.........................................................35
      Section 5. General...............................................................35
      Section 6. Commissioner Disapproval ............................36
      Section 7. NFLPA Group Licensing Program................36
      Section 8. Good Faith Negotiation .................................37

**NON-INJURY GRIEVANCE, ARTICLE IX** ........................**18**
      Section 1. Definition ..........................................................18
      Section 2. Initiation............................................................18
      Section 3. Filing...................................................................18
      Section 4. Appeal.................................................................18
      Section 5. Discovery ...........................................................19
      Section 6. Arbitration Panel.............................................19
      Section 7. Hearing ..............................................................20
      Section 8. Arbitrator's Decision and Award...................21
      Section 9. Time Limits .......................................................21
      Section 10. Representation.................................................21
      Section 11. Costs..................................................................21
      Section 12. Payment ...........................................................22
      Section 13. Grievance Settlement Committee ...............22

**NO STRIKE/LOCKOUT/SUIT, ARTICLE IV** ........................**9**
      Section 1. No Strike/Lockout............................................9
      Section 2. No Suit.................................................................9
      Section 3. Releases.............................................................10

205

**NOTICES, ARTICLE LX**................................................................**161**

# O

**OFF-SEASON WORKOUTS, ARTICLE XXXV** ...................................**112**
    Section 1. Voluntary Workouts .....................................................112
    Section 2. Time Periods ................................................................112
    Section 3. Payment ......................................................................112
    Section 4. Injuries .......................................................................112
    Section 5. Miscellaneous ..............................................................112

**OPTION CLAUSE, ARTICLE XV**..................................................**38**
    Section 1. Prohibition ....................................................................38
    Section 2. Existing Option Clauses..................................................38

**OTHER PROVISIONS, ARTICLE XXXII** .......................................**108**
    Section 1. CFL Rule ......................................................................108
    Section 2. Physically Unable to Perform .........................................108
    Section 3. Non-Football Injury ......................................................108
    Section 4. Roster Exemption .........................................................108

206

# P

**PAROL EVIDENCE, ARTICLE LV, SECTION 19** ............................**154**

**PLAYER BENEFIT COSTS, ARTICLE XLVI**...................................**129**
    Section 1. Right of Reduction ........................................................129
    Section 2. Right of Restoration ......................................................129
    Section 3. Definition ....................................................................129
    Section 4. Resolution of Disputes ..................................................130

**PLAYER POOL (ENTERING), ARTICLE XVII**................................**44**
    Section 1. Definition .....................................................................44
    Section 2. Covered League Years.....................................................44
    Section 3. Calculation ...................................................................44
    Section 4. Operation .....................................................................45

**PLAYER SECURITY, ARTICLE VII**..............................................**15**
    Section 1. No Discrimination .........................................................15
    Section 2. Personal Appearance .....................................................15

**PLAYER TICKETS, ARTICLE LV, SECTION 9** ................................**153**

**PLAYERS' RIGHTS TO MEDICAL CARE AND TREATMENT,
ARTICLE XLIV** ...................................................................**126**
Section 1. Club Physician .......................................126
Section 2. Club Trainers .........................................126
Section 3. Players' Right to a Second Medical Opinion...............126
Section 4. Players' Right to a Surgeon of His Choice ..................126
Section 5. Standard Minimum Pre-Season Physical ....................126
Section 6. Substance Abuse.....................................127

**POST-SEASON PAY, ARTICLE XLII** ...............................**123**
Section 1. System.................................................123
Section 2. Compensation .....................................123
Section 3. Wild Card Game; Division Play-off Game ..................123
Section 4. Conference Championship; Super Bowl Game ...........123
Section 5. Payment .............................................124

**PRACTICE SQUADS, ARTICLE XXXIV**...............................**111**
Section 1. Practice Squads......................................111
Section 2. Signing With Other Clubs ...........................111
Section 3. Salary .................................................111
Section 4. Eligibility .............................................111

**PRE-SEASON TRAINING CAMPS, ARTICLE XXXVII** ....................**114**
Section 1. Definition ...........................................114
Section 2. Room and Board .....................................114
Section 3. Rookie Per Diem .....................................114
Section 4. Veteran Per Diem ....................................114
Section 5. Reporting............................................114
Section 6. Number of Pre-Season Games ......................114
Section 7. Telephones..........................................115
Section 8. Expenses ...........................................115

**PRO BOWL GAME, ARTICLE XLIII**..................................**125**
Section 1. Compensation ......................................125
Section 2. Selection............................................125
Section 3. Wives...............................................125
Section 4. Injury...............................................125
Section 5. Payment ...........................................125

**PROMOTIONS, ARTICLE LV, SECTION 4**....................................**152**

**PUBLIC STATEMENTS, ARTICLE LV, SECTION 6** .........................**152**

**207**

# R

**RETENTION OF BENEFITS, ARTICLE LIII** ................................ **149**

**RETIREMENT PLAN, ARTICLE XLVII** ................................ **132**
 Section 1. Maintenance and Definitions................................132
 Section 2. Amendment by Bargaining Parties ..........................132
 Section 3. Contributions ................................................132
 Section 4. Amendment of Bert Bell and Pete Rozelle Plans ..........133
 Section 5. Plan Merger and Further Amendments ......................136
 Section 6. Benefits for Pre-1959 Seasons................................137

# S

**SALARIES, ARTICLE XXXVIII** ................................ **116**
 Section 1. 1993 Minimum Salaries ................................116
 Section 2. Minimum Salaries For 1994-98 League Years .............116
 Section 3. Credited Season ................................116
 Section 4. Other Compensation ................................116
 Section 5. Arbitration ................................117
 Section 6. Payment ................................117
 Section 7. Deferred Paragraph 5................................117
 Section 8. Number of Regular Season Games...........................117
 Section 9. Copies of Contracts ................................117
 Section 10. Split Contracts ................................118
 Section 11. Funding of Deferred and Guaranteed Contracts........118

**SCOPE OF AGREEMENT, ARTICLE III** ................................ **8**
 Section 1. Scope ................................8
 Section 2. Arbitration ................................8

**SECOND CAREER SAVINGS PLAN, ARTICLE XLVIII**................**139**
 Section 1. Establishment................................139
 Section 2. Contributions ................................139
 Section 3. Allocation ................................139
 Section 4. Salary Reduction Contributions................................139
 Section 5. Benefit Options ................................139
 Section 6. Death Benefits ................................140
 Section 7. Investment ................................140

**SEVERANCE PAY, ARTICLE L**................................**143**
 Section 1. Eligibility ................................143
 Section 2. Amount................................143
 Section 3. Application ................................143
 Section 4. Payment ................................143

208

Section 5. Failure to Apply .................................................144
Section 6. Only One Payment ...........................................144
Section 7. Payable to Survivor...........................................144
Section 8. Prior Severance Pay ..........................................144
Section 9. Nonassignability ...............................................144

**SPECIAL MASTER, ARTICLE XXVI**...............................**92**
Section 1. Appointment ......................................................92
Section 2. Scope of Authority ...........................................92
Section 3. Discovery ............................................................93
Section 4. Compensation ....................................................93
Section 5. Procedures...........................................................93
Section 6. Selection of Special Master ............................94
Section 7. Penalties .............................................................94

**SQUAD SIZE, ARTICLE XXXIII**...................................**110**
Section 1. Active List..........................................................110
Section 2. Pre-Season ........................................................110
Section 3. Inactive List ......................................................110
Section 4. Active and Inactive List Limit .......................110

**SUPPLEMENTAL DISABILITY BENEFITS, ARTICLE LI**.................**145**
Section 1. Establishment ...................................................145
Section 2. Contributions ...................................................145
Section 3. Disability Benefits ...........................................145
Section 4. Retirement Ignored .........................................146

**209**

**T**

**TERMINATION PAY, ARTICLE XXIII** ...............................**73**
Section 1. Eligibility ...........................................................73
Section 2. Regular Season Signings ..................................73

**TESTS, PSYCHOLOGICAL OR PERSONALITY,**
**ARTICLE LV, SECTION 10** .....................................**153**

**TIME PERIODS, ARTICLE LV, SECTION 17** ..................**154**

**U**

**UNION SECURITY, ARTICLE V** .......................................**11**
Section 1. Union Security.....................................................11
Section 2. Check-Off............................................................11
Section 3. NFLPA Meetings................................................11
Section 4. NFLPA Player Group Licensing Program.........11

Section 5. Disputes ......................................................12
Section 6. Procedure for Enforcement...........................12
Section 7. NFLPA Responsibility .................................13
Section 8. Orientations ...............................................13

## V

VETERAN FREE AGENCY, ARTICLE XIX.........................................49
Section 1. Unrestricted Free Agents...............................49
Section 2. Restricted Free Agents .................................50
Section 3. Offer Sheet and First Refusal Procedures.....................54
Section 4. Expedited Arbitration...................................57
Section 5. Individually Negotiated Limitations
            on Player Movement ...............................57
Section 6. Notices, Etc................................................58

VETERANS WITH LESS THAN THREE ACCRUED SEASONS,
   ARTICLE XVIII .....................................................47
Section 1. Accrued Seasons Calculation ........................47
Section 2. Negotiating Rights of Players With Less
            Than Three Accrued Seasons...................47
Section 3. Minimum Salaries .......................................47
Section 4. Notice of Signing .......................................48

## W

WAIVER SYSTEM, ARTICLE XXII ...................................................71
Section 1. Release ......................................................71
Section 2. Contact .....................................................71
Section 3. Ineligibility ...............................................71
Section 4. Notice of Termination .................................71
Section 5. NFLPA's Right to Personnel Information ......................72
Section 6. Rosters ......................................................72

WORKERS' COMPENSATION, ARTICLE LIV ................................150
Section 1. Benefits .....................................................150
Section 2. Rejection of Coverage.................................150
Section 3. Arbitration .................................................150
Section 4. Joint Study.................................................150
Section 5. Moratorium ...............................................150
Section 6. Preservation of Rights.................................151
Section 7. Reopener ..................................................151

210