UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL OPT OUT ACTIONS PENDING AGAINST DEFENDANTS NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC | Hon. Anita B. Brody |

## DECLARATION OF DOUGLAS M. BURNS

**DOUGLAS M. BURNS**, being duly sworn, deposes and says:

1. I am an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel to Defendants National Football League and NFL Properties LLC (collectively, the "NFL Defendants") in MDL No. 2323. I make this declaration, on personal knowledge, in support of the NFL and NFL Properties, LLC's Motion to Dismiss Plaintiffs' Second Amended Master Administrative Long-Form Complaint for Failure to State a Claim.

2. Attached as Appendix A is a chart listing Plaintiffs and current opt-outs, including certain relevant information such as the dates of their NFL careers, as provided in Plaintiffs' Short Form Complaints filed in this matter or as otherwise indicated.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2017 at New York, New York.

_Douglas M. Burns_
Douglas M. Burns

1