# Appendix A

APPENDIX A TO MEMORANDUM OF LAW OF DEFENDANTS NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED MASTER ADMINISTRATIVE LONG-FORM COMPLAINT FOR FAILURE TO STATE A CLAIM

**Plaintiffs With Actions Pending in MDL 2323 Against NFL Defendants[1]**

| Name | Relation to Former Player | Seasons of Former Player's Career[2] | Operative CBA(s) During Former Player's Career[3] | SFC Filed Against NFL Defendants[4] | Action Pending in MDL Against NFL Defendants | Additional Causes of Action Asserted Against NFL Defendants in SFC |
|---|---|---|---|---|---|---|
| Arnett, Jon D. | Self | 1957 - 1966 | N/A | Yes | Pugh, et al. v. NFL, et al., 12-cv-1165 (E.D. Pa.) | None |
| Bain, William E. | Self | 1975 - 1986 | 1977; 1982 | Yes | Hopkins, et al. v. NFL, et al., 12-cv-1239 (E.D. Pa.) | None |

---

[1] The information in this chart comes from each individual Plaintiff's Short Form Complaint ("SFC") filed in MDL 2323. For those Plaintiffs who have not filed SFCs, the information is derived from the complaints filed in the underlying pending actions.

[2] With respect to Plaintiffs who are not themselves former players, but instead are the representatives or family members of former players, the information in this column and the "Operative CBA(s) During Former Player's Career" column refers to the career of the former player to whom Plaintiff's suit relates.

[3] Since 1968, the NFL has operated under a CBA with only two exceptions: (1) the period between August 31, 1987 and March 29, 1993, when no CBA was in place, following the expiration of the 1982 CBA and prior to the execution of the 1993 CBA; and (2) the period between March 11, 2011 and August 4, 2011. The 1968 NFL CBA was effective from July 15, 1968 to February 1, 1970. The 1968 AFL CBA was effective from July 10, 1968 to February 1, 1970. The 1970 CBA was effective from February 1, 1970 to January 31, 1974. The 1977 CBA was effective from February 1, 1974 to July 15, 1982. The 1982 CBA was effective from July 16, 1982 to August 31, 1987. The 1993 CBA (as amended June 6, 1996, February 25, 1998, December 4, 2000, and January 8, 2002) was effective from March 29, 1993 to March 7, 2006. The 2006 CBA was effective from March 8, 2006 to March 10, 2011. The 2011 CBA became effective on August 4, 2011 and expires in 2020. References in this Appendix to the 1993 CBA incorporate any and all versions of that CBA that were in place during a given former player's career, as noted in the preceding column. The identification of operative CBAs in this column is based on seasons of play, rather than exact dates of employment, as Plaintiffs do not specifically allege the latter. The NFL Defendants reserve any and all rights to modify the list of operative CBAs as necessary based on additional information.

[4] As explained in the NFL Defendants' accompanying memorandum of law in support of their motion to dismiss for failure to state a claim, certain Plaintiffs, despite having pending claims against the NFL Defendants, failed to file SFCs against the NFL Defendants. These Plaintiffs include: Ronald Brown, Danny Gorrer, Joseph W. Iorio, Neal Olkewicz, Adrian L. Robinson Jr. (and his representatives and family members), Edward Scott, John T. Smith, Joel E. Steed, Jay W. Tant, Natalie Tant, and Charles W. Walls. Plaintiffs Scott and Smith filed SFCs against their former Club but not the NFL Defendants.

APPENDIX A TO MEMORANDUM OF LAW OF DEFENDANTS NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED MASTER ADMINISTRATIVE LONG-FORM COMPLAINT FOR FAILURE TO STATE A CLAIM

| Name | Relation to Former Player | Seasons of Former Player's Career[2] | Operative CBA(s) During Former Player's Career[3] | SFC Filed Against NFL Defendants[4] | Action Pending in MDL Against NFL Defendants | Additional Causes of Action Asserted Against NFL Defendants in SFC |
|---|---|---|---|---|---|---|
| Brightful, Lamont | Self | 2002 - 2005 | 1993 | Yes | Jones, et al. v. NFL, 12-cv-1027 (E.D. Pa.) | None |
| Brown, Ronald | Self | 1984 - 1991 | 1982 | No | Jordan, et al. v. NFL, 12-cv-2802 (E.D. Pa.) | None |
| Bush, Danielle | Daughter of Lewis Bush | 1993 - 2002 | 1993 | Yes | Bush, et al. v. NFL, et al., 13-cv-4549 (E.D. Pa.) | None |
| Bush, Dee | Spouse of Lewis Bush | 1993 - 2002 | 1993 | Yes | Bush, et al. v. NFL, et al., 13-cv-4549 (E.D. Pa.) | None |
| Bush, Lewis | Self (deceased; suit brought by his successor in interest, Dee Bush) | 1993 - 2002 | 1993 | Yes | Bush, et al. v. NFL, et al., 13-cv-4549 (E.D. Pa.) | None |

APPENDIX A TO MEMORANDUM OF LAW OF DEFENDANTS NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED MASTER ADMINISTRATIVE LONG-FORM COMPLAINT FOR FAILURE TO STATE A CLAIM

| Name | Relation to Former Player | Seasons of Former Player's Career[2] | Operative CBA(s) During Former Player's Career[3] | SFC Filed Against NFL Defendants[4] | Action Pending in MDL Against NFL Defendants | Additional Causes of Action Asserted Against NFL Defendants in SFC |
|---|---|---|---|---|---|---|
| Bush, Makai | Daughter of Lewis Bush (suit brought by her guardian ad litem, Cleo Bush) | 1993 - 2002 | 1993 | Yes | Bush, et al. v. NFL, et al., 13-cv-4549 (E.D. Pa.) | None |
| Bush Jr., Lewis | Son of Lewis Bush (suit brought by his guardian ad litem, Elizabeth Fox) | 1993 - 2002 | 1993 | Yes | Bush, et al. v. NFL, et al., 13-cv-4549 (E.D. Pa.) | None |
| Campbell, Woodrow L. | Self | 1967 - 1971 | 1968 (AFL); 1970 | Yes | Hairston, et al. v. NFL, et al., 12-cv-0989 (E.D. Pa.) | None |
| Carver, Shante | Self | 1993 - 1997 | 1993 | Yes | Maxwell, et al. v. NFL, et al., 12-cv-1023 (E.D. Pa.) | Negligence-Monopolist (against the NFL); Negligence with respect to helmets (against the NFL and NFL Properties) |
| Cobb, Marvin L. | Self | 1975 - 1980 | 1977 | Yes | Pugh, et al. v. NFL, et al., 12-cv-1165 (E.D. Pa.) | None |

APPENDIX A TO MEMORANDUM OF LAW OF DEFENDANTS NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED MASTER ADMINISTRATIVE LONG-FORM COMPLAINT FOR FAILURE TO STATE A CLAIM

| Name | Relation to Former Player | Seasons of Former Player's Career[2] | Operative CBA(s) During Former Player's Career[3] | SFC Filed Against NFL Defendants[4] | Action Pending in MDL Against NFL Defendants | Additional Causes of Action Asserted Against NFL Defendants in SFC |
|---|---|---|---|---|---|---|
| Dorsett, Tony | Self | 1977 - 1988 | 1977; 1982 | Yes | Pear, et al. v. NFL, et al., 12-cv-1025 (E.D. Pa.) | Negligence-Monopolist (against the NFL); Negligence with respect to helmets (against the NFL and NFL Properties) |
| Eber, Richard L. | Self | 1968 - 1972 | 1968 (NFL); 1968 (AFL); 1970 | Yes | Jani, et al. v. NFL, et al., 14-cv-2064 (E.D. Pa.); Holt, et al. v. NFL, et al., 12-cv-4185 (E.D. Pa.) | None |
| Forsberg, Fred C. | Self | 1968 - 1978 | 1968 (AFL); 1970; 1977 | Yes | Boyd, et al. v. NFL, et al., 12-cv-0092 (E.D. Pa.) | None |
| Gayle, Shaun | Self | 1984 - 1995 | 1982; 1993 | Yes | Gayle v. NFL, et al., 12-cv-5212 (E.D. Pa.) | Negligence-Monopolist (against the NFL); Negligence with respect to helmets (against the NFL and NFL Properties) |
| Gorrer, Danny[5] | Self | 2009 - 2015 | 2006; 2011 | No | Scroggins v. NFL, 16-cv-2058 (E.D. Pa.) | None |

---

[5] Based on the dates of his NFL play, Gorrer was not an eligible member of the Settlement Class and therefore did not formally opt out, but he has pending claims against the NFL Defendants in MDL 2323 which, pursuant to the Court's April 12, 2017 Order, are superseded by the Second Amended Master Administrative Long-Form Complaint ("Second Amended Complaint"). (*See* Order at 1 n.1 & ¶ 6, Apr. 12, 2017, ECF No. 7477 (providing that Second Amended Complaint supersedes all claims in complaints by all "non-Settlement Class Member plaintiffs with pending claims in MDL 2323," including any complaints coordinated or consolidated in MDL 2323 after April 12, 2017); *see also* Order at 1 n.1 & ¶ 2, July 18, 2017, ECF No. 8030.)

APPENDIX A TO MEMORANDUM OF LAW OF DEFENDANTS NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED MASTER ADMINISTRATIVE LONG-FORM COMPLAINT FOR FAILURE TO STATE A CLAIM

| Name | Relation to Former Player | Seasons of Former Player's Career[2] | Operative CBA(s) During Former Player's Career[3] | SFC Filed Against NFL Defendants[4] | Action Pending in MDL Against NFL Defendants | Additional Causes of Action Asserted Against NFL Defendants in SFC |
|---|---|---|---|---|---|---|
| Grant, Robert B. | Self | 1968 - 1971 | 1968 (NFL); 1970 | Yes | Hannah, et al. v. NFL, et al., 12-cv-3379 (E.D. Pa.) | None |
| Iorio, Joseph W. | Self | 2003 - 2005 | 1993 | No | Culpepper, et al. v. NFL, et al., 12-cv-2490 (E.D. Pa.) | None |
| Jarvis, John B. | Self | 1971 - 1974 | 1970; 1977 | Yes | Boyd, et al. v. NFL, et al., 12-cv-0092 (E.D. Pa.) | None |
| Johnson Jr., Ted C. | Self | 1995 - 2005 | 1993 | Yes | Garner, et al. v. NFL, et al., 12-cv-4634 (E.D. Pa.) | Count IV asserted against NFL; additional claim for "intentional concealment" "[e]ither in addition to or in lieu of Count X" |
| Krause, Paul J. | Self | 1964 - 1979 | 1968 (NFL); 1970; 1977 | Yes | Boyd, et al. v. NFL, et al., 12-cv-0092 (E.D. Pa.) | None |
| Lurtsema, Robert R. | Self | 1966 - 1977 | 1968 (NFL); 1970; 1977 | Yes | Boyd, et al. v. NFL, et al., 12-cv-0092 (E.D. Pa.) | None |

APPENDIX A TO MEMORANDUM OF LAW OF DEFENDANTS NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED MASTER ADMINISTRATIVE LONG-FORM COMPLAINT FOR FAILURE TO STATE A CLAIM

| Name | Relation to Former Player | Seasons of Former Player's Career[2] | Operative CBA(s) During Former Player's Career[3] | SFC Filed Against NFL Defendants[4] | Action Pending in MDL Against NFL Defendants | Additional Causes of Action Asserted Against NFL Defendants in SFC |
|---|---|---|---|---|---|---|
| May Jr., Bert D. | Self | 1992 - 2000 | 1993 | Yes | Pear, et al. v. NFL, et al., 12-cv-1025 (E.D. Pa.) | Negligence-Monopolist (against the NFL); Negligence with respect to helmets (against the NFL and NFL Properties) |
| Morton, Larry C. | Self | 1965 - 1982 | 1968 (NFL); 1970; 1977; 1982 | Yes | Holt, et al. v. NFL, et al., 12-cv-4185 (E.D. Pa.); Morton v. NFL, et al., 13-cv-7660 (E.D. Pa.) | None |
| Olkewicz, Neal | Self | 1979 - 1989 | 1977; 1982 | No | Wisniewski, et al. v. NFL, et al., 12-cv-4187 (E.D. Pa.) | None |
| Parrish, Bernard P. | Self | 1959 - 1966 | N/A | Yes | Parrish v. NFL, et al., 12-cv-1700 (E.D. Pa.) | None |
| Pritchard, Ronald D. | Self | 1969 - 1977 | 1968 (AFL); 1970; 1977 | Yes | Henderson, et al. v NFL, et al., 12-cv-3534 (E.D. Pa.) | Negligence-Monopolist (against the NFL); Negligence with respect to helmets (against the NFL and NFL Properties) |

APPENDIX A TO MEMORANDUM OF LAW OF DEFENDANTS NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED MASTER ADMINISTRATIVE LONG-FORM COMPLAINT FOR FAILURE TO STATE A CLAIM

| Name | Relation to Former Player | Seasons of Former Player's Career[2] | Operative CBA(s) During Former Player's Career[3] | SFC Filed Against NFL Defendants[4] | Action Pending in MDL Against NFL Defendants | Additional Causes of Action Asserted Against NFL Defendants in SFC |
|---|---|---|---|---|---|---|
| Robinson Jr., Adrian L.[6] | Self (deceased; suit brought by his representatives and family members) | 2012 - 2014 | 2011 | No | Robinson, et al. v. NFL, et al., 17-cv-2736 (E.D. Pa.) | None |
| Scott, Edward | Self | 1987 - 1987 | N/A | No | Brister, et al. v. NFL, 12-cv-3693 (E.D. Pa.) | None |
| Seau, Hunter | Son of Tiaina B. Seau Jr. (suit brought by his guardian ad litem, Gina Seau) | 1990 - 2009 | 1993; 2006 | Yes | Seau v. NFL, et al., 13-cv-1531 (E.D. Pa.) | None |
| Seau, Jake R. | Son of Tiaina B. Seau Jr. | 1990 - 2009 | 1993; 2006 | Yes | Seau v. NFL, et al., 13-cv-1531 (E.D. Pa.) | None |

---

[6] Based on the dates of his NFL play, Robinson was not an eligible member of the Settlement Class and therefore did not formally opt out. However, his daughter, parents, partner, and the Personal Representatives and Co-Administrators of his estate have pending claims against the NFL Defendants in MDL 2323 which, pursuant to the Court's April 12, 2017 Order, are superseded by the Second Amended Complaint. (*See* Order at 1 n.1 & ¶ 6, Apr. 12, 2017, ECF No. 7477 (providing that Second Amended Complaint supersedes all claims in complaints by all "non-Settlement Class Member plaintiffs with pending claims in MDL 2323," including any complaints coordinated or consolidated in MDL 2323 after April 12, 2017); *see also* Order at 1 n.1 & ¶ 2, July 18, 2017, ECF No. 8030.)

Case 2:12-md-02323-AB   Document 8404-3   Filed 09/25/17   Page 9 of 15

APPENDIX A TO MEMORANDUM OF LAW OF DEFENDANTS NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED MASTER ADMINISTRATIVE LONG-FORM COMPLAINT FOR FAILURE TO STATE A CLAIM

| Name | Relation to Former Player | Seasons of Former Player's Career[2] | Operative CBA(s) During Former Player's Career[3] | SFC Filed Against NFL Defendants[4] | Action Pending in MDL Against NFL Defendants | Additional Causes of Action Asserted Against NFL Defendants in SFC |
|---|---|---|---|---|---|---|
| Seau, Luisa | Mother of Tiaina B. Seau Jr. | 1990 - 2009 | 1993; 2006 | Yes | Seau v. NFL, et al., 13-cv-1532 (E.D. Pa.) | None |
| Seau, Sydney B. | Daughter of Tiaina B. Seau Jr. | 1990 - 2009 | 1993; 2006 | Yes | Seau v. NFL, et al., 13-cv-1531 (E.D. Pa.) | None |
| Seau, Tiaina | Father of Tiaina B. Seau Jr. | 1990 - 2009 | 1993; 2006 | Yes | Seau v. NFL, et al., 13-cv-1532 (E.D. Pa.) | None |
| Seau, Tyler C. | Son of Tiaina B. Seau Jr. | 1990 - 2009 | 1993; 2006 | Yes | Seau v. NFL, et al., 13-cv-1531 (E.D. Pa.) | None |
| Seau Jr., Tiaina B. | Self (deceased; suit brought by Bette Hoffman, as Trustee of the Tiaina B. Seau, Jr. 2002 Trust) | 1990 - 2009 | 1993; 2006 | Yes | Seau v. NFL, et al., 13-cv-1531 (E.D. Pa.) | None |
| Smith, Jesse D. | Self | 1959 - 1966 | N/A | Yes | Stabler, et al. v. NFL, et al., 12-cv-4186 (E.D. Pa.) | None |

APPENDIX A TO MEMORANDUM OF LAW OF DEFENDANTS NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED MASTER ADMINISTRATIVE LONG-FORM COMPLAINT FOR FAILURE TO STATE A CLAIM

| Name | Relation to Former Player | Seasons of Former Player's Career[2] | Operative CBA(s) During Former Player's Career[3] | SFC Filed Against NFL Defendants[4] | Action Pending in MDL Against NFL Defendants | Additional Causes of Action Asserted Against NFL Defendants in SFC |
|---|---|---|---|---|---|---|
| Smith, John T. | Self | 1978 - 1990 | 1977; 1982 | No | Monk, et al. v. NFL, et al., 12-cv-3533 (E.D. Pa.) | None |
| Stant, Patrick M. | Self | 1990 - 1990 | N/A | Yes | Demarie, et al. v. NFL, et al., 13-cv-7659 (E.D. Pa.) | Negligence-Monopolist (against the NFL); Negligence with respect to helmets (against the NFL and NFL Properties) |
| Steed, Joel E. | Self | 1992 - 1999 | 1993 | No | Steed v. NFL, et al., 12-cv-1026 (E.D. Pa.) | None |
| Tant, Jay W. | Self | 2000 - 2002 | 1993 | No | Hannah, et al. v. NFL, et al., 12-cv-3379 (E.D. Pa.) | None |
| Tant, Natalie | Spouse of Jay W. Tant | 2000 - 2002 | 1993 | No | Hannah, et al. v. NFL, et al., 12-cv-3379 (E.D. Pa.) | None |
| Truax III, William F. | Self | 1964 - 1973 | 1968 (NFL); 1970 | Yes | Boyd, et al. v. NFL, et al., 12-cv-0092 (E.D. Pa.) | None |

APPENDIX A TO MEMORANDUM OF LAW OF DEFENDANTS NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED MASTER ADMINISTRATIVE LONG-FORM COMPLAINT FOR FAILURE TO STATE A CLAIM

| Name | Relation to Former Player | Seasons of Former Player's Career[2] | Operative CBA(s) During Former Player's Career[3] | SFC Filed Against NFL Defendants[4] | Action Pending in MDL Against NFL Defendants | Additional Causes of Action Asserted Against NFL Defendants in SFC |
|---|---|---|---|---|---|---|
| Walker, George | Self | 1961 - 1967 | N/A | Yes | Anderson, et al. v. NFL, et al., 13-cv-2325 (E.D. Pa.) | None |
| Walls, Charles W. | Self | 1989 - 2003 | 1993 | No | Bauman, et al. v. NFL, et al., 12-cv-4576 (E.D. Pa.) | None |

Case 2:12-md-02323-AB   Document 8404-3   Filed 09/25/17   Page 12 of 15

APPENDIX A TO MEMORANDUM OF LAW OF DEFENDANTS NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED MASTER ADMINISTRATIVE LONG-FORM COMPLAINT FOR FAILURE TO STATE A CLAIM

**Current Opt-Outs Who Do Not Have Pending Actions in MDL 2323 Against NFL Defendants But Have Filed Short Form Complaints Against NFL Defendants[7]**

| Name | Relation to Former Player | Seasons of Former Player's Career | Operative CBA(s) During Former Player's Career[8] | SFC Filed Against NFL Defendants |
|---|---|---|---|---|
| Healy Jr., William | Self | 1969 - 1970 | 1968 (NFL); 1970 | Yes |
| Patrick, Allen | Self | 2009 - 2010 | 2006 | Yes |
| Riggins, Robert J. | Self | 1971 - 1985 | 1970; 1977; 1982 | Yes |
| Stein, Robert A. | Self | 1969 - 1976 | 1968 (AFL); 1970; 1977 | Yes |

---

[7] The information in this chart comes from each individual Plaintiff's SFC filed in MDL 2323.

[8] *See supra* note 3.

APPENDIX A TO MEMORANDUM OF LAW OF DEFENDANTS NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED MASTER ADMINISTRATIVE LONG-FORM COMPLAINT FOR FAILURE TO STATE A CLAIM

**Current Opt-Outs Who Do Not Have Pending Actions in MDL 2323 Against NFL Defendants And Have Not Filed Short Form Complaints Against NFL Defendants**

| Name | Relation to Former Player | Seasons of Former Player's Career[9] | Operative CBA(s) During Former Player's Career[10] |
|---|---|---|---|
| Abdullah, Hamza M. | Self | 2005 - 2011 | 1993; 2006; 2011 |
| Ashley Jr., Walker L. | Self | 1983 - 1990 | 1982 |
| Barnett, Timothy | Self | 1991 - 1993 | 1993 |
| Baugh, Jean M. | Spouse of Thomas Baugh | 1986 - 1989 | 1982 |
| Baugh, Thomas A. | Self | 1986 - 1989 | 1982 |
| Beban, Gary J. | Self | 1968 - 1969 | 1968 (NFL) |
| Bebout, Nick | Self | 1973 - 1980 | 1970; 1977 |
| Cline Jr., Anthony | Self | 1995 - 1999 | 1993 |
| Cooper, Alexander L. | Self | 1985 - 1993 | 1982; 1993 |
| Cosbie, Douglas D. | Self | 1979 - 1988 | 1977; 1982 |
| Davis, Roberta L. | Spouse of Douglas Davis | 1966 - 1972 | 1968 (NFL); 1970 |
| DeCarlo, Arthur S. | Self | 1953 - 1960[11] | N/A |

---

[9] The information in this column comes from NFL.com—which contains certain biographical information regarding current and former NFL players, including the seasons played, *see* http://www.nfl.com/players/search?category=name&filter=lewis&playerType=historical—other publicly available information, or information provided by these opt-outs in connection with their opt-out requests. With respect to opt-outs who are not themselves former players, but instead are the representatives or family members of former players, the information in this column and the "Operative CBA(s) During Former Player's Career" column refers to the career of the relevant former player.

[10] *See supra* note 3.

[11] DeCarlo's Complaint filed in New York Supreme Court states that his NFL career lasted from 1953 to 1961. *See* Civil Action Compl. ¶ 1, *DeCarlo* v. *Nat'l Football League*, No. 161644/2015 (N.Y. Sup. Ct. Nov. 11, 2015).

APPENDIX A TO MEMORANDUM OF LAW OF DEFENDANTS NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED MASTER ADMINISTRATIVE LONG-FORM COMPLAINT FOR FAILURE TO STATE A CLAIM

| Name | Relation to Former Player | Seasons of Former Player's Career[9] | Operative CBA(s) During Former Player's Career[10] |
|---|---|---|---|
| Gabriel, Roman I. | Self | 1962 - 1977 | 1968 (NFL); 1970; 1977 |
| Grier, Roosevelt | Self | 1955 - 1966 | N/A |
| Griffin Jr., Leonard J. | Self | 1986 - 1993 | 1982; 1993 |
| Hamilton, Ben T. | Self | 2001 - 2010 | 1993; 2006 |
| Harrison, Jerome | Self | 2006 - 2011 | 2006; 2011 |
| Harry, Emile M. | Self | 1986 - 1992 | 1982 |
| Hicks, Dwight | Self | 1979 - 1986 | 1977; 1982 |
| Jones, Frederick C. | Self | 1990 - 1993 | 1993 |
| Kelly III, Patrick | Son of Patrick Kelly II | 1988 - 1991 | N/A |
| Kelly II, Patrick J. | Self | 1988 - 1991 | N/A |
| Kelly, Kari B. | Spouse of Patrick Kelly II | 1988 - 1991 | N/A |
| Kenney, Sandra L. | Spouse of William Kenney | 1978 - 1988 | 1977; 1982 |
| Kenney, William P. | Self | 1978 - 1988 | 1977; 1982 |
| Krakau, Mervin F. | Self | 1973 - 1978 | 1970; 1977 |
| Lamana, Virginia P. | Spouse of Pete Lamana | 1946 - 1948 | N/A |
| Lesane, Elizabeth T. | Spouse of Jimmy Lesane | 1952 - 1954 | N/A |
| Lewis, Albert R. | Self | 1983 - 1998 | 1982; 1993 |
| Martin, Christopher | Self | 1983 - 1994 | 1982; 1993 |
| McNair, Todd D. | Self | 1989 - 1996 | 1993 |

13

APPENDIX A TO MEMORANDUM OF LAW OF DEFENDANTS NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED MASTER ADMINISTRATIVE LONG-FORM COMPLAINT FOR FAILURE TO STATE A CLAIM

| Name | Relation to Former Player | Seasons of Former Player's Career[9] | Operative CBA(s) During Former Player's Career[10] |
|---|---|---|---|
| Morey, Sean J. | Self | 1999 - 2009 | 1993; 2006 |
| Nelson, Jimmie D. | Self | 1986 - 1986 | 1982 |
| Niswanger, Rudolph N. | Self | 2006 - 2010 | 2006 |
| Owens, Mel T. | Self | 1981 - 1989 | 1977; 1982 |
| Phillips, Elizabeth D. | Sister of Joseph G. Phillips | 1986 - 1999 | 1982; 1993 |
| Phillips, Joseph G. | Self | 1986 - 1999 | 1982; 1993 |
| Porter, Kevin | Self | 1988 - 1993 | 1993 |
| Ragon, Randy D. | Self | 1978 - 1978 | 1977 |
| Simonini, Ed | Self | 1976 - 1982 | 1977; 1982 |
| Simpson, William | Self | 1962 - 1962 | N/A |
| Sims Jr., George P. | Self | 1949 - 1950 | N/A |
| Smith, Chris M. | Self | 1986 - 1987 | 1982 |
| Smith, Neil O. | Self | 1988 - 2000 | 1993 |
| Still, Arthur B. | Self | 1978 - 1989 | 1977; 1982 |
| Terry, Douglas M. | Self | 1992 - 1995 | 1993 |
| Trufant, Marcus L. | Self | 2003 - 2012 | 1993; 2006; 2011 |