**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO: ALL OPT OUT ACTIONS PENDING AGAINST DEFENDANTS NATIONAL FOOTBALL LEAGUE AND NFL PROPERTIES LLC | Hon. Anita B. Brody |

**PROPOSED ORDER**

**AND NOW**, this _____ day of _____, 2017, upon consideration of the Motion to Dismiss Plaintiffs' Second Amended Master Administrative Long-Form Complaint for Failure to State a Claim filed by the National Football League and NFL Properties LLC, it is hereby **ORDERED** that the Motion is **GRANTED**, and the Second Amended Master Administrative Long-Form Complaint and the applicable Short Form Complaints are dismissed with prejudice.

_____
ANITA B. BRODY, J.