UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br><br>*Lewis, et al.* v. *Kansas City Chiefs Football Club, Inc.*<br><br>and<br><br>*Smith, et al.* v. *Kansas City Chiefs Football Club, Inc.*<br><br>and<br><br>*Kenney, et al.* v. *Kansas City Chiefs Football Club, Inc.*<br><br>and<br><br>*Smith, et al.* v. *Arizona Cardinals Football Club, LLC* | No. 14-cv-01995-AB<br><br><br>No. 14-cv-03383-AB<br><br><br>No. 14-cv-04779-AB<br><br><br>No. 16-cv-01704-AB |

**PROPOSED ORDER**

**AND NOW**, this ____ day of _____, 2017, upon consideration of the Kansas City Chiefs Football Club, Inc. and the Arizona Cardinals Football Club, LLC's Joint Opposition to Plaintiffs' Motions to Remand it is hereby **ORDERED** that Plaintiffs' Motions to Remand are **DENIED**.

                                                                                                                         _____

                                                                                                                          ANITA B. BRODY, J.