# Exhibit 3



**pennsylvania**
DEPARTMENT OF LABOR & INDUSTRY
WORKERS' COMPENSATION OFFICE OF ADJUDICATION

# FATAL CLAIM PETITION FOR COMPENSATION BY DEPENDENTS OF DECEASED EMPLOYEES

EMPLOYEE SOCIAL SECURITY NUMBER OR WC ID NUMBER

DATE OF INJURY: 09-09-2012 (MM-DD-YYYY)

WCAIS CLAIM NUMBER

**EMPLOYEE**
First name: Adrian L.
Last name: Robinson, Jr.
Date of birth: 11/21/1989    Date of death: 05/17/2015
If deceased - Dependent/Guardian/Personal Representative
First name: Adrian L.
Last name: Robinson, Sr.
Address: 1139 Countryside Drive
Address: 
City/Town: Harrisburg    State: PA   ZIP: 17110
County: Dauphin    Telephone:
U.S. Citizen: ✓ Yes    ☐ No

**INJURY INFORMATION**
Description of injury or illness
Chronic Traumatic Encephalopathy ("CTE")

Check if occupational disease ✓

**EMPLOYER**
Name: Pittsburgh Steelers Sport Inc.
Address: 3400 South Water Street
Address:
City/Town: Pittsburgh    State: PA   ZIP: 15203
County: Allegheny
Telephone:    FEIN:

**INSURER or THIRD PARTY ADMINISTRATOR** (if self-insured)
Name:
Address:
Address:
City/Town:    State:    ZIP:
County:
Telephone:    FEIN:
Contact:
NAIC code:    or Insurer code:
Insurer/TPA claim #:

1. Business of employer: Professional football club
2. Time of injury (hour): _____ ☐ a.m. ☐ p.m.
3. The cause of death was Suicide resulting from CTE as given by the Concussion Legacy Foundation at Boston University, Boston, MA
4. The deceased employee incurred the following medical bills (give name of health care provider, address, type of treatment and bill in space below) related to the fatality.
   None
   GIVE NAME AND ADDRESSES. IF NONE, SO STATE.
5. Expenses for the burial amounted to $_____.
   Amount paid by employer $ 0.
6. The wages of deceased employee at the time of accident were $ 7500.00    hour   day ✓ week
7. Notice of injury and/or death was given to employer on 05-17-2015 by _____ NAME OF PERSON REPORTING INJURY/DEATH
   in the following manner _____ STATE WHEN AND TO WHOM NOTICE WAS GIVEN AND IN WHAT MANNER
8. Compensation for disability was paid to the deceased from __-__-____ to __-__-____
   Total amount paid was $_____.

LIBC-363 REV 09-13 (Page 1)

9. Dependents are as follows:

| NAME | ADDRESS | DATE OF BIRTH MM-DD-YYYY | RELATIONSHIP | US CITIZEN |
|---|---|---|---|---|
| Avery Marie Robinson | 1916 W. Girard Ave., Philadelphia, PA | | Daughter | ✓ Yes ☐ No |
| | | | | ☐ Yes ☐ No |
| | | | | ☐ Yes ☐ No |
| | | | | ☐ Yes ☐ No |
| | | | | ☐ Yes ☐ No |

10. Their dependency is ✓ total ☐ partial

11. Petitioner ☐ was ✓ was not   living with the deceased employee at the time of his or her death.

12. The petitioner ☐ is ✓ is not   a widow/widower of the deceased employee.

    a. If petitioner is a widow or widower, state where ceremony was performed and give date of marriage.

    b. Was marriage a common law marriage? ☐ Yes ☐ No

13. This is an Act 46 (firefighter cancer) claim

14. Other _____

15. Is there other pending litigation in this case   ☐ Yes ✓ No   If yes, explain below.

PLEASE ENTER MY APPEARANCE FOR PETITIONER:
Attorney's name  Karl J. Januzzi, Esquire
PA Attorney ID number  65575
Firm name  Shollenberger Januzzi & Wolfe, LLP
Address  2225 Millennium Way
Address  _____
City/Town  Enola              State  PA   ZIP  17025
Telephone  717-728-3200

Date of petition: 06-16-2017

_____
Attorney's signature

_____          Adrian L. Robinson, Sr.
Dependent/Guardian/Personal Representative's signature    Dependent/Guardian/Personal Representative's name (typed/printed)

Notice: This petition must be filled out as fully as possible. The original must be sent to the Workers' Compensation Office of Adjudication, 1010 N. Seventh St, Suite 202, Harrisburg, PA, 17102-1400. You must serve a copy on all other parties, and on the attorneys of all other parties, if the attorneys are known. A Proof of Service must be attached. A Proof of Service is a signed statement signed by you verifying that you have sent a copy of the petition to all parties and their attorneys, if known. Questions regarding the completion of this form may be directed to the Bureau of Workers' Compensation Claims Information Services.

Any individual filing misleading or incomplete information knowingly and with the intent to defraud is in violation of Section 1102 of the Pennsylvania Workers' Compensation Act, 77 P.S. §1039.2, and may also be subject to criminal and civil penalties under 18 Pa. C.S.A. §4117 (relating to insurance fraud).

| Employer Information Services | Claims Information Services | Hearing Impaired | Email |
|---|---|---|---|
| 717.772.3702 | toll-free inside PA: 800.482.2383 | toll-free inside PA TTY: 800.362.4228 | ra-li-bwc-helpline@pa.gov |
| | local & outside PA: 717.772.4447 | local & outside PA TTY: 717.772.4991 | |



*Auxiliary aids and services are available upon request to individuals with disabilities.*
*Equal Opportunity Employer/Program*

LIBC-363 REV 09-13 (Page 2)