# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br><br>Adrian L. Robinson, Sr. and Terri J. Robinson as Personal Representatives and Co-Administrators of the Estate of Adrian Lynn Robinson, Jr., DECEASED, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, INC., et al.<br><br>Defendants. | No. 2:17-cv-2736-AB |

## PROPOSED ORDER

**AND NOW**, this ____ day of _____, 2017, upon consideration of the National Football League, the National Football League Foundation, and NFL Properties LLC's Opposition to Plaintiffs' Motion to Remand or in the Alternative to Re-Designate the Case "Unrelated," it is hereby **ORDERED** that Plaintiffs' Motion to Remand or in the Alternative to Re-Designate the Case "Unrelated" is **DENIED**.

 

_____
ANITA B. BRODY, J.