IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE; NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, | ) No. 2:12-MD-02323 – AB ) ) MDL NO. 2323 ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Diana Nickerson Jacobs, Esquire from Goldberg, Persky & White, P.C., as counsel for Plaintiffs represented by Goldberg, Persky & White, P.C. in the above-captioned matter.

Dated: September 26, 2017                Respectfully submitted,

                                         GOLDBERG, PERSKY & WHITE, P.C.

                              By:        */s/ Diana Nickerson Jacobs*
                                         Diana Nickerson Jacobs, Esquire
                                         djacobs@gpwlaw.com
                                         PA I.D. No. 73733
                                         11 Stanwix Street, Suite 1800
                                         Pittsburgh, PA  15222
                                         (412) 471-3980 (phone)
                                         (412) 471-8308 (facsimile)

                                         Plaintiffs represented by
                                         Goldberg, Persky & White, P.C.