**SEEGERWEISS**LLP

77 Water Street, New York, NY 10005   P 212.584.0700   F 212.584.0799   www.seegerweiss.com

September 26, 2017

**Via ECF**

Honorable Anita B. Brody
United States District Judge
Eastern District of Pennsylvania
James A. Byrnes United States Courthouse
601 Market Street
Philadelphia, PA  19106

    Re:   ***In re National Football League Players' Concussion Injury Litigation***, No. 2:12-md-02323-AB

Dear Judge Brody:

    In accordance with the Court's directive that the joint scheduling proposal submitted to the Court and to Judge Preska of the Southern District of New York in the letter filed on September 15, 2017 (ECF No. 8380) be submitted, instead, in the form of a proposed Order, Co-Lead Class Counsel and the parties to the action captioned *Consumer Financial Protection Bureau v. RD Legal Funding, LLC*, No. 1:17-cv-890-LAP (S.D.N.Y.), **have conferred and** respectfully submit the accompanying Order for the Court's consideration.

                      Respectfully,

                      /s/ Christopher A. Seeger
                      Christopher A. Seeger
                      *Co-Lead Class Counsel*

cc:    All via email

       Michael D. Roth, Esq.
       Benjamin Konop, Esq.
       Melvin Goldberg, Esq.