IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : : | NO. 2:12-md-2323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : : : | Hon. Anita B. Brody |

O R D E R

AND NOW, this 26TH day of September, 2017, upon consideration of the parties letter (ECF No. 8380), IT IS ORDERED that:

- The RD Legal Parties, the Government, and Co-Lead Case shall file via ECF no later than September 29, 2017, separate opening briefs not exceeding 15 pages each. The briefs shall be limited to the legal question of "whether the NFL Concussion Litigation settlement agreement forbids assignments of settlement benefits."

- The RD Legal Parties, the Government, and Co-Lead Counsel shall file via ECF no later than October 13, 2017, separate reply briefs addressing the legal issues raised in the opening briefs. The respective reply briefs filed by the Government and Co-Lead Class Counsel shall not exceed 10 pages each. The RD Legal Parties shall file either a single reply brief not to exceed 20 pages, or two reply briefs (separaely addressing the issues raised by the Government and Co-Lead Class Counsel) not to exceed 10 pages each.

- No party shall be permitted to file a sur-reply brief.

        s/Anita B. Brody

        _____
        Anita B. Brody,  J.

**COPIES VIA ECF ON:**