# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-MD-02323-AB |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, | MDL No. 2323 |
| | Hon. Anita B. Brody |
| Plaintiffs, | |
| v. | |
| National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., | |
| Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE OF APPEARANCE

To the Clerk of Court, kindly enter the appearance of Hai Binh T. Nguyen (California Bar #313503) on behalf of the Consumer Financial Protection Bureau.

Dated: September 29, 2017                      Respectfully submitted,

*/s/ Hai Binh T. Nguyen*
HAI BINH T. NGUYEN (CA 313503)
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, D.C. 20552
Telephone: 202-435-7251
Facsimile: 202-435-7722

E-mail: HaiBinh.Nguyen@cfpb.gov

Attorney for
Consumer Financial Protection Bureau

## **CERTIFICATE OF SERVICE**

   I certify that the foregoing NOTICE OF APPEARANCE was filed electronically on September 29, 2017 and is available for viewing and downloading from the ECF system. The parties have been served via ECF.

                       */s/ Hai Binh T. Nguyen*