# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Gregory Bingham | **Hon. Anita B. Brody** |

## ORDER

**AND NOW,** this _3RD__ day of October, 2017, it is **ORDERED** that the Motion for Exclusion from Settlement Class by Gregory Bingham and Request for Leave to File a Short Form Complaint (ECF No. 8019) is **DENIED**.[1] Gregory Bingham remains in the Settlement Class.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to:

---

[1] The Court granted a similar Motion for Exclusion filed by Shante Carver. *See* (ECF No. 7244). Although both Carver and Bingham failed to include a telephone number in their original opt out request, Bingham's Motion for Exclusion differs from Carver's Motion for Exclusion (ECF No. 7121) in two key ways. Carver's motion was filed only one month after the Effective Date of the settlement and prior to the Organizational Meeting of all Opt Out Plaintiffs (ECF No. 7177). Bingham's motion was filed seven months after the Effective Date and after the Organizational Meeting. Those differences warrant a denial.