UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| **THIS DOCUMENT RELATES TO:** | |
| *Bailey, et al., v. National Football League, et al.,* | No. 2:12-cv-05372-AB |
| *Bauman, et al., National Football League, et al.,* | No. 2:12-cv-03533-AB |
| *Cunningham, et al., v. National Football League, et al.,* | No. 2:12-cv-04574-AB |
| *Henderson, et al., v. National Football et al.,* | No. 2:12-cv-03534-AB |
| *Kapp, et al., v. National Football League, et al.,* | No. 2:12-cv-04575-AB |
| *Kuechenberg, et al., v. National Football League, et al.,* | No. 2:12-cv-03535-AB |
| *Maxwell, et al., v. National Football League, et al.,* | No. 2:12-cv-01023-AB |
| *Monk, et al., v. National Football League, et al.,* | No. 2:12-cv-03533-AB |
| *Morton, et al., v. National Football League, et al.,* | No. 2:12-cv-04087-AB |

1

| | |
|---|---|
| *Pear, et al., v. National Football League, et al.,* | No. 2:12-cv-01025-AB |
| *Sweet v. National Football League, et al.,* | No. 2:12-cv-07214-AB |
| *Wallace v. National Football League, et al.,* | No. 2:12-cv-03715-AB |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the plaintiffs by and through their attorneys of record hereby associates Richard Platel located at 61700 Topaz Drive, LaQuinta, CA 92253, telephone (213) 407-2059 and facsimile (213) 481-1554.

Dated: September 22, 2017

Respectfully Submitted,
GIRARDI AND KEESE

By: /s/ Nicole F. DeVanon
Nicole F. DeVanon
James G. O'Callahan
Attorneys for Plaintiff
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone : (213) 977-0211
Fax : (213) 481-1554

I hereby accept the above association.

Dated: September 29, 2017

By: /s/ Richard Platel
Richard Platel
Attorneys for Plaintiff
61700 Topaz Drive
La Quinta, CA 92253
Telephone: (213) 407-2059
Fax: (213) 481-1554