# Exhibit 4

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

| | | |
|---|---|---|
| 1285 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10019-6064<br>TELEPHONE (212) 373-3000<br><br>LLOYD K. GARRISON (1946-1991)<br>RANDOLPH E. PAUL (1946-1956)<br>SIMON H. RIFKIND (1950-1995)<br>LOUIS S. WEISS (1927-1950)<br>JOHN F. WHARTON (1927-1977)<br><br><br>WRITER'S DIRECT DIAL NUMBER<br>(212) 373-3316<br><br>WRITER'S DIRECT FACSIMILE<br>(212) 492-0316<br><br>WRITER'S DIRECT E-MAIL ADDRESS<br>bkarp@paulweiss.com | UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA<br>NO. 7 DONGSANHUAN ZHONGLU<br>CHAOYANG DISTRICT<br>BEIJING 100020<br>PEOPLE'S REPUBLIC OF CHINA<br>TELEPHONE (86-10) 5828-6300<br><br>12TH FLOOR, HONG KONG CLUB BUILDING<br>3A CHATER ROAD, CENTRAL<br>HONG KONG<br>TELEPHONE (852) 2846-0300<br><br>ALDER CASTLE<br>10 NOBLE STREET<br>LONDON EC2V 7JU, U.K.<br>TELEPHONE (44 20) 7367 1600<br><br>FUKOKU SEIMEI BUILDING<br>2-2 UCHISAIWAICHO 2-CHOME<br>CHIYODA-KU, TOKYO 100-0011, JAPAN<br>TELEPHONE (81-3) 3597-8101<br><br>TORONTO-DOMINION CENTRE<br>77 KING STREET WEST, SUITE 3100<br>P.O. BOX 226<br>TORONTO, ONTARIO M5K 1J3<br>TELEPHONE (416) 504-0520<br><br>2001 K STREET, NW<br>WASHINGTON, DC 20006-1047<br>TELEPHONE (202) 223-7300<br><br>500 DELAWARE AVENUE, SUITE 200<br>POST OFFICE BOX 32<br>WILMINGTON, DE 19899-0032<br>TELEPHONE (302) 655-4410 | MATTHEW W. ABBOTT    MEREDITH J. KANE<br>EDWARD T. ACKERMAN    JONATHAN S. KANTER<br>JACOB A. ADLERSTEIN    ROBERTA A. KAPLAN<br>ALLAN J. ARFFA    BRAD S. KARP<br>ROBERT A. ATKINS    PATRICK N. KARSNITZ<br>DAVID J. BALL    JOHN C. KENNEDY<br>SCOTT A. BARSHAY    BRIAN KIM<br>JOHN F. BAUGHMAN    DAVID M. KLEIN<br>J. STEVEN BAUGHMAN    ALAN W. KORNBERG<br>LYNN B. BAYARD    DANIEL J. KRAMER<br>CRAIG A. BENSON    DAVID K. LAKHDHIR<br>MITCHELL L. BERG    STEPHEN P. LAMB*<br>MARK S. BERGMAN    JOHN E. LANGE<br>DAVID M. BERNICK    GREGORY F. LAUFER<br>JOSEPH J. BIAL    BRIAN C. LAVIN<br>BRUCE BIRENBOIM    DANIEL J. LEFFELL<br>H. CHRISTOPHER BOEHNING    XIAOYU GREG LIU<br>ANGELO BONVINO    JEFFREY D. MARELL<br>JAMES L. BROCHIN    MARCO V. MASOTTI<br>DAVID W. BROWN    EDWIN S. MAYNARD<br>SUSANNA M. BUERGEL    DAVID W. MAYO<br>PATRICK S. CAMPBELL*    ELIZABETH R. McCOLM<br>JESSICA S. CAREY    MARK F. MENDELSOHN<br>JEANETTE K. CHAN    CLAUDINE MEREDITH-GOUJON<br>GEOFFREY R. CHEPIGA    WILLIAM B. MICHAEL<br>ELLEN N. CHING    JUDIE NG SHORTELL*<br>WILLIAM A. CLAREMAN    CATHERINE NYARADY<br>LEWIS R. CLAYTON    JANE B. O'BRIEN<br>JAY COHEN    ALEX YOUNG K. OH<br>KELLEY A. CORNISH    BRAD R. OKUN<br>CHRISTOPHER J. CUMMINGS    KELLEY D. PARKER<br>CHARLES E. DAVIDOW    VALERIE E. RADWANER<br>THOMAS V. DE LA BASTIDE III    CARL L. REISNER<br>ARIEL J. DECKELBAUM    LORIN L. REISNER<br>ALICE BELISLE EATON    WALTER G. RICCIARDI<br>ANDREW J. EHRLICH    WALTER RIEMAN<br>GREGORY A. EZRING    RICHARD A. ROSEN<br>LESLIE GORDON FAGEN    ANDREW N. ROSENBERG<br>ROSS A. FIELDSTON    JACQUELINE P. RUBIN<br>ANDREW C. FINCH    CHARLES F. "RICK" RULE*<br>BRAD J. FINKELSTEIN    RAPHAEL M. RUSSO<br>BRIAN P. FINNEGAN    ELIZABETH M. SACKSTEDER<br>ROBERTO FINZI    JEFFREY D. SAFERSTEIN<br>PETER E. FISCH    JEFFREY B. SAMUELS<br>ROBERT C. FLEDER    DALE M. SARRO<br>MARTIN FLUMENBAUM    TERRY E. SCHIMEK<br>ANDREW J. FOLEY    KENNETH M. SCHNEIDER<br>ANDREW J. FORMAN*    ROBERT B. SCHUMER<br>HARRIS B. FREIDUS    JOHN M. SCOTT<br>MANUEL S. FREY    STEPHEN J. SHIMSHAK<br>ANDREW L. GAINES    DAVID R. SICULAR<br>KENNETH A. GALLO    MOSES SILVERMAN<br>MICHAEL E. GERTZMAN    STEVEN SIMKIN<br>ADAM M. GIVERTZ    JOSEPH J. SIMONS<br>SALVATORE GOGLIORMELLA    AUDRA J. SOLOWAY<br>ROBERT D. GOLDBAUM    SCOTT M. SONTAG<br>NEIL GOLDMAN    TARUN M. STEWART<br>ROBERTO J. GONZALEZ*    ERIC ALAN STONE<br>CATHERINE L. GOODALL    AIDAN SYNNOTT<br>ERIC GOODISON    RICHARD C. TARLOWE<br>CHARLES H. GOOGE, JR.    MONICA K. THURMOND<br>ANDREW G. GORDON    DANIEL J. TOAL<br>UDI GROFMAN    LIZA M. VELAZQUEZ<br>NICHOLAS GROOMBRIDGE    LAWRENCE G. WEE<br>BRUCE A. GUTENPLAN    THEODORE V. WELLS, JR.<br>ALAN S. HALPERIN    STEVEN J. WILLIAMS<br>JUSTIN G. HAMILL    LAWRENCE I. WITDORCHIC<br>CLAUDIA HAMMERMAN    MARK B. WLAZLO<br>BRIAN S. HERMANN    JULIA MASON WOOD<br>MICHELE HIRSHMAN    JENNIFER H. WU<br>MICHAEL S. HONG    BETTY YAP*<br>DAVID S. HUNTINGTON    JORDAN E. YARETT<br>AMRAN HUSSEIN    KAYE N. YOSHINO<br>LORETTA A. IPPOLITO    TONG YU<br>JAREN JANGHORBANI    TRACEY A. ZACCONE<br>BRIAN M. JANSON    TAURIE M. ZEITZER<br>JEH C. JOHNSON    T. ROBERT ZOCHOWSKI, JR.<br><br>*NOT ADMITTED TO THE NEW YORK BAR |

January 26, 2017

*By USPS Express Mail & E-mail*

Heather K. D'Onofrio
The D'Onofrio Firm
303 Chestnut Street 2nd Floor
Philadelphia, PA 19106

*Sagapolutele v. Nat'l Football League*, et al. Case No. 17-cv-00348 (E.D. Pa.)

Dear Ms. D'Onofrio:

      We represent the National Football League and NFL Properties LLC (together, the "NFL Defendants") in *In re: National Football League Players' Concussion Injury Litigation* (No. 2:12-md-02323-AB, MDL No. 2323 (E.D. Pa.)) (the "NFL MDL Litigation"), pending before Judge Anita B. Brody in the United States District Court for the Eastern District of Pennsylvania. We write to demand that you voluntarily dismiss the complaint in the above-captioned action because your client, Yvonne Sagapolutele, individually and as representative of the Estate of Pio Sagapolutele, deceased, is a Settlement Class Member in the NFL MDL Litigation who has waived her and the Estate's rights to bring these litigation claims against the NFL Defendants.

      As you are aware, the parties in the NFL MDL Litigation reached a class action settlement, which was granted final approval by the District Court on April 22, 2015, as amended May 8, 2015, and became effective January 7, 2017. Prior to final approval, all Settlement Class Members—including your client—were provided notice of

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Heather K. D'Onofrio, Esq.      2

the Settlement and the opportunity to opt out. Ms. Sagapolutele chose not to opt out. As a result, she is a Settlement Class Member bound by the terms of the Settlement, including, specifically, the releases and covenants not to sue, and by the Court's Amended Final Order and Judgment entered on May 8, 2015. (*See id.*, Doc. Nos. 6534, 6535.) Accordingly, Ms. Sagapolutele's only relief is through the Settlement program; she is expressly prohibited from bringing the above-captioned action against the NFL Defendants.

For the foregoing reasons, please be advised that if the Complaint is not promptly dismissed against the NFL Defendants, we will seek immediate relief from the Court and we reserve all of our rights and remedies, including the right to seek all costs and expenses associated with any such application and motion practice in the action.

Sincerely,

*Brad S. Karp*

Brad S. Karp

cc: Christopher A. Seeger, Esq. (by email only)
      Louis F. D'Onofrio, Esq. (by email only)
      Justin Demerath, Esq. (by email only)
      David Campbell, Esq. (by email only)