# Exhibit

**Exhibit to Declaration of Christopher A. Seeger in Support of Proposed Allocation**

**AVAILABLE FUNDS**

| | |
|---|---:|
| QSF Fund | $112,838,602.08 |
| Escrow Account | $1,368,050.20 |
| **TOTAL AVAILABLE FUNDS** | **$114,206,652.28** |

**EXPENSES**

| | |
|---|---:|
| Expenses - Fee Petition | $5,682,779.38 |
| Expenses - Post-Fee Petition | $488,775.63 |
| **TOTAL EXPENSES** | **$6,171,555.01** |

**PART I PROPOSED ALLOCATION**

| Firm | Lodestar | Multiplier | Total |
|---|---:|---:|---:|
| Anapol Weiss | $1,857,436.00 | 2.5 | $4,643,590.00 |
| Casey Gerry Schenk | $333,920.00 | 1 | $333,920.00 |
| Dugan Law Firm | $188,340.50 | 1 | $188,340.50 |
| Girard Gibbs | $279,489.00 | 1.25 | $349,361.25 |
| Girardi Keese | $448,190.00 | 1 | $448,190.00 |
| Goldberg Perksy | $262,860.00 | 1 | $262,860.00 |
| Hagens, Rosskopf & Earl | $324,480.00 | 1 | $324,480.00 |
| Hausfeld | $763,917.50 | 1.3 | $993,092.75 |
| Herman Herman & Katz | $89,660.00 | 1 | $89,660.00 |
| Prof. Issacharoff | $800,512.50 | 3.55 | $2,841,819.38 |
| Kreindler & Kreindler | $1,258,400.00 | 1.25 | $1,573,000.00 |
| Levin Sedran & Berman | $4,573,438.75 | 2.25 | $10,290,237.19 |
| Locks Law Firm | $3,084,500.00 | 1.25 | $3,855,625.00 |
| McCorvey Law | $198,780.00 | 1 | $198,780.00 |
| Mitnik Law | $898,612.50 | 0.75 | $673,959.38 |
| NastLaw | $765,060.25 | 1.5 | $1,147,590.38 |
| Podhurst Orseck | $3,005,744.50 | 2.25 | $6,762,925.13 |
| Pope McGlamry | $829,030.00 | 1 | $829,030.00 |
| Rheinhart Wendorf | $14,899.50 | 0.75 | $11,174.63 |
| Rose, Klein & Mariais | $157,969.50 | 1 | $157,969.50 |
| Seeger Weiss | $18,124,869.10 | 3.885 | $70,415,116.45 |
| Brad Sohn | $26,250.00 | 0.75 | $19,687.50 |
| Spector Roseman | $51,708.00 | 0.75 | $38,781.00 |
| Zimmerman Reed | $885,907.25 | 1 | $885,907.25 |
| MoloLamkin/Hangley | $150,000.00 | | $150,000.00 |
| Corboy & Demetrio | $250,000.00 | | $250,000.00 |
| *Total Lodestar - Fee Petition Allocation* | | | *$107,735,097.27* |
| *Contribution Awards to Class Representatives* | | | *$300,000.00* |
| **TOTAL FEES, EXPENSES and AWARDS** | | | **$114,206,652.28** |
| **TOTAL AVAILABLE FUNDS** | | | **$114,206,652.28** |

**PART II LODESTAR**

| | |
|---|---:|
| Anapol Weiss | $66,074.00 |
| Levin Sedran & Berman | $64,767.50 |
| Locks Law Firm | $250,800.00 |
| NastLaw | $44,606.50 |
| Podhurst Orseck | $165,886.50 |
| Seeger Weiss | $4,100,280.00 |
| *Total Lodestar - Post-Fee Petition* | *$4,692,414.50* |