# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Adrian L. Robinson, Sr. and Terri J. Robinson as Personal Representatives and Co-Administrators of the Estate of Adrian Lynn Robinson, Jr., DECEASED, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, INC., et al.<br><br>Defendants. | **Hon. Anita B. Brody**<br><br>No: 2:17-cv-2736-AB |

## ORDER

**AND NOW,** this _12th__ day of October, 2017, it is **ORDERED** that Plaintiffs' Motion to Remand or in the Alternative to Re-Designate the Case "Unrelated" (ECF No. 7945):

- **REMAINS PENDING** with regard to the Motion to Remand and

- is **DENIED** with regard to the Motion to Re-Designate the Case "Unrelated."

The case will remain part of the MDL. Further pretrial proceedings will be consolidated on the same schedule as the pending remand motions in the *Cardinals/Chiefs* cases. (*See* ECF

No. 8030). Plaintiffs may file a reply brief in further support of the Motion to Remand on or before November 24, 2017. The brief shall not exceed twenty-five (25) pages.

Any argument and ruling on this matter will be coordinated with argument and ruling on the NFL Parties' motion to dismiss on preemption grounds.

All discovery proceedings are stayed until further notice of the Court.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                     Copies **MAILED** on _____ to: