# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW,** this __12TH__ day of October, 2017, it is **ORDERED** that, **on or before October 20, 2017**, Co-Lead Counsel for the Riddell litigation and Counsel for the Riddell Defendants must submit to the Court a follow-up scheduling order that includes dates certain. (*See* ECF No. 7709 ¶ 4).

                                                   s/Anita B. Brody

                                                   _____
                                                   ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                       Copies **MAILED** on _____ to: