# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, <br><br> National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc., <br><br> Defendants. | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**MOTION TO FOR LEAVE TO FILE CORRECTED REPLY IN PLACE OF FILED ON OCTOBER 5, 2017 [ECF NO. 8444] AND MOTION FOR ENLARGEMENT OF TIME**

Retired NFL Players Anthony Allen, Brandon Banks, Josh Bell, Fred Bennett, Michael Coe, Emanuel Cook, Dedrick Epps, Steven Harris, Javarris James, Stefan Logan, Tony Nathan, Durwood Roquemore, Maurice Smith, Reggie Smith, Eric Streater and Cornell Webster (collectively the "Movants") respectfully submit this Motion for Leave to File this Corrected Reply in Place of their Reply filed on October 5, 2017 [ECF No. 8444], and in support thereof states as follows:

1. On October 5, 2017, counsel for the Movants filed Movants Reply. The Reply contained scrivener's errors, incorrectly characterized Brown Greer as the claims administrator in another MDL in which it is assisting with claims administration, but not the claims

administrator, and failed to include Exhibit 1.

2. A copy of the Corrected Reply is attached as **Exhibit A**.

3. Movants respectfully request that the Court accept the Corrected Reply and allow the undersigned counsel to file same.

4. Federal Rule of Civil Procedure 6(b)(1)(B) provides:

When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . on motion made after the time has expired if the party failed to act because of excusable neglect.

Fed. R. Civ. Pro. 6(b)(1)(B).

5. The undersigned counsel acted in good faith in preparing and timely filing the Reply, albeit with errors, and has taken steps to cure the erroneous Reply.

WHEREFORE, Movants respectfully request that the Court grant their Motion for Leave to File the Corrected Reply, grant the Motion for Enlargement of Time to allow the motion to be correctly filed in this action *nunc pro tunc* and grant such further relief as this Court deems just and proper.

Dated: October 12, 2017

Respectfully Submitted,

*s/ Michael St. Jacques*
**MICHAEL G. ST. JACQUES, II**
Co-counsel for Plaintiffs/Cobb Objectors
7111 Fairway Drive, Suite 302
Palm Beach Gardens, FL  33418
Phone: 561-615-5701
Fax:    561-615-5708
mstjacques@lorenkeanlaw.com
Florida Bar No. 0783471

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 12, 2017, the foregoing document was electronically filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, and that the filing is available for downloading and viewing from the electronic court filing system by counsel for all parties.

                                                **LOREN & KEAN LAW**

                                                *s/ Michael St. Jacques*
                                                **MICHAEL G. ST. JACQUES, II**