# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW,** this _24_ day of October, 2017, it is **ORDERED** that the Motion for Leave to File Corrected Reply in Place of Filed on October 5, 2017 [ECF No. 8444] and Motion for Enlargement of Time (ECF No. 8456) is **GRANTED**. Movants must file the Corrected Reply on or before October 24, 2017.

s/Anita B. Brody

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: