## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

### ORDER

**AND NOW,** this _16th__ day of October, 2017, upon consideration of Motion of Nonparties Case Strategies Group, IT Strategies Group, Craig Sienema, James McCabe, Liberty Settlement Solutions, LLC, Liberty Contingent Receivables, LCC, Liberty Settlement Funding, JMMHCS Holdings, LCC, and Marc Hermes to Certify Questions for Immediate Appeal and for Stay (ECF No. 8381), it is **ORDERED** that the motion is **DENIED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: