UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO:<br><br>*Stephen Jackson v. National Football League, et al.*, Civil Action No. 2:12-cv-0423-AB | |

## SUGGESTION OF DEATH

Plaintiff, by and through, undersigned counsel, hereby suggests by written notice received on October 17, 2017, that on January 2, 2017, Plaintiff Stephen Jackson died. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Stephen Jackson's Estate.

Dated: October 17, 2017

Respectfully Submitted:

/s/ Nicole F. DeVanon
Girardi & Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017

1

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record on this 17th day of October 2017.

/s/ Nicole F. DeVanon
GIRARDI | KEESE