UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : No. 2:12-md-02323 –AB<br>:<br>: MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | :<br>:<br>: **NOTICE OF WITHDRAWAL OF**<br>: **APPEARANCE** |
| **ANTHONY MISSICK, PLAINTIFF**<br>**Case No. 2:12-cv-00092-AB** | :<br>:<br>: |

Comes Now, Attorney Mark Stallworth and the Smith and Stallworth, P.A. Law Firm, in the above named and numbered cause of action, and hereby notify this Court and all parties that this Notice of Withdrawal of Appearance is submitted on behalf of Mark Stallworth and the Smith and Stallworth, P.A. Law Firm as counsel for Plaintiff ANTHONY MISSICK in this MDL Proceeding.

Filed this _18th_ day of October, 2017 in the United States District Court for the Eastern District of Pennsylvania, MDL 2323.

Respectfully Submitted,

**/s/MARK STALLWORTH**
**MARK STALLWORTH, ESQUIRE**
COUNSEL FOR CLAIMANTS/PLAINTIFFS
FLORIDA BAR NUMBER 0506079
SMITH AND STALLWORTH, P.A.
201 EAST KENNEDY BOULEVARD
SUITE 1475
TAMPA, FLORIDA 33602
TELEPHONE: 813-223-7799
FACSIMILE: 813-223-7711

## CERTIFICATE OF SERVICE

I CERTIFY that the above has been filed with the Clerk of Court's EF/ECM system, which will provide service to all parties designated to receive service this October 18, 2017.

                                           **/s/MARK STALLWORTH**
                                           **MARK STALLWORTH, ESQUIRE**
                                           **COUNSEL FOR CLAIMANTS/PLAINTIFFS**
                                           **FLORIDA BAR NUMBER 0506079**
                                           **SMITH AND STALLWORTH, P.A.**
                                           **201 EAST KENNEDY BOULEVARD**
                                           **SUITE 1475**
                                           **TAMPA, FLORIDA 33602**
                                           **TELEPHONE: 813-223-7799**
                                           **FACSIMILE: 813-223-7711**