# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | § § § § § | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Yvonne Sagapolutele, individually And as representative of the Estate Of Pio Sagapolutele, Deceased On behalf of herself and Others similarly situated,<br>　　Plaintiff<br><br>　　v.<br><br>National Football League and NFL Properties LLC, Successor-in-interest to NFL Properties, Inc.,<br>　　Defendants<br><br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | § § § § § § § § § § § § § § § § § | Civ. Action No. 14-00029-AB |

## SUPPLEMENTAL EVIDENCE IN SUPPORT OF CLASS MEMBER YVONNE SAGAPOLUTELE'S MOTION TO MODIFY THE AMENDED FINAL ORDER AND JUDGMENT [ECF 8263]

Class Member Yvonne Sagapolutele files the attached declaration of Yvonne Sagapolutele as Exhibit 3 in support of her Motion to Modify the Amended Final Order and Judgment ("Motion") [ECF No. 8263].

Dated: October 18, 2017

Respectfully Submitted:

*/s/ Justin B. Demerath*

**Justin Demerath**
Texas State Bar No. 24034415
**David Campbell**
Texas State Bar No. 24057033
O'HANLON, DEMERATH & CASTILLO
808 West Avenue
Austin, TX 78701
Telephone: (512) 494-9949
Facsimile: (512) 494-9919
jdemerath@808west.com
dcampbell@808west.com

**Counsel for Plaintiff and Absent Class Member Yvonne Sagapolutele** *pro hac vice*

**CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 18th day of October, 2017, upon all counsel of record.

Dated: October 18, 2017          */s/ Justin B. Demerath*
                                   Justin B. Demerath