UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | § § § § § | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Yvonne Sagapolutele, individually And as representative of the Estate Of Pio Sagapolutele, Deceased On behalf of herself and Others similarly situated, Plaintiff<br><br>v.<br><br>National Football League and NFL Properties LLC, Successor-in-interest to NFL Properties, Inc., Defendants<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | § § § § § § § § § § § § § § § § § § | Civ. Action No. 14-00029-AB |

## DECLARATION OF YVONNE SAGAPOLUTELE
## PURSUANT TO 28 U.S. CODE § 1746

1. My name is Yvonne Sagapolutele, and I was married to Pio Sagapolutele for nine (9) years until the time of his death.

2. Pio played professional football in the NFL for eight seasons (from 1991–1999) as a defensive tackle for the Cleveland Browns, New England Patriots, and New Orleans Saints.

3. Pio died suddenly on June 7, 2009 at 39 years of age. He is survived by me and our four children.

4. I first retained an attorney to represent me in the above-referenced class action filed against the NFL in January 2016.

5. Prior to January 2016, I was not aware of any deadline to obtain a diagnosis of Chronic Traumatic Encephalopathy ("CTE") for my deceased husband and received no notice of any such deadline.

6. I did not obtain a CTE diagnosis for Pio prior to May 8, 2015 because I did not know there was any deadline to obtain a Death with CTE diagnosis.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the  5  day of October, 2017.

                                                         Yvonne Sagapolutele