UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| **THIS DOCUMENT RELATES TO:**<br><br>Seau, et al. v. National Football League et al., No. 13-cv-01531-AB | |

**MOTION FOR EXTENSION OF PAGE LIMITS**

The Seau Family moves for the right to file Oppositions not to exceed twenty-five (25) pages to the Motions to Dismiss filed by the National Football League and NFL Properties LLC (the "NFL Defendants"), Dkt. Nos. 8403 and 8404 (the "Motions"). The Seau Family first filed their Complaint against the NFL Defendants in January 2013. Since that time, they have sought the opportunity to separately brief their unique claims and to address the arguments raised in the NFL Defendants' Motions. This Court has previously expressed a willingness to permit such separate briefs.

The Seau Family holds unique claims in this Opt Out litigation and the present ten-page (10) limit for briefs by individual Opt Outs (*see* Dkt. No. 8030, ¶ 5) does not afford the Seau Family sufficient space to address their unique arguments.[1] For example, the Seau Family brings independent statutory claims under California law for the wrongful death of one of the league's best-loved players. This Court has never received briefing on how these claims affect the NFL Defendants' arguments regarding preemption or any failure to state a claim. These issues are unlikely to be fully addressed by the general opposition briefs filed by Lead Counsel for all Opt Out Plaintiffs, which will not center on California law. Furthermore, a page extension for the Seau Family's brief is particularly appropriate, as the NFL Defendants sought and received an

---

[1] The Seau Family does not seek any alteration to the present briefing schedule and will file their briefs on or before November 24, 2017.

1

extension of up to fifty (50) pages for each of their Motions.[2]  The NFL Defendants' lengthy briefing raised numerous issues that concern the Seau Family's unique claims.

Accordingly, the Seau Family requests that this Court extend the page limits for the Seau Family's Oppositions to the NFL Defendants' Motions to Dismiss, Dkt. Nos. 8403 and 8404, to twenty-five (25) pages each.

Dated:  October 18, 2017            **RESPECTFULLY SUBMITTED:**

/s/ Megan L. Donohue
Megan L. Donohue

COOLEY LLP
STEVEN M. STRAUSS (SBN 99153)
(SMS@COOLEY.COM)
DENNIS C. CROVELLA (SBN 190781)
(DCROVELLA@COOLEY.COM)
MEGAN L. DONOHUE (SBN 266147)
(MDONOHUE@COOLEY.COM)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

*Attorneys for Plaintiffs Tyler Seau, Sydney Seau, Jake Seau, Gina Seau as guardian ad litem for H. Seau, a minor, and Bette Hoffman, as trustee of the Tiaina B. Seau, Jr. 2002 Trust*

---

[2] On October 7, 2017 counsel for the Seau Family requested that the NFL Defendants stipulate to the twenty-five (25) page extension requested herein, along with a right by the NFL Defendants to file replies of up to fifteen (15) pages.  The NFL Defendants refused.  Subsequently, the NFL Defendants refused the Seau Family's offer to compromise to file Oppositions to the Motions not to exceed fifteen (15) pages.

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing document to be electronically filed with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

Dated:  October 18, 2017

/s/ Megan L. Donohue
Megan L. Donohue
