UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Seau, et al. v. National Football League et al., No. 13-cv-01531-AB | |

**PROPOSED ORDER**

      **AND NOW**, upon consideration of the Seau Family's Motion for Extension of Page Limits, it is hereby ORDERED that the page limit for the Seau Family's Oppositions to the NFL Defendants' Motions to Dismiss, Dkt. Nos. 8403 and 8404, shall be to extended to twenty-five (25) pages each.

      **SO ORDERED** this _____ day of _____, 2017.

_____

Hon. Anita B. Brody
