# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

## ORDER

**AND NOW,** this __19th__ day of October, 2017, upon consideration of Co-Lead Class Counsel's: (1) Motion to Compel Corrective Disclosures by Phillip Timothy Howard, Esquire (a/k/a Dr. Tim Howard, J.D., Ph.D.) and Howard & Associates, P.A.; (2) Motion to Compel Mr. Howard, Howard & Associates, P.A.; and Cambridge Capital Group, LLC, Gail Milon, Mr. Howard, and Jeff Kahn to Respond to Respective Discovery Requests Propounded Upon Them; and (3) Notice to the Court of Certain Conduct by Mr. Howard and His Related Entities (ECF No. 8371), it is hereby **ORDERED** that:

- the Motion to Compel Corrective Disclosures by Phillip Timothy Howard, Esquire (a/k/a Dr. Tim Howard, J.D., Ph.D.) and Howard & Associates, P.A is **DENIED WITHOUT PREDJUDICE**.[1]

---

[1] Corrective disclosures would be considered a remedy. Therefore, Co-Lead Class Counsel may raise this issue again once the Court has heard more evidence on the alleged deceptive practices in question.

- the Motion to Compel Mr. Howard, Howard & Associates, P.A.; and Cambridge Capital Group, LLC, Gail Milon, Mr. Howard, and Jeff Kahn to Respond to Respective Discovery Requests Propounded Upon Them is **GRANTED**.[2]

**On or before November 3, 2017**, Mr. Howard, Howard & Associates, P.A.; and Cambridge Capital Group, LLC, Gail Milon, Mr. Howard, and Jeff Kahn must respond to the propounded discovery requests.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:            Copies **MAILED** on _____ to:

---

[2] The non-parties have made claims of attorney-client privilege. This Order does not make a determination on those claims. Attorney-client privilege may be asserted regarding the discovery requests as long as a privilege log is provided to Co-Lead Class Counsel.