# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br><br> MDL No. 2323 <br><br> Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc., <br><br> Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### CO-LEAD CLASS COUNSEL'S MOTION TO (1) DIRECT CLAIMS ADMINISTRATOR TO WITHHOLD ANY PORTIONS OF CLASS MEMBER MONETARY AWARDS PURPORTEDLY OWED TO CERTAIN THIRD-PARTY LENDERS AND CLAIMS SERVICES PROVIDERS, AND (2) DIRECT DISCLOSURE TO THE CLAIMS ADMINISTRATOR OF EXISTENCE OF CLASS MEMBER AGREEMENTS WITH ALL THIRD PARTIES

Co-Lead Class Counsel respectfully moves the Court to enter an Order (1) directing the Claims Administrator to withhold any portions of Class Member monetary awards purportedly owed by Class Members to certain third-party lenders (including funders and so-called asset purchasers), and claims services providers; and (2) directing all individually-retained counsel and Class Members themselves, if they have not retained individual counsel, to disclose to the Claims

Administrator the existence of and terms of Class Member agreements with all third-party lenders and claims services providers. Such funds should be withheld following the Notice of Monetary Award Claim Determination for each Class Member for which such Notice is issued, pending further order of this Court as to the third parties' entitlement to such funds generally, or until such time as the third party in question shows cause to the Court or the Special Masters as to its entitlement to such funds.

The third parties as to which withholding is sought are the following:

**Lenders**

- Atlas Legal Funding, LLC[1]
- Cambridge Capital Group, LLC[2]
- Cash4Cases, Inc.
- Global Financial Credit, LLC
- HMR Funding, LLC[3]
- Justice Funds/Justicefunds, LLC
- Ludus Capital, LLC
- Peachtree Funding Northeast, LLC/Settlement Funding, LLC[4]
- Pravati Legal Funding/ Pravati Capital, LLC
- RD Legal Funding, LLC[5]
- Thrivest Specialty Funding, LLC
- Top Notch Funding/Top Notch Lawsuit Loans/Top Notch Funding II, LLC
- Walker Preston Capital Holdings, LLC

---

[1] The related entities also included are Atlas Legal Funding I, L.P., and Atlas Legal Funding II, L.P.

[2] The related entities also included are Cambridge Capital Group Equity Option Opportunities, L.P., and Cambridge Capital Partners, L.P.

[3] The related entities also included are HMRF Fund I, LLC and HMRF Fund II, LLC.

[4] The related entities also included are Peachtree Settlement Funding, LLC, Peachtree Originations, LLC, Peachtree Financial Solutions, LLC, Peach Holdings, LLC, PeachHI, LLC, Orchard Acquisition Co. LLC, JGWPT Holdings, LLC, JGWPT Holdings, Inc., J.G. Wentworth, LLC, J.G. Wentworth S.S.C. Limited Partnership, J.G. Wentworth Structured Settlement Funding II, LLC, and Structures Receivables Finance #4, LLC.

[5] The related entities also included are RD Legal Finance, LLC, and RD Legal Funding Partners, LP.

**Claims Services Providers**

- Case Strategies Group (formerly NFL Case Consulting, LLC)
- Legacy Pro Sports, LLC

The reasons supporting this Motion are set forth in the accompanying declaration and memorandum of law.

Dated:  October 23, 2017

Respectfully submitted,

/s/ Christopher A. Seeger
Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
cseeger@seegerweiss.com

*Co-Lead Class Counsel*

**CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing motion, along with the supporting documents, were served electronically via the Court's electronic filing system upon all counsel of record in this matter. True and correct copies of the foregoing motion and supporting documents were served upon the below counsel for the third parties addressed in this Motion or upon the third party itself, if counsel have not communicated previously with Class Counsel. Service is being made via Federal Express, overnight delivery and via email for those with whom Class Counsel previously have communicated via email.

| | |
|---|---|
| Raul J. Sloezen, Esq.<br>Law Offices of Raul J. Sloezen, Esq.<br>130 Sycamore Road<br>Clifton, New Jersey 07012<br>rjsloesen@outlook.com<br>*Counsel for Atlas entities* | Cash4Cases, Inc.<br>228 Park Avenue South<br>New York, NY 10003 |
| Martin L. Black<br>4909 N. Monroe Street<br>Tallahassee, FL 32303<br>mbmblack8@gmail.com<br>*Counsel for Cambridge entities* | Pravati Legal Funding/Pravati Capital<br>4400 N. Scottsdale Rd<br>#9277<br>Scottsdale, AZ 85251 |
| William P. Bray<br>Bray & Long, PLLC<br>2820 Selwyn Avenue, Suite 400<br>Charlotte, North Carolina 28209<br>wbray@braylong.com<br>*Counsel for Global Financial Credit, LLC* | Top Notch Funding/Top Notch Lawsuit Loans<br>c/o The Company Corporation<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| John "Jack" M. Robb, III<br>LeClairRyan<br>919 East Main Street<br>24th Floor<br>Richmond, VA 23219<br>john.robb@leclairryan.com<br>*Counsel for HMR Funding entities* | James Kim<br>Ballard Spahr LLP<br>919 Third Avenue, 37th Floor<br>New York, NY 10022<br>*Counsel of Record in CFPB v. Top Notch II, LLC, e.t. al. (S.D.N.Y. 1:17-cv-07114-GHW) for Top Notch Funding II, LLC* |

4

Mark S. Melodia
Nipun J. Patel
Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
mmelodia@reedsmith.com
npatel@reedsmith.com
*Counsel for Peachtree entities*

Peter C. Buckley
Fox Rothschild LLP
2000 Market St.
20th Floor
Philadelphia PA 19103
pcbuckley@foxrothschild.com
*Counsel for Thrivest Specialty Funding, LLC*

Ricardo A. Reyes
Tobin & Reyes, P.A.
Mizner Park Office Tower
225 E. Mizner Boulevard
Suite 510
Boca Raton, FL 33432
*Counsel for Walker Preston Capital Holdings, LLC and Ludus Capital, LLC*

Dated: October 23, 2017

/s/ Christopher A. Seeger<br>Christopher A. Seeger