# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

On October 12, 2017, the Court issued an order granting the Plaintiffs' motion for leave to file a second amended master administrative complaint (SAMAC-Riddell) against the Riddell Defendants (the "Motion for Leave") (ECF No. 8451).

The Parties then submitted proposed scheduling orders with dates certain in response to the Court's directive (see ECF No. 8452). Based on the Parties' proposals it is **ORDERED** that:

**SAMAC-Riddell and Individual Plaintiffs' SFC-Riddell**

1. The Plaintiffs must file the SAMAC-Riddell on the 2:12-md-2323 docket on or before November 13, 2017.

2. The individual Plaintiffs who wish to proceed with their claims against any of the Riddell Defendants must each file an individual Short Form Complaint ("SFC-Riddell") on both

the 2:12-md-2323 docket and the applicable underlying docket for the given action on or before December 4, 2017.

### Riddell Defendants' Motions to Dismiss

3. The Riddell Defendants may move against the SAMAC-Riddell under the Federal Rules of Civil Procedure, including but not limited to Rule 8, 9(b), and 12(b), on or before January 12, 2018. The Riddell Defendants shall file two motions, with supporting briefs for each: (i) a motion for dismissal on preemption grounds; and (ii) a motion for dismissal of the SAMAC-Riddell or any other relief on any other grounds with respect to the SAMAC-Riddell. Each supporting brief shall not exceed thirty-five (35) pages. The Court will address a scheduling order for and entertain motions as to any individual, player-specific SFC-Riddell after resolution of motions filed against the SAMAC-Riddell.

4. Co-Lead Counsel for Plaintiffs in the Riddell cases may file opposition briefs to the Riddell Defendants' motions to dismiss the SAMAC-Riddell on or before March 13, 2018. Each opposition brief shall not exceed thirty-five (35) pages

5. The Riddell Defendants may file reply briefs in further support of their motions on or before April 27, 2018. Each reply brief shall not exceed thirty (30) pages.

### Motions to Remand

6. Any Plaintiff, who wishes to file a separate motion to remand their actions to their respective transferor courts, must file their motions to remand on or before December 4, 2017. The supporting brief shall not exceed thirty-five (35) pages.

7. Counsel for the Riddell Defendants must file any opposition to the motions to remand on or before January 19, 2018. The consolidated opposition brief(s) shall not exceed thirty-five (35) pages.

8. Any reply briefs in further support of the motions to remand must be filed on or before February 13, 2018. Each brief shall not exceed thirty (30) pages.

**Other Motion Practice and Discovery**

9. Nothing in this Order precludes the Riddell Defendants from filing a new motion to sever.

10. All discovery proceedings remain stayed until further order of the Court.

10/24/2017                                                  s/Anita B. Brody

_____                    _____
            Date                                                      ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to: