IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Hon. Anita B. Brody |

### ORDER

**AND NOW,** this _24th_ day of October, 2017, after considering Plaintiff Yvonne Sagapolutele's Motion to Modify the Amended Final Order and Judgment (ECF No. 8263), it is **ORDERED** that Plaintiff's motion is **DENIED WITHOUT PREJUDICE** to raise the issue at a later time.

Before Plaintiff can attempt the extraordinary action of modifying the Settlement Agreement, she must first show that she would be entitled to recover but for the Death with CTE diagnosis deadline. To make that demonstration, Plaintiff must submit her claim to the Claims Administrator, along with all of the required documentation. If her claim fails, she can go through the appeals process and raise any issues as to why she is entitled to relief—including, but not limited to, the notice issue raised in her motion to modify.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:              Copies **MAILED** on _____ to: