# EXHIBIT A

**DECLARATION OF THE NATIONAL FOOTBALL LEAGUE ALUMNI ASSOCIATION BOARD OF DIRECTORS IN SUPPORT OF MITNICK LAW OFFICE, LLC'S FEE PETITION IN THE MATTER OF**
***In Re National Football League Player's Concussion Injury Litigation***

The members declare, pursuant to 28 U.S.C. Section 1746, based upon each of our personal knowledge, information and belief, the following:

1. Almost four (5) years ago many of us, along with our NFL Alumni Chapter members, began to hear rumblings that concussions may possibly lead to longer-term health issues. We learned that several of our teammates had filed lawsuits against the NFL for their lack of honesty when it came to the League's knowledge in regard to any correlation between concussions and their relationship to our long-term health.

2. The litigation was very confined at the time and based on our own conversations with many of our Chapter Presidents and members, we believe that the lawsuits would have remained confined, or in the very least would have moved at a much slower pace if not for the efforts and passion of a few individuals involved in the litigation, including Craig Mitnick, Esquire.

3. Given how quickly the case picked up momentum and was Settled in such a short time by way of negotiation, many retired NFL players throughout the country can rest more comfortably knowing that the medical testing and financial benefits available to us will increase the quality of our lives.

4. Just as important as the protection of retired NFL players is the fact that athletes, medical doctors and scientific experts are now aware of the effect concussions can have on our brains and the long-term damage they can cause to us. It is now the children and the generations to follow who will benefit forever into the future from our sacrifice.

5. Many retired players initially were extremely cautious to get involved in the lawsuits, given the fear of being labeled incompetent and the fear of being labeled greedy. Craig Mitnick kept our Board of Directors, executive staff, and most importantly, our members informed and up to date during the initial filings of the lawsuits and then educated us with regard to the Settlement terms and why they were so beneficial to all of us. Craig personally convinced many of our Chapter leaders and members around the Country to get involved with the litigation and as Chris Seeger worked so diligently to find a favorable settlement for us, Craig continued to keep us educated, informed and reduced the uncertainty that many of us felt. It was not the money that he spoke about, or a sales pitch to become a client of his firm, rather his passion was grounded upon the awareness of the consequences that concussions could have on our long-term health, as well as on our children and grandchildren's health.

6. Craig continually made sure that retired players in our Chapters had literature that they could take home to their wives and to show other players the benefits of joining the litigation and remaining in the litigation. Whether Craig spoke at the Superbowl, the Hall of Fame, or at NFLAA Chapter meeting, the information received was critical to many retired players' endorsement of the case, as we were able to understand the obstacles we faced and the benefits of the ultimate Settlement.

7. We feel that the hard work, passion, and personal interaction by Craig Mitnick, with hundreds, if not thousands of our members was a driving factor in how quickly the case picked up momentum and how quickly the matter was ultimately endorsed by ninety-nine (99%) percent of our player community.

8. What others may not have realized is that many of our wives were more concerned then we were about our reputations being ruined and our ability to financially support our families being jeopardized, yet after personal conversations with Craig early on, they became as passionate as we became about the case.

9. We are fully aware that Attorneys involved in the case took on different roles at different times and all of them should be commended. However, specifically Chris Seeger's efforts in getting the deal done and Craig Mitnick's efforts in solidifying the Settlement with former players by educating us, keeping us informed and explaining the legalities and benefits of the deal were unmatched. We thank both of them immensely!

10. Lastly, we would like to thank your Honor for the passion, fairness and courage in protecting all of us and for making football a safer sport with the NFL being a safer playing field.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this 17th day of November, 2016.

Name: AL Smith

Signature: [signature]

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this _______ day of November, 2016.

Name: ______________________________

Signature: ___________________________

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this _______ day of November, 2016.

Name: ______________________________

Signature: ___________________________

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this _______ day of November, 2016.

Name: ______________________________

Signature: ___________________________

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this _______ day of November, 2016.

Name: ______________________________

Signature: ___________________________

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this _______ day of November, 2016.

Name: ______________________________

Signature: ___________________________

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this 17 day of November, 2016.

Name: JOHN HAINES

Signature: [signature]

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this _______ day of November, 2016.

Name: ______________________________

Signature: ______________________________

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this _______ day of November, 2016.

Name: ______________________________

Signature: ______________________________

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this _______ day of November, 2016.

Name: ______________________________

Signature: ______________________________

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this _______ day of November, 2016.

Name: ______________________________

Signature: ______________________________

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this 4 day of ~~November~~ December, 2016.

Name: Todd Kalis

Signature: [signature]

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this _______ day of November, 2016.

Name: ______________________

Signature: ______________________

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this _______ day of November, 2016.

Name: ______________________

Signature: ______________________

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this _______ day of November, 2016.

Name: ______________________

Signature: ______________________

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this _______ day of November, 2016.

Name: ______________________

Signature: ______________________

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this day of November, 2016.

Bensley Y. Acca Jr., President Philadelphia Chapter NFLA.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this day of November, 2016.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this day of November, 2016.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this day of November, 2016.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this day of November, 2016.

DECLARATION OF THE NATIONAL FOOTBALL LEAGUE ALUMNI ASSOCIATION BOARD OF DIRECTORS IN SUPPORT OF MITNICK LAW OFFICE, LLC'S FEE PETITION IN THE MATTER OF: *In Re National Football League Player's Concussion Injury Litigation*

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this 28 day of November, 2016.

Name: Erron Q. Kinney

Signature: [signature]

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this _______ day of November, 2016.

Name: ______________________

Signature: ______________________

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this _______ day of November, 2016.

Name: ______________________

Signature: ______________________

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this _______ day of November, 2016.

Name: ______________________

Signature: ______________________

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this _______ day of November, 2016.

Name: ______________________

Signature: ______________________

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this 6 day of ~~November,~~ December 2016.

Name: Kenneth Byers

Signature: [signature]

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this _______ day of November, 2016.

Name: ______________________________

Signature: ______________________________

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this _______ day of November, 2016.

Name: ______________________________

Signature: ______________________________

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this _______ day of November, 2016.

Name: ______________________________

Signature: ______________________________

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on this _______ day of November, 2016.

Name: ______________________________

Signature: ______________________________

DECLARATION OF THE NATIONAL FOOTBALL LEAGUE ALUMNI ASSOCIATION BOARD OF DIRECTORS IN SUPPORT OF MITNICK LAW OFFICE, LLC'S FEE PETITION IN THE MATTER OF: *In Re National Football League Player's Concussion Injury Litigation*