# EXHIBIT B-3

| Last Name, First Name | Professional level: Partner (PT) Of Counsel (OC), Associate (A), Contract (C), or Paralegal (PR) | Date of Service: | Category: | Detailed Description of Work performed: | Billing Rate: | Time spent (by 0.1 increments) | Fees Total: |
|---|---|---|---|---|---|---|---|
| Mitnick, Craig | (PT) Partner | 9/26/2013 | (11) Settlement | Research / gather/ mass email (1250) regarding consequences of opting out of the settlement, benefits of Settlement and remaining a member of the class. | 750 | 4.8 | 3,600.00 |
| Mitnick, Craig | (PT) Partner | 9/25/2013 | (11) Settlement | Revise and finalize the "Proposed Settlement Highlights" FAQs Legal Analysis | 750 | 6.4 | 4,800.00 |
| Mitnick, Craig | (PT) Partner | 9/24/2013 | (11) Settlement | travel to NY, meeting w/Chris Seeger, return travel | 750 | 4.2 | 3,150.00 |
| Mitnick, Craig | (PT) Partner | 9/23/2013 | (11) Settlement | Email correspondence from spouse of former NFL player Arnette Young. | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 9/23/2013 | (11) Settlement | Strategy meeting with Ira Pintel; endorsement of the settlement | 750 | 4 | 3,000.00 |
| Mitnick, Craig | (PT) Partner | 9/21/2013 | (11) Settlement | Follow up phone call with NFLAA, Bart Oates, in reference to Q&A and concussion settlement for his chapter. | 750 | 0.7 | 525 |
| Mitnick, Craig | (PT) Partner | 9/20/2013 | (11) Settlement | Phone Call w/follow up email with former NFL player Bart Oates in reference to Q and A and concussion settlement for his chapter. | 750 | 1.3 | 975 |
| Mitnick, Craig | (PT) Partner | 9/16/2013 | (11) Settlement | Email correspondence from Lee Hanson, media reporter, regarding Settlement | 750 | 0.3 | 225 |
| Mitnick, Craig | (PT) Partner | 9/11/2013 | (11) Settlement | Online updates to players that reflect the most recent Settlement terms / information and next steps after recent announcement of Settlement | 750 | 0.9 | 675 |
| Mitnick, Craig | (PT) Partner | 9/10/2013 | (11) Settlement | Email correspondence resulting in conference phone call with former player Christopher Cole and engaged in a lengthy conversation regarding the settlement and endorsement. | 750 | 0.9 | 675 |
| Mitnick, Craig | (PT) Partner | 9/10/2013 | (11) Settlement | Email with former NFL player Bob Mishak, Jr questions about what process ensues if he opt out | 750 | 0.2 | 150 |
| Mitnick, Craig | (PT) Partner | 9/10/2013 | (11) Settlement | Email correspondence from former NFL player Charles King regarding settlement endorsement. | 750 | 0.3 | 225 |
| Mitnick, Craig | (PT) Partner | 9/4/2013 | (11) Settlement | Final revisions and additions to the educational materials for retired NFL players dissemination | 750 | 5.2 | 3,900.00 |
| Mitnick, Craig | (PT) Partner | 9/4/2013 | (11) Settlement | Follow up phone call correspondence with Derrick Ellison in reference to his father regarding staying in the settlement vs opting-out. | 750 | 0.8 | 600 |

| Last Name, First Name | Professional level: Partner (PT), Of Counsel (OC), Associate (A), Contract (C), or Paralegal (PR) | Date of Service: | Category: | Detailed Description of Work performed: | Billing Rate: | Time spent (by 0.1 increments) | Fees Total: |
|---|---|---|---|---|---|---|---|
| Mitnick, Craig | (PT) Partner | 9/2/2013 | (11) Settlement | Receive and respond to email, correspondence with Derrick Ellison in reference to his father, former NFL player, regarding staying in the settlement vs opting-out. | 750 | 0.4 | 300 |
| Mitnick, Craig | (PT) Partner | 9/2/2013 | (11) Settlement | Research and rough draft for the composition of educational materials for Isiah Robertson -NFLPA | 750 | 6.5 | 4,875.00 |
| Mitnick, Craig | (PT) Partner | 7/12/2013 | (11) Settlement | R/R-ECF- NOTICE OF FILING OF CTO OF PUBLICATION OF BRIEFING SCHEDULE (CTO-64) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 7/8/2013 | (11) Settlement | R/R-ECF- NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-63) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 7/3/2013 | (11) Settlement | R/R-ECF- NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-62) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 6/20/2013 | (11) Settlement | R/R-ECF- NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-61) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 6/17/2013 | (11) Settlement | R/R-ECF- NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-60) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 6/10/2013 | (11) Settlement | R/R-ECF- ORDER LIFTING STAY OF CTO-56 | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 6/6/2013 | (11) Settlement | R/R-ECF- NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-59) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 5/30/2013 | (11) Settlement | R/R-ECF- CONDITIONAL TRANSFER ORDER FILED TODAY (CTO-57) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 5/30/2013 | (11) Settlement | R/R-ECF- NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-58) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 5/21/2013 | (11) Settlement | R/R-ECF- NOTICE OF FILED OPPOSITION TO CTO-56 AND PUBLICATION OF BRIEFING SCHEDULE | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 5/14/2013 | (11) Settlement | R/R-ECU- NOTICE OF FILING OF CTO PUBLICATION AND BRIEFING SCHEDULE (CTO-56) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 5/3/2013 | (11) Settlement | R/R-ECF- NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-54) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 5/3/2013 | (11) Settlement | R/R-ECF- XYZ CASES ENTERED | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 4/11/2013 | (11) Settlement | read and summarize transcript of oral arguments before Honorable Anita B. Brody, United States District Court. | 750 | 2.4 | 1,800.00 |
| Mitnick, Craig | (PT) Partner | 4/3/2013 | (11) Settlement | Edit and finalize/place in electronic format "Proposed NFL Concussion Settlement" for distribution among all former NFL players explaining and endorsing the class. Created for dissemination throughout the US, provided copies to NFLAA Chapter President | 750 | 7.6 | 5,700.00 |

| Last Name, First Name | Professional level: Partner (PT) or Counsel (OC) or Associate (A), Contract (C) or Paralegal (PR) | Date of Service: | Category: | Detailed Description of Work Performed: | Billing Rate: (by 0.1 | Time spent (0.1 increments) | Fees Total: |
|---|---|---|---|---|---|---|---|
| Mitnick, Craig | (PT) Partner | 4/1/2013 | (11) Settlement | R/R correspondence from Jeff Nixon regarding the Settlement. | 750 | 6.2 | 4,650.00 |
| Mitnick, Craig | (PT) Partner | 3/26/2013 | (11) Settlement | Creation; research and rough draft for the composition of Proposed NFL Concussion Settlement which will be used to support the class and educated the players in terms that are easily understandable. | 750 | 0.4 | 300 |
| Mitnick, Craig | (PT) Partner | 3/16/2013 | (11) Settlement | Email with Tyrone and Amy Williams who provided further information regarding settlement. | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 2/14/2013 | (11) Settlement | R/R-ECF- ERRATA | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 2/4/2013 | (11) Settlement | R/R-ECF- XYZ ENTERED | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 1/31/2013 | (11) Settlement | R/R-ECF- ORDER OF TRANSFEREE COURT—(LIAISON COUNSEL ASSIGNMENT) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 1/25/2013 | (11) Settlement | R/R-ECF- MOTION TO VACATE CONDITIONAL TRANSFER ORDER WITH BRIEF IN SUPPORT (CTO-42) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 1/24/2013 | (11) Settlement | R/R-ECF- CONDITIONAL TRANSFER ORDER FINALIZED (CTO-44) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 1/16/2013 | (11) Settlement | R/R-ECF- NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-44) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 1/11/2013 | (11) Settlement | R/R-ECF- RESPONSE IN OPPOSITION TO MOTION TO VACATE CTO-38 | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 1/11/2013 | (11) Settlement | R/R-ECF- NOTICE OF FILED OPPOSITION TO CTO-42 AND PUBLICATION OF BRIEFING | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 1/10/2013 | (11) Settlement | Phone conference (participate/regarding Montana v. NFL Concussion conference call | 750 | 0.8 | 600 |
| Mitnick, Craig | (PT) Partner | 1/9/2013 | (11) Settlement | R/R-ECF- NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-43) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 1/7/2013 | (11) Settlement | Email with Jean Mack in reference to her husband, William "Red" Mack. | 750 | 0.2 | 150 |
| Mitnick, Craig | (PT) Partner | 1/7/2013 | (11) Settlement | Email from Todd Weiner providing updated biographical information. | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 1/5/2013 | (11) Settlement | R/R-ECF-XYZ CASES ENTERED | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 1/3/2013 | (11) Settlement | R/R-ECF- NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-42) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 1/3/2013 | (11) Settlement | R/R-ECF- NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-41) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 12/26/2012 | (11) Settlement | R/R-ECF- NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-41) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 12/21/2012 | (11) Settlement | R/R-ECF- MOTION TO VACATE CONDITIONAL TRANSFER ORDER WITH BRIEF IN SUPPORT (CTO-38) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 12/13/2012 | (11) Settlement | R/R-ECF- HEARING ORDER | 750 | 0.1 | 75 |

| Last Name, First Name | Professional level: Partner (PT), Of Counsel (OC), Associate (A), Contract (C), or Paralegal (PR) | Date of Service: | Category: | Detailed Description of Work performed: | Billing Rate: | Time Spent (by 0.1 increments) | Fees Total: |
|---|---|---|---|---|---|---|---|
| Mitnick, Craig | (PT) Partner | 12/12/2012 | (11) Settlement | R/R to email correspondence with Jolene Alexis, the wife of Rick Alexis regarding the Settlement and the benefits. | 750 | 0.3 | 225 |
| Mitnick, Craig | (PT) Partner | 12/10/2012 | (11) Settlement | R/R-ECF- REPLY TO RESPONSE TO MOTION TO VACATE CTO-34 | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 12/7/2012 | (11) Settlement | R/R-ECF- NOTICE OF FILED OPPOSITION TO CTO-38 AND PUBLICATION BRIEFING SCHEDULE | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 12/7/2012 | (11) Settlement | R/R- NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 11/15/2012 | (11) Settlement | Email: from former player Greg Estandia in reference to process for suit | 750 | 0.2 | 150 |
| Mitnick, Craig | (PT) Partner | 11/12/2012 | (11) Settlement | R/R-ECF- ORAL ARGUMENT STATEMENT | 750 | 0.2 | 150 |
| Mitnick, Craig | (PT) Partner | 10/10/2012 | (11) Settlement | Email with Brooke Brownie in reference to his father who has since passed away. Inquiring about settlement. | 750 | 0.2 | 150 |
| Mitnick, Craig | (PT) Partner | 9/26/2012 | (11) Settlement | R/R- Conditional Transfer Order Filed Today | 750 | 0.2 | 150 |
| Mitnick, Craig | (PT) Partner | 9/26/2012 | (11) Settlement | R/R- Notice of filing of CTO and Publication of Briefing Schedule- Oppositions due on or before 10/03/2012 | 750 | 0.2 | 150 |
| Mitnick, Craig | (PT) Partner | 9/20/2012 | (11) Settlement | R/R-ECF- NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-29) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 9/11/2012 | (11) Settlement | R/R-ECF- NOTICE OF FILED OPPOSITION TO CTO-27 AND PUBLICATION BRIEFING Corporate Disclosure Statement due on or before 9/25/2012 | 750 | 0.2 | 150 |
| Mitnick, Craig | (PT) Partner | 9/10/2012 | (11) Settlement | R/R-ECF- NOTICE OF FILING OF CTO AND PUBLICATION BRIEFING SCHEDULE Oppositions due on or before 9/17/2012 | 750 | 0.2 | 150 |
| Mitnick, Craig | (PT) Partner | 9/4/2012 | (11) Settlement | R/R-ECF- MINUTE ORDER Motion to Stay Briefing of Motion to Vacate Conditional Transfer Order filed by Plaintiff Shaun Gayle is Denied | 750 | 0.2 | 150 |
| Mitnick, Craig | (PT) Partner | 9/3/2012 | (11) Settlement | Review and research then summarize: LONG FORM COMPLAINT ON PREEMPTION GROUNDS | 750 | 2.1 | 1,575.00 |
| Mitnick, Craig | (PT) Partner | 8/29/2012 | (11) Settlement | R/R-ECF- NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-26) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 8/27/2012 | (11) Settlement | R/R-ECF- RESPONSE IN OPPOSITION TO MOTION TO VACATE CTO Defendants Buccaneers Limited Partners, Buffalo Bills, Detroit Lions, Miami Dolphins, National Football League, Philadelphia Eagles. | 750 | 0.3 | 225 |

| Last Name, First Name | Professional level: Partner (PT), Of Counsel (OC), Associate (A), Contract (C), or Paralegal (PR) | Date of Service: | Category: | Detailed Description of Work performed: | Billing Rate: | Time Spent (by 0.1 increments) | Fees Total: |
|---|---|---|---|---|---|---|---|
| Mitnick, Craig | (PT) Partner | 8/27/2012 | (11) Settlement | R/R-ECF: RESPONSE IN OPPOSITION TO MOTION TO VACATE CTO Defendants: All American Sports Corporation, Riddell Inc., | 750 | 0.2 | 150 |
| Mitnick, Craig | (PT) Partner | 8/21/2012 | (11) Settlement | R/R-ECF: NOTICE OF FILED OPPOSITION TO CTO-24 AND PUBLICATION OF BRIEFING SCHEDULE | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 8/21/2012 | (11) Settlement | R/R-ECF: NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-25) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 8/20/2012 | (11) Settlement | R/R-ECF: CORPORATE DISCLOSURE STATEMENT Identifying Corporate Parent No Parent Corp for Detroit Lions, LTD | 750 | 0.2 | 150 |
| Mitnick, Craig | (PT) Partner | 8/20/2012 | (11) Settlement | R/R-ECF: CORPORATE DISCLOSURE STATEMENT Identifying Corporate Parent No Parent Corp. for Buffalo Bills, Inc. | 750 | 0.3 | 225 |
| Mitnick, Craig | (PT) Partner | 8/20/2012 | (11) Settlement | R/R-ECF: CORPORATE DISCLOSURE STATEMENT Identifying Corporate Parent Philadelphia Eagles Limited Partnership, Other Affiliate Philadelphia Eagles, Inc. | 750 | 0.2 | 150 |
| Mitnick, Craig | (PT) Partner | 8/20/2012 | (11) Settlement | R/R-ECF: CORPORATE DISCLOSURE STATEMENT Identifying Corporate Parent No Parent Corp. for Miami Dolphins, LTD | 750 | 0.3 | 225 |
| Mitnick, Craig | (PT) Partner | 8/20/2012 | (11) Settlement | R/R-ECF: CORPORATE DISCLOSURE STATEMENT Identifying Other Affiliate Tampa Bay Broadcasting, Inc. for Buccaneers Limited Partners. | 750 | 0.3 | 225 |
| Mitnick, Craig | (PT) Partner | 8/16/2012 | (11) Settlement | R/R-ECF: NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-24) Oppositions due on or before 8/23/2012. | 750 | 0.2 | 150 |
| Mitnick, Craig | (PT) Partner | 8/7/2012 | (11) Settlement | R/R-ECF: NOTICE OF FILING OF CTO PUBLICATION AND BRIEFING SCHEDULE (CTO-23) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 8/6/2012 | (11) Settlement | R/R-ECF: NOTICE OF FILED OPPOSITION TO CTO-21 WITH MOTION AND BRIEF AND PUBLICATION BRIEFING SCHEDULE Briefing Schedule is set as follows: Notices of Appearance due on or before 8/20/2012. Corporate Disclosure Statements due on or before 8/20/2012. | 750 | 0.3 | 225 |
| Mitnick, Craig | (PT) Partner | 7/23/2012 | (11) Settlement | PRESS RELEASE - Preparation, research, final draft, and release coordination for; AS NFL TRAINING CAMPS BEGIN, LAWSUITS CONTINUE TO BE FILED | 750 | 2 | 1,500.00 |
| Mitnick, Craig | (PT) Partner | 7/6/2012 | (11) Settlement | Discussion regarding the benefits of the Settlement and the Class with Richard Acherman. | 750 | 0.5 | 375 |

| Last Name, First Name | Professional level: Partner (PT), Of Counsel (OC), Associate (A), Contract (C), or Paralegal (PR) | Date of Service: | Category: | Detailed Description of Work performed: | Billing Rate: | Time spent (by 0.1 increments) | Fees Total: |
|---|---|---|---|---|---|---|---|
| Mitnick, Craig | (PT) Partner | 6/18/2012 | (11) Settlement | R/R- ECF- NOTICE OF FILING CTO AN PUBLICATION OF BRIEFING SCHEDULE (CTO-14) Oppositions due on or before 6/12/2012 | 750 | 0.3 | 225 |
| Mitnick, Craig | (PT) Partner | 5/25/2012 | (11) Settlement | R/R- ECT- CONDITIONAL TRANSFER ORDER FINALIZED (CTO-10) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 5/25/2012 | (11) Settlement | R/R- ECF-NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULING (CTO-11) Oppositions due on or before 6/1/2012 | 750 | 0.3 | 225 |
| Mitnick, Craig | (PT) Partner | 5/17/2012 | (11) Settlement | R/R- ETC- NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-10) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 5/16/2012 | (11) Settlement | R/R- ECT- ORAL ARGUMENT STATEMENT | 750 | 0.6 | 450 |
| Mitnick, Craig | (PT) Partner | 5/16/2012 | (11) Settlement | R/R- ECT- RESPONSE IN OPPOSITION TO MOTION TO VACATE CTO | 750 | 1 | 750 |
| Mitnick, Craig | (PT) Partner | 5/16/2012 | (11) Settlement | R/R-ECT- ORAL ARGUMENT STATEMENT Defendants: Riddell Sports Group, Inc. | 750 | 0.2 | 150 |
| Mitnick, Craig | (PT) Partner | 5/16/2012 | (11) Settlement | R/R- ECT- RESPONSE IN OPPOSITION TO MOTION TO VACATE CTO Filed by defendant National Football League, Inc. | 750 | 0.2 | 150 |
| Mitnick, Craig | (PT) Partner | 5/3/2012 | (11) Settlement | PHONE CONVERSATION WITH KEITH BALDWIN REGARDING THE STATUS OF PENDING LITIGATION AND THE BENEFITS OF THE LAWSUIT. | 750 | 0.6 | 450 |
| Mitnick, Craig | (PT) Partner | 5/3/2012 | (11) Settlement | R/R-ECF- CONDITIONAL TRANSFER ORDER FILED TODAY (CTO-8) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 4/26/2012 | (11) Settlement | R/R-ECF- ERRATA | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 4/25/2012 | (11) Settlement | R/R-ECF- ORAL ARGUMENT STATEMENT | 750 | 0.4 | 300 |
| Mitnick, Craig | (PT) Partner | 4/25/2012 | (11) Settlement | R/R-ECF- MOTION TO VACATE CONDITIONAL TRANSFER ORDER BRIEF IN SUPPORT (CTO-6) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 4/24/2012 | (11) Settlement | R/R-ECF- NOTICE OF APPEARANCE FOR CTO-6 | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 4/17/2012 | (11) Settlement | R/R-ECF- NOTICE OF POTENTIAL TAG-ALONG | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 4/11/2012 | (11) Settlement | PRESS RELEASE - Preparation, research, gathering 1 quote from key decision-making retired player spouse Susan Clark (Alex Karra's wife), final draft, and release coordination. Endorsing the suit was successful | 750 | 3.2 | 2,400.00 |
| Mitnick, Craig | (PT) Partner | 4/11/2012 | (11) Settlement | R/R- ECF- NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 4/5/2012 | (11) Settlement | R/R-ECF-XYZ CASES ENTERED | 750 | 0.1 | 75 |

| Last Name, First Name | Professional level: Partner (PT), Of Counsel (OC), Associate (A), Contract (C), or Paralegal (PR) | Date of Service | Category | Detailed Description of Work performed | Billing Rate | Time spent (by 0.1 increments) | Fees Total |
|---|---|---|---|---|---|---|---|
| Mitnick, Craig | (PT) Partner | 3/24/2012 | (11) Settlement | PRESS RELEASE - Preparation, research, gathering 1 quote from key decision-making retired player Mark Rypien, final draft, and release coordination for: SUPERBOWL XXVI MVP AND TWO-TIME PRO-BOWLER, MARK RYPIEN JOINS CONCUSSION BATTLE | 750 | 3 | 2,250.00 |
| Mitnick, Craig | (PT) Partner | 3/12/2012 | (11) Settlement | R/R-ECF- CONDITIONAL TRANSFER ORDER FINALIZED (CTO-4) | 750 | 0.1 | 75 |
| Mitnick, Craig | (PT) Partner | 2/16/2012 | (11) Settlement | PRESS RELEASE - Preparation, video, research, final draft, and release coordination for: "NFL "concussion" case allege fraud and negligence against the NFL...." Boost player awareness of NFL class-action. Successful endorsement of the suit. | 750 | 2.4 | 1,800.00 |
| Mitnick, Craig | (PT) Partner | 2/14/2012 | (11) Settlement | Video for motivating the case bill. Shoot-time, editing of footage, and publication of video. | 750 | 8.2 | 6,150.00 |
| Mitnick, Craig | (PT) Partner | 2/10/2012 | (11) Settlement | PRESS RELEASE - Preparation, research, gathering 1 quote from key decision-making retired player Britt Hager, final draft, and release coordination for: "62 MORE FORMER NFL PLAYERS FILE SUIT IN PHILADELPHIA" | 750 | 1.6 | 1,200.00 |
| Mitnick, Craig | (PT) Partner | 2/10/2012 | (11) Settlement | PRESS RELEASE - Preparation, research, gathering 1 quote from key decision-making retired player Rich Miano, final draft, and release coordination for: "NEW SITE PROVIDES DIRECT ACCESS TO NFL CONCUSSION NEWS FOR RETIRED PLAYERS AND MEDIA" | 750 | 1.6 | 1,200.00 |
| Mitnick, Craig | (PT) Partner | 2/9/2012 | (11) Settlement | Prewriting persuasive text, evaluation of resources, and edits of final language used for video to promote the NFL Concussion matter - Center City Film and Video productions | 750 | 6.2 | 4,650.00 |
| Mitnick, Craig | (PT) Partner | 2/1/2012 | (11) Settlement | PRESS RELEASE - Preparation, research, gathering 1 quote from key decision-making retired player Seth Joyner, final draft, and release coordination for: "MORE NFL LAWSUITS FILED AND PLAYERS BEGIN TO TAKE A STANCE" | 750 | 2.9 | 2,175.00 |
| Mitnick, Craig | (PT) Partner | 1/23/2012 | (11) Settlement | R/R UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT (NO. 05-2386) | 750 | 1.1 | 825 |

| Last Name, First Name | Professional level: Partner (PT), Of Counsel (OC), Associate (A), Contract (C), or Paralegal (PR) | Date of Service: | Category: | Detailed Description of Work performed: | Billing Rate: | Time spent (by 0.1 increments) | Fees Total: |
|---|---|---|---|---|---|---|---|
| Mitnick, Craig | (PT) Partner | 1/13/2012 | (11) Settlement | PRESS RELEASE - Preparation, research, gathering 4 quotes from key decision-making retired players, final draft, and release coordination for; "Growing List of Former NFL Players Join Together as A Team Once Again€ | 750 | 3.8 | 2,850.00 |
| Mitnick, Craig | (PT) Partner | 8/5/2011 | (11) Settlement | ANALYZE COLLECTIVE BARGAINING AGREEMENT AND UNDERSTAND LABOR/PREEMPTION ISSUES THAT MAY APPLY TO COGNITIVE INJURY DURING EMPLOYMENT | 750 | 6.5 | $ 4,875.00 . |

| Date | Description |
|---|---|
| 7/7/2016 | Campaign to avoid Supreme Court appeal by contact with retired players, NFLAA conference call (Picarcik), conference call NFLPA (Robertson), call w/Rich Miano, call to Mary Clair at Associated Press to place more pressure on objectors. |
| 6/14/2016 | Dinner meeting with Joe Picarcik regarding follow up status and further possible Supreme Court appeal. Steps taken and next move. |
| 6/12/2016 | Conference call with Jeff Nixon regarding strategy to avoid possible Supreme court appeal. Reviewed mailing lists and appellants names / cross checking / discussed other mailing lists possible |
| 6/10/2016 | Telephone campaign with phone calls and emails to personal clients explaining the delay if Supreme Court appeal is filed. Need to sway player opinion involved |
| 6/8/2016 | Re-edit and disseminate video titled "Settlement Urgency" to sway opinion on possible Supreme Court appeal and consequences on urgent benefits" and effective date. |
| 5/16/2016 | Research, revise and develop current "Concussion Settlement Delays and why no further appeal should be taken ". Additional written presentation and FAQ's for dissemination to NFLPA class members via email and hardcopy handout via Isaiah Robertson (P |
| 5/16/2016 | Preparation, research, and coordination for conference call with NFLAA chapter alumni including several wives regarding current status of settlement, reasons for delay, pro se representation, spousal compensation, registration process, other general |
| 5/15/2016 | Research, Draft, finalize, package and send detailed trifold brochure (hardcopy) dissemination to retired NFLPA player Chapters for subsequent distribution to NFLPA member players. |
| 5/12/2016 | Presentation to NFL Alumni Tennessee Chapter players in Nashville, TN and subsequent individual Q&A - attending retired players / focus on Settlement and benefit if NO Supreme Court appeal is filed. Consequences to all players needing compensation an |
| 5/11/2016 | Research of attendees, list of Appellants, current developments, draft, develop and finalize hardcopy presentation for Nashville retired player presentation. Prepare agenda and questions for Q and A with retired alumni |
| 4/14/2016 | Nation annual alumni Player Reception with alumni BOD and retired player members |
| 4/13/2016 | Travel to Phoenix, AZ. |
| 4/11/2016 | Draft initial text, layout, and research for up to date settlement brochure to be distributed to BOD and Presidents of NFLAA alumni in AZ. |
| 6/15/2015 | (Day 2) The Ron Jaworski Celebrity Gold Challenge - Alumni executives, member retired players and BOD |
| 6/14/2015 | The Ron Jaworski Celebrity Gold Challenge - Alumni executives, member retired players and BOD Day1 |
| 5/24/2015 | Mass conference call endorsing and explanation of the settlement to retired NFL players |
| 5/24/2015 | Preparation, research, and coordination for mass conference call answering (over 50) targeted question. Player questions were emailed prior to the call for review and research to gather all current information endorsing the settlement. |
| 4/2/2015 | Preparation, research and coordination for phone conference with Mark St. Pierre / UI health, status of settlement, NFLPA endorsement. |

| Date | Description |
|---|---|
| 2/5/2015 | Prep and presentation to the NFLAA in Franklin, TN to go over Judge Brody's ruling and the latest updates regarding the Settlement and benefit endorsement |
| 2/4/2015 | Draft, prepare, format for DPI printers and finalize hardcopy presentation materials and power-point for the Nashville retired player presentation. |
| 11/29/2014 | Open forum alterations, revamp for closing forum. Copy all quotes and republish. Monitoring week of 11/23 - 11/29. . |
| 11/19/2014 | Final fairness hearing - USDC Philadelphia and follow-up with key retired player/influencers providing summary of final fairness hearing. |
| 11/15/2014 | BROWN GREER FIRM RESEARCH FOR PRESENTATION - THEN R/R DOCUMENT #6423-5 BROWN GREER - Review and summarize: DOCUMENT #6423-3 EXHIBIT DECLARATION OF COLEAD COUNCIL, CHRISTOPHER SEEGER ALONG WITH OTHER |
| 11/15/2014 | DECLARATIONS / FOLLOW UP PHONE CALL WITH 3 CHAPTER PRESIDENTS |
| 11/13/2014 | R/R/SUMMARIZE DOCUMENT #6422 - READ, REVIEW AND SUMMARIZE MEMORANDUM OF LAW IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT AND IN A RESPONSE TO OBJECTIONS W/ FOLLOW UP CALL TO JEFF NIXON |
| 11/12/2014 | Phone call with A. Smith regarding attending final fairness hearing, anticipated arguments, alternative phone conference after hearing to summarize arguments to NFLAA executive board for mass email to members |
| 10/30/2014 | Presentation - Austin Texas former player group |
| 10/28/2014 | Preparation for Austin, TX presentation including developing custom hardcopy brochures, FAQ's, and discount tables, researching anticipated attendees |
| 10/28/2014 | Phone call with Podhurst Office (Gina) (Marks) regarding Final Fairness Hearing A day in the Life video |
| 10/26/2014 | Breakfast meeting with day in the life of director Mitchell Riggs discussing all footage to date, Scott Lockwood prep and discussion on whether to film Roc Alexander |
| 10/26/2014 | Filming w/Scott Lockwood Day-in-the-life video |
| 10/24/2014 | Travel from Birmingham to Denver for continued Day-in-the-life video |
| 10/23/2014 | Day-in-the-life preparation, interviews and filming of Isiah Holt and wife |
| 10/22/2014 | Travel from Fargo, ND to Birmingham, Alabama for footage Day-in-the-life video w/Isiah Holt |
| 10/21/2014 | Travel to LeClair's for Day-in-the-life video filming of LeClair and spouse, Interviews of John and Betty, filming for video, travel back to Fargo |
| 10/20/2014 | Dinner meeting w/Mitchell Riggs to educate him on Settlement, objectives and discuss agenda for day-in-the-life video |

| Date | Description |
|---|---|
| 10/20/2014 | Agenda w/scripting possibility for Mitchell Riggs / Return calls and emails to various retired players - benefits and endorsement for final hearing endorsements |
| 10/20/2014 | Worked w/Shirley all day on reviewing players for Day-in-the-life video. Various calls w/follow up emails explaining video and possible filming. |
| 10/14/2014 | Develop final agenda |
| 10/14/2014 | Research various production companies w/initial emails and calls to find appropriate Day-in-the-life production Company for final fairness hearing. |
| 10/12/2014 | Web redevelopment of Player Injury including all published content for Class. Including drafting and Publishing updated Settlement status, Settlement endorsements from high profile retired players. |
| 10/3/2014 | Update and edit blog/news on website to reflect the recent litigation information. Draft and publish revised FAQ's |
| 9/23/2014 | Preparation, research, draft strategy and coordination for phone conference w/ NFLPA Chapter/s President Isiah Robertson of NFL Players Association to preclude/ Reduce opt outs. How he can assist w/endorsement |
| 9/19/2014 | Draft, review, finalize FAQ's and Opt-Out power-point for retired player class dissemination via player email list (Nixon), online publication |
| 9/10/2014 | Attended court hearing in Philadelphia with subsequent follow up emails to influential retired players and phone call to NFLPA chapter president Isiah Robinson |
| 9/6/2014 | Develop, finalize and re-publish format/content for PlayerInjury.com open forum monitoring/tracking. Review player comments and feedback of dialogue each day for the week of 8/31 - 9/6 Set additional guidelines to ensure audience conversations are |
| 9/2/2014 | Preliminary call with John LeClair in reference Day-in-the-life video explanation, scheduled further call w/wife Betty to explore inclusion in video - scheduled phone conference with Podhurst. |
| 8/9/2014 | Review Hall of Fame Footage, draft outline for video, edit w/Jeff Ashe / |
| 8/8/2014 | Review and re-position player comments, endorsements and quotes and monitoring for week 8/3 - 8/8 |
| 8/6/2014 | Interview with USA Today newspaper re: Benefits of Settlement, Sean Morey and the issue of council fees |
| 8/6/2014 | Update litigation status to include power-point on consequences of opting out / update blog |
| 8/5/2014 | Preparation / Review of Settlement details for media interviews, USA Today and Associated Press. Call w/Mary Clair at AP w/ follow up interview |
| 8/4/2014 | Preparation, research and coordination for follow-up individual telephone conferences from Hall of Fame presentation Talley, Nixon, Carson, Mackey, Cobb - obtained and received sign off on endorsement for video footage and quotes from each player / p |
| 8/2/2014 | Hall of Fame breakfast with retired players and follow up/prep for individual interviews with select players following Breakfast |
| 8/2/2014 | Additional Q & A Hall of Fame at second location. |

| Date | Description |
|---|---|
| 8/2/2014 | Retired legends reception, Canton, OH |
| 8/1/2014 | Pre settlement discussions w/retired players, Settlement Presentation to Hall of Fame attendants. |
| 8/1/2014 | Interviews and filming with individual retired players for published quotes and video footage endorsing the settlement; Sylvia Mackey, Harry Carson, Darrell Talley, Jeff Nixon, Gary Cobb, and additional Hall of Famers. |
| 7/31/2014 | Drive-time travel from Philadelphia to NFL Hall Of Fame Canton, OH |
| 7/30/2014 | Draft, edit, and finalize comprehensive most frequently asked questions / Create commonly asked questions power-point / send to Matt Reed to publish online to Player Injury and then drafted and sent mass email to retired players / |
| 7/29/2014 | Risks of Opting Out PowerPoint creation, review, finalize and disseminate to retired players via email / publish to web |
| 7/18/2014 | Phone call with Arise, television station in New York. Provided information as to benefits of settlement and legal obstacles of both parties. |
| 7/17/2014 | Travel to NY - meeting with NFLAA CEO/President Joe P. to discuss current status and next steps and garner further endorsements from player leaders |
| 7/15/2014 | Media interview w/courier post regarding fairness of Settlement, status, future benefits, obstacles both sides faced, new deal |
| 7/10/2014 | 50 NFL players gathered quotes and substantial research for use in endorsing the settlement. |
| 7/7/2014 | Draft and send Mass email announcing Approved preliminary Settlement |
| 7/5/2014 | Final wireframe sent to matt reed (web developer) for player comments / Mass email prep and dissemination to gather endorsements to 1400 players. |
| 7/3/2014 | Draft, edit and review Common Settlement Facts for all Class members |
| 6/27/2014 | Develop, implement, and integrate "Open Player Forum" designed to limit opt-outs and create influencer comments regarding court approval. |
| 6/25/2014 | Revised settlement in concussion suit reached; funds uncapped - article sent to 1400 players w/ update - draft and send mass email |
| 6/24/2014 | Phone call with Dr. Lance Kubik regarding neurological conditions needed for presentation preparation. |
| 6/21/2014 | travel to NY for meeting w/Britt Hagter from Austin chapter including travel time from NJ to NY and back |
| 6/9/2014 | Flew in Jeff Nixon, travel to North Jersey. Meeting w/Chris Seeger, Jeff Nixon. / Spend rest of day with Nixon regarding strategy for limited opt-outs when/if new approval by Court. Nixon nervous because he endorsed first Settlement. Return travel to |

| Date | Description |
|---|---|
| 6/7/2014 | Travel to NY to present at the NFLAA Q and A w/ retired players. |
| 6/6/2014 | Prep time for the NY NFLAA presentation tomorrow. |
| 6/6/2014 | Correct and edit NFL blog portion on website. |
| 5/27/2014 | Chicago meeting w/Isiah Robertson (NFLPA) all day agenda strategy for NFLPA endorsement and individual chapter endorsements |
| 5/12/2014 | Drafted email and prepared attachments (Important need to know information) regarding anticipated terms of Settlement and dangers of opting out to be sent via Jeff Nixon to 8,000 players tomorrow. |
| 5/5/2014 | Travel to Greenwich Conn - presentation on NFL Settlement terms to NFL Conn Alumni Chapter, Q and A session /overnight stay, travel back to NJ |
| 5/3/2014 | Prepared and drafted email blast with Educational and Awareness video attached focusing on the benefits of settling and not litigating - preemption/causation and the dangers of eventually opting out. Sent to over 1300 named players. |
| 5/2/2014 | Drafted revised Educational and Awareness video script after review with Chris Seeger. |
| 5/1/2014 | Editing NFL Presentation Video for dissemination to players, with editor Jeff Ashe. |
| 5/1/2014 | Reviewed and finalized treatment of "player educational video". Made changes throughout and emailed changes to the editor, Ashe Productions in order for video to be complete for scheduled phone call with Chris Seeger at 2:00 P.M. |
| 5/1/2014 | draft correspondence to go out on 5/2/14 to all former NFL players regarding settlement approval status |
| 4/30/2014 | Reviewed player presentation footage, prepared suggested edits for editor / worked on video segmentation of "Player Awareness and Educational" video. |
| 4/29/2014 | Draft custom printed materials for upcoming Conn Presentation (5/5/14) to retired players / prepare format for professional printing by DPI printers |
| 4/28/2014 | travel to NY for Meeting with retired players Joe Panos, Brad Quast regarding specific endorsements from chapter members in Chicago and Minn, discussed comprehensive status/ travel back to NJ |
| 4/25/2014 | Private meetings with break-out sessions with NFL Alumni Association Board of Directors in Las Vegas. Discussed concussion benefits, opt out issues, reasons for remaining in class and strategy for additional player endorsements |
| 4/24/2014 | Meeting with Alumni executive board regarding status of proposed Settlement and next steps. |
| 4/23/2014 | Revised custom NFLAA concussion FAQ's and began preparing for post preliminary approval player management and awareness campaign. |
| 4/15/2014 | Prepared extensive 7 page handout for NFLA Chapter Presidents explaining concussion litigation update, terms should remain the same for most part, opt-out consequences and time-frame, medical component. Took to FedEx Kinkos and had 50 bound booklets |

| Date | Description |
|---|---|
| 4/9/2014 | Meeting with Jeff Nixon - settlement discussions and update for Nixon Blog posting. |
| 4/6/2014 | Meeting with Joe Picarcik in regard to Grid Iron Greats and meeting for Chris Seeger and I to present settlement benefits personally to Mike Ditka in Chicago. |
| 4/6/2014 | Research, draft agenda, prepare for retired player BOD meeting /presentation on 4/22 |
| 4/4/2014 | Updates on status of litigation/Settlement and additional published comments from Orlando, FL meetings with retired players. |
| 4/3/2014 | Dinner meeting Joe Panos / NFL retired player and agent - endorsement from him and related players he represents/represented |
| 3/21/2014 | All day meetings and Q and A with NFLPA members Orlando, FL. |
| 3/20/2014 | Met with NFLPA members regarding concerns, status and endorsement of deal when revised. Orlando, FL. |
| 3/20/2014 | Briefings with numerous NFLPA members regarding endorsements and dangers of opting out Orlando, FL. |
| 3/18/2014 | Create summary from the 3/12/14 Q&A settlement session conf. call to be sent out to1333 former NFL players |
| 3/18/2014 | NFLPA convention prep, including bio of key players / Q and A w/Derrick Frost (NFLPA) |
| 3/11/2014 | Preparation for mass NFL alumni conf. call scheduled for 3/12 |
| 3/11/2014 | Draft, review and finalize mass correspondence containing revised FAQ's, Settlement status and up-to-date info - forwarded to 1333 retired players. |
| 3/10/2014 | Final preparation, research, and coordination for Mass Call-in Live Q&A Session with 400 plus alumni members at Corporate NFLAA offices. Call on 3/12/14 |
| 3/7/2014 | Research latest developments, draft questions and answers for mass retired player conference call on 3/12. Prepare agenda for call / Set up details of operator assisted service |
| 2/19/2014 | draft and send email correspondence in reference to Jeff Nixon and Mary Boone McGill RE: Settlement status/endorsement |
| 2/14/2014 | prepare response to Bronson for endorsement as a result of conversations between Jeff Nixon and Bronson RE: NFL litigation Suit and endorsement |
| 2/9/2014 | Associated press interview - NJ office |
| 1/30/2014 | pre and post Superbowl Settlement Presentation to retired NFL players. 12pm to 3pm with Q&A |

| Date | Description |
|---|---|
| 1/30/2014 | Travel to/from NYC for Superbowl presentation |
| 1/29/2014 | Preparation for superbowl presentation in NYC |
| 1/28/2014 | Calls to NFLAA presidents and NFLPA executive board members / Draft and send mass email beginning campaign to explain why CTE/ death very limited - suicide incentive cannot be allowed / Review updated online information |
| 1/24/2014 | Presentation and Q and A on status / next steps to NFLAA Tenn. Chapter |
| 1/21/2014 | Research and subsequent call w/ Boston University's Brain Bank necessary for retired player Q & A - procedures and requirements needed for CTE testing |
| 1/16/2014 | RESEARCH PRIOR CASES AND REVIEW BRODY'S DECISION, CALL TO CHRIS REGARDING QUESTION ABOUT TIMELINE |
| 1/13/2014 | PRESS RELEASE - Preparation, research, obtained confirm approval of multiple quotes and quote approvals from key decision-makers / retired players, final draft, and release coordination with PR newswire for: JUDGE'S DECISION TO DENY NFL PROPOSED |
| 1/10/2014 | Review settlement literature prepared for mass retired player dissemination/ benefits of settlement, explanation of discounts to anticipated 4500 retired players |
| 1/10/2014 | final preparation development of hardcopy brochure for NFL presentation for Seeger/Mitnick appearance at super bowl Q&A session in New York, New York on 1/30/14 |
| 1/9/2014 | Create, edit, finalize development of player information. "need-to-know" benefit facts and comparison chart for retired player email dissemination and publication online |
| 1/9/2014 | Initial research and preparation for presentation for Seeger/Mitnick appearance at Super Bowl / Develop answers to anticipated Sean Morey and other objector players / Develop agenda, talking points and preliminary Q&A session. |
| 1/9/2014 | Q & A SESSION WITH RETIRED NFL PLAYERS REGARDING CONCUSSION SETTLEMENT (152 CALLERS-PARTICIPANTS W/INDIVIDUAL FOLLOW UP |
| 1/8/2014 | Initial gathering of high profile / influencers quotes and approvals for publication for upcoming press release on 1/13 |
| 1/7/2014 | INITIAL DRAFT AND REVIEW CORRESPONDENCE FOR SCHEDULED MASS NFL TELECONFERENCE CALL on 1/9 |
| 1/7/2014 | Finalize agenda and key points for mass conference call on 1/9/14. |
| 1/7/2014 | Working web-ex conference with Matt Reed updating litigation information - to be shared w/players via email w/link to Nixon's list and possibly NFLAA list. / also published online |
| 1/3/2014 | Preparation for Q & A conference call regarding the settlement status scheduled on 1/9/14 |
| 12/19/2013 | NFL Alumni Ohio chapter meetings - Presentation material workup. Phone call with Chris Seeger regarding major opt out concerns given feedback of meeting. |

| Date | Description |
|---|---|
| 12/18/2013 | Second Presentation with Alumni Ohio Chapter members w/ follow up Q and A |
| 12/18/2013 | Q&A with Indy Chapter regarding settlement, next steps and option vs. consequences of opting out when time comes |
| 12/18/2013 | First Presentation with Alumni Ohio Chapter members w/ follow up Q and A |
| 12/17/2013 | Visit and meeting at UI Health with NFLA President Bill Schultz and chapter members. |
| 12/15/2013 | Creation of 2 separate power-point presentations for upcoming meetings at the Indy and Ohio Chapters. Draft, review, edit, finalize and formatted for print at DPI Printers |
| 12/14/2013 | Worked on NFL Brochure development for online and personal dissemination to retired players regarding NFL Settlement, terms, causation, preemption, and opting out options/consequences. |
| 12/12/2013 | NY meeting followed by Dinner meeting, at Del Frisco's Steakhouse in NY with retired Players Brad Quast, Joe Picarcik, Jaws, Elvis Goodin (NFLAA) including travel time. |
| 12/9/2013 | Preparation, research, and coordination for mass Conference Call (Dec. 10th) with NFL players association, Seeger, Mitnick and Alumni members regarding monies available when, preemption, causation, contributory negligence, updated summary of status o |
| 12/9/2013 | Agenda with supporting presentation power-point and outline of presentation materials to be prepared for trip to Indy and Ohio. (Dec. 16th) |
| 12/5/2013 | Meeting w/ NFLAA staff regarding preparation, and coordination for mass Conference Call with NFL players association and Alumni members. Pre-registered attendance and answers to anticipated questions regarding monies available, preemption, causation |
| 12/3/2013 | Preparation, research, coordination for consecutive member phone conferences (6) with chapters Q and A with concerns with NFL Settlement explaining the dangers of opting out. Corrected the players interpretation of the settlement. |
| 12/2/2013 | travel to north Jersey, Lunch w/Chris, travel back to South Jersey |
| 11/11/2013 | Plan and prep time for 11/12/13 phone conference with NFL Chapter presidents and BOD regarding opt outs, class member benefits, and remaining in Settlement with fully drafted FAQS |
| 11/11/2013 | Received and review email schedule and pre determined questions regarding conference call on 11/12/13 with NFL Alumni Chapter presidents and BOD members |
| 11/30/2013 | Dinner and Presentation to Austin, TX Chapter members |
| 10/29/2013 | Preparation for meeting and development of hard copy presentation materials for Austin, TX NFL Alumni Chapter |
| 10/22/2013 | Draft, edit, compose the "Proposed Class Settlement": "NFL Concussion Action" booklet. Dissemination around the country to retired players via email and hardcopy endorsing the suit and detailing current status |
| 10/18/2013 | Prepare information and draft correspondence for player Q & A teleconference session. |

| Date | Description |
|---|---|
| 10/15/2013 | research / outline / draft information to be covered in live Q & A session for retired NFL players regarding NFL Settlement and dangers of opting out |
| 10/11/2013 | Update and new postings to web on P.I, to reflect the most recent litigation information/status/avoiding consequences of opt out. |
| 10/10/2013 | Research the 88 Plan and how it differs from the lawsuit and why the lawsuit is beneficial to retired players. Info to be used at presentation and correspondences. |
| 10/4/2013 | Prep time and draft materials for custom commonly asked questions discussed at prior meeting with Joe Pisarcik, Chapter Pres. "Proposed settlement Highlights" |
| 10/4/2013 | Finalized writing materials for dissemination "Proposed settlement Highlights" FAQ's prepared to Retired Players |
| 10/2/2013 | travel to NY - First meeting with chapter NFLA presidents, including Bart Oates, |
| 10/2/2013 | Dinner Meeting / NFL Alumni BOD on Settlement and next steps to avoid opt -outs, Joe Pisarcik, Elvis Goodin, Ron Jaworski. Travel to NJ from NY |
| 10/1/2013 | Preparation for strategic settlement endorsement plan and prep for meeting/presentation with NFLAA NY/NJ Chapter president, Bart Oates |
| 9/28/2013 | Develop Post Settlement Player Education and Awareness Campaign w/meetings TBD w/ Grid Iron Greats/Mike Ditka / Bruce Laird/4th and Goal / Brent Boyd/Dignity After Football / Develop key persons chart and player crisis management plan |
| 9/26/2013 | Research / gather / mass email (1250) regarding consequences of opting out of the settlement, benefits of Settlement and remaining a member of the class. |
| 9/25/2013 | Revise and finalize the "Proposed Settlement Highlights" FAQs Legal Analysis |
| 9/24/2013 | travel to NY, meeting w/Chris Seeger, return travel |
| 9/4/2013 | Final revisions and additions to the educational materials for retired NFL players dissemination |
| 9/2/2013 | Research and rough draft for the composition of educational materials for Isiah Robertson. -NFLPA |
| 4/3/2013 | Edit and finalize/place in electronic format "Proposed NFL Concussion Settlement" for distribution among all former NFL players explaining and endorsing the class. Created for dissemination throughout the US, provided copies to NFLAA Chapter President |
| 4/1/2013 | Creation; research and rough draft for the composition of Proposed NFL Concussion Settlement which will be used to support the class and educated the players in terms that are easily understandable. |
| 7/23/2012 | PRESS RELEASE - Preparation, research, final draft, and release coordination for; AS NFL TRAINING CAMPS BEGIN, LAWSUITS CONTINUE TO BE FILED |
| 3/24/2012 | PRESS RELEASE - Preparation, research, gathering 1 quote from key decision-making retired player Mark Rypien, final draft, and release coordination for; SUPERBOWL XXVI MVP AND TWO-TIME PRO-BOWLER, MARK RYPIEN JOINS CONCUSSION BATTLE |

| | |
|---|---|
| 2/14/2012 | Video for motivating the case bill. Shoot-time, editing of footage, and publication of video. |
| 2/10/2012 | PRESS RELEASE - Preparation, research, gathering 1 quote from key decision-making retired player Britt Hager, final draft, and release coordination for; "62 MORE FORMER NFL PLAYERS FILE SUIT IN PHILADELPHIA" |
| 2/10/2012 | PRESS RELEASE - Preparation, research, gathering 1 quote from key decision-making retired player Rich Miano, final draft, and release coordination for; "NEW SITE PROVIDES DIRECT ACCESS TO NFL CONCUSSION NEWS FOR RETIRED PLAYERS AND MEDIA" |
| 2/9/2012 | Prewriting persuasive text, evaluation of resources, and edits of final language used for video to promote the NFL Concussion matter - Center City Film and Video productions |
| 2/1/2012 | PRESS RELEASE - Preparation, research, gathering 1 quote from key decision-making retired player Seth Joyner, final draft, and release coordination for; "MORE NFL LAWSUITS FILED AND PLAYERS BEGIN TO TAKE A STANCE" |
| 1/13/2012 | PRESS RELEASE - Preparation, research, gathering 4 quotes from key decision-making retired players, final draft, and release coordination for; "Growing List of Former NFL Players Join Together as A Team Once Again€ |