# EXHIBIT E-1



















WHO IS ELIGIBLE TO RECEIVE BENEFITS?

















