# EXHIBIT E-2



INDEX.BDM
INDEX.BDM
INDEX.BDM
Jaguar 1 ...nion [DRAFT]
Long – Clean[1]
LongSepara...Agreement
MOVIEOBJ 2.BDM
MOVIEOBJ 3.BDM
MOVIEOBJ.BDM
MOVIEOBJ.BDM
MOVIEOBJ.BDM
MOVIEOBJ.BDM
NFL SETTL...ILITYNFLAA
NFL SETTL...ILITYNFLAA
NFL_MITNICK 2.mp4
NFL+Class+Action-SD
NFLAA2016.MOV
nflaaFootball_400x400
PlayerFAQ.mov
Presentation1.pptx
Presentation2.pptx
Scan.pdf
Screen Sho...44.19 PM 2
Screen Sho...1.40.23 AM
Screen Sho...2.55.57 AM
Screen Sho...21 PM copy
Screen Sho...04 PM copy
Screen Sho...4.25.56 PM
Screen Sho...7.44.22 PM
Screen Sho...7.13.05 PM
Screen Sho...8.59.56 PM
Screen Sho...9.00.07 PM
Screen Sho...9.00.44 PM
Screen Sho...9.07.46 PM
Screen Sho...0.16.08 PM
Screen Sho...0.17.07 PM
Screen Sho...0.17.20 PM
Screen Sho...0.17.32 PM
Screen Sho   0.17.52 PM

PlayerFAQ.mov

QuickTime movie – 1.97 GB

Created   Wednesday, December 31, 1969 at 7:00 PM
Modified   Thursday, September 4, 2014 at 4:57 PM
Last opened   Thursday, September 4, 2014 at 4:57 PM
Dimensions   720 × 480
Duration   08:40
Add Tags...

DSC00039.JPG

JPEG image - 1.9 MB

Created    Tuesday, December 17, 2013 at 7:17 PM
Modified   Tuesday, December 17, 2013 at 7:17 PM
Last opened Tuesday, December 17, 2013 at 7:17 PM
Dimensions 3984 × 2240
Add Tags...

All My Files

Q Search

April

Concussion.jpg
Concussion.jpg
Cpl. Long s...ent (1) copy
Craig Mitnic...20pt(1).mov
Dropbox -...Video 2.mov
Dropbox -...A_Video.mov
DSC00001 copy
DSC00001.JPG
DSC00003.JPG
DSC0004.JPG
DSC00008.JPG
DSC00015.JPG
DSC0016.JPG
DSC00017.JPG
DSC00019.JPG
DSC00020.JPG
DSC00021.JPG
DSC00023.JPG
DSC00026.JPG
DSC00027.JPG
DSC00028.JPG
DSC00036.JPG
DSC00038.JPG
DSC00039.JPG
DSC00043.JPG
DSC00052.JPG
EligibleSeasons.pptx
ExchangeU..._05 PM.csv
index 2.bdm
index.bdm
INDEX.BDM
INDEX.BDM
INDEX.BDM
Jaguar 7 -...nion [DRAFT]
Long - Clean[1]
LongSepara...Agreement
MOVIEOBJ 2.BDM
MOVIEOBJ 3.BDM
MOVIEOBJ.BDM











00006.MTS

FileTypeGroup 431 - 78.6 MB

Created Tuesday, December 17, 2013 at 7:29 PM
Modified Tuesday, December 17, 2013 at 7:30 PM
Last opened Tuesday, December 17, 2013 at 7:30 PM
Dimensions —
Duration —

Add Tags...

00000.MTS
00001 2.MTS
00001 3.MTS
00001.MTS
00001.MTS
00001.MTS
2
2 2
00002 2.MTS
00002 3.MTS
00002.MTS
00002.MTS
00002.MTS
00003 2.MTS
00003 3.MTS
00003.MTS
00003.MTS
00004 2.MTS
00004 3.MTS
00004.MTS
00004.MTS
5
5 2
00005 2.MTS
00005 3.MTS
00005.MTS
00005.MTS
6
6 2
00006 2.MTS
00006 3.MTS
00006.MTS
00006.MTS
00007.MTS
00008 2.MTS
00008 3.MTS
00008.MTS
00008.MTS
00009 2.MTS







**General**

Kind: FileTypeGroup451
Size: 1.8 GB (1,756,004,35...
Size on Disk: 1.8 GB
Created: Dec 14, 2013 08:40 PM
Modified: Dec 14, 2013 08:43 PM

**Misc Info**

Owner: CRAIGMITNICK
Group: staff
Read-Only: No
Hidden Ext: No
File Number: 1,348,874

**Permissions**

CRAIGMITN...: Read, Write, & Execute
staff: Read, Write, & Execute
everyone: Read, Write, & Execute



00000.MTS

FileTypeGroup451 - 1.76 GB
Created   Saturday, December 14, 2013 at 8:40 PM
Modified   Saturday, December 14, 2013 at 8:43 PM
Last opened   Monday, May 16, 2016 at 7:51 PM
Dimensions   —
Duration   —

Add Tags...



WHAT ARE THE HIDDEN BENEFITS OF THE SETTLEMENT?

00:02:56



HOW MUCH CONTROL DOES THE
NFL HAVE OVER THE SETTLEMENT?

00:02:40



Protects All Former Players

00:00:38

# SETTLEMENT HIGHLIGHTS

NFL will pay in excess of $765 million dollars plus legal costs

Medical component includes in excess of $75 million dollars allocated to medical testing for all retired players, as well as treatment for those that are experiencing symptoms

Medical testing for all retired players will be available thru an independent network of board certified neurologist who are not associated with the NFL

Qualifing diagnosis include ALS, Alzheimer's, Parkinson's, early type Dementia and severe type Dementia

Every injured player's situation will be evaluated independently in order to determine what medical and financial compensation they may receive

00:03:51

WHAT DOES THE SETTLEMENT ACCOMPLISH?