# EXHIBIT F

"This Settlement protects the past, present and future game of football. If not for the moral make up and principle of the players who filed suit for this cause, the astounding awareness surrounding football concussions, and safety in all sports would have never materialized so quickly."

— Craig Mitnick



# WHAT ARE THE HIDDEN BENEFITS OF THE SETTLEMENT?

NFL Update

# THE NFL WILL PAY IN EXCESS OF $765 MILLION PLUS LEGAL COSTS FOR THE CLASS SETTLEMENT

## SO HOW DO THE MONETARY AWARDS GET BROKEN DOWN?

# HOW MUCH CONTROL DOES THE NFL HAVE OVER THE SETTLEMENT?

















