# EXHIBIT G



**Screen Shot 2014-08-03 at 9.10.19 PM 2 copy**

Portable Network Graphics image - 838 KB

Created   Wednesday, December 31, 1969 at 7:00 PM
Modified   Thursday, September 4, 2014 at 4:57 PM
Last opened   Thursday, September 4, 2014 at 4:57 PM
Dimensions   1278 × 706





00000 3.MTS

Preview | Text | Hex | Icon

**General**

Kind: FileTypeGroup451
Size: 158.2 MB (158,171,1...
Size on Disk: 158.2 MB
Created: Dec 31, 1969 07:00 PM
Modified: Sep 04, 2014 04:57 PM

**Misc Info**

Owner: CRAIGMITNICK
Group: staff
Read-Only: No
Hidden Ext: No
File Number: 743,908

**Permissions**

CRAIGMITN... Read, Write, & Execute
staff: Read, Write, & Execute
everyone: Read, Write, & Execute







DSC00016.JPG

JPEG image - 1.9 MB

Created    Saturday, August 2, 2014 at 2:22 PM
Modified   Saturday, August 2, 2014 at 2:22 PM
Last opened Saturday, August 2, 2014 at 2:22 PM
Dimensions  3984 × 2240

Add Tags...

April
00017.MTS
00018.MTS
00018.MTS
00019.MTS
00020.MTS
00021.MTS
00022.MTS
00023.MTS
00024.MTS
00025.MTS
00026.MTS
00027.MTS
00028.MTS
00029.MTS
6533-1 copy
134273p.pdf
AGREEMEN...E['1]Murphy
BAP
BAP copy
BAP147.pptx
BEFFWYKBKK copy
BEFFWYKBKK copy 2
Benefits.mov
Concussion...Q'S 2.docx
Concussion.jpg
Cpl. Long s...ent (1) copy
Craig Mitnic...20p(1).mov
Dropbox -...Video 2.mov
Dropbox -...A Video.mov
DSC00001 copy
DSC00001.JPG
DSC00003.JPG
DSC00004.JPG
DSC00008.JPG
DSC00015.JPG
DSC00016.JPG
DSC00017.JPG
DSC00019.JPG





**00009 2.MTS**

FileTypeGroup451 - 364.8 MB

Created  **Wednesday, December 31, 1969 at 7:00 PM**
Modified  **Thursday, September 4, 2014 at 4:57 PM**
Last opened  **Thursday, September 4, 2014 at 4:57 PM**
Dimensions  --
Duration  --

Add Tags...

5
5 2
00005 2.MTS
00005 3.MTS
00005.MTS
00005.MTS
6
6 2
00006 2.MTS
00006 3.MTS
00006.MTS
00006.MTS
00007.MTS
00008 2.MTS
00008 3.MTS
00008.MTS
00008.MTS
00009 2.MTS
00009 3.MTS
00009.MTS
00009.MTS
00010 2.MTS
00010.MTS
00011 2.MTS
00011 3.MTS
00011.MTS
00012 3.MTS
00012.MTS
00012.MTS
00013.MTS
00014.MTS
00015.MTS
00016.MTS
00017.MTS
00017.MTS
00018.MTS
00018.MTS
00019.MTS
00020.MTS



62

000122.MTS

Preview   Text   Hex   Icon



00:00:00

**General**

Kind: FileTypeGroup451
Size: 104.8 MB (104,792,0__
Size on Disk: 104.8 MB
Created: Dec 31, 1969 07:00 PM
Modified: Sep 04, 2014 04:57 PM

**Misc Info**

Owner: CRAIGMITNICK
Group: staff
Read-Only: No
Hidden Ext: No
File Number: 743,951

**Permissions**

CRAIGMITN...: Read, Write, & Execute
staff: Read, Write, & Execute
everyone: Read, Write, & Execute



00011.MTS

FileTypeGroup451 - 128.8 MB

Created **Wednesday, December 31, 1969 at 7:00 PM**
Modified **Thursday, September 4, 2014 at 4:57 PM**
Last opened **Thursday, September 4, 2014 at 4:57 PM**
Dimensions  --
Duration  --



00012 2.MTS

FileTypeGroup451 - 104.8 MB

Created **Wednesday, December 31, 1969 at 7:00 PM**
Modified **Thursday, September 4, 2014 at 4:57 PM**
Last opened **Thursday, September 4, 2014 at 4:57 PM**
Dimensions --
Duration --



00013.MTS

FileTypeGroup451 - 401.8 MB

Created **Wednesday, December 31, 1969 at 7:00 PM**
Modified **Thursday, September 4, 2014 at 4:57 PM**
Last opened **Thursday, September 4, 2014 at 4:57 PM**
Dimensions   - : -
Duration   - : -

Add Tags...



**00014.MTS**

FileTypeGroup451 - 40.1 MB

Created **Wednesday, December 31, 1969 at 7:00 PM**
Modified **Thursday, September 4, 2014 at 4:57 PM**
Last opened **Monday, May 16, 2016 at 8:34 PM**
Dimensions --
Duration --

Add Tags...



00000 2.MTS

FileTypeGroup451 - 158.2 MB

Created   Wednesday, December 31, 1969 at 7:00 PM
Modified   Thursday, September 4, 2014 at 4:57 PM
Last opened   Thursday, September 4, 2014 at 4:57 PM
Dimensions   --
Duration   --
Add Tags

















