# EXHIBIT I

### DECLARATION OF TINA WILLIAMS, Director of NFL Player Relations, Mitnick Law Office, LLC

### *In Re National Football League Player's Concussion Injury Litigation*

Tina Williams declares, under penalty of perjury and pursuant to 28 U.S.C. Section 1746, based upon her personal knowledge, information and belief, as follows:

I have worked for Mitnick Law Office, LLC, in my current capacity of Director of NFL Player Relations since November, 2015. In my capacity as Director of NFL Player Relations I am primarily responsible for providing retired NFL Players who contact Mitnick Law Office, both retained clients and unretained players, with status updates and written materials which further detail the settlement. Additionally, in my capacity as Director of NFL Player Relations, I communicate on a weekly basis with Alumni Chapter staff members, including Presidents, Chapter liaisons and members. Throughout the timeframe of my position, I continued my predecessor's responsibility of providing retired NFL football players and their family members with educational and other informational materials that relate to the litigation, the settlement and requirements of registration and claim eligibility.

I have personally sent out hundreds upon hundreds of printed brochures, as well as other informational materials to retired NFL players directly, as well as providing multiple packets to Alumni Chapter Presidents and other leaders within the NFL retired player community.

I have been told by many retired players who have requested informational materials from Mitnick Law Office, LLC, that those general settlement materials prepared for class members not only helped them understand the details of the

settlement, but often times the information in the materials was a determining factor in them remaining in the litigation, rather than opting out of the matter.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on this 2nd day of December, 2016.

_____
TINA WILLIAMS
Director, NFL Player Relations
Mitnick Law Office, LLC