# EXHIBIT L



November 29, 2016

The Honorable Anita Brody

RE:   NFL Concussion Litigation Acknowledgment

To the Court:

As the President and CEO of the NFL Alumni Association, I speak with retired NFL players living throughout the country on a daily basis. Sadly, I have seen, and continue to see, the cognitive deterioration of many of my former teammates whose lives have been dramatically changed due to their days playing professional football.

Initially, back in early 2012, when I learned of the lawsuits that were being filed against the NFL for concussions, I contacted Craig Mitnick, an attorney who I knew personally and trusted implicitly, in hopes of finding out more details about the lawsuit.

Many of the members of the NFL Alumni Association were very hesitant about joining the suit and attaching their name because they feared the possibility of being labeled by the public in a negative light, such as being greedy. Craig was instrumental in changing so many of their minds because he explained to them thoroughly the lawsuit and its ramifications for us financially and really let us make a decision on our own to be involved or to opt out.

Craig convinced hundreds, if not thousands of former players that supporting the lawsuit, whether they formally joined or not, was the correct thing to do. I truly believe that if not for Craig Mitnick's efforts and passion for their cause, far less of a percentage of retired players around the country would have joined the suit as quickly as they did. It was Craig's passion and detailed knowledge about the lawsuit and its importance that caused players to step up to the plate in order to not only protect themselves, but to also better the game of football by making it a safer sport.

Throughout the entire course of the litigation Craig, at his own expense, visited Alumni Chapters around the country to clarify the details of the lawsuit, inform players of its importance and to address any questions and concerns they or their wives had. He visited San Diego, Austin, Tennessee, Chicago, Indianapolis, the Hall of Fame in Canton, Ohio and Orlando to name a few. He never once asked for reimbursement. He just wanted to get the players knowledgeable, up to speed with full disclosure regarding the concussion lawsuit.



There is absolutely no doubt in my mind, given my first-hand knowledge, that Craig was instrumental in how quickly the case grew in numbers and how quickly the momentum behind the case increased. I believe him, in working with Chris Seeger, in getting information to our Alumni and to our members was instrumental in letting them make their decisions of not opting out of the suit.

Through educating and keeping our members up to date on the litigation, Craig was consistent from the time the suits were filed and remains consistent in his efforts as the claim process will hopefully now begin. In fact, Craig's efforts were complimented by the passion he always exhibited for the well-being of the players and the ultimate success of the case. During several meetings, as well as conference calls with Alumni and members of the Board of Directors, he was always able to handle players who were adverse to the lawsuit, most of the time changing their dislike for the litigation into support of it.

Throughout the course of the last several years, I have spoken with and met several attorneys involved in the case. Lastly, I must say Craig was the only one who was willing to drop his percentage drastically for all of his clients involved in the lawsuit. I really respected his willingness to take a large cut in commission and for coming to our players' aid.

Sincerely,

JOSEPH PISARCIK
President & CEO
NFL Alumni Association

8000 MIDLANTIC DRIVE SUITE 130 SOUTH | MOUNT LAUREL, NJ | 08054
OFFICE: (877) 258-6635 | FAX: (862) 772-0277
WWW.NFLALUMNI.ORG

## Tina Williams

**From:** Tina Williams
**Sent:** Wednesday, November 30, 2016 12:15 PM
**To:** Tina Williams
**Subject:** FW: Thank you again for your time today Mr. Oates!

**From:** Bart Oates [mailto:boates66@gmail.com]
**Sent:** Monday, November 28, 2016 6:17 PM
**To:** Tina Williams <tina@mitnicklegal.com>
**Subject:** Re: Thank you again for your time today Mr. Oates!

Early in 2012 there was a need for former players obtain information on the NFL Concussion Lawsuit. Initially, many retired players were cautious to become involved in the lawsuit, given the concern of being negatively labeled or judged. Craig initiated creative ideas, such as held live telephone Q&A sessions and traveled to the NY/NJ NFL Alumni Chapter meeting to personally present to themembers. Craig clarified misinformation and educated not only those in attendance, but many others as well. He provided printed literature to take home as well as pass along to other former players regarding the benefits of joining the litigation and remaining in the litigation.

Craig's commitment to the former players has been demonstrated by his vision, tireless efforts and personal sacrifice. He has been a leader in making sure that former players who are suffering from TBIs are well represented.

Bart Oates
201-370-8333
boates66@gmail.com

1

**Subject:** Fw: Brief letter of acknowledgement
**Date:** Monday, November 28, 2016 at 1:47:41 PM Eastern Standard Time
**From:** Tina Williams
**To:** Craig Mitnick
**Attachments:** image001.jpg

**From:** John Haines <jhaines5@austin.rr.com>
**Sent:** Monday, November 28, 2016 11:22 AM
**To:** Tina Williams
**Subject:** Re: Brief letter of acknowledgement

Tina,

Craig has attended a couple of our Chapter meetings in Austin to explain process, timelines, and potential benefits to our members. He has kept of informed along the way and been an invaluable resource for any
of our members who may have had questions. He has been consistent in his communication with us and we have appreciated his efforts on behalf of former players.

Regards, John

**John Haines**
President | NFL Alumni Austin Chapter
jhaines5@austin.rr.com
www.NFLAaustin.org



> On Nov 22, 2016, at 11:57 AM, Tina Williams <tina@mitnicklegal.com> wrote:
>
> Mr. Haines,
> Thank you for again for taking a moment of your time to write a brief statement about how Craig supported the Class and your Chapter.
> There is a strong argument to be made that Craig's relentless pursuit to educate former NFL players and their families regarding the benefits of joining the NFL Concussion Lawsuit was the driving force which ultimately lead to its approval by the court.
> I would be most grateful for your timely response!
> Kindest regards,
>
> **Tina Williams**
> *Director of NFL Player Relations*
> *Assistant to Craig R. Mitnick, Esquire*