# EXHIBIT M



# About Player Injury

**For the players**

The PlayerInjury.com services are devoted to enhancing the welfare of former players and their families.

PlayerInjury.com was created in 2012 to provide retired NFL players with the ability to access timely, relevant information pertaining to the NFL Concussion Litigation, including Court filings, Court Orders, and other relevant lawsuit information in order to provide each player with the status of the litigation and the benefits of joining or remaining in the litigation.

HOME  BENEFIT HIGHLIGHTS  FAQS  OPTING OUT  COURT FILINGS  LATEST NEWS  LINKS  PLAYER DOWNLOADS

# THE NATIONAL FOOTBALL LEAGUE CONCUSSION SETTLEMENT



*The proposed NFL Concussion Settlement immediately compensates truely injured Players, provides medical testing and treatment for Players experiencing symptoms now, and protects all retired Players if they become ill in the future. And as importantly, protects the Game of Football*

| Settlement Pros & Cons | The Legal Battle | Opting-Out |
|---|---|---|
| Watch Video | Watch Video | Watch Video |

OPEN FORUM FOR RETIRED PLAYERS OPINIONS

Player Injury: It's worth pointing out that, in the short term at least, all the recent hand-wringing over concus...

Player Injury: Things are progressing nicely...

myzilan93: I believe it is time for the NFL to really consider and try to do as many things as possible to aid...

Comment Now

7.24.04 PM 2

Screen Shot 2014-07-24 at 9.34.31 PM 4

Created: Portable Network Graphics image - 552 KB
Wednesday, December 31, 1969 at 7:00 PM
Modified: Thursday, September 4, 2014 at 4:58 PM
Last opened: Thursday, September 4, 2014 at 4:58 PM
Dimensions: 2602 × 1510
Add Tags...

# PROTECTING THE PAST, THE PRESENT, AND THE FUTURE.

*"An unbiased source for settlement information"*

## BY THE PLAYERS • FOR THE PLAYERS

HOME | BENEFIT HIGHLIGHTS | FAQS | OPTING OUT | COURT FILINGS | LATEST NEWS | LINKS | PLAYER OPINIONS (DOWNLOAD YOURS)



Download Your opinion now

# PLAYER OPINIONS (DOWNLOAD YOURS)

**Kevin Turner & Shawn Wooden:** Our position with regard to the Concussion settlement

As the two class representatives for the NFL concussion settlement, we write to explain why we believe this agreement is a victory for all retired players. One of us suffers from an advanced neurological condition; the other one is not

"AN UNBIASED SOURCE FOR THE NFL CONCUSSION SETTLEMENT DEAL
BY THE PLAYERS • FOR THE PLAYERS ← BOLD AND IN YELLOW TEXT

# PROTECTING THE PAST, THE PRESENT, AND THE FUTURE.

BENEFIT HIGHLIGHTS | FAQS | OPTING OUT | COURT FILINGS | LATEST NEWS | LINKS | PLAYER DOWNLOADS

## THE NATIONAL FOOTBALL LEAGUE CONCUSSION SETTLEMENT

An unbiased source for settlement information.



PERSONAL LETTER FROM KEVIN TURNER & SHAWN WOODEN

VIDEO FROM MITNICK LAW OFFICES (NFL GUY)

The proposed NFL Concussion Settlement immediately compensates truely injured Players, provides medial testin and treatment for Players experiencing symptoms now, and protects all retired Players if they bceome ill in the future. And as importantly, protects the Game of Football

MEDICAL TESTING
BECOME

IN RED TO (YELLOW TEXT)

| Settlement Pros & Cons | The Legal Battle | Opting-Out |
|---|---|---|
| △ LINK | △ LINK | △ LINK |

OPEN FORUM FOR RETIRED PLAYERS OPINIONS
"SEE WHO BELIEVES IN SETTLEMENT & WHO DOESN'T
(COULD NOT)

Player Injury: This feels fair...?!

→ WWW.YOUTUBE.COM/WATCH?V=AfeySixLJZ0

THESE 3 ARE INJURIE TO TEST
TEXT LINKS →
VIDEO LINKS →

) CAN I JUST DOWNLOAD PDF & 1855 file PY

K = CONCUSSION

FOOTBALL IMAGE
MUCH BIGGER → FOR THE PLAYERS

← BIGGER TEXT →
(PROTECTING THE PAST, THE PRESENT, AND THE FUTURE.)

BENEFIT HIGHLIGHTS | FAQS | OPTING OUT | COURT FILINGS | LATEST NEWS | LINKS

# THE NATIONAL FOOTBALL LEAGUE CONCUSSION SETTLEMENT
SETTLEMENT

(RED TEXT) → "AN UNBIAS SOURCE FOR ACCURATE ↑ INFORMATION"

The proposed NFL Concussion Settlement IMMEDIATELY COMPENSATES (RED TEXT) truly injured players, PROVIDES MEDICAL TESTING FOR PLAYERS EXPERIENCING symptoms now, AND PROTECTS ALL RETIRED PLAYERS IF THEY BECOME ILL IN THE FUTURE. STANDS AS IMPORTANTLY, PROTECTS THE GAME OF FOOTBALL.

| PLAYER & COACHINGS SUBMIT STORY | SETTLEMENT FACTS & CONS | THE LEGAL BATTLE | OPTING-OUT | OPEN FATHER/BROTHER FORUM (SEE WHAT YOUR FATHER/BROTHER/TEAMMATES TOO SAY) |
|---|---|---|---|---|
| VIDEO | VIDEO | VIDEO | VIDEO | JOE BO JOHN STEVE CLAIRE |

VIDEO (top right)

CONTACT •

ALL RIGHTS PROTECTED
PLAY-INJURY.COM
2011



Screen Shot 2014-07-27 at 8.22.43 PM 6

Portable Network Graphics image - 398 KB
Created: Wednesday, December 31, 1969 at 7:00 PM
Modified: Thursday, September 4, 2014 at 4:58 PM
Last opened: Thursday, September 4, 2014 at 4:58 PM
Dimensions: 2122 × 584

**MARY ANN EASTERLING, wife of former player RAY EASTERLING, Atlanta Falcons 1972-1979**

"I would add that my deceased husband, Ray Easterling, envisioned the needs of our hurting friends being met through this lawsuit we filed three years ago. The current settlement is not perfect, but goes a long way toward helping those who need it most. Judge Anita Brody has wisely dealt with all sides in this issue and has given us the help that is sorely needed. If you are concerned about the effects of CTE not being covered in this suit, invest you money in the research that Bob Stern, Ann McKee and Chris Nowinski are doing at the CTE Center at Boston University to be able to definitively diagnose the disease in living players in the future."

## DONALD MCNEIL, Miami Dolphins 1980-1989

"I understand that some players have time and resources to delay the process of this matter. Personally, I do not. Because of the fact that I was diagnosed with a severe nerve disorder about 11 years ago, it has changed my life! I use to travel all over the country speaking to young people in schools. As many as, three to four assemblies per day. Last year the company I worked for decided because of my illness they didn't want me anymore. I loss over $47,000 of my income. Now my wife and I are having a very difficult time making ends meet. I don't walk well anymore, and my thinking is very unclear a lot of times! My wife drives me around most of the time. We are praying everyday that this settlement comes through quickly! If we didn't have both my family, and my wife's family to help us, I don't know what we would do! My illness, after seeking several medical doctors examinations, clearly states that from excessive head trauma I am in this situation today! I take a shot everyday to assist my illness from getting worse. I need help! This delay does not help a person like me, only hurts me! Please allow the Judge who is battling for the retired players to bring this matter to a close. A lot of retired players are doing very poorly now! We need help!"

## THE FAMILY OF JIM WELSH Baltimore Colts 1960-1967, Detroit Lions 1968

"I write this on behalf of Jim Welch because he no longer has a voice in this matter because he is too ill. For my mother, his wife, who in in the process of moving into a long term memory care facility with him next week, October 1, 2014. Also, on behalf of the many families and caregivers affected by the traumatic brain injury of their loved ones. Those of you appealing this settlement, please stop, and just opt-out. You may pursue your own private lawsuits. It is unimaginable the distress and pain these brain injuries cause a family. The money involved for the long term care of those suffering is enormous and I urge other players' families to contact The 88 Plan that was started by the family of John Mackey (my dad's teammate). Were it not for this plan, my family would be destitute paying for the appropriate care that is needed at this point. Those of you who think this money isn't urgently needed to care for former players now – are wrong. Think about what your families would have to endure if this was YOU…right now. I respect your right to opt-out and pursue your own legal battle but do not object and delay this settlement. My family, as many families are not in a position to wait. Please stop preventing us from getting the help we need for our dad, and for our mother, who is trying to care for him the best she knows how."

**RENO MAHE, Philadelphia Eagles 2003-2007**

"Sean, I am just curious as to why you won't just opt out? I sure hope you are smarter than the lawyers that are advising you."

**DANIEL WHYTE, JR., Detroit Lions 1976-1977**

"I would like to encourage those individuals who are objecting to the settlement to OPT OUT instead and fight the NFL on their own. Your decision not only affects yourself but many players including myself. For far to many years I have continuously been suffering from ongoing psychological conditions causing great stress to myself and to my family without any financial support. PLEASE look beyond yourself and reconsider and fight the NFL on your own by opting out, not objecting. God Bless."

## AL WOODALL, New York Jets 1969-1975

"To all objectors: This makes no sense. If your motives are genuine, for which I'm willing to give you the benefit of the doubt, why not pursue your goals without jeopardizing the welfare of your fellow players by opting out and not objecting."

## FAIR HOOKER, Cleveland Browns 1969-1974

"In response to the new group of players request to slow and possibly stop the process that many former NFL players, and players families need and deserved to have this long ordeal finalized. Some retired players are in desperate need of the funds and medical treatment. These are the men that made this now multi-billion dollar empire what it is today. Make no doubt about it these men deserve everything and more this Settlemenet has awarded them. It would be a travesty to prolong this process another day, let alone the months, years or who knows how long the litigation could take. The quality of life and the dignity of some of these men are at stake. I may not personally benefit from the settlement when the decision is finally made, but numerous former players need the help NOW!"

I conclusion I would like to say is the greed of a "few selfish men" has once again overshadowed any compassion for our fellow man. I had always felt that I belonged to elite group of men of professional athletes, a brotherhood where we all looked out for one another and had each others back, but, I finally smell the coffee!

**JEFF SEVY, Chicago Bears 1975-1978 Seattle Seahawks 1979-1980**

"This current lawsuit of 4000+ players including myself, have been patiently awaiting a verdict. Some of us have not been so lucky to see an outcome. Many friends of mine like Forest Blue just to mention one, have not been so lucky to still be here and those that are gone have families that suffered greatly along with the players, watching them while hoping for help. To the players who want to object, for you to throw a wrench into the middle of this entire legal effort at this point in time is horrific!!! There was always time in the beginning to get involved as many of us have done. To appeal this now and not opt out and start your own suit is so very negligent. Your legal representatives are creating a grave outcome for so very many of us who have done our due diligence by getting involved in the beginning. PLEASE REFRAIN FROM ANY APPEAL!!! SO MANY HAVE BEEN WAITING WHAT YOU COULD NOW RUIN FOR THE MANY. IF YOU ARE GODLY MEN, PLEASE PRAY ABOUT YOUR ACTIONS AND QUESTION THE ACTIONS OF YOUR LEGAL REPRESENTATIVES. I WILL BE PRAYING FOR YOU TO MAKE THE RIGHT DECISION."

**MRS. DANIEL BRABHAM, wife of former player Daniel Brabham, Houston Oilers 1963-1966, Cincinnati Bengals 1967-1968**

"Why have you chosen to appeal a lawsuit that is set up to bring some closure and help to all of the ballplayers? If you are not satisfied with their settlement then OPT out, but do not object. You have that choice. No one is forcing this on you. Don't destroy all that has been accomplished. Many younger players have made millions whereas older players have made so little, so this settlement seems like nothing to you. Buy to us it is everything."

**BRETT MILLER, Atlanta Falcons 1983-1989, San Diego Chargers 1989, New York Jets 1990-1992**

"Why would you guys try and block something that benefits so many for your own gain? Just sack up and opt out. I lost a tremendous amount of respect when the younger class of players threw all the pre 92 players under the bus re the CBA and pension benefits, it was us who walked out in 1987 that paved the way for you guys. Opt out but don't object, there are far more men that contributed far

### WILLIAM GILLIS, St. Louis Cardinals 1957-1963

"This frightens me, the spouse, of a player with advanced dementia that this lawsuit could be de-railed due to your thoughtless and selfish motives. Please opt out and let us proceed to a hasty settlement!!!"

### DAVID LONG, St Louis Football Cardinals 1966-1968; New Orleans Saints 1969-1972

"The 7 of you and all other objectors need to opt out and not object and go it alone! Why would you do this and jeopardize the assistance that players in need can receive? What benefit are you all receiving by doing this?"

### WILLIE TULLIS, Houston Oilers 1981-1984, New Orleans Saints 1985-1986, Indianapolis Colts 1987-1988

"Please think about what's best for the TEAM, and not SELF."

### DAVID KNIGHT, New York Jets 1973-1977

"While there may be some specific situations that need to be clarified before the settlement is approved, there is no reason it should be derailed. It provides generous benefits for those in need and it provides them NOW. One has to question the motives of any objector, and a fair assumption is that they are looking for a windfall payday."

**JEFF SEVY, Chicago Bears 1975-1978 Seattle Seahawks 1979-1980**

"This current lawsuit of 4000+ players including myself, have been patiently awaiting a verdict. Some of us have not been so lucky to see an outcome. Many friends of mine like Forest Blue just to mention one, have not been so lucky to still be here and those that are gone have families that suffered greatly along with the players, watching them while hoping for help. To the players who want to object, for you to throw a wrench into the middle of this entire legal effort at this point in time is horrific!!! There was always time in the beginning to get involved as many of us have done. To appeal this now and not opt out and start your own suit is so very negligent. Your legal representatives are creating a grave outcome for so very many of us who have done our due diligence by getting involved in the beginning. PLEASE REFRAIN FROM ANY APPEAL!!! SO MANY HAVE BEEN WAITING WHAT YOU COULD NOW RUIN FOR THE MANY. IF YOU ARE GODLY MEN, PLEASE PRAY ABOUT YOUR ACTIONS AND QUESTION THE ACTIONS OF YOUR LEGAL REPRESENTATIVES. I WILL BE PRAYING FOR YOU TO MAKE THE RIGHT DECISION."