# Susan Russo

**From:** Scott George <sgeorge@seegerweiss.com>
**Sent:** Monday, January 23, 2017 9:38 AM
**To:** Susan Russo
**Cc:** Anthony Tarricone; Vaneat Bellizzi, MBA
**Subject:** RE: NFL - Declaration of Anthony Tarricone

Good morning. I have one additional request – which does not impact the time/lodestar, but requires a minor revision to the declaration. Could Anthony revise paragraph 2 from "Partner Anthony Tarricone conceived, organized and directed the communications strategy for the litigation, which was a carefully orchestrated effort that influenced the NFL to engage in settlement negotiations that culminated in the class settlement." To something like: "Partner Anthony Tarricone conceived, organized and directed the carefully orchestrated communications strategy for the litigation."

Let me know if we should discuss anything further. Otherwise, can this be done today?

Scott George
Seeger Weiss LLP

---

**From:** Susan Russo [mailto:Srusso@kreindler.com]
**Sent:** Tuesday, January 10, 2017 2:04 PM
**To:** Scott George
**Cc:** Anthony Tarricone; Vaneat Bellizzi, MBA
**Subject:** RE: NFL - Declaration of Anthony Tarricone

Hi Scott,

Attached is the signed affidavit with exhibits. As you requested, we submitted time for timekeepers with over 50 hours, which only includes Anthony, and revised the declaration to separately state the 80 plus hours expended by others in our firm.

Thank you.

Susan

---

**From:** Scott George [mailto:sgeorge@seegerweiss.com]
**Sent:** Sunday, January 08, 2017 3:47 PM
**To:** Anthony Tarricone <atarricone@kreindler.com>; Susan Russo <Srusso@kreindler.com>
**Cc:** Vaneat Bellizzi, MBA <VBellizzi@kreindler.com>; Annika N. Ffrench <Affrench@kreindler.com>
**Subject:** RE: NFL - Declaration of Anthony Tarricone

We are not challenging the work that was done, but as a general matter (including for my own firm) presenting only timekeepers who contributed over 50 hours to the Court for the purposes of the global lodestar underpinning the Fee Petition. I am happy to discuss further - can we calk tomorrow morning?

Scott George
Seeger Weiss LLP

---

**From:** Anthony Tarricone [mailto:atarricone@kreindler.com]
**Sent:** Sunday, January 08, 2017 2:49 PM
**To:** Scott George; Susan Russo

1

**Cc:** Vaneat Bellizzi, MBA; Annika N. Ffrench
**Subject:** RE: NFL - Declaration of Anthony Tarricone

Hi Scott—

What is the rationale for not including the others? This was real work that was performed by others because I was unable to do it.

Anthony

**Anthony Tarricone**
Partner



Kreindler & Kreindler LLP
855 Boylston Street         T: 617.424.9100   ·   E-mail: atar
Boston, MA 02116-2688   F: 617.424.9120   ·   Web:     www

Please consider the environment before printing this e-mail.

---

**From:** Scott George [mailto:sgeorge@seegerweiss.com]
**Sent:** Saturday, January 07, 2017 3:35 PM
**To:** Susan Russo
**Cc:** Anthony Tarricone; Vaneat Bellizzi, MBA; Annika N. Ffrench
**Subject:** RE: NFL - Declaration of Anthony Tarricone

Thank you for this. I have one last request. The declaration template reflects the decision to report for the purposes of the Fee Petition only the time for timekeepers who logged over 50 hours for the common benefit. I need to ask that the Exhibit 1 be revised to remove any timekeeper with 50 or fewer hours and that the hour and lodestar totals in the declaration be revised accordingly.

Scott George
Seeger Weiss LLP

**From:** Susan Russo [mailto:Srusso@kreindler.com]
**Sent:** Friday, January 06, 2017 6:25 PM
**To:** Scott George
**Cc:** Anthony Tarricone; Vaneat Bellizzi, MBA; Annika N. Ffrench
**Subject:** NFL - Declaration of Anthony Tarricone

Scott,

Attached is the final Declaration of Anthony Tarricone with attached exhibits and bio. I've also attached the spreadsheet you forwarded questioning duplicate time with my comments and corrections. The duplicate time was deducted from our total in the affidavit. As for the expenses, we found some expenses not previously sent to you and added them to the expense spreadsheet we sent you a month ago (attached again here) it now includes our firm's assessments payments, some additional travel and research charges. Attached is a pdf of the receipts for these expenses.

Please let me know if you have any questions.

Regards,

Susan Russo
Assistant to Anthony Tarricone