**From:** Lance Lubel
**Sent:** Thursday, October 19, 2017 4:41 PM
**To:** 'cseeger@seegerweiss.com' <cseeger@seegerweiss.com>; 'sweiss@anapolweiss.com' <sweiss@anapolweiss.com>; 'smarks@podhurst.com' <smarks@podhurst.com>; 'glocks@lockslaw.com' <glocks@lockslaw.com>
**Subject:** RE: NFL concussion

Chris and Sol:

See below.  Why haven't you filed an updated status report as it has now been over 4 months?  What is the status?

Lance

**From:** Lance Lubel
**Sent:** Wednesday, September 20, 2017 3:58 PM
**To:** cseeger@seegerweiss.com; 'sweiss@anapolweiss.com' <sweiss@anapolweiss.com>; 'smarks@podhurst.com' <smarks@podhurst.com>; 'glocks@lockslaw.com' <glocks@lockslaw.com>
**Cc:** Lance Lubel <Lance@lubelvoyles.com>
**Subject:** NFL concussion

Counsel:

On or about June 15, Class Counsel filed a status report with information from the Claims administrator.  It would be helpful if you filed an updated Status Report since it has been over 3 months since the last one.  Please ask the Claims Administrator to include the following information:

1. Number of current claims filed for monetary awards;

2. Current Number of approved claims;

3. Breakdown of claims filed for each qualifying diagnoses under the settlement;

4. Breakdown of the number claims approved for each qualifying diagnoses;

5.  Breakdown by law firm of approved claims to date;

6.  The number of BAP exams completed;

7. The number of BAP exams scheduled to date;

8. The number of BAP evaluations that have resulted in approved monetary award claims;

EXHIBIT A

9.  The total number of monetary award claims made by claimants not represented by counsel and out of those the total number approved for payment broken down by the claimed qualified diagnoses;

10.  The number of audits requested by the NFL parties, class counsel, and the results for each;

11.  The number and types of claims determined to be eligible for a monetary award by the claims administrator but waiting for feedback from the AAP.  Please  include the length of time between determination of eligibility and determination from the AAP.


I look forward to hearing back from you.   Hope you are doing well.

Lance