# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>  Plaintiffs,<br><br>  v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>  Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## DECLARATION OF STEVEN C. MARKS
## IN RESPONSE TO CO-LEAD COUNSEL'S PROPOSED ALLOCATION OF COMMON BENEFIT ATTORNEYS' FEES AND EXPENSES

I, STEVEN C. MARKS, declare as follows pursuant to 28 U.S.C. § 1746:

1.  I am a Partner of the law firm of Podhurst Orseck, P.A. and was appointed as Settlement Class Counsel in this litigation. I also served on the Plaintiffs' Executive Committee, on the Plaintiffs' Steering Committee, and as Co-Chair of Communications Committee.

2.  I adopt my previously filed Declaration (DE 7151-8), which details Podhurst Orseck's substantial work and contributions at every stage of this action.

3.  As almost the entirety of the Plaintiffs' Steering Committee and Plaintiffs' Executive Committee have done, Podhurst Orseck objects not only to the specific fee we were allocated under Co-Lead Counsel's proposal, but also to the process that Co-Lead Counsel followed.

4.  The flaws in Co-Lead Counsel's process and proposal are thoroughly addressed in several objections already submitted.  Podhurst Orseck does not wish to burden the Court with further submissions, but we also did not want our silence to be construed as an endorsement of Co-Lead Counsel's proposed allocation, and thus felt compelled to register our objection as well.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 27, 2017, at Miami, Florida.

*/s/ Steven C. Marks*
Steven C. Marks, Esq.
Fla. Bar No. 516414
PODHURST ORSECK, P.A.
SunTrust International Center
One S.E. 3rd Avenue, Suite 2700
Miami, Florida  33131
(305) 358-2800 / Fax (305) 358-2382
Email: smarks@podhurst.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2017, I caused the foregoing document to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties.

*/s/ Steven C. Marks*
Steven C. Marks, Esq.