UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>     Plaintiffs,<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>     Defendants. | **Hon. Anita B. Brody** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**ALLEN RETIRED PLAYERS RESPONSE ADOPTING AND JOINING THE YERRID LAW FIRM RESPONSE TO DECLARATION OF CHRIS SEEGER AND MOTION TO PRIORITIZE [ECF NO. 8723]**

Retired NFL Players Anthony Allen, Brandon Banks, Josh Bell, Fred Bennett, Michael Coe, Emanuel Cook, Dedrick Epps, Steven Harris, Javarris James, Stefan Logan, Tony Nathan, Durwood Roquemore, Maurice Smith, Reggie Smith, Eric Streater, Cornell Webster and others (collectively the "Allen Retired Players") file this Response Adopting and Joining the Yerrid Law Firm Response to Declaration of Chris Seeger and Motion to Prioritize [ECF No. 8723].

On October 27, 2017, the Yerrid Law Firm filed its Response to Seeger's Affidavit and Motion to Prioritize [ECF No. 8723]. The Allen Retired Players adopt and join the Yerrid Law Firm's Response and Motion. *See* ECF No. 8723.

Dated:  October 28, 2017

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Patrick J. Tighe | Attorneys for Allen Retired Players |
| Attorneys for Allen Retired Players | LOREN & KEAN LAW |
| X1LAW, P.A.f/k/a Patrick J. Tighe, P.A. | 7111 Fairway Drive, Suite 302 |
| 721 US Highway 1, Ste 121 | Palm Beach Gardens, FL  33418 |
| North Palm Beach, FL 33408 | Phone: 561-615-5701 |
| Phone: 561-537-3319 | Fax: 561-615-5708 |
| Fax: 561-537-7193 | mstjacques@lorenkeanlaw.com |
| Pat@X1LAW.com | Florida Bar No. 0783471 |
| Florida Bar No. 568155 |  |
|  | *s/ Michael St. Jacques* |
|  | Michael G. St. Jacques, II |

### CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2017, the foregoing document was electronically filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, and that the filing is available for downloading and viewing from the electronic court filing system by counsel for all parties.

**LOREN & KEAN LAW**

*s/ Michael St. Jacques*
**MICHAEL G. ST. JACQUES, II**