UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION ) ) ) ) ———————————————— ) ) **THIS DOCUMENT RELATES TO:** ) ) **Plaintiffs' Second Amended** ) **Master Administrative Long-** ) ) **Form Complaint and** ) **Raymond Anthony Brooks and** ) **Allison Kelly-Brooks v. National Football,** ) **League, et al., No. 2:14-cv-00651** ) ) ) | No. 12-md-2323 (AB) MDL No. 2323 **SHORT FORM COMPLAINT** **IN RE: NATIONAL FOOTBALL** **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION** **JURY TRIAL DEMANDED** |

## SHORT FORM COMPLAINT AGAINST RIDDELL DEFENDANTS

1. Plaintiffs, RAYMOND ANTHONY BROOKS and ALLISON KELLY BROOKS, brings this civil action as a related action in the matter entitled IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL NO. 2323.

2. Plaintiffs are filing this Short Form Complaint against Riddell Defendants as required by this Court's Case Management Order ECF No. 7709, filed May 18, 2017.

3. Plaintiff and Plaintiff's Spouse, continue to maintain claims against Riddell Defendants after a Class Action Settlement was entered into between the NFL Defendants and certain Plaintiffs.

4. Plaintiff, and Plaintiff's Spouse incorporate by reference the allegations (as designated below) of the Second Amended Master Administrative Long-Form Complaint against

Riddell Defendants, as if fully set forth at length in this Short Form Complaint. However, Plaintiff denies that there is federal subject matter jurisdiction over this action.

5. Plaintiff, Raymond Anthony Brooks, is resident of Cassopolis, Michigan and claims damages as set forth below.

6. Plaintiff's Spouse, Allison Kelly Brooks, is a resident of Cassopolis, Michigan, and claims damages as a result of loss of consortium proximately caused by the harm suffered by her Plaintiff husband.

7. Upon information and belief, the Plaintiff sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices. Upon information and belief, Plaintiff suffers from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff sustained during NFL games and/or practices. Upon information and belief, the Plaintiff's symptoms arise from injuries that are latent and have developed and continue to develop over time.

8. The original Complaint by Plaintiffs in this matter was filed in the <u>Circuit Court of Cook County, Illinois</u> and removed to the U.S. District Court for the Northern District of Illinois, Eastern Division by Motion of Defendant, National Football League. If the case is remanded, it should be remanded to the Circuit Court of Cook County Illinois, Case No. 2013 L 014235.

9. Plaintiff claims damages as a result of

    x     Injury to Herself/Himself

          Injury to the Person Represented

          Wrongful Death

          Survivorship Action

    _x_    Economic Loss

10.    Plaintiff and Plaintiff's Spouse brings this case against the following Defendants in this action:

    _x_    Riddell, Inc.

    _x_    Riddell Sports Group, Inc.

    _x_    All American Sports, Inc.

    _x_    RBG Sports, Inc., f/k/a Easton-Bell Sports, Inc.

    _x_    RBG Sports, Inc., f/k/a Easton-Bell Sports, LLC

    _x_    RBG Sports Corp.

    _x_    RBG Sports Holdings Corp., f/k/a RBG Holdings Corp.

11.    Plaintiff played in _x_ the National Football League ("NFL") and/or in ____ the American Football League ("AFL") during 1992–1995 for the following teams:  Philadelphia Eagles and London Monarchs.

12.    Plaintiff retired from playing professional football after the 1995 season.

## CAUSES OF ACTION

13.    Plaintiff herein adopts by reference the following Counts of the Second Amended Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]:

    _x_    Count I (Negligence)

    _x_    Count II (Negligent Marketing)

    _x_    Count III (Negligent Misrepresentation)

    _x_    Count IV (Fraud)

   _x_    Count V (Strict Liability/Design Defect)

   _x_    Count VI (Failure to Warn)

   _x_    Count VII (Breach of Implied Warranty)

   _x_    Count VIII (Civil Conspiracy)

   _x_    Count IX (Fraudulent Concealment)

   ___    Count X (Wrongful Death)

   ___    Count XI (Survival Action)

   ___    Count XII (Loss of Consortium)

   _x_    Count XIII (Punitive Damages under All Claims)

   _x_    Count XIV (Declaratory Relief: Punitive Damages)

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff and Plaintiff's Spouse pray for judgment as follows:

A.    An award of compensatory damages, the amount of which will be determined at trial;

B.    An award of economic damages in the form of medical expenses, out of pocket expenses, lost earnings and other economic damages in an amount to be determined at trial;

C.    For punitive and exemplary damages as applicable;

D.    For all applicable statutory damages of the state whose laws will govern this action;

E.    For loss of consortium as applicable;

F.    For declaratory relief as applicable;

G.    For an award of attorneys' fees and costs;

    H.      An award of prejudgment interest and costs of suit; and

    G.      An award of such other and further relief as the Court deems just and proper.

## JURY DEMANDED

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff hereby demands a trial by jury.

Dated:                              Respectfully Submitted:

                                          **WINTERS SALZETTA O'BRIEN**
                                          **& RICHARDSON, LLC**

                                          (s) John F. Winters, Jr.
                                          Attorneys for Plaintiff

**Winters Salzetta O'Brien & Richardson, L.L.C.**
111 West Washington Street
Suite 1200
Chicago, Illinois 60602
(312) 236-6324
(312) 236-6426 Fax
www.wsorlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 1, 2017, the foregoing Short Form Complaint was filed with the Clerk of the United States Judicial Panel on Multidistrict Litigation using the CM/ECF electronic filing system which automatically transmitted a Notice of Electronic Filing to all ECF registrants.

                                          /s/ John F. Winters, Jr.
                                          John F. Winters, Jr.

    A.