

# Fox Rothschild LLP
### ATTORNEYS AT LAW

2000 Market Street
20th Floor
Philadelphia, PA 19103-3222
Tel (215) 299-2000 Fax (215) 299-2150
www.foxrothschild.com

BRIAN A. BERKLEY
Direct No: 215.299.2043
Email: BBerkley@FoxRothschild.com

October 30, 2017

**VIA FACSIMILE – (215) 580-2356**

The Honorable Anita B. Brody
United States District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Room 7613
Philadelphia, Pennsylvania 19106-1751

      Re:   *In Re: National Football League Players' Concussion Injury Litigation*
              No. 2:12-md-023230-AB

Dear Judge Brody:

      This firm represents Thrivest Specialty Funding, LLC ("Thrivest"), and sends this letter as a follow-up to its telephone call to Chambers earlier this afternoon. On October 23, 2017, Co-Lead Class Counsel, Christopher A. Seeger, filed "Co-Lead Counsel's Motion to (1) Direct Claims Administrator to Withhold Any Portions of Class Member Monetary Awards Purportedly Owed to Certain Third-Party Lenders and Claims Services Providers, and (2) Direct Disclosure to the Claims Administrator of Existence of Class Member Agreements with All Third Parties" and its accompanying Memorandum of Law, *see* ECF No. 8470 (the "Motion").

      Although Thrivest was not properly served, a response to the Motion arguably is due November 6. In light of the issues raised in the Motion, Thrivest respectfully seeks an additional ten (10) days – until November 16, 2017 – to file a motion to intervene for the limited purpose of addressing the jurisdictional defects with the Motion. Thrivest has already discussed this matter with the other non-parties named in the Motion (counsel for which are copied to this letter), and they concur with this request. Counsel has asked Co-Lead Class Counsel as to whether he would consent to this short extension, but he has not, as of the transmission of this letter, provided his response.

A Pennsylvania Limited Liability Partnership

California  Colorado  Connecticut  Delaware  District of Columbia  Florida  Illinois
Minnesota   Nevada    New Jersey   New York  Pennsylvania          Texas    Washington



Fox Rothschild LLP
ATTORNEYS AT LAW

The Honorable Anita B. Brody
October 30, 2017
Page 2

    If this Court should have any further questions, please do not hesitate to contact me.

                Respectfully submitted,

                Brian A. Berkley

cc:    Christopher A. Seeger, Esquire    (via electronic mail)

       Peter C. Buckley, Esquire    (via electronic mail)
       Richard Scheff, Esquire    (via electronic mail)
       Mark S. Melodia, Esquire    (via electronic mail)
       Nipun J. Patel, Esquire    (via electronic mail)
       Raul J. Sloezen, Esquire    (via electronic mail)
       Martin L. Black, Esquire    (via electronic mail)
       William P. Bray, Esquire    (via electronic mail)
       John "Jack" M. Robb III, Esquire    (via electronic mail)
       Ricardo A. Reyes, Esquire    (via electronic mail)
       James Kim, Esquire    (via electronic mail)
       Jeff Ostrow, Esquire    (via electronic mail)
       David Willingham, Esquire    (via electronic mail)
       Jeffrey Hammer, Esquire    (via electronic mail)