UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

## ORDER

**AND NOW,** this _2nd_ day of November, 2017, upon consideration of Request to be Heard at September 19, 2017 Hearing and Motion for Leave of Court to Submit a Short Statement of Information and Evidence for the Hearing Due to Hurricane Irma (ECF No. 8375), it is **ORDERED** that the request and motion is **DENIED** as moot.

          s/Anita B. Brody

          _____
          ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: