# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>Seau, et al. v. National Football League et al., No. 13-cv-01531-AB | Hon. Anita B. Brody |

## ORDER

**AND NOW,** this _2nd_ day of November, 2017, upon consideration of the Seau Family's Motion for Extension of Page Limits (ECF No. 8465), it is hereby **ORDERED** that the page limit for the Seau Family's Oppositions to the NFL Defendants' Motions to Dismiss (ECF Nos. 8403 & 8404) is extended to **twenty (20)** pages each.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: