# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br> MDL No. 2323 <br> **Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, Plaintiffs, <br><br> v. <br><br> National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., Defendants. | CIVIL ACTION NO: 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## JOINT STATUS REPORT ON THE
## IMPLEMENTATION OF THE SETTLEMENT PROGRAM

Co-Lead Class Counsel and the National Football League and NFL Properties LLC (collectively, the "Parties") submit this Joint Status Report on the Implementation of the Settlement Program (the "Report") as an update to our June 15, 2017 report (the "June Report") (ECF No. 7827). Accompanying the Report as Exhibits A and B are the Declaration of Orran L. Brown, Sr. for Claims Administrator BrownGreer PLC, and the Declaration of Matthew Garretson for BAP Administrator Garretson Resolution Group, Inc.

The June Report highlighted numerous notable milestones of the Settlement program, including the February 6, 2017 opening of registration, the March 23, 2017 launch of the claims

process for Monetary Awards, and the June 6, 2017 commencement of the Baseline Assessment Program (the "BAP"). Since the June Report, the registration deadline for Retired NFL Football Players expired on August 7, 2017 with over 17,000 Retired NFL Football Players or their Representative Claimants seeking to register, over 1,300 Retired NFL Football Players or their Representative Claimants have submitted Monetary Award claims, and the BAP Administrator has scheduled over 1,900 Retired NFL Football Players for baseline assessment examination appointments. As detailed below, the Parties have continued to work on a daily basis with BrownGreer and Garretson Resolution Group, as well as the Special Masters, to address these and other issues.

**Registration**

Since the June Report, Co-Lead Class Counsel continued their extensive efforts to ensure that the Settlement Class was aware of the August 7, 2017 deadline for registration,[1] including by addressing Settlement Class Members directly at NFL alumni events and webinars, seeking to reach the Settlement Class indirectly through continuing media and social-media outreach, and responding to nearly 700 calls from Settlement Class Members. In addition, BrownGreer, in conjunction with the Parties, has consistently maintained an up-to-date Settlement Website that provided reminders about and guidance on registration, including the deadline for registration.

These efforts were successful. As of November 1, 2017, 20,376 people have submitted registration forms, including 15,950 Retired NFL Football Players, 1,183 Representative Claimants, and 3,243 Derivative Claimants. Nearly 6,000 individuals registered this summer between the June Report and the August 7, 2017 registration deadline for Retired NFL Football

---

[1] Representative Claimants may also register within 180 days of receiving authorization by a court or other official of competent jurisdiction to be the authorized representative of the subject deceased or legally incapacitated or incompetent Retired NFL Football Player, and Derivative Claimants may register within 30 days of the date when their Retired NFL Football Player files a claim for a Monetary Award.

Players. A slight majority of Settlement Class Members (53%) registered *pro se* (*i.e.*, not represented by counsel), and most (62%) used the online Registration Portal established by the Settlement program for ease of use.

As of November 1, 2017, BrownGreer has processed and issued registration notices to 20,354 of the 20,376 individuals who sought to register and continues to work with Settlement Class Members to cure any deficiencies that may exist. To date, BrownGreer has determined that over 12,500 Retired NFL Football Players are eligible for the BAP.

In addition, this Court issued a July 25, 2017 order approving a centralized process for Representative Claimants and Derivative Claimant Representatives to be authorized to register and pursue benefits in the Program. (ECF No. 8107.) BrownGreer continues to work with individuals to submit the documentation necessary for authorization through this centralized process, and the Special Master has authorized over 150 Representative Claimants and Derivative Claimant Representatives through this process to date.

**The Claims Process**

The claims process for Monetary Awards opened on March 23, 2017. As of November 1, 2017, over 1,400 Retired NFL Football Players or their Representative Claimants have submitted Claim Packages and over 375 Derivative Claimants have submitted Derivative Claim Packages, thereby doubling the claim submissions since the June Report. To date, 140 Notices of Monetary Awards have been sent to Settlement Class Members with gross awards (before holdbacks) of approximately $195 million, although many of these claims remain subject to potential appeal. To date, the NFL Parties have paid over $99 million in gross Monetary Awards. In addition, new Notices of Monetary Awards are issued daily and new Monetary Awards are being distributed each month by the Trustee. As of November 1, 2017, 20 claim

determinations have been appealed—12 by Settlement Class Members and 8 by the NFL Parties. Co-Lead Class Counsel has submitted Statements in 6 of these appeals.  Each of these appeals is either pending before the Court (which may, in its discretion, refer the appeal to the Special Master(s)) or the briefing remains ongoing.

BrownGreer also has been continuously working with Settlement Class Members to ensure that Claim Packages are as complete as possible before the claim is reviewed.  To do so, BrownGreer has issued notices of preliminary review to claimants indicating documents and/or information that should be provided before claim review.  BrownGreer provides its toll-free phone number on each of the notices to answer any questions that arise from the notice or from any other documents or communications made by BrownGreer.  In addition, the Parties continue to address issues related to the implementation of the Settlement and the operation of the Settlement Program on a daily basis with BrownGreer.

Finally, BrownGreer (along with the Court and the Parties) continues to address deceptive trade practices targeting Settlement Class Members and to implement, administer and enforce procedures to prevent and detect potentially fraudulent conduct related to the Settlement program.  On September 19, 2017, this Court held a hearing on deceptive practices targeting Settlement Class Members at which Co-Lead Class Counsel presented its findings to date and stated that it would subsequently make a formal submission to Court on additional steps necessary to further investigate and remedy such deceptive practices.

Separately, pursuant to Sections 10.3 and 10.4 of the Settlement Agreement, BrownGreer is conducting audits of claims and monitoring for potential fraud, including through the random selection of 10% of the total Claim Packages and Derivative Claim Packages that it has found to qualify for Monetary Awards or Derivative Claimant Awards during the preceding month, and

the selection of claims for review based on data analytics, other anti-fraud procedures and information received from the public. To date, several of the audited claims moved to further investigation due to potential fraud concerns, and may be referred to the Special Masters for further review and findings. In other cases, BrownGreer will conclude the audit and continue to process these claims. The Parties are working with BrownGreer on these matters to ensure the integrity of the Settlement program.

### Qualified MAF Physicians

On April 7, 2017, BrownGreer posted an initial list of Qualified MAF Physicians on the Settlement Website, and additional Qualified MAF Physicians have been, and will continue to be, regularly added to this national network of board-certified neurologists. Retired NFL Football Players may visit Qualified MAF Physicians anytime over the sixty-five year life of the MAF Program to be evaluated for potential Qualifying Diagnoses. In addition to professional credentials and board certifications, BrownGreer has prioritized geographic location as a key criterion to ensure that the Qualified MAF Physicians are reasonably convenient to the Retired NFL Football Players.

As of November 1, 2017, BrownGreer has contracted with over 125 Qualified MAF Physicians in or near 36 of the 53 target cities closest to where the majority of living Retired NFL Football Players reside. This represents a near doubling in contracted Qualified MAF Physicians since our June 2017 Report. The Qualified MAF Physicians operate independent of the Parties and contract directly with BrownGreer.

### The Baseline Assessment Program

The Baseline Assessment Program began operations on June 6, 2017. Each of the over 12,450 eligible Retired NFL Football Player who registers may receive a baseline assessment

examination (consisting of a standardized neuropsychological examination and a basic neurological examination) performed by two Qualified BAP Providers who have been selected by and contracted with the BAP Administrator. To date, Garretson Resolution Group has scheduled over 2,100 Retired NFL Football Players for baseline assessment examination appointments.

As of November 1, 2017, Garretson Resolution Group has contracted with 290 Qualified BAP Providers, including in 45 of the 53 target cities in or near where the majority of the living Retired NFL Football Players reside. Garretson Resolution Group is continuing its efforts to contract with Qualified BAP Providers in the remaining target cities. As with the Qualified MAF Physicians, the Qualified BAP Providers operate independent of the Parties and contract directly with Garretson Resolution Group.

Dated:  November 3, 2017                                    Respectfully Submitted:

  /s/ Christopher Seeger
Christopher Seeger
**SEEGER WEISS LLP**
77 Water Street
New York, NY 10005
Phone:  (212) 584-0700
Fax:  (212) 584-0799
cseeger@seegerweiss.com

*Co-Lead Class Counsel*

Sol Weiss
**ANAPOL WEISS**
130 North 18th Street, Suite 1600
Philadelphia, PA 19103
Phone:  (215) 735-1130
Fax:  (215) 735-2024
sweiss@anapolweiss.com

*Co-Lead Class Counsel*

  /s/   Brad Karp
Brad S. Karp
Bruce Birenboim
Lynn B. Bayard
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373.3000
Fax: (212)757.3990
bkarp@paulweiss.com
bbirenboim@paulweiss.com
lbayard@paulweiss.com

*Attorneys for National Football League and NFL Properties LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically via the Court's electronic filing system on the date below upon all counsel of record in this matter.

Dated: November 3, 2017

                                              */s/ Christopher A. Seeger*
                                                Christopher A. Seeger