UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br>                           Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>                           Defendants. | Civ. Action No.: 14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## STIPULATION AND [PROPOSED] ORDER[1]

This Stipulation and Agreement, dated November [6th], 2017, is made and entered into by and among the National Football League and NFL Properties LLC (the "NFL Parties"), and Class Counsel (collectively, the "Parties").

WHEREAS, on April 22, 2015, this Court issued a Memorandum (ECF No. 6509) and Final Order and Judgment (ECF No. 6510), and on May 8, 2015, an amended Final Order and Judgment (ECF No. 6534), approving the Settlement Agreement in its entirety;

---

[1] Unless otherwise noted, the terms used in this Order that are defined in the Settlement Agreement have the same meanings in this Order as in the Settlement Agreement.

WHEREAS, on May 4, 2015, Claims Administrator BrownGreer PLC, in accordance with the Final Order and Judgment and the Settlement Agreement, filed the list of Opt Outs who timely submitted proper requests to opt out in compliance with Section 14.2(a) of the Settlement Agreement, including Retired NFL Football Player Robert Lurtsema (ECF No. 6533);

WHEREAS, Robert Lurtsema has since submitted a written request seeking to revoke his Opt Out request (*see* Exhibit 1 (Declaration of Orran L. Brown, Sr.));

WHEREAS, the Parties have agreed to accept the revocation request submitted by Robert Lurtsema, subject to Court approval, because he submitted registration materials for the Class Action Settlement program before the deadline;

**AND NOW**, this [6th] day of November 2017, it is hereby stipulated and agreed by the Parties that the revocation request submitted by Robert Lurtsema is accepted, subject to Court approval, because he submitted registration materials for the Class Action Settlement program before the deadline.

It is so **STIPULATED AND AGREED,**

By: _____          By: *Brad S. Karp*

Date: 11/6/17                         Date: 11/6/17

Christopher Seeger                    Brad S. Karp
**SEEGER WEISS LLP**                  **PAUL, WEISS, RIFKIND, WHARTON**
77 Water Street                       **& GARRISON LLP**
New York, NY 10005                    1285 Avenue of the Americas
Phone: (212) 584-0700                 New York, NY 10019-6064
cseeger@seegerweiss.com               Phone: (212) 373-3000
                                      bkarp@paulweiss.com

*Class Counsel*                       *Counsel for the NFL Parties*

It is so **ORDERED**, based on the above Stipulation and the accompanying Declaration of Orran L. Brown, Sr., that the revocation request submitted by Robert Lurtsema is approved and the Claims Administrator is **DIRECTED** to post a revised list of Opt Outs forthwith excluding Robert Lurtsema.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:      Copies **MAILED** on _____ to: