## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 6th day of November, 2017, upon all counsel of record.

Dated:  November 6, 2017          /s/ Brad S. Karp
                                                         Brad S. Karp