## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>                    Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                    Defendants. | Civ. Action No.:  14-cv-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### STIPULATION AND [~~PROPOSED~~] ORDER[1]

This Stipulation and Agreement, dated November [6th], 2017, is made and entered into by and among the National Football League and NFL Properties LLC (the "NFL Parties"), and Class Counsel (collectively, the "Parties").

WHEREAS, on April 22, 2015, this Court issued a Memorandum (ECF No. 6509) and Final Order and Judgment (ECF No. 6510), and on May 8, 2015, an amended Final Order and Judgment (ECF No. 6534), approving the Settlement Agreement in its entirety;

---

[1] Unless otherwise noted, the terms used in this Order that are defined in the Settlement Agreement have the same meanings in this Order as in the Settlement Agreement.

WHEREAS, on May 4, 2015, Claims Administrator BrownGreer PLC, in accordance with the Final Order and Judgment and the Settlement Agreement, filed the list of Opt Outs who timely submitted proper requests to opt out in compliance with Section 14.2(a) of the Settlement Agreement, including Retired NFL Football Player Robert Lurtsema (ECF No. 6533);

WHEREAS, Robert Lurtsema has since submitted a written request seeking to revoke his Opt Out request (*see* Exhibit 1 (Declaration of Orran L. Brown, Sr.));

WHEREAS, the Parties have agreed to accept the revocation request submitted by Robert Lurtsema, subject to Court approval, because he submitted registration materials for the Class Action Settlement program before the deadline;

**AND NOW**, this [6th] day of November 2017, it is hereby stipulated and agreed by the Parties that the revocation request submitted by Robert Lurtsema is accepted, subject to Court approval, because he submitted registration materials for the Class Action Settlement program before the deadline.

**It is so STIPULATED AND AGREED,**

By: _____          By: _Brad S. Karp_____

Date: _11/6/17_____          Date: _11/6/17_____

Christopher Seeger                    Brad S. Karp
**SEEGER WEISS LLP**                  **PAUL, WEISS, RIFKIND, WHARTON**
77 Water Street                       **& GARRISON LLP**
New York, NY 10005                    1285 Avenue of the Americas
Phone: (212) 584-0700                 New York, NY 10019-6064
cseeger@seegerweiss.com               Phone: (212) 373-3000
                                      bkarp@paulweiss.com

*Class Counsel*                       *Counsel for the NFL Parties*


It is so **ORDERED**, based on the above Stipulation and the accompanying Declaration of Orran L. Brown, Sr., that the revocation request submitted by Robert Lurtsema is approved and the Claims Administrator is **DIRECTED** to post a revised list of Opt Outs forthwith excluding Robert Lurtsema.

_____
ANITA B. BRODY, J.

11/6/17


Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

3

# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB |
| | : | MDL No. 2323 |
| | : | Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO: | : : | |
| ALL ACTIONS | : | |

## DECLARATION OF ORRAN L. BROWN, SR.

I, ORRAN L. BROWN, SR., hereby declare and state as follows:

1.      My name is Orran L. Brown, Sr.  I am the Chairman and a founding partner of

BrownGreer PLC, located at 250 Rocketts Way, Richmond, Virginia 23231.  BrownGreer

PLC is the Claims Administrator under the Class Action Settlement Agreement in this action.

2.      I am over the age of 21.  The matters set forth in this Declaration are based

upon my personal knowledge and information.

3.      I submit this Declaration to describe an Opt Out revocation request we

recently received.

4.      In its April 22, 2015 Final Approval Order and Judgment, the Court directed

the Claims Administrator to make public a list of Opt Outs as of that date.  We posted on the

official Settlement website a list of the Opt Outs that were timely and included all the

elements required for a valid Opt Out under Section 14.2(a) of the Settlement Agreement

(175 names at the time) and a list of the Opt Outs that were untimely and/or were missing

one or more of Section 14.2(a)'s required elements (33 names at the time).

5.      Section 14.2(c) of the Settlement Agreement provides that a Class Member

who had Opted Out but wished to revoke that Opt Out could submit a written request to do

1

so "[p]rior to the Final Approval Date."  At various times after the April 22, 2015 Final

Approval Date, 86 people who had Opted Out submitted requests to revoke their Opt Outs.

The Parties to the Settlement Agreement agreed to accept those revocation requests, subject

to Court approval, and reported the requests to the Court.  The Court approved all of the

requests by Orders on the following dates:

      1. July 15, 2015 (Document 6642);

      2. December 22, 2015 (Document 6713);

      3. January 26, 2016 (Document 6739);

      4. September 15, 2016 (Document 6907);

      5. October 25, 2016 (Document 6924);

      6. November 8, 2016 (Document 6937);

      7. December 21, 2016 (Document 7033);

      8. January 18, 2017 (Document 7084);

      9. January 20, 2017 (Document 7097);

      10. February 6, 2017 (Document 7119);

      11. March 9, 2017 (Document 7264);

      12. March 20, 2017 (Document 7297);

      13. March 28, 2017 (Document 7374);

      14. April 11, 2017 (Document 7471);

      15. April 13, 2017 (Document 7478);

      16. April 24, 2017 (Document 7547);

      17. May 2, 2017 (Document 7594);

      18. May 18, 2017 (Document 7674);

19. May 25, 2017 (Documents 7763 and 7764);

20. June 26, 2017 (Document 7848);

21. July 17, 2017 (Document 8023);

22. July 18, 2017 (Document 8033);

23. July 19, 2017 (Document 8038);

24. July 25, 2017 (Document 8076);

25. July 27, 2017 (Document 8159);

26. July 28, 2017 (Document 8191);

27. August 1, 2017 (Document 8199);

28. August 3, 2017 (Document 8208);

29. August 4, 2017 (Document 8218);

30. August 7, 2017 (Document 8224);

31. August 8, 2017 (Documents 8235, 8236, and 8237);

32. August 16, 2017 (Documents 8268 and 8269); and

33. August 23, 2017 (Document 8308).

Each time the Court approved a revocation, we no longer counted that person as an Opt Out

and posted on the Settlement website a revised list of Timely Opt Out Requests Containing All

Information Required by Section 14.2(a) or Otherwise Approved by the Court (the "Timely Opt

Out List") to reflect the results of the Orders.  That Timely Opt Out List now contains 95

names, including six persons whose Opt Outs the Court directed be added to that list in its

Orders of September 8, 2016 (Document 6902) and March 6, 2017 (Document 7244).

6.      On October 30, 2017, we received an Opt Out revocation request from Mr.

Robert Lurtsema, who is on the Timely Opt Out List.  Mr. Lurtsema registered timely for

Settlement benefits.  I have attached to this Declaration a copy of his request with his

personal information redacted.  The Parties to the Settlement Agreement have agreed to

accept his revocation, subject to Court approval.  If the Court grants its approval, we no

longer will count Mr. Lurtsema as an Opt Out and, upon the Court's direction, we will post a

revised Timely Opt Out List on the Settlement website.

 I, Orran L. Brown, Sr., declare under penalty of perjury pursuant to 28 U.S.C. § 1746

that the foregoing is true and correct.  Executed on this 3rd day of November, 2017.

_____

Orran L. Brown, Sr.

 # NFL CONCUSSION SETTLEMENT
IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION
No. 2:12-md-02323 (E.D. Pa.)

## REQUEST TO REVOKE OPT OUT FROM SETTLEMENT CLASS

A person who Opted Out of the NFL Concussion Settlement may request to revoke that Opt Out by completing this form and sending it to the Claims Administrator. The Claims Administrator will present the request to the Parties to the Settlement Agreement for their consideration. If Co-Lead Class Counsel and the NFL Parties both consent, they will submit it to the Court for approval. Complete all sections of this form. If your revocation is approved, you cannot later Opt Out again.

### I. PERSON SEEKING TO REVOKE OPT OUT

| | First | M.I. | Last |
|---|---|---|---|
| **Name** | ROBERT | R | LURTSEMA |

| **Mailing Address** | Address 1 |
| | Address 2 |
| | City | State | Zip |

**Telephone Number**

**Date of Birth** (Month/Day/Year)

### II. STATEMENT OF INTENT AND SIGNATURE

I wish to revoke my Opt Out from the Settlement Class and instead be included in the Settlement Class.

| **Signature** | Robert R Lurtsema | **Date** | 0 2 4 2 0 1 7 (Month/Day/Year) |

### III. HOW TO SUBMIT THIS FORM

| **By Email:** | ClaimsAdministrator@NFLConcussionSettlement.com |
|---|---|
| **By Mail:** | NFL Concussion Settlement<br>Claims Administrator<br>P.O. Box 25369<br>Richmond, VA 23260 |
| **By Online Portal:** | Go to your secure online portal with the Claims Administrator and upload this signed PDF. |

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 6th day of November, 2017, upon all counsel of record.


Dated:  November 6, 2017              /s/ Brad S. Karp
                                     Brad S. Karp