UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

# ORDER

**AND NOW,** this __7TH _ day of November, 2017, it is **ORDERED** that any omnibus reply by Co-Lead Class Counsel to the counter-declarations that were filed in response to Co-Lead Class Counsel's Proposed Allocation of Common Benefit Attorneys' Fees must be submitted **on or before November 17, 2017**.

                                                        s/Anita B. Brody

                                                        _____
                                                        ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:           Copies **MAILED** on _____ to: