# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br><br>                    Plaintiffs,<br><br>                    v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                    Defendants. | Civ. Action No.: 14-cv-00029-AB |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW,** this ___7th_ day of November, 2017, upon consideration of Howard & Associates, P.A.'s ("Howard's") Emergency Motion for an Extension of Time Up to One Year for Those NFL Claimants That Are Institutionalized to File a Claim for Benefits Under the Class Action Settlement Agreement as of June 25, 2014, *Turner v. NFL*, No. 14-0029 (E.D. Pa. filed

Jan. 6, 2014), ECF No. 58, it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE** to raise the issue at a later time.

The motion prematurely seeks intervention from the Court. If Howard represents specific clients that have missed the registration deadline, those clients must follow the Claims Administration process to determine if the deadline should be waived for good cause. If that attempt is unsuccessful, then Howard and his clients can follow the appropriate appeals process.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to: