# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## NOTICE

**On November 13, 2017 at 2:00 p.m.**, the Court will hold a conference in chambers with representatives of the NFL, Class Counsel, and the Special Masters. At the conference, the Court will address any issues regarding the implementation of the Settlement Agreement.

| | |
|---|---|
| 11/8/2017 | s/Anita B. Brody |
| _____ | _____ |
| Date | ANITA B. BRODY, J. |

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: