UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## AMENDED NOTICE

**On November 13, 2017 at 2:00 p.m.**, the Court will hold a conference in chambers with representatives of the NFL, Class Counsel,[1] and the Special Masters. At the conference, the Court will address any issues regarding the implementation of the Settlement Agreement.

11/8/2017                                                                                    s/Anita B. Brody
_____                                                       _____
     Date                                                                                  ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                     Copies **MAILED** on _____ to:

---

[1] Class Counsel must be represented solely by Co-Lead Class Counsel Chris Seeger, Esq.