UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB)<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br><u>Robert Holt, et al.</u> v. National Football League, et al. (Plaintiffs Kenyon Rasheed and Traci Wiedenfeld-Rasheed ONLY)<br><br>Court File No. <u>12-cv-4185-AB</u> | **<u>NOTICE OF WITHDRAWAL OF ATTORNEY'S LIEN AND PETITION TO ESTABLISH ATTORNEY'S LIEN AND NOTICE OF APPEARANCE</u>** |

Please take notice that Petitioner withdraws its Petition to Establish Attorney's Lien and requests that the Court enter the appearance of Charles S. Zimmerman as counsel of record for the Plaintiffs in the above-referenced matter. All notice and copies of pleadings, papers and other material relevant to this action that are NOT served via the Court's electronic system should be directed to and served upon:

    Charles S. Zimmerman
    ZIMMERMAN REED LLP
    1100 IDS Center
    80 South 8th Street
    Minneapolis, MN 55402
    Email: Charles.Zimmerman@zimmreed.com

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Dated:  November 9, 2017	Respectfully submitted,

ZIMMERMAN REED LLP


 s/ Charles S. Zimmerman
Charles S. Zimmerman (#120054)
J. Gordon Rudd, Jr. (#222082)
Brian C. Gudmundson (#336695)
Michael J. Laird (#0398436)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Charles.Zimmerman@zimmreed.com
Gordon.Rudd@zimmreed.com
Brian.Gudmundson@zimmreed.com
Michael.Laird@zimmreed.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice of Withdrawal of Attorney's Lien and Petition to Establish Attorney's Lien and Notice of Appearance to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated:  November 9, 2017                              ZIMMERMAN REED LLP

                                                        s/ Charles S. Zimmerman
                                                       Charles S. Zimmerman (#120054)
                                                       J. Gordon Rudd, Jr. (#222082)
                                                       Brian C. Gudmundson (#336695)
                                                       Michael J. Laird (#0398436)
                                                       1100 IDS Center, 80 South 8th Street
                                                       Minneapolis, MN  55402
                                                       Telephone: (612) 341-0400
                                                       Facsimile: (612) 341-0844
                                                       Charles.Zimmerman@zimmreed.com
                                                       Gordon.Rudd@zimmreed.com
                                                       Brian.Gudmundson@zimmreed.com
                                                       Michael.Laird@zimmreed.com