**LOCKS** LAW FIRM

The Curtis Center
601 Walnut Street, Suite 720 East
170 S. Independence Mall West
Philadelphia, Pennsylvania 19106
T 215.893.0100
T 866.LOCKSLAW
F 215.893.3444
lockslaw.com

GENE LOCKS
glocks@lockslaw.com
215-893-3434

November 10, 2017

**VIA ECF FILING**

The Honorable Anita B. Brody
United States District Court for the
   Eastern District of Pennsylvania
601 Market St.
Philadelphia, PA  19106

**RE:  November 13, 2017 Conference**

Dear Judge Brody:

      As you know, I am one of the class counsel in the NFL Settlement Agreement. As you may also know by my Declaration recently filed with the Court, my firm has registered the largest number of claimants in the Settlement of this case. We have filed the fourth largest number of claims for monetary awards, and we have processed to conclusion the largest number of claims of any firm to date.

      In light of the above, I was disappointed to be disinvited from the November 13 hearing in chambers regarding settlement implementation. We would like to provide to the Court the first-hand experience of our firm, because we believe it would be helpful to the Court and the parties as they address implementation issues. We respectfully request that the Court reconsider its recent Order and allow me to attend Monday's meeting.

      Regardless, we respectfully request that Monday's conference be recorded and a transcript generated. I trust you understand my sincere motivation and interest to address my concerns as class counsel and as individual counsel to the players my firm represents.

Respectfully submitted,

By: _____
GENE LOCKS

GL:pt

Cc:  All counsel of record (via ECF filing)

PHILADELPHIA, PA     NEW YORK, NY     CHERRY HILL, NJ     ROSELAND, NJ     ATLANTIC CITY, NJ

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all counsel of record via the Court's ECF system on November 10, 2017.

_____
David D. Langfitt, Esquire

November 10, 2017