**MITNICK LAW OFFICE**
A LITIGATION AND CLAIM RESOLUTION FIRM

1-877-MITNICK
www.MitnickLawOffice.com

**New Jersey Office**
35 Kings Highway East
Haddonfield, NJ 08033
P. 856.427.9000
F. 856.429.2438

Reply to New Jersey Office

**Philadelphia Office**
123 South Broad Street Suite 2500
Philadelphia, PA 19109
P. 215.769.9000
F. 856.429.2438

November 10, 2017

The Honorable Anita B. Brody
US DISRICT COURT, EASTERN DISTRICT OF PA
James A. Byrne U.S. Courthouse
601 Market Street
Room 7613
Philadelphia, PA  19106-1717

     RE:    NFL Concussion Litigation
               No. 2:12-md-02323-AB
               MDL No. 2323

Dear Judge Brody:

     Please allow this letter to serve as my formal request to withdraw my objection to Christopher Seeger, Esquire's fee petition allocation recommendation that I previously filed with the Court.

     After much thought and deliberation, I have realized how much time and energy Mr. Seeger and his firm have put into the NFL concussion litigation, it's successful resolution and their recommendation for the allocation of common benefit fees. If not for Mr. Seeger's efforts, there is no doubt that this case would have never materialized as quickly as it did. I would hope that this letter to the Court would give food for thought to the other attorneys who have objected to Mr. Seeger's fee allocation recommendation, given the substantial work primarily done by Mr. Seeger and his firm and the benefit it has had on the class of retired players and all attorneys involved.

                              Respectfully,

                              */s/Craig R. Mitnick*

                              CRAIG R. MITNICK

CRM/sjg