# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| THIS DOCUMENT APPLIES TO: <br><br> Plaintiff's Master Administrative Long-Form Complaint and: <br><br> <u>Plaintiff Henry Lusk</u> | **<u>NOTICE OF ATTORNEY'S LIEN</u>** |

     Robins Cloud, LLP, attorney for Plaintiff Henry Lusk in the above named and numbered cause of action, hereby notify this Court and all parties that Robins Cloud, LLP, and their respected attorneys have a lien in this case for reasonable attorney's fees plus expenses as set forth in the accompanying Petition to Establish Attorney's Lien relating to Plaintiff Henry Lusk.

Dated: November 13, 2017

                                  Respectfully submitted,

                                  Attorney Ian Cloud, Robins Cloud, LLP


                              By:   /s/ Ian P. Cloud_____
                                       Ian P. Cloud
                                         State Bar No. 00783843
                                         Robins Cloud, LLP
                                         2000 West Loop South. 22nd Floor
                                         Houston, TX 77027
                                         Tel: (713) 650-1200
                                         Fax: (713) 650-1400

icloud@robinscloud.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the foregoing Notice of Change of Firm Affiliation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: November 13, 2017  /s/ Ian P. Cloud
Ian P. Cloud