# Exhibit A

**From:** Jennifer Goodwin <jgoodwin@browngreer.com>
**Date:** November 10, 2017 at 3:04:46 PM EST
**To:** Jennifer Goodwin <jgoodwin@browngreer.com>
**Subject: Raw Scores for Level 1.5 and 2 Claims**

On 11/7/17, Co-Lead Class Counsel and Counsel for the NFL Parties directed that neuropsychological testing records submitted in support of claims for Qualifying Diagnoses of Level 1.5 Neurocognitive Impairment and Level 2 Neurocognitive Impairment must include the raw scores from that testing. Raw test scores are part of the standardized neuropsychological testing protocol in Sections 1(a)(ii) and 2(a)(ii) of Exhibit A-1 to the Settlement Agreement. If you submitted a claim for Level 1.5 or Level 2 Neurocognitive Impairment, make sure the records you submitted include the raw scores. If they do not, send them to us now. We will review all Level 1.5 and 2 claims for raw scores, including those claims currently ready for assignment to an Appeals Advisory Panel member. If we cannot find the raw scores, we will issue a Notice of Preliminary Review to notify you that the scores are missing. However, you should not wait for us to issue a Notice and should provide the raw scores now if you have them.

If you need to supplement a client's file to include the raw scores from the neuropsychological testing, please use the new Upload feature available through the Search function on your Portal and use "Medical Records" as the document type. The attached PDF document summarizes the Upload process.

Thank you.

**Jennifer L. Goodwin**
Project Manager I
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7274
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*