# Exhibit C

Letter From NFL Concussion Settlement Class Members to Judge Anita Brody » Advocacy for Fairness in Sports  11/13/17 3:15 AM

Case 2:12-md-02323-AB   Document 8923-3   Filed 11/13/17   Page 2 of 10



Search     Search



- **Past Litigation**
- **Deflategate**
- **NFL Concussion Settlement**
- **NFL Painkiller Lawsuits**
- **NFL Disability**
- **Other Current Litigation**
- **Player Rights and Safety**
- **Domestic Violence & Sexual Assault**
- **Opinion**
- **Guest Features**
- **Featured In**
- **Contact Us**

- The Blitz 11/12/17
- The Blitz
- The Blitz 10/29/17
- The Blitz 10/21/17
- The Blitz 10/8/17

Advocacy for Fairness in Sports recommends Copley Court reporting for all court reporting and legal transcription needs.
**Copley Court Reporting**
**71 Commercial Street, Suite 701**
**Boston, MA 02109**
**(877) 929-8085**



Letter From NFL Concussion Settlement Class Members to Judge Anita Brody » Advocacy for Fairness in Sports    11/13/17 3:15 AM

Case 2:12-md-02323-AB   Document 8923-3   Filed 11/13/17   Page 3 of 10

**The "bottomless" NFL Concussion Settlement, once regarded by NFL retirees as the conclusion to a long, hard fought race has devolved into a marathon maze laden with hurdles that appear to obscure any semblance of a finish-line.**
**On August 15 a motion was filed asking the Court to determine proper administration of claims under the settlement agreement.**
[Read More](#)

**On September 20, a motion was filed by three Texas law firms representing a group of players identified as "Alexander Objectors," asking Judge Anita Brody to compel compliance with an order that she issued on September 10, 2012. The order, known as Case Management Order 5 (CMO 5) was at the time of issuance, encouraged and supported by Co-Lead Counsel Christopher Seeger.** [Read More](#)

**"I intimately know of the pain, responsibility and exacerbation and care taking of my husband who I thought would take care of me," says Susan Owens, widow of former NFL/49ers wide receiver R. C. "Alley Oop" Owens. "Instead, my husband turned into a stranger who seemed to hate me for having to take care of him."**
**Susan is one of many women married to former NFL football players whose dreams and plans have been shattered by the reality of dementia. "I intimately know of the disappointment, fear and financial doom associated with this disease," she reiterated.** [Read More](#)

**The NFL has botched a number of domestic violence investigations over the past few years unleashing a public relations nightmare for the league.  A seemingly contrite Roger Goodell pledged to do better after public outrage from the Ray Rice fiasco nearly cost the NFL a lucrative Anheiser Busch relationship.  Part of his new "get tough plan" included a baseline six-game suspension for first-time**

Letter From NFL Concussion Settlement Class Members to Judge Anita Brody » Advocacy for Fairness in Sports    11/13/17 3:15 AM

Case 2:12-md-02323-AB   Document 8923-3   Filed 11/13/17   Page 4 of 10

domestic violence offenders. Then last year he reduced that suspension for unknown mitigating circumstances to a mere one-game suspension for Giants' kicker Josh Brown; that is until Brown's own journal admitting abuse surfaced in the media. Another firestorm of public rage erupted, again bringing into question the NFL's seriousness in regard to domestic violence. The NFL needed to get the next one right. Enter Ezekiel Elliott. [Read More](#)

Derek Helling

Every year, the passage of another college football season spans from August through January, and the economic machine keeps thousands of people in industries from foodservice to retail apparel busy. As with most businesses of this scale, there are stories of altruistic endeavors, along with tales of the seedier side.
For as long as homo sapiens have lived in groups, the narratives of competition for limited resources and the strong taking advantage of the weak have existed. College football isn't immune to those storylines. [Read More](#)

Want to understand the true impact of concussions? Check out Cyndy Feasel's book:



In his book, 7-year NFL veteran Hamza Abdullah takes you on a journey through his NFL career and the transitions beyond. If you want to know what NFL life is truly like, his book is a MUST READ.



Concerned about domestic violence and sexual assault in sports? For real solutions we recommend this book by Dr. Mitch Abrams.





**Tweets** by @SheillaDingus

**Sheilla Dingus**
@SheillaDingus

NFL's woes highlighted by frosty silence between Jerry Jones, Arthur Blank usat.ly/2i7Phn0 via @nrarmour

**NFL's woes highlighted by frosty …**
Cowboys owner Jerry Jones and Fa…
usatoday.com

1h

**Sheilla Dingus**
@SheillaDingus

The 🕐 is ticking.
LAST CALL FOR NFL CONCUSSION SETTLEMENT CLASS MEMBERS to sign letter opposing closed hearing with Seeger, NFL and Special Masters. This has to go out tonight in order to land on

Embed          View on Twitter

Follow @SheillaDingus

- November 2017
- October 2017
- September 2017
- August 2017
- July 2017
- June 2017
- May 2017
- April 2017
- March 2017
- February 2017
- January 2017
- December 2016
- November 2016
- October 2016

Edit Hit Counter

2 1 1 3 8 6
Visits
5     4 9 7

↑ Return to NFL Concussion Settlement

# Letter From NFL Concussion Settlement Class Members to Judge Anita Brody

**Honorable Senior Judge Anita Brody**
**James A Byrne U.S. Courthouse 601 Market Street**
**Room 7613, Courtroom 7-B**
**Philadelphia, PA 19106-1717**

**November 13, 2017**

**Dear Judge Brody:**

**The undersigned are members of the NFL Concussion Settlement Class. We are retired players, wives and family members who placed our trust in you and your Court. Most of us have pending claims that were filed in the spring. We have tried to be patient**

Letter From NFL Concussion Settlement Class Members to Judge Anita Brody » Advocacy for Fairness in Sports       11/13/17 3:15 AM

Case 2:12-md-02323-AB   Document 8923-3   Filed 11/13/17   Page 7 of 10

and understand that a backlog exists but instead of approvals we are facing deficiency notices, countless delays, and denials.

News coverage has become scant, but we have formed groups that watch your court docket and we are aware of all of the recent filings to secure proper administration of claims in accordance with the written Settlement Agreement and we have seen Co-Lead Class Counsel Christopher Seeger "arm in arm" with NFL Counsel in opposing any action that would provide us any relief. We have completely lost confidence in him and his firm and in view of his enormous fee request, while we continue to wait to see if our claims will even survive, have come to seriously doubt his motives and his commitment to fairly serving the Class he was appointed by your Court to represent.

He personally represents none of us, but has shut out input from all other Counsel, including those who were appointed as Class Counsel and Steering Committee members. At the urging of Mr. Seeger some of us have not retained an attorney and are completely lost as to how to navigate this endless obstacle course.

Often we try to contact his firm with no success. Those of us who are pro se have dealt with the Claims Administrator's office with little in the way of guidance. We note in Orran Brown's declaration that he is administering the Settlement in accordance with the wishes of Co-Lead Class Counsel and NFL Counsel. What about the rest of us? We are now part of a Settlement that seems intent on changing the rules that were agreed to in writing.

We are also aware of a November 7, change in criteria that will make it more difficult for our claims to survive.

Your Honor, many of our brethren have died during the time this Settlement was negotiated; some of us became widows during that time. When the Settlement was finally approved we began to feel a ray of hope but that is being extinguished more and more each day. Some of us are dying; we are sick, we are dealing with depression and anxiety that has spread to our families. Some of us have lost our homes; some of us will in the near future without relief. We do not wish to be a burden to our families and we trusted you with our security, please do not fail us.

We are deeply troubled by your scheduled in-chamber conference with only Mr. Seeger, NFL Counsel and Special Masters invited. This is not a transparent process. We need to know that our own attorneys are being heard; those of us who are pro se would also appreciate a chance to voice our concerns to ensure that a thorough discussion takes place. We also respectfully request that the hearing is recorded and made available on Pacer through the ECF system so that each of us will have a chance to hear the discussion. Likewise we request that our letter to you is filed through ECF as part of the court record.

This is your legacy, and our future. Please, show the concern for the Class that you did early on and restore our hope.

Sincerely,

**Benjamin Adams**

**Mary Lou Andrie**

**George Andrie**

**Darryl Ashmore**

**Dave Baran**

**Aaron Beasley**

**Umme Beasley**

**Sean Berton**

**Kenny Blair**

**Mary Beth Blair**

**Matt Blair**

**Mindi Blanchard**

**Brent Boyd**

**Greg Boyd**

**John Brodie**

**Sue Brodie**

**Jay Brophy**

**Greg Brooks**

**Mary Brooks**

**Megan Brown**

**Reggie Brown**

**Robert Bubba**

**Hillary Butler**

**Dee Castile**

**Tim Castile**

**Bill Cesare**

**Sherman Colquit**

**Kathleen Davidson**

**Lorraine Dixon**

**Rickey Dixon**

**Jennifer Duggan**

**Alvin Moore**

**Cathy Carpenter**

**Charles (Chip) Myrtle**

**Connie Carpenter-Myrtle**

**Dan Cody**

**Sarah Cody**

**Rudolph Council, Jr.**

**Benjamin Davidson**

**Kathy Doak**

**Debbie Fellows**

**Ron Fellows**

**Kaylie Fogle**

**Allison Foreman**

**Jamal Foreman**

**Amanda Gocong**

**Chris Gocong**

**Dena Hamilton**

**Ruffin Hamilton**

**Bernardo Harris**

**Kellie Harris**

**Jim Hart**

**Mary Hart**

**Matthew Hatchette**

**Jelani Hawkins**

**Dawn Heimburger**

**Manny Hendrix**

Letter From NFL Concussion Settlement Class Members to Judge Anita Brody » Advocacy for Fairness in Sports    11/13/17 3:15 AM

http://advocacyforfairnessinsports.org/nfl-concussion-settlement/letter-from-nfl-concussion-settlement-class-members-to-judge-anita-brody/    Page 7 of 9

Letter From NFL Concussion Settlement Class Members to Judge Anita Brody » Advocacy for Fairness in Sports   11/13/17 3:15 AM

Case 2:12-md-02323-AB   Document 8923-3   Filed 11/13/17   Page 9 of 10

**Penny Hilton**

**Doug Hollie**

**Charlotte Homan**

**Dennis Homan**

**Donald Horn**

**Darrell Irvin**

**Sandra Irvin**

**Emily Kelly**

**Rob Kelly**

**Todd Kinchen**

**Claudia Keyworth**

**Margaret Lefko**

**Marc Logan**

**Lynne Long**

**Wade Manning**

**Sammy Martin**

**Janet Dinsmore McCoy**

**Brett K. Miller**

**Jamar Nesbit**

**Tara Nesbit**

**Dawn Neufeld**

**Ryan Neufeld**

**Edna E. Osborne**

**Susan Owens**

**Robert Pena**

**Garland Radloff**

**Wayne Radloff**

**Kinley Richardson**

**Slade Roberts**

**William Roberts**

**Julian Roland**

**Scott Shanle**

**Luis Sharpe**

**David Sims**

**Andrew Stewart**

**Sharon Stewart**

**Gerry Sullivan**

**Liz Nicholson-Sullivan**

**Dennis Swilley**

**Chuck Thomas**

**Jesse Tuggle**

**William Van Huesen**

**Lyle West**

**Kelly Wheatley**

**Karyn Williams**

**Darryl Williams**

**Bethany Wirgowski**

## Copyright

© 2017 Advocacy for Fairness in Sports.

- Return to top

Powered by WordPress and the Graphene Theme.