**Lieff**
**Cabraser**
**Heimann &**
**Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
t 212.355.9500
f 212.355.9592

November 13, 2017

Wendy R. Fleishman
Partner
wfleishman@lchb.com

**VIA FEDERAL EXPRESS**

The Honorable Anita B. Brody
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 7613
Philadelphia, PA 19106

RE: *In Re National Foot League Retired Players' Concussion Litigation, No. 12-md-2323(AB), MDL 2323*

Dear Judge Brody:

We were unable to file the Second Amended Master Complaint against the Riddell defendants on the electric filing system. There is no electric "slot" in which to self-identify the filing, therefore it was rejected by the MDL Clerk.

We spoke with Chambers and pursuant to instructions, we are submitting the complaint by Federal Express today to the Court Clerk's office and sending two copies to Chambers. We are electronically serving defense counsel. The Court has permitted this method of filing to be consistent with the Court's Order dated June 28, 2017.

We appreciate the Court's attention to this matter.

Respectfully,

Wendy R. Fleishman

WRF/wp
cc:   Robert L. Wise
      Bowman & Brooke, LLP
      901 East Byrd Street Suite 1650
      Richmond, Virginia  23219

1460668.1

San Francisco    New York    Nashville    Seattle    www.lieffcabraser.com