# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

## ORDER

**AND NOW,** this _15th__ day of November, 2017, upon consideration of NFL Parties' and Counsel on Behalf of Opt Out Plaintiffs' Stipulation and Agreement (ECF No. 8918), it is

**ORDERED** that the request for time extensions of the briefing schedule is **DENIED**.[1]

The Court may consider future requests for extensions of time for good cause shown.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to:

---

[1] Any extension of time for the Opt Out briefing schedule would also impact litigation in the *Chiefs/Cardinals* actions (14-cv-1995, 14-cv-3383, 14-cv-4779) because argument and ruling on those issues has been coordinated (*see* ECF No. 8030, ¶ 10-11).