UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

## NOTICE

On November 13, 2017, the Court held a conference with representatives from the NFL Parties, Co-Lead Class Counsel, and the Special Masters on issues related to implementation of the Settlement Agreement (*see* ECF Nos. 8909 & 8926). During that conference, a renewed commitment to transparency regarding the Claims Administration process was established.

- **On or before December 1, 2017**, the Claims Administrator, BrownGreer, has agreed to submit to ECF an updated Frequently Asked Questions ("FAQs") that includes all of the necessary information to submit a complete claim for a monetary award. Each FAQ must have a corresponding reference number. The updated FAQs will also be posted to www.nflconcussionsettlement.com at that time.

- Following BrownGreer's submission will be a comment period. This period will be truncated to limit delay of claims processing. **On or before December 15, 2017**, any class member or their representatives may comment on the FAQs using the following mandatory procedures:

- o  The comments must be e-mailed to [concussion@paed.uscourts.gov](mailto:concussion@paed.uscourts.gov).

- o  In the subject line, the comment must indicate the reference number of the FAQ that the comment is directed towards.

- o  Each individual comment/e-mail must reference only one FAQ. To comment on multiple FAQs, a commenter must send multiple e-mails. Coordination among commenters raising similar concerns or represented by the same counsel will help to promote efficiency.

- Comments will be reviewed by the Court, and final FAQs will be issued as promptly as possible. After that point, the final FAQs will serve as the rules for processing claims.

   11/15/17                                     s/Anita B. Brody

_____                             _____
Date                                           ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:               Copies **MAILED** on _____ to: