UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>The Honorable Anita B. Brody |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                   Plaintiffs,<br><br>                        v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                   Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**MOTION OF WALKER PRESTON CAPITAL HOLDINGS, LLC
TO INTERVENE FOR THE LIMITED PURPOSE OF OPPOSING
ON JURISDICTIONAL GROUNDS CO-LEAD CLASS COUNSEL'S MOTION
TO (1) DIRECT CLAIMS ADMINISTRATOR TO WITHHOLD ANY PORTIONS
OF CLASS MEMBER MONETARY AWARDS PURPORTEDLY OWED TO CERTAIN
THIRD-PARTY LENDERS AND CLAIMS SERVICES PROVIDERS, AND (2) DIRECT
DISCLOSURE TO CLAIMS ADMINISTRATOR OF EXISTENCE OF CLASS
<u>MEMBER AGREEMENTS WITH ALL THIRD PARTIES (ECF NO. 8470)</u>**

Proposed Intervenor, Walker Preston Capital Holdings, LLC ("Walker Preston") moves, pursuant to Federal Rule of Civil Procedure 24(a), to intervene in this matter for the limited purpose of opposing on jurisdictional grounds co-lead class counsel's motion seeking, in part, an Order directing the Claims Administrator to withhold any portions of class member monetary awards purportedly owed by class members to certain third-party lenders (including funders and

so-called asset purchasers) and claims services providers (the "Motion to Withhold Funds"). (ECF No. 8470). In support of this Motion, Walker Preston relies on the accompanying Memorandum of Law, Declaration of Patrick Preece (attached as Exhibit A) and proposed response to the Motion to Withhold Funds (attached as Exhibit B).

Pursuant to Federal Rule of Civil Procedure 24(a), Walker Preston has the right to intervene in this action for the limited purpose of challenging this Court's jurisdiction to entertain co-lead class counsel's Motion to Withhold Funds because Walker Preston has a direct interest in the issues raised, which no current party adequately represents.

As delineated in Walker Preston's proposed response to co-lead class counsel's Motion to Withhold Funds filed contemporaneously with this Motion and attached hereto, pursuant to Federal Rule of Civil Procedure 24(c), both subject matter jurisdiction and personal jurisdiction are lacking.

Accordingly, and for the reasons set forth in the accompanying memorandum of law below, Walker Preston respectfully requests (1) this Court grant Walker Preston's motion to intervene for the limited purpose of challenging co-lead class counsel's motion on jurisdictional grounds and (2) treat Walker Preston's proposed response to the Motion to Withhold Funds attached hereto as filed.

Dated: November 16, 2017

Respectfully submitted,

By: *s/ Lee M. Epstein*
Lee M. Epstein
Weisbrod Matteis & Copley PLLC
Two Logan Square, Suite 1925
100 N. 18th Street
Philadelphia, PA 19103
T: (215) 883-7422
lepstein@wmclaw.com