**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>The Honorable Anita B. Brody |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>                        Plaintiffs,<br><br>                            v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>                        Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**[PROPOSED] ORDER**

AND NOW, this __ day of _____, 2017, upon consideration of Walker Preston Capital Holdings, LLC's ("Walker Preston") Motion to Intervene for the Limited Purpose of Opposing on Jurisdictional Grounds Co-Lead Class Counsel's Motion to (1) Direct Claims Administrator to Withhold any Portions of Class Member Monetary Awards Purportedly Owed to Certain Third-Party Lenders and Claims Services Providers, and (2) Direct Disclosure to Claims Administrator of Existence of Class Member Agreements with All Third Parties,

IT IS ORDERED that Walker Preston's Motion to Intervene be, and hereby is, GRANTED, and it is further ORDERED as follows:

1.      Walker Preston's proposed response to co-lead class counsel's Motion to (1) Direct Claims Administrator to Withhold Any Portions of Class Member Monetary Awards Purportedly Owed to Certain Third-Party Lenders and Claims Services Providers, and (2) Direct Disclosure to Claims Administrator of Existence of Class Member Agreements With All Third Parties, which was filed contemporaneously with Walker Preston's motion to intervene, is deemed filed on November 16, 2017.

2.      The Clerk will file a copy of Walker Preston's response to co-lead class counsel's Motion to Withhold Funds separately on the docket.

_____
Anita B. Brody
United States District Judge