# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>The Honorable Anita B. Brody |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>      Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the Motion of Walker Preston Capital Holdings, LLC to Intervene for the Limited Purpose of Opposing on Jurisdictional Grounds Co-Lead Class Counsel's Motion to (1) Direct Claims Administrator to Withhold Any Portions of Class Member Monetary Awards Purportedly Owed to Certain Third-Party Lenders and Claims Services Provides, and (2) Direct Disclosure to Claims Administrator of Existence of Class Member Agreements With All Third Parties (ECF No. 8470), along with the supporting documents, was served electronically via the Court's electronic filing system upon all counsel of record in this matter and is available for viewing and downloading.

A courtesy copy is being sent via email to those third parties whom Co-lead Class Counsel sent a copy of the Motion to Withhold Funds, identified below:

Raul J. Sloezen, Esq.
Law Offices of Raul J. Sloezen, Esq.
130 Sycamore Road
Clifton, New Jersey 07012
rjsloesen@outlook.com
*Counsel for Atlas entities*

Pravati Legal Funding/Pravati Capital
4400 N. Scottsdale Rd
#9277
Scottsdale, AZ 85251
William P. Bray
Bray & Long, PLLC
2820 Selwyn Avenue, Suite 400
Charlotte, North Carolina 28209
wbray@braylong.com
*Counsel for Global Financial Credit, LLC*

James Kim
Ballard Spahr LLP
919 Third Avenue, 37th Floor
New York, NY 10022
kimj@ballardspahr.com
*Counsel of Record in CFPB v. Top Notch II, LLC, e.t. al. (S.D.N.Y. 1:17-cv-07114-GHW) for Top Notch Funding II, LLC*

Peter C. Buckley
Fox Rothschild LLP
2000 Market St.
20th Floor
Philadelphia PA 19103
pcbuckley@foxrothschild.com
*Counsel for Thrivest Specialty Funding, LLC*

Cash4Cases, Inc.
228 Park Avenue South
New York, NY 10003
Martin L. Black
4909 N. Monroe Street
Tallahassee, FL 32303
mbmblack8@gmail.com
*Counsel for Cambridge entities*

Top Notch Funding/Top Notch Lawsuit Loans
c/o The Company Corporation
251 Little Falls Drive
Wilmington, DE 19808
John "Jack" M. Robb, III
LeClairRyan
919 East Main Street
24th Floor
Richmond, VA 23219
john.robb@leclairryan.com
*Counsel for HMR Funding entities*

Mark S. Melodia
Nipun J. Patel
Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
mmelodia@reedsmith.com
npatel@reedsmith.com
*Counsel for Peachtree entities*

Dated: November 16, 2017

>> By: */s/ Lee M. Epstein*
>> Lee M. Epstein
>> Weisbrod Matteis & Copley PLLC
>> Two Logan Square, Suite 1925
>> 100 N. 18th Street

2

Philadelphia, PA 19103
T: (215) 883-7422
lepstein@wmclaw.com