UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO ALL OPT-OUT ACTIONS | Hon. Anita B. Brody |

## [PROPOSED] ORDER

WHEREAS, on November 20, 2017, this Court issued an Order granting an extension until December 8, 2017 for the filing of (i) Lead Counsel for Opt-Out Plaintiffs' briefs in opposition to the NFL Parties' motions to dismiss and (ii) supplemental briefs by individual Opt-Out Plaintiffs addressing claims unique to their Short Form Complaints;

It is **ORDERED** that:

(i) The NFL Parties may file reply briefs in support of their motions to dismiss the Second Amended Complaint on or before January 22, 2018. The Court will consider a future request for extension of time by the NFL Parties, if needed, for good cause shown.

(ii) Nothing in this Order shall affect previously ordered page limits.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:

                                               Copies **MAILED** on _____ to:

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 20th day of November, 2017, upon all counsel of record.

Dated: November 20, 2017                    /s/ Brad S. Karp