UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO ALL OPT-OUT ACTIONS | Hon. Anita B. Brody |

[PROPOSED] ORDER

It is **ORDERED** that:

(i) Lead Counsel for Opt-Out Plaintiffs may file opposition briefs to the NFL Parties' motions to dismiss the Second Amended Complaint on or before December 8, 2017. In addition, to the extent that the NFL Parties' motions address any claims unique to a given Opt-Out Plaintiff's Short Form Complaint, Counsel for such Opt-Out Plaintiff(s) may file a supplemental brief on or before December 8, 2017.

(ii) Plaintiffs in the *Smith v. Arizona Cardinals Football Club, LLC* action (16-cv-1704) and the *Lewis, Smith,* and *Kenney v. Kansas City Chiefs Football Club, Inc.* actions (14-cv-1995, 14-cv-3383, 14-cv-4779) may file reply briefs in further support of their motions to remand on or before December 8, 2017.

(iii) Nothing in this Order shall affect previously-ordered page limits.

    (iv)    The Court shall coordinate argument and ruling on the motions to dismiss and the motions to remand.

*[signature]* 11/20/17

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:

    Copies **MAILED** on _____ to:

2

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing document was served electronically via the Court's electronic filing system on the 10th day of November, 2017, upon all counsel of record.

Dated: November 10, 2017                             /s/ Wendy R. Fleishman