**IN THE UNITED STATE DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

|  |  |
|---|---|
| IN RE; NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, | ) ) ) ) No. 2:12-MD-02323 – AB ) ) MDL NO. 2323 ) |

_____

|  |  |
|---|---|
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, |  ) ) ) ) |
| Plaintiffs, | )  CIVIL ACTION NO: 14-cv-0029 ) |
| v. | ) ) |
| National Football League and NFL Properties, LLC successor-in-interest to NFL Properties, Inc., | ) ) ) |
| Defendants. | ) ) |

_____

THIS DOCUMENT RELATES TO ALL ACTIONS

_____

## ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of

the Motion for Leave to File Sur-Reply Counter-Declaration of Jason E. Luckasevic in Response

to Omnibus Declaration of Christopher Seeger in Support of Proposed Allocation of Common

Benefit Attorney's Fees, Payment of Common Benefit Expenses, and Payment of Case

Contribution Awards to Class Representatives, said Motion is GRANTED.  Movant has five

days to file said Sur-Reply Counter-Declaration, which is attached to the Motion as Exhibit B.

_____J.