UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>Case No. 12-md-2323 (AB) |
| Kevin Turner and Shawn Wooden,<br>*on behalf of themselves and others Similarly situated,*<br><br>                    Plaintiffs,<br><br>          vs.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.<br><br>                    Defendants. | Civil Action No. 14-cv-0029 |

THIS DOCUMENT RELATES TO:

ALL ACTIONS

**MOTION FOR LEAVE TO FILE A SURREPLY DECLARATION IN RESPONSE TO OMNIBUS REPLY DECLARATION OF CHRISTOPHER A. SEEGER AS TO RESPONSES, OBJECTIONS AND COUNTER-DECLARATIONS TO PROPOSED ALLOCATION OF COMMON BENEFIT ATTORNEYS' FEES, PAYMENT OF COMMON BENEFIT EXPENSES, AND PAYMENT <u>OF CASE CONTRIBUTION AWARDS TO CLASS REPRESENTATIVES</u>**

Charles S. Zimmerman of Zimmerman Reed LLP, member of the Plaintiffs' Steering Committee ("PSC") and Co-Chair of the PSC Ethics Committee, respectfully moves the Court for leave to file a surreply declaration in response to Christopher A. Seeger's Omnibus Reply Declaration, filed on November 17, 2017. The proposed

1

surreply, not to exceed two pages, would address Mr. Seeger's statements concerning Zimmerman Reed's work on behalf of the Ethics Committee to prevent the spread of misinformation to the Class.  In his Omnibus Reply Declaration, Mr. Seeger incorrectly claims Zimmerman Reed focused only on preserving individual retainer agreements with clients.  *See* Christopher A. Seeger Omnibus Reply Declaration [ECF 8934], at ¶¶ 66-70, n.19, n.20.  This is grossly inaccurate, and the undersigned counsel would like to respond and show that, since the formation of the Ethics Committee, Zimmerman Reed has primarily directed its efforts towards stymying unethical treatment of the Class and resolving confusion amongst former players and their families.

**WHEREFORE**, the undersigned counsel respectfully requests the Court grant leave to file a surreply declaration of Charles S. Zimmerman not to exceed two pages.

Respectfully submitted,

ZIMMERMAN REED LLP

Dated:  November 22, 2017

 s/ Charles S. Zimmerman
Charles S. Zimmerman – MN #120054
J. Gordon Rudd, Jr. – MN #222082
Brian C. Gudmundson – MN #336695
Michael J. Laird - MN #0398436
1100 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Telephone:  (612) 341-0400
Facsimile:  (612) 341-0844
Email: Charles.Zimmerman@zimmreed.com
         Gordon.Rudd@zimmreed.com
         Brian.Gudmundson@zimmreed.com
         Michael.Laird@zimmreed.com

ATTORNEYS FOR PLAINTIFFS