UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br>Case No. 12-md-2323 (AB) |
| Kevin Turner and Shawn Wooden,<br>*on behalf of themselves and others Similarly situated,*<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.<br><br>　　　　　　Defendants. | Civil Action No. 14-cv-0029 |

THIS DOCUMENT RELATES TO:

ALL ACTIONS

**(Proposed) ORDER GRANTING MOTION FOR LEAVE TO FILE A SURREPLY DECLARATION IN RESPONSE TO OMNIBUS REPLY DECLARATION OF CHRISTOPHER A. SEEGER AS TO RESPONSES, OBJECTIONS AND COUNTER-DECLARATIONS TO PROPOSED ALLOCATION OF COMMON BENEFIT ATTORNEYS' FEES, PAYMENT OF COMMON BENEFIT EXPENSES, AND PAYMENT <u>OF CASE CONTRIBUTION AWARDS TO CLASS REPRESENTATIVES</u>**

AND NOW, this ____ day of _____, 2017 upon consideration of the Motion for Leave to File a Surreply Declaration of Charles S. Zimmerman of Zimmerman Reed LLP, in Response to Omnibus Reply Declaration of Christopher A.

1

Seeger as to Responses, Objections and Counter-Declarations to Proposed Allocation of Common Benefit Attorneys' Fees, Payment of Common Benefit Expenses, and Payment of Case Contribution Awards to Class Representatives, it is hereby ORDERED that Charles S. Zimmerman's motion is GRANTED for leave to file a surreply not to exceed two pages.

                                                Honorable Anita B. Brody
                                                United States District Judge