UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br>vs.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties Inc.,<br><br>Defendants. | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |

THIS DOCUMENT RELATES TO:
ALL ACTIONS

### MOTION FOR ADMISSION *PRO HAC VICE* OF RAUL J. SLOEZEN, ESQUIRE, PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

Pursuant to Rule 83.5.2(b) of this Court's Local Rules of Civil Procedure, Proposed Interveners Cash4Cases, Inc., Atlas Legal Funding, LLC, Atlas Legal Funding I, LP, Atlas Legal Funding II, LP and Atlas Legal Funding III, LP (collectively, "Proposed Intervenors"), by and through their undersigned counsel, Stradley Ronon Stevens & Young, LLP, hereby move this Court for an order in the form attached granting Raul J. Sloezen, Esquire, admission *pro hac vice* to practice before the Court in connection with this action. In support of this Motion, the undersigned states:

1. The undersigned is a member in good standing of the bar of the Commonwealth of Pennsylvania and the bar of the state of New Jersey. She is further a

member of the United States District Court for the Eastern District of Pennsylvania and the United States District Court for the Middle District of Pennsylvania.

2. Raul J. Sloezen, Esquire, is an attorney of the Law Offices of Raul J. Sloezen of Clifton, New Jersey, counsel to Proposed Interveners in this case.

3. Mr. Sloezen is a member in good standing of the bar of the states of New Jersey and New York and admitted to practice in the United States District Court for the District of New Jersey and the United States District Court for the Southern District of New York. <u>See</u> Application for Admission *Pro Hac Vice* of Raul J. Slozen, Esq., attached hereto as Exhibit A.

4. Mr. Sloezen has never been disciplined, suspended, or disbarred by any court, and there are no disciplinary proceedings pending against him.

5. Good cause exists for Mr. Sloezen's participation in this action. Mr. Sloezen is familiar with the facts and issues surrounding this litigation.

6. Mr. Sloezen has been advised of the Local Rules pertaining to attorneys admitted *pro hac vice* in this Court, and understands that by being admitted *pro hac vice*, he is submitting to this Court's disciplinary authority. He has read and is familiar with the Court's Local Rules and Your Honor's Policies and Procedures.

7. On behalf of Mr. Sloezen, Proposed Intervenors paid the required fee in the amount of $40.00 at the time of the filing of this Motion.

WHEREFORE, Proposed Intervenors respectfully request that the Court grant this Motion and permit Raul J. Sloezen to appear on their behalf *pro hac vice* in the above-captioned matter.

- 3 -

        Respectfully submitted,

        /s/ Bridget C. Giroud
        Marissa Parker, Esquire
        Bridget C. Giroud, Esquire
        STRADLEY RONON STEVENS & YOUNG, LLP
        2005 Market Street, Suite 2600
        Philadelphia, PA 19103-7018
        T: 215.564.8000
        F: 215.584.8120
        MParker@stradley.com; BGiroud@Stradley.com
        *Attorneys for Cash4Cases, Inc., Atlas Legal Funding, LLC, Atlas Legal Funding I, LP, Atlas Legal Funding II, LP and Atlas Legal Funding III, LP*

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br><br> MDL No. 2323 |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*, <br><br> Plaintiffs, <br> vs. <br><br> National Football League and NFL Properties LLC, successor-in-interest to NFL Properties Inc., <br><br> Defendants. | Hon. Anita B. Brody |

THIS DOCUMENT RELATES TO:
ALL ACTIONS

## ORDER

AND NOW, this ____ day of _____, ____, it is hereby ORDERED that that the application of Raul J. Sloezen, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
Anita B. Brody
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:12-md-02323-AB

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, _____Raul J. Sloezen_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| New York | 04/05/1994 | 2613438 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| New Jersey | 06/06/1991 | 007931991 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| S. D. of New York | 09/09/2008 | RS1066 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| D. of New Jersey | 06/06/1991 | 007931991 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   Cash4Cases, Inc.,   Atlas Legal Funding, LLC, Atlas Legal Funding I, LP, Atlas Legal Funding II, LP and Atlas Legal Funding III, LP

(Applicant's Signature)

_____
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

LAW OFFICES OF RAUL J. SLOEZEN

130 Sycamore Road

Clifton, NJ 07012            T: 973.928.6821

Sworn and subscribed before me this

21 Day of NOV 2017

_Alsmeje Cira_
Notary Public

Resmije Cira
Notary Public, New Jersey
Commission Expires Oct. 6th, 2022

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Raul J. Sloezen___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this ~~date mailed, with postage prepaid, to all interested counsel.~~ served in accordance with the Certificate of Service attached.

| Bridget C. Giroud | [signature] | 10/23/2015 | 321289 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Stradley Ronon Stevens & Young, LLP

2005 Market Street, Suite 2600

Philadelphia, PA 19103        (215) 564-8740

Sworn and subscribed before me this

22nd Day of November 2017

_Taramarie Ruth_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
TARAMARIE RUTH, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 23, 2019

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>Plaintiffs,<br>vs.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties Inc.,<br><br>Defendants. | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>Hon. Anita B. Brody |

THIS DOCUMENT RELATES TO:
ALL ACTIONS

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Raul J. Sloezen, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), the relevant proposed Order which, if granted, would permit such practice in this court, and the foregoing motion was served as follows:

I cause a true and correct copy to be filed with the Court's ECF system, which constitutes service upon all counsel of record.

- 2 -

        /s/ Bridget C. Giroud
        Marissa Parker, Esquire
        Bridget C. Giroud, Esquire
        STRADLEY RONON STEVENS & YOUNG, LLP
        2005 Market Street, Suite 2600
        Philadelphia, PA 19103-7018
        T: 215.564.8000
        F: 215.584.8120
        MParker@stradley.com; BGiroud@Stradley.com
        *Attorneys for Cash4Cases, Inc., Atlas Legal Funding, LLC, Atlas Legal Funding I, LP, Atlas Legal Funding II, LP and Atlas Legal Funding III, LP*