UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br><br>Case No. 2:12-md-2323 (AB) |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## NOTICE OF CHANGE OF ADDRESS

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the following change of address and contact information for attorney, David B. Franco:

>  FrancoLaw, PLLC
>  500 W. 2nd Street
>  Floor 19, Suite 138
>  Austin, Texas  78701
>  Telephone (512) 714-2223
>  Facsimile (504) 229-6730
>  Email: dfranco@dfrancolaw.com

All notices, filings and written communication regarding this action should be sent to the above-noted address.

Dated: November 27, 2017                Respectfully submitted,

>  *s/ David B. Franco*
>  David B. Franco (TX# 24072097)
>  **FRANCOLAW, PLLC**
>  500 W. 2nd Street
>  Floor 19, Suite 138
>  Austin, Texas  78701
>  Telephone: (512) 714-2223
>  Facsimile: (504) 229-6730
>  Email: dfranco@dfrancolaw.com
>
>  *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 27, 2017, I caused the foregoing Notice of Change of Address to be filed with the Clerk of Court of the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all parties and counsel of record.

                                    *s/ David B. Franco*
                                    David B. Franco