# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br>MDL No. 2323<br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated*,<br>  Plaintiffs,<br>v.<br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br>  Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## NOTICE OF JOINDER

The National Football League and NFL Properties LLC (collectively, the "NFL Parties") join in and support the arguments made by Co-Lead Class Counsel in its Opposition to the Motion for Reconsideration by X1Law of its Motion to Determine Proper Administration of Claims Under the Settlement Agreement (ECF No. 8949).

X1Law's motion for reconsideration is an improper attempt to re-litigate its prior motion, which this Court appropriately denied as improper. (ECF No. 8883.) In its decision rejecting X1Law's motion as premature, this Court admonished X1Law that its clients must proceed


through the Claims Administration process, including the proper appeal process, and that it should not attempt to circumvent those Court-approved processes by directly petitioning the Court. (*Id.*) Nonetheless, X1Law flouted this Court's direction by filing yet another motion seeking the same relief and ignoring the relevant standard, which provides that motions for reconsideration should only be granted under exceptional circumstances and where there is "(1) an intervening change in the controlling law; (2) the availability of new evidence . . . ; or (3) the need to correct a clear error of law or fact or to prevent manifest injustice." *Max's Seafood Cafe ex rel. Lou-Ann, Inc.* v. *Quinteros*, 176 F.3d 669, 677 (3d Cir. 1999).  No such circumstances exist here.

For these reasons, and those set forth in Co-Lead Class Counsel's opposition brief, X1Law's Motion for Reconsideration should be denied.

Dated:  November 27, 2017                                  Respectfully submitted,

  /s/ Brad S. Karp_____
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
Brad S. Karp
Bruce Birenboim
Lynn B. Bayard
1285 Avenue of the Americas
New York, NY 10019-6064
Tel:   (212) 373-3000

PEPPER HAMILTON LLP
Sean P. Fahey
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel:   (215) 981-4000

*Attorneys for Defendants the National Football League and NFL Properties LLC*