UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 (AB) <br><br> MDL No. 2323 |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated, <br>                             Plaintiffs, <br><br> v. <br><br> National Football League and NFL Properties LLC,  successor-in-interest to NFL Properties, Inc., <br>                             Defendants. <br><br> _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ <br><br> **THIS DOCUMENT RELATES TO:** <br> **ALL ACTIONS** | **Hon. Anita B. Brody** |

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE SUR-REPLY DECLARATION OF MICHAEL L. MCGLAMRY IN RESPONSE TO THE OMBIBUS REPLY DECLARATION OF CHRISTOPHER A. SEEGER

WHEREAS, upon consideration of the Motion for Leave to File a Surreply Declaration of Michael L. McGlamry in Response to Omnibus Reply Declaration of Christopher A. Seeger, and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED, and Mr. McGlamry shall file his Sur-reply forthwith.

1

IT IS SO ORDERED, this _____ of _____, 2017.

_____
ANITA B. BRODY
UNITED STATES DISTRICT JUDGE