## UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF PENNSYLVANIA

Jeff Wright, Billy Jackson, Michael Downs,
and Idrees Kenyatta Walker

|  |  |  |
|---|---|---|
| Plaintiffs, | : | Case No. 2:12-MD-02323-AB |
|  | : |  |
|  | : | MDL No. 2323 |
|  | : |  |
|  | : |  |
|  | : | **Hon. Antia B.Brody**          : |
|  | : |  |
|  | : |  |
| vs. | : |  |
|  | : |  |

National Football League and NFL
Properties LLC, successor-in-interest to NFL
Properties, Inc.,                                              :
                          Defendants.          :

## NOTICE OF APPEARANCE

To the Clerk of Court, kindly enter the appearance of Michael J. Acosta (PA Bar #90658) and
Peter J. Flowers (IL Bar #6210847)  on behalf of the Plaintiffs, Jeff Wright, Billy Jackson,
Michael Downs and Idrees Kenyatta Walker in the above case.


Dated: November 29, 2017


Respectfully submitted,

/s/ Michael J. Acosta

MICHAEL J. ACOSTA (PA 90658)
Acosta and Associates, LLC
8558 Glen Campbell Road
Philadelphia, PA 19128
Telephone: (610) 462-3332
Facsimile: (877)-847-1615
Email: Info@lawacosta.com

/s/ Peter J. Flowers

PETER J. FLOWERS (IL 6210847)

Meyers & Flowers LLC
3 North Second Street
Suite 300
Saint Charles, IL 60174
Telephone: (630)-232-6333
Facsimile: (630)-845-8982
Email:pjf@meyers-flowers.com