# **CERTIFICATE OF SERVICE**

    I certify that the foregoing NOTICE OF APPERANCE was filed electronically on November 29, 2017 and is available for viewing and downloading from the ECF system. The parties have been served via ECF.

/s/ Michael J. Acosta

/s/ Peter J. Flowers