# Exhibit D (Redacted)

```
                    Messages with ████████████
Text messages to (null) from May 17, 2017 to Aug 1, 2017
With ████████████████████
```

--- May 17, 2017 ---
* Me - 6:41:32 PM
 - Hey ████████,

We sent a bunch of guys over to the claims administrators to schedule testing today...wanna make sure you get taken care of. Send in that paperwork asap!

***

* ████████████████████ - 7:53:35 PM
 - Want to open a fitness center

* Me - 7:54:23 PM
 - Hmmmmmm

* Me - 7:55:55 PM
 - If we get you this concussion money....u won't have a problem with that bro!....you could only get a 2.0 which is 3 million or a 1.5 which is 1.5 million!! This shit is real money bro!

* ████████████████ - 7:56:33 PM
 - Yes but got to have head issues

* Me - 7:56:52 PM
 - We train you for the test brother

* Me - 7:57:48 PM
 - It's a Nuerocognitve level that is judged by two tests! Don't cost you nothing to let us walk you through the process!

* ████████████████ - 8:05:03 PM
 - How long is the training?

* Me - 8:10:05 PM
 - We just have our Director of Psychological Developement call you and do it over the phone.


***

* ████████████████ - 8:15:45 PM
 - How long does the contract with the law firm last?

* Me - 8:16:34 PM
 - It's only specifically for this settlement...you aren't bound to them for anything else!

* ████████████████ - 8:49:46 PM
 - Ok but how long is this contract for with the law firm?

* ████████████████ - 8:49:56 PM
 - Can it be terminated?

* Me - 8:51:43 PM
 - Yes all agreements can be terminated....u jumping into it ready to terminate

Messages with ███████████████████
already?! LoL

* ████████████████████ - 9:13:21 PM
 - Have to know all the details

* Me - 9:15:00 PM
 - That's good wit me!! We in the players corner so I want to educate u as much as I
can!!!!


--- May 22, 2017 ---
* Me - 12:47:06 PM
 - Did I address all your concerns about our process brother? Just tryna get you
taken care of!

* ████████████████████ - 12:52:27 PM
 - Yes but the language in the contract is iffy to me... so say if i sign this
current contract.. once the law firm starts any work for me no matter when i
terminate the contract they will collect on my behalf. Even if I get denied at ages
35 and terminate after that.. then say I finally award benefits at 70 that law firm
will still collect

* Me - 1:34:06 PM
 - ████████, I could respond to that pretty easily but I want to get the exact
response to you....I sent your worry directly to our attorney. Will forward it over
to you shortly and can even put you on a call so this issue don't hinder you
process.

* ████████████████████ - 1:55:24 PM
 - Ok but right now I'm in punta cana on my anniversary trip I can only text email

* Me - 1:58:57 PM
 - Congrats brother I will forward her response in that case.

* ████████████████████ - 3:12:21 PM
 - Ok thanks

* Me - 5:34:52 PM
 - Talked to her and she shares my same response...if you fire an attorney at any
time they have to prove Quantum meruit...which means they have to prove what work
they did for the client...if you don't test out there's no litigation therefore they
haven't gotten to the point where they are doing work! Therefore they won't be
entitled to anything. I already knew that but wanted to hear it from her mouth
before I said it to you!

* ████████████████████ - 6:23:31 PM
 - Ok and the legacy contract has the same language

* Me - 6:26:23 PM
 - No ours only allows us to communicate with the attorneys on your behalf!

* Me - 6:27:09 PM
 - U can fire us if you want anytime....but we won't give you a reason to!

* ████████████████████ - 6:28:41 PM
 - I understand that but say if I do.. and I got denied every year until I was 35..
then I decided to terminate our contract.. then when I'm 40 I got approved for my
benefits, I would still owe legacy

* Me - 6:39:51 PM
 - You wouldn't owe us just like you wouldn't owe the attorneys!

* Me - 6:40:00 PM

Messages with ██████████████████
- Same thing applies

***