UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## NOTICE
## OPPORTUNITY TO COMMENT ON FREQUENTLY ASKED QUESTIONS

On November 13, 2017, the Court issued a Notice (See ECF No. 8930) reflecting an ongoing commitment to transparency regarding the Claims Administration process established under the Settlement Agreement.

The Court requested that the Claims Administrator ensure the Frequently Asked Questions, posted on the Settlement's public website (www.NFLConcussionSettlement.com), be written to ensure that Players and their representatives understand what is needed from them to participate fully in the benefits of the Settlement Agreement.

1

11/29/17
538866

The Claims Administrator, the Special Masters, and the BAP and Lien Resolution Administrator[1] hereby submit an updated set of Frequently Asked Questions.

The Court invites members of the Settlement Class and their lawyers or representatives to comment on whether the questions and answers in this new set clearly convey how Class Members can complete all steps necessary to obtain the applicable benefits of the Settlement Agreement.

1. **Due Date for Comments:** All comments must be submitted on or before December 15, 2017.

2. **How to Make Comments:** Email comments to concussion@paed.uscourts.gov. The subject line of the email must indicate the reference number of the FAQ to which the comment is directed. Each email must refer to only one FAQ. To comment on more than one FAQ, send a separate email on each one. Coordination among commenters raising similar concerns or represented by the same counsel will help to promote efficiency.

3. **Nature of the Comments Permitted:** Comments are to concern whether the announced process steps and rules are clearly set out in the posted Frequently Asked Questions. Commenters may suggest changes to the language or additional steps or items that should be covered to achieve clarity and completeness in the information available to the Settlement Class.

Submitted this ___ day of December, 2017.

_____
Jo-Ann M. Verrier
Special Master

---

[1] Additionally, the Parties were consulted to help develop the FAQs.

2

11/29/17
538866