| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSLYVANIA | |
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br><br>12-md-2323 |
| THIS DOCUMENT RELATES TO:<br><br>PLAINTIFF TROY HAMBRICK GRANT | Notice of Appearance |
| v. National Football League [et al.],<br><br>No. 2:12-md-1027-AB | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

The undersigned attorney hereby notifies the Court and counsel that Ron A. Cohen, Esq. hereby enters his appearance as an attorney of record for the Plaintiff TROY HAMBRICK GRANT in the above-referenced case.

DATED: November 30, 2017

By:_/s/ Ron A Cohen_____

Ron A. Cohen

33 N. Dearborn Street

Suite 1500

Chicago, Illinois 60602

312-332-5000

312-346-1145 (Direct)

312-332-4663 (Facsimile)

| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSLYVANIA | |
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323<br><br>12-md-2323 |
| THIS DOCUMENT RELATES TO:<br><br>PLAINTIFF TROY HAMBRICK GRANT | Certificate of Service |
| v. National Football League [et al.],<br><br>No. 2:12-md-1027-AB | |

    On November 30, 2017, I electronically filed the NOTICE OF APPEARANCE through the CM/ECF system, which will send a notice of electronic filing to all counsel of record

DATED: November 30, 2017

By:__/s/ Ron A Cohen_____

Ron A. Cohen

33 N. Dearborn Street

Suite 1500

Chicago, Illinois 60602

312-332-5000

312-346-1145 (Direct)

312-332-4663 (Facsimile)