# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No 12-md-2323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO 2:12-cv-01023-AB, 2:12-cv-1024-AB, 2:12-cv-01025-AB, 2:12-cv-03533-AB, 2:12-cv-03534-AB, 2:12-cv-03535-AB, 2:12-cv-3776-AB, 2:12-cv-04087-AB, 2:12-cv-04574-AB, 2:12-cv-04575-AB, 2:12-cv-04576-AB, 2:12-cv-05372-AB, 2:12-cv-07214-AB, 2:13-cv-04231-AB, 2:13-cv-05200-AB, 2:13-cv-07628-AB and 2:14-cv-02064-AB | |

## PLAINTIFFS' MOTION TO REMAND RIDDELL ACTIONS FOR LACK OF SUBJECT MATTER JURISDICTION

Plaintiffs,[1] by and through undersigned counsel, move to remand their actions against Riddell to the Superior Court of the State of California, Los Angeles County, because this Court lacks subject matter jurisdiction over these actions, as explained in the accompanying Brief in Support.

WHEREFORE, this Court should remand these actions to the Superior Court of California, Los Angeles County.

December 4, 2017                               Respectfully Submitted,

                                               By: /s/ *Jason E. Luckasevic*
                                               GOLDBERG, PERSKY & WHITE, P.C.
                                               Jason E. Luckasevic
                                               PA ID #No. 85557
                                               Jason T. Shipp
                                               PA ID #No. 87471

---

[1] A list of moving Plaintiffs is attached herein as Exhibit A.

11 Stanwix Street, Suite 1800
Pittsburgh, PA 15222
Telephone: (412) 471-3980
Facsimile: (412) 471-8308

GIRARDI KEESE
Thomas Girardi
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone:  (213) 977-0211
Facsimile:  (213)481-1554

RUSSOMANNO & BORRELLO, P.A.
Herman J. Russomanno
Robert J. Borrello
150 West Flagler Street - PH 2800
Miami, FL 33130
Telephone: (305) 373-2101
Facsimile: (305) 373-2103

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served upon all counsel of record via the **CM/ECF system,** this 4th day of December, 2017.

*/s/ Jason E. Luckasevic*
Jason E. Luckasevic, Esquire

Counsel for Plaintiff