# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>THIS DOCUMENT RELATES TO 2:12-cv-01023-AB, 2:12-cv-1024-AB, 2:12-cv-01025-AB, 2:12-cv-03533-AB, 2:12-cv-03534-AB, 2:12-cv-03535-AB, 2:12-cv-3776-AB, 2:12-cv-04087-AB, 2:12-cv-04574-AB, 2:12-cv-04575-AB, 2:12-cv-04576-AB, 2:12-cv-05372-AB, 2:12-cv-07214-AB, 2:13-cv-04231-AB, 2:13-cv-05200-AB, 2:13-cv-07628-AB and 2:14-cv-02064-AB | No 12-md-2323-AB<br><br>MDL No. 2323 |

**ORDER**

AND NOW, this _____ day of _____, 2018, upon consideration of Plaintiffs' Motion to Remand Riddell Actions for Lack of Subject Matter Jurisdiction, said Motion is GRANTED. *Maxwell v. National Football League, et al,* No. 2:12-cv-01023-AB, *Pear v. National Football League, et al,* No. 2:12-cv-01025-AB, *Barnes v. National Football League, et al.,* No. 12-cv-1024-AB, *Henderson v. National Football League, et al*, No. 2:12-cv-03534-AB, *Monk v. National Football League*, et al, No. 2:12-cv-03533-AB, *Kuechenberg v. National Football League, et al*, No. 2:12-cv-03535-AB, *Rademacher v. National Football League, et al*, No. 2:12-cv-3776-AB, *Morton v. National Football League, et al*, No. 2:12-cv-04087-AB, *Cunningham v. National Football League, et al*, No. 2:12-cv-04574-AB, *Kapp v. National Football League, et al*, No. 2:12-cv-04575-AB, *Bauman v. National Football League, et al*, No. 2:12-cv-04576-AB, *Bailey v. National Football League, et al*, No. 2:12-cv-05372-AB, *Sweet v. National Football League, et al*, No. 2:12-cv-07214-AB, *Duckworth v. National*

*Football League, et al*, No. 2:13-cv-04231-AB, *Caldwell v. National Football League, et al*, No. 2:13-cv-05200-AB, *Hudson v. National Football League, et al*, No. 2:13-cv-07628-AB and *Jani v. National Football League, et al*, No. 2:14-cv-02064-AB, are REMANDED to the Superior Court of the State of California, Los Angeles County.

_____ J.