# EXHIBIT "B"

| | |
|---|---|
| 1 | BOWMAN AND BROOKE LLP |
| | Paul G. Cereghini (SBN: 148016) |
| 2 | Marion V. Mauch (SBN: 253672) |
| | 879 West 190th Street, Suite 700 |
| 3 | Gardena, CA 90248-4227 |
| | Tel: (310) 768-3068 |
| 4 | Fax: (310) 719-1019 |
| | E-mail: paul.cereghini@bowmanandbrooke.com |
| 5 | E-mail: marion.mauch@bowmanandbrooke.com |
| 6 | Vincent Galvin, Jr. (SBN: 104448) |
| | Ryan A. McCarthy (SBN: 233093) |
| 7 | 1741 Technology Drive, Suite 200 |
| | San Jose, California 95110-1355 |
| 8 | Tel: (408) 279-5393 |
| | Fax: (408) 279-5845 |
| 9 | |
| 10 | Attorneys for Defendants RIDDELL, INC., ALL AMERICAN |
| 11 | SPORTS CORPORATION, RIDDELL SPORTS GROUP, INC., |
| | EASTON-BELL SPORTS, INC., EASTON-BELL |
| 12 | SPORTS, LLC, EB SPORTS CORP., and RBG HOLDINGS CORP. |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | | |
|---|---|---|
| VERNON MAXWELL, et al., | ) | **CASE NO.: CV 11-8394 R (MANx)** |
| | ) | |
| Plaintiffs, | ) | (Removed from Los Angeles County |
| | ) | Superior Court–Case No. BC465842) |
| vs. | ) | |
| | ) | Assigned to: Hon. Manuel L. Real |
| NATIONAL FOOTBALL LEAGUE, et al., | ) | Department: 8 |
| | ) | |
| Defendants. | ) | **NOTICE OF CONSENT TO AND JOINDER IN REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA UNDER 28 U.S.C. SECTION 1441** |
| | ) | |
| | ) | Action Filed: July 19, 2011 |
| | ) | Trial Date: None |

1

CV 11-8394 R (MANx)

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

Defendants RIDDELL, INC. (erroneously styled as "d/b/a Riddell Sports Group, Inc."), ALL AMERICAN SPORTS CORPORATION, RIDDELL SPORTS GROUP, INC., EASTON-BELL SPORTS, INC., EASTON-BELL SPORTS, LLC, EB SPORTS CORP., and RBG HOLDINGS CORP. (collectively, the "Riddell Defendants")[1] consent to and join in the removal of Case No. BC465842 (the "State Action") from the Los Angeles County Superior Court to the United States District Court for the Central District of California, Western Division, by Co-Defendants National Football League and NFL Properties LLC (collectively, the "NFL Defendants"), pursuant to 28 U.S.C. §§ 1331 and 1441, and supplemental jurisdiction, pursuant to 28 U.S.C. §1367(a), and state as follows:

1. The NFL Defendants have removed this case, pursuant to 28 U.S.C. § 1441(a)-(b), based on federal-question jurisdiction, specifically, their assertion that § 301 of the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 185, controls and preempts Plaintiffs' claims against the NFL

---

[1] Referring to these Defendants collectively does not imply or concede that they are properly joined or named as Defendants, and the "Riddell Defendants" reserve the right to move to dismiss some or all of them. The collective reference is merely for convenience.

2

Defendants. (*See generally* NFL Defs.' Notice of Removal.) The NFL Defendants further assert that, pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over all Plaintiffs' claims and all parties, including the Riddell Defendants. (NFL Defs.' Notice of Removal, ¶ 7.)

2. The Riddell Defendants join in and consent to this removal.

3. The Riddell Defendants do not waive any defenses that may be available to them, including without limitation defenses based on jurisdiction, venue, standing, or failure to state viable claims. The Riddell Defendants also do not admit any of the factual allegations in the Complaint, but rather reserve the right to contest those allegations at the appropriate time. The Riddell Defendants further reserve the right to assert any proper basis to make any arguments and maintain any positions regarding the continued exercise of and additional bases for federal jurisdiction over any or all of this matter, once removed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  WHEREFORE, the "Riddell Defendants"—Riddell, Inc., All American Sports Corporation, Riddell Sports Group, Inc., Easton-Bell Sports, Inc., Easton-Bell Sports, LLC, EB Sports Corp., and RBG Holdings Corp.—join in and consent to the removal of this action to this Court and to the request that this Court assume jurisdiction over this entire matter.

DATED: October 14, 2011                    BOWMAN AND BROOKE LLP


By /s/ Paul G. Cereghini
   Paul G. Cereghini
   Vincent Galvin
   Ryan A. McCarthy
   Marion V. Mauch
   Attorneys for Defendants
   RIDDELL, INC., ALL AMERICAN
   SPORTS CORPORATION,
   RIDDELL SPORTS GROUP, INC.,
   EASTON-BELL SPORTS, INC.,
   EASTON-BELL SPORTS, LLC,
   EB SPORTS CORP., and RBG
   HOLDINGS CORP.

4

## PROOF OF SERVICE
## F.R.C.P. Rule 5(b)(2)

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 879 West 190th Street, Suite 700, Gardena, CA 90248-4227.

I hereby certify that on **October 14, 2011**, I served the document: **NOTICE OF CONSENT TO AND JOINDER IN REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA UNDER 28 U.S.C. SECTION 1441** on all interested parties in this action by placing **a true copy** thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

(X) **BY MAIL (F.R.C.P. Rule 5(b)(2))**

( ) **BY OVERNIGHT DELIVERY (F.R.C.P. Rule 5(b)(2))**

(X) As follows: I am "readily familiar" with the firm's practice of collection and processing documents for mailing. Under the practice, the envelope would be put in a sealed envelope and deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than **1** day after date of deposit for mailing in affidavit.

(X) **BY CM/ECF:** I hereby certify that I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the parties as shown on the attached Service List.

( ) **BY PERSONAL SERVICE (F.R.C.P. 5(2)):** I delivered such envelope by hand to the addressee.

Executed on **October 14, 2011**, at Gardena, California.

(X) **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Regina Foley

5

CV 11-8394 R (MANx)

# SERVICE/MAILING LIST

## Vernon Maxwell et al. v. National Football League, et al.

United States District Court–Central District of California - Western Division
Case No: CV 11-8394 R (MANx)

| | |
|---|---|
| Thomas V. Girardi, Esq.<br>GIRARDI │ KEESE<br>1126 Wilshire Boulevard<br>Los Angeles, CA 90017 | **Attorneys for Plaintiffs**<br><br>Tel: (213) 977.0211<br>Fax: (213) 481.1554 |
| Herman Russomanno, Esq.<br>Robert Borrello, Esq.<br>RUSSOMANNO & BORRELLO, P.A.<br>150 West Flagler Street – PH 2800<br>Miami, FL 33130 | **Attorneys for Plaintiffs**<br><br>Tel: (305) 373.2101<br>Fax: (305) 373.2103 |
| Jason E. Luckasevic, Esq.<br>John T. Tierney, III, Esq.<br>GOLDBERG, PERSKY & WHITE, P.C.<br>1030 Fifth Avenue<br>Pittsburgh, PA 15219 | **Attorneys for Plaintiffs**<br><br>Tel: (412) 471.3980<br>Fax: (412) 471.8308 |
| Ronald L. Olson, Esq.<br>Glenn d. Pomerantz, Esq.<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th<br>Los Angeles, CA 90071-1560 | **Attorneys for Defendants**<br>**NATIONAL FOOTBALL LEAGUE and**<br>**NFL PROPERTIES LLC**<br><br>Tel: (213) 683.9100<br>Fax: (213) 683.5100 |
| Brad S. Karp, Esq.<br>Theodore V. Wells, Jr., Esq.<br>Lynn B. Bayard, Esq.<br>PAUL, WEISS, RIFKIND, WHARTON<br>& GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | **Attorneys for Defendants**<br>**NATIONAL FOOTBALL LEAGUE and**<br>**NFL PROPERTIES LLC**<br><br>Tel: (212) 373.3000<br>Fax: (212) 757.3990 |

1496338-WE 1