# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 - AB<br><br>MDL No. 2323 |
| ------------------------------------------------------<br><br>**Second Amended Master Administrative Long- Form Complaint Against Riddell Defendants and (if applicable)**<br>Duerson<br>v. National Football League [et al.],<br>No. 2:12-cv-04631-AB | **SHORT FORM COMPLAINT**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br>**JURY TRIAL DEMANDED** |

## SHORT FORM COMPLAINT

1. Plaintiff, TREGG DUERSON, Personal Representative for the Estate of DAVID R. DUERSON, brings this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2. Plaintiff is filing this short form complaint as required by this Court's Case Management Order No. 7709, October 24, 2017.

3. Plaintiff continues to maintain claims against Riddell Defendants after a Class Action Settlement was entered into between the NFL Defendants and certain Plaintiffs.

4. Plaintiff incorporates by reference the allegations (as designated below) of the Second Amended Master Administrative Long-Form Complaint Against Riddell Defendants, as is fully set forth at length in this Short Form Complaint. However, Plaintiff denies that there is

federal subject matter jurisdiction over this action.

5. Plaintiff is filing this case in a representative capacity as the Personal Representative for the Estate of David R. Duerson, having been duly appointed as the Personal Representative by the Circuit Court of the 11th Judicial Circuit of Miami-Dade County, Florida.

6. Plaintiff, TREGG DUERSON, is a resident and citizen of Chicago, Illinois and claims damages as set forth below.

7. ~~Plaintiffs Spouse, _____ is a resident and citizen of _____, and claims damages as a result of loss of consortium proximately caused by the harm suffered by her Plaintiff husband.~~

8. Upon information and belief, the Plaintiff's Decedent sustained repetitive, traumatic subconcussive and/or concussive head impacts during NFL games and/or practices. Plaintiff's Decedent developed Chronic Traumatic Encephalopathy (CTE) and other neurocognitive diseases caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff's Decedent sustained during NFL games and/or practices.

9. The original complaint by the Plaintiff in this matter was filed in the Circuit Court of Cook County, Illinois on February 23, 2012. If the case is remanded, it should be remanded to the Circuit Court of Cook County, Illinois.

10. Plaintiff claims damages as a result of [check all that apply]:

☐ Injury to Herself/Himself

√ Injury to the Person Represented

√ Wrongful death

√ Survivorship Action

☐ Economic Loss

☐ Loss of Services

☐ Loss of Consortium

11. Plaintiff brings this case against the following Defendants in this action [check all that apply]:

√ Riddell, Inc.

√ All American Sports, Inc. (d/b/a Riddell Sports Group, Inc.)

√ Riddell Sports Group, Inc.

√ Easton-Bell Sports, Inc.

√ Easton-Bell Sports, LLC

√ EB Sports Corporation

√ RBG Holdings Corporation

12. The Plaintiff's Decedent wore one or more helmets designed and/or manufactured by the Riddell Defendants during one or more years Plaintiff played in the NFL and/or AFL.

13. David R. Duerson played in √ the National Football League ("NFL") and/or in and/or in the ☐ American Football League ("AFL") during the following period of time: 1983-1993 for the following teams: the Chicago Bears, the New York Giants, the Phoenix Cardinals.

14. Plaintiff's Decedent retired from playing professional football after the 1993 season.

**CAUSES OF ACTION**

15. Plaintiffs herein adopt by reference the following Counts of the Second Amended Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]:

- ✓ Count I (Negligence)
- ✓ Count II (Negligent Marketing)
- ✓ Count III (Negligent Misrepresentation)
- ✓ Count IV (Fraud)
- ☐ Count V (Strict Liability/Design Defect)
- ✓ Count VI (Failure to Warn)
- ☐ Count VII (Breach of Implied Warranty)
- ✓ Count VIII (Civil Conspiracy)
- ✓ Count IX (Fraudulent Concealment)
- ✓ Count X (Wrongful Death)
- ✓ Count XI (Survival Action)
- ☐ Count XII (Loss of Consortium)
- ✓ Count XIII (Punitive Damages under All Claims)
- ✓ Count XIV (Declaratory Relief: Punitive Damages)

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

A. An award of compensatory damages, the amount of which will be determined at trial;

B. An award of economic damages in the form of medical expenses, out of pocket expenses, lost earnings and other economic damages in an amount to be determined at trial;

C. For punitive and exemplary damages as applicable;

D. For all applicable statutory damages of the state whose laws will govern this action;

E. For loss of consortium as applicable;

F. For declaratory relief as applicable;

G. For an award of attorneys' fees and costs;

H. An award of prejudgment interest and costs of suit; and

I. An award of such other and further relief as the Court deems just and proper.

## **JURY DEMANDED**

Pursuant to Federal Rule of Civil Procedure 38, Plaintiffs hereby demand a trial by jury on all issues so triable.

December 4, 2017                                      Respectfully Submitted:


                                                     By: */s/ William T. Gibbs*


Thomas A. Demetrio
William T. Gibbs
Corboy & Demetrio, P.C.
Attorneys for Plaintiff
33 North Dearborn Street, 21st Floor
Chicago, Illinois  60602
(312) 346-3191
Firm I.D. No. 02329