UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323(AB)<br><br>MDL No. 2323 |
| **Second Amended Master Administrative Long-Form Complaint Against Riddell Defendants**<br><br>**This is a Short Form Complaint related to Plaintiff <u>Benjamin Utecht</u>** | **SHORT FORM COMPLAINT**<br><br>**IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**<br><br>**JURY TRIAL DEMANDED** |

**SHORT FORM COMPLAINT AGAINST RIDDELL DEFENDANTS**

1.   Plaintiff <u>Benjamin Utecht</u> brings this civil action as a related action in the matter entitled IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION, MDL No. 2323.

2.   Plaintiff is filing this Short Form Complaint against Riddell Defendants as required by this Court's Case Management Order filed <u>October 24,</u> 2017.

3.   Plaintiff continues to maintain claims against Riddell Defendants after a Class Action Settlement was entered into between the NFL Defendants and certain Plaintiffs.

4.   Plaintiff incorporates by reference the allegations (as designated below) of the Second Amended Master Administrative Long-Form Complaint Against Riddell Defendants, as is fully set forth at length in this Short Form Complaint.

5.   ~~[Fill in if applicable] Plaintiff is filing this case in a representative capacity as the _____ of _____, having been duly appointed as _____ by the Court of _____. (Cross out sentence below if not applicable.)   Copies of the Letters of~~

~~Administration/Letters Testamentary for a wrongful death claim are annexed hereto if such Letters are required for the commencement of such a claim by the Probate, Surrogate or other appointed court of the jurisdiction of the decedent.~~

6. Plaintiff <u>Benjamin Utecht</u> is a resident and citizen of <u>Minnesota</u> and claims damages as set forth below.

7. Plaintiff's Spouse <u>Karyn Utecht</u> is a resident and citizen of <u>Minnesota</u> and claims damages as a result of loss of consortium proximately caused by the harm suffered by her Plaintiff husband.

8. The Plaintiff sustained repetitive, traumatic sub-concussive and/or concussive head impacts during NFL games and/or practices. Upon information and belief, Plaintiff suffers from symptoms of brain injury caused by the repetitive, traumatic sub-concussive and/or concussive head impacts the Plaintiff sustained during NFL games and/or practices. Upon information and belief, the Plaintiff's symptoms arise from injuries that are latent and have developed and continued to develop over time.

9. The original complaint by Plaintiffs in this matter has not been filed in Minnesota state court or any other state court. If the case is remanded, Plaintiff's federal claim(s) should be dismissed without prejudice so he may pursue whatever remedies he might have in a state court of competent jurisdiction.

10. Plaintiffs claim damages as a result of [check all that apply]:

☑ Injury to Herself/Himself

☑ Injury to the Person Represented

☐ Wrongful Death

☐ Survivorship Action

    ☑  Economic Loss

    ☑  Loss of Services

    ☑  Loss of Consortium

11. [Fill in if applicable] As a result of the injuries to Plaintiff, Plaintiff's Spouse suffers from a loss of consortium, including the following injuries:

    ☑  Loss of marital services

    ☑  Loss of companionship, affection or society

    ☑  Loss of support

    ☑  Monetary losses in the form of unreimbursed costs expended for the health care and personal care of Plaintiff

12. [Check if applicable]  ☑ Plaintiff reserves the right to object to federal jurisdiction.

13. Plaintiff brings this case against the following Defendants in this action [check all that apply]:

    ☑  Riddell, Inc.

    ☑  All American Sports Corp.

    ☑  Riddell Sports Group, Inc.

    ☑  BRG Sports, Inc.

    ☑  BRG Sports Holdings Corp.

    ☑  Easton-Bell Sports, LLC

    ☑  EB Sports Corp.

    ☑  BRG Sports, LLC

14. [Check if applicable] ☑ The Plaintiff wore one or more helmets designed and/or manufactured by the Riddell Defendants during one or more years Plaintiff played in the NFL and/or AFL.

15. Plaintiff played in [check if applicable] ☑ the National Football League ("NFL") and/or in [check if applicable] ☐ the American Football League ("AFL") during the following period of time <u>2005-2009</u> for the following teams: <u>Indianapolis Colts and Cincinnati Bengals</u>.

16. Plaintiff retired from playing professional football after the <u>2009</u> season.

## CAUSES OF ACTION

17. Plaintiffs herein adopt by reference the following Counts of the Second Amended Master Administrative Long-Form Complaint, along with the factual allegations incorporated by reference in those Counts [check all that apply]:

- ☑ Count I (Negligence)
- ☑ Count II (Negligent Marketing)
- ☑ Count III (Negligent Misrepresentation)
- ☑ Count IV (Fraud)
- ☑ Count V (Strict Liability/Design Defect)
- ☑ Count VI (Failure to Warn)
- ☑ Count VII (Breach of Implied Warranty)
- ☑ Count VIII (Civil Conspiracy)
- ☑ Count IX (Fraudulent Concealment)
- ☐ Count X (Wrongful Death)

    ☐  Count XI (Survival Action)

    ☑  Count XII (Loss of Consortium)

    ☑  Count XIII (Punitive Damages under All Claims)

    ☑  Count XIV (Declaratory Relief: Punitive Damages)

18. Plaintiff asserts the following additional cause of action [write in or attach]:

_____

_____

_____

_____

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

A. An award of compensatory damages, the amount of which will be determined at trial;

B. An award of economic damages in the form of medical expenses, out of pocket expenses, lost earnings and other economic damages in an amount to be determined at trial;

C. For punitive and exemplary damages as applicable;

D. For all applicable statutory damages of the state whose laws will govern this action;

E. For loss of consortium as applicable;

F. For declaratory relief as applicable;

G. For an award of attorneys' fees and costs;

5

H.      An award of prejudgment interest and costs of suit; and

I.      An award of such other and further relief as the Court deems just and proper.

## JURY TRIAL DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Plaintiffs hereby demand a trial by jury on all issues so triable.

DATED:    December 4, 2017           Respectfully Submitted,

By:    /s/ Scott D. Hillstrom

Guardian Law Group, LLC
527 Marquette Ave. S., Ste. 1660
Minneapolis, MN 55402
(612) 730-5884 (Direct)

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2017, I caused the foregoing SHORT FORM COMPLAINT to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

/s/ Andrew Lewis

Employee of Guardian Law Group