# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 12-md-2323 - AB<br><br>MDL No. 2323 |
| ------------------------------------------------------<br><br>**Motion to Remand Against Riddell Defendants and (if applicable)** Sullivan et al.<br>v. National Football League [et al.],<br>No. 2:13-cv-00095-AB | **MOTION TO REMAND**<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION<br><br>**JURY TRIAL DEMANDED** |

## MOTION TO REMAND

Plaintiff, BRUCE W. HERRON, moves this Court for the entry of an Order, pursuant to 28 U.S.C. §1447(c), remanding this case to the Circuit Court of Cook County. In support Plaintiff states:

1. On November 16, 2012, Plaintiff filed this action in the Circuit Court of Cook County, Illinois.

2. Plaintiff moves to Remand, as Herron's claims against the NFL have been settled and dismissed.

3. Since resolution of Plaintiff's pending claims against Riddell do no not require interpretation of any NFL/NFLPA Collective Bargaining Agreement ("CBA") his claims are not preempted and no federal question jurisdiction exists.

WHEREFORE, Plaintiff respectfully requests this Court enter an order, pursuant to 28

U.S.C. §1447(c), granting Plaintiff's Motion to Remand this case to the Circuit Court of Cook County, Illinois.

                                      Respectfully submitted,

                                        /s/   William T. Gibbs

Thomas A. Demetrio
William T. Gibbs
Corboy & Demetrio, P.C.
Attorneys for Plaintiff
33 North Dearborn Street
Suite 2100
Chicago, Illinois 60602
(312) 346-3191
Firm I.D. No. 02329

## CERTIFICATE OF SERVICE

On December 4, 2017, I electronically filed a copy of the foregoing document through the CM/ECF system for the United States District Court for the Eastern District of Pennsylvania, which will send a notice of electronic filing to all counsel of record and make it available for viewing and downloading from the CM/ECF system.

    Respectfully submitted,

    */s/ William T. Gibbs*

William T. Gibbs
Corboy & Demetrio, P.C.
Attorney for Plaintiff(s)
33 North Dearborn Street, 21st Floor
Chicago, Illinois  60602
(312) 346-3191
Firm I.D. No. 02329
Primary E-Mail:  ccfiling@corboydemetrio.com