ADDENDUM TO EXHIBIT A
MOTION TO REMAND

| Name | Spouse |
| --- | --- |
| Kyries Hebert | |
| Drew Mahalic | |
| Kyle Williams | Kimberly Williams |
| Ralph Guglielmi | Linda Guglielmi |
| James W. Bowden | |
| Michael Alford | Patsy Alford |
| Brandon Christenson | |
| Anthony Curtis | |
| Robert Farmer, II | |
| John Farris | |
| Casey FitzSimmons | |
| Reuben Gibson | |
| Larry Mallory | |
| Ray Mickens | |
| John Milks | |
| Eric Mitchel | |
| Jerry Overton | |
| Andre President | |
| David Richards | |
| Isiah Robertson | |
| Ralph Sampson | Kathy Sampson |
| Jeff Severson | |
| Donnell Smith | |
| Mikell Williams | |
| Walter Williams | |