IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY ALLEN, ET. AL.<br><br>    Plaintiffs,<br><br>  v.<br><br>RIDDELL, INC., a corporation; RIDDELL SPORTS GROUP, INC., a corporation; ALL AMERICAN SPORTS, a corporation, d/b/a RIDDELL/ALL AMERICAN; BRG SPORTS,<br>INC., a corporation, f/k/a EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC, a corporation; EB SPORTS, a corporation; RBG HOLDINGS, a corporation; and FENWAY PARTNERS, LLC, a private equity firm; (collectively, "RIDDELL DEFENDANTS"),<br><br>    Defendants. | No. 2:12-md 02323-AB<br><br>MDL NO. 2323 |

## MOTION TO CORRECT FILINGS

Terry Allen and those Plaintiffs set forth on the attached Exhibit-A, move this Court for the entry of an Order, correcting the styling of certain filings in this case. In support, Plaintiffs state:

1. Those Plaintiffs set forth on the attached Exhibit-A filed notices of appearance, short form complaints and motions to remand with supporting briefs. Attached and made a part hereof is Exhibit-A.

2. The ECF document numbers assigned to Plaintiffs' filings are indicated on Exhibit-A.

3. Certain of Plaintiffs' filings are incorrectly styled *In The United States District Court for the Northern District of Illinois Eastern Division* rather than *In The United States District Court for The Eastern District of Pennsylvania*.

1

**WHEREFORE**, Plaintiffs respectfully requests this Court enter an Order, correcting the incorrect styling of Plaintiffs' filings on their face to properly reflect their filing in The United States District Court for the Eastern District of Pennsylvania.

Dated: December 4, 2017

                                                      Respectfully, Submitted.

                                                            /s/ Ron A. Cohen

Ron A. Cohen, Esq.
33 N. Dearborn Street
Suite 1500
Chicago, IL 60602
312-346-1145 (direct)
312-332-4663 (facsimile)

rac@kusperraucci.com

| Plaintiff | Notice of Appearance Doc # | SFC Doc# | Remand Motion & Brief Doc# |
|---|---|---|---|
| Allen, Terry | 9383 | 9384 | 9385 |
| Anderson, Damien | 9148 | 9149 | 9150 |
| Blackstock, Darryl | 9151 | 9152 | 9153 |
| Bockwoldt, Colby | 9154 | 9155 | 9156 |
| Boyd, Malik | 9157 | 9158 | 9159 |
| Bryant, Anthony | 9160 | 9161 | 9162 |
| Carter, Dexter | 9163 | 9164 | 9165 |
| Clark, Daniel | 9166 | 9167 | 9168 |
| Coleman, Cosey | 9169 | 9170 | 9171 |
| Cook, Rashard | 9484 | 9485 | 9486 |
| Cordova, Jorge | 9172 | 9173 | 9174 |
| Dorsett, Matthew | 9175 | 9176 | 9177 |
| Dotson, earl | 9178 | 9179 | 9180 |
| Ekuban, Ebenezer | 9380 | 9381 | 9382 |
| Fenner, Derrick | 9181 | 9182 | 9183 |
| Fells, Daniel | 9184 | 9185 | 9186 |
| Flanagan, Michael | 9187 | 9188 | 9189 |
| Frampton, Eric | 9190 | 9191 | 9192 |
| Freeman, Antonio | 9193 | 9194 | 9195 |
| Goodwin, Hunter | 9196 | 9197 | 9198 |
| Graham, J Scott | 9199 | 9200 | 9201 |
| Green, Rod | 9202 | 9203 | 9204 |
| Greenwood, M | 9205 | 9206 | 9207 |
| Griffith, Robert | 9208 | 9209 | 9210 |
| Gross, Al | 9211 | 9212 | 9213 |
| Hambrick Grant, T | 9214 | 9215 | 9216 |
| Hamby, Michael | 9217 | 9218 | 9219 |
| Hanoian, Greg | 9220 | 9221 | 9222 |
| Harper, Alan | 9223 | 9224 | 9225 |
| Harris, Marquis | 9226 | 9227 | 9228 |
| Hawkins, Michael | 9229 | 9230 | 9231 |
| Horne, Jeremy | 9232 | 9233 | 9234 |
| Hurst, Maurice | 9235 | 9236 | 9237 |
| Hymes, Randy | 9238 | 9239 | 9240 |
| Jenkins, Carlos | 9241 | 9242 | 9243 |
| Jenkins, Robert | 9244 | 9245 | 9246 |
| Johnson, Marcus | 9247 | 9248 | 9249 |
| Jones, Brian | 9250 | 9251 | 9252 |
| Jordan, Leander | 9253 | 9254 | 9255 |
| Junkin, Trey Abner | 9256 | 9257 | 9258 |
| Kasper, Kevin | 9259 | 9260 | 9261 |
| Kendall, Pete | 9262 | 9263 | 9264 |
| King, Ed | 9265 | 9266 | 9267 |
| Knight, Sammy | 9372 | 9374 | 9375 |
| Leman, Jeremy | 9268 | 9269 | 9270 |
| Massaquoi, M | 9271 | 9272 | 9273 |
| Mckinney, Seth | 9274 | 9275 | 9276 |
| Mitchell, Freddie | 9277 | 9278 | 9279 |
| Morabito, Tim | 9280 | 9281 | 9282 |
| Neufeld, Ryan | 9283 | 9284 | 9285 |
| Olson, Jeffrey | 9286 | 9287 | 9288 |
| Palepoi, Anton | 9289 | 9290 | 9291 |
| Pearson, Jayice | 9292 | 9293 | 9294 |
| Piller, Zac | 9295 | 9296 | 9297 |
| Pinnock, Andrew | 9298 | 9299 | 9300 |
| Reagor, Montae | 9301 | 9302 | 9303 |
| Reed, Ed | 9304 | 9305 | 9306 |
| Robinson, Jeff | 9307 | 9308 | 9309 |
| Rodgers, Derrick | 9310 | 9311 | 9312 |
| Ross, Derek | 9313 | 9314 | 9315 |
| Roth, Matt | 9316 | 9317 | 9318 |
| Rouse, Aaron | 9365 | 9366 | 9367 |
| Sauer, Craig | 9319 | 9320 | 9321 |
| Schreiber, Adam | 9368 | 9369 | 9370 |
| Singleton, Ronald | 9376 | 9377 | 9378 |
| Smith, Paul | 9322 | 9323 | 9324 |
| Smith, Terrelle | 9325 | 9326 | 9327 |
| Stanley, Derek | 9328 | 9329 | 9330 |
| Stokes, Barry | 9331 | 9332 | 9333 |

| Plaintiff | Notice of Appearance Doc # | SFC Doc# | Remand Motion & Brief Doc# |
|---|---|---|---|
| Thomas, Frederic | 9334 | 9335 | 9336 |
| Thomason, Jeff | 9337 | 9338 | 9339 |
| Thompson, T | 9340 | 9341 | 9342 |
| Turley, Kyle | 9343 | 9344 | 9345 |
| Van Buren, C | 9346 | 9347 | 9348 |
| Verba, Ross | 9349 | 9478 | 9351 |
| Washington, Mark | 9145 | 9146 | 9147 |
| Wade, Jonathan | 9352 | 9353 | 9354 |
| Wesley, Dante | 9355 | 9350 | 9357 |
| Wilson, Jerry | 9358 | 9359 | 9360 |
| Worrell, Cam | 9361 | 9362 | 9363 |