# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW,** this _5th_ day of December, 2017, it is **ORDERED** that the following Motions for Leave to File a Surreply Declaration in Response to Omnibus Reply Declaration of Christopher A. Seeger are **DENIED**:

- Motion filed by Jason E. Luckasevic (ECF No. 8937)
- Motion filed by Charles S. Zimmerman (ECF No. 8945)
- Motion filed by Michael L. McGlamry (ECF No. 8963)

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: