# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## ORDER

**AND NOW,** this __5TH__ day of December, 2017, it is **ORDERED** that the Motion to Prioritize and Separate Vitally Needed Player Compensation Payments from Any and All Attorneys' Fees Awards or Requests and a Request that the Court Appoint a Special Master to Deal With and Determine the Validity and Appropriate Amounts of Claimed Attorneys' Fees As to More Fully Assist the Court's Goal of Making Player Payments a Reality Rather than Unfulfilled Promises (ECF No. 8723) is **DENIED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: