IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Terry Allen, Et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>RIDDELL, INC., a corporation; RIDDELL SPORTS GROUP, INC., a corporation; ALL AMERICAN SPORTS, a corporation, d/b/a RIDDELL/ALL AMERICAN; BRG SPORTS, INC., a corporation, f/k/a EASTON-BELL SPORTS, INC.; EASTON-BELL SPORTS, LLC, a corporation; EB SPORTS, a corporation; RBG HOLDINGS, a corporation; and FENWAY PARTNERS, LLC, a private equity firm; (collectively, "RIDDELL DEFENDANTS"),<br><br>Defendants. | No. 2: 12-md 02323-AB<br><br>MDL No. 2323 |

CORRECTED MOTION TO REMAND

Plaintiffs Terry Allen et al, as set forth on the attached Exhibit A, move this Court for the entry of an Order, pursuant to 28 U.S.C. §1447(c), remanding this case to the Circuit Court of Cook County, Illinois. In support Plaintiffs state:

1. Plaintiffs filed their complaints with claims of product liability, fraud, and conspiracy against Riddell Defendants.

2. The claims are currently pending before this Court.

3. Plaintiffs each timely filed a motion for remand and are filing this motion to correct the factual statements in the prior individual motions.

4. The basis for jurisdiction is section 301 of the Labor Management Relations

1

Act (LMRA), 29 U.S.C § 185, which allegedly controls and completely preempts all the plaintiffs claims because they are each inextricably intertwined with and require interpretation of collective bargaining agreements (CBAs)

4. However, because the Riddell Defendants are not party to the collective bargaining agreement and the claims are not preempted by the Labor Management Relations Act, in addition to the reasons more fully set forth in Plaintiffs' Memorandum of Law in Support of the Motion to Remand, this Court does not possess subject matter jurisdiction over the claims asserted by Plaintiffs against Defendants.

5. Federal question jurisdiction does not exist and the claims should be remanded to state court.

WHEREFORE, Plaintiffs respectfully requests this Court enter an Order, pursuant to 28 U.S.C. §1447(c), remanding the cases listed on Exhibit A case to the Circuit Court of Cook County, Illinois.

December 7, 2017

                                              Respectfully submitted,

                                              *s/ Ron A. Cohen*

Ron A. Cohen
33 N. Dearborn Street
Suite 1500
Chicago, Illinois 60602
312-332-5000
312-346-1145 (direct)
312-332-4663 (facsimile)

Ex. A

| Plaintiff | Remand Motion & Brief Doc# |
|---|---|
| Allen, Terry | 9385 |
| Anderson, Damien | 9150 |
| Blackstock, Darryl | 9153 |
| Bockwoldt, Colby | 9156 |
| Boyd, Malik | 9159 |
| Bryant, Anthony | 9162 |
| Carter, Dexter | 9165 |
| Clark, Daniel | 9168 |
| Coleman, Cosey | 9171 |
| Cook, Rashard | 9486 |
| Cordova, Jorge | 9174 |
| Dorsett, Matthew | 9177 |
| Dotson, earl | 9180 |
| Ekuban, Ebenezer | 9382 |
| Fenner, Derrick | 9183 |
| Fells, Daniel | 9186 |
| Flanagan, Michael | 9189 |
| Frampton, Eric | 9192 |
| Freeman, Antonio | 9195 |
| Goodwin, Hunter | 9198 |
| Graham, J Scott | 9201 |
| Green, Rod | 9204 |
| Greenwood, M | 9207 |
| Griffith, Robert | 9210 |
| Gross, Al | 9213 |
| Hambrick Grant, T | 9216 |
| Hamby, Michael | 9219 |
| Hanoian, Greg | 9222 |
| Harper, Alan | 9225 |
| Harris, Marquis | 9228 |
| Hawkins, Michael | 9231 |
| Horne, Jeremy | 9234 |
| Hurst, Maurice | 9237 |
| Hymes, Randy | 9240 |
| Jenkins, Carlos | 9243 |
| Jenkins, Robert | 9246 |
| Johnson, Marcus | 9249 |
| Jones, Brian | 9252 |
| Jordan, Leander | 9255 |
| Junkin, Trey Abner | 9258 |
| Kasper, Kevin | 9261 |
| Kendall, Pete | 9264 |
| King, Ed | 9267 |
| Knight, Sammy | 9375 |
| Leman, Jeremy | 9270 |

| | |
|---|---|
| Massaquoi, M | 9273 |
| Mckinney, Seth | 9276 |
| Mitchell, Freddie | 9279 |
| Morabito, Tim | 9282 |
| Neufeld, Ryan | 9285 |
| Olson, Jeffrey | 9288 |
| Palepoi, Anton | 9291 |
| Pearson, Jayice | 9294 |
| Piller, Zac | 9297 |
| Pinnock, Andrew | 9300 |
| Reagor, Montae | 9303 |
| Reed, Ed | 9306 |
| Robinson, Jeff | 9309 |
| Rodgers, Derrick | 9312 |
| Ross, Derek | 9315 |
| Roth, Matt | 9318 |
| Rouse, Aaron | 9367 |
| Sauer, Craig | 9321 |
| Schreiber, Adam | 9370 |
| Singleton, Ronald | 9378 |
| Smith, Paul | 9324 |
| Smith, Terrelle | 9327 |
| Stanley, Derek | 9330 |
| Stokes, Barry | 9333 |
| Thomas, Frederic | 9336 |
| Thomason, Jeff | 9339 |
| Thompson, T | 9342 |
| Turley, Kyle | 9345 |
| Van Buren, C | 9348 |
| Verba, Ross | 9351 |
| Washington, Mark | 9147 |
| Wade, Jonathan | 9354 |
| Wesley, Dante | 9357 |
| Wilson, Jerry | 9360 |
| Worrell, Cam | 9363 |