IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE RETIRED PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL NO. 2323 |
| THIS DOCUMENT APPLIES TO<br><br>ALL OPT OUT PLAINTIFFS | Hon. Anita B. Brody |

## DECLARATION OF WENDY R. FLEISHMAN, ESQ.

I, Wendy R. Fleishman, Esq. declare and state:

1. I am a partner in the law firm of Lieff Cabraser Heimann & Bernstein, LLP, counsel for the Opt Out Plaintiffs in the above-captioned matter.

2. Attached as Exhibit 1 is the list of the names of the Opt Out Plaintiffs generated by the Claims Administrator listing the 88 Opt Out Retired Players.

I declare under penalties of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 8, 2017 in San Francisco, California.

Respectfully Submitted,

By:  */s/ Wendy R. Fleishman*
 Wendy R. Fleishman

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street
8th Floor
New York, New York 10013
Telephone: (212) 355-9000
Facsimile: (212) 355-9592
wfleishman@lchb.com

*Lead Counsel on Behalf of Opt Out Plaintiffs*

1473421.1