# EXHIBIT 1

## NFL Concussion Settlement: Timely Opt Out Requests Containing All Information Required by Section 14.2(a) or Otherwise Approved by the Court
### (Updated November 6, 2017)

| | Notice ID | Last Name | First Name | Middle Name |
|---|---|---|---|---|
| **A. Retired NFL Football Players** | | | | |
| 1. | 100000004 | Abdullah | Hamza | |
| 2. | 100000449 | Arnett | Jon | Dwane |
| 3. | 100000480 | Ashley Jr. | Walker | Lee |
| 4. | 100000603 | Bain | William | Ernest |
| 5. | 100000787 | Barnett | Timothy | |
| 6. | 100000870 | Baugh | Thomas | Anthony |
| 7. | 900001166 | Beban | Gary | J. |
| 8. | 100000930 | Bebout | Nick | |
| 9. | 100001671 | Brightful | Lamont | |
| 10. | 100001926 | Brown | Ronald | |
| 11. | 110017237 | Bush | Lewis | F. |
| 12. | 100002378 | Campbell | Woodrow | Lamar |
| 13. | 100002556 | Carver | Shante | |
| 14. | 100002875 | Cline, Jr. | Anthony | Francis |
| 15. | 100002899 | Cobb | Marvin | Lawrence |
| 16. | 100003166 | Cooper | Alexander | Louis |
| 17. | 100003223 | Cosbie | Douglas | |
| 18. | 400000182 | DeCarlo, Sr. | Arthur | A. |
| 19. | 100004087 | Dorsett | Tony | |
| 20. | 100004354 | Eber | Richard | Lee |
| 21. | 100005000 | Forsberg | Fred | C |
| 22. | 100005216 | Gabriel | Roman | |
| 23. | 100005391 | Gayle | Shaun | |
| 24. | 100005739 | Grant | Robert | B. |
| 25. | 100005904 | Grier | Roosevelt | |
| 26. | 100005920 | Griffin, Jr. | Leonard | James |
| 27. | 100006151 | Hamilton | Ben | |
| 28. | 100006449 | Harrison | Jerome | Charles |
| 29. | 100006475 | Harry | Emile | Michael |
| 30. | 900008386 | Healy Jr. | William | R. |
| 31. | 100006814 | Hicks | Dwight | |
| 32. | 100007437 | Iorio | Joseph | W. |
| 33. | 100007672 | Jarvis | John | Bruce |
| 34. | 100007809 | Johnson Jr. | Ted | C. |
| 35. | 100008151 | Jones | Frederick | Cornelius |
| 36. | 190000195 | Kelly, II | Patrick | |
| 37. | 100008513 | Kenney | William | Patrick |
| 38. | 100008792 | Krakau | Mervin | F. |
| 39. | 100008806 | Krause | Paul | James |
| 40. | 100009197 | Lewis | Albert | R. |
| 41. | 100009748 | Martin | Christopher | |
| 42. | 100009880 | May, Jr. | Bert | Deems |
| 43. | 100010305 | McNair | Todd | D. |

## NFL Concussion Settlement: Timely Opt Out Requests Containing All Information Required by Section 14.2(a) or Otherwise Approved by the Court
### (Updated November 6, 2017)

|  | Notice ID | Last Name | First Name | Middle Name |
|---|---|---|---|---|
| 44. | 100010854 | Morey | Sean | J. |
| 45. | 100010936 | Morton | Larry | Craig |
| 46. | 100011184 | Nelson | Jimmie | Dirk |
| 47. | 100011289 | Niswanger | Rudolph | N. |
| 48. | 100011513 | Olkewicz | Neal | |
| 49. | 100011639 | Owens | Mel | T. |
| 50. | 100011767 | Parrish | Bernard | P. |
| 51. | 100011803 | Patrick | Allen | |
| 52. | 270006144 | Phillips | Joseph | Gordon |
| 53. | 100012247 | Porter | Kevin | |
| 54. | 100012362 | Pritchard | Ronald | David |
| 55. | N/A | Ragon | Randy | D. |
| 56. | 100012836 | Riggins | Robert | John |
| 57. | 110021920 | Scott | Edward | |
| 58. | 110029965 | Seau, Jr. | Tiaina | B. |
| 59. | 100013941 | Simonini | Ed | |
| 60. | N/A | Simpson | William | C. |
| 61. | 900018004 | Sims, Jr. | George | Pollard |
| 62. | 100014138 | Smith | Chris | M. |
| 63. | 100014204 | Smith | John | Thomas |
| 64. | 100014196 | Smith | Jesse | Daley |
| 65. | 100014241 | Smith | Neil | O. |
| 66. | N/A | Stant | Patrick | M. |
| 67. | 100014534 | Steed | Joel | E. |
| 68. | 100014548 | Stein | Robert | Allen |
| 69. | 100014641 | Still | Arthur | B. |
| 70. | 100014948 | Tant | Jay | W. |
| 71. | 100015103 | Terry | Douglas | Maurice |
| 72. | 100015506 | Truax, III | William | F. |
| 73. | 900019945 | Trufant | Marcus | Lavon |
| 74. | 100015903 | Walker | George | |
| 75. | 100015970 | Walls | Charles | Wesley |
| | **Subtotal of Retired NFL Football Players** | | **75** | |
| | **B. Relatives of a Retired NFL Football Player** | | | |
| 76. | N/A | Baugh | Jean | M. |
| 77. | N/A | Bush | Danielle | |
| 78. | 190000166 | Bush | Deedee | |
| 79. | N/A | Bush, Jr. | Lewis | F. |
| 80. | N/A | Bush | Makai | |
| 81. | 270001721 | Davis | Roberta | Lee |
| 82. | 190000014 | Kelly | Kari | |
| 83. | N/A | Kelly, III | Patrick | |
| 84. | N/A | Kenney | Sandra | Louise |

# NFL Concussion Settlement: Timely Opt Out Requests Containing All Information Required by Section 14.2(a) or Otherwise Approved by the Court
### (Updated November 6, 2017)

|  | Notice ID | Last Name | First Name | Middle Name |
|---|---|---|---|---|
| 85. | 270000922 | Lamana | Virginia | P. |
| 86. | 270000201 | Lesane | Elizabeth | Turner |
| 87. | 270003553 | Phillips | Elizabeth | D. |
| 88. | 190000357 | Seau | Hunter |  |
| 89. | 190000326 | Seau | Jake | R. |
| 90. | N/A | Seau | Luisa |  |
| 91. | 190000262 | Seau | Sydney | B. |
| 92. | N/A | Seau | Tiaina |  |
| 93. | N/A | Seau | Tyler | C. |
| 94. | N/A | Tant | Natalie |  |
|  | **Subtotal of Relatives of a Retired NFL Football Player** | | **19** | |
|  | **TOTAL** | | **94** | |