IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Charles M. Hart as counsel for Defendants National Football League and NFL Properties LLC in this MDL proceeding.

Dated:  December 11, 2017

/s/ *Charles M. Hart*
Charles M. Hart
DUANE MORRIS LLP
1940 Route 70 East, Suite 100
Cherry Hill, NJ 08003
Tel. 856-874-4200

*Attorney for the National Football League and NFL Properties LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

CERTIFICATE OF SERVICE

I hereby certify that, on December 11, 2017, I caused a true and correct copy of the foregoing WITHDRAWAL OF APPEARANCE to be filed via CM/ECF system, which caused notice to be sent to all counsel of record.

/s/ *Charles M. Hart*
Charles M. Hart
DUANE MORRIS LLP
1940 Route 70 East, Suite 100
Cherry Hill, NJ 08003
Tel. 856-874-4200

*Attorney for the National Football League and NFL Properties LLC*