UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Hon. Anita B. Brody |

### RECEIPT OF EXPERT'S REPORT
### AND NOTICE

By Order dated September 14, 2017 (ECF No. 8376), the Court appointed Professor William B. Rubenstein as an expert witness on attorneys' fees and asked Professor Rubenstein to submit a report on two sets of issues. Professor Rubenstein has submitted his expert report to the Court and the Court has posted it on ECF.

In appointing Professor Rubenstein, the Court noted that all interested parties would have an opportunity to respond to his report pursuant to the discretionary deposition process set forth in Fed. R. Evid. 706(b)(2). Professor Rubenstein's 47-page report is sufficiently comprehensive and detailed that I have decided that it will be most helpful to the Court and most efficient for the fee process to have interested parties simply respond in writing to Professor Rubenstein's opinions.

Accordingly, all interested parties may file briefs, limited to 10 pages in length, in response to Professor Rubenstein's expert report and the opinions offered therein **on or before**

**Wednesday, January 3, 2018**. Professor Rubenstein shall be entitled to file a reply to these comments on his Report **on or before Monday, January 22, 2018**.

.

   12/11/2017                                                                                               s/Anita B. Brody

_____                                                                          _____
    DATE                                                                                            ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                         Copies **MAILED** on _____ to: