UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | : : : : | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| | : | **Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,* Plaintiffs, | : : : : : | Civ. Action No. 14-00029-AB |
| v. | : : | |
| National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc., Defendants. | : : : : : | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : | |

**NOTICE: CORRECTED EMAIL
FOR COMMENTS ON FREQUENTLY ASKED QUESTIONS**

On December 1, 2017, the Court issued a Notice (See ECF No. 9137) inviting comments, via e-mail, on whether the questions and answers in a new set of Frequently Asked Questions clearly convey how Class Members can complete all steps necessary to obtain the applicable benefits of the Settlement Agreement.

The posted e-mail address on the Notice was concussion@paed.uscourts.gov. The correct e-mail address is concussions@paed.uscourts.gov. On December 7, 2017, the IT Department arranged for all e-mails sent to concussion@paed.uscourts.gov to be forwarded to the correct address. Some e-mails sent to the posted address (concussion@paed.uscourts.gov) prior to FRIDAY, DECEMBER 8, 2017 may not have been received.

In an abundance of caution, it is suggested that e-mails sent before December 8, 2017 should be resent. Comments must be submitted on or before December 15, 2017.

                                                    s/Anita B. Brody
                                _____
                                               ANITA B. BRODY, J.
                                                     12/11/2017
                                _____
                                               DATE

Copies VIA ECF on _____ to:                    Copies MAILED on _____ to: