**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB <br><br> MDL No. 2323 <br><br> The Honorable Anita B. Brody |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated, <br><br>         Plaintiffs, <br><br>     v. <br><br> National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc., <br><br>         Defendants. | |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**REPLY IN SUPPORT OF**
**MOTION OF WALKER PRESTON CAPITAL HOLDINGS, LLC**
**TO INTERVENE FOR THE LIMITED PURPOSE OF OPPOSING**
**ON JURISDICTIONAL GROUNDS CO-LEAD CLASS COUNSEL'S MOTION**
**TO (1) DIRECT CLAIMS ADMINISTRATOR TO WITHHOLD ANY PORTIONS**
**OF CLASS MEMBER MONETARY AWARDS PURPORTEDLY OWED TO CERTAIN**
**THIRD-PARTY LENDERS AND CLAIMS SERVICES PROVIDERS, AND (2) DIRECT**
**DISCLOSURE TO CLAIMS ADMINISTRATOR OF EXISTENCE OF CLASS**
**MEMBER AGREEMENTS WITH ALL THIRD PARTIES (ECF NO. 8470)**

Proposed Intervenor, Walker Preston Capital Holdings, LLC ("Walker Preston") moved,

pursuant to Federal Rule of Civil Procedure 24(a), to intervene in this matter for the limited

purpose of opposing on jurisdictional grounds co-lead class counsel's motion (ECF No. 8470)

which sought, in part, an Order directing the Claims Administrator to withhold any portions of

class member monetary awards purportedly owed by class members to certain third-party lenders

(including funders and so-called asset purchasers) and claims services providers (the "Motion to Withhold Funds").  (*See* ECF 8932).

The deadline for co-lead class counsel to oppose Walker Preston's Motion to Intervene has passed, and co-lead class counsel did not file an opposition.  Further, in co-lead class counsel's reply in support of its Motion to Withhold Funds, co-lead class counsel noted that it would "not address the intervention motions, but rather, only those respondents' [Walker Preston, Cash4Cases, and Atlas] underlying substantive responses."  (ECF 9113 at 2 n.1).  Further, in light of this Court's December 8, 2017 Order (ECF 9517), which could affect Walker Preston's rights, it is important that Walker Preston's status as an intervenor is resolved.

Accordingly, because Walker Preston's Motion to Intervene was unopposed, and for the reasons set forth in Walker Preston's opening motion and memorandum of law, Walker Preston respectfully requests (1) this Court grant Walker Preston's motion to intervene for the limited purpose of challenging co-lead class counsel's motion on jurisdictional grounds and (2) treat Walker Preston's proposed response to the Motion to Withhold Funds as filed on November 16, 2017.

Dated: December 11, 2017                    Respectfully submitted,

                                            By: *s/ Lee M. Epstein*
                                            Lee M. Epstein
                                            Weisbrod Matteis & Copley PLLC
                                            Two Logan Square, Suite 1925
                                            100 N. 18th Street
                                            Philadelphia, PA 19103
                                            T: (215) 883-7422
                                            lepstein@wmclaw.com