# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Hon. Anita B. Brody** |

## NOTICE AND ATTACHMENTS

On December 8, 2017, the Court issued an Explanation and Order (ECF No. 9517), that stated that it had "come to the Court's attention that members of the class or their representatives have assigned or attempted to assign monetary claims to third parties." In an effort to highlight the contents of some of these agreements, the Court now attaches three contracts that had previously been posted to ECF by a Third-Party Funder.

12/13/2017                                                                              s/Anita B. Brody

_____                                               _____
       DATE                                                                                 ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                         Copies **MAILED** on _____ to: