## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |
| THIS DOCUMENT RELATES TO ALL OPT-OUT ACTIONS | Hon. Anita B. Brody |

### [PROPOSED] ORDER

WHEREAS, this Court issued Orders on July 18, 2017 and September 20, 2017 setting forth the page limits applicable to the NFL Parties' motion to dismiss the Second Amended Master Administrative Long-Form Complaint ("Second Amended Complaint") on preemption grounds and motion to dismiss the Second Amended Complaint on any other 12(b) grounds, the opposition briefs to the NFL Parties' motions to dismiss, and the NFL Parties' reply briefs in further support of their motions to dismiss;

WHEREAS, on September 25, 2018, the NFL Parties filed their motions to dismiss the Second Amended Complaint;

WHEREAS, this Court issued an Order on November 2, 2017 granting the Seau Family a page limit extension allowing them twenty pages for each of their briefs in opposition to the NFL Parties' motions to dismiss;

WHEREAS, on November 20, 2017, this Court issued Orders granting an extension until December 8, 2017 for the filing of Lead Counsel for Opt-Out Plaintiffs' briefs in opposition to the NFL Parties' motions to dismiss and any supplemental briefs by individual Opt-Out Plaintiffs addressing claims unique to their Short Form Complaints and granting a commensurate

extension until January 22, 2018 for the NFL Parties' reply briefs in support of their motions to dismiss;

WHEREAS, on December 8, 2017 the following briefs in opposition to the NFL Parties' motions to dismiss were filed: (i) Lead Counsel for the Opt-Out Plaintiffs' Opposition to the NFL Parties' Motion to Dismiss on Preemption Grounds; (ii) Lead Counsel for the Opt-Out Plaintiffs' Opposition to Defendants' Motion to Dismiss for Failure to State a Claim; (iii) the Seau Family's Opposition to the NFL Parties' Motion to Dismiss on Preemption Grounds; (iv) the Seau Family's Opposition to the NFL Parties' Motion to Dismiss for Failure to State a Claim; and (v) Ted Johnson's Supplementary Opposition to Defendants' 12(b)(6) Motions.

It is **ORDERED** that:

(i) The NFL Parties may file reply briefs in further support of their motions to dismiss the Second Amended Complaint on or before February 12, 2018.

(ii) [Deny] The NFL Parties are granted an additional twenty (20) pages for each of their reply briefs, so that each reply brief shall not exceed fifty (50) pages. [thirty (30)] A.B.

_____ 12/13/17
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:

Copies **MAILED** on _____ to:

2