IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | Case No. 2:12-md-02323-AB<br>MDL No. 2323<br><br>Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden,<br>*on behalf of themselves and others similarly situated*,<br>Plaintiffs,<br>v.<br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br>Defendants. | CIVIL ACTION NO. 14-cv-29 |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for Anapol Weiss, P.C. in the above-captioned matter.

Dated: December 18, 2017

            PIETRAGALLO GORDON ALFANO
            BOSICK & RASPANTI, LLP

By:   Kevin E. Raphael/s/
       KEVIN E. RAPHAEL, ESQUIRE
       PA Bar No.: 72673
       1818 Market Street, Suite 3402
       Philadelphia, PA 19103
       (215) 320-6200

       Attorneys for Anapol Weiss, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Entry of Appearance has been served on this date upon all counsel of record via the Court's Electronic Case Filing system:

                                    PIETRAGALLO GORDON ALFANO
                                    BOSICK & RASPANTI, LLP

Dated: December 18, 2017

                            By:   <u>Kevin E. Raphael/s/</u>
                                    KEVIN E. RAPHAEL, ESQUIRE
                                    PA Bar No.: 72673
                                    1818 Market Street, Suite 3402
                                    Philadelphia, PA 19103
                                    (215) 320-6200

                                    Attorneys for Anapol Weiss, P.C.