## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323<br><br>**Hon. Anita B. Brody** |
| Kevin Turner and Shawn Wooden, *on behalf of themselves and others similarly situated,*<br><br>        Plaintiffs,<br><br>                v.<br><br>National Football League and NFL Properties LLC, successor-in-interest to NFL Properties, Inc.,<br><br>        Defendants. | Civ. Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### [PROPOSED] ORDER

AND NOW, this __ day of December 2017, upon consideration of The Locks Law Firm's Motion for Reconsideration of the Court's December 11, 2017 Order, it is hereby ORDERED that the Motion Is GRANTED and that The Locks Law Firm is authorized to communicate with Professor William Rubinstein for the purpose of arranging a one day deposition at a place and time convenient to Professor Rubinstein. Class Counsel is granted

leave by the Court to take the deposition for no more than eight hours on or before thirty days from the date of this Order.  The Locks Law Firm and other Class Counsel who participate in the deposition shall pay for the deposition at a cost to be determined by the Court.

IT IS SO ORDERED,

By the Court:

_____
Hon. Anita B. Brody
United States District Judge